UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Product Liability Litigation | MDL NO. 1657<br><br>SECTION:  L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Bill Black, et al. v. Merck & Co., Inc., et al.* No. 05-4452

## ORDER GRANTING SUBSTITUTION OF COUNSEL

The Court considered Plaintiffs Lewis C. Dean, Stephan Joseph Douet, Francis X. Gardiner, Mary Harmon, Pearl Lockett, Charlie W. Presley, Helen Pullins, Mary Schexnayder, Verde Sylvester, Dorothy Washington and Arthur H. Worzel's ("Plaintiffs") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Robert L. Salim, Ronald E. Corkern, and Kenneth T. Fibich are granted leave to withdraw as counsel of record for the Plaintiffs and that they are relieved from all responsibility as counsel of record in this cause

It is also ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are now substituted as counsel of record for Plaintiffs Lewis C. Dean, Stephan Joseph Douet, Francis X. Gardiner, Mary Harmon, Pearl Lockett, Charlie W. Presley, Helen Pullins, Mary Schexnayder, Verde Sylvester, Dorothy Washington, and Arthur H. Worzel.

Signed this __29th__ day of __January__, 2007

*[Signature: Eldon E. Fallon]*
Judge Presiding

APPROVED AND AGREED TO:

*[Signature]*
Robert L. Salim (#11663)
1762 Texas Street
Post Office Box 2069
Natchitoches, Louisiana  71457
318.352.5999 – Phone
318.352.5998 – Fax

Ronald E. Corkern (#4403)
Post Office Box 1036
Natchitoches, Louisiana  71458
318.352.2302 – Phone
318.352.7458 – Fax

Kenneth T. Fibich (#06952600)
1401 McKinney, Suite 1800
Houston, Texas  77010
713.751.0025 – Phone
713.751.0030 – Fax

**Withdrawing Attorney-In-Charge for Plaintiffs Lewis C. Dean, Stephen Joseph Douet, Francis X. Gardiner, Mary Harmon, Pearl Lockett, Charlie W. Presley, Helen Pullins, Mary Schexnayder, Verde Sylvester, Dorothy Washington, and Arthur H. Worzel**

        Blizzard, McCarthy & Nabers, LLP

        _____
        Ed Blizzard
        State Bar No. 02495000
        Rebecca Briggs
        State Bar No. 24027110
        Holly M. Wheeler
        State Bar No.: 20406035
        440 Louisiana, Suite 1710
        Houston, TX 77002
        Telephone: 713.844.3750
        Telecopier: 713.844.3755

        **Substituting Attorney-In-Charge for Plaintiffs Lewis C. Dean, Stephan Joseph Douet, Francis X. Gardiner, Mary Harmon, Pearl Lockett, Charlie W. Presley, Helen Pullins, Mary Schexnayder, Verde Sylvester, Dorothy Washington, and Arthur H. Worzel**