UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to *Louise E. Regan v. Merck & Co., Inc. and Merck Pharmaceuticals, a/k/a Merck* No. 06-5537 | * * * * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the above-captioned lawsuit be and it hereby is dismissed without prejudice, subject to the terms and conditions of the stipulation and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 26th day of January, 2007.

_____
DISTRICT JUDGE

851195v.1