UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | MDL No. 1657<br>SECTION: L/3<br>Judge Fallon<br>Mag. Judge Knowles |
| *This document relates to:* | |
| **JOYCE A. McCLAIN,** | Court File: 05-5809 |
| Plaintiff, | |
| v. | |
| **MERCK & CO., INC.,** | |
| Defendant. | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal of Joyce A. McClain,

IT IS ORDERED that the above-captioned case be and it hereby is dismissed without prejudice, subject to the terms and conditions of the stipulation and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 26th day of January, 2007.

_____
DISTRICT JUDGE

365208-1