UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK HENNELLY AND STEPHANIE HENNELLY, H/W | : : : | MDL NO. 1657 SECTION L |
| **Plaintiffs** vs. | : : : | JUDGE ELDON E. FALLON |
| MERCK AND COMPANY **Defendant** | : : : | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave of Court to File a Supplemental Memorandum in Support of Motion to Voluntarily Dismiss is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiffs be permitted to file their Supplemental Memorandum in Support of Motion to Voluntarily Dismiss.

New Orleans, Louisiana, this __26th__ day of __January__, 2007

_Eldon E. Fallon_
**UNITED STATES DISTRICT JUDGE**