IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | MDL Docket No. 1657 |
| This document relates to the matters listed below, | * * * | |
| PLAINTIFFS, | * * | |
| v. | * * | |
| MERCK & COMPANY, INC., a foreign corporation, | * * * | |
| DEFENDANT. | * | |

## MOTION FOR LEAVE TO WITHDRAW

J. Paul Sizemore, counsel for Plaintiffs, hereby moves for leave to withdraw as counsel of record for the Plaintiffs listed below. The reason for this withdrawal is Mr. Sizemore has left the firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and will no longer be representing any of the listed Plaintiffs. Andy Birchfield, P. Leigh O'Dell and Benjamin L. Locklar of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. will continue to act as counsel for Plaintiffs listed below.

| PLAINTIFF | E.D. LA CASE NO. |
|---|---|
| Adair, Wilma v. Merck & Co., Inc. | 06-4607 |
| Adams, Wendell v. Merck & Co., Inc. | 06-5542 |
| Akroush, Samir v Merck & Co., Inc. | 05-2817 |
| Alaniz, Wendy v. Merck & Co., Inc. | 05-2804 |
| Allen, James Edwin Sr. v. Merck & Co., Inc. | 05-2802 |
| Anderson, Allen K. v. Merck & Co., Inc. | 05-2765 |
| Anderson, Brenda v. Merck & Co., Inc. | 06-4604 |
| Anderson, Hugh Gene OBO Neeta Anderson v. Merck & Co., Inc. | 05-2397 |
| Anderson, Thelma v. Merck & Co., Inc. | 05-2994 |
| Andrews, Joan OBO Andrews, John F. v. Merck & Co., Inc. | 05-2785 |
| Archuleta, Jose Dani v. Merck & Co., Inc. | 05-2186 |
| Arnold, Lene P v. Merck & Co., Inc. | 05-2627 |

| | |
|---|---|
| Asan, Shirley v. Merck & Co., Inc. | 05-0325 |
| Ashbaugh, Paul Kurt v. Merck & Co., Inc. | 05-4150 |
| Ashcraft, Sam obo Sarah Ashcraft v. Merck & Co., Inc. | 05-4514 |
| Austill, Ida v. Merck & Co., Inc. | 05-4150 |
| Bailey, Ellen P. v. Merck & Co., Inc. | 06-5605 |
| Bailey, Phyllis Ann OBO Charles Bailey v. Merck & Co., Inc. | 05-5541 |
| Baker, Mildred v. Merck & Co., Inc. | 06-4601 |
| Baldwin, Brenda L. OBO Ikey G. Baldwin v. Merck & Co., Inc. | 05-4514 |
| Barefoot, Clyda A. v. Merck & Co., Inc. | 05-3663 |
| Barrell, Patricia v. Merck & Co., Inc. | 06-4655 |
| Barton, Connie v. Merck & Co., Inc. | 05-4150 |
| Bell, Terry Lee v. Merck & Co., Inc. | 06-0207 |
| Belvedresi, Rosalie v. Merck & Co., Inc. | 06-3559 |
| Berberena, Angelina v. Merck & Co., Inc. | 05-2704 |
| Berckman, Irene G. v. Merck & Co., Inc. | 06-8367 |
| Berryman, Ethel Evelyn v. Merck & Co., Inc. | 06-4655 |
| Bishop, Rena OBO Barbara Walters v. Merck & Co., Inc. | 05-4519 |
| Boone, James Rudoplh obo Louise Boone v. Merck & Co., Inc. | 05-3673 |
| Boone, Yvonne OBO William Boone v. Merck & Co., Inc. | 05-4514 |
| Bourgeois, Dorothy v. Merck & Co., Inc. | 06-4607 |
| Bowens, John v. Merck & Co., Inc. | 06-0207 |
| Braddy, Ronnie v. Merck & Co., Inc. | 06-4606 |
| Bradshaw, Warren Ralph OBO Martha Ruth Bradshaw v. Merck & Co., Inc. | 05-4514 |
| Bratton, Duane v. Merck & Co., Inc. | 06-4604 |
| Briggs, Gerald v. Merck & Co., Inc. | 06-4655 |
| Bronson, Vern v. Merck & Co., Inc. | 06-4605 |
| Brooks, Dorothy v. Merck & Co., Inc. | 06-2640 |
| Brooks, Scott OBO Mary Alice Brooks v. Merck & Co., Inc. | 05-2626 |
| Brown, Joseph OBO Callie Brown v. Merck & Co., Inc. | 05-4514 |
| Brown, Joyce J. v. Merck & Co., Inc. | 06-4607 |
| Brown, Nellie v. Merck & Co., Inc. | 05-4150 |
| Brown, Tracey obo Stephen Anthony Brown v. Merck & Co., Inc. | 05-0496 |
| Brown, Virginia Rae v. Merck & Co., Inc. | 06-4144 |
| Browning, Jackson v. Merck & Co., Inc. | 06-4655 |
| Buchanan, Joe C. v. Merck & Co., Inc. | 05-4150 |
| Bucher, Don v. Merck & Co., Inc. | 05-4150 |
| Buckner, Larry v. Merck & Co., Inc. | 05-2553 |
| Bullock, Jacqueline R. v. Merck & Co., Inc. | 06-4604 |
| Bullock, Jean OBO James Weaber Long v. Merck & Co., Inc. | 05-5207 |
| Bulluck, Coy B. v. Merck & Co., Inc. | 06-4655 |
| Burgans, Kenneth v. Merck & Co., Inc. | 05-2520 |
| Burney, Donna OBO Betty McVay v. Merck & Co., Inc. | 05-4519 |
| Brenda Burr obo Louise Poole v. Merck & Co., Inc. | 06-4604 |
| Callahan, James R. OBO Linda Callahan v. Merck & Co., Inc. | 05-3672 |
| Campbell, Lorn v. Merck & Co., Inc. | 05-4844 |
| Cardin, Elizabeth v. Merck & Co., Inc. | 05-2803 |
| Carlos, Evelyn v. Merck & Co., Inc. | 05-4150 |
| Carlson, Dolores v Merck & Co., Inc. | 06-4607 |
| Carlson, Mike v. Merck & Co., Inc. | 05-4150 |
| Carroll, Rosemary OBO Thomas Carroll v. Merck & Co., Inc. | 05-4514 |

