IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | MDL Docket No. 1657 |
| | * | |
| **This document relates to the matters listed below,** | * | |
| | * | |
| | * | |
| **PLAINTIFFS,** | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & COMPANY, INC.,** a foreign corporation, | * | |
| | * | |
| | * | |
| **DEFENDANT.** | * | |

## ORDER

Considering the foregoing Motion for Leave to Withdraw as Counsel, it is **ORDERED** that J. Paul Sizemore be and is hereby permitted to withdraw as counsel of record. Therefore, the Motion for Leave to Withdraw as Counsel is hereby **GRANTED** for the Plaintiffs listed below.

| PLAINTIFF | E.D. LA CASE NO. |
|---|---|
| Adair, Wilma v. Merck & Co., Inc. | 06-4607 |
| Adams, Wendell v. Merck & Co., Inc. | 06-5542 |
| Akroush, Samir v Merck & Co., Inc. | 05-2817 |
| Alaniz, Wendy v. Merck & Co., Inc. | 05-2804 |
| Allen, James Edwin Sr. v. Merck & Co., Inc. | 05-2802 |
| Anderson, Allen K. v. Merck & Co., Inc. | 05-2765 |
| Anderson, Brenda v. Merck & Co., Inc. | 06-4604 |
| Anderson, Hugh Gene OBO Neeta Anderson v. Merck & Co., Inc. | 05-2397 |
| Anderson, Thelma v. Merck & Co., Inc. | 05-2994 |
| Andrews, Joan OBO Andrews, John F. v. Merck & Co., Inc. | 05-2785 |
| Archuleta, Jose Dani v. Merck & Co., Inc. | 05-2186 |
| Arnold, Lene P v. Merck & Co., Inc. | 05-2627 |
| Asan, Shirley v. Merck & Co., Inc. | 05-0325 |
| Ashbaugh, Paul Kurt v. Merck & Co., Inc. | 05-4150 |
| Ashcraft, Sam obo Sarah Ashcraft v. Merck & Co., Inc. | 05-4514 |
| Austill, Ida v. Merck & Co., Inc. | 05-4150 |
| Bailey, Ellen P. v. Merck & Co., Inc. | 06-5605 |

| Case | Number |
|---|---|
| Bailey, Phyllis Ann OBO Charles Bailey v. Merck & Co., Inc. | 05-5541 |
| Baker, Mildred v. Merck & Co., Inc. | 06-4601 |
| Baldwin, Brenda L. OBO Ikey G. Baldwin v. Merck & Co., Inc. | 05-4514 |
| Barefoot, Clyda A. v. Merck & Co., Inc. | 05-3663 |
| Barrell, Patricia v. Merck & Co., Inc. | 06-4655 |
| Barton, Connie v. Merck & Co., Inc. | 05-4150 |
| Bell, Terry Lee v. Merck & Co., Inc. | 06-0207 |
| Belvedresi, Rosalie v. Merck & Co., Inc. | 06-3559 |
| Berberena, Angelina v. Merck & Co., Inc. | 05-2704 |
| Berckman, Irene G. v. Merck & Co., Inc. | 06-8367 |
| Berryman, Ethel Evelyn v. Merck & Co., Inc. | 06-4655 |
| Bishop, Rena OBO Barbara Walters v. Merck & Co., Inc. | 05-4519 |
| Boone, James Rudoplh obo Louise Boone v. Merck & Co., Inc. | 05-3673 |
| Boone, Yvonne OBO William Boone v. Merck & Co., Inc. | 05-4514 |
| Bourgeois, Dorothy v. Merck & Co., Inc. | 06-4607 |
| Bowens, John v. Merck & Co., Inc. | 06-0207 |
| Braddy, Ronnie v. Merck & Co., Inc. | 06-4606 |
| Bradshaw, Warren Ralph OBO Martha Ruth Bradshaw v. Merck & Co., Inc. | 05-4514 |
| Bratton, Duane v. Merck & Co., Inc. | 06-4604 |
| Briggs, Gerald v. Merck & Co., Inc. | 06-4655 |
| Bronson, Vern v. Merck & Co., Inc. | 06-4605 |
| Brooks, Dorothy v. Merck & Co., Inc. | 06-2640 |
| Brooks, Scott OBO Mary Alice Brooks v. Merck & Co., Inc. | 05-2626 |
| Brown, Joseph OBO Callie Brown v. Merck & Co., Inc. | 05-4514 |
| Brown, Joyce J. v. Merck & Co., Inc. | 06-4607 |
| Brown, Nellie v. Merck & Co., Inc. | 05-4150 |
| Brown, Tracey obo Stephen Anthony Brown v. Merck & Co., Inc. | 05-0496 |
| Brown, Virginia Rae v. Merck & Co., Inc. | 06-4144 |
| Browning, Jackson v. Merck & Co., Inc. | 06-4655 |
| Buchanan, Joe C. v. Merck & Co., Inc. | 05-4150 |
| Bucher, Don v. Merck & Co., Inc. | 05-4150 |
| Buckner, Larry v. Merck & Co., Inc. | 05-2553 |
| Bullock, Jacqueline R. v. Merck & Co., Inc. | 06-4604 |
| Bullock, Jean OBO James Weaber Long v. Merck & Co., Inc. | 05-5207 |
| Bulluck, Coy B. v. Merck & Co., Inc. | 06-4655 |
| Burgans, Kenneth v. Merck & Co., Inc. | 05-2520 |
| Burney, Donna OBO Betty McVay v. Merck & Co., Inc. | 05-4519 |
| Brenda Burr obo Louise Poole v. Merck & Co., Inc. | 06-4604 |
| Callahan, James R. OBO Linda Callahan v. Merck & Co., Inc. | 05-3672 |
| Campbell, Lorn v. Merck & Co., Inc. | 05-4844 |
| Cardin, Elizabeth v. Merck & Co., Inc. | 05-2803 |
| Carlos, Evelyn v. Merck & Co., Inc. | 05-4150 |
| Carlson, Dolores v Merck & Co., Inc. | 06-4607 |
| Carlson, Mike v. Merck & Co., Inc. | 05-4150 |
| Carroll, Rosemary OBO Thomas Carroll v. Merck & Co., Inc. | 05-4514 |
| Carson, Helen v. Merck & Co., Inc. | 06-4604 |
| Carswell, David v Merck & Co., Inc. | 06-0207 |
| Carter, Linda G. v. Merck & Co., Inc. | 05-3674 |
| Casso, Alfredo A. v. Merck & Co., Inc. | 06-4607 |
| Catron, Jerelene v. Merck & Co., Inc. | 05-4463 |

