| IN RE:  VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS RELATES TO:<br><br>Civil Action No:  06-763 | PLAINTIFF:<br>    LINDA BADER, AS PERSONAL<br>    REPRESENTATIVE OF THE ESTATE<br>    OF VIOLET BAILEY, DECEASED |

### AMENDED COMPLAINT

\* \* \* \* \* \* \* \*

Comes now Plaintiff, Linda Bader, as Executrix of the Estate of Violet Bailey, and for her Complaint and cause of action against Defendants incorporates her Original Complaint filed by Linda Bader under Power of attorney for Violet Bailey as if fully set forth herein and, in addition or substitution, states as follows:

### PARTIES, JURISDICTION AND VENUE

1.      Plaintiff's decedent, Violet Bailey, was at all times applicable hereto a resident of Louisville, Jefferson County, Kentucky. Beginning on or about March 2000, and continuing through approximately March 29, 2004, Violet Bailey took the prescription drug Vioxx® manufactured, marketed and sold by Merck and Co., Inc. On or about March 29, 2004, Violet Bailey suffered a stroke and later underwent treatment regarding same, dying from her injuries on March 30, 2006.  Violet Bailey's use of Vioxx® was a substantial factor in causing the stroke and subsequent treatment, injury and death of Violet Bailey.

2.      Linda Bader is the duly appointed Executrix of the Estate of Violet Bailey, deceased.  A copy of the Certificate of Qualification is attached hereto.

3.     The term "Plaintiff" as used in the Original Complaint and herein, shall apply to either Violet Bailey or to Linda Bader, Executrix of the Estate of Violet Bailey, as the context may require.

### COUNT IX – DAMAGES, WRONGFUL DEATH AND SURVIVAL
### (Against All Defendants)

4.     Plaintiff incorporates by reference all other paragraphs of this Complaint and of the Original Complaint as if fully set forth herein at length.

5.     This Count IX is in full substitution of Count IX in the Original Complaint.

6.     As a result of the actions and failures to act of defendants, as set forth in this Complaint, Violet Bailey has sustained pain and suffering, physical, emotional and mental, including the loss of enjoyment of life.

7.     As a result of the actions and failures to act of defendants, as set forth in this Complaint, Violet Bailey and Violet Bailey's Estate have incurred medical and other expenses for Violet Bailey's care, rehabilitation and treatment, including the expense of hospitalization, nursing care and other treatments.

8.     As a result of the actions and failures to act of defendants, as set forth in this Complaint, Violet Bailey has suffered loss of earnings and permanent impairment of the power to labor and earn money.

9.     As a result of the actions and failures to act of defendants, as set forth in this Complaint, Violet Bailey was caused to sustain severe injuries resulting in her death.

10.    As a result of the actions and failures to act of defendants, as set forth in this Complaint, Violet Bailey's Estate has been damaged by reason of the destruction of Violet Bailey's power to labor and earn money and has incurred funeral and other expenses.

11.     Defendants are jointly and severally liable for the compensatory damages of Plaintiff as set forth herein.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, Linda Bader, as Executrix of the Estate of Violet Bailey, deceased, requests that this Court enter judgment against Defendants, and award relief as follows:

A.      Compensatory damages against Merck & Co., Inc. and John Doe One and John Doe Two in an amount supported by the evidence at trial;

B.      An award of attorneys' fees, pre-judgment and post-judgment interest, and costs of suit, as provided by law against Merck & Co., Inc. and John Doe One and John Doe Two;

C.      Punitive damages against Merck & Co., Inc., in an amount to be determined at trial;

D.      Trial by jury on all issues so triable; and,

E.      Such other legal and equitable relief as this Court deems just and proper.

**JURY TRIAL DEMANDED**

Respectfully submitted,


By:    s/ D. Brian Rattliff
        Gregory J. Bubalo
        D. Brian Rattliff
        BUBALO & HIESTAND, PLC
        401 South Fourth St., Suite 800
        Louisville, Ky. 40202
        Telephone: (502) 753-1600
        Facsimile: (502) 753-1601
        brattliff@bhtriallaw.com

3

and

Ann B. Oldfather
OLDFATHER & MORRIS
1330 South Third Street
Louisville KY 40208
Telephone: (502) 637-7200
Facsimile: (502) 637-3999

and

Tyler Thompson
DOLT, THOMPSON, SHEPHERD & KINNEY
310 Starks Building
Louisville, KY  40202
Telephone: (502) 587-6554
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with applicable Pretrial Orders, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of January, 2007.

By:   s/ D. Brian Rattliff
D. Brian Rattliff
Kentucky Bar No. 56665
BUBALO & HIESTAND, PLC
401 South Fourth St., Suite 800
Louisville, Ky. 40202
Telephone: (502) 753-1600
Facsimile: (502) 753-1601
brattliff@bhtriallaw.com

4