| AOC-056-11<br>Rev. 12-87<br><br>Commonwealth of Kentucky<br>Court of Justice | <br><br>CERTIFICATE<br>OF QUALIFICATION | Case No. **06P01596**<br><br>County _____ Jefferson _____<br><br>Court District / Probate |
|---|---|---|

IN Re: Estate of __Violet M. Bailey__

Proper petition having been filed and the Court having appointed __Linda F. Bader__

as __Executrix__

of the above estate on the _____ day of __MAY 02 2006__, 19____, and the fiduciary having filed in Court bond in the sum of $ __758,000__, the amount fixed, with __(signature)__

_____ as surety, which was approved by the Court, said fiduciary was thereupon duly sworn as required by law and thus qualified on the above date.

The above Order and Qualification is in full force and effect this __MAY 02 2006__.

A COPY
ATTEST: TONY MILLER, CLERK
JEFFERSON DISTRICT COURT
LOUISVILLE, KENTUCKY
BY __(signature)__ D.C.

Attest: __Tony Miller__ Clerk

By __(signature)__
Deputy Clerk