IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | : MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : SECTION L/3 |
| This document relates to: *Beulah Martin, et al. v. Merck & Co., Inc.* (E.D. La. 06-10170) | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

### UNCONTESTED MOTION OF DEFENDANT MERCK & CO., INC., FOR LEAVE TO FILE AN AMENDED ANSWER TO CORRECT A CLERICAL ERROR

Pursuant to Federal Rule of Civil Procedure 15(a), Defendant Merck & Co., Inc., ("Merck") respectfully moves this Court for leave to file an Amended Answer to correct a clerical error therein. A copy of the proposed Amended Answer is attached hereto as Exhibit A. A copy of Plaintiffs' written consent to amendment of Merck's answer is attached hereto as Exhibit B.

Dated: January 31, 2007

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Whittmann, 13625
Dorothy H. Wimberly, 18509
Camelite M. Bertaut, 3054
Stone Pigman Walther Whittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: (504) 581-3200
Fax:   (504) 581-3361

*Defendant's Liaison Counsel*

Joseph K. Hetrick
A. Elizabeth Balakhani
Joshua G. Schiller
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Phone: (215) 994-4000
Fax: (215) 994-2222

*Counsel for Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Uncontested Motion of Defendant Merck & Co., Inc., for Leave to File an Amended Answer to Correct a Clerical Error has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 31st day of January, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: (504) 581-3200
Fax:    (504) 581-3361
dwimberly@stonepigman.com

*Defendant's Liaison Counsel*