IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | : MDL NO. 1657 |
| | : |
| PRODUCTS LIABILITY LITIGATION | : SECTION L/3 |
| | : |
| This document relates to: *Beulah Martin, et al. v. Merck & Co., Inc.* (E.D. La. 06-10170) | : JUDGE FALLON |
| | : |
| | : MAG. JUDGE KNOWLES |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the Uncontested Motion of Defendant Merck & Co., Inc., for Leave to File an Amended Answer to Correct a Clerical Error, it is hereby ORDERED that: (1) Defendants' Motion is GRANTED and (2) Defendants may file their Amended Answer within 20 days of the date of this Order.

_____
FALLON, J.