# EXHIBIT B

**Vinod, Shacheendra**

| | |
|---|---|
| From: | Wagner, Michael [MWagner@seegerweiss.com] |
| Sent: | Tuesday, January 30, 2007 9:13 AM |
| To: | Vinod, Shacheendra |
| Cc: | Schiller, Joshua; Kirsch, Michelle |
| Subject: | Re: Clerical error in Merck's answer to Beulah Martin |

I have spoken to David Buchanan and you have our consent to amend the answer as described below.

```
-----Original Message-----
From: Vinod, Shacheendra <shacheendra.vinod@dechert.com>
To: Wagner, Michael
CC: Schiller, Joshua <Joshua.Schiller@dechert.com>; Kirsch, Michelle
<michelle.kirsch@dechert.com>
Sent: Mon Jan 29 16:59:40 2007
Subject: RE: Clerical error in Merck's answer to Beulah Martin

If it helps, the inadvertently included allegation appears at the top of
page 10, between paragraphs 60 and 61 of Merck's answer.


-----Original Message-----
From: Vinod, Shacheendra
Sent: Monday, January 29, 2007 4:33 PM
To: Wagner, Michael
Cc: Schiller, Joshua; Kirsch, Michelle
Subject: RE: Clerical error in Merck's answer to Beulah Martin

Many thanks.  I've attached a copy of the Martin answer as filed.


-----Original Message-----
From: Wagner, Michael [mailto:MWagner@seegerweiss.com]
Sent: Monday, January 29, 2007 4:31 PM
To: Vinod, Shacheendra
Cc: Schiller, Joshua; Kirsch, Michelle
Subject: Re: Clerical error in Merck's answer to Beulah Martin

Can you please send me a copy of the answer and I will get you an
answer. Thanks

-----Original Message-----
From: Vinod, Shacheendra <shacheendra.vinod@dechert.com>
To: Wagner, Michael
CC: Schiller, Joshua <Joshua.Schiller@dechert.com>; Kirsch, Michelle
<michelle.kirsch@dechert.com>
Sent: Mon Jan 29 16:20:56 2007
Subject: Clerical error in Merck's answer to Beulah Martin

Dear Mr. Wagner, thank you again for returning my call.  We would be
grateful for Plaintiffs' counsel's consent to file an amended answer to
correct a clerical error in Merck's answer in the Martin case, No.
06-CV-4649.  That answer inadvertently included the text of one of
Plaintiffs' allegations.

I look forward to hearing from you.

Best regards,
Shacheendra Vinod


Shacheendra Vinod
```

1

Dechert LLP
Cira Centre
2929 Arch St.
Philadelphia, PA 19104-2808
+1 215 994 2190 Direct
+1 215 655 2190 Fax
shacheendra.vinod@dechert.com
www.dechert.com <http://www.dechert.com/>


This e-mail is from Dechert LLP, a law firm, and may contain information
that is confidential or privileged. If you are not the intended
recipient, do not read, copy or distribute the e-mail or any
attachments. Instead, please notify the sender and delete the e-mail and
any attachments. Thank you.

2