UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Dochsteiner v. Merck & Co., Inc.*, 05-2930

## ORDER

IT IS ORDERED that, pursuant to the terms of the parties' stipulation (Rec. Doc. 9762), Stephens Pharmacy is VOLUNTARILY DISMISSED WITHOUT PREJUDICE.  Accordingly, IT IS FURTHER ORDERED that Stephens Pharmacy's Motion to Dismiss (Rec. Doc. 9284) is DENIED AS MOOT.

New Orleans, Louisiana, this __30th__ day of __January__, 2007.

_____
UNITED STATES DISTRICT JUDGE