UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ureta Miller v. Merck & Co., Inc., a foreign corporation,* **Case No. 06-6559**

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the instant lawsuit of Plaintiff Ureta Miller, be and the same are hereby dismissed without prejudice, subject to the conditions stated in the Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this 30th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

4