UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *Charlotte Welch, et al. v. Merck & Co., Inc.* No. 06-10780 | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the above-captioned case be and it hereby is dismissed with prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  30th  day of  January , 2007.

_____
DISTRICT JUDGE

851195v.1