# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVE WHITEHEAD AS THE PERSONAL REPRESENTATIVE/ADMINISTRATOR FOR ALAN WHITEHEAD,<br>Plaintiff | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 06-10838<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| VERSUS | *<br>* | |
| MERCK & CO., INC., PFIZER INC., MONSANTO COMPANY, and PHARMACIA CORPORATION,<br>Defendants. | *<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel, come defendants, Pfizer Inc. and Pharmacia Corporation f/k/a Monsanto Company that was organized in 1933 (hereinafter "Pharmacia" and improperly captioned in Plaintiff's Complaint as "Monsanto Company"), and on suggesting to the Court that undersigned counsel will need additional time within which to investigate this matter and to prepare and file appropriate responsive pleadings, moves for an extension of time to plead in this matter of thirty (30) days.  This is the first request for extension of time made on behalf of defendants. The undersigned has contacted counsel for Plaintiff and there is no objection to this motion.

WHEREFORE, defendants, Pfizer Inc. and Pharmacia Corporation, pray that the Court allows an additional thirty (30) days from the signing of the attached Order within which to file responsive pleadings in this matter.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

s/ Camala E. Capodice
QUENTIN F. URQUHART, JR. (#14475)
JOHN W. SINNOTT (#23943)
CAMALA E. CAPODICE (#29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Email: ccapodice@irwinllc.com
*Counsel for Defendants, Pfizer Inc. and Pharmacia Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to John J. Carey and Jeffrey J. Lowe by operation of the Court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the non-CM/ECF participants: Evan D. Buxner and T. Evan Schaeffer.

s/ Camala E. Capodice
CAMALA E. CAPODICE (#29117)
*Counsel for Defendants, Pfizer Inc. and Pharmacia Corporation*
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Email: ccapodice@irwinllc.com