UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVE WHITEHEAD AS THE PERSONAL REPRESENTATIVE/ADMINISTRATOR FOR ALAN WHITEHEAD, Plaintiff | * * * * * | CIVIL ACTION NO. 06-10838 JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| VERSUS | * * | |
| MERCK & CO., INC., PFIZER INC., MONSANTO COMPANY, and PHARMACIA CORPORATION, Defendants. | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing Unopposed Motion for Extension of Time to Plead;

**IT IS ORDERED** that defendants, Pfizer Inc. and Pharmacia Corporation, be and same are hereby granted an extension of time to plead in this matter of thirty (30) days from the date of signing of this order.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE