UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1657 SECTION: L(3) JUDGE FALLON MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: Anthony J. Pontrelli, Plaintiff, vs. Merck & Co., et al., Defendants. | * * * * * * * * * * * * | Case No. 2:06-cv-00680 |

## STIPULATION AND PROPOSED ORDER RE DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Anthony J. Pontrelli, initially filed in the United States District Court Northern District of Illinois Eastern Division, Case Number 05C 7010 and later transferred to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation*, with the assigned individual case number 2:06-cv-00680, may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court.

The parties shall each bear their own costs.

Dated: January 19, 2007   ROBINSON, CALCAGNIE & ROBINSON

*Mark P. Robinson, Jr.*
_____
Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Dated: January __, 2007   Curcio Law Office

_____
David M. Hundley
Curcio Law Office
161 N. Clark Street, Suite 2550
Chicago, IL 60601
312-321-1111

Attorneys for Plaintiff
Anthony J. Pontrelli

Dated: January 22, 2007

*Dorothy H. Wimberly*
_____
Phillip A. Wittman
Dorothy H. Wimberly
Carmelite M. Bertaut
**Stone Pigman Walther Wittman, L.L.C.**
546 Carondelet Street
New Orleans, LA 70130

*Defendants' Liaison Counsel*

Dated: January 19, 2007                    ROBINSON, CALCAGNIE & ROBINSON

*[signature: Mark P. Robinson, Jr.]*

Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

                                           -AND-

Dated: January 23, 2007                    Curcio Law Office

*[signature]*

David M. Hundley
Curcio Law Office
161 N. Clark Street, Suite 2550
Chicago, IL 60601
312-321-1111

Attorneys for Plaintiff
Anthony J. Pontrelli

Dated: January __, 2007

Phillip A. Wittman
Dorothy H. Wimberly
Carmelite M. Bertaut
**Stone Pigman Walther Wittman, L.L.C.**
546 Carondelet Street
New Orleans, LA 70130

*Defendants' Liaison Counsel*