UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 06-680 | * | |
| | * | MAGISTRATE JUDGE<br>KNOWLES |
| *Anthony J. Pontrelli* | * | |
| Plaintiff, | * | |
| v. | * | |
| *Merck & Co., Inc., et al.*, | * | |
| Defendants. | * | |

### CERTIFICATE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 8B

In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court she will make the change directly on File & Serve to reflect the dismissal of the above-captioned case.

                                         /s/ *Dorothy H. Wimberly*
                                         Phillip A. Wittmann, 13625
                                         Dorothy H. Wimberly, 18509
                                         Stone Pigman Walther Wittmann L.L.C.
                                         546 Carondelet Street
                                         New Orleans, LA 70130
                                         Telephone:   (504) 581-3200
                                         Facsimile:    (504) 581-3361
                                         Defendant's Liaison Counsel

811421v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certificate of Compliance With Pre-Trial Order 8B has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1 day of February, 2007.

_[signature]_