IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL Docket No. 1657 |
| ) | |
| PRODUCT LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| This document relates to: ) | JUDGE: FALLON |
| Marilyn Eggleston, et al. v Merck & Co. ) | |
| Inc. 2:06 CV 7084 ) | MAG. JUDGE KNOWLES |
| ) | |

## ORDER DISMISSING WITHOUT PREJUDICE
## CLAIMS OF MARK BASTRON

Considering the Stipulation of Dismissal Without Prejudice of Claims of Mark Bastron filed herein,

IT IS ORDERED that the claims of Plaintiff MARK BASTRON be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 31st day of January, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE