UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Anthony Ware v. Merck & Co., Inc., (E.D. La. Index No. 2:06-CV-05603) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

**ORDER**

Upon due consideration of the foregoing Plaintiff's Motion to Substitute Counsel, and for good cause shown, the Court finds the Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, be substituted as counsel for Plaintiff ANTHONY WARE in this matter, and that attorney Alex Wyatt Wright of WAYNE WRIGHT, L.L.P. be removed as counsel of record.

IT IS SO ORDERED.

1/31/07
_____          _____
Date                                                  Judge Eldon E. Fallon