# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>CV:2:05-md-01657-EEF-DEK<br>SECTION L<br>JUDGE FALLON |
| This Document Relates to:<br>Margaret D. Collins, as Representative of the Estate of Deborah D. Collins, deceased;<br>Margaret D. Collins, as Representative of the Estate of Elbert E. Collins, deceased;<br>Lilile Mae Lawrence, as Representative of the Estate of Curtiss Lawrence, deceased;<br>Elaine Perrodin, Administratrix of the Estate of Bennie Grant, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>Merck & Co., Inc., also d/b/a Merck, Sharp and Dohme and d/b/a MSD Sharp & Dohme GmbH,<br><br>    Defendants. | Case No. 2:06-cv-09337-EEF-DEK |

## STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Margaret D. Collins, as Representative of the Estate of Deborah D. Collins, deceased; Margaret D. Collins, as Representative of the Estate of Elbert E. Collins, deceased; and Elaine Perrodin, Administratrix of the Estate of Bennie Grant, deceased ("Plaintiffs"), and Defendant, Merck & Co., Inc. ("Merck"),

hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the claims of these plaintiffs in the above-styled lawsuit, subject to the following conditions:

1. Each plaintiff agrees that, in the event he or she re-files a lawsuit against Merck that contains claims relating to Vioxx® ("Vioxx"), such lawsuit will be filed in a United States District Court; and

2. Each plaintiff further agrees that in the event he or she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig. (MDL-1657)*, the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff as though Plaintiff had been a party and had an opportunity to participate in that discovery.

3. In compliance with PreTrial Order No. 8A, the undersigned counsel hereby certify that as soon as the Order of dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

Plaintiffs agree to the above stated conditions and wish to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Dated: February 5, 2007.

                Respectfully submitted,

                _____
                W. Eason Mitchell
                The Colom Law Firm
                P.O. Box 866
                Columbus, Mississippi 39703
                Telephone: (662) 327-0903
                Fax: (662) 329-4832

                Attorney for Plaintiff

                _____
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER WITTMAN LLC
                546 Carondelet Street
                New Orleans, Louisiana 70130
                Telephone: (504) 581-3200
                Facsimile: (504) 581-3361

                Defendant's Liason Counsel

                Fred M. Haston, III (HAS012)
                Anne Marie Seibel (SEI009)
                Andrew B. Johnson (JOH168)
                Elizabeth B. Mitchell (BRI050)
                BRADLEY ARANT ROSE & WHITE LLP
                One Federal Place
                1819 Fifth Avenue North
                Birmingham, AL 35203-2119
                Telephone: (205) 521-8000
                Facsimile: (205) 521-8800

John N. Poulos
Hughes, Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3910

Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation for Dismissal Without Prejudice has been served on Liason Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of February, 2007.