UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: *Margaret D. Collins, et al. v. Merck & Co., Inc., et al.* No. 06-9337 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation for Partial Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiffs Margaret D. Collins, as Representative of the Estate of Deborah D. Collins, deceased, Margaret D. Collins, as Representative of the Estate of Elbert D. Collins, deceased, and Elaine Perrodin, Administratrix of the Estate of Bennie Grant, deceased, in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
DISTRICT JUDGE

851195v.1