# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Paticia Blodgett; Robert Glassco; Robert Gospodareck; Willa Head; Janie Johnson; Henretta Jones; Anita Rodgers; and Ted Waldrop,<br><br>    Plaintiffs,<br><br>v.<br><br>Merck & Co., Inc., also d/b/a Merck, Sharp and Dohme and d/b/a MSD Sharp & Dohme GmbH,<br><br>    Defendants. | MDL DOCKET NO. 1657<br>CV:2:05-md-01657-EEF-DEK<br>SECTION L<br>JUDGE FALLON<br><br><br><br><br>Case No. 2:06-cv-09693-EEF-DEK |

## STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Robert Glassco, Willa Head, Janie Johnson, Anita Rodgers, and Ted Waldrop ("Plaintiffs"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the claims of these plaintiffs in the above-styled lawsuit, subject to the following conditions:

1. Each plaintiff agrees that, in the event he or she re-files a lawsuit against Merck that contains claims relating to Vioxx® ("Vioxx"), such lawsuit will be filed in a United States District Court; and

2. Each plaintiff further agrees that in the event he or she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig. (MDL-1657)*, the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff as though Plaintiff had been a party and had an opportunity to participate in that discovery.

3. In compliance with PreTrial Order No. 8A, the undersigned counsel hereby certify that as soon as the Order of dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

Plaintiffs agree to the above stated conditions and wish to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Dated: February 5, 2007.

Respectfully submitted,

_____
W. Eason Mitchell
The Colom Law Firm
P.O. Box 866
Columbus, Mississippi 39703
Telephone: (662) 327-0903
Fax: (662) 329-4832

Attorney for Plaintiff

_____
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN LLC
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Defendant's Liason Counsel

Fred M. Haston, III (HAS012)
Anne Marie Seibel (SEI009)
Andrew B. Johnson (JOH168)
Elizabeth B. Mitchell (BRI050)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

John N. Poulos
Hughes, Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3910

Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation for Partial Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of February, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel