UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * * | MDL No. 1657 |
|  | * | SECTION L |
|  | * |  |
|  | * | JUDGE ELDON E. FALLON |
| **This Document Relates to:** | * |  |
| Betty Jo Miller, et al., v. Merck & Co., Inc., | * | MAGISTRATE JUDGE |
| Case No. 2:06-cv-09372 | * | DANIEL E. KNOWLES, III |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Jim Jernigan ("Jernigan"), and Defendant, Merck & Co., Inc. ("Merck"),[1]
hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the
above-styled lawsuit, subject to the following conditions:

1. Jernigan agrees that, in the event he re-files a lawsuit against Merck that contains
   claims relating to Vioxx, such lawsuit will be filed in a United States District Court;
   and

2. Jernigan further agrees that in the event he re-files such lawsuit, and discovery that
   has taken place or will take place in *In re Vioxx Products Liab. Litig.* (MDL-1657),
   the MDL proceeding that has been established in the United States District Court for
   the Eastern District of Louisiana, and that it is not specific to a particular plaintiff, can
   be used in any such lawsuit re-filed by Jernigan, as though Jernigan had been a party
   and had had an opportunity to participate in that discovery.

---

[1] Defendant, Merck & Co., Inc., also d/b/a Merck, Sharpe and Dohme and d/b/a MSD Sharpe & Dohme
GmbH.

Jernigan agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.


Edward L. Pleasants, III (MB# 101857)
THE COLOM LAW FIRM
P.O. Box 866
Columbus, MS 39703

ATTORNEY FOR PLAINTIFFS


Christy D. Jones (MB #3192)
Charles C. Harrell (MB #3135)
Anita Modak-Truran (MB #99422)
J. Kennedy Turner, III (MS #8140)
Alyson B. Jones (MB # 101456)
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225

ATTORNEYS FOR
DEFENDANT MERCK & CO., INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of February, 2007.

> */s/ Dorothy H. Wimberly*
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana  70130
> Phone:  504-581-3200
> Fax:     504-581-3361
> dwimberly@stonepigman.com
>
> Defendants' Liaison Counsel