UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * ** *

THIS DOCUMENT RELATES TO: *Etta Mae Catto et al. v. Merck & Co., Inc.*, No. 06-1660 (Sarah Pickett, Ceabelle Pride, Jacqueline Reed, Kenneth Stanton, Cecil Shields, Alvin Smith, William E. Thomas, Hilda Weaver, Jacalyn Jefferson, Hazel Roberts, Ethel Toney, Betty Jean Robinson, James Princess, Cynthia Shorts, Martha Young, and Barbara LaGrand only)

## STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiffs Sarah Pickett, Ceabelle Pride, Jacqueline Reed, Kenneth Stanton, Cecil Shields, Alvin Smith, William E. Thomas, Hilda Weaver, Jacalyn Jefferson, Hazel Roberts, Ethel Toney, Betty Jean Robinson, James Princess, Cynthia Shorts, Martha Young, and Barbara LaGrand ("Plaintiffs") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiffs' claims in the instant lawsuit against Merck, subject to the following conditions:

1. Plaintiffs Sarah Pickett, Ceabelle Pride, Jacqueline Reed, Kenneth Stanton, Cecil Shields, Alvin Smith, William E. Thomas, Hilda Weaver, Jacalyn Jefferson, Hazel Roberts, Ethel Toney, Betty Jean Robinson, James Princess, Cynthia Shorts, Martha Young, and Barbara LaGrand agree that, in the event he or she re-

files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiffs Sarah Pickett, Ceabelle Pride, Jacqueline Reed, Kenneth Stanton, Cecil Shields, Alvin Smith, William E. Thomas, Hilda Weaver, Jacalyn Jefferson, Hazel Roberts, Ethel Toney, Betty Jean Robinson, James Princess, Cynthia Shorts, Martha Young, and Barbara LaGrand further agree that in the event he or she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Marketing, Sales Practices and Products Liab. Litig.* (MDL No. 1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiffs Sarah Pickett, Ceabelle Pride, Jacqueline Reed, Kenneth Stanton, Cecil Shields, Alvin Smith, William E. Thomas, Hilda Weaver, Jacalyn Jefferson, Hazel Roberts, Ethel Toney, Betty Jean Robinson, James Princess, Cynthia Shorts, Martha Young, and Barbara LaGrand agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation and will have no effect on the claims of the remaining Plaintiffs in this action. Pursuant to Pretrial Order No. 8A, Plaintiffs' counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs Sarah Pickett, Ceabelle Pride, Jacqueline Reed, Kenneth Stanton, Cecil Shields, Alvin Smith, William E. Thomas, Hilda Weaver, Jacalyn Jefferson, Hazel Roberts, Ethel Toney, Betty Jean Robinson, James Princess, Cynthia Shorts, Martha Young, and Barbara LaGrand in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully Submitted by:

Dated: 1/30, 2007

Wilbur O. Colom, MSB #6403
W. Eason Mitchell, ALB # MIT020
The Colom Law Firm
200 6th Street North
P.O. Box 866
Columbus, Mississippi 39703
Telephone: (662) 327-0903
Facsimile: (662) 329-4832

Attorneys for Plaintiffs Sarah Pickett, Ceabelle Pride, Jacqueline Reed, Kenneth Stanton, Cecil Shields, Alvin Smith, William E. Thomas, Hilda Weaver, Jacalyn Jefferson, Hazel Roberts, Ethel Toney, Betty Jean Robinson, James Princess, Cynthia Shorts, Martha Young, and Barbara LaGrand

Dated: 2/5, 2007

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
    Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

>Phillip A. Wittmann, 13625
>Dorothy H. Wimberly, 18509
>Carmelite M. Bertaut, 3054
>>Of
>STONE PIGMAN WALTHER WITTMANN, L.L.C.
>546 Carondelet Street
>New Orleans, LA 70130
>Telephone: (504) 581-3200
>Telecopier: (504) 581-3361
>
>Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Partial Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 5th day of February, 2007.