UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Etta Mae Catto et al. v. Merck & Co., Inc.*, No. 06-1660 (Plaintiffs Sarah Pickett, Ceabelle Pride, Jacqueline Reed, Kenneth Stanton, Cecil Shields, Alvin Smith, William E. Thomas, Hilda Weaver, Jacalyn Jefferson, Hazel Roberts, Ethel Toney, Betty Jean Robinson, James Princess, Cynthia Shorts, Martha Young, and Barbara LaGrand only)

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Sarah Pickett, Ceabelle Pride, Jacqueline Reed, Kenneth Stanton, Cecil Shields, Alvin Smith, William E. Thomas, Hilda Weaver, Jacalyn Jefferson, Hazel Roberts, Ethel Toney, Betty Jean Robinson, James Princess, Cynthia Shorts, Martha Young, and Barbara LaGrand be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

5