UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Antonio R. Saavedera v. Merck & Co., Inc., et al.* No. 06-10295

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

1. Plaintiff, Antonio R. Saavedera files this Motion to Substitute Edward Blizzard, Attorney-in-Charge, and the law firm of Blizzard, McCarthy & Nabers, LLP as counsel for Plaintiff, Antonio R. Saavedra in place of Frank Costilla and the Law Offices of Frank Costilla, LP

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. The substitution of counsel is agreed to by the Plaintiff, Antonio R. Saavedra, Plaintiff respectfully requests that the Court grant this Motion and all other just relief.

Respectfully submitted,

Law Offices of Frank Costilla, LP

*/s/ Frank Costilla*
Frank Costilla
Texas Bar No. 04856500
5 Elizabeth Street
Brownsville, Texas 78520

Phone: 956.541.4982
Fax: 956.544.3152

**Withdrawing Attorney-In-Charge for
Plaintiff Antonio R. Saavedra**

**Blizzard, McCarthy & Nabers, LLP**

*/s/ Rebecca B. King*

EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar. No. 24006035
BLIZZARD, McCARTHY & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: 713. 844.3750
Fax:    713. 844-3755

**Substituting Attorney-In-Charge for
Plaintiff Antonio R. Saavedra**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copy of the foregoing Motion for Substitution of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A on February 6th, 2007. The undersigned hereby certifies that counsel will make the change directly on File & Serve LexisNexis as soon as the Order is entered.

*/s/ Rebecca B. King*
Rebecca B. King

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　　Product Liability Litigation | MDL NO. 1657<br><br>SECTION:　L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Antonio R. Saavedra v. Merck & Co., Inc., et al.* No. 06-10295

---

ORDER GRANTING SUBSTITUTION OF COUNSEL

---

The Court considered Plaintiff Antonio R. Saavedra ("Plaintiff") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Frank Costilla and the Law Offices of Frank Costilla, LP are granted leave to withdraw as counsel of record for the Plaintiff and that they are relieved from all responsibility as counsel of record in this cause

It is also ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are now substituted as counsel of record for Plaintiff Antonio R. Saavedra.

Signed this _____ day of _____, 2007

_____
Judge Presiding

APPROVED AND AGREED TO:

**Law Offices of Frank Costilla, LP**

*[signature]*

Frank Costilla
Texas Bar No. 04856500
5 Elizabeth Street
Brownsville, Texas 78520
Phone: 956.541.4982
Fax: 956.544.3152

**Withdrawing Attorney-In-Charge for Plaintiff Antonio R. Saavedra**

**Blizzard, McCarthy & Nabers, LLP**

*[signature]*

EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar. No. 24006035
BLIZZARD, McCARTHY & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: 713.844.3750
Fax:    713.844.3755
**Substituting Attorney-In-Charge for Plaintiff Antonio R. Saavedra**