IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ETHEL HERBERT WRIGHT,<br>　　　　Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>　　　　Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 05-6038 |
| IN RE: VIOXX MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ETHEL HERBERT WRIGHT | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

## ORDER ON THE O'QUINN LAW FIRM'S MOTION
## TO WITHDRAW AS ATTORNEY IN CHARGE

After considering THE O'QUINN LAW FIRM'S, JOHN R. LEACH, III'S; MICHAEL J. LOWENBERG'S and ANTHONY E. FARAH's Motion to Withdraw as attorneys in charge, the Court is of the opinion that Movants' motion should be in all things GRANTED. It is therefore:

ORDERED that Movants THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH[1] are hereby withdrawn as attorneys in charge for Ethel Herbert Wright.

　　　　SIGNED on _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE ELDON E. FALLON**

---

[1] The withdrawal is intended to and does include the law firm of Mokaram & Associates, P.C. as the referring attorneys who maintained responsibility for this case, notwithstanding the fact that they are not identified on the pleadings.