IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE LeBOUF,<br>　　　　Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>　　　　Defendant | § § § § § § § § | <br><br><br>Civil Action No. 05-6009<br><br> |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ETHEL HERBERT WRIGHT | § § § § § § § § § § § | <br>MDL NO. 1657<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

### THE O'QUINN LAW FIRM'S MOTION
### TO WITHDRAW AS ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

　　THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH, Movants herein, ask that this Court allow them to withdraw as attorneys in charge for Plaintiff Jane LeBouf, now deceased. In support of their motion, Movants would show the Court the following

　　1.　　Plaintiff is Jane LeBouf; Defendant is Merck & Co., Inc.

　　2.　　Plaintiff sued Defendant for Strict Products Liability, Negligence, Misrepresentation and Fraud, Civil Conspiracy and Commercial Bribery, Breach of the Implied Warranty of Merchantability, Breach of the Implied Warranty of Fitness For a Particular Purpose, Breach of Express Warranty, and Gross Negligence/Malice.

　　3.　　Discovery is being conducted under this Court's Case Management Order No. 9.

　　4.　　The case is not presently set for trial.

### A. STATEMENT OF FACTS

5. Plaintiff was prescribed and ingested the drug Vioxx as directed by a physician. She suffered physical injury and damages arising from the prescription of Vioxx. Plaintiff was using Vioxx in a manner for which it was intended and/or in a reasonably foreseeable manner.

### B. ARGUMENT & AUTHORITIES

6. Pursuant to Louisiana Rules of Professional Conduct 1.16 (b) 4 and 5, there is good cause for this Court to grant the Motion to Withdraw because, the Plaintiff Jane LeBouf, and the Firm have philosophical differences as to how to prosecute this case and it is not in the best interest of the client for our representation to continue.

7. THE O'QUINN LAW FIRM has delivered a copy of this Motion to Ms. Jane LeBouf, and has notified her in writing, by both certified and regular mail, of her right to object to the Motion.

8. Ms. LeBouf's last known address is 1750 Acadian Dr., Houma, LA 70363.

9. Following is a list of all pending settings and deadlines in this case:

**Plaintiff's Profile Form was completed and filed. There are no pending deadlines at this time.**

### C. CONCLUSION

10. Because Plaintiff Jane LeBouf and THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH have philosophical differences as to how best to proceed with the prosecution of her case, THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH request that they be permitted to withdraw as attorneys in charge.

11. Plaintiff Jane LeBouf has not advised THE O'QUINN LAW FIRM of a substitute attorney and The O'Quinn Firm requests this withdrawal not only on behalf of The Firm and its attorneys, but also on behalf of Franklin D. Azar & Associates, P.C., the referring lawyers who maintained responsibility for this case with the O'Quinn firm.

### D.  PRAYER

WHEREFORE Movants request that THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH be allowed to withdraw as the Attorneys-of-Record for Plaintiff and for such other and further relief, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,
THE O'QUINN LAW FIRM

By: _____
John R. Leach, III
SBN: 12084500
Michael J. Lowenberg
SBN: 24001164
Anthony E. Farah
SBN: 24007172
440 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 223-1000
(713) 222-6903 (fax)

**ATTORNEYS FOR PLAINTIFF**

## **VERIFICATION**

STATE OF TEXAS §
HARRIS COUNTY §

Before me, the undersigned notary, on this day personally appeared JOHN R. LEACH, III, a person whose identity is known to me. After I administered an oath to him and upon his oath he stated that he had read The O'Quinn Law Firm's Motion to Withdraw and that the facts stated therein are within his personal knowledge and are true and correct.

_____
JOHN R. LEACH, III

SUBSCRIBED AND SWORN to before me on this 5th day of February, 2007.

SUSAN CASTILLO
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 27, 2010

_____
Notary Public for the State of Texas

3/27/2010
My commission expires

## CERTIFICATE OF CONFERENCE

I, Stephenie E. Shapiro, Attorney with The O'Quinn Law Firm, which firm represents Plaintiff Jane LeBouf hereby affirm that I conferred via e-mail with Zane Riester, one of the attorneys for Defendant Merck & Co., Inc., and he did not indicate whether Merck agrees or objects to this motion. Accordingly, as of the sending of this motion, Merck is neutral on this matter.

Stephenie E. Shapiro

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Withdraw and Proposed Order were served on the _6_ day of _February_, 2007, as described below to all counsel of record in accordance with the Federal Rules of Civil Procedure and more specifically, this Court's orders as entered in the MDL No. 1657:

Mr. Wilfred P. Coronato
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
**Attorney for Defendant Merck**

**U.S. Mail and CMRRR # 7006 2150 0004 2825 3348**
Ms. Jane LeBouf
1750 Acadian Dr.
Houma, LA 70363

All Counsel of Record Via LexisNexis File & Serve:

By: _____
John R. Leach, III