IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL DAUZAT, INDIVIDUALLY, § <br> AND ON BEHALF OF § <br> RUSSELL DAUZAT, SR., DECEASED § <br> Plaintiff § <br> § <br> VS. § <br> § <br> MERCK & CO., INC. § <br> Defendant § | | Civil Action No. 05-5986 |

| | |
|---|---|
| IN RE: VIOXX MARKETING, § <br> SALES PRACTICES AND § <br> PRODUCTS LIABILITY § <br> LITIGATION § <br> § <br> THIS DOCUMENT RELATES TO: § <br> MICHAEL DAUZAT, INDIVIDUALLY § <br> AND ON BEHALF OF § <br> RUSSELL DAUZAT, SR., DECEASED § <br> § <br> § | MDL NO. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br><br><br> MAGISTRATE JUDGE <br> DANIEL E. KNOWLES, III |

### THE O'QUINN LAW FIRM'S MOTION
### TO WITHDRAW AS ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH, Movants herein, ask that this Court allow them to withdraw as attorneys in charge for Plaintiff Michael Dauzat, Individually and on behalf of Russell Dauzat, Sr., Deceased. In support of their motion, Movants would show the Court the following

1.      Plaintiff is Michael Dauzat, Individually and on behalf of Russell Dauzat, Sr., Deceased; Defendant is Merck & Co., Inc.

2.      Plaintiff sued Defendant for Strict Products Liability, Negligence, Misrepresentation and Fraud, Civil Conspiracy and Commercial Bribery, Breach of the Implied Warranty of Merchantability, Breach of the Implied Warranty of Fitness For a Particular Purpose, Breach of Express Warranty, and Gross Negligence/Malice and Wrongful Death.

3.      Discovery is being conducted under this Court's Case Management Order No. 19.

4. The case presently is not set for trial.

### A. STATEMENT OF FACTS

5. The Deceased was prescribed and ingested the drug Vioxx as directed by a physician. He suffered physical injury and damages arising from the prescription of Vioxx. The Deceased was using Vioxx in a manner for which it was intended and/or in a reasonably foreseeable manner.

### B. ARGUMENT & AUTHORITIES

6. Pursuant to Louisiana Rules of Professional Conduct 1.16 (b) 4 and 5, there is good cause for this Court to grant the Motion to Withdraw because, Plaintiff Michael Dauzat, Individually and on behalf of Russell Dauzat, Sr., Deceased and the Firm have philosophical differences as to how to prosecute his case and it is not in the best interest of the client for our representation to continue.

7. THE O'QUINN LAW FIRM delivered a copy of this Motion to Mr Dauzat and notified him in writing, by both certified and regular mail, of his right to object to the Motion.

8. Mr. Michael Dauzat's last known address is 233 Emmett Court, La Place, Louisiana 70068

9. Following is a list of all pending settings and deadlines in this case:

**Decedent Russell Dauzat, Sr.'s Plaintiff Profile Form is due.**

### C. CONCLUSION

10. Because Mr. Michael Dauzat, Individually and on behalf of Russell Dauzat, Sr., Deceased and THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH have philosophical differences as to how best to proceed with the prosecution of her case, THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH request that they be permitted to withdraw as attorneys in charge.

11. Mr. Michael Dauzat, Individually and on behalf of Russell Dauzat, Sr., Deceased has not advised THE O'QUINN LAW FIRM of a substitute attorney and The O'Quinn Firm requests this withdrawal not only on behalf of The Firm and its attorneys, but also on behalf of Franklin D. Azar & Associates, P.C., the referring lawyers who maintained responsibility for the case with the O'Quinn firm.

### D.   PRAYER

WHEREFORE Movants request that THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH be allowed to withdraw as the Attorneys-of-Record for Plaintiff and for such other and further relief, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,
THE O'QUINN LAW FIRM

By: _____
John R. Leach, III
SBN: 12084500
Michael J. Lowenberg
SBN: 24001164
Anthony E. Farah
SBN: 24007172
440 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 223-1000
(713) 222-6903 (fax)

**ATTORNEYS FOR PLAINTIFF**

## **VERIFICATION**

STATE OF TEXAS §
HARRIS COUNTY §

Before me, the undersigned notary, on this day personally appeared JOHN R. LEACH, III, a person whose identity is known to me. After I administered an oath to him and upon his oath he stated that he had read The O'Quinn Law Firm's Motion to Withdraw and that the facts stated therein are within his personal knowledge and are true and correct.

_____
JOHN R. LEACH, III

SUBSCRIBED AND SWORN to before me on this 5th day of February 2007.

_____
Notary Public for the State of Texas

3/27/2010
My commission expires

SUSAN CASTILLO
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 27, 2010

## CERTIFICATE OF CONFERENCE

I, Stephenie E. Shapiro, Attorney with The O'Quinn Law Firm, which firm represents Plaintiff Michael Dauzat, Individually and on behalf of Russell Dauzat, Sr., Deceased,, hereby affirm that I conferred via e-mail with Zane Riester, one of the attorneys for Defendant Merck & Co., Inc., and he did not indicate whether Merck agrees or objects to this motion. Accordingly, as of the sending of this motion, Merck is neutral on this matter.

Stephenie E. Shapiro

### Certificate of Service

This is to certify that a true and correct copy of the foregoing Motion to Withdraw and Proposed Order were served on the ___ day of _____, 2007, as described below to all counsel of record in accordance with the Federal Rules of Civil Procedure and more specifically, this Court's orders as entered in the MDL No. 1657:

Mr. Wilfred P. Coronato
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
**Attorney for Defendant Merck**

**U.S. Mail and CMRRR # 7006 2150 0004 2825 1474**
Michael Dauzat, Individually
and on behalf of Russell Dauzat, Sr., Deceased
233 Emmett Court
La Place, Louisiana 70068
**Plaintiff**

All Counsel of Record Via LexisNexis File & Serve:

By: _____
John R. Leach, III

## CERTIFICATE OF CONFERENCE

I, Stephenie E. Shapiro, Attorney with The O'Quinn Law Firm, which firm represents Plaintiff Michael Dauzat, Individually and on behalf of Russell Dauzat, Sr., Deceased,, hereby affirm that I conferred via e-mail with Zane Riester, one of the attorneys for Defendant Merck & Co., Inc., and he did not indicate whether Merck agrees or objects to this motion. Accordingly, as of the sending of this motion, Merck is neutral on this matter.

_____
Stephenie E. Shapiro

### Certificate of Service

This is to certify that a true and correct copy of the foregoing Motion to Withdraw and Proposed Order were served on the 6 day of February, 2007, as described below to all counsel of record in accordance with the Federal Rules of Civil Procedure and more specifically, this Court's orders as entered in the MDL No. 1657:

Mr. Wilfred P. Coronato
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
**Attorney for Defendant Merck**

**U.S. Mail and CMRRR # 7006 2150 0004 2825 1474**
Michael Dauzat, Individually
and on behalf of Russell Dauzat, Sr., Deceased
233 Emmett Court
La Place, Louisiana 70068
**Plaintiff**

All Counsel of Record Via LexisNexis File & Serve:

By: _____
John R. Leach, III