IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL DAUZAT, INDIVIDUALLY AND ON BEHALF OF RUSSELL DAUZAT, SR., DECEASED,<br>    Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>    Defendant | § § § § § § § § § | Civil Action No. 05-5986 |
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: MICHAEL DAUZAT, INDIVIDUALLY AND ON BEHALF OF RUSSELL DAUZAT, SR., DECEASED | § § § § § § § § § § § | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

**ORDER ON THE O'QUINN LAW FIRM'S MOTION
TO WITHDRAW AS ATTORNEY IN CHARGE**

After considering THE O'QUINN LAW FIRM'S, JOHN R. LEACH, III'S; MICHAEL J. LOWENBERG'S and ANTHONY E. FARAH's Motion to Withdraw as attorneys in charge, the Court is of the opinion that Movants' motion should be in all things GRANTED. It is therefore: ORDERED that Movants THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH[1] are hereby withdrawn as attorneys in charge for Michael Dauzat, Individually and on behalf of Russell Dauzat, Sr., Deceased.

    SIGNED on _____, 2007.

                             _____
                             JUDGE ELDON E. FALLON

---

[1] The withdrawal is intended to and does include the law firm of Frank Azar & Associates as the referring attorneys who maintained responsibility for this case, notwithstanding the fact that they are not identified on the pleadings.