UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1657 |
| MARGARET ALLEN, et al., | JUDGE ELDON E. FALLON |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS** |
| vs. | |
| MERCK & CO., INC., a foreign corporation, | CASE NO. 2:06-cv-02266-EEF-DEK |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff MARGARET ALLEN originally filed in the Western District of Washington (Seattle), Case Number 06-278-JCC, and then later transferred to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation*, may be and is hereby dismissed without prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 1, 28, 07          By: *Margaret A. Allen*
                          Margaret Allen

Dated: 2-1-2007           By: *[signature]*
                          Jeffrey A. Bowersox, OSB # 81442
                          Email: Jeffrey@BLFpc.com
                          BOWERSOX LAW FIRM, P.C.
                          111 S.W. COLUMBIA ST., SUITE 1000
                          Portland, Oregon 97201
                          Telephone: (503) 452-5858
                          Facsimile: (503) 525-4833

                          Daniel E. Becnel, Jr., LA Bar #2929
                          Matthew B. Moreland, LA Bar #24567
                          Kevin P. Klibert, LA Bar #26954
                          LAW OFFICES OF DANIEL E. BECNEL, JR.
                          106 W. Seventh Street
                          Post Office Drawer H
                          Reserve, LA 70084
                          Telephone: (985) 536-1186
                          Facsimile: (985) 536-6445

                          *Attorneys for Plaintiff Margaret Allen*

Dated: 2/6/07             By: *Phil Wittmann*
                          Phillip A. Wittmann, Esq.
                          Stone, Pigman, Walther & Wittmann, L.L.C.
                          546 Carondelet Street
                          New Orleans, LA 70130
                          Telephone: (504) 581-3200
                          Facsimile: (504) 581-3361

                          *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of February, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2