## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to<br>Case No. 05-6551 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| JUAN A. VELEZ-JIMINEZ, et al. | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., et al | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Stipulation of Dismissal Without Prejudice filed herein,

IT IS ORDERED that all claims of Elizabeth Barreto-Delgado, Jennitza Velez-Barreto and J. A. V. B., minor and offspring of Elizabeth Barreto-Delgado and Juan A. Velez-Jimenez be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in said stipulation.

NEW ORLEANS, LOUISIANA, this __5th__ day of __February__, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

832782v.1