UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVE WHITEHEAD AS THE PERSONAL REPRESENTATIVE/ADMINISTRATOR FOR ALAN WHITEHEAD,<br>　　　　　Plaintiff<br><br>VERSUS<br><br>MERCK & CO., INC., PFIZER INC., MONSANTO COMPANY, and PHARMACIA CORPORATION,<br>　　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 06-10838<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Unopposed Motion for Extension of Time to Plead;

**IT IS ORDERED** that defendants, Pfizer Inc. and Pharmacia Corporation, be and same are hereby granted an extension of time to plead in this matter of thirty (30) days from the date of signing of this order.

New Orleans, Louisiana, this  5th  day of  February , 2007.

_____
UNITED STATES DISTRICT COURT JUDGE