```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | ) MDL NO.: 1657<br>)<br>) SECTION: L |
| THIS DOCUMENT RELATES TO:<br>    05-CV-3798 | )<br>)<br>) JUDGE ELDON E. FALLON<br>) |
| **WAYNE VIGIL and GERALDINE VIGIL,**<br>**as husband and wife vs. MERCK &**<br>**CO., INC.; GENA ORTEGA, an**<br>**individual, JOHN E. JACK KILKELLY,**<br>**an individual, and MEMORIAL FAMILY**<br>**PHARMACY, INC.** | ) MAG. JUDGE KNOWLES<br>)<br>) NOTICE OF APPEARANCE OF<br>) COUNSEL FOR DEFENDANT<br>) MEMORIAL FAMILY PHARMACY,<br>) INC.<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law offices of CONROY, SIMBERG, GANON, KREVANS, ABEL, LURVEY, MORROW & SCHEFER, P.A. hereby files this Notice of Appearance as counsel of record for the Defendant, MEMORIAL FAMILY PHARMACY, INC., in the above-captioned matter. All future correspondence, pleadings, notices, and other papers relating to this action should be served upon MILLARD L. FRETLAND at the following address:

```
            Millard L. Fretland, Esq.
      CONROY, SIMBERG, GANON, KREVANS,
         LURVEY, MORROW & SCHEFER, P.A.
          125 W. Romana St., Suite 150
              Pensacola, Florida 32502
            mfretland@conroysimberg.com
                  TEL: 850.436.6605
                  FAX: 850.436.2102
```

                              Respectfully submitted,

                              /s/ Millard L. Fretland
                              Millard L. Fretland, Esq.
                              Florida Bar No.: 371671
                              Attorney for Defendant Memorial

Family Pharmacy, Inc.
CONROY, SIMBERG, GANON, KREVANS,
ABEL, LURVEY, MORROW & SCHEFER, P.A.
125 West Romana Street, Suite 150
Pensacola, Florida 32502
TEL: 850.436.6605
FAX: 850.436.2102
mfretland@conroysimberg.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of electronic filing in accord with the procedures established in MDL 1657 on this the 7th day of February, 2007.

/s/ Millard L. Fretland
Millard L. Fretland, Esq.
Florida Bar No.: 371671
Attorney for Defendant Memorial
Family Pharmacy, Inc.
CONROY, SIMBERG, GANON, KREVANS,
ABEL, LURVEY, MORROW & SCHEFER, P.A
125 West Romana Street, Suite 150
Pensacola, Florida 32502
TEL: 850.436.6605
FAX: 850.436.2102
mfretland@conroysimberg.com

MLF/cas