UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *Harry E. Wink,* | * | |
| *Jr., et al. v. Merck & Co., Inc.* | * | |
| No. 06-5539 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the above-captioned case be and it hereby is dismissed with

without prejudice, subject to the terms and conditions of the stipulation, and with each party to

bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ 5th _____ day of _____ February _____, 2007.

_____

DISTRICT JUDGE