UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>    05-CV-2004<br><br>**ROBERT CONLEY, vs. MERCK & CO.,**<br>**INC. and WALGREEN CO.** | ) MDL NO.: 1657<br>)<br>) SECTION: L<br>)<br>) JUDGE ELDON E. FALLON<br>)<br>) MAG. JUDGE KNOWLES<br>)<br>) NOTICE OF APPEARANCE OF<br>) COUNSEL FOR DEFENDANT<br>) WALGREEN CO.<br>) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law offices of CONROY, SIMBERG, GANON, KREVANS, ABEL, LURVEY, MORROW & SCHEFER, P.A. hereby files this Notice of Appearance as counsel of record for the Defendant, WALGREEN CO., in the above-captioned matter. All future correspondence, pleadings, notices, and other papers relating to this action should be served upon MILLARD L. FRETLAND at the following address:

>     Millard L. Fretland, Esq.
> CONROY, SIMBERG, GANON, KREVANS,
>   LURVEY, MORROW & SCHEFER, P.A.
>     125 W. Romana St., Suite 150
>       Pensacola, Florida 32502
>      mfretland@conroysimberg.com
>          TEL: 850.436.6605
>          FAX: 850.436.2102

>           Respectfully submitted,
>
>           /s/ Millard L. Fretland
>           Millard L. Fretland, Esq.
>           Florida Bar No.: 371671
>           Attorney for Walgreen Co.
>           CONROY, SIMBERG, GANON, KREVANS,
>           ABEL, LURVEY, MORROW & SCHEFER, P.A.

125 West Romana Street, Suite 150<br>
Pensacola, Florida 32502<br>
TEL: 850.436.6605<br>
FAX: 850.436.2102<br>
mfretland@conroysimberg.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of electronic filing in accord with the procedures established in MDL 1657 on this the 7th day of February, 2007.

/s/ Millard L. Fretland<br>
Millard L. Fretland, Esq.<br>
Florida Bar No.: 371671<br>
Attorney for Walgreen Co.<br>
CONROY, SIMBERG, GANON, KREVANS, ABEL, LURVEY, MORROW & SCHEFER, P.A<br>
125 West Romana Street, Suite 150<br>
Pensacola, Florida 32502<br>
TEL: 850.436.6605<br>
FAX: 850.436.2102<br>
mfretland@conroysimberg.com

MLF/cas