UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 24  PM 12: 10
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 1657 |
| | ) | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) | JUDGE FALLON |
| Referencing: <u>Sheryll R. Macon vs. Merck & Co., Inc.</u>, USDC Case No. 2:05cv3523 | ) ) ) ) | MAGISTRATE JUDGE KNOWLES |

## PLAINTIFF'S Motion TO SUBSTITUTE PARTIES

Now comes Antoinette Macon, fiduciary of the Estate of Sheryll R. Macon, deceased, and hereby substitutes as Plaintiff in the matter entitled <u>Sheryll R. Macon v. Merck & Co., Inc.</u>, USDC Case No. 2:05cv3523, by and through counsel, James M. Kelley, III, Esq. and Stephen S. Crandall, Esq. of Elk & Elk Co., Ltd.

This substitution is being made pursuant to the Federal Rules of Civil Procedure Rule 25 after a proper Notice of Suggestion of Death has been filed in this matter.

Respectfully submitted,

James M. Kelley, III #0062552
Stephen S. Crandall #0063810
Attorney for Plaintiff(s)
Elk & Elk Co., Ltd.
6110 Parkland Boulevard
Mayfield Heights, Ohio 44124
Ph: (440) 442-6677
Fax: (440) 442-8281
jkelley@elkandelk.com
scrandall@elkandelk.com



Fee_____
Process___
X  Dktd___
___ CtRmDep

## Certificate of Service

I hereby certify that the above and foregoing Plaintiff's Notice to Substitute Parties has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana in accord with the procedures established in MDL 1657 on this 23rd day of January, 2007.

James M. Kelley, III #0062552
Stephen S. Crandall #0063810
Attorney for Plaintiff(s)
Elk & Elk Co., Ltd.
6110 Parkland Boulevard
Mayfield Heights, Ohio 44124
Ph: (440) 442-6677
Fax: (440) 442-8281
jkelley@elkandelk.com
scrandall@elkandelk.com