UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 FEB -5 PM 4:57
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION ) | MDL Docket No. 1657 |
| ) | SECTION L |
| This document relates to all cases referencing: Sheryll R. Macon vs. Merck & Co., Inc., USDC Case No. 2:05cv3523 ) | JUDGE FALLON |
| ) | MAGISTRATE JUDGE KNOWLES |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Substitute Antoinette Macon, Fiduciary of the Estate of Sheryll R. Macon, deceased in place of Plaintiff Sheryll R. Macon, IS HEREBY GRANTED.

IT IS SO ORDERED.

2/1/07
DATE

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

Fee_____
Process____
X Dktd____
✓ CtRmDep___
Doc. No.____