FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 31  AM 11: 26

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®
  PRODUCTS LIABILITY CASES

THIS DOCUMENT RELATES TO:

OSBORNE PERRY WASHINGTON AND
MARY MCKELVY

   *Plaintiffs,*

VS.

MERCK & CO., INC.

   *Defendant.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

DOCKET NO. 2:05-CV-2374

MDL NO. 1657

SECTION: L/3

JUDGE FALLON
MAG. JUDGE KNOWLES

TRANSFEROR COURT:

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CAUSE NO. H-05-1429

___ Fee_____
___ Process_____
_X_ Dktd _____
_✓ CtRmDep_____
___ Doc. No_____

## SUGGESTION OF DEATH UPON THE RECORD
## UNDER FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)

Plaintiff, OSBORNE PERRY WASHINGTON, by and through her undersigned counsel, suggests upon the record and, pursuant to Rule 25(a)(1), her death during the pendency of this action and states as follows:

1.      This lawsuit was filed on April 22, 2005.

2.      Plaintiff died on October 12, 2005. (*See Ex. A*, Certificate of death).

DATED this 30th day of January, 2007.

Respectfully Submitted,

MITHOFF LAW FIRM

RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No.  2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No.  1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATION OF VITAL RECORD

## CITY OF HOUSTON, TEXAS, USA

**STATE OF TEXAS**          **CERTIFICATE OF DEATH**          **STATE FILE NUMBER**

**1. NAME OF DECEASED** — FIRST: Osborne — MIDDLE: Marie — LAST: Perry

**1a. MAIDEN:** Cooper — **2. SEX:** Female — **3. DATE OF DEATH:** October 12, 2005

**4. DATE OF BIRTH:** November 25, 1943 — **5. AGE:** 61

**6. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY):** Beaumont, Texas — **7. SOCIAL SECURITY NO.:** 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

**RACE:** Black

**MARITAL STATUS:** MARRIED

**RESIDENCE STREET ADDRESS:** 6114 Balbo

**COUNTY:** Harris — **STATE:** Texas — **ZIP CODE:** 77091 — **INSIDE CITY LIMITS:** YES

**CITY OR TOWN:** Houston

**FATHER'S NAME:** Osborne Cooper — **MOTHER'S MAIDEN NAME:** Geraldine Lando

**PLACE OF DEATH:** RESIDENCE

**COUNTY OF DEATH:** Harris — Houston — 6114 Balbo — 77067

**INFORMANT — NAME & RELATIONSHIP:** Brian Cooper — Son

**MAILING ADDRESS:** 2706 Quiet Meadows Dr. Houston, Texas

**METHOD OF DISPOSITION:** BURIAL — Fordline North Cemetery — Houston, Texas

**FUNERAL HOME:** PARADISE FUNERAL HOME, 10401 W. MONTGOMERY RD., HOUSTON, TEXAS 77088

**DATE OF DISPOSITION:** October 20, 2005

**CERTIFIER:** CERTIFYING PHYSICIAN — TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER AS STATED.

**DATE SIGNED:** 10 20 2005 — **TIME OF DEATH:** 11:10 a.m.

**NAME & ADDRESS OF CERTIFIER:** MICHAEL ... TUESDAY ... Houston, Tx 77...

**CAUSE OF DEATH:**
- IMMEDIATE CAUSE: Cardiac Arrest
- DUE TO: Respiratory failure
- DUE TO: Cardiac Obstructive Sleep Apnea
- DUE TO: Morbid Obesity

**WAS AN AUTOPSY PERFORMED:** NO

**MANNER OF DEATH:** NATURAL

**DATE REGISTRAR FILE NO.:** 02-16216 — **DATE FILED:** Nov 01, 2005



EXHIBIT
A





Lisa Akhatore, Registrar
BUREAU OF VITAL STATISTICS

**DATE ISSUED** Aug 22, 2006
This is to certify that this is a true and correct reproduction of the original record as recorded in this office, issued under authority of Section 191.051, Health and Safety Code of Texas. This copy not valid without engraved border displaying seal and signature of the Registrar.

101095965

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Service Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of January, 2007.

JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Mithoff Law Firm
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)
cliebergot@mithofflaw.com

ATTORNEY FOR PLAINTIFF