FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB -2  PM 4:31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| Raymond Taylor v. Merck & Co., Inc., 05-CV-6028 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other. *Plaintiff's counsel shall make the necessary changes to party status on Lexis/Nexis File + Serve, pursuant to Pretrial Order 8A.*

IT IS SO ORDERED.

ENTERED this 31st day of January, 2007.

Hon. Eldon Fallon, U.S.D.J.

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____