## U.S. DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA (MIAMI)

DAVID G. CARVALLO

     Plaintiff,

vs.                                                      CASE No: 04-CV-22916

MERCK & CO., INC., a foreign
corporation for profit, WALGREEN
COMPANY, a foreign corporation
for profit, and NAVARRO DISCOUNT
PHARMACIES, INC., a Florida
corporation for profit,

     Defendants.

_____/



FILED by _____ D.C.

JUL 2 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### <u>ORDER SUBSTITUTING COUNSEL</u>

    THIS CAUSE came before me upon the Stipulation for Substitution of Counsel, and the

Court being otherwise fully advised in the premises, it is

CONSIDERED, ORDERED, AND ADJUDGED that the law offices of CONROY, SIMBERG,

KREVINS & ABEL, P.A., is hereby substituted in the place of the law offices of WALTON,

LANTAFF, SCHROEDER, & CARSON to represent the Defendant, WALGREEN CO., in this

lawsuit.

    DONE AND ORDERED in Chambers at MIAMI, FLORIDA, this 22 day of July
2005.

_____
DISTRICT COURT JUDGE

Copy Furnished To:
Brett Alan Panter
David Sampedro
Panter, Panter, & Sampedro
6950 N. Kendall Drive
1st Floor
Miami, FL 33156-2144/

FILED BY _____

**2005 JUL 19  AM 8: 48**

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

DAVID G. CARVALLO

    Plaintiff,

vs.                                                    CASE No: 04-CV-22916

MERCK & CO., INC., a foreign
corporation for profit, WALGREEN
COMPANY, a foreign corporation
for profit, and NAVARRO DISCOUNT
PHARMACIES, INC., a Florida
corporation for profit,

    Defendants.

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

    IT IS HEREBY STIPULATED AND AGREED that the law office of Conroy, Simberg,

Ganon, Krevins and Abel, P. A. is hereby substituted as counsel for the defendant, Walgreen Co.,

and that Walton, Lantaff, Schroeder, & Carson hereby withdraws as counsel for said Defendant.

    DATED this _15th_ day of _July_____, 2005

CONROY, SIMBERG, GANON,
KREVINS & ABEL, P.A.
125 W. ROMANA ST.
SUITE 150
PENSACOLA, FL 32502

_____
Millard L. Fretland
ON BEHALF OF WALGREEN CO.

CONSENT OF DEFENDANT:
WALTON, LANTAFF, SCHROEDER,
& CARSON
1700 PALM BEACH LAKES BLVD.
SEVENTH FLOOR
WEST PALM BEACH, FLORIDA 33401


Lawrence D. Smith

Copy Furnished To:

Brett Alan Panter
David Sampedro
Panter, Panter, & Sampedro
6950 N. Kendall Drive
1st Floor
Miami, FL 33156-2144/