UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>05-CV-2007<br><br>**MATTHEW ELZINGA and LAURA ELZINGA**<br>**vs. MERCK & CO., INC. and**<br>**WALGREEN CO.** | ) MDL NO.: 1657<br>)<br>) SECTION: L<br>)<br>) JUDGE ELDON E. FALLON<br>)<br>) MAG. JUDGE KNOWLES<br>)<br>) NOTICE OF APPEARANCE OF<br>) COUNSEL FOR DEFENDANT<br>) WALGREEN CO.<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law offices of CONROY, SIMBERG, GANON, KREVANS, ABEL, LURVEY, MORROW & SCHEFER, P.A. hereby files this Notice of Appearance as counsel of record for the Defendant, WALGREEN CO., in the above-captioned matter.

The Southern District of Florida (West Palm Beach Division) previously granted an Order substituting the law offices of CONROY, SIMBERG, GANON, KREVANS, ABEL, LURVEY, MORROW & SCHEFER, P.A. in the place of the law offices of WALTON, LANTAFF, SCHRODER & CARSON to represent the Defendant, WALGREEN CO., in this matter. (Attached hereto as Exhibit "1").

Therefore, all future correspondence, pleadings, notices, and other papers relating to this action should be served upon MILLARD L. FRETLAND at the following address:

Millard L. Fretland, Esq.
CONROY, SIMBERG, GANON, KREVANS,
LURVEY, MORROW & SCHEFER, P.A.
125 W. Romana St., Suite 150
Pensacola, Florida 32502
mfretland@conroysimberg.com

TEL: 850.436.6605
FAX: 850.436.2102

Respectfully submitted,

/s/ Millard L. Fretland
Millard L. Fretland, Esq.
Florida Bar No.: 371671
Attorney for Walgreen Co.
CONROY, SIMBERG, GANON, KREVANS, ABEL, LURVEY, MORROW & SCHEFER, P.A.
125 West Romana Street, Suite 150
Pensacola, Florida 32502
TEL: 850.436.6605
FAX: 850.436.2102
mfretland@conroysimberg.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of electronic filing in accord with the procedures established in MDL 1657 on this 7th day of February, 2007.

/s/ Millard L. Fretland
Millard L. Fretland, Esq.
Florida Bar No.: 371671
Attorney for Walgreen Co.

CONROY, SIMBERG, GANON, KREVANS,
ABEL, LURVEY, MORROW & SCHEFER, P.A
125 West Romana Street, Suite 150
Pensacola, Florida 32502
TEL: 850.436.6605
FAX: 850.436.2102
mfretland@conroysimberg.com

MLF/cas