IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: ~~28-1332~~  05-80255-CIV-Hurley

MATTHEW ELZINGA and
LAURA ELZINGA,

        Plaintiffs,

vs.

MERCK & COMPANY, INC. and
WALGREEN CO.,

        Defendants.
_____/

FILED by ___ D.C.
JUL 21 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER SUBSTITUTING COUNSEL

THIS CAUSE came before me upon the Stipulation for Substitution of Counsel, and the Court being otherwise fully advised in the premises, it is

CONSIDERED, ORDERED, AND ADJUDGED that the law offices of CONROY, SIMBERG, KREVINS & ABEL, P.A., is hereby substituted in the place of the law offices of WALTON, LANTAFF, SCHROEDER, & CARSON to represent the Defendant, WALGREEN CO., in this lawsuit.

DONE AND ORDERED in Chambers at ~~MIAMI, FLORIDA~~, this 21 day of July 2005.

_____
DISTRICT COURT JUDGE

Copy Furnished To:
Richard D. Schuler
Schuler & Halvorson, P. A.
Barristers Building, Suite 4-D
1615 Forum Place
West Palm Beach, FL 33401

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 28-1332

05CV80255
Hurley

MATTHEW ELZINGA and
LAURA ELZINGA,

　　　　　Plaintiffs,

vs.

MERCK & COMPANY, INC. and
WALGREEN CO.,

　　　　　Defendants.
_____/

### STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that the law office of Conroy, Simberg, Ganon, Krevins and Abel, P. A. is hereby substituted as counsel for the defendant, Walgreen Co., and that Walton, Lantaff, Schroeder, & Carson hereby withdraws as counsel for said Defendant.

DATED this 15th day of July, 2005

　　　　　　　　　　CONROY, SIMBERG, GANON,
　　　　　　　　　　KREVINS & ABEL, P.A.
　　　　　　　　　　125 W. ROMANA ST.
　　　　　　　　　　SUITE 150
　　　　　　　　　　PENSACOLA, FL 32502

　　　　　　　　　　Millard L. Fretland
　　　　　　　　　　ON BEHALF OF WALGREEN CO.



CONSENT OF DEFENDANT:
Walton, Lantaff, Schroeder & Carson
1700 Palm Beach Lakes Road
Seventh Floor
West Palm Beach, Florida 33401

_____
Lawrence D. Smith

Copy Furnished To:
Richard D. Schuler
Barristers Building, Suite 4-D
1615 Forum Place
West Palm Beach, FL 33401