IN THE CIRCUIT COURT IN AND FOR
THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.: 05002006

JOYCE HERMES and
BENSON HERMES, her husband,

        Plaintiffs,

vs.

MERCK & CO., INC., a foreign
corporation and WALGREEN CO.,
an Illinois corporation,

        Defendants.

_____/

## ORDER SUBSTITUTING COUNSEL

THIS CAUSE came before me upon the Stipulation for Substitution of Counsel, and the Court being otherwise fully advised in the premises, it is

CONSIDERED, ORDERED, AND ADJUDGED that the law offices of CONROY, SIMBERG, KREVINS & ABEL, P.A., is hereby substituted in the place of the law offices of WALTON, LANTAFF, SCHROEDER, & CARSON to represent the Defendant, WALGREEN CO., in this lawsuit.

DONE AND ORDERED in Chambers at ~~MIAMI~~, FLORIDA, this ___ day of _____ 2005.

_____
~~DISTRICT~~ COURT JUDGE

Copy Furnished To:
Jeff S. Abers
FAZIO, DiSALVO, CANNON
ABERS, PODRECCA, FAZIO &
CARROLL
Attorneys for Plaintiffs
P. O. Box 14519
Fort Lauderdale, FL 33302

IN THE CIRCUIT COURT IN AND FOR
THE SEVENTEENTH JUDICIAL
CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.: 05002006 (27)

JOYCE HERMES and
BENSON HERMES, her husband,

   Plaintiffs,

vs.

MERCK & CO., INC., a foreign
corporation and WALGREEN CO.,
an Illinois corporation,

   Defendants.
_____/



## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that the law office of Conroy, Simberg, Ganon, Krevins and Abel, P. A. is hereby substituted as counsel for the defendant, Walgreen Co., and that Walton, Lantaff, Schroeder, & Carson hereby withdraws as counsel for said Defendant.

DATED this 15th day of July, 2005

          CONROY, SIMBERG, GANON,
          KREVINS & ABEL, P.A.
          125 W. ROMANA ST.
          SUITE 150
          PENSACOLA, FL 32502

          _____
          Millard L. Fretland
          ON BEHALF OF WALGREEN CO.

CONSENT OF DEFENDANT.
WALTON, LANTAFF, SCHROEDER,
& CARSON
1700 PALM BEACH LAKES BLVD.
SEVENTH FLOOR
WEST PALM BEACH, FLORIDA 33401

_____
Lawrence D. Smith

Copy furnished to:
Jeff S. Abers
FAZIO, DiSALVO, CANNON,
ABERS, PODRECCA, FAXIO &
CARROLL
Attorneys for Plaintiffs
P. O. Box 1459
Fort Lauderdale, FL 33302