UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

## MOTION TO WITHDRAW AS COUNSEL

Attorney Kyle L. Crane and the law firm of Friedman, Domiano & Smith Co., L.P.A., respectfully move this Court for permission to withdraw as counsel for plaintiff Richard Mesrobian in the within matter.

Attorney Kyle Crane recently joined the law firm of Friedman, Domiano & Smith Co., L.P.A. Attorney Kyle L. Crane is no longer affiliated with R. Jack Clapp and Associates. Attorney Kyle L. Crane and the law firm of Friedman, Domiano & Smith Co., L.P.A. have no involvement in this matter.

WHEREFORE, based on the foregoing, Attorney Kyle L. Crane and the law firm of Friedman, Domiano & Smith Co., L.P.A., pray that they be allowed to withdraw as counsel for plaintiff.

Respectfully submitted,

FRIEDMAN, DOMIANO & SMITH
  CO., L.P.A.

Kyle L. Crane (0065167)
Jeffrey H. Friedman (0018563)

1370 Ontario Street - 6th Floor
Cleveland, Ohio 44113
Telephone: (216) 621-0070
Facsimile: (216) 621-4008
Email: kylecrane@fdslaw.com
Email: jefffriedman@fdslaw.com
Attorney for Plaintiff

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

2

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent via regular U.S. Mail to R. Jack Clapp, Esquire, 1375 E. Ninth St., Cleveland, OH 44114, C. Crain Woods, Esquire, Jessica D. Goldman, Esquire, Philomena M. Dane, Esquire, Robin G. Weaver, Esquire and Aneca E. Lasley, Esquire, Squire, Sanders & Dempsey, 41 S. High St., Suite 1300, Columbus, OH 43215 on this 8th day, January, 2007.

_____
Attorney for Plaintiff

LAW OFFICES OF
FRIEDMAN, DOMIANO & SMITH CO., L.P.A.
1370 ONTARIO STREET
SIXTH FLOOR - STANDARD BUILDING
CLEVELAND, OHIO 44113-1704
(216) 621-0070