FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB -7 AM 7: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

Upon Plaintiff's Motion to Withdraw as Counsel, this Court finds said Motion to be well-taken; and IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Attorney Kyle L. Crane and the law firm of Friedman, Domiano & Smith Co., L.P.A. be removed as counsel for plaintiff.

IT IS SO ORDERED.

2/5/07
DATE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____