AO 458 (Rev. 5/85) Appearance W

# United States District Court

_____ DISTRICT OF _____

THE EASTERN DISTRICT OF LOUISIANA

## APPEARANCE

**MDL NUMBER:** MDL 1657

**CASE NUMBER:** 2:06-cv-05594

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 FEB -6  AM 11: 53
LORETTA G. WHYTE
CLERK

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for
JANICE L. SNYDER, Executrix of the Estate of
KIRK ANDREW SNYDER, deceased

_____
Signature

Alan H. Perer
Print Name

_____
Signature

Brian W. DelVecchio
Print Name

One Oxford Center, Suite 2501
Address

Pittsburgh, PA  15219
City       State   Zip Code

(412) 281-1970
Phone Number

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

2 FEB 2007
Date