Steven J. Skikos
Kathleen N. Millican, CA State Bar No. 203691
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
625 Market Street, 11th Floor
San Francisco, CA 94105
Telephone: (415) 956-5257
Facsimile: (415) 956-4416

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COORDINATE PROCEEDING<br>SPECIAL TITLE [RULE 1550(B)]<br><br>IN RE VIOXX CASES<br><br>WILLIAM HAZEL,<br>                      Plaintiff,<br>vs.<br><br>MERCK & COMPANY, INC.,<br><br>                      Defendants | ) DOCKET NO. 2:05-md-01657-EEF-DEK<br>)<br>) MDL NO. 1657<br>)<br>) CASE NO. 06-00678<br>)<br>) SECTION: L<br>)<br>)<br>) JUDGE FALLON<br>) MAG. JUDGE KNOWLES<br>)<br>)<br>) **NOTICE OF APPEARANCE AND**<br>) **ATTORNEY CHANGE OF ADDRESS** |

      NOW COMES, Kathleen N. Millican, attorney at law with the firm of Lopez, Hodes, Restaino, Milman & Skikos, and enters her appearance as attorney on behalf of plaintiff, William Hazel, in the above captioned matter. Please take further notice that all documents in the above captioned matter should be directed to the following address:

                Lopez, Hodes, Restaino, Milman & Skikos
                625 Market Street, 11th Floor
                San Francisco, CA  94105
                Telephone: (415) 956-5257
                Facsimile: (415) 956-4416

Dated: February 7, 2007.

LOPEZ, HODES, RESTAINO
MILMAN & SKIKOS

*[signature]*

Kathleen N. Millican
Lopez, Hodes, Restaino, Milman & Skikos
625 Market Street, 11th Floor
San Francisco, CA 94105
Tel: (415) 956-5257
Fax: (415) 956-4416
E-mail: kmillican@lopez-hodes.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF APPEARANCE** has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and up on all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the clerk of the Court of the United States District for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of February, 2007.

*[signature]*

Kathleen N. Millican
CA Bar # 203691
Attorney for Plaintiff
Lopez, Hodes, Restaino, Milman & Skikos
625 Market Street, 11th Floor
San Francisco, CA 94105
Tel: (415) 956-5257
Fax: (415) 956-4416
E-mail: kmillican@lopez-hodes.com