UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>         Products Liability Litigation | MDL No. 1657<br><br>Section:  L |
| This Document Relates to:<br>         06-11292 | Judge Fallon<br>Magistrate Judge Knowles |

### DEFENDANT DAVID BRUAH, M.D.'S MOTION TO DISMISS
### PLAINTIFF'S COMPLAINT AT LAW

NOW COMES the Defendant, DAVID BRUAH, M.D., by and through his attorneys, GUMMERSON & RAUSCH, LLC, and for his Motion to Dismiss Count I of the Plaintiff's Complaint at Law pursuant to Federal Rule of Civil Procedure 12(b)(6), and in support thereof, states as follows:

1.      On or about September 28, 2006, the Plaintiff filed his Complaint at Law in this case.  Count I contains allegations of medical negligence against Dr. David Bruah. See a true and correct copy of the Plaintiff's Complaint at Law attached hereto as Exhibit "A".

2.      The Plaintiff alleges that Dr. Bruah prescribed Vioxx for him starting on or about October 15, 1999.  See Paragraph 6 of Exhibit "A".

3.      The Plaintiff alleges that Dr. Bruah continued to prescribe Vioxx for him up to and including May 27, 2002.  See Paragraph 8 of Exhibit "A".

4.      The Plaintiff alleges that Dr. Bruah was negligent in the following ways:

      a.    Improperly prescribed Vioxx to Plaintiff knowing that it was contraindicated for David Stuart;

      b.    Improperly prescribed Vioxx to Plaintiff knowing that he was at risk for future cardiac problems;

      c.    Improperly prescribed Vioxx to Plaintiff knowing that he had a history of cardiac problems;

      d.    Failed to warn the Plaintiff that Vioxx should not be used in patients with a history of cardiac problems;

      e.    Failed to warn the Plaintiff of the risks associated with the use of Vioxx in individuals with a history of cardiac problems;

      f.    Improperly prescribed Vioxx by phone without regard for Plaintiff's medical history.

See Paragraph 10 of Exhibit "A".

5.    The Plaintiff has alleged that Dr. Bruah was negligent in prescribing Vioxx for him.

6.    The Plaintiff has alleged that the prescriptions for Vioxx started on October 15, 1999.

7.    The Plaintiff has alleged that the Vioxx was prescribed by Dr. Bruah until May 27, 2002.

8.    Pursuant to the repose period as set forth in Section 13-212(a) of the Illinois Code of Civil Procedure, the Plaintiff had until May 27, 2006 to file his claim for medical negligence against Dr. Bruah.

9.    Since the Plaintiff's Complaint at Law was not filed until September 28, 2006, it was not filed in a timely manner, and it should be dismissed with prejudice.

10.     That in further support of this Motion, the Defendant has filed a supporting Memorandum of Law, and the authority and arguments contained therein are hereby incorporated by reference into this Motion.

WHEREFORE, the Defendant, DAVID BRUAH, M.D., respectfully requests that this Honorable Court dismiss Count I of the Plaintiff's Complaint at Law with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other relief as this Court deems just.

DAVID BRUAH, M.D., Defendant

By: /s/ Tom E. Rausch
One of his Attorneys

Tom E. Rausch (#2290820)
GUMMERSON & RAUSCH, LLC
101 S. Benton Street, Suite 201
Woodstock, IL 60098
815-337-7700

STATE OF ILLINOIS      )
                       ) ss.
COUNTY OF McHENRY      )

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing <u>Defendant David Bruah, M.D.'s Motion to Dismiss Plaintiff's Complaint at Law</u> has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of February, 2007.

   /s/ Tom E. Rausch
Tom E. Rausch, #2290820
Attorneys for Defendant David Bruah, M.D.
Gummerson & Rausch, LLC
101 S. Benton Street, Suite 201
Woodstock, IL 60098
(815) 337-7700
(815) 337-7990 (facsimile)
trausch@lawgr.com