UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>　　　　Products Liability Litigation<br><br>This Document Relates to:<br>　　　　06-11292 | MDL No. 1657<br><br>Section: L<br><br>Judge Fallon<br>Magistrate Judge Knowles |

**NOTICE OF HEARING**

TO:   All Parties of Record

　　　On March 1, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eldon E. Fallon or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Court, Eastern District of Louisiana, 500 Poydras Street, Room C-456, New Orleans, Louisiana, and then and there proceed to hearing on our Motion to Dismiss Plaintiff's Complaint at Law *instanter*.

　　　　　　　　　　　　　　　　　　GUMMERSON & RAUSCH, LLC,
　　　　　　　　　　　　　　　　　　Attorneys for DAVID BRUAH, M.D.,
　　　　　　　　　　　　　　　　　　Defendant


　　　　　　　　　　　　　　　　　　By:　/s/ Tom E. Rausch
　　　　　　　　　　　　　　　　　　　　　One of his Attorneys

Tom E. Rausch (#2290820)
GUMMERSON & RAUSCH, LLC
101 S. Benton Street, Suite 201
Woodstock, IL 60098
815-337-7700

STATE OF ILLINOIS )
) ss.
COUNTY OF McHENRY )

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing <u>Notice of Hearing</u> has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of February, 2007.

    /s/ Tom E. Rausch
Tom E. Rausch, #2290820
Attorneys for Defendant David Bruah, M.D.
Gummerson & Rausch, LLC
101 S. Benton Street, Suite 201
Woodstock, IL 60098
(815) 337-7700
(815) 337-7990 (facsimile)
trausch@lawgr.com