UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *Maurice Baker, et al., v. Merck & Co., Inc.*, No. 06-4605 | * * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sue Burris, individually and as Administrator of the Estate of Wilburn Burris, Deceased, and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulates, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice of all claims of Sue Burris, individually and as the Administrator of the Estate of Wilburn Burris against Merck in the above-styled lawsuit, each party to bear its own costs.  The claims of the remaining plaintiffs in the above-captioned case remain in effect.

In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, they will make the change directly on File & Serve to reflect the dismissal of the claims of Sue Burris.


*/s/ Trent B. Miracle*
Trent B. Miracle
David Miceli
SimmonsCooper, LLC
707 Berkshire Blvd.
East Alton, IL  62024
phone: 618-259-2222

Counsel for Plaintiff Sue Burris,
individually and as Administrator
of the Estate of Wilburn Burris, Deceased

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA  70130
phone: 504-581-3200

Counsel for Defendant Merck & Co., Inc.

852104v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of February, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

852104v.1