UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *Maurice Baker, et al., v. Merck & Co., Inc.*, No. 06-4605 | * * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of Plaintiff, Sue Burris, individually and as Administrator of the Estate of Wilburn Burris, Deceased, against Defendant, Merck & Co., Inc. in the above-styled lawsuit, be and they hereby are dismissed with prejudice, each party to bear its own costs. The claims of the remaining plaintiffs in the above-captioned case remain in effect.

NEW ORLEANS, LOUISIANA, this _____ day of February, 2007.

_____
DISTRICT JUDGE

856012v.1