UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
*Allen, et al. v. Merck & Co., Inc.*, 06-2266

## ORDER

The Court having been advised that the following document was submitted in error, IT IS ORDERED that the parties' Stipulation of Dismissal Without Prejudice (Rec. Doc. 9922) is DENIED.

New Orleans, Louisiana, this __9th__ day of __February__, 2007.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE