UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                             MDL NO. 1657
       **PRODUCTS LIABILITY LITIGATION:**

SECTION: L

JUDGE FALLON
…………………………………………………..     MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
        **2:06-cv-3140**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Eugene Perry. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Eugene Perry, are dismissed without prejudice, all other Plaintiffs' claims remain in full force and effect. John J. Driscoll shall update Lexis Nexis File & Serve to reflect these changes.

Dated this ___7th___ day of ___February___, 2007.

_____
UNITED STATES DISTRICT JUDGE