UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                          *       MDL No. 1657
     PRODUCTS LIABILITY LITIGATION          *
                                            *
                                            *       SECTION: L
                                            *
THIS DOCUMENT RELATES TO *Tyrone Dawson*               *
*et al v. Merck & Co., Inc.,* No. 2:06-cv-00788-EEF-DEK, *
previously filed as 4:05-cv-01291, E.D. Mo.            *       Judge Fallon
                                            *       Magistrate Judge Knowles
*****************************************************

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Red Cross Pharmacy, Inc., in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that John P. Rahoy of the law firm of Brown & James P.C. be permitted to withdraw, and hereby is withdrawn, as counsel for Red Cross Pharmacy, Inc. in this matter.

It is further ORDERED that David A. Dick, B. Matthew Struble and A. Ryan Jumper of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Red Cross Pharmacy, Inc. in this matter.

Dated: 2/7/07

*[Signature: Eldon E. Fallon]*

3495917