UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *Paticia Blodgett,* | * | |
| *et al. v. Merck & Co., Inc., et al.* | * | |
| No. 06-9693 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation for Partial Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiffs Robert Glassco, Willa Head, Janie Johnson,

Anita Rodgers, and Ted Waldrop, in the above-captioned case be and they hereby are dismissed

without prejudice, subject to the terms and conditions of the stipulation, and with each party to

bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ___7th___ day of ___February___, 2007.

_____

DISTRICT JUDGE