UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Etta Mae Catto et al. v. Merck & Co., Inc.*, No. 06-1660 (Billie Adkins, Eddie Caldwell, Doris Carter, Sopheline Champion, Shirley Davis, Phillip Finchum, Jackie Gaither, Ezekiel Hameen, Sammy Hardges, Rita Irving, Ellena Jones, Walter Kirksey, Ronald Lett, Brenetta Levert, Joe Long, Laura Mack, and Johnny Patterson only)

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Billie Adkins, Eddie Caldwell, Doris Carter, Sopheline Champion, Shirley Davis, Phillip Finchum, Jackie Gaither, Ezekiel Hameen, Sammy Hardges, Rita Irving, Ellena Jones, Walter Kirksey, Ronald Lett, Brenetta Levert, Joe Long, Laura Mack, and Johnny Patterson be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this __7th__ day of __February__, 2007.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE

5