UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Antonio R. Saavedra v. Merck & Co., Inc., et al.* No. 06-10295

ORDER GRANTING SUBSTITUTION OF COUNSEL

The Court considered Plaintiff Antonio R. Saavedra ("Plaintiff") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Frank Costilla and the Law Offices of Frank Costilla, LP are granted leave to withdraw as counsel of record for the Plaintiff and that they are relieved from all responsibility as counsel of record in this cause

It is also ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are now substituted as counsel of record for Plaintiff Antonio R. Saavedra.

Signed this \_\_7th\_\_ day of \_\_\_\_\_February\_\_\_\_\_, 2007

*[signature: Eldon E. Fallon]*
Judge Presiding

APPROVED AND AGREED TO:

**Law Offices of Frank Costilla, LP**

*[signature: Frank Costilla]*

Frank Costilla
Texas Bar No. 04856500
5 Elizabeth Street
Brownsville, Texas 78520
Phone: 956.541.4982
Fax: 956.544.3152

**Withdrawing Attorney-In-Charge for Plaintiff Antonio R. Saavedra**

**Blizzard, McCarthy & Nabers, LLP**

*[signature: Rebecca B. King]*

EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar. No. 24006035
BLIZZARD, McCARTHY & NABERS, LLP
440 Louisiana, Suite 1710
Houston, TX 77002
Phone: 713.844.3750
Fax:    713.844.3755
**Substituting Attorney-In-Charge for Plaintiff Antonio R. Saavedra**