## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL DAUZAT, INDIVIDUALLY | § | |
| AND ON BEHALF OF RUSSELL | § | |
| DAUZAT, SR., DECEASED, | § | |
|           Plaintiff | § | |
| | § | |
| VS. | § | Civil Action No. 05-5986 |
| | § | |
| MERCK & CO., INC. | § | |
|           Defendant | § | |

---

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, | § | |
| SALES PRACTICES AND | § | MDL NO. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | SECTION L |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE ELDON E. FALLON |
| MICHAEL DAUZAT, INDIVIDUALLY | § | |
| AND ON BEHALF OF RUSSELL | § | |
| DAUZAT, SR., DECEASED | § | |
| | § | MAGISTRATE JUDGE |
| | § | DANIEL E. KNOWLES, III |

### ORDER ON THE O'QUINN LAW FIRM'S MOTION
### TO WITHDRAW AS ATTORNEY IN CHARGE

After considering THE O'QUINN LAW FIRM'S, JOHN R. LEACH, III'S; MICHAEL J.

LOWENBERG'S and ANTHONY E. FARAH's Motion to Withdraw as attorneys in charge, the Court is of the

opinion that Movants' motion should be in all things GRANTED. It is therefore: ORDERED that

Movants THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E.

FARAH[1] are hereby withdrawn as attorneys in charge for Michael Dauzat, Individually and on behalf of

Russell Dauzat, Sr., Deceased.

SIGNED on ____February 7th____, 2007.

_(signature)_

_____
JUDGE ELDON E. FALLON

---

[1] The withdrawal is intended to and does include the law firm of Frank Azar & Associates as the referring attorneys who maintained responsibility for this case, notwithstanding the fact that they are not identified on the pleadings.