A CERTIFIED TRUE COPY
FEB - 6 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB - 6 2007
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-81)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,632 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## SCHEDULE CTO-81 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ARIZONA** | | |
| AZ 2 06-2998 | Patricia Richardson, etc. v. Merck & Co., Inc., et al. | EDLA 07-662 |
| AZ 2 06-2999 | Beverly Ann Wheeler v. Merck & Co., Inc., et al. | EDLA 07-663 |
| AZ 2 06-3000 | Robert A. Peel v. Merck & Co., Inc., et al. | EDLA 07-664 |
| AZ 2 06-3001 | Kenneth Millsap v. Merck & Co., Inc., et al. | EDLA 07-665 |
| AZ 2 06-3002 | Tammy Blau, etc. v. Merck & Co., Inc. | EDLA 07-666 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-7547 | Sharon J. Antivola, et al. v. Merck & Co., Inc. | EDLA 07-667 |
| CAC 2 06-7548 | Ruby Lois Moore Estate, etc. v. Merck & Co., Inc. | EDLA 07-668 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-2717 | Paul Zografos v. Merck & Co., Inc., et al. | EDLA 07-669 |
| ~~CAE 2 06-2829~~ | ~~Robert Lyon v. Merck & Co., Inc., et al.~~ OPPOSED 2/5/07 | |
| ~~CAE 2 06-2830~~ | ~~Irene Lear v. Merck & Co., Inc., et al.~~ OPPOSED 1/31/07 | |
| ~~CAE 2 06-2833~~ | ~~Allan J. English v. Merck & Co., Inc., et al.~~ OPPOSED 1/31/07 | |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 3 06-7455~~ | ~~Dolores Lee Tazmon v. Merck & Co., Inc., et al.~~ OPPOSED 1/31/07 | |
| CAN 5 06-7220 | Arthur Moore v. Merck & Co., Inc., et al. | EDLA 07-670 |
| **CALIFORNIA SOUTHERN** | | |
| CAS 3 06-2745 | Lyle Gene Nobles v. Merck & Co., Inc., et al. | EDLA 07-671 |
| CAS 3 06-2746 | Laveta Danette Thomas v. Merck & Co., Inc., et al. | EDLA 07-672 |
| CAS 3 06-2747 | Rose Marie Moody v. Merck & Co., Inc., et al. | EDLA 07-673 |
| CAS 3 06-2748 | David Lawrence Moody v. Merck & Co., Inc., et al. | EDLA 07-674 |
| CAS 3 06-2749 | Jessie M. Moody, etc. v. Merck & Co., Inc. | EDLA 07-675 |
| CAS 3 06-2750 | Kenneth Wesley Moody, etc. v. Merck & Co., Inc., et al. | EDLA 07-676 |
| CAS 3 06-2751 | John Wesley Moody v. Merck & Co., Inc., et al. | EDLA 07-677 |
| ~~CAS 3 07-13~~ | ~~Nancy Murphy v. Merck & Co., Inc., et al.~~ OPPOSED 1/31/07 | |
| **FLORIDA MIDDLE** | | |
| FLM 5 06-420 | William Shires v. Merck & Co., Inc., et al. | EDLA 07-678 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 06-61764 | Margaret Plant v. Merck & Co., Inc. | EDLA 07-679 |
| FLS 0 06-61765 | Rose Barrett v. Merck & Co., Inc. | EDLA 07-680 |
| FLS 9 06-81099 | Donald Langelier v. Merck & Co., Inc., et al. | EDLA 07-681 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-6442 | Beverly Joan Suich v. Merck & Co., Inc. | EDLA 07-682 |
| ILN 1 06-6443 | Pamela Kavis, etc. v. Merck & Co., Inc., et al. | EDLA 07-683 |
| **KANSAS** | | |
| KS 6 06-1386 | Paul Scrivner v. Merck & Co., Inc. | EDLA 07-684 |
| **KENTUCKY WESTERN** | | |
| KYW 3 06-603 | Michael Garcia, etc. v. Merck & Co., Inc. | EDLA 07-685 |

