UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | *  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  DANIEL E. KNOWLES, III<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * **

**THIS DOCUMENT RELATES TO:** *Allen Atkinson et al. v. Merck & Co., Inc.*, No. 05-4130 (Leorn King and Carol King Only).

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiffs Leorn King and Carol King ("Plaintiffs") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiffs' claims against Merck, subject to the following conditions:

1. Plaintiffs Leorn King and Carol King agree that, in the event he or she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiffs Leorn King and Carol King further agree that in the event he or she re-files such lawsuit, any discovery that has taken place or will take place in *In re*

*VIOXX Products Liab. Litig.* (MDL No. 1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been a party and had an opportunity to participate in that discovery.

Plaintiffs Leorn King and Carol King agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiffs' counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs Leorn King and Carol King in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully Submitted by:

Dated: 2/8, 2007

Mark P. Robinson, Jr., Esq., SBN 054426
Carlos A. Prietto, III, Esq., SBN 166410
Ted B. Wacker, Esq., SBN 157416
Robinson, Calcagnie & Robinson
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Telecopier: (949) 720-1292

Attorneys for Plaintiffs Leorn King and Carol King

Dated: February 12, 2007

                           Richard C. Stanley, 8487
                           Bryan C. Reuter, 23910
                           Thomas P. Owen, Jr., 28181
                                Of
                           STANLEY, FLANAGAN & REUTER, L.L.C.
                           909 Poydras Street, Suite 2500
                           New Orleans, LA 70112
                           Telephone: (504) 523-1580
                           Telecopier: (504) 524-0069

                           Phillip A. Wittmann, 13625
                           Dorothy H. Wimberly, 18509
                           Carmelite M. Bertaut, 3054
                                Of
                           STONE PIGMAN WALTHER WITTMANN, L.L.C.
                           546 Carondelet Street
                           New Orleans, LA 70130
                           Telephone: (504) 581-3200
                           Telecopier: (504) 581-3361

                           Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 12th day of February, 2007.