# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation | ) MDL No. 1657<br>)<br>) Section: L<br>)<br>) Judge Fallon |
| THIS DOCUMENT RELATES TO:<br><br>06-CV-06092<br>06-CV-10975<br>06-CV-02277<br>06-CV-05976 | )<br>) Magistrate Judge Knowles<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS

Please note that the offices of Lopez, Hodes, Restaino, Milman & Skikos has the following address:

　　625 Market Street, 11th Floor
　　San Francisco, CA 94105
　　Telephone: (415) 956-5257
　　Facsimile: (415) 956-4416


Dated: February 12, 2007　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Steven J. Skikos
　　　　　　　　　　　　　　　　　　　　Steven J. Skikos
　　　　　　　　　　　　　　　　　　　　Kathleen N. Millican
　　　　　　　　　　　　　　　　　　　　Lopez, Hodes, Restaino, Milman & Skikos
　　　　　　　　　　　　　　　　　　　　625 Market Street, 11th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　　　　Tel: (415) 956-5257
　　　　　　　　　　　　　　　　　　　　Fax: (415) 956-4416

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF APPEARANCE** has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and up on all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the clerk of the Court of the United States District for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of February, 2007.

/s/ Steven J. Skikos
Steven J. Skikos (CA Bar #148110)
Kathleen N. Millican (CA Bar #203691)
Lopez, Hodes, Restaino, Milman & Skikos
625 Market Street, 11th Floor
San Francisco, CA 94105
Tel: (415) 956-5257
Fax: (415) 956-4416
E-mail: sskikos@lopez-hodes.com
E-mail: kmillican@lopez-hodes.com