**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX ) | |
| ) | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE FALLON |
| This Document Relates To: ) | |
| Thelma Cates, v. Merck & Co., Inc., and ) | MAG. JUDGE KNOWLES |
| Dr. Richard Valbuena, M.D., ) | |
| 2:06-CV-10212-EEF-DEK ) | |

**DEFENDANT, DR. RICHARD VALBUENA, M.D.'S, MOTION TO DISMISS,**
**OR IN THE ALTERNATIVE, MOTION TO REMAND**

COMES NOW the Defendant, Dr. Richard Valbuena, M.D., ("Dr. Valbuena"), through his undersigned counsel and pursuant to Fed.R.Civ.Proc. 12(b)(1), 28 U.S.C. § 1332 and § 1447, moves this Court to dismiss Plaintiff's Petition. Dr. Valbuena was fraudulently joined as a defendant for the sole purpose of preventing the adjudication of this lawsuit in federal court. Alternatively, Dr. Valbuena requests that this Court dismiss this matter for lack of subject matter jurisdiction since complete diversity of citizenship does not exist as required by 28 U.S.C. 1332. Should this Court not dismiss this matter for lack of subject matter jurisdiction, then Dr. Valbuena requests that this Court remand this matter to the District Court in and for Pittsburg County, State of Oklahoma, for the same reason. In support of this Motion, Defendant Dr. Valbuena states as follows:

1.   Plaintiff, Thelma Cates, initiated this action by filing their Petition against Defendants Merck & Co. Inc. ("Merck"), and Dr. Valbuena on September 5, 2006. (Plaintiff's Original Petition, attached as Exhibit "A.")

2. On September 21, 2006, Defendant Merck filed a Notice of Removal, removing Plaintiff's actions to the United States District Court, Eastern District of Oklahoma. (Notice of Removal, attached as Exhibit "B.")

3. Merck contended that its removal of Plaintiff's Petition from the District Court of Pittsburg County, State of Oklahoma, was proper because:

   a. the amount in controversy exceeds the sum of $75,000 exclusive of costs and interest; and

   b. there is complete diversity of citizenship.

4. At the time of removal, both Plaintiff Thelma Cates and Defendant Dr. Valbuena were citizens of Oklahoma.

5. 28 U.S.C. § 1441(b) provides:

> (b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable *only if none* of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

(Emphasis added.)

6. Pursuant to 28 U.S.C. § 1441(b), actions in which the parties are citizens of different states "shall be removable only if none of the parties in interest, properly joined and served as defendants, is a citizen of the State in which such action is brought." *Malliulien v. Executive Risk Indemnity*, 254 F.Supp.2d 521, 526 (2003).

7. To avoid the operation of 28 U.S.C. § 1441(b), Merck contends that Defendant Dr. Valbuena was fraudulently joined. (See, Exhibit "B.") Dr. Valbuena joins in this contention. This contention is supported by the fact that Plaintiff's Petition makes absolutely no allegations of wrongful action or inaction by Dr. Valbuena. (Petition, Exhibit "A.")

8. For these reasons, this action should be dismissed, or alternatively, remanded to the District Court of Pittsburg County, State of Oklahoma.

Respectfully Submitted,

**SECREST, HILL & BUTLER**


  /s/ DON W. DANZ
JAMES K. SECREST, II, Oklahoma Bar No. #8049
jsecrest@secresthill.com
DON W. DANZ, Oklahoma Bar No. #14607
ddanz@secresthill.com
7134 South Yale, Suite 900
Tulsa, OK 74136
(918) 494-5905
(918) 494-2847 fax

*ATTORNEYS FOR DEFENDANT*
*DR. RICHARD VALBUENA, M.D.*


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing DEFENDANT, DR. RICHARD VALBUENA, M.D.'S, MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO REMAND has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of February, 2007.

  /s/ DON W. DANZ
DON W. DANZ, Oklahoma Bar No. #14607
Attorney for Defendant Dr. Richard Valbuena, MD
Secrest, Hill & Butler
7134 South Yale, Suite 900

3

                Tulsa, OK 74136
                Telephone: (918) 494-5905
                Facsimile: (918) 494-2847
                ddanz@secresthill.com

001 \06055 Cates\Plds\MTD

4