**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX ) | |
| ) | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE FALLON |
| This Document Relates To: ) | |
| Thelma Cates, v. Merck & Co., Inc., and ) | MAG. JUDGE KNOWLES |
| Dr. Richard Valbuena, M.D., ) | |
| 2:06-CV-10212-EEF-DEK ) | |

### NOTICE OF HEARING

On March 14, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eldon E. Fallon or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Court, Eastern District of Louisiana, 500 Poydras Street, Room C-456, New Orleans, Louisiana, and then and there proceed to hearing on DEFENDANT, DR. RICHARD VALBUENA, M.D.'S, MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO REMAND.

         **SECREST, HILL & BUTLER**

          /s/ DON W. DANZ
         JAMES K. SECREST, II, Oklahoma Bar No. #8049
         jsecrest@secresthill.com
         DON W. DANZ, Oklahoma Bar No. #14607
         ddanz@secresthill.com
         7134 South Yale, Suite 900
         Tulsa, OK 74136
         (918) 494-5905
         (918) 494-2847 fax

         *ATTORNEYS FOR DEFENDANT*
         *DR. RICHARD VALBUENA, M.D.*

STATE OF OKLAHOMA   )
                    ) ss.
COUNTY OF TULSA     )

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing <u>Notice of Hearing</u> has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of February, 2007.

  /s/ DON W. DANZ
DON W. DANZ, Oklahoma Bar No. #14607
Attorney for Defendant Dr. Richard Valbuena, MD
Secrest, Hill & Butler
7134 South Yale, Suite 900
Tulsa, OK 74136
Telephone: (918) 494-5905
Facsimile: (918) 494-2847
ddanz@secresthill.com

001 \06055 Cates\Plds\Notice of Hearing