A CERTIFIED TRUE COPY

FEB 1 2 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB 12 PM 4:09

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 25 2007

FILED
CLERK'S OFFICE

DOCKET NOS. 1657 AND 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-1657 - IN RE VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
MDL-1699 - IN RE BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-82)
WITH SEPARATION, REMAND AND
MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-51)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,632 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL-1699 pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,009 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order comprise claims relating to: 1) the prescription drug Vioxx, which involve common questions of fact with the previously transferred MDL-1657 actions; and 2) the prescription drugs Bextra and/or Celebrex, which involve common questions of fact with the previously transferred MDL-1699 actions.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 1 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

SCHEDULE CTO-82 - TAG-ALONG ACTIONS
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

SCHEDULE CTO-51 - TAG-ALONG ACTIONS
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-2768 | Carol Ann Davies, et al. v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| CAE 2 06-2776 | Lois Hornsby, et al. v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| CAE 2 06-2780 | Bertha Townsend, et al. v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| CAE 2 06-2787 | Arthur Bluett, et al. v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| CAE 2 06-2807 | Lisa Mathews, et al. v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| CAE 2 06-2812 | Geneva Styles, et al. v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| CAE 2 06-2814 | Ali Muhilddine, et al. v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| CAE 2 06-2817 | Elizabeth A. Cochran v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| CAE 2 06-2826 | Kevin L. Chancy v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| CAE 2 06-2851 | Wendel Vantine, etc. v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| CAE 2 06-2853 | Barry Dohner, etc. v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| CAE 2 06-2875 | Jerry Strange v. Merck & Co., Inc., et al. | Opposed 2/6/07 |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 06-964 | Robert J. Smith, Jr., etc. v. Merck & Co., Inc., et al. | Opposed 2/1/07 |
| ILS 3 06-1023 | Wilburn Williamson, etc. v. Merck & Co., Inc., et al. | Opposed 2/1/07 |
| **LOUISIANA MIDDLE** | | |
| LAM 3 06-991 | Hilda Smart, et al. v. Merck & Co., Inc., et al. | |
| **TEXAS SOUTHERN** | | |
| TXS 4 06-4020 | Florence Nerf, et al. v. Merck & Co., Inc., et al. | |

SECT. L MAG. 3
07-961
07-962

-2-

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

The claims in each action relating to Bextra and/or Celebrex are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of: 1) the Clerk of the United States District Court for the Eastern District of Louisiana; and 2) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

INVOLVED COUNSEL LIST (CTO-82)
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

INVOLVED COUNSEL LIST (CTO-51)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Carmelite M. Bertaut
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Dana A. Blanton
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Steven J. Boranian
Reed Smith LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street, Suite 2400
Los Angeles, CA 90017-2550

Aaron K. Dickey
Goldenberg, Heller, Antognoli, Rowland, et al.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025

Kevin Michael Hara
Reed Smith LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170

Alissa Sofia Holt
Hackard & Holt Law Firm
11335 Gold Express Drive, Suite 155
Gold River, CA 95670

Theodore J. Holt
Hackard & Holt Law Firm
11335 Gold Express Drive, Suite 155
Gold River, CA 95670

Charles R. Houssiere, III
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

John Andrew Hutton
Clark, Thomas & Winters, P.C.
P.O. Box 1148
Austin, TX 78767-1148

Tae-Yoon Kim
Tucker Ellis & West
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Gregory A. Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Thomas P. Owen, Jr.
Stanley, Flanagan & Reuter L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Peter Edward Schnaitman
Tucker Ellis & West LLP
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017-2475

Amy W. Schulman
DLA Piper Rudnick Gray Cary US LLP
1251 Avenues of the Americas
New York, NY 10020-1104

Robert H. Shultz, Jr
Heyl, Royster, Voelker & Allen
103 West Vandalia Street, Suite 100
P.O. Box 467
Edwardsville, IL 62025

Eulis Simien, Jr.
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809

Randy J. Soriano
Bryan Cave, LLP
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

February 12, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-82)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 25, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc: Transferee Judge:    Judge Eldon E. Fallon
    Transferor Judges:   Judge James J. Brady; Judge Vanessa D. Gilmore
    Transferor Clerks:   Lawrence Talamo; Michael N. Milby

JPML Form 36A