## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF LOUISIANA

**V. J. ROBINSON AND WIFE, FAYE ROBINSON**              **PLAINTIFFS**

**VS.**                                            **CAUSE NO. 07-385[1]**

**MERCK & CO., INC., DARLENE ROBERSON**
**AND DOES 1- 5**                                      **DEFENDANTS**

### PLAINTIFFS' MOTION TO REMAND

COME NOW V. J. Robinson and Faye Robinson, plaintiffs in the above-styled and

numbered cause, by and through their attorneys of record, and file their Motion to Remand

this action to the Circuit Court of Oktibbeha County, Mississippi, from which it was

improvidently removed by Merck & Co., Inc., and in support thereof would respectfully

show unto the Court the following facts, to-wit:

### PROCEDURAL HISTORY

1.      This action was filed by the Robinsons, both of whom are adult resident

citizens of Mississippi, in the Circuit Court of Oktibbeha County, Mississippi, against Merck

& Company, Inc. ("Merck"), Darlene Roberson ("Roberson"), and John Does 1 - 5 on June

30, 2006. The plaintiffs alleged that Darlene Roberson was and is an adult resident citizen

---

[1] Plaintiffs' Motion to Remand was previously filed in the United States District Court for
the Northern District of Mississippi / Eastern Division; Civil Action No.: 1:06cv313-D-D

place of business is located in the State of New Jersey and not in any other state. The plaintiffs specifically alleged in the Complaint that no assertion by any party of federal diversity jurisdiction would be proper in that plaintiffs are resident citizens of the State of Mississippi and defendant Roberson is a resident of the State of Mississippi. (Complaint, ¶ 5(b)(3))  A copy of the original Complaint is attached hereto, marked "Exhibit 1."

2.     The process of the Circuit Court of Oktibbeha County, Mississippi, was issued for the defendants on October 11, 2006. Merck was served with Summons with a copy of the Complaint attached on October 12, 2006. ("Exhibit 2" attached hereto). Roberson was served with Summons with a copy of the Complaint attached on October 12, 2006. ("Exhibit 3" attached hereto).

3.     Merck filed its Notice of Removal on November 14, 2006. (Notice of Removal, "Exhibit 4"; Civil Cover Sheet, "Exhibit 5," and ECF Notice, "Exhibit 6.")

4.     In its Notice of Removal, Merck claims that this Court has original jurisdiction of this action pursuant to the provisions of 28 *U.S.C.*, § 1332 in that all properly joined and served parties are of diverse citizenship to the plaintiffs and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs. (Notice of Removal, § II, ¶ 11 - 15)[2]

---

[2]Merck's claim of complete diversity is based on its allegation that, even though Roberson is a non-diverse defendant to the plaintiffs, diversity exists nonetheless because Roberson was improperly joined in this cause and, therefore, the non-diverse defendant's Mississippi residence should not be considered for purposes of diversity jurisdiction under 28 *U.S.C.*, § 1332.

5.      Merck filed its Answer and Defenses to the Complaint in this Court on November 16, 2006.

6.      Plaintiffs now file this their Motion to Remand.

## BASIS FOR REMAND

7.      This action should be remanded since there is no federal matter jurisdiction over this action due to the lack of complete diversity of citizenship between all plaintiffs and all defendants. 28 *U.S.C.* 1332.

8.      Both the Robinsons were and are residents and citizens of the State of Mississippi, residing in Oktibbeha County, Mississippi, and not domiciled in any other state. V. J. Robinson and Faye Robinson, his wife, have brought claims for personal injuries arising from V. J.'s intake of the drug, Vioxx® for a sustained period of time, resulting in heart attack bypass surgery and damages resulting therefrom. Merck was the manufacturer and seller of the Vioxx® which V. J. was prescribed and took.

9.      The plaintiffs filed their Complaint in this matter on June 30, 2006, against Merck, a corporate resident of the State of New Jersey with its principal place of business located therein and in no other state, and Roberson, an adult resident citizen of the State of Mississippi domiciled therein, who was employed by Merck in the capacity of a drug representative.

10.     Merck's assertion of improper joinder of Roberson is that the Robinsons' claims require that Roberson made misrepresentations and/or omissions of fact directly to

-3-

V. J. Robinson. This argument fails pursuant to Mississippi law. A medical sales representative such as Roberson can be held liable for misrepresentations and/or omissions of fact directly to a patient's treating physician where it can be shown that the sales representative participated directly, personally, and/or actively in the alleged tortious conduct raised in the Complaint. *Wyeth Labs, Inc., v. Fortenberry*, 530 So.2d 988 (Miss. 1988); *Walker v. Medtronic, Inc.*, 203 WL 21517997 (N. D. Miss., June 4, 2004).

