Case 2:05-md-01657-EEF-DEK   Document 10032-3   Filed 02/13/07   Page 1 of 3



*w004 710.70 pro*

# IN THE CIRCUIT COURT OF OKTIBBEHA COUNTY
## STATE OF MISSISSIPPI

V. J. ROBINSON AND FAYE ROBINSON                                    **PLAINTIFFS**

VS.                                                                 **CAUSE NO. 2006-0255-CV**

MERCK & CO., INC., DARLENE ROBERSON
AND DOES 1- 5                                                       **DEFENDANTS**

## SUMMONS

**THE STATE OF MISSISSIPPI**

TO:   MERCK & CO., INC., By service upon C T Corporation System of Mississippi, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232, its agent for service of process

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to **William Liston, Liston/Lancaster, PLLC,** the attorney for the Plaintiff(s) whose post office address is Post Office Box 645, Winona, MS 38967, and whose street address is 126 North Quitman Avenue, Winona, MS 38967. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this _11_ day of October, 2006.

*Angie McGinnis* (signature)
ANGIE McGINNIS, CLERK
Oktibbeha County Circuit Court
108 West Main Street
Starkville, MS 39759

By: *Linda T. Watkins* (signature)                      D.C.

OCT 16 2006

**EXHIBIT 2**

# PROOF OF SERVICE - SUMMONS
(Process Server)

**MERCK & CO, INC.**
By service upon
C T Corporation System of Mississippi
645 Lakeland East Drive, Suite 101
Flowood, Mississippi 39232

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

___ **First class mail and acknowledgment service.** By mailing (by first class mail, postage prepaid), on the date stated in the Notice, copies to the person served, together with copies of the Form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.

_X_ **Personal Service.** I personally delivered copies to _CT Corpation_ on the _12_ day of _October_, 2006, where I found said person in _Hawkins_ ____ County of the State of Mississippi.

___ **Residence Service.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the _____ day of _____, 2006, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____ _____, 2006, I mailed (by first class mail, postage prepaid) copies to the person served. (Attach signed return receipt card or other evidence of actual delivery to the person served.)

___ **Certified Mail Service.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused")



At the time of service I was at least 18 years of age and not a party to this action.

Fee for service $_____.

Process Server must list below:

Name: _John Basinger_
Address: _511 Herod Dr._
_Winona, MS 38967_
Telephone Number: _662.283.4281_
Social Security Number: _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_

State of Mississippi
County of Montgomery

    Personally appeared before me, the undersigned authority in and for the state and county aforesaid, the within named _John Basinger_ who, being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service - Summons" are true and correct as therein stated.

_____
PROCESS SERVER

Sworn to and subscribed before me on this the _13th_ day of _October_, A.D., 2006.

_____
NOTARY PUBLIC

My commission expires:

Notary Public State of Mississippi At Large
My Commission Expires: February 16, 2010
Bonded Thru Heiden, Brooks & Garland, Inc.

H:\04-110\P&C\Robinson - Merck Summons

-3-


OCT 16 2006