W04.110.T0
R10s

IN THE CIRCUIT COURT OF OKTIBBEHA COUNTY
STATE OF MISSISSIPPI

V. J. ROBINSON AND FAYE ROBINSON                                    PLAINTIFFS

VS.                                                                 CAUSE NO. 2006-0255-CV

MERCK & CO., INC., DARLENE ROBERSON
AND DOES 1- 5                                                       DEFENDANTS

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   DARLENE ROBERSON
      4133 Greenland Road
      Little Rock, MS 39337

#### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to **William Liston, Liston/Lancaster, PLLC,** the attorney for the Plaintiff(s) whose post office address is Post Office Box 645, Winona, MS 38967, and whose street address is 126 North Quitman Avenue, Winona, MS 38967. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this _11_ day of October, 2006.

_____
ANGIE McGINNIS, CLERK
Oktibbeha County Circuit Court
108 West Main Street
Starkville, MS 39759

By: _____
                                                                            D.C.

OCT 16 2006

**EXHIBIT 3**

## PROOF OF SERVICE - SUMMONS
(Process Server)

**DARLENE ROBERSON**
4133 Greenland Road
Little Rock, MS 39337

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

___ **First class mail and acknowledgment service.** By mailing (by first class mail, postage prepaid), on the date stated in the Notice, copies to the person served, together with copies of the Form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.

**X** **Personal Service.** I personally delivered copies to _Darlene Roberson_ on the _12_ day of _October_, 2006, where I found said person in _Newton_ ____ County of the State of Mississippi.

___ **Residence Service.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the _____ day of _____, 2006, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____ _____, 2006, I mailed (by first class mail, postage prepaid) copies to the person served. (Attach signed return receipt card or other evidence of actual delivery to the person served.)

___ **Certified Mail Service.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused")



OKTIBBEHA COUNTY
OCT 16 2006

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service $_____.

Process Server must list below:

Name: **John BASINGER**
Address: **511 Herod Dr**
**Winona, MS 38967**
Telephone Number: **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**
Social Security Number: _____


State of Mississippi
County of Montgomery

    Personally appeared before me, the undersigned authority in and for the state and county aforesaid, the within named **John BASINGER** who, being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service - Summons" are true and correct as therein stated.

*John Basinger*
PROCESS SERVER

Sworn to and subscribed before me on this the 13th day of October, A.D., 2006.

*Lavelle D. Martin*
NOTARY PUBLIC

My commission expires:

Notary Public State of Mississippi At Large
My Commission Expires: February 16, 2010
Bonded Thru Heiden, Brooks & Garland, Inc.


H:\04-110\P&O\Robinson - Roberson Summons

-3-



OCT 16 2006