JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

1:06W313-DD

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States, in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
V.J. Robinson and Faye Robinson

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Oktibbeha
( EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Merck & Co., Inc., Darlene Robinson, and Does 1-5

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT New Jersey
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Liston/Lancaster, PLLC
Post Office Box 645
Winona, MS 38967
Telephone: (662) 283-2132
Facsimile: (662) 283-3742

David H. Nutt & Associates, P.C.
605 Crescent Boulevard, Suite 200
Ridgeland, MS 39157
Telephone: (601) 898-7302
Facsimile: (601) 898-7304

PITTMAN, GERMANY, ROBERTS & WELSH, LLP
Post Office Box 22985
Jackson, MS 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

**ATTORNEYS FOR PLAINTIFFS**

ATTORNEYS (IF KNOWN)

Christy D. Jones (MSB# 3192)
Charles C. Harrell (MSB# 3135)
Anita Modak-Truran (MSB# 99422)
J. Kennedy Turner, III (MSB# 8140)
Alyson B. Jones (MSB# 101456)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 22567
Jackson, Mississippi 39225-2567
Telephone: (601) 948-5711
Facsimile: (601) 985-4500

**ATTORNEYS FOR DEFENDANT**

**FILED**
NOV 1 4 2006
ARLEN B. COYLE, CLERK
By _____
Deputy

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
X 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX)
(For Diversity Cases Only)           FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | X 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. §1332

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | X 365 Personal Injury- Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | **LABOR** | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395FF) | ☐ 892 Economic Stabilization Act |
| | ☐ 360 Other Personal Injury | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State Statutes |
| | | | | | ☐ 890 Other Statutory Actions |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | FEDERAL TAX SUITS | | |
|---|---|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | | |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 871 IRS - Third Party 26 USC 7609 | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Other | | | |

## VI. ORIGIN  (PLACE AN x IN ONE BOX ONLY)

☐ 1 Original Proceeding
X 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

Check YES only if demanded in complaint:
**JURY DEMAND:** X YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 11/10/06    SIGNATURE OF ATTORNEY OF RECORD /s/ Alyson Jones    Alyson B. Jones (MB #101456)

UNITED STATES DISTRICT COURT

**EXHIBIT 5**

Lanelle Martin

| | |
|---|---|
| **From:** | ecf_Information@msnd.uscourts.gov |
| **Sent:** | Tuesday, November 14, 2006 4:22 PM |
| **To:** | ecf_notice@msnd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-00313-GHD-JAD Robinson et al v. Merck & Co., Inc. et al "Notice of Removal" |
| **Importance:** | Low |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Alyson B. Jones entered on 11/14/2006 at 4:21 PM CST and filed on 11/14/2006

**Case Name:** Robinson et al v. Merck & Co., Inc. et al
**Case Number:** 1:06-cv-313
**Filer:** Merck & Co., Inc.
**Document Number:** 1

**Docket Text:**
NOTICE OF REMOVAL by Merck & Co., Inc. from Oktibbeha County Circuit Court, case number 2006-0255-CV. ( Filing fee $ 350 receipt number 84090), filed by Merck & Co., Inc.. (Attachments: # (1) Exhibits, pages 1-42# (2) Exhibits, pages 43-66# (3) Civil Cover Sheet)(jla, USDC)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=11/14/2006] [FileNumber=328628-0
] [544449d474af523712a479777cf0645fa73b9f58f14cdfa87901e54bcf47a795fc2
3382b9f395abafef82c99a472802c6fae0c2ef7b4f6491ad7655ff83bd638]]
**Document description:** Exhibits, pages 1-42
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=11/14/2006] [FileNumber=328628-1
] [39c9d6ce6a767495fbaaf4f7589a7e48dcffb7300d3b28ef5b43faa4ac2a1bae225
c8d1493836e53527d10d6680ac5d1f60a73a04d388a645970276117001c17]]
**Document description:** Exhibits, pages 43-66
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=11/14/2006] [FileNumber=328628-2
] [96acbcdc7ede644e190ebcc98ad8f6508ee5db1f92888fb1c1a7ca8c91dcd586d25
c31bf79b72213700d989fad2becc3cc4bcfc3736a4bf9a19770e601457f9b]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a

11/15/2006

EXHIBIT 6

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=11/14/2006] [FileNumber=328628-3
] [3b3d7e7b0919d4de9728e1a067c22c2b3b4cbaabf1049ecb0d6d1047fcc648211f0
76ee6edcd21e387cf81c40413fa960c34e41d80ec3085d9a7155a8c96a0d3]]

**1:06-cv-313 Notice will be electronically mailed to:**

Alyson B. Jones    alyson.jones@butlersnow.com, cheryl.rushton@butlersnow.com, bonnie.toole@butlersnow.com,

William Liston , III    wlist3@aol.com, mbennett@listonlancaster.com

**1:06-cv-313 Notice will be delivered by other means to:**

11/15/2006