# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | ) MDL No. 1657<br>)<br>) Section: L<br>)<br>) Judge Fallon |
| THIS DOCUMENT RELATES TO: | )<br>) Magistrate Judge Knowles |
| Gladys Harrien – 2:06-cv-08361<br>Willaim Hazel – 2:06-cv-6007<br>Cynthia King – 2:06-cv-08360<br>Robert Seal – 2:06-cv-08363<br>Gary Wyman – 2:06-cv-08362 | )<br>)<br>)<br>) **Motion to Withdraw Notices of**<br>) **Appearance**<br>) |

PLEASE TAKE NOTICE, that Lopez, Hodes, Restaino, Milman & Skikos hereby moves this Court for an order allowing them to withdraw Notices of Appearance filed in the following matters: Gladys Harrien – 2:06-cv-08361; Willaim Hazel – 2:06-cv-6007; Cynthia King – 2:06-cv-08360; Robert Seal – 2:06-cv-08363; and Gary Wyman – 2:06-cv-08362.

On February 7, 2007, Lopez, Hodes, Restaino, Milman & Skikos filed Notices of Appearance in a number of Vioxx matters pending before this Court. Due to an internal administrative error, Lopez, Hodes, Restaino, Milman & Skikos inadvertently filed Notices of Appearance in the above captioned cases in error. Accordingly, Lopez, Hodes, Restaino, Milman & Skikos respectfully requests that the Notices of Appearance filed in the above captioned matter be withdrawn.

Dated: February 13, 2007                Respectfully Submitted,

                                                        */s/ Steven J. Skikos*
                                                       Steven J. Skikos
                                                       Kathleen N. Millican
                                                       Lopez, Hodes, Restaino, Milman & Skikos
                                                       625 Market Street, 11th Floor
                                                       San Francisco, CA 94105
                                                       Tel: (415) 956-5257
                                                       Fax: (415) 956-4416

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Withdraw Notices of Appearance** has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and up on all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the clerk of the Court of the United States District for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of February, 2007.

/s/Steven J. Skikos
Steven J. Skikos (CA Bar #148110)
Kathleen N. Millican (CA Bar #203691)
Lopez, Hodes, Restaino, Milman & Skikos
625 Market Street, 11th Floor
San Francisco, CA 94105
Tel: (415) 956-5257
Fax: (415) 956-4416
E-mail: sskikos@lopez-hodes.com
E-mail: kmillican@lopez-hodes.com