# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | ) MDL No. 1657<br>)<br>) Section: L<br>)<br>) Judge Fallon<br>) |
| THIS DOCUMENT RELATES TO: | )<br>) Magistrate Judge Knowles |
| Gladys Harrien – 2:06-cv-08361<br>Willaim Hazel – 2:06-cv-6007<br>Cynthia King – 2:06-cv-08360<br>Robert Seal – 2:06-cv-08363<br>Gary Wyman – 2:06-cv-08362 | )<br>)<br>)<br>) **[PROPOSED] Order Granting**<br>) **Motion to Withdraw Notices of**<br>) **Appearance** |

**THE COURT HEREBY ORDERS** that Notices of Appearance filed on February 7, 2007 in the following matters are hereby withdrawn:

>Gladys Harrien – 2:06-cv-08361
>Willaim Hazel – 2:06-cv-6007
>Cynthia King – 2:06-cv-08360
>Robert Seal – 2:06-cv-08363
>Gary Wyman – 2:06-cv-08362

DATED: _____     _____
                                                       Honorable Eldon E. Fallon
                                                       U.S. District Judge