**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  VIOXX** * | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** * | |
| * | **SECTION: L(3)** |
| * | |
| * | **JUDGE FALLON** |
| * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Stuart v. Merck & Co., Inc.*, **06-11292**

## ORDER

IT IS ORDERED that David Bruah, M.D.'s Motion to Dismiss (Rec. Doc. 9962) is

CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this  12th  day of  February , 2007.

_____
UNITED STATES DISTRICT JUDGE