UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to Case No. 05-6107 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| SOKOLOFF, et al. | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., et al | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Stipulation of Dismissal Without Prejudice filed herein,

IT IS ORDERED that all claims of Sara Pantoja be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in said stipulation.

NEW ORLEANS, LOUISIANA, this 12th day of February, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

832782v.1