UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Sokoloff v. Merck & Co., Inc.*, 05-6107

## ORDER

Given that the parties have stipulated to the dismissal of Sara Pantoja's and Willie Cobb's claims, IT IS ORDERED that these Plaintiffs' Motion for Voluntary Dismissal (Rec. Doc. 9080) is DENIED AS MOOT.

New Orleans, Louisiana, this   12th   day of   February  , 2007.

                                                    UNITED STATES DISTRICT JUDGE