UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Goldie Collier, Individually and as Representative of the Estate of Thomas Collier, deceased v. Merck & Co., Inc.,* **Case No. 06-5284.**

### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND INCORPORATED MEMORANDUM

Defendant Merck & Co., Inc. ("Merck"), by and through its undersigned counsel, respectfully moves the Court for leave to file its Amended Answer to the Plaintiff's Complaint. In support of this motion, Merck represents that (1) on October 27, 2006, Merck filed its Answer to the Plaintiff's Complaint; (2) it has recently come to Merck's attention that pages 3 and 4 of its Answer inadvertantly were not scanned for inclusion in the document filed with the Court; and (3) the amended pleading will cause no prejudice or delay.

Counsel for the Plaintiff has no objection to the filing of the amendment.

**WHEREFORE**, defendant Merck & Co., Inc. respectfully requests that the Court grant this motion and permit the filing of its Amended Answer.

Respectfully submitted,

*Melissa V. Beaugh* (signature)

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
Melissa V. Beaugh, 28250
    Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Ste. 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
    Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion for Leave to File Amended Answer and Incorporated Memorandum of Defendant Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing

in accordance with the procedures established in MDL No. 1657, on this 14 day of February, 2007.

_____