UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Goldie Collier, Individually and as Representative of the Estate of Thomas Collier, deceased v. Merck & Co., Inc.*, **Case No. 06-5284.**

## <u>ORDER</u>

Having considered the foregoing Unopposed Motion for Leave to File to Amended Answer,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this _____ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE