UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Bill Black et al. v. Merck & Co., Inc.*, No. 05-4452 **(Pearl S. Lockett, Verde Sylvester, and Arthur Worzel only)**

### ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Pearl S. Lockett, Verde Sylvester, and Arthur Worzel be and the same are hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 13th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

4