UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Cates v. Merck & Co., Inc.*, **06-10212**

### ORDER

IT IS ORDERED that Dr. Richard Valbuena's Motion to Dismiss, or in the Alternative, Motion to Remand (Rec. Doc. 10016) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this   13th   day of   February  , 2007.

                                                              UNITED STATES DISTRICT JUDGE