UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *Jackie Paul Shaw v. Merck & Co., Inc.*, No. 05-4738 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the above-captioned lawsuit be and it hereby is dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of February, 2007.

_____
DISTRICT JUDGE

856012v.1