THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | MDL Docket No. 1657 |
| | ) | |
| VIOXX PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| Melissa Rizvi, et al v. Merck & Co., Inc., | ) | |
| 2:05 CV 1793 | ) | MAG. JUDGE KNOWLES |

### ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF PLAINTIFF SUSAN A. SULLIVAN

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiff Susan A. Sullivan filed herein,

IT IS ORDERED that the claims of Plaintiff Susan A. Sullivan be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE