

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>CASE NO: 2:06-cv-03916<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| CAROL GAULT and THOMAS GAULT, her husband,<br><br>Plaintiffs<br><br>v.<br><br>MERCK & COMPANY, INC., a New Jersey Corporation,<br><br>Defendant. | **MOTION TO SUBSTITUTE COUNSEL**<br><br>Filed on behalf of Plaintiffs<br><br>Counsel of record for this party:<br><br>Alan H. Perer, Esquire<br>Pa. Id. # 23603<br><br>Brian W. DelVecchio, Esquire<br>Pa. Id. #79666<br><br>SWENSEN, PERER & KONTOS<br>Firm #262<br>One Oxford Centre, Suite 2501<br>Pittsburgh, PA  15219<br><br>(412) 281-1970 |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>CASE NO. 2:06-cv-03196<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

CAROL GAULT and THOMAS GAULT, her husband, v. MERCK & COMPANY, INC., a New Jersey Corporation

## MOTION TO SUBSTITUTE COUNSEL

AND NOW come Plaintiffs, CAROL GAULT and THOMAS GAULT, her husband, by and through their attorneys, Alan H. Perer, Esquire, Brian W. DelVecchio, Esquire, and Swensen, Perer & Kontos, and files the within Motion to Substitute Appearance of Counsel, averring as follows:

1. Counsel withdrawing appearance in the instant case, James l. Weismann, Esquire, Plaintiffs of record, CAROL GAULT and THOMAS GAULT, her husband, have requested that Alan H. Perer, Esquire, and Brian W. DelVecchio, Esquire, and Swensen, Perer & Kontos assume representation of Plaintiffs' interest in this case.

2. To that end, a copy of the Substitution of Appearance executed by all counsel consenting to this arrangement is attached at Exhibit "1".

WHEREFORE, Plaintiffs respectfully request that this Court substitute the appearance of Alan H. Perer, Esquire, Brian W. DelVecchio, Esquire, and the law firm of Swensen, Perer & Kontos, for that of withdrawing counsel, James L. Weisman, Esquire.

Respectfully submitted,

Brian W. DelVecchio, Esquire

AO 458 (Rev. 5/85) Appearance W

# United States District Court

_____ DISTRICT OF _____

THE EASTERN DISTRICT OF LOUISIANA

SUBSTITUTION OF APPEARANCE

**MDL NUMBER:** MDL 1657

**CASE NUMBER:** 2:06-CV-03916

**To the Clerk of this court and all parties of record:**

Substitute our appearance as counsel in this case for
CAROL GAULT and THOMAS GAULT, her husband

| Counsel Withdrawing Appearance | Counsel Entering appearance |
|---|---|
| *Signature* | *Signature* |
| James L. Weisman | Alan H. Perer |
| Print Name | Print Name |
| | *Signature* |
| 330 Grant Street | Brian W. DelVecchio |
| Address | Print Name |
| Pittsburgh, PA 15219 | One Oxford Center, Suite 2501 |
| City   State   Zip Code | Address |
| (412) 566-1088 | Pittsburgh, PA 15219 |
| Phone Number | City   State   Zip Cone |
| | (412) 281-1970 |
| | Phone Number |
| | 2 FEB 07 |
| | Date |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **MOTION TO SUBSTITUTE COUNSEL** is being served upon the following counsel of record this ___1___ day of ___February___, 2007 via LexisNexis File and Serve and first class mail, postage prepaid:

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113
*(Plaintiff's Liaison Counsel)*

Phillip A. Wittmann, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
*(Defendant's Liaison Counsel)*

James L. Weisman
330 Grant Street
Pittsburgh, PA 15219

Michael P. McIlhinney, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
*(Defense counsel)*

Joshua G. Schiller and
S. Tessie Corbin
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
*(Defense counsel)*

By: _____
Brian W. DelVecchio, Esquire
Attorney for Plaintiff