UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2007 FEB 12 AM 11:53
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>CASE NO. 2:06-cv-03196<br>06-3916<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

CAROL GAULT and THOMAS GAULT, her husband, v. MERCK & COMPANY, INC., a New Jersey Corporation

### ORDER

AND NOW, to wit this __8th__ day of __February__, 2007 it is hereby ORDERED, ADJUDGED and DECREED that the within for Motion for Substitution of Appearance is granted and the Alan H. Perer, Esquire, Brian W. DelVecchio, Esquire, and the law firm of Swensen, Perer & Kontos are hereby substituted for withdrawing counsel, James L. Weisman, Esquire, as attorneys of record, for Plaintiffs, CAROL GAULT and THOMAS GAULT, her husband.

_____ J.

\_\_ Fee_____
\_/ Process_____
X\_ Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No_____