FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB -6 AM 11:51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re Vioxx ) | |
| ) | MDL Docket No. 1657 |
| Product Liability Litigation ) | |
| ) | Section L |
| ) | Judge Fallon |
| ) | Magistrate Judge Knowles |
| This Notice Applies to ~~All Cases~~ ) | |
| 06-7082 ) | |
| 06-6148 ) | |
| 06-6469 ) | |

## NOTICE OF APPEARANCE

Comes now, attorney Sheri Coursey of the Law Offices of Bradford D. Myler and Associates and files this Notice of Appearance in the above titled Voixx Product Liability Litigation. *for plaintiffs.*

Dated: February 2, 2007

**The Law Offices of Bradford D. Myler and Associates**

_____
Sheri Coursey, Esq.
Ga Bar No. 186001
P.O. Box 970039
1278 South 800 East
Orem, UT 84097
Telephone: 801.225.6925
Facsimile: 801.225.8417
E-mail: sheri@mylerlaw.com

**TENDERED FOR FILING**

FEB - 6 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Liason Counsel Russ Herman and Phillip Wittman by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 8A, on this 2nd day of February 2007.

I further certify that copies have been served on defense counsel via e-mail to Ellen M. Gregg, Esq., at MDL@wcsr.com, Womble, Carlyle, Sandridge & Rice, PLLC, 301 North Main Street, Suite 300, Winston-Salem, NC 27101, in accordance with Pretrial Order No. 15. The e-mail address for return confirmation is Sheri@Mylerlaw.com.

Respectfully Submitted,

Sheri R. Coursey
Bradford D. Myler & Associates, Inc.
P.O. Box 970039
1278 South 800 East
Orem, Utah 84097
(801) 225-6925
(801) 225-8417 (fax)