IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY LITIGATION** | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| **This document relates to:** | * * | JUDGE FALLON |
| Inskeep, Mike v. Merck & Co., Inc., 2:05-cv-06074, | * * * | |
| Woods, Gwendolyn v. Merck & Co., Inc., 2:05-cv-03375, | * * * | |
| Thomas, Shantall v. Merck & Co., Inc., 2:05-cv-01024, | * * * | |
| PLAINTIFFS, | * * | |
| v. | * * | |
| MERCK & COMPANY, INC., a foreign corporation, | * * * | |
| DEFENDANT. | * | |

### PLAINTIFF'S RESPONSE TO DEFENDANT MERCK & CO., INC.'S RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROVIDE ANY RESPONSE TO THE PLAINTIFF'S PROFILE FORM AS REQUIRED BY PRE-TRIAL ORDER NO. 18C

   **COMES NOW** Counsel for the plaintiffs Mike Inskeep, Gwendolyn Woods and Shantall Thomas and, in response to the motion to show cause filed by Defendant Merck, as to each Plaintiffs state as follows:

   1.    Despite counsel's best efforts, the information required by PTO 18C has not been obtained and has not been submitted.

2. Plaintiff's counsel has relayed this information to defense counsel.

3. Oral arguments are not necessary in these matters.

Respectfully submitted this the 15th day of February, 2007.

/s/ Benjamin L. Locklar
Andy Birchfield (BIR006)
P. Leigh O'Dell (ODE006)
Benjamin L. Locklar (LOC009)
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36104
(334) 269-2343 - Phone
(334) 954-7555 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to Withdraw has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail and upon all partied by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Nos. 8 and 8A, and on the following this 15th day of February, 2007.

/s/ Benjamin L. Locklar
**OF COUNSEL**