UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-CV-369

PATRICIA TERRY,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., KRISTIN BAYER,
HEIDI L. DINGFELDER MERCHANT,
JULIE SEWARD, MONIQUE WARREN,
GINA ELLIS, JONATHAN KENNEDY,
MELISSA PAIGE MILLER, AMY MOORE,
ROXANNE POST, VICKI ST. JOHN CRAWFORD,
RICHARD TATMAN, and MARK WAGNER,

        Defendants.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, PATRICIA TERRY, by and through his undersigned counsel, hereby files a copy of the Affidavit of Service evidencing service upon Defendant, RICHARD TATMAN, on November 13, 2006.

Dated this 16th day of February, 2007.

By:   /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361

Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: Aretha.davis@dechert.com

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: SGiamportone@wcsr.com

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: blitten@ssd.com
Email: plowry@ssd.com
Email: jbmurray@ssd.com
Email: dstibolt@ssd.com
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: VIOXX@hhkc.com
Plaintiff's Liaison Counsel

# SHERIFF
## MARION COUNTY

**SHERIFF'S RETURN OF SERVICE**

| | |
|---|---|
| **SERVICE #** S06048200 | **ACCOUNT #:** A06004845 |
| **TYPE OF** SUMMONS (COMPLAINT) | **CASE #:** 062351CAG |
| **PLAINTIFF:** TERRY, PATRICIA | **COURT:** MARION COUNTY CIRCUIT COURT |
| **DEFENDANT:** MERCK & CO, INC ET AL | **COURT DATE:** |
| **RETURN TO:** ALLEY, CLARK ET AL | **DUE DATE:** |
| **ADDRESS:** 701 E WASHINGTON ST | **SERVE NAME** TATMAN, RICHARD |
| **CITY:** TAMPA, FL 33602 | **ADDRESS:** 10520 SE 42 TER |
| **POE:** | **CITY:** BELLEVIEW, FL 34420 |
| **NOTARY:** | **DESCRIPTION:** |
| **DIRECTIONS:** | |
| **COMMENTS:** | |

Received this writ on the 7 day of November A.D. 2006 and served same on the within named at __1745__ on the __13__ day of __NOV__ A.D. 2006 in Marion County, Florida

____ **INDIVIDUAL**
By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a true copy of the initial pleading.

_X_ **SUBSTITUTE**
By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleading by leaving the copies at (his/her) usual place of abode with a resident of the household above the age of 15 years, to-wit: __SHARON TATMAN WIFE__ and informing the person of the contents thereof.
(Name and Relationship)

____ **CORPORATION**
By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleadings to _____ as _____ of said corporation: In the absence of the President, Vice President, Cashier, Treasurer, Secretary, General Manager, Director or any officer. (as defined in FS 48.081(1)). To _____ as registered agent of the within named Corporation (as defined in FS 48.091(1)). To _____ as an employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply with FS 48.091 thereby complying with 48.081(3).

____ **POSTING**
By posting on the premises located at _____ a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the initial pleadings attached to a conspicuous place on the property described within after making two (2) attempts not less than six (6) hours apart in that the tenant could not be found and there was no person on the property residing therein, fifteen (15) years of age or older upon whom service could be made.

____ **OTHER** _____

____ **NON-SERVICE**
For the reason that after diligent search and inquiry failed to find said _____

____ **COMMENTS** _____

**ED DEAN SHERIFF**

BY: _____
Deputy Sheriff

Note: Only that service indicated by the X is applicable to this return.

PAYOR COPY

MCSO FORM #CIV101 DEC 98