UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-CV-369

PATRICIA TERRY,
          Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., KRISTIN BAYER,
HEIDI L. DINGFELDER MERCHANT,
JULIE SEWARD, MONIQUE WARREN,
GINA ELLIS, JONATHAN KENNEDY,
MELISSA PAIGE MILLER, AMY MOORE,
ROXANNE POST, VICKI ST. JOHN CRAWFORD,
RICHARD TATMAN, and MARK WAGNER,

          Defendants.   /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, PATRICIA TERRY, by and through his undersigned counsel, hereby files a copy of the Affidavit of Service evidencing service upon Defendant, MONIQUE WARREN, on November 22, 2006.

Dated this 16th day of February, 2007.

By:    /s/ Brenda S. Fulmer
       BRENDA S. FULMER, Esq.
       Fla. Bar No. 999891
       ALLEY, CLARK, GREIWE & FULMER
       701 E. Washington Street
       P.O. Box 3127
       Tampa, FL 33601-3127
       Tele: (813) 222-0977
       Fax: (813) 224-0373
       *bfulmer@tampatriallawyers.com*
       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361

*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

CIRCV    X

1

SERVED TO: MONIQUE WARREN                         SET       TIME    ARTRA
                                                                    32
18137 REGENTS SQUARE DR  821

TAMPA FL 33601                           34371

ATTORNEY:
BRENDA S. FULMER, ESQ.
701 E WASHINGTON ST                              20 DAYS
TAMPA FL 33601
(813) 222-0977

Received this process on __11/06/2006__, _____, and served the same on __MONIQUE WARREN__
                              month  day  year                              name
at __10:16 a__.M. on __11__, __22__, __06__ in Hillsborough County, Florida.
      time              month   day    year

[✓] INDIVIDUAL SERVICE: Pursuant to F.S. 48.031(1)
[ ] SUBSTITUTE SERVICE: Pursuant to F.S. 48.031(1) by serving

_____ / _____
           name                                    relationship

[ ] SUBSTITUTE SERVICE: Pursuant to F.S. 48.031(2)(a)(Spouse) by serving

_____ / _____
           name                                    address served at

[ ] SUBSTITUTE SERVICE: Pursuant to F.S. 48.031(2)(b)(Manager) by serving

_____ / _____
           name                                    title

[ ] SUBSTITUTE SERVICE: Pursuant to F.S. 48.031(4)(a)(Designated person) by serving

_____
           name

[ ] MINOR SERVICE: Pursuant to F.S. 48.041 by serving

_____ / _____
           name                                    relationship

[ ] INCOMPETENT SERVICE: Pursuant to F.S. 48.042 by serving

_____ / _____
           name                                    title

[ ] PARTNERSHIP SERVICE: Pursuant to F.S. 48.061 by serving

_____ / _____
           name                                    title

[ ] CORPORATE SERVICE: Pursuant to F.S. 48.081 (1)(2) or (3) by serving

_____ / _____ / _____
           name                                    title              corporate name

[ ] PUBLIC AGENCY SERVICE: Pursuant to F.S. 48.111 by serving

_____ / _____ / _____
           name                                    title                agency

[ ] POSTED: Pursuant to F.S. 48.183(residential-landlord/tenant) by posting at

_____
  (address)

[ ] POSTED: Pursuant to F.S. 83.22(non-residential removal of tenant) by posting at

_____
  (address)

[ ] POSTED: Pursuant to F.S. 83.62(eviction) by posting at

_____
  (address)

[ ] POSTED: Pursuant to F.S. 78.065(2)(c)(replevin-order to show cause) by posting at

_____
  (address)

[ ] POSTED: Pursuant to F.S. 197.522(2)(tax warrant) by posting at

_____
  (address)

[ ] NON-SERVICE: on _____ on _____, _____, _____ for the
                          name                          month   day   year
following reason: _____

REMARKS: _____
_____

                                            DAVID GEE, SHERIFF
                                            Hillsborough County, Florida    A. CAMACHO #639
HSCO(CP) 4031 Rev. 5/06     ORIGINAL      BY: __Camacho #0639__   PROCESS SERVER

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, STATE OF FLORIDA

PATRICIA TERRY,

    Plaintiff,

vs.

MERCK & CO., INC., KRISTIN BAYER,
HEIDI L. DINGFELDER MERCHANT,
JULIE SEWARD, MONIQUE WARREN,
GINA ELLIS, JONATHAN KENNEDY,
MELISSA PAIGE MILLER, AMY MOORE,
ROXANNE POST, VICKI ST. JOHN CRAWFORD,
RICHARD TATMAN, and MARK WAGNER,
    Defendants.
_____/

Case No.: 06-2351-CAG
Division: G

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

    Monique Warren
    18137 Regents Square Drive #821
    Tampa, FL 33647

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

    **BRENDA S. FULMER, Esq. (FBN: 999891)**
    **C. TODD ALLEY, Esq. (FBN: 321788)**
    **JAMES D. CLARK, Esq. (FBN: 191311)**
    **DON GREIWE, Esq. (FBN: 218911)**
    ALLEY, CLARK, GREIWE & FULMER
    701 E. Washington Street
    P.O. Box 3127
    Tampa, FL 33601-3127
    Telephone: (813) 222-0977
    Fax: (813) 224-0373
    Attorneys for Plaintiff

1

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on October 30, 2006.

**DAVID R. ELLSPERMANN**
Clerk of the Circuit Court

(Court Seal)

By: _____
Deputy Clerk

2