UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-CV-369

PATRICIA TERRY,
        Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., KRISTIN BAYER,
HEIDI L. DINGFELDER MERCHANT,
JULIE SEWARD, MONIQUE WARREN,
GINA ELLIS, JONATHAN KENNEDY,
MELISSA PAIGE MILLER, AMY MOORE,
ROXANNE POST, VICKI ST. JOHN CRAWFORD,
RICHARD TATMAN, and MARK WAGNER,

        Defendants.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, PATRICIA TERRY, by and through his undersigned counsel, hereby files a copy of the Affidavit of Service evidencing service upon Defendant, JONATHON KENNEDY, on November 20, 2006.

Dated this 16th day of February, 2007.

By:   /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361

*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# Original Return

Control Number: 2006-46895

| Patricia Terry | | Merck & Co. Inc. etc. | Summons | 06-2351-CAG |
| --- | --- | --- | --- | --- |
| ( Plaintiff ) | VS | ( Defendant ) | Type of Process | Case No. |

*Circuit Court, Marion County, Florida*

Ret: 20 Days

| Brenda S. Fulmer, Esq. |
| --- |
| 701 Washington St. East |
| P. O. Box 3127 |
| Tampa, Fl. 33601 |

Serve: Jonathan Kennedy
Address: 14720 Fern Hammock Dr.
Jax Fl. 32258

acac

Received this writ on the 14th Day of November A.D. 20 06 and served the same on Jonathan Kennedy (~~Corporation~~ - Individual ) The Within Named (~~Respondent~~ ~~Garnishee~~ - Defendant - ~~Witness~~ ) at 10:18 a M, on the 20th day of November A.D. 20 06 in Duval County, Florida. Complaint

Individual Service

By delivering to the Within Named Defendant a trued copy of this process with the date and hour of service endorsed by me and at the same time, I delivered to the Within Named Defendant a copy of the Complaint.

acac.



Maryanita Bernstein # 184
Special Process Server Duly Appointed and
Qualified Pursuant to F.S. 48.021 (2)

John R. Rutherford, Sheriff of Duval County, Florida

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, STATE OF FLORIDA

PATRICIA TERRY,

    Plaintiff,

vs.

Case No.: 06-2351-CAG
Division: G

MERCK & CO., INC., KRISTIN BAYER,
HEIDI L. DINGFELDER MERCHANT,
JULIE SEWARD, MONIQUE WARREN,
GINA ELLIS, JONATHAN KENNEDY,
MELISSA PAIGE MILLER, AMY MOORE,
ROXANNE POST, VICKI ST. JOHN CRAWFORD,
RICHARD TATMAN, and MARK WAGNER,
    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

> Jonathan Kennedy
> 14720 Fern Hammock Dr.
> Jacksonville, FL 32258



    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

> **BRENDA S. FULMER, Esq. (FBN: 999891)**
> **C. TODD ALLEY, Esq. (FBN: 321788)**
> **JAMES D. CLARK, Esq. (FBN: 191311)**
> **DON GREIWE, Esq. (FBN: 218911)**
> ALLEY, CLARK, GREIWE & FULMER
> 701 E. Washington Street
> P.O. Box 3127
> Tampa, FL 33601-3127
> Telephone: (813) 222-0977
> Fax: (813) 224-0373
> Attorneys for Plaintiff

2006 NOV -9 AM 10:04

JAX SHERIFF'S OFFICE
CIVIL PROCESS UNIT
RECEIVED

1

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on October 30, 2006.

**DAVID R. ELLSPERMANN**

Clerk of the Circuit Court

(Court Seal)

By: _____
Deputy Clerk

2