UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-CV-371

COSTAS GIANAROS,
        Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., MEGAN BERRIGAN,
DARLENE CHAPMAN, YVONNE C. FIGUEREDO,
ANDREW D. FONDA, KATHERINE M. FOY,
JEFFREY FULOP, JEFFREY HANNETT, AMY MOORE,
JEROME PITTMAN, SHAWN T. RICH, and
EDWARD S. TAYLOR, JR.,

        Defendants.    /

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, COSTAS GIANAROS, by and through his undersigned counsel, hereby files a copy of the Affidavit of Service evidencing service upon Defendant, JEFFREY HANNETT, on November 7, 2006.

Dated this 16th day of February, 2007.

        By: /s/ Brenda S. Fulmer
             BRENDA S. FULMER, Esq.
             Fla. Bar No. 999891
             ALLEY, CLARK, GREIWE & FULMER
             701 E. Washington Street
             P.O. Box 3127
             Tampa, FL 33601-3127
             Tele: (813) 222-0977
             Fax: (813) 224-0373
             *bfulmer@tampatriallawyers.com*
             Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com

Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of FLORIDA** | **County of PINELLAS** | **Circuit Court** |

Case Number: 06-005982-CI-8

Plaintiff:
**COSTAS GIANAROS**

vs.

Defendant:
**MERCK & CO., INC., MEGAN BERRIGAN, DARLENE CHAPMAN, YVONNE C. FIGUEREDO, ANDREW D. FONDA, KATHERINE M. FOYM JEFFREY FULP, JEFFREY HANNETT, AMY MOORE, JEROME PITTMAN, SHAWN T. RICH, AND EDWARD S. TAYLOR, JR.**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 2nd day of November, 2006 at 12:07 pm to be served on **JEFFREY HANNETT, 4116 CANOGA PARK DRIVE, TAMPA, FL 33511**.

I, NATHANIAL POWELL, being duly sworn, depose and say that on the **7th day of November, 2006** at **4:21 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **STEPHANIE HANNETT** as **SPOUSE/CO-RESIDENT**, of the within named person's usual place of abode, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.



ORIGINAL
FILED WITH COURT

Subscribed and Sworn to before me on the 8th day of November, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
NATHANIAL POWELL
CPS02-4510244

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2006005672

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n