UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-CV-371

COSTAS GIANAROS,
          Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., MEGAN BERRIGAN,
DARLENE CHAPMAN, YVONNE C. FIGUEREDO,
ANDREW D. FONDA, KATHERINE M. FOY,
JEFFREY FULOP, JEFFREY HANNETT, AMY MOORE,
JEROME PITTMAN, SHAWN T. RICH, and
EDWARD S. TAYLOR, JR.,

          Defendants.     /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, COSTAS GIANAROS, by and through his undersigned counsel, hereby files a copy of the Affidavit of Service evidencing service upon Defendant, KATHERINE M. FOY, on November 7, 2006.

Dated this 16th day of February, 2007.

          By: ___/s/ Brenda S. Fulmer___
              BRENDA S. FULMER, Esq.
              Fla. Bar No. 999891
              ALLEY, CLARK, GREIWE & FULMER
              701 E. Washington Street
              P.O. Box 3127
              Tampa, FL 33601-3127
              Tele: (813) 222-0977
              Fax: (813) 224-0373
              *bfulmer@tampatriallawyers.com*
              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com

Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE        Receipt Number: 0027327-06

PERSON TO BE SERVED: KATHERINE M. FOY

CORP/DBA :

ADDRESS : 386 TALL OAK TRAIL

TARPON SPRINGS

PLAINTIFF: COSTAS GIANAROS
-VS-
DEFENDANT: MERCK & CO., INC., ET AL

CASE #: 06005982CI8        COURT: Circuit Pinellas        COURT DATE:

TYPE WRIT: SUMMONS/COMPLAINT

ALLEY, CLARK, GREIWE & FULMER

BRENDA S. FULMER, ESQ.

701 E. WASHINGTON ST; P.O. BOX 3127

TAMPA, FL 33601-3127

PLAINTIFF/ATTORNEY :

Received the above-named writ on November 03, 2006 at 10:08 AM and served the same at 7:45 AM on November 07, 2006 in PINELLAS County, Florida, as follows:

### SUBSTITUTE - SERVICE AT DEFENDANT'S USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me at the within named defendant's usual place of abode with a person residing therein who is fifteen(15) years of age, or older, to-wit: MARLEEN PELEK, MOTHER and informing said person of their contents.

JIM COATS, SHERIFF
PINELLAS COUNTY, FLORIDA

BY: MICHAEL GUARNERI

DEPUTY SHERIFF
CIVIL COSTS

PK

FEE: $ 20.00        TOTAL DEPOSIT : $    20.00