## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-CV-371

COSTAS GIANAROS,
        Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., MEGAN BERRIGAN,
DARLENE CHAPMAN, YVONNE C. FIGUEREDO,
ANDREW D. FONDA, KATHERINE M. FOY,
JEFFREY FULOP, JEFFREY HANNETT, AMY MOORE,
JEROME PITTMAN, SHAWN T. RICH, and
EDWARD S. TAYLOR, JR.,

        Defendants.    /

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, COSTAS GIANAROS, by and through his undersigned counsel, hereby files a copy of the Affidavit of Service evidencing service upon Defendant, YVONNE C. FIGUERDO, on November 24, 2006.

Dated this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
bfulmer@tampatriallawyers.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com

Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

**State of FLORIDA**　　　　**County of PINELLAS**　　　　**Circuit Court**

Case Number: 06-005982-CI-8

Plaintiff:
**COSTAS GIANAROS**

vs.

Defendant:
**MERCK & CO., INC., MEGAN BERRIGAN, DARLENE CHAPMAN, YVONNE C. FIGUEREDO, ANDREW D. FONDA, KATHERINE M. FOYM JEFFREY FULP, JEFFREY HANNETT, AMY MOORE, JEROME PITTMAN, SHAWN T. RICH, AND EDWARD S. TAYLOR, JR.**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 2nd day of November, 2006 at 12:07 pm to be served on **YVONNE C. FIGUEREDO, 14006 MIDDLETON WAY, TAMPA, FL 33624.**

I, NATHANIAL POWELL, being duly sworn, depose and say that on the **24th day of November, 2006** at **2:59 pm, I:**

INDIVIDUALLY SERVED: The within named person with a true copy of this **SUMMONS AND COMPLAINT** with the date and hour endorsed thereon by me, pursuant to Florida Statute 48.031(1) and informing said person of the contents thereof.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

ORIGINAL
FILED WITH COURT

NATHANIAL POWELL
CPS02-4510244

Subscribed and Sworn to before me on the 27th day of November, 2006 by the affiant who is personally known to me.

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL  33601
(813) 229-1444

_____
NOTARY PUBLIC

Our Job Serial Number: 2006005668

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n