## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

VICTOR RODRIGUEZ ROJAS,
               Plaintiff,
vs.

MERCK & CO., INC., JENNIFER
FAVATA GARCIA, JESSE HOLLINGSWORTH,
DEBORAH HUNT, ANTON J. LAK, SR.,
CHERI McLEOD, AMY MOORE,
GENA E. ORTEGA, RICARDO ORTEGA,
DOUGLAS PAUL, DANIEL RING,
TEQUILLA TAYLOR, and
KELLY TOULSON DELLAPORTA
               Defendants.      /

MDL No.: 1657

SECTION: L

Civil Action No. 2:07-CV-372

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, VICTOR RODRIGUEZ ROJAS, by and through his undersigned counsel,

hereby files a copy of the Affidavit of Service evidencing service upon Defendant, JESSE

HOLLINGSWORTH, on November 13, 2006.

Dated this 16th day of February, 2007.

By: _____/s/ Brenda S. Fulmer_____
        BRENDA S. FULMER, Esq.
        Fla. Bar No. 999891
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Tele: (813) 222-0977
        Fax: (813) 224-0373
        *bfulmer@tampatriallawyers.com*
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service

has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-

mail and upon all parties by electronically uploading the same to LexisNexis File & Serve

Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF system which

will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657

on this ____16th____ day of February, 2007.

By:____/s/ Brenda S. Fulmer_____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

**State of FLORIDA**                    **County of POLK**                    **Circuit Court**

Case Number: 06CA-4392 DIV 8

Plaintiff:
**VICTOR RODRIGUEZ ROJAS**
vs.
Defendant:
**MERCK & CO., INC., JENNIFER FAVATA GARCIA, JESSE
HOLLINGSWORTH, DEBORAH HUNT, ANTON J. LAK, SR., CHERI
MCLEOD, AMY MOORE, GENA E. ORTEGA, RICARDO ORTEGA,
DOUGLAS PAUL, DANIEL RING, TEQUILLA TAYLOR AND KELLY
TOULSON DELLAPORTA**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 2nd day of November, 2006 at 12:17 pm to be served on **JESSE
HOLLINGSWORTH, 3816 WEST OBISPO STREET, TAMPA, FL 33629**.

I, NATHANIAL POWELL, being duly sworn, depose and say that on the **13th day of November, 2006** at **9:44 am, I:**

**INDIVIDUAL/PERSONAL:**  served by delivering a true copy of the **SUMMONS AND COMPLAINT**  to: **JESSE
HOLLINGSWORTH** at the address of: **3816 WEST OBISPO STREET, TAMPA, FL 33629** with the date and
hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance
with state statutes.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good
standing, in the judicial circuit in which the process was served.

NATHANIAL POWELL
CPS02-4510244

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL  33601
(813) 229-1444

Subscribed and Sworn to before me on the 13th day
of November, 2006 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

Our Job Serial Number: 2006005675

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n