UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-cv-177

LYNDA JOHNSON, surviving spouse and
Personal Representative for the ESTATE OF
SAMUEL O. McMULLIN,

      Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
G.D. SEARLE LLC (f/k/a G.D. SEARLE & CO.),
MONSANTO COMPANY, HEIDI ANN ALLWOOD,
RUSSELL BRAGG, KELLY CALLAHAN,
CHARLES CANUPP, DARLENE CHAPMAN,
DANIEL DONOVAN, HEATHER EDWARDS,
JENNIFER FAVATA GARCIA, JONATHON
GLEASON, LISA GONZALEZ, YVETTE HILMS,
JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE,
LISA MILLAR, AMY MOORE, GENA E. ORTEGA,
RICARDO ORTEGA, JEFFREY NORRIS,
ROBERT POLO, BRIAN POPP, SHARON RICE,
DANIEL RING, AMY ROWE, HOPE ROYSTUN,
TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR.,
KELLY TOULSON DELLAPORTA, and
MARK WAGNER,

      Defendants.             /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, LYNDA JOHNSON, surviving spouse and Personal Representative for the ESTATE OF SAMUEL O. McMULLIN, by and through her undersigned counsel, hereby files

the copy of an Affidavit of Service evidencing service upon Defendant, BRIAN POPP, on November 18, 2006.

Dated this 16th day of February, 2007.

By: ___/s/ Brenda S. Fulmer___
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: ___/s/ Brenda S. Fulmer___
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509

*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

McMullin

| LYNDA JOHNSON, AND PERSONAL REPRESENTATIVE FOR THE ESTATE OF SAMUEL O. MCMULLEN | MERCK AND CO., INC., ET AL | 06-CA-8485 |
|---|---|---|
| PLAINTIFF VS. | DEFENDANT | CASE # |
| | | SUMMONS/AMENDED COMPLAINT |
| | | TYPE OF WRIT |
| CIRCUIT | HILLSBOROUGH | 121363 | $20.00 | MW |
| COURT | COUNTY | RECEIPT | DEPOSIT | |
| POPP, BRIAN, 430 MOSSWOOD BLVD., INDIALANTIC, FL 32903 |
| SERVE |

ALLEY, CLARK AND GREIWE
ATTORNEYS AT LAW
701 EAST WASHINGTON STREET
POST OFFICE BOX 3127
TAMPA, FL 33601

ATTORNEY

20 DAY SUMMONS

## SHERIFF'S RETURN OF SERVICE

Received this Writ at __11:00 A__ M. on the __24__ day of __OCTOBER__ A.D. 20 __2006__, and served the same on __POPP, BRIAN__ (Corporation-Individual) the within named (Defendant or Garnishee-Witness) at __1047A__ M. on the __18__ day of __November__ A.D. 20 __06__ in Brevard County, Florida.

X **INDIVIDUAL** By delivering a true copy of this Writ together with a copy of the initial pleading with the date and hour of service endorsed thereon by me, to: __Brian Popp__.

**SUBSTITUTE** By leaving a true copy of this Writ together with a copy of the initial pleading with the date and hour of service endorsed thereon by me at the within named _____ (at his/her) usual place of abode with a person residing therein who is fifteen (15) years of age or older, to-wit: _____ and informing said person of their contents.

**CORPORATE** By delivering a true copy of this Writ together with the initial pleading with the date and hour of service endorsed thereon by me
____ To: _____ as _____
of the within named corporation in the absence of any higher ranking officer as defined in F.S. 48.081(1).
____ To: _____ as registered agent of the within named corporation according to F.S. 48.081(3).
____ To: _____ as an employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply with F.S. 48.091.

____ **POSTED RESIDENTIAL** By attaching a true copy of this Writ with the date and hour of service endorsed thereon by me together with a copy of the complaint or petition, to a conspicuous place on the property described within to-wit: _____ after making two (2) attempts not less than six (6) hours apart in that the tenant could not be found and there was no person residing therein, fifteen (15) years of age or older upon whom service could be made.

____ **NOT FOUND** By returning said writ unserved for the reason that after diligent search and inquiry the named person, to wit: _____ could not be found in Brevard County, Florida.

**OTHER SERVICE** _____

Comments By Deputy: __10/31/06  1137A  NH  L/C      11/4/06  1211p  NH__
__11/17/06  1239p  NH__

| | CIVIL COSTS PER BUDGET SYSTEM | | | |
|---|---|---|---|---|
| 01 | $20.00 | 02 | | J. R. (JACK) PARKER, SHERIFF |
| SERVICE | $0.00 | | | BREVARD COUNTY, FLORIDA |
| LEVY | $20.00 | 292636 | BY: _Gary Coe_ | |
| TOTAL$ | $0.00 | | | |
| REFUND$ | | ATTORNEY'S COPY | | S-Cullen 323 |

| LYNDA JOHNSON, SURVIVING SPOUSE AND PERSONAL REPRESENTATIVE FOR THE ESTATE OF SAMUEL O. MCMULLEN | MERCK AND CO., INC., ET AL | 06-CA-8485 McMullin |
|---|---|---|
| PLAINTIFF | DEFENDANT | CASE # |
| | | SUMMONS/AMENDED COMPLAINT |
| | | TYPE OF WRIT |
| CIRCUIT | HILLSBOROUGH | 121363 | $20.00 | MW |
| COURT | COUNTY | RECEIPT | DEPOSIT | |

