UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-cv-177

LYNDA JOHNSON, surviving spouse and
Personal Representative for the ESTATE OF
SAMUEL O. McMULLIN,

     Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
G.D. SEARLE LLC (f/k/a G.D. SEARLE & CO.),
MONSANTO COMPANY, HEIDI ANN ALLWOOD,
RUSSELL BRAGG, KELLY CALLAHAN,
CHARLES CANUPP, DARLENE CHAPMAN,
DANIEL DONOVAN, HEATHER EDWARDS,
JENNIFER FAVATA GARCIA, JONATHON
GLEASON, LISA GONZALEZ, YVETTE HILMS,
JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE,
LISA MILLAR, AMY MOORE, GENA E. ORTEGA,
RICARDO ORTEGA, JEFFREY NORRIS,
ROBERT POLO, BRIAN POPP, SHARON RICE,
DANIEL RING, AMY ROWE, HOPE ROYSTUN,
TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR.,
KELLY TOULSON DELLAPORTA, and
MARK WAGNER,

     Defendants.                                                    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, LYNDA JOHNSON, surviving spouse and Personal Representative for the

ESTATE OF SAMUEL O. McMULLIN, by and through her undersigned counsel, hereby files

the copy of an Affidavit of Service evidencing service upon Defendant, JOHN KILKELLY, on November 21, 2006.

Dated this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
bfulmer@tampatriallawyers.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509

*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

McMullin

## RETURN OF SERVICE          Receipt Number: 0028762-06

PERSON TO BE SERVED: JOHN KILKELLY

CORP/DBA:
ADDRESS: 138 SUNLIT COVE
ST. PETE

PLAINTIFF: LYNDA JOHNSON, ETC.
-VS-
DEFENDANT: MERCK & CO., INC., ET AL

CASE #: 06CA8485     COURT: Circuit Hillsborough     COURT DATE:
TYPE WRIT: SUMMONS/AMENDED COMPLAINT

ALLEY, CLARK, GREIWE & FULMER
BRENDA S. FULMER, ESQ.
PO BOX 3127
TAMPA, FL 33601-3127

PLAINTIFF/ATTORNEY:

Received the above-named writ on November 21, 2006 at 10:19 AM and served the same at 7:25 AM on November 28, 2006 in PINELLAS County, Florida, as follows:

### INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed theron by me, to: JOHN KILKELLY

SERVED AT 8839 GLEN LAKES BLVD NORTH, ST PETERSBURG

JIM COATS, SHERIFF
PINELLAS COUNTY, FLORIDA

BY: DANIEL J. WEBER
DEPUTY SHERIFF
CIVIL COSTS

DB     FEE: $ 20.00     TOTAL DEPOSIT: $  20.00

RECEIVED
PINELLAS COUNTY
SHERIFF'S OFFICE
JUDICIAL OPERATIONS
2006 NOV 21  AM 10: 19

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

LYNDA JOHNSON, surviving spouse and
Personal Representative for the ESTATE OF
SAMUEL O. McMULLIN,

    Plaintiff,

vs.

MERCK & CO., INC., HEIDI ANN ALLWOOD,
RUSSELL BRAGG, KELLY CALLAHAN,
CHARLES CANUPP, DARLENE CHAPMAN,
DANIEL DONOVAN, HEATHER EDWARDS,
JENNIFER FAVATA GARCIA, JONATHON
GLEASON, LISA GONZALEZ, YVETTE HILMS,
JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE,
LISA MILLAR, AMY MOORE, GENA E. ORTEGA,
RICARDO ORTEGA, JEFFREY NORRIS,
ROBERT POLO, BRIAN POPP, SHARON RICE,
DANIEL RING, AMY ROWE, HOPE ROYSTUN,
TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR.,
KELLY TOULSON DELLAPORTA, and
MARK WAGNER,

    Defendants.

_____/

01 001 026280   $20.00   112106
Receipt  028762   NON/ENF

Case No.: 06-CA-8485
Division: G

### SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Amended Complaint in the above styled cause upon the Defendant(s)

        **John Kilkelly**
        **138 Sunlit Cove**
        **St. Petersburg, FL 33702**

    Each Defendant is hereby required to serve written defenses to said Amended Complaint or petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on _____SEP 2 0 2006_____, 2006.

(Court Seal)

Clerk of the Circuit Court

By: _David Anderson_
Deputy Clerk

2

**RETURN OF SERVICE**       Receipt Number: 0028762-06

PERSON TO BE SERVED: JOHN KILKELLY

CORP/DBA:
ADDRESS: 138 SUNLIT COVE
ST. PETE

PLAINTIFF: LYNDA JOHNSON, ETC.
-VS-
DEFENDANT: MERCK & CO., INC., ET AL
CASE #: 06CA8485        COURT: Circuit Hillsborough        COURT DATE:
TYPE WRIT: SUMMONS/AMENDED COMPLAINT

ALLEY, CLARK, GREIWE & FULMER
BRENDA S. FULMER, ESQ.
PO BOX 3127
TAMPA, FL 33601-3127
PLAINTIFF/ATTORNEY:

Received the above-named writ on November 21, 2006 at 10:19 AM and served the same at 7:25 AM on November 28, 2006 in PINELLAS County, Florida, as follows:

**INDIVIDUAL**

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed theron by me, to: JOHN KILKELLY

SERVED AT 8839 GLEN LAKES BLVD NORTH, ST PETERSBURG

JIM COATS, SHERIFF
PINELLAS COUNTY, FLORIDA

BY: DANIEL J. WEBER

DEPUTY SHERIFF
CIVIL COSTS

DB        FEE: $ 20.00        TOTAL DEPOSIT: $    20.00