UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-cv-177

LYNDA JOHNSON, surviving spouse and
Personal Representative for the ESTATE OF
SAMUEL O. McMULLIN,

   Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
G.D. SEARLE LLC (f/k/a G.D. SEARLE & CO.),
MONSANTO COMPANY, HEIDI ANN ALLWOOD,
RUSSELL BRAGG, KELLY CALLAHAN,
CHARLES CANUPP, DARLENE CHAPMAN,
DANIEL DONOVAN, HEATHER EDWARDS,
JENNIFER FAVATA GARCIA, JONATHON
GLEASON, LISA GONZALEZ, YVETTE HILMS,
JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE,
LISA MILLAR, AMY MOORE, GENA E. ORTEGA,
RICARDO ORTEGA, JEFFREY NORRIS,
ROBERT POLO, BRIAN POPP, SHARON RICE,
DANIEL RING, AMY ROWE, HOPE ROYSTUN,
TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR.,
KELLY TOULSON DELLAPORTA, and
MARK WAGNER,

   Defendants.   /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, LYNDA JOHNSON, surviving spouse and Personal Representative for the ESTATE OF SAMUEL O. McMULLIN, by and through her undersigned counsel, hereby files

the copy of an Affidavit of Service evidencing service upon Defendant, HEIDI ALLWOOD, on October 27, 2006.

Dated this 16th day of February, 2007.

By: ___/s/ Brenda S. Fulmer___
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
bfulmer@tampatriallawyers.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: ___/s/ Brenda S. Fulmer___
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509

*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

McMullin

10/24/06   11005418   Deputy: 10001656   Zone: 2
Case No:06-CA-8485   State: FL   County No:58   Control No: 6103427

LYNDA JOHNSON SURVIVING SPOUSE AND vs. MERCK & CO INC HEIDI ANN ALLWOOD RUSSELL BRAGG
PERSONAL
SUMMONS

Serve To: ALLWOOD, HEIDI ANN
8978 FOUNDERS CIR
PALMETTO FL

BUFFALLO RD   LITTLE Bookworms Returnable: Cross from Hospital
8111 Lakewood Main St. #103

Depositor: ALLEY CLARK GREIWE & FULMER
701 E WASHINGTON ST
PO BOX 3127
TAMPA, FL 33601-3127

Deposit: $20.00 Receipt: 1590
..Charge: $20.00-

RECEIVED THIS PROCESS ON   10/23/06 AT   12:02 PM   AND (SERVED)/UNEXECUTED THE SAME AT  10:15 AM
ON 10/27/06  , IN MANATEE COUNTY, FLORIDA.

✓ INDIVIDUAL/PERSONAL SERVICE: BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED TO THE WITHIN NAMED PERSON A COPY OF THE COMPLAINT, PETITION OR OTHER INITIAL PLEADING OR PAPER.

___SUBSTITUTE: BY LEAVING A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND A COPY OF THE COMPLAINT, PETITION OR OTHER INITIAL PLEADING OR PAPER, AT THE WITHIN NAMED PERSON'S PLACE OF ABODE WITH ANY PERSON RESIDING THEREIN WHO IS 15 YEARS OF AGE OR OLDER AND INFORMING THE PERSON OF THEIR CONTENTS. SERVED: (_____) DOB:(_____) RELATIONSHIP:(_____)

___CORPORATE: BY DELIVERING A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND A COPY OF THE COMPLAINT, PETITION OR OTHER INITIAL PLEADING OR PAPER TO: (_____) IN THEIR REPRESENTATIVE CAPACITY AS: (_____) OF (_____) A CORPORATION, OR PURSUANT TO F.S.S. 48.081, IN THE ABSENCE OF THE PRESIDENT, VICE PRESIDENT, OTHER HEAD OF THE CORPORATION, CASHIER, TREASURER,

___POSTED: BY ATTACHING A COPY OF THIS PROCESS, TOGETHER WITH A COPY OF THE COMPLAINT OR PETITION IN A CONSPICUOUS PLACE ON THE PROPERTY DESCRIBED WITHIN. THE WITHIN NAMED TENANT COULD NOT BE FOUND AND THERE WAS NO PERSON OF THE TENANT'S FAMILY OVER 15 YEARS OF AGE AT THE USUAL PLACE OF ABODE IN MANATEE COUNTY, FLORIDA, UPON WHOM SERVICE COULD BE MADE.

