**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-cv-177

LYNDA JOHNSON, surviving spouse and Personal Representative for the ESTATE OF SAMUEL O. McMULLIN,

Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC (f/k/a G.D. SEARLE & CO.), MONSANTO COMPANY, HEIDI ANN ALLWOOD, RUSSELL BRAGG, KELLY CALLAHAN, CHARLES CANUPP, DARLENE CHAPMAN, DANIEL DONOVAN, HEATHER EDWARDS, JENNIFER FAVATA GARCIA, JONATHON GLEASON, LISA GONZALEZ, YVETTE HILMS, JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE, LISA MILLAR, AMY MOORE, GENA E. ORTEGA, RICARDO ORTEGA, JEFFREY NORRIS, ROBERT POLO, BRIAN POPP, SHARON RICE, DANIEL RING, AMY ROWE, HOPE ROYSTUN, TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR., KELLY TOULSON DELLAPORTA, and MARK WAGNER,

Defendants. /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, LYNDA JOHNSON, surviving spouse and Personal Representative for the ESTATE OF SAMUEL O. McMULLIN, by and through her undersigned counsel, hereby files

the copy of an Affidavit of Service evidencing service upon Defendant, HEATHER EDWARDS, on October 30, 2006.

Dated this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email:* Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509

*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

McMullin

RETURN OF SERVICE

RECEIPT NUMBER: 0001473-06

PERSON TO BE SERVED:

HEATHER EDWARDS
636 E NOBLE AVE
WILLISTON

PLAINTIFF: LYNDA JOHNSON FOR THE ESTATE OF SAMUEL O MCMULLEN
-VS-
DEFENDANT: MERCK & CO., INC, HEIDI ANN ALLWOOD, ET AL

TYPE WRIT: SUMMONS/AMENDED COMPLAINT

COURT: CIRCUIT/HILLSBOROUGH
CASE #: 06-CA-8485

COURT DATE:
COURT TIME:

Received the above-named writ on October 30, 2006, at 9:49 AM, and served the same on November 6, 2006, at 11:46 AM, in LEVY County, Florida, as follows:

SUBSTITUTE - SERVICE ON DEFENDANT'S SPOUSE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to the defendant's spouse, to-wit:
JEFF PHILLIPS,after the provisions as set forth in Chapter 48.031(2)(a), Florida Statutes have been met.

SERVICE COST: $20.00
DB, CIVIL CLERK

JOHNNY M. SMITH, JR., SHERIFF
LEVY COUNTY, FLORIDA

MAIL TO:

BY: KC Greenlee B263
K.C. GREENLEE, B-263, D.S.

ALLEY, CLARK, GREIWE & FU
701 E WASHINGTON ST
TAMPA, FL 33602

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA**

LYNDA JOHNSON, surviving spouse and Personal Representative for the ESTATE OF SAMUEL O. McMULLIN,

Plaintiff,

Case No.: 06-CA-8485
Division: G

vs.

MERCK & CO., INC., HEIDI ANN ALLWOOD, RUSSELL BRAGG, KELLY CALLAHAN, CHARLES CANUPP, DARLENE CHAPMAN, DANIEL DONOVAN, HEATHER EDWARDS, JENNIFER FAVATA GARCIA, JONATHON GLEASON, LISA GONZALEZ, YVETTE HILMS, JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE, LISA MILLAR, AMY MOORE, GENA E. ORTEGA, RICARDO ORTEGA, JEFFREY NORRIS, ROBERT POLO, BRIAN POPP, SHARON RICE, DANIEL RING, AMY ROWE, HOPE ROYSTUN, TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR., KELLY TOULSON DELLAPORTA, and MARK WAGNER,

Defendants.

JOHNNY SMITH
SHERIFF LEVY CO. FLA.
06 OCT 30 AM 10: 47

______________________________________/

**SUMMONS**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Amended Complaint in the above styled cause upon the Defendant(s)

Heather Edwards
636 E. Noble Ave.
Williston, FL 32696

Each Defendant is hereby required to serve written defenses to said Amended Complaint or petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on SEP 2 0 2006, 2006.

(Court Seal)




Clerk of the Circuit Court

By: David Anderson
Deputy Clerk