UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-cv-177

LYNDA JOHNSON, surviving spouse and
Personal Representative for the ESTATE OF
SAMUEL O. McMULLIN,

    Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
G.D. SEARLE LLC (f/k/a G.D. SEARLE & CO.),
MONSANTO COMPANY, HEIDI ANN ALLWOOD,
RUSSELL BRAGG, KELLY CALLAHAN,
CHARLES CANUPP, DARLENE CHAPMAN,
DANIEL DONOVAN, HEATHER EDWARDS,
JENNIFER FAVATA GARCIA, JONATHON
GLEASON, LISA GONZALEZ, YVETTE HILMS,
JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE,
LISA MILLAR, AMY MOORE, GENA E. ORTEGA,
RICARDO ORTEGA, JEFFREY NORRIS,
ROBERT POLO, BRIAN POPP, SHARON RICE,
DANIEL RING, AMY ROWE, HOPE ROYSTUN,
TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR.,
KELLY TOULSON DELLAPORTA, and
MARK WAGNER,

    Defendants.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, LYNDA JOHNSON, surviving spouse and Personal Representative for the ESTATE OF SAMUEL O. McMULLIN, by and through her undersigned counsel, hereby files

the copy of an Affidavit of Service evidencing service upon Defendant, YVETTE HILMS, on October 25, 2006.

Dated this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509

*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

McMullin

## Sheriff's Department - Lee County

HILLSBOROUGH County                                    Case Number  06CA8485

LYNDA JOHNSON ET AL      Plaintiff vs. Defendant      MERCK & CO INC ET AL

**SERVE**
YVETTE HILMS

11765 PINE TIMBER LANE

FT MYERS FL 33913

SUMMONS-LAW SUIT
COMPLAINT

Fee: $            $20.00
Attorney
ALLEY CLARK GREIWE & FULMER
P O BOX 3127
ATTN BRENDA S FULMER ESQ
TAMP FL 33601-3127

Received this process on the ___24 day of October 2006 at 09:41 AM___ and posted/served/non served the same on

___Yvette Hilms___, the within named (Respondent, Garnishee, Defendant, Witness)

___730___ m. on the ___25___ day of ___Oct___ 200 _6_, in Lee County, Florida.

### INDIVIDUAL SERVICE

__0__ By delivering to the within named (Respondent-Garnishee-Defendant-Witness) a true copy of this process with the date and hour of service endorsed thereon by me, and at the same time I delivered to the within named (Respondant-Garnishee-Defendant-Witness) a copy of Plaintiff's initial pleading as furnished by the Plaintiff-petitioner.

### SUBSTITUTE SERVICE

_____ By leaving a true copy with a member of the household then and there residing above the age of 15 years to wit: _____ and informing such person of contents thereof.

### CORPORATE SERVICE

_____ By delivering a true copy of the process with the date and hour endorsed thereon by me and copy of Plaintiff's initial pleading as furnished by the Plaintiff to _____ as _____ of said Corporation in the absence of any superior officer as defined in F.S. 48.081 or 48.091.

### POSTING

_____ By attaching a true copy of this process with date and hour of service endorsed thereon by me, together with a copy of the Complaint or Petition to a conspicuous place on the property described within. The above named (Tenant-Defendant) could not be found, and there was no person at the (Tenant's-Defendant's) usual place of abode _____ in Lee County, Florida, above the age of 15 years upon whom service could be made.

Comments: _____

Executed on __10-25-06__  Non-executed on _____ for above stated reason.

Attempts made for Service

Date: _____ Time: _____
Date: _____ Time: _____
Date: _____ Time: _____

MIKE SCOTT, SHERIFF
LEE COUNTY, FLORIDA
By _____
Deputy Sheriff I.D.# __0200__  Berry

## Sheriff's Department - Lee County

| | | |
|---|---|---|
| HILLSBOROUGH County | | Case Number  **06CA8485** |
| LYNDA JOHNSON ET AL | Plaintiff vs. Defendant | MERCK & CO INC ET AL |

SERVE
YVETTE HILMS

11765 PINE TIMBER LANE

FT MYERS FL 33913

SUMMONS-LAW SUIT
COMPLAINT

Fee: $                $20.00

Attorney
ALLEY CLARK GREIWE & FULMER
P O BOX 3127
ATTN BRENDA S FULMER ESQ
TAMP FL 33601-3127

Received this process on the __24 day of October 2006 at 09:41 AM__ and posted/served/non served the same on __YVETTE HILMS__, the within named (Respondent, Garnishee, Defendant, Witness) __730__ m. on the __25__ day of __OCT__ 200 __6__, in Lee County, Florida.

