# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

LYNDA JOHNSON, surviving spouse and
Personal Representative for the ESTATE OF
SAMUEL O. McMULLIN,

        Plaintiff,

vs.

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
G.D. SEARLE LLC (f/k/a G.D. SEARLE & CO.),
MONSANTO COMPANY, HEIDI ANN ALLWOOD,
RUSSELL BRAGG, KELLY CALLAHAN,
CHARLES CANUPP, DARLENE CHAPMAN,
DANIEL DONOVAN, HEATHER EDWARDS,
JENNIFER FAVATA GARCIA, JONATHON
GLEASON, LISA GONZALEZ, YVETTE HILMS,
JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE,
LISA MILLAR, AMY MOORE, GENA E. ORTEGA,
RICARDO ORTEGA, JEFFREY NORRIS,
ROBERT POLO, BRIAN POPP, SHARON RICE,
DANIEL RING, AMY ROWE, HOPE ROYSTUN,
TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR.,
KELLY TOULSON DELLAPORTA, and
MARK WAGNER,

           Defendants.                  /

MDL No.: 1657

SECTION: L

Civil Action No. 2:07-cv-177

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, LYNDA JOHNSON, surviving spouse and Personal Representative for the

ESTATE OF SAMUEL O. McMULLIN, by and through her undersigned counsel, hereby files

the copy of an Affidavit of Service evidencing service upon Defendant, CHARLES CANUPP,

on October 25, 2006.

Dated this 16th day of February, 2007.

By: ____ /s/ Brenda S. Fulmer _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service

has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-

mail and upon all parties by electronically uploading the same to LexisNexis File & Serve

Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF system which

will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657

on this 16th day of February, 2007.

By: ____ /s/ Brenda S. Fulmer _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509

*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# Affidavit of Process Server

*13th Judicial Circuit Court  Hillsborough Co. Florida*
_____(NAME OF COURT)_____

*Lynda Johnson, Personal Rep for*          *Charles Canupp*
*Estate of Samuel O. McMullin +*                                          *06-CA-8485*
*Surviving Spouse* _____ VS _____
PLAINTIFF/PETITIONER                              DEFENDANT/RESPONDENT          CASE #

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:**  I served  *Charles Canupp*
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  *Summons & Complaint*

by serving  *Charles Canupp*
NAME                                                                          RELATIONSHIP

at ☑ Home  *1802 Grey Pointe Dr. Brentwood Tn 37027*
☐ Business
on  *10-25-06*          at  *655 Am*
DATE                                                  TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY                              STATE

**Manner of Service:** ☑ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address          ☐ Evading                              ☐ Moved, Left no Forwarding          ☐ Other:
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:**  Service was attempted on: ( )  _____  , ( )  _____
DATE         TIME                              DATE         TIME

( )  _____  , ( )  _____
DATE         TIME                              DATE         TIME

Description  Age:         Sex:         Race:         Hgt:         Wgt:         Hair:         Glasses

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

*10-25-06*  at  Nashville , Tennessee          *Larry Wozencraft*
DATE              CITY              STATE                        _____
SIGNATURE OF PROCESS SERVER

State of Tennessee
County of Davidson

subscribed and sworn before me, a notary public, this  *25*  day of  *October 2006*

WITNESS MY HAND AND OFFICIAL SEAL TO

*Margaret Gilchrist*
NOTARY PUBLIC

[SEAL: MARGARET GILCHRIST — STATE OF TENNESSEE NOTARY PUBLIC — DAVIDSON COUNTY]

My Commission Expires Nov. 24, 2007

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA**

LYNDA JOHNSON, surviving spouse and
Personal Representative for the ESTATE OF
SAMUEL O. McMULLIN,

      Plaintiff,

vs.

MERCK & CO., INC., HEIDI ANN ALLWOOD,
RUSSELL BRAGG, KELLY CALLAHAN,
CHARLES CANUPP, DARLENE CHAPMAN,
DANIEL DONOVAN, HEATHER EDWARDS,
JENNIFER FAVATA GARCIA, JONATHON
GLEASON, LISA GONZALEZ, YVETTE HILMS,
JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE,
LISA MILLAR, AMY MOORE, GENA E. ORTEGA,
RICARDO ORTEGA, JEFFREY NORRIS,
ROBERT POLO, BRIAN POPP, SHARON RICE,
DANIEL RING, AMY ROWE, HOPE ROYSTUN,
TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR.,
KELLY TOULSON DELLAPORTA, and
MARK WAGNER,

      Defendants.

Case No.: 06-CA-8485
Division: G

_____/

**SUMMONS**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Amended
Complaint in the above styled cause upon the Defendant(s)

      Charles Canupp
      1802 Grey Pointe Drive
      Brentwood, TN 37027

      Each Defendant is hereby required to serve written defenses to said Amended Complaint or
petition on Plaintiff's attorney, whose name and address is

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Telephone: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on ___SEP 2 0 2006___, 2006.

(Court Seal)

Clerk of the Circuit Court

By: _David Anderson_
Deputy Clerk



LEGAL EAGLES PROCESS SERVICE

Please Reference
This Number
With Payment

ORDER #: _G 10 40_          DATE: _10-25-06_

CLIENT/LAW OFFICE: _A-C-G-F; Jenny Dixon_

STYLE OF CASE/REFERENCE: _McMullin v. Merck_

DATE RECEIVED: _____          DATE SERVED: _10-25-06_

SERVICE OF PROCESS FEE(S)/RUSH (YES/NO)

_Charles Canupp_
_1802 Grey Pointe Dr._
_Brentwood Tn 37027_

MILEAGE RATE (40 CENTS PER MILE): _____

COMMENTS: _____

TOTAL AMOUNT DUE: _58.—_

*Thanks for using Legal Eagles!*

800-929-1285 or 615-781-3730
fax: 615-781-6856
cell: 615-337-5333

Legal Eagles Process Services
P. O. Box 1865
Antioch, TN 37011
**Overnight Deliveries**
4750 McBride Road
Antioch, TN 37013