UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:07-cv-177

LYNDA JOHNSON, surviving spouse and
Personal Representative for the ESTATE OF
SAMUEL O. McMULLIN,

    Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
G.D. SEARLE LLC (f/k/a G.D. SEARLE & CO.),
MONSANTO COMPANY, HEIDI ANN ALLWOOD,
RUSSELL BRAGG, KELLY CALLAHAN,
CHARLES CANUPP, DARLENE CHAPMAN,
DANIEL DONOVAN, HEATHER EDWARDS,
JENNIFER FAVATA GARCIA, JONATHON
GLEASON, LISA GONZALEZ, YVETTE HILMS,
JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE,
LISA MILLAR, AMY MOORE, GENA E. ORTEGA,
RICARDO ORTEGA, JEFFREY NORRIS,
ROBERT POLO, BRIAN POPP, SHARON RICE,
DANIEL RING, AMY ROWE, HOPE ROYSTUN,
TEQUILLA TAYLOR, EDWARD S. TAYLOR, JR.,
KELLY TOULSON DELLAPORTA, and
MARK WAGNER,

    Defendants.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, LYNDA JOHNSON, surviving spouse and Personal Representative for the ESTATE OF SAMUEL O. McMULLIN, by and through her undersigned counsel, hereby files

the copy of an Affidavit of Service evidencing service upon Defendant, JENNIFER FAVATA GARCIA, on October 23, 2006.

Dated this 16th day of February, 2007.

By: ___/s/ Brenda S. Fulmer___
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Affidavit of Service has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of February, 2007.

By: ___/s/ Brenda S. Fulmer___
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509

*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

## AFFIDAVIT OF SERVICE

McMullin

| State of FLORIDA | County of HILLSBOROUGH | Circuit Court |

Case Number: 06-CA-8485 DIV G

Plaintiff:
**LYNDA JOHNSON, SURVIVING SPOUSE AND PERSONAL REPRESNTATIVE FOR THE ESTATE OF SAMUEL O. MCMULLIN**

vs.

Defendant:
**MERCK & CO., INC., HEIDI ANN ALLWOOD, RUSSELL BRAGG, KELLY CALLAHAN, CHARLES CANUPP, DARLENE CHAPMAN, DANIEL DONOVAN, HEATHER EDWARDS, JENNIFER FAVATA GARCIA, JONATHON GLEASON, LISA GONZALEZ, YVETTE HILMS, JOHN KILKELLY, ANTON LAK, JUNE V. MARCOTTE, LISA MILLAR, AMY MOORE, GENA E**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 18th day of October, 2006 at 2:56 pm to be served on **JENNIFER FAVATA GARCIA, 1724 WESTERLY DRIVE, BRANDON, FL 33511.**

I, NATHANIAL POWELL, being duly sworn, depose and say that on the **23rd day of October, 2006** at **4:31 pm, I:**

**PERSONALLY** served by delivering two true and correct copies of the **SUMMONS AND AMENDED COMPLAINT** and leaving the same with **NICK GARCIA** . That at the time and place set forth above, affiant duly-served the above described documents in the above-entitled matter upon **JENNIFER FAVATA GARCIA**, by then and there, at the residence and usual place of abode of said person(s), personally delivering a true and correct copy thereof to and leaving same with **NICK GARCIA** being a person of suitable age and discretion then resident therein.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 25th day of October, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
NATHANIAL POWELL
CPS02-4510244

**CHOICE PROCESS - TAMPA**
P.O. Box 1215
Tampa, FL  33601
(813) 229-1444

Our Job Serial Number: 2006005364