U. S. DISTRICT COURT
Eastern District of Louisiana

FILED FEB - 8 2007

LORETTA G. WHYTE
Clerk

Dear Judge    05 MDL 1657 c/w 06-5595 L(3)

I am unable to access the internet to review the Court rulings, due to me being incarcerated in the South Dakota State Penitentiary (S.D.S.P.). The S.D.S.P. is without a legal library or any form of legal assistance in this matter.

I have written  30 or more  letters asking attorneys to represent me in this matter and have not been able to find legal representation.

I suffered two heart attacks due to Vioxx and believe I have a right to a day in court. To have a case dismissed due to being unable to access the Court Rulings would be a miscarrage of justice. I know the court is not required to appoint counsel but may at the court discretion. In this case Judicial Economy would favor appointment of counsel.

(1)  The court must advise all Plaintiff's of the rulings made in a matter and also a chance to reply or appeal. Since I am without access to the internet due to the interference of the State, I would request a copy of all rulings or Orders of this court in this matter be sent to me and that I be given an extention of time to comply with said Orders.

(2)  The appointment of counsel would give Plaintiff access to all the rulings and reduce the risk of collateral litigation due to the lack of access to court.

I am asking this court to appoint counsel to allow me the opportunity to pursue this matter effectively and efficiently.

                                        Thank you
                                        Respectfully;

                                        Gerald Miller
                                        Gerald Miller  35867

                                        2-2-07
                                        Dated

                                        ___ Fee_____
                                        ___ Process___
                                        _X_ Dktd_____
                                        _X_ CtRmDep___
                                        ___ Doc. No.__

Derrell Mell 35867
South Dakota DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

FEB - 5 2007

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, La. 70130

70130/3999