IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation<br><br><br>THIS DOCUMENT RELATES TO:<br><br>Gladys Harrien – 2:06-cv-08361<br>Willaim Hazel – 2:06-cv-6007<br>Cynthia King – 2:06-cv-08360<br>Robert Seal – 2:06-cv-08363<br>Gary Wyman – 2:06-cv-08362 | ) MDL No. 1657<br>)<br>) Section: L<br>)<br>) Judge Fallon<br>)<br>) Magistrate Judge Knowles<br>)<br>)<br>)<br>) **[PROPOSED] Order Granting**<br>) **Motion to Withdraw Notices of**<br>) **Appearance** |

**THE COURT HEREBY ORDERS** that Notices of Appearance filed on February 7, 2007 in the following matters are hereby withdrawn:

> Gladys Harrien – 2:06-cv-08361
> Willaim Hazel – 2:06-cv-6007
> Cynthia King – 2:06-cv-08360
> Robert Seal – 2:06-cv-08363
> Gary Wyman – 2:06-cv-08362

DATED:     2/14/07                  _/s/ Eldon E. Fallon_
                                                            Honorable Eldon E. Fallon
                                                            U.S. District Judge