UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Robinson, et al. v. Merck & Co., Inc., et al.*, 07-385

## ORDER

IT IS ORDERED that the Plaintiffs' Motion to Remand (Rec. Doc. 10032) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this   15th   day of   February  , 2007.

_____
UNITED STATES DISTRICT JUDGE