## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX                                                )   MDL NO. 1657
         PRODUCTS LIABILITY LITIGATION     )
                                         )   SECTION:  L
                                         )
                                         )   JUDGE FALLON
                                         )

***THIS DOCUMENT RELATES TO:***
***Rodney Stevenson, Sr. and Barbara Stevenson vs. Merck & Co., Inc., No. 2:05-cv-3537***
***(previously 1:05-cv-1344 OHND USDC)***

## MOTION TO WITHDRAW AS COUNSEL

      Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in this matter.

Without breaching any privilege, Plaintiffs' counsel can only state that it is not in the best

interests of the clients that he remain as counsel.

      Until further notice, all future Notices, Orders, and Motions should be served directly to

the Plaintiffs, Rodney G. Stevenson, Sr. and Barbara Stevenson, 201 Talbot Drive, Bedford, OH

44146, Phone No. (440) 232-8954.

                                  Respectfully submitted,


                                  ***s/Stuart E. Scott 2-20-07***
                                  **STUART E. SCOTT (0064834)**
                                  **NICHOLAS A. DICELLO (0075745)**
                                  Counsel for Plaintiffs

OF COUNSEL:
**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio  44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing ***Motion To Withdraw As Counsel*** has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of February, 2007.

Philomena Dane, Esq.
Squire, Sanders & Dempsey L.L.P.
1300 Huntington Center
41 South High Street
Columbus, OH 43215-6197
(614) 365-2700
FAX: (614) 365-2499
pdane@ssd.com
***Counsel for Defendant***
***Merck & Co., Inc.***

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
504-581-4892
FAX: 504-561-6024
rherman@hhkc.com
***Plaintiff's Liaison Counsel***

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361
email: pwittmann@stonepigman.com
***Defendant's Liaison Counsel***

Rodney G. Stevenson, Sr.
Barbara Stevenson
201 Talbot Drive
Bedford, OH 44146
(440) 232-8954
***Plaintiffs***

_s/Stuart E. Scott 2-20-07_____
**STUART E. SCOTT (0064834)**
**NICHOLAS A. DICELLO (0075745)**
Counsel for Plaintiffs