# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>PRODUCTS LIABILITY LITIGATION | )  MDL NO. 1657<br>)<br>)  SECTION: L<br>)<br>)  JUDGE FALLON<br>) |

*THIS DOCUMENT RELATES TO:*
*Rodney Stevenson, Sr. and Barbara Stevenson vs. Merck & Co., Inc., No. 2:05-cv-3537*
*(previously 1:05-cv-1344 OHND USDC)*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_____          _____
Date                                                              United Stated District Judge