# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION | ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON |

*THIS DOCUMENT RELATES TO:*
*Oscar Williams and Nadine Williams vs. Merck & Co., Inc., No. 2:05-cv-3550*
*(previously 1:05CV1362 OHND USDC)*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_____    _____
Date                              United Stated District Judge