# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>             PRODUCTS LIABILITY LITIGATION | )  MDL NO. 1657<br>)<br>)  SECTION:  L<br>)<br>)  JUDGE FALLON<br>) |

*THIS DOCUMENT RELATES TO:*
*Vincent S. Zingale, Sr. vs. Merck & Co., Inc., No. 2:06-cv-09792*
*(previously 1:06CV2193 OHND USDC)*

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel respectfully moves for leave to withdraw as counsel in this matter. Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interests of the client that he remain as counsel.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Mr. Vincent S. Zingale, Sr., 8490 Ridge Road, North Royalton, OH  44133, Phone No. (440) 237-4827.

                Respectfully submitted,

                *s/Stuart E. Scott 2-20-07*
                **STUART E. SCOTT (0064834)**
                **NICHOLAS A. DICELLO (0075745)**
                Counsel for Plaintiff

OF COUNSEL:
**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio  44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing *Motion To Withdraw As Counsel* has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of February, 2007.

| | |
|---|---|
| Philomena Dane, Esq.<br>Squire, Sanders & Dempsey L.L.P.<br>1300 Huntington Center<br>41 South High Street<br>Columbus, OH  43215-6197<br>(614) 365-2700<br>FAX:  (614) 365-2499<br>pdane@ssd.com<br>***Counsel for Defendant***<br>***Merck & Co., Inc.*** | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>201 St. Charles Avenue, Suite 4310<br>New Orleans, LA  70170<br>504-581-4892<br>FAX:  504-561-6024<br>rherman@hhkc.com<br>***Plaintiff's Liaison Counsel*** |
| Phillip Wittmann<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, LA 70130<br>phone: 504-581-3200<br>fax: 504-581-3361<br>email: pwittmann@stonepigman.com<br>***Defendant's Liaison Counsel*** | Vincent S. Zingale, Sr.<br>8490 Ridge Road<br>North Royalton, OH  44133<br>(440) 237-4827<br>***Plaintiff*** |

             *s/Stuart E. Scott 2-20-07*
             **STUART E. SCOTT (0064834)**
             **NICHOLAS A. DICELLO (0075745)**
             Counsel for Plaintiff