# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX | )   MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) |
| | )   SECTION:  L |
| | ) |
| | )   JUDGE FALLON |
| | ) |

*THIS DOCUMENT RELATES TO:*
*Vincent S. Zingale, Sr. vs. Merck & Co., Inc., No. 2:06-cv-09792*
*(previously 1:06CV2193 OHND USDC)*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_____    _____
Date                              United Stated District Judge