# EXHIBIT A

# EXHIBIT A

## DECLARATION OF ROBERT McCOY

Robert McCoy declares as follows:

1. I am an attorney with Morris Pickering & Peterson, counsel for defendant Merck & Co., Inc. in this case. I have personal knowledge of the facts stated in this declaration and am competent to testify to them.

2. Attached at Exhibit 1 to this Declaration is a true and correct copy of a letter I sent to plaintiffs' counsel on December 29, 2006 notifying them that returned summons they had recently filed showed that they served the wrong Lisa Davis.

3. Attached at Exhibit 2 to this Declaration is a true and correct copy of a letter I sent to plaintiffs' counsel on January 18, 2007 notifying them that returned summonses they had recently filed showed that they served the wrong Fred Auzenne and Deborah Lee.

4. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of February, 2007 at Las Vegas, Nevada.

_____
ROBERT McCOY

# EXHIBIT A-1

# EXHIBIT A-1

# MORRIS PICKERING PETERSON & TRACHOK

ATTORNEYS AT LAW

900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101
TELEPHONE 702/474-9400
FACSIMILE 702/474-9422
WEBSITE: morrislawgroup.com

ROBERT R. McCOY
Direct dial: (702) 759-8341
E-Mail: rrm@morrislawgroup.com

December 29, 2006

**VIA FACSIMILE**
#702- 450-5451

Robert Cottle
Mainor Eglet Cottle
400 South Fourth St., Suite 600
Las Vegas, NV 89101

    Re:    Vioxx® Litigation
                Service of Process on Lisa Davis

Dear Mr. Cottle:

    I write concerning the summonses you recently served in the *Avant, Batiz, Booth, Chapman, Coon, Cox, Fitzgerald, Maestro, Morris,* and *Williams* cases. The Lisa Davis that you served on December 19, 2006 (at 1801 N. Michael Way, Las Vegas, Nevada 89108) is not associated with Merck & Co., Inc.

    Because you served the wrong Lisa Davis, please withdraw these ten complaints as to her. Please confirm by January 5, 2006 that you will do so and not look to this person to answer or move.

                              Sincerely,

                              Robert R. McCoy

RRM/pac

cc:    Steven E. Guinn (*via facsimile*)

```
*************** -COMM. JOURNAL- ****************** DATE DEC-29-2006 ***** TIME 13:42 ********

          MODE = MEMORY TRANSMISSION          START=DEC-29 13:39      END=DEC-29 13:42

          FILE NO.=905

     STN   COMM.   ONE-TOUCH/  STATION NAME/TEL NO.                  PAGES       DURATION
     NO.           ABBR NO.

     001   OK       a          *1606#2914#005#4505451#               002/002     00:00:39
     002   OK       a          177532218865#                         002/002     00:00:41


                    ********************************** -MORRIS PICKERING- *****  -   702 474 9422- ********
```

## FAX TRANSMISSION
## FAX: (702) 474-9422

## MORRIS PICKERING
## PETERSON & TRACHOK
Attorneys at Law
900 Bank of America Plaza
300 S. Fourth Street
Las Vegas, Nevada 89101
(702) 474-9400

DATE: December 29, 2006            TIME: 1:38pm

PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: Robert cottle                FAX # 702-450-5451

    Steven E. Guinn                    # 775-322-1865

FROM: Robert R. McCoy              FILE #: 2814-005

CLIENT/MATTER: Merck/Vioxx

NUMBER OF PAGES: -2- (including this cover page)

DOCUMENT(S) TRANSMITTED: Letter of today's date

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT: Patty C. at (702) 759-8326.

CONFIRMATION #:          CONFIRMED BY:

MESSAGE:

IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CALL US COLLECT AND MAIL IT TO THE ABOVE ADDRESS. THANK YOU.

THIS TRANSMISSION IS CONFIDENTIAL AND INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT DISSEMINATE, DISTRIBUTE OR COPY THIS COMMUNICATION.

# EXHIBIT A-2

# EXHIBIT A-2

# MORRIS PICKERING PETERSON & TRACHOK
ATTORNEYS AT LAW

900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101
TELEPHONE 702/474-9400
FACSIMILE 702/474-9422
WEBSITE: morrislawgroup.com

ROBERT R. McCOY
Direct dial: (702) 759-8341
E-Mail: rrm@morrislawgroup.com

January 18, 2007

**VIA FACSIMILE**
#702-450-5451

Robert Cottle
Aaron O'Brien
Mainor Eglet Cottle
400 South Fourth St., Suite 600
Las Vegas, Nevada 89101

Re: Vioxx® Litigation
Service of Process on Lisa Davis

Gentlemen:

I wrote to you on December 29, 2006 concerning the summonses you served on a Lisa Davis at 1801 N. Michael Way, Las Vegas, Nevada 89108 in the *Avant, Batiz, Booth, Chapman, Coon, Cox, Fitzgerald, Maestro, Morris,* and *Williams* cases. In that letter, I informed you that your process server had served a Lisa Davis who is not affiliated with Merck, and asked you to withdraw those summonses as to the Lisa Davis that was served. I still have not heard from you in response to that request.

I am now informed that you have also served the wrong Fred Auzenne and the wrong Deborah Lee in these same ten cases. Neither the Fred Auzenne you served at 9001 Shale Street, Las Vegas, Nevada 89123, nor the "Debbie Lee" you served at 95 Mill Street, Ely, Nevada 89301, are associated with Merck.

In the interest of avoiding the expense of motion practice, please confirm that you will withdraw these summonses, and that you will not look for these three individuals to answer or move. If I do not hear from you by January 24, we will move to quash service.

Sincerely,

Robert R. McCoy

RRM/pac
cc: Steven E. Guinn (*via facsimile*)

RENO OFFICE
6100 NEIL ROAD, SUITE 555, RENO, NV 89511
TELEPHONE 775/829-6000 • FACSIMILE 775/829-6001

```
************ -COMM. JOURNAL- ******************* DATE JAN-18-2007 ***** TIME 08:45 *********

     MODE = MEMORY TRANSMISSION           START=JAN-18 08:43    END=JAN-18 08:45

       FILE NO.=298

   STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.              PAGES       DURATION
   NO.           ABBR NO.

   001    OK        z         *1606#2814#005#4505451#          002/002      00:00:48
   002    OK        z         17753221865#                     002/002      00:00:43


****************************************** -MORRIS PICKERING- ***** -    702 474 9422- **********
```

## FAX TRANSMISSION
## FAX: (702) 474-9422

## MORRIS PICKERING & PETERSON
Attorneys at Law
900 Bank of America Plaza
300 S. Fourth Street
Las Vegas, Nevada 89101
(702) 474-9400

DATE: January 18, 2007                                TIME: 8:51am

PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: Robert Cottle                                   FAX # 702-450-5451
      Steven E. Guinn                          # 775-322-1865
FROM: Robert R. McCoy                                 FILE #: 2814-005

CLIENT/MATTER: Merck/Vioxx

NUMBER OF PAGES: - 2 - (Including this cover page)

DOCUMENT(S) TRANSMITTED: Letter of today's date

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT: Patty C. at (702) 759-8326.

CONFIRMATION #:            CONFIRMED BY:
MESSAGE:

IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CALL US COLLECT AND MAIL IT TO THE ABOVE ADDRESS. THANK YOU.

THIS TRANSMISSION IS CONFIDENTIAL AND INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT DISSEMINATE, DISTRIBUTE OR COPY THIS COMMUNICATION.