**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: VIOXX®   MDL No.: 1657

JOSEPH PANZERA

    Plaintiff,

v.

MERCK & COMPANY, INCORPORATED,   Case No.: 2:06-cv-05501-EEF-DEK
a Foreign Corporation,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO RULE 41, FEDERAL RULES OF CIVIL PROCEDURE**

    COMES NOW, the Plaintiff, JOSEPH PANZERA, by and through the undersigned counsel, and Pursuant to Rule 41 of the Federal Rules of Civil Procedure files this his Notice of Voluntary Dismissal without prejudice.

    Respectfully submitted,
    Law Office of Jay Calvert Cooper, P.A.
    Cooper & Nelson, LLP

    **s/ Jay Calvert Cooper**
    JAY CALVERT COOPER
    FLORIDA BAR NO: 599832
    Attorney for Plaintiff
    1404 Dean Street, Suite 201
    Fort Myers, Florida 33901
    Phone: 239-931-9995
    Fax: 239-931-9997
    E-mail: jcalpa@yahoo.,com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 20, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and Notice of Electronic Filing by First Class mail to the following: Patricia E. Lowry, Esquire, John B.T. Murray, Jr., Esquire, and Dori K. Stibolt, Esquire, Attorneys for Defendant Merck & CO., INC., Squire, Sanders & Dempsey, LLP., 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, FL 33401-6198.

                    **s/ Jay Calvert Cooper**
                    JAY CALVERT COOPER
                    FLORIDA BAR NO: 599832
                    Attorney for Plaintiff
                    COOPER & NELSON, LLP
                    1404 Dean Street, Suite 201
                    Fort Myers, Florida 33901
                    Phone: 239-931-9995
                    Fax: 239-931-9997
                    E-mail: jcalpa@yahoo.,com