## STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

JOHN J. CHAILLOT
DIRECT DIAL: (504) 593-0901
DIRECT FAX: (504) 596-0901
E-Mail: jchaillot@stonepigman.com

OUR FILE NUMBER

66,000

February 21, 2007

Hon. Loretta Whyte
Clerk of Court
United State District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

      Re:    <u>Vioxx MDL 1657</u>

Dear Ms. Whyte:

      Attached to this letter is the Suggestion of Death for a Louis M. Sherwood and a list of cases in which he is named as a defendant. We have filed this in the CMECF under case number 05-MD-1657 and were instructed to do so using this letter and attaching the Suggestion of Death and the list of cases. Please call me if you have any questions.

                           Best regards,

                           John J. Chaillot
                           Legal Assistant

JJC/esb
Attachment

858064v.1