UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Janice Kilgore, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02328) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiffs, JANICE KILGORE AND MICHAEL KILGORE'S Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey and William Michael Hamilton of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiffs, Janice Kilgore and Michael Kilgore.

IT IS SO ORDERED.

_____   _____
Date                                                                Judge Eldon E. Fallon
                                                                          United States District Court Judge