# EXHIBIT A

# EXHIBIT A

## DECLARATION OF ROBERT McCOY

Robert McCoy declares as follows:

1. I am an attorney with Morris Pickering & Peterson, counsel for defendant Merck & Co., Inc. in this case. I have personal knowledge of the facts stated in this declaration and am competent to testify to them.

2. Attached at Exhibit 1 to this Declaration is a true and correct copy of a letter I sent to plaintiffs' counsel on December 29, 2006 notifying them that returned summons they had recently filed showed that they served the wrong Lisa Davis.

3. Attached at Exhibit 2 to this Declaration is a true and correct copy of a letter I sent to plaintiffs' counsel on January 18, 2007 notifying them that returned summonses they had recently filed showed that they served the wrong Fred Auzenne and Deborah Lee.

4. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of February, 2007 at Las Vegas, Nevada.

*[signature]*
ROBERT McCOY

# EXHIBIT A-1

# EXHIBIT A-1

# MORRIS PICKERING PETERSON & TRACHOK
### ATTORNEYS AT LAW

900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101
TELEPHONE 702/474-9400
FACSIMILE 702/474-9422
WEBSITE: morrislawgroup.com

ROBERT R. McCOY
Direct dial: (702) 759-8341
E-Mail: rrm@morrislawgroup.com

December 29, 2006

**VIA FACSIMILE**
#702- 450-5451

Robert Cottle
Mainor Eglet Cottle
400 South Fourth St., Suite 600
Las Vegas, NV 89101

      Re:    Vioxx® Litigation
                Service of Process on Lisa Davis

Dear Mr. Cottle:

     I write concerning the summonses you recently served in the *Avant, Batiz, Booth, Chapman, Coon, Cox, Fitzgerald, Maestro, Morris,* and *Williams* cases. The Lisa Davis that you served on December 19, 2006 (at 1801 N. Michael Way, Las Vegas, Nevada 89108) is not associated with Merck & Co., Inc.

     Because you served the wrong Lisa Davis, please withdraw these ten complaints as to her. Please confirm by January 5, 2006 that you will do so and not look to this person to answer or move.

                                  Sincerely,

                                  Robert R. McCoy

RRM/pac

cc:    Steven E. Guinn *(via facsimile)*

```
************ -COMM. JOURNAL- ***************** DATE DEC-29-2006 ***** TIME 13:42 *********

        MODE = MEMORY TRANSMISSION        START=DEC-29 13:39    END=DEC-29 13:42

        FILE NO.=905

   STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                PAGES      DURATION
   NO.           ABBR NO.

   001   OK      a            *1606#2914#005#4505451#             002/002    00:00:39
   002   OK      a            177532218658                        002/002    00:00:41


*********************************** -MORRIS PICKERING- *****       702 474 9422- *********
```

FAX TRANSMISSION                           MORRIS PICKERING
FAX: (702) 474-9422                        PETERSON & TRACHOK
                                           Attorneys at Law
                                           900 Bank of America Plaza
                                           300 S. Fourth Street
                                           Las Vegas, Nevada 89101
                                           (702) 474-9400

DATE: December 29, 2006                    TIME: 1:38pm


PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: Robert cottle                        FAX # 702-450-5451
      Steven E. Guinn                         # 775-322-1865
FROM: Robert R. McCoy                      FILE #: 2814-005

CLIENT/MATTER: Merck/Vioxx

NUMBER OF PAGES: -2- (including this cover page)

DOCUMENT(S) TRANSMITTED: Letter of today's date


IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT: Patty C. at (702) 759-8326.

CONFIRMATION #:         CONFIRMED BY:

MESSAGE:

IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CALL US COLLECT AND MAIL IT TO THE ABOVE ADDRESS. THANK YOU.

THIS TRANSMISSION IS CONFIDENTIAL AND INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT DISSEMINATE, DISTRIBUTE OR COPY THIS COMMUNICATION.

# EXHIBIT A-2

# EXHIBIT A-2

# MORRIS PICKERING PETERSON & TRACHOK
### ATTORNEYS AT LAW

900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101
TELEPHONE 702/474-9400
FACSIMILE 702/474-9422
WEBSITE: morrislawgroup.com

ROBERT R. McCOY
Direct dial: (702) 759-8341
E-Mail: rrm@morrislawgroup.com

January 18, 2007

**VIA FACSIMILE**
#702-450-5451

Robert Cottle
Aaron O'Brien
Mainor Eglet Cottle
400 South Fourth St., Suite 600
Las Vegas, Nevada 89101

  Re: Vioxx® Litigation
     Service of Process on Lisa Davis

Gentlemen:

  I wrote to you on December 29, 2006 concerning the summonses you served on a Lisa Davis at 1801 N. Michael Way, Las Vegas, Nevada 89108 in the *Avant, Batiz, Booth, Chapman, Coon, Cox, Fitzgerald, Maestro, Morris,* and *Williams* cases. In that letter, I informed you that your process server had served a Lisa Davis who is not affiliated with Merck, and asked you to withdraw those summonses as to the Lisa Davis that was served. I still have not heard from you in response to that request.

  I am now informed that you have also served the wrong Fred Auzenne and the wrong Deborah Lee in these same ten cases. Neither the Fred Auzenne you served at 9001 Shale Street, Las Vegas, Nevada 89123, nor the "Debbie Lee" you served at 95 Mill Street, Ely, Nevada 89301, are associated with Merck.

  In the interest of avoiding the expense of motion practice, please confirm that you will withdraw these summonses, and that you will not look for these three individuals to answer or move. If I do not hear from you by January 24, we will move to quash service.

           Sincerely,

           Robert R. McCoy

RRM/pac
cc: Steven E. Guinn (*via facsimile*)

RENO OFFICE
6100 NEIL ROAD, SUITE 555, RENO, NV 89511
TELEPHONE 775/829-6000 • FACSIMILE 775/829-6001

```
************ -COMM. JOURNAL- ******************* DATE JAN-18-2007 ***** TIME 08:45 **********

         MODE = MEMORY TRANSMISSION          START=JAN-18 08:43     END=JAN-18 08:45

         FILE NO.=298

     STN   COMM.  ONE-TOUCH/  STATION NAME/TEL NO.              PAGES        DURATION
     NO.          ABBR NO.

     001   OK      ≋         *1606#2814#005#4505451#           002/002      00:00:48
     002   OK      ≋          17753221865#                     002/002      00:00:43


*********************************** -MORRIS PICKERING- ***** -       702 474 9422- **********
```

FAX TRANSMISSION                    MORRIS PICKERING & PETERSON
FAX: (702) 474-9422                          Attorneys at Law
                                         900 Bank of America Plaza
                                            300 S. Fourth Street
                                         Las Vegas, Nevada 89101
                                              (702) 474-9400


DATE: January 18, 2007                              TIME: 8:51am


PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: Robert Cottle                                 FAX # 702-450-5451

      Steven E. Guinn                                     # 775-322-1865

FROM: Robert R. McCoy                               FILE #: 2814-005


CLIENT/MATTER: Merck/Vioxx

NUMBER OF PAGES: - 2 - (Including this cover page)

DOCUMENT(S) TRANSMITTED: Letter of today's date


IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT: Patty C. at (702) 759-8326.


CONFIRMATION #:            CONFIRMED BY:

MESSAGE:

IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CALL US COLLECT AND MAIL IT TO THE ABOVE ADDRESS. THANK YOU.

THIS TRANSMISSION IS CONFIDENTIAL AND INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT DISSEMINATE, DISTRIBUTE OR COPY THIS COMMUNICATION.