UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO *Ella Price* | * | |
| *et al v. Merck & Co., Inc.*, No. 2:05-cv-03852-EEF-DEK, | * | |
| previously filed as 4:05-cv-00306, E.D. Mo. | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

*************************************************

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Kevin J. Adrian, Brett A. Williams and Lawrence B. Grebel of the law firm of Brown & James P.C. and David A. Dick, B. Matthew Struble and A. Ryan Jumper of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Adrian's, Mr. Williams', and Mr. Grebel's motion to withdraw and substituting Mr. Dick, Mr. Struble, and Mr. Jumper as counsel for Plaza West Pharmacy, Inc. in *Ella Price, et al v. Merck & Co., Inc. et al.*, No. 2:05-cv-03852-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1. Plaza West Pharmacy, Inc. has informed Kevin J. Adrian, Brett A. Williams, and Lawrence B. Grebel that it has obtained other counsel, specifically, David A. Dick, B. Matthew Struble and A. Ryan Jumper of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2. David A. Dick, B. Matthew Struble and A. Ryan Jumper are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

3498487

3. Plaza West Pharmacy, Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Kevin J. Adrian, Brett A. Williams, and Lawrence B. Grebel of the law firm of Brown & James, P.C. and David A. Dick, B. Matthew Struble and A. Ryan Jumper of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Adrian, Mr. Williams, and Mr. Grebel to withdraw from this matter and allowing Mr. Dick, Mr. Struble and Mr. Jumper to enter an appearance on behalf of Defendant Plaza West Pharmacy, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN & JAMES, P.C.

By: /s/ Kevin J. Adrian
Kevin J. Adrian, # 92555
Brett A. Williams, # 109048
Lawrence B. Grebel, # 3262
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400  Telephone
(314) 421-3128  Facsimile

Attorney for Defendant Plaza West Pharmacy, Inc.

and

THOMPSON COBURN LLP

By: _____
David A. Dick, E.D. Mo. #65275
B. Matthew Struble, E.D. Mo. #498813
A. Ryan Jumper, E.D. Mo. #524029
One US Bank Plaza
St. Louis, MO  63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorney for Defendant Plaza West Pharmacy, Inc.

CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of February, 2007.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Email:  rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email:  pwittmann@stonepigman.com
*Liaison Counsel for Defendants*