IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT LOUISIANA

In re: **VIOXX PRODUCTS LIABILITY LITIGATION**,

*Willie Mae Walker v. Merck & Co Inc.*,
2:05-cv-03137

MDL No. 1657

**MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**

COMES NOW Plaintiff Phillip Nunn, by and through his attorneys of record, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, moves for this Court to dismiss plaintiff Philip Nunn's case without prejudice and in support thereof states:

1. Plaintiff's attorneys has been attempting to get a completed plaintiff profile form from plaintiff Philip Nunn.

2. Plaintiff Philip Nunn recently informed his attorneys that he does not wish to pursue his case and requested that his case be dismissed without prejudice.

3. Accordingly, plaintiff moves, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for this Court to dismiss plaintiff Philip Nunn's case without prejudice.  Each side will bear its own costs.

WHEREFORE, plaintiff Phillip Nunn prays for an order dismissing without prejudice plaintiff Philip Nunn's case and for such other and further relief as the Court deems just and proper under the circumstances.

508366 / 004128

JEFFREY J. LOWE, PC

By:    /s/ Francis J. Flynn
Jeffrey J. Lowe      #10538
Francis J. "Casey" Flynn #118147
Attorney for Plaintiff
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
David Bauman
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically upon the parties on this 22nd day of February , 2007, to:

Dan H. Ball
Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO  63102-2750
314-259-2000
314-259-2020 (fax)

Norman C. Kleinberg
Theodore V.H. Mayer
Charles Avrith
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY  10004

508366 / 004128

212-837-6000

      Attorneys for Merck & Co., Inc.

David A. Dick
Thompson Coburn
One Firstar Plaza
Suite 3500
St. Louis, MO 63101-9702
(314) 552-6000

      Attorney for the pharmacy defendants.

                                                /s/ Francis J. Flynn