# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT LOUISIANA

**In re: VIOXX PRODUCTS LIABILITY LITIGATION**,

*Willie Mae Walker v. Merck & Co Inc.*,
2:05-cv-03137

MDL No. 1657

## ORDER

IT IS HEREBY ORDERED that plaintiff Phillip Nunn's case is

VOLUNTARILY DISMISSED WITHOUT PREJUDICE.

_____

United States District Judge Eldon Fallon

508381 / 004128