UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Ruben Miranda Velez et al. v. Merck & Co., Inc.*, **Case No. 05-4590 (Noel Pagan Pagan, Albert Pastrana Martinez, Ruth Paunetto, Arcardio Pedraza Gines, Ana C. Perez Bermudez, Ana Perez Concepcion, Pablo Perez Osorio, Blanca I. Perez Soto, Ileana Perez Soto, and Ada Pintor Alvarez only)**

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Noel Pagan Pagan, Albert Pastrana Martinez, Ruth Paunetto, Arcardio Pedraza Gines, Ana C. Perez Bermudez, Ana Perez Concepcion, Pablo Perez Osorio, Blanca I. Perez Soto, Ileana Perez Soto, and Ada Pintor Alvarez be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE