

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| Robert LaGarde v. Merck & Co., Inc., 05-CV- 6007 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other. Plaintiff's counsel shall make the necessary changes to party status on Lexis/Nexis pursuant to Pretrial Order 8B.

IT IS SO ORDERED.

ENTERED this 15th day of February, 2006.

Hon. Eldon Fallon, U.S.D.J.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmD__
___ Doc. No.