UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Ruben Miranda Velez et al. v. Merck & Co., Inc.,* **Case No. 05-4590 (Roberto Negron Perez, Margarita Nieves Garcia, Zoraida Onofre Ramos, Teresa Oquendo Rivera, Haydee Ortiz Felix, Marta Ortiz Morales, Jeffry Ortiz Ortiz, Rosa Otero Soto, Jose L. Oyola Claussells, and Santos Pagan Ortiz only)**

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Roberto Negron Perez, Margarita Nieves Garcia, Zoraida Onofre Ramos, Teresa Oquendo Rivera, Haydee Ortiz Felix, Marta Ortiz Morales, Jeffry Ortiz Ortiz, Rosa Otero Soto, Jose L. Oyola Claussells, and Santos Pagan Ortiz be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE