# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No. 1657 |
| VIOXX PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| Melissa Rizvi, et al v. Merck & Co., Inc., | |
| 2:05 CV 1793 | MAG. JUDGE KNOWLES |

### ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF
### PLAINTIFF SUSAN A. SULLIVAN

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiff Susan A. Sullivan filed herein,

IT IS ORDERED that the claims of Plaintiff Susan A. Sullivan be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 16th day of February, 2007.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**