UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | *  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  DANIEL E. KNOWLES, III<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:** *Ruben Miranda Velez et al. v. Merck & Co., Inc.,* **Case No. 05-4590 (Ruben Miranda Velez, Luz Mojica Acevedo, Carmen L. Mojica Cosme, Francisco Montanez Reyes, Julia Montes Gonzalez, Franco Morales, Roberto Morales Estrella, Victoriano Morales Saez, Juan L. Morales Velez, and Carmen Navedo Hernandez only)**

### ORDER OF PARTIAL DISMISSALWITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Ruben Miranda Velez, Luz Mojica Acevedo, Carmen L. Mojica Cosme, Francisco Montanez Reyes, Julia Montes Gonzalez, Franco Morales, Roberto Morales Estrella, Victoriano Morales Saez, Juan L. Morales Velez, and Carmen Navedo Hernandez be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE