U. S. DISTRICT COURT
Eastern District of Louisiana

FILED FEB 13 2007

LORETTA G. WHYTE
Clerk

***************************************************************

Gerald Miller, Plaintiff; * MDL#1657

V * Docket #206-CV-05595-EEF-DEK

Merck & Co. Inc. Defendent; *

***************************************************************

COMES now Gerald Miller Plaintiff in the above titled matter and renews his request for this court to appoint counsel.

Plaintiff due to being incarcerated in the South Dakota State Penitentiary is unable to access the internet to stay abreast of this courts rulings. The court has made rulings that Plaintiff is unaware of and has been unable to comply with regarding discovery which could cause a dismissal of Plaintiff's case.

Because PLaintiff believes his cause to be of merit, Plaintiff would respectfully renew his prior request that this court exercise it's discreation and appoint counsel in this matter. Plaintiff relies on arguments in prior request also in this renewal of request.

Respectfully;

Dated: 02-06-07

Gerald Miller
Gerald Miller

___ Fee___
___ Process___
X Dktd___
X CtRmDep___
Doc. No.___



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 24, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Gerald Miller # 35867
Department of Corrections
State Penitentiary, P.O. Box 5911
Sioux Falls, SD 57117

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Gerald Miller v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05595-EEF-DEK***

Dear Mr. Miller:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. We understand you are currently representing yourself in this action. This letter is to notify you that we have not received your plaintiff profile form ("PPF") and appropriate medical authorizations. Pretrial Order No. 18C required you to serve this PPF no later than November 12, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce your completed PPF no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

**Inmate Legal Assistance Office**
Captains's Row
SOUTH DAKOTA STATE PENITENTIARY
P.O. Box 5911
SIOUX FALLS, SOUTH DAKOTA 57117-5911

February 1, 2007

Jerald Miller #35867
D-14

Jerald:

I received your kite dated 1-31-07, requesting assistance filling out PPF. This office cannot assist you with this issue as it is a civil matter and outside the contract this office has with the State of South Dakota.

If you need a copy of the form, send it to this office and I will make a copy for your file.

Sincerely,

D. Liston, Paralegal

c: file

Gerald Miller 35867
South Dakota
GREAT FACES. GREAT PLACES.
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P. O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

SIOUX FALLS SD FEB -9 '07 $ 0.39 U.S. POSTAGE

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, La. 70130

70130+3704 C021