U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB 2 0 2007

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

A CERTIFIED TRUE COPY

FEB 2 0 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB -1 2007

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-83)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,632 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 2 0 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

PAGE 1 OF 2

## SCHEDULE CTO-83 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

EDLA
SEC. L/3

**DIST. DIV. C.A. #**     **CASE CAPTION**

**ARKANSAS WESTERN**
ARW 6 07-6003    Judy Beth Hutcherson, etc. v. Merck & Co., Inc.    07-1047

**CALIFORNIA EASTERN**
| | | |
|---|---|---|
| ~~CAE 2 07-34~~ | ~~Mosetta Bernstine v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-42~~ | ~~Katherine Harrison v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-48~~ | ~~James Daniels, Jr. v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-51~~ | ~~Barbara Ford-Daniels v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-57~~ | ~~Lynn Franklin v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-58~~ | ~~Irma Franklin v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-61~~ | ~~Carolyn Lee Wilson v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-67~~ | ~~Mary Ann Harris v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-68~~ | ~~John Wilson v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-73~~ | ~~Ishmael Haqq v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-75~~ | ~~David Tenn, etc. v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-77~~ | ~~Estate of Juanita Battle v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAE 2 07-79~~ | ~~Denise Denison v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |

**CALIFORNIA NORTHERN**
| | | |
|---|---|---|
| ~~CAN 3 07-65~~ | ~~Dorothy Shanks v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAN 3 07-67~~ | ~~Stanford Johnson v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAN 3 07-75~~ | ~~Fred Hardin v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAN 3 07-76~~ | ~~Jeffrey Nielsen v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAN 3 07-77~~ | ~~Juliana Nielsen v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAN 3 07-78~~ | ~~Jacquelyn Johnson v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAN 4 07-68~~ | ~~Arthur Shanks v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAN 4 07-70~~ | ~~Earnestine Hardin v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAN 5 07-66~~ | ~~Shahla Jaferian v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAN 5 07-74~~ | ~~Estate of Sandra Ellis v. Merck & Co., Inc.~~ | OPPOSED 2/20/07 |
| ~~CAN 5 07-79~~ | ~~Nader Jaferian v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAN 5 07-80~~ | ~~Randolph Dossett v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAN 5 07-81~~ | ~~Suzanne Dante v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |

**CALIFORNIA SOUTHERN**
| | | |
|---|---|---|
| ~~CAS 3 07-10~~ | ~~Del Rorer v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAS 3 07-11~~ | ~~Carol Krepp v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAS 3 07-12~~ | ~~Charles Krepp v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAS 3 07-14~~ | ~~Teresa Rorer v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |
| ~~CAS 3 07-15~~ | ~~Arlene Purvis v. Merck & Co., Inc., et al.~~ | OPPOSED 2/20/07 |

**FLORIDA SOUTHERN**
FLS 2 07-14008    James Bradbury, etc. v. Merck & Co., Inc., et al.    07-1048
FLS 9 06-80900    Susana Valencia-Bernal v. Merck & Co., Inc.    07-1049

