UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ruben Miranda Velez et al. v. Merck & Co., Inc.,* **Case No. 05-4590 (Pedro Rivera Maldonado, Maria Rivera O'Farrell, Marta L. Rivera Pagan, Catalina Rivera Rodriguez, Luz Rivera Rosado, Evelyn Rivera Vasquez, Rolando Robles Garcia, Margaret Rodriguez Arrieta, Jose A. Rodriguez Arroyo, and Carmen Rodriguez Diaz only)**

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Pedro Rivera Maldonado, Maria Rivera O'Farrell, Marta L. Rivera Pagan, Catalina Rivera Rodriguez, Luz Rivera Rosado, Evelyn Rivera Vasquez, Rolando Robles Garcia, Margaret Rodriguez Arrieta, Jose A. Rodriguez Arroyo, and Carmen Rodriguez Diaz be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE