UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | *  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  DANIEL E. KNOWLES, III<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:** *Antonia Acosta Cabrera et al. v. Merck & Co., Inc.,* **Case No. 05-4589 (Javier Cruz Albino, Anselmo Cruz Perez, Carmen Cuevas Borges, Luisa Cumba Andino, Josefina Davila Alvarez, Fernando Davila Rodriguez, Juana Delgado Delgado, Graciela Delgado Vazquez, E. Diaz Diaz, and Jose S. Diaz Rios only)**

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Javier Cruz Albino, Anselmo Cruz Perez, Carmen Cuevas Borges, Luisa Cumba Andino, Josefina Davila Alvarez, Fernando Davila Rodriguez, Juana Delgado Delgado, Graciela Delgado Vazquez, E. Diaz Diaz, and Jose S. Diaz Rios be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

5