UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Antonia Acosta Cabrera et al. v. Merck & Co., Inc.*, Case No. 05-4589 (Wilfredo Diaz Viero, Idalia Echevarria Gonzalez, Jose A. Echevarria Ortiz, Myrna Escobar Caceres, Nestor V. Espada Diaz, Felix Espada Ortiz, Herminio A. Exposito DelaTorre, Benita Feliciano, and Juan C. Feliciano Ramos only)

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Wilfredo Diaz Viero, Idalia Echevarria Gonzalez, Jose A. Echevarria Ortiz, Myrna Escobar Caceres, Nestor V. Espada Diaz, Felix Espada Ortiz, Herminio A. Exposito DelaTorre, Benita Feliciano, and Juan C. Feliciano Ramos be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

5