UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:** *Antonia Acosta Cabrera et al. v. Merck & Co., Inc.,* **Case No. 05-4589 (Sonia Jimenez Rivera, Pedro J. Leon Rosado, Pedro Lopez Llanos, Maria Lopez Ortiz, Midiam Maisonet Gonzalez, Angel W. Marti Olivencia, Ricardo Marti Pabon, Virginia Martinez Delgado, Yamile Martinez Ramos, Norell Martinez Villalongo, and Margarita Matias Melendez only)**

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Sonia Jimenez Rivera, Pedro J. Leon Rosado, Pedro Lopez Llanos, Maria Lopez Ortiz, Midiam Maisonet Gonzalez, Angel W. Marti Olivencia, Ricardo Marti Pabon, Virginia Martinez Delgado, Yamile Martinez Ramos, Norell Martinez Villalongo, and Margarita Matias Melendez be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE