UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Antonia Acosta Cabrera et al. v. Merck & Co., Inc.,* **Case No. 05-4589 (Marta Aponte Ramos, Francisco Aquino Guerrido, Nilsa Arroyo Conde, Jose B. Baerga Rodriguez, Felix Baez Velez, Zoraida Bermudez Davila, Luis O. Berrios Fraticelli, Antonio Borges Velez, Gilberta Boria Vasquez, and Jacinta Burgos Colon only)**

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Marta Aponte Ramos, Francisco Aquino Guerrido, Nilsa Arroyo Conde, Jose B. Baerga Rodriguez, Felix Baez Velez, Zoraida Bermudez Davila, Luis O. Berrios Fraticelli, Antonio Borges Velez, Gilberta Boria Vasquez, and Jacinta Burgos Colon be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

5