UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Antonia Acosta Cabrera et al. v. Merck & Co., Inc.,* **Case No. 05-4589 (Ramon H. Cajigas Martinez, Gilberto Candelario Figueroa, Jose A. Cardona Lopez, Isidora Carrillo Medina, Ana M. Carrion Ginet, Miguel Castello Rivero, Milagros Clemente Hernandez, Armando Collado Rivera, Humberto Collazo Ruiz, and Jose E. Collazo Serrano only)**

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Ramon H. Cajigas Martinez, Gilberto Candelario Figueroa, Jose A. Cardona Lopez, Isidora Carrillo Medina, Ana M. Carrion Ginet, Miguel Castello Rivero, Milagros Clemente Hernandez, Armando Collado Rivera, Humberto Collazo Ruiz, and Jose E. Collazo Serrano be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

5