UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Antonia Acosta Cabrera et al. v. Merck & Co., Inc.,* Case No. 05-4589 (Ruperta Colon Colon, Pedro Colon Melendez, Orlando Colon Montalvo, Luis A. Colon Rivera, Rebeca Cordero Figueroa, Eliecer Cordero Penalbert, Carmen Cortes, Lydia Cortes Gonzalez, Juan R. Cotto Ortiz, and Doralia Cotto Rios only)

## STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiffs Ruperta Colon Colon, Pedro Colon Melendez, Orlando Colon Montalvo, Luis A. Colon Rivera, Rebeca Cordero Figueroa, Eliecer Cordero Penalbert, Carmen Cortes, Lydia Cortes Gonzalez, Juan R. Cotto Ortiz, and Doralia Cotto Rios ("Plaintiffs") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiffs' claims in the instant lawsuit against Merck, subject to the following conditions:

1. Plaintiffs Ruperta Colon Colon, Pedro Colon Melendez, Orlando Colon Montalvo, Luis A. Colon Rivera, Rebeca Cordero Figueroa, Eliecer Cordero Penalbert, Carmen Cortes, Lydia Cortes Gonzalez, Juan R. Cotto Ortiz, and Doralia Cotto Rios agree that, in the event he or she re-files a lawsuit against

Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiffs Ruperta Colon Colon, Pedro Colon Melendez, Orlando Colon Montalvo, Luis A. Colon Rivera, Rebeca Cordero Figueroa, Eliecer Cordero Penalbert, Carmen Cortes, Lydia Cortes Gonzalez, Juan R. Cotto Ortiz, and Doralia Cotto Rios further agree that in the event he or she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Marketing, Sales Practices and Products Liab. Litig.* (MDL No. 1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiffs Ruperta Colon Colon, Pedro Colon Melendez, Orlando Colon Montalvo, Luis A. Colon Rivera, Rebeca Cordero Figueroa, Eliecer Cordero Penalbert, Carmen Cortes, Lydia Cortes Gonzalez, Juan R. Cotto Ortiz, and Doralia Cotto Rios agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiffs' counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs Ruperta Colon Colon, Pedro Colon Melendez, Orlando Colon Montalvo, Luis A. Colon Rivera,

Rebeca Cordero Figueroa, Eliecer Cordero Penalbert, Carmen Cortes, Lydia Cortes Gonzalez, Juan R. Cotto Ortiz, and Doralia Cotto Rios in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully Submitted by:

Dated: 2-9, 2006/2007

David P. Matthews, Texas Bar No. 13206200
Lizy Cardenas Santiago, Texas Bar No. 00796303
Julie L. Rhoades, Texas Bar No. 16811710
Jason B. Ostrom, Texas Bar No. 24027710
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
800 Commerce St.
Houston, TX 77002-1776
Telephone: (713) 222-7211
Facsimile: (713) 225-0827

Wilfredo Segarra Miranda, Federal Bar No. 126705
P.O. Box 8984
Bayamon, Puerto Rico 00960

Attorneys for Plaintiffs Ruperta Colon Colon, Pedro Colon Melendez, Orlando Colon Montalvo, Luis A. Colon Rivera, Rebeca Cordero Figueroa, Eliecer Cordero Penalbert, Carmen Cortes, Lydia Cortes Gonzalez, Juan R. Cotto Ortiz, and Doralia Cotto Rios

Dated: Feb. 22, 2006/2007

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
    Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Partial Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 22nd day of February, 2007.