IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| JOHN MATTHEWS, | § | |
| | § | |
| Plaintiff, | § | |
| And | § | |
| | § | |
| WISCONSIN PHYSICIANS SERVICE | § | |
| INSURANCE CORPORATION, | § | |
| | § | |
| Involuntary Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 2:06-cv-05606 |
| | § | |
| MERCK & CO., INC. | § | MDL No. 1657 |
| | § | |
| Defendant. | § | |

In re: Vioxx Products Liability Litigation

## ANSWER TO INVOLUNTARY PLAINTIFF WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION'S CROSS CLAIM

*NOW COMES* defendant, Merck & Co., Inc. ("Merck"), by and through its undersigned counsel and presents the following answers of defendants to the involuntary plaintiff, Wisconsin Physicians Service Insurance Corporation's Cross Claim as follows:

1. In response to Paragraph Nos. 1 and 2 of the Cross Claim, Merck hereby repeats, realleges and incorporates as set forth fully herein its answers to the plaintiff's Complaint along with all affirmative defenses set forth therein.

2. In response to Paragraph No. 3 of the Cross Claim, Merck lacks knowledge sufficient to form a belief as to the truth or falsity of the allegation of Paragraph No. 3 and puts Wisconsin Physicians Service Insurance Corporation to its proof thereon.

*WHEREFORE*, Merck respectfully demands judgment dismissing the cross claim of the involuntary plaintiff Wisconsin Physicians Service Insurance Corporation, with prejudice and

awarding Merck its reasonable costs and disbursements, together with such other and further relief that the Court may deem just and proper.

## JURY DEMAND

Merck demands a trial by jury as to all issues so triable.

Dated: 2/22/07                              Respectfully submitted,


/DorothyH. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504 / 581 3200
Fax: 504 / 581 3361

Defendants' Liaison Counsel


Todd M. Weir, WI SBN 101442
Jennifer A. Slater Carlson SBN 1026790
Otjen, Van Ert & Weir, S.C.
700 N. Water Street, Suite 800
Milwaukee, WI 53202
Phone: 414 / 271 7271
Fax: 414 / 271 7272

Counsel for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer to Cross Claim has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of February, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2