UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Ruben Miranda Velez et al. v. Merck & Co., Inc.*, **Case No. 05-4590 (Jorge L. Rodriguez Flores, Cecilio Rodriguez Hernandez, Ivonne Rodriguez Mojica, Sammy Rodriguez Ortiz, Nereida Rodriguez Quinonez, Antonia Rodriguez Sierra, Felix Rolon Calderon, Luis Rolon Rivera, Abimael Rolon-Rolon, and Pedro J. Roman Deleon only)**

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Jorge L. Rodriguez Flores, Cecilio Rodriguez Hernandez, Ivonne Rodriguez Mojica, Sammy Rodriguez Ortiz, Nereida Rodriguez Quinonez, Antonia Rodriguez Sierra, Felix Rolon Calderon, Luis Rolon Rivera, Abimael Rolon-Rolon, and Pedro J. Roman Deleon be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

5