**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | |

*THIS DOCUMENT RELATES TO:*
*Rodney Stevenson, Sr. and Barbara Stevenson vs. Merck & Co., Inc., No. 2:05-cv-3537*
*(previously 1:05-cv-1344 OHND USDC)*

**ORDER**

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

2/22/07                                  */s/ Eldon E. Fallon*
Date                                     United Stated District Judge