## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX                                    )    MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION      )
                                               )    SECTION:  L
                                               )
                                               )    JUDGE FALLON
                                               )

*THIS DOCUMENT RELATES TO:*
*Oscar Williams and Nadine Williams vs. Merck & Co., Inc., No. 2:05-cv-3550*
*(previously 1:05CV1362 OHND USDC)*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

_____          _____
     2/22/07
Date                                        United Stated District Judge