UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Edgardo Rivera Marieti, individually and on behalf of the Estate of Julio Rivera Olivieri, Deceased et al. v. Merck & Co., Inc.,* **Case No. 06-7041 (Iris M. Santiago Enriquez, individually and on behalf of the Estate of Nemesia Santiago Enriquez, Deceased only)**

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Iris M. Santiago Enriquez, individually and on behalf of the Estate of Nemesia Santiago Enriquez, Deceased be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 23rd day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

5