UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ruben Miranda Velez et al. v. Merck & Co., Inc.,* **Case No. 05-4590 (Aurea Romero Bagu, Luis F. Rondon O'Farrell, Amarilis Rosado Padilla, Edward Rosado Rivera, Maria M. Rosario Rivera, Edwin Rullan Cales, Isabel Salgado Garcia, Marta Y. Sanchez Marquez, Sandra Sanchez Ramos, and Sara Sanchez Valentin only)**

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Aurea Romero Bagu, Luis F. Rondon O'Farrell, Amarilis Rosado Padilla, Edward Rosado Rivera, Maria M. Rosario Rivera, Edwin Rullan Cales, Isabel Salgado Garcia, Marta Y. Sanchez Marquez, Sandra Sanchez Ramos, and Sara Sanchez Valentin be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ___23rd___ day of ___February___, 2007.

_____
UNITED STATES DISTRICT JUDGE

5