UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ruben Miranda Velez et al. v. Merck & Co., Inc.*, Case No. 05-4590 (Sonia Ramirez Santiago, Norma Martinez Ramos, Adalberto Ramos Cruz, Noemi Ramos Feliciano, Aida Ramos Velasco, Kimin Renovales Cruz, David Vasquez Rivera, Agustin Rivera Alsina, George Rivera Feliciano, and Rafael Rivera Gonzalez only)

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Sonia Ramirez Santiago, Norma Martinez Ramos, Adalberto Ramos Cruz, Noemi Ramos Feliciano, Aida Ramos Velasco, Kimin Renovales Cruz, David Vasquez Rivera, Agustin Rivera Alsina, George Rivera Feliciano, and Rafael Rivera Gonzalez be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ___23rd___ day of ___February___, 2007.

_____
UNITED STATES DISTRICT JUDGE

5