UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx** | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| Allen, Denise v. Merck & Co., Inc., 2-05-cv-04738; and only regarding Jackie Shaw, Sr. | * | JUDGE KNOWLES |
| | * | |
| Prado, Carmen v. Merck & Co., Inc., 2:05-cv-06303; and only regarding Carmen Rodriguez. | * | |
| | * | |
| Castillo, Sylvia v. Merck & Co., Inc., 2:05-cv-02380; and only regarding Enrique Enriques. | * | |
| | * | |
| Walker, Wallie v. Merck & Co., Inc., 2:05-cv-03137; and only regarding Phillip Nunn. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

**NOTICE OF WITHDRAWAL OF DEFENDANT MERCK & CO., INC.'S RULE TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE AS TO JACKIE SHAW, CARMEN RODRIQUEZ, ENRIQUE ENRIQUES, AND PHILLIP NUNN**

On January 17, 2007, Defendant Merck & Co., Inc. ("Merck"), filed a rule to show cause why certain cases, including the cases referenced above, should not be dismissed with prejudice for failure to provide any response to the Plaintiff Profile Form ("PPF") as required by Pre-Trial Order No. 18C. Subsequently on January 30, 2007, this Court issued an order dismissing the case, Carmen Rodriguez, plaintiff in *Prado v. Merck & Co., Inc.*, pursuant

to a Stipulation of Dismissal.  Jackie Shaw, Sr., plaintiff in *Allen v. Merck & Co., Inc.,* filed a stipulation of dismissal without prejudice on February 15, 2007.  Phillip Nunn, plaintiff in *Walker v. Merck & Co., Inc.,* filed a proposed dismissal on February 21, 2007.  Enrique Enriques, plaintiff in *Castillo v. Merck & Co., Inc.,* has asserted that he is not claiming to have suffered a myocardial infarction, ischemic stroke, or a death ("cardiovascular event") as defined by PTO 18C.

Accordingly, Merck hereby gives notice to the Court that it is withdrawing without prejudice its rule only against plaintiffs Carmen Rodriguez, Jackie Shaw, Sr., Phillip Nunn, and Enrique Enriques.  Merck intends to proceed with its rule against the remaining Plaintiffs.

Respectfully submitted,

 s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Withdrawal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of February, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel