UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ruben Miranda Velez et al. v. Merck & Co., Inc.*, **Case No. 05-4590 (Guillermo Tamayo Rodriguez, Vanessa Torres, Omelia Torres Cintron, Juan E. Tripari Ruiz, Nilda Vazquez Rojas, Antonia Y. Vega, Juan R. Veiga Ochoteco, Marina Valazquez Flores, Carmen Velez Cuevas, Ivette Velez Flores, and Norma Vidal Justiniano only)**

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Guillermo Tamayo Rodriguez, Vanessa Torres, Omelia Torres Cintron, Juan E. Tripari Ruiz, Nilda Vazquez Rojas, Antonia Y. Vega, Juan R. Veiga Ochoteco, Marina Valazquez Flores, Carmen Velez Cuevas, Ivette Velez Flores, and Norma Vidal Justiniano be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 23rd day of February, 2007.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

5