UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:** *Antonia Acosta Cabrera et al. v. Merck & Co., Inc.,* **Case No. 05-4589 (Alberto Felix Bermudez, Aida Ferrer Ferrer, Olga Figueroa Figueroa, Elba Figueroa Ortiz, Jose G. Fourquet Garcia, Antonio Fourquet Garcia, Edgardo Ramos Franco, Bersa Garced Melendez, Salvador Garcia DelValle, and Miguel A. Garcia DelValle only)**

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Alberto Felix Bermudez, Aida Ferrer Ferrer, Olga Figueroa Figueroa, Elba Figueroa Ortiz, Jose G. Fourquet Garcia, Antonio Fourquet Garcia, Edgardo Ramos Franco, Bersa Garced Melendez, Salvador Garcia DelValle, and Miguel A. Garcia DelValle be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this __23rd__ day of __February__, 2007.

_____
UNITED STATES DISTRICT JUDGE

5