# THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No. 1657 |
| VIOXX PRODUCTS LIABILITY LITIGATION | SECTION L |
| THIS DOCUMENT RELATES TO: VIRGINIA OLLER, ET AL V. MERCK & CO., INC., 05-1102 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF PLAINTIFF BEVERLY SUE DAVIS

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiff Beverly Sue Davis filed herein,

IT IS ORDERED that the claims of Plaintiff Beverly Sue Davis be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE