Andy D. Birchfield, Jr. (BIR006)
Benjamin L. Locklar (LOC009)
P. Leigh O'Dell (ODE006)
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:   (334) 954-7555

Attorneys for Plaintiff Coy Bullock

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COY BULLOCK,** | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| PLAINTIFF, | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 06-10175 |
| | * | |
| **MERCK & CO., INC.** a foreign | * | SECTION L - DIVISION 3 |
| Corporation, | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |
| | * | |

(Related Matter: Patricia Barrell, et. al., v. Merck & Co., Inc., United States District Court for the District of New Jersey, Case No. 06-4655)

---

On this, the ____ day of March, 2007, it is hereby **STIPULATED, ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. Should she seek to refile, Plaintiff Coy Bullock will refile in the federal Multi-District Litigation ("MDL") and not in state court.

This Stipulation is filed on behalf of Plaintiff Coy Bullock, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

In compliance with PTO 8B, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court, they will make the change directly on File & Serve to reflect the dismissal without prejudice on the above-referenced case(s).

**APPROVED AND SO ORDERED**

_____
Eldon E. Fallon
United States District Judge

**DATED** this ____ day of March, 2007.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

*/s/ Benjamin L. Locklar*
_____
Andy D. Birchfield, Jr.
Benjamin L. Locklar
P. Leigh O'Dell
Attorneys for the Plaintiff

**DATED** this 22nd day of February, 2007.

**STONE PIGMAN WALTHER WITTMAN LLC**

*/s/ Dorothy H. Wimberly*
_____
Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

**DATED** this 27th day of February, 2007.

826474v.2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of February, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel