UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE** |
| Donald Hertig v. Merck & Co., Inc., | * | **JUDGE KNOWLES** |
| 2:06-cv-10161 (Brad Aman only). | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Brad Aman against defendant Merck & Co., Inc. in the above-captioned case be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

858861v.1