

UNITED STATES DISTRICT COURT
~~SOUTHERN DISTRICT OF TEXAS~~
~~BROWNSVILLE DIVISION~~
EASTERN DISTRICT of Louisiana

| | | |
|---|---|---|
| ERMA SIMMONS, JUANA LOZANO, | § | |
| LYDIA ALANIZ, HECOR TOVAR, | § | |
| VICTOR CANTU, JESUS CANTU, | § | |
| SAN JUANANA CANTU, VELIA CANTU, | § | |
| GREGORIA CANTU AND SANTIAGO | § | |
| PEREZ | § | CIVIL ACTION NO. 1: |
| | § | ~~06-CV-00076~~ |
| VS. | § | 06-3121 |
| | § | Sect. L |
| MERCK & CO., INC. | § | |

### PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES

COMES NOW, Plaintiffs' herein and file this Plaintiffs' Stipulation of Dismissal With Prejudice by all parties and request with accordance with Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure moves this Court to voluntary dismiss Plaintiffs', ERMA SIMMONS, JUANA LOZANO, LYDIA ALANIZ, HECOR TOVAR, VICTOR CANTU, JESUS CANTU, SAN JUANANA CANTU, VELIA CANTU, GREGORIA CANTU AND SANTIAGO PEREZ actions against Defendant, Merck & Co., Inc. and all costs to be borne by party incurring the same.

WHEREFORE PREMISES CONSIDERED, ERMA SIMMONS, JUANA LOZANO, LYDIA ALANIZ, HECOR TOVAR, VICTOR CANTU, JESUS CANTU, SAN JUANANA CANTU, VELIA CANTU, GREGORIA CANTU AND SANTIAGO PEREZ, prays the Court grant the Order on Plaintiffs' Stipulation of Dismissal with Prejudice by all Parties Civil Action Proceeding.



R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
(956) 546-5556 Telephone Number
(956) 546-0470 Telecopier Number

_____
R.W. Armstrong
State Bar No. 01323500
Ana C. Collado
State Bar No. 24031966


_____
Richard L. Josephson
State Bar No. 11031500


### CERTIFICATE OF SERVICE

I certify that on 8th day December, 2006, a true copy and correct copy of the following Plaintiffs' Stipulation of Dismissal with Prejudice was delivered via facsimile (original to follow in U.S. Mail), upon the following counsel of record:

Richard L. Josephson
BAKER BOTTS L.L.P.
910 Louisiana
Houston, Texas 77002

_____
R.W. Armstrong