UNITED STAES DISTRICT COURT
~~SOUTHERN DISTRICT OF TEXAS~~
~~BROWNSVILLE DIVISION~~
EASTERN DISTRICT OF Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 DEC 22 P 12:39
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| ERMA SIMMONS, JUANA LOZANO, LYDIA ALANIZ, HECOR TOVAR, VICTOR CANTU, JESUS CANTU, SAN JUANANA CANTU, VELIA CANTU, GREGORIA CANTU AND SANTIAGO PEREZ § § § § § § § | |
| § | CIVIL ACTION NO. 1: ~~06-CV-00076~~ |
| VS. § § § | 06-3121 |
| MERCK & CO., INC. § | |

## ORDER ON PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES

On this 20th day of December, 2006, the Court considered Plaintiffs' Stipulation of Dismissal With Prejudice by all parties. After considered in the Plaintiffs' Stipulation of Dismissal With Prejudice by all parties, the Court, GRANTS the stipulation and dismisses the case, with prejudice, as to Defendant, Merck & Co., Inc., in all capacities, and reserves all of Plaintiffs' ERMA SIMMONS, JUANA LOZANO, LYDIA ALANIZ, HECOR TOVAR, VICTOR CANTU, JESUS CANTU, SAN JUANANA CANTU, VELIA CANTU, GREGORIA CANTU AND SANTIAGO PEREZ rights in the above-numbered and styled cause against Merck & Co., Inc.

Signed this 20th day of December, 2006.

U.S. DISTRICT JUDGE PRESIDING

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No____