UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "L" |
| THIS DOCUMENT RELATES TO ALL ) | |
| CASES ) | JUDGE FALLON |
| ) | MAG. JUDGE KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes American Alternative Insurance Company, who wishes to withdraw as counsel of record in these proceedings, David F. Bienvenu and Nathan L. Schrantz and the law firm of Simon, Peragine, Smith & Redfearn, LLP as counsel of records in this matter. William McGrath, William Quackenboss and the law firm of Smith, Stratton, Wise, Heher & Brennan, LLP will remain as their counsel of record in these proceedings.

Respectfully submitted,

   /s/    Nathan L. Schrantz
DAVID F. BIENVENU (La. Bar No. 03070)
NATHAN L. SCHRANTZ (La. Bar No. 21864)
**SIMON, PERAGINE, SMITH & REDFEARN, LLP**
1100 Poydras Street, 30th Floor
New Orleans, La. 70163
Telephone: (504) 569-2999

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO ALL | ) | |
| CASES | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |

## O R D E R

Considering the above Motion to Withdraw as Counsel of Record:

IT IS ORDERED that David F. Bienvenu and Nathan L. Schrantz and the law firm of Simon, Peragine, Smith & Redfearn, LLP be and are hereby withdrawn as counsel of record in these proceedings and William McGrath, William Quackenboss and the law firm of Smith, Stratton, Wise, Heher & Brennan, LLP will remain as their counsel of record in these proceedings.

New Orleans, Louisiana this ____ day of _____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT

N:\DATA\K\06540000\932.nls\American Alternative Motion to Withdraw as Counsel of Record.wpd