## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system

New Orleans, Louisiana, this 27th day of February, 2007.

   /s/ Nathan L. Schrantz