UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB 21 P 3: 47

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCT LIABILITY LITIGATION | MDL. No. 1657 |
| FRANCISCO GONZALEZ, Administrator of the Estate of MARIA GONZALEZ, Deceased, Plaintiff, vs. MERCK & CO., INC. et. al. Defendant. | Case No. 06 CV 01480-EEF-DEK<br><br>Judge Eldon E. Fallon, presiding |

## MOTION TO WITHDRAW AS ATTORNEY

NOW COMES the law firm of DAMISCH & DAMISCH, LTD., and moves this Honorable Court, pursuant to Local Rule 83.2.11, for leave to withdraw as attorneys of record for the plaintiff, Francisco Gonzalez, Administrator of the Estate of Maria Gonzalez, Deceased. In support of said Motion movant states as follows:

1. The law firm of Damisch & Damisch are the attorneys of record for the plaintiff, Francisco Gonzalez, Administrator of the Estate of Maria Gonzalez, Deceased.

2. Plaintiff filed this instant suit in the Circuit Court of Cook County located in Chicago, Illinois on December 21, 2005.

3. On February 3, 2006 this case was removed to the United States District Court for the Northern District, Eastern Division. Shortly thereafter the case was transferred by court order to the United States of America Judicial Panel on Multidistrict Litigation based out of New Orleans, Louisiana.

4. In addition, this motion is also to serve notice upon the plaintiff, Francisco Gonzalez, Administrator of the Estate of Maria Gonzalez, Deceased, that he should retain other counsel in said cause or file with the Clerk of the Court a supplementary appearance stating therein an address where service of notices or other papers may be had upon him.

Fee_____
Process_____
X /Dktd_____
CtRmDep_____
Doc. No_____

5. This Notice of Motion and Motion have been served upon the plaintiff, Francisco Gonzalez, Administrator of the Estate of Maria Gonzalez, Deceased, at his last known address and has been sent by certified and regular mail, addressed as follows:

> Francisco Gonzalez
> 20457 Coventry Lane
> Crest Hill, Illinois 60435
> ph# 847/707-6284

6. The withdrawal of DAMISCH & DAMISCH, LTD., as attorneys in the above captioned cause is not intended to hamper, delay, prejudice or otherwise be inequitable.

WHEREFORE, the law firm of DAMISCH & DAMISCH, LTD. request this Honorable Court grant them leave to withdraw as attorneys of record for the above named plaintiff instanter.

Respectfully submitted,

DAMISCH & DAMISCH, LTD.

By: *(signed)*
Mark W. Damisch

DAMISCH & DAMISCH, LTD.
Attorneys for Movant
161 N. Clark Street
Suite 4950
Chicago, Illinois 60601
(312) 332-2300
Attorney Code 575747

## VERIFICATION

Under penalties as provided by law the undersigned attorney certifies that the statement set forth herein are true and correct or on information and belief, certifies that he verily believes the same to be true.

*(signed)*
Mark W. Damisch

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCT LIABILITY LITIGATION | MDL. No. 1657 |
| FRANCISCO GONZALEZ, Administrator of the Estate of MARIA GONZALEZ, Deceased, Plaintiff, | Case No. 06 CV 01480-EEF-DEK |
| vs. | Judge Eldon E. Fallon, presiding |
| MERCK & CO., INC. et. al. Defendant. | |

### AFFIDAVIT

The undersigned on oath and upon penalties of perjury does hereby state the following to be true to the best of his knowledge and belief:

1. Pursuant to notice given in the Motion, the client has been notified of all deadlines and pending court appearances.

2. As of date, there are no current court dates or appearances pending.

3. FURTHER AFFIANT SAYETH NOT

Under penalties as provided by law the undersigned attorney certifies that the statement set forth herein are true and correct or on information and belief, certifies that he verily believes the same to be true.

NAME: Mark W. Damisch

Subscribed and sworn to before me this 9 day of February, 2007.

Notary Public

OFFICIAL SEAL
MICHAEL W BURMEISTER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/14/10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCT LIABILITY LITIGATION | MDL. No. 1657 |
| FRANCISCO GONZALEZ, Administrator of the Estate of MARIA GONZALEZ, Deceased, Plaintiff, vs. MERCK & CO., INC. et. al. Defendant. | Case No. 06 CV 01480-EEF-DEK  Judge Eldon E. Fallon, presiding |

TO:   See Attached List

## CERTIFICATE OF MAILING

I Michael W. Burmeister, on oath state that I served the attached Motion to Withdraw and Order by mailing a copy, via regular and certified mail where indicated, to the person(s) named in the attached list, at the addressed stated, and depositing the same, with proper postage prepaid, in the U.S. mail at 161 N. Clark Street, Chicago, Illinois on: February 12, 2007.

Damisch & Damisch, Ltd.
Attorneys for Plaintiff
161 North Clark Street, Suite 4950
Chicago, Illinois 60601
312/332-2300
ID# 37180

**SERVICE LIST:**

**Via Certified and Regular Mail**

Francisco Gonzalez
20457 Coventry Lane
Crest Hill, Illinois 60435

**Via Regular Mail**

Clerk's Office for the Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, Louisiana 70130

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002