UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 FEB 26 PM 12: 03
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCT LIABILITY LITIGATION | MDL. No. 1657 |
| FRANCISCO GONZALEZ, Administrator of the Estate of MARIA GONZALEZ, Deceased, | |
| Plaintiff, | Case No. 06 CV 01480-EEF-DEK |
| vs. | Judge Eldon E. Fallon, presiding |
| MERCK & CO., INC. et. al. | |
| Defendant. | |

## ORDER OF WITHDRAWAL

THIS CAUSE, coming on to be heard before the Honorable Court on the motion of DAMISCH & DAMISCH, LTD. for leave to withdraw their appearance herein, the Court being fully advised in the premises and the Court finding there has been compliance with Local Rule 83.2.11.

**IT IS HEREBY ORDERED**:

1. That DAMISCH & DAMISCH, LTD. be and is hereby granted leave to withdraw their appearance on behalf of the plaintiff without further notice.

2. That Francisco Gonzalez, Administrator of the Estate of Maria Gonzalez, Deceased be and is hereby notified to retain other counsel or file with the Clerk of the Court a supplementary appearance stating therein an address where service of notices or other papers may be had upon him.

3. A copy of this Order of Withdrawal shall be served upon Francisco Gonzalez, Administrator of the Estate of Maria Gonzalez, Deceased.

February 22, 2007

ENTER:

_[signature]_

DAMISCH & DAMISCH, LTD.
161 N. Clark Street., Suite 4950
Chicago, Illinois 60601
(312) 332-2300
Attorney No 37180

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.____