UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:** *Antonia Acosta Cabrera et al. v. Merck & Co., Inc.,* **Case No. 05-4589 (Americo Girona Heredia, Delfa Golan Ramos, Francisco Gonzalez, Santa Gonzalez Colon, Gustavo A. Gonzalez Hernandez, Maria D. Gonzalez Hernandez, Carmen Gonzalez Martinez, Mario Gonzalez Morales, Carmen Guzman, and Lucila Jimenez Dicupe only)**

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Americo Girona Heredia, Delfa Golan Ramos, Francisco Gonzalez, Santa Gonzalez Colon, Gustavo A. Gonzalez Hernandez, Maria D. Gonzalez Hernandez, Carmen Gonzalez Martinez, Mario Gonzalez Morales, Carmen Guzman, and Lucila Jimenez Dicupe be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 23rd day of February, 2007.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

5