UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| VIOXX PRODUCTS LIBABILITY | * | MDL Docket No. 1657 |
| | * | Case No. 2:05cv4519 |
| CAROL J. HALL, Individually and | * | |
| as Personal Representative of the Estate | * | |
| of HERMAN HALL, Deceased, et al., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & COMPANY, INC., a | * | |
| foreign corporation, | * | |
| | * | |
| DEFENDANT. | * | |

(This Document Relates To: Jennifer Rowland, Individually and as Personal Representative of the Estate of Herman Hall, Deceased, et al v. Merck & Co., Inc., a foreign corporation, No. 2:05cv4519)

## FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, Carol J. Hall, Personal Representative of the Estate of Herman Hall, Deceased, and amends the previously filed complaint as follows:

### IDENTIFICATION OF PARTIES

1.      Plaintiff Carol J. Hall has been appointed the Personal Representative of the Estate of Herman Hall, Deceased, and is authorized pursuant to Kentucky Revised Statute, section 411.130, to bring this wrongful death and product liability action against the Defendant.

2.      Plaintiff Carol J. Hall is bringing this action in all counts set forth in the original filed Complaint, as amended, for the benefit of Carol J. Hall, as the surviving spouse of Herman Hall and for the benefit of the Estate of Herman Hall.

1

3.      At the time of his death, Herman Hall had certain survivors as defined by Kentucky's Wrongful Death Act.  The survivors include his wife, Carol J. Hall, and his children, Jennifer Rowland, Rita Hall, Jerry Hall, Karen Sue Hall, Mary Lord, and Allen Dale Bernard.

4.      Carol J. Hall is the surviving spouse of Herman Hall and, at all times material hereto, was a resident of Russell County, Kentucky.  As a direct and proximate result of the death of Herman Hall and the negligence and the other actions and/or omissions of Defendant Merck as more fully set forth in the Complaint, as amended:

   a.   Carol J. Hall has suffered the loss of the decedent's companionship and protection and the loss of decedent's support and services, and she has suffered mental pain and suffering from the date of decedent's injury or death.

   b.   The Estate of Herman Hall has incurred medical and/or funeral expenses due to the decedent's injury and death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

5.      In all other respects, the identity and location of the names parties set forth in the original Complaint shall remain unchanged.

## DAMAGES

6.      In addition to the damages claimed and the recovery sought in the original Complaint, Carol J. Hall, as Personal Representative of the Estate of Herman Hall, seeks the following additional damages, pursuant to Kentucky law:

   a.   Carol J. Hall, as the surviving spouse of Herman Hall, suffered the loss of support and services and endured mental pain and suffering and loss of consortium of her husband.  The losses are permanent and continuing in nature.

       b.      The Estate of Herman Hall has incurred medical and/or funeral expenses due to the decedent's injury or death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

       c.      Carol J. Hall, as Personal Representative, seeks all other damages recoverable under law and related to the death of Herman Hall.

    7.     In all other respects, Plaintiff Carol J. Hall adopts and incorporates the original complaint as if set forth fully herein.

**DEMAND FOR JURY TRIAL**

**PLAINTIFF RESTATES HER DEMAND FOR A TRIAL BY STRUCK JURY ON ALL ISSUES PRESENTED.**

Dated this 27th day of February, 2007.


                         **By:**      /s/ Benjamin L. Locklar
                                **ANDY D. BIRCHFIELD, JR. (BIR006)**
                                **BENJAMIN L. LOCKLAR (LOC009)**
                                **Attorneys for Plaintiff**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
  **METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No: 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of February, 2007.

/s/ Benjamin L. Locklar
ANDY BIRCHFIELD, JR. (BIR006)
BENJAMIN L. LOCKLAR (LOC009)
Attorneys for Plaintiff
**BEASLEY, ALLEN, CROW, METHVIN,**
  **PORTIS, & MILES, P.C.**
Post Office Box 4160
234 Commerce Street
Montgomery, Alabama 36104
Telephone:    334-269-2343
Facsimile:    334 – 954-7555
Andy.Birchfield@beasleyallen.com
Ben.Locklar@bealseyallen.com