UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| VIOXX PRODUCTS LIBABILITY | * | MDL Docket No. 1657 |
| | * | Case No. 2:05cv4519 |
| CAROL J. HALL, Individually and | * | |
| as Personal Representative of the Estate | * | |
| of HERMAN HALL, Deceased, et al., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & COMPANY, INC., a | * | |
| foreign corporation, | * | |
| | * | |
| DEFENDANT. | * | |

(This Document Relates To: Jennifer Rowland, Individually and as Personal Representative of the Estate of Herman Hall, Deceased, et al v. Merck & Co., Inc., a foreign corporation, No. 2:05cv4519)

## CERTIFICATE OF COMPLIANCE

In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certifies that as soon as the Order granting the Motion for Leave to Amend Complaint is entered by the Court he will make the change directly on File & Serve to reflect the amended complaint in the above-referenced case.

Dated this 27th day of February, 2007.

/s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
Benjamin L. Locklar
**BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343
(334) 954-7555 – Fax
Attorneys for the Plaintiff

1