- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | | |

MONTHLY STATUS CONFERENCE
MARCH 1, 2007
<u>SUGGESTED AGENDA</u>

I.      State Court Trial Settings

II.     Further Proceedings In The Early Trial Cases

III.    Class Actions

IV.    Discovery Directed to Merck

V.     Discovery Directed to Third Parties

VI.    Deposition Scheduling

VII.   Plaintiff Profile Form and Merck Profile Form

VIII.  State/Federal Coordination -- State Liaison Committee

IX.    *Pro Se* Claimants

- 1 -

859195v.1

X.      IMS Data

XI.     Merck's Motion for Summary Judgment

XII.    Tolling Agreements

XIII.   Issues Relating to Pre-Trial Order No. 9

XIV.    Vioxx Suit Statistics

XV.     Merck Insurance

XVI.    Further Proceedings

XVII.   Merck's Statute of Limitations Motion

XVIII.  Discovery Relating to the Martin Report

XIX.    Virginia Nadine Perry/Remand Motions

XX.     Next Status Conference

859195v.1