1  KENNETH M. ROBERTS, ESQ.
   Nevada Bar No. 004729
2  DAVID B. MATHENY, ESQ.
3  Nevada Bar No. 008178
   DEMPSEY, ROBERTS & SMITH, LTD.
4  520 South Fourth Street, Ste. 360
   Las Vegas, Nevada 89101
5  Telephone:  (702) 388-1216
   Facsimile:   (702) 388-2514
6  kenroberts@drsltd.com
7  Attorney for Plaintiff
   ALBIN KNUDSON
8

9                      UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF LOUISIANA

11

12

13
   In re: VIOXX
14        Products Liability Litigation        MDL No. 1657

15                                             SECTION L

16                                             JUDGE ELDON E. FALLON

17                                             MAGISTRATE JUDGE
18                                             DANIEL E. KNOWLES, III

19
   THIS DOCUMENT RELATES TO: Knudson v. Merck & Co., Inc.. et al., No. 06-9788,
20 previously filed as CV-06-1215, Las Vegas, NV.

21

22          MOTION TO WITHDRAW AS ATTORNEY OF RECORD
                 FOR PLAINTIFF PURSUANT TO LR83.2.11
23
24        COMES NOW, Kenneth M. Roberts, Esq. and David B. Matheny, Esq., of the law

25 firm of DEMPSEY, ROBERTS & SMITH, LTD., as attorneys of record and hereby move

26 this Honorable Court for an Order to Withdraw as Attorney of Record for Plaintiff.

27        This Motion is made and based upon the Memorandum of Points and Authorities

28

1  submitted herewith, and the affidavit of Kenneth M. Roberts, and David B. Matheny.

2  **DATED** this 22nd day of February, 2007.

3

4

5  KENNETH M. ROBERTS, ESQ.
   Nevada Bar No. 004729
6  DAVID B. MATHENY, ESQ.
   Nevada Bar No. 008178
7  DEMPSEY, ROBERTS & SMITH, LTD.
8  520 South Fourth Street
   Suite 360
9  Las Vegas, Nevada 89101
   Attorneys for Plaintiff
10

11
                    **MEMORANDUM OF POINTS AND AUTHORITIES**
12

13          LR83.2.11 states in pertinent part:

14
                The original counsel of record shall be held to represent
15          the party for whom he or she appears unless the court
            permits him or her to withdraw from the case. He or she
16          may obtain permission only upon joint motion to substitute
            counsel or upon a written motion served on opposing
17          counsel and the client before the court acts. If other
            counsel is not thereby substituted, the motion to withdraw
18          shall contain the present address of the client and the
            client's telephone number if the client can be reached by
19          telephone. The motion shall be accompanied by a
            certificate of service, including a statement that the client
20          has been notified of all deadlines and pending court
            appearances, on both the client by certified mail and
21          opposing counsel, or an affidavit stating why service has
            not been made.
22

23

24          That Plaintiff's counsel are unable to effectively communicate with their client

25  and this inability has greatly affected Plaintiff's counsel's ability to properly prepare

26  this matter for trial.

27
            That a trial date has not been set in this matter and there will be no delay of
28

                                            -2-

1  discovery.  Further, there are no hearings currently pending before this court.

2      As such, Movants herein respectfully requests this Honorable Court allow

3

4  them to withdraw their representation for the Plaintiff and that any and all further

5  proceedings be directed to Plaintiff, Albin Knudson, at his last known mailing address

6  to wit: 5701 Tropic Mist, Las Vegas, Nevada 89130, home telephone: (702) 655-

7  4988 and cellular telephone: (702) 400-9936.

8

9      **DATED** this 22nd day of February, 2007.

10

11

12                           _____

13                           KENNETH M. ROBERTS, ESQ.

14                           Nevada Bar No. 004729
                             DAVID B. MATHENY, ESQ.

15                           Nevada Bar No. 008178
                             DEMPSEY, ROBERTS & SMITH, LTD.

16                           520 South Fourth Street, Suite 360

17                           Las Vegas, Nevada 89101

18                           Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28

1    **<u>AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW</u>**

2

3    STATE OF NEVADA        )
                           )ss.
4    COUNTY OF CLARK        )

5

6         KENNETH M. ROBERTS and DAVID B. MATHENY, being first duly sworn,
     depose and says:

7

8         1.  That they are the attorneys who represented Plaintiff, in the above entitled
     action and am authorized to practice law in the State of Nevada;

9

10        2.  That there has been a failure in effective communication, and there exists
     a lack of cooperation, all which undermines a successful attorney-client relationship;

11

12        3.  That the last known address of the Plaintiff, Albin Knudson, at his last
13   known mailing address to wit: 5701 Tropic Mist, Las Vegas, Nevada 89130, home
     telephone: (702) 655-4988 and cellular telephone: (702) 400-9936;

14

15        4.  That Plaintiff has been informed no trial date has been set for this matter
     and there are no pending hearings or deadlines;

16

17        5.  That in light of the above, I feel strongly that I cannot continue to effectively
     represent the Plaintiff herein;

18

19        6.  Further, Affiants sayeth naught.

20

21   _/s/_____         ___/s/_____
22   KENNETH M. ROBERTS                    DAVID B. MATHENY

23   SUBSCRIBED and SWORN to before me
24   this 22nd day fo February, 2007.

25

26   _/s/ Elsa McMurtry_____
     NOTARY PUBLIC, In and for said
27        COUNTY and STATE
28   My appointment expires 1/19/2010

-4-

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the law firm of Dempsey, Roberts & Smith, Ltd.; that on the 22nd day of February, 2007, service of the foregoing MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF was made this day pursuant to F.R.C.P. 5(B) by mailing a true and correct copy of the same, with Certified Return-Receipt Requested postage fully pre-paid thereon addressed to the following parties as follows:

Certified, Return-Receipt Requested
#: 7006 2760 0003 1882 0736

Albin Knudson
5701 Tropic Mist
Las Vegas, Nevada 89130
Plaintiff

Regular Mail

Robert R. McCoy, Esq.
Morris, Pickering, Peterson & Track
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant

An employee of
DEMPSEY, ROBERTS & SMITH, LTD.

## CERTIFICATE OF SERVICE

I certify that on the 27th day of February, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert R. McCoy, Esq.
Morris, Pickering, Peterson & Track
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Albin Knudson
5701 Tropic Mist
Las Vegas, Nevada 89130
Plaintiff


An employee of
DEMPSEY, ROBERTS & SMITH, LTD.