KENNETH M. ROBERTS, ESQ.
Nevada Bar No. 004729
DAVID B. MATHENY, ESQ.
Nevada Bar No. 008178
DEMPSEY, ROBERTS & SMITH, LTD.
520 South Fourth Street, Ste. 360
Las Vegas, Nevada 89101
Telephone:  (702) 388-1216
Facsimile:    (702) 388-2514
kenroberts@drsltd.com
Attorney for Plaintiff
ALBIN KNUDSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO: Knudson v. Merck & Co., Inc.. et al., No. 06-9788, previously filed as CV-06-1215, Las Vegas, NV.

**ORDER GRANTING MOTION TO WITHDRAW**
**AS ATTORNEY OF RECORD FOR PLAINTIFF**

Upon the filing and reading of the foregoing Motion to Withdraw as Attorney of Record, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Kenneth M. Roberts, Esq. and David B. Matheny, Esq., of the law firm of Dempsey, Roberts & Smith, Ltd., shall be allow to withdraw as

/ / /

/ / /

attorney of record for the Plaintiff Albin Knudson, in all matters pending against it in the above captioned matter.

DATED:_____

UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted

*/s/ David B. Matheny*

DAVID B. MATHENY, ESQUIRE
Nevada Bar Number 008178
DEMPSEY, ROBERTS & SMITH, LTD.
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
Attorneys for Plaintiff

In re: VIOXX
Products Liability Litigation
MDL No. 1657
Member Case: Knudson vs. Merck & Company, Inc.
Case No. 2:06-cv-09788-EEF-EDK
Order Granting Motion to Withdraw                    -2-