KENNETH M. ROBERTS, ESQ.
Nevada Bar No. 004729
DAVID B. MATHENY, ESQ.
Nevada Bar No. 008178
DEMPSEY, ROBERTS & SMITH, LTD.
520 South Fourth Street, Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 388-1216
Facsimile:   (702) 388-2514
kenroberts@drsltd.com
Attorney for Plaintiff
JULIA C. MORTELL, WIFE ON BEHALF OF
DANIEL W. MORTELL, HUSBAND, DECEASED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| In re: VIOXX<br>Products Liability Litigation | MDL No. 1657 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO: Mortell v. Merck & Co., Inc.. et al., No. 06-9789, previously filed as CV-06-1216, Las Vegas, NV.

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS

Upon the filing and reading of the foregoing Motion to Withdraw as Attorney of Record, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Kenneth M. Roberts, Esq. and David B. Matheny, Esq., of the law firm of Dempsey, Roberts & Smith, Ltd., shall be allow to withdraw as

/ / /

/ / /

-1-

attorney of record for the Plaintiffs Julia C. Mortell, wife, and on behalf of Daniel W. Mortell, husband, deceased, in all matters pending against it in the above captioned matter.

DATED:_____

UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted

_____
DAVID B. MATHENY, ESQUIRE
Nevada Bar Number 008178
DEMPSEY, ROBERTS & SMITH, LTD.
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
Attorneys for Plaintiff

In re: VIOXX
Products Liability Litigaqtion
MDL No. 1657
Member Case: Mortell vs. Merck & Company, Inc.
Case No. 2:06-cv-09789-EEF-DEK
Order Granting Motion to Withdraw                -2-