KENNETH M. ROBERTS, ESQ.
Nevada Bar No. 004729
DAVID B. MATHENY, ESQ.
Nevada Bar No. 008178
DEMPSEY, ROBERTS & SMITH, LTD.
520 South Fourth Street, Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 388-1216
Facsimile:   (702) 388-2514
kenroberts@drsltd.com
Attorney for Plaintiff
ARTHUR L. SHER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation | MDL No. 1657 |
| | SECTION L |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III** |

THIS DOCUMENT RELATES TO: Sher v. Merck & Co., Inc.. et al., No. 06-9790, previously filed as CV-06-1217, Las Vegas, NV.

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD
FOR PLAINTIFFS PURSUANT TO LR83.2.11**

COMES NOW, Kenneth M. Roberts, Esq. and David B. Matheny, Esq., of the law firm of DEMPSEY, ROBERTS & SMITH, LTD., as attorneys of record and hereby move this Honorable Court for an Order to Withdraw as Attorney of Record for Plaintiff.

This Motion is made and based upon the Memorandum of Points and Authorities

///

submitted herewith, and the affidavit of Kenneth M. Roberts, and David B. Matheny.

**DATED** this 22nd day of February, 2007.

*[signature]*

KENNETH M. ROBERTS, ESQ.
Nevada Bar No. 004729
DAVID B. MATHENY, ESQ.
Nevada Bar No. 008178
DEMPSEY, ROBERTS & SMITH, LTD.
520 South Fourth Street
Suite 360
Las Vegas, Nevada 89101
Attorneys for Plaintiff

### MEMORANDUM OF POINTS AND AUTHORITIES

LR83.2.11 states in pertinent part:

> The original counsel of record shall be held to represent the party for whom he or she appears unless the court permits him or her to withdraw from the case. He or she may obtain permission only upon joint motion to substitute counsel or upon a written motion served on opposing counsel and the client before the court acts. If other counsel is not thereby substituted, the motion to withdraw shall contain the present address of the client and the client's telephone number if the client can be reached by telephone. The motion shall be accompanied by a certificate of service, including a statement that the client has been notified of all deadlines and pending court appearances, on both the client by certified mail and opposing counsel, or an affidavit stating why service has not been made.

That Plaintiff's counsel are unable to effectively communicate with their client and this inability has greatly affected Plaintiff's counsel's ability to properly prepare this matter for trial.

That a trial date has not been set in this matter and there will be no delay of

-2-

discovery. Further, there are no hearings currently pending before this court.

As such, Movants herein respectfully requests this Honorable Court allow them to withdraw their representation for the Plaintiff and that any and all further proceedings be directed to Plaintiff, Arthur L. Sher, at his last known mailing address to wit: 4175 S. Decatur Blvd., Las Vegas, Nevada 89103, home telephone: (702) 253-7653 and cellular telephone: (702) 630-3370.

**DATED** this 22nd day of February, 2007.

_____
KENNETH M. ROBERTS, ESQ.
Nevada Bar No. 004729
DAVID B. MATHENY, ESQ.
Nevada Bar No. 008178
DEMPSEY, ROBERTS & SMITH, LTD.
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
Attorneys for Plaintiff

## AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW

STATE OF NEVADA )
)ss.
COUNTY OF CLARK )

KENNETH M. ROBERTS and DAVID B. MATHENY, being first duly sworn, depose and says:

1. That they are the attorneys who represented Plaintiff, in the above entitled action and am authorized to practice law in the State of Nevada;

2. That there has been a failure in effective communication, and there exists a lack of cooperation, all which undermines a successful attorney-client relationship;

3. That the last known address of the Plaintiff, Arthur L. Sher, at his last known mailing address to wit: 4175 S. Decatur Blvd., Las Vegas, Nevada 89103, home telephone: (702) 253-7653 and cellular telephone: (702) 630-3370;

4. That Plaintiff has been informed no trial date has been set for this matter and there are no pending hearings or deadlines;

5. That in light of the above, I feel strongly that I cannot continue to effectively represent the Plaintiff herein;

6. Further, Affiants sayeth naught

  /s/                                            /s/
KENNETH M. ROBERTS                  DAVID B. MATHENY

SUBSCRIBED and SWORN to before me this 22nd day fo February, 2007.

  /s/ Elsa McMurtry
NOTARY PUBLIC, In and for said
COUNTY and STATE

My appointment expires 1/19/2010

-4-

## CERTIFICATE OF SERVICE

I certify that I am an employee of the law firm of Dempsey, Roberts & Smith, Ltd.; that on the 22nd day of February, 2007, service of the foregoing MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF was made this day pursuant to F.R.C.P. 5(B) by mailing a true and correct copy of the same, with Certified Return-Receipt Requested postage fully pre-paid thereon, addressed to the following parties as follows:

<u>Certified, Return-Receipt Requested</u>
#: 7006 2760 0003 1882 0712

Arthur L. Sher
4175 S. Decatur Blvd.
Las Vegas, Nevada 89103
Plaintiff

<u>Regular Mail</u>

Robert R. McCoy, Esq.
Morris, Pickering, Peterson & Track
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant

_/s/ M. V. Roberts_
An employee of
DEMPSEY, ROBERTS & SMITH, LTD.

## CERTIFICATE OF SERVICE

I certify that on the 27th day of February, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert R. McCoy, Esq.
Morris, Pickering, Peterson & Track
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Arthur L. Sher
4175 S. Decatur Blvd.
Las Vegas, Nevada 89103
Plaintiff

/s/ M— V. Roberts
An employee of
DEMPSEY, ROBERTS & SMITH, LTD.