UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| *Jerry Kaiser v. Merck & Co., Inc., et al.,* | * | |
| (E.D. La. Index No. CA- 06-8323-L) | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JEROME PITTMAN ONLY

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff JERRY KAISER, and Defendant, MERCK & CO., INC., stipulate and agree that Defendant JEROME PITTMAN is hereby voluntarily dismissed without prejudice each party bearing its own costs and counsel fees.

In compliance with PreTrial Order No. 8A, the undersigned counsel hereby certify that as soon as the Order of dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice of Defendant Jerome Pittman.

Dated: February 27, 2007.

*[signature: Brenda S. Fulmer]*
Brenda S. Fulmer
Florida Bar No. 999891
ALLEY CLARK GREIWE & FULMER
*Attorneys for Plaintiff*
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Dated: February 28, 2007.

*[signature: Dorothy H. Wimberly]*
Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendant's Liaison Counsel

Patricia E. Lowry
John B. T. Murray, Jr.
Dori K. Stibolt
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Phone: 561-650-7200
Fax:    561-655-1509

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of February, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2