UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Antonia Acosta Cabrera et al. v. Merck & Co., Inc.,* Case No. 05-4589 (Ruperta Colon Colon, Pedro Colon Melendez, Orlando Colon Montalvo, Luis A. Colon Rivera, Rebeca Cordero Figueroa, Eliecer Cordero Penalbert, Carmen Cortes, Lydia Cortes Gonzalez, Juan R. Cotto Ortiz, and Doralia Cotto Rios only)

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Ruperta Colon Colon, Pedro Colon Melendez, Orlando Colon Montalvo, Luis A. Colon Rivera, Rebeca Cordero Figueroa, Eliecer Cordero Penalbert, Carmen Cortes, Lydia Cortes Gonzalez, Juan R. Cotto Ortiz, and Doralia Cotto Rios be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 23rd day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

5