UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

S DOCUMENT RELATES TO: *Idalia Morales Ortiz, individually and on behalf of the Estate of Nicolasa Ortiz Munoz et al. v. Merck & Co., Inc.,* Case No. 05-4591 (Emilia Martinez Albert, individually and on behalf of the Estate of Jorge L. Lopez Ortiz; Elvira Diaz Gonzalez, individually and on behalf of the Estate of Matilda Gonzalez Maldonado; Angelica Rodriguez, individually and on behalf of the Estate of Gloria M. Arribe; Miriam Velez Rodriguez, individually and on behalf of the Estate of Maria A. Quinonez; Awilda Quintana Rivera, individually and on behalf of the Estate of Isabel Rivera Perez; and Aida Morales Alvarez, individually and on behalf of the Estate of Ignacio Morales Tricoche only)

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Emilia Martinez Albert, individually and on behalf of the Estate of Jorge L. Lopez Ortiz; Elvira Diaz Gonzalez, individually and on behalf of the Estate of Matilda Gonzalez Maldonado; Angelica Rodriguez, individually and on behalf of the Estate of Gloria M. Arribe; Miriam Velez Rodriguez, individually and on behalf of the Estate of Maria A. Quinonez; Awilda Quintana

Rivera, individually and on behalf of the Estate of Isabel Rivera Perez; and Aida Morales Alvarez, individually and on behalf of the Estate of Ignacio Morales Tricoche be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this \_\_\_23rd\_\_\_ day of \_\_\_February\_\_\_, 2007.

_____
UNITED STATES DISTRICT JUDGE