UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

S DOCUMENT RELATES TO: *Idalia Morales Ortiz, individually and on behalf of the Estate of Nicolasa Ortiz Munoz et al. v. Merck & Co., Inc.*, Case No. 05-4591 (Alicia Alvarado, individually and on behalf of the Estate of Lowell M. Willhite; Luz E. Tejera Rivera, individually and on behalf of the Estate of Benacio Mendez Matos; Marta Roman Soto, individually and on behalf of the Estate of Julio Ortiz Yambo; Jamille C. Carrasquillo, individually and on behalf of the Estate of Francisco Carrasquillo Figueroa; Edelmiro Quinonez Rodriguez, individually and on behalf of the Estate of Monserrate Perez Quinonez; Rosa Ramos, individually and on behalf of the Estate of Aida Rosa Quinonez; Rosa M. Cured Enriquez, individually and on behalf of the Estate of Eddie M. Cured Collazo; and Nereida Torres, individually and on behalf of the Estate of Eliecer Pagan only)

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Alicia Alvarado, individually and on behalf of the Estate of Lowell M. Willhite; Luz E. Tejera Rivera, individually and on behalf of the Estate of Benacio Mendez Matos; Marta Roman Soto, individually and on behalf of the Estate of Julio Ortiz Yambo; Jamille C. Carrasquillo,

7

individually and on behalf of the Estate of Francisco Carrasquillo Figueroa; Edelmiro Quinonez Rodriguez, individually and on behalf of the Estate of Monserrate Perez Quinonez; Rosa Ramos, individually and on behalf of the Estate of Aida Rosa Quinonez; Rosa M. Cured Enriquez, individually and on behalf of the Estate of Eddie M. Cured Collazo; and Nereida Torres, individually and on behalf of the Estate of Eliecer Pagan be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this __23rd__ day of __February__, 2007.

_____
UNITED STATES DISTRICT JUDGE