**Leila H. Watson**
**Elizabeth A. Ellis**
**CORY WATSON CROWDER**
 **& DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama  35205
205-328-2200
**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | ) ) | MDL NO. 1657 SECTION:  L |

---

| | | |
|---|---|---|
| **SAMANTHA WINDHAM, As Administrator of the Estate of FORREST BURRESS, deceased** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| Vs. | ) ) | Case no.:  06CV2184 |
| **MERCK & CO., INC.,** | ) ) | **PLAINTIFF'S MOTION TO DISMISS** |
| **Defendant.** | ) | |

Now comes the Plaintiff, by and through her undersigned attorney, and moves to dismiss the Complaint, with prejudice, and for that states:

1.     Plaintiff and her counsel have conferred and are in agreement to dismiss this action without further proceeding.  The dismissal will be without prejudice.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Plaintiff moves for the dismissal with prejudice, costs to be taxed to the party incurring same.

          s/Leila H. Watson
          Leila H. Watson (ASB-3023-S74L)
          CORY, WATSON, CROWDER & DEGARIS, P.C.
          Attorney for the Plaintiffs
          2131 Magnolia Avenue
          Birmingham, AL  35205
          Telephone No.:  205-328-2200
          Fax No.:  205-324-7896
          Email:  lwatson@cwcd.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, pursuant to the Federal Rules of Civil Procedure a true and correct copy has been served on the following counsel of record on this 28th day of February, 2007, either by e-mail to the registered participants in ECF or by U.S. Mail to the non-registered counsel of record:

Wilfred P. Coronato, Esquire
Hughes, Hubbard & Reed, LLC
101 Hudson Street, Suite 3601
Jersey City, N.J.  07302-3908

          **s/Leila H. Watson**

cc.    Samantha Windham
        13142 East 100th Avenue
        Flat Rock, IL   62427

**Leila H. Watson**
**Elizabeth A. Ellis**
**CORY WATSON CROWDER**
 **& DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama  35205
205-328-2200
**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | ) ) | MDL NO. 1657 SECTION:  L |

---

| | | |
|---|---|---|
| SAMANTHA WINDHAM, As **Administrator of the Estate of** **FORREST BURRESS, deceased** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| Vs. | ) ) | Case no.:  06CV2184 |
| **MERCK & CO., INC.,** | ) ) | **ORDER GRANTING MOTION** **TO DISMISS** |
| **Defendant.** | ) | |

This matter coming before the Court on Plaintiff's Motion to Dismiss, and there being no opposition, it is hereby

ORDERED THAT THE MOTION IS GRANTED AND THE CASE IS DISMISSED WITH PREJUDICE, COSTS TO BE TAXED TO THE PARTY INCURRING THEM.

DONE AND ORDERED THIS \_\_\_\_\_ DAY OF _____, 2007.

_____
UNITED STATES DISTRICT JUDGE