**Leila H. Watson**
**Elizabeth A. Ellis**
**CORY WATSON CROWDER**
 **& DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama  35205
205-328-2200
**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX PRODUCTS | ) | MDL NO. 1657 |
| LIABILITY LITIGATION | ) | SECTION:  L |

---

| | | |
|---|---|---|
| SAMANTHA WINDHAM, As | ) | |
| **Administrator of the Estate of** | ) | |
| **FORREST BURRESS, deceased** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | Case no.:  06CV2184 |
| | ) | |
| MERCK & CO., INC., | ) | **ORDER GRANTING MOTION** |
| | ) | **TO DISMISS** |
| **Defendant.** | ) | |

This matter coming before the Court on Plaintiff's Motion to Dismiss, and there being no opposition, it is hereby

ORDERED THAT THE MOTION IS GRANTED AND THE CASE IS DISMISSED WITH PREJUDICE, COSTS TO BE TAXED TO THE PARTY INCURRING THEM.

DONE AND ORDERED THIS _____ DAY OF _____, 2007.

_____
UNITED STATES DISTRICT JUDGE