UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COY BULLOCK, | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| PLAINTIFF, | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 06-10175 |
| | * | |
| MERCK & CO., INC. a foreign | * | SECTION L - DIVISION 3 |
| Corporation, | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |
| | * | |

(Related Matter: Patricia Barrell, et. al., v. Merck & Co., Inc., United States District Court for the District of New Jersey, Case No. 06-4655)

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Coy Bullock. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Coy Bullock, are dismissed, without prejudice.

Dated this 27th day of ~~March~~ February, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE