UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Ruben Miranda Velez et al. v. Merck & Co., Inc.,* **Case No. 05-4590 (Teresa Santiago, Georgina Santiago, William Santiago Flores, Nelson Santiago Maldonado, Awilda Santiago Morales, Nilda Santiago Sepulveda, Julio Santos Cedeno, Milagros Santos Martinez, Sara Serbia Feliciano, Milagros Serrano Serrano, and Awilda Sierra Alicea only)**

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Teresa Santiago, Georgina Santiago, William Santiago Flores, Nelson Santiago Maldonado, Awilda Santiago Morales, Nilda Santiago Sepulveda, Julio Santos Cedeno, Milagros Santos Martinez, Sara Serbia Feliciano, Milagros Serrano Serrano, and Awilda Sierra Alicea be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 27th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

5