# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Carrie Moore, Individually and as* | * | JUDGE KNOWLES |
| *Administratrix of the Estate of* | * | |
| *Deceased Fannie Welch v. Merck &* | * | |
| *Co., Inc.*, No. 05-6763; *Geraldine* | * | |
| *Butler v. Merck & Co., Inc.*, No. 05- | * | |
| 3471; *Doris Sheets v. Merck & Co.,* | * | |
| *Inc.*, No. 05-3200; *Jean Price v. Merck* | * | |
| *& Co., Inc.*, No. 05-3486; *Gary Lindsey* | * | |
| *v. Merck & Co., Inc.*, No. 05-3527 | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that the above-styled lawsuits be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

858861v.1