UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | |
| ************************************* | | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: *Herbert L. Wittow v. Merck & Co., Inc., No.* 2:06-CV-11046

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Herbert L. Wittow ("Plaintiff") and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiff agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiff further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In Re VIOXX Products Liab. Litig.* (MDL-06-11046), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Dated: February ____, 2007.

| KRITZER/ZONIES, LLC | WHEELER TRIGG KENNEDY LLP |
|---|---|
| By: *s/Joseph J. Zonies* <br> Joseph J. Zonies <br> Stuart A. Kritzer <br> 140 East 19th Avenue, Third Floor <br> Denver, Colorado  80203 <br> (303) 393-1111 <br> joe@kritzerzonies.com <br> stuart@kritzerzonies.com | By: *Andrew H. Myers* <br> John R. Trigg <br> Andrew H. Myers <br> Carey Taylor <br> 1801 California Street, Suite 3600 <br> Denver, Colorado 80202 <br> (303) 244-1800 <br> trigg@wtklaw.com <br> myers@wtklaw.com <br> taylor@wtklaw.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | |
| ************************************* | | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:  2:06-CV-11046

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other.

IT IS SO ORDERED.

ENTERED this _____ day of _____, 2006.

_____
Honorable Eldon Fallon, U.S.D.J.

3

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Stipulation and Order of Dismissal Without Prejudice were served on the ___ day of February, 2007, as described below to all counsel of record in accordance with the Federal Rules of Civil Procedure and more specifically, this Court's orders as entered in the MDL No. 1657.

**Plaintiffs' Liaison Counsel**:
Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, Louisiana  70170
Phone:  504-581-4892
Fax: 504-561-6024
Email:  rherman@hhkc.com

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, Louisiana  70170
Phone:  504-581-4892
Fax: 504-561-6024
Email:  ldavius@hhkc.com

**Defendants' Liaison Counsel:**
 Phillip Wittmann, Esquire
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax: 504-581-3361
Email:  pwittman@stonepigman.com

**Plaintiff:**

Herbert Wittow
29 Sedgwick Drive
Cherry Hills Village, Colorado  80113

**All other Counsel of Record via Lexis/Nexis File & Serve System**

                                       By:   *s/Joseph J. Zonies*
                                              Attorney for Plaintiff