UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | |
| ************************************* | | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: 2:06-CV-11046

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other.

IT IS SO ORDERED.

ENTERED this _____ day of _____, 2006.

_____
Honorable Eldon Fallon, U.S.D.J.

3