Complaint **the Brief**

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED  FEB 22 2007

LORETTA G. WHYTE
Clerk

Motion to Request file(s)
05md 1657
Case 06-1493 L (3)

Dear Clerk of Court Loretta G. Whyte

I am asking that my copys fees be waived. I need a copy of all the Judges orders. I am indigent.
I need to know if Judge Eldon E. Fallon appointed counsel and the up-todate discovery proofs pending.
I am still looking for a lawyer can you also tell me what does MDL 1657 mean. And what is the demeand of the case. Case 06-8409 L (3) is not my case for this U.S. Court to consolidated look at my signature. MRI's, echo-grams, and the stress test was sent as "Exhibits" from Dr. McClure at Covenant Hospital in Saginaw Michigan release form.

Signed,

Edward Earl Thomas

2-11-2007

pertinent information

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
1000 WASHINGTON AVENUE, ROOM 304
P.O. BOX 913
BAY CITY, MI 48707-0913

OFFICIAL BUSINESS

7012 3043 3327

U.S. District Court
Eastern District of Louisiana
500 Poydras Street - Room C151
New Orleans, LA 70130

HASLER
01 7H1 55D6400
$0.390
02/16/2007
Mailed From 48706
US POSTAGE