

**KOREIN TILLERY**

*Attorneys at Law*

Gateway One on the Mall
701 Market Street, Suite 300
St. Louis, Missouri 63101-1820

www.koreintillery.com

AARON M. ZIGLER
azigler@koreintillery.com
Tel: 314.241.4844
Fax: 314.241.3525

U.S. DISTRICT
EASTERN DISTRICT OF LA
2007 FEB 26 PM 3:10
LORETTA G. WHYTE
CLERK

February 21, 2007

Clerk of the United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Re:   *Vioxx MDL No. 1657*
      **Class Action - Sumner, et al. v. Merck**
            *05-2563 L3 (E.D. of La.)*
            *3:04-cv-0864 ( S.D. of Ill.)*

Dear Clerk:

Please be advised that the address for Korein Tillery, LLC has changed as follows and all service in this matter should be directed to:

Aaron M. Zigler
Korein Tillery, LLC
505 N. 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Fax: (314) 241-3525

___ Fee_____
_X_ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____

If you require anything further in this regard, please feel free to call or e-mail me.

Sincerely,

*[signature]*

AARON M. ZIGLER

AMZ/kt

10 Executive Woods Court
Belleville, Illinois 62226-2030
Tel: 618.277.1180 Fax: 618.277.6939

205 North Madison, Suite 1950
Chicago, Illinois 60601-4269
Tel: 312.641.9750 Fax: 312.641.9751

*Korein Tillery is a Limited Liability Company*