UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | |
| VIOXX PRODUCTS LIABILITY LITIGATION | § § § § | MDL Docket No.<br>2:05-md-01657-EEF-DEK |
| "This document relates to all cases filed by firm" | § § § § § | |

## NOTICE OF CHANGE OF FIRM NAME

TO THE CLERK:

Kindly note that Morgan & Weisbrod, L.L.P. has changed its name to Miller, Curtis & Weisbrod, L.L.P., and changed its telephone number. In reference to all cases originally filed by Morgan & Weisbrod, L.L.P. in the Federal MDL regarding Vioxx Products Liability Litigation, please change the firm name and contact information as follows:

> Miller, Curtis & Weisbrod, L.L.P.
> 11551 Forest Central Drive, Ste. 300
> Dallas, Texas 75243-3924
> Toll Free: (888) 987-0005
> Phone: (214) 987-0005
> Fax: (214) 739-4732

Dated: March 1, 2007

*Notice of Change of Firm Name*

        Respectfully submitted,

        /s/ Les Weisbrod
        **Les Weisbrod**
        Arkansas State Bar No. 2005301
        Texas State Bar No. 21104900
        **Alexandra V. Boone**
        Texas State Bar No. 00795259
        **Paul Lynch**
        Arkansas State Bar No. 2000067
        Texas State Bar No. 24013073
        **MILLER, CURTIS & WEISBROD, LLP**
        11551 Forest Central Drive, Ste. 300
        Dallas, Texas 75243-3924
        Toll Free: (888) 987-0005
        Phone: (214) 987-0005
        Fax: (214) 739-4732
        **ATTORNEYS FOR PLAINTIFFS**

## Certificate of Service

      I hereby certify that on March 1, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and additionally sent electronic notification to counsel as follows:

| | |
|---|---|
| Russ Herman | rwestenfield@hhkc.com |
| Leonard Davis | ldavis@hhkc.com |
| Philip Whitmann | pwittmann@stonepigman.com |

      /s/ Les Weisbrod
**LES WEISBROD**

*Notice of Change of Firm Name*

*Page 3*