UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 FEB 23  PM 12: 25
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO<br><br>MICHAEL A. PRETTYMAN, ADMINISTRATOR OF THE ESTATE OF CAROL A. WASHINGTON, v. MERCK & CO., INC.<br><br>CIVIL ACTION NO. 05-3144 | Claimant: Michael A. Prettyman, Administrator of the Estate of Carol A. Washington<br>(name) |

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in this matter. Plaintiff's counsel was under the understanding that when it "filed and served" its motion for leave to withdraw as counsel on March 15, 2006 on LexisNexis File & Serve, as evidenced by the Daily Docket Search of Wednesday, March 15, 2006 (attached as Exhibit A), that it was filing the motion with the Court.

Plaintiff's counsel learned on February 22, 2007 that LexisNexis File & Serve is, in fact, for *service only* in this case and that the Motion must be filed via ECF or by U.S. First Class Mail in order for the Court to consider it.

Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interest of the client that they remain as counsel. Plaintiff's March 15, 2006 Motion to Withdraw as Counsel is attached as Exhibit B.

Plaintiff, Michael A. Prettyman, was served with the original Motion by letter dated March 15, 2006, a copy of which is attached as Exhibit C, and will be served with this Motion as well as indicated on the attached Certificate of Service.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.____
```

Until further notice, all future Notices, Orders and Motions should be served directly to the Plaintiff, Michael A. Prettyman, 808 Montvue Avenue, Morristown, TN 37813. Mr. Prettyman's telephone number is 423-585-5353. A proposed order is attached.

Respectfully submitted,

**SPECTER SPECTER EVANS & MANOGUE, P.C.**

By: _____
John C. Evans, #49351
Megan L. Faust, #80250

The 26th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, PA   15219
412-642-2300
412-642-2309 (Fax)
jce@ssem.com
mfaust@ssem.com


**LAW OFFICES OF BERNICE LATOU**

By: _____
Bernice L. Latou, #023566

302 South Crain Highway
Glen Burnie, MD 21061
443-572-0520
443-572-0521
LatouBalto@aol.com

Click to Print | | Printed on: Wednesday, March 15, 2006 14:38:30 EST
---|---|---
Jurisdiction: Louisiana | **Daily Docket Search** |
Court: LA US District Court Eastern | |
District E-Service-Vioxx | Search Created: |
Case Class: Civil-Vioxx | Wednesday, March 15, 2006 14:38:30 |
Day: 3/15/2006 | EST |

1-2 of 2 transactions  <<Prev Page 1 of 1 Next>>

| Transaction | ▼Date/Time | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|
| 10803826 | 3/15/2006 1:36 PM CST | 2:05cv3144 Prettyman, Michael A vs Merck & Co Inc et al | Megan Lynne Faust-Craig, Specter Specter Evans & Manogue | Motion | to Withdraw as Counsel | 0.1MB |
| 10800037 | 3/15/2006 10:39 AM CST | MC MDL-1657 In Re: VIOXX Products Liability Litigation MDL No 1657 | Leonard Davis, Herman Herman Katz & Cotlar LLP | Notice | Amended Notice of Videotaped Deposition With Subpoena Duces Tecum of Dr. Emily Isaacs (with subpoena) | 0.2MB |

1-2 of 2 transactions  <<Prev Page 1 of 1 Next>>

**LexisNexis· File & Serve**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**

*Michael A. Prettyman, Administrator of the Estate of Carol A. Washington, v. Merck & Co., Inc.*, No. 05-3144L (previously 05-CV-0728 D.MD. USDC)

**MOTION TO WITHDRAW AS COUNSEL**

Plaintiff's counsel respectfully moves for leave to withdraw as counsel in this matter. Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interest of the client that they remain as counsel.

Until further notice, all future Notices, Orders and Motions should be served directly to the Plaintiff, Michael A. Prettyman, 808 Montvue Avenue, Morristown, TN 37813. Mr. Prettyman's telephone number is 423-585-5353.

Respectfully submitted,

**SPECTER SPECTER EVANS & MANOGUE, P.C.**

By: _/s/ Megan L. Faust_
John C. Evans, #49351
Megan L. Faust, #80250

The 26th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219
412-642-2300
412-642-2309 (Fax)
jce@ssem.com
mfaust@ssem.com

**LAW OFFICES OF BERNICE LATOU**

By: _____
Bernice L. Latou, #023566

302 South Crain Highway
Glen Burnie, MD 21061
443-572-0520
443-572-0521
LatouBalto@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff, Michael A. Prettyman, has been notified of all deadlines and pending court appearances and that on this 15th day of March, 2006, the foregoing Motion to Withdraw as Counsel was mailed via U.S. First Class Certified Mail to the Plaintiff.

I also hereby certify that on this 15th day of March, 2006, the foregoing Motion was served to Liaison Counsel, Russ Herman and Phillip A. Wittmann, via US. First Class Mail and email and upon the following parties by electronically uploading to LexisNexis File & Serve in accordance with Pretrial Order No. 8.

Dan H. Ball, Esquire
Stephan G. Strauss, Esquire
Randy J. Soriano, Esquire
Robert T. Ebert, Jr., Esquire
Bryan Cave, LLP
One Metropolitan
211 North Broadway, Suite 3600
St. Louis, MO   63102-2750

*Attorneys for Merck & Co., Inc.*

Phillip A. Wittmann, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA   70130-3588

*Defense Liaison Counsel*

Mr. Michael A. Prettyman
808 Montvue Avenue
Morristown, TN   37813

*Plaintiff*

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, #3A
Destin, FL   32541

*Plaintiffs' Liaison Counsel*

Megan L. Faust

## SPECTER SPECTER EVANS & MANOGUE, P.C.

March 15, 2006

File No. 25002

MEGAN L. FAUST
mfaust@ssem.com

THE 26TH FLOOR

KOPPERS BUILDING

PITTSBURGH, PA 15219

TEL

412/642.2300

FAX

412/642.2309

WEBSITE

www.ssem.com

Michael A. Prettyman
808 Montvue Avenue
Morristown, TN 37813

Re:   Estate of Carol A. Washington

Dear Mr. Prettyman:

Enclosed is a copy of the Motion to Withdraw as Counsel. The motion was electronically filed with the Court today. I am also enclosing a copy of the docket sheet for your record.

Sincerely,

Megan L. Faust
MLF:amt

Enclosures

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff, Michael A. Prettyman, has been notified of all deadlines and pending court appearances and that on this 22nd day of February, 2007, the foregoing Motion to Withdraw as Counsel was mailed via U.S. First Class Certified Mail to the Plaintiff.

I also hereby certify that on this 22nd day of February, 2007, the foregoing Motion was served to Liaison Counsel, Russ Herman and Phillip A. Wittmann, via US. First Class Mail and email and upon the following parties by electronically uploading to LexisNexis File & Serve in accordance with Pretrial Order No. 8.

Dan H. Ball, Esquire
Stephan G. Strauss, Esquire
Randy J. Soriano, Esquire
Robert T. Ebert, Jr., Esquire
BRYAN CAVE, LLP
One Metropolitan
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750

John N. Poulos, Esquire
HUGHES HUBBARD & REED, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ  07302-3910

*Attorneys for Merck & Co., Inc.*

Phillip A. Wittmann, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130-3588

*Defense Liaison Counsel*

Mr. Michael A. Prettyman
808 Montvue Avenue
Morristown, TN  37813

*Plaintiff*

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, #3A
Destin, FL  32541

*Plaintiffs' Liaison Counsel*

_____
Megan L. Faust