```
                                                              FILED
                                                        U.S. DISTRICT COURT
                                                      EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2007 FEB 27 PM 4: 20

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO | Claimant: Michael A. Prettyman, Administrator of the Estate of Carol A. Washington (name) |
| MICHAEL A. PRETTYMAN, ADMINISTRATOR OF THE ESTATE OF CAROL A. WASHINGTON, v. MERCK & CO., INC. | |
| CIVIL ACTION NO. 05-3144 | |

## ORDER OF COURT

AND NOW, on this 26th day of February, 2007, upon consideration of the foregoing Motion to Withdraw as Counsel, it is hereby ORDERED, ADJUDGED and DECREED that the Order is GRANTED. Until further notice, all future Notices, Orders and Motions should be served directly to the Plaintiff, Michael A. Prettyman, 808 Montvue Avenue, Morristown, TN 37813. Mr. Prettyman's telephone number is 423-585-5353.



___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmC___
___ Doc. No.___