**MINUTE ENTRY**
**FALLON, J.**
**MARCH 1, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO ALL CASES:**

    The Joint Motion of Merck & Co., Inc. and Insurers to Quash and/or for Protective Order Preventing Irrelevant and Inappropriate Insurance-Related Discovery (Rec. Doc. 9694) came before the Court on this date for oral argument. Ben Barnett argued on behalf of Merck, and William Quackenboss and Stephen Marcusa argued on behalf of the Insurers. Leonard Davis and Drew Ranier argued on behalf of the Plaintiffs' Steering Committee.

    For the reasons stated on the record, IT IS ORDERED that the Joint Motion to Quash is DENIED IN PART such that (1) pursuant to Rule 26(a)(1)(D) of the *Federal Rules of Civil Procedure*, Merck shall produce to the PSC all relevant insurance policies dating back to 1993, and (2) Merck shall produce a person(s) for a 30(b)(6) deposition(s) to explain the policies, including such things as the extent, nature, and types of insurance coverage and the relationships among the policies. IT IS FURTHER ORDERED that the Joint Motion to Quash is GRANTED IN PART in all other respects.

    Accordingly, Merck's earlier Motion for a Protective Order Preventing Corporate Deposition on Duplicative and Privileged Topics (Rec. Doc. 8759) is DENIED AS MOOT.

JS10(01:00)