**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RICHARD MARTIN** **Plaintiff** | § | |
| **VS.** | § | **Civil Action No. 05-6011** |
| **MERCK & CO., INC.** **Defendant** | § | |

| | | |
|---|---|---|
| **IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | § | **MDL NO. 1657** |
| | § | **SECTION L** |
| **THIS DOCUMENT RELATES TO: RICHARD MARTIN** | § | **JUDGE ELDON E. FALLON** |
| | § | **MAGISTRATE JUDGE DANIEL E. KNOWLES, III** |

**MOTION TO WITHDRAW AND FOR SUBSTITUTION OF ATTORNEY**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Movants THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH [1] ask that this Court allow them to withdraw as attorneys in charge for Plaintiff and permit the substitution of RICHARD MARTIN, *PRO* SE to substitute as attorney on behalf of PLAINTIFF RICHARD MARTIN in the above entitled action in the place and stead of THE O'QUINN LAW FIRM as of the date hereof. Richard Martin has indicated his assent to this substitution by signing in the space provided below. There are no outstanding deadlines of which Movants are aware. This case is not set for trial and Mr. Martin's Plaintiff Profile Form was submitted and served on all parties. Plaintiff's last known address is 4040 School Drive, Marrero, Louisiana 70072.

WHEREFORE, PREMISES PROVIDED, Movants The O'Quinn Law Firm, John R. Leach, III; Michael J. Lowenberg and Anthony E. Farah pray that this matter be submitted to the

[1] The withdrawal is intended to and does include the law firm of Franklin D. Azar & Associates as the referring attorneys who maintained responsibility for this case, notwithstanding the fact that they are not identified on the pleadings.

Court and upon submission, the Court enter an order permitting the withdrawal of all Movants and for such other and further relief, at law or in equity, to which they may show themselves justly entitled. A proposed Order is attached.

Respectfully submitted,

**THE O'QUINN LAW FIRM**

By: ______________________________

JOHN R. LEACH
SBN: 12084500
MICHAEL J. LOWENBERG
SBN: 24001164
ANTHONY E. FARAH
SBN: 24007172
440 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 223-1000
(713) 222-6903 (fax)
**WITHDRAWING ATTORNEYS**

**AGREED:**

______________________________

**RICHARD MARTIN**
Plaintiff, *Pro Se*
4040 School Drive
Marrero, Louisiana 70072

**<u>Certificate of Conference Not Required</u>**

Pursuant to Local Rule 7.4.1W of the United States District Court in the Eastern District of Louisiana, Plaintiff's counsel is not required to confer with opposing counsel and therefore, did not do so.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion to Withdraw and for Substitution of Attorney and Proposed Order was served on the ___ day of ________________, 2007, as described below to all counsel of record in accordance with the Federal Rules of Civil Procedure and more specifically, this Court's orders as entered in the MDL No. 1657:

Mr. Wilfred P. Coronato
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
**Attorney for Defendant Merck**

**U.S. Mail and CMRRR # 7006 2150 0004 2825 1887**
Mr. Richard Martin
4040 School Drive
Marrero, Louisiana 70072
**Plaintiff**

All Counsel of Record Via LexisNexis File & Serve:

By: ______________________
John R. Leach, III