# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD MARTIN** § | | |
| Plaintiff § | | |
| VS. § | | Civil Action No. 05-6011 |
| § | | |
| **MERCK & CO., INC.** § | | |
| Defendant § | | |

| | | |
|---|---|---|
| **IN RE: VIOXX MARKETING,** § | | |
| **SALES PRACTICES AND** § | | **MDL NO. 1657** |
| **PRODUCTS LIABILITY** § | | |
| **LITIGATION** § | | **SECTION L** |
| § | | |
| **THIS DOCUMENT RELATES TO:** § | | **JUDGE ELDON E. FALLON** |
| **RICHARD MARTIN** § | | |
| § | | **MAGISTRATE JUDGE** |
| § | | **DANIEL E. KNOWLES, III** |

## ORDER ON SUBSTITUTION OF ATTORNEY IN CHARGE

After considering THE O'QUINN LAW FIRM'S, JOHN R. LEACH, III'S; MICHAEL J. LOWENBERG'S and ANTHONY E. FARAH's Motion to Withdraw and for Substitution of Attorney, the Court is of the opinion that Movants' THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH are hereby withdrawn as attorneys of record; IT IS FURTHER ORDERED that Richard Martin's *Pro Se* Substitution should be in all things GRANTED. It is therefore: ORDERED that RICHARD MARTIN, *Pro Se* shall be and is substituted as Attorney in Charge in the place of THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH,[1] all of whom are discharged as attorneys for Richard Martin and have no further responsibility for this case.

SIGNED on _____, 2007.

**JUDGE ELDON E. FALLON**

---

[1] The withdrawal is intended to and does include the discharge of responsibility for the law firm of Franklin D. Azar & Associates as the referring attorneys who maintained responsibility for this case, notwithstanding the fact that they are not identified on the pleadings.