**MINUTE ENTRY**
**FALLON, J.**
**MARCH 1, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 9698) came before the Court on this date for oral argument. Phillip Wittmann argued the motion on behalf of Merck, and Leonard Davis argued on behalf of the Plaintiffs' Steering Committee. At the hearing, Merck submitted several exhibits that will be attached as additional exhibits to its motion.

IT IS ORDERED that Merck & Co., Inc.'s Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 9698) is DENIED AS MOOT IN PART with respect to those Plaintiffs for whom Merck has withdrawn its Rule: *Prado v. Merck & Co., Inc.*, No. 05-6303 (regarding Carmen Rodriguez); *Allen v. Merck & Co., Inc.*, No. 05-4738 (regarding Jackie Shaw); *Walker v. Merck & Co., Inc.*, No. 05-3137 (regarding Phillip Nunn); *Castillo v. Merck & Co., Inc.*, No. 05-2380 (regarding Enrique Enriques); and *Ashworth v. Merck & Co., Inc.*, No. 05-

1

JS10(00:30)

5561 (regarding Kerns Ashworth).

IT IS FURTHER ORDERED that Merck & Co., Inc.'s Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 9698) is GRANTED IN PART with respect to the following Plaintiffs whose claims are hereby DISMISSED WITH PREJUDICE for the reasons stated on the record:

1. *Rayford v. Merck & Co., Inc., et al.*, 05-2354 (regarding Betty Rayford);

2. *Jett v. Merck & Co., Inc.*, 06-282 (regarding Rodgetta Jett on behalf of Vivian Colvin);

3. *Lane, et al. v. Merck & Co., Inc.*, 05-1121 (regarding Russell A. Lane);

4. *Abrams, et al. v. Merck & Co., Inc., et al.*, 05-5204 (regarding Betty Baker);

5. *Anderson v. Merck & Co., Inc.*, 06-427 (regarding Doreen P. Anderson on behalf of Denis A. Anderson);

6. *Rini, et al. v. Merck & Co., Inc.*, 05-1083 (regarding Patricia Rini);

7. *Donoho v. Merck & Co., Inc.*, 05-5896 (regarding Barbara Donoho);

8. *Parks v. Merck & Co., Inc.*, 05-6517 (regarding Anita Parks);

9. *Inskeep v. Merck & Co., Inc.*, 05-6074 (regarding Mike Inskeep);

10. *Woods v. Merck & Co., Inc., et al.*, 05-3375 (regarding Gwendolyn Woods on behalf of Caslean H. Gilmer);

11. *Thomas, et al. v. Merck & Co., Inc.*, 05-1024 (regarding Shantall Thomas on behalf of Paula McAllister).