UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Deloris Ivers, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02946) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, John R. Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., LLP, counsel of record for Plaintiff, JUDY STEVENSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARTHA C. CHUTE, moves this Court for an order allowing him to withdraw as counsel of record for Plaintiff, Judy Stevenson, in the above-captioned multidistrict litigation. The plaintiff and counsel disagree over further handling of this claim, and counsel seeks to withdraw pursuant to the terms of the Attorney-Client Contract. Counsel has advised Plaintiff of their intent to withdraw and Plaintiff consents to the withdrawal.

This withdrawal is intended for Plaintiff, Judy Stevenson, only and does not affect the representation of any other Plaintiffs in the Original Complaint.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is 46 1st Avenue, New Lexington, OH 43764.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

Dated:

                                          Respectfully submitted,

                                          */s/ John R. Climaco*

                                        JOHN R. CLIMACO
                                        State Bar No. 0011456
                                        CLIMACO, LEFCOWITZ, PECA, WILCOX
                                          & GAROFOLI CO., INC., L.L.P.
                                        1220 Huron Road, Suite 1000
                                        Cleveland, Ohio 44115
                                        Telephone: 216- 621-8484
                                        Facsimile: 216-771-1632