Andy D. Birchfield, Jr. (BIR006)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

Attorneys for Plaintiff Annie Kimbrel

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANNIE KIMBREL OBO HERMAN KIMBREL,** | * * * | **In re: VIOXX PRODUCTS LIABILITY LITIGATION** **MDL Docket No. 1657** |
| **PLAINTIFF,** | * * | |
| v. | * * | **CASE NO. 05-3373** |
| **MERCK & CO., INC. a foreign Corporation,** | * * | **SECTION L - DIVISION 3** |
| **DEFENDANT.** | * * * | **JUDGE ELDON E. FALLON MAGISTRATE JUDGE** |

---

On this, the _____ day of March, 2007, it is hereby **STIPULATED, ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. Should she seek to refile, Plaintiff Annie Kimbrel will refile in the federal Multi-District Litigation ("MDL") and not in state court.

This Stipulation is filed on behalf of Plaintiff Annie Kimbrel, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

In compliance with PTO 8B, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court, they will make the change directly on File & Serve to reflect the dismissal without prejudice on the above-referenced case(s).

**APPROVED AND SO ORDERED**

_____
Eldon E. Fallon
United States District Judge

**DATED** this _____ day of March, 2007.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

_____
Andy D. Birchfield, Jr.
Benjamin L. Locklar
Attorneys for the Plaintiff

**DATED** this 26th day of February, 2007.

**STONE PIGMAN WALTHER WITTMAN LLC**

_____
Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

**DATED** this 2nd day of ~~February~~ March, 2007.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the procedures established in MDL 1657, on this 2nd day of ~~February~~ March, 2007.

_____
OF COUNSEL