UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNIE KIMBREL OBO HERMAN KIMBREL, | * * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION MDL Docket No. 1657 |
| PLAINTIFF, | * * | |
| v. | * * | CASE NO. 05-3373 |
| MERCK & CO., INC. a foreign Corporation, | * * | SECTION L - DIVISION 3 |
| DEFENDANT. | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE |

## CERTIFICATE OF COMPLIANCE

In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court he will make the change directly on File & Serve to reflect the dismissal without prejudice of the above-referenced case.

*Benjamin L. Locklar*
Andy D. Birchfield, Jr.
Benjamin L. Locklar
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343
(334) 954-7555 - Fax
Attorneys for the Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Easter District of Louisiana by using the CM-ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 2nd day of ~~February~~ March, 2007.

_____
OF COUNSEL