UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
   *Suwak v. Merck & Co., Inc.*, 06-3113

## ORDER

IT IS ORDERED that document #10269 is hereby STRICKEN from the record in this case for the reasons that Patient Profile forms are not to be filed with the Court.

New Orleans, Louisiana, this   2nd   day of   March  , 2007.

_____
UNITED STATES DISTRICT JUDGE