KENNETH M. ROBERTS, ESQ.
Nevada Bar No. 004729
DAVID B. MATHENY, ESQ.
Nevada Bar No. 008178
DEMPSEY, ROBERTS & SMITH, LTD.
520 South Fourth Street, Ste. 360
Las Vegas, Nevada 89101
Telephone:  (702) 388-1216
Facsimile:    (702) 388-2514
kenroberts@drsltd.com
Attorney for Plaintiff
ARTHUR SHER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>   Products Liability Litigation | MDL No. 1657 |
| | SECTION L |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III** |

THIS DOCUMENT RELATES TO: Sher v. Merck & Co., Inc.. et al., No. 06-9790, previously filed as CV-06-1217, Las Vegas, NV.

## ORDER GRANTING MOTION TO WITHDRAW
## AS ATTORNEY OF RECORD FOR PLAINTIFF

Upon the filing and reading of the foregoing Motion to Withdraw as Attorney of Record, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Kenneth M. Roberts, Esq. and David B. Matheny, Esq., of the law firm of Dempsey, Roberts & Smith, Ltd., shall be allow to withdraw as

/ / /

/ / /

attorney of record for the Plaintiff Arthur Sher, in all matters pending against it in the above captioned matter.

DATED: 2/28/07

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted

*[signature]*

DAVID B. MATHENY, ESQUIRE
Nevada Bar Number 008178
DEMPSEY, ROBERTS & SMITH, LTD.
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
Attorneys for Plaintiff

In re:: VIOXX
Product Liability Litigation
MDL NO.: 1657
Member Case: Sher vs. Merck & Company, Inc.
Case No. 2:06-cv-09790-EEF-DEK
Order Granting Motion to Withdraw

-2-