UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| Patricia and Kenneth Martinez v. Merck & Co., Inc., 05-cv-6012 | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * *

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS STIPULATED AND AGREED between the undersigned parties that, pursuant to Fed. R. Civ. P. 41(a)(1), the action captioned above is hereby dismissed without costs to any party. This dismissal is without prejudice and subject to the conditions set forth in the following paragraph.

IT IS FURTHER STIPULATED AND AGREED that should plaintiffs or a representative on their behalf re-file plaintiffs' claims against Merck & Co., Inc., they will so do only in the United States District Court in the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and shall not oppose transfer to MDL 1657.

Dated: **March 5**, 2007

THE O'QUINN LAW FIRM

By: _____
John R. Leach, III
Michael J. Lowenberg
440 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-1000 telephone
(713) 223-0937 facsimile
*Attorneys for Plaintiffs*

STONE PIGMAN WALTHER WITTMANN LLC

By: _____
Phillip A. Wittmann
546 Carondelet St.
New Orleans, LA 70130
*Attorneys for Defendant*