UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Carrie Moore, Individually and as* | * | JUDGE KNOWLES |
| *Administratrix of the Estate of* | * | |
| *Deceased Fannie Welch v. Merck &* | * | |
| *Co., Inc.*, No. 05-6763; *Geraldine* | * | |
| *Butler v. Merck & Co., Inc.*, No. 05- | * | |
| 3471; *Doris Sheets v. Merck & Co.,* | * | |
| *Inc.*, No. 05-3200; *Jean Price v. Merck* | * | |
| *& Co., Inc.*, No. 05-3486; *Gary Lindsey* | * | |
| *v. Merck & Co., Inc.*, No. 05-3527 | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that the above-styled lawsuits be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 2nd day of March, 2007

_____
DISTRICT JUDGE

858861v.1