FRANK M. PITRE (100077)
NIKI B. OKCU (229345)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiffs Jeff Brass and Kathy Tokes*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | **NOTICE OF CHANGE OF FIRM NAME** |
| *Jeffrey Brass v. Merck & Co., Inc., a New Jersey Corporation, et al.*; Case No. 05-0441 | |
| *Kathy Tokes v. Merck & Co., Inc., a New Jersey Corporation, et al.*; Case No. 05-0439 | |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**NOTICE OF CHANGE OF FIRM NAME**

1 | **TO THE COURT AND ALL PARTIES OF RECORD:**

2 |     COTCHETT, PITRE, SIMON & McCARTHY hereby advises the Court and all parties in
3 | this matter that as of February 1, 2007, the firm's new name is:

4 |             **COTCHETT, PITRE & McCARTHY**

5 |     The address, telephone, and facsimile numbers will remain the same. The domain name
6 | for all e-mail communications will be changed to: cpmlegal.com. Please note the following
7 | e-mail address changes for this matter:

8 |     Frank M. Pitre              fpitre@cpmlegal.com

9 |     Niki B. Okcu               nokcu@cpmlegal.com

11 | Dated: March 2, 2007           **COTCHETT, PITRE & McCARTHY**

13 |                          By: _____
                              NIKI B. OKCU
14 |                               Attorneys for Plaintiffs Jeff Brass
                              and Kathy Tokes

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

**NOTICE OF CHANGE OF FIRM NAME**       1

**PROOF OF SERVICE VIA LEXISNEXIS FILE & SERVE**

I, Jennifer Wang, declare:

I am employed in Burlingame, CA. I am over the age of eighteen and not a party to the within cause. My business address is 840 Malcolm Road, Burlingame, California, 94010.

On this day, I caused to have served the following documents as required on the parties and/or counsel of record designated for electronic service in this matter on the LexisNexis File & Serve website.

**NOTICE OF CHANGE OF FIRM NAME**

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on March 5, 2007, at Burlingame, California.

_____
JENNIFER WANG