UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1657<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO *Jerry Lemonds v. Merck & Co., Inc.,* No. 2:06-cv-11070-EEF-DEK, previously filed as 3:06-cv-0840, S.D. Ill. | * * * * | Judge Fallon<br>Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Larry E. Hepler and Beth A. Bauer of the law firm of Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Hepler and Ms. Bauer's motion to withdraw and substituting Mr. Dick and Mr. Struble as counsel for Evers Pharmacy, Inc. d/b/a Evers Pharmacy in *Jerry Lemonds v. Merck & Co., Inc. et al.*, No. 2:06-cv-11070-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1. Evers Pharmacy, Inc. d/b/a Evers Pharmacy has informed Larry E. Hepler and Beth A. Bauer that it has obtained other counsel, specifically, David A. Dick and B. Matthew Struble of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2. David A. Dick and B. Matthew Struble are attorneys in good standing and licensed to practice in the courts of Illinois, the jurisdiction where this matter was originally filed.

3521096

3.  Evers Pharmacy, Inc. d/b/a Evers Pharmacy has been notified of all deadlines and pending court appearances.

WHEREFORE, Larry E. Hepler and Beth A. Bauer of the law firm of Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC and David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Hepler and Ms. Bauer to withdraw from this matter and allowing Mr. Dick and Mr. Struble to enter an appearance on behalf of Defendant Evers Pharmacy, Inc. d/b/a Evers Pharmacy, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

HEPLER, BROOM, MACDONALD, HEBRANK, TRUE & NOCE, LLC

By: *Beth A. Bauer*
Larry E. Hepler, #01195603
Beth A. Bauer, #06274533
103 W. Vandalia St., Suite 300
P.O. Box 510
Edwardsville, Illinois 62025-0510
(618) 656-0184  Telephone

Attorneys for Defendant Evers Pharmacy, Inc. d/b/a Evers Pharmacy

and

THOMPSON COBURN LLP

By: _____
David A. Dick, S.D. Ill. #06224792
B. Matthew Struble, S.D. Ill. #6282155
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant Evers Pharmacy, Inc. d/b/a Evers Pharmacy

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of March, 2007.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*