UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL No. 1657 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO *Jerry Lemonds v. Merck & Co., Inc.,* No. 2:06-cv-11070-EEF-DEK, previously filed as 3:06-cv-0840, S.D. Ill. | * <br> * <br> * <br> * | <br><br> Judge Fallon <br> Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Evers Pharmacy, Inc. d/b/a Evers Pharmacy, in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Larry E. Hepler and Beth A. Bauer of the law firm of Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC be permitted to withdraw, and hereby is withdrawn, as counsel for Evers Pharmacy, Inc. d/b/a Evers Pharmacy in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Evers Pharmacy, Inc. d/b/a Evers Pharmacy in this matter.

Dated:

_____

3521146