IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>　　　Products Liability Litigation<br><br>This Document Relates to:<br><br>JAMES LOCKARD and MARCIA<br>LOCKARD v. MERCK & CO., INC.<br>06-CV-8340-EEF-DEK | ) ) ) ) ) ) ) ) ) ) | MDL No. 1657<br><br>Section: L<br><br><br>**APPEARANCE** |

**COMES NOW** Barrie J. Terrones and hereby enters an Appearance on behalf of the Plaintiffs in the above matter.

By _____
　　Barrie J. Terrones　　　AT0007862
　　Suite 111, Terrace Center
　　2700 Grand Avenue
　　Des Moines, IA 50312
　　Telephone: 515/244-0111
　　Facsimile: 515/697-4299
　　ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Appearance has been served on Defendant's counsel, Gregory Lederer and Jason Steffens, by U.S. mail and by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures establish by MDL 1657 on this 6th day of March, 2007.

　　　　　　　　/s/ *Barrie J. Terrones*
　　　　　　　　Barrie J. Terrones
　　　　　　　　AT0007862
　　　　　　　　Attorney for Plaintiff
　　　　　　　　Hopkins & Huebner, P.C.
　　　　　　　　2700 Grand Ave., Suite 111
　　　　　　　　Des Moines, IA  50312
　　　　　　　　Telephone No.: (515) 244-0111
　　　　　　　　Fax No.:  (515) 244-8935
　　　　　　　　bterrone@hopkinsandhuebner.com