UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | |
| ************************************* | | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:  2:06-CV-11046

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other.

Plaintiff's counsel shall make the necessary changes to party status on Lexis/Nexis File and Serve pursuant to Pretrial Order 8B.

IT IS SO ORDERED.

ENTERED this __2nd__ day of ____March____, 2007.

_____
Honorable Eldon Fallon, U.S.D.J.

3