UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO**
   *Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

IT IS ORDERED that the Court will hear ORAL ARGUMENT on Plaintiff's Motion for New Trial (Rec. Doc. 3674) on April 24, 2007, at 9:00 a.m.

New Orleans, Louisiana, this  5th  day of   March  , 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-