UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO**
*Barnett v. Merck & Co., Inc.*, 06-485

### ORDER

IT IS ORDERED that the Court will hear ORAL ARGUMENT on Merck & Co., Inc.'s Motion for a New Trial on All Issues (Rec. Doc. 6739) on March 22, 2007, at 1:30 p.m.

New Orleans, Louisiana, this  5th  day of   March  , 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-