UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®                                        MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                        Section L

This Document Relates To:  Deloris                   Judge Fallon
Ivers, et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-02946)                   Mag. Judge Knowles

_____/

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of

Record, and for good cause shown, the Court finds the Plaintiff, JUDY STEVENSON'S Motion

to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorney John R.

Climaco of CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., LLP withdraw as

counsel for Plaintiff, Judy Stevenson, Individually and As Representative of the Estate of Martha

C. Chute, only and does not affect the representation of any other Plaintiffs in the Original

Complaint.

IT IS SO ORDERED.

3/5/07
_____                              _____
Date                                                 Judge Eldon E. Fallon
                                                     United States District Court Judge