UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNIE KIMBREL OBO HERMAN KIMBREL, | * * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION MDL Docket No. 1657 |
| PLAINTIFF, | * * | |
| v. | * * | CASE NO. 05-3373 |
| MERCK & CO., INC. a foreign Corporation, | * * * | SECTION L - DIVISION 3 |
| DEFENDANT. | * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Annie Kimbrel. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Annie Kimbrel, are dismissed, without prejudice.

Dated this 5th day of March, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE