UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>ANITA WICK, et al.,<br><br>                        Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a foreign corporation,<br><br>                        Defendant. | MDL Docket NO. 1657<br><br>JUDGE ELDON E. FALLON<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS**<br><br>CASE NO. 2:05-cv-06385-EEF-DEK |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties that, pursuant to Fed. R. Civ. P. 41(a)(1), the action captioned above is hereby dismissed without costs to any party. This dismissal is without prejudice and subject to the conditions set forth in the following paragraph.

IT IS FURTHER STIPULATED AND AGREED that should plaintiff or a representative on their behalf re-file plaintiff's claims against Merck & Co., Inc., they will so do only in the United States District Court in the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and shall not oppose transfer to MDL 1657.

Dated: 12-20-06       By: _____
                           Anita Wick

Dated: 3/6/07         By: _____
                           Phillip A. Wittmann, Esq.
                           Stone, Pigman, Walther & Wittmann, L.L.C.
                           546 Carondelet Street
                           New Orleans, LA 70130
                           Telephone: (504) 581-3200
                           Facsimile: (504) 581-3361

                           *Defendant's Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of March, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2