UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * | MDL Docket No. 1657<br><br>SECTION L<br>JUDGE FALLON |
| * * * * * *<br>This Document Relates to:<br><br>Pat Simpson as Representative of the, Estate of Jack M. Simpson<br>     Plaintiff<br><br>vs.<br><br>Merck & Co., Inc.,<br>     Defendant.<br><br>Civ. Action. No. 05-4738<br>* * * * * * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MAGISTRATE<br>JUDGE KNOWLES |

## STIPULATION OF DISMISSAL

Plaintiff and defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1), to dismissal without prejudice of the above-styled lawsuit, subject to the following conditions.

1. Plaintiff agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx, such lawsuit will be filed in the United States District Court; and,

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used

in any such lawsuit refiled by Anderson, as though Anderson had been a party and had had an opportunity to participate in that discovery.

3. In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal of the above-captioned case.

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully submitted,

/s/ Bruce A. Craig
Bruce A. Craig
State Bar Number 04975270
Lead Counsel

Of Counsel:

THE CARLILE LAW FIRM, L.L.P.
400 S. Alamo
Marshall, Texas 75670
Telephone Number: (903) 938-1655
Facsimile Number: (903) 938-0235

David C. Carlile
State Bar Number 03804500

D. Scott Carlile
State Bar Number 24004576

Casey Q. Carlile
State Bar No.: 24025868

AND

/s/ Jonathan B Skidmore
Jonathan Brent Skidmore
State Bar No. 18462500
Lead Counsel
Email: jskidmore@fulbright.com

Of Counsel:

H. Douglas Wabner
State Bar Number 20625550

Richard H. Krumholz
State Bar Number 00784425

Joe Tomaselli, Jr.
State Bar Number 24003064

Fulbright & Jaworski
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
214/855-8000
Fax: 12148558200

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice of Remaining Foreign Class Action Complaints has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U. S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that

the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM-ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of March, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN LLC
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel