U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   MAR - 1 2007

LORETTA G. WHYTE
Clerk

06-9430 L(3)
Lead Case  05MD 1657 L(3)

Ms. Loretta G. Whyte, Clerk
U.S. District Court
Room C151
Poydras Street
New Orleans, LA 70130

Ms Whyte this is my new address I'm back at St. Mary's Correctional Facility also I would like to know the status of my case and if there going to appoint me an Attorney to help me or do I need one

Thank You

Russell C. Clark
Russell C. Clark

Russell C. Clark
St. Marys Correctional Center
2880 Pleasants Hwy.
St. Marys, W.Va. 26170

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc No. _____

Russell C. Clark #27747
St. Marys Correctional Center
2880 Pleasants HWY.
St. Marys, W.Va. 26170

Loretta G. Whyte, Clerk
U.S. District Court
Room C151
500 Poydras Street
Or/leans, La. 70130