**MINUTE ENTRY**
**FALLON, J.**
**MARCH 7, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

     A telephone conference was held on this date in the Chambers of Judge Eldon E. Fallon. Don Arbitblit participated on behalf of the Plaintiffs' Steering Committee ("PSC"). Phil Beck participated on behalf of Merck. The conference was held to address an issue concerning the trial preservation deposition of Dr. Farquhar, scheduled to begin today.

     The Plaintiffs sought to play a two-minute video clip from the FDA Advisory Committee meeting of February 18, 2005 in which the Committee voted on the question of whether Vioxx increases the risk of cardiovascular events. Merck objected to playing the video clip on hearsay grounds. The Court sustained Merck's objection and instructed the parties not to play the video during Dr. Farquhar's deposition. However, the Plaintiffs may use other non-hearsay methods to advise the jury of the vote of each member of the Committee if this information was used, relied upon, or considered by the witness in formulating his opinion.

-1-

JS10(00:10)