UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIABILITY** | * | MDL Docket No. 1657 |
| | * | Case No. 2:05cv4519 |
| CAROL J. HALL, Individually and | * | |
| as Personal Representative of the Estate | * | |
| of HERMAN HALL, Deceased, et al., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & COMPANY, INC., a | * | |
| foreign corporation, | * | |
| | * | |
| DEFENDANT. | * | |

(This Document Relates To: Jennifer Rowland, Individually and as Personal Representative of the Estate of Herman Hall, Deceased, et al v. Merck & Co., Inc., a foreign corporation, No. 2:05cv4519)

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On __March 6th__, 2007, the Court considered Plaintiff's Motion for Leave to File Amended Complaint. After considering the application, the Court finds that Plaintiff's Motion for Leave to Amend Complaint is hereby **GRANTED**.

SIGNED this __6th__ day of March, 2007

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1