UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Annie Bradford, et al. v. Merck & Co., Inc., et al.*, No. 05-2328 | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal of the Case of William P. Carlson,

IT IS ORDERED, that all claims of plaintiff William P. Carlson only (he being one of sixty-eight separate plaintiffs in this action) against defendants be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 7th day of March, 2007

_____
DISTRICT JUDGE

858861v.1