UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Pat Simpson as Representative of the* | * | JUDGE KNOWLES |
| *Estate of Jack M. Simpson v. Merck &* | * | |
| *Co., Inc.* No. 05-4738 | * | |

* * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED, that the above-styled lawsuit be and it hereby is dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 7th day of March, 2007.

_____
DISTRICT JUDGE

858861v.1