IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : | MDL 1657 |
| | : | SECTION: Y |
| THIS DOCUMENT RELATES TO: Maria Graciela Cruz v. Merck & Co., Inc. et al. 06-11126 | : | HON. ELDON E. FALLON |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff herein, and files this her Unopposed Motion to Dismiss, without prejudice to re-filing same, in regard to the above-styled and numbered cause, and would show the Court as follows:

I.

Plaintiff hereby moves to the Court for a dismissal of this entire cause of action as to all defendants, effective immediately upon the filing of this unopposed motion and order granting same.

Respectfully submitted,

WATTS LAW FIRM, L.L.P.

*[signature]*

Anthony E. Pletcher
Mikal C. Watts
Attorney-in-charge
State Bar No. 20981820
Federal ID No. 12419

WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 N. Carancahua
Corpus Christi, TX 78478
361.887.0500
361.887.0055 fax

COUNSEL FOR PLAINTIFF

OF COUNSEL:

Robert J. Patterson
State Bar No. 15604500
Federal ID No. 748

Anthony E. Pletcher
State Bar No. 16069800
Federal ID No. 2842
WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 N. Carancahua
Corpus Christi, TX 78478
361.887.0500
361.887.0055 fax

James P. Bell, Jr.
State Bar No. 02078020
Federal ID No. 1489
LAW OFFICES OF JAMES P. BELL, JR.
800 N. Shoreline Blvd., Suite 2700 S
Corpus Christi, TX 78401-3703
361.866.8020
361.880.5901 fax

P's Unopposed Motion to Dismiss

## CERTIFICATE OF CONFERENCE

I certify that my office contacted counsel for Defendants on the merits of the foregoing Motion in January, 2007 and that counsel stated they were not opposed to the filing of same.

_____
Anthony E. Pletcher

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure via electronic mailing/or certified U.S. mail, return receipt requested, this the 1st day of February, 2007.

_____
Anthony E. Pletcher

xc:   Via Certified Mail – RRR:

Mr. A. Kyle Harris
Mr. Zachary Hughes
BAKER BOTTS, L.L.P
One Shell Plaza
910 Louisiana
Houston, TX 77002-4995
713.229.1234
713.229.1522 fax
*Attorneys for Defendant, Merck & Co., Inc.*

Ramona Martinez
COWLES & THOMPSON, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3793
214.672.2000
214.672.2020 fax
*Attorneys for Defendant,
Amerisourcebergen Drug Corporation*

3

P's Unopposed Motion to Dismiss

Ken Patterson
PATTERSON AND WAGNER
Northwest Center
7550 I-10 West, Suite 500
San Antonio, TX 78229
210.979.7555
210.979.9141
*Attorneys for Defendants, David Petros, M.D. and Maria De Los Pizarro, M.D.*

Jay H. Henderson
T. Scott Allen, Jr.
CRUSE, SCOTT, HENDERSON
    & ALLEN, L.L.P.
2777 Allen parkway, 7th Floor
Houston, TX 77019
713.650.6600
713.650.1720 fax
*Attorneys for Defendant, Jose Lozano, M.D.*

<u>Via Regular Mail:</u>

James P. Bell, Jr.
LAW OFFICES OF JAMES P. BELL, JR.
800 N. Shoreline Blvd., Suite 2700 S
Corpus Christi, TX 78401-3703
361.866.8020
361.880.5901 fax
*Additional counsel for Plaintiff*

4

P's Unopposed Motion to Dismiss