IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB 13 PM 4: 25

LORETTA G. WHYTE
      CLERK
```

IN RE: VIOXX PRODUCTS            :   MDL 1657
LIABILITY LITIGATION
                                 :   SECTION: Y

THIS DOCUMENT RELATES TO:
Maria Graciela Cruz v. Merck & Co., Inc. et al.
06-11126                         :   HON. ELDON E. FALLON

## ORDER GRANTING DISMISSAL

The Court, after reviewing Plaintiff's Unopposed Motion to Dismiss, is of the opinion that same should be GRANTED.

It is therefore, ORDERED that this entire cause of action, as to all defendants, is hereby dismissed without prejudice. *If the Plaintiff desires to refile her claim, she must do so in federal court. Pursuant to Pretrial order 80, Plaintiff's counsel shall make the necessary changes to Party status on Lexis/Nexis File + Serve.*

SIGNED this 12th day of February, 2007.

Hon. Eldon E. Fallon
Judge Presiding

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

Order Granting Dismissal                  1