UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE JUDGE |
| GERALD D. BARNETT, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION AND INCORPORATED MEMORANDUM FOR
ADDITIONAL PAGES FOR REPLY OF MERCK & CO., INC. IN
<u>SUPPORT OF MOTION FOR NEW TRIAL ON ALL ISSUES</u>**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for the Reply of Merck & Co., Inc. ("Merck") In Support of Motion for New Trial on All Issues.  The reply memorandum responds to plaintiff's opposition and addresses the facts and law supporting Merck's Motion.  Merck requests that it be granted ten (10) additional pages, for a total of twenty-five (25) pages for its reply memorandum.

860833v.1

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted ten (10) additional pages, for a total of twenty-five (25) pages for the Reply of Merck & Co., Inc. ("Merck") In Support of Motion for New Trial on All Issues.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

860833v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Reply of Merck & Co., Inc. ("Merck") In Support of Motion for New Trial on All Issues has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Mark Robinson by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of March, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

860833v.1