IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

**THIS DOCUMENT RELATES TO**: *Vicky Garlett v. Pfizer, Inc., No. 05-05568*

### STIPULATION OF DISMISSAL *WITHOUT PREJUDICE* ONLY AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT DEBORAH M. HALL, M.D.

COME NOW Plaintiff Vicky Garlett (Plaintiff), and Defendants Merck & Co., Inc., Pfizer, Inc., and Deborah M. Hall, M.D. (Defendants), by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby stipulate to the dismissal, *without prejudice*, of all allegations and/or claims set forth by Plaintiff against Defendant Deborah M. Hall, M.D. in the above-captioned case. Further, each party shall bear their own costs in connection with the litigation of the allegations against Defendant Deborah M. Hall, M.D. By signing below, Plaintiff's counsel of record, Kenneth B. McClain and Daniel A. Thomas, hereby certify that, upon order of this Court granting said stipulation of dismissal without prejudice, they shall make the necessary changes in party status on LexisNexis File & Serve in compliance with Pre-Trial Order No. 8(B), paragraph 14.

Respectfully submitted,

*[signature]*

Kenneth B. McClain, Esq.
Daniel A. Thomas, Esq.
HUMPHREY, FARRINGTON & MCCLAIN
221 West Lexington Avenue. Suite 400
Independence, MO 64050
(816) 836-5050

Attorneys for Plaintiff
Vicky Garlett

*[signature: Dorothy H. Wimberly]*

Phillip A. Whitman, 13625
~~Anthony M. DiLeo, 4942~~
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMAN, LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200

and

George Francis Verschelden
John Christian Aisenbrey
STINSON MORRISON, HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
(816) 842-8600

Attorneys for Defendant
Merck & Co., Inc.

_____
Harvey Kaplan
Jon A. Strongman
Scott W. Sayler
SHOOK, HARDY & BACON
2555 Grand Blvd.
Kansas City, MO 64108-2613
(816) 474-6550

Attorneys for Defendant
Phizer, Inc.

_____
Timothy M. Aylward         MO 30274
K. Christopher Jayaram     MO 50771
HORN AYLWARD & BANDY, LLC
2600 Grand Boulevard, Suite 500
Kansas City, MO 64108
(816) 421-0700
FAX: (816) 421-0899

Attorney for Defendant
Deborah M. Hall, M.D.

3