IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

**THIS DOCUMENT RELATES TO:** *Vicky Garlett v. Pfizer, Inc., No. 05-05568*

### ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

Based upon the Stipulation of Dismissal without Prejudice filed by Plaintiff Vicky Garlett (Plaintiff), and Defendants Merck & Co., Inc., Pfizer, Inc., and Deborah M. Hall, M.D. (Defendants), pursuant to Federal Rule of Civil Procedure 41(a),

***IT IS HEREBY ORDERED AND ADJUDGED*** all allegations and/or claims set forth by Plaintiff in the above-captioned case are dismissed without prejudice as to defendant Deborah M. Hall, M.D., with each party to bear its own costs in connection with the litigation of the allegations against Defendant Deborah M. Hall, M.D.

Entered this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

## **CERTFICATE OF SERVICE**

I hereby certify that the above and foregoing Order and Judgment of Dismissal without Prejudice, has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with procedures established in MDL 1657, on this ____ day of March, 2007.

Phillip A. Whitman, 13625
~~Anthony M. DiLeo, 4942~~
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMAN, LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200

2