FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR -6  AM II: 55

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>        Products Liability Litigation | ) MDL No. 1657<br>)<br>) Section L<br>) |
| THIS DOCUMENT RELATES TO: | ) Eldon E. Fallon<br>) U. S. District Judge<br>) |
| Tammy Blau, Surviving spouse of<br>CHARLES L. PIGG, deceased, individually<br>and on behalf of all other statutory<br>beneficiaries; | ) Daniel E. Knowles, III<br>) U. S. Magistrate Judge<br>)<br>) |
| Case No. 07-666 | **MOTION TO WITHDRAW AS**<br>**ATTORNEY OF RECORD**<br>) |

Pursuant to LR83.2.11, Mark D. Samson and the firm of Keller Rohrback, P.L.C. ("KRPLC") move the Court for an Order allowing them to withdraw as attorney of record for Plaintiff in this matter for the reason that KRPLC can no longer effectively represent Plaintiff due to an inability to get her to contact or communicate with it. This matter has only recently (February 6, 2007) been transferred to the MDL, but there is no trial date set and no discovery has been propounded. The only deadline is for the Plaintiff Profile Form ("PPF"), which is due on April 22, 2007.

The grounds for this Motion are simple – despite continued efforts to communicate with the client (both telephonic and written) at the address and phone number given by the client, counsel and his staff are told by a person identifying herself as a relative that Ms. Blau "will call back," or "has been sick," but have not been able to communicate with Ms. Blau since late October 2006. On many instances, telephone calls were met with voicemails and messages are not returned. We cannot represent someone who does not communicate with us.



Withdrawal at this point is appropriate.  No trial has been set; no discovery is outstanding and, as noted above, the only deadline is the PPF due on April 22, 2007.  As set out in the accompanying affidavit, counsel have informed Ms. Blau, in writing, of the status of the claim and provided her with a copy of the standing orders issued in the MDL to date.  Due to the delays in transfer of this matter to the EDLA and the well-known delay in uploading of cases to the LexisNexis system, KRPLC has been delayed in filing this Motion to Withdraw and accordingly requests that Ms. Blau be allowed additional time within which to file her PPF.

Until such time as Plaintiff retains replacement counsel, her address and telephone number are:

Tammy Blau
1810 West Northern Avenue
Box 131
Phoenix, Arizona 85021
602-538-7932

Based on the circumstances, KRPLC respectfully requests that the Court authorize it to withdraw from its representation of Plaintiff.  A form of order to that effect is attached.

RESPECTFULLY SUBMITTED this 5th day of March, 2007.

KELLER ROHRBACK, P.L.C.

By
Mark D. Samson
Arizona State Bar No. 11076
Attorneys for Plaintiff Tammy Blau
KELLER ROHRBACK, PLC
3101 North Central Avenue
Suite 1400
Phoenix, Arizona  85012-2643
Telephone:  602-248-0088
Facsimile:  602-248-2822
msamson@kellerrohrback.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Attorney of Record and (Proposed) Order have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of March, 2007.

By
Mark D. Samson
Arizona State Bar No. 11076
Attorneys for Plaintiff Tammy Blau
KELLER ROHRBACK, PLC
3101 North Central Avenue
Suite 1400
Phoenix, Arizona  85012-2643
Telephone:  602-248-0088
Facsimile:  602-248-2822
msamson@kellerrohrback.com

I also certify that on the 5th day of March, 2007, a copy of this Motion was placed in the United States Mail, Certified-Mail, return receipt requested, for service upon Plaintiff at the address below:

Tammy Blau
1810 West Northern Avenue
Box 131
Phoenix, Arizona 85021

By _____

## AFFIDAVIT OF MARK D. SAMSON

1.     My name is Mark D. Samson.  I make this affidavit, under oath, based on my personal knowledge and belief.

2.     I am a member of Keller Rohrback, P.L.C., the law firm that represents Ms. Tammy Blau in the lawsuit captioned *Tammy Blau v. Merck & Co, Inc.,* No. CV06-3002-PHX-LOA, pending in the Federal District Court of Arizona.

3.     Pursuant to Local Rule 83.3(b), I hereby affirm that I have made the disclosures in paragraph 6 below, in writing, to the client, Ms. Blau, by sending them via certified mail to her last known address, which is:  1810 West Northern Avenue, Phoenix, Arizona 85021.

4.     I have no knowledge of any other address for Ms. Blau.  She gave us that address at the outset of our representation and a person at the phone number that she gave us at the time she gave us the address, identifying herself as Ms. Blau's sister, has repeatedly told my staff that Ms. Blau lives there and that she will get in touch with us.

5.     Despite many, many phone calls and four letters, we have not been able to establish communication with Ms. Blau.

6.     The disclosures I made to Ms. Blau in the recent letter include:

- The fact that we are forced to withdraw as her representatives because she will not communicate with us;
- The status of the case, including that it was filed in state court, removed to federal court, and has been transferred as part of the MDL to New Orleans;
- That Judge Fallon has issued standing orders for cases transferred to his court under the MDL, and a copy of those orders have been supplied to Ms. Blau;
- That the only deadline currently pending is that a Plaintiff Profile Form (a copy of which was supplied to Ms. Blau) must be filled out and filed by April 22, 2007; and

- That she should get another lawyer or law firm to represent her in the case, but that she will have to communicate with them for them to do so.

Further Affiant sayeth not.

Sworn by me this 5th day of March, 2007.

Mark D. Samson

Subscribed and sworn before me this 5th day of March, 2007

Deborah M. Heller
Notary Public

My Commission Expires:  October 14, 2008



OFFICIAL SEAL
DEBORAH M. HELLER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 14, 2008