```
                                                    FILED
                                             U.S. DISTRICT COURT
                                           EASTERN DISTRICT OF LA

                                           2007 MAR -9  AM 7:30

                                             LORETTA G. WHYTE
                                                  CLERK
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation | ) MDL No. 1657<br>)<br>) Section L<br>)<br>) Eldon E. Fallon |
| THIS DOCUMENT RELATES TO: | ) U. S. District Judge<br>) |
| Tammy Blau, Surviving spouse of<br>CHARLES L. PIGG, deceased, individually<br>and on behalf of all other statutory<br>beneficiaries; | ) Daniel E. Knowles, III<br>) U. S. Magistrate Judge<br>)<br>) ~~~~~~~~~ ORDER |
| Case No. 07-666 | ) |

Pursuant to the Motion to Withdraw as Attorney of Record filed herein by Mark D. Samson and the firm of Keller Rohrback, P.L.C. ("Keller"),

IT IS ORDERED allowing the immediate withdrawal of Mark D. Samson and the firm of Keller Rohrback, P.L.C. ("Keller") as attorneys for Plaintiff.

~~[redacted]~~

~~[redacted]~~

~~[redacted]~~

DATED: _March 6_, 2007.

_____
Honorable Eldon E. Fallon, Judge
United States District Court
Eastern District of Louisiana

```
___ Fee_____
___ Process___
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No___
```