

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCT LIABILITY LITIGATION | * | **Eldon E. Fallon** |
| | * | U.S. District Judge |
| | * | |
| This Document Relates To: | * | **Daniel E. Knowles, III** |
| | * | U.S. Magistrate Judge |
| | * | |
| Francisco S. Avilés           06-cv-00118 | * | |
| José P. Cordero               05-cv-06552 | * | |
| Luis R. Carrión Vélez         05-cv-06411 | * | |
| William L. López              05-cv-06399 | * | |
| Teresita F. Matos             05-cv-06413 | * | |
| Herminia S. Navarro           05-cv-06403 | * | |
| Rafaela Román Vélez           06-cv-00109 | * | |
| Jorge L. Pérez Otero          05-cv-06407 | * | |

### PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

1.   Plaintiffs Francisco Avilés, José Cordero, Luis R. Carrión Vélez, William L. López, Teresita F. Matos, Herminia Navarro, Rafaela Román Vélez and Jorge L. Pérez Otero file this motion seeking an order to substitute Glenn Zuckerman and Weitz & Luxenberg, P.C. as the attorney/firm in charge for Plaintiffs in place of Francisco M. Troncoso and Troncoso & Schell, Esqs. The address and telephone number for Glenn Zuckerman and Weitz & Luxenberg, P.C. are as follows:

Glenn Zuckerman, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038-4925
Tel: (212) 558-5500
Fax: (212) 344-5461

-1-

2.     The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3.     The substitution of counsel is agreed to and consented to by Plaintiffs Francisco Avilés, José Cordero, Luis R. Carrión Vélez, William L. López, Teresita F. Matos, Herminia Navarro, Rafaela Román Vélez and Jorge L. Pérez Otero.

**WHEREFORE**, Plaintiffs Francisco Avilés, José Cordero, Luis R. Carrión Vélez, William L. López, Teresita F. Matos, Herminia Navarro, Rafaela Román Vélez and Jorge L. Pérez Otero respectfully request that the Court grant this motion along with such other further and different relief as this Court may deem just and proper.

Dated: San Juan, Puerto Rico

February 21, 2007

Respectfully submitted,

**TRONCOSO & SCHELL, ESQS.**

Francisco M. Troncoso
P.O. Box 9023352
San Juan, PR 00902-3352
Tel: (787) 722-0741
Fax: (787) 724-2563

**Withdrawing Attorney-In-Charge
For Plaintiffs**

-2-

Dated: New York, New York
February 1r, 2007

>Respectfully submitted,
>
>**WEITZ & LUXENBERG, PC**
>
>Glenn Zuckerman
>180 Maiden Lane
>New York, New York 10038-4925
>Tel: (212) 558-5500
>Fax: (212) 344-5461
>
>**Substituting Attorney-In-Charge**
>**For Plaintiffs**

-3-