FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR -9 AM 7:30

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCT LIABILITY LITIGATION | ) MDL NO. 1657<br>)<br>) Eldon E. Fallon<br>) U.S. District Judge<br>) |
| This Document Relates To: | ) Daniel E. Knowles, III<br>) U.S. Magistrate Judge<br>) |
| Francisco Aviles           06-cv-00118<br>Jose Cordero              05-cv-06552<br>Luis R. Carrion Velez     05-cv-06411<br>William L. Lopez         05-cv-06399<br>Teresita F. Matos        05-cv-06413<br>Herminia Navarro         05-cv-06403<br>Rafaela Roman Velez      05-cv-00109<br>Jorge L. Perez Otero     05-cv-06407 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING SUBSTITUTION OF COUNSEL

NOW after all parties having had an opportunity to be heard, and after due deliberation upon Plaintiffs' motion for substitution of counsel, it is

ORDERED that Francisco M. Troncoso and Troncoso & Schell, Esqs. are granted leave to withdraw as counsel of record for Plaintiffs Francisco Aviles, Jose Cordero, Luis R. Carrion Velez, William L. Lopez, Teresita F. Matos, Herminia Navarro, Rafaela Roman Velez, and Jorge L. Perez Otero, and that they are relieved from all responsibility as counsel of record in this cause, and it is further

ORDERED that Glenn Zuckerman and Weitz & Luxenberg, P.C. are hereby substituted as counsel of record for Plaintiffs Francisco Aviles, Jose Cordero, Luis R.

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____

Carrion Velez, William L. Lopez, Teresita F. Matos, Herminia Navarro, Rafaela Roman Velez and Jorge L. Perez Otero.

/s/ Eldon E. Fallon

HON. ELDON E. FALLON

ENTERED: March 7, 2007