FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR -9 AM 7:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| Patricia and Kenneth Martinez v. Merck & Co., Inc., 05-cv- 6012 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * *

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other. *Plaintiffs' counsel shall make the necessary changes to party status on Lexis/Nexis File + Serve pursuant to Pretrial order 8B.*

IT IS SO ORDERED.

ENTERED this 6th day of March, 2007.

Hon. Eldon Fallon, U.S.D.J.

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____