FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR -9 AM 7:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1657 |
| ANITA WICK, et al., | JUDGE ELDON E. FALLON |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS** |
| vs. | |
| MERCK & CO., INC., a foreign corporation, | CASE NO. 2:05-cv-06385-EEF-DEK |
| Defendant. | |

## ORDER

Considering the foregoing Stipulation of Dismissal Without Prejudice As to Merck & Co., Inc.

IT IS ORDERED, ADJUDGED AND DECREED tha tthis case is hereby dismissed without prejudice, subject to the conditions stated in the Stipulation, with each party to pay their respective costs and attorney fees. *Plaintiffs' counsel shall make the necessary changes to party status on Lexis/Nexis File + Serve pursuant to Pretrial Order 8B.*

SO ORDERED, ADJUDGED AND DECREED, this 7th day of March, 2007.

[signature]
DISTRICT JUDGE

Fee____
Process____
X/ Dktd____
V/ CtRmDep____
Doc. No____