UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Cooper v. Merck & Co., Inc.*, 05-1242

## ORDER

IT IS ORDERED that the Plaintiff's Motion to Dismiss (Rec. Doc. 7219) is DENIED.

New Orleans, Louisiana, this ___9th___ day of __March__, 2007.

_____
UNITED STATES DISTRICT JUDGE