UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
    *Hennelly, et al. v. Merck & Co., Inc.*, **06-2249**

### ORDER

IT IS ORDERED that the Plaintiffs' Motion to Dismiss (Rec. Doc. 9540) is DENIED.

Accordingly, IT IS FURTHER ORDERED that the Plaintiffs' duplicative Motion to Dismiss (Rec. Doc. 9495) is also DENIED.

New Orleans, Louisiana, this __9th__ day of __March__, 2007.

_____
UNITED STATES DISTRICT JUDGE