## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                     *     **MDL NO. 1657**
        **PRODUCTS LIABILITY LITIGATION**    *
                                             *     **SECTION: L(3)**
                                             *
                                             *     **JUDGE FALLON**
                                             *     **MAG. JUDGE KNOWLES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
     *Davis v. Merck & Co., Inc.*, 05-2487

### ORDER

       IT IS ORDERED that the Plaintiffs' Motion to Dismiss (Rec. Doc. 9669) is GRANTED

and that the Plaintiffs' claims are hereby DISMISSED WITHOUT PREJUDICE, with each party

to bear its own costs, subject to the following conditions:  (1) If the Plaintiffs desire to re-file

their claims, they must do so in federal court; (2) In the event the Plaintiffs re-file, any discovery

that has taken place or will take place in this MDL proceeding can be used in the Plaintiffs' re-

filed suit, as though the Plaintiffs had been parties and had an opportunity to participate in that

discovery; and (3) Pursuant to Pretrial Order No. 8B, Plaintiffs' counsel shall make the necessary

changes to party status on LexisNexis File & Serve.


       New Orleans, Louisiana, this   <u>9th</u>   day of   <u>March</u>  , 2007.


                                   _____
                                   UNITED STATES DISTRICT JUDGE