## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 06-0485 | |
| GERALD D. BARNETT, | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

## **O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Reply of Merck & Co., Inc. in Support of Motion for New Trial on All Issues,

IT IS ORDERED that Merck & Co., Inc. be and it hereby is granted an additional ten (10) pages, for a total of twenty-five (25) pages for the Reply of Merck & Co., Inc. in Support of Motion for New Trial on All Issues.

NEW ORLEANS, LOUISIANA, this 9th day of March, 2007.

_____
DISTRICT JUDGE

860910v.1