MINUTE ENTRY
FALLON, J.
MARCH 8, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX<br>       PRODUCTS LIABILITY LITIGATION | :<br>:<br>:<br>:<br>:<br>: | MDL NO. 1657<br><br>SECTION: L (3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone conference was held on this date at 12:00 p.m. central time in the Chambers of Judge Eldon E. Fallon. Don Arbitblit participated on behalf of the Plaintiffs' Steering Committee. Phil Beck participated on behalf of Merck. The conference was held to address an issue that arose today at the trial preservation deposition of Dr. Farquhar.

During cross examination, and pursuant to the Court's direction in today's 10:30 a.m. conference call, Merck's counsel questioned the witness about whether he was familiar with the contents of the document labeled DX 3529 or whether he had been coached to testify to certain facts or opinions. Although the witness testified that he had never seen DX 3529, he apparently testified that he had been provided with several documents identifying terms that he could use during his testimony. Plaintiffs' counsel then objected to a question by Merck's counsel that stated that these documents had been prepared by Plaintiffs' counsel and/or his law firm. In addition to objecting, Plaintiffs' counsel apparently stated in front of the witness that his firm had

-1-

JS10(00:10)

not prepared the documents, but that they had been prepared by Scientific Evidence.

Merck's counsel contends that this amounted to coaching the witness. The Court ordered that counsel's objections should be brief, and that counsel should not argue the objection in front of the witness, but that counsel should instead clarify and pursue their objections on re-direct. The Court also ordered that counsel should not mischaracterize the witness's testimony.