**MINUTE ENTRY**
**FALLON, J.**
**MARCH 8, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L (3) |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone conference was held on this date at 12:30 p.m. central time in the Chambers of Judge Eldon E. Fallon. Don Arbitblit participated on behalf of the Plaintiffs' Steering Committee. Phil Beck participated on behalf of Merck. The conference was held to address another issue that arose today at the trial preservation deposition of Dr. Farquhar.

On March 6, 2007, the Court ordered Plaintiffs' counsel to share both the exhibits and demonstratives that he intended to use with Dr. Farquhar during the deposition with opposing counsel no later than 6:00 p.m. local time the day before the deposition. Accordingly, Mr. Arbitblit timely sent opposing counsel a copy of a Microsoft PowerPoint slide-show presentation he intended to use at the deposition.

During cross examination, Merck's counsel sought to impeach the witness's testimony that he prepared the PowerPoint slide-show himself. Merck's counsel sought to do this by switching from the "slide-show" view to the "normal" view within the PowerPoint file, in which

-1-

JS10(00:10)

it can be seen that a number of attorneys are considered "authors" of the slides. Plaintiffs' counsel objected to this method of impeachment. The Court ordered that because the witness had testified that he prepared the PowerPoint slide-show, Merck's counsel could utilize the PowerPoint file in this way in an attempt to impeach the witness's testimony.

Plaintiffs' counsel also requested that the Court order Merck's counsel to disclose any other materials that he intended to use during the deposition for impeachment. Merck's counsel responded that he only intended to use the PowerPoint file that was disclosed the night before the deposition began.