**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| Sanchez, Raquel R. v. Merck & Co., | * | **JUDGE KNOWLES** |
| Inc.; 2:06-cv-02264; Leonel Sanchez, | * | |
| Raquel Rebecca Sanchez, and Stella | * | |
| Sanchez on behalf of Estela Sanchez; | * | |
| | * | |
| Belle, Jim H. v. Merck & Co., Inc.; 2:06- | * | |
| cv-02863; and only regarding Richard | * | |
| White; | * | |
| | * | |
| Moreno, Cristina v. Merck & Co., Inc.; | * | |
| 2:06-cv-02945; Cristina Moreno, | * | |
| Valentin Moreno, Roy Moreno, Nora | * | |
| Barrera, Norma Cavazos on behalf of | * | |
| Julia Moreno; | * | |
| | * | |
| Gonzales, Brigida v. Merck & Co., Inc.; | * | |
| 2:06-cv-00919; Brigida Gonzales on | * | |
| behalf of Benny Gonzales; | * | |
| | * | |
| Steele, Matthews v. Merck & Co., Inc.; | * | |
| 2:06-cv-03070; Matthews Steele on | * | |
| behalf of Betty Steele; | * | |
| | * | |
| Brennan, John v. Merck & Co., Inc.; | * | |
| 2:06-cv-00672; | * | |
| | * | |
| Vissichelli, George v. Merck & Co., Inc.; | * | |
| 2:06-cv-00671; Lillian Vissichelli on | * | |
| behalf of George Vissichelli; | * | |
| | * | |
| Laing, John v. Merck & Co., Inc.; 2:05- | * | |
| cv-06116; | * | |
| | * | |
| | * | |
| | * | |

861854v.1

Miller, ReDonna E.W. v. Merck & Co.,     *
Inc.; 2:06-cv-01462; ReDonna Earle        *
Wakefield Miller on behalf of Charles     *
Ray Miller                                *
                                          *
Ellis, L. D. v. Merck & Co., Inc.; 2:06-  *
cv-01033; L. D. Ellis on behalf of        *
Minnie Ellis                              *
                                          *
Meglio, Luca P. v. Merck & Co., Inc.;     *
2:05-cv-04143; Luca P. Meglio on behalf   *
of Sylvia Meglio;                         *
                                          *
Kern, Joyce v. Merck & Co., Inc.; 2:05-   *
cv-06743;                                 *
                                          *
Goodman, Ronald H. v. Merck & Co.,        *
Inc.; 2:06-cv-00858; Ronald H Goodman     *
                                          *
Chapla, Donna v. Merck & Co., Inc.;       *
2:06-cv-02745; Donna Chapla on behalf     *
of Evelyn J. Czapla;                      *
                                          *
Arnold, Katherine v. Merck & Co., Inc.;   *
2:05-cv-05146;                            *
                                          *
Destinvil, Esma v. Merck & Co., Inc.;     *
2:05-cv-02003;                            *
                                          *
Shamis, Faina v. Merck & Co., Inc.;       *
2:05-cv-03881;                            *
                                          *
Psomos, Angelos v. Merck & Co., Inc.;     *
2:05-cv-03876;                            *
                                          *
Stagias, Peter v. Merck & Co., Inc.;      *
2:05-cv-03875;                            *
                                          *
Somos, Nick v. Merck & Co., Inc.; 2:05-   *
cv-04698;                                 *
                                          *
Patrakas, Dionysios v. Merck & Co.,       *
Inc.; 2:05-cv-03870;                      *
                                          *
Patrakas, Vasilios v. Merck & Co., Inc.;  *
2:05-cv-03869;                            *

861854v.1

```
                                         *
Patrakas, Effie v. Merck & Co., Inc. ;   *
2:05-cv-03871;                           *
                                         *
Miltalios, Fotis v. Merck & Co., Inc.;   *
2:05-cv-03878;                           *
                                         *
Ikonomidis, Petros v. Merck & Co., Inc.; *
2:05-cv-03884.                           *
                                         *
* * * * * * * * * * * * * * * *          *
```

## NOTICE OF HEARING

Please take notice that Defendant Merck & Co., Inc.'s Rule and Incorporated

Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure

to Provide Any Response to the Plaintiff Profile Form as Required By Pre-Trial Order No. 18C

will be brought on for hearing on the 12th day of April, 2007, immediately following the 9:00

a.m. monthly status conference, before the Honorable Eldon E. Fallon, Judge, United States

District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

861854v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of March, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

861854v.1