# Exhibit A

**Exhibit A**

**Plaintiffs Who Failed To Provided Plaintiff Profile Forms**

| Case Name | Docket Number | Plaintiff | Firm | Date of 1st Deficiency Notice | | Date of 2nd Deficiency Notice | |
|---|---|---|---|---|---|---|---|
| Sanchez, Raquel R. v. Merck & Co., inc. | 2:06-cv-02264-EEF-DEK | Leonel Sanchez, Raquel Rebecca Sanchez, and Stella Sanchez on behalf of Estela Sanchez | Law Office of Alberto T. Garcia, III | September 12, 2006 | B | December 29, 2006 | AA |
| Belle, Jim H. v. Merck & Co., Inc. | 2:06-cv-02863-EEF-DEK | Richard White | Brent Coon and Associates | September 12, 2006 | C | December 21, 2006 | BB |
| Moreno, Cristina v. Merck & Co., Inc. | 2:06-cv-02945-EEF-DEK | Cristina Moreno, Valentin Moreno, Roy Moreno, Nora Barrera, Norma Cavazos on behalf of Julia Moreno | Fibich Hampton and Leebron LLP | September 12, 2006 | D | December 21, 2006 | CC |
| Gonzales, Brigida v. Merck & Co., Inc. | 2:06-cv-00919-EEF-DEK | Brigida Gonzales on behalf of Benny Gonzales | Aldape Law Firm P.L.L.C. | September 12, 2006 | E | December 21, 2006 | DD |
| Steele, Matthews v. Merck & Co., Inc. | 2:06-cv-03070-EEF-DEK | Matthews Steele on behalf of Betty Steele | Law Offices of Jason L. McCoy | September 12, 2006 | F | December 21, 2006 | EE |
| Brennan, John v. Merck & Co., Inc. | 2:06-cv-00672-EEF-DEK | John Brennan | Joyce and Reyes Law Firm P.A. | September 12, 2006 | G | December 21, 2006 | FF |
| Vissichelli, George v. Merck & Co., Inc. | 2:06-cv-00671-EEF-DEK | Lillian Vissichelli on behalf of George Vissichelli | Joyce and Reyes Law Firm P.A. | September 12, 2006 | H | December 21, 2006 | GG |
| Laing, John v. Merck & Co., Inc. | 2:05-cv-06116-EEF-DEK | John Laing | Levine, Hirsch, Segall, Mackenzie & Friedsam, P.A. | May 18, 2006 | I | September 28, 2006 | HH |
| Miller, ReDonna E.W. v. Merck & Co., Inc. | 2:06-cv-01462-EEF-DEK | ReDonna Earle Wakefield Miller on behalf of Charles Ray Miller | King Bryan and Wiley | September 12, 2006 | J | December 21, 2006 | II |
| Ellis, L. D. v. Merck & Co., Inc. | 2:06-cv-01033-EEF-DEK | L. D. Ellis on behalf of Minnie Ellis | Lavelill L. Glanton, Attorney of Law | September 12, 2006 | K | December 21, 2006 | JJ |

