# Exhibit M

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

VIA FIRST CLASS MAIL & TELECOPY (314-725-0944)

Patrick Joseph Phillips, Esq.
Patrick Joseph Phillips, PC
7551 Carondelet Avenue
Suite 700
Clayton, MO 63105

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Joyce Kern v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-06743-EEF-DEK*

Dear Mr. Phillips:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Joyce Kern. Pretrial Order No. 18C required Ms. Kern to serve this PPF no later than March 8, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Joyce Kern no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M007A1B007

```
***********************
***    TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              0474
RECIPIENT ADDRESS     13147250944
DESTINATION ID
ST. TIME              09/12 17:07
TIME USE             00'26
PAGES SENT            2
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Patrick Joseph Phillips, Esq. | Patrick Joseph Phillips, PC | 314-725-0944 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M007A1B008

# Exhibit N

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

VIA FIRST CLASS MAIL & TELECOPY (407-246-5022)

Piercy J. Stakelum, Esq.
Law Offices of Piercy J. Stakelum
522 East Washington Street
Orlando, FL 32801

> Re:     *In re Vioxx® Products Liability Litigation*
>         *MDL No. 1657*
>         *Ronald H. Goodman v. Merck & Co., Inc.*
>         *Docket No. 2:06-cv-00858-EEF-DEK*

Dear Mr. Stakelum:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ronald H Goodman. Pretrial Order No. 18C required Mr. Goodman to serve this PPF no later than May 7, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Ronald H Goodman no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

MD02C30877

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0366 |
| RECIPIENT ADDRESS | 14072465022 |
| DESTINATION ID | |
| ST. TIME | 09/12 14:01 |
| TIME USE | 03'17 |
| PAGES SENT | 9 |
| RESULT | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Piercy J. Stakelum, Esq. | Law Offices of Piercy J. Stakelum | 407-246-5022 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 9

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit O

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (801-262-8995)**

Nancy A. Mismash, Esq.
Robert J. DeBry and Associates
4252 South 700 East
Salt Lake City, UT 84107

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Donna Chapla v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02745-EEF-DEK*

Dear Ms. Mismash:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Evelyn J Chapla. Pretrial Order No. 18C required your clients, plaintiffs Donna Chapla and Evelyn J Czapla, to serve this PPF no later than August 2, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Evelyn J Chapla no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MO01931017

09/12/2006 14:40 FAX  12124224726          HUGHES HUBBARD LLP                    ☐001

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                0445
RECIPIENT ADDRESS       18012628995
DESTINATION ID
ST. TIME                09/12 14:39
TIME USE                00'40
PAGES SENT              3
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Nancy A. Mismash, Esq. | Robert J. DeBry and Associates | 801-262-8995 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00193I018

# Exhibit P

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey, 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (816-531-2372)**

Thomas J. Preuss, Esq.
Wagstaff & Cartmell LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> ~~*Katherine Arnold v. Merck & Co., Inc.*~~
> *Docket No. 2:05-cv-05146-EEF-DEK*

Dear Mr. Preuss:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Katherine Arnold. Pretrial Order No. 18C required Ms. Arnold to serve this PPF no later than January 9, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Katherine Arnold no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0DA90039B

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO           0464
RECIPIENT ADDRESS  18165312372
DESTINATION ID
ST. TIME           09/12 15:00
TIME USE           00'44
PAGES SENT         4
RESULT             OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas J. Preuss, Esq. | Wagstaff & Cartmell LLP | 816-531-2372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit Q

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

BY FIRST CLASS MAIL & TELECOPY (305-416-5005)

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre PA
100 N. Biscayne Blvd.
Suite 2800
Miami, FL 33132

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Esma Destinvil v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02003-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Esma Destinvil. The deadline for Ms. Destinvil to serve a complete PPF and medical authorizations passed on November 30, 2005. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Esma Destinvil is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Destinvil.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer & Georges-Pierre PA | 305-416-5005 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

M008E19Z78

```
*********************
***   TX REPORT  ' ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0659 |
| RECIPIENT ADDRESS | 13054165005 |
| DESTINATION ID | |
| ST. TIME | 11/01 13:20 |
| TIME USE | 00'30 |
| PAGES SENT | 2 |
| RESULT | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer & Georges-Pierre PA | 305-416-5005 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M008E19279

# Exhibit R

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 17, 2006

**VIA FIRST CLASS MAIL**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> *Re:*    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Faina Shamis v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03881-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Faina Shamis. Pretrial Order No. 18B required Ms. Shamis to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Faina Shamis no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

MNJ0701CN791

# Exhibit S

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

VIA FIRST CLASS MAIL & TELECOPY (914-946-7372)

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Angelos Psomos v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03876-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Angelos Psomos. Pretrial Order No. 18C required Mr. Psomos to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Angelos Psomos no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00AA01708

```
**********************
***   TX REPORT   ***
**********************


TRANSMISSION OK

TX/RX NO              0427
RECIPIENT ADDRESS     19149467372
DESTINATION ID
ST. TIME              09/12 14:06
TIME USE              02'00
PAGES SENT            10
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00AA01728

# Exhibit T

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Peter Stagias v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03875-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Peter Stagias. The deadline for Mr. Stagias to serve a complete PPF and medical authorizations passed on January 14, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Peter Stagias is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Mr. Stagias.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
       Russ M. Herman, Esq. (via electronic mail)

M0073589I8

11/01/2006 13:26 FAX  12124224726          HUGHES HUBBARD LLP                                  ☑ 001

```
                         ***********************
                     ***     TX REPORT    ***
                         ***********************


       TRANSMISSION OK

       TX/RX NO                .0664
       RECIPIENT ADDRESS        19149467372
       DESTINATION ID
       ST. TIME                 11/01 13:25
       TIME USE·                00'49
       PAGES SENT.              3
       RESULT                   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M007358919

# Exhibit U

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:     *In re Vioxx® Products Liability Litigation*
>         *MDL No. 1657*
>         *Nick Somos v. Merck & Co., Inc.*
>         *Docket No. 2:05-cv-04698-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nick Somos. Pretrial Order No. 18C required Mr. Somos to serve this PPF no later than December 12, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Nick Somos no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M00AB0039/

09/12/2006 14:08 FAX  12124224726          HUGHES HUBBARD LLP                    ☒001

```
                    *********************
               ***     TX REPORT    ***
                    *********************


     TRANSMISSION OK

     TX/RX NO              0427
     RECIPIENT ADDRESS     19149467372
     DESTINATION ID
     ST. TIME              09/12 14:06
     TIME USE              02'00
     PAGES SENT            10
     RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00A00728

# Exhibit V

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

**VIA CERTIFIED U.S. MAIL**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Dionysios Patrakas v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03870-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Dionysios Patrakas. Pretrial Order No. 18B required Mr. Patrakas to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Dionysios Patrakas no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY

M006957103

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
                                     5/22/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )          ☐ Yes

2.

PS                                          102595-02-M-1540

# Exhibit W

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-3210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

**VIA CERTIFIED U.S. MAIL**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Vasilios Patrakas v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03869-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Vasilios Patrakas. Pretrial Order No. 18B required Ms. Patrakas to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Vasilios Patrakas no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

NY

M00635710G

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2.

PS                                              102595-02-M-1540

# Exhibit X

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

**VIA CERTIFIED U.S. MAIL**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Effie Patrakas v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-03871-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Effie Patrakas. Pretrial Order No. 18B required Ms. Patrakas to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Effie Patrakas no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

NY

M006357104

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
5/22/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS   102595-02-M-1540