# Exhibit II

# Hughes
# Hubbard

A New York Limited Liability Partnership.

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
.hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (205-221-3581)**

James C. King, Esq.
King Bryan and Wiley
1824 Third Avenue South
PO Box 1688
Jasper, AL 35502

Re:       *In re Vioxx® Products Liability Litigation*
          *MDL No. 1657*
          *ReDonna E.W. Miller v. Merck & Co., Inc.*
          <u>*Docket No. 2:06-cv-01462-EEF-DEK*</u>

Dear Mr. King:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Charles Ray Miller. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required your clients, plaintiffs Charles Ray Miller and ReDonna Earle Wakefield Miller, to serve this PPF no later than June 4, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Charles Ray Miller no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| James C. King, Esq. | King Bryan and Wiley | 205-221-3581 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008A88629

12/21/2006 17:31 FAX                    HUGHES HUBBARD LLP                        @001

```
                    ***********************
                    ***   TX REPORT  ***
                    ***********************

    TRANSMISSION OK

    TX/RX NO              0166
    RECIPIENT ADDRESS     12052213581
    DESTINATION ID
    ST. TIME              12/21 17:30
    TIME USE              00'27
    PAGES SENT            2
    RESULT                OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| James C. King, Esq. | King Bryan and Wiley | 205-221-3581 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M008A88630

# Exhibit JJ

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (615-256-0765)**

Luvell L. Glanton, Esq.
Luvelill and Glanton
915 Jefferson Street
P.O. Box 80352
Nashville, TN 37208

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *L. D. Ellis v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-01033-EEF-DEK*

Dear Mr. Glanton:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Minnie Ellis. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required your clients, plaintiffs L D Ellis and Minnie Ellis, to serve this PPF no later than May 10, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Minnie Ellis no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Luvell L. Glanton, Esq. | Luvelill and Glanton | 615-256-0765 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

12/21/2006 17:56 FAX  12124224726          HUGHES HUBBARD LLP                    ☑001

```
                              *********************
                         ***    TX REPORT    ***
                              *********************


         TRANSMISSION OK

         TX/RX NO                0802
         RECIPIENT ADDRESS       16152560765
         DESTINATION ID
         ST. TIME                12/21 17:54
         TIME USE                01'52
         PAGES SENT              4
         RESULT                  OK
```



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Luvell L. Glanton, Esq. | Luvelill and Glanton | 615-256-0765 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit KK

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

BY FIRST CLASS MAIL & TELECOPY (212-587-0031)

Denise Rubin, Esq.
Napoli Bern and Associates LLP
115 Broadway
12th FLoor
New York, NY 10006

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Luca P. Meglio v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04143-EEF-DEK*

Dear Ms. Rubin:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Sylvia Meglio. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C required your client, plaintiff Luca P Meglio, to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Sylvia Meglio no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M0091230/6



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Denise Rubin, Esq. | Napoli Bern and Associates LLP | 212-587-0031 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M009123077

12/21/2006 17:25 FAX 12124224726          HUGHES HUBBARD LLP                    ☑001

```
                        ********************
                        ***   TX REPORT   ***
                        ********************


        TRANSMISSION OK

        TX/RX NO                0790
        RECIPIENT ADDRESS       12125870031
        DESTINATION ID
        ST. TIME                12/21 17:24
        TIME USE                00'34
        PAGES SENT              2
        RESULT                  OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Denise Rubin, Esq. | Napoli Bern and Associates LLP | 212-587-0031 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M009123078

# Exhibit LL

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-725-0944)**

Joesph Patrick Phillips, Esq.
Patrick Joseph Phillips, Attorney at Law
7551 Carondelet Ave
Suite 700
Clayton, MO 63105

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Joyce Kern v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-06743-EEF-DEK*

Dear Mr. Phillips:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Joyce Kern. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Kern to serve this PPF no later than March 8, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Joyce Kern no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Joesph Patrick Phillips, Esq. | Patrick Joseph Phillips, Attorney at Law | 314-725-0944 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

12/21/2006 17:33 FAX                    HUGHES HUBBARD LLP                    ☑001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 0188
RECIPIENT ADDRESS        13147250944
DESTINATION ID
ST. TIME                 12/21 17:33
TIME USE                 00'30
PAGES SENT               2
RESULT                   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Joesph Patrick Phillips, Esq. | Patrick Joseph Phillips, Attorney at Law | 314-725-0944 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit MM

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (407-246-5022)**

Piercy J. Stakelum, Esq.
Piercy J. Stakelum, Attorney at Law
522 East Washington Street
Orlando, FL 32801

