# Exhibit RR

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

December 21, 2006

BY FIRST CLASS MAIL & TELECOPY (914-946-7372)

Lawrence P. Biondi, Esq.
Lawrence P. Biondi Law
81 Main Street
Suite 504
White Plains, NY 10601

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Angelos Psomos v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-03876-EEF-DEK*

Dear Mr. Biondi:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Angelos Psomos. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Mr. Psomos to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Angelos Psomos no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                    Very truly yours,

                    /s/ *John N. Poulos*

                    John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

12/21/2006 17:16 FAX  12124224726                    HUGHES HUBBARD LLP

```
                        **********************
                        ***   TX REPORT   ***
                        **********************


        TRANSMISSION OK

        TX/RX NO              0787
        RECIPIENT ADDRESS     19149467372
        DESTINATION ID
        ST. TIME              12/21 17:14
        TIME USE              02'04
        PAGES SENT            10
        RESULT                OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED. PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit SS

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
· Resident Partners

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Lawrence P. Biondi Law
81 Main Street
Suite 504
White Plains, NY 10601

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Peter Stagias v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03875-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Peter Stagias. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C required Mr. Stagias to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Peter Stagias no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M007885342



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M009843073

12/21/2006 17:16 FAX  12124224726          HUGHES HUBBARD LLP          ☑ 001

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              0787
RECIPIENT ADDRESS     19149467372
DESTINATION ID
ST. TIME              12/21 17:14
TIME USE              02'04
PAGES SENT            10
RESULT               OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit TT

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Lawrence P. Biondi Law
81 Main Street
Suite 504
White Plains, NY 10601

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Nick Somos v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04698-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nick Somos. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Mr. Somos to serve this PPF no later than December 12, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Nick Somos no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo



# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

12/21/2006 17:16 FAX   12124224726          HUGHES HUBBARD LLP                    ☒001

```
                        *********************
                    ***    TX REPORT    ***
                        *********************

        TRANSMISSION OK

        TX/RX NO              0787
        RECIPIENT ADDRESS     19149467372
        DESTINATION ID
        ST. TIME              12/21 17:14
        TIME USE              02'04
        PAGES SENT             10
        RESULT                OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED. PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit UU

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9720
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

## BY FIRST CLASS MAIL & TELECOPY (914-946-7372)

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:   *In re Vioxx® Products Liability Litigation*
>       *MDL No. 1657*
>       *Dionysios Patrakas v. Merck & Co., Inc.*
>       *Docket No. 2:05-cv-03870-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Dionysios Patrakas. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Dionysios Patrakas and Effie Patrakas to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Dionysios Patrakas no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

-09/28/2006 12:34 FAX  12124224726      HUGHES HUBBARD LLP                    ☐ 001

```
                         *********************
                    ***     TX REPORT     ***
                         *********************

        TRANSMISSION OK

        TX/RX NO                0462
        RECIPIENT ADDRESS       19149467372
        DESTINATION ID
        ST. TIME                09/28 12:31
        TIME USE                02'58
        PAGES SENT               13
        RESULT                  OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 13

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit VV

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

       *Re:*    *In re Vioxx® Products Liability Litigation*
             *MDL No. 1657*
             *Vasilios Patrakas v. Merck & Co., Inc.*
             <u>*Docket No. 2:05-cv-03869-EEF-DEK*</u>

Dear Mr. Biondi:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Vasilios Patrakas. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Vasilios Patrakas to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Vasilios Patrakas no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                Very truly yours,

                */s/ John N. Poulos*

                John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

M002C34023

09/28/2006 12:34 FAX  12124224726          HUGHES HUBBARD LLP                          ☑001

```
        *********************
        *** TX REPORT   ***
        *********************

    TRANSMISSION OK

    TX/RX NO             0462
    RECIPIENT ADDRESS    19149467372
    DESTINATION ID
    ST. TIME             09/28 12:31
    TIME USE             02'56
    PAGES SENT           13
    RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 13

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit WW

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:   *In re Vioxx® Products Liability Litigation*
>        *MDL No. 1657*
>        *Effie Patrakas v. Merck & Co., Inc.*
>        <u>*Docket No. 2:05-cv-03871-EEF-DEK*</u>

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Effie Patrakas. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Dionysios Patrakas and Effie Patrakas to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Effie Patrakas no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

M006567426

-09/28/2006 12:34 FAX   12124224726          HUGHES HUBBARD LLP                                      ☒001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO             0462
RECIPIENT ADDRESS    19149467372
DESTINATION ID
ST. TIME             09/28 12:31
TIME USE             02'56
PAGES SENT            13
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 13

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit XX

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Fotis Miltalios v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03878-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Fotis Miltalios. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Fotis Miltalios to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Fotis Miltalios no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

HUGHES HUBBARD LLP

☑001

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0462 |
| RECIPIENT ADDRESS | 19149467372 |
| DESTINATION ID | |
| ST. TIME | 09/28 12:31 |
| TIME USE | 02'56 |
| PAGES SENT | 13 |
| RESULT | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 13

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit YY

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Petros Ikonomidis v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03884-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Petros Ikonomidis. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Petros Ikonomidis to serve this PPF no later than December 15, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Petros Ikonomidis no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

M007333786

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0462 |
| RECIPIENT ADDRESS | 19149467372 |
| DESTINATION ID | |
| ST. TIME | 09/28 12:31 |
| TIME USE | 02'56 |
| PAGES SENT | 13 |
| RESULT | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 13

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.