MDL 1657

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   4-12-07
LORETTA G. WHYTE
CLERK

Attachment to
Rec. Doc. 10422
Merck's Rule to
Show Cause

# Exhibit F

Fee
Process
X   Dktd
CtRmDep
Doc. No.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (860-979-0064)**

Jason L. McCoy, Esq.
Law Offices of Jason L. McCoy
280 Talcottville Road
Vernon, CT 06066

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Matthews Steele v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-03070-EEF-DEK*

Dear Mr. McCoy:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Steele.  Pretrial Order No. 18C required your clients, plaintiffs Betty Steele and Matthews Steele, to serve this PPF no later than August 29, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Betty Steele no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery.  If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                Very truly yours,

                */s/ John N. Poulos*

                John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M009212610

09/12/2006 13:51 FAX  12124224726          HUGHES HUBBARD LLP                        ☑001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


    TRANSMISSION OK

    TX/RX NO              0419
    RECIPIENT ADDRESS     18609790064
    DESTINATION ID
    ST. TIME              09/12 13:49
    TIME USE              01'13
    PAGES SENT            2
    RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jason L. McCoy, Esq. | Law Offices of Jason L. McCoy | 860-979-0064 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit EE

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (860-979-0064)**

Jason L. McCoy, Esq.
Jason L. McCoy, Attorney at Law
280 Talcottville Road
Vernon, CT 06066

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Matthews Steele v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-03070-EEF-DEK*

Dear Mr. McCoy:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Steele. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required your clients, plaintiffs Betty Steele and Matthews Steele, to serve this PPF no later than August 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty Steele no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00A191008



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jason L. McCoy, Esq. | Jason L. McCoy, Attorney at Law | 860-979-0064 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MXJA19TU09

