J. Stewart White, Esq., NV Bar #1039
WHITE MEANY & WETHERALL, LLP
3185 Lakeside Drive
Reno, Nevada 89509
Phone: (775) 828-9999
Fax: (775) 828-9998
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COORDINATION PROCEEDING | DOCKET NO.: 06-7076 |
| SPECIAL TITLE [Rule 1550(b)] | MDL NO. 1675 |
| IN RE VIOXX® CASES | SECTION: L |
| | JUDGE FALLON<br>MAG JUDGE KNOWLES |
| WILLIAM NARRON | |
| Plaintiff, | |
| vs. | |
| MERCK & COMPANY, INC., a foreign corporation; KERRY EDWARDS, KEN HUTCHINSON, MISTY L. KUPERMAN, NANCY MOREDOCK, TRACEY PHILLIPPI, JERRY SHAW, KAREN SHOUSE, LADON GAY SILVA, DEBBIE LEE, NANCY NIELSEN, LISA DAVIS, RICKY GULATI, FRED AUZENE, SERGE BRUNET, TINA DAMORE, JULIE DIANE WURCH, NICOLE LORENZZI, LEANN BONNER-WELCH and PAUL PERRY individuals; and DOES 1 through 25, Inclusive, | |
| Defendants. | |

**PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT ON INDIVIDUAL DEFENDANTS**

Plaintiff presents this Court with a *MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE ON INDIVIDUAL DEFENDANTS* ; and the Court having considered Plaintiffs' Motion and all papers and pleadings on file herein, finds and concludes as follows:

1

NOW THEREFORE, IT IS HEREBY ORDERED:

1. Plaintiffs may have until sixty (60) days following the entry of this Order to serve the *Complaint* herein upon Defendants KERRY EDWARDS, KEN HUTCHINSON, MISTY L. KUPERMAN, NANCY MOREDOCK, TRACEY PHILLIPPI, JERRY SHAW, KAREN SHOUSE, LADON GAY SILVA, DEBBIE LEE, NANCY NIELSEN, LISA DAVIS, RICKY GULATI, FRED AUZENE, SERGE BRUNET, TINA DAMORE, JULIE DIANE WURCH, NICOLE LORENZZI, LEANN BONNERWELCH and PAUL PERRY

DATED: This 9th day of March, 2007.

_____
JUDGE