UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Hernandez, et al. v. Merck & Co., Inc.*, 06-8376

## ORDER

IT IS ORDERED that Malcolm T. Roberts' duplicative Stipulation of Dismissal (Rec. Doc. 10156) is DENIED AS MOOT because the Court has already dismissed Mr. Roberts' claims without prejudice. *See* Rec. Doc. 10291.

New Orleans, Louisiana, this ___12th___ day of __March__, 2007.

_____
UNITED STATES DISTRICT JUDGE