

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAR 9 2007

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 21 2007

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

MAR - 9 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-85)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,925 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR - 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____

## SCHEDULE CTO-85 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 5 07-69~~ | ~~Estate of Robert Badke, et al. v. Merck & Co., Inc., et al.~~ **OPPOSED 3/7/07** | |
| **FLORIDA MIDDLE** | | |
| FLM 6 07-71 | Marc Golin, etc. v. Merck & Co., Inc., et al. | 07-1246 |
| **FLORIDA SOUTHERN** | | |
| FLS 2 06-14239 | Michael Fasano v. Merck & Co., Inc. | 07-1247 |
| **GEORGIA MIDDLE** | | |
| GAM 5 07-22 | James Lenning v. Merck & Co., Inc. | 07-1248 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-5559 | Lottie Daugird v. Merck & Co., Inc., et al. | 07-1249 |
| ILN 1 07-440 | Doris Carter v. Merck & Co., Inc. | 07-1250 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 07-64~~ | ~~James Sanders, et al. v. Merck & Co., Inc., et al.~~ **OPPOSED 3/7/07** | |
| **MISSOURI WESTERN** | | |
| MOW 2 07-4012 | Cynthia Jobe, etc. v. Merck & Co., Inc. | 07-1251 |
| **NEW JERSEY** | | |
| NJ 1 07-350 | Rona Adam, et al. v. Merck & Co., Inc., et al. | 07-1252 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 07-287 | Jeffrey Zauderer, et al. v. Merck & Co., Inc. | 07-1253 |
| NYS 1 07-334 | Meredith Williams, etc. v. Merck & Co., Inc. | 07-1254 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 07-68 | Charles Ross Hankins v. Merck & Co., Inc. | 07-1255 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 07-193 | Helen L. Weiner v. Merck & Co., Inc. | 07-1256 |
| PAE 2 07-221 | John Filippini v. Merck & Co., Inc. | 07-1257 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 07-84 | Steve Dutkowski v. Merck & Co., Inc. | 07-1258 |
| **TENNESSEE EASTERN** | | |
| TNE 3 07-23 | Philip Dawson, et al. v. Merck & Co., Inc. | 07-1259 |
| **WISCONSIN WESTERN** | | |
| WIW 3 07-32 | Jacqueline Anne Cobian v. Merck & Co., Inc. | 07-1260 |

# INVOLVED COUNSEL LIST (CTO-85)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Elizabeth A. Balakhani
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

John T. Boundas
Williiams Bailey Law Firm
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

Charles D. Cole, Jr.
Newman, Fitch, Altheim & Myers
14 Wall Street
22nd Floor
New York, NY 10005-2101

S. Tessie Corbin
Dechert LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2808

Brian W. DelVecchio
Swensen, Perer & Kontos
One Oxford Centre
Suite 2501
Pittsburgh, PA 15219

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

Benjamin Finley
Finley & Buckley
2931 North Druid Hills Road
Suite C
Atlanta, GA 30329

Finley D. Gibbs
Rotts & Gibbs
1001 E. Walnut, 2nd Floor
P.O. Box 7385
Columbia, MO 65201

William Hamel
Dinkes & Schwitzer
112 Madison Avenue
New York, NY 10016

M. Helaine Hatter
Greene, Broillet & Wheeler
100 Wilshire Boulevard
Suite 2100
Santa Monica, CA 90401-1110

Russ M. Herman
Herman, Herman, Katz & Cotlar
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Walter Hodynsky
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Arthur L. Jenkins
Law Offices of Arthur L. Jenkins, Jr.
325 Dekalb Street
P.O. Box 710
Norristown, PA 19404-0710

Grant Kaiser
Kaiser Firm
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Peter L. Kaufman
Levin Papantonio Thomas, et al.
316 South Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32502-5996

Thomas A. Kelliher
Gary D. McCallister & Associates, Ltd.
120 North LaSalle Street
Suite 2800
Chicago, IL 60602

