GIBBONS P.C.
Susan Nardone, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Phone: (973) 596-4500
Attorney for Defendant
Louis M. Sherwood

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX:<br>　　　Product Liability Litigation<br><br>This document relates to all cases in which<br>LOUIS M. SHERWOOD is named as a<br>defendant (see list attached) | MDL No. 1657<br><br>Section: L<br><br>Judge Fallon<br>Magistrate Judge Knowles |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that the name and address of the firm serving as co-counsel for defendant LOUIS M. SHERWOOD (deceased) in the matters listed on the attached form has been changed from Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. to:

**GIBBONS, P.C.**
**One Gateway Center**
**Newark, NJ 07102**

Kindly use the new firm name and address in all pleadings, correspondence, and other documents and direct all future correspondence and service of documents in this matter to the attorney of record at the new firm name and address.

Respectfully submitted,

By: <u>s/Susan L. Nardone</u>
Susan Nardone, Esq.
Attorney for Louis M. Sherwood (deceased)

Dated: March 13, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Change of Firm Name and Address has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of March, 2007.

                 /s/ *Dorothy H. Wimberly*
                 Dorothy H. Wimberly, 18509
                 STONE PIGMAN WALTHER
                 WITTMANN L.L.C.
                 546 Carondelet Street
                 New Orleans, Louisiana 70130
                 Phone: 504-581-3200
                 Fax:  504-581-3361
                 dwimberly@stonepigman.com

