UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * * * | |
| This Document Relates to: | * * | MDL No. 1657 |
| JIM HOOD, ATTORNEY GENERAL *ex rel.*, STATE OF MISSISSIPPI, Plaintiff, | * * * * | SECTION L |
| versus | * * | JUDGE ELDON E. FALLON |
| MERCK & CO., INC. Defendant | * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| Case No. 2:05-cv-06755 | * * | |

**************************************************************************

## NOTICE OF SERVICE

Notice is hereby given that Plaintiff, Jim Hood, Attorney General of the State of Mississippi *ex rel* State of Mississippi, by and through counsel, has this date served in the above entitled action the following:

1. Plaintiff's Objections and Responses to Defendant Merck & Co., Inc.'s First Set of Interrogatories, and

2. Plaintiff's Objections and Responses to Defendant Merck & Co., Inc.'s First Requests for Production of Documents

The undersigned retains the original of the above documents as custodian thereof pursuant to the Federal Rules of Civil Procedure.

This the 14th day of March, 2007.

Respectfully Submitted,

BOSSIER & ASSOCIATES, PLLC


/s/ Sheila M. Bossier
SHEILA M. BOSSIER, (LA Bar No. 19491)
Attorney for Plaintiff, **JIM HOOD,
ATTORNEY GENERAL,** *ex rel* **THE
STATE OF MISSISSIPPI**

OF COUNSEL:

BOSSIER & ASSOCIATES, PLLC
P. O. Box 55567
Jackson, MS  39296
P. O. Box 55567
Jackson, MS 39296
Telephone: (601) 352-5450
Facsimile:   (601) 352-5452
Email: sbossier@bossier-law.com

Harold Pizzetta, Esq.
OFFICE OF THE ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205
Telephone: (601) 359-3821

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the above and foregoing Notice of Service has been served on Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 201 St. Charles Avenue, suite 4310, New Orleans, LA 70170 and Phillip Wittmann, Stone Pigman Walther Wittman, LLC, 546 Carondelet St., New Orleans, LA 70130-3588 and served on counsel for Defendant, Christy D. Jones, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, Post Office Box 22567, Jackson, MS 39225 by U.S. Mail and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

  This the 14th day of March, 2007.

                /s/ Sheila M. Bossier
                OF COUNSEL