**MINUTE ENTRY**
**FALLON, J.**
**MARCH 13, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

     A telephone conference was held on this date at 11:30 a.m. central time in the Chambers of Judge Eldon E. Fallon.  Mark Robinson participated on behalf of the Plaintiffs' Steering Committee.  Andrew Goldman participated on behalf of Merck.  The conference was held to address an objection that arose today at the trial preservation deposition of Dr. Pechmann.

     Merck's counsel objected that Plaintiffs' counsel was leading the witness during direct examination.  For the reasons stated and transcribed during the conference, Merck's objection is overruled.



-1-

JS10(00:10)