# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| Sanchez, Raquel R. v. Merck & Co., | * | **JUDGE KNOWLES** |
| Inc.; 2:06-cv-02264; Leonel Sanchez, | * | |
| Raquel Rebecca Sanchez, and Stella | * | |
| Sanchez on behalf of Estela Sanchez; | * | |
| | * | |
| Belle, Jim H. v. Merck & Co., Inc.; 2:06- | * | |
| cv-02863; and only regarding Richard | * | |
| White; | * | |
| | * | |
| Moreno, Cristina v. Merck & Co., Inc.; | * | |
| 2:06-cv-02945; Cristina Moreno, | * | |
| Valentin Moreno, Roy Moreno, Nora | * | |
| Barrera, Norma Cavazos on behalf of | * | |
| Julia Moreno; | * | |
| | * | |
| Gonzales, Brigida v. Merck & Co., Inc.; | * | |
| 2:06-cv-00919; Brigida Gonzales on | * | |
| behalf of Benny Gonzales; | * | |
| | * | |
| Steele, Matthews v. Merck & Co., Inc.; | * | |
| 2:06-cv-03070; Matthews Steele on | * | |
| behalf of Betty Steele; | * | |
| | * | |
| Brennan, John v. Merck & Co., Inc.; | * | |
| 2:06-cv-00672; | * | |
| | * | |
| Vissichelli, George v. Merck & Co., Inc.; | * | |
| 2:06-cv-00671; Lillian Vissichelli on | * | |
| behalf of George Vissichelli; | * | |
| | * | |
| Laing, John v. Merck & Co., Inc.; 2:05- | * | |
| cv-06116; | * | |
| | * | |
| | * | |
| | * | |

861847v.1

| | |
|---|---|
| Miller, ReDonna E.W. v. Merck & Co., Inc.; 2:06-cv-01462; ReDonna Earle Wakefield Miller on behalf of Charles Ray Miller | * * * * * |
| Ellis, L. D. v. Merck & Co., Inc.; 2:06-cv-01033; L. D. Ellis on behalf of Minnie Ellis | * * * * |
| Meglio, Luca P. v. Merck & Co., Inc.; 2:05-cv-04143; Luca P. Meglio on behalf of Sylvia Meglio; | * * * * |
| Kern, Joyce v. Merck & Co., Inc.; 2:05-cv-06743; | * * * |
| Goodman, Ronald H. v. Merck & Co., Inc.; 2:06-cv-00858; Ronald H Goodman | * * * |
| Chapla, Donna v. Merck & Co., Inc.; 2:06-cv-02745; Donna Chapla on behalf of Evelyn J. Czapla; | * * * * |
| Arnold, Katherine v. Merck & Co., Inc.; 2:05-cv-05146; | * * * |
| Destinvil, Esma v. Merck & Co., Inc.; 2:05-cv-02003; | * * * |
| Shamis, Faina v. Merck & Co., Inc.; 2:05-cv-03881; | * * * |
| Psomos, Angelos v. Merck & Co., Inc.; 2:05-cv-03876; | * * * |
| Stagias, Peter v. Merck & Co., Inc.; 2:05-cv-03875; | * * * |
| Somos, Nick v. Merck & Co., Inc.; 2:05-cv-04698; | * * * |
| Patrakas, Dionysios v. Merck & Co., Inc.; 2:05-cv-03870; | * * * |
| Patrakas, Vasilios v. Merck & Co., Inc.; 2:05-cv-03869; | * * |

861847v.1

| | |
|---|---|
| Patrakas, Effie v. Merck & Co., Inc. ; 2:05-cv-03871; | * * * * |
| Miltalios, Fotis v. Merck & Co., Inc.; 2:05-cv-03878; | * * * |
| Ikonomidis, Petros v. Merck & Co., Inc.; 2:05-cv-03884. | * * * |
| * * * * * * * * * * * * * * * * | * |

### PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 12th day of April, 2007, immediately following the monthly status conference, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 2nd day of April, 2007.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 9th day of April, 2007.

NEW ORLEANS, LOUISIANA, this 14th day of March, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

3

861847v.1