## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   VIOXX | ) | MDL NO. 1657 |
|          PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION:  L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |

*THIS DOCUMENT RELATES TO:*
*Markus Bruckner  vs. Merck & Co., Inc., No. 2:06-cv-08389*
*(previously 1:06CV2106 OHND USDC*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.


APPROVED AND SO ORDERED

3/14/07
Date

United Stated District Judge