**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE** |
| Jerry Anderson v. Merck & Co., Inc., | * | **JUDGE KNOWLES** |
| 6:06-cv-373   06-1902 | * | |
| * * * * * * * * * * * * * * * * * | * | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Lenzie Gibbs and Defendant Merck & Co., Inc. hereby stipulate,

pursuant to Fed. R. Civ. Proc. 41(a)(1) to a dismissal without prejudice of this case,

subject to the following conditions:

1. Lenzie Gibbs agrees that, in the event he re-files a lawsuit against Merck that

contains claims relating to Vioxx®, such lawsuit will be filed in a United States District

Court; and

2. Lenzie Gibbs further agrees that in the event he re-files such lawsuit, any

discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.*

(MDL-1657), the MDL proceeding that has been established in the United States District

Court for the Eastern District of Louisiana, and that is not specific to a particular

plaintiff, can be used in any such lawsuit re-filed by Lenzie Gibbs, as though he had been

a party and had had an opportunity to participate in that discovery.

3.Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel

hereby certify that as soon as the Order of Dismissal is entered by the Court Defendants'

Liaison Counsel will make the change directly on File & Serve to reflect the withdrawal

of counsel in the above-captioned case.

Respectfully submitted,

*/s/ Annette Morgan-White*
Annette Morgan-White
Kentucky Bar No. 81985
Law Office of Morgan & White
2281 South Highway 421
Manchester, Kentucky 40962
Phone: 606-598-8188
Fax: 606-598-8196

Counsel for Plaintiff, Sheila Smith

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelete Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendant's Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of March, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel