UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    )   MDL NO. 1657
      PRODUCTIONS LIABILITY LITIGATION   )
                                              )   SECTION: L
                                              )
                                              )   JUDGE FALLON
                                              )

*THIS DOCUMENT RELATES TO:*
*Frank Vanenburg, Individually vs. Merck & Co., Inc., No.* **27-cv-06-1057**

MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, Brian A. Goldstein and The Barnes Firm, P.C., and James C. MacGillis and Trepanier & MacGillis, P.A., respectfully move for leave to withdraw as counsel in this matter as to **FRANK VANENBURG, ONLY**. Pursuant to Local Rule 7.4.1 W, plaintiff's counsel has not conferred with opposing counsel or calendared this motion for hearing. Written notice of this motion has been served on plaintiff Mr. Frank Vanenburg and his daughter, Carla Vanenburg, by certified mail at their addresses of record.

Without breaching any privilege, Plaintiff's counsel asserts that the attorney-client relationship has deteriorated to the point where representation is no longer possible and that withdrawal under the terms of the attorney-client contract is warranted.

Withdrawing counsel are aware of no pending deadlines or court appearance dates. Trial in this matter has not been calendared and Mr. Vanenburg's Plaintiff Profile form and Amended Plaintiff Profile form have been submitted pursuant to Pretrial Order 18C.

Until such time as he retains new counsel, all documents may be sent to Mr. Frank Vanenburg at 160-60 Claude Avenue, Apt. 6H, Jamaica, New York 11433, and his daughter, Carla Vanenburg, at 245 Mt. Hope Drive, Albany, New York 12202, and telephone calls may be directed to Mr. Vanenburg at (718) 658-4777 or Carla Vanenburg at (518) 436-1417.

Respectfully submitted,

THE BARNES FIRM, P.C.

By: _____
Brian A. Goldstein, Esq.
17 Court Street, 7th Floor
Buffalo, New York 14202-3290
(716) 854-2020