UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ) MDL NO. 1657
      PRODUCTIONS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
)

*THIS DOCUMENT RELATES TO:*
*Frank Vanenburg, Individually vs. Merck & Co., Inc., No.* 27-cv-06-1057

### ORDER

      Pursuant to the Motion to Withdraw as Counsel of Record filed by Brian A. Goldstein, Esq. and The Barnes Firm, P.C., and good cause appearing,

      IT IS ORDERED that Brian A. Goldstein and The Barnes Firm, P.C., and James C. MacGillis and Trepanier & MacGillis, P.A., are permitted to withdraw as plaintiff's counsel for Frank Vanenburg as of the date of this order. This order applies only to plaintiff Frank Vanenburg and does not affect the representation of any other plaintiffs named in the same complaint.

APPROVED AND SO ORDERED

_____       _____
Date                                       United States District Judge Eldon E. Fallon

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Motion to Withdraw as Counsel* has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of March, 2007.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
504-581-4892
FAX: 504-561-6024
rherman@hhkc.com
*Plaintiff's Liaison Counsel*

Mr. Frank Vanenburg
160-60 Claude Avenue, Apt. 6H
Jamaica, NY 11433
(718) 658-4777

James C. MacGillis, Esq.
Trepanier & MacGillis, P.A.
8000 Flour exchange Building
310 Fourth Avenue South
Minneapolis, MN 55415
(612) 455-0500

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
504-581-3200
FAX: 504-581-3361
pwittmann@stonepigman.com
*Defendant's Liaison Counsel*

Carla Vanenburg
245 Mt. Hope Drive
Albany, NY 12202
(518) 436-1417

_____
BRIAN A. GOLDSTEIN (NY Reg. No. 2715019)
Counsel for Plaintiff