# PAUL R. RICE

Office Telephone- (202) 274-4234
Email: price@wcl.american.edu
www.acprivilege.com

---

**EDUCATION**  Yale Law School, LL.M., 1972 (Ford Urban Law Fellow)
West Virginia University College of Law, J.D., 1968 (Order of the Coif; Law Review)
Marshall University, B.B.A. (Accounting & Economics), 1965

**CURRENT EMPLOYMENT**  Professor of Law, American University Washington College of Law
Director, Evidence Project, www.wcl.american.edu/pub/journals/evidence/
CEO, Rice Publishing, www.acprivilege.com

**TEACHING EXPERIENCE**  Professor of Law, American University, Washington College of Law, 1976 - present. Subjects: Evidence, Advanced Evidence, Civil and Criminal Procedure

Associate Professor of Law, American University, Washington College of Law, 1974-76. Subjects: Criminal Procedure, Evidence, Advanced Constitutional Law (First Amendment), Criminal Litigation Clinic (Director, Prosecution Program), Advanced Criminal Procedure Seminar

Associate Professor of Law, University of Mississippi School of Law, June 1972 to August 1974. Subjects: Criminal Law, Criminal Procedure, Evidence, Juvenile Courts, Political and Civil Rights, Federal Civil Procedure, Legal Profession

Co-Director of Legal Clinic, University of Connecticut School of Law, 1969-71. Subjects: Criminal Litigation Clinic, Student Habeas Corpus Program, Legal Bibliography

**OTHER LEGAL EXPERIENCE**  *Special Counsel*, appointed by Judge Motz in In re Microsoft, MDL (both consumer and competitor cases), plus consolidated Microsoft cases in California, ruling on attorney-client privilege claims for over 80,000 communications (mostly e-mail format), 2002 to 2004

*Litigation Consultant*: Finnegan, Henderson, Farrabow, Garrett & Dunner, Washington, D.C. Advising on privilege and other evidentiary matters, 1991 to present

*Lecturer and consultant* on privilege and other evidentiary issues to corporations and law firms throughout the country

*Columnist* for American Corporate Counsel Magazine on attorney-client privilege issues, 1999 to 2000

*Consultant*, Federal Trade Commission, 1983-85

*Lecturer*, Practicing Law Institute, 1983

*Fellow*, American Bar Foundation, 1982-83

*Special Master*: Structuring and managing pretrial processes; ruling on discovery disputes (including privilege claims); ruling on *in limine* evidentiary objections; and supervising stipulation negotiations.

   *In re Amoxicillin*, MDL patent infringement and antitrust, 1981-83
   *Southern Pacific Comm. Corp. v. AT & T*, antitrust litigation, 1981-82
   *U.S. v. AT & T*, government antitrust litigation, 1978-81

*Consultant*, District of Columbia Bar Association Committee on Court Improvement, 1978

PAUL R. RICE

*Consultant,* Institute for Advanced Studies in Justice, 1976-78

*Reporter,* District of Columbia Law Revision Commission, 1976-77

*Special Assistant State's Attorney,* Hartford County Superior Court, Hartford, Conn., 1971

*Criminal defense practice while co-directing the legal clinic* at the University of Connecticut, School of Law, 1969-71

*Law clerk* to Judge Herbert S. Boreman, U.S. Fourth Circuit Court of Appeals, 1968-1969

**PUBLICATIONS:**
**Books: Legal**

P.R. Rice, EVIDENCE PRINCIPLES & PRACTICES: 150 THINGS YOU WERE NEVER TAUGHT, FORGOT, OR NEVER UNDERSTOOD (LexisNexis 2006)

P.R. Rice & R. Katriel, EVIDENCE, THE COMMON LAW AND FEDERAL RULES OF EVIDENCE (LexisNexis 5th ed 2005)

P.R. Rice, ELECTRONIC EVIDENCE: LAW & PRACTICE (ABA 2004)

P.R. Rice, BEST-KEPT SECRETS OF EVIDENCE LAW: 101 PRINCIPLES, PRACTICES & PITFALLS (Anderson Publishing 2001)

P.R. Rice, ATTORNEY-CLIENT PRIVILEGE IN THE UNITED STATES (Thompson West 2nd ed. 1999) (analysis of over 4000 cases)

P.R. Rice, ATTORNEY-CLIENT PRIVILEGE: STATE LAW (Rice Publishing 2005) (analysis of over 5000 cases) (CD rom)

