UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | ) MDL DOCKET NO. 1657 |
| This document relates to: Case No. 06-0682 | ) ) SECTION L |
| | ) |
| ROBERT HULTEEN, Plaintiff | ) JUDGE FALLON ) |
| | ) MAG. JUDGE KNOWLES |
| v. | ) ) |
| MERCK & CO., INC., Defendant. | ) ) |

## MOTION TO ADMIT JAMES P. FRICKLETON, ESQ. AS COUNSEL FOR PLAINTIFF

COMES NOW, James P. Frickleton of the law firm Bartimus, Frickleton, Robertson & Gorny, P.C., and moves this Honorable Court to admit him as counsel for plaintiff in the above styled case. In support of this motion, counsel states as follows:

1. This case is part of MDL Docket No. 1657, In re: Vioxx Products Liability Litigation;

2. This case was initially filed in the Federal District Court for the District of Kansas;

3. This case was transferred under the MDL to the Federal District Court for the Eastern District of Louisiana;

4. James P Frickleton is a member in good standing of both the Federal District Court for the District of Kansas and the Federal District Court for the Western District of Missouri.

WHEREFORE, James P. Frickleton prays that this Honorable Court will admit him

as counsel for plaintiffs in the above styled case.

                                  Respectfully submitted,

                                  ____/s/_ James P. Frickleton_____
                                  James P. Frickleton       KS # 20602
                                  BARTIMUS FRICKLETON, ET AL.
                                  11150 Overbrook Rd, Suite 200
                                  Leawood, KS  66211
                                  (913) 266-2300
                                  Fax (913) 266-2366

                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO ADMIT COUNSEL has been served upon George Verschelden and all Plaintiff's and Defendant's Liaison Counsel by electronic means via LexisNexis File & Serve on this 22nd day of March, 2007.

/s/ James P. Frickleton
James P. Frickleton          KS # 20602
BARTIMUS FRICKLETON, ET AL.
11150 Overbrook Rd, Suite 200
Leawood, KS  66211
(913) 266-2300
Fax (913) 266-2366


Attorney for Plaintiff