UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) MDL DOCKET NO. 1657 |
| This document relates to: Case No. 06-0682 | ) ) SECTION L ) |
| ROBERT HULTEEN, Plaintiff | ) JUDGE FALLON ) ) MAG. JUDGE KNOWLES |
| v. | ) ) |
| MERCK & CO., INC., Defendant. | ) ) |

## PROPOSED ORDER

IT IS HEREBY ORDERED AND DECREED: on this _____ day of _____, 2007, the Court considers and grants James P. Frickleton's Motion to be Admitted as Counsel in the above styled case.

_____
Date

_____
The Honorable Eldon E. Fallon
The Honorable Daniel E. Knowles, III