# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCT LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to | MAGISTRATE JUDGE KNOWLES |
| David Roberts v. Merck & Co., Inc., et. al. | CASE NO. 2:05CV06515 |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO CR 41(a)(1)

The parties being in agreement and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED**, that the Plaintiff's claims against these Defendant, Jean Sullivan, M.D., d/b/a Redbud Family Health Center, in the matter of "David Roberts v. Merck & Co., Inc. and Jean Sullivan, M.D., d/b/a Redbud Family Health Care, Case No.: 2:05-CV-06515", are hereby DISMISSED WITHOUT PREJUDICE by agreement with each party to bear their respective costs. The Plaintiff's claims against the remaining Defendant, Merck & Co., Inc. are preserved and are to remain on the Court's active docket. There being no just cause for delay, this Order is final and appealable.

Entered on this the ____ day of _____, 2007.

_____
HON. ELDON E. FALLON
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: VIOXX PRODUCTS LIABILITY
LITIGATION, MDL 1657

HAVE READ AND AGREED TO BY:

*[signature]*

KENNETH A. BUCKLE, ESQ.
COUNSEL FOR PLAINTIFF

*[signature]*

MELANIE S. MARRS, ESQ.
COUNSEL FOR DEFENDANT,
JEAN SULLIVAN, M.D., d/b/a
REDBUD FAMILY HEALTH CENTER

And

*[signature]*

SUSAN J. POPE, ESQ.
ATTORNEY FOR THE DEFENDANT
MERCK & CO., INC.

## CLERK'S CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing Stipulation of Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the ___ day of _____, 2007.

Kenneth A. Buckle, Esq.
P.O. Box 1890
Hyden, KY  41749
*Counsel for Plaintiff*

Melanie S. Marrs, Esq.
David A. Trevey, Esq.
Lynn, Fulkerson, Nichols
 & Kinkel, PLLC
267 W. Short Street
Lexington, KY  40507
*Counsel for Dr. Sullivan*

Susan J. Pope, Esq.
Frost, Brown, Todd, LLCC
Lexington Financial Center
250 W. Main Street
Suite 2700
Lexington, Ky 40507
*Counsel for Merck*