UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL Docket no. 1657 |
| | ) | |
| PRODUCT LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| This document relates to | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| | ) | |
| David Roberts v. Merck & Co., Inc. et. al. | ) | |
| No. 05-6515 | | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED, that the claims of plaintiff David Roberts against defendant Jean Sullivan, M.D. in the above styled lawsuit be and they hereby are DISMISSED WITHOUT PREJUDICE, each party to bear its own costs, and subject to the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this the ____ day of _____, 2007.

_____
HON. ELDON E. FALLON
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: VIOXX PRODUCTS LIABILITY
LITIGATION, MDL 1657