UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO<br><br>Case No. 05 cv 4853 | **Plaintiff**: *Golden, June Tauber et al v. Fishman et al*<br><br>Sect L |

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record, parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be and the same hereby is discontinued as against the defendants LOREN MARTIN FISHMAN, M.D. and MANHATTAN PHYSICAL MEDICINE AND REHABILITAITON LLP only with prejudice, and without costs and disbursements to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this document shall have the same force and effect as an original signature.

This stipulation may be filed without further notice with the Clerk of the Court and an order to that effect may be entered without notice.

Dated: January 14 2007

_____   _____   _____
June Tauber Golden           Lucy Tauber Brysk           Eric Lax
as Administrators of the Estate of Peter Aaron Lee Tauber, Deceased

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

GODOSKY & GENTILE, P.C.
Attorneys for Plaintiffs
61 Broadway, 20th floor
New York, NY 10006.
(212) 742-9700
File # V1087-04

By: _____
    Robert E. Godosky (4459)


AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
Attorneys for Defendants
LOREN MARTIN FISHMAN, M.D.,
MANHATTAN PHYSICAL MEDICINE AND
REHABILITATION LLP
757 Third Avenue
New York, NY 10017
(212) 593-6700
File # 0236.113

By: _____
    Philip D. Lerner


HUGHES HUBBARD & REED, LLP
Attorneys for Defendant Merck & Co., Inc.
One Battery Park Plaza
New York, NY 10004-1482
212 837 6000

By: _____
    Vilia B. Hayes, Esq.

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Stipulation of Discontinuance upon Wilfred P. Coronato, Esq., Hughes Hubbard & Reed, LLP, New York, Phillip Wittmann, Stone Pigman Walter & Wittman LLC and Philip Lerner, Esq., Aaronson Rappaport Feinstein & Deutsch, LLP via US Mail and upon Dimitrios Mavroudis, Dechert LLP, Susan J. Giamportone, Womble Carlyle Sandridge & Rice PLLC-Winston-Salem; Vilia Hayes, Hughes Hubbard & Reed, LLP New York; Christopher Seeger, Seeger Weiss, LLP and Philip Lerner, Esq., Aaronson Rappaport Feinstein & Deutsch, LLP by electronically uploading the same to LexisNexis File & Serve Advanced, and that a courtesy copy of foregoing was sent via mail to the Clerk of the Court, United States District Court for the Eastern District of Louisiana, on this 26th day of February 2007.

                                                  //S/  
                                        Robert E. Godosky  
                                        Bar # 4459  
                                        Godosky & Gentile, PC  
                                        Attorneys for Plaintiffs  
                                        61 Broadway, 20th fl  
                                        New York, NY 10006  
                                        212-742-9700  
                                        212-742-9706 (fax)  
                                        reg@godoskygentile.com  
                                        rr@godoskygentile.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Proposed Order to Discontinuance has been served upon all parties by electronically uploading the same to Lexis/Nexis File and Serve and by US Mail upon Liaison Counsel and Wilfred P. Coronato, Esq. on the 7th of March 2007.

_____
Robert E. Godosky