UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO<br><br>Case No. 05 cv 4853 | **Plaintiff**: *Golden, June Tauber et al v. Fishman et al*<br><br>Sect L |

PROPOSED ORDER OF DISCONTUANCE

On January 14, 2007, the parties representing the plaintiffs and the defendants LOREN MARTIN FISHMAN, M.D. and MANHATTAN PHYSICAL MEDICINE AND REHABILITATION LLP only agreed and stipulated to discontinue the action against defendants LOREN MARTIN FISHMAN, M.D. and MANHATTAN PHYSICAL MEDICINE AND REHABILITATION LLP only with prejudice, and without costs and disbursements to either party as against the other.

The Stipulation now being presented to this Court for its approval and,

After considering the application, the court:

ORDERS that the stipulation of discontinuance against defendants LOREN MARTIN FISHMAN, M.D. and MANHATTAN PHYSICAL MEDICINE AND REHABILITATION LLP only be granted.

Signed on March 9, 2007

USDC Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____