UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | MDL No. 05-1657 |
| | * | SECTION L |
| **MANUEL RAMIREZ**, as Personal Representative of the Estate of **TRINIDAD RAMIREZ**, deceased, | * | JUDGE FALLON |
| Plaintiff, v. | * | MAG. JUDGE KNOWLES |
| **MERCK & CO., INC.**, | * | CASE NO.: 2:07-CV00373 |
| Defendant. | * | |

*************************************************************

## LAW OFFICES CYTRYN & SANTANA, P.A.'S MOTION TO WITHDRAW

Law Offices Cytryn and Santana, P.A., hereby files this Motion to Withdraw as counsel for Plaintiff, **MANUEL RAMIREZ**, as Personal Representative of the Estate of **TRINIDAD RAMIREZ**, deceased, and as grounds therefore states as follows:

1.  Irreconcilable differences of opinion have arisen between attorney and client, necessitating the withdrawal of the Law Offices Cytryn and Santana, P.A.

**WHEREFORE**, Law Offices Cytryn and Santana, P.A., respectfully requests that this Court enter an Order that the law firm be relieved of its duties, be allowed to withdraw, deeming the withdrawal immediately as of the date of the entrance of an Order, and allowing the Plaintiff 60 days to attempt to obtain new counsel.

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed via regular mail AND VIA Lexis Nexis file and Serve to: Wilfred P. Coronato at Hughes Hubbard & Reed LLP, Phillip A. Wittmann at Stone Pigman Walther Wittmann L.L.C., State National Bldg., 263 3rd Street, Fifth Floor, Baton Rouge, LA 70801, Aretha Delight at Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone at Womble Carlyle Sandridge & Rice, PLLC, 301 N. Main Street, Suite #300, Winston-Salem, NC 27101, and regular and certified mail # 7006 0810 0000 4953 9044 to Manuel Ramirez 7309 SW 22nd Street, Miami, Florida 33155 this 6th day of March, 2007.

Law Offices Cytryn & Santana, P.A.
1401 N. University Drive
Suite 501
Coral Springs, Florida 33071
Tel. No. (954) 255-7000
E-mail dancytrynlaw@yahoo.com.

Dan Cytryn, Esquire
Florida Bar No. 818558

rm/ramirez.t/withdraw.mtn.doc