UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 14 PM 3:13

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: Vioxx® | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | MDL No. 05-1657 |
| | * | SECTION L |
| **MANUEL RAMIREZ**, as Personal Representative of the Estate of **TRINIDAD RAMIREZ**, deceased, | * | JUDGE FALLON |
| Plaintiff, | | |
| v. | * | MAG. JUDGE KNOWLES |
| **MERCK & CO., INC.**, | * | CASE NO.: 2:07-CV00373 |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER ON LAW OFFICES CYTRYN AND SANTANA, P.A.'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The Law Offices Cytryn and Santana, P.A.'s, having been permitted to withdraw as counsel for Plaintiff, **MANUEL RAMIREZ**, as Personal Representative of the Estate of **TRINIDAD RAMIREZ**, deceased and being otherwise duly advised in the premises files this ex parte Motion to Withdraw:

It is **ORDERED AND ADJUDGED**:

1. That Law Offices Cytryn and Santana, P.A.'s, motion to withdraw is hereby GRANTED, and Law Offices Cytryn and Santana, P.A.., is hereby relieved of its duties and obligations in this cause.

~~That Plaintiff has 60 days to obtain new counsel.~~

Fee___
Process___
X Dktd___
CtRmDep___
Doc. No___

3.  All further papers, pleadings, and materials in this case shall be sent directly to the Plaintiff, Manuel Ramirez, 7309 SW 22nd Street, Miami, Florida 33155.

New Orleans, Louisiana, this 13th day of March, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

c:  Dan Cytryn, Esquire
Wilfred P. Coronato, Esquire
Phillip A. Wittmann, Esquire
Aretha Delight, Esquire
Susan Giamportone, Esquire
Manuel Ramirez - 7309 SW 22nd Street, Miami, Florida 33155

rm\ramirez.t\withdraw.order.1.doc