THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAR 19 AM 11: 48
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| Rex Allen, § | Civil Action No. 05-06757 |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Judge Eldon E. Fallon |
| Merck & Co., Inc., and John Does 1-25, § | |
| § | |
| Defendants. § | |

## UNOPPOSED MOTION TO WITHDRAW

**COME NOW** Plaintiff Rex Allen's counsel of records, Hinkle Law Offices (Cynthia Ann Braun), and respectfully move the Court for leave to withdraw as counsel and hereby substitute the Branch Law Firm (Turner W. Branch and Richard A. Sandoval) as counsel for Plaintiff in the above-named and numbered cause of action.

As grounds for this motion, counsel indicates herein that (1) consent of the client has been obtained; (2) consent of substituting counsel has been obtained; and (3) counsel for Merck does not oppose this motion. All future pleadings and other matters can be sent to the Plaintiff at the following address:

Branch Law Firm
c/o Richard A. Sandoval, Esq.
2025 Rio Grande Blvd., NW
Albuquerque, NM 87102
505/243-3500

**WHEREFORE**, Plaintiff Rex Allen respectfully requests that the Court enter its Order allowing withdraw of current counsel of record, Hinkle Law Offices (Cynthia Ann Braun), and hereby substitute the Branch Law Firm (Turner W. Branch and Richard A. Sandoval) as counsel for Plaintiff and for such other and further relief as the Court deems just and proper in the premises.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

Respectfully submitted,

HINKLE LAW OFFICES, P.C.

*[signature: Cynthia Braun]*

Cynthia A. Braun
3939 San Pedro NE, Bldg. A
Albuquerque, NM 87110
(505) 883-4357

Seen and agreed:

THE BRANCH LAW FIRM

*[signature]*

Richard A. Sandoval
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104-2525
(505) 243-3501

<u>Electronic Approval Received on February 14, 2007</u>
Douglas G. Schneebeck
Modrall, Sperling, Roehl, Harris & Sisk
Bank of America Centre, Suite 1000
P.O. Box 2168
500 Fourth St., N.W.
Albuquerque, NM 87103-2168
505-848-1800 telephone
*Counsel for Merck & Co., Inc.*