THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | MDL Docket No. 1657 |
| ) | |
| VIOXX PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON |
| VIRGINIA OLLER, ET AL V. ) | |
| MERCK & CO., INC., 05-1102 ) | MAG. JUDGE KNOWLES |
| ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF EDGAR GENE DOUGLAS

Plaintiff Edgar Gene Douglas, and Defendant Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims of Edgar Gene Douglas only in the above-styled lawsuit, subject to the following conditions:

1. Edgar Gene Douglas agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Edgar Gene Douglas further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig. (MDL-1657)*, the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by him, as though he had been a party and had had an opportunity to participate in that discovery.

3. Edgar Gene Douglas agrees to the above-stated conditions and wishes to dismiss his claims in the instant lawsuit without prejudice to re-filing. There are no

1

counterclaims or third-party claims. The petition shall remain in full force and effect on behalf of the remaining plaintiffs against Merck.

4. In compliance with PreTrial Order No. 8A, the undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Edgar Gene Douglas only in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

David M. McMullan, Jr., MB No. 8494
Barrett Law Office, P.A.
P. O. Box 987
Lexington, MS 39095
Telephone: 662 834 2376
Facsimile:  662 834 2409

Attorney for Plaintiff

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Defendants' Liaison Counsel

John A. Kenney, OBA #4976
Sheryl N. Young, OBA #14183
Brandon L. Buchanan, OBA #18661
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102
Telephone:  (405) 235-9621
Facsimile:  (405) 235-0439
Counsel for Merck & Co., Inc.

2

<a>
</a>

**APPROVED AND SO ORDERED:**

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

Dated this ___ day of _____, 2007.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on liason Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of March, 2007.

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Defendants' Liaison Counsel