THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Rex Allen, | § | Civil Action No. 05-06757 |
|     Plaintiff, | § § § | |
| v. | § § | Judge Eldon E. Fallon |
| Merck & Co., Inc., and John Does 1-25, | § § | |
|     Defendants. | § | |

## STIPULATED ORDER ALLOWING WITHDRAWAL

**THIS MATTER** having come before the Court upon the Unopposed Motion to Withdraw, the Court having reviewed the pleadings and being otherwise fully advised in the premises, finds that the Motion is well taken and is hereby granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that HINKLE LAW OFFICES (Cynthia Ann Braun) is hereby withdrawn as counsel of record for the Plaintiff, and hereby substitute the BRANH LAW FIRM (Turner W. Branch and Richard A. Sandoval) as counsel of record for Plaintiff. All future pleadings and other matters shall be served on the Plaintiff at the following address:

> Branch Law Firm
> c/o Richard A. Sandoval, Esq.
> 2025 Rio Grande Blvd., NW
> Albuquerque, NM 87102
> 505/243-3500

Dated: March 20, 2007

HONORABLE ELDON E. FALLON

___ Fee_____
___ Pro____
_X_ Dkt_____
_Z_ CtRmDep____
___ Doc. No____