JOHN D. WINER, ESQ. - BAR NO. 091078
EMILE A. DAVIS, ESQ. – BAR NO. 208394
JENNIFER S. PRUSAK, ESQ. – BAR NO. 226889
WINER, McKENNA & DAVIS, LLP
The Ordway Building
One Kaiser Plaza, Suite 1450
Oakland, California 94612
(510) 433-1000

Attorneys for Plaintiff
WILLIAM MORNING

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAR 20 PM 1:37
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| This Document Relates to:<br>William Morning,<br><br>   Plaintiff,<br> vs.<br><br>Merck & Co., Inc.,<br><br>   Defendant.<br>Civil Action No. 06-1468 | ) MDL Docket No. 1657<br>)<br>) SECTION L<br>) JUDGE FALLON<br>)<br>) MAG. JUDGE KNOWLES<br>)<br>)<br>)<br>) |

  Comes now Jennifer S. Prusak of the law firm of Winer, McKenna & Davis, LLP and notifies this Honorable Court of her appearance as counsel for Plaintiff in the above-styled matter, and requests that any orders, notices, correspondence, etc. issued from this Court be forwarded to her as one of the attorneys of record for Plaintiff.

  Dated this 16th day of March, 2007.

                 _____
                 Jennifer S. Prusak

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**NOTICE OF APPEARANCE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been filed with the U.S District Court for the Eastern District of Louisiana by U.S. Mail, and has been served upon Wilfred P. Coronato at Hughes Hubbard & Reed, Phillip A. Wittman at Stone Pigman, et al., Dechert LLP, and Susan Gaiamportone at Womble Carlyle Sandridge & Rice, and other named firms representing defendants by mailing a true and correct copy to said firms.

Judy Abelson