United States District Court
Eastern District of Louisiana
New Orleans of LA 70130

MARCH 12, 2007

STANLEY BETHEA,        NO: 05-6775
            PLAINTIFF              L(3)

VS.

MERCK + CO., INC.
            DEFENDANT

Petetion for Certification of Appeal
_____

Plaintiff Request a Certification to Appeal Judge Fallow Order dated 11-17-2006 in accordance with 28 U.S.C. § 1292(b) Melancon v. Texaco, Inc. 659 F. 2d 551 [5th Cir. 1981]. For Interlocutory Appeal.

stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA  17108

Fee Not Paid
Process
X Dktd
X CtRmDep
Doc. No.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE PETETION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL TO JUDGE FALLON ORDER DATED 11-17-06 WAS SERVED FIRST CLASS POSTAGE PRE-PAID UPON THE FOLLOWING:

DOROTHY H. WIMBERLY, ESQ
546 CAROMDELET STREET
NEW ORLEANS, LOUISIANA 70130

Stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

STANLEY BETHEA,            MARCH 12, 2007
              PLAINTIFF    NO: 05-6775

VS.

MERCK + CO., INC.,
              DEFENDANT

NOTICE FOR HEARING
LR 7.23
_____

PLAINTIFF FILES FOR A HEARING LR 7.2E FOR CERTIFICATION TO APPEAL. HEARING DATE OF MARCH 28, 2007. JUDGE FALLON COURT ORDER 11-17-2006

*Stanley Bethea*
STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108-0704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE HEARING FOR CERTIFICATION FOR APPEAL ON THE COURT ORDER JUDGE FALLON DATED NOVEMBER 17, 2006 WAS SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

Dorothy H. Wimberly, ESQ
546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130

Stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108

STANLEY BETHEA
P.O. Box 704
HBG, PA, 17108

United States District Court
Eastern District of Louisiana
Clerk of Court
500 Poydras Street Room C-151
New Orleans, LA 70130

7010 3090 3315 0024

STANLEY BETHEA
P.O. Box 704
HBG, PA. 17108

United States District Court
Eastern District of Louisiana
Clerk of Court
500 Poydras Street Room C-151
New Orleans, LA 70130

7013 0313 0024