## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to Case No. 05-4441 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| Jeffrey Brass | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., et al | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the Stipulation of Dismissal With Prejudice filed herein,

IT IS ORDERED that the above-styled lawsuit be and it hereby is dismissed with prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in said stipulation.

NEW ORLEANS, LOUISIANA, this  20th  day of  March , 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

832782v.1