UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Jerry Anderson v. Merck & Co., Inc.* | * | JUDGE KNOWLES |
| No. 06-1902 | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED, that the claims of plaintiff Alice Smith against defendant Merck & Co., Inc. in above-styled lawsuit be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 21st day of March, 2007.

_____
DISTRICT JUDGE

858861v.1