UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-2524 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ANTHONY WAYNE DEDRICK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave to File Opposition of Merck & Co., Inc. ("Merck") to Plaintiff's Motion for New Trial Under Seal And Submit Accompanying Exhibits In Camera And Under Seal,

IT IS ORDERED that defendant Merck be and it is hereby granted leave to file its Opposition to Plaintiff's Motion for New Trial under seal, and to submit the accompanying exhibits in camera and under seal.

NEW ORLEANS, LOUISIANA, this 23rd day of March 2007.

_____
DISTRICT JUDGE

850612v.1