## United States District Court
### Eastern District of Missouri

Docket number In Re: Vioxx Products Liability Litigation, MDL No. 1657, United States District Court for the Eastern District of Louisiana

**Barbara Downen**        PLAINTIFF(S)

vs.                                                                                      AFFIDAVIT
                                                                                         OF SERVICE

**Merck & Co Inc.**        DEFENDANT(S)

I, Richard A. Raymond affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on March 8, 2007 at 1:07 PM, I served copies of the within Subpoena Personally upon **National Personnel Records Center** as articulated below.

By delivering a copy to **Cheryl Staples** personally; Archives Tech thereof, an authorized person to accept service of process.

Said service was effected at: **National Personnel Records Center, 9700 Page Blvd., St. Louis, MO 63132-5100**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Female**   Race: **Black**   Hair: **Black**   Height: **Medium**   Weight/Build: **Medium**   Place: **Poe**   Extras: **brown in hair**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

_Richard A. Raymond_
Richard A. Raymond

The foregoing affidavit sworn and subscribed before me today, Friday, March 9, 2007

Shelley A. Wright        Larry Skaggs        Kelley A. Bannister

Job No. 96746                                                       Fee for Service: $75.00

KELLEY A. BANNISTER
Notary Public — Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: May 18, 2007