# AFFIDAVIT OF SERVICE

**State of FLORIDA**          **County of**          **United States District Court Court**

Case Number: 06-0636, DIV. L., MAG. 3   Court Date: 3/16/2007

Plaintiff:
**VICTOR SUAREZ**

vs.

Defendant:
**MERCK & CO., INC.**

For:
Bryan Reuter
STANLEY, FLANAGAN & REUTER, LLC
909 Poydras St.
Suite 2500
New Orleans, LA 70112

Received by Gissen & Zawyer Process Service, Inc. on the 7th day of March, 2007 at 12:27 pm to be served on **RC/ BAPTIST HOSPITAL OF MIAMI, 8900 N. KENDALL DRIVE, MIAMI, FL 33716.**

I, ALEXIS GARCIA #1464, being duly sworn, depose and say that on the **8th day of March, 2007** at **10:32 am, I:**

Delivered a true copy of the **SUBPOENA IN A CIVIL CASE** to MAYRA ARIAS as a professional courtesy, who stated that they were authorized to accept for the witness in their absence.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served.

**ALEXIS GARCIA #1464**
Process Server

Subscribed and Sworn to before me on the 9th day of March, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

MICHELLE MARTINEZ
MY COMMISSION #DD223405
EXPIRES: JUN 16, 2007
Bonded by 1st State Insurance

Gissen & Zawyer Process Service, Inc.
3550 Biscayne Blvd
Suite 407
Miami, FL 33137
(305) 572-0110
Our Job Serial Number: 2007003614

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n