## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOYD & JANET EDMONDS | ) Case No.: 05-5450 |
| | ) Court Date: Mar. 16, 2007 at 1:00 PM |
| Plaintiffs | ) AFFIDAVIT OF SERVICE |
| v. | ) |
| EMPIRE HEALTH BLUE CROSS/BLUE SHIELD | ) |
| Defendant | ) |

STATE OF NEW YORK: COUNTY OF KINGS   ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on MARCH 12, 2007 at 12:15 PM at 11 WEST 42ND STREET, 17TH FLOOR, NEW YORK, NY 10036, receipients BUSINESS OFFICE deponent served the within SUBPOENA IN A CIVIL CASE on EMPIRE HEALTH BLUE CROSS/BLUE SHIELD LEGAL DEPARTMENT therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to EILEENMARY LINEHAN personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the LEGAL ASSISTANT authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female   Race/Skin: White   Hair: Brown   Glasses: No   Approx. Age: 55   Height: 5' 7   Weight: 200
Description of Door:
Distinguishing Features:

COMMENTS: Please note that and address correction was made. Blue Cross Blue Shield does not have a legal Dept. at the Brokklyn, NY address.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic. #1133309
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street Suite 2500
New Orleans, LA 70112
(504) 523-1580

Executed on: 3-13-07

Subscribed and sworn to before me, a notary public, on this 13th day of March, 2007.

Notary Public
Maria L. Bass

My Commission Expires: 03-22-08

**MARIA L. BASS**
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

ID: 07-004786

Client Reference: Edmonds vs. Merck & Co., Inc.

**ORIGINAL**