UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| This document relates to | ) | |
| *VICTORIA L. SMITH, ROBIN* | ) | MAG. JUDGE KNOWLES |
| *STAUDT SMITH, ELIZABETH Q.* | ) | |
| *SMITH and EMILY J. SMITH, as* | ) | |
| *CO-EXECUTORS FOR THE ESTATE* | ) | |
| *OF JAMES B. SMITH, Deceased, and as* | ) | |
| *SUCCESSOR ADMINISTRATORS of* | ) | |
| *the ESTATE OF MARILYN E. SMITH,* | ) | |
| *Deceased v. Merck & Co., Inc.* | ) | |
| (E.D. La. Case No. 2:05-cv-2911) | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER RE: MOTION TO WITHDRAW**

On this _____ day of _____, 2007, the Motion to Withdraw filed by Plaintiffs' attorney, Kimberly K. Hardeman, came before the undersigned.  Upon review of the file, the Court notes that Plaintiff will henceforth be represented by Attorney Larry D. Helvey of Moyer & Bergman, P.L.C. and finds that said motion should be granted.

IT IS THEREFORE ORDERED that said motion is hereby GRANTED.  Kimberly K. Hardeman is given leave to withdraw as counsel for Plaintiffs.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT JUDGE ELDON FALLON

F:\WP\KKH2\Leaving Docs\SMith Order M2W.doc