UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| This document relates to | ) | |
| *PAUL NADERMANN and* | ) | MAG. JUDGE KNOWLES |
| *DEBBIE NADERMANN* | ) | |
| (E.D. La. Case No. 1:05-cv-01478) | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW

COMES NOW, Kimberly K. Hardeman, and for her Motion to Withdraw states to the Court as follows:

1. Attorney Kimberly K. Hardeman has appeared on behalf of Plaintiffs, Paul Nadermann and Debbie Naderman, in this matter.

2. Kimberly K. Hardeman is leaving employment with Moyer & Bergman, P.L.C. to join the firm of Lederer Weston Craig, P.L.C.

3. Plaintiff will continue to be represented by Attorney Larry D. Helvey of Moyer & Bergman, P.L.C.

4. Plaintiff will in no way be prejudiced by allowing Kimberly K. Hardeman to withdraw.

WHEREFORE, Kimberly K. Hardeman, respectfully requests that the Court enter an Order allowing her to withdraw as counsel for Plaintiff.

MOYER & BERGMAN, P.L.C.


By   \s\ Kimberly K. Hardeman
Larry D. Helvey          AT0003424
Kimberly K. Hardeman     AT0003230
2720 First Avenue NE
P. O. Box 1943
Cedar Rapids, IA  52406-1943
Telephone:  (319) 366-7331
Facsimile:   (319) 366-3668
E-mail: lhelvey@moyerbergman.com
E-mail: khardeman@moyerbergman.com
ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing  Motion  to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of March, 2007.


    \s\  Kimberly K. Hardeman
Kimberly K. Hardeman        AT0003230