U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

A CERTIFIED TRUE COPY

MAR 2 1 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED    MAR 2 1 2007

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 5 2007

FILED
CLERK'S OFFICE

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-87)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,949 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, *all such actions have been assigned to the Honorable Eldon E. Fallon.*

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

*Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,* 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United *States District Court for the Eastern District of Louisiana. The transmittal of this order to said* Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## SCHEDULE CTO-87 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ARIZONA** | | |
| AZ  2  07-199 | Eleanor Rhodes v. Merck & Co., Inc. | **07–1382** |
| AZ  3  07-201 | Kenneth Kishbaugh v. Merck & Co., Inc. et al. | **07–1383** |
| **CALIFORNIA CENTRAL** | | |
| ~~CAC  2  07-837~~ | ~~Michael C. Valle v. Merck & Co., Inc.~~  OPPOSED 3/12/07 | |
| **CONNECTICUT** | | |
| CT  3  07-196 | Richard Pagani, et al. v. Merck & Co., Inc. | **07–1384** |
| CT  3  07-224 | Gina D'Angelo v. Merck & Co., Inc. | **07–1385** |
| **FLORIDA MIDDLE** | | |
| FLM  6  07-229 | Ira Chamberlain v. Merck & Co., Inc., et al. | **07–1386** |
| FLM  8  07-289 | Vito Damore v. Merck & Co., Inc., et al. | **07–1387** |
| **FLORIDA SOUTHERN** | | |
| FLS  1  07-14027 | Peggy J. Cannon, et al. v. Merck & Co., Inc. | **07–1388** |
| **ILLINOIS NORTHERN** | | |
| ILN  1  07-722 | Ronald E. Pales v. Merck & Co., Inc. | **07–1389** |
| **MARYLAND** | | |
| MD  8  07-374 | Ronald A. Nestor v. Merck & Co., Inc. | **07–1390** |
| **MINNESOTA** | | |
| MN  0  06-1654 | Glenda Bedard v. Merck & Co., Inc. | **07–1391** |
| MN  0  06-4901 | Carlyle L. Eckart v. Merck & Co., Inc. | **07–1392** |
| MN  0  07-837 | Wilma Stephens, et al. v. Merck & Co., Inc., et al. | **07–1393** |
| MN  0  07-838 | Terry Haskin, et al. v. Merck & Co., Inc., et al. | **07–1394** |
| **MISSOURI WESTERN** | | |
| MOW  6  07-3052 | Hiram A. Robinett v. Merck & Co., Inc. | **07–1395** |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  2  07-25 | Rattief Magee, et al. v. Merck & Co., Inc. | **07–1396** |
| **NORTH CAROLINA WESTERN** | | |
| NCW  1  07-47 | Kenneth A. Crossley, et al. v. Merck & Co., Inc. | **07–1397** |
| **NEW YORK EASTERN** | | |
| NYE  1  06-6897 | Donald Mott, et al. v. Merck & Co., Inc. | **07–1398** |
| NYE  1  07-535 | Phyllis Patterson, et al. v. Merck & Co., Inc. | **07–1399** |
| **OKLAHOMA WESTERN** | | |
| OKW  5  07-156 | Roberta O'Neal v. Merck & Co., Inc. | **07–1400** |
| OKW  5  07-157 | Amparo Pollard v. Merck & Co., Inc. | **07–1401** |
| OKW  5  07-158 | Bertha Nabors v. Merck & Co., Inc. | **07–1402** |
| OKW  5  07-161 | Sheila Gabriel v. Merck & Co., Inc. | **07–1403** |

SCHEDULE CTO-87 - TAG-ALONG ACTIONS  (MDL-1657)

PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| PENNSYLVANIA EASTERN<br>PAE   2  07-254 | Gerald McLaughlin, et al. v. Merck & Co., Inc. | 07-1404 |
| SOUTH CAROLINA<br>SC    2  07-318 | Willard R. Kornegay v. Merck & Co., Inc. | 07-1405 |
| WASHINGTON WESTERN<br>WAW 3  07-5062 | Richard Craig, Jr., etc. v. Merck & Co., Inc. | 07-1406 |
| WEST VIRGINIA SOUTHERN<br>WVS  5  07-89 | Donald Brumfield, et al. v. Merck & Co., Inc. | 07-1407 |

INVOLVED COUNSEL LIST (CTO-87)
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Dawn Marie Bergin
Lewis & Roca, LLP
40 N. Central Ave
Phoenix, AZ 85004-4429

