# Michael Hingle & Associates, LLC

ATTORNEYS & COUNSELORS AT LAW

Michael Hingle, J.D.+[1]

Ronald Favre, J.D.+
John B. Noble+[2]
Bryan A. Pfleeger+
Austin McElroy+
Keyojuan L. Gant+
Colby F. Wenck+
Mary L. Grier Holmes+
Michael K. Chapman+

220 Gause Boulevard
Slidell, Louisiana  70458
(985) 641-6800
1-800-872-5879
FAX (985) 646-1471

Heidi B. Pellegrin+*
Celia Estis*
Candace Furlong-Borne*
Shelly Alexander*
Shelly McNamara*
Krista Alquist*

*Paralegal    +Notary

March 26, 2007

Melva Guillory
10900 Horrow Rd
New Orleans, LA 70127

RE:    VIOXX LITIGATION

Dear Client:

    Our office intends to file a Motion to Withdraw as Counsel from your case.  Please be advised that this means that we will no longer be representing you for any injuries allegedly caused by Vioxx.

    If you still feel you would like legal representation in this matter, I suggest you call another attorney and see if he or she will be able to help you.  Your lawsuit has been filed and we will be filing a Motion to Withdraw as Counsel with the Court in the very near future.

    I wish you luck.

    With kindest regards, I remain

                            Sincerely yours,

                            Michael Hingle & Associates, LLC

                            Ronald J. Favre
                            For the Firm

RJF/BAP/MKC/nr

CLASS ACTIONS\VIOXX\ltr merge withdraw no drug taken 03.26.07 mkc nr.wpd 3195

[1]CERTIFIED CIVIL TRIAL LAW SPECIALIST
NATIONAL BOARD OF TRIAL ADVOCACY*
ACCREDITED BY AMERICAN BAR ASSOCIATION

[2]ADMITTED IN MISSISSIPPI & LOUISIANA

NEW ORLEANS    SLIDELL    HAMMOND
COVINGTON/MANDEVILLE    METAIRIE    GRETNA
BATON ROUGE   HOUMA   LAFAYETTE   GULFPORT   LAPLACE