UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| 2:05-cv-04459 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL OF RECORD

MAY IT PLEASE THE COURT:

The firm of Michael Hingle & Associates, LLC, and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse wish to withdraw as counsel of record for plaintiff, Geraldine Kelly, in the above captioned cause.

No other deadlines or other pending court appearances are set to the knowledge of undersigned counsel.

The plaintiff's current and/or last known address is 4042 Woodland Park Blvd., Apartment 741, Violet, LA 70092 and his or her current telephone number is 817-303-2685. Additionally, the client has been notified of the filing of this Motion to Withdraw pursuant to the correspondence attached hereto.

Therefore, Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse respectfully urge that this Motion to Withdraw be granted, and that the names of Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse be removed as counsel of record for the plaintiff, Geraldine Kelly, in the above captioned cause.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March_____, 2007.

          /s/ Ronald J. Favre
          Ronald J. Favre, No. 05479
          Bryan A. Pfleeger, No. 23896
          Paul D. Hesse, No. 22796
          For the Firm
          220 Gause Blvd., Ste. 200
          Slidell, LA 70458
          (504) 641-6800
          ron@hinglelaw.com
          nicole@hinglelaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| 2:05-cv-04459 | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE

NOW INTO COURT, through undersigned counsel, and pursuant to the order of the Court, respectfully submit:

The present address and telephone number of <u>Geraldine Kelly</u> is as follows:

<u>4042 Woodland Park Blvd., Apartment 741, Violet, LA 70092</u>

<u>817-303-2685.</u>

The undersigned counsel hereby certifies the client has been notified that a Motion to Withdraw has been prepared, pursuant to the attached correspondence. Further, <u>Geraldine Kelly</u> has been advised that no other deadlines or other pending court appearances are set to the

knowledge of undersigned counsel

                        Respectfully submitted,

                        MICHAEL HINGLE & ASSOCIATES, LLC

                          /s/ Ronald J. Favre
                          Ronald J. Favre, No. 05479
                          Bryan A. Pfleeger, No. 23896
                          Paul D. Hesse, No. 22796
                          For the Firm
                          220 Gause Blvd., Ste. 200
                          Slidell, LA 70458
                          (504) 641-6800
                          ron@hinglelaw.com
                          nicole@hinglelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March_____, 2007.

                                                 /s/ Ronald J. Favre
                                                 Ronald J. Favre, No. 05479
                                                 Bryan A. Pfleeger, No. 23896
                                                 Paul D. Hesse, No. 22796
                                                 For the Firm
                                                 220 Gause Blvd., Ste. 200
                                                 Slidell, LA 70458
                                                 (504) 641-6800
                                                 ron@hinglelaw.com
                                                 nicole@hinglelaw.com