UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| 2:05-cv-04459 | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL OF RECORD

MAY IT PLEASE THE COURT:

The firm of Michael Hingle & Associates, LLC, and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse wish to withdraw as counsel of record for plaintiff, Edward Laviolette, in the above captioned cause.

No other deadlines or other pending court appearances are set to the knowledge of undersigned counsel.

The plaintiff's current and/or last known address is 4300 Highway 22, Apartment 213, Mandeville, LA 70471 and his or her current telephone number is 985-674-5580. Additionally, the client has been notified of the filing of this Motion to Withdraw pursuant to the correspondence attached hereto.

Therefore, Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse respectfully urge that this Motion to Withdraw be granted, and that the names of Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse be removed as counsel of record for the plaintiff, Edward Laviolette, in the above captioned cause.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26__ day of _March_____, 2007.

/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| 2:05-cv-04459 | * | MAG. JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE

NOW INTO COURT, through undersigned counsel, and pursuant to the order of the Court, respectfully submit:

The present address and telephone number of <u>Edward Laviolette</u> is as follows:

<u>4300 Highway 22, Apartment 213, Mandeville, LA 70471</u>

<u>985-674-5580.</u>

The undersigned counsel hereby certifies the client has been notified that a Motion to Withdraw has been prepared, pursuant to the attached correspondence. Further, <u>Edward Laviolette</u> has been advised that no other deadlines or other pending court appearances are set to the

knowledge of undersigned counsel

        Respectfully submitted,

        MICHAEL HINGLE & ASSOCIATES, LLC

            /s/ Ronald J. Favre
            Ronald J. Favre, No. 05479
            Bryan A. Pfleeger, No. 23896
            Paul D. Hesse, No. 22796
            For the Firm
            220 Gause Blvd., Ste. 200
            Slidell, LA 70458
            (504) 641-6800
            ron@hinglelaw.com
            nicole@hinglelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March_____, 2007.

/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com