## Michael Hingle & Associates, LLC
### ATTORNEYS & COUNSELORS AT LAW

Michael Hingle, J.D.+[1]

Ronald Favre, J.D.+
John B. Noble+[2]
Bryan A. Pfleeger+
Austin A. McElroy+
Keyojuan L. Gant+
Colby F. Wenck+
Mary L. Grier Holmes+
Michael K. Chapman+

220 Gause Boulevard
Slidell, Louisiana 70458
(985) 641-6800
1-800-872-5879
FAX (985) 646-1471

Heidi B. Pellegrin+*
Celia Estis*
Candace Furlong-Borne*
Shelly Alexander*
Shelly McNamara*
Krista Alquist*

*Paralegal   +Notary

March 26, 2007

Andrew Lowe
509 Diplomat St.
Terrytown, LA 70056

RE:   VIOXX LITIGATION

Dear Client:

  Our office intends to file a Motion to Withdraw as Counsel from your case. Please be advised that this means that we will no longer be representing you for any injuries allegedly caused by Vioxx.

  If you still feel you would like legal representation in this matter, I suggest you call another attorney and see if he or she will be able to help you. Your lawsuit has been filed and we will be filing a Motion to Withdraw as Counsel with the Court in the very near future.

  I wish you luck.

  With kindest regards, I remain

       Sincerely yours,

       Michael Hingle & Associates, LLC

       Ronald J. Favre
       For the Firm

RJF/BAP/MKC/nr

CLASS ACTIONS\VIOXX\ltr merge withdraw no drug taken 03.26.07 mkc nr.wpd 1574

[1] CERTIFIED CIVIL TRIAL LAW SPECIALIST
NATIONAL BOARD OF TRIAL ADVOCACY*
ACCREDITED BY AMERICAN BAR ASSOCIATION

[2] ADMITTED IN MISSISSIPPI & LOUISIANA

NEW ORLEANS  SLIDELL  HAMMOND
COVINGTON/MANDEVILLE  METAIRIE  GRETNA
BATON ROUGE  HOUMA  LAFAYETTE  GULFPORT  LAPLACE