UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| 2:05-cv-04459 | * | **MAG. JUDGE KNOWLES** |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL OF RECORD

MAY IT PLEASE THE COURT:

The firm of Michael Hingle & Associates, LLC, and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse wish to withdraw as counsel of record for plaintiff, Rose McCrary, in the above captioned cause.

No other deadlines or other pending court appearances are set to the knowledge of undersigned counsel.

The plaintiff's current and/or last known address is 1434 White Street, New Orleans, LA 70117 and his or her current telephone number is 419-698-3636. Additionally, the client has been notified of the filing of this Motion to Withdraw pursuant to the correspondence attached hereto.

Therefore, Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse respectfully urge that this Motion to Withdraw be granted, and that the names of Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse be removed as counsel of record for the plaintiff, Rose McCrary, in the above captioned cause.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March_____, 2007.

/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| **2:05-cv-04459** | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * *

## C E R T I F I C A T E

NOW INTO COURT, through undersigned counsel, and pursuant to the order of the Court, respectfully submit:

The present address and telephone number of <u>Rose McCrary</u> is as follows:

<u>1434 White Street, New Orleans, LA 70117</u>

<u>419-698-3636.</u>

The undersigned counsel hereby certifies the client has been notified that a Motion to Withdraw has been prepared, pursuant to the attached correspondence. Further, <u>Rose McCrary</u> has been advised that no other deadlines or other pending court appearances are set to the

knowledge of undersigned counsel

                              Respectfully submitted,

                              MICHAEL HINGLE & ASSOCIATES, LLC

                                  /s/ Ronald J. Favre
                                  Ronald J. Favre, No. 05479
                                  Bryan A. Pfleeger, No. 23896
                                  Paul D. Hesse, No. 22796
                                  For the Firm
                                  220 Gause Blvd., Ste. 200
                                  Slidell, LA 70458
                                  (504) 641-6800
                                  ron@hinglelaw.com
                                  nicole@hinglelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March_____, 2007.


/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com