UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx** | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| This document relates to: | * | **JUDGE FALLON** |
| 2:05-cv-04456 | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Michael Hingle & Associates, LLC, and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse, and on suggesting to the court that the firm of Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse wish to withdraw as counsel of record for plaintiff, Kendra Nelson, in the above captioned cause pursuant to the attached certificate, and for the reasons set forth in the attached, supporting memorandum, therefore, Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse should be allowed to withdraw as counsel of record. The last known address and telephone

number of plaintiff, Kendra Nelson, is 14723 W. Oaks Plaza, Apartment 612, New Orleans, LA 70118 ; 504-485-0482.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26__ day of _March_____, 2007.

/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| 2:05-cv-04456 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing,

IT IS ORDERED that the name of Michael Hingle & Associates, LLC, and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse be hereby removed as counsel of record for the plaintiff, Kendra Nelson, in the above captioned cause.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26__ day of _March_____, 2007.

                /s/ Ronald J. Favre
                Ronald J. Favre, No. 05479
                Bryan A. Pfleeger, No. 23896
                Paul D. Hesse, No. 22796
                For the Firm
                220 Gause Blvd., Ste. 200
                Slidell, LA 70458
                (504) 641-6800
                ron@hinglelaw.com
                nicole@hinglelaw.com