UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ·In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| **2:05-cv-04460** | * | **MAG. JUDGE KNOWLES** |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing,

IT IS ORDERED that the name of Michael Hingle & Associates, LLC, and Michael

Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse be hereby removed as counsel of

record for the plaintiff, Rosemary Ann Rout,  in the above captioned cause.

New Orleans, Louisiana this _____ day of _____, 2007.

_____

JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March___, 2007.

/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com