UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| 2:05-cv-04460 | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL OF RECORD

MAY IT PLEASE THE COURT:

The firm of Michael Hingle & Associates, LLC, and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse wish to withdraw as counsel of record for plaintiff, James W. Thomas, in the above captioned cause.

No other deadlines or other pending court appearances are set to the knowledge of undersigned counsel.

The plaintiff's current and/or last known address is 5239 Bayou Black Drive, New Orleans, LA 70125 and his or her current telephone number is 504-606-8563. Additionally, the client has been notified of the filing of this Motion to Withdraw pursuant to the correspondence attached hereto.

Therefore, Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse respectfully urge that this Motion to Withdraw be granted, and that the names of Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse be removed as counsel of record for the plaintiff, James W. Thomas, in the above captioned cause.

    Respectfully submitted,

    MICHAEL HINGLE & ASSOCIATES, LLC

    /s/ Ronald J. Favre
    Ronald J. Favre, No. 05479
    Bryan A. Pfleeger, No. 23896
    Paul D. Hesse, No. 22796
    For the Firm
    220 Gause Blvd., Ste. 200
    Slidell, LA 70458
    (504) 641-6800
    ron@hinglelaw.com
    nicole@hinglelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March_____, 2007.

                                        /s/ Ronald J. Favre
                                        Ronald J. Favre, No. 05479
                                        Bryan A. Pfleeger, No. 23896
                                        Paul D. Hesse, No. 22796
                                        For the Firm
                                        220 Gause Blvd., Ste. 200
                                        Slidell, LA 70458
                                        (504) 641-6800
                                        ron@hinglelaw.com
                                        nicole@hinglelaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| 2:05-cv-04460 | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * *

# C E R T I F I C A T E

NOW INTO COURT, through undersigned counsel, and pursuant to the order of the Court, respectfully submit:

The present address and telephone number of James W. Thomas is as follows:

5239 Bayou Black Drive, New Orleans, LA 70125

504-606-8563.

The undersigned counsel hereby certifies the client has been notified that a Motion to Withdraw has been prepared, pursuant to the attached correspondence. Further, James W. Thomas has been advised that no other deadlines or other pending court appearances are set to the

knowledge of undersigned counsel

                                Respectfully submitted,

                                MICHAEL HINGLE & ASSOCIATES, LLC

                                 /s/ Ronald J. Favre
                                Ronald J. Favre, No. 05479
                                Bryan A. Pfleeger, No. 23896
                                Paul D. Hesse, No. 22796
                                For the Firm
                                220 Gause Blvd., Ste. 200
                                Slidell, LA 70458
                                (504) 641-6800
                                ron@hinglelaw.com
                                nicole@hinglelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March_____, 2007.

        /s/ Ronald J. Favre
        Ronald J. Favre, No. 05479
        Bryan A. Pfleeger, No. 23896
        Paul D. Hesse, No. 22796
        For the Firm
        220 Gause Blvd., Ste. 200
        Slidell, LA 70458
        (504) 641-6800
        ron@hinglelaw.com
        nicole@hinglelaw.com