UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| 2:05-cv-04460 | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL OF RECORD

MAY IT PLEASE THE COURT:

The firm of Michael Hingle & Associates, LLC, and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse wish to withdraw as counsel of record for plaintiff, <u>John Verdin</u>, in the above captioned cause.

No other deadlines or other pending court appearances are set to the knowledge of undersigned counsel.

The plaintiff's current and/or last known address is <u>119 Piping Rock Drive, Houma, LA 70363</u> and his or her current telephone number is <u>985-851-0398</u>. Additionally, the client has been notified of the filing of this Motion to Withdraw pursuant to the correspondence attached hereto.

Therefore, Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse respectfully urge that this Motion to Withdraw be granted, and that the names of Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse be removed as counsel of record for the plaintiff, John Verdin, in the above captioned cause.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March_____, 2007.

                                                  /s/ Ronald J. Favre
                                                Ronald J. Favre, No. 05479
                                                Bryan A. Pfleeger, No. 23896
                                                Paul D. Hesse, No. 22796
                                                For the Firm
                                                220 Gause Blvd., Ste. 200
                                                Slidell, LA 70458
                                                (504) 641-6800
                                                ron@hinglelaw.com
                                                nicole@hinglelaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| 2:05-cv-04460 | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE

NOW INTO COURT, through undersigned counsel, and pursuant to the order of the Court, respectfully submit:

The present address and telephone number of <u>John Verdin</u> is as follows:

<u>119 Piping Rock Drive, Houma, LA 70363</u>

<u>985-851-0398.</u>

The undersigned counsel hereby certifies the client has been notified that a Motion to Withdraw has been prepared, pursuant to the attached correspondence. Further, <u>John Verdin</u> has been advised that no other deadlines or other pending court appearances are set to the

knowledge of undersigned counsel

                                        Respectfully submitted,

                                        MICHAEL HINGLE & ASSOCIATES, LLC

                                        /s/ Ronald J. Favre
                                        Ronald J. Favre, No. 05479
                                        Bryan A. Pfleeger, No. 23896
                                        Paul D. Hesse, No. 22796
                                        For the Firm
                                        220 Gause Blvd., Ste. 200
                                        Slidell, LA 70458
                                        (504) 641-6800
                                        ron@hinglelaw.com
                                        nicole@hinglelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March_____, 2007.

      __    /s/ Ronald J. Favre
           Ronald J. Favre, No. 05479
           Bryan A. Pfleeger, No. 23896
           Paul D. Hesse, No. 22796
           For the Firm
           220 Gause Blvd., Ste. 200
           Slidell, LA 70458
           (504) 641-6800
           ron@hinglelaw.com
           nicole@hinglelaw.com