UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| **2:05-cv-04461** | * | **MAG. JUDGE KNOWLES** |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL OF RECORD

MAY IT PLEASE THE COURT:

The firm of Michael Hingle & Associates, LLC, and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse wish to withdraw as counsel of record for plaintiff, <u>Betty D. White</u>, in the above captioned cause.

No other deadlines or other pending court appearances are set to the knowledge of undersigned counsel.

The plaintiff's current and/or last known address is <u>4411 Quilgale Drive, New Orleans, LA 70119</u> and his or her current telephone number is <u>281-528-5664</u>. Additionally, the client has been notified of the filing of this Motion to Withdraw pursuant to the correspondence attached hereto.

Therefore, Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse respectfully urge that this Motion to Withdraw be granted, and that the names of Michael Hingle & Associates, LLC and Michael Hingle, Ronald J. Favre, Bryan A. Pfleeger, and Paul D. Hesse be removed as counsel of record for the plaintiff, Betty D. White, in the above captioned cause.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Ronald J. Favre
 Ronald J. Favre, No. 05479
 Bryan A. Pfleeger, No. 23896
 Paul D. Hesse, No. 22796
 For the Firm
 220 Gause Blvd., Ste. 200
 Slidell, LA 70458
 (504) 641-6800
 ron@hinglelaw.com
 nicole@hinglelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March_____, 2007.

/s/ Ronald J. Favre
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| **2:05-cv-04461** | * | **MAG. JUDGE KNOWLES** |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## C E R T I F I C A T E

NOW INTO COURT, through undersigned counsel, and pursuant to the order of the

Court, respectfully submit:

The present address and telephone number of <u>Betty D. White </u>is as follows:

<u>4411 Quilgale Drive, New Orleans, LA 70119</u>

<u> 281-528-5664.</u>

The undersigned counsel hereby certifies the client has been notified that a Motion to

Withdraw has been prepared, pursuant to the attached correspondence. Further, <u>Betty D. White </u>

has been advised that  no other deadlines or other pending court appearances are set to the

knowledge of undersigned counsel

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

_/s/ Ronald J. Favre_
Ronald J. Favre, No. 05479
Bryan A. Pfleeger, No. 23896
Paul D. Hesse, No. 22796
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800
ron@hinglelaw.com
nicole@hinglelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served upon all parties by uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this __26___ day of _March_____, 2007.

     ___   /s/ Ronald J. Favre
        Ronald J. Favre, No. 05479
        Bryan A. Pfleeger, No. 23896
        Paul D. Hesse, No. 22796
        For the Firm
        220 Gause Blvd., Ste. 200
        Slidell, LA 70458
        (504) 641-6800
        ron@hinglelaw.com
        nicole@hinglelaw.com