UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to:  *Katherine Arnold,* | * | |
| *v. Merck & Co., Inc.*, No. 05-5146 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Katherine Arnold and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, each party to bear its own costs, subject to the following conditions:

1.  Katherine Arnold agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.  Katherine Arnold further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Katherine Arnold, as though she had been a party and had had an opportunity to participate in that discovery.

3.  Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the above-styled lawsuit.

864818v.1

Respectfully submitted,

| | |
|---|---|
| */s/ Wm. Dirk Vandever* | */s/ Dorothy H. Wimberly* |
| Wm. Dirk Vandever (#24463) | Phillip A. Wittmann, 13625 |
| The Popham Law Firm, P.C. | Dorothy H. Wimberly, 18509 |
| 323 W. 8th St., Suite 200 | Stone Pigman Walther Wittmann, L.L.C. |
| Kansas City, MO  64105 | 546 Carondelet St. |
| (816) 221-2288 | New Orleans, LA  70130 |
| (816) 221-3999 (Fax) | Phone: 504-581-3200 |
| | |
| Counsel for Plaintiff Katherine Arnold | Counsel for Defendant Merck & Co., Inc. |

864818v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of March, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

864818v.1