UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) MDL DOCKET NO. 1657 |
| This document relates to: Case No. 06-0682 | ) ) SECTION L ) |
| ROBERT HULTEEN, Plaintiff | ) JUDGE FALLON ) ) MAG. JUDGE KNOWLES |
| v. | ) ) |
| MERCK & CO., INC., Defendant. | ) ) |

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED AND DECREED: on this 23rd day of March, 2007, the Court considers and grants James P. Frickleton's Motion to be Admitted as Counsel in the above styled case.

3/23/07
_____
Date

*[Signature: Eldon E. Fallon]*

The Honorable Eldon E. Fallon
The Honorable Daniel E. Knowles, III