UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) MDL DOCKET NO. 1657 |
| This document relates to: Case No. 05-4808 | ) ) SECTION L ) |
| ALAN HEWITT,     Plaintiff | ) JUDGE FALLON ) ) MAG. JUDGE KNOWLES |
| v. | ) ) |
| MERCK & CO., INC.,     Defendant. | ) ) |

~~PROPOSED~~ **ORDER**

IT IS HEREBY ORDERED AND DECREED: on this __23rd__ day of __March__, 2007, the Court considers and grants James P. Frickleton's Motion to be Admitted as Counsel in the above styled case.

3/23/07
_____
Date

*[signature: Eldon E. Fallon]*
_____
The Honorable Eldon E. Fallon
The Honorable Daniel E. Knowles, III