UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * MDL No. 1657 * * SECTION L * * JUDGE ELDON E. FALLON * * MAGISTRATE JUDGE * DANIEL E. KNOWLES, III * |

**THIS DOCUMENT RELATES TO:** *Wanda Fendley v. Merck & Co., Inc.,* **No. 2:06-cv-08349-EEF-DEK**

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Wanda Fendley ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), to a dismissal without prejudice of Plaintiff's claims against Merck, subject to the following conditions:

1. Plaintiff agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx, such lawsuit will be filed in a United States District Court;

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re Vioxx Marketing, Sales Practices and Products Liability Litigation* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

2

Plaintiff agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Each party shall bear their own costs in connection with this lawsuit. By signing below, Plaintiff's counsel of record, James P. Frickleton, hereby certifies that, upon order of this Court granting said stipulation of dismissal without prejudice, he shall make the necessary changes in party status on LexisNexis File & Serve in compliance with Pre-Trial Order No. 8(B), paragraph 14.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Wanda Fendley in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

IT IS ORDERED that all claims of Plaintiff Wanda Fendley are hereby dismissed without prejudice, each party to bear its own costs, and subject to the term and conditions set forth in this stipulation of dismissal.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: __3-14-07__, 2007    _/s/ James P. Frickleton_
James P. Frickleton, KS #20602
Bartimus, Frickleton, et al.,
One Hallbrook Place
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-236

Thomas P. Cartmell, KS #17020
Brian J. Madden, KS #15897
Thomas J. Preuss, KS #21431
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816)701-1100
Fax (816)531-2372

Grant L. Davis, KS #14199
Shawn Foster, KS #19090
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, MO 64196
(816) 421-1600
Fax (816) 472-5972


Attorneys for Plaintiff Wanda Fendley


Dated: __March 27__, 2007    _/s/ Dorothy H. Wimberly_
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

and

DB03/801960                              3

John C. Aisenbrey, Mo Bar # 31907
George F. Verschelden, Mo Bar # 55128
STINSON MORRISON HECKER, LLP
1201 Walnut Street
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with procedures established in MDL 1657, on this 27th day of March, 2007.

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN, LLC.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361