UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH A. MESEC and GERADLINE A. MESEC, et al., | * * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION MDL Docket No. 1657 |
| PLAINTIFFS, | * * | |
| v. | * * | CASE NO. 05-2078 |
| MERCK & CO., INC. a foreign Corporation, | * * * | SECTION L - DIVISION 3 |
| DEFENDANT. | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel and files this Notice of Appearance on behalf of the Plaintiffs in the above-styled matter.

Respectfully submitted this ___ day of March, 2007.

_____
Andy D. Birchfield, Jr. (BIR006)
Benjamin L. Locklar (LOC009)
P. Leigh O'Dell (ODE006)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343
(334) 954-7555 - Fax
Attorneys for the Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF APPEARANCE** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Easter District of Louisiana by using the CM-ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 27th day of March, 2007.

_____
OF COUNSEL