UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH A. MESEC and GERADLINE A. MESEC, et al., | * * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION MDL Docket No. 1657 |
| PLAINTIFFS, | * * | |
| v. | * * | CASE NO. 05-2078 |
| MERCK & CO., INC. a foreign Corporation, | * * * | SECTION L - DIVISION 3 JUDGE ELDON E. FALLON |
| DEFENDANT. | * * | MAGISTRATE JUDGE |

### ORDER

This matter having come before the court with regards to Plaintiff's Notice of Appearance dated March 27, 2007 in the above-styled matter is hereby **GRANTED**.

Signed and entered this _____ day of _____, 2007.

_____
ELDON E. FALLON
JUDGE