**MINUTE ENTRY**
**FALLON, J.**
**MARCH 28, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | |
| | SECTION: L |
| This document relates to CA 06-485 | JUDGE FALLON |
| Gerald D. Barnett v. Merck & Co., Inc. | MAG. JUDGE KNOWLES |

**BEFORE JUDGE ELDON E. FALLON**
**Courtroom Deputy:** Gaylyn Lambert
**Court Reporter:** Karen Ibos

**Appearances:**   Mark Robinson, Esq. for plaintiff
   Arnold Levin, Esq. For Plaintiff Steering Committee
   Phil Beck, Esq. for defendant

1. Motion of defendant, Merck & Co., Inc., for New Trial on All Issues (#6739)

2. Renewed Motion of defendant, Merck & Co., Inc., for Judgment as a Matter of Law (#7054)

Argument - Both motions are TAKEN UNDER SUBMISSION.

```
 JS-10:     1:00
```