# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX                               : | |
|                                            : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION    : | |
|                                            : | SECTION L |
|                                            : | |
| *This document relates to ALL CASES*: | JUDGE FALLON |
|                                            : | MAG. JUDGE KNOWLES |

**AFFIDAVIT OF APRIL K. THOMSON IN SUPPORT OF MOTION**
**TO COMPEL THE RETURN OF ATTORNEY WORK PRODUCT**

April K. Thomson, being duly sworn, states the following:

1. My name is April K. Thomson.  I am over 21 years of age, and I am the principal of Scientific Evidence, which is a Texas company that serves as a consultant for attorneys providing non-testifying expert services.

2. In December 2004, Scientific Evidence entered into a consulting contract with David P. Matthews that contained strict confidentiality provisions to assure client confidences and privileges.

3. In the course of working with Mr. Matthews, his offices forwarded to us 5 CDs that contained a voluminous number of documents related to the Vioxx litigation.  As it is not my firm's policy to screen productions from attorneys that are to be provided to the experts with which Scientific Evidence is consulting, no one from my offices took notice that the CDs included a document that contained privileged information.  Specifically, no one from my offices was aware that the document titled "Agenda for August 19, 2005 Vioxx MDL Science Committee Conference Call" had been inadvertently included on the CDs, and that this document was

1

privileged.  As such, copies of the CDs with the privileged materials were forwarded to Laura M.

Plunkett, Ph.D., DABT and Lemuel A. Moye, M.D., Ph.D., both of whom served as expert

witnesses for plaintiffs represented by Mr. Mathews and/or his law firm.

4.  As part of Scientific Evidence's consulting services, my office prepared the lists of

reliance material for both Dr. Moye and Dr. Plunkett.  Unaware of its privileged nature, the

Agenda was simply identified on the list as "Vioxx Science Committee 8-19-05."

5. I first learned that the CDs contained privileged materials when I was informed that

Merck had attempted to use such materials during a deposition on **March 7, 2007.**

FURTHER AFFIANT SAYETH NOT.

Dated: March 27th, 2007

APRIL K. THOMSON

LISA GONZALES
MY COMMISSION EXPIRES
February 15, 2009

Subscribed and sworn to before me this

27th day of March , 2007.
Notary Public

2