# EXHIBIT C

```
                                                                    1
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
                        COUNTY OF LOS ANGELES
 2
                                          |
 3    Coordination                        |
      Proceeding                          |
 4    Special Title                       |    ORIGINAL
      (Rule 1550(b))                      |
 5    Vioxx Cases                         |   CASE NO. JCCP No. 4247
                                          |
 6    Rudolph Arrigale v.                 |
      Merck & Co., et al.                 |
 7    [Part of Andrew                     |
      Nelson, et al.                      |
 8    v. Merck & Co., Inc.,               |
      et al., State Docket                |
 9    No. 05CC03136]                      |
                                          |
10    and                                 |
                                          |
11    Stewart Grossberg                   |
      v. Merck & Co., Inc.,               |
12    et al., State Docket                |
      No. BC327729                        |
13    _____               |
14

15    _____

16                        ORAL DEPOSITION OF
17              LAURA M. PLUNKETT, Ph.D., DABT
18                         June 1, 2006
19    _____
20
21    REPORTED BY:  SUSAN P. MILLER, RDR, CRR, CBC
22
23
24
25
```

VERITEXT/SPHERION DEPOSITION SERVICES
(212) 490-3430

2

1      ORAL DEPOSITION OF LAURA M. PLUNKETT,
2  Ph.D., DABT, produced as a witness at the instance
3  of Defendant Merck & Co., Inc., and duly sworn, was
4  taken in the above styled and numbered cause on
5  Thursday, June 1, 2006, from 9:38 a.m. to 5:18 p.m.,
6  before Susan Perry Miller, RDR, CRR, CBC, Notary
7  Public in and for the State of Texas, reported via
8  Machine Shorthand with Realtime Computer Translation
9  and reported at the offices of Abraham, Watkins,
10 Nichols, Sorrels, Matthews & Friend, 800 Commerce
11 Street, Houston, Texas, pursuant to notice, the
12 California Rules of Civil Procedure, and/or any
13 provisions stated on the record.

```
                                                          3
 1                     APPEARANCES
 2
 3      FOR PLAINTIFFS:
 4           BEASLEY, ALLEN, CROW, METHVIN
             PORTIS & MILES, PC
 5           234 Commerce Street
             Montgomery, Alabama  36117
 6           (T) 334.269.2343
             (F) 334.954.7555
 7                By:  Mr. J. Paul Sizemore
                       paul.sizemore@beasleyallen.com
 8
 9           THE BRANDI FIRM
             44 Montgomery Street, Suite 1050
10           San Francisco, California  94104
             (T) 415.989.1800
11           (F) 415.989.1801
                  By:  Mr. John W. Hornbeck
12                     jwh@brandilaw.com
13
             WILLIAMS BAILEY LAW FIRM, LLP
14           8441 Gulf Freeway, Suite 600
             Houston, Texas  77017-5051
15           (T) 713.230.2200
             (F) 713.643.6226
16                By:  Ms. Amy Carter
                       acarter@williamsbailey.com
17
18           THE O'QUINN LAW FIRM
             440 Louisiana, The Lyric Centre
19           Suite 2300
             Houston, Texas  77002
20           (T) 713.223.1000
             (F) 713.222.6903
21                By:  Mr. M. Michael Meyer
                       mikem@oqlaw.com
22                     Ms. Jennifer Leach
                       jenniferl@oqlaw.com
23
24
25
```

```
                                                          4
 1       FOR DEFENDANT MERCK & CO., INC.:
 2           BARTLIT BECK HERMAN
             PALENCHAR & SCOTT, LLP
 3           Courthouse Place
             54 West Hubbard Street
 4           Chicago, Illinois  60610
             (T) 312.494.4400
 5           (F) 312.494.4440
                By:  Mr. Tarek Ismail
 6                   tarek.ismail@bartlit-beck.com
                     Ms. Shayna S. Cook
 7                   shayna.cook@bartlit-beck.com
 8
 9           BAKER BOTTS, LLP
             910 Louisiana, One Shell Place
10           Houston, Texas  77002-4995
             (T) 713.229.1234
11           (F) 713.229.1522
                By:  Mr. Richard Josephson
12                   richard.josephson@bakerbotts.com
13
       FOR DEFENDANT DR. DONALD PLOWMAN (in the Eller
14     case):
15           CRUSE, SCOTT, HENDERSON & ALLEN, LLP
             2777 Allen Parkway, 7th Floor
16           Houston, Texas  77019-2133
             (T) 713.650.6600
17           (F) 713.650.1720
                By:  Ms. Victoria A. Filippov
18                   vfilippov@crusescott.com
19
20
21
22
23
24
25
```

1                    STIPULATIONS
2
3              ORAL DEPOSITION OF LAURA M.
4    PLUNKETT, Ph.D., DABT, taken on June 1, 2006,
5    pursuant to notice, the California Rules of Civil
6    Procedure, and/or any provisions stated on the
7    record.
8
9              The Original Transcript or a
10   condensed copy thereof with the Original Signature
11   Page of this deposition will be sent to Mr. J. Paul
12   Sizemore, Counsel for Plaintiffs, in order that the
13   witness may read and sign the deposition, pursuant
14   to the California Rules of Civil Procedure.
15
16
17
18
19
20
21
22
23
24
25

