# EXHIBIT D

```
                          Moye Lemuel Deposition 06-02-06
0001
  1           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
  2
      IN RE: VIOXX            :  MDL DOCKET NO.
  3   LITIGATION PRODUCTS     :  1657
      LIABILITY LITIGATION    :  SECTION L
  4                           :
      This document relates:     JUDGE FALLON
  5   To                      :
      GERALD BARNETT AND      :  MAGISTRATE JUDGE
  6   CORRINE BARNETT         :  KNOWLES
              V.              :
  7   MERCK & CO., INC.       :
                              :
  8   Civil Action No.        :
      2:06cv485               :
  9                   -  -  -
 10              June 2, 2006
 11                   -  -  -
 12           Oral deposition of LEMUEL A. MOYE,
 13   M.D., Ph.D., held in the offices of
 14   Abraham, Watkins, Nichols, Sorrels,
 15   Matthew & Friend, 800 Commerce, Houston,
 16   Texas, commencing at 9:30 a.m., on the
 17   above date, before Linda L. Golkow, a
 18   Federally-Approved Registered Diplomate
 19   Reporter and Certified Shorthand
 20   Reporter.
                       -  -  -
 21         GOLKOW LITIGATION TECHNOLOGIES
                    Four Penn Center
 22         1600 John F. Kennedy Boulevard
                     Suite 1210
 23         Philadelphia, Pennsylvania 19103
                    877.DEPS.USA
 24
0002
  1   A P P E A R A N C E S :
  2
          BEASLEY, ALLEN, CROW, METHVIN,
  3       PORTIS & MILES
          BY:  J. PAUL SIZEMORE, ESQUIRE
  4       218 Commerce Street
          Montgomery, Alabama 36103-4160
  5       (334) 269-2343
          Counsel for Plaintiffs
  6
  7       ROBINSON, CALCAGNIE & ROBINSON
          BY:  TED B. WACKER, ESQUIRE
  8       110 Laurel Street
          San Diego, California 92101
  9       (619) 338-4060
          Counsel for California Plaintiffs
 10
 11       BLIZZARD MCCARTHY & NABERS
          BY:  EDWARD BLIZZARD, ESQUIRE
 12       440 Louisiana - Suite 1710
          Houston, Texas 77024
 13       (713) 844-3750
          Counsel for MDL Plaintiffs
 14       Steering Committee
 15
                              Page 1
```

```
                     Moye Lemuel Deposition 06-02-06
            SNAPKA TURMAN & WATERHOUSE
16          BY:   KATHRYN A. SNAPKA, ESQUIRE
                        and
17                RICK WATERHOUSE, JR., ESQUIRE
            Suite 1511 - 606 North Carancahua
18          Corpus Christi, Texas 78476
            (361) 888-7676
19          Counsel for Plaintiffs
20
            FIBICH HAMPTON LEEBRON & GARTH,
21          LLP
            BY:   TOMMY FIBICH, ESQUIRE
22          Suite 1800, Five Houston Center
            1401 McKinney Street
23          Houston, Texas 77010-9998
            (713) 751-0025
24          Counsel for Plaintiffs
0003
 1   A P P E A R A N C E S:    (CONTINUED)
 2
 3          WATTS LAW FIRM
            BY:   T. CHRISTOPHER PINEDO, ESQ.
 4          14th Floor, Tower II Building
            555 North Carancahua Street
 5          Corpus Christi, Texas 78478
            (361) 887-0500
 6          Counsel for Plaintiffs
 7
            O'QUINN LAW FIRM
 8          BY:   JENNIFER J.J. LEACH, ESQUIRE
            2300 Lyric Centre Building
 9          440 Louisiana
            Houston, Texas 77002
10          (713) 223-1000
            Counsel for Plaintiffs
11
12          WILLIAMS BAILEY
            BY:   AMY M. CARTER, ESQUIRE
13          Suite 600
            8441 Gulf Freeway
14          Houston, Texas 77017
            Counsel for Plaintiffs
15
16
            JOSEPH D. PIORKOWSKI, JR., ESQUIRE
17          Suite 800
            910 17th Street, N.W.
18          Washington, DC 20006
            (202) 223-5535
19          jpiorkowski@lawdoc1.com
            Counsel for Merck & Co., Inc.
20
21
22                  - - -
23
24
0004
 1   A P P E A R A N C E S:    (CONTINUED)
 2
 3          FULBRIGHT & JAWORSKI LLP
            BY:   DAVID WALLACE, ESQUIRE
 4          Suite 2800 - 2200 Ross Avenue
            Dallas, Texas 75201
                                    Page 2
```

