# EXHIBIT E

MASTER DOCKET NO. 2005-59499

| | | |
|---|---|---|
| In Re:) | IN THE DISTRICT COURT OF | |
| Texas State Vioxx Litigation | ) | HARRIS COUNTY, TEXAS |
| This Document Relates to All Cases ) | ) | 157TH JUDICIAL DISTRICT |

### Affidavit of Lemuel A. Moyé, M.D., Ph.D.

Before me, the undersigned authority, personally appeared Lemuel A. Moyé, M.D., Ph.D., known by me to be the person whose name is subscribed below, and being by me duly sworn did depose on his oath as follows:

My name is Lemuel A. Moyé. I am over 21 years of age and fully competent to make this affidavit, which is based on my personal knowledge.

I have been retained as an expert witness to testify with regard to issues within my area of expertise on behalf of plaintiffs in the Texas state court Vioxx litigation. My understanding is that I was retained by the Plaintiffs Steering Committee for the Texas Vioxx MDL. As a part of my preparation and to assist me in forming my opinions, I requested that I be provided documents that had been obtained through discovery or otherwise regarding Vioxx. On or about December 9, 2005, I was provided five compact disks of documents by David Matthews and the Abraham, Watkins, Nichols, Sorrels, Matthews & Friend law firm.

I have been reviewing documents related to pharmaceutical litigation for over six years and have testified as an expert witness numerous times after reviewing such documents. Thus, I am familiar with the type of documents and have certain expectations regarding what categories or types of documents should be provided for my review and what is of particular relevance to my area of expertise.

I have no specific recollection of a document entitled "Agenda for August 19, 2005 Vioxx MDL Science Committee." However, in reviewing the documents provided on the CDs, I checked the titles of what had been produced and was able to ascertain that certain documents were not significant to my area of expertise and thus, to my review. Had I seen a document entitled "Agenda for August 19, 2005 Vioxx MDL Science Committee," I would not have reviewed the document further.

Based on my experience, I am also aware that certain documents are considered privileged as attorney work product and are typically not provided to potential or retained expert witness. Had I seen a document with "CONFIDENTIAL ATTORNEY WORK PRODUCT" stamped diagonally across the front page, particularly if also entitled "Agenda for August 19, 2005 Vioxx MDL Science Committee," I would not have further reviewed the document.

Because I would have believed that the document at issue was not significant to my review and because it would not have appeared to be the sort of document customarily provided to me and would have appeared to be work product or communication between the plaintiffs' attorneys and thus, privileged, I would not have further reviewed the document, aside from the title and work product notation. Thus, the document does not form the basis of any of my opinions.

Further affiant sayeth not.

_____
Lemuel A. Moyé, M.D., Ph.D.

Signed and sworn before me on the  24th  day of March, 2007.

_____
Notary Public in and for the
State of Texas

APRIL K THOMSON
My Commission Expires
September 30, 2009

Affidavit of Lemuel A. Moyé, M.D., Ph.D.                                                                                   Page 2