# EXHIBIT H

```
                                              jf030707
0001
  1           UNITED STATES DISTRICT COURT
  2           EASTERN DISTRICT OF LOUISIANA
  3                     - - -
  4    IN RE:                  :  MDL DOCKET
  5    VIOXX LITIGATION        :  NO. 1657
  6
  7
  8                     - - -
  9              March 7th, 2007
 10                     - - -
 11
 12
 13           Videotape deposition of JOHN W.
 14    FARQUHAR, M.D., held in the offices of Lieff
 15    Cabraser Heimann & Bernstein, LLP,
 16    Embarcadero Center West, 275 Battery Street,
 17    Suite 3000, San Francisco, California,
 18    commencing at 9:21 a.m., on the above date,
 19    before Michael E. Miller, Registered Merit
 20    Reporter and Certified Realtime Reporter.
 21                     - - -
 22
           GOLKOW TECHNOLOGIES, INCORPORATED
 23              deps@golkow.com
                 877.370.DEPS
 24             (877.370.3377)
0002
  1    A P P E A R A N C E S :
  2       LIEFF CABRASER HEIMANN & BERSTEIN, LLP
          BY: MR. DONALD C. ARBITBLIT, ESQUIRE
  3           darbitblit@lchb.com
          Embarcadero Center West
  4       275 Battery Street, Suite 3000
          San Francisco, California 94111-3339
  5       (415) 956-1000
          Counsel for Plaintiffs
  6
  7       LIEFF CABRASER HEIMANN & BERSTEIN, LLP
          BY: MS. JENNIFER GROSS, ESQUIRE
  8           jgross@lchb.com
          780 Third Avenue
  9       48th Floor
          New York, New York 10017-2024
 10       (212) 355-9500
          Counsel for Plaintiffs
 11
 12       LEVIN, FISHBEIN, SEDRAN & BERMAN
          BY: MR. MICHAEL M. WEINKOWITZ, ESQUIRE
 13           mweinkowitz@lfsblaw.com
          510 Walnut Street
 14       Suite 500
          Philadelphia, Pennsylvania 19106
 15       (215) 592-1500
          Counsel for Plaintiffs
 16       (via speakerphone)
 17
          BARTLIT BECK HERMAN PALENCHAR &
 18       SCOTT, LLP
          BY: MR. PHILIP S. BECK, ESQUIRE
 19           philip.beck@bartlit-beck.com
                  -and-
 20       DR. KEN BAUM, ESQUIRE
```

```
                                         jf030707
             ken.baum@bartlit-beck.com
21       Courthouse Place
         54 West Hubbard Street
22       Chicago, Illinois 60610
         (312) 494-4400
23       Counsel for Merck & Company, Inc.
24
0003
 1   A P P E A R A N C E S:
 2       FULBRIGHT & JAWORSKI, LLP
         BY: MR. JOE W. TOMASELLI, JR., ESQUIRE
 3           jtomaselli@fulbright.com
         2200 Ross Avenue
 4       Suite 2800
         Dallas, Texas 75201
 5       (214) 855-8050
         Counsel for Merck & Company, Inc.
 6
 7       SMITH & SMITH
         BY: MS. MARY HUNNELL SMITH, ESQUIRE
 8           mhs@smithsmithlaw.com
         4900 Woodway
 9       Suite 1030
         Houston, Texas 77056
10       (713) 355-5600
         Counsel for Texas Physicians
11
12       STINNETT, THIEBAUD & REMINGTON, LLP
         BY: MS. PHILIPA M. REMINGTON, ESQUIRE
13           premington@strlaw.net
         4800 Fountain Place
14       1445 Ross Avenue
         Dallas, Texas 75202
15       (214) 954-2200
         Counsel for Texas Physicians
16       (via speakerphone)
17
         CRUSE, SCOTT, HENDERSON & ALLEN, LLP
18       BY: MS. VICTORIA A. FILIPPOV, ESQUIRE
             vfilippov@crusescott.com
19       2777 Allen Parkway
         7th Floor
20       Houston, Texas 77019
         (713) 650-6600
21       Counsel for Texas Physicians
         (via speakerphone)
22
23
24
0004
 1   A P P E A R A N C E S:
 2
         LYNN, FULKERSON, NICHOLS & KINKEL, PLLC
 3       BY: MS. MELANIE S. MARRS, ESQUIRE
             mmarrs@lfnk.com
 4       267 West Short Street
         Lexington, Kentucky 40507
 5       (859) 253-0523
         Counsel for Kentucky Physicians
 6
 7       O'BRYAN, BROWN & TONER, PLLC
         BY: MR. JOSEPH G. KLAUSING, ESQUIRE
 8           klausingj@obtlaw.com
```

```
                                             jf030707
        Suite 1500
 9      Starks Building
        Louisville, Kentucky 40202
10      (502) 585-4700
        Counsel for Kentucky Physicians
11      (via speakerphone)
12
        DARBY & GAZAK, PSC
13      BY: JAMES ERIC SMITH, R.N., ESQUIRE
           jsmith@darbygazak.com
14      3220 Office Pointe Place
        Suite 200
15      Louisville, Kentucky 40220
        (502) 412-5020
16      Counsel for Kentucky Physicians
        (via speakerphone)
17
18                    - - -
19
     A L S O   P R E S E N T:
20
        MR. COREY SMITH,
21      Litigation Support
        Golkow Technologies, Inc.
