

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAR 2 7 2007

LORETTA G. WHYTE
CLERK

A CERTIFIED TRUE COPY

MAR 2 7 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 9 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-88)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,948 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

_____ Fee_____
_____ Process_____
_X_ Dktd _____
_____ CtRmDep_____
_____ Doc. No_____

## SCHEDULE CTO-88 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
## LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| CALIFORNIA SOUTHERN | | | |
| ~~CAS   3   06-2151~~ | ~~Genevieve Tadman v. Merck & Co., Inc., et al.~~ | OPPOSED 3/19/07 | |
| FLORIDA NORTHERN | | | |
| FLN   4  07-59 | Dorothy J. Moye, et al. v. Merck & Co., Inc., et al. | | 07-1468 |
| MARYLAND | | | |
| MD   1  07-419 | Arnetta Spencer-Dedmon v. Merck & Co., Inc. | | 07-1469 |
| MINNESOTA | | | |
| MN   0  07-1306 | John W. Caldwell, et al. v. Merck & Co., Inc. | | 07-1470 |
| OKLAHOMA WESTERN | | | |
| OKW  5  07-216 | Donald Qualls v. Merck & Co., Inc. | | 07-1471 |
| OKW  5  07-217 | Diane Stowell v. Merck & Co., Inc. | | 07-1472 |
| PENNSYLVANIA EASTERN | | | |
| PAE   2  05-6205 | Barbara Kirby v. Merck  & Co., Inc. | | 07-1473 |
| PAE   2  07-735 | Anna Russell, et al. v. Merck & Co., Inc. | | 07-1474 |
| PENNSYLVANIA MIDDLE | | | |
| PAM   3  07-306 | Russell Louis Piccotti v. Merck & Co., Inc. | | 07-1475 |
| PAM   3  07-351 | Gladys V. Davis v. Merck & Co., Inc. | | 07-1476 |
| PENNSYLVANIA WESTERN | | | |
| PAW   2  07-230 | Terry Titus, et al. v. Merck & Co., Inc. | | 07-1477 |
| TEXAS SOUTHERN | | | |
| TXS   4  07-599 | Sixto Morales v. Merck & Co., Inc. | | 07-1478 |

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

**RECEIVED**

MAR 2? 2007

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK

March 27, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re:  MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-88)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on March 9, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Docket Specialist

Attachments

cc:  *Transferee Judge:*      Judge Eldon E. Fallon
     *Transferor Judges:*     (See Attached List of Judges)
     *Transferor Clerks:*     (See Attached List of Clerks)

JPML Form 36A

## INVOLVED COUNSEL LIST (CTO-88)
### DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Erik T. Atkisson
*Reed Smith LLP*
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Elizabeth A. Balakhani
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

S. Tessie Corbin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street, Suite 2400
Los Angeles, CA 90017-2550

William B. Federman
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120

Lowell W. Finson
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
*Minneapolis, MN 55402-4123*

T. David Hasbrook
Hasbrook & Hasbrook
120 North Robinson
Suite 2720
Oklahoma City, OK 73102

Russ M. Herman
Herman, Herman, Katz & Cotlar
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Joseph K. Hetrick
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Ralph J. Johnson, Jr.
250 Pierce Street
Suite 308
Kingston, PA 18704

Richard L. Josephson
Baker Botts, L.L.P.
One Shell Plaza, Suite 3000
910 Louisiana Street
Houston, TX 77002-9934

Jerome W. Kiger
1404 Grant Building
Pittsburgh, PA 15219

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Leon A. Mankowski
2624 E. Allegheny Avenue
Philadelphia, PA 19134

Russell J. Manning
Hornblower Manning, et al.
*711 N. Carancahua, Suite 1800*
Corpus Christi, TX 78475

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3793

John Brian T. Murray
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

William C. Owen
William C. Owen, LLC
241 Pinewood Dr.
Tallahassee, FL 32303

Daryl Dion Parks
Parks & Crump, L.L.C.
240 North Magnolia Drive
Tallahassee, FL 32301-2638

Leonard R. Parks
Law Offices of Leonard R. Parks &
Associates
1301 S. Broad Street
Suite 200
Philadelphia, PA 19147

Russell Louis Piccotti
53 S. Church Street
Carbondale, PA 18407

Philipa Marie Remington
Stinnett Thiepaud, et al.
1445 Ross Avenue, Suite 2500
Dallas, TX 75202

Joshua G. Schiller
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue
Suite 2700
Oklahoma City, OK 73102

Michelle L. Tiger
Greitzer & Locks
1500 Walnut Street
20th Floor
Philadelphia, PA 19102

*Mark E. Walker*
Mark E. Walker PA
215 S. Monroe Street
Suite 400
Tallahassee, FL 32301

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

# INVOLVED JUDGES LIST (CTO-88)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. A. Richard Caputo
U.S. District Court
Post Office Box 1246
Scranton, PA 18501-1246

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal Building
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. Robert L. Hinkle
Chief Judge, U.S. District Court
U.S. Courthouse Annex
111 North Adams Street
Suite 595
Tallahassee, FL 32301

Hon. M. James Lorenz
U.S. District Judge
5145 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Terrence F. McVerry
U.S. District Judge
6370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. James M. Munley
U.S. District Judge
William J. Nealon Federal Building & U.S. Courthouse
P.O. Box 1247
235 N. Washington Avenue
Scranton, PA 18501

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

## INVOLVED CLERKS LIST (CTO-88)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Mary E. D'Andrea, Clerk
U.S. District Court
P.O. Box 1148
Scranton, PA 18501-1148

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

~~W. Samuel Hamrick, Jr., Clerk~~
~~4290 Edward J. Schwartz Federal Building~~
~~880 Front Street~~
~~San Diego, CA 92101-8900~~

William M. McCool, Clerk
U.S. Courthouse
111 North Adams Street
Tallahassee, FL 32301-7795