UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| *Wanda Fendley v. Merck & Co., Inc.* No. | * | **MAGISTRATE** |
| 06-8349 | * | **JUDGE KNOWLES** |
| * * * * * * * * * * * * * * * * | * | |
| | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that the claims of plaintiff Wanda Fendley against defendant Merck & Co., Inc. in the above-styled lawsuit be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 28th day of March, 2007.

DISTRICT JUDGE

864568v.1