Rebekah A. Miller, Esq. (VSB No. 40320)
ASHCRAFT & GEREL, LLP
2000 L Street, Suite 400
Washington, D.C. 20036
(202) 783-6400

**ATTORNEY FOR PLAINTIFFS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 28  PM 3: 55

LORETTA G. WHYTE
     CLERK

|  |  |
|---|---|
| MICHAEL BURAKER AND LINDA BURACKER<br>　　　　Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br>　　　　Defendant. | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>MDL DOCKET NO: 1657<br><br>CIVIL ACTION NO. 2:05-cv-02972-EEF-DEK<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO THE CLERK:**

**COME NOW THE PARTIES** in the above-captioned action, pursuant to Rule 41 of the Federal Rule of Civil Procedure, and hereby stipulate and agree to the following:

The Plaintiffs in the above-entitled action hereby dismiss any and all claims brought only in the above-entitled action as to against Defendant MERCK & CO., INC. without prejudice;

This agreement is based solely on the fact that Plaintiffs have maintained another action against Defendant (ATL-L-3048-04-MT) in the State of New Jersey; and

Plaintiffs' actions in New Jersey (ATL-L-3048-04-MT) will be ongoing and unaffected by Plaintiffs' voluntary dismissal of their claims against Merck & Co., Inc. in Federal Court;

Parties shall each bear its own attorney's fees and costs.

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____

| | |
|---|---|
| ASHCRAFT & GEREL LLP | STONE PIGMAN WALTHER WITTMANN LLC |
| Attorneys for Plaintiffs<br>Michael & Linda Buracker | Attorneys for Defendant<br>Merck & Co., Inc. |
| By: *[signature]* | By: *Dorothy H. Wimberly* |
| Dated: March 22, 2007 | Dated: March 21, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Stipulation of Voluntary Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22rd day of March, 2007.

826474v.2