Leila H. Watson
Elizabeth A. Ellis
**CORY WATSON CROWDER
& DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
205-328-2200
**Attorneys for Plaintiff**



U S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 19 2007
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L |
| LOIS ARMSTRONG<br><br>    Plaintiff,<br><br>Vs.<br><br>MERCK & CO., INC.,<br><br>    Defendant. | Case no.: 06-7050<br><br>**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** |

Now comes the Plaintiff by and through her undersigned attorney and moves to dismiss this lawsuit with prejudice, because she has another identical lawsuit against Merck for these injuries. Costs to be taxed to the party incurring same.

LEILA H. WATSON   (ASB-3023-S74L)
Attorney For Plaintiff
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

ELIZABETH A. ELLIS (ASB-3521-A63E)
Attorney For Plaintiff
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been served upon the following counsel of record, by mailing a copy to each by first class United States Mail, postage prepaid on this the 16 day of March, 2007.

Richard C. Stanley, Esquire
Bryan C. Reuter, Esquire
Thomas P. Owen, Jr., Esquire
Melissa V. Beaugh, Esquire
STANLEY FLANAGAN & REUTER, LLC
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Phillip A. Wittmann, Esquire
Dorothy H. Wimberly, Esquire
Carmelite M. Bertaut, Esquire
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

LEILA H. WATSON

cc.   Lois Armstrong
      848 Fairwood Drive
      Dallas TX 75232
      972-228-1345