FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 26  PM 12: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) | MDL NO. 1657 SECTION: L |
|---|---|---|

| LOIS ARMSTRONG | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| Vs. | ) ) | Case no.: 06-7050 |
| MERCK & CO., INC., | ) ) | ORDER DISMISSING ACTION WITH PREJUDICE |
| Defendant. | ) | |

This matter coming before the Court of Plaintiff's Motion to Dismiss with Prejudice and there being no just reason for delay, the Court GRANTS the Motion and dismisses the action with prejudice, costs taxed to the parties incurring same.

DONE AND ORDERED THIS 22nd DAY OF March, 2007

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____