IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

| | | |
|---|---|---|
| LINDA ROUNTREE and ROBERT ROUNTREE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-06-1521-EEF-DEK |
| MERCK & CO., INC., and WALGREEN CO., | ) ) ) ) | (Transferred from U.S.D.C., Northern District of Oklahoma; Case No. 06-CV-49) |
| Defendants. | ) | |

### NOTICE OF CHANGE OF ADDRESS

Please be advised that effective March 30, 2007, the address for the undersigned counsel for WALGREEN CO., will be as follows:

> Leslie L. Lynch, OBA #15124
> PHILLIPS MCFALL MCCAFFREY
>   MCVAY & MURRAH, P.C.
> Corporate Tower, Thirteenth Floor
> 101 North Robinson
> Oklahoma City, Oklahoma   73102
> Telephone:  (405) 235-4100
> Facsimile:  (405) 235-4133

> Respectfully submitted,
>
>   s/ *Leslie L. Lynch*
> Thomas G. Wolfe, OBA #11576
> Leslie L. Lynch, OBA #15124
> PHILLIPS McFALL McCAFFREY
>   McVAY & MURRAH, P.C.
> Corporate Tower, Thirteenth Floor
> 101 North Robinson
> Oklahoma City, OK 73102
> Telephone:  405-235-4100
> Facsimile:  405-235-4133
> TGWolfe@PhillipsMcFall.com
> LLLynch@PhillipsMcFall.com
>
> Attorneys for Walgreen Co.

00204404.doc

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of March, 2007, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmitted a Notice of Electronic Filing to the following registrants:

James F. Self, Jr.
SELF & ASSOCIATES, INC.
8720 S. Pennsylvania
Oklahoma City, OK 73159

And

Donna J. Bowen
Mike Davis
SLACK & DAVIS, L.L.P.
2705 Bee Cave Road, Suite 220
Austin, Texas  78746

Attorneys for Plaintiffs

And


John A. Kenney
Sheryl N. Young
Brandon L. Buchanan
McAfee & Taft, P.C.
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK  73102

Attorneys for Defendant Merck & Co., Inc.


                                                            s/ *Leslie L. Lynch*