## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

| | |
|---|---|
| DONALD E. PREWITT and<br>JANET K. PREWITT,<br><br>   Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.;<br>MERCK-ENTERPRISES, INC.;<br>MERCK-MEDCO MANAGED CARE,<br>   L.L.C.;<br>MERCK-MEDCO RX SERVICES;<br>MERCK-MEDCO RX SERVICES OF<br>   OKLAHOMA, L.L.C;<br>GETMAN PHARMACY;<br>GETMAN APOTHECARY SHOPPE, INC.;<br>GETMAN DRUG COMPANY;<br>GETMAN DRUG STORE, INC.;<br>GETMAN DRUG, INC.;<br>GETMAN-MACDONNELL-SUMMERS<br>   DRUG COMPANY; and,<br>ROY R. GETMAN DRUG STORE, INC.,<br><br>   Defendants. | Case No. CIV-06-324-EEF-DEK<br><br><br><br>(Transferred from U.S.D.C., North<br>District of Oklahoma; Case No.<br>CIV-05-666-JHP-FHM) |

### NOTICE OF CHANGE OF ADDRESS

Please be advised that effective March 30, 2007 the address for the undersigned counsel for MEDCO HEALTH SOLUTIONS, INC. and GETMAN DRUG, INC., D/B/A GETMAN PHARMACY will be as follows:

>Leslie L. Lynch, OBA #15124
>PHILLIPS MCFALL MCCAFFREY
>   MCVAY & MURRAH, P.C.
>Corporate Tower, Thirteenth Floor
>101 North Robinson
>Oklahoma City, Oklahoma   73102
>Telephone:  (405) 235-4100
>Facsimile:  (405) 235-4133

        Respectfully submitted,

        *s/Leslie L. Lynch*
        Leslie L. Lynch, OBA #15124
        **PHILLIPS McFALL McCAFFREY**
        **McVAY & MURRAH, P.C.**
        Corporate Tower, Thirteenth Floor
        101 North Robinson
        Oklahoma City, Oklahoma 73102
        Telephone: (405) 235-4100
        Facsimile:  (405) 235-4133
        tgwolfe@phillipsmcfall.com

        Attorney for Defendant Medco Health Solutions, Inc. and Defendant Getman Drug, Inc. d/b/a Getman Pharmacy

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2007, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

    M. David Riggs
    Kris E. Koepsel
    Donald M. Bingham
    RIGGS, AGNEY, NEAL, TURPEN,
     ORBISON & LEWIS
    502 West Sixth Street
    Tulsa, OK 74119-1010
    Attorneys for Plaintiffs

    John A. Kenney
    Sheryl N. Young
    Brandon L. Buchanan
    McAfee & Taft, P.C.
    10th Floor, Two Leadership Square
    211 N. Robinson
    Oklahoma City, OK  73102
    Attorneys for Defendant Merck & Co., Inc.

Bradford D. Barron
Richard D. Gibbon
Zachary T. Barron
Gibbon Barron & Barron, P.A.
2 W. 6th Street, Suite 320
Tulsa, OK  74119-1215
Attorneys for Defendants Getman Apothecary
Shoppe, Inc., Getman Drug Company and
Getman Drug, Inc.

                              *s/ Leslie L. Lynch*