# EXHIBIT A

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| IN RE: VIOXX® | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * |
| | * SECTION L |
| | * |
| THIS DOCUMENT RELATES TO ALL CASES | * JUDGE FALLON |
| | * |
| | * MAG. JUDGE KNOWLES |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S NOTICE OF *DE BENE ESSE* TRIAL PRESERVATION DEPOSITION OF DR. DOUGLAS GREENE

TO:    The parties in all cases consolidated in *In re Vioxx Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition *de bene esse* of **Douglas Greene, M.D.** will be held on **August 7 and August 8, 2007**, beginning at **9:30 a.m. Eastern Time**, at the offices of **Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004**. Pursuant to *Fed. R. Civ. P.* 30(b)(2), *Fed R. Civ. P.* 32(a)(3) and Amended Pretrial Order No. 9 (Deposition Guidelines), the deposition will be videotaped by a certified court reporter and may be used at trial. The call-in number for participation by telephone is 1-866-787-0915, and the participant passcode is 9924929. You are invited to attend and participate.

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
*Attorneys for Merck & Co., Inc.*

865188v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, in accord with the procedures established in MDL 1657, on this 28th day of March, 2007.

_/s/ Dorothy H. Wimberly_
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

865188v.1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | \* |
| IN RE:  VIOXX® | \* **MDL Docket No. 1657** |
| PRODUCTS LIABILITY LITIGATION | \* |
| | \* **SECTION L** |
| | \* |
| THIS DOCUMENT RELATES TO ALL CASES | \* **JUDGE FALLON** |
| | \* |
| | \* **MAG. JUDGE KNOWLES** |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S NOTICE OF *DE BENE ESSE* TRIAL PRESERVATION DEPOSITION OF DR. ELIAV BARR

TO:    The parties in all cases consolidated in *In re Vioxx Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition *de bene esse* of **Eliav Barr, M.D.** will be held on **July 25 and July 26, 2007**, beginning at **9:30 a.m. Eastern Time**, at the offices of **Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004**. Pursuant to *Fed. R. Civ. P.* 30(b)(2), *Fed R. Civ. P.* 32(a)(3) and Amended Pretrial Order No. 9 (Deposition Guidelines), the deposition will be videotaped by a certified court reporter and may be used at trial.  The call-in number for participation by telephone is 1-866-787-0915, and the participant passcode is 9924929.  You are invited to attend and participate.

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
*Attorneys for Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, in accord with the procedures established in MDL 1657, on this 28th day of March, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

865190v.1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| IN RE:  VIOXX® | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * |
| | * SECTION L |
| | * |
| THIS DOCUMENT RELATES TO ALL CASES | * JUDGE FALLON |
| | * |
| | * MAG. JUDGE KNOWLES |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S NOTICE OF *DE BENE ESSE* TRIAL PRESERVATION DEPOSITION OF DR. BRIGGS MORRISON

TO:     The parties in all cases consolidated in *In re Vioxx Products Liability Litigation*, by and through their counsel of record.

PLEASE TAKE NOTICE that the deposition *de bene esse* of **Briggs Morrison, M.D.** will be held on **June 19 and June 20, 2007**, beginning at **9:30 a.m. Eastern Time**, at the offices of **Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004**.  Pursuant to *Fed. R. Civ. P.* 30(b)(2), *Fed. R. Civ. P.* 32(a)(3) and Amended Pretrial Order No. 9 (Deposition Guidelines), the deposition will be videotaped by a certified court reporter and may be used at trial.  The call-in number for participation by telephone is 1-866-787-0915, and the participant passcode is 9924929.  You are invited to attend and participate.

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
*Attorneys for Merck & Co., Inc.*

865194v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, in accord with the procedures established in MDL 1657, on this 28th day of March, 2007.

<div style="margin-left: 50%;">

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

</div>

865194v.1

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  VIOXX® PRODUCTS LIABILITY LITIGATION | * MDL Docket No. 1657 * * SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * JUDGE FALLON * * MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S NOTICE OF *DE BENE ESSE* TRIAL PRESERVATION DEPOSITION OF DR. ALISE REICIN

TO:     The parties in all cases consolidated in *In re Vioxx Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition *de bene esse* of **Alise Reicin, M.D.** will be held on **July 26 and July 27, 2007**, beginning at **9:30 a.m. Eastern Time**, at the offices of **Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004**.  Pursuant to *Fed. R. Civ. P.* 30(b)(2), *Fed R. Civ. P.* 32(a)(3) and Amended Pretrial Order No. 9 (Deposition Guidelines), the deposition will be videotaped by a certified court reporter and may be used at trial.  The call-in number for participation by telephone is 1-866-787-0915, and the participant passcode is 9924929.  You are invited to attend and participate.

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
*Attorneys for Merck & Co., Inc.*

865197v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, in accord with the procedures established in MDL 1657, on this 28th day of March, 2007.

> _/s/ Dorothy H. Wimberly_
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana  70130
> Phone:  504-581-3200
> Fax:     504-581-3361
> dwimberly@stonepigman.com
>
> Defendants' Liaison Counsel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| IN RE: VIOXX® | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * |
| | * SECTION L |
| | * |
| THIS DOCUMENT RELATES TO ALL CASES | * JUDGE FALLON |
| | * |
| | * MAG. JUDGE KNOWLES |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S NOTICE OF *DE BENE ESSE* TRIAL PRESERVATION DEPOSITION OF DR. PETER KIM

TO:    The parties in all cases consolidated in *In re Vioxx Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition *de bene esse* of **Peter Kim, M.D.** will be held on **August 21 and August 22, 2007**, beginning at **9:30 a.m. Eastern Time**, at the offices of offices of **Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, Pennsylvania 19104**. Pursuant to *Fed. R. Civ. P.* 30(b)(2), *Fed. R. Civ. P.* 32(a)(3) and Amended Pretrial Order No. 9 (Deposition Guidelines), the deposition will be videotaped by a certified court reporter and may be used at trial. The call-in number for participation by telephone is 1-719-955-2414, and the participant passcode is 2024345400. You are invited to attend and participate.

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
*Attorneys for Merck & Co., Inc.*

865198v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, in accord with the procedures established in MDL 1657, on this 28th day of March, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

865198v.1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| IN RE:  VIOXX® | * **MDL Docket No. 1657** |
| PRODUCTS LIABILITY LITIGATION | * |
| | * **SECTION L** |
| | * |
| THIS DOCUMENT RELATES TO ALL CASES | * **JUDGE FALLON** |
| | * |
| | * **MAG. JUDGE KNOWLES** |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S NOTICE OF *DE BENE ESSE* TRIAL PRESERVATION DEPOSITION OF DR. LISA RARICK

TO:    The parties in all cases consolidated in *In re Vioxx Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition *de bene esse* of **Lisa Rarick, M.D.** will be held on **June 25 and June 26, 2007**, beginning at **9:30 a.m. Eastern Time**, at the offices of **Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C., 20005**. Pursuant to *Fed. R. Civ. P.* 30(b)(2), *Fed R. Civ. P.* 32(a)(3) and Amended Pretrial Order No. 9 (Deposition Guidelines), the deposition will be videotaped by a certified court reporter and may be used at trial. The call-in number for participation by telephone is **719-955-2414**, and the participant passcode is **202 434 5400**. You are invited to attend and participate.

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
*Attorneys for Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, in accord with the procedures established in MDL 1657, on this 28th day of March, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel