UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| **This document relates to:** | **JUDGE FALLON** |
| Vissichelli, George v. Merck & Co., Inc.; 2:06-cv-00671; Lillian Vissichelli on behalf of George Vissichelli | **MAGISTRATE JUDGE KNOWLES** |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiffs, by and through the undersigned attorney, and hereby requests this Court to enter a Voluntary Dismissal Without Prejudice of the Complaint filed herein by the Plaintiffs against the Defendants. The Plaintiffs states that no counterclaim has been served, therefore, they respectfully move this Honorable Court to dismiss said cause without prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Voluntary Dismissal Without Prejudice has been served on Liason Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties electronically by uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 30th day of March, 2007.

Joyce and Reyes Law Firm, PA
Attorney for Plaintiff(s)
307 South Hyde Park Avenue
Tampa, FL 33606-2233
(813) 251-2007, (813) 251-5808

/s/ Robert T. Joyce
Robert T. Joyce
Florida Bar #307904