# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

| | |
|---|---|
| DONALD E. PREWITT and JANET K. PREWITT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. CIV-06-324-EEF-DEK ) |
| MERCK & CO., INC.; MERCK-ENTERPRISES, INC.; MERCK-MEDCO MANAGED CARE, L.L.C.; MERCK-MEDCO RX SERVICES; MERCK-MEDCO RX SERVICES OF OKLAHOMA, L.L.C; GETMAN PHARMACY; GETMAN APOTHECARY SHOPPE, INC.; GETMAN DRUG COMPANY; GETMAN DRUG STORE, INC.; GETMAN DRUG, INC.; GETMAN-MACDONNELL-SUMMERS DRUG COMPANY; and, ROY R. GETMAN DRUG STORE, INC., | ) ) ) ) ) ) ) ) (Transferred from U.S.D.C., North ) District of Oklahoma; Case No. ) CIV-05-666-JHP-FHM) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that effective March 30, 2007 the address for the undersigned counsel for MEDCO HEALTH SOLUTIONS, INC. and GETMAN DRUG, INC., D/B/A GETMAN PHARMACY will be as follows:

        Thomas G. Wolfe, OBA #11576
        PHILLIPS MCFALL MCCAFFREY
          MCVAY & MURRAH, P.C.
        Corporate Tower, Thirteenth Floor
        101 North Robinson
        Oklahoma City, Oklahoma   73102
        Telephone:  (405) 235-4100
        Facsimile:  (405) 235-4133

Respectfully submitted,

  *s/Thomas G. Wolfe*
Thomas G. Wolfe, OBA #11576
**PHILLIPS McFALL McCAFFREY**
 **McVAY & MURRAH, P.C.**
Corporate Tower, Thirteenth Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile:  (405) 235-4133
tgwolfe@phillipsmcfall.com

Attorney for Defendant Medco Health Solutions, Inc. and Defendant Getman Drug, Inc. d/b/a Getman Pharmacy

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2007, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

  M. David Riggs
  Kris E. Koepsel
  Donald M. Bingham
  RIGGS, AGNEY, NEAL, TURPEN,
   ORBISON & LEWIS
  502 West Sixth Street
  Tulsa, OK 74119-1010
  Attorneys for Plaintiffs

  John A. Kenney
  Sheryl N. Young
  Brandon L. Buchanan
  McAfee & Taft, P.C.
  10th Floor, Two Leadership Square
  211 N. Robinson
  Oklahoma City, OK  73102
  Attorneys for Defendant Merck & Co., Inc.

Bradford D. Barron
Richard D. Gibbon
Zachary T. Barron
Gibbon Barron & Barron, P.A.
2 W. 6th Street, Suite 320
Tulsa, OK  74119-1215
Attorneys for Defendants Getman Apothecary
Shoppe, Inc., Getman Drug Company and
Getman Drug, Inc.

　　　　　　　　　　　　　　　　　　　　　　*s/ Thomas G. Wolfe*