IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

| | | |
|---|---|---|
| LINDA ROUNTREE and ROBERT ROUNTREE, | ) ) ) | MDL 1657 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-06-1521-EEF-DEK |
| MERCK & CO., INC., and WALGREEN CO., | ) ) ) | (Transferred from U.S.D.C., Northern District of Oklahoma; Case No. 06-CV-49) |
| Defendants. | ) | |

### AMENDED NOTICE OF CHANGE OF ADDRESS

Please be advised that effective March 30, 2007, the address for the undersigned counsel for WALGREEN CO. is as follows:

>Thomas G. Wolfe, OBA #11576
>PHILLIPS MCFALL MCCAFFREY
>   MCVAY & MURRAH, P.C.
>Corporate Tower, Thirteenth Floor
>101 North Robinson
>Oklahoma City, Oklahoma   73102
>Telephone:  (405) 235-4100
>Facsimile:  (405) 235-4133

>Respectfully submitted,

>*/s/ Thomas G. Wolfe*
>Thomas G. Wolfe, OBA #11576
>Leslie L. Lynch, OBA #15124
>PHILLIPS McFALL McCAFFREY
>   McVAY & MURRAH, P.C.
>Corporate Tower, Thirteenth Floor
>101 North Robinson
>Oklahoma City, OK 73102
>Telephone:  405-235-4100
>Facsimile:  405-235-4133
>TGWolfe@PhillipsMcFall.com
>LLLynch@PhillipsMcFall.com

>*Attorneys for Walgreen Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of March, 2007, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmitted a Notice of Electronic Filing to the following registrants:

James F. Self, Jr.
SELF & ASSOCIATES, INC.
8720 S. Pennsylvania
Oklahoma City, OK 73159

Donna J. Bowen
Mike Davis
SLACK & DAVIS, L.L.P.
2705 Bee Cave Road, Suite 220
Austin, Texas  78746

*Attorneys for Plaintiffs*

John A. Kenney
Sheryl N. Young
Brandon L. Buchanan
McAfee & Taft, P.C.
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK  73102

*Attorneys for Defendant Merck & Co., Inc.*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas G. Wolfe*