UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX
        Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Marianne Chambers, et al v. Merck & Co., Inc.
(2:05-cv-01997-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel hereby moves the Court for an Order permitting him to withdraw as counsel for Michael Melendez, only.

The plaintiff and counsel have irreconcilable differences over issues arising out of this litigation as well as over the management and direction of the litigation.  Counsel suggests that under these circumstances, they are unable to represent plaintiff Melendez, and therefore move to withdraw as counsel of record for the plaintiff Michael Melendez, only.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff Melendez's address.  Plaintiff's current contact info is:

Michael Melendez
29 Windsor Street
Meriden, CT 06451
(203)440-2807

Dated: April 2, 2007

BY: _____

Michael A. Stratton
Stratton Faxon Firm
59 Elm Street
New Haven, CT 06510
TEL: (203) 624-9500
mstratton@strattonfaxon.com

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd Day of April, 2007.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz
Rachel Amankulor
Iris Gafni-Kane
Usha-Kiran Ghia
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508

_____
Michael A. Stratton