UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | MAGISTRATE JUDGE |
| ALL MEDICAL MONITORING | * | KNOWLES |
| CLASS ACTION COMPLAINTS | * | |
| PENDING OR SUBJECT TO | * | |
| TRANSFER TO MDL 1657 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION AND INCORPORATED MEMORANDUM FOR
ADDITIONAL PAGES FOR MERCK'S REPLY IN SUPPORT
OF MOTION TO STRIKE CLASS ALLEGATIONS IN PLAINTIFFS' MEDICAL
MONITORING MASTER CLASS ACTION COMPLAINT**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for Merck's Reply in Support of Motion to Strike Class Allegations in Plaintiffs' Medical Monitoring Master Class Action Complaint.  The reply memorandum responds to plaintiff's opposition and addresses the facts and law supporting Merck's Motion.  Merck requests that it be granted three (3) additional pages, for a total of eighteen (18) pages for its reply memorandum.

865657v.1

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted three (3) additional pages, for a total of eighteen (18) pages for Merck's Reply in Support of Motion to Strike Class Allegations in Plaintiffs' Medical Monitoring Master Class Action Complaint.

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:  504-581-3361

Defendants' Liaison Counsel

865657v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Mark Robinson by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2d day of April, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

865657v.1