UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | MAGISTRATE JUDGE |
| ALL MEDICAL MONITORING | * | KNOWLES |
| CLASS ACTION COMPLAINTS | * | |
| PENDING OR SUBJECT TO | * | |
| TRANSFER TO MDL 1657 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Merck's Reply in Support of Motion to Strike Class Allegations in Plaintiffs' Medical Monitoring Master Class Action Complaint,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted an additional three (3) pages, for a total of eighteen (18) pages for its reply memorandum.

NEW ORLEANS, LOUISIANA, this ___ day of April, 2007.

_____
DISTRICT JUDGE

865670v.1