UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: Don Iverson v. Merck & Co., Inc. No. 06-01569 | JUDGE FALLON |
| | Mag. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Don Iverson ("Iverson") and Defendant, Merck & Co, Inc. ("Merck"), hereby stipulate to a dismissal with prejudice the above-styled lawsuit including all of the claims and issues in this matter with each party to bear its own respective costs and attorneys' fees.

There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit with prejudice.

Michael I. Welker (USB No. 7447)
Gallian, Wilcox, Elker & Olson, L.C.
59 South 100 East
St. George, Utah 84770

*Dorothy H. Wimberly* (signature)

Phillip A. Whitmann, 13625
~~Anthony M. DiLeo, 1942~~
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMAN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Defendant's Liaison Counsel


Rick L. Rose (USB # 5140)
Kristine M. Larsen (USB #9228)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Counsel for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2d day of April, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2