UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: Don Iverson v. Merck & Co., Inc. No. 06-01569 | JUDGE FALLON |
| | Mag. JUDGE KNOWLES |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS SO ORDERED, that the claims of Plaintiff, Don Iverson against Defendant, Merck & Co, Inc. in the above-styled lawsuit be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
DISTRICT JUDGE

919113