# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| EDWARD ADCOCK, Individually and Executrix of Estate of VIRGINIA ADCOCK, Deceased | **PARTIAL VOLUNTARY DISMISSAL BY STIPULATION** |
| Case No.: 2:05 CV 5753 | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, by and through their designated counsel and pursuant to Fed. R. Civ. Pro. 41(a)(1) that Plaintiff Deborah Randall's actions be and hereby are dismissed without prejudice and may only be re-filed in the MDL.  All other Plaintiffs' claims contained in this case are unaffected by this stipulation.

Respectfully Submitted:

*s/Alissa J. Magenheim*
Alissa J. Magenheim
O'Connor, Acciani & Levy
Attorney for Plaintiffs

s/*Melanie S. Bailey*
Melanie S. Bailey
Jennifer L. Thompson
Burg Simpson Eldredge Hersh & Jardine, P.C.
Attorney for Plaintiffs

*s/Susan J. Pope*
Susan J. Pope
Frost Brown Todd LLC
Attorney for Defendant

*s/Zane Riester*
Zane Riester
Hughes, Hubbard, & Reed
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Partial Voluntary Dismissal by Stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of April, 2007.

s/*Melanie S. Bailey*
Melanie S. Bailey
KY-86679
Attorney for Plaintiffs
Burg Simpson Eldredge Hersh & Jardine, PC
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
(513) 852-5600
(513) 852-5611 (Fax)
mbailey@burgsimpson.com