# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| EDWARD ADCOCK, Individually and Executrix of Estate of VIRGINIA ADCOCK, Deceased | **ORDER** |

Case No.: 2:05 CV 5753

      Having reviewed the Partial Voluntary Dismissal Pursuant to Rule 41(A)(1), and finding good cause therefore, it is hereby ordered that the claims of Plaintiff Deborah Randall are dismissed without prejudice to the refilling in the MDL.

      It is further ordered that this Order does not effect any other actions or claims contained in this case.

**IT IS SO ORDERED.**

_____
HONORABLE JUDGE FALLON