UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
       PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON  
MAG. JUDGE KNOWLES

……………………………………………………

**THIS DOCUMENT RELATES TO:**  
*Randall Smith v. Merck & Co., Inc., et al.,*  
No. 2:07-cv-700 (previously 4:06-cv-01717-CEJ EDMO USDC)

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW THE PLAINTIFF, RANDALL SMITH, by and through his undersigned counsel, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, respectfully requests leave to amend the Complaint previously filed in this cause. In further support of his motion, Plaintiff states:

1. This cause was originally filed in the United States District Court, Eastern District of Missouri, on November 28, 2006.

2. The original complaint incorrectly showed plaintiff as, "Randle" Smith, and "Randle Clayton".

3. Plaintiff, Randall Smith, now seeks to amend the Complaint previously filed whereby he is properly identified as "Randall Smith."

4. A trial date has not been set in this cause. The submitted Amended Complaint does not set forth any new theories of recovery and simply seeks to properly identify the plaintiff.

WHEREFORE, Plaintiff Randall Smith prays this Honorable Court to grant Plaintiff leave to file his First Amended Complaint.

Respectfully submitted,

BROWN & CROUPPEN, P.C.


By: /S/ SETH SHARROCK WEBB
Seth Sharrock Webb, MO Fed #505666
720 Olive Street, Suite 1800
St. Louis, MO  63101
Ph: (314) 421-0216
Fx: (314) 421-0359
swebb@brownandcrouppen.com


ATTORNEY FOR PLAINTIFF
RANDALL SMITH

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Motion for Leave to Amend Complaint has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was mailed via U.S. Postal Service to the Clerk of Court of the United States District Court for the Eastern District of Louisiana to be filed and uploaded onto the court's electronic filing system, on this 3rd day of April, 2007.

**Stephen G. Strauss**
**Dan H. Ball**
Bryan Cave, LLP -St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


                By:    <u>/s/ SETH SHARROCK WEBB</u>
                         Seth Sharrock Webb, MO Fed. #505666