**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: VIOXX** | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION :** | |
| | **SECTION: L** |
| | |
| ………………………………………………… | **JUDGE FALLON** |
| | **MAG. JUDGE KNOWLES** |

**THIS DOCUMENT RELATES TO:**
*Randall Smith v. Merck & Co., Inc., et al.,*
**No. 2:07-cv-700 (previously 4:06-cv-01717-CEJ EDMO USDC)**

<u>**ORDER GRANTING**</u>
<u>**MOTION FOR LEAVE TO AMEND COMPLAINT**</u>

On the date shown below, the Court considered the Plaintiff's Motion for Leave to Amend his complaint. After considering the Motion, the Court concludes it should be GRANTED.

Dated this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE