UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | MAGISTRATE |
| This document relates to: | * | JUDGE KNOWLES |
| | * | |
| Sanchez, Raquel R. v. Merck & Co., | * | |
| Inc.; 2:06-cv-02264; Leonel Sanchez, | * | OPPOSITION |
| Raquel Rebecca Sanchez, and Stella | * | |
| Sanchez on behalf of Estela Sanchez | * | |
| | * | |
| Belle, Jim H. v. Merck & Co., Inc.; 2:06- | * | |
| cv-02863; and only regarding Richard | * | |
| White; | * | |
| | * | |
| Moreno, Cristina v. Merck & Co., Inc.; | * | |
| 2:06-cv-02945; Cristina Moreno, | * | |
| Valentin Moreno, Roy Moreno, Nora | * | |
| Barrera, Norma Cavazos on behalf of | * | |
| Julia Moreno; | * | |
| | * | |
| Gonzales, Brigida v. Merck & Co., Inc.; | * | |
| 2:06-cv-00919; Brigida Gonzales on | * | |
| behalf of Benny Gonzales; | * | |
| | * | |
| Steele, Matthews v. Merck & Co., Inc.; | * | |
| 2:06-cv-03070; Matthews Steele on | * | |
| behalf of Betty Steele; | * | |
| | * | |
| Brennan, John v. Merck & Co., Inc.; | * | |
| 2:06-cv-00672; | * | |
| | * | |
| Vissichelli, George v. Merck & Co., Inc.; | * | |
| 2:06-cv-00671; Lillian Vissichelli on | * | |
| behalf of George Vissichelli; | * | |
| | * | |
| Laing, John v. Merck & Co., Inc.; 2:05- | * | |
| cv-06116; | * | |
| | * | |
| | * | |

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No____

| | |
|---|---|
| Miller, ReDonna E.W. v. Merck & Co., Inc.; 2:06-cv-01462; ReDonna Earle Wakefield Miller on behalf of Charles Ray Miller | * * * * * |
| Ellis, L.D. v. Merck & Co., Inc.; 2:06-cv-01033; L.D. Ellis on behalf of Minnie Ellis | * * * * |
| Meglio, Luca P. v. Merck & Co., Inc.; 2:05-cv-04143; Luca P. Meglio on behalf of Sylvia Meglio; | * * * * |
| Kern, Joyce v. Merck & Co., Inc.; 2:05-cv-06743 | * * * |
| Goodman, Ronald H. v. Merck & Co., Inc.; 2:06-cv-00858; Ronald H. Goodman | * * * |
| Chapla, Donna v. Merck & Co., Inc.; 2:06-cv-02745; Donna Chapla on behalf of Evelyn J. Czapla | * * * * |
| Arnold, Katherine v. Merck & Co., Inc.; 2:05-cv-05146; | * * * |
| Destinvil, Esma v. Merck & Co., Inc.; 2:05-cv-02003; | * * * |
| Shamis, Faina v. Merck & Co., Inc.; 2:05-cv-03881; | * * * |
| Psomos, Angelos v. Merck & Co., Inc.; 2:05-cv-03876; | * * * |
| Stagias, Peter v. Merck & Co., Inc.; 2:05-cv-03875; | * * * |
| Somos, Nick v. Merck & Co., Inc.; 2:05-cv-04698; | * * * |
| Patrakas, Dionysios v. Merck & Co., Inc.; 2:05-cv-03870; | * * * |
| Patrakas, Vasilios v. Merck & Co., Inc.; 2:05-cv-03881; | * * |

| | |
|---|---|
| Patrakas, Effie v. Merck & Co., Inc.; <br> 2:05-cv-03871; <br><br> Miltalios, Fotis v. Merck & Co., Inc.; <br> 2:05-cv-03878; <br><br> Ikonomidis, Petros v. Merck & Co., Inc.; <br> 2:05-cv-03884. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOW INTO COURT, plaintiffs in the above pending Vioxx Litigation: Faina Shamis, Angelos Psomos, Peter Stagias, Nick Somos, Dionysios Patrakas, Vasilios Patrakas, Effie Patrakas, Fotis Miltalios, Petros Ikonomidis; through its undersigned counsel, submits this opposition in connection with defendant MERCK & CO., INC.'S application for dismissal, for failure to furnish plaintiff profile forms.

