UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | JUDGE FALLON |
| This document relates to: | ) | |
| | ) | MAGISTRATE |
| Miller, ReDonna E. W. v. Merck & Co., | ) | JUDGE KNOWLES |
| Inc.,; 2:06-cv-01462; ReDonna Earle | ) | |
| Wakefield Miller on behalf of Charles | ) | |
| Ray Miller, | ) | |
| | ) | |

**PLAINTIFF REDONNA E.W. MILLER'S RESPONSE TO
DEFENDANT MERCK & CO., INC.'S RULE AND
INCORPORATED MEMORANDUM TO SHOW CAUSE
WHY CASES SHOULD NOT BE DISMISSED WITH
PREJUDICE FOR FAILURE TO PROVIDE ANY RESPONSE TO THE
PLAINTIFF PROFILE FORM AS REQUIRED BY PRE-TRIAL ORDER NO. 18C**

**COMES NOW** the Plaintiff, ReDonna E. W. Miller, by and through her undersigned counsel and as her response to Defendant Merck & Co., Inc.'s Rule And Incorporated Memorandum To Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Provide Any Response To The Plaintiff Profile Form As Required By Pre-Trial Order No. 18C would show unto this Honorable Court as follows:

1. This case was transferred to the MDL on April 4, 2006. At that time, Ed McRight was employed by the law firm of King, Wiley & Williams and was responsible for the day to day handling of this case. Mr. McRight terminated his employment with the law firm of King, Wiley & Williams at the end of September 2006. Mr. McRight's cases were reassigned and the undersigned took over the day to day handling of this case. For reasons unknown to the undersigned, neither the Court's

Pre-Trial Order No. 18C nor the September 2006 warning letter from the Defendant were in the file when it was given back to him for handling.

2. The Defendant did in fact send a letter to the undersigned on December 21, 2006 regarding the PPF, but the undersigned did not receive the letter until after he returned to work from the Christmas holidays on January 4, 2007. This was actually the first notice the undersigned personally had of the requirement for the PPF.

3. The undersigned has now met with the Plaintiff and completed the PPF as well as the required Medical Authorizations required by the Court's Pre-Trial Order No. 18C and have sent these documents to Counsel for the Defendant. The undersigned apologizes for the delay in submitting this information and prays that this Honorable Court will see fit not punish the Plaintiff for the unintentional delays of the undersigned.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that in light of Plaintiff's compliance in providing Defendant Merck with the required PPF and Medical Authorizations, that this Honorable Court will deny Defendant Merck Co., Inc.'s Rule And Incorporated Memorandum To Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Provide Any Response To The Plaintiff Profile Form As Required By Pre-Trial Order No. 18C and allow this case to proceed on its normal course.

KING, WILEY & WILLIAMS
Attorneys for Plaintiff ReDonna E. W. Miller

_____
James C. King
1824 3rd Avenue South
P.O. Box 1688
Jasper, AL 35502-1688
Phone: (205) 221-3500
Fax:   (205) 221-3581

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Rule To Show Cause has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with the Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 30th day of March, 2007.

/s/ James C. King
James C. King
1824 3rd Avenue South
P.O. Box 1688
Jasper, AL 35502-1688
Phone: (205) 221-3500
Fax:    (205) 221-3581