**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
OFFICE OF ~~THE CLERK~~

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

March 30, 2007

*FILED MAR 30 2007 LORETTA G. WHYTE CLERK*

Mr. Charles R. Fulbruge, III, Clerk
-U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

APPEAL NO   07-30054

IN RE: <u>VIOXX PRODUCTS LIABILITY LITIGATION       MD  05-1657 L</u>

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___  1) Certified copy of the notice of appeal and docket entries.

___  2) Certified copy of notice of a cross-appeal and docket entries.

___  3) The Court of Appeals docket fee ___ HAS  ___ HAS NOT been paid.

___  4) This case is proceeding <u>in forma pauperis</u>

___  5) Order Appointing Counsel   ___ CJA-20   ___ FPD

___  6) District Judge Entering the final judgment is_____

___  7) Court Reporter assigned to the _____

___  8) If criminal case, number and names of other defendants on appeal _____

___  9) This case was decided without a hearing; there will be no transcript.

___  10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

_x_  1) **Certified** Electronic Copy of Record on appeal:

   ___ Volume(s) of record   ___ Volume(s) of transcript

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___ Box   ___ Envelope

___  2) Supplemental record consisting of _____

___  3) SEALED DOCUMENT _____

___  4) Other:_____

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Very truly yours,

By_____Alicia Phelps_____
Deputy Clerk