UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Jerry Anderson v. Merck & Co., Inc.* | * | MAGISTRATE |
| No. 06-1902 | * | JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * | * | |
| | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Joe Williams against defendant Merck & Co., Inc. in the above-styled lawsuit be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation. The claims of the remaining plaintiffs in the above-styled lawsuit remain in full force and effect.

NEW ORLEANS, LOUISIANA, this 26th day of March, 2007.

_____
DISTRICT JUDGE

858861v.1