UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| Hipolito A. Gonzalez v. Merck & Co., Inc., Case No. 05-2306; John Laing v. Merck & Co., Inc., Case No. 05-6116 | * * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs in the above-styled captions ("Plaintiffs") and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuits, subject to the following conditions:

1. Plaintiffs agree that, in the event any or all of them re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been parties and had had an opportunity to participate in that discovery.

865930v.1

3. In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal.

Plaintiffs agree to the above-stated conditions and wish to dismiss the instant lawsuits without prejudice to re-filing.  There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuits without prejudice to re-filing, subject to the conditions stated above.

_/s/ Jami S. Oliver_
Jami S. Oliver (0061738)
OLIVER LAW OFFICES, INC.
471 E. Broad St., Ste. 1303
Columbus, OH 43215
Phone: 614-220-9100
Fax: 614-242-3948
joliver@jamioliver.com

Attorney for Plaintiffs


_/s/ Dorothy H. Wimberly_
Phillip A. Whittman, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittman L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone:    (504) 581-3200
Facsimile:    (504) 581-3361

Defendant's Liaison Counsel

865930v.1

John A. Kenney, OBA #4976  
Sheryl N. Young, OBA #14183  
Brandon L. Buchanan, OBA #18661  
McAfee & Taft A Professional Corporation  
10th Floor, Two Leadership Square  
211 North Robinson  
Oklahoma City, OK  73102  
Telephone:    (405) 235-9621  
Facsimile:    (405) 235-0439  

Counsel for Defendant Merck & Co., Inc.

865930v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3d day of April, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

865930v.1