IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT LOUISIANA

In re: **VIOXX PRODUCTS LIABILITY LITIGATION**,

Adams et al v. Merck & Co Inc,
2:05-cv-04326-EEF-DEK

MDL No. 1657

## SUGGESTION OF DEATH

COMES NOW plaintiff Fred Allen and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure suggests on the record the death of Fred Allen during the pendency of this action.

        JEFFREY J. LOWE, PC

    By:  /s/ Francis J. Flynn
        Jeffrey J. Lowe    #10538
        Francis J. "Casey" Flynn #118147
        Attorney for Plaintiff
        8235 Forsyth, Suite 1100
        St. Louis, Missouri 63105
        (314) 678-3400
        Fax: (314) 678-3401

        John Carey
        Joseph P. Danis
        David Bauman
        Sarah Hale
        CAREY & DANIS, LLC
        8235 Forsyth Boulevard, Suite 1100
        St. Louis MO 63105
        Telephone: 314-725-7700
        Facsimile: 314-721-0905

        Charles Lampin
        Kell Lampin LLC
        4700 Mexican Rd.
        St. Peters, Missouri 63376
        636-498-4000

-2-

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically upon the parties on this 4th day of April, 2007, to:

Dan H. Ball
Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO  63102-2750
314-259-2000
314-259-2020 (fax)

Norman C. Kleinberg
Theodore V.H. Mayer
Charles Avrith
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY  10004
212-837-6000

Attorneys for Merck & Co., Inc.

David A. Dick
Thompson Coburn
One Firstar Plaza

509624 / 004128                                      -2-

Suite 3500
St. Louis, MO 63101-9702
(314) 552-6000

      Attorney for the pharmacy defendants.


                             /s/ Francis J. Flynn