UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Bethea v. Merck & Co., Inc.*, **05-6795**

### ORDER

IT IS ORDERED that the Plaintiff's Petition for Certification of Appeal (Rec. Doc. 10503) is DENIED.  The Plaintiff's previously denied motion to remand to state court does not involve a "controlling question of law as to which there is substantial ground for difference of opinion."  28 U.S.C. § 1292(b).  Accordingly, an immediate appeal from the Court's order denying the Plaintiff's motion will not "materially advance the ultimate termination of the litigation."  *Id.*

New Orleans, Louisiana, this __3rd__ day of __April__, 2007.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Stanley Bethea
P.O. Box 704
HBG, PA 17108