UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
    Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Marianne Chambers, et al v. Merck & Co., Inc.
(2:05-cv-01997-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

### ORDER

It is hereby ordered, that the Plaintiff's Motion to Withdraw as Counsel for the plaintiff Michael Melendez, only, having been heard, is hereby ordered:

GRANTED ✓, DENIED _____.

BY THE COURT,   4/3/07

*/s/ Eldon E. Fallon*