UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: Shirley Vanicsek v. Merck & Co., Inc. No. 06-10317 | JUDGE FALLON |
| | Mag. JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS SO ORDERED, that the claims of Plaintiff Shirley Vanicsek, against Defendant, Merck & Co, Inc. in the above-styled lawsuit be and they hereby are dismissed with prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 3rd day of April, 2007.

_[signature]_
DISTRICT JUDGE

919111