UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX
       Products Liability Litigation

MDL No. 1657

SECTION:  L

This Document Relates to:
Celina Boyer, et al v. Merck & Co., Inc.
(2:05-04674-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

## PLAINTIFFS' MOTION TO AMEND COMPLAINT

     Pursuant to Fed. R. Civ. P. 15(a), the Plaintiffs move to amend the complaint as set forth in the attached amended complaint based on the death of Plaintiff, Grace Maglieri. Diane Schmidt will be substituted as the Administrator of the estate of Grace Maglieri.  The opposing counsel has no objections to this request.

THE PLAINTIFFS,

By_____
    MICHAEL A. STRATTON
    CT 08166
    STRATTON FAXON
    59 ELM STREET
    NEW HAVEN, CT 06510
    TEL:  203-624-9500
    FAX:  203-624-9100
    mstratton@strattonfaxon.com

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion to Amend Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th Day of April, 2007.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz
Rachel Amankulor
Iris Gafni-Kane
Usha-Kiran Ghia
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508

Michael A. Stratton