UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
    Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Celina Boyer, et al v. Merck & Co., Inc.
(2:05-04674-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

### ORDER

It is ordered that the plaintiff be granted Motion to Amend the Complaint based on the death of plaintiff, Grace Maglieri.

GRANTED / DENIED

_____
JUDGE/CLERK