UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | |
| Kathy Dimick vs. Monsanto Co., et al. 06-cv-08826 | * | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Kathy Dimick and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims of Kathy Dimick against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs, subject to the following conditions:

1. Kathy Dimick agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Kathy Dimick further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Kathy Dimick, as though she had been a party and had had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal

without prejudice of the claims of Kathy Dimick against Merck & Co., Inc., in the above-captioned case.

4. Plaintiff's claims against the remaining defendants, namely Monsanto Company, Pfizer Inc., Pharmacia Corporation, and G.D. Searle, LLD, continue in full force and effect.

Respectfully submitted,

| DAVIS BETHUNE & JONES, LLC | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
|---|---|
| By: _____ | By: /s/ Dorothy H. Wimberly |
| Shawn G. Foster | Phillip A. Wittmann, 13625 |
| Davis Bethune & Jones, LLC | Dorothy H. Wimberly, 18509 |
| 1100 Main St., Suite 2930 | Stone Pigman Walther Wittmann, L.L.C. |
| P. O. Box 26250 | 546 Carondelet St. |
| Kansas City, MO 64196 | New Orleans, LA 70130 |
| Phone: 816-421-1600 | Phone: 504-581-3200 |
| Counsel for Plaintiff | Counsel for Defendant Merck & Co., Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of April, 2007.

*Dorothy H. Wimberly*

852104v.1