UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION :
                                          SECTION: L

                                          JUDGE FALLON
……………………………………………………………  MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Randall Smith v. Merck & Co., Inc., et al.,*
**No. 2:07-cv-700 (previously 4:06-cv-01717-CEJ EDMO USDC)**

## ORDER GRANTING
## MOTION FOR LEAVE TO AMEND COMPLAINT

On the date shown below, the Court considered the Plaintiff's Motion for Leave to Amend his complaint. After considering the Motion, the Court concludes it should be GRANTED.

Dated this __4th__ day of ____April____, 2007.

_____
UNITED STATES DISTRICT JUDGE