UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED APR - 2 2007
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX § | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION § | |
| § | SECTION: "L" |
| § | |
| This document relates to: § | JUDGE ELDON E. FALLON |
| § | MAGISTRATE JUDGE KNOWLES |
| FRANK SCHMERBER (ENRIQUE § | |
| TREVINO, OLIVIA RODRIGUEZ ROMO § | |
| AND AGUSTIN TELLEZ), ET AL. § | MDL Case No. 2:06-CV-11339-EEF-DEK |
| § | |
| V. § | |
| § | |
| MERCK & CO., INC. (SAMMY LERMA, § | |
| III, M.D. AND SAMMY LERMA, III, § | Western District of Texas |
| M.D., P.A.), ET AL. § | C.A. No. 2:06-CV-00089-AML-VRG |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS, SAMMY LERMA, M.D. AND SAMMY LERMA, M.D., P.A.

Defendants, SAMMY LERMA, M.D. (improperly named as Sammy Lerma, III, M.D.) and SAMMY LERMA, M.D., P.A. (improperly named as Sammy Lerma, III, M.D., P.A.) hereby give notice to this Honorable Court and all parties that the following counsel are representing said Defendants in this matter:

> Jay H. Henderson
> State Bar No.: 09424050
> Federal ID No.: 1431
> T. Scott Allen, Jr.
> State Bar No.: 01059700
> Federal ID No.: 0064
> 2777 Allen Parkway, 7th Floor
> Houston, Texas 77019-2133
> (713) 650-6600 (Telephone)
> (713) 650-1720 (Telecopier)

Fee_____
Process_____
X Dktd_____
_ CtRmDep_____
__ Doc. No_____

Defendants, Sammy Lerma, M.D., and Sammy Lerma, M.D., P.A., request the Court and all parties to copy these counsel on all filings, motions, and other matters relating to this case.

Respectfully submitted,

CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.

*[signature]*

Jay H. Henderson
Attorney-In-Charge
State Bar No.: 09424050
Federal ID No.: 1431
2777 Allen Parkway, 7th Floor
Houston, Texas 77019-2133
(713) 650-6600 (Telephone)
(713) 650-1720 (Telecopier)

ATTORNEYS FOR DEFENDANTS,
SAMMY LERMA, M.D. AND SAMMY LERMA,
M.D., P.A.

OF COUNSEL:

T. Scott Allen, Jr.
State Bar No.: 01059700
Federal ID No.: 0064
CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019-2133
(713) 650-6600 (Telephone)
(713) 650-1720 (Telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel for Defendants, Sammy Lerma, M.D., and Sammy Lerma, M.D., P.A., has been served on all Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 30TH day of March, 2007.

Jay H. Henderson