IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 APR -5 AM 7:37
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| DEMPER BIRDOW | ) | |
| | ) | MDL Docket No. 1657 |
| Plaintiff, | ) | |
| vs. | ) | Section L |
| | ) | |
| MERCK & CO., INC., and | ) | Judge Fallon |
| PAUL HECKERLING, M.D. | ) | |
| | ) | Magistrate Judge Knowles |
| Defendants. | ) | |
| | ) | 2:06-CV-09360 |

## ORDER

This cause coming before the Court on the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by the Defendant, Paul Heckerling, M.D., due notice having been given, and the Court being advised that this Motion is not opposed by the Plaintiff, IT IS HEREBY ORDERED:

Defendant-Heckerling's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted, and Defendant - Heckerling is dismissed from this cause without prejudice.

New Orleans, Louisiana, this 3rd day of April, 2007.

_____
Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____