UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO:**
  *Edmonds, et al. v. Merck & Co., Inc.*, No. 05-5450
  *Stinson v. Merck & Co., Inc.*, No. 05-5494
  *Watson v. Merck & Co., Inc.*, No. 05-5545

### ORDER

Before the Court is Merck's Motion for Reconsideration of the Court's Order and Reasons Denying Motion for Summary Judgment (Rec. Doc. 10683). Since the Federal Rules of Civil Procedure do not specifically recognize a motion for reconsideration, such motions are treated as either a motion to alter or amend judgment under Rule 59(e) of the Federal Rules of Civil Procedure or a motion for relief from judgment or order under Rule 60(b) of the Federal Rules of Civil Procedure. *See Ford v. Elsbury*, 32 F.3d 931, 937 (5th Cir. 1994); *Lavespere v. Niagra Mach. & Tool Works, Inc.*, 910 F.2d 167, 173 (5th Cir. 1990). Because Merck's motion was filed within ten days of the rendition of judgment, it shall be governed by Rule 59(e). *Lavespere*, 910 F.2d at 173.

"Courts in this district hold that a moving party must satisfy at least one of the following criteria to prevail on a Rule 59(e) motion: (1) the motion is necessary to correct a manifest error of fact or law; (2) the movant presents newly discovered or previously unavailable evidence; (3) the motion is necessary in order to prevent manifest injustice; [or] (4) the motion is justified by an intervening change in the controlling law." *Motiva Enters. LLC v. Wegmann*, No. 00-3096, 2001 WL 246414 (E.D. La. Mar. 12, 2001). In the instant motion, Merck re-urges its arguments in support of summary judgment and contends that the Court made several clear errors of law in denying its motion for summary judgment. For the reasons stated in the Court's Order & Reasons, IT IS ORDERED that Merck's Motion for Reconsideration (Rec. Doc. 10683) is DENIED.

New Orleans, Louisiana, this 9th day of April, 2007.

_____

UNITED STATES DISTRICT JUDGE