UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Sanchez, Raquel R. v. Merck & Co., Inc.; 2:06-cv-02264; Leonel Sanchez, Raquel Rebecca Sanchez, and Stella Sanchez on behalf of Estela Sanchez; | * * * * * | |
| Belle, Jim H. v. Merck & Co., Inc.; 2:06-cv-02863; and only regarding Richard White; | * * * * | |
| Moreno, Cristina v. Merck & Co., Inc.; 2:06-cv-02945; Cristina Moreno, Valentin Moreno, Roy Moreno, Nora Barrera, Norma Cavazos on behalf of Julia Moreno; | * * * * * * | |
| Brennan, John v. Merck & Co., Inc.; 2:06-cv-00672; | * * * | |
| Vissichelli, George v. Merck & Co., Inc.; 2:06-cv-00671; Lillian Vissichelli on behalf of George Vissichelli; | * * * * | |
| Laing, John v. Merck & Co., Inc.; 2:05-cv-06116; | * * * | |
| Miller, ReDonna E.W. v. Merck & Co., Inc.; 2:06-cv-01462; ReDonna Earle Wakefield Miller on behalf of Charles Ray Miller | * * * * * | |
| Meglio, Luca P. v. Merck & Co., Inc.; 2:05-cv-04143; Luca P. Meglio on behalf of Sylvia Meglio; | * * * * | |
| Chapla, Donna v. Merck & Co., Inc.; 2:06-cv-02745; Donna Chapla on behalf of Evelyn J. Czapla; | * * * * * * | |

| | |
|---|---|
| Arnold, Katherine v. Merck & Co., Inc.; 2:05-cv-05146; | * * * |
| Shamis, Faina v. Merck & Co., Inc.; 2:05-cv-03881; | * * * |
| Somos, Nick v. Merck & Co., Inc.; 2:05-cv-04698; | * * * * |
| * * * * * * * * * * * * * * * * * | * |

## DEFENDANT MERCK & CO., INC.'S NOTICE OF WITHDRAWAL

NOW INTO COURT, Defendant Merck & Co., Inc. ("Merck"), through its undersigned counsel, hereby notifies all parties that it withdraws its motion for an entry of an Order requiring plaintiffs in the cases captioned above to show cause why their individual claims should not be dismissed for failure to provide a responsive and complete Plaintiff Profile Form ("PPF") in compliance with Pre-Trial Order No. 18C ("PTO 18C").

The following plaintiffs have subsequently provided PPFs and are no longer in violation of PTO 18C:

| Plaintiff/Plaintiffs | Case Name | Docket Number |
|---|---|---|
| Leonel Sanchez, Raquel Rebecca Sanchez, and Stella Sanchez on behalf of Estela Sanchez | Sanchez, Raquel R. v. Merck & Co., Inc. | 2:06-cv-02264 |
| Richard White | Belle, Jim H. v. Merck & Co., Inc. | 2:06-cv-02863 |
| John Brennan | Brennan, John v. Merck & Co., Inc. | 2:06-cv-00672 |
| Cristina Moreno, Valentin Moreno, Roy Moreno, Nora Barrera, Norma Cavazos on behalf of Julia Moreno | Moreno, Cristina v. Merck & Co., Inc. | 2:06-cv-02945 |
| ReDonna Earle Wakefield Miller on behalf of Charles Ray Miller | Miller, ReDonna E.W. v. Merck & Co., Inc. | 2:06-cv-01462 |

2

| Plaintiff/Plaintiffs | Case Name | Docket Number |
|---|---|---|
| Faina Shamis | Shamis, Faina v. Merck & Co., Inc. | 2:05-cv-03881 |
| Nick Somos | Somos, Nick v. Merck & Co., Inc. | 2:05-cv-04698 |

Plaintiffs' counsel have also informed Merck that Plaintiffs plan to voluntarily dismiss or have already dismissed the following cases without prejudice, making a Motion to Dismiss unnecessary at this time:

| Plaintiff/Plaintiffs | Case Name | Docket Number |
|---|---|---|
| Luca P. Meglio on behalf of Sylvia Meglio | Meglio, Luca P. v. Merck & Co., Inc | 2:05-cv-04143 |
| Donna Chapla on behalf of Evelyn J. Czapla | Chapla, Donna v. Merck & Co., Inc. | 2:06-cv-02745 |
| Katherine Arnold | Arnold, Katherine v. Merck & Co., Inc. | 2:05-cv-05146 |
| Lillian Vissichelli on behalf of George Vissichelli | Vissichelli, George v. Merck & Co., Inc | 2:06-cv-00671 |
| John Laing | Laing, John v. Merck & Co., Inc. | 2:05-cv-06116 |

DATED:  April 9, 2007

Respectfully submitted,

 /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Withdrawal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of April, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel