## Documents Reviewed by Dr. Lemuel A. Moye

| |
|---|
| Vioxx Science Committee 08-19-05 |
| "Exhibit A " |
| "Report I" |
| 01-vioxxseligman.pdf |
| 093004 0905 22604118 300 (wmr).asf |
| 093004 1110 22609057 300 (wmr).asf |
| 093004 1140 22609614 300 (wmr).asf |
| 1.0133 13-Mar-00 Email from Alise Reicin to Edward Scolnick Re: An Article Stating the Potential Cardioprotective Effects of an NSAID. |
| 1.0219 12-Mar-00 Email from Helen Hantonl Re: Brochier Article on Evaluation for Flurbiprofen for Prevention of Reinfarcation and Reocclusion After Sucessful Thrombolysis or Angioplasty in Acute Myocardial Infarction |
| 1.0497 01-Apr-00 Email from Edward Scolnick to Deborah Shapiro Re: Update to thromboembolic CVD cases VIGOR |
| 1.1518 30-Jan-02 Email from Andrew Plump to Barry Gertz |
| 101304 1700 23123162 300 (wmr).asf |
| 111504 1300 24343607 300 (wmr).asf |
| 12-14-04 FDA survey |
| 2-7-01 Arthritis Advisory Committee NDA 20-988/S009, Celebrex (celecoxib, Searle) pp 100-199 |
| 2-7-01 Arthritis Advisory Committee NDA 20-988/S009, Celebrex (celecoxib, Searle) pp 1-99 |
| 2-7-01 Arthritis Advisory Committee NDA 20-988/S009, Celebrex (celecoxib, Searle) pp 200-236 |
| 2-8-01 Arthritis Advisory Committee NDA 21-042/S007, Vioxx (Rofecoxib, Merck) pp 101-200 |
| 2-8-01 Arthritis Advisory Committee NDA 21-042/S007, Vioxx (Rofecoxib, Merck) pp 1-100 |
| 2-8-01 Arthritis Advisory Committee NDA 21-042/S007, Vioxx (Rofecoxib, Merck) pp 201-242 |
| 5-99 final printed Vioxx label |
| 9-30-04 healthcare prof letter.pdf |
| Access Success |
| Advisory - e-mail information |
| AERS reports and analysis - FDA - Adverse Event Reporting System (AERS) |
| Alan Nies 03-02-05 Deposition |
| Alan Nies 08-23-05 Deposition |
| Anstice, David ? Exhibits 1-129 with some omissions |
| Anstice, David 03/16/05 |
| Anstice, David 03/17/05 |
| Anstice, David 03/18/05 Exhibits 111-153, with some omissions |
| Anstice, David 04/12/05 |
| Anstice, David 04/12/05 Exhibits 127-156 with many omissions; Exhibits 1001-1024 with some omissions |
| Anstice, David 05/20/05 |
| APPROVe data presentatin by Merck 8-04 |
| APPROVe study - BA |
| April 20, 2001 Bulletin for Vioxx: ACTION REQUIRED - "Project A & A Xxceleration": Top 50 Targeting To: Office Based Representatives with Responsibility for Vioxx |
| April 28, 2000 Bulletin for Vioxx: NEW RESOURCE: Cardiovascular Card To: All Field Personnel with Responsibility for VIOXX |
| April 4, 2003 Bulletin for Vioxx: "Project Power Play" Teleconferences To: Office Based Representatives with Responsibility for Vioxx |

Defendant's Exhibit 3080