**Barnett v. Merck 8/3/06 Transcript**

[852:20] - [856:1]     8/3/2006     Barnett Trial Day 4 (pp 688- 905) (Scolnick, Moye, Dem.)

```
page 852
20     Q.   I'M GOING TO TURN TO A PARAGRAPH THAT RELATES TO THE
21     OPINION THAT YOU GAVE TODAY ON THE WARNING IN 1999.  IF YOU
22     TURN OVER TO PARAGRAPH 179, WHICH I BELIEVE IS ON PAGE 65, IF
23     THAT HELPS YOU TO GET THERE.
24     A.   YES, SIR.
25     Q.   IN THIS OPINION THAT BEARS YOUR NAME IN THE VIOXX
page 853
 1     LITIGATION, YOUR BASIC LABELING OPINION, DOES IT SAY, "BOTH
 2     PHYSICIANS AND PATIENTS HAVE THE RIGHT TO DRAW INDEPENDENT
 3     CONCLUSIONS CONCERNING THE RISKS AND BENEFITS OF A THERAPY?"
 4     A.   YES.
 5     Q.   "THEIR BEST AND CLEAREST RECOMMENDATIONS COME FROM THESE
 6     CONSIDERATIONS?"
 7     A.   YES.
 8     Q.   "REVIEW OF THE ROFECOXIB" -- WE KNOW THAT MEANS VIOXX;
 9     RIGHT?
10     A.   YES, THAT'S RIGHT.
11     Q.   "REVIEW OF THE VIOXX LABELS REVEALS SEVERAL
12     UNDERSTATEMENTS ABOUT THE LABEL.  THE FEDERAL REGULATIONS
13     REQUIRE THAT THE LABELING SHALL CONTAIN A SUMMARY OF THE
14     ESSENTIAL SCIENTIFIC INFORMATION NEEDED FOR THE SAFE AND
15     EFFECTIVE USE OF THE DRUG."
16     A.   YES.
17     Q.   "THE ESSENTIAL INFORMATION WAS LACKING IN THE WARNING
18     LABELS FOR THE FENFLURAMINES."
19     A.   FENFLURAMINES, YES.
20     Q.   IS "FENFLURAMINES" ANOTHER SCIENTIFIC WORD FOR VIOXX?
21     A.   NO.  NO, THAT'S A MISTAKE.
22     Q.   WHAT?
23     A.   THAT IS A MISTAKE.
24     Q.   FENFLURAMINES, DOES THAT HAVE ANYTHING TO DO WITH VIOXX?
25     A.   IT DOES NOT, SIR.
page 854
 1     Q.   IS THAT FEN-PHEN?
 2     A.   YES.
 3     Q.   DID YOU JUST CUT AND PASTE THE OPINION THAT YOU HAD IN A
 4     REPORT FOR PLAINTIFFS' LAWYERS IN FEN-PHEN AND STICK IT IN THE
 5     VIOXX REPORT?
 6     A.   ACTUALLY, IT'S WORSE THAN THAT.  IF I HAD DONE THAT, THEN
 7     YOU WOULD SEE IN THE THIRD LINE "REVIEW OF THE FEN-PHEN LABEL,"
 8     SO I DIDN'T DO THAT.
 9     Q.   YOU DID NOT DO THAT?
10     A.   NO, IT WASN'T CUT AND PASTE.  I ACTUALLY JUST LOST MY
11     TRAIN OF THOUGHT.
12     Q.   WHEN YOU WERE TYPING, YOU JUST LOST YOUR TRAIN OF THOUGHT?
13     A.   YES.
14     Q.   LET'S LOOK AT THE REPORT THAT BEARS YOUR NAME IN THE
15     FEN-PHEN LITIGATION, WHICH WE HAVE MARKED AS DEFENSE EXHIBIT
16     3527 FOR IDENTIFICATION PURPOSES ONLY.  UP ON THE RIGHT SIDE OF
17     THE SCREEN, IS THAT THE FRONT PAGE OF THE REPORT THAT BEARS
18     YOUR NAME IN THE FEN-PHEN LITIGATION?
19     A.   YES, SIR.
20     Q.   YOU CAN LOOK AT THE BACK IF YOU WANT, BUT IT'S DATED
21     AUGUST 30, 2004.  GO OVER TO PAGE 99, PLEASE.
22     A.   SURE.
23     Q.   ARE YOU WITH ME?
24     A.   I AM.
25     Q.   SO BACK ON THE VIOXX ONE, WE HAD THIS PARAGRAPH BLOWN UP
page 855
 1     AND THEN -- WHICH YOU SAID YOU DID NOT CUT AND PASTE FROM
 2     FEN-PHEN; RIGHT?
 3     A.   THAT'S RIGHT, YES.
 4     Q.   NOW WE HAVE FEN-PHEN UNDERNEATH IT, AND LET'S JUST READ
 5     ALONG.  IN FEN-PHEN DOES THE FIRST LINE SAY, "BOTH PHYSICIANS
 6     AND PATIENTS HAVE THE RIGHT TO DRAW INDEPENDENT CONCLUSIONS
```

```
                    7     CONCERNING THE RISKS AND BENEFITS OF A THERAPY"?
                    8     A.   I'M SORRY.  WERE YOU ASKING ME?
                    9     Q.   YES.
                   10     A.   YES, THAT'S WHAT IT SAYS.
