## Exhibit P-2
## Documents Provided to Dr. Plunkett
As of 5/24/2006

| | |
|---|---|
| Vioxx Science Committee 08-19-05 | 12/9/2005 |
| "Exhibit A " | 12/9/2005 |
| "Report I" | 12/9/2005 |
| 01-vioxxseligman.pdf | 12/9/2005 |
| 093004 0905 22604118 300 (wmr).asf | 12/9/2005 |
| 093004 1110 22609057 300 (wmr).asf | 12/9/2005 |
| 093004 1140 22609614 300 (wmr).asf | 12/9/2005 |
| 1.0133 13-Mar-00 Email from Alise Reicin to Edward Scolnick Re: An Article Stating the Potential Cardioprotective Effects of an NSAID. | 12/9/2005 |
| 1.0219 12-Mar-00 Email from Helen Hantonl Re: Brochier Article on Evaluation for Flurbiprofen for Prevention of Reinfarcation and Reocclusion After Sucessful Thrombolysis or Angioplasty in Acute Myocardial Infarction | 12/9/2005 |
| 1.0497 01-Apr-00 Email from Edward Scolnick to Deborah Shapiro Re: Update to thromboembolic CVD cases VIGOR | 12/9/2005 |
| 1.1518 30-Jan-02 Email from Andrew Plump to Barry Gertz | 12/9/2005 |
| 101304 1700 23123162 300 (wmr).asf | 12/9/2005 |
| 111504 1300 24343607 300 (wmr).asf | 12/9/2005 |
| 12-14-04 FDA survey | 12/9/2005 |
| 2-7-01 Arthritis Advisory Committee NDA 20-988/S009, Celebrex (celecoxib, Searle) pp 100-199 | 12/9/2005 |
| 2-7-01 Arthritis Advisory Committee NDA 20-988/S009, Celebrex (celecoxib, Searle) pp 1-99 | 12/9/2005 |
| 2-7-01 Arthritis Advisory Committee NDA 20-988/S009, Celebrex (celecoxib, Searle) pp 200-236 | 12/9/2005 |
| 2-8-01 Arthritis Advisory Committee NDA 21-042/S007, Vioxx (Rofecoxib, Merck) pp 101-200 | 12/9/2005 |
| 2-8-01 Arthritis Advisory Committee NDA 21-042/S007, Vioxx (Rofecoxib, Merck) pp 1-100 | 12/9/2005 |
| 2-8-01 Arthritis Advisory Committee NDA 21-042/S007, Vioxx (Rofecoxib, Merck) pp 201-242 | 12/9/2005 |
| 5-99 final printed Vioxx label | 12/9/2005 |
| 9-30-04 healthcare prof letter.pdf | 12/9/2005 |
| Access Success | 12/9/2005 |
| Advisory - e-mail information | 12/9/2005 |
| AERS reports and analysis - FDA - Adverse Event Reporting System (AERS) | 12/9/2005 |
| Alan Nies 03-02-05 Deposition | 12/9/2005 |
| Alan Nies 08-23-05 Deposition | 12/9/2005 |
| Anstice, David ? Exhibits 1-129 with some omissions | 12/9/2005 |
| Anstice, David 03/16/05 | 12/9/2005 |
| Anstice, David 03/17/05 | 12/9/2005 |
| Anstice, David 03/18/05 Exhibits 111-153, with some omissions | 12/9/2005 |
| Anstice, David 04/12/05 | 12/9/2005 |
| Anstice, David 04/12/05 Exhibits 127-156 with many omissions; Exhibits 1001-1024 with some omissions | 12/9/2005 |
| Anstice, David 05/20/05 | 12/9/2005 |
| APPROVe data presentatin by Merck 8-04 | 12/9/2005 |
| APPROVe study - BA | 12/9/2005 |
| April 20, 2001 Bulletin for Vioxx: ACTION REQUIRED - "Project A & A Xxceleration": Top 50 Targeting To: Office Based Representatives with Responsibility for Vioxx | 12/9/2005 |
| April 28, 2000 Bulletin for Vioxx: NEW RESOURCE: Cardiovascular Card To: All Field Personnel with Responsibility for VIOXX | 12/9/2005 |
| April 4, 2003 Bulletin for Vioxx: "Project Power Play" Teleconferences To: Office Based Representatives with Responsibility for Vioxx | 12/9/2005 |
| April 5, 2000 Bulletin for Vioxx: The 2000 Field Incentive Plan for Vioxx To: Group 1-6 Representatives, Hospital Representatives, A&A Specialty Representatives | 12/9/2005 |
| Arcoxia safety review - 2005-4090B1 31 AA-FDA-Taf | 12/9/2005 |