**Smith v. Merck 9/16/06 Transcript**

[1494:11] - [1499:14]   9/16/2006   Smith Trial Day 6 (pp 1362-1541)(Graham, Braunstein,Moye)

```
page 1494
 11      Q.   PLEASE TURN TO PAGE 65 OF YOUR REPORT.  DO YOU HAVE THAT?
 12      A.   I HAVE TO ASK YOU FOR THE PARAGRAPH, THE PAGE NUMBERS.
 13      Q.   PARAGRAPH 179.
 14      A.   OKAY.  THANKS.  OKAY.
 15      Q.   AND HERE ON PAGE 179, YOU SEE WHERE YOU SAY "BOTH
 16      PHYSICIANS AND PATIENTS HAVE THE RIGHT TO DRAW INDEPENDENT
 17      CONCLUSIONS CONCERNING THE RISKS AND BENEFITS OF A THERAPY.
 18      THEIR BEST AND CLEAREST RECOMMENDATIONS COME FROM THESE
 19      CONSIDERATIONS.  REVIEW OF THE ROFECOXIB" -- THAT'S VIOXX;
 20      RIGHT?
 21      A.   IT IS, SIR.
 22      Q.   "REVIEW OF THE ROFECOXIB LABELS REVEAL SEVERAL
 23      UNDERSTATEMENTS ABOUT THE LABEL.  THE FEDERAL REGULATIONS
 24      REQUIRE THAT THE LABELING SHALL CONTAIN A SUMMARY OF THE
 25      ESSENTIAL SCIENTIFIC INFORMATION NEEDED FOR THE SAFE AND
page 1495
  1      EFFECTIVE USE OF THE DRUG.  THE ESSENTIAL INFORMATION WAS
  2      LACKING IN THE WARNING LABELS FOR THE FENFLURAMINES."
  3              IS "FENFLURAMINE" ANOTHER SPECIFIC TERM FOR VIOXX?
  4      A.   NO.
  5      Q.   IN FACT, FENFLURAMINE IS A TERM FOR FEN-PHEN; RIGHT?
  6      A.   IT IS, YES.
  7      Q.   AND WHAT YOU DID HERE IN YOUR REPORT IS YOU BASICALLY CUT
  8      AND PASTED THE SAME OPINIONS THAT YOU GAVE TO THE PLAINTIFFS'
  9      LAWYERS IN ALL OF THOSE YEARS IN THE FEN-PHEN LITIGATION, AND
 10      YOU JUST SUBSTITUTED IN THE WORD "VIOXX"; RIGHT?
 11      A.   NO.  CLEARLY NOT.  I MEAN, THE PARAGRAPH TALKS ABOUT
 12      ROFECOXIB.  SURELY, THE WORD "FENFLURAMINES" SHOULD NOT BE
 13      THERE, LET ME SAY THAT FIRST.  SURELY SHOULD NOT BE THERE.
 14      Q.   YOU FORGOT TO REPLACE THAT WORD WHEN YOU CUT AND PASTED
 15      IT; RIGHT?
 16      A.   LET ME GIVE MY ANSWER.  SURELY THAT SHOULD NOT BE THERE.
 17      THAT'S MY FAULT.  BUT THE PARAGRAPH CLEARLY IS ABOUT ROFECOXIB,
 18      BECAUSE IT SAYS FOUR LINES ABOVE, "ROFECOXIB."  SO I MADE THE
 19      MISTAKE OF WRITING IN THE WORD "FENFLURAMINE" WHEN I SHOULD
 20      HAVE SAID "ROFECOXIB."  WHICH IS WHAT I CORRECTED THIS SUMMER.
 21      Q.   I'M HANDING YOU NOW WHAT WE'VE MARKED FOR IDENTIFICATION
 22      AS DEFENDANT'S EXHIBIT 3527.  DO YOU RECOGNIZE DEFENDANT'S
 23      EXHIBIT 3527 AS A REPORT THAT YOU FILED IN THE FEN-PHEN
 24      LITIGATION?
 25      A.   I DO.  I'M SORRY.  I DO, YES.
page 1496
  1      Q.   AND I'M GOING TO SEE IF I CAN DO A LITTLE SPLIT SCREEN
  2      HERE.  WE'VE GOT ON TOP THE VIOXX OPINION, AND THEN ON THE
  3      BOTTOM, THIS IS A LITTLE TINY VERSION OF YOUR -- THE FRONT PAGE
  4      OF YOUR FEN-PHEN REPORT; RIGHT?
  5      A.   WELL, I CAN'T TELL THAT, BUT I'LL ACCEPT YOUR
  6      REPRESENTATION OF IT.
  7      Q.   WELL, HERE.  YOU SEE THAT?
  8      A.   I SURE DO.
  9      Q.   SO, IN YOUR FEN-PHEN REPORT, PLEASE TURN TO PAGE 99, WHICH
 10      IS PARAGRAPH 177.  THEN I'LL BLOW UP WHAT YOU SAID IN YOUR
 11      FEN-PHEN REPORT IN PARAGRAPH 177.  WE'LL JUST KIND OF PUT THEM
 12      UNDERNEATH SO WE CAN READ ALONG BOTH AT THE SAME TIME.
 13              IN YOUR FEN-PHEN REPORT AND IN YOUR VIOXX REPORT, DO
 14      YOU SAY WORD FOR WORD, "BOTH PHYSICIANS AND PATIENTS HAVE THE
 15      RIGHT TO DRAW INDEPENDENT CONCLUSIONS CONCERNING THE RISKS AND
 16      BENEFITS OF A THERAPY."?
 17      A.   I DO.
 18      Q.   YOU SAY, "THEIR BEST AND CLEAREST RECOMMENDATIONS COME
 19      FROM THESE CONSIDERATIONS."?
 20      A.   I DO.
 21      Q.   DO YOU SAY, "REVIEW OF THE" -- FILL IN THE BLANK --
 22      "LABELS REVEAL SEVERAL UNDERSTATEMENTS ABOUT THE LABEL."?
 23      A.   WELL, I SAY -- I SAY "ROFECOXIB" IN THE ROFECOXIB REPORT
 24      AND I THINK I SAY "FENFLURAMINE," PONDIMIN AND REDUX IN THE
```

```
25       FEN-PHEN REPORT.
page 1497
 1       Q.   I NEED TO GO OVER TO THE NEXT PAGE ON YOUR FEN-PHEN
 2       REPORT.  DO YOU CONTINUE WORD-FOR-WORD -- LET'S SEE IF I CAN
 3       HIGHLIGHT WHERE WE ARE HERE.  THERE WAS "THE FEDERAL
 4       REGULATIONS REQUIRE THAT THE LABELING SHALL CONTAIN" -- SO WE
 5       CAN PICK UP FROM THERE -- "A SUMMARY OF THE ESSENTIAL
 6       SCIENTIFIC INFORMATION NEED FOR THE SAFE AND EFFECTIVE USE OF
 7       THE DRUG."  ARE WE STILL WORD-FOR-WORD?
 8       A.   RIGHT.
 9       Q.   AND THEN YOU GO ON TO SAY, "THE ESSENTIAL INFORMATION WAS
10       LACKING IN THE WARNING LABELS FOR THE FENFLURAMINES."  WE'RE
11       STILL WORD FOR WORD; RIGHT?
12       A.   YES.  I MEAN, THAT SENTENCE IS WORD-FOR-WORD, YES.  NO
13       DOUBT ABOUT THAT.
14       Q.   AND WHAT HAPPENED IS THAT YOU JUST TOOK THE FEN-PHEN
15       REPORT YOU HAD BEEN PAID TO GIVE AND YOU CUT AND PASTED KEY
16       OPINIONS AND YOU MEANT TO CHANGE "FEN-PHEN" TO "VIOXX," BUT YOU
17       MISSED ONE; RIGHT?
18       A.   NO.  YOU ASKED ME AND THE ANSWER IS NO.
19       Q.   NOW, IS IT YOUR TESTIMONY THAT YOU ARE SITTING DOWN AT THE
20       TYPEWRITER TYPING FROM SCRATCH YOUR OPINION IN THE VIOXX CASE
21       AND YOU JUST, WHAT, HAD A -- LOST YOUR TRAIN OF THOUGHT AND PUT
22       FENFLURAMINE IN?
23       A.   FIRST OF ALL, I WOULD SAY I COMMONLY LOSE MY TRAIN OF
24       THOUGHT.  I HAVE NO PROBLEM CONFESSING THAT.
25       Q.   WELL, IT'S YOUR TESTIMONY THAT, AS TO THIS PARAGRAPH,
page 1498
 1       YOU'RE SITTING DOWN THERE, TYPING --
 2                MR. BOUNDAS:  CAN HE JUST FINISH HIS ANSWER?
 3                THE COURT:  I CAN'T HEAR YOU IF YOU DON'T STAND UP.
 4                   BUT YES, YOU CAN FINISH YOUR ANSWER.
 5                THE WITNESS:  OH, THANK YOU.  CERTAINLY, I DO LOSE MY
 6       TRAIN OF THOUGHT.  I DO MAKE MISTAKES LIKE THIS.  BUT I ALSO
 7       COMMONLY -- IF I'M ASKED TO WRITE ON THE SAME TOPIC OR WRITE
 8       THE SAME WAY, I COMMONLY WILL DO THAT.
 9       BY MR. BECK:
10       Q.   AND IS IT YOUR TESTIMONY, THEN, THAT YOU SAT DOWN ON
11       TYPING -- YOU KNOW, WORKING FROM SCRATCH, TYPING AWAY, JUST
12       HAPPEN TO USE EXACTLY THE SAME LANGUAGE FROM ONE DRUG TO THE
13       NEXT, AND THEN YOU GOT TO THE END AND YOU LOST YOUR TRAIN OF
14       THOUGHT AND TYPED IN THE NAME OF THE OLD DRUG?
15       A.   NO.  I GUESS I WOULD SAY I WAS USING THE SAME LANGUAGE,
16       WHICH IS APPROPRIATE FOR BOTH DRUGS, AND IN WRITING I USED THE
17       WRONG DRUG IN THIS -- IN THIS ONE CASE, YES.  WHICH -- WHICH
18       AGAIN, I'VE SINCE CORRECTED.
19       Q.   WHEN YOU SAY YOU CORRECTED IT, WHAT YOU DID IS YOU TRIED
20       TO FILE A NEW REPORT AFTER I POINTED OUT THIS EXACT SAME
21       CUT-AND-PASTE JOB ON AUGUST 3, 2006; RIGHT?
22       A.   WELL, I WOULD SAY THAT I HAVE AN OBLIGATION TO MAKE MY
23       REPORTS AS ACCURATE AS POSSIBLE.  I WOULD ALSO NEVER HOLD OUT
24       THAT 100-PAGE DOCUMENT I WRITE IS PERFECT.  IT ALWAYS CAN BE
25       IMPROVED, AND I WILL CONTINUE TO IMPROVE IT.
page 1499
 1                NOW, NO DOUBT, IF I WERE TO READ THE MOST RECENT
 2       DOCUMENT I WROTE, I WOULD FIND ADDITIONAL IMPROVEMENTS, AND
 3       IT'S MY OBLIGATION TO CONTINUE TO IMPROVE.  I WILL CONTINUE TO
 4       DO THAT.
 5       Q.   MY QUESTION WAS:  WHEN YOU SAY THAT YOU FILED A REPORT,
 6       WHAT YOU DID IS YOU TRIED TO FILE A NEW REPORT AFTER I POINTED
 7       OUT TO YOU ON AUGUST 3, 2006, THIS SAME CUT-AND-PASTE JOB;
 8       ISN'T THAT TRUE?
 9       A.   NO.  WHAT IS TRUE -- NO, WHAT IS TRUE IS THAT THERE WERE
10       SEVERAL CHANGES IN MY REPORT THAT I MADE THAT HAD LITTLE OR
11       NOTHING TO DO WITH YOUR AND MY CONVERSATION IN JULY.
12                IN ADDITION TO THOSE OTHER CHANGES I MADE, WHICH ARE
13       FAR MORE SUBSTANTIAL THAN THIS ONE, I DID CORRECT THIS ONE
14       ERROR.  THAT IS WHAT'S TRUE.
```