**• Moye's Trial Testimony**

[:] - [:]        7/6/2006    Grossberg Trial - (p. 1625-1754) Moye (AM)

```
                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
                          FOR THE COUNTY OF LOS ANGELES
         DEPARTMENT 324               HON. VICTORIA G. CHANEY, JUDGE
        COORDINATED PROCEEDING SPECIAL TITLE,)
        [RULE 1550 (B)]                       )  SUPERIOR COURT
                                              )  CASE NO. JCCP 4247
        IN RE VIOXX CASES                     )
        _____)
                                              )
                                              )  CASE NO. BC 327729
        STEWART GROSSBERG VS.                 )
        MERCK & COMPANY, ET AL.               )
        _____)
                    REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS
                                  JULY 6, 2006
                                  A.M. SESSION
                         PAGES 1625 THROUGH 1754, INCLUSIVE
         APPEARANCES:
          (AS NOTED ON THE FOLLOWING PAGE.)
                                  LINDA BICHÉ, CSR NO. 3359, RMR, CRR
                                  OFFICIAL REPORTER
         APPEARANCES:
         FOR PLAINTIFFS:          GIRARDI AND KEESE
                                  BY:  THOMAS V. GIRARDI
                                       JAMES G. O'CALLAHAN
                                       VINCENT J. CARTER
                                  1126 WILSHIRE BOULEVARD
                                  LOS ANGELES, CALIFORNIA  90017-1204
                                  213.977.0211
                                  TGIRARDI@GIRARDIKEESE.COM
                                  JOCALLAHAN@GIRARDIKEESE.COM
                                  VCARTER@GIRARDIKEESE.COM
                                  BEASLEY, ALLEN, CROW, METHVIN,
                                  PORTIS & MILES
                                  BY:  J. PAUL SIZEMORE
                                  234 COMMERCE STREET
                                  POST OFFICE BOX 4160
                                  MONTGOMERY, ALABAMA  36103-4160
                                  334.269.2343
                                  PAUL.SIZEMORE@BEASLEYALLEN.COM
         FOR DEFENDANTS:          SEDGWICK, DETERT, MORAN & ARNOLD
                                  BY:  RALPH A. CAMPILLO
                                       WENDY A. TUCKER
                                  801 SOUTH FIGUEROA STREET
                                  18TH FLOOR
                                  LOS ANGELES, CALIFORNIA  90017-5556
                                  213.426.6900
                                  RALPH.CAMPILLO@SDMA.COM
                                  WENDY.TUCKER@SDMA.COM
                                  BARTLIT, BECK, HERMAN,
                                  PALENCHAR & SCOTT
                                  BY:  TAREK ISMAIL
                                       SHAYNA COOK
                                  COURTHOUSE PLACE
                                  54 WEST HUBBARD STREET
                                  CHICAGO, ILLINOIS  60610
                                  312.494.4440
                                  TAREK.ISMAIL@BARTLIT-BECK.COM
                                  SHAYNA.COOK@BARTLIT-BECK.COM
                                  O'MELVENY & MYERS
                                  BY:  RICHARD B. GOETZ
                                       SCOTT M. VOELZ
                                  400 SOUTH HOPE STREET
                                  LOS ANGELES, CALIFORNIA  90071-2899
                                  213.430.6429
                                  RGOETZ@OMM.COM
```

**• Moye's Trial Testimony**

```
                                SVOELZ@OMM.COM
                                    INDEX
                           JULY 6, 2006
                           8:40 A.M.                                   1625
                           WITNESS:                                    PAGE:
                            LEMUEL MOYE
                               CROSS-EXAMINATION (RESUMED) BY MR. ISMAIL   1638
                               REDIRECT EXAMINATION BY MR. GIRARDI         1728
                                                                           1728
                                         *****
                           EXHIBITS
                            I.D. 3080 - LIST OF DOCUMENTS USED IN          1639
```

[1639:10] - [1640:10]   7/6/2006   Grossberg Trial - (p. 1625-1754) Moye (AM)

```
page 1639
 6       YOU HAD NOT PERSONALLY SEEN ANY ARTICLE THAT DEMONSTRATED THAT
 7       NAPROXEN COULD LOWER THE RISK OF CARDIOVASCULAR EVENTS?
 8              A.   THAT'S RIGHT.  IN ACTUAL EXAMINATION USING
 9       STATE-OF-THE-ART PROCEDURES IN PATIENTS, THAT'S RIGHT.
10              Q.   ALL RIGHT.  NOW, WHEN YOU PREPARED YOUR REPORT
11       FOR THIS CASE, YOU SUBMITTED TO US A LIST OF MATERIALS THAT
12       YOU HAD REVIEWED IN THE PROCESS OF REACHING YOUR OPINIONS,
13       CORRECT?
14              A.   I DID.
15              MR. ISMAIL:  AND MAY I APPROACH, YOUR HONOR?
16              THE COURT:  YES.
17              MR. ISMAIL:  I'M HANDING THE WITNESS, YOUR HONOR,
18       EXHIBIT 3080, WHICH IS THE LIST OF DOCUMENTS THAT DR. MOYE
19       PROVIDED AND APPENDED TO HIS EXPERT REPORT.
20              THE COURT:  ALL RIGHT.  3080 IS MARKED FOR
21       IDENTIFICATION, AND IT'S THE -- I'M SORRY -- IT'S THE LIST,
22       RIGHT, OF EXHIBITS?
23              MR. ISMAIL:  JUST THE LIST, YOUR HONOR.
24              THE COURT:  OKAY.
25
26                   (I.D. 3080 - LIST OF DOCUMENTS USED IN
27                   DR. MOYE'S EXPERT REPORT)
28
page 1640
 1              Q.   BY MR. ISMAIL:  DR. MOYE, CAN YOU TELL THE
 2       LADIES AND GENTLEMEN OF THE JURY WHETHER WHAT I'VE HANDED YOU
 3       IS AN ACCURATE COPY OF THE LIST OF MATERIALS YOU SAY YOU
 4       REVIEWED IN THIS CASE?
 5              A.   IT IS.
 6              Q.   AND I BELIEVE YOU'VE TESTIFIED PREVIOUSLY, SIR,
 7       THAT YOU ACTUALLY REVIEWED THE DOCUMENTS LISTED ON THIS
 8       EXHIBIT PRIOR TO REACHING YOUR OPINIONS IN THIS CASE; IS THAT
 9       RIGHT?
10              A.   YES.
11              Q.   NOW, DO YOU RECALL YESTERDAY, SIR, THAT I HANDED
12       YOU A MEDICAL ARTICLE THAT WAS AUTHORED BY A DR. RAHME?
13                   IT'S EXHIBIT 624, AND I BELIEVE IT'S PROBABLY
14       RIGHT IN THAT STACK TO YOUR LEFT.
```