• **Plunkett Depo Testimony - Reviewed materials & signal**

| | |
|---|---|
| [1:1] - [1:25] | 6/1/2006    Plunkett, Laura  (Arrigale/Grossberg) |

```
page 1
1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
                        COUNTY OF LOS ANGELES
2
                                        |
3    Coordination                       |
     Proceeding                         |
4    Special Title                      |
     (Rule 1550(b))                     |
5    Vioxx Cases                        |   CASE NO. JCCP No. 4247
                                        |
6    Rudolph Arrigale v.                |
     Merck & Co., et al.                |
7    [Part of Andrew                    |
     Nelson, et al.                     |
8    v. Merck & Co., Inc.,              |
     et al., State Docket               |
9    No. 05CC03136]                     |
                                        |
10   and                                |
                                        |
11   Stewart Grossberg                  |
     v. Merck & Co., Inc.,              |
12   et al., State Docket               |
     No. BC327729                       |
13   _____             |
14
     _____
15
16                    ORAL DEPOSITION OF
17            LAURA M. PLUNKETT, Ph.D., DABT
18                     June 1, 2006
19   _____
20
21     REPORTED BY:   SUSAN P. MILLER, RDR, CRR, CBC
22
23
24
25
page 2
1           ORAL DEPOSITION OF LAURA M. PLUNKETT,
2    Ph.D., DABT, produced as a witness at the instance
3    of Defendant Merck & Co., Inc., and duly sworn, was
4    taken in the above styled and numbered cause on
```

| | |
|---|---|
| [65:23] - [67:4] | 6/1/2006    Plunkett, Laura  (Arrigale/Grossberg) |

```
page 65
19      A.    Yes.
20      Q.    Have there been documents provided to
21   Dr. Plunkett since May 24, 2006?
22      A.    I don't believe so, no.
23      Q.    Now, have you received all the documents
24   that are reflected in these 81 pages?
25      A.    At some point in time, I've either
page 66
1    received the documents -- I may no longer have them.
2    Some of them are ones that I haven't kept electronic
3    copies of.  But yes, I would have received an
4    electronic copy of all of these at one point in
5    time.
6       Q.    And, obviously, you haven't reviewed all
7    the documents in Exhibit 4, correct?
8       A.    I've reviewed -- as far as the medical --
9    if it's a published paper, yes, I have.  But I
10   certainly have not reviewed every page of every
11   deposition, for example, and every exhibit to every
12   deposition of all the different people involved.
```

Plunkett's Deposition Testimony

• **Plunkett Depo Testimony - Reviewed materials & signal**

```
             13      Q.   Not only that, you haven't reviewed the
             14  majority of the documents in Exhibit 4, correct?
             15           MR. SIZEMORE:  Object to form.
             16      A.   No, I would disagree with that.  I
             17  believe I have reviewed -- if you take the
             18  depositions out separately and look at the documents
             19  and those, yes, I have reviewed, at least in some
             20  cursory fashion, a majority of the documents on this
             21  list.
             22      Q.   (BY MR. ISMAIL)  What is the Vioxx
             23  Science Committee as of -- or dated August 19, 2005?
             24           MR. SIZEMORE:  Where is that?
             25           MR. ISMAIL:  The very first entry.
             page 67
             1       A.   I don't know.  We'd have to open it up.
             2   Again, the titles of these are not ones that I can
             3   look at and say I know exactly what's in it.  I'd
             4   have to pull it up.  We can do that, if you'd like.
             5       Q.   (BY MR. ISMAIL)  Do you know what the
             6   Vioxx Science Committee is?
             7       A.   Off the top of my head, I can't answer
             8   that, no.
```

[66:22] - [67:4]      6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
             page 66
             18  depositions out separately and look at the documents
             19  and those, yes, I have reviewed, at least in some
             20  cursory fashion, a majority of the documents on this
             21  list.
             22      Q.   (BY MR. ISMAIL)  What is the Vioxx
             23  Science Committee as of -- or dated August 19, 2005?
             24           MR. SIZEMORE:  Where is that?
             25           MR. ISMAIL:  The very first entry.
             page 67
             1       A.   I don't know.  We'd have to open it up.
             2   Again, the titles of these are not ones that I can
             3   look at and say I know exactly what's in it.  I'd
             4   have to pull it up.  We can do that, if you'd like.
             5       Q.   (BY MR. ISMAIL)  Do you know what the
             6   Vioxx Science Committee is?
             7       A.   Off the top of my head, I can't answer
             8   that, no.
```

[263:22] - [264:17]   6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
             page 263
             18  their discussions with their internal advisors and
             19  things like that, yes, I would come to that same
             20  conclusion.  But I haven't done that, so I can't
             21  answer it fully.
             22      Q.   Was there any clinical trial evidence
             23  that Vioxx was associated with increased
             24  cardiovascular risk as of the time the drug was
             25  approved?
             page 264
             1       A.   I don't believe that their clinical trial
             2   data was -- the VIGOR data was available yet, so no,
             3   I would say they didn't have that yet.  But they did
             4   have some -- they had some analyses, and I can't
             5   remember the date.  I think the approval date was --
             6       Q.   May '99?
             7       A.   -- May '99, correct?
             8       Q.   Yeah.
             9       A.   The Watson memos -- the internal analyses
             10  I talk about on pages 13 and 14 by Dr. Watson where
             11  he's talking about the incidence of serious
             12  cardiovascular events in their Phase II-B-3
             13  osteoarthritis trials, in that document I've
             14  indicated that I believe that constituted a signal
             15  for the company about the incidence of events; and a
```

**Plunkett's Deposition Testimony**

• **Plunkett Depo Testimony - Reviewed materials & signal**

```
               16  signal should be enough to institute something in
               17  labeling, in my view.
               18       Q.   Do -- I'm sorry.  Were you done?
               19       A.   So I would use that data, I guess, to
               20  answer your question.
               21       Q.   What do you understand the Watson
```

[312:1] - [313:25]      6/1/2006    Plunkett, Laura  (Arrigale/Grossberg)

```
               page 311
               22                          _____
               23                          NOTARY PUBLIC IN AND FOR
               24                          THE STATE OF _____
               25                          Commission Expires:_____
               page 312
               1   STATE OF TEXAS   )
               2           REPORTER'S CERTIFICATION
               3           I, SUSAN PERRY MILLER, RDR, CRR, CBC,
               4   Notary Public in and for the State of Texas, hereby
               5   certify that the witness was duly sworn and that
               6   this transcript is a true record of the testimony
               7   given by the witness.
               8           I further certify that I am neither
               9   counsel for, related to, nor employed by any of the
               10  parties or attorneys in the action in which this
               11  proceeding was taken.  Further, I am not a relative
               12  or employee of any attorney of record in this cause,
               13  nor am I financially or otherwise interested in the
               14  outcome of the action.
               15          Subscribed and sworn to on this 5th day
               16  of June, 2006.
               17
               18
               19
               20          _____
                           Susan Perry Miller, RDR, CRR, CBC
               21          Notary Public, State of Texas
                           My Commission Expires 03/30/2008
               22
               23
               24
               25
               page 313
               1   STATE OF TEXAS      )
               2           REPORTER'S SUPPLEMENTAL CERTIFICATE
               3           I hereby certify that the witness was
               4   notified on _____ that the witness
               5   has 30 days (or ____ days per agreement of counsel)
               6   after being notified by the officer that the
               7   transcript is available for review by the witness
               8   and if there are changes in form or substance to be
               9   made, then the witness will sign a statement
               10  reciting such changes and the reasons given by the
               11  witness for making them;
               12          That the witness' signature was / was not
               13  returned as of _____.
               14          Subscribed and sworn to on this _____
               15  day of _____, 20___.
               16
               17
               18
               19
               20          _____
                           Susan Perry Miller, RDR, CRR, CBC
               21          Notary Public, State of Texas
                           My Commission Expires 03/30/2008
               22
               23
               24
               25
```