**Expert Statement of**

**LAURA M. PLUNKETT, Ph.D., DABT**

### I. Qualifications

1. I am a pharmacologist, toxicologist, United States Food and Drug Administration (FDA) regulatory specialist, and principal of a consulting company known as Integrative Biostrategies, LLC. Integrative Biostrategies is a consulting firm that works at the interface of the biological sciences, regulatory affairs, and business decisions to provide its clients with science-based solutions to issues associated with product development and stewardship. Prior to becoming a partner in Integrative Biostrategies, I was head of Plunkett & Associates, a health and environmental sciences consulting firm based in Houston, Texas. I have over twenty years of experience in the areas of pharmacology and toxicology and have worked in both government and academic research and have taught pharmacology and toxicology at the undergraduate and postgraduate levels.

2. I received a B.S. degree in 1980 from the University of Georgia, and a Ph.D. in pharmacology from the University of Georgia, College of Pharmacy, in 1984. My doctoral research was focused in the area of cardiovascular pharmacology and specifically dealt with delineating mechanisms responsible for the cardiac toxicity of digitalis glycosides.

3. From June of 1984 through August of 1986, I was a Pharmacology Research Associate Training (PRAT) fellow at the National Institute of General Medical Sciences, Bethesda, Maryland. I worked in a neurosciences laboratory of the National Institute of Mental Health. My research also focused on the role of the autonomic nervous system in control of cardiovascular function.

4. I am board-certified as a Diplomate of the American Board of Toxicology. I am a member of several professional organizations, and have authored or co-authored numerous scientific publications.

1

17. In fact, several Merck company documents provide evidence that scientists within the company were aware of the risk of prothrombotic effects of Vioxx, and even predicted their occurrence in clinical studies as early as 1996.

- In a memo dated 11/21/1996, a Merck scientist (Musliner) states that a 25% increase in adverse cardiovascular events could be expected with Vioxx if a study were undertaken to examine the consequences of NSAID use in humans.
- In a memo dated 9/12/1996, an internal Merck memo directed to the Vioxx team members summarized the minutes of a team meeting (see MRK-NJ0000862 through 869). In those minutes the results of a Phase IIa pilot study of rheumatoid arthritis is discussed. It is stated that another serious adverse event, unstable angina, was reported in the extension to the rheumatoid arthritis study, and that such vascular adverse events are expected since COX-1 is not inhibited. This memo again shows that the company was aware of the potential risk of inhibiting COX-2 selectively.
- In a letter dated 10/27/1997 (MRK-NJ015620 through 15623) addressed to a Merck employee (Alan Nies) from an outside advisor, Dr. Oates, the company is warned again of the potential problems with use of Vioxx on cardiovascular endpoints. The advisor suggests studies to be done to address the issue, studies that focused on the effect of Vioxx on prostacyclin synthesis. Similar advice on study designs was provided in an e-mail from Dr. Fitzgerald, another Merck outside advisor (see MRK-NJ0051533 to 51534).
- An internal analysis by Dr. Watson of Merck was undertaken in early 1998 with the focus on analyzing the incidence of serious cardiovascular events in the Phase IIb/III Vioxx osteoarthritis trials (see MRK-NJ272249 through 272272). On page 4 of that document, the incidences of serious cardiovascular events seen would

13

have constituted a signal for the company based on the incidence of such events mainly in the Vioxx-treated groups.

- In an internal memo from Dr. Watson dated 5/20/1998 that outlines the minutes of the COX-2 cardiovascular surveillance task force meeting, it is again revealed that Vioxx may put patients at risk of thrombotic cardiovascular events.
- In another letter from an outside advisor to Merck (Dr. Patrono) dated 9/9/1998, the advisor warns of the potential cardiovascular toxicity issue with Vioxx and selective COX-2 inhibition, also suggesting tests that could be performed.

It is clear from review of these documents that before the approval to market Vioxx, Merck was aware of the potential risks posed by the drug as they related to adverse cardiovascular events.

18. Once Vioxx was approved in 1999, the concerns about its potential to produce adverse cardiovascular effects did not cease. Although the exact mechanism for the prothrombotic effects of Vioxx are not known, the most likely mechanism involves the basic pharmacological effects of Vioxx as a selective COX-2 inhibitor. It is thought that Vioxx's effects as a highly selective COX-2 inhibitor create an imbalance in the local physiology of the vascular system by differentially suppressing the synthesis of thromboxane $A_2$ and prostacyclin (Fitzgerald, G.A. 2004. *NEJM* 351:1709-1711). By suppressing synthesis of prostacyclin but not thromboxane, thrombogenesis would promoted locally in coronary arteries, the risk of hypertension would be increased, and atherosclerosis would be promoted. As stated by Fitzgerald:

> *"Thus, a single mechanism, depression of prostaglandin $I_2$ formation, might be expected to elevate blood pressure, accelerate atherogenesis, and predispose patients receiving coxibs to an exaggerated thrombotic response to the rupture of an atherosclerotic plaque." (Fitzgerald, G.A. 2004. NEJM 351:1709-1711).*

It is interesting to note that recent data from Dr. Fitzgerald's laboratory further supports the role of local prostacyclin suppression in the production of adverse cardiovascular effects by Vioxx (Cheng, Y. et al. 2006. *J. Clin. Invest.* doi:10.1172/JCI127540). The effects of Vioxx on local

14