**Dedrick v. Merck 11/29/06 Transcript**

[596:16] - [599:21]    11/29/2006    Dedrick Day 3 (pp 477-738)(Avorn, Cannuscio, Moye, Scolnick)

```
page 596
 16      Q.   I'M HANDING YOU WHAT WE HAVE MARKED FOR IDENTIFICATION
 17      PURPOSES AS DEFENDANT'S EXHIBIT 3527.  DO YOU RECOGNIZE
 18      DEFENDANT'S EXHIBIT 3527 AS A REPORT THAT YOU WROTE IN THE
 19      FEN-PHEN LITIGATION?
 20      A.   I DO.
 21      Q.   AND WOULD YOU TURN, PLEASE, TO -- IT LOOKS LIKE PAGE 99 OF
 22      YOUR FEN-PHEN REPORT.  DO YOU HAVE THAT?
 23      A.   I DO.
 24      Q.   AND I'M GOING TO PUT YOUR VIOXX PARAGRAPH UP ON THE TOP
 25      AND THEN BLOW UP YOUR FEN-PHEN REPORT, JUST KIND OF PUT IT
page 597
  1      RIGHT UNDERNEATH HERE.  IT, TOO, HAS A PARAGRAPH THAT STARTS
  2      WITH BOLD LANGUAGE "LABELING"; RIGHT?
  3      A.   THAT'S RIGHT.
  4      Q.   AND IF WE JUST KIND OF FOLLOW ALONG, YOUR FEN-PHEN REPORT
  5      SAYS, "BOTH PHYSICIANS AND PATIENTS HAVE THE RIGHT TO DRAW
  6      INDEPENDENT CONCLUSIONS CONCERNING THE RISKS AND BENEFITS OF A
  7      THERAPY."  WORD FOR WORD WHAT THE VIOXX REPORT SAYS; RIGHT?
  8      A.   THAT'S RIGHT.
  9      Q.   "THEIR BEST AND CLEAREST RECOMMENDATIONS COME FROM THESE
 10      CONSIDERATIONS."  WORD FOR WORD; RIGHT?
 11      A.   YES.
 12      Q.   AND THEN, "REVIEW OF THE" -- AND INSTEAD OF ROFECOXIB
 13      LABELS, HERE YOU HAVE -- "PONDIMIN AND REDUX LABELS."?
 14      A.   I DO, SIR.
 15      Q.   AND THEN WE PICK UP WORD FOR WORD, "REVEALS
 16      UNDERSTATEMENTS ABOUT THE LABEL"; RIGHT?
 17      A.   YES, SIR.
 18      Q.   AND THEN WE'VE GOT TO GO OVER TO THE NEXT PAGE TO FINISH
 19      WITH THE FEN-PHEN.  LET ME GET THESE LINED UP AGAIN.  SO WE
 20      PICK UP WITH THE WORD, "REQUIRE," "THE FEDERAL REGULATIONS
 21      REQUIRE THAT THE LABELING SHALL CONTAIN A SUMMARY OF THE
 22      ESSENTIAL SCIENTIFIC INFORMATION NEEDED FOR THE SAFE AND
 23      EFFECTIVE USE OF THE DRUG."  AGAIN, WORD FOR WORD; RIGHT?
 24      A.   THAT'S RIGHT.
 25      Q.   AND THEN THE LAST SENTENCE, "THE ESSENTIAL INFORMATION WAS
page 598
  1      LACKING IN THE WARNING LABELS FOR THE FENFLURAMINES"; RIGHT?
  2      A.   YES.
  3      Q.   AND WHAT YOU DID IN YOUR VIOXX OPINION, IN THIS PARAGRAPH
  4      THAT REFLECTS WHAT YOU SAID ON THE STAND THIS MORNING, IS YOU
  5      JUST CUT AND PASTED WITH A WORD PROCESSOR THE OPINION THAT YOU
  6      HAD GIVEN THE PLAINTIFF'S LAWYERS IN THE FEN-PHEN LITIGATION
  7      AND YOU JUST DROPPED IT IN YOUR VIOXX REPORT; RIGHT, SIR?
  8      A.   NO, SIR.
  9      Q.   WELL, IS IT YOUR TESTIMONY THAT YOU SAT DOWN AND TYPED
 10      THIS OUT FROM SCRATCH AND JUST HAD A LAPSE OF MEMORY AND
 11      ACCIDENTALLY TYPED THE WORK FENFLURAMINES IN WHEN YOU WERE
 12      ACTUALLY THINKING OF VIOXX?
 13      A.   WELL, I WOULD SAY THIS, THAT WHEN I PUT TOGETHER THIS
 14      VOLUMINOUS DOCUMENT, I COMMONLY GO FROM MEMORY; AND IN EARLY
 15      DRAFTS, I SOMETIMES MAKE MISTAKES.  CLEARLY, IT WAS A MISTAKE
 16      TO SAY IN MY VIOXX AFFIDAVIT, TO USE THE ONE WORD
 17      "FENFLURAMINE."  I MEAN, IN THE ENTIRE DOCUMENT, I THINK I DID
 18      THAT ONE TIME; BUT THAT WAS A MISTAKE, AND IT'S BEEN AMENDED.
 19      Q.   WELL, THE REST OF THE PARAGRAPH -- ARE YOU SAYING THAT YOU
 20      SAT DOWN AT YOUR TYPEWRITER AND STARTED TYPING UP THE
 21      CONCLUSIONS THAT YOU HAD INDEPENDENTLY REACHED AS TO VIOXX; AND
 22      BY COINCIDENCE, ON THE KEY LABELING OPINION, IT WAS WORD FOR
 23      WORD, PUNCTUATION FOR PUNCTUATION MARK IDENTICAL IN EVERY WAY
 24      TO FEN-PHEN, EXCEPT THAT YOU ACCIDENTALLY TYPED IN
 25      FENFLURAMINES AT THE END?
page 599
  1      A.   I WOULD SAY IN THIS ONE PARAGRAPH IN THIS MANY-PAGE
  2      REPORT, THAT'S WHAT HAPPENED.
  3      Q.   SO YOUR TESTIMONY IS THAT -- WHEN DID YOU WRITE THE
```

```
 4         FEN-PHEN REPORT?  WHAT'S THE DATE OF THAT?
 5         A.    I THINK IT'S 2004.
 6         Q.    SO, 2004, YOU WRITE THE FEN-PHEN REPORT; AND YOUR SWORN
 7    TESTIMONY IS THAT IN 2006 YOU SAT DOWN FROM SCRATCH, WROTE UP
 8    YOUR OPINION HERE; AND BY COINCIDENCE IT WAS WORD FOR WORD
 9    EXACTLY THE SAME?
10         A.    I THINK TO USE THE WORD "AND FROM SCRATCH" MISREPRESENTS
11    THE CIRCUMSTANCE.  WHEN I WRITE IN 2006, I'M BRINGING TOGETHER
12    ALL OF MY EXPERIENCE IN ACADEMICALLY AND IN LITIGATION TO SIT
13    DOWN AND TO WRITE; AND BEFORE I DO THAT, I REVIEW MUCH OF THE
14    INFORMATION I'M GOING TO WRITE ABOUT.  PART OF MY REVIEW
15    INCLUDES MY REVIEW OF MY FENFLURAMINE AFFIDAVIT.
16              AND WHEN I GO AND I TURN AND I BEGIN TO WRITE MY
17    VIOXX AFFIDAVIT, I WRITE; AND SOMETIMES PARAGRAPHS ARE SIMILAR,
18    SOMETIMES PARAGRAPHS ARE VERY DIFFERENT.  I DON'T -- I WOULD
19    NOT CLAIM TO UNDERSTAND THAT PART OF THE CREATIVE PROCESS, BUT
20    I WILL SAY THAT I SHOULD NOT HAVE USED THE WORD "FENFLURAMINE"
21    IN THE VIOXX REPORT.
```