UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:** *Denise Davis, et al. v. Merck & Co., Inc.,* **No. 05-4143**

**(Denise Davis and Sarita Floyd on behalf of her deceased mother, Helen Floyd only).**

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Denise Davis and Sarita Floyd on behalf of her deceased mother, Helen Floyd and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiffs' claims against Merck, subject to the following conditions:

1. Plaintiffs, Denise Davis and Sarita Floyd agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

1

2. Plaintiffs, Denise Davis and Sarita Floyd further agree that in the event they re-file their lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiffs Denise Davis and Sarita Floyd agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Further, nothing in this stipulation will affect the rights and defenses of any party to this case not specifically named in this pleading, and this pleading will not dismiss the claims of any other plaintiff in this case besides the clients that were previously dismissed and that of Denise Davis and Sarita Floyd. Pursuant to Pretrial Order No. 8A, counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs Denise Davis and Sarita Floyd on behalf of her deceased mother, Helen Floyd in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

2

Respectfully Submitted by:

Dated: 4-2-07 , 2007

Michael S. Burg
Seth A. Katz
Burg Simpson Eldredge Hersh & Jardine
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527

Attorneys for Plaintiffs, Denise Davis and Sarita Floyd on behalf of her deceased mother, Helen Floyd

Dated: April 10 , 2007

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
 Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
 Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 10th day of April, 2007.

_____

4