UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to:  *Brigida Gonzales,* | * | |
| *on behalf of Benny Gonzales et al., v* | * | |
| *Merck & Co., Inc.*, No. 2:06-cv-00919 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Brigida Gonzales on behalf of Benny Gonzales and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims of Brigida Gonzales on behalf of Benny Gonzales against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs, subject to the following conditions:

1.  Brigida Gonzales on behalf of Benny Gonzales agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.  Brigida Gonzales on behalf of Benny Gonzales further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Brigida Gonzales on behalf of Benny Gonzales, as though she had been a party and had had an opportunity to participate in that discovery.

3.  Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court Defendants'

Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of Brigida Gonzales on behalf of Benny Gonzales against Merck & Co., Inc., in the above-captioned case.

    4.    The claims of the remaining plaintiffs shall remain in full force and effect.

Respectfully submitted,

| | |
|---|---|
| */s/ Jaime Aldape* | */s/ Dorothy H. Wimberly* |
| Jaime Aldape | Phillip A. Wittmann, 13625 |
| Aldape Law Firm P.L.L.C. | Dorothy H. Wimberly, 18509 |
| 5511 I.H. 10 W. Suite 1 | Stone Pigman Walther Wittmann, L.L.C. |
| San Antonio, Texas 78201 | 546 Carondelet St. |
| Phone:  210.545.4529 | New Orleans, LA  70130 |
| Fax:     210.545.6329 | Phone: 504-581-3200 |
| | |
| Plaintiff's counsel | Defendants' Liaison Counsel |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of April, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

852104v.1
866985v.1