# EXHIBIT A

P-1
PRDSX

MASTER DOCKET NO. 2005-59499

| | | |
|---|---|---|
| In Re: | § | IN THE DISTRICT COURT OF |
| | § | |
| Texas State Vioxx Litigation | § | HARRIS COUNTY, TEXAS |
| | § | |
| This Document Relates to All Cases | § | 157TH JUDICIAL DISTRICT |

## ORDER ON PLAINTIFFS' MOTION FOR PROTECTION AND ASSERTION OF PRIVILEGE WITH REGARD TO AN INADVERTENTLY PRODUCED DOCUMENT

ON THIS DAY came on to be heard Plaintiffs' Motion for Protection and Assertion of Privilege with Regarding to Inadvertently Produced Document. After considering the motion, the response, if any, and arguments of counsel, the Court find the motion to be of merit and orders Defendant ~~to return the document and destroy any and all copies of this document. Further, Defendant is instructed~~ not to use or refer to this document in any court proceedings or depositions.

SIGNED this the 26th day of March 2007.

_____
JUDGE RANDY WILSON

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of imaging