# EXHIBIT A

**Matthew Gaughan**

| | |
|---|---|
| From: | Lenny Davis [LDAVIS@hhkc.com] |
| Sent: | Wednesday, April 11, 2007 8:52 AM |
| To: | Matthew Gaughan |
| Cc: | Cvtisi@aol.com; dbuchanan@seegerweiss.com; Lillian Flemming |
| Subject: | FW: Depositions |

See below

PLEASE NOTE THAT WE HAVE MOVED BACK TO OUR OFFICES AT 820 O'KEEFE AVENUE.  PLEASE DISCONTINUE ANY COMMUNICATION TO OUR PRIOR TEMPORARY OFFICE

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP 820 O'Keefe Avenue New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT


-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Tuesday, April 10, 2007 6:56 AM
To: Lenny Davis; cvtisi@aol.com
Subject: Fw: Depositions



-----Original Message-----
From: Mayer, Ted <mayer@hugheshubbard.com>
To: Buchanan, David
Sent: Fri Mar 30 18:42:39 2007
Subject: Re: Depositions

David:  We have not made a decision on that yet.  I will let you know if we decide to cross notice in NJ. . Ted



----- Original Message -----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Cohen, Charles; Mayer, Ted
Cc: beachlawyer51@hotmail.com <beachlawyer51@hotmail.com>; cvtisi@aol.com <cvtisi@aol.com>
Sent: Fri Mar 30 11:31:39 2007
Subject: Depositions

Charlie/Ted, I understand from my Vioxx colleagues that Merck has noticed several current or former employees-and in one instance, an expert--for de bene esse testimony in other jurisdictions (including Drs. Reicin, Morrison, Barr, Greene, Rarick and perhaps others).  I have been advised that these depositions have not been cross noticed in New

1

Jersey.  To anticipate the many issues flowing from these depositions being taken for NJ as well (including outstanding privilege issues and the need for supplemental discovery or discovery depositions), would you kindly advise me if Merck intends to cross-notice these depositions for New Jersey?

*******************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*******************************************************************