

Feb 28 2007
4:22PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| James Olig v. Merck & Co., Inc., et al., | * | JUDGE KNOWLES |
| 2:06-cv-401 | * | |
| * * * * * * * * * * * * * * * | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff James Olig against defendant Jerome Pittman in the above-captioned case be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 4th day of April, 2007.

_____
DISTRICT JUDGE

858861v.1