## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| EDWARD ADCOCK, Individually and Executrix of Estate of VIRGINIA ADCOCK, Deceased | **ORDER** |
| Case No.: 2:05 CV 5753 | |

Having reviewed the Partial Voluntary Dismissal Pursuant to Rule 41(A)(1), and finding good cause therefore, it is hereby ordered that the claims of Plaintiff Deborah Randall are dismissed without prejudice to the refilling in the MDL.

It is further ordered that this Order does not effect any other actions or claims contained in this case. Plaintiff's counsel shall make the necessary changes to party status on Lexis Nexis File & Serve pursuant to Pre-Trial Order No. 8B.

**IT IS SO ORDERED.**   4/9/07

_____
HONORABLE JUDGE FALLON