UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| Relates to:<br><br>ALL MEDICAL MONITORING CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | |

## ORDER

Considering the Motion for Leave to File Second Notice of Supplemental Authority of the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the PSC is granted leave of court to file the attached Second Notice of Supplemental Authority relating to all medical monitoring class action complaints pending or subject to transfer to MDL 1657.

New Orleans, Louisiana this ____ day of _____, 2007.

Honorable Eldon E. Fallon
U.S. District Judge