THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. | * | MDL No. 1657 |
| * * * * * * * * * * * * * * * * * | * | |
| *This action pertains to:* | * | CIVIL ACTION |
| | * | NO. 2:05cv4511 |
| | * | |
| CLYDE PAYNE AND | * | SECTION L |
| HUIE MICHAEL STONE | * | |
| | * | |
| | * | JUDGE ELDON FALLON |
| | * | |
| | * | MAGISTRATE KNOWLES |
| | * | |
| Plaintiffs, | * | |
| | * | |
| VS. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | | |

### PLAINTIFF HUIE MICHAEL STONE'S MOTION TO DISMISS

NOW INTO COURT through undersigned counsel, comes Huie Michael Stone, a Plaintiff in the above captioned matter, and on suggesting to this Honorable Court that it is the desire of Huie Michael Stone to dismiss, without prejudice, the claim that he has against Merck and Co., Inc. in the above entitled and numbered matter, each party bearing their respective costs thereto.

Respectfully submitted,

S/Zollie C. Steakley
Zollie C. Steakley
TX Bar No. 24029848
MS Bar No. 100517

CAMPBELL~HARRISON~DAVIS~
DOVE~STEAKLEY, P.C.
P. O. DRAWER 21387
5 Ritchie Rd.
WACO, TEXAS 76702
(254) 761-3300
FAX:  (254) 761-3301
zollie@thetriallawyers.com

ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of April, 2007.

S/Zollie C. Steakley
Zollie C. Steakley