THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LIT. | * | MDL No. 1657 |
| * * * * * * * * * * * * * * * * | | |
| *This action pertains to:* | * | CIVIL ACTION |
| | * | NO. 2:05cv4511 |
| **CLYDE PAYNE AND** | * | SECTION L |
| **HUIE MICHAEL STONE** | * | |
| | * | JUDGE ELDON FALLON |
| | * | MAGISTRATE KNOWLES |
| Plaintiffs, | * | |
| VS. | * | |
| **MERCK & CO., INC.,** | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * * | | |

**ORDER**

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that the claim of Huie Michael Stone in the above captioned matter, be and the same is hereby dismissed, without prejudice, each party bearing their respective costs thereto.

New Orleans, Louisiana this 12th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE