

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Ruby Lois Moore Estate, etc. v. Merck & Co., Inc.,* C.D. California, C.A. No. 2:06-7548

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On January 19, 2007, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, this action (*Moore*). In the absence of any known opposition to the proposed transfer of *Moore*, the stay of transmittal with regard to *Moore* was lifted on February 6, 2007, and the action was transferred to the Eastern District of Louisiana. Subsequently, on April 3, 2007, the Panel received a belated notice of opposition to the transfer of *Moore* submitted by plaintiff in *Moore*. In his opposition and accompanying papers, plaintiff states that his failure to submit a timely notice of opposition resulted from a delay in receiving a copy of the Panel's conditional transfer order due to his incarceration. Also appended to plaintiff's papers is a letter and motion filed with the United States Supreme Court, asking that Court to deliver plaintiff's pleading to the Panel's offices. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Moore* in order to permit plaintiff to pursue his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-81" filed on January 19, 2007, is REINSTATED insofar as it relates to this action. Plaintiff's notice of opposition is deemed filed as of April 4, 2007. The Panel will also construe plaintiff's papers as the motion to vacate the conditional transfer order and brief in support thereof, required by Rule 7.4 (d). *See* R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001). Any response to plaintiff's motion and brief shall be filed on or before April 25, 2007.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___


# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 4, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

*Ruby Lois Moore Estate, etc. v. Merck & Co., Inc.*, C.D. California, C.A. No. 2:06-7548

Dear Ms. Whyte:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Enclosure

cc: Transferee Judge: Judge Eldon E. Fallon
    Transferor Judge: Judge John F. Walter
    Transferor Clerk: Sherri R. Carter

JPML Form 87