

A CERTIFIED TRUE COPY
APR - 6 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR - 6 2007
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAR 21 2007
FILED
CLERK'S OFFICE

DOCKET NO. 1657

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-90)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,963 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## SCHEDULE CTO-90 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **MARYLAND** | | |
| MD  8  07-483 | Mattie Cox v. Merck & Co., Inc. | 07-1700 |
| **MISSOURI EASTERN** | | |
| MOE  4  07-413 | Douglas Long, et al. v. Merck & Co., Inc., et al. | 07-1701 |
| MOE  4  07-442 | Pauline Nagle v. Merck & Co., Inc. | 07-1702 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  07-636 | Mattie Taylor, etc. v. Merck & Co., Inc. | 07-1703 |
| PAE  2  07-637 | David Wells, et al. v. Merck & Co., Inc. | 07-1704 |
| PAE  2  07-638 | Patrick Ero v. Merck & Co., Inc. | 07-1705 |
| PAE  2  07-639 | Lawrence Grayson, etc. v. Merck & Co., Inc. | 07-1706 |
| PAE  2  07-640 | Hortense Bryant v. Merck & Co., Inc. | 07-1707 |
| PAE  2  07-831 | Maryann Solomon v. Merck & Co., Inc. | 07-1708 |
| PAE  2  07-832 | Sandra Heard v. Merck & Co., Inc. | 07-1709 |
| PAE  2  07-833 | Della Adkins v. Merck & Co., Inc. | 07-1710 |
| PAE  2  07-917 | Gloria Flagg v. Merck & Co., Inc. | 07-1711 |
| PAE  2  07-918 | Frank Jones, et al. v. Merck & Co., Inc. | 07-1712 |
| **SOUTH CAROLINA** | | |
| SC  3  07-637 | Betty D. Catoe, et al. v. Merck & Co., Inc. | 07-1713 |
| SC  8  07-472 | George R. Francis, Jr. v. Merck & Co., Inc. | 07-1714 |
| **WASHINGTON WESTERN** | | |
| WAW  3  07-5094 | Robert Wiesmann, et al. v. Merck & Co., Inc. | 07-1715 |

## INVOLVED COUNSEL LIST (CTO-90)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Mark I. Bronson
Newman & Bronson
2300 West Port Plaza Drive
St. Louis, MO 63146-3213

H. Blair Hahn
Richardson Patrick Westbrook & Brickman LLC
P.O. Box 1007
Mt Pleasant, SC 29465

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Michael D. Hoffman
Hoffman, Hart & Wagner
1000 S.W. Broadway
Suite 2000
Portland, OR 97205

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98111-3926

R. Michael Johnson
McGowan, Hood, Felder & Johnson
1539 Healthcare Drive
Rock Hill, SC 29732

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

James J. McHugh, Jr.
Lopez McHugh, LLP
1325 Spruce Street
Philadelphia, PA 19107

Donald R. Moorhead
880 South Pleasantburg Drive
Suite 3A
Greenville, SC 29603

Randy J. Soriano
Bryan Cave, LLP
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

## INVOLVED JUDGES LIST (CTO-90)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Terry I. Adelman
U.S. Magistrate Judge
15.174 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

Hon. Anita B. Brody
U.S. District Judge
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Robert J. Bryan
Senior U.S. District Judge
4427 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. Deborah K. Chasanow
U.S. District Judge
6500 Cherrywood Lane
Room 465A
Greenbelt, MD 20770

Hon. James T. Giles
U.S. District Judge
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. Marvin Katz
Senior U.S. District Judge
13613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Robert F. Kelly
Senior U.S. District Judge
11613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1765

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
5118 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. R. Barclay Surrick
U.S. District Judge
8614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

## INVOLVED CLERKS LIST (CTO-90)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
3100 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 6, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-90)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>March 21, 2007</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A