IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

DIVISION:  NEW ORLEANS

CASE NO.:   MDL 1657

In Re: VIOXX
      PRODUCT LIABILITY LITIGATION
_____

This document relates to:

AILER, *et al.*, v.  MERCK, etc.,           **MOTION TO AMEND**
Case No.  2:06-CV-10099
_____/

      COME NOW, the Plaintiffs, CHERYL D.  AILER, Individually; CHERYL D.  AILER, as natural mother and guardian of LOUIS L.  McCOY, JR., a minor; ESTATE OF CLARA F.  BROWN; CHARLIE BROWN, as surviving spouse of CLARA F.  BROWN, deceased; JOSEPH J.  MORGESE, a married  man; ANGELA M.  MORGESE; ESTATE OF ELWOOD M.  PARKERSON; ESTATE OF EILEEN E.  RAINS; PATRICK RAINS, as surviving spouse of EILEEN E.  RAINS, deceased; and BRYAN LEE ROBERTS, a single man, by and through their undersigned counsel and pursuant to Rule 15(A), Fed.R.Civ.P., respectfully move this Honorable Court for entry of an Order permitting the addition of Party Plaintiffs, and state:

1.     Plaintiffs wish to add HAROLD ALLEN PULLEY and STACEY ELIZABETH PULLEY, his wife, as party Plaintiffs in the instant cause.

2.     Defendant's counsel has agreed to the proposed amendment to add party Plaintiffs (see copy of e-mail response attached hereto as Exhibit "A").

In Re:  VIOXX
      PRODUCT LIABILITY LITIGATION
Case No.  MDL 1657
This document relates to:
*Ailer, et al.  v.  Merck, etc.*
Case No.  2:06-CV-10099

WHEREFORE, the Plaintiffs, CHERYL D.  AILER, Individually; CHERYL D.  AILER, as natural mother and guardian of LOUIS L.  McCOY, JR., a minor; ESTATE OF CLARA F.  BROWN; CHARLIE BROWN, as surviving spouse of CLARA F.  BROWN, deceased; JOSEPH J.  MORGESE, a married  man; ANGELA M.  MORGESE; ESTATE OF ELWOOD M.  PARKERSON; ESTATE OF EILEEN E.  RAINS; PATRICK RAINS, as surviving spouse of EILEEN E.  RAINS, deceased; and BRYAN LEE ROBERTS, a single man, respectfully requests that this Honorable Court enter an Order granting the relief requested.

I HEREBY CERTIFY that the above and foregoing Plaintiff's Motion to Add Party Plaintiffs, Pursuant to Rule 15(A), Fed.R.Civ.P., has been served on Liaison Counsel, Russ M. Herman, Esquire, Herman, Herman, et al., 820 O'Keefe Ave., New Orleans, LA  70113, and Phillip Wittmann, Esquire, Stone, Pigman, et al., 546 Carondelet St., New Orleans, LA 70130, by U.S. Mail and email (rherman@hhkc.com and pwittmann@stonepigman.com, respectively) and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No.  8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the  Eastern District fo Louisiana by using the CM/ECF system which will send a Notice of Electronic

In Re:   VIOXX
            PRODUCT LIABILITY LITIGATION
Case No.  MDL 1657
This document relates to:
*Ailer, et al.  v.  Merck, etc.*
Case No.  2:06-CV-10099

Filing in accordance with the procedures established in MDL 1657 on this 13th day of April,

2007, *with the original hereof on file with the Clerk of this Court.*


                                        /s/ Brian J.  Glick
                                        Brian J.  Glick
                                        Florida Bar No. 328359
                                        GLICK LAW FIRM, P.A.
                                        Counsel for Plaintiffs
                                        2255 Glades Rd., #324-A
                                        Boca Raton, FL  33431
                                        Tel. 561/391-0448
                                        FAX      330-3593
                                        lawboca@aol.com

-3-