Ms. Cutler, thank you for getting back to me on the motion to stay. Our unopposed motion to stay was filed on October 25.

As of today, October 30, I have not received an e-mail or telephone call from Brian Glick. We will agree to the proposed amendment to add plaintiffs, provided a motion to amend in accordance with Fed. R. Civ. P. 15(a) is filed. (As you are aware, Merck's answer to the complaint was filed October 18, before the notice was filed, on October 23.)

Please ask Mr. Glick to call me at 305.577.7051 if he wishes to discuss this. Catherine

**From: Laura Cutler [mailto:laura@theglicklawfirm.com]**
**Sent: Tuesday, October 24, 2006 3:52 PM**
**To: Whitfield, Catherine**
**Subject: Ailer, et al. v. Merck**

Ms. Whitfield,

This will confirm your request of yesterday wherein Brian J. Glick, as counsel for Plaintiffs in this case, will agree to a stay (so that Merck can obtain the MDL in Louisiana), but requests some consideration re the addition of the new Plaintiffs as the pleadings crossed in the mail.

He is sending you an e-mail and, since he is out of town for depositions today and tomorrow, I presume he'll call you when he returns or gets a break.

Brian's e-mail is: lawboca@aol.com

Thank you.

Laura M. Cutler
Legal Assistant to Brian J. Glick
Glick Law Firm, P.A.
2255 Glades Road, Suite 324-A
Boca Raton, FL 33431
Tel. 561/330-3559 direct
FAX 561/330-3593
laura@theglicklawfirm.com