IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE EASTERN DISTRICT OF LOUISIANA

DIVISION: NEW ORLEANS

CASE NO.: MDL 1657

In Re: VIOXX
  PRODUCT LIABILITY LITIGATION

This document relates to:

AILER, *et al.*, v. MERCK, etc.,
Case No. 2:06-CV-10099
                                        /

**ORDER**

THIS CAUSE, having come before the Court's attention on the Plaintiffs, AILER, *et al.*, Motion to Amend pursuant to Rule 15(A), Fed.R.Civ.P., and the Court having reviewed the Motion and file and being otherwise duly advised in the premises, it is,

ORDERED AND ADJUDGED, that:

1. Plaintiffs, *AILER, et al.*'s Motion to Amend be, and the same is hereby GRANTED; and

2. HAROLD A. PULLEY and STACEY ELIZABETH PULLEY, be, and the same are here included as party Plaintiffs in Case No. 2:06-CV-10099.

DONE AND ORDERED in Chambers at New Orleans, LA, on this _____ day of April, 2007.

_____
ELDON B. FALLON
UNITED STATES DISTRICT JUDGE