IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR -4  PM 1: 33

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| SHIRLEY CRAGER, Individually and | § | CIVIL ACTION NO. 2:06-09819- |
| as the Representative of the Estate of | § | EEF-DEK |
| Kenneth Crager; JACK DAVIDSON; | § | |
| CHARLES LEE; LARRY ROBERTSON; | § | |
| and ELLA WILLIAMS | § | |
| | § | |
| Plaintiff | § | JUDGE ELDON E. FALLON |
| | § | |
| VS. | § | |
| | § | |
| MERCK & CO., INC., | § | |
| | § | MAGISTRATE JUDGE |
| Defendant | § | DANIEL E. KNOWLES, III |

## MOTION TO ASSOCIATE COUNSEL AND DESIGNATE ATTORNEY-IN-CHARGE

**TO THE HONORABLE JUDGE OF SAID COURT:**

David E. Dobbs and the law firm of Dobbs & Tittle, P.C. file this Motion to Associate Counsel and Designate Attorney-In-Charge as follows:

I.

David E. Dobbs and the law firm of Dobbs & Tittle, P.C. are attorneys for Plaintiffs **Shirley Crager**, Individually and as the Representative of the Estate of Kenneth Crager; **Jack Davidson; Charles Lee; Larry Robertson;** and **Ella Williams**.   David E. Dobbs and the law firm of Dobbs & Tittle, P.C. file this motion requesting this Honorable Court allow them to associate **Douglas C. Monsour** and The Monsour Law Firm, 211 North Center Street, P. O. Box 4209, Longview, Texas 75606 (903) 758-5757 as additional counsel of record for these Plaintiffs and further requesting that **Douglas C. Monsour** be designated as attorney-in charge for these Plaintiffs.

*Crager Motion to Associate Counsel and Designate Attorney-In-Charge*

Fee
Process
X Dktd
✓ CtRmDep
Doc. No.

II.

Plaintiffs **Shirley Crager, Jack Davidson, Charles Lee, Larry Robertson and Ella Williams** are aware of the filing of this motion and are not opposed to the association of **Douglas C. Monsour** and The Monsour Law Firm as counsel nor are they opposed to the designation of **Douglas C. Monsour** as Attorney-In-Charge.

PREMISES CONSIDERED, **David Dobbs** and the law firm of Dobbs & Tittle, P.C. move this Court for an order granting this motion and associating **Douglas C. Monsour** and The Monsour Law Firm as counsel for Plaintiffs and designating **Douglas C. Monsour** as Attorney-In-Charge for Plaintiffs.

Respectfully submitted,

**DOBBS & TITTLE, P.C.**

David E. Dobbs
Texas Bar No. 05913700
112 East Line, #300
Tyler, Texas 75702-5721
(903) 595-1160
Facsimile (903) 595-1999

**Attorneys for Plaintiffs**

Agreed:

**THE MONSOUR LAW FIRM**

Douglas C. Monsour
State Bar No. 00791289
P. O. Box 4209
Longview, Texas 75606
(903) 758-5757
Facsimile (903) 230-5010

## PRETRIAL ORDER COMPLIANCE CERTIFICATION

I, David E. Dobbs, hereby certify that, pursuant to Pretrial Order 8B, I will change the counsel information as necessary directly on File & Serve upon entry of the Court's Order granting this motion.

_____
David E. Dobbs

## CERTIFICATE OF SERVICE

I hereby certify that on the ____29th____ day of March, 2007, the foregoing Motion to Associate Counsel and Designate Attorney-In-Charge was furnished via United States mail to the following:

**Jonathan B. Skidmore**
**H. Douglas Wabner**
**Richard S. Krumholz**
**Joe Tomaselli, Jr.**
**FULBRIGHT & JAWORSKI, L.L.P.**
**2200 Ross Avenue, Suite 2800**
**Dallas, Texas 75201-2784**

**John N. Poulos**
**HUGHES HUBBARD & REED, L.L.P.**
**101 Hudson Street, Suite 3601**
**Jersey City, Jew Jersey 07302-2910**

**Phillip A. Wittmann**
**Stone Pigman Walther Wittmann LLC**
**546 Carondelet Street**
**New Orleans, LA 70130**

**Mr. Russ Herman**
**Herman, Herman & Katz, LLP**
**201 St. Charles Avenue**
**Suite 4310**
**New Orleans, LA 70170**

_____
David E. Dobbs