FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 10  PM 4: 30

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY CRAGER, Individually and as the Representative of the Estate of Kenneth Crager; JACK DAVIDSON; CHARLES LEE; LARRY ROBERTSON; and ELLA WILLIAMS<br><br>*Plaintiff*<br><br>VS.<br><br>MERCK & CO., INC.,<br><br>*Defendant* | CIVIL ACTION NO. 2:06-09819-EEF-DEK<br><br><br><br>JUDGE ELDON E. FALLON<br><br><br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

## ORDER GRANTING MOTION TO ASSOCIATE COUNSEL AND DESIGNATE ATTORNEY-IN-CHARGE

BE IT REMEMBERED that on this day came on for consideration the Motion to Associate Counsel and Designate Attorney-in-Charge filed in the above styled and numbered cause by **David E. Dobbs** and the law firm of Dobbs & Tittle, P.C. as to Plaintiffs **Shirley Crager**, Individually and as the Representative of the Estate of Kenneth Crager; **Jack Davidson; Charles Lee; Larry Robertson;** and **Ella Williams**.

After considering said Motion, the Court is of the opinion that said Motion should be and is hereby GRANTED.

It is therefore ORDERED that **Douglas C. Monsour** and The Monsour Law Firm be and is hereby designated as additional counsel in this cause and **Douglas C. Monsour** be and is hereby designated as Attorney-in-Charge for Plaintiffs.

SIGNED this 5th day of April, 2007.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE PRESIDING

Fee____
Process____
X Dktd____
✓ CtRmDep____
Doc. No____