FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 10 PM 4:30

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.L. BRADY, SR., JERRY CREEL; AMY WYATT, Individually and as Representative of the Estate of Oran Neill; ALI TYNER; RUFUS SIMMONS; and LAMON TUNNELL | CIVIL ACTION NO. 2:06-09820 EEF-DEK |
| *Plaintiff* | JUDGE ELDON E. FALLON |
| VS. | |
| MERCK & CO., INC., | |
| *Defendant* | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### ORDER GRANTING MOTION TO ASSOCIATE COUNSEL AND DESIGNATE ATTORNEY-IN-CHARGE

BE IT REMEMBERED that on this day came on for consideration the Motion to Associate Counsel and Designate Attorney-in-Charge filed in the above styled and numbered cause by **David E. Dobbs** and the law firm of Dobbs & Tittle, P.C. as to Plaintiffs **E. L. BRADY, SR.; JERRY CREEL; AMY WYATT,** Individually and as Representative of the Estate of Oran Neill; **RUFUS SIMMONS; and LAMON TUNNELL**.

After considering said Motion, the Court is of the opinion that said Motion should be and is hereby GRANTED.

It is therefore ORDERED that **Douglas C. Monsour** and The Monsour Law Firm be and is hereby designated as additional counsel in this cause and **Douglas C. Monsour** be and is hereby designated as Attorney-in-Charge for Plaintiffs **E. L. BRADY, SR.; JERRY CREEL; AMY**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

**WYATT,** Individually and as Representative of the Estate of Oran Neill; **RUFUS SIMMONS;** and **LAMON TUNNELL.**

SIGNED this 5th day of April, 2007.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE PRESIDING