IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYE ARNOLD; DORETHA CRINER; JOHN GARDNER, Individually and as Representative of the Estate of Jessie Mae Gardner; ARTHUR GARDNER; MELISSA LEONARD; LORETTA BROWN; and CLIFFORD GARDNER | § § § § § § § § § | CIVIL ACTION NO. 2:06-09821 EEF-DEK |
| *Plaintiff* | § § | JUDGE ELDON E. FALLON |
| VS. | § § § | |
| MERCK & CO., INC., | § § | MAGISTRATE JUDGE |
| *Defendant* | § | DANIEL E. KNOWLES, III |

## MOTION TO ASSOCIATE COUNSEL AND DESIGNATE ATTORNEY-IN-CHARGE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**David E. Dobbs** and the law firm of Dobbs & Tittle, P.C. file this Motion to Associate Counsel and Designate Attorney-In-Charge as follows:

I.

**David E. Dobbs** and the law firm of Dobbs & Tittle, P.C. are attorneys for Plaintiffs **JOYE ARNOLD; DORETHA CRINER; JOHN GARDNER**, Individually and as the Representative of the Estate of Jessie Mae Gardner; **ARTHUR GARDNER; MELISSA LEONARD; LORETTA BROWN; and CLIFFORD GARDNER**. **David E. Dobbs** and the law firm of Dobbs & Tittle, P.C. file this motion requesting this Honorable Court allow them to associate **Douglas C. Monsour** and The Monsour Law Firm, 211 North Center Street, P. O. Box 4209, Longview, Texas 75606 (903) 758-5757 as additional counsel of record for these Plaintiffs and further requesting that **Douglas C. Monsour** be designated as attorney-in charge for these Plaintiffs.

*Arnold Motion to Associate Counsel and Designate Attorney in Charge*   Page 1

II.

Plaintiffs **Joye Arnold, Doretha Criner; John Gardner; Arthur Gardner; Melissa Leonard; Loretta Brown; and Clifford Gardner** are aware of the filing of this motion and are not opposed to the association of **Douglas C. Monsour** and The Monsour Law Firm as counsel nor are they opposed to the designation of **Douglas C. Monsour** as Attorney-In-Charge.

PREMISES CONSIDERED, **David Dobbs** and the law firm of Dobbs & Tittle, P.C. move this Court for an order granting this motion and associating **Douglas C. Monsour** and The Monsour Law Firm as counsel for Plaintiffs and designating **Douglas C. Monsour** as Attorney-In-Charge for Plaintiffs.

Respectfully submitted,

**DOBBS & TITTLE, P.C.**

_____
David E. Dobbs
Texas Bar No. 05913700
112 East Line, #300
Tyler, Texas 75702-5721
(903) 595-1160
Facsimile (903) 595-1999

**Attorneys for Plaintiffs**

Agreed:

**THE MONSOUR LAW FIRM**

_____
Douglas C. Monsour
State Bar No. 00791289
P. O. Box 4209
Longview, Texas 75606
(903) 758-5757
Facsimile (903) 230-5010

## PRETRIAL ORDER COMPLIANCE CERTIFICATION

I, David E. Dobbs, hereby certify that, pursuant to Pretrial Order 8B, I will change the counsel information as necessary directly on File & Serve upon entry of the Court's Order granting this motion.

_____
David E. Dobbs

## CERTIFICATE OF SERVICE

I hereby certify that on the ___29th___ day of March, 2007, the foregoing Motion to Associate Counsel and Designate Attorney-In-Charge was furnished via United States mail to the following:

Richard L. Josephson
BAKER BOTTS L.L.P.
910 Louisiana
Houston, Texas 77002


John N. Poulos
HUGHES HUBBARD & REED, L.L.P.
101 Hudson Street, Suite 3601
Jersey City, Jew Jersey 07302-2910

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

Mr. Russ Herman
Herman, Herman & Katz, LLP
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

_____
David E. Dobbs