IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 10 PM 4:30

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JOYE ARNOLD; DORETHA CRINER; JOHN GARDNER, Individually and as Representative of the Estate of Jessie Mae Gardner; ARTHUR GARDNER; MELISSA LEONARD; LORETTA BROWN; and CLIFFORD GARDNER | § § § § § § § § | CIVIL ACTION NO. 2:06-09821 EEF-DEK |
| *Plaintiff* | § § | JUDGE ELDON E. FALLON |
| VS. | § § § | |
| MERCK & CO., INC., | § § | MAGISTRATE JUDGE |
| *Defendant* | § § | DANIEL E. KNOWLES, III |

## ORDER GRANTING MOTION TO ASSOCIATE COUNSEL AND DESIGNATE ATTORNEY-IN-CHARGE

BE IT REMEMBERED that on this day came on for consideration the Motion to Associate Counsel and Designate Attorney-in-Charge filed in the above styled and numbered cause by **David E. Dobbs** and the law firm of *Dobbs & Tittle, P.C.* as to Plaintiffs **JOYE ARNOLD; DORETHA CRINER; JOHN GARDNER**, Individually and as the Representative of the Estate of Jessie Mae Gardner; **ARTHUR GARDNER; MELISSA LEONARD; LORETTA BROWN;** and **CLIFFORD GARDNER**.

After considering said Motion, the Court is of the opinion that said Motion should be and is hereby GRANTED.

It is therefore ORDERED that **Douglas C. Monsour** and The Monsour Law Firm be and is hereby designated as additional counsel in this cause and **Douglas C. Monsour** be and is hereby designated as Attorney-in-Charge for Plaintiffs **JOYE ARNOLD; DORETHA CRINER; JOHN**

*Arnold Motion to Associate Counsel and Designate Attorney in Charge*   Page 1

Fee____
Process____
X Dktd____
✓ CtRmDep____
Doc. No____

**GARDNER**, Individually and as the Representative of the Estate of Jessie Mae Gardner; **ARTHUR GARDNER; MELISSA LEONARD; LORETTA BROWN;** and **CLIFFORD GARDNER**.

SIGNED this 5th day of April, 2007.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE PRESIDING