FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 10  PM 4: 30

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLENDA GRIMES, Individually and as Representative of the Estate of Billy W. Grimes; WAYNE THOMAS, Individually and as Representative of the Estate of Naomi Thomas; CONNIE McCOY; DONNA JOHNSON; TONYA WILLIAMS; DONALD REEL; and EULA WILLIAMS** | § § § § § § § § | CIVIL ACTION NO. 2:06-09822 EEF-DEK |
| *Plaintiff* | § § | JUDGE ELDON E. FALLON |
| VS. | § § § | |
| **MERCK & CO., INC.,** | § § § | MAGISTRATE JUDGE |
| *Defendant* | § | DANIEL E. KNOWLES, III |

### ORDER GRANTING MOTION TO ASSOCIATE COUNSEL AND DESIGNATE ATTORNEY-IN-CHARGE

BE IT REMEMBERED that on this day came on for consideration the Motion to Associate Counsel and Designate Attorney-in-Charge filed in the above styled and numbered cause by **David E. Dobbs** and the law firm of Dobbs & Tittle, P.C. as to Plaintiffs **GLENDA GRIMES,** Individually and as Representative of the Estate of Billy W. Grimes; **WAYNE THOMAS,** Individually and as Representative of the Estate of Naomi Thomas; **CONNIE McCOY; DONNA JOHNSON; TONYA WILLIAMS; DONALD REEL** and **EULA WILLIAMS**.

After considering said Motion, the Court is of the opinion that said Motion should be and is hereby GRANTED.

It is therefore ORDERED that **Douglas C. Monsour** and The Monsour Law Firm be and is hereby designated as additional counsel in this cause and **Douglas C. Monsour** be and is hereby designated as Attorney-in-Charge for Plaintiffs **GLENDA GRIMES,** Individually and as

*Grimes Order Granting Motion to Associate Counsel and Designate Attorney in Charge*

Representative of the Estate of Billy W. Grimes; **WAYNE THOMAS,** Individually and as Representative of the Estate of Naomi Thomas; **CONNIE McCOY; DONNA JOHNSON; TONYA WILLIAMS; DONALD REEL** and **EULA WILLIAMS**.

SIGNED this 5th day of April, 2007.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE PRESIDING