UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| ..................................................... | : | |

**THIS DOCUMENT RELATES TO:**
*Jones v. Merck & Co., Inc.*, 06-9803

## ORDER

The transferor court had entered an order granting pauper status in this case, but withheld service. Accordingly, IT IS ORDERED that the United States Marshal is now directed to SERVE the summons and complaint on the defendant.

New Orleans, Louisiana, this __9th__ day of __April__, 2007.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Homer Jones
143946
P.O. Box 97, OSP
McAlester, OK 74502