UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                          MDL NO. 1657
     **PRODUCTS LIABILITY LITIGATION:**

                                                                     SECTION:  L

                                                                     JUDGE FALLON
……………………………………………………..      MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
        2:06-cv-1970

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Dorothy Macklin.  After considering the Stipulation, the Court concludes it should be GRANTED.  The Court, therefore, orders that the claims of Dorothy Macklin, are dismissed without prejudice, all other Plaintiffs' claims remain in full force and effect.  John J. Driscoll shall update Lexis Nexis File & Serve to reflect these changes.

       Dated this ____9th____ day of ____April____, 2007.

                                       _____
                                       UNITED STATES DISTRICT JUDGE