UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
    Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Robert Perry, et al v. Merck & Co., Inc.
(2:06-cv-03581-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

## ORDER

It is ordered that the plaintiff be granted Motion to Amend the Complaint based on the death of plaintiff, John Richards.

**GRANTED** / ~~DENIED~~

4/10/07

_____
JUDGE/CLERK