UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | |
| Kathy Dimick v. Monsanto Co., et al, 06-cv-08826 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Kathy Dimick against defendant Merck & Co., Inc. in the above-styled lawsuit be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation. Plaintiff's claims against the remaining defendants, namely Monsanto Company, Pfizer Inc., Pharmacia Corporation, and G.D. Searle, LLD, continue in full force and effect.

NEW ORLEANS, LOUISIANA, this 10th day of April, 2007

_____
DISTRICT JUDGE