UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Denise Davis et al. v. Merck & Co., Inc.,* **Case No. 05-4148 (Denise Davis and Sarita Floyd, on behalf of Helen Floyd, Deceased only)**

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Order of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Denise Davis and Sarita Floyd, on behalf of Helen Floyd, Deceased be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 11th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE