UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   <u>*Rita Barker, et al. v. Merck & Co., Inc.*</u>
<u>*Civil Action No. 05-6535 (Edith Neil only)*</u>

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Plaintiff Edith Neil ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal with prejudice of Plaintiff's claims against Merck. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiff's counsel certifies that they will make the necessary changes to party status caused by this pleading directly on LexisNexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Edith Neil with prejudice in the above-styled lawsuit.

Dated: ~~January~~ April 17, 2007

Respectfully Submitted by:

Dated: January 31, 2007

*[signature]*

Rebecca B. King
BLIZZARD, MCCARTHY & NABERS
440 Louisiana, Suite 1710
Houston, Texas, 77002
Telephone (713) 844-3750
Facsimile (713) 844-3755

*Attorneys for Plaintiff Edith Neil*

Dated: ~~January~~ February 6, 2007

*[signature]*

Dan H. Ball #27227
Stephen G. Strauss #45018
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Attorneys for Merck & Co., Inc.*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361

*Defendant's Liaison Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Partial Dismissal with Prejudice, and the attached proposed Order, has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, on this 17th day of April, 2007. Plaintiff's counsel certifies, by its signature above, that they will make the necessary changes to party status caused by this pleading directly on LexisNexis File & Serve when this Order is entered.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361
Defendants Liaison Counsel

3