UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * * * * * * * * * | MDL No. 1657 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| **This Document Relates to:** *Stringfellow v. Merck & Co., Inc.,* *Case No. 2:06-cv-6018* | | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Ann B. Stringfellow, Individually and on behalf of the wrongful death beneficiaries of Wayne Ottis Stringfellow, deceased ("Stringfellow"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Stringfellow agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx, such lawsuit will be filed in a United States District Court; and

2. Stringfellow further agrees that in the event she re-files such lawsuit, and discovery that has taken place or will take place in *In re Vioxx Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that it is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Stringfellow, as though Stringfellow had been a party and had had an opportunity to participate in that discovery.

Stringfellow agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

_/s/ Rick G. Davis_
Rick G. Davis (MB #99562)
DAVIS LAW FIRM, PLLC
117 Park Circle Drive
Flowood, MS 39232

ATTORNEY FOR PLAINTIFF

_/s/ Alyson Jones_
Christy D. Jones (MB #3192)
Charles C. Harrell (MB #3135)
Anita Modak-Truran (MB #99422)
J. Kennedy Turner, III (MS #8140)
Alyson B. Jones (MB # 101456)
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225

ATTORNEYS FOR
DEFENDANT MERCK & CO., INC.

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Stipulation of Dismissal without Prejudice as been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

      This the 17th day of April, 2007.

                             /s/Dorothy H. Wimberly  
                             Dorothy H. Wimberly, 18059  
                             STONE PIGMAN WALTHER  
                             WITTMANN L.L.C  
                             546 Carondelet Street  
                             New Orleans, Louisiana 70130  
                             Phone:  504-581-3200  
                             Fax:    504-581-3361  
                             dwimberly@stonepigman.com

                             Defendant's Liaison Counsel

Jackson 2014326v.1