UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *  *

**THIS DOCUMENT RELATES TO:** *Terry Courtney et al. v. Merck & Co., Inc.,* **No. 05-4437 (Geraldine Namen only)**

### ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Geraldine

Namen be and the same are hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ___18th___ day of _____April_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

4