U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 1 0 2007

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LINDA E. DAVIS,** | : | **In Re: VIOXX PRODUCTS LIABILITY** |
| *Plaintiffs* | : | **ACTION** |
| **vs.** | : | |
| | : | **MDL DOCKET NO. 1657** |
| | : | **SECTION L** |
| | : | **CASE NO.: 05-cv-02080** |
| **MERCK & CO., INC., et al.** | : | |
| *Defendant* | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |
| | : | |
| | : | **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Comes now Lee B. Balefsky of the law firm of Kline & Specter, A Professional

Corporation, and notifies this Honorable Court of his appearance as counsel for Plaintiff in the

above-styled matter, and requests that any orders, notices, correspondence, etc. issued from this

Court to be forwarded to him as one of the attorneys of record for Plaintiff.

Dated this 29th Day of March, 2007.

Respectfully submitted,

Lee B. Balefsky       PA# 25321
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772 - 1000
Fax: 215-735-0960
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been

served upon Wilfred P. Coronato and any other named firms representing defendants by

electronic means using LexisNexis File & Serve on this 29th day of March, 2007.

Lee B. Balefsky

Attorney for Plaintiff