**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED APR 10 2007

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUTH N. WILSON and LEWIS WILSON, w/h, | : | In Re: VIOXX PRODUCTS LIABILITY |
| *Plaintiffs* | : | ACTION |
| vs. | : | |
| | : | MDL DOCKET NO. 1657 |
| | : | SECTION L |
| | : | CASE NO.: 05-cv-02075 |
| MERCK & CO., INC., et al. | : | |
| *Defendant* | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| | : | NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

Comes now Lee B. Balefsky of the law firm of Kline & Specter, A Professional Corporation, and notifies this Honorable Court of his appearance as counsel for Plaintiff in the above-styled matter, and requests that any orders, notices, correspondence, etc. issued from this Court to be forwarded to him as one of the attorneys of record for Plaintiff.

Dated this 29th Day of March, 2007.

Respectfully submitted,

Lee B. Balefsky           PA# 25321
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772 - 1000
Fax: 215-735-0960
Attorneys for Plaintiff

Case 2:05-md-01657-EEF-DEK   Document 10814   Filed 04/10/07   Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served upon Wilfred P. Coronato and any other named firms representing defendants by electronic means using LexisNexis File & Serve on this 29th day of March, 2007.

_____
Lee B. Balefsky

Attorney for Plaintiff