LARRY B. MOORE, #J-16151
NKSP, A1- 148 Low
POB 5000
2737 West Cecil Avenue
Delano, CA 93216-5000

PLAINTIFFS IN PRO SE

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 1 0 2007
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUBY LOIS MOORE ESTATE (DECEDENT), by and through LARRY B. MOORE, <br><br> Plaintiffs, <br><br> vs. <br><br> MERKC & CO., INC., ET AL. <br><br> Defendants. | MDL. NO.: 1657 <br><br> EDLA 07-668EEF <br><br> (CAC 2 06-7548) <br><br> PROOF OF SERVICE OF SUMMONS AND COMPLAINT UPON THE DEFENDANTS MERCK & CO., INC., ET AL |

TO: THE ABOVE-ENTITLED COURT:

COMES NOW, LARRY B. MOORE, a plaintiff to this cause proceeding in Pro Se. He hereby submits for the filing of the proof of service of the Los Angeles County California Sheriff's Department, whom effected the process of he summons, complaint, and other documents upon the defendants agent, C.T. Corporation Agent. Margaret Wilson, on, February 14, 2007. See, Exhibit "A", attached hereto.

DATED: March 22, 2007.                       Respectfully submitted,

                                             /s/ Larry B. Moore
                                             LARRY B. MOORE/PLAINTIFF IN
                                             PRO SE

# EXHIBIT "A"

```
MOORE, LARRY B. #J-16161
NKSP, A1-148 LOW, POB 5000
2737 WEST CECIL AVENUE
DELANE, CA 93216-5000
```

```
L.A SUPERIOR COURT STANLEY MOSK    19100
111 N. HILL ST                     Branch: 12
LOS ANGELES, CA 90012
                                   CASE_NUMBER/BC3604000
Plaintiff: MOORE, RUBY LOIS            PROOF OF SERVICE
Defendant: MERCK & CO., INC., ET AL
```

1. At the time of service, I was at least 18 years of age and not a party to this action, and SERVED COPIES OF THE:
   SUMMONS AND COMPLAINT AND NOTICE OF CASE ASSIGNMENT

2. A. Party Served:
      MERCK & CO., INC., ET AL

   B. BY DELIVERING TO:
      C.T. CORP AGENT, MARGARET WILSON

   C. Address:
      818 WEST 7TH STREET
      LOS ANGELES, CA 90017

   D. By delivery: at business

3. I served the party named in item 2
   A. By personally delivering the copies:
                              (1) On: 02/14/07    (2) At: 09:00 AM

4. The 'Notice to the Person Served' was completed as follows:
   C. On behalf of:    MERCK & CO., INC.,

      Under: CCP 416.10 (CORPORATION)

**Unpaid Sheriff's costs per fee waiver GC68511.3 Court Rule 985: 30.00**

```
Deputy ID: E446795
Deputy JESSIE O. GARCIA
SHERIFF'S OFFICE
110 N. GRAND AVE RM 525
LOS ANGELES, CA 90012
(213)-974-6613
```

I am a California Sheriff. I certify that the foregoing is true & correct.

LEROY D. BACA, Sheriff

By: _____
    J. GARCIA, Deputy

Date: 02/15/07
Br.: 12 12
'JUD. COUN. FORM, RULE 982(A)(23).'

```
MOORE, LARRY B. #J-16161
NKSP, A1-148 LOW, POB 5000
2737 WEST CECIL AVENUE
DELANE, CA 93216-5000


L.A SUPERIOR COURT STANLEY MOSK    19100
111 N. HILL ST                     Branch: 12
LOS ANGELES, CA 90012
                                        CASE_NUMBER/BC3604000
Plaintiff: MOORE, RUBY LOIS             PROOF OF SERVICE
Defendant: MERCK & CO., INC., ET AL
```

Documents:

SUMMONS
COMPLAINT
ALTERNATIVE DISPUTE RESOLUTION (ADR) PACKAGE
CIVIL CASE COVER SHEET
LETTER FROM MERCK TO LARRY B. MOORE
DRPA
NOTICE OF CASE ASSIGNMENT- UNLIMITED CIVIL CASE
CASE MANAGEMENT STATEMENT
EXHIBIT "A"

## PROOF OF SERVICE BY U.S. MAIL

I declare under penalty of perjury, that I am over the age of 18 years old, a party to this cause, that I am a U.S. Citizen and did cause. With postage prepaid by U.S Mail, of the following:

1) NOTICE OF CHANGE OF ADDRESS AND CORRECTION OF NAME OF THE PLAINTIFF IN PRO SE TO THIS CAUSE OF ACTION

2) PROOF OF SERVICE OF SUMMONS AND COMPLAINT UPON THE DEFENDANTS MERCK & CO., INC., ET AL

and mailed to the following parties:

Deputy Courtroom Clerk for
Eldon E. Fallon, U.S. District
Judge
U.S. District Court, Eastern
District of Louisiana
New Orleans, LA 70130

Gary Y. Chen, Eqs.
Reed Smith, LLP
355 S. Grand Ave., #3700
Los Angeles, CA

## VERIFICATION

I declare under penalty of perjury, that the above is true and correct. Executed this 22nd day of March, 2007, at Delano, CA.

*Larry B. Moore*

LARRY B. MOORE
DECLARATION