```
1  LARRY B. MOORE, #J-16151
   NKSP, A1- 148 Low
2  POB 5000
   2737 West Cecil Avenue
3  Delano, CA 93216-5000
4
5  PLAINTIFFS IN PRO SE
```



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 10 2007

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUBY LOIS MOORE ESTATE (DECEDENT), by and through LARRY B. MOORE, <br><br>Plaintiffs, <br><br>vs. <br><br>MERKC & CO., INC., ET AL. <br><br>Defendants. | MDL. NO.: 1657 <br><br>EDLA 07-668EEF <br><br>(CAC 2 06-7548) <br><br>NOTICE OF CHANGE OF ADDRESS AND CORRECTION OF NAME OF THE PLAINTIFF IN PRO SE TO THIS CAUSE OF ACTION |

TO: THE ABOVE-ENTITLED COURT, AND ALL CONCERN PARTIES TO THIS CAUSE OF ACTION:

COMES NOW, LARRY B. MOORE, a plaintiff to this cause of action proceeding in Pro Se, whom insturcts the Court and all concerned parties, to address all orders, documents, and communications to him at the following address: LARRY B. MOORE, #J-16151, NKSP, A1-148 Low, POB 5000, 2737 West Cecil Avenue, Delano, California 93216-5000. The Court must correct it's computers and all other concerned parties of the name to change from my deceased mother, RUBY LOIS MOORE, to LARRY B. MOORE, the case title is to stay the same, but all communications, must reflect LARRY B. MOORE, as the partty to be served with pleadings, and court orderes.

Plaintiff LARRY B. MOORE, is imprisoned, and all letters and

(1)

communications must reflect his name and CDC&R Number, as it is listed above.

Then the prison mailroom, though they (some) know of the mistakes of incoming legal with my decease mother's name, I have still been able to get most mail, though it was addressed wrongly. I do not need any mail return, should someone in the prison mail room working over-time, decide to return the mail, not properly address to Plaintiff Larry B. Moore, whom brings this cause, and as counsel for the Plaintiffs.

DATED: March 22, 2007.

Respectfully submitted,

*Larry B. Moore*
LARRY B. MOORE
PLAINTIFF IN PRO SE

(2)