| | |
|---|---|
| Carson, Helen v. Merck & Co., Inc. | 06-4604 |
| Carswell, David v Merck & Co., Inc. | 06-0207 |
| Carter, Linda G. v. Merck & Co., Inc. | 05-3674 |
| Casso, Alfredo A. v. Merck & Co., Inc. | 06-4607 |
| Catron, Jerelene v. Merck & Co., Inc. | 05-4463 |
| Centrella, Kathryn OBO Joseph Centrella v. Merck & Co., Inc. | 05-2975 |
| Chanay, Sheila v. Merck & Co., Inc. | 06-4143 |
| Chastain, Tom v. Merck & Co., Inc. | 06-4655 |
| Chowning, Lydia OBO Susan Huskisson v. Merck & Co., Inc. | 05-2927 |
| Christ, Michael A. v. Merck & Co., Inc. | 05-4045 |
| Christensen, Christ v. Merck & Co., Inc. | 05-2534 |
| Clay, Fairy v. Merck & Co., Inc. | 05-4150 |
| Clifford, Hazel v. Merck & Co., Inc. | 05-2009 |
| Cloyd, Deborah OBO Shelby Dwain Cloyd v. Merck & Co., Inc. | 05-4514 |
| Coble, Alberta K. v. Merck & Co., Inc. | 05-2531 |
| Pike, Donna D. v. Merck & Co., Inc. | 05-4150 |
| Coleman, Stephen v. Merck & Co., Inc. | 05-6681 |
| Collins, Bobby G. v. Merck & Co., Inc. | 05-2533 |
| Collins, Bobnel v. Merck & Co., Inc. | 06-4604 |
| Columbus, Helen v. Merck & Co., Inc. | 06-0207 |
| Cook, William v. Merck & Co., Inc. | 02-2710 |
| Cooke, Mary v. Merck & Co., Inc. | 05-6475 |
| Corpening, Gerald v. Merck & Co., Inc. | 05-4150 |
| Corse, Robert v. Merck & Co., Inc. | 05-2521 |
| Cozart, Norma v. Merck & Co., Inc. | 06-4601 |
| Crager, Wanda v. Merck & Co., Inc. | 05-2703 |
| Cristo, Cecilia v. Merck & Co., Inc. | 06-4604 |
| Crooms, Willie v. Merck & Co., Inc. | 06-4604 |
| Crudup, Dasie Lee v. Merck & Co., Inc. | 05-3785 |
| Culpepper, Joyce OBO Emma Hoey v. Merck & Co., Inc. | 05-4805 |
| Cummings, Sherry v. Merck & Co., Inc. | 05-4150 |
| Cusimano, Karen v. Merck & Co., Inc. | 06-4601 |
| Dabney, Patricia OBO Eddie Dabney v. Merck & Co., Inc. | 05-4514 |
| Dalton, Myrtle v. Merck & Co., Inc. | 06-4601 |
| Davenport, Darren M. v. Merck & Co., Inc. | 06-4607 |
| Davenport, Violet v. Merck & Co., Inc. | 05-2699 |
| Davis, Dave v. Merck & Co., Inc. | 06-4655 |
| Davis, Harold Doyle v.Merck & Co., Inc. | 05-6683 |
| Davis, Sara T. OBO Oral Davis v. Merck | 05-0957 |
| Day, Elizabeth Zane v. Merck & Co., Inc. | 06-4602 |
| Dehr, Laura v. Merck & Co., Inc. | 05-2523 |
| Deplazes, Philip v. Merck & Co., Inc. | 06-4601 |
| Deshotel, Lucille v. Merck & Co., Inc. | 06-4604 |
| Dever, Carolyn v. Merck & Co., Inc. | 06-4604 |
| Dietrich, Terry v. Merck & Co., Inc. | 05-2519 |
| Dillinger, Delores OBO Patrick V. Dillinger v. Merck & Co., Inc. | 05-4515 |
| Dingler, Susan v. Merck & Co., Inc. | 06-4607 |
| Dirk, Phyllis OBO Roger Dirk v. Merck & Co., Inc. | 05-3425 |
| Dockery, Wayne Arthur v. Merck & Co., Inc. | 05-2995 |
| Dodson, Mary Christine v. Merck & Co., Inc. | 05-2701 |

3

| | |
|---|---|
| Dooley, Katherine B. v. Merck & Co., Inc. | 05-3788 |
| Doppler, Mary v. Merck & Co., Inc. | 06-4604 |
| Downen, Barbara OBO John Douglas Bishop v. Merck & Co., Inc. | 05-4318 |
| Driskill, Shelly OBO Edward Sorrell v. Merck & Co., Inc. | 05-4751 |
| Dudley, Ernie v. Merck & Co., Inc. | 05-2735 |
| Duffy, Gwendolyn A. OBO Michael P. Duffy v.Merck & Co., Inc. | 05-3984 |
| Duke, Joyce v. Merck & Co., Inc. | 06-4605 |
| Duncan, Rose v. Merck & Co., Inc. | 05-4150 |
| Dunn, Kris A. v. Merck & Co., Inc. | 06-4607 |
| Duren, Steve v. Merck & Co., Inc. | 05-4499 |
| Easter, Betty v. Merck & Co., Inc. | 06-4607 |
| Eberwein, Ernie B. v. Merck & Co., Inc. | 05-2784 |
| Eklund, Sharon v. Merck & Co., Inc. | 05-2522 |
| Elder, Lonnie Dale v.Merck & Co., Inc. | 06-4655 |
| Epps, Lora G. v. Merck & Co., Inc. | 06-4607 |
| Everett, Wilfred v. Merck & Co., Inc. | 05-4150 |
| Faircloth, Mary OBO Robert Henry Faircloth v.Merck & Co., Inc. | 05-5134 |
| Faison, Lillian v. Merck & Co., Inc. | 05-2606 |
| Falen, Hildegarde v. Merck & Co., Inc. | 05-2798 |
| Fanning, Sherry v. Merck & Co., Inc. | 06-4604 |
| Faries, Orville Wayne v. Merck & Co., Inc. | 06-4604 |
| Faulcon, Linwood v Merck & Co., Inc. | 05-3661 |
| Fellhauer, Pamela OBO Kenneth Fellhauer v. Merck & Co., Inc. | 05-4147 |
| Filipiak, Debra J. v. Merck & Co., Inc. | 05-4150 |
| Fisher, Susan Carol v. Merck & Co., Inc. | 05-2932 |
| Fitzgerald, Jerry v Merck & Co., Inc. | 06-0207 |
| Floyd, Alma Jean OBO Richard Floyd v. Merck & Co., Inc. | 05-4514 |
| Floyd, Jeaulanda v. Merck & Co., Inc. | 05-4150 |
| Ford, Patricia A. v. Merck & Co., Inc. | 05-5456 |
| Forrest, Ronald v. Merck & Co., Inc. | 05-4887 |
| Fox, Charles A. v. Merck & Co., Inc. | 05-4150 |
| Franklin, Gloria A. v. Merck & Co., Inc. | 06-4604 |
| Frazier, Larry A. v. Merck & Co., Inc. | 06-4607 |
| Freeman, Herbert v. Merck & Co., Inc. | 05-2997 |
| Freeman, Rita v. Merck & Co., Inc. | 06-4604 |
| Funcke, Nancy v Merck & Co., Inc. | 06-4604 |
| Gal, Janet v. Merck & Co., Inc. | 06-4604 |
| Gallegos, Joe v. Merck & Co., Inc. | 06-4655 |
| Gant, Rosena v. Merck & Co., Inc. | 06-0207 |
| Garmon, Arcelia v. Merck & Co., Inc. | 05-2605 |
| Garry, Robert Lee v. Merck & Co., Inc. | 06-4603 |
| Gavin, Donald v. Merck & Co., Inc. | 06-5834 |
| Geasley, Pat OBO Leva Geasley v. Merck & Co., Inc. | 05-4508 |
| George, Kenneth v. Merck & Co., Inc. | 05-4150 |
| Gerwitz, Susan OBO Robert N. James v. Merck & Co., Inc. | 05-4519 |
| Gibbs, Joseph R. v. Merck & Co., Inc. | 05-1940 |
| Gibson, David v. Merck & Co., Inc. | 05-4327 |
| Gilbreath, Sammy L. v. Merck & Co., Inc. | 05-0960 |
| Gill, Lee v. Merck & Co., Inc. | 06-4655 |
| Gilly, Mae v. Merck & Co., Inc. | 06-4607 |

| | |
|---|---|
| Glasgow, Robert A., Sr. OBO Bonnie Sue Glasgow v. Merck & Co., Inc. | 05-4514 |
| Goodman, Patricia A. v. Merck & Co., Inc. | 06-4607 |
| Gordon, Joanne v. Merck & Co., Inc. | 06-4655 |
| Gordon-Crowder, Irellia v. Merck & Co., Inc. | 06-4604 |
| Gough, Jerry v Merck & Co., Inc. | 05-0496 |
| Gould, Jimmy v. Merck & Co., Inc. | 05-4816 |
| Gravely, Lee OBO Nina Gravely v. Merck & Co., Inc. | 05-4514 |
| Gray, Charles v. Merck & Co., Inc. | 05-3340 |
| Gray, Doris OBO Tony Carrol Gray v. Merck & Co., Inc. | 05-4514 |
| Gray, John OBO Shirley M. Gray v. Merck & Co., Inc. | 05-6708 |
| Gray, Lisa v. Merck & Co., Inc. | 05-4814 |
| Gray, Louis J. OBO Julita Gray v. Merck & Co., Inc. | 06-2793 |
| Gray, Meredith v Merck & Co., Inc. | 06-4604 |
| Green, Erma v. Merck & Co., Inc. | 06-4609 |
| Green, Nancy v. Merck & Co., Inc. | 06-4609 |
| Gregory, Delores v. Merck & Co., Inc. | 05-2604 |
| Grove, Sherrill v. Merck & Co., Inc. | 06-4609 |
| Habachy, Samir H. v. Merck & Co., Inc. | 05-1539 |
| Halbert, Lillie obo Halbert, Josephine v. Merck & Co., Inc. | 05-0496 |
| Hale, David W. v. Merck & Co., Inc. | 05-3999 |
| Hale, Maxine Ms. vs. Merck & Co., Inc. | 06-4603 |
| Ham, Nina v. Merck & Co., Inc. | 06-4609 |
| Hamelman, John v. Merck & Co., Inc. | 05-2611 |
| Hampton, Annie v. Merck & Co., Inc. | 06-4609 |
| Hand, Karen v. Merck & Co., Inc. | 05-2979 |
| Hanners, Tina v. Merck & Co., Inc. | 06-4602 |
| Hanrahan, Don v. Merck & Co., Inc. | 05-1198 |
| Happe, Elaine D. v. Merck & Co., Inc. | 06-4607 |
| Hardiman, Patsy OBO Gary Hardiman v. Merck & Co., Inc. | 05-4514 |
| Hargrove, Jimmy OBO Marcie A. Hargrove v. Merck & Co., Inc. | 05-4514 |
| Harris, Marie v Merck & Co., Inc. | 05-2715 |
| Hasty, James Clay v. Merck & Co., Inc. | 05-2103 |
| Hatley, Hildreth H. v. Merck & Co., Inc. | 06-4609 |
| Hawley, Mary H. v. Merck & Co., Inc. | 06-4655 |
| Hayes, Joe OBO Sean Hayes v. Merck & Co., Inc. | 06-4647 |
| Hayes, Robert v. Merck & Co., Inc. | 06-4609 |
| Hays, Sena OBO Donald Hays v. Merck & Co., Inc. | 05-6180 |
| Hearne, Brett L. v. Merck & Co., Inc. | 05-3675 |
| Heath, Clyde W. Jr. v. Merck & Co., Inc. | 06-4655 |
| Heaton, Roger L. v. Merck & Co., Inc. | 05-2702 |
| Heavner, Barry OBO Barbara P. Heavner v. Merck & Co., Inc. | 05-2422 |
| Heusted, Steven v. Merck & Co., Inc. | 06-9787 |
| Higgins, Helen v. Merck & Co., Inc. | 06-4609 |
| Hill, Roy OBO Ruby Elizabeth Salter Hill v. Merck & Co., Inc. | 05-2717 |
| Hilz, Walter N.v. Merck & Co., Inc. | 06-3336 |
| Himmerick, Lois v. Merck & Co., Inc. | 05-2996 |
| Hinnant, Naomi v. Merck & Co., Inc. | 05-2736 |
| Hinojosa, Manuel A v. Merck & Co., Inc. | 06-4607 |
| Hix, Joe Wayne v. Merck & Co., Inc. | 05-3235 |
| Hobdy, Rita v. Merck & Co., Inc. | 06-4609 |

| Case | Number |
|---|---|
| Hollaway, Linda v. Merck & Co., Inc. | 05-4150 |
| Hollis, Neely M. Sr. v. Merck & Co., Inc. | 06-4655 |
| Holloway, Wiley OBO Rosie Holloway v. Merck & Co., Inc. | 05-4514 |
| Holman, Frederick OBO Odessa Crawford v. Merck & Co., Inc. | 05-4508 |
| Holmes, Gene v Merck & Co., Inc. | 05-0496 |
| Holt, S. Jane OBO Doyle A. Holt, Sr. v. Merck & Co., Inc. | 05-4967 |
| Hood, Telesa OBO Irene M. Henderson v. Merck & Co., Inc. | 05-4508 |
| Hoover, Bill v. Merck & Co., Inc. | 06-3069 |
| Hopper, D.J. v. Merck & Co., Inc. | 05-2719 |
| Horton, Gary v. Merck & Co., Inc. | 06-4609 |
| Hoskins, Helen v. Merck & Co., Inc. | 05-4150 |
| Howard, Paula OBO Frank Radcliff v. Merck & Co., Inc. | 05-4508 |
| Howze, Katherine v. Merck & Co., Inc. | 06-4609 |
| Hudson, Freddie v. Merck & Co., Inc. | 06-4655 |
| Hudson, Sandra Marie v. Merck & Co., Inc. | 06-4607 |
| Humes, David v. Merck & Co., Inc. | 05-2607 |
| Hurckman, Loraine v. Merck & Co., Inc. | 05-4150 |
| Iglesias, Rafael v. Merck & Co., Inc. | 06-0207 |
| Inskeep, Mike v. Merck & Co., Inc. | 05-6074 |
| Isaacson, Jonay Irene OBO Irene Dorothy Anderson v. Merck & Co., Inc. | 05-1544 |
| Jaber, Nabil v. Merck & Co., Inc. | 05-2718 |
| Jackson, Edith G. OBO Fred Lee Jackson v. Merck & Co., Inc. | 05-4514 |
| James, Diana D. v. Merck & Co., Inc. | 05-2242 |
| Janick, David P. v. Merck & Co., Inc. | 05-2801 |
| Jarmon, Betty v. Merck & Co., Inc. | 05-4150 |
| Jeffers, Patricia A. v. Merck & Co., Inc. | 05-2721 |
| Jellison, Geneva v. Merck & Co., Inc. | 05-4150 |
| Jenkins, Robert E. v. Merck & Co., Inc. | 05-4150 |
| Jenkins, Ruthie obo Ella Mae Johnson v. Merck & Co., Inc. | 05-4508 |
| Johnson, Alta Vivian v. Merck & Co., Inc. | 06-4655 |
| Johnson, Harold Steele v. Merck & Co., Inc. | 06-0207 |
| Johnson, Kenneth v. Merck & Co., Inc. | 06-4607 |
| Johnson, Lynda OBO Alfred Johnson v. Merck & Co., Inc. | 05-4514 |
| Jones, Annie R. v. Merck & Co., Inc. | 05-0496 |
| Jones, Stephanie OBO Michael Ray Jones v. Merck & Co., Inc. | 05-1812 |
| Jones, Teresa OBO Myron K. Jones v. Merck & Co., Inc. | 05-4514 |
| Jordan, Terry v. Merck & Co., Inc. | 06-4655 |
| Kahric, Kada v. Merck & Co., Inc. | 06-3871 |
| Kearney, Barbara A. v. Merck & Co., Inc. | 06-4655 |
| Keele, Nichole Elaine OBO Paul Dean Keele v. Merck & Co., Inc. | 05-5542 |
| Kelsey, Jack v. Merck & Co., Inc. | 06-4609 |
| Kennedy, James L. Sr. v. Merck & Co., Inc. | 05-4150 |
| Kennedy, William Robert vs. Merck & Co., Inc. | 06-4609 |
| Kern, Gerald v. Merck & Co., Inc. | 06-4603 |
| Kiech, Blaine OBO Harlowe Kiech v. Merck & Co., Inc. | 06-2601 |
| Kiesow, Gary v. Merck & Co., Inc. | 05-2609 |
| Killian, Elvie S. v. Merck & Co., Inc. | 05-2610 |
| Kimani, Chamis OBO David Kimani Murage v. Merck & Co., Inc. | 05-3347 |
| Kimbrel, Annie OBO Herman Kimbrel v. Merck & Co., Inc. | 05-3373 |
| Kimm, Dianne v. Merck & Co., Inc. | 06-4601 |

6

| Case | Number |
|---|---|
| King, Patricia v. Merck & Co., Inc. | 06-5838 |
| King, Yolanda v. Merck & Co., Inc. | 05-2559 |
| Kirkland, Dawn v. Merck & Co., Inc. | 05-2881 |
| Kjonaas, Joan OBO Lonnie Lee Kjonaas v. Merck & Co., Inc. | 06-5654 |
| Knight, James v. Merck & Co., Inc. | 06-4602 |
| Kudlas, John M. v. Merck & Co., Inc. | 06-4607 |
| Kurelic, Nola W. v. Merck & Co., Inc. | 05-2101 |
| Lafayette, Charlotte OBO Frederick Lafayette v. Merck & Co., Inc. | 06-9759 |
| LaFountain, Garfield v Merck & Co., Inc. | 05-2427 |
| Lally, Carol A. v. Merck & Co., Inc. | 05-4606 |
| Lampkins, George E. Sr. OBO George E. Lampkins Jr. v. Merck & Co., Inc. | 06-2792 |
| Lane, Janice OBO Kenneth Lane v. Merck & Co., Inc. | 05-0078 |
| Langley, Jerry Russell v. Merck & Co., Inc. | 05-3348 |
| Laws, Iva v. Merck & Co., Inc. | 06-4654 |
| Lawson, Goldie v. Merck & Co., Inc. | 05-4150 |
| Lee, Robert Jr. v. Merck & Co., Inc. | 06-4654 |
| Lendvay, Joseph C., Jr. v. Merck & Co., Inc. | 06-4421 |
| Leverett, Rosemary Minter OBO Hugh Robert Leverett v. Merck & Co., Inc. | 06-9329 |
| Lewis, Selma v. Merck & Co., Inc. | 06-4654 |
| Lindley, Betty J. v. Merck & Co., Inc. | 06-4609 |
| Little, Jean v. Merck & Co., Inc. | 06-9715 |
| Logan, Joe OBO Bessie L. Logan v. Merck & Co., Inc. | 05-0496 |
| Look, Howard v. Merck & Co., Inc. | 05-4965 |
| Loos, Adolph J. v. Merck & Co., Inc. | 06-4654 |
| Lucas, Roberta v. Merck & Co., Inc. | 05-3671 |
| Luck, James OBO Kitty Luck v. Merck & Co., Inc. | 05-6494 |
| Lueb, Raymond T. OBO Antonia Lueb v. Merck & Co., Inc. | 05-4171 |
| Lynch, Julia v. Merck & Co., Inc. | 05-2720 |
| Mace, Mildred OBO Leonard Mace v. Merck & Co., Inc. | 05-4514 |
| Mancill, Jimmy Byron v. Merck & Co., Inc. | 05-2800 |
| Mann, Diane OBO Charles E. Mann v. Merck & Co., Inc. | 05-3861 |
| Marano, Jean v. Merck & Co., Inc. | 06-4609 |
| Marley, Brenda v. Merck & Co., Inc. | 06-0207 |
| Martin, Charles OBO Betty J. Martin v. Merck & Co., Inc. | 05-4514 |
| Martin, Donna v. Merck & Co., Inc. | 06-4601 |
| Martin, Lora v Merck & Co., Inc. | 06-4609 |
| Martin, Randy C. v. Merck & Co., Inc. | 06-4304 |
| Martinez, Kenneth v. Merck & Co., Inc. | 06-4603 |
| Matthews, Andrew v. Merck & Co., Inc. | 06-4603 |
| Mattingly, Bobby v. Merck & Co., Inc. | 06-4601 |
| Maynor, Linder v. Merck & Co., Inc. | 05-0957 |
| McCahey, Mary Lou v Merck & Co., Inc. | 06-4609 |
| McCoy, Gerald L. v. Merck & Co., Inc. | 05-4432 |
| McCoy, Joyce OBO Danny McCoy v. Merck & Co., Inc. | 05-4515 |
| McDonald, Annie J. OBO Eddie McDonald v. Merck & Co., Inc. | 06-3896 |
| McGinnis, Delores v. Merck & Co., Inc. | 06-4609 |
| McIntyre, John v. Merck & Co., Inc. | 06-4603 |
| McKenzie, Cindy obo Donnis Nell Brooks v. Merck & Co., Inc. | 06-0241 |
| McKenzie, Lois v. Merck & Co., Inc. | 06-4609 |
| McKinnon, Raymona B. v Merck & Co., Inc. | 06-5709 |

| | |
|---|---|
| McPherson, Robert v. Merck & Co., Inc. | 05-4750 |
| McWhirt, William Gayle v. Merck & Co., Inc. | 06-4603 |
| Meeker, Norma OBO Robert Meeker Sr. v. Merck & Co., Inc. | 05-5023 |
| Melton, Dorothy Jean v. Merck & Co., Inc. | 06-4609 |
| Merritt, Michael S. OBO Delores Merritt v. Merck & Co., Inc. | 05-4508 |
| Messick, Betty v. Merck & Co., Inc. | 06-2649 |
| Metzner, Adeline OBO Donald Lord v. Merck & Co., Inc. | 06-2615 |
| Miceli, Charles J. v. Merck & Co., Inc. | 06-10600 |
| Middleton, Helen v. Merck & Co., Inc. | 06-4607 |
| Miller, Jonas L. v. Merck & Co., Inc. | 06-4607 |
| Minnich, Marlene v. Merck & Co., Inc. | 06-4603 |
| Mizzell, Clara v. Merck & Co., Inc. | 05-2763 |
| Moore, John OBO Sherry Moore v. Merck & Co., Inc. | 06-3413 |
| Moreau, Stephen M. v. Merck & Co., Inc. | 05-4866 |
| Moreka, Margaret v. Merck & Co., Inc. | 06-0207 |
| Moreland-Welch, Laurie K. v. Merck & Co., Inc. | 05-3695 |
| Morgan, Janet Sue v. Merck & Co., Inc. | 05-0496 |
| Morton, Neal T. v. Merck & Co., Inc. | 05-3114 |
| Moss, Richard I. v. Merck & Co., Inc. | 06-4654 |
| Mulhern, Alton O. v. Merck & Co., Inc. | 06-4601 |
| Myatt, Bobby v. Merck & Co., Inc. | 06-4606 |
| Neighbors, Annette obo Jodie L. Stiles v. Merck & Co., Inc. | 07-0039 |
| Nelon, Flint v. Merck & Co., Inc. | 06-0207 |
| Nelson, Lawrence v. Merck & Co., Inc. | 06-4654 |
| Newberry, Shirley obo Donald G. Newberry v. Merck & Co., Inc. | 06-3636 |
| Newton, Robert Michael v. Merck & Co., Inc. | 05-2998 |
| Nichter, Mary v. Merck & Co., Inc. | 06-4606 |
| Noris, Erwin v. Merck & Co., Inc. | 06-4603 |
| Norwood, Annie v. Merck & Co., Inc. | 05-0496 |
| Norwood, Roy v. Merck & Co., Inc. | 05-4462 |
| Novak, Valerie v. Merck & Co., Inc. | 06-3567 |
| Nunnally, Brenda OBO George Eugene McClellan v. Merck & Co., Inc. | 05-0962 |
| Nye, Diane Margaret v. Merck & Co., Inc. | 05-2761 |
| Osborne, Mildred OBO Melissa Davis v. Merck & Co., Inc. | 05-4508 |
| Otts, Linda v. Merck & Co., Inc. | 05-0434 |
| Paddack, Gwenn v. Merck & Co., Inc. | 05-4150 |
| Pagel, Eleanor v. Merck & Co., Inc. | 06-4601 |
| Painter, Donna OBO Jack Sidney Painter v. Merck & Co., Inc. | 06-2904 |
| Parrish, James F. v. Merck & Co., Inc. | 05-4150 |
| Parrish, Martha v. Merck & Co., Inc. | 05-4150 |
| Payton, Eddie v. Merck & Co., Inc. | 05-0496 |
| Pazicni, Cheryl Ann v. Merck & Co., Inc. | 06-4605 |
| Pearson, Paul v. Merck & Co., Inc. | 05-2602 |
| Peckham, Shirley v. Merck & Co., Inc. | 06-4606 |
| Pendergraft, James A., Sr. v. Merck & Co., Inc. | 05-4150 |
| Perkins, Sarah v. Merck & Co., Inc. | 06-4601 |
| Perryman, Albert v. Merck & Co., Inc. | 06-4603 |
| Peters, Donna J. v. Merck & Co., Inc. | 05-2705 |
| Phillips, Larry v. Merck & Co., Inc. | 05-4150 |
| Phillips, Mildred v. Merck & Co., Inc. | 05-2008 |

| | |
|---|---|
| Phillips, Richard J. v Merck & Co., Inc. | 05-2764 |
| Phillips-Tuck, Sandra OBO Raymond K. Tuck v. Merck & Co., Inc. | 05-4514 |
| Pitts, Mary v. Merck & Co., Inc. | 05-2601 |
| Pleasant, David OBO Hazel D. Pleasant v. Merck & Co., Inc. | 05-4508 |
| Pointer, Alice OBO Joseph Daniel Pointer v. Merck & Co., Inc. | 05-1232 |
| Poisso, Columbus L. v. Merck & Co., Inc. | 06-4606 |
| Pope, James R. v. Merck & Co., Inc. | 05-4889 |
| Porter, Alice v. Merck & Co., Inc. | 06-4654 |
| Powell, Susie v. Merck & Co., Inc. | 05-0496 |
| Prazuk, Chester F. v. Merck & Co., Inc. | 06-4603 |
| Price, Terry v. Merck & Co., Inc. | 05-4618 |
| Puckett, Linda OBO Hugh D. Puckett v. Merck & Co., Inc. | 05-4514 |
| Ramsey, Mattie L. OBO Jenny Crawford v. Merck & Co., Inc. | 05-4508 |
| Ray, Donald Allen v. Merck & Co., Inc. | 05-2985 |
| Reaves, Towanda OBO Steve Reaves v. Merck & Co., Inc. | 05-4508 |
| Reese, Ambrose OBO Janet Louise Reese v. Merck & Co., Inc. | 06-8355 |
| Ribitzki, Bonnie v. Merck & Co., Inc. | 06-4602 |
| Richardson, Ann E. v. Merck & Co., Inc. | 05-2623 |
| Richichi, Rudolph v Merck & Co., Inc. | 06-4654 |
| Richmond, Donna B. v. Merck & Co., Inc. | 06-4603 |
| Riddle, Phyllis v. Merck & Co., Inc. | 05-2984 |
| Ridenhour, Gaynelle G. v. Merck & Co., Inc. | 05-2625 |
| Riester, Genevive v. Merck & Co., Inc. | 05-2759 |
| Rivera, Manuel v Merck & Co., Inc. | 05-4455 |
| Roberson, Deborah OBO Anthony Roberson v. Merck & Co., Inc. | 05-3998 |
| Roberts, Billy E., Sr. v. Merck & Co., Inc. | 06-4601 |
| Roberts, Cynthia v. Merck & Co., Inc. | 05-4150 |
| Robinson, Helen v. Merck & Co., Inc. | 05-4150 |
| Roden, Kenneth v. Merck & Co., Inc. | 05-1984 |
| Rohr, Todd C. v. Merck & Co., Inc. | 05-5369 |
| Rowland, Jennifer Kay OBO Herman Murl Hall v. Merck & Co., Inc. | 05-4519 |
| Roy, Mary Sue v. Merck & Co., Inc. | 06-4419 |
| Ruiz, Annette v. Merck & Co., Inc. | 06-4606 |
| Sanders, Belve v. Merck & Co., Inc. | 05-2983 |
| Sanford, Jessica OBO James E. Johnston v. Merck & Co., Inc. | 06-0229 |
| Sarver, James v. Merck & Co., Inc. | 06-4603 |
| Sauers, George M. v. Merck & Co., Inc. | 05-3969 |
| Schreiner, Carolyn OBO Michael P. Schreiner v. Merck & Co., Inc. | 06-4420 |
| Scott, David Jr. v. Merck & Co., Inc. | 05-4848 |
| Seals, Eugene v. Merck & Co., Inc. | 06-0115 |
| Sharp, Gregory L. vs. Merck & Co., Inc. | 05-2762 |
| Sheridan, Nancy v. Merck & Co., Inc. | 06-4602 |
| Shinberg, Vivian v. Merck & Co., Inc. | 05-4920 |
| Shoemaker, John OBO Sheila Shoemaker v. Merck & Co., Inc. | 05-4514 |
| Shortnacy, Bryan v. Merck & Co., Inc. | 05-6625 |
| Shoultz, Judith K. v. Merck & Co., Inc. | 06-4606 |
| Simpson, William v. Merck & Co., Inc. | 06-4654 |
| Sistrunk, Joe v. Merck & Co., Inc. | 05-1724 |
| Skopec, Susan Darlene v. Merck & Co., Inc. | 05-4150 |
| Slater, Judy OBO Roger Slater v. Merck & Co., Inc. | 06-6598 |

| | |
|---|---|
| Slaughter, Jessi v. Merck & Co., Inc. | 06-4606 |
| Smith, Gerald v Merck & Co., Inc. | 06-4606 |
| Smith, James v. Merck & Co., Inc. | 05-0496 |
| Smith, Mary Ann v. Merck & Co., Inc. | 05-4150 |
| Smith, Patricia M. v. Merck & Co., Inc. | 06-4603 |
| Smith, Patsy Sears v. Merck & Co., Inc. | 05-2999 |
| Spain, John E. v. Merck & Co., Inc. | 05-4150 |
| Speed, Allen Ray OBO Marie Sara Speed v. Merck & Co., Inc. | 06-2650 |
| Starling, Lamont v Merck & Co., Inc. | 05-0496 |
| Staton, Lily Ann v. Merck & Co., Inc. | 06-0207 |
| Stegall, Herman v. Merck & Co., Inc. | 06-4606 |
| Stein, Carol v. Merck & Co., Inc. | 06-4606 |
| Stevens, Ernestine T. v. Merck & Co., Inc. | 05-1231 |
| Stevens, Johnny v. Merck & Co., Inc. | 06-4418 |
| Stidham, Vera v. Merck & Co., Inc. | 06-4603 |
| Stiner, Poppy v. Merck & Co., Inc. | 06-2254 |
| Stinson, Donald E. v. Merck & Co., Inc. | 05-5494 |
| Stone, Barbara P. v. Merck & Co., Inc. | 06-8332 |
| Stover, Betty v. Merck & Co., Inc. | 06-4606 |
| Street, Hazel R. v. Merck & Co., Inc. | 06-4606 |
| Strodel, Christine A. v. Merck & Co., Inc. | 06-4606 |
| Strouth, Malcom L. v. Merck & Co., Inc. | 06-0207 |
| Stuck, Joanne v. Merck & Co., Inc. | 06-4606 |
| Sullivant, Tresa v. Merck & Co., Inc. | 06-4605 |
| Sutton, Roger D. v. Merck & Co., Inc. | 05-4150 |
| Tackett, Patricia OBO Gene A. Tackett v. Merck & Co., Inc. | 07-0027 |
| Taussig, Sally G. v. Merck & Co., Inc. | 06-3111 |
| Taylor, Lloyd OBO Avanell Taylor v. Merck & Co., Inc. | 05-4518 |
| Thibodeau, Edward v. Merck & Co., Inc. | 05-6076 |
| Thielan, Donna v. Merck & Co., Inc. | 05-4150 |
| Thomas, Leona v. Merck & Co., Inc. | 06-4654 |
| Thomas, Shantell OBO Paula McAllister v. Merck & Co., Inc. | 05-1024 |
| Thomerson, Robert Lee Jr. v. Merck & Co., Inc. | 06-0207 |
| Thompson, Delores v. Merck & Co., Inc. | 06-4605 |
| Thompson, Edward A. v. Merck & Co., Inc. | 05-4150 |
| Thomsen, William v. Merck & Co., Inc. | 06-4654 |
| Thomson, Lee v. Merck & Co., Inc. | 06-4606 |
| Thrower, Peggy v. Merck & Co., Inc. | 06-4602 |
| Tita, Robert Paul v. Merck & Co., Inc. | 06-4602 |
| Toler, James OBO Clara Toler v. Merck & Co., Inc. | 05-4150 |
| Tolle, Gordon E. v. Merck & Co., Inc. | 05-4150 |
| Tucker, Barbara v Merck & Co., Inc. | 05-0496 |
| Tucker, Bobby v. Merck & Co., Inc. | 06-4602 |
| Tucker, Susan J. v. Merck & Co., Inc. | 05-2982 |
| Tuggle, Gerald v. Merck & Co., Inc. | 06-1465 |
| Vail, Dorothy v. Merck & Co., Inc. | 05-2760 |
| Vance, Gary v. Merck & Co., Inc. | 05-2425 |
| Vaughn, Ruth A. OBO Paul E. Vaughn v. Merck & Co., Inc. | 05-5085 |
| Venable, James v. Merck & Co., Inc. | 05-2396 |
| Vercauteren, Ricky v. Merck & Co., Inc. | 06-4602 |

| Case | Number |
|---|---|
| Vigil, Charlotte v. Merck & Co., Inc. | 05-4150 |
| Villines, Gerald Ray v. Merck & Co., Inc. | 06-4602 |
| Volner, Becky v. Merck & Co., Inc. | 06-2626 |
| Walker, Morene v. Merck & Co., Inc. | 05-4150 |
| Wallace, Owen D. v. Merck & Co., Inc. | 06-5149 |
| Ward, Rovena P. OBO Jerrell Ward v. Merck & Co., Inc. | 05-6181 |
| Warmouth, William, Sr. v. Merck & Co., Inc. | 05-3790 |
| Warren, James v. Merck & Co., Inc. | 05-0957 |
| Watkins, Carol OBO Marvin Watkins v. Merck & Co., Inc. | 07-0048 |
| Watson, Billie OBO Betty Watson v. Merck & Co., Inc. | 05-4514 |
| Waybrant, Carol OBO Charles Foster v. Merck & Co., Inc. | 06-2616 |
| Weaks, Lawrence v. Merck & Co., Inc. | 06-4602 |
| Weimer, David v. Merck & Co., Inc. | 06-5256 |
| Welch, Rick E. v. Merck & Co., Inc. | 06-4654 |
| Westmoreland, Joyce v. Merck & Co., Inc. | 06-4602 |
| Whaley, Anita v. Merck & Co., Inc. | 06-4603 |
| Wheatley, Catherine OBO Carl Wheatley v. Merck & Co., Inc. | 05-0566 |
| Wheaton, Rosie v. Merck & Co., Inc. | 05-0957 |
| Whitaker, Jeff v. Merck & Co., Inc. | 06-2255 |
| White, Ike H. OBO Patricia White v. Merck & Co., Inc. | 05-4514 |
| White, Robert Lee v. Merck & Co., Inc. | 05-2426 |
| Whitehead, Betty OBO James Allen Whitehead v. Merck & Co., Inc. | 06-1279 |
| Whitten, James R. v. Merck & Co., Inc. | 06-4588 |
| Widener, Russell OBO Hulett Hall Widener v. Merck & Co., Inc. | 05-3374 |
| Wilbanks, Lydell v. Merck & Co., Inc. | 06-4602 |
| Wiley, Sarah v. Merck & Co., Inc. | 06-0207 |
| Wilhelm, David S. OBO Haroldlyn Sue Wilhelm v. Merck & Co., Inc. | 05-6447 |
| Williams, Annette v. Merck & Co., Inc. | 05-4150 |
| Williams, Doris OBO John Williams v. Merck & Co., Inc. | 06-0557 |
| Williams, John H. Jr. v. Merck & Co., Inc. | 05-4150 |
| Williams, Mamie v. Merck & Co., Inc. | 06-4601 |
| Williamson, Catherine v. Merck & Co., Inc. | 06-4602 |
| Wilson, Joe B. v. Merck & Co., Inc. | 05-0959 |
| Wimmer, Linda OBO Joan Shultz (deceased) v. Merck & Co., Inc. | 06-3063 |
| Wise, Earlene v. Merck & Co., Inc. | 06-4654 |
| Witt, John T. v. Merck & Co., Inc. | 05-4150 |
| Wood, Ulas S. v. Merck & Co., Inc. | 06-4603 |
| Woodard, Barbara v. Merck & Co., Inc. | 06-4601 |
| Woods, Gwendolyn OBO Caslean Gilmer v. Merck & Co., Inc. | 05-3375 |
| Wright-Lane, Joanna v. Merck & Co., Inc. | 05-4150 |
| Yager, Nathalie L. v. Merck & Co., Inc. | 05-2608 |
| Yearber, Wanda v. Merck & Co., Inc. | 06-4654 |
| Yenni, Ronald v. Merck & Co., Inc. | 06-4602 |
| Yohn, Linda v. Merck & Co., Inc. | 05-3789 |
| Youngblood, Robert v. Merck & Co., Inc. | 06-4609 |
| Younge, Carolyn OBO Charles Younge v. Merck & Co., Inc. | 05-0433 |
| Zellmer, Dr Richard v Merck & Co., Inc. | 05-0449 |
| Zenzerovic, Ratko v. Merck & Co., Inc. | 05-3426 |

Pursuant to paragraph 14 of Pretrial Order No. 8A, Mr. Sizemore's withdrawal will promptly be effected on LexisNexis File & Serve through the use of the Case & Party Management feature of LexisNexis File & Serve as soon as the Order has been entered.

Respectfully submitted,

/s/ Benjamin L. Locklar
Andy Birchfield (BIR006)
P. Leigh O'Dell (ODE006)
Benjamin L. Locklar (LOC009)
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36104
(334) 269-2343 - Phone
(334) 954-7555 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to Withdraw has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail and upon all partied by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Nos. 8 and 8A, and on the following this _____ day of January, 2007.

J. Paul Sizemore
**GIRARDI-KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017

/s/ Benjamin L. Locklar