| Case | Number |
|---|---|
| Centrella, Kathryn OBO Joseph Centrella v. Merck & Co., Inc. | 05-2975 |
| Chanay, Sheila v. Merck & Co., Inc. | 06-4143 |
| Chastain, Tom v. Merck & Co., Inc. | 06-4655 |
| Chowning, Lydia OBO Susan Huskisson v. Merck & Co., Inc. | 05-2927 |
| Christ, Michael A. v. Merck & Co., Inc. | 05-4045 |
| Christensen, Christ v. Merck & Co., Inc. | 05-2534 |
| Clay, Fairy v. Merck & Co., Inc. | 05-4150 |
| Clifford, Hazel v. Merck & Co., Inc. | 05-2009 |
| Cloyd, Deborah OBO Shelby Dwain Cloyd v. Merck & Co., Inc. | 05-4514 |
| Coble, Alberta K. v. Merck & Co., Inc. | 05-2531 |
| Pike, Donna D. v. Merck & Co., Inc. | 05-4150 |
| Coleman, Stephen v. Merck & Co., Inc. | 05-6681 |
| Collins, Bobby G. v. Merck & Co., Inc. | 05-2533 |
| Collins, Bobnel v. Merck & Co., Inc. | 06-4604 |
| Columbus, Helen v. Merck & Co., Inc. | 06-0207 |
| Cook, William v. Merck & Co., Inc. | 02-2710 |
| Cooke, Mary v. Merck & Co., Inc. | 05-6475 |
| Corpening, Gerald v. Merck & Co., Inc. | 05-4150 |
| Corse, Robert v. Merck & Co., Inc. | 05-2521 |
| Cozart, Norma v. Merck & Co., Inc. | 06-4601 |
| Crager, Wanda v. Merck & Co., Inc. | 05-2703 |
| Cristo, Cecilia v. Merck & Co., Inc. | 06-4604 |
| Crooms, Willie v. Merck & Co., Inc. | 06-4604 |
| Crudup, Dasie Lee v. Merck & Co., Inc. | 05-3785 |
| Culpepper, Joyce OBO Emma Hoey v. Merck & Co., Inc. | 05-4805 |
| Cummings, Sherry v. Merck & Co., Inc. | 05-4150 |
| Cusimano, Karen v. Merck & Co., Inc. | 06-4601 |
| Dabney, Patricia OBO Eddie Dabney v. Merck & Co., Inc. | 05-4514 |
| Dalton, Myrtle v. Merck & Co., Inc. | 06-4601 |
| Davenport, Darren M. v. Merck & Co., Inc. | 06-4607 |
| Davenport, Violet v. Merck & Co., Inc. | 05-2699 |
| Davis, Dave v. Merck & Co., Inc. | 06-4655 |
| Davis, Harold Doyle v. Merck & Co., Inc. | 05-6683 |
| Davis, Sara T. OBO Oral Davis v. Merck | 05-0957 |
| Day, Elizabeth Zane v. Merck & Co., Inc. | 06-4602 |
| Dehr, Laura v. Merck & Co., Inc. | 05-2523 |
| Deplazes, Philip v. Merck & Co., Inc. | 06-4601 |
| Deshotel, Lucille v. Merck & Co., Inc. | 06-4604 |
| Dever, Carolyn v. Merck & Co., Inc. | 06-4604 |
| Dietrich, Terry v. Merck & Co., Inc. | 05-2519 |
| Dillinger, Delores OBO Patrick V. Dillinger v. Merck & Co., Inc. | 05-4515 |
| Dingler, Susan v. Merck & Co., Inc. | 06-4607 |
| Dirk, Phyllis OBO Roger Dirk v. Merck & Co., Inc. | 05-3425 |
| Dockery, Wayne Arthur v. Merck & Co., Inc. | 05-2995 |
| Dodson, Mary Christine v. Merck & Co., Inc. | 05-2701 |
| Dooley, Katherine B. v. Merck & Co., Inc. | 05-3788 |
| Doppler, Mary v. Merck & Co., Inc. | 06-4604 |
| Downen, Barbara OBO John Douglas Bishop v. Merck & Co., Inc. | 05-4318 |
| Driskill, Shelly OBO Edward Sorrell v. Merck & Co., Inc. | 05-4751 |
| Dudley, Ernie v. Merck & Co., Inc. | 05-2735 |

| | |
|---|---|
| Duffy, Gwendolyn A. OBO Michael P. Duffy v.Merck & Co., Inc. | 05-3984 |
| Duke, Joyce v. Merck & Co., Inc. | 06-4605 |
| Duncan, Rose v. Merck & Co., Inc. | 05-4150 |
| Dunn, Kris A. v. Merck & Co., Inc. | 06-4607 |
| Duren, Steve v. Merck & Co., Inc. | 05-4499 |
| Easter, Betty v. Merck & Co., Inc. | 06-4607 |
| Eberwein, Ernie B. v. Merck & Co., Inc. | 05-2784 |
| Eklund, Sharon v. Merck & Co., Inc. | 05-2522 |
| Elder, Lonnie Dale v.Merck & Co., Inc. | 06-4655 |
| Epps, Lora G. v. Merck & Co., Inc. | 06-4607 |
| Everett, Wilfred v. Merck & Co., Inc. | 05-4150 |
| Faircloth, Mary OBO Robert Henry Faircloth v.Merck & Co., Inc. | 05-5134 |
| Faison, Lillian v. Merck & Co., Inc. | 05-2606 |
| Falen, Hildegarde v. Merck & Co., Inc. | 05-2798 |
| Fanning, Sherry v. Merck & Co., Inc. | 06-4604 |
| Faries, Orville Wayne v. Merck & Co., Inc. | 06-4604 |
| Faulcon, Linwood v Merck & Co., Inc. | 05-3661 |
| Fellhauer, Pamela OBO Kenneth Fellhauer v. Merck & Co., Inc. | 05-4147 |
| Filipiak, Debra J. v. Merck & Co., Inc. | 05-4150 |
| Fisher, Susan Carol v. Merck & Co., Inc. | 05-2932 |
| Fitzgerald, Jerry v Merck & Co., Inc. | 06-0207 |
| Floyd, Alma Jean OBO Richard Floyd v. Merck & Co., Inc. | 05-4514 |
| Floyd, Jeaulanda v. Merck & Co., Inc. | 05-4150 |
| Ford, Patricia A. v. Merck & Co., Inc. | 05-5456 |
| Forrest, Ronald v. Merck & Co., Inc. | 05-4887 |
| Fox, Charles A. v. Merck & Co., Inc. | 05-4150 |
| Franklin, Gloria A. v. Merck & Co., Inc. | 06-4604 |
| Frazier, Larry A. v. Merck & Co., Inc. | 06-4607 |
| Freeman, Herbert v. Merck & Co., Inc. | 05-2997 |
| Freeman, Rita v. Merck & Co., Inc. | 06-4604 |
| Funcke, Nancy v Merck & Co., Inc. | 06-4604 |
| Gal, Janet v. Merck & Co., Inc. | 06-4604 |
| Gallegos, Joe v. Merck & Co., Inc. | 06-4655 |
| Gant, Rosena v. Merck & Co., Inc. | 06-0207 |
| Garmon, Arcelia v. Merck & Co., Inc. | 05-2605 |
| Garry, Robert Lee v. Merck & Co., Inc. | 06-4603 |
| Gavin, Donald v. Merck & Co., Inc. | 06-5834 |
| Geasley, Pat OBO Leva Geasley v. Merck & Co., Inc. | 05-4508 |
| George, Kenneth v. Merck & Co., Inc. | 05-4150 |
| Gerwitz, Susan OBO Robert N. James v. Merck & Co., Inc. | 05-4519 |
| Gibbs, Joseph R. v. Merck & Co., Inc. | 05-1940 |
| Gibson, David v. Merck & Co., Inc. | 05-4327 |
| Gilbreath, Sammy L. v. Merck & Co., Inc. | 05-0960 |
| Gill, Lee v. Merck & Co., Inc. | 06-4655 |
| Gilly, Mae v. Merck & Co., Inc. | 06-4607 |
| Glasgow, Robert A., Sr. OBO Bonnie Sue Glasgow v. Merck & Co., Inc. | 05-4514 |
| Goodman, Patricia A. v. Merck & Co., Inc. | 06-4607 |
| Gordon, Joanne v. Merck & Co., Inc. | 06-4655 |
| Gordon-Crowder, Irellia v. Merck & Co., Inc. | 06-4604 |
| Gough, Jerry v Merck & Co., Inc. | 05-0496 |

| | |
|---|---|
| Gould, Jimmy v. Merck & Co., Inc. | 05-4816 |
| Gravely, Lee OBO Nina Gravely v. Merck & Co., Inc. | 05-4514 |
| Gray, Charles v. Merck & Co., Inc. | 05-3340 |
| Gray, Doris OBO Tony Carrol Gray v. Merck & Co., Inc. | 05-4514 |
| Gray, John OBO Shirley M. Gray v. Merck & Co., Inc. | 05-6708 |
| Gray, Lisa v. Merck & Co., Inc. | 05-4814 |
| Gray, Louis J. OBO Julita Gray v. Merck & Co., Inc. | 06-2793 |
| Gray, Meredith v Merck & Co., Inc. | 06-4604 |
| Green, Erma v. Merck & Co., Inc. | 06-4609 |
| Green, Nancy v. Merck & Co., Inc. | 06-4609 |
| Gregory, Delores v. Merck & Co., Inc. | 05-2604 |
| Grove, Sherrill v. Merck & Co., Inc. | 06-4609 |
| Habachy, Samir H. v. Merck & Co., Inc. | 05-1539 |
| Halbert, Lillie obo Halbert, Josephine v. Merck & Co., Inc. | 05-0496 |
| Hale, David W. v. Merck & Co., Inc. | 05-3999 |
| Hale, Maxine Ms. vs. Merck & Co., Inc. | 06-4603 |
| Ham, Nina v. Merck & Co., Inc. | 06-4609 |
| Hamelman, John v. Merck & Co., Inc. | 05-2611 |
| Hampton, Annie v. Merck & Co., Inc. | 06-4609 |
| Hand, Karen v. Merck & Co., Inc. | 05-2979 |
| Hanners, Tina v. Merck & Co., Inc. | 06-4602 |
| Hanrahan, Don v. Merck & Co., Inc. | 05-1198 |
| Happe, Elaine D. v. Merck & Co., Inc. | 06-4607 |
| Hardiman, Patsy OBO Gary Hardiman v. Merck & Co., Inc. | 05-4514 |
| Hargrove, Jimmy OBO Marcie A. Hargrove v. Merck & Co., Inc. | 05-4514 |
| Harris, Marie v Merck & Co., Inc. | 05-2715 |
| Hasty, James Clay v. Merck & Co., Inc. | 05-2103 |
| Hatley, Hildreth H. v. Merck & Co., Inc. | 06-4609 |
| Hawley, Mary H. v. Merck & Co., Inc. | 06-4655 |
| Hayes, Joe OBO Sean Hayes v. Merck & Co., Inc. | 06-4647 |
| Hayes, Robert v. Merck & Co., Inc. | 06-4609 |
| Hays, Sena OBO Donald Hays v. Merck & Co., Inc. | 05-6180 |
| Hearne, Brett L. v. Merck & Co., Inc. | 05-3675 |
| Heath, Clyde W. Jr. v. Merck & Co., Inc. | 06-4655 |
| Heaton, Roger L. v. Merck & Co., Inc. | 05-2702 |
| Heavner, Barry OBO Barbara P. Heavner v. Merck & Co., Inc. | 05-2422 |
| Heusted, Steven v. Merck & Co., Inc. | 06-9787 |
| Higgins, Helen v. Merck & Co., Inc. | 06-4609 |
| Hill, Roy OBO Ruby Elizabeth Salter Hill v. Merck & Co., Inc. | 05-2717 |
| Hilz, Walter N.v. Merck & Co., Inc. | 06-3336 |
| Himmerick, Lois v. Merck & Co., Inc. | 05-2996 |
| Hinnant, Naomi v. Merck & Co., Inc. | 05-2736 |
| Hinojosa, Manuel A v. Merck & Co., Inc. | 06-4607 |
| Hix, Joe Wayne v. Merck & Co., Inc. | 05-3235 |
| Hobdy, Rita v. Merck & Co., Inc. | 06-4609 |
| Hollaway, Linda v. Merck & Co., Inc. | 05-4150 |
| Hollis, Neely M. Sr. v. Merck & Co., Inc. | 06-4655 |
| Holloway, Wiley OBO Rosie Holloway v. Merck & Co., Inc. | 05-4514 |
| Holman, Frederick OBO Odessa Crawford v. Merck & Co., Inc. | 05-4508 |
| Holmes, Gene v Merck & Co., Inc. | 05-0496 |

| | |
|---|---|
| Holt, S. Jane OBO Doyle A. Holt, Sr. v. Merck & Co., Inc. | 05-4967 |
| Hood, Telesa OBO Irene M. Henderson v. Merck & Co., Inc. | 05-4508 |
| Hoover, Bill v. Merck & Co., Inc. | 06-3069 |
| Hopper, D.J. v. Merck & Co., Inc. | 05-2719 |
| Horton, Gary v. Merck & Co., Inc. | 06-4609 |
| Hoskins, Helen v. Merck & Co., Inc. | 05-4150 |
| Howard, Paula OBO Frank Radcliff v. Merck & Co., Inc. | 05-4508 |
| Howze, Katherine v. Merck & Co., Inc. | 06-4609 |
| Hudson, Freddie v. Merck & Co., Inc. | 06-4655 |
| Hudson, Sandra Marie v. Merck & Co., Inc. | 06-4607 |
| Humes, David v. Merck & Co., Inc. | 05-2607 |
| Hurckman, Loraine v. Merck & Co., Inc. | 05-4150 |
| Iglesias, Rafael v. Merck & Co., Inc. | 06-0207 |
| Inskeep, Mike v. Merck & Co., Inc. | 05-6074 |
| Isaacson, Jonay Irene OBO Irene Dorothy Anderson v. Merck & Co., Inc. | 05-1544 |
| Jaber, Nabil v. Merck & Co., Inc. | 05-2718 |
| Jackson, Edith G. OBO Fred Lee Jackson v. Merck & Co., Inc. | 05-4514 |
| James, Diana D. v. Merck & Co., Inc. | 05-2242 |
| Janick, David P. v. Merck & Co., Inc. | 05-2801 |
| Jarmon, Betty v. Merck & Co., Inc. | 05-4150 |
| Jeffers, Patricia A. v. Merck & Co., Inc. | 05-2721 |
| Jellison, Geneva v. Merck & Co., Inc. | 05-4150 |
| Jenkins, Robert E. v. Merck & Co., Inc. | 05-4150 |
| Jenkins, Ruthie obo Ella Mae Johnson v. Merck & Co., Inc. | 05-4508 |
| Johnson, Alta Vivian v. Merck & Co., Inc. | 06-4655 |
| Johnson, Harold Steele v. Merck & Co., Inc. | 06-0207 |
| Johnson, Kenneth v. Merck & Co., Inc. | 06-4607 |
| Johnson, Lynda OBO Alfred Johnson v. Merck & Co., Inc. | 05-4514 |
| Jones, Annie R. v. Merck & Co., Inc. | 05-0496 |
| Jones, Stephanie OBO Michael Ray Jones v. Merck & Co., Inc. | 05-1812 |
| Jones, Teresa OBO Myron K. Jones v. Merck & Co., Inc. | 05-4514 |
| Jordan, Terry v. Merck & Co., Inc. | 06-4655 |
| Kahric, Kada v. Merck & Co., Inc. | 06-3871 |
| Kearney, Barbara A. v. Merck & Co., Inc. | 06-4655 |
| Keele, Nichole Elaine OBO Paul Dean Keele v. Merck & Co., Inc. | 05-5542 |
| Kelsey, Jack v. Merck & Co., Inc. | 06-4609 |
| Kennedy, James L. Sr. v. Merck & Co., Inc. | 05-4150 |
| Kennedy, William Robert vs. Merck & Co., Inc. | 06-4609 |
| Kern, Gerald v. Merck & Co., Inc. | 06-4603 |
| Kiech, Blaine OBO Harlowe Kiech v. Merck & Co., Inc. | 06-2601 |
| Kiesow, Gary v. Merck & Co., Inc. | 05-2609 |
| Killian, Elvie S. v. Merck & Co., Inc. | 05-2610 |
| Kimani, Chamis OBO David Kimani Murage v. Merck & Co., Inc. | 05-3347 |
| Kimbrel, Annie OBO Herman Kimbrel v. Merck & Co., Inc. | 05-3373 |
| Kimm, Dianne v. Merck & Co., Inc. | 06-4601 |
| King, Patricia v. Merck & Co., Inc. | 06-5838 |
| King, Yolanda v. Merck & Co., Inc. | 05-2559 |
| Kirkland, Dawn v. Merck & Co., Inc. | 05-2881 |
| Kjonaas, Joan OBO Lonnie Lee Kjonaas v. Merck & Co., Inc. | 06-5654 |
| Knight, James v. Merck & Co., Inc. | 06-4602 |

| Case Name | Case Number |
|---|---|
| Kudlas, John M. v. Merck & Co., Inc. | 06-4607 |
| Kurelic, Nola W. v. Merck & Co., Inc. | 05-2101 |
| Lafayette, Charlotte OBO Frederick Lafayette v. Merck & Co., Inc. | 06-9759 |
| LaFountain, Garfield v Merck & Co., Inc. | 05-2427 |
| Lally, Carol A. v. Merck & Co., Inc. | 05-4606 |
| Lampkins, George E. Sr. OBO George E. Lampkins Jr. v. Merck & Co., Inc. | 06-2792 |
| Lane, Janice OBO Kenneth Lane v. Merck & Co., Inc. | 05-0078 |
| Langley, Jerry Russell v. Merck & Co., Inc. | 05-3348 |
| Laws, Iva v. Merck & Co., Inc. | 06-4654 |
| Lawson, Goldie v. Merck & Co., Inc. | 05-4150 |
| Lee, Robert Jr. v. Merck & Co., Inc. | 06-4654 |
| Lendvay, Joseph C., Jr. v. Merck & Co., Inc. | 06-4421 |
| Leverett, Rosemary Minter OBO Hugh Robert Leverett v. Merck & Co., Inc. | 06-9329 |
| Lewis, Selma v. Merck & Co., Inc. | 06-4654 |
| Lindley, Betty J. v. Merck & Co., Inc. | 06-4609 |
| Little, Jean v. Merck & Co., Inc. | 06-9715 |
| Logan, Joe OBO Bessie L. Logan v. Merck & Co., Inc. | 05-0496 |
| Look, Howard v. Merck & Co., Inc. | 05-4965 |
| Loos, Adolph J. v. Merck & Co., Inc. | 06-4654 |
| Lucas, Roberta v. Merck & Co., Inc. | 05-3671 |
| Luck, James OBO Kitty Luck v. Merck & Co., Inc. | 05-6494 |
| Lueb, Raymond T. OBO Antonia Lueb v. Merck & Co., Inc. | 05-4171 |
| Lynch, Julia v. Merck & Co., Inc. | 05-2720 |
| Mace, Mildred OBO Leonard Mace v. Merck & Co., Inc. | 05-4514 |
| Mancill, Jimmy Byron v. Merck & Co., Inc. | 05-2800 |
| Mann, Diane OBO Charles E. Mann v. Merck & Co., Inc. | 05-3861 |
| Marano, Jean v. Merck & Co., Inc. | 06-4609 |
| Marley, Brenda v. Merck & Co., Inc. | 06-0207 |
| Martin, Charles OBO Betty J. Martin v. Merck & Co., Inc. | 05-4514 |
| Martin, Donna v. Merck & Co., Inc. | 06-4601 |
| Martin, Lora v Merck & Co., Inc. | 06-4609 |
| Martin, Randy C. v. Merck & Co., Inc. | 06-4304 |
| Martinez, Kenneth v. Merck & Co., Inc. | 06-4603 |
| Matthews, Andrew v. Merck & Co., Inc. | 06-4603 |
| Mattingly, Bobby v. Merck & Co., Inc. | 06-4601 |
| Maynor, Linder v. Merck & Co., Inc. | 05-0957 |
| McCahey, Mary Lou v Merck & Co., Inc. | 06-4609 |
| McCoy, Gerald L. v. Merck & Co., Inc. | 05-4432 |
| McCoy, Joyce OBO Danny McCoy v. Merck & Co., Inc. | 05-4515 |
| McDonald, Annie J. OBO Eddie McDonald v. Merck & Co., Inc. | 06-3896 |
| McGinnis, Delores v. Merck & Co., Inc. | 06-4609 |
| McIntyre, John v. Merck & Co., Inc. | 06-4603 |
| McKenzie, Cindy obo Donnis Nell Brooks v. Merck & Co., Inc. | 06-0241 |
| McKenzie, Lois v. Merck & Co., Inc. | 06-4609 |
| McKinnon, Raymona B. v Merck & Co., Inc. | 06-5709 |
| McPherson, Robert v. Merck & Co., Inc. | 05-4750 |
| McWhirt, William Gayle v. Merck & Co., Inc. | 06-4603 |
| Meeker, Norma OBO Robert Meeker Sr. v. Merck & Co., Inc. | 05-5023 |
| Melton, Dorothy Jean v. Merck & Co., Inc. | 06-4609 |
| Merritt, Michael S. OBO Delores Merritt v. Merck & Co., Inc. | 05-4508 |

| | |
|---|---|
| Messick, Betty v. Merck & Co., Inc. | 06-2649 |
| Metzner, Adeline OBO Donald Lord v. Merck & Co., Inc. | 06-2615 |
| Miceli, Charles J. v. Merck & Co., Inc. | 06-10600 |
| Middleton, Helen v. Merck & Co., Inc. | 06-4607 |
| Miller, Jonas L. v. Merck & Co., Inc. | 06-4607 |
| Minnich, Marlene v. Merck & Co., Inc. | 06-4603 |
| Mizzell, Clara v. Merck & Co., Inc. | 05-2763 |
| Moore, John OBO Sherry Moore v. Merck & Co., Inc. | 06-3413 |
| Moreau, Stephen M. v. Merck & Co., Inc. | 05-4866 |
| Moreka, Margaret v. Merck & Co., Inc. | 06-0207 |
| Moreland-Welch, Laurie K. v. Merck & Co., Inc. | 05-3695 |
| Morgan, Janet Sue v. Merck & Co., Inc. | 05-0496 |
| Morton, Neal T. v. Merck & Co., Inc. | 05-3114 |
| Moss, Richard I. v. Merck & Co., Inc. | 06-4654 |
| Mulhern, Alton O. v. Merck & Co., Inc. | 06-4601 |
| Myatt, Bobby v. Merck & Co., Inc. | 06-4606 |
| Neighbors, Annette obo Jodie L. Stiles v. Merck & Co., Inc. | 07-0039 |
| Nelon, Flint v. Merck & Co., Inc. | 06-0207 |
| Nelson, Lawrence v. Merck & Co., Inc. | 06-4654 |
| Newberry, Shirley obo Donald G. Newberry v. Merck & Co., Inc. | 06-3636 |
| Newton, Robert Michael v. Merck & Co., Inc. | 05-2998 |
| Nichter, Mary v. Merck & Co., Inc. | 06-4606 |
| Noris, Erwin v. Merck & Co., Inc. | 06-4603 |
| Norwood, Annie v. Merck & Co., Inc. | 05-0496 |
| Norwood, Roy v. Merck & Co., Inc. | 05-4462 |
| Novak, Valerie v. Merck & Co., Inc. | 06-3567 |
| Nunnally, Brenda OBO George Eugene McClellan v. Merck & Co., Inc. | 05-0962 |
| Nye, Diane Margaret v. Merck & Co., Inc. | 05-2761 |
| Osborne, Mildred OBO Melissa Davis v. Merck & Co., Inc. | 05-4508 |
| Otts, Linda v. Merck & Co., Inc. | 05-0434 |
| Paddack, Gwenn v. Merck & Co., Inc. | 05-4150 |
| Pagel, Eleanor v. Merck & Co., Inc. | 06-4601 |
| Painter, Donna OBO Jack Sidney Painter v. Merck & Co., Inc. | 06-2904 |
| Parrish, James F. v. Merck & Co., Inc. | 05-4150 |
| Parrish, Martha v. Merck & Co., Inc. | 05-4150 |
| Payton, Eddie v. Merck & Co., Inc. | 05-0496 |
| Pazicni, Cheryl Ann v. Merck & Co., Inc. | 06-4605 |
| Pearson, Paul v. Merck & Co., Inc. | 05-2602 |
| Peckham, Shirley v. Merck & Co., Inc. | 06-4606 |
| Pendergraft, James A., Sr. v. Merck & Co., Inc. | 05-4150 |
| Perkins, Sarah v. Merck & Co., Inc. | 06-4601 |
| Perryman, Albert v. Merck & Co., Inc. | 06-4603 |
| Peters, Donna J. v. Merck & Co., Inc. | 05-2705 |
| Phillips, Larry v. Merck & Co., Inc. | 05-4150 |
| Phillips, Mildred v. Merck & Co., Inc. | 05-2008 |
| Phillips, Richard J. v Merck & Co., Inc. | 05-2764 |
| Phillips-Tuck, Sandra OBO Raymond K. Tuck v. Merck & Co., Inc. | 05-4514 |
| Pitts, Mary v. Merck & Co., Inc. | 05-2601 |
| Pleasant, David OBO Hazel D. Pleasant v. Merck & Co., Inc. | 05-4508 |
| Pointer, Alice OBO Joseph Daniel Pointer v. Merck & Co., Inc. | 05-1232 |

| | |
|---|---|
| Poisso, Columbus L. v. Merck & Co., Inc. | 06-4606 |
| Pope, James R. v. Merck & Co., Inc. | 05-4889 |
| Porter, Alice v. Merck & Co., Inc. | 06-4654 |
| Powell, Susie v. Merck & Co., Inc. | 05-0496 |
| Prazuk, Chester F. v. Merck & Co., Inc. | 06-4603 |
| Price, Terry v. Merck & Co., Inc. | 05-4618 |
| Puckett, Linda OBO Hugh D. Puckett v. Merck & Co., Inc. | 05-4514 |
| Ramsey, Mattie L. OBO Jenny Crawford v. Merck & Co., Inc. | 05-4508 |
| Ray, Donald Allen v. Merck & Co., Inc. | 05-2985 |
| Reaves, Towanda OBO Steve Reaves v. Merck & Co., Inc. | 05-4508 |
| Reese, Ambrose OBO Janet Louise Reese v. Merck & Co., Inc. | 06-8355 |
| Ribitzki, Bonnie v. Merck & Co., Inc. | 06-4602 |
| Richardson, Ann E. v. Merck & Co., Inc. | 05-2623 |
| Richichi, Rudolph v Merck & Co., Inc. | 06-4654 |
| Richmond, Donna B. v. Merck & Co., Inc. | 06-4603 |
| Riddle, Phyllis v. Merck & Co., Inc. | 05-2984 |
| Ridenhour, Gaynelle G. v. Merck & Co., Inc. | 05-2625 |
| Riester, Genevive v. Merck & Co., Inc. | 05-2759 |
| Rivera, Manuel v Merck & Co., Inc. | 05-4455 |
| Roberson, Deborah OBO Anthony Roberson v. Merck & Co., Inc. | 05-3998 |
| Roberts, Billy E., Sr. v. Merck & Co., Inc. | 06-4601 |
| Roberts, Cynthia v. Merck & Co., Inc. | 05-4150 |
| Robinson, Helen v. Merck & Co., Inc. | 05-4150 |
| Roden, Kenneth v. Merck & Co., Inc. | 05-1984 |
| Rohr, Todd C. v. Merck & Co., Inc. | 05-5369 |
| Rowland, Jennifer Kay OBO Herman Murl Hall v. Merck & Co., Inc. | 05-4519 |
| Roy, Mary Sue v. Merck & Co., Inc. | 06-4419 |
| Ruiz, Annette v. Merck & Co., Inc. | 06-4606 |
| Sanders, Belve v. Merck & Co., Inc. | 05-2983 |
| Sanford, Jessica OBO James E. Johnston v. Merck & Co., Inc. | 06-0229 |
| Sarver, James v. Merck & Co., Inc. | 06-4603 |
| Sauers, George M. v. Merck & Co., Inc. | 05-3969 |
| Schreiner, Carolyn OBO Michael P. Schreiner v. Merck & Co., Inc. | 06-4420 |
| Scott, David Jr. v. Merck & Co., Inc. | 05-4848 |
| Seals, Eugene v. Merck & Co., Inc. | 06-0115 |
| Sharp, Gregory L. vs. Merck & Co., Inc. | 05-2762 |
| Sheridan, Nancy v. Merck & Co., Inc. | 06-4602 |
| Shinberg, Vivian v. Merck & Co., Inc. | 05-4920 |
| Shoemaker, John OBO Sheila Shoemaker v. Merck & Co., Inc. | 05-4514 |
| Shortnacy, Bryan v. Merck & Co., Inc. | 05-6625 |
| Shoultz, Judith K. v. Merck & Co., Inc. | 06-4606 |
| Simpson, William v. Merck & Co., Inc. | 06-4654 |
| Sistrunk, Joe v. Merck & Co., Inc. | 05-1724 |
| Skopec, Susan Darlene v. Merck & Co., Inc. | 05-4150 |
| Slater, Judy OBO Roger Slater v. Merck & Co., Inc. | 06-6598 |
| Slaughter, Jessi v. Merck & Co., Inc. | 06-4606 |
| Smith, Gerald v Merck & Co., Inc. | 06-4606 |
| Smith, James v. Merck & Co., Inc. | 05-0496 |
| Smith, Mary Ann v. Merck & Co., Inc. | 05-4150 |
| Smith, Patricia M. v. Merck & Co., Inc. | 06-4603 |

| | |
|---|---|
| Smith, Patsy Sears v. Merck & Co., Inc. | 05-2999 |
| Spain, John E. v. Merck & Co., Inc. | 05-4150 |
| Speed, Allen Ray OBO Marie Sara Speed v. Merck & Co., Inc. | 06-2650 |
| Starling, Lamont v Merck & Co., Inc. | 05-0496 |
| Staton, Lily Ann v. Merck & Co., Inc. | 06-0207 |
| Stegall, Herman v. Merck & Co., Inc. | 06-4606 |
| Stein, Carol v. Merck & Co., Inc. | 06-4606 |
| Stevens, Ernestine T. v. Merck & Co., Inc. | 05-1231 |
| Stevens, Johnny v. Merck & Co., Inc. | 06-4418 |
| Stidham, Vera v. Merck & Co., Inc. | 06-4603 |
| Stiner, Poppy v. Merck & Co., Inc. | 06-2254 |
| Stinson, Donald E. v. Merck & Co., Inc. | 05-5494 |
| Stone, Barbara P. v. Merck & Co., Inc. | 06-8332 |
| Stover, Betty v. Merck & Co., Inc. | 06-4606 |
| Street, Hazel R. v. Merck & Co., Inc. | 06-4606 |
| Strodel, Christine A. v. Merck & Co., Inc. | 06-4606 |
| Strouth, Malcom L. v. Merck & Co., Inc. | 06-0207 |
| Stuck, Joanne v. Merck & Co., Inc. | 06-4606 |
| Sullivant, Tresa v. Merck & Co., Inc. | 06-4605 |
| Sutton, Roger D. v. Merck & Co., Inc. | 05-4150 |
| Tackett, Patricia OBO Gene A. Tackett v. Merck & Co., Inc. | 07-0027 |
| Taussig, Sally G. v. Merck & Co., Inc. | 06-3111 |
| Taylor, Lloyd OBO Avanell Taylor v. Merck & Co., Inc. | 05-4518 |
| Thibodeau, Edward v. Merck & Co., Inc. | 05-6076 |
| Thielan, Donna v. Merck & Co., Inc. | 05-4150 |
| Thomas, Leona v. Merck & Co., Inc. | 06-4654 |
| Thomas, Shantell OBO Paula McAllister v. Merck & Co., Inc. | 05-1024 |
| Thomerson, Robert Lee Jr. v. Merck & Co., Inc. | 06-0207 |
| Thompson, Delores v. Merck & Co., Inc. | 06-4605 |
| Thompson, Edward A. v. Merck & Co., Inc. | 05-4150 |
| Thomsen, William v. Merck & Co., Inc. | 06-4654 |
| Thomson, Lee v. Merck & Co., Inc. | 06-4606 |
| Thrower, Peggy v. Merck & Co., Inc. | 06-4602 |
| Tita, Robert Paul v. Merck & Co., Inc. | 06-4602 |
| Toler, James OBO Clara Toler v. Merck & Co., Inc. | 05-4150 |
| Tolle, Gordon E. v. Merck & Co., Inc. | 05-4150 |
| Tucker, Barbara v Merck & Co., Inc. | 05-0496 |
| Tucker, Bobby v. Merck & Co., Inc. | 06-4602 |
| Tucker, Susan J. v. Merck & Co., Inc. | 05-2982 |
| Tuggle, Gerald v. Merck & Co., Inc. | 06-1465 |
| Vail, Dorothy v. Merck & Co., Inc. | 05-2760 |
| Vance, Gary v. Merck & Co., Inc. | 05-2425 |
| Vaughn, Ruth A. OBO Paul E. Vaughn v. Merck & Co., Inc. | 05-5085 |
| Venable, James v. Merck & Co., Inc. | 05-2396 |
| Vercauteren, Ricky v. Merck & Co., Inc. | 06-4602 |
| Vigil, Charlotte v. Merck & Co., Inc. | 05-4150 |
| Villines, Gerald Ray v. Merck & Co., Inc. | 06-4602 |
| Volner, Becky v. Merck & Co., Inc. | 06-2626 |
| Walker, Morene v. Merck & Co., Inc. | 05-4150 |
| Wallace, Owen D. v. Merck & Co., Inc. | 06-5149 |

| | |
|---|---|
| Ward, Rovena P. OBO Jerrell Ward v. Merck & Co., Inc. | 05-6181 |
| Warmouth, William, Sr. v. Merck & Co., Inc. | 05-3790 |
| Warren, James v. Merck & Co., Inc. | 05-0957 |
| Watkins, Carol OBO Marvin Watkins v. Merck & Co., Inc. | 07-0048 |
| Watson, Billie OBO Betty Watson v. Merck & Co., Inc. | 05-4514 |
| Waybrant, Carol OBO Charles Foster v. Merck & Co., Inc. | 06-2616 |
| Weaks, Lawrence v. Merck & Co., Inc. | 06-4602 |
| Weimer, David v. Merck & Co., Inc. | 06-5256 |
| Welch, Rick E. v. Merck & Co., Inc. | 06-4654 |
| Westmoreland, Joyce v. Merck & Co., Inc. | 06-4602 |
| Whaley, Anita v. Merck & Co., Inc. | 06-4603 |
| Wheatley, Catherine OBO Carl Wheatley v. Merck & Co., Inc. | 05-0566 |
| Wheaton, Rosie v. Merck & Co., Inc. | 05-0957 |
| Whitaker, Jeff v. Merck & Co., Inc. | 06-2255 |
| White, Ike H. OBO Patricia White v. Merck & Co., Inc. | 05-4514 |
| White, Robert Lee v. Merck & Co., Inc. | 05-2426 |
| Whitehead, Betty OBO James Allen Whitehead v. Merck & Co., Inc. | 06-1279 |
| Whitten, James R. v. Merck & Co., Inc. | 06-4588 |
| Widener, Russell OBO Hulett Hall Widener v. Merck & Co., Inc. | 05-3374 |
| Wilbanks, Lydell v. Merck & Co., Inc. | 06-4602 |
| Wiley, Sarah v. Merck & Co., Inc. | 06-0207 |
| Wilhelm, David S. OBO Haroldlyn Sue Wilhelm v. Merck & Co., Inc. | 05-6447 |
| Williams, Annette v. Merck & Co., Inc. | 05-4150 |
| Williams, Doris OBO John Williams v. Merck & Co., Inc. | 06-0557 |
| Williams, John H. Jr. v. Merck & Co., Inc. | 05-4150 |
| Williams, Mamie v. Merck & Co., Inc. | 06-4601 |
| Williamson, Catherine v. Merck & Co., Inc. | 06-4602 |
| Wilson, Joe B. v. Merck & Co., Inc. | 05-0959 |
| Wimmer, Linda OBO Joan Shultz (deceased) v. Merck & Co., Inc. | 06-3063 |
| Wise, Earlene v. Merck & Co., Inc. | 06-4654 |
| Witt, John T. v. Merck & Co., Inc. | 05-4150 |
| Wood, Ulas S. v. Merck & Co., Inc. | 06-4603 |
| Woodard, Barbara v. Merck & Co., Inc. | 06-4601 |
| Woods, Gwendolyn OBO Caslean Gilmer v. Merck & Co., Inc. | 05-3375 |
| Wright-Lane, Joanna v. Merck & Co., Inc. | 05-4150 |
| Yager, Nathalie L. v. Merck & Co., Inc. | 05-2608 |
| Yearber, Wanda v. Merck & Co., Inc. | 06-4654 |
| Yenni, Ronald v. Merck & Co., Inc. | 06-4602 |
| Yohn, Linda v. Merck & Co., Inc. | 05-3789 |
| Youngblood, Robert v. Merck & Co., Inc. | 06-4609 |
| Younge, Carolyn OBO Charles Younge v. Merck & Co., Inc. | 05-0433 |
| Zellmer, Dr Richard v Merck & Co., Inc. | 05-0449 |
| Zenzerovic, Ratko v. Merck & Co., Inc. | 05-3426 |

Signed and entered this _____ day of _____, 2007.

**ELDON E. FALLON**
**JUDGE**