SCHEDULE CTO-81 - TAG-ALONG ACTIONS (MDL-1657)                           PAGE 2 OF 3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **LOUISIANA MIDDLE** | | |
| LAM 3 06-992 | Rene Bellon, et al. v. Merck & Co., Inc. | EDLA 07-686 |
| **MINNESOTA** | | |
| MN 0 06-4641 | Antar Torres v. Merck & Co., Inc. | EDLA 07-687 |
| MN 0 06-4642 | Victor Schafbuch, et al. v. Merck & Co., Inc. | EDLA 07-688 |
| MN 0 06-4659 | Bertha Deiter v. Merck & Co., Inc. | EDLA 07-689 |
| MN 0 06-4683 | Patrick James Lynaugh v. Merck & Co., Inc. | EDLA 07-690 |
| MN 0 06-4684 | Jennie Anderson v. Merck & Co., Inc. | EDLA 07-691 |
| MN 0 06-4685 | Lloyd Roethler v. Merck & Co., Inc. | EDLA 07-692 |
| MN 0 06-4686 | Deborah L. Petersen v. Merck & Co., Inc. | EDLA 07-693 |
| MN 0 06-4687 | Sonja Showalter v. Merck & Co., Inc. | EDLA 07-694 |
| MN 0 06-4697 | Dianne S. Thill, etc. v. Merck & Co., Inc. | EDLA 07-695 |
| MN 0 06-4877 | Christopher Cappuccilli, et al. v. Merck & Co., Inc., et al. | EDLA 07-696 |
| MN 0 06-4902 | Paul E. Lentini, etc. v. Merck & Co., Inc. | EDLA 07-697 |
| MN 0 06-5029 | Shirley J. Vineyard, et al. v. Merck & Co., Inc. | EDLA 07-698 |
| **MISSOURI EASTERN** | | |
| MOE 4 06-1709 | Thomas Cunningham v. Merck & Co., Inc. | EDLA 07-699 |
| MOE 4 06-1717 | Randle Smith v. Merck & Co., Inc. | EDLA 07-700 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 4 07-3 | Linda Conger, etc. v. Merck & Co., Inc. | EDLA 07-701 |
| **NEW YORK EASTERN** | | |
| NYE 1 06-4341 | Belkis Dossous, etc. v. Merck & Co., Inc. | EDLA 07-702 |
| ~~NYE 1 06-6274~~ | ~~Vadim Gelman, et al. v. Merck & Co., Inc.~~  **OPPOSED 2/2/07** | |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-13496 | Meir Rotem v. Merck & Co., Inc. | EDLA 07-703 |
| NYS 1 06-13559 | Hector Cabrera, et al. v. Merck & Co., Inc. | EDLA 07-704 |
| NYS 1 06-13750 | Maria Gonzalez, etc. v. Merck & Co., Inc. | EDLA 07-705 |
| NYS 1 06-15529 | Neil O'Brien v. Merck & Co., Inc. | EDLA 07-706 |
| NYS 7 07-11 | Thomas Colavito, D.C. v. Merck & Co., Inc. | EDLA 07-707 |
| **OKLAHOMA EASTERN** | | |
| OKE 6 06-557 | Naomi Baker v. Merck & Co., Inc. | EDLA 07-708 |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 06-650 | Terrence Clancy v. Merck & Co., Inc. | EDLA 07-709 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 06-1320 | Donald Woods, etc. v. Merck & Co., Inc. | EDLA 07-710 |
| OKW 5 06-1321 | Ron Blevins, et al. v. Merck & Co., Inc. | EDLA 07-711 |
| OKW 5 06-1349 | Louis Pete Echelle, et al. v. Merck & Co., Inc. | EDLA 07-712 |
| OKW 5 06-1350 | Philo Gravitt v. Merck & Co., Inc. | EDLA 07-713 |
| OKW 5 06-1351 | Mike Foote, et al. v. Merck & Co., Inc. | EDLA 07-714 |
| OKW 5 06-1353 | Carlton Burk, et al. v. Merck & Co., Inc. | EDLA 07-715 |
| OKW 5 06-1360 | Karen Davison, etc. v. Merck & Co., Inc. | EDLA 07-716 |
| OKW 5 06-1361 | Ruby Holland, etc. v. Merck & Co., Inc. | EDLA 07-717 |
| OKW 5 06-1363 | Tommy Moore, et al. v. Merck & Co., Inc. | EDLA 07-718 |
| OKW 5 06-1374 | Duong Nguyen v. Merck & Co., Inc. | EDLA 07-719 |
| OKW 5 06-1378 | Mary Sue Norris, et al. v. Merck & Co., Inc. | EDLA 07-720 |
| OKW 5 06-1379 | Jim Wustruck v. Merck & Co., Inc. | EDLA 07-721 |
| OKW 5 06-1410 | Patricia A. Huff v. Merck & Co., Inc. | EDLA 07-722 |
| OKW 5 06-1438 | Willa Johnson v. Merck & Co., Inc. | EDLA 07-723 |
| OKW 5 07-7 | John Burrus v. Merck & Co., Inc. | EDLA 07-724 |
| OKW 5 07-8 | Jimmy Duke v. Merck & Co., Inc. | EDLA 07-725 |

SCHEDULE CTO-81 - TAG-ALONG ACTIONS (MDL-1657)                          PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| PENNSYLVANIA EASTERN | | |
| PAE  2  06-5335 | Theresa Mahoney, etc. v. Merck & Co., Inc. | EDLA 07-726 |
| PAE  2  06-5427 | Gale Henderson v. Merck & Co., Inc. | EDLA 07-727 |
| PENNSYLVANIA WESTERN | | |
| PAW  2  06-1684 | Dorothy Janosky v. Merck & Co., Inc. | EDLA 07-728 |
| SOUTH CAROLINA | | |
| SC  3  06-3315 | Shireat Nelson, et al. v. Merck & Co., Inc. | EDLA 07-729 |
| SC  3  06-3316 | Loretta R. Cox, et al. v. Merck & Co., Inc. | EDLA 07-730 |
| SC  3  06-3318 | George M. Magruder, III, et al. v. Merck & Co., Inc. | EDLA 07-731 |
| TEXAS EASTERN | | |
| TXE  1  06-807 | Claudia Carter, et al. v. Merck & Co., Inc., et al. | EDLA 07-732 |
| TEXAS NORTHERN | | |
| TXN  2  06-344 | Rusty McDonald, etc. v. Merck & Co., Inc. | EDLA 07-733 |
| TEXAS SOUTHERN | | |
| TXS  1  06-198 | Raquel Ceballos, M.D., et al. v. Merck & Co., Inc., et al. | EDLA 07-734 |
| ~~TXS  7  06-357~~ | ~~Nora De Los Rios, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 1/31/07 | |
| UTAH | | |
| UT  1  06-148 | Cristobal Montoya, et al. v. Merck & Co., Inc. | EDLA 07-735 |
| UT  1  06-149 | Maria T. Chavez, et al. v. Merck & Co., Inc. | EDLA 07-736 |
| UT  2  06-1030 | Homer Engle v. Merck & Co., Inc. | EDLA 07-737 |
| UT  2  06-1031 | Donna Broce v. Merck & Co., Inc. | EDLA 07-738 |
| UT  2  06-1054 | L. Kim Hanson v. Merck & Co., Inc. | EDLA 07-739 |
| WASHINGTON WESTERN | | |
| WAW  2  06-1753 | Nicholas Jones, et al. v. Merck & Co., Inc. | EDLA 07-740 |
| WEST VIRGINIA NORTHERN | | |
| ~~WVN  5  06-151~~ | ~~Helen Jean Anderson, etc. v. Merck & Co., Inc., et al.~~  OPPOSED 2/6/07 | |
| WEST VIRGINIA SOUTHERN | | |
| ~~WVS  2  06-1004~~ | ~~Paul Noe, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 2/6/07 | |
| ~~WVS  2  06-1005~~ | ~~Leota Faye Dickens v. Merck & Co., Inc., et al.~~  OPPOSED 2/6/07 | |
| ~~WVS  3  06-1058~~ | ~~Madonna Armentrout, etc. v. Rite Aid of West Virginia, Inc.~~  OPPOSED 2/6/07 | |

# INVOLVED COUNSEL LIST (CTO-81)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Erik T. Atkisson
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Erica M. Baumgras
Flaherty, Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV 25338-3843

Robert M. Behlen
Behlen & Bentwood
116 E Sheridan Avenue
Suite 107
Oklahoma City, OK 73104

Dawn Marie Bergin
Lewis & Roca, LLP
40 N. Central Avenue
Phoenix, AZ 85004-4429

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402-4501

Carmelite M. Bertaut
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

Steven J. Boranian
Reed Smith LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102-7103

Timothy Thomas Carter
1512 Ruth
Houston, TX 77004

Gary Yunchian Chen
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Steven E. Clark
Clark & Mitchell PC
101 Park Avenue
Suite 210
Oklahoma City, OK 73102

Mark A. Colantonio
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062

S. Tessie Corbin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017-2550

Steven W. Crow
Delluomo & Crow
2601 NW Expressway
Suite 100 W
Oklahoma City, OK 73112

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
10th Floor
New York, NY 10016

Margaret M. Egan
Egan & Jamiolkowski
428 Forbes Avenue
1609 Lawyers Building
Pittsburgh, PA 15219

Stephen W. Farr
Farr Kaufman Sullivan Jensen Medsker, et al.
205 26th Street
Suite 34
Ogden, UT 84401

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib & Associates
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Bruce C. Fishelman
Greene, Broillet & Wheeler
100 Wilshire Boulevard
21st Floor
Santa Monica, CA 90401

Leonard V. Fodera
Silverman & Fodera
1835 Market Street
Eleven Penn Center
Suite 2600
Philadelphia, PA 19103-2968

Carl N. Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062

Richard L. Garrigues
Richard L. Garrigues Law Offices
3580 Wilshire Boulevard
Suite 1650
Los Angeles, CA 90010-2535

Douglas S. Gilliland
Aindinder, Hitzke & Gilliland
402 West Broadway
Suite 1760
San Diego, CA 92101

Beverly J. Glascock
Bubalo & Hiestand, PLC
401 S. Fourth Street
Suite 800
Louisville, KY 40202

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Michael Charles Goode
111 South LaSalle Street
Suite 1300
Chicago, IL 60603

Stephen M. Gracey
Frost, Brown & Todd, L.LC.
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182

David W. Hammond
Stuart, Frieda & Hammond, PC
1111 West Willow Ave.
Suite 100
Duncan, OK 73533

Kevin Michael Hara
Reed Smith LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Charles C. Harrell
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P. O. Box 171443
Memphis, TN 38187-1443

Anthony C. Hayes
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-1070

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Dan L. Holloway
Holloway Dobson & Bachman, P.C.
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Alissa Sofia Holt
Hackard & Holt Law Firm
11335 Gold Express Drive
Suite 155
Gold River, CA 95670

Thomas B. Janoush
Westerfield & Janoush
P.O. Box 1448
Cleveland, MS 38732

Alyson B. Jones
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts, L.L.P.
One Shell Plaza, Suite 3000
910 Louisiana Street
Houston, TX 77002-9934

Karen E. Kahle
Steptoe & Johnson, L.L.P.
P.O. Box 150
Wheeling, WV 26003

Kevin Kelley
Kelley & Witherspoon
325 North St. Paul
Suite 1500
Dallas, TX 75201

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

D. David Lambert
Howard, Lewis & Petersen
120 East 300 North
P.O. Box 778
Provo, UT 84603

W. Mark Lanier
Lanier Law Firm
126 E. 56th Street, 6th Floor
New York, NY 10022

Kristine M. Larsen
Ray, Quinney & Nebeker
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Janet Juanita Lennon
123 W. Main Street
Durham, NC 27701

Steven Lim
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550-3341

Barbara B. Litten
Squire, Sanders & Dempsey, LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Kevin G. Lohman
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Michael A. London
Douglas & London, P.C.
111 John Street
14th Floor
New York, NY 10038

John D. Loughlin
510 N. Hudson Avenue
Oklahoma City, OK 73102

Rhett G. Lunceford
Smart, Schofield, Shorter &
Lunceford
5295 South Commerce Drive
Suite 200
Murray, UT 84107

Robert Lyon
3212 Norstrom Way
Sacramento, CA 95833

Maryanne Lyons
Baker Botts, L.L.P.
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Anthony J. Majestro
Powell & Majestro, PLLC
405 Capitol Street
Suite P-1200
P.O. Box 3081
Charleston, WV 25331

Edward C. Martin
Flaherty, Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV 25338

Gary S. Martin, II
Strong, Martin & Associates, PLLC
120 North Robinson Ave
Suite 2700
Oklahoma City, OK 73102

Marvin W. Masters
Masters Law Firm, L.C.
181 Summers Street
4th Floor
Peoples Building
Charleston, WV 25301

David Francis Miceli
Smith, Diment & Conerly
412 Adamson Square
Carrollton, GA 30117

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street
32nd Floor
Louisville, KY 40202-3363

Ruby Lois Moore
Delano North Kern State Prison
P.O. Box 5000
Delano, CA 93216-5000

Amanda Jane Murray
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Bradley J. Myers
400 South 4th Street
Suite 600
Las Vegas, NV 89101

David L. Nelson
Nelson Law Offices
262 North Waco
Wichita, KS 67202

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Bryan J. O'Connor, III
Baal & O'Connor
221 North LaSalle Street
Suite 463
Chicago, IL 60601

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

James W. Orr
Bowers Orr, LLP
8910 Tow Notch Road
Suite 400
P.O. Box 25389
Columbia, SC 29224

Thomas P. Owen, Jr.
Stanley, Flanagan & Reuter L.L.C.
909 Poydras Street
Suite 2500
New Orleans, LA 70112

Brian J. Panish
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025

Robb W. Patryk
Hughes, Hubbard Law Firm
One Battery Park Plaza
New York, NY 10004

Thomas T. Pettit
P.O. Box 189
Barboursville, WV 25504

Timothy J. Phillips
Phillips Law Offices
P.O. Box 29233
St. Louis, MO 63126

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Troy Alan Rafferty
Levin Papantonio Thomas, et al.
316 S Baylen St.
Suite 600
Pensacola, FL 32502

George G. Rassias
Curran & Rassias, LLP
200 East State Street
Suite 110
Media, PA 19063

Robert Richard Rico
Law Office of Robert Rico
8301 Florence Avenue
Suite 305
Downey, CA 90242

Richard Robert Rodriguez
1117 East Harrison
Harlingen, TX 78550

Mark D. Samson
Keller Rohrback, P.L.C.
3101 North Central Avenue
Suite 900, National Bank Plaza
Phoenix, AZ 85012

Michael Y. Saunders
Helm Pletcher Bowen & Saunders
2929 Allen Parkway
Suite 2700
Houston, TX 77019

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Chad William Schulze
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

McGregor W. Scott
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

Scott S. Segal
Segal Law Firm
810 Kanawha Blvd, E.
Charleston, WV 25301

Mitchell E. Shamas
6863 South Canton Ave.
Tulsa, OK 74136

Brian Alan Sher
Bryan Cave, LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3206

Eulis Simien, Jr.
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Randy J. Soriano
Bryan Cave, LLP
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue
Suite 2700
Oklahoma City, OK 73102

Darren M. Tawwater
Tawwater & Slama
211 N. Robinson Avenue
Suite 1950
Oklahoma City, OK 73102

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

Richard S. Toon, Jr.
Toon & Osmond
1800 S. Baltimore
Suite 1000
Tulsa, OK 74119

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Avenue, South
Suite 8000
Minneapolis, MN 55415

Marina Trubitsky
Law Office of Marina Trubitsky
11 Broadway
Suite 861
New York, NY 10004

Gary R. Underwood
Helms & Underwood
120 North Robinson Avenue
Suite 2500
Oklahoma City, OK 73102

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

John P. Wagner
SimmonsCooper LLC
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL 62024

Todd Alan Walburg
Lieff, Cabraser, Heimann & Bernstein
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Philip O. Watts
Watts & Watts
101 N. Robinson Avenue
Suite 501
Oklahoma City, OK 73102

Seth Sharrock Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Edward L. White
Edward L. White, PC
13924-B Quail Pointe Drive
Oklahoma City, OK 73134

Catherine Whitfield
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Kim A. Williams
Williamson & Williams
811 1st Avenue
Suite 620
Seattle, WA 98104

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

Sheryl N. Young
McAfee & Taft
211 North Robinson Avenue
10th Floor
Oklahoma City, OK 73102

# INVOLVED JUDGES LIST (CTO-81)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

Hon. Lawrence O. Anderson
U.S. Magistrate Judge
United States District Court
322 Sandra Day O'Connor
  U.S. Courthouse, SPC 11
401 West Washington Street
Phoenix, AZ 85003-2120

Hon. Roger T. Benitez
U.S. District Judge
4145 Edward J. Schwartz
  U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Dee V. Benson
U.S. District Judge
264 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Wesley E. Brown
Senior U.S. District Judge
423 U.S. Courthouse
401 North Market Street
Wichita, KS 67202

Hon. Larry Alan Burns
U.S. District Judge
1165 Edward J. Schwartz
  U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Garland E. Burrell, Jr.
U.S. District Judge
501 I Street
Suite 13-200
Sacramento, CA 95814

Hon. James I. Cohn
U.S. District Judge
203F U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33332

Hon. John C. Coughenour
Senior U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan
  U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Michael James Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street
Room 2303
Bluefield, WV 24701

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. Robert W. Gettleman
U.S. District Judge
1788 Everett McKinley Dirksen
  U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. John Gleeson
U.S. District Judge
727 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Irma E. Gonzalez
Chief Judge, U.S. District Court
Edward J. Schwartz U.S. Courthouse
Suite 4194
940 Front Street
San Diego, CA 92101

Hon. Joseph R. Goodwin
U.S. District Judge
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. J. Thomas Greene
Senior U.S. District Judge
447 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. William Q. Hayes
U.S. District Judge
4 Edward J. Schwartz U.S.
Courthouse
940 Front Street
San Diego, CA 92101

Hon. Thad Heartfield
Chief Judge, U.S. District Court
212 Jack Brooks Federal Bldg. &
    U.S. Courthouse
300 Willow Street
Beaumont, TX 77001

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. H. Russel Holland
Senior U.S. District Judge
Federal Bldg. & U.S. Courthouse
Box 54
222 West 7th Ave.
Anchorage, AK 99513

Hon. Marilyn L. Huff
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
Fourth Floor
940 Front Street
San Diego, CA 92101-8908

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building
& U.S Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S.
Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Bruce S. Jenkins
Senior U.S. District Judge
421 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Kenneth M. Karas
U.S. District Judge
920 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

~~Hon. Lawrence K. Karlton~~
~~Senior U.S. District Judge~~
~~15-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814~~

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. Matthew F. Kennelly
U.S. District Judge
2188 Everett McKinley Dirksen
    U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Tim Leonard
Senior U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. David F. Levi~~
~~Chief Judge, U.S. District Court~~
~~14-200 United States Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

Hon. Frederick J. Martone
U.S. District Judge
U.S. District Court
526 Sandra Day O'Connor U.S. Crths.
401 West Washington St., SPC62
Phoenix, AZ 85003-2158

Hon. Terrence F. McVerry
U.S. District Judge
6370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton
    U.S. Courthouse
St. Louis, MO 63102-1116

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Jeffrey T. Miller
U.S. District Judge
3142 Edward J. Schwartz U.S.
Courthouse
940 Front Street
San Diego, CA 92101

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Barry Ted Moskowitz
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
940 Front Street
Suite 5160
San Diego, CA 92101

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402

Hon. Mary Lou Robinson
U.S. District Judge
226 J. Marvin Jones Federal Building
205 East Fifth Avenue
Amarillo, TX 79101

Hon. Paul G. Rosenblatt
Senior U.S. District Judge
621 Sandra Day O'Connor
    U.S. Courthouse
401 W. Washington Street, SPC-56
Phoenix, AZ 85003

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. David Sam
Senior U.S. District Judge
148 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

~~Hon. Frederick P. Stamp, Jr.~~
~~Senior U.S. District Judge~~
~~P.O. Box 791~~
~~Federal Building~~
~~1125 Chapline Street~~
~~Wheeling, WV 26003-0100~~

Hon. Brian T. Stewart
U.S. District Judge
148 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Hilda G. Tagle
U.S. District Judge
Federal Building & U.S. Courthouse
#306
600 East Harrison Street
Brownsville, TX 78520

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Patricia V. Trumbull
U.S. Magistrate Judge
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

~~Hon. Jack B. Weinstein~~
~~Senior U.S. District Judge~~
~~1420 U.S. Courthouse~~
~~225 Cadman Plaza East~~
~~Brooklyn, NY 11201~~

Hon. Lee R. West
Senior U.S. District Judge
3001 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. Kimba M. Wood
Chief Judge, U.S. District Court
1610 Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. William J. Zloch
Chief Judge, U.S. District Court
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332

# INVOLVED CLERKS LIST (CTO-81)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
305 Main Street, Room 329
Greenville, MS 38701

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Building &
  U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
  U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James G. Woodward, Clerk
3300 Thomas F. Eagleton
  U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Karen S. Mitchell, Clerk
J. Marvin Jones Federal Bldg.
P.O. Box F13240
205 East Fifth Avenue
Amarillo, TX 79101-1556

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
101 Federal Building &
  U.S. Courthouse
600 East Harrison Street
Brownsville, TX 78522-7114

~~Michael N. Milby, Clerk~~
~~P.O. Box 5059~~
~~McAllen, TX 78502-5059~~

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
  U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg. &
U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Ralph L. DeLoach, Clerk
204 U.S. Courthouse
401 N. Market Street
Wichita, KS 67202

Richard H. Weare, Clerk
130 Sandra Day O'Connor
  U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Richard W. Wieking, Clerk~~
~~Phillip Burton U.S. Courthouse~~
~~Box 36060~~
~~450 Golden Gate Avenue~~
~~San Francisco, CA 94102-3489~~

Richard W. Wieking, Clerk
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

~~Teresa Deppner, Clerk~~
~~Post Office Box 2546~~
~~Charleston, WV 25329-2546~~

~~Teresa Deppner, Clerk~~
~~U.S. District Court~~
~~P.O. Box 1570~~
~~Huntington, WV 25716-1570~~

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz
  Federal Building
880 Front Street
San Diego, CA 92101-8900

~~Wally A. Edgell, Clerk~~
~~P.O. Box 471~~
~~Wheeling, WV 26003-0060~~

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

February 6, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-81)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 19, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:     Judge Eldon E. Fallon
     Transferor Judges:    (See Attached List of Judges)
     Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36A