11.     The allegations of the plaintiffs' Complaint against Roberson are sufficient to withstand a Rule 12(b)(6) Motion; therefore, a reasonable possibility exists that the plaintiffs might be able to recover against Roberson under Mississippi Law. *Michael A. Catchot, et al. v. Nationwide Insurance Company,* U.S.D.C., S.D. Miss., Case No. 1:06cv0067-LTS, decided November 14, 2006.

12.     The allegations against Roberson contained in the Complaint are sufficient to demonstrate that the Robinsons have alleged a recognized cause of action upon which, under some set of facts, they might be able to prevail under state law.

13.     The Robinsons specifically deny all allegations asserted in defendant's Notice of Removal.

14.     The Robinsons submit herewith their Memorandum of Law in support of their Motion to Remand based upon the absence of federal subject matter jurisdiction based upon diversity of citizenship.

WHEREFORE, V. J. Robinson and Faye Robinson move the Court to enter an Order remanding this action to the Circuit Court of Oktibbeha County, Mississippi, from which this action was improvidently removed.

DATED: February 13, 2007.

DRUG LITIGATION LIABILITY GROUP, PLLC

By:   s/William H. Liston _____

WILLIAM H. LISTON (MB # 1277)
126 North Quitman Avenue
Post Office Box 645
Winona, MS 38967

ATTORNEY FOR PLAINTIFFS

OF COUNSEL TO RECEIVE
PLEADINGS:

William H. Liston (MB # 1277)
LISTON/LANCASTER, PLLC
126 North Quitman Avenue
Post Office Box 645
Winona, MS 38967
Tel:    662/283-2132
Fax:    662/283-3742
E-Mail: bliston@listonlancaster.com

Mary E. McAlister (MB # 2170)
DAVID H. NUTT & ASSOCIATES, P.C.
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157
Tel:    601/898-7302
Fax:    601/898-7304
E-Mail:  mcalister@davidnutt.com

C. Victor Welsh III (MB # 7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
410 South President Street (39201)
Post Office Box 22985
Jackson, MS 39225-2985
Tel:    601/948-6200
Fax:    601/948-6187
E-Mail:  vcs@pgrwlaw.com

**Certificate of Service**

I, William H. Liston, one of the attorneys for the plaintiffs herein, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the each of the persons listed on the Panel Service List which is attached hereto as Exhibit A., all pursuant to Rule 5.2 (a)(b).

This the 13th day of February, A.D., 2007.


s/William H. Liston _____

WILLIAM H. LISTON


H:\04-110\P&O\Robinson M-Remand - EDL.wpd

# INVOLVED COUNSEL LIST (CTO-80)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Douglas A. Allison
Law Offices of Douglas A. Allison
500 North Water Street
South Tower, Suite 1200
Corpus Christi, TX 78471

Bruce Edwin Anderson
Brin & Brin, P.C.
10999 IH-10 West
Suite 800
San Antonio, TX 78230

Robert F. Arentz
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Kurt Brynilde Arnold
Arnold & Itkin, LLP
700 Louisiana Street
Suite 4700
Houston, TX 77002

James E. Babcock
Spinak, Levinson, Babcock & Iversen
134 North LaSalle Street
Suite 1020
Chicago, IL 60602

K. Camp Bailey
Bailey Perrin Bailey, LLP
The Lyric Center
440 Louisiana Street
Suite 2100
Houston, TX 77002

Beth A. Bauer
Burroughs, Hepler, Broom,
MacDonald, et al.
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Ricardo Garza Benavides
Law Office of Mark A. Cantu
The Atrium, Suite 400
1300 North 10th Street
McAllen, TX 78501

Joseph C. Blanks
Joseph C. Blanks, P.C.
Post Office Drawer 999
Doucette, TX 75942-0999

Dana A. Blanton
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Steven J. Boranian
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Reginald C. Brown, Jr.
Hyman Law Firm
P.O. Box 1770
Florence, SC 29503

Robert A. Buccola
Dreyer, Babich, Buccola & Callaham
20 Bicentennial Circle
Sacramento, CA 95826

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Andrew John Carboy
Sullivan, Papain, Block, McGrath &
Cannavo
120 Broadway
18th Floor
New York, NY 10271

Clifford Lee Carter
Clayeo C. Arnold, PLC
608 University Avenue
Sacramento, CA 95825

Gary Yunchian Chen
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Matthew W. Christian
Christian & Davis
P.O. Box 332
Greenville, SC 29602

William G. Colvin
Shumacker, Witt, Gaither & Whitaker
736 Market Street
1100 Suntrust Bank Building
Chattanooga, TN 37402

Bruce A. Craig
Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

Dan Cytryn
Cytryn & Santana
8100 North University Drive
Suite 202
Tamarac, FL 33321

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

David A. Dick
Thompson & Coburn
One US Bank Plaza
Suite 2600
St. Louis, MO 63101

Aaron K. Dickey
Goldenberg, Heller, Antognoli,
Rowland, et al.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025

Steven A. Fabbro
Law Offices of Steven A. Fabbro
101 Montgomery Street
27th Floor
San Francisco, CA 94104

EXHIBIT
A

INVOLVED COUNSEL LIST (CTO-80)  MDL-1657

Lowell W. Finson
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Wilfried H. Florin
Florin, Roebig, PA
777 Alderman Road
Palm Harbor, FL 34683

Marion S. Fowler, III
Fowler Law Firm
P.O. Box 1719
Lake City, SC 29560

Blanca P. Galo
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

James F. Gilligan
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216

Daniel P. Goetz
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

H. Blair Hahn
Richardson Patrick Westbrook &
Brickman LLC
P.O. Box 1007
Mt. Pleasant, SC 29465

Kevin Michael Hara
Reed Smith LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Charles C. Harrell
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P. O. Box 171443
Memphis, TN 38187-1443

Kenneth Wayne Harrell
Joye Law Firm
Northgate Office Building
5861 Rivers Avenue, Suite 101
Charleston, SC 29406

Anthony C. Hayes
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-1070

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Jason A. Itkin
Arnold & Itkin, LLP
700 Louisiana Street
Suite 4700
Houston, TX 77002

Alyson B. Jones
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts, L.L.P.
One Shell Plaza, Suite 3000
910 Louisiana Street
Houston, TX 77002-9934

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
20th Floor
Baltimore, MD 21201

Monica R. Kelly
Ribbeck Law Chartered
212 West Washington Street
Suite 2108
Chicago, IL 60606

Thomas J. Kernell
Roberts & Perryman
One US Bank Plaza
Suite 2300
St. Louis, MO 63101

William A. Kershaw
Kershaw, Cutter & Ratinoff LLP
980 9th Street
19th Floor
Sacramento, CA 95814

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

D. David Lambert
Howard, Lewis & Petersen
120 East 300 North
P.O. Box 778
Provo, UT 84603

Kristine M. Larsen
Ray, Quinney & Nebeker
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

William H. Liston, III
Liston/Lancaster
P.O. Box 645
Winona, MS 38967-0645

Kevin G. Lohman
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Maryanne Lyons
Baker Botts, L.L.P.
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Leon A. Mankowski
2624 E. Allegheny Avenue
Philadelphia, PA 19134

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202-3793

Stacey A. Martinez
Fulbright & Jaworski, L.L.P.
600 Congress
Suite 2400
Austin, TX 78701

Jack H. Modesett, III
Law Offices of Jack Modesett, III
500 North Water Street
Suite 1200
Corpus Christi, TX 78471

Amanda Jane Murray
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

David H. Nutt
David Nutt & Associates
605 Crescent Boulevard
Ridgeland, MS 39157

Robb W. Patryk
Hughes, Hubbard Law Firm
One Battery Park Plaza
New York, NY 10004

M. Kenneth Patterson
Patterson & Wagner
Northwest Center
Suite 500
7550 I-10 West
San Antonio, TX 78229

Crymes G. Pittman
Pittman, Germany, Roberts & Welsh
P.O. Box 22985
410 S. President Street
Jackson, MS 39225-2985

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Michael Y. Saunders
Helm Pletcher Bowen & Saunders
2929 Allen Parkway
Suite 2700
Houston, TX 77019

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Brian Alan Sher
Bryan Cave, LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601-3206

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

David Eugene Smith
Kershaw, Cutter & Ratinoff LLP
980 9th Street
19th Floor
Sacramento, CA 95814

Eileen B. Smith
Waller, Lansden, Dortch & Davis
Nashville City Center
511 Union Street
Suite 2100
Nashville, TN 37219

Randy J. Soriano
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Stuart C. Talley
Kershaw, Cutter & Ratinoff LLP
980 9th Street
19th Floor
Sacramento, CA 95814-2719

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

C. Craig Woods
Squire, Sanders & Dempsey, L.L.P.
1300 Huntington Center
41 South High
Columbus, OH 43215

S. Patrick Woodson, IV
Plus, Taylor & Woodson
2600 Airport Frwy
Fort Worth, TX 76111

Alfred S. Wright
Law Office of Alfred S. Wright
1485 Park Avenue
Suite 200
San Jose, CA 95126