POPP, BRIAN, 430 MOSSWOOD BLVD., INDIALANTIC, FL 32903
SERVE

ALLEY, CLARK AND GREIWE
ATTORNEYS AT LAW
701 EAST WASHINGTON STREET
POST OFFICE BOX 3127
TAMPA, FL 33601

ATTORNEY

**20 DAY SUMMONS**

## SHERIFF'S RETURN OF SERVICE

Received this Writ at 11:00 A.M. on the 24 day of OCTOBER A.D. 20 2006, and served the same on POPP, BRIAN

(Corporation-Individual) the within named (Defendant or Garnishee-Witness) at 1047A M. on the 18 day of November A.D. 20 06 in Brevard County, Florida.

X **INDIVIDUAL** By delivering a true copy of this Writ together with a copy of the initial pleading with the date and hour of service endorsed thereon by me, to: Brian Popp

___ **SUBSTITUTE** By leaving a true copy of this Writ together with a copy of the initial pleading with the date and hour of service endorsed thereon by me at the within named _____ (at his/her) usual place of abode with a person residing therein who is fifteen (15) years of age or older, to-wit: _____ and informing said person of their contents.

___ **CORPORATE** By delivering a true copy of this Writ together with the initial pleading with the date and hour of service endorsed thereon by me
___ To: _____ as _____ of the within named corporation in the absence of any higher ranking officer as defined in F.S. 48.081(1).
___ To: _____ as registered agent of the within named corporation according to F.S. 48.081(3).
___ To: _____ as an employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply with F.S. 48.091.

___ **POSTED RESIDENTIAL** By attaching a true copy of this Writ with the date and hour of service endorsed thereon by me together with a copy of the complaint or petition, to a conspicuous place on the property described within to-wit: _____ after making two (2) attempts not less than six (6) hours apart in that the tenant could not be found and there was no person residing therein, fifteen (15) years of age or older upon whom service could be made.

___ **NOT FOUND** By returning said writ unserved for the reason that after diligent search and inquiry the named person, to wit: _____ could not be found in Brevard County, Florida.

___ **OTHER SERVICE** _____

Comments By Deputy: 10/31/06 1137A NH L/C   11/4/06 1211p NH
11/17/06 1239p NH

| 01 | CIVIL COSTS PER BUDGET SYSTEM | $20.00 | 02 | | |
|---|---|---|---|---|---|
| SERVICE | | $0.00 | | | J. R. (JACK) PARKER, SHERIFF |
| LEVY | | $20.00 | 292636 | | BREVARD COUNTY, FLORIDA |
| TOTAL$ | | $0.00 | | BY: _Bendy Cee_ | |
| REFUND$ | | | ORIGINAL | S-Co-110n 323 | |

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

LYNDA JOHNSON, surviving spouse and
Personal Representative for the ESTATE OF
SAMUEL O. McMULLIN,

      Plaintiff,

vs.

Case No.: 06-CA-8485
Division: G

MERCK & CO., INC., HEIDI ANN ALLWOOD,
RUSSELL BRAGG, KELLY CALLAHAN,
CHARLES CANUPP, DARLENE CHAPMAN,
DANIEL DONOVAN, HEATHER EDWARDS,
JENNIFER FAVATA GARCIA, JONATHON
GLEASON, LISA GONZALEZ, YVETTE HILMS,
JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE,
LISA MILLAR, AMY MOORE, GENA E. ORTEGA,
RICARDO ORTEGA, JEFFREY NORRIS,
ROBERT POLO, BRIAN POPP, SHARON RICE,
DANIEL RING, AMY ROWE, HOPE ROYSTUN,
TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR.,
KELLY TOULSON DELLAPORTA, and
MARK WAGNER,

      Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Amended Complaint in the above styled cause upon the Defendant(s)

        Brian Popp
        430 Mosswood Blvd.
        Indiaatlantic, FL 32903

    Each Defendant is hereby required to serve written defenses to said Amended Complaint or petition on Plaintiff's attorney, whose name and address is

> BRENDA S. FULMER, Esq. (FBN: 999891)
> C. TODD ALLEY, Esq. (FBN: 321788)
> JAMES D. CLARK, Esq. (FBN: 191311)
> DON GREIWE, Esq. (FBN: 218911)
> ALLEY, CLARK, GREIWE & FULMER
> 701 E. Washington Street
> P.O. Box 3127
> Tampa, FL 33601-3127
> Telephone: (813) 222-0977
> Fax: (813) 224-0373
> Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on  SEP 2 0 2006 , 2006.

(Court Seal)

Clerk of the Circuit Court

By: David Anderson
Deputy Clerk

2