___GOVERNMENT SERVICE: BY DELIVERING A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND A COPY OF THE COMPLAINT,   PETITION, OR OTHER INITIAL PLEADING OR PAPER TO: (_____) AS (_____) OF THE WITHIN NAMED AGENCY, TO-WIT: (_____). SERVICE ON THE PRESIDENT, MAYOR, OR CHAIRMAN, OR OTHER HEAD THEREOF, AND IN HIS ABSENCE; ON THE VICE PRESIDENT, VICE MAYOR, OR VICE CHAIRMAN, OR IN THE ABSENCE OF ALL OF THE ABOVE; ON ANY MEMBER OF THE GOVERNING BOARD, COUNCIL, OR COMMISSION, AS DEFINED IN F.S.S. 48.111.

___NON-SERVICE: THIS PROCESS IS HEREBY RETURNED UNEXECUTED, AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND: (_____)

___OTHER: (_____)

___ACCEPT: I HEREBY ACCEPT A TRUE COPY OF THIS PROCESS, IN MANATEE COUNTY, FLORIDA, PURSUANT TO THE PROVISIONS OF F.S.S. 48.031 (4).

10-25-06  1002 A /000/1656 CARD

10/26/06 Call Back Subject work till After 6pm may serve at work "Little Bookworms"
8111 Lakewood Main St. #103
Lakewood Ranch

CHARLES B. WELLS, SHERIFF
MANATEE COUNTY, FLORIDA   /601434

10/24/06   Page 1 of 1   BY: _____ D.S

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

LYNDA JOHNSON, surviving spouse and
Personal Representative for the ESTATE OF
SAMUEL O. McMULLIN,

    Plaintiff,

vs.

MERCK & CO., INC., HEIDI ANN ALLWOOD,
RUSSELL BRAGG, KELLY CALLAHAN,
CHARLES CANUPP, DARLENE CHAPMAN,
DANIEL DONOVAN, HEATHER EDWARDS,
JENNIFER FAVATA GARCIA, JONATHON
GLEASON, LISA GONZALEZ, YVETTE HILMS,
JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE,
LISA MILLAR, AMY MOORE, GENA E. ORTEGA,
RICARDO ORTEGA, JEFFREY NORRIS,
ROBERT POLO, BRIAN POPP, SHARON RICE,
DANIEL RING, AMY ROWE, HOPE ROYSTUN,
TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR.,
KELLY TOULSON DELLAPORTA, and
MARK WAGNER,

    Defendants.

Case No.: 06-CA-8485
Division: G

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Amended Complaint in the above styled cause upon the Defendant(s)

        Heidi Ann Allwood
        8978 Founders Circle
        Palmetto, FL 34221

    Each Defendant is hereby required to serve written defenses to said Amended Complaint or petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on ____SEP 2 0 2006____, 2006.

(Court Seal)

Clerk of the Circuit Court

By: _David Anderson_
Deputy Clerk

2

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

October 18, 2006

Manatee County Sheriff
Attn: Civil Process
515 11th Street W.
Bradenton, FL 34205

    RE:    McMullin v. Merck

Dear Sirs:

Enclosed is my firm's check in the amount of $20.00 for service of the enclosed summons in the above-referenced case.

If you have any questions regarding this matter, please contact my assistant, Jenny Dixon, at 1-800-840-0977.

Sincerely yours,

*Brenda A. Fulmer*

Brenda S. Fulmer

BSF/jld

Enclosures