### INDIVIDUAL SERVICE

__(✓)__ By delivering to the within named (Respondent-Garnishee-Defendant-Witness) a true copy of this process with the date and hour of service endorsed thereon by me, and at the same time I delivered to the within named (Respondent-Garnishee-Defendant-Witness) a copy of Plaintiff's initial pleading as furnished by the Plaintiff-petitioner.

### SUBSTITUTE SERVICE

_____ By leaving a true copy with a member of the household then and there residing above the age of 15 years to wit _____ and informing such person of contents thereof.

### CORPORATE SERVICE

_____ By delivering a true copy of the process with the date and hour endorsed thereon by me and copy of Plaintiff's initial pleading as furnished by the Plaintiff to _____ as _____ of said Corporation in the absence of any superior officer as defined in F.S. 48.081 or 48.091.

### POSTING

_____ By attaching a true copy of this process with date and hour of service endorsed thereon by me, together with a copy of the Complaint or Petition to a conspicuous place on the property described within. The above named (Tenant-Defendant) could not be found, and there was no person at the (Tenant's-Defendant's) usual place of abode _____ in Lee County, Florida, above the age of 15 years upon whom service could be made.

Comments: _____

Executed on __10-25-06__   Non-executed on _____ for above stated reason.

Attempts made for Service

| Date: | Time: | MIKE SCOTT, SHERIFF |
|---|---|---|
| Date: | Time: | LEE COUNTY, FLORIDA |
| Date: | Time: | By Dep _____ |
| | | Deputy Sheriff I.D.# __0206__ |




## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

LYNDA JOHNSON, surviving spouse and
Personal Representative for the ESTATE OF
SAMUEL O. McMULLIN,

    Plaintiff,

vs.

MERCK & CO., INC., HEIDI ANN ALLWOOD,
RUSSELL BRAGG, KELLY CALLAHAN,
CHARLES CANUPP, DARLENE CHAPMAN,
DANIEL DONOVAN, HEATHER EDWARDS,
JENNIFER FAVATA GARCIA, JONATHON
GLEASON, LISA GONZALEZ, YVETTE HILMS,
JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE,
LISA MILLAR, AMY MOORE, GENA E. ORTEGA,
RICARDO ORTEGA, JEFFREY NORRIS,
ROBERT POLO, BRIAN POPP, SHARON RICE,
DANIEL RING, AMY ROWE, HOPE ROYSTUN,
TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR.,
KELLY TOULSON DELLAPORTA, and
MARK WAGNER,

    Defendants.
_____/

Case No.: 06-CA-8485
Division: G

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Amended Complaint in the above styled cause upon the Defendant(s)

                  Yvette Hilms
                  11765 Pine Timber Lane
                  Ft. Myers, FL 33913

    Each Defendant is hereby required to serve written defenses to said Amended Complaint or petition on Plaintiff's attorney, whose name and address is

BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on ___SEP 2 0 2006___, 2006.

(Court Seal)

Clerk of the Circuit Court

By: _David Anderson_
Deputy Clerk

# Alley • Clark • Greiwe • Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

October 18, 2006

Lee County Sheriff
Attn: Civil Process
14750 Six Mile Cypress Pkwy.
Ft. Myers, FL 33912

RE:   McMullin v. Merck

Dear Sirs:

Enclosed is my firm's check in the amount of $20.00 for service of the enclosed summons in the above-referenced case.

If you have any questions regarding this matter, please contact my assistant, Jenny Dixon, at 1-800-840-0977.

Sincerely yours,

Brenda S. Fulmer

BSF/jld

Enclosures