**ILLINOIS NORTHERN**
ILN 1 07-90    Noah Downs, et al. v. Merck & Co., Inc.    07-1050

SCHEDULE CTO-83 - TAG-ALONG ACTIONS (MDL-1657)                    PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| **ILLINOIS SOUTHERN** | | | |
| ~~ILS 3 07-21~~ | ~~Thomas Vogel v. Merck & Co., Inc., et al.~~ | **OPPOSED 2/16/07** | |
| ~~ILS 3 07-22~~ | ~~Emil Smith v. Merck & Co., Inc., et al.~~ | **OPPOSED 2/16/07** | |
| ~~ILS 3 07-23~~ | ~~Beth Renee Brodhacker v. Merck & Co., Inc., et al.~~ | **OPPOSED 2/16/07** | |
| ~~ILS 3 07-24~~ | ~~Sandra Zola v. Merck & Co., Inc., et al.~~ | **OPPOSED 2/16/07** | |
| ~~ILS 3 07-25~~ | ~~Connie Testa v. Merck & Co., Inc., et al.~~ | **OPPOSED 2/16/07** | |
| ~~ILS 3 07-26~~ | ~~Tom Benhoff v. Merck & Co., Inc., et al.~~ | **OPPOSED 2/16/07** | |
| **NEW YORK EASTERN** | | | |
| NYE 1 07-100 | Marie Petit, et al. v. Merck & Co., Inc. | | 07-1051 |
| **OKLAHOMA EASTERN** | | | |
| OKE 6 07-8 | Charles Hale v. Merck & Co., Inc. | | 07-1052 |
| **OKLAHOMA WESTERN** | | | |
| OKW 5 07-26 | Norman Kendell Howard, et al. v. Merck & Co., Inc. | | 07-1053 |
| OKW 5 07-35 | Dane Gasio v. Merck & Co., Inc. | | 07-1054 |
| OKW 5 07-36 | Larry Graham v. Merck & Co., Inc. | | 07-1055 |
| **PENNSYLVANIA EASTERN** | | | |
| PAE 2 07-78 | Padmawattay Raghubar, et al. v. Merck & Co., Inc., et al. | | 07-1056 |
| PAE 2 07-135 | Karen J. Jaggers, et al. v. Merck & Co., Inc. | | 07-1057 |
| **PENNSYLVANIA MIDDLE** | | | |
| PAM 3 07-40 | Lawrence Stremba, et al. v. Merck & Co., Inc. | | 07-1058 |
| **SOUTH CAROLINA** | | | |
| SC 2 07-98 | Maude McClure v. Merck & Co., Inc. | | 07-1059 |
| SC 4 07-85 | Donnie Coleman, et al. v. Merck & Co., Inc. | | 07-1060 |
| **WASHINGTON WESTERN** | | | |
| WAW 3 06-5726 | Mary M. Watson, etc. v. Merck & Co., Inc. | | 07-1061 |

# INVOLVED COUNSEL LIST (CTO-83)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Elizabeth A. Balakhani
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Mark A. Berman
Gibbons, Del Deo, Dolan,
  Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Kevin R. Boyle
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Reginald C. Brown, Jr.
Hyman Law Firm
P.O. Box 1770
Florence, SC 29503

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

Andrew John Carboy
Sullivan, Papain, Block, McGrath &
Cannavo
120 Broadway
18th Floor
New York, NY 10271

Kanika D. Corley
Morris Polich & Purdy
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2550

Bruce C. Fishelman
Greene, Broillet & Wheeler
100 Wilshire Boulevard
21st Floor
Santa Monica, CA 90401

Marion S. Fowler, III
Fowler Law Firm
P.O. Box 1719
Lake City, SC 29560

D. Sharon Gentry
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
5801 N. Broadway Avenue
Suite 101
Oklahoma City, OK 73118

Lesile Greenspan
Stradley, Ronon, Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103

H. Blair Hahn
Richardson Patrick Westbrook &
Brickman LLC
P.O. Box 1007
Mt. Pleasant, SC 29465

Amy N. Hanson
Keller Rohrback, L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Kevin Michael Hara
Reed Smith LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

M. Helaine Hatter
Greene, Broillet & Wheeler
100 Wilshire Boulevard
Suite 2100
Santa Monica, CA 90401

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Douglas A. Hofmann
Williams, Kastner & Gibbs
601 Union Street, Suite 4100
Seattle, WA 98101

Peter L. Kaufman
Levin Papantonio Thomas, et al.
316 South Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32502-5996

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Kristopher E. Koepsel
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
502 West 6th Street
Tulsa, OK 74119-1010

Barbara B. Litten
Squire, Sanders & Dempsey, LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Kevin G. Lohman
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Gary S. Martin, II
Strong, Martin & Associates, PLLC
120 North Robinson Ave.
Suite 2700
Oklahoma City, OK 73102

Patrick F. McCormick
P.O. Box 401
Frackville, PA 17931

Marcus Mears
Cunningham & Mears
228 Robert S. Kerr
Suite 200
Oklahoma City, OK 73102

Amanda Jane Murray
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Brian J. Panish
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Troy Alan Rafferty
Levin Papantonio Thomas, et al.
316 S. Baylen St.
Suite 600
Pensacola, FL 32502

Brian Alan Sher
Bryan Cave, LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601-3206

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue
Suite 2700
Oklahoma City, OK 73102

Susana Valencia-Bernal
P.O. Box 740733
Boynton Beach, FL 33474

Jeffrey Weber
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Catherine Whitfield
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Thomas A. Zimmerman, Jr.
Zimmerman & Associates, P.C.
100 West Monroe
Suite 1300
Chicago, IL 60603

# INVOLVED JUDGES LIST (CTO-83)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry, Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

Hon. Saundra Brown Armstrong
U.S. District Judge
390-C Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Hon. Wayne D. Brazil
U.S. Magistrate Judge
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Robert J. Bryan
Senior U.S. District Judge
4427 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. Garland E. Burrell, Jr.
U.S. District Judge
501 I Street
Suite 13-200
Sacramento, CA 95814

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Legrome D. Davis
U.S. District Judge
5918 James A. Bryne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Robert T. Dawson
U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. Morrison C. England, Jr.
U.S. District Judge
U.S. District Court
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Mark R. Filip
U.S. District Judge
1764 Everett McKinley Dirksen
  U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Jeremy D. Fogel
U.S. District Judge
Robert F. Peckham Federal Building &
  U.S. Courthouse
280 South First Street
San Jose, CA 95113

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. Irma E. Gonzalez
Chief Judge, U.S. District Court
Edward J. Schwartz U.S. Courthouse
Suite 4194
940 Front Street
San Diego, CA 92101

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
17th Floor
San Francisco, CA 94102-3434

Hon. William Q. Hayes
U.S. District Judge
4 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building &
  U.S. Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Howard R. Lloyd
U.S. Magistrate Judge
U.S. District Court
5140 United States Courthouse
280 South First Street
San Jose, CA 95113

INVOLVED JUDGES LIST (CTO-83)  MDL-1657                              PAGE 2 OF 2

~~Hon. M. James Lorenz~~
~~U.S. District Judge~~
~~5145 Edward J. Schwartz U.S. Courthouse~~
~~940 Front Street~~
~~San Diego, CA 92101~~

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

~~Hon. Barry Ted Moskowitz~~
~~U.S. District Judge~~
~~Edward J. Schwartz U.S. Courthouse~~
~~940 Front Street~~
~~Suite 5160~~
~~San Diego, CA 92101~~

~~Hon. G. Patrick Murphy~~
~~Chief Judge, U.S. District Court~~
~~255 Melvin Price Federal Building~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

~~Hon. Marilyn Hall Patel~~
~~U.S. District Judge~~
~~Phillip Burton U.S. Courthouse~~
~~P.O. Box 36060~~
~~San Francisco, CA 94102-3661~~

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Steven P. Shreder
U.S Magistrate Judge
U.S. District Court
P.O. Box 7002
Muskogee, OK 74402

~~Hon. William B. Shubb~~
~~Senior U.S. District Judge~~
~~14-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

Hon. Thomas I. Vanaskie
U.S. District Judge
U.S. Courthouse
P.O. Box 913
Scranton, PA 18501-0913

~~Hon. James Ware~~
~~U.S. District Judge~~
~~4050 Robert F. Peckham U.S. Courthouse~~
~~& Federal Building~~
~~280 South First Street~~
~~San Jose, CA 95113~~

Hon. Lee R. West
Senior U.S. District Judge
3001 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

# INVOLVED CLERKS LIST (CTO-83)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
3100 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Drawer I
Hot Springs, AR 71902-1979

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

~~Jack L. Wagner, Clerk~~
~~4-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

Larry W. Propes, Clerk
P.O. Box 835
Charleston, SC 29402-9835

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

Mary E. D'Andrea, Clerk
U.S. District Court
P.O. Box 1148
Scranton, PA 18501-1148

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Norbert G. Jaworski, Clerk~~
~~U.S. District Court~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202-0249~~

~~Richard W. Wieking, Clerk~~
~~400-S Ronald V. Dellums Federal Building~~
~~1301 Clay Street~~
~~Oakland, CA 94612-5212~~

~~Richard W. Wieking, Clerk~~
~~Phillip Burton U.S. Courthouse~~
~~Box 36060~~
~~450 Golden Gate Avenue~~
~~San Francisco, CA 94102-3489~~

~~Richard W. Wieking, Clerk~~
~~2112 U.S. Courthouse~~
~~280 South First Street~~
~~San Jose, CA 95113~~

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

~~W. Samuel Hamrick, Jr., Clerk~~
~~4290 Edward J. Schwartz Federal Building~~
~~880 Front Street~~
~~San Diego, CA 92101-8900~~

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

February 20, 2007

RECEIVED
FEB 20 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-83)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on February 1, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A