**Exhibit A**

**Plaintiffs Who Failed To Provided Plaintiff Profile Forms**

| Case Name | Docket Number | Plaintiffs | Firm | Date of 1st Deficiency Notice | | Date of 2nd Deficiency Notice | |
|---|---|---|---|---|---|---|---|
| Meglio, Luca P. v. Merck & Co., Inc. | 2:05-cv-04143-EEF-DEK | Luca P. Meglio on behalf of Sylvia Meglio | Napoli Bern and Associates LLP | November 1, 2006 | L | December 21, 2006 | KK |
| Kern, Joyce v. Merck & Co., Inc. | 2:05-cv-06743-EEF-DEK | Joyce Kern | Patrick Joseph Phillips, Attorney of Law | September 12, 2006 | M | December 21, 2006 | LL |
| Goodman, Ronald H. v. Merck & Co., inc. | 2:06-cv-00858-EEF-DEK | Ronald H. Goodman | Law Office of Piercy J. Stakelum, P.A. | September 12, 2006 | N | December 21, 2006 | MM |
| Chapla, Donna v. Merck & Co., Inc. | 2:06-cv-02745-EEF-DEK | Donna Chapla on behalf of Evelyn J. Czapla | Robert J. DeBry and Associates | September 12, 2006 | O | December 21, 2006 | NN |
| Arnold, Katherine v. Merck & Co., Inc. | 2:05-cv-05146-EEF-DEK | Katherine Arnold | Wagstaff and Cartmell LLP | September 12, 2006 | P | December 21, 2006 | OO |
| Destinvil, Esma v. Merck & Co., Inc. | 2:05-cv-02003-EEF-DEK | Esma Destinvil | Remer and Georges-Pierre P.A. | November 1, 2006 | Q | December 21, 2006 | PP |
| Shamis, Faina v. Merck & Co., Inc. | 2:05-cv-03881-EEF-DEK | Faina Shamis | Lawrence Biondi, Attorney of Law | February 17, 2006 | R | April 7, 2006 | QQ |
| Psomos, Angelos v. Merck & Co., Inc. | 2:05-cv-03876-EEF-DEK | Angelos Psomos | Lawrence Biondi, Attorney of Law | September 12, 2006 | S | December 21, 2006 | RR |
| Stagias, Peter v. Merck & Co., Inc. | 2:05-cv-03875-EEF-DEK | Peter Stagias | Lawrence Biondi, Attorney of Law | November 1, 2006 | T | December 21, 2006 | SS |
| Somos, Nick v. Merck & Co., Inc. | 2:05-cv-04698-EEF-DEK | Nick Somos | Lawrence Biondi, Attorney of Law | September 12, 2006 | U | December 21, 2006 | TT |
| Patrakas, Dionysios v. Merck & Co., Inc. | 2:05-cv-03870-EEF-DEK | Dionysios Patrakas | Lawrence Biondi, Attorney of Law | May 18, 2006 | V | September 28, 2006 | UU |
| Patrakas, Vasilios v. Merck & Co., Inc. | 2:05-cv-03869-EEF-DEK | Vasilios Patrakas | Lawrence Biondi, Attorney of Law | May 18, 2006 | W | September 28, 2006 | VV |
| Patrakas, Effie v. Merck & Co., Inc. | 2:05-cv-03871-EEF-DEK | Effie Patrakas | Lawrence Biondi, Attorney of Law | May 18, 2006 | X | September 28, 2006 | WW |
| Miltalios, Fotis v. Merck & Co., Inc. | 2:05-cv-03878-EEF-DEK | Fotis Miltalios | Lawrence Biondi, Attorney of Law | May 18, 2006 | Y | September 28, 2006 | XX |
| Ikonomidis, Petros v. Merck & Co., Inc. | 2:05-cv-03884-EEK-DEK | Petros Ikonomidis | Lawrence Biondi, Attorney of Law | May 18, 2006 | Z | September 28, 2006 | YY |

# Exhibit B

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

VIA FIRST CLASS MAIL & TELECOPY (956-380-3703)

Alberto T. Garcia, III, Esq.
Law Office of Alberto T. Garcia III
10125 North 10th Street
Suite E
McAllen, TX 78504

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Raquel R. Sanchez v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-02264-EEF-DEK*

Dear Mr. Garcia:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Estela Sanchez. Pretrial Order No. 18C required your clients, plaintiffs Estela Sanchez, Leonel Sanchez, Raquel Rebecca Sanchez and Stella Sanchez, to serve this PPF no later than July 5, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Estela Sanchez no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M008EE06073

```
**********************
***   TX REPORT   ***
**********************


TRANSMISSION OK

TX/RX NO                0716
RECIPIENT ADDRESS       19563803703
DESTINATION ID
ST. TIME                08/12 13:40
TIME USE                00'45
PAGES SENT              2
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Alberto T. Garcia, III, Esq. | Law Office of Alberto T. Garcia III | 956-380-3703 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M008E06074

# Exhibit C

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

VIA FIRST CLASS MAIL & TELECOPY (216-241-1873)

Carolyn K. Ranke, Esq.
Brent Coon and Associates
1220 West 6th Street
Suite 303
Cleveland, OH 44113

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Jim H. Belle v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-02863-EEF-DEK*

Dear Ms. Ranke:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Richard White. Pretrial Order No. 18C required Mr. White to serve this PPF no later than August 6, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Richard White no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M009212624

09/12/2006 12:07 FAX  12124224726          HUGHES HUBBARD LLP                          ☑001

```
                          **********************
                          ***   TX REPORT   ***
                          **********************


         TRANSMISSION OK

         TX/RX NO             0375
         RECIPIENT ADDRESS    12162411873
         DESTINATION ID
         ST. TIME             09/12 12:07
         TIME USE             00'31
         PAGES SENT           3
         RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Carolyn Kaye Ranke, Esq. | Brent Coon and Associates | 216-241-1873 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M009212626

# Exhibit D

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

VIA FIRST CLASS MAIL & TELECOPY (713-751-0030)

Kenneth T. Fibich, Esq.
Fibich Hampton and Leebron LLP
1401 McKinney
Suite 1800
Houston, TX 77010

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        ~~Cristina Moreno v. Merck & Co., Inc.~~
        *Docket No. 2:06-cv-02945-EEF-DEK*

Dear Mr. Fibich:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Julia Moreno. Pretrial Order No. 18C required your clients, plaintiffs Nora Barrera, Norma Cavazos, Cristina Moreno, Julia Moreno, Roy Moreno and Valentin Moreno, to serve this PPF no later than August 20, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Julia Moreno no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                Very truly yours,

                */s/ John N. Poulos*

                John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M008625447

09/12/2006 13:13 FAX  12124224726          HUGHES HUBBARD LLP                    ☒001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                0403
RECIPIENT ADDRESS       17137510030
DESTINATION ID
ST. TIME                09/12 13:13
TIME USE                00'35
PAGES SENT              3
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Kenneth T. Fibich, Esq. | Fibich Hampton and Leebron LLP | 713-751-0030 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M008625449

# Exhibit E

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (210-545-6329)**

Jaime Aldape, Esq.
Aldape Law Firm, PLLC
2108 North Main Avenue
San Antonio, TX 78212

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Brigida Gonzales v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00919-EEF-DEK*

Dear Mr. Aldape:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Benny Gonzales. Pretrial Order No. 18C required your clients, plaintiffs Benny Gonzales and Brigida Gonzales, to serve this PPF no later than May 8, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Benny Gonzales no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M009E13553

```
************************
***    TX REPORT    ***
************************

TRANSMISSION OK

TX/RX NO                  0365
RECIPIENT ADDRESS         12105456329
DESTINATION ID
ST. TIME                  09/12 11:47
TIME USE                  00'48
PAGES SENT                2
RESULT                    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jaime Aldape, Esq. | Aldape Law Firm, PLLC | 210-545-6329 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M009E13554

# Exhibit F

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (860-979-0064)**

Jason L. McCoy, Esq.
Law Offices of Jason L. McCoy
280 Talcottville Road
Vernon, CT 06066

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Matthews Steele v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-03070-EEF-DEK***

Dear Mr. McCoy:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Steele. Pretrial Order No. 18C required your clients, plaintiffs Betty Steele and Matthews Steele, to serve this PPF no later than August 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty Steele no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M009212610

09/12/2006 13:51 FAX  12124224726          HUGHES HUBBARD LLP                        ☑001

```
                           *********************
                     ***    TX REPORT    ***
                           *********************


         TRANSMISSION OK

         TX/RX NO               0419
         RECIPIENT ADDRESS      18609790064
         DESTINATION ID
         ST. TIME               09/12 13:49
         TIME USE               01'13
         PAGES SENT             2
         RESULT                 OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jason L. McCoy, Esq. | Law Offices of Jason L. McCoy | 860-979-0064 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M009212611

# Exhibit G

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9720
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

VIA FIRST CLASS MAIL & TELECOPY (813-251-5808)

Robert T. Joyce, Esq.
Joyce and Reyes Law Firm PA
307 South Hyde Park Avenue
Tampa, FL 33606

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *John Brennan v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00672-EEF-DEK*

Dear Mr. Joyce:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for John Brennan. Pretrial Order No. 18C required Ms. Brennan to serve this PPF no later than April 30, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for John Brennan no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M039212559

09/12/2006 13:26 FAX  1212422472B          HUGHES HUBBARD LLP                    ☑ 001

```
                              *********************
                          ***   TX REPORT   ***
                              *********************


         TRANSMISSION OK

         TX/RX NO              0711
         RECIPIENT ADDRESS     18132515808
         DESTINATION ID
         ST. TIME              09/12 13:26
         TIME USE              00'20
         PAGES SENT            2
         RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Robert T. Joyce, Esq. | Joyce and Reyes Law Firm PA | 813-251-5808 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00921264D

# Exhibit H

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-5120
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (813-251-5808)**

Robert J. Healy, Jr., Esq.
Joyce and Reyes Law Firm PA
307 South Hyde Park Avenue
Tampa, FL 33606

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *George Vissichelli v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00671-EEF-DEK*

Dear Mr. Healy:

We represent Defendant Merck &-Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for George Vissichelli. Pretrial Order No. 18C required your clients, plaintiffs George Vissichelli and Lillian Vissichelli, to serve this PPF no later than April 30, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for George Vissichelli no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00AF0D048

```
** TX STATUS REPORT **          AS OF   SEP 13 2006 18:08   PAGE.01

                                        HUGHES HUBBARD

      DATE  TIME     TO/FROM      MODE    MIN/SEC   PGS   JOB#  STATUS
  23  09/13 18:08           8132515808 EC—S   00'34"  002   068   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Robert J. Healy, Jr., Esq. | Joyce and Reyes Law Firm PA | 813-251-5808 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00AF00049

# Exhibit I

# Hughes Hubbard & Reed LLP

, A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

**VIA U.S. MAIL & TELECOPY (813-229-7210)**

Stephen Lutz Degall, Esq.
Levine Hirsch Segall MacKenzie & Friedsam
100 South Ashley Drive, Suite 1600
P.O. Box 3429
Tampa, FL 33601

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *John Laing v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-06116-EEF-DEK*

Dear Mr. Degall:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for John Laing. Pretrial Order No. 18B required Mr. Laing to serve this PPF no later than February 8, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for John Laing no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

NY

```
** TX STATUS REPORT **                    AS OF   MAY 18 2006 16:29   PAGE.01

                                                HUGHES HUBBARD


      DATE  TIME        TO/FROM        MODE   MIN/SEC   PGS   JOB#  STATUS
10   05/18 16:26        813 229 7210 EC--S   00'35"   002   151   OK
11   05/18 16:27 RightFax              EC--S   00'34"   002   151   OK
12   05/18 16:29        5047996421 EC--S     00'35"   002   151   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 18, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Stephen Lutz Degall, Esq. | Levine Hirsch Segall MacKenzie & Friedsam | 813-229-7210 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 504-561-6024 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

# Exhibit J

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

VIA FIRST CLASS MAIL & TELECOPY (205-221-3581)

James C. King, Esq.
King Bryan and Wiley
1824 Third Avenue South
P.O. Box 1688
Jasper, AL 35502

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *ReDonna E.W. Miller v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-01462-EEF-DEK*

Dear Mr. King:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Charles Ray Miller. Pretrial Order No. 18C required your clients, plaintiffs Charles Ray Miller and ReDonna Earle Wakefield Miller, to serve this PPF no later than June 4, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Charles Ray Miller no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M002C330867

```
** TX STATUS REPORT **                   AS OF   SEP 13 2006 18:07   PAGE.01

                                                    HUGHES HUBBARD


     DATE  TIME        TO/FROM        MODE    MIN/SEC   PGS   JOB#   STATUS
22   09/13 18:06       2052213581 EC--S       00'34"   002   867    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| James C. King, Esq. | King Bryan and Wiley | 205-221-3581 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M002C30868

# Exhibit K

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (615-256-0765)**

Luvell L. Glanton, Esq.
Luvell L. Glanton, Attorney at Law
915 Jefferson Street
Nashville, TN 37208

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *L. D. Ellis v. Merck & Co., Inc.*
> <u>*Docket No. 2:06-cv-01033-EEF-DEK*</u>

Dear Mr. Glanton:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Minnie Ellis. Pretrial Order No. 18C required your clients, plaintiffs L D Ellis and Minnie Ellis, to serve this PPF no later than May 10, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Minnie Ellis no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M00AA01711

09/12/2006 14:11 FAX  12124224726          HUGHES HUBBARD LLP                                    ☑001

```
                          *********************
                      ***    TX REPORT    ***
                          *********************


            TRANSMISSION OK

            TX/RX NO             0387
            RECIPIENT ADDRESS    16152560765
            DESTINATION ID
            ST. TIME             09/12 14:08
            TIME USE             02'55
            PAGES SENT           8
            RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Luvell L. Glanton, Esq. | Luvell L. Glanton, Attorney at Law | 615-256-0765 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  𝒷

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit L

# ⌐ Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (212-267-0172)**

Denise Rubin, Esq.
Napoli Bern and Associates LLP
115 Broadway
12th Floor
New York, NY 10006

     **Re:**     *In re Vioxx® Products Liability Litigation*
               *MDL No. 1657*
               *Luca P. Meglio v. Merck & Co., Inc.*
               *Docket No. 2:05-cv-04143-EEF-DEK*

Dear Ms. Rubin:

       We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Sylvia Meglio. The deadline for Ms. Meglio to serve a complete PPF and medical authorizations for Sylvia Meglio passed on December 30, 2005. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

       Within twenty (20) days from the date of this letter either; (1) confirm in writing that Sylvia Meglio is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Meglio.

       Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

                    Very truly yours,

                    */s/ John N. Poulos*

                    John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M007359703

```
** TX STATUS REPORT **           AS OF   NOV 06 2006 15:52   PAGE.01

                                          HUGHES HUBBARD


       DATE  TIME    TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
   01  11/06 15:52   1 2125870031 EC--S 00'35"    002   185   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date- |
|------|---------------|-------|
| John N. Poulos, Esq. | 201-536-9220 | November 6, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Denise Rubin, Esq. | Napoli Bern and Associates LLP | 212-587-0031 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M007359704

```
** TX STATUS REPORT **              AS OF  ¹NOV 06 2006 14:01   PAGE.01
```

HUGHES HUBBARD

```
**** INCOMPLETE DESTINATION(S) HIGHLIGHTED BELOW ****

     DATE  TIME    TO/FROM       MODE    MIN/SEC    PGS    JOB#   STATUS
 20  11/05 14:01   12122670172 EC--S    00'00"     000    153    INC
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Denise Rubin, Esq. | Napoli Bern and Associates LLP | 212-267-0172 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M007359705

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Denise Rubin, Esq. | Napoli Bern and Associates LLP | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M007359706