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Ronald H. Goodman v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00858-EEF-DEK*

Dear Mr. Stakelum:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ronald H Goodman. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Mr. Goodman to serve this PPF no later than May 7, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Ronald H Goodman no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M009123068



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Piercy J. Stakelum, Esq. | Piercy J. Stakelum, Attorney at Law | 407-246-5022 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MO09123069

12/21/2006 17:36 FAX                    HUGHES HUBBARD LLP                              ☒001

```
**********************
***    TX REPORT    '***
**********************


TRANSMISSION OK

TX/RX NO                      0171
RECIPIENT ADDRESS             14072465022
DESTINATION ID
ST. TIME                      12/21 17:35
TIME USE                      00'54
PAGES SENT                    2
RESULT                        OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Piercy J. Stakelum, Esq. | Piercy J. Stakelum, Attorney at Law | 407-246-5022 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MO09123070

# Exhibit NN

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
.hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

BY FIRST CLASS MAIL & TELECOPY (801-262-8995)

Nancy Mismash, Esq.
Robert J. DeBry and Associates
4252 S. 700 E.
Salt Lake City, UT 84107

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Donna Chapla v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-02745-EEF-DEK*

Dear Ms. Mismash:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Evelyn J Czapla. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required your clients, plaintiffs Donna Chapla and Evelyn J Czapla, to serve this PPF no later than August 2, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Evelyn J Czapla no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M008E33197



# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Nancy Mismash, Esq. | Robert J. DeBry and Associates | 801-262-8995 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00BE33198

```
                              *********************
                         ***   TX REPORT  ***
                              *********************

            TRANSMISSION OK

            TX/RX NO              0173
            RECIPIENT ADDRESS     18012628995
            DESTINATION ID
            ST. TIME              12/21 17:46
            TIME USE              00'29
            PAGES SENT            2
            RESULT                OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Nancy Mismash, Esq. | Robert J. DeBry and Associates | 801-262-8995 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M003E33199

# Exhibit OO

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (816-531-2372)**

Thomas J. Preuss, Esq.
Wagstaff & Cartmell LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Katherine Arnold v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-05146-EEF-DEK*

Dear Mr. Preuss:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Katherine Arnold. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Arnold to serve this PPF no later than January 9, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Katherine Arnold no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00A190592



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

A New York Limited Liability Partnership

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Thomas J. Preuss, Esq. | Wagstaff & Cartmell LLP | 816-531-2372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00A190993

```
**********************
***  · TX REPORT  ' ***
**********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0172 |
| RECIPIENT ADDRESS | 18165312372 |
| DESTINATION ID | |
| ST. TIME | 12/21 17:45 |
| TIME USE· | 00'30 |
| PAGES SENT | 2 |
| RESULT . | OK |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 · |

| TO | Firm | Fax No. |
|---|---|---|
| Thomas J. Preuss, Esq. | Wagstaff & Cartmell LLP | 816-531-2372 · |
| Phillip A. Wittmann, Esq. · | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | · Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  Ƶ

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE. .

COMMENTS:

Please see the attached correspondence.

M00A190994

# Exhibit PP

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

BY FIRST CLASS MAIL & TELECOPY (305-416-5005)

Anthony Maximillien Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 North Biscayne Boulevard
Suite 1003
Miami, FL 33132

Re:  *In re Vioxx® Products Liability Litigation*
     *MDL No. 1657*
     *Esma Destinvil v. Merck & Co., Inc.*
     *Docket No. 2:05-cv-02003-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Esma Destinvil. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C required Ms. Destinvil to serve this PPF no later than November 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Esma Destinvil no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M00BE33194

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Anthony Maximillien Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MIX00L-33139

```
***********************
***   TX REPORT  ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0801 |
| RECIPIENT ADDRESS | 13054165005 |
| DESTINATION ID | |
| ST. TIME | 12/21 17:47 |
| TIME USE | 00'29 |
| PAGES SENT | 2 |
| RESULT | OK |

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony Maximillien Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit QQ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA CERTIFIED MAIL**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

|        |                                                      |
|--------|------------------------------------------------------|
| *Re:*  | *In re Vioxx® Products Liability Litigation*          |
|        | *MDL No. 1657*                                         |
|        | *Faina Shamis v. Merck & Co., Inc.*                   |
|        | *Docket No. 2:05-cv-03881-EEF-DEK*                    |

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Faina Shamis. Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Faina Shamis no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

M006B06373

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street, Suite 504
White Plains, NY 10601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Francas Lope_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
4/10/06

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 3110 0004 3214 0512

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302