12/21/2006 17:42 FAX  12124224726          HUGHES HUBBARD LLP                    ☒001

```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************


        TRANSMISSION OK

        TX/RX NO               0797
        RECIPIENT ADDRESS      18609790064
        DESTINATION ID
        ST. TIME               12/21 17:41
        TIME USE               01'20
        PAGES SENT             2
        RESULT                 OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jason L. McCoy, Esq. | Jason L. McCoy, Attorney at Law | 860-979-0064 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MODA191010

# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

DOROTHY H. WIMBERLY
A PROFESSIONAL CORPORATION
DIRECT DIAL: (504) 593-0849
DIRECT FAX:  (504) 596-0849
E-Mail: dwimberly@stonepigman.com

66,000

March 20, 2007

**CERTIFIED MAIL**

Jason L. McCoy, Esq.
Law Offices of Jason L. McCoy
280 Talcottville Road
Vernon, Connecticut  06066

Re:   *In re:  VIOXX PRODUCTS LITIGATION*, MDL Docket No. 1657

Dear Mr. McCoy:

On March 13, 2007, you were served with Defendant Merck & Co., Inc.'s Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C, Notice of Hearing, and Proposed Order which we filed in the referenced case. I enclose a copy of the signed Order requiring that you file any opposition and serve it on liaison counsel on or before April 2, 2007. The Order also affirms the hearing date of April 12, 2007, immediately following the monthly status conference.

Sincerely,

Dorothy H. Wimberly

DHW/ecj
Enclosure

cc:   Russ Herman, Esq./Lenny Davis, Esq. (via e-mail)

863390v.1

**2. Article Number**

7107 2607 1790 0003 1023

**1. Article Addressed to:**

Jason L. McCoy, Esq.
Law Offices of Jason L. McCoy
280 Talcottville Road
Vernon, Connecticut 06066

3/20/2007 10:51 AM

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☒ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES enter delivery address below:       ☐ No

3. Service Type     ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

File: 66,000/DHW/ec|

PS Form 3811                Domestic Return Receipt

---

7107 2607 1790 0003 1023

| RETURN RECEIPT SERVICE | POSTAG | $0.63 | POSTMARK OR DATE |
|---|---|---|---|
| | RESTRICTED DELIVERY | | |
| | CERTIFIED | $2.40 | MAR 2 0 2007 |
| | RETURN RECEIPT FEE | $1.85 | |
| SENT | TOTAL POSTAGE AND | $4.88 | |

File: 66,000/DHW/ec|

Jason L. McCoy, Esq.
Law Offices of Jason L. McCoy
280 Talcottville Road
Vernon, Connecticut 06066

3/20/2007 10:51 AM

PS FORM 3800



**UNITED STATES POSTAL SERVICE**

**RECEIPT FOR CERTIFIED**
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

# Exhibit N

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (407-246-5022)**

Piercy J. Stakelum, Esq.
Law Offices of Piercy J. Stakelum
522 East Washington Street
Orlando, FL 32801

> Re:   *In re Vioxx® Products Liability Litigation*
>        *MDL No. 1657*
>        *Ronald H. Goodman v. Merck & Co., Inc.*
>        *Docket No. 2:06-cv-00858-EEF-DEK*

Dear Mr. Stakelum:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ronald H Goodman. Pretrial Order No. 18C required Mr. Goodman to serve this PPF no later than May 7, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Ronald H Goodman no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M002C30877

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


  TRANSMISSION OK

  TX/RX NO              0368
  RECIPIENT ADDRESS     14072465022
  DESTINATION ID
  ST. TIME              09/12 14:01
  TIME USE              03'17
  PAGES SENT            9
  RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Piercy J. Stakelum, Esq. | Law Offices of Piercy J. Stakelum | 407-246-5022 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 9

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit MM


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (407-246-5022)**

Piercy J. Stakelum, Esq.
Piercy J. Stakelum, Attorney at Law
522 East Washington Street
Orlando, FL 32801

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Ronald H. Goodman v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00858-EEF-DEK*

Dear Mr. Stakelum:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ronald H Goodman. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Mr. Goodman to serve this PPF no later than May 7, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Ronald H Goodman no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M009123068



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Piercy J. Stakelum, Esq. | Piercy J. Stakelum, Attorney at Law | 407-246-5022 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0091 23069

12/21/2006 17:36 FAX                    HUGHES HUBBARD LLP                        ☑ 001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


    TRANSMISSION OK

    TX/RX NO              0171
    RECIPIENT ADDRESS     14072465022
    DESTINATION ID
    ST. TIME              12/21 17:35
    TIME USE              00'54
    PAGES SENT               2
    RESULT                OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Piercy J. Stakelum, Esq. | Piercy J. Stakelum, Attorney at Law | 407-246-5022 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M009123070

# STONE PIGMAN WALTHER WITTMANN L.L.C.

## COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

DOROTHY H. WIMBERLY
A PROFESSIONAL CORPORATION
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

OUR FILE NUMBER

66,000

March 20, 2007

**CERTIFIED MAIL**

Piercy J. Stakelum, Esq.
Law Offices of Piercy J. Stakelum
522 East Washington Street
Orlando, Florida  32801

Re:  *In re:  VIOXX PRODUCTS LITIGATION*, MDL Docket No. 1657

Dear Mr. Stakelum:

On March 13, 2007, you were served with Defendant Merck & Co., Inc.'s Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C, Notice of Hearing, and Proposed Order which we filed in the referenced case.  I enclose a copy of the signed Order requiring that you file any opposition and serve it on liaison counsel on or before April 2, 2007.  The Order also affirms the hearing date of April 12, 2007, immediately following the monthly status conference.

Sincerely,

Dorothy H. Wimberly

DHW/ecj
Enclosure

cc:    Russ Herman, Esq./Lenny Davis, Esq. (via e-mail)



**2. Article Number**

7107 2607 1790 0003 1108

**1. Article Addressed to:**

Piercy J. Stakelum, Esq.
Law Offices of Piercy J. Stakelum
522 East Washington Street
Orlando, Florida 32801

3/20/2007  10:59 AM

File: 66,000/DHW/ecj

PS Form 3811                    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_____    2/26/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES enter delivery address below:        ☐ No

3. Service Type    ☒ Certified

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

7107 2607 1790 0003 1108

| | | |
|---|---|---|
| POSTAGE | $0.63 | **POSTMARK OR DATE** |
| RETURN RECEIPT SERVICE — RESTRICTED DELIVERY | | |
| CERTIFIED | $2.40 | |
| RETURN RECEIPT FEE | $1.85 | |
| SENT — TOTAL POSTAGE AND | $4.88 | |



File: 66,000/DHW/ecj

Piercy J. Stakelum, Esq.
Law Offices of Piercy J. Stakelum
522 East Washington Street
Orlando, Florida 32801

3/20/2007  10:59 AM

**PS FORM 3800**

**UNITED STATES POSTAL SERVICE**

**RECEIPT FOR CERTIFIED**
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

# Exhibit Q

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre PA
100 N. Biscayne Blvd.
Suite 2800
Miami, FL 33132

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Esma Destinvil v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02003-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Esma Destinvil.  The deadline for Ms. Destinvil to serve a complete PPF and medical authorizations passed on November 30, 2005. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records."  The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Esma Destinvil is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Destinvil.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

MOORE19Z77

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer & Georges-Pierre PA | 305-416-5005 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

M008E19278

11/01/2006 13:20 FAX  12124224726        HUGHES HUBBARD LLP                        ☑001

```
                    ********************
                    ***  TX REPORT  '***
                    ********************

        TRANSMISSION OK

        TX/RX NO              0659
        RECIPIENT ADDRESS     13054165005
        DESTINATION ID
        ST. TIME              11/01 13:20
        TIME USE              00'30
        PAGES SENT            2
        RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer & Georges-Pierre PA | 305-416-5005 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MO08E19279

# Exhibit PP



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (305-416-5005)**

Anthony Maximillien Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 North Biscayne Boulevard
Suite 1003
Miami, FL 33132

>       Re:     ***In re Vioxx® Products Liability Litigation***
>               ***MDL No. 1657***
>               ***Esma Destinvil v. Merck & Co., Inc.***
>               ***Docket No. 2:05-cv-02003-EEF-DEK***

Dear Mr. Georges-Pierre:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Esma Destinvil. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C required Ms. Destinvil to serve this PPF no later than November 30, 2005, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Esma Destinvil no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                    Very truly yours,

                    */s/ John N. Poulos*

                    John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00EE33194



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony Maximillien Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO             0801
RECIPIENT ADDRESS    13054165005
DESTINATION ID
ST. TIME             12/21 17:47
TIME USE             00'29
PAGES SENT           2
RESULT               OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Bruadige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony Maximillien Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

DOROTHY H. WIMBERLY
A PROFESSIONAL CORPORATION
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

66,000

March 20, 2007

**CERTIFIED MAIL**

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre PA
100 N. Biscayne Blvd., Suite 2800
Miami, Florida 33132

Re: *In re: VIOXX PRODUCTS LITIGATION*, MDL Docket No. 1657

Dear Mr. Georges-Pierre:

On March 13, 2007, you were served with Defendant Merck & Co., Inc.'s Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C, Notice of Hearing, and Proposed Order which we filed in the referenced case. I enclose a copy of the signed Order requiring that you file any opposition and serve it on liaison counsel on or before April 2, 2007. The Order also affirms the hearing date of April 12, 2007, immediately following the monthly status conference.

Sincerely,

Dorothy H. Wimberly

DHW/ecj
Enclosure

cc:    Russ Herman, Esq./Lenny Davis, Esq. (via e-mail)

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

7107 2607 1790 0003 1115

**A. Signature**
X [signature]  ☐ Agent  ☐ Addressee

**B. Received by (Printed Name)** Vanessa Baptiste  **C. Date of Delivery**

1. Article Addressed to:

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre PA
100 N. Biscayne Blvd., Suite 2800
Miami, Florida  33132

3/20/2007  11:00 AM

**D. Is delivery address different from item 1?** ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

File: 66,000/DHW/ecj

PS Form 3811                    Domestic Return Receipt

---

7107 2607 1790 0003 1115

| RETURN RECEIPT SERVICE | POSTAG | $0.63 | POSTMARK OR DATE |
|---|---|---|---|
| | RESTRICTED DELIVERY | | |
| | CERTIFIED | $2.40 | |
| | RETURN RECEIPT FEE | $1.85 | |
| SENT | TOTAL POSTAGE AND | $4.88 | |

File: 66,000/DHW/ecj
Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre PA
100 N. Biscayne Blvd., Suite 2800
Miami, Florida  33132

3/20/2007  11:00 AM

PS FORM 3800



UNITED STATES POSTAL SERVICE

**RECEIPT FOR CERTIFIED**
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

# Exhibit S

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

Re:   ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Angelos Psomos v. Merck & Co., Inc.***
***Docket No. 2:05-cv-03876-EEF-DEK***

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Angelos Psomos. Pretrial Order No. 18C required Mr. Psomos to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Angelos Psomos no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MD0AA01708

09/12/2006 14:08 FAX  12124224726          HUGHES HUBBARD LLP                          ☒001

```
                        **********************
                        ***   TX REPORT   ***
                        **********************

        TRANSMISSION OK

        TX/RX NO               0427
        RECIPIENT ADDRESS      19149487372
        DESTINATION ID
        ST. TIME               09/12 14:06
        TIME USE               02'00
        PAGES SENT             10
        RESULT                 OK
```

# Hughes Hubbard & Reed LLP

## A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MDDAAU1/28

# Exhibit T

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Peter Stagias v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03875-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Peter Stagias. The deadline for Mr. Stagias to serve a complete PPF and medical authorizations passed on January 14, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Peter Stagias is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Mr. Stagias.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M007359916

11/01/2006 13:26 FAX  12124224726          HUGHES HUBBARD LLP                    ✉001

```
                    ************************
                    ***   TX REPORT   ***
                    ************************


          TRANSMISSION OK

          TX/RX NO              0664
          RECIPIENT ADDRESS     19149467372
          DESTINATION ID
          ST. TIME              11/01 13:25
          TIME USE              00'49
          PAGES SENT            3
          RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit U

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Nick Somos v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04698-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nick Somos. Pretrial Order No. 18C required Mr. Somos to serve this PPF no later than December 12, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Nick Somos no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

09/12/2006 14:08 FAX 12124224726          HUGHES HUBBARD LLP                    @001

```
                        ***********************
                        ***    TX REPORT    ***
                        ***********************


    TRANSMISSION OK

    TX/RX NO                  0427
    RECIPIENT ADDRESS         19149487372
    DESTINATION ID
    ST. TIME                  09/12 14:06
    TIME USE                  02'00
    PAGES SENT                 10
    RESULT                    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00A00728

# Exhibit V

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-3520
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

**VIA CERTIFIED U.S. MAIL**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> **Re:**    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Dionysios Patrakas v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03870-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Dionysios Patrakas. Pretrial Order No. 18B required Mr. Patrakas to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Dionysios Patrakas no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M000357103

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                  5/22/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number

PS                                    102595-02-M-1540

# Exhibit W

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-5220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

**VIA CERTIFIED U.S. MAIL**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Vasilios Patrakas v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03869-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Vasilios Patrakas. Pretrial Order No. 18B required Ms. Patrakas to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Vasilios Patrakas no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

NY

M006357106

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    Date of Delivery
                                 5/22/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2.

102595-02-M-1540

# Exhibit X

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

**VIA CERTIFIED U.S. MAIL**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Effie Patrakas v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03871-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Effie Patrakas. Pretrial Order No. 18B required Ms. Patrakas to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Effie Patrakas no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

M000857104

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                5/22/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number

PS                                              102595-02-M-1540

# Exhibit Y

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

**VIA CERTIFIED U.S. MAIL**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> **Re:**    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Fotis Miltalios v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03878-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Fotis Miltalios. Pretrial Order No. 18B required Ms. Miltalios to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Fotis Miltalios no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ John N. Poulos

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M006357100

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
41 Main Street
Suite 504
White Plains, NY 10601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   5/22/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS

# Exhibit Z

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

**VIA CERTIFIED U.S. MAIL**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Petros Ikonomidis v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03884-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Petros Ikonomidis. Pretrial Order No. 18B required Mr. Ikonomidis to serve this PPF no later than December 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Petros Ikonomidis no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY

M006357099

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   Date of Delivery
5/22/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. _____

PS   102595-02-M-1540

# Exhibit RR



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Lawrence P. Biondi Law
81 Main Street
Suite 504
White Plains, NY 10601

        *Re:*    ***In re Vioxx® Products Liability Litigation***
               ***MDL No. 1657***
               ***Angelos Psomos v. Merck & Co., Inc.***
               ***Docket No. 2:05-cv-03876-EEF-DEK***

Dear Mr. Biondi:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Angelos Psomos. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Mr. Psomos to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Angelos Psomos no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

12/21/2006 17:16 FAX   12124224726          HUGHES HUBBARD LLP

```
                    *********************
                *** TX REPORT ***
                    *********************


    TRANSMISSION OK

    TX/RX NO                0787
    RECIPIENT ADDRESS       19149467372
    DESTINATION ID
    ST. TIME                12/21 17:14
    TIME USE                02'04
    PAGES SENT              10
    RESULT                  OK
```

**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit SS



**Hughes
Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Lawrence P. Biondi Law
81 Main Street
Suite 504
White Plains, NY 10601

> Re:    ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Peter Stagias v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-03875-EEF-DEK***

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Peter Stagias. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C required Mr. Stagias to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Peter Stagias no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M007865342



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone 201-536-9220
Fax 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

A New York Limited Liability Partnership

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M009843073

12/21/2006 17:16 FAX  12124224726          HUGHES HUBBARD LLP                              ☒001

```
                         *********************
                    ***    TX REPORT    ***
                         *********************


        TRANSMISSION OK

        TX/RX NO              0787
        RECIPIENT ADDRESS     19149467372
        DESTINATION ID
        ST. TIME              12/21 17:14
        TIME USE              02'04
        PAGES SENT             10
        RESULT                OK
```

## Hughes
## Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit TT


Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Lawrence P. Biondi Law
81 Main Street
Suite 504
White Plains, NY 10601

> **Re:**    ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Nick Somos v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-04698-EEF-DEK***

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nick Somos. Merck's *initial* notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Mr. Somos to serve this PPF no later than December 12, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Nick Somos no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    *Phillip A. Wittmann, Esq.* (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M005306547



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|-----|------|---------|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

12/21/2006 17:16 FAX  12124224726          HUGHES HUBBARD LLP                    ☐001

```
                    ********************
                    ***   TX REPORT   ***
                    ********************

        TRANSMISSION OK

        TX/RX NO              0787
        RECIPIENT ADDRESS     19149467372
        DESTINATION ID
        ST. TIME              12/21 17:14
        TIME USE              02'04
        PAGES SENT             10
        RESULT               OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Lawrence P. Biondi Law | 914-946-7372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit UU

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Dionysios Patrakas v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03870-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Dionysios Patrakas. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Dionysios Patrakas and Effie Patrakas to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Dionysios Patrakas no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

M009626376

·09/28/2006 12:34 FAX  12124224726          HUGHES HUBBARD LLP                      ☒001

```
                        **********************
                        ***   TX REPORT   ***
                        **********************

        TRANSMISSION OK

        TX/RX NO              0482
        RECIPIENT ADDRESS     19149467372
        DESTINATION ID
        ST. TIME              09/28 12:31
        TIME USE              02'56
        PAGES SENT             13
        RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07308-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 13

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit VV

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Vasilios Patrakas v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03869-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Vasilios Patrakas. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Vasilios Patrakas to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Vasilios Patrakas no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

M002C34023

09/28/2006 12:34 FAX  12124224726          HUGHES HUBBARD LLP                    @001

```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************

        TRANSMISSION OK

        TX/RX NO              0462
        RECIPIENT ADDRESS     19149467372
        DESTINATION ID
        ST. TIME              09/28 12:31
        TIME USE              02'58
        PAGES SENT             13
        RESULT                OK
```

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 13

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit WW

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

    Re: *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Effie Patrakas v. Merck & Co., Inc.*
      <u>*Docket No. 2:05-cv-03871-EEF-DEK*</u>

Dear Mr. Biondi:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Effie Patrakas. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Dionysios Patrakas and Effie Patrakas to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Effie Patrakas no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc: Russ M. Herman, Esq. (via e-mail)

MX00656742b

-09/28/2006 12:34 FAX  12124224726        HUGHES HUBBARD LLP                    ☑001

```
              **********************
              ***   TX REPORT   ***
              **********************

   TRANSMISSION OK

   TX/RX NO             0462
   RECIPIENT ADDRESS    19149487372
   DESTINATION ID
   ST. TIME             09/28 12:31
   TIME USE             02'56
   PAGES SENT             13
   RESULT               OK
```

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 13

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit XX

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

301 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Fotis Miltalios v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03878-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Fotis Miltalios. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Fotis Miltalios to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Fotis Miltalios no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

09/28/2006 12:34 FAX  12124224726          HUGHES HUBBARD LLP                                    001

```
                    ************************
                    ***   TX REPORT   ***
                    ************************

        TRANSMISSION OK

        TX/RX NO              0462
        RECIPIENT ADDRESS     19149467372
        DESTINATION ID
        ST. TIME              09/28 12:31
        TIME USE              02'56
        PAGES SENT            13
        RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 13

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit YY

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Petros Ikonomidis v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03884-EEF-DEK*

Dear Mr. Biondi:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Petros Ikonomidis.  Merck's initial letter was sent on May 18, 2006.  Pretrial Order No. 18C required Petros Ikonomidis to serve this PPF no later than December 15, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Petros Ikonomidis no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

-09/28/2006 12:34 FAX  12124224726          HUGHES HUBBARD LLP                    ☒001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

    TRANSMISSION OK

    TX/RX NO              0462
    RECIPIENT ADDRESS     19149467372
    DESTINATION ID
    ST. TIME              09/28 12:31
    TIME USE              02'56
    PAGES SENT             13
    RESULT                OK
```

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-336-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lawrence P. Biondi, Esq. | Law Offices of Lawrence P. Biondi | 914-946-7372 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 13

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

*OUR FILE NUMBER*

DOROTHY H. WIMBERLY
A PROFESSIONAL CORPORATION
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-Mail: dwimberly@stonepigman.com

66,000

March 20, 2007

**CERTIFIED MAIL**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street, Suite 504
White Plains, New York  10601

Re:  *In re: VIOXX PRODUCTS LITIGATION*, MDL Docket No. 1657

Dear Mr. Biondi:

On March 13, 2007, you were served with Defendant Merck & Co., Inc.'s Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C, Notice of Hearing, and Proposed Order which we filed in the referenced case. I enclose a copy of the signed Order requiring that you file any opposition and serve it on liaison counsel on or before April 2, 2007. The Order also affirms the hearing date of April 12, 2007, immediately following the monthly status conference.

Sincerely,

Dorothy H. Wimberly

DHW/ecj
Enclosure

cc:   Russ Herman, Esq./Lenny Davis, Esq. (via e-mail)

863390v.1



**2. Article Number**

7107 2607 1790 0003 1122

**1. Article Addressed to:**

Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street, Suite 504
White Plains, New York  10601

3/20/2007  11:01 AM

File: 66,000/DHW/ecj

PS Form 3811          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X          ☐ Agent
           ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   P. Ruiz          3 26 01

D. Is delivery address different from Item 1?  ☐ Yes
   If YES enter delivery address below:        ☐ No

3. Service Type     ☒ Certified

4. Restricted Delivery? (Extra Fee)     ☐ Yes

---

7107 2607 1790 0003 1122

| | | |
|---|---|---|
| **RETURN RECEIPT SERVICE** | POSTAGE | $0.63 |
| | RESTRICTED DELIVERY | |
| | CERTIFIED | $2.40 |
| | RETURN RECEIPT FEE | $1.85 |
| **SENT** | TOTAL POSTAGE AND | $4.88 |

POSTMARK OR DATE

File: 66,000/DHW/ecj
Lawrence P. Biondi, Esq.
Law Offices of Lawrence P. Biondi
81 Main Street, Suite 504
White Plains, New York  10601

3/20/2007  11:01 AM

**PS FORM 3800**          **RECEIPT FOR CERTIFIED**
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

**UNITED STATES POSTAL SERVICE**