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Barbara B. Litten
Squire, Sanders & Dempsey, LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

William Glenn Mayfield
Mayfield & Ogle
200 E. Granada Boulevard
Suite 206
P.O. Box 337
Ormond Beach, FL 32175-0337

Amanda Jane Murray
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Brian J. Panish
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025

Robb W. Patryk
Hughes, Hubbard Law Firm
One Battery Park Plaza
New York, NY 10004

Michelle N. Peterson
14 Eusden Drive
Aston, PA 19014

Edward B. Ruff, III
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Kevin W. Sheperd
315 North Houston Street
Maryville, TN 37801

Brian Alan Sher
Bryan Cave, LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601-3206

Eileen B. Smith
Waller, Lansden, Dortch & Davis
Nashville City Center
511 Union Street
Suite 2100
Nashville, TN 37219

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue
Suite 2700
Oklahoma City, OK 73102

Bryant Matthew Struble
Thompson Coburn, LLP
One US Bank Plaza
Suite 2600
St. Louis, MO 63101

Diane P. Sullivan
Dechert LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

Jason Scott Turchin
Bernstein & Maryanoff
15055 SW 122nd Avenue
Miami, FL 33186

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Todd M. Weir
Otjen, Van Ert, Lieb & Weir, S.C.
700 N. Water Street
Suiet 800
Milwaukee, WI 53202

Antoinette L. Williams
Law Office of Antoinette L. Williams, PC
340 Ardsley Road
1A
Scarsdale, NY 10583

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

## INVOLVED JUDGES LIST (CTO-85)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Donetta W. Ambrose
Chief Judge, U.S. District Court
3280 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Hon. John Antoon, II
U.S. District Judge
George C. Young U.S. Courthouse
6th Floor
80 North Hughey Avenue
Orlando, FL 32801

Hon. Ruben Castillo
U.S. District Judge
2146 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Barbara B. Crabb
Chief Judge, U.S. District Court
United States District Court
P.O. Box 591
Madison, WI 53701-0591

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Clifford Scott Green
Senior U.S. District Judge
15613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Nanette K. Laughrey
U.S. District Judge
7452 Charles E. Whittaker U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Joan Humphrey Lefkow
U.S. District Judge
1956 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Tim Leonard
Senior U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

~~Hon. G. Patrick Murphy~~
~~Chief Judge, U.S. District Court~~
~~255 Melvin Price Federal Building & U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

~~Hon. Marilyn Hall Patel~~
~~U.S. District Judge~~
~~Phillip Burton U.S. Courthouse~~
~~P.O. Box 36060~~
~~San Francisco, CA 94102-3661~~

Hon. Thomas W. Phillips
U.S. District Judge
145 Howard H. Baker, Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Hon. C. Ashley Royal
U.S. District Judge
U.S. District Court
P.O. Box 128
Macon, GA 31202

Hon. Jerome B. Simandle
U.S. District Judge
6010 Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
400 Cooper Street
Camden, NJ 08102

Hon. William H. Yohn, Jr.
Senior U.S. District Judge
14613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

## INVOLVED CLERKS LIST (CTO-85)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Gregory J. Leonard, Clerk
P.O. Box 128
Macon, GA 31202

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Norbert G. Jaworski, Clerk~~
~~U.S. District Court~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202-0249~~

Patricia L. Brune, Clerk
310 U.S. Courthouse
131 West High Street
Jefferson City, MO 65102

Patricia L. McNutt, Clerk
130 Howard H. Baker, Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

~~Richard W. Wieking, Clerk~~
~~Phillip Burton U.S. Courthouse~~
~~Box 36060~~
~~450 Golden Gate Avenue~~
~~San Francisco, CA 94102-3489~~

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

William T. Walsh, Clerk
1050 Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08102

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 9, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-85)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on February 21, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A