                 Defendants' Liaison Counsel

## LIST OF CASES

## LOUIS M. SHERWOOD (deceased)

2:05-cv-02949-EEF-DEK, Brenner et al v. Merck & Co Inc et al filed 08/08/05

2:05-cv-04629-EEF-DEK, Lapila et al v. Merck & Co Inc et al filed 12/01/05

2:05-cv-04634-EEF-DEK, Magnan et al v. Merck & Co Inc et al filed 12/01/05

2:05-cv-04635-EEF-DEK, Jones v. Merck & Co Inc et al filed 12/02/05

2:05-cv-04636-EEF-DEK, Salyers v. Merck & Co Inc et al filed 12/01/05

2:05-cv-04715-EEF-DEK, Bowen et al v. Merck & Co Inc et al filed 11/28/05

2:05-cv-04860-EEF-DEK, Hnatuk et al v. Merck & Co Inc et al filed 12/07/05

2:05-cv-04862-EEF-DEK, Justus et al v. Merck & Co Inc et al filed 12/07/05

2:05-cv-04864-EEF-DEK, Wilson et al v. Merck & Co Inc et al filed 11/28/05

2:05-cv-04927-EEF-DEK, Howard et al v. Merck & Co Inc et al filed 12/01/05

2:05-cv-05177-EEF-DEK, Stewart et al v. Merck & Co Inc et al filed 12/12/05

2:05-cv-05383-EEF-DEK Dworken et al v. Merck & Co Inc et al filed 12/14/05

2:05-cv-05384-EEF-DEK, LaChance et al v. Merck & Co Inc et al filed 12/27/05

2:05-cv-05387-EEF-DEK, Dormeyer v. Merck & Co Inc et al filed 12/27/05

2:05-cv-05388-EEF-DEK, Olson et al v. Merck & Co Inc et al filed 12/14/05

2:05-cv-05389-EEF-DEK, Newman et al v. Merck & Co Inc et al filed 12/14/05

2:05-cv-05390-EEF-DEK, Pafford et al v. Merck & Co Inc et al filed 12/13/05

2:05-cv-05663-EEF-DEK, Klimaszewski et al v. Merck & Co Inc et al filed 01/03/06

2:05-cv-05664-EEF-DEK, Bell et al v. Merck & Co Inc et al filed 12/19/05

2:05-cv-05665-EEF-DEK, Brenner et al v. Merck & Co Inc et al filed 12/23/05

2:05-cv-05668-EEF-DEK, Cohen et al v. Merck & Co Inc et al filed 01/03/06

2:05-cv-05669-EEF-DEK, Grimes v. Merck & Co Inc et al filed 12/21/05

2:05-cv-05670-EEF-DEK, Greer et al v. Merck & Co Inc et al filed 12/19/05

2:05-cv-05671-EEF-DEK, Medford v. Merck & Co Inc et al filed 12/23/05

2:05-cv-05866-EEF-DEK, Burke v. Merck & Co Inc  filed 01/03/06

2:05-cv-05867-EEF-DEK, Lindsey et al v. Merck & Co Inc et al filed 01/10/06

2:05-cv-06231-EEF-DEK, Calderaio v. Merck & Co Inc et al filed 01/04/06

2:05-cv-06771-EEF-DEK, Richardson et al v. Merck & Co Inc et al filed 01/09/06

2:05-cv-06772-EEF-DEK, Allen v. Merck & Co Inc et al filed 01/09/06

2:06-cv-00439-EEF-DEK, Simakaski et al v. Merck & Co Inc et al filed 02/21/06

2:06-cv-00440-EEF-DEK, Munn et al v. Merck & Co Inc et al filed 02/13/06

2:06-cv-00441-EEF-DEK, Beeman et al v. Merck & Co Inc et al filed 02/21/06

2:06-cv-00702-EEF-DEK, Binder et al v. Merck & Co Inc et al filed 07/05/06

2:06-cv-00705-EEF-DEK, Burnett et al v. Merck & Co Inc et al filed 07/05/06

2:06-cv-01024-EEF-DEK, Bridges v. Merck & Co Inc et al filed 07/05/06

2:06-cv-01527-EEF-DEK, Edwards et al v. Merck & Co Inc et al filed 04/17/06

2:06-cv-02245-EEF-DEK, Fabes v. Merck & Co Inc et al filed 04/28/06

2:06-cv-02715-EEF-DEK, Ackman v. Merck & Co Inc et al filed 06/07/06

2:06-cv-02716-EEF-DEK, Ramcke et al v. Merck & Co Inc et al filed 06/05/06

2:06-cv-02718-EEF-DEK, Swietlik et al v. Merck & Co Inc et al filed 06/05/06

2:06-cv-02719-EEF-DEK, Silvin et al v. Merck & Co Inc et al filed 06/07/06

2:06-cv-02722-EEF-DEK, Simmons v. Merck & Co Inc et al filed 06/05/06

2:06-cv-02723-EEF-DEK, Sagajdak et al v. Merck & Co Inc et al filed 06/05/06

2:06-cv-03104-EEF-DEK, Huberty v. Merck & Co Inc et al filed 08/11/06

2:06-cv-03105-EEF-DEK, Nesbit v. Merck & Co Inc et al filed 08/11/06

2:06-cv-03107-EEF-DEK, Anderson et al v. Merck & Co Inc et al filed 08/14/06

2:06-cv-03108-EEF-DEK, Bird et al v. Merck & Co Inc et al filed 08/17/06

2:06-cv-03110-EEF-DEK, Breezee et al v. Merck & Co Inc et al filed 08/11/06

2:06-cv-03112-EEF-DEK, Lidstrom v. Merck & Co Inc et al filed 08/11/06

2:06-cv-03153-EEF-DEK, Tallas et al v. Merck & Co Inc et al filed 08/11/06

2:06-cv-03637-EEF-DEK, Thomas et al v. Merck & Co Inc et al filed 07/24/06

2:06-cv-03639-EEF-DEK, Ahmed et al v. Merck & Co., Inc., et al filed 07/24/06

2:06-cv-03640-EEF-DEK, Bryant et al v. Merck & Co Inc et al filed 07/21/06

2:06-cv-03641-EEF-DEK, Johnson v. Merck & Co Inc et al filed 07/24/06

2:06-cv-03643-EEF-DEK, Bredesen v. Merck & Co Inc et al filed 07/21/06

2:06-cv-03644-EEF-DEK, Anderson et al v. Merck & Co Inc et al filed 07/24/06

2:06-cv-03645-EEF-DEK, Yant et al v. Merck & Co Inc et al filed 07/31/06

2:06-cv-03646-EEF-DEK, Johnson-Tschida et al v. Merck & Co Inc et al filed 07/24/06

2:06-cv-03647-EEF-DEK, Knight et al v. Merck & Co Inc et al filed 07/24/06

2:06-cv-03649-EEF-DEK, Klossner v. Merck & Co Inc et al filed 07/21/06

2:06-cv-03907-EEF-DEK, Boyd et al v. Merck & Co Inc et al filed 08/07/06

2:06-cv-03908-EEF-DEK, Tanner et al v. Merck & Co Inc et al filed 08/07/06

2:06-cv-03909-EEF-DEK, Klimmek et al v. Merck & Co Inc et al filed 08/07/06

2:06-cv-03910-EEF-DEK, Powers v. Merck & Co., Inc., et al filed 08/07/06

2:06-cv-03911-EEF-DEK, Mclaughlin et al v. Merck & Co Inc et al filed 08/07/06

2:06-cv-03913-EEF-DEK, Castillo et al v. Merck & Co Inc et al filed 08/07/06

2:06-cv-03915-EEF-DEK, Bidner et al v. Merck & Co., Inc., et al filed 08/07/06

2:06-cv-04045-EEF-DEK, Canty et al v. Merck & Co., Inc., et al filed 08/21/06

2:06-cv-04046-EEF-DEK, Manderscheid et al v. Merck & Co Inc et al filed 08/21/06

2:06-cv-04186-EEF-DEK, Blakely et al v. Merck & Co Inc et al filed 08/21/06

2:06-cv-04187-EEF-DEK, Schiefelbein et al v. Merck & Co Inc et al filed 09/08/06

2:06-cv-04188-EEF-DEK, Tineo v. Merck & Co Inc et al filed 08/21/06

2:06-cv-04189-EEF-DEK, Anglin et al v. Merck & Co Inc et al filed 08/21/06

2:06-cv-04190-EEF-DEK, Kohls et al v. Merck & Co Inc et al filed 08/21/06

2:06-cv-04191-EEF-DEK, Drummond et al v. Merck & Co., Inc., et al filed 08/21/06

2:06-cv-04192-EEF-DEK, Jackson et al v. Merck & Co Inc et al filed 08/21/06

2:06-cv-04193-EEF-DEK, Hultman v. Merck & Co Inc et al filed 08/21/06

2:06-cv-04194-EEF-DEK, Kahler et al v. Merck & Co Inc et al filed 08/21/06

2:06-cv-04195-EEF-DEK, Hammond v. Merck & Co Inc et al filed 09/08/06

2:06-cv-05579-EEF-DEK, Greenhaw et al v. Merck & Co Inc et al filed 10/27/06

2:06-cv-05580-EEF-DEK, Walls v. Merck & Co Inc et al filed 09/15/06

2:06-cv-05581-EEF-DEK, Montgomery v. Merck & Co Inc et al filed 09/14/06

2:06-cv-05582-EEF-DEK, Maliszewski v. Merck & Co Inc et al filed 09/14/06

2:06-cv-05583-EEF-DEK, Bulger et al v. Merck & Co Inc et al filed 09/14/06

2:06-cv-05585-EEF-DEK, Beyer et al v. Merck & Co Inc et al filed 10/05/06

2:06-cv-05586-EEF-DEK, Oakley et al v. Merck & Co Inc et al filed 09/14/06

2:06-cv-05587-EEF-DEK, Pardino et al v. Merck & Co Inc et al filed 09/14/06

2:06-cv-05588-EEF-DEK, Kelly v. Merck & Co Inc et al filed 09/14/06

2:06-cv-05589-EEF-DEK, Hauge et al v. Merck & Co Inc et al filed 09/14/06

2:06-cv-05591-EEF-DEK, Walter v. Merck & Co Inc filed 09/14/06

2:06-cv-05592-EEF-DEK, Wright v. Merck & Co Inc et al filed 09/14/06

2:06-cv-05593-EEF-DEK, Miller et al v. Merck & Co Inc et al filed 09/18/06

2:06-cv-06032-EEF-DEK, Canavan et al v. Merck & Co Inc et al filed 09/22/06

2:06-cv-08401-EEF-DEK, Acaley et al v. Merck & Co Inc et al filed 11/06/06

2:06-cv-08402-EEF-DEK, Eaton et al v. Merck & Co Inc et al filed 11/06/06

2:06-cv-08403-EEF-DEK, Bultman v. Merck & Co Inc et al filed 11/07/06

2:06-cv-08404-EEF-DEK, Whitfield et al v. Merck & Co Inc et al filed 11/06/06

2:06-cv-08405-EEF-DEK, Larson et al v. Merck & Co Inc filed 11/02/06

2:06-cv-08406-EEF-DEK, Morris et al v. Merck & Co Inc et al filed 11/06/06

2:06-cv-08407-EEF-DEK, Oquendo v. Merck & Co Inc et al filed 11/06/06

2:06-cv-08408-EEF-DEK, Wallis et al v. Merck & Co Inc et al filed 12/05/06

2:06-cv-08409-EEF-DEK, Bell et al v. Merck & Co Inc et al filed 11/06/06

2:06-cv-08410-EEF-DEK, Silverman et al v. Merck & Co Inc et al filed 11/06/06

2:06-cv-08412-EEF-DEK, Cohen et al v. Merck & Co Inc et al filed 11/06/06

2:06-cv-09402-EEF-DEK, Paparazzo et al v. Merck & Co Inc et al filed 11/16/06

2:06-cv-09403-EEF-DEK, Willis et al v. Merck & Co Inc et al filed 11/16/06

2:06-cv-09404-EEF-DEK, Davis et al v. Merck & Co Inc et al filed 11/16/06

2:06-cv-09405-EEF-DEK, Shaw et al v. Merck & Co Inc et al filed 11/16/06

2:06-cv-09406-EEF-DEK, Fortune et al v. Merck & Co Inc et al filed 11/21/06

2:06-cv-09407-EEF-DEK, Gomez v. Merck & Co Inc et al filed 11/16/06

2:06-cv-09410-EEF-DEK, Everts et al v. Merck & Co Inc et al filed 11/16/06

2:06-cv-09807-EEF-DEK, Paul et al v. Merck & Co Inc et al filed 11/16/06

2:06-cv-10266-EEF-DEK, Boland et al v. Merck & Co Inc et al filed 12/15/06

2:06-cv-10268-EEF-DEK, Roy et al v. Merck & Co Inc et al filed 12/05/06

2:06-cv-10269-EEF-DEK, Barrows et al v. Merck & Co Inc et al filed 12/05/06

2:06-cv-10271-EEF-DEK, Walden et al v. Merck & Co Inc et al filed 12/01/06

2:06-cv-10272-EEF-DEK, Martin v. Merck & Co et al filed 12/05/06

2:06-cv-10677-EEF-DEK, Pierose v. Merck & Co Inc et al filed 12/18/06

2:06-cv-11122-EEF-DEK, Golla v. Merck & Co Inc et al filed 01/11/07

2:06-cv-11320-EEF-DEK, Frumin et al v. Merck & Co Inc et al filed 12/22/06

2:05-cv-01795-EEF-DEK, Cochran v. Merck & Co Inc et al filed 05/20/05

2:05-cv-02352-EEF-DEK, Lawrence-Wicks et al v. Merck & Co Inc et al filed 06/23/05

2:05-cv-02353-EEF-DEK, Slade v. Merck & Co Inc et al filed 06/27/05

2:05-cv-02354-EEF-DEK, Rayford v. Merck & Co Inc et al filed 06/22/05

2:05-cv-02355-EEF-DEK, Laney et al v. Merck & Co Inc et al filed 07/08/05

2:05-cv-02955-EEF-DEK, Payne et al v. Merck & Co Inc et al filed 07/28/05

2:05-cv-03245-EEF-DEK, Brooks v. Merck & Co Inc et al filed 08/03/05

2:05-cv-03605-EEF-DEK, Smith v. Merck & Co Inc et al filed 08/19/05

2:05-cv-03606-EEF-DEK, Pompey v. Merck & Co Inc et al filed 08/19/05

2:05-cv-03607-EEF-DEK, Baylor v. Merck & Co Inc et al filed 08/19/05

2:05-cv-04718-EEF-DEK, Danforth, et al v. Merck & Co Inc filed 11/28/05

2:05-cv-04719-EEF-DEK, Ferguson et al v. Merck & Co Inc et al filed 11/28/05

2:05-cv-05868-EEF-DEK, Oglesby v. Merck & Co Inc et al filed 01/10/06

2:06-cv-00325-EEF-DEK, Maas et al v. Merck & Co Inc et al filed 02/21/06

2:06-cv-00437-EEF-DEK, Kelaher v. Merck & Co Inc et al filed 02/15/06

2:06-cv-03912-EEF-DEK, Dyminski et al v. Merck & Co Inc et al filed 08/07/06

2:05-cv-01113-EEF-DEK, West v. Merck & Co Inc et al filed 04/08/05

2:05-cv-01281-EEF-DEK, Cronin et al v. Merck & Co Inc et al filed 04/15/05

2:05-cv-04861-EEF-DEK, Hofmann et al v. Merck & Co Inc et al filed 12/01/05

2:05-cv-04926-EEF-DEK, Mitchell et al v. Merck & Co Inc et al filed 12/01/05

2:05-cv-05176-EEF-DEK, Williams et al v. Merck & Co. Inc filed 12/05/05

2:05-cv-06773-EEF-DEK, Rhineer v. Merck & Co Inc et al filed 01/05/06

2:06-cv-03638-EEF-DEK, King v. Merck & Co Inc et al filed 07/24/06

2:06-cv-00703-EEF-DEK, Saylors et al v. Merck & Co Inc et al filed 07/05/06

2:06-cv-00706-EEF-DEK, Morgan et al v. Merck & Co Inc et al filed 07/05/06

2:06-cv-01526-EEF-DEK, Veysey et al v. Merck & Co Inc et al filed 04/10/06

2:06-cv-02247-EEF-DEK, Griffin et al v. Merck & Co Inc et al filed 05/01/06

2:06-cv-02248-EEF-DEK, Amundson et al v. Merck & Co Inc et al filed 05/01/06

2:06-cv-02250-EEF-DEK, Bengtson et al v. Merck & Co Inc et al filed 05/01/06

2:06-cv-02721-EEF-DEK, Anderson et al v. Merck & Co Inc et al filed 06/05/06

2:06-cv-03106-EEF-DEK, Sizemore v. Merck & Co Inc et al filed 08/11/06

2:06-cv-03109-EEF-DEK, Treptau et al v. Merck & Co Inc et al filed 08/11/06

2:06-cv-03356-EEF-DEK, Bahr et al v. Merck & Co Inc et al filed 07/17/06

2:06-cv-03642-EEF-DEK, Wilson et al v. Merck & Co Inc et al filed 07/31/06

2:06-cv-03650-EEF-DEK, Baity v. Merck & Co Inc et al filed 07/26/06

2:06-cv-03903-EEF-DEK, Burnett et al v. Merck & Co Inc et al filed 08/02/06

2:06-cv-03906-EEF-DEK, Kelly et al v. Merck & Co Inc et al filed 08/11/06

2:06-cv-04196-EEF-DEK, Gisvold et al v. Merck & Co Inc et al filed 08/21/06

2:06-cv-10267-EEF-DEK, Jones v. Merck & Co Inc et al filed 12/15/06