P.R. Rice, EVIDENCE TRANSCRIPT SUPPLEMENT (Matthew Bender 1987)

P.R. Rice, COMPARATIVE EVIDENCE RULES PAMPHLET (Matthew Bender 1987)

W. Brazil, G. Hazard & P. Rice, MANAGING COMPLEX LITIGATION: A PRACTICAL GUIDE TO THE USE OF SPECIAL MASTERS (American Bar Foundation 1983)

**Books: Poetry**

P.R. Rice, WALKING AMONG SHADOWS: SEARCHING FOR THE RED SUNFISH (Finishing Line Press 2007)

**Articles, Papers, and Studies**

Evolving Evidentiary Needs: A Neglected Responsibility, ___ Hofstra L. Rev. ___ (2007)

Back To The Future With Privileges: Abandon Codification, Not the Common Law, 38 Loy. L. Rev. 101 (2004)

Rice & White, "Noisy Withdrawal": A Bitter Pill Without Curative Potential, LEGAL TIMES, Feb., 2004

The Quagmire of Scientific Expert Testimony: Crumping the Supreme Court's Style, 68 Mo. L. Rev. 53 (2003).

2

**PAUL R. RICE**

Rice & Cutter, Horizontal Mergers: The "Presumption" of Anticompetiveness, Antitrust Bulletin, 557 (Winter, 2002)

Rice & Saul, Balancing Away the Attorney-Client Privilege: The Attorney General's Decision to Intercept Conferences Between Suspected Terrorists and Their Attorneys, Criminal Justice Magazine (July 2002)

Advisory Committee on the Federal Rules of Evidence: Tending to the Past and Pretending for the Future?, 53 Hastings L. J. 817 (2002)

Are Partially Privileged Documents Discoverable?, Texas Lawyer, Vol. 17, No. 5, p. 53, April 9, 2001

A BAD IDEA DYING HARD: A Reply to Professor Leslie's Defense of the Indefensible, 2001 Wis. L. Rev. 187 (2001)

STRICTLY CONFIDENTIAL, 'Magill' Ruling Plants a Deceptively Bad Seed in the Law of Attorney-Client Privilege, Los Angeles Daily Journal, February 14, 2001

E-MAIL, I PRESUME, *Authentication Law Needs Updating for the E-Commerce Age*, LEGAL TIMES, Points of View, p 84, Week of January 22, 2001

Rule Changes Raise Questions, Podium, National Law Journal, Nov.13, 2000

Scientifically Speaking, *Is Scientific Data Considered Evidence in the Courtroom?* Fulton County Daily Report, Atlanta, GA, Oct. 18, 2000

Truth in Test Tubes: Standard for Screening Scientific Evidence Is Still Muddled Years After *Daubert*, LEGAL TIMES, Points of View, p.84, Week of October 16, 2000

P.R. Rice & W. Delker, FEDERAL RULES OF EVIDENCE ADVISORY COMMITTEE A Short History of Too Little Consequence, 191 F.R.D. 187 (2000)

*PITFALLS OF PRIVILEGE*, Misunderstanding Corporate Attorney-Client Privilege Could Make Scapegoats of Employees, LEGAL TIMES, SPECIAL REPORT *Corporate Counsel*, Week of April 17, 2000

*ACCA*DOCKET, VOL. 18, No. 4, April. 2000, ATTORNEY-CLIENT PRIVILEGE The Indirect Recognition of Limited Waiver

*In-House Counsel: Equal Members of the Bar,* "LawTalk," New Zealand Corporate Law Association, April, 2000

*ACCA*DOCKET, VOL. 18, No. 3, March. 2000, ATTORNEY-CLIENT PRIVILEGE: Does Sharing Privileged Communications With Government Agencies Waive the Privilege Protection

The Accused's Right of Confrontation Confronting Common Sense, The Champion March 2000, magazine of the National Association of Criminal Defense Lawyers

*The Government's Attorney-Client Privilege*, The Ethics News Bulletin, International Municipal Lawyers Association's Ethics Section, February 2000

The Corporate Attorney-Client Privilege: Loss of Predictability Does Not Justify Crying *Wolfinbarger*, 55 The Business Lawyer 1 (Feb. 2000); Bank & Corp. Governance Law Report, vol. 24, no. 5, July 2000

*ACCA*DOCKET, VOL. 18, No. 2, Feb. 2000, ATTORNEY-CLIENT PRIVILEGE: Asserting Privilege Claims: Substance and Procedure

PAUL R. RICE

THE GOVERNMENT'S ATTORNEY-CLIENT PRIVILEGE: Should It Have One? *Public Counsel*, Maryland State Bar Association's Public Counsel newsletter (January 2000)

*ACCA*DOCKET, VOL. 18, No. 1, Jan. 2000, Journal of the American Corporate Counsel Association, The Status of Copies of Non-Privileged Documents that are Sent to Counsel for Screening

EXPERT OVERHAUL NEEDED: Outdated Federal Evidence Rules Require More than Judicial Tinkering, LEGAL TIMES, Week of January 31, 2000

Privilege Concerns Weren't 'Absurd,' LEGAL TIMES, Week of January 24, 2000

GRAVE CONCERNS: *Should lawyers misusing the attorney-client privilege be free to spin history for their departed clients?*, LEGAL TIMES, Week of January 3, 2000

*ACCA*DOCKET, VOL. 17, No. 7, Nov./Dec. 1999, Journal of the American Corporate Counsel Association, The Privilege Status of Nonprivileged, Preexisting Documents Incorporated into Confidential Client Communications

*ACCA*DOCKET, VOL. 17, No. 6, Sept./Oct. 1999, Journal of the American Corporate Counsel Association, ATTORNEY-CLIENT PRIVILEGE: The Privilege Status of Non-Privileged Pre-Existing Documents Incorporated into Confidential Client Communications

ATTORNEY-CLIENT PRIVILEGE: Continuing Confusion About Attorney Communications, Drafts, Pre-Existing Document and the Source of the Facts Communicated, 48 Am. U. L. Rev. 967 (1999)

*ACCA*DOCKET, VOL. 17, No. 5, July/Aug. 1999, Journal of the American Corporate Counsel Association, *Waiver By Disclosure to Agents*

OUR LATE GREAT SECRETS: *Multidisciplinary Practice May Undermine, But Need Not Destroy, the Protections of the Attorney-Client Privilege*, LEGAL TIMES, Week of June 14, 1999

*ACCA*DOCKET, VOL. 17, No. 4, May/June 1999, Journal of the American Corporate Counsel Association, *Limited Protection for Attorneys and Their Agents*

American Corporate Counsel Association, computer assisted educational materials for corporate employees, June, 1999.

American Corporate Counsel Association, INFOPAK, ATTORNEY-CLIENT PRIVILEGE, June, 1999

VIRTUAL CONFIDENCES: *Using E-Mail to Converse With Clients*, LEGAL TIMES, Week of May 31, 1999

*"GOOD ENOUGH" IS NOT GOOD ENOUGH FOR EVIDENCE RULES*, letter to the editor responding to article by Professor Capra, NATIONAL LAW JOURNAL, December 21, 1998

A "QUASI" ATTORNEY-CLIENT PRIVILEGE? West Virginia's Mislabeled Fiduciary Duty Exception, 101 W. Va. L. Rev. 311 (1998)

THE GOVERNMENT'S ATTORNEY-CLIENT PRIVILEGE: *The Denial of Certiorari in Lindsey Leaves Us in Limbo*, LEGAL TIMES, Week of November 30, 1998

EVIDENCE PROJECT, Proposed Revisions to the Federal Rules of Evidence, *Comments & Proposals*, October 22, 1998, submitted to the Standing Committee of Rules of

**PAUL R. RICE**

    Practice & Procedure, Advisory Committee on Rules of Evidence

    BRING ON THE REFORMERS: *Evidence Code Cries Out for More Than Cautious Tinkering*, LEGAL TIMES, Week of October 19, 1998

    *Let's Give Credit Where Credit is Due*, WASHINGTON TIMES, Sept. 15, 1998

    ATTORNEY-CLIENT PRIVILEGE: The Eroding Concept of Confidentiality Should Be Abolished, 47 Duke Law Review 101 (1998)

    PROPOSED AMENDMENTS TO EXPERT WITNESS RULES IN THE FEDERAL RULES OF EVIDENCE: RESULTS OF A JUDICIAL SURVEY, The Evidence Project, American University Washington College of Law, P.R. Rice, Director (Spring 1998)

    Corporate Attorney-Client Privilege: Study Reveals Corporate Agents Are Uninformed; What they Don't Know Can Destroy the Privilege, American Corporate Counsel Association, August 1998, www.acca.com/vl/privilege/rice.html

    THE TAX PRACTITIONER PRIVILEGE: *A Sheep in Wolf's Clothing*, 80 TAX NOTES, No. 5, (August 3, 1998)

    COURT TO COUNSEL: LONG LIVE THE PRIVILEGE: *Special Prosecutor's Assault Gets Decent Burial*, LEGAL TIMES, Week of July 13, 1998

    SHOULD WE MAKE BRUCE LINDSEY TALK? *Drawing the Parallels Between the Governmental and the Corporate Attorney-Client Privilege*, LEGAL TIMES, Week of July 6, 1998

    WHEN THE GRAND JURY CALLS: *Does the Government Have An Attorney-Client Privilege?*, LEGAL TIMES, Week of June 29, 1998

    ACCOUNTANT-CLIENT PRIVILEGE: *A Misdirected Debate*, 79 TAX NOTES, No. 10, at 1357 (June 8, 1998)

    THE WRONG CURE FOR PRIVILEGE ENVY: *Congress Is Ready to Put Accountants on a Par With Tax Lawyers*, LEGAL TIMES, Week of May 4, 1998

    WE HAVEN'T GOT A SECRET ANYMORE, *The Tobacco Industry's Fraud Destroyed the Attorney-Client Privilege*, LEGAL TIMES, Week of April 13, 1998

    ATTORNEY-CLIENT PRIVILEGE: *Misunderstood and Misapplied as Fundamental Principles are Forgotten*, NATIONAL LAW JOURNAL, April 6, 1998

    *Attorney-Client Privilege: Perceptions and Implications*, a study of corporate personnel in three Fortune 100 corporations by the Evidence Project, February, 1998

    A GAP IN THE PRIVILEGE THIS TIME, *Precedent Supports Starr's Latest Effort to Get Lawyer's Notes*, LEGAL TIMES, Week of March 16, 1998

    NO 'GOOD CAUSE' TO KILL THE PRIVILEGE, *Confidences Should be Kept, Even After the Client Dies*, LEGAL TIMES, Week of March 9, 1998

    *Speaking in Confidence: Understanding the Limits of the Attorney-Client Privilege*, Journal of Asset Protection, March/April 1998

    *Field Service Advice Memoranda and the Attorney-Client Privilege*, 78 TAX NOTES, no.5, at 615 (Feb. 2, 1998)

    *Are You Making Mistakes About What's Privileged?*, LAWYERS WEEKLY USA, May 19, 1997

**PAUL R. RICE**

The Evidence Project: Proposed Revisions to the Federal Rules of Evidence with Supporting Commentary--Introduction, 171 F.R.D. 330 (1997)

The Allure of the Illogic: A Coherent Solution for Rule 703 Requires More than Redefining "Facts or Data", 47 Mercer L. Rev. 495 (1996)

Expert Testimony: A Debate Between Logic or Tradition Rather Than Between Deference or Education, 87 N.W. U. L. Rev. 1166 (1993)

Should Unintended Implications of Speech Be Considered Nonhearsay? The Assertive/Nonassertive Distinction Under Rule 801(a) of the Federal Rules of Evidence, 65 Temple L. Rev. 529 (1992)

Inadmissible Evidence as a Basis for Expert Opinion Testimony: A Response to Professor Carlson, 40 Vand. L. Rev. 583 (1987)

*A Study of Evidentiary Issues from the Victim/Witness Perspective*, ABA Victim/Witness Project (1986)

*A Study of the Use of Special Masters in Superfund Litigation*, Administrative Conference of the United States (1986)

*Expediting Litigation Is A Shared Responsibility*, LEGAL TIMES, Vol. VI, No. 34, Jan. 30, 1984

Hazard & Rice, Judicial Management of Complex Litigation--Special Masters as Judicial Case Managers, 1982 A. B. F. Res. J. 375 (1982)

Hazard & Rice, Substantive and Procedural Guidelines for the Resolution of Privilege Claims in Complex Litigation, 86 F.R.D. 603 (1980)

Mediation and Arbitration as a Civil Alternative to the Criminal Justice System--An Overview and Legal Analysis, 29 Am. U. L. Rev. 3 (1980)

*Study of Representation in the Landlord and Tenant Court Branch of the Civil Division of the D.C. Superior Court*, Courts Technical Assistance Project, Institute for Advanced Studies in Justice (1978)

Study Drafts and Position Papers on Statutes of Limitations, Multiple Prosecutions and the Entrapment Defense for the District of Columbia Law Revision Commission (1976-1977)

The "New" Post Trial Motion Practice Under Rule 37; An Analysis, 9 Conn. L. Rev. 36 (1976)

*A Review of the District of Columbia Citizens' Complaint Center*, Austern, Rice & Anderson principal investigators, American University Criminal Courts Technical Assistance Project, Institute for Advanced Studies in Justice (1976)

The State of Mind Exception to the Hearsay Rule: A Response to "'Secondary' Relevance," 14 Duquesne L. Rev. 219 (1975)

Criminal Defense Discovery: A Prelude to Justice or Interlude for Abuse, 45 Miss. L. J. 887 (1974)

Book Review, Sweatshops In the Sun, by Ronald B. Taylor, 44 Miss. L.J. 822 (1973)

Rice and Gallagher, An Alternative to Professional Bail Bonding: A Proposed 10% Deposit Plan for Connecticut, 5 Conn. L. Rev. 1 (1972)

Bail and Its Administration in Connecticut, 4 Conn. L. Rev. 1 (1971)

*The Law and You*, monthly legal column for newspapers in West Virginia (1968-69)

*Jus et Factum*, law school newspaper West Virginia University College of Law, founder and editor, (1967-68)

Comment, Corporations--Directors' Liability to Corporate Creditors for Negligent Mismanagement, 69 W. Va. L. Rev. 355 (1967)

Comment, Products Liability--Delegation of Duties by Manufacturers of Inherently Dangerous Products, 60 W. Va. L. Rev. 230 (1967)

Comment, Administrative Law--Judicial Review Under West Virginia Administrative Procedure Act Not Applicable to Agency Actions Relating Solely to Internal Management, 60 W. Va. L. Rev. 53 (1966)

## RECENT PUBLIC APPEARANCES AND INTERVIEWS

A DEBATE: Confidentiality and the Attorney-Client Privilege, Should Either be Abolished?, before the National Foundation for Judicial Excellence, July 8, 2006, Chicago, Ill..

Attorney-Client Privilege in the Electronic Age: Common Problems in a New Format, Presentation to the Annual Conference of the Federal District Court for the Central District of California, Ojai, CA, April 1, 2006

ELECTRONIC EVIDENCE: Discovery, Spoliation & Attorney-Client Privilege, presentation at the Intellectual Property Law Section of the New York Bar Association Annual meeting, Jan. 24, 2006, New York City, N.Y..

Attorney-Client Privilege: Preserving Essential Principles, panel discussion of ABA Task Force Report and the erosion of privileges in the criminal enforcement and regulatory environment, Mid-Year Meeting of the Conference of Chief Justices, Jan. 16, 2006, Amelia Island, FL

Attorney-Client Privilege in Patent Cases, presentation to the ITC Trial Lawyers Assoc. Annual Meeting, Nov. 8, 2005, Washington, D.C.

Attorney-Client Privilege: Preserving Essential Principles, round table discussion with chief justices of state supreme courts, general counsel for the countries largest corporations and senior partners of the countries largest law firms, sponsored by the National Center for State Courts, Oct. 28, 2005, Washington, D.C.

Attorney-Client Privilege: Waiver and Exceptions, two presentations to Holland & Knight, May 27 and June 10, 2005, Washington, D.C.

Evidence In The Digital Age, presentation to the Pennsylvania Association of Trial Judges, Feb. 27, 2005, Pittsburgh, PA

Judicial Screening of Expert Witnesses, Annual Conference, Administrative Law Judges, Department of Defense, January 19, 2005

Attorney-Client Privilege: Practical Applications in the Electronic World and Understanding Waiver, Holland & Knight, two lectures on August 6 & Sept. 17, 2004, Washington, D.C.

E-Mail Communications and the Attorney-Client Privilege, Steptoe & Johnson, July 21, 2004, Washington, D.C.

Attorney-Client Privilege: Fundamental Principles Misunderstood/Recent Developments, annual meeting Holland & Knight, Orlando, FL, April 23, 2004

Hot Topics of Attorney-Client Privilege, Intellectual Property Section of the ABA, Washington, D.C., April 2, 2004

Expert Witnesses and Scientific Evidence, presentation with Judge Robert King, U.S. Court of Appeals for the Fourth Circuit, to the West Virginia Bar Association's Annual Meeting, Charleston, W. Va., May 10, 2002

Association of American Law Schools Annual Meeting, Section on Evidence Law: panel discussion of "The Politics of Evidence Rule-Making", Jan. 5, 2002

Judicial Conference of the United States Fourth Circuit Court of Appeals, panel discussion entitled "Confidentiality and the Legal System in the Internet Age," speaking on confidentiality and presumptions, Hot Springs, VA, July, 2001.

Federal Judge's Association annual meeting, panelist discussing "Metaphors, Memes, and Myths: Framing Issues in Cyberlaw," Pentagon City, VA, May 7, 2001

Online Seminar sponsored by law.com, "Breaking In and Making It In-House" Monday, Jan. 29, 2001, addressing the topic of the corporate attorney-client privilege

Workshop on legal applications of satellite remote sensing technologies, sponsored by Environmental Legal Information Systems (ELIS), speaking on evidentiary issues, Jan. 26-27, 2001

CLE Conference, E-Mail: Evidence, Encryption & Employer Eavesdropping, presentation on Privilege & Ethics Issues, Washington College of Law, Dec.1, 2000

Symposium on the Attorney-Client Privilege, June 22, 2000, Washington, D.C., Court of Federal Claims Bar Association

Annual Conference U.S. Board of Contract Appeals, April 4, 2000, panel discussion of privilege claims, Hilton Hotel, Alexandria, VA

California CLE Lectures, Attorney-Client Privilege, March 14 & 15, 2000, Sorensen Resort, Hope Valley, CA

American Council of Life Insurance, seminar on "Attorney-Client and Self-Critical Analysis Privileges, San Antonio, TX, February 8, 2000

District of Columbia Bar, Intellectual Property Law Section, speech entitled "Maintaining the Privilege: How to Navigate the Crime/Fraud Exception When Counseling Clients Exposed to Ongoing Trade Secret Misappropriation Liability," January 24, 2000

American Corporate Counsel Annual Meeting, San Diego, CA, speech entitled "Making the Grade: The Attorney-Client Privilege," November 5, 1999

Federal Bar Association, Judiciary Division, Moderator of Panel Discussion, Notable Issues from the 1998-1999 Supreme Court Term, Sept. 8, 1999

Environmental Law Institute, Symposium on Legal Implications of Environmental Electronic Filings, *Evidentiary Implications*, Washington, D.C., June 24, 1999

Maryland Bar Association, annual meeting of the Administrative Law Section and the State and Local Government Section, "Government Lawyers and the Scope of the Attorney-Client Privilege," Ocean City, Md., June 10, 1999

American Home Products, Inc., annual meeting of the legal department, Attorney-Client Privilege in the Corporate Context: Problems, Solutions and Recent Developments, Reston, VA, May 26, 1999

**PAUL R. RICE**

       Judicial Conference of the U.S. Court of Appeals for the Federal Circuit, Board of Contract Appeals and Court of Federal Claims, panel discussion of the attorney-client privilege, April 6, 1999

       Marine Corp JAG, "Attorney-Client Privilege in the Military," Pentagon, February 11, 1999

       NATIONAL LAW JOURNAL, Letter to the Editor, December 21, 1998, 'Good Enough' Not Good Enough for Federal Rules of Evidence

       WASHINGTON LAWYER MAGAZINE, January/February 1999, panel discussion with Jane Sherburne (former White House counsel), James Hamilton (former attorney for Vincent Foster), Bret Kavanaugh (assistant special prosecutor with Kenneth Starr), Philip Lacovara (President, D.C. Bar Association) and Andrew Frye (counsel in In re Grand Jury Subpoena (First Lady)) of the government attorney-client privilege after the denial of certiorari in the *Lindsey* case, November 17, 1998

       Asian Pacific Bar Association, presentation on the attorney-client privilege, October 2, 1998

       American Bar Association, annual meeting, Toronto, Canada, presentation on the attorney-client privilege: recent developments, August, 1998

       KATHERINE CRIER REPORT, Fox News Channel, discussion of attorney-client privilege and President Clinton's dilemma, June 8, 1998

       NATIONAL CONFERENCE OF ADMINISTRATIVE JUDGES, lecture on recent developments: attorney-client privilege, January 8, 1998

**PERSONAL INFORMATION**

       61 years old, married with two children and four grandchildren.
Hobbies: handcrafts, stone masonry, poetry, 1955 Studebaker President Speedster.