Steven J. Boranian
Reed Smith LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

John T. Boundas
Williiams Bailey Law Firm
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

Gary Yunchian Chen
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

William B. Federman
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120

Wilfried H. Florin
Florin, Roebig, PA
777 Alderman Road
Palm Harbor, FL 34683

Marion S. Fowler, III
Fowler Law Firm
P.O. Box 1719
Lake City, SC 29560

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

H. Blair Hahn
Richardson Patrick Westbrook &
Brickman LLC
P.O. Box 1007
Mt Pleasant, SC 29465

T. David Hasbrook
Hasbrook & Hasbrook
120 North Robinson
Suite 2720
Oklahoma City, OK 73102

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98111-3926

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Bryan R. Howard
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Bruce C. Jackson, Jr.
Arnold, Newbold, Winter, & Jackson
1125 Grand Aveuue
Suite 1600
Kansas City, MO 64106

Alyson B. Jones
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Benjamin A. Klopman
216 North Adams Street
Rockville, MD 20850

Elizabeth Woody Lindquist
Bernard, Lundgren & Associates
900 Aurora Avenue, North
Suite 100
Seattle, WA 98109

Barbara B. Litten
Squire, Sanders & Dempsey, LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Michael A. London
Douglas & London, P.C.
111 John Street
Suite 1400
New York, NY 10038

Stephen E. Marshall
Venable, LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

INVOLVED COUNSEL LIST (CTO-87)   MDL-1657                                          PAGE 2 OF 2

G. Stephen Martin
Strong, Martin & Associates, PLLC
120 North Robinson, Suite 2700
Oklahoma City, OK 73102

Stephen D. Martin
Nelson Mullins Riley & Scarborough
GlenLake One
4140 Parklake Avenue
Suite 200
Raleigh, NC 27612

Warren R. McGraw, II
McGraw Law Offices
P.O. Box 279
Prosperity, WV 25909-0279

Martin A. Miller
Miller Fulgham, PA
P.O. Box 321386
Flowood, MS 39232-1386

Bradley J. Myers
Mainor Eglet Cottle, LLP
400 South Fourth Street
Sixth Floor
Las Vegas, NV 89101

James V. Sabatini
Sabatini & Associates
One Market Square
Newington, CT 06111

Joshua G. Schiller
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Brian Alan Sher
Bryan Cave, LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3206

Daniel N. Steven
Law Offices of Daniel N. Steven
216 North Adams Street
Rockville, MD 20850

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue
Suite 2700
Oklahoma City, OK 73102

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Ave. S.
Suite 8000
Minneapolis, MN 55415

Michael C. Valle
P.O. Box 1604
San Luis Obispo, CA 93406

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

James L. Ward, Jr.
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Bldg. A
P.O. Box 1007
Mt. Pleasant, SC 29464

Ronald W. Willis
222 W. Broadway Avenue
P.O. Box 1751
Enid, OK 73702

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

# INVOLVED JUDGES LIST (CTO-87)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

Hon. Janet Bond Arterton
U.S. District Judge
118 Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. Robert J. Bryan
Senior U.S. District Judge
4427 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. Deborah K. Chasanow
U.S. District Judge
6500 Cherrywood Lane
Room 465A
Greenbelt, MD 20770

Hon. David H. Coar
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Anne C. Conway
U.S. District Judge
646 George C. Young U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. Christopher F. Droney
U.S. District Judge
Abraham Ribicoff Federal Building &
   U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. James C. England
U.S. District Judge
United States Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65808

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street
Room 2303
Bluefield, WV 24701

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. John Gleeson
U.S. District Judge
727  S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Tim Leonard
Senior U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. Charles P. Sifton
Senior U.S. District Judge
711 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Roslyn O. Silver
U.S. District Judge
624 Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2146

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Building
701 N. Main Street
Hattiesburg, MS 39401

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Lacy H. Thornburg
U.S. District Judge
200 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. Edward C. Voss, III
U.S Magistrate Judge
United States District Court
324 Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, SPC 75
Phoenix, AZ 85003-2120

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

# INVOLVED CLERKS LIST (CTO-87)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
3100 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Larry W. Propes, Clerk
P.O. Box 835
Charleston, SC 29402-9835

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Patricia L. Brune, Clerk
1400 U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

~~Sherri R. Carter, Clerk~~
~~G-8 U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Teresa Deppner, Clerk
P.O. Box 5009
Beckley, WV 25801-5009