6

INDEX

ORAL DEPOSITION OF

LAURA M. PLUNKETT, Ph.D., DABT, TAKEN ON 06/01/2006

| | Page |
|---|---|
| APPEARANCES | 3 |
| STIPULATIONS | 5 |
| PRELIMINARY PROCEEDINGS | 9 |
| EXAMINATION OF LAURA M. PLUNKETT, Ph.D., DABT: | |
| BY MR. ISMAIL: | 9 |
| CHANGES AND SIGNATURE | 310 |
| REPORTER'S CERTIFICATION | 312 |
| REPORTER'S SUPPLEMENTAL CERTIFICATE | 313 |

```
                                                           7
1                    EXHIBIT INDEX
2                  ORAL DEPOSITION OF
3     LAURA M. PLUNKETT, Ph.D., DABT, TAKEN ON 06/01/2006
4                     Description
5     Exhibit 1    Curriculum Vitae of Laura          24
                   M. Plunkett, Ph.D., DABT
6
      Exhibit 2    Notice of Taking Deposition        48
7                  of Plaintiffs' Expert Witness
                   Laura Plunkett and Request
8                  for Production of Documents
9     Exhibit 3    Expert Statement of                52
                   Laura Plunkett (Report)
10
      Exhibit 4    "Exhibit P-2," List of             65
11                 Documents Provided to Laura
                   Plunkett as of 5/24/2006
12
      Exhibit 5    Research Letter, "COX-2           158
13                 selective non-steroidal
                   anti-inflammatory drugs and
14                 risk of serious coronary
                   heart disease," by Ray,
15                 et al.
                   [MRK-ABA0041612 - 41613]
16
      Exhibit 6    U.S. Patent No. 6,136,804;        227
17                 Nichtberger
18    Exhibit 7    FDA Warning Letter to Raymond     228
                   Gilmartin, Merck,
19                 Re: NDA 21-042
                   [MRK-ABA0003277 - 3284]
20
      Exhibit 8    Memorandum dated April 6,         285
21                 2005, Subject: Analysis and
                   recommendations for Agency
22                 action regarding
                   non-steroidal
23                 anti-inflammatory drugs and
                   cardiovascular risk
24
25
```

```
                                                                    8
 1    Exhibit 9    Minutes of Scientific               292
                   Advisors' Meeting, May 3 -
 2                 May 6, 1998; Programmatic
                   Review on Vioxx Program
 3                 [MRK-AEI0002734 - 2746]
                   [Marked CONFIDENTIAL -
 4                 Subject to Protective Order]
 5
                        ***************
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

66

1  received the documents -- I may no longer have them.
2  Some of them are ones that I haven't kept electronic
3  copies of. But yes, I would have received an
4  electronic copy of all of these at one point in
5  time.
6      Q.  And, obviously, you haven't reviewed all
7  the documents in Exhibit 4, correct?
8      A.  I've reviewed -- as far as the medical --
9  if it's a published paper, yes, I have. But I
10 certainly have not reviewed every page of every
11 deposition, for example, and every exhibit to every
12 deposition of all the different people involved.
13     Q.  Not only that, you haven't reviewed the
14 majority of the documents in Exhibit 4, correct?
15         MR. SIZEMORE:  Object to form.
16     A.  No, I would disagree with that. I
17 believe I have reviewed -- if you take the
18 depositions out separately and look at the documents
19 and those, yes, I have reviewed, at least in some
20 cursory fashion, a majority of the documents on this
21 list.
22     Q.  (BY MR. ISMAIL)  What is the Vioxx
23 Science Committee as of -- or dated August 19, 2005?
24         MR. SIZEMORE:  Where is that?
25         MR. ISMAIL:  The very first entry.

67

1  A.   I don't know.  We'd have to open it up.
2  Again, the titles of these are not ones that I can
3  look at and say I know exactly what's in it.  I'd
4  have to pull it up.  We can do that, if you'd like.
5  Q.   (BY MR. ISMAIL)  Do you know what the
6  Vioxx Science Committee is?
7  A.   Off the top of my head, I can't answer
8  that, no.
9  Q.   It's a plaintiff lawyer group, right?
10 A.   I don't know.
11 Q.   What's Exhibit A?
12 A.   I would assume it's a -- again, I don't
13 know.  You would have to go and pull them up and
14 look at them, when they're just that -- when they're
15 that limited on what they show.
16 Q.   Do you know what "Report 1" means?
17 A.   No.
18         MR. SIZEMORE:  Why don't you show
19 her on the CD.  Then maybe she'll have something.
20         MR. ISMAIL:  I got the CD after we
21 started the depo.
22         MR. SIZEMORE:  It says, "Report 1."
23 And that's not fair.  She didn't have a chance to
24 look at what the exhibit is.
25         MR. ISMAIL:  Well, I didn't prepare