Moye Lemuel Deposition 06-02-06

```
 5          (214) 855-8184
            dawallace@fulbright.com
 6          Counsel for Merck & Company, Inc.
 7
 8          BAKER BOTTS LLP
            BY:  RICHARD L. JOSEPHSON, ESQUIRE
 9          One Shell Plaza
            910 Louisiana Street
10          Houston, Texas 77002
            (713) 229-1460
11          richard.josephson@bakerbotts.com
            Counsel for Merck & Co., Inc.
12
13
            BARTLIT BECK HERMAN
14          BY:  SHAYNA COOK, ESQUIRE
            Courthouse Place
15          54 West Hubbard Street
            Chicago, Illinois 60610
16          (312) 494-4451
            Counsel for Merck & Co., Inc.
17
18
            CRUSE, SCOTT, HENDERSON & ALLEN,
19          LLP
            BY:  PEGI S. BLOCK, ESQUIRE
20                    and
                VICTORIA A. FILIPPOV, ESQUIRE
21          7th Floor  - 2777 Allen Parkway
            Houston, Texas 77019-2133
22          (713) 650-6600
            Counsel for Texas physicians
23
24                   - - -
0005
 1                   - - -
 2                I N D E X
 3   WITNESS                       PAGE NO.
 4   LEMUEL A. MOYE, M.D., Ph.D.
 5
 6        By Mr. Piorkowski          10
 7        By Mr. Wacker             392
 8
 9                   - - -
10              E X H I B I T S
11
     NO.         DESCRIPTION         PAGE NO.
12
13   Moye MDL 1   "COX-2 Inhibitor      38
                  Report of Lemuel A.
14                Moye, M.D., Ph.D."
                  5-22-06
15                (110 pages)
16
     Moye MDL 2   "Documents Reviewed   71
17                by Dr. Lemuel A.
                  Moye"
18                (88 pages)
19
     Moye MDL 3   Curriculum Vitae of  136
20                Lemuel A. Moye,
                  M.D., Ph.D.
21                (22 pages)
```

Page 3

```
                         Moye Lemuel Deposition 06-02-06
22
       Moye MDL 4     "Testimony of         224
23                    Lemuel A. Moye, MD,
                      PhD"
24                    (2 pages)
0006
 1
       Moye MDL 5     Invoices              211
 2                    (9 pages)
 3
 4
 5
       Moye MDL 6     "Scientific           228
 6                    Advisors' Meeting
                      May 3-May 6, 1998
 7                    Programmatic Review
                      Vioxx Program"
 8                    MRK-AEI0002734 -
                      MRK-AEI0002746
 9
10     Moye MDL 7     "Final Results of     267
                      an Analysis of the
11                    Incidence of
                      Cardiovascular SAEs
12                    in the Phase
                      IIb/III Vioxx
13                    Osteoarthritis
                      Clinical Trials"
14                    2-2-98 (Watson)
                      MRK-AAD0046029 -
15                    MRK-AAD0046052
16
       Moye MDL 8     Vioxx  May 1999       317
17                    Label
                      MRK-LBL0000027 -
18                    MRK-LBL0000030
19
       Moye MDL 9     Memo 4-6-05           360
20                    "Analysis and
                      recommendations for
21                    Agency action
                      regarding
22                    nonsteroidal and
                      anti-inflammatory
23                    drugs and
                      cardiovascular
24                    risk" (19 pages)
0007
 1            DEPOSITION SUPPORT INDEX
 2
 3
     Direction to Witness Not To Answer
 4   Page  Line  Page  Line
     (None)
 5
 6
 7
 8
     Request For Production of Documents
 9   Page  Line  Page  Line
     (None)
10
11
                              Page 4
```

Moye Lemuel Deposition 06-02-06

```
12
13        Stipulations
14        Page  Line  Page  Line
          (None)
15
16
17
18        Questions Marked
19        Page  Line  Page  Line
          (None)
20
21
22
23
24
0008
 1                    - - -
 2                    MR. PIORKOWSKI:  Is anybody
 3        here who is in New Jersey?
 4                    MR. SIZEMORE:  I don't think
 5        so.  Nobody in New Jersey is here.
 6                    MR. PIORKOWSKI:  Let me just
 7        state that we received a cross
 8        notice of this deposition for the
 9        New Jersey litigation.  A letter
10        was filed on behalf of Merck with
11        Judge Higbee objecting to that.
12        Apparently there's no counsel from
13        New Jersey here present.  It's my
14        understanding that Dr. Moye has
15        not been designated as an expert
16        at this time in any New Jersey
17        case.
18                    Paul, any other preliminary
19        stuff we need to talk about as far
20        as --
21                    MR. SIZEMORE:  I can't think
22        of anything.
23                    MR. JOSEPHSON:  Let me just
24        say this on the record.  Richard
0009
 1        Josephson for Merck in the State
 2        of Texas MDL.
 3                    Because of a hearing we had
 4        a few days ago which Paul is
 5        familiar with, I did not
 6        originally intend to be here since
 7        it was a California case.  That's
 8        the position I took.  The judge
 9        has recognized some of the cross
10        notices from Texas that were filed
11        in this case, and, therefore, I'm
12        here representing Merck in this
13        case.  So, to the extent that I
14        feel the need to use our objection
15        form or objection responsiveness,
16        and Mr. Piorkowski doesn't make
17        that connection, then you may hear
18        me make that objection.  I don't
19        want to disrupt the proceedings
20        because I, frankly, didn't want to
```

Page 5

Moye Lemuel Deposition 06-02-06

```
 8   need to make from round one?
 9        A.   As I sit here now, no.  If I
10   get some more, I'll let you know.
11        Q.   While we're cleaning up some
12   things, I asked you about whether the
13   opinions you intended to render in the
14   MDL trial in New Orleans were set forth
15   in your report.  My colleague reminded me
16   that I need to ask the same question with
17   respect to California.  Are the opinions
18   you intend to render at trial in
19   California also set forth in your report
20   subject to new information becoming
21   available?
22        A.   Yes, sir.
23        Q.   As a part of your review,
24   did you review the various labels that
0071
 1   were in force with respect to Vioxx?
 2        A.   Yes, sir.
 3        Q.   Did you review all of them?
 4        A.   Yes, I did.
 5        Q.   Did you review all of the
 6   draft labels?
 7        A.   I don't think so, no.
 8                - - -
 9             (Whereupon, Deposition
10        Exhibit Moye MDL 2, "Documents
11        Reviewed by Dr. Lemuel A. Moye,"
12        (88 pages), was marked for
13        identification.)
14                - - -
15   BY MR. PIORKOWSKI:
16        Q.   We were provided with a
17   document which I've marked as Exhibit 2.
18             MR. PIORKOWSKI:  I think I
19        gave you a copy there, Paul.
20   BY MR. PIORKOWSKI:
21        Q.   I ask you to identify what
22   Exhibit 2 is.
23        A.   (Witness reviewing
24   document.)
0072
 1             It is a compendium of the
 2   material that I have been provided to
 3   review related to the Vioxx litigation.
 4        Q.   Is it your understanding
 5   that all of the material that's contained
 6   in Exhibit 2 is on the CDs that we've
 7   been provided?
 8        A.   Yes, sir.
 9        Q.   Now, you haven't read all of
10   this stuff; is that right?
11        A.   I think in fairness I can
12   say, yes, I have, but I don't remember
13   all of it.
14        Q.   To the best of your
15   knowledge, you've read everything that's
16   listed on this document?
17        A.   Yes, sir.
18        Q.   For example, on Page 2 of
19   88, second -- third line from the bottom,
20   it has, "Carol Ernst...versus Merck -
```

Page 30

Moye Lemuel Deposition 06-02-06
21  hearing regarding Dr. Araneta's
22  testimony." Do you see that?
23           MR. SIZEMORE:  Where is it?
24  BY MR. PIORKOWSKI:
0073
 1           Q.   Page 2 of 8, third entry
 2  from the bottom.
 3           A.   Oh.  Third entry from the
 4  bottom.  Yes.
 5           Q.   Do you know why that was
 6  provided to you?
 7           A.   No, I don't.
 8           Q.   Do you remember reading it?
 9           A.   No, I don't remember the
10  details of it.
11           Q.   You remember anything about
12  it?
13           A.   No.
14           Q.   Or, for example, the one,
15  the entry right above it, "Hearing on
16  Exhibits"?
17           A.   Yes.
18           Q.   That's a transcript of a
19  court trial?
20           A.   That's right.  That's right.
21           Q.   Do you know why that would
22  have been of interest to you?
23           A.   No.  For that, what I did
24  was look at it to see first, cursorily,
0074
 1  to see if it was going to be directly
 2  relevant.  And if it wasn't going to be
 3  relevant to my opinions, then I put it
 4  down and moved on to something else.
 5           Q.   How much of the roughly 250
 6  hours that you've spent were spent
 7  reviewing documents versus preparing your
 8  report versus meetings with lawyers?
 9           A.   I'll answer the easy part
10  first.  A small amount of time, I'd say
11  less than one percent, less than a half
12  of one percent, was spent meeting with
13  attorneys.  Maybe 70 percent of the time
14  was spent reviewing documents, and 30
15  percent of the time was preparing an
16  affidavit.  It's just a rough ballpark.
17           Q.   On Page 4, for example, of
18  this document, it appears the entire
19  trial transcript from the Ernst trial,
20  which was four weeks long, was sent to
21  you?
22           A.   Yes.
23           Q.   Did you read all of that?
24           A.   I went through it all, yes.
0075
 1  I confess to you, I did not spend hours
 2  on parts that I thought were irrelevant
 3  for me --
 4           Q.   Right.
 5           A.   -- but I did go through it
 6  all.
 7           Q.   Do you remember reading the
 8  deposition of Alan Nies?

```
                          Moye Lemuel Deposition 06-02-06
 9          A.    No.  I don't remember
10   anything particularly relevant from that.
11          Q.    Or do you remember reading
12   his trial testimony?
13          A.    I remember looking at it,
14   yes.
15          Q.    How about depositions or
16   trial testimony of Dr. Alise Reicin?
17          A.    Yes.
18          Q.    You read that?
19          A.    Yes.
20          Q.    How about Briggs Morrison?
21          A.    I don't remember.
22          Q.    Deposition testimony of Dr.
23   Ed Scolnick?
24          A.    Yes.
0076
 1          Q.    David Anstice?
 2          A.    I don't remember that one.
 3          Q.    Deborah Shapiro?
 4          A.    Yes.
 5          Q.    Did you read the depositions
 6   of any of the regulatory affairs
 7   individuals at Merck?
 8          A.    I don't remember who they
 9   were.
10          Q.    Do you remember reading the
11   deposition of any sales and marketing
12   personnel other than Dr. Anstice?
13          A.    I've gone through them, but
14   I don't recall any of the details.
15              MR. BLIZZARD:  Object to
16          form.  Sorry, a little late.
17   BY MR. PIORKOWSKI:
18          Q.    Who prepared Exhibit 2?
19          A.    Scientific Evidence did.
20          Q.    Okay.
21                When was it prepared?
22          A.    I don't know.  I think
23   recently, but I don't when.
24          Q.    Was it prepared in
0077
 1   anticipation of filing your report?
 2          A.    Well, I think they knew they
 3   had to have that when I filed my report,
 4   but that's all I know.
 5          Q.    Did you look at any Merck
 6   standard operating procedures?
 7          A.    No, sir.
 8          Q.    You know from your own
 9   clinical trial experience what a SAS file
10   is?
11          A.    Yes, sir.
12          Q.    Did you look at any of the
13   original SAS files on any of the data
14   from the Vioxx clinical trials?
15          A.    I answer your question as I
16   have begun to do that.  I am nowhere
17   near -- I'm only in the introductory
18   phase of it.
19          Q.    When did you begin to do
20   that?
21          A.    Last weekend.  Actually,
                                    Page 32
```