22
        MR. JEFF McKINNEY,
23      Videographer
        Golkow Technologies, Inc.
24
0005
 1                     INDEX
              JOHN W. FARQUHAR, M.D.
 2               March 7th, 2007
 3
 4   PROCEEDINGS                              7
 5
 6   EXAMINATION OF JOHN W. FARQUHAR, M.D.:
 7        BY MR. ARBITBLIT:                   9
 8        BY MR. BECK:                       45
 9        BY MR. ARBITBLIT:                  87
10        BY MR. BECK:                      253
11
12   CERTIFICATE                            275
13   ACKNOWLEDGMENT OF DEPONENT             276
14   ERRATA                                 277
15   LAWYER'S NOTES                         278
16
17
18
19
20
21
22
23
24
0006
 1            DEPOSITION EXHIBITS
              JOHN W. FARQUHAR, M.D.
 2               March 7th, 2007
 3
 4   NUMBER         DESCRIPTION            MARKED
 5   Farquhar-1   Curriculum Vitae of John    7
                  William Farquhar
```

```
                                    jf030707
 6
     Farquhar-2    Invoices from John           249
 7                 Farquhar to Donald
                   Arbitblit, re: Fen-Phen
 8                 Litigation Consulting
 9   Farquhar-3    Invoices from John           249
                   Farquhar to Donald
10                 Arbitblit, re: Baycol
                   Litigation Consulting
11
     Farquhar-4    Invoices from John           249
12                 Farquhar to Donald
                   Arbitblit, re: Vioxx
13                 Litigation Consulting
14   DX-3529       Agenda for August 19,        271
                   2005 Vioxx MDL Science
15                 Committee Conference Call
16
17
18
19
20
21
22
23
24
0007
 1                    PROCEEDINGS
 2              (March 7, 2007 at 9:21 a.m.)
 3              (Whereupon, Deposition Exhibit
 4   Farquhar-1, Curriculum Vitae of John
 5   William Farquhar, was marked for
 6   identification.)
 7              THE VIDEOGRAPHER:  Here begins
 8   Videotape No. 1 in the deposition of
 9   John Farquhar in the matter of
10   regarding Vioxx Products Liability
11   Litigation, in the U.S. District
12   Court, Eastern District of Louisiana,
13   MDL No. 1657.
14              Today's date is March 7th,
15   2007.  The time on the video monitor
16   is 9:21.  This deposition is taking
17   place at 275 Battery Street,
18   San Francisco, California.
19              The court reporter producing
20   the official transcript of today's
21   testimony is Mike Miller of Golkow
22   Litigation Technologies.  The
23   videographer is Jeff McKinney
24   representing Golkow Litigation
0008
 1   Technologies and Accurate Vision.
 2              Would counsel please identify
 3   yourselves and state whom you
 4   represent.
 5              MR. ARBITBLIT:  Donald
 6   Arbitblit, Lieff Cabraser Heimann &
 7   Bernstein, with Jennifer Gross, for
 8   plaintiffs.
 9              MR. BECK:  I'm Phil Beck, with
10   Ken Baum and Joe Tomaselli, for Merck.
11              MS. SMITH:  Mary Smith for
```

jf030707

```
14  closer in time to the events, right?
15       A.    Yes.
16       Q.    Okay.  When did the --
17            MR. ARBITBLIT:  Counsel, I
18       found my transcript.  Would you like
19       to permit me the opportunity to direct
20       you to additional materials?
21            MR. BECK:  I've moved on to
22       different questions, so if you -- you
23       can cover it on your redirect.
24  BY MR. BECK:
0271
 1       Q.    Do you remember when the
 2  serious writing of the -- of your first
 3  report began?
 4       A.    No, I really don't remember.
 5            (Whereupon, Deposition Exhibit
 6       Defendant's-3529, Agenda for
 7       August 19, 2005 Vioxx MDL Science
 8       Committee Conference Call, was marked
 9       for identification.)
10  BY MR. BECK:
11       Q.    I'm handing you a document that
12  we've marked as Defendant's Exhibit 3529, and
13  let me ask you first:  Have you ever seen a
14  document or heard anybody refer to
15  Mr. Arbitblit as your handler or your
16  handling attorney?
17       A.    I've not heard that word, no.
18       Q.    Would you please turn to
19  page 21 of this document?
20            MR. ARBITBLIT:  I'm going to
21       object to using this, and I'm going to
22       call a break in this deposition.  I've
23       never seen this document before.  It
24       says, "Confidential Attorney Work
0272
 1       Product" on it.  I don't know how you
 2       got it, but we're going off the record
 3       until we clarify it.
 4            Dr. Farquhar, the deposition is
 5       now on hold.
 6            I don't know where you got this
 7       or why you think you can use a
 8       confidential attorney work product
 9       document, but you're not going to use
10       it until I get an explanation.
11            MR. BECK:  Well, I'll give you
12       the explanation.
13            MR. ARBITBLIT:  Off the record.
14            MR. BECK:  No, I'm going to
15       give you the explanation on the
16       record.
17            MR. ARBITBLIT:  All right.
18            MR. BECK:  I'm not going to go
19       off the record on that.
20            MR. ARBITBLIT:  All right.
21       Keep it to record.
22            MR. BECK:  If you like, you can
23       stop the video portion, but I don't
24       care one way or another on that.  It's
0273
 1       up to Mr. Arbitblit, but I'd certainly
```

Page 109

```
                                          jf030707
 2      want the transcript to keep going.
 3              MS. GROSS:  Stop the video.
 4              MR. ARBITBLIT:  Stop the video.
 5              MR. BECK:  Okay.
 6              THE VIDEOGRAPHER:  Off the
 7      video record.  The time is 4:25.
 8              MR. BECK:  The -- actually, I
 9      think we need the video.  We don't
10      need the video of the witness
11      listening to all of this.  But if
12      we're going to have an argument and I
13      go through the documents, I think it
14      will be helpful to put the documents
15      on the screen so that any judge who is
16      reviewing it in the future can see the
17      documents right up on the screen.
18              MR. ARBITBLIT:  We're not going
19      to have -- we're going to talk to the
20      judge, Phil.  We're not going to have
21      any further questions or statements on
22      the record until we call the judge.
23      We have to call the judge.
24              MR. BECK:  Okay.
0274
 1              MR. ARBITBLIT:  This is not
 2      okay.
 3              THE REPORTER:  Off?
 4              MR. ARBITBLIT:  Off the record.
 5              THE REPORTER:  Phil?  Off?
 6              MR. BECK:  Yes.  Well, I mean,
 7      he's leaving, so I can't do anything
 8      if Mr. Arbitblit is leaving the room.
 9              MR. ARBITBLIT:  We are going to
10      call the judge.
11              (Recess taken 4:26 p.m. to
12      4:40 p.m.)
13              THE VIDEOGRAPHER:  This is the
14      videographer.  This marks the end of
15      Videotape No. 3 in today's proceedings
16      in the deposition of John Farquhar.
17      Now going off the record.  The time is
18      4:40.
19              (Deposition recessed at
20      4:40 p.m.)
21                      -  -  -
22
23
24
0275
 1              C E R T I F I C A T E
 2
 3              I, MICHAEL E. MILLER, a Notary
    Public, Registered Merit Reporter and
 4  Certified Realtime Reporter, do hereby
    certify that prior to the commencement of the
 5  examination, JOHN W. FARQUHAR, M.D. was duly
    sworn by me to testify to the truth, the
 6  whole truth and nothing but the truth.
 7              I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
```

Page 110