In the following matters, plaintiff profile forms have already been furnished and forwarded to Hughes, Hubbard & Reed, at 101 Hudson Street, Jersey City, New Jersey 07302: Faina Shamis and Nick Somos. Copies of our letters of transmittal regarding these plaintiffs are annexed hereto.

In light of the foregoing, dismissal must be denied as to these plaintiffs. With respect to the following plaintiffs, there has been no response to our repeated requests for information, completion of forms, and/or documentation required in connection with this pending Vioxx litigation: that is Angelos Psomos, Peter Stagias, Dionysios Patrakas, Vasilios Patrakas, Effie Patrakas, Fotis Miltalios and Petros Ikonomidis. As such, these cases have been rejected by our offices.

**WHEREFORE,** it is most respectfully requested that the Court deny defendant's application for dismissal with respect to plaintiffs Faina Shamis and Nick Somos and permit the remaining plaintiffs formerly represented by our office a period of ninety (90) days, holding

dismissal in abeyance, to afford them the opportunity to obtain new counsel, should they so desire.

          Respectfully submitted,

          */s/ Richard Mandel*

          Richard Mandel
          Law Offices of Lawrence P. Biondi
          81 Main Street, Suite 504
          White Plains, New York 10601
          Phone:  (914) 946-5093
          Fax:     (914) 946-7372
          rmandel@lpblawfirm.com

          Attorney for Plaintiffs Faina Shamis, Angelos Psomos, Peter Stagias, Nick Somos, Dionysios Patrakas, Vasilios Patrakas, Effie Patrakas, Fotis Miltalios, Petros Ikonomidis

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing OPPOSITION has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing original singed document was mailed Overnight Mail via Federal Express with the Clerk of Court of the United States District Court for the Eastern District of Louisiana to be filed with the court on this 30th day of March, 2007.

Richard Mandel
Law Offices of Lawrence P. Biondi
81 Main Street, Suite 504
White Plains, New York 10601
Phone: (914) 946-5093
Fax: (914) 946-7372
rmandel@lpblawfirm.com

Attorney for Plaintiffs Faina Shamis, Angelos Psomos, Peter Stagias, Nick Somos, Dionysios Patrakas, Vasilios Patrakas, Effie Patrakas, Fotis Miltalios, Petros Ikonomidis

LAW OFFICES OF
# LAWRENCE PERRY BIONDI

LAWRENCE P. BIONDI
lbiondi@lpblawfirm.com

WHITE PLAINS
81 MAIN STREET
SUITE 504
WHITE PLAINS, NY 10601
P:(914)946-5093
F:(914)946-7372
www.lpblawfirm.com

NEW YORK
888 SEVENTH AVENUE
SUITE 300
NEW YORK, NY 10019
P:(212)233-9431
F:(212)233-9436
www.lpblawfirm.com

March 19, 2007

John Poulos
Hughes, Hubbard & Reed
101 Hudson Street
Jersey City, NJ 07302

Re:   Vioxx litigation-
      Faina Shamis

Dear Mr. Poulos,

Enclosed please find plaintiff profile form regarding Faina Shamis, completed as far as information currently known.

Be advised that we continue in the process of attempting to gain information regarding these profile forms for our Vioxx plaintiffs. As you know, these forms are quite lengthy and detailed, so this is a very slow and tedious process.

Your patience and understanding is very much appreciated.

Very truly yours,

Richard Mandel

RM/pr
Enclosure

LAW OFFICES OF
# LAWRENCE PERRY BIONDI

**LAWRENCE P. BIONDI**
lpbiondi@lpblawfirm.com

WHITE PLAINS
81 MAIN STREET
SUITE 504
WHITE PLAINS, NY 10601
P:(914)946-5093
F:(914)946-7372
www.lpblawfirm.com

NEW YORK
888 SEVENTH AVENUE
SUITE 300
NEW YORK, NY 10019
P:(212)233-9431
F:(212)233-9436
www.lpblawfirm.com

March 20, 2007

John Poulos
Hughes, Hubbard & Reed
101 Hudson Street
Jersey City, NJ 07302

Re: Vioxx litigation- Nick Somos

Dear Mr. Poulos:

Enclosed please find plaintiff profile forms regarding Nick Somos, completed as far as information currently known.

Be advised that we continue in the process of attempting to gain information regarding these profile forms for our Vioxx plaintiffs. As you know, these forms are quite lengthy and detailed, so this is a very slow and tedious process.

Your patience and understanding is very much appreciated.

Very truly yours,

Richard Mandel

RM/pr
Enclosures