                   11     Q.   WORD-FOR-WORD WHAT'S IN THE VIOXX ONE?
                   12     A.   YES, YES.
                   13     Q.   THEN THE NEXT SENTENCE, "THEIR BEST AND CLEAREST
                   14    RECOMMENDATIONS COME FROM THESE CONSIDERATIONS."  THAT'S
                   15    WORD-FOR-WORD WHAT A YEAR OR SO LATER YOU PUT IN THE VIOXX ONE?
                   16     A.   YES.
                   17     Q.   THEN YOU TALK ABOUT THE FEDERAL REGULATIONS.  THAT'S
                   18    WORD-FOR-WORD -- I'M SORRY "REVIEW OF THE" -- HERE'S A CHANGE.
                   19     IN VIOXX YOU PUT THE WORD "ROFECOXIB" IN WHEREAS IN FEN-PHEN
                   20     YOU PUT THE NAME OF THESE TWO OTHER DRUGS IN; RIGHT?
                   21     A.   YES.
                   22     Q.   IN FACT, IF YOU CONTINUE ON WITH THE LABELING OPINION IN
                   23     THE REPORT BEARING YOUR NAME IN FEN-PHEN, IT IS WORD-FOR-WORD
                   24     EXACTLY WHAT YOU WROTE IN VIOXX JUST WITH THE EXCEPTION OF
                   25     SWITCHING THE DRUG NAMES; RIGHT?
                  page 856
                    1     A.   YES, THAT'S RIGHT.
```

[856:13] - [857:17]    8/3/2006    Barnett Trial Day 4 (pp 688- 905) (Scolnick, Moye, Dem.)

```
                  page 856
                   13     BY MR. BECK:
                   14     Q.   SO TO FINISH THIS UP, WE GOT TO ABOUT THE FOURTH LINE DOWN
                   15     WHERE -- DO YOU SEE WHERE IT'S THE FEDERAL REGULATIONS AND SO
                   16     FAR IT'S WORD-FOR-WORD; RIGHT?
                   17     A.   NO, IT'S NOT.
                   18     Q.   EXCEPT FOR WHERE "ROFECOXIB" AND THE TWO OTHER NAMES OF
                   19     THE DRUGS ARE SUBSTITUTED?
                   20     A.   EXCEPT WHERE I USED THE APPROPRIATE DRUG IN THE VIOXX
                   21     LABEL, YES.
                   22     Q.   THEN IF WE GO OVER TO THE NEXT PAGE IN THE FEN-PHEN
                   23     OPINION, DOES THAT GO ON AND USE THE SAME LANGUAGE WE LOOKED
                  AT
                   24     BEFORE?
                   25     A.   DOES WHAT GO ON?
                  page 857
                    1     Q.   I'M SORRY.  I'VE GOT THIS MESSED UP.  HERE WE HAVE ON THE
                    2     LEFT THE OPINION THAT ENDS WITH FEN-PHEN, BUT IT'S THE
                    3     ROFECOXIB OPINION; RIGHT?
                    4     A.   YES.
                    5     Q.   THEN WE WENT THROUGH THE FIRST HALF AND I'M TRYING TO GO
                    6     THROUGH THE SECOND HALF NOW.  IF WE GO OVER TO THE FEN-PHEN
                    7     OPINION, JUST TO MAKE SURE WE GET IT ALL BECAUSE IT WAS ON A
                    8     DIFFERENT PAGE, IN THE VIOXX OPINION WE CONCLUDE BY SAYING,
                    9     "THE FEDERAL REGULATIONS REQUIRE THAT THE LABELING SHALL
                   10     CONTAIN A SUMMARY OF THE ESSENTIAL SCIENTIFIC INFORMATION
                   11     NEEDED FOR THE SAFE AND EFFECTIVE USE OF THE DRUG.  THE
                   12    ESSENTIAL INFORMATION WAS LACKING IN THE WARNING LABELS FOR THE
                   13     FENFLURAMINES."  RIGHT?
                   14     A.   RIGHT.
                   15     Q.   THAT EXACT LANGUAGE INCLUDES IN THE FEN-PHEN, INCLUDING
                   16     FENFLURAMINES; RIGHT?
                   17     A.   YES.
```