U. S. DISTRICT COURT
Eastern District of Louisiana

FILED APR 13 2007

LORETTA G. WHYTE
Clerk

UNITED STATES OF AMERICA
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------x

ELENA STRUJAN

Plaintiff,

Against,

MERCK& CO., INC.

Defendant

-----------------------------------------------------------x

NOTICE OF MOTION
FOR REMAND
2: 07-cv-00906

05 MD 1657 L(3)

YOUR HONOR,

PLEASE TAKE NOTICE that upon the annexed affidavit of affirmation of Elena Strujan, plaintiff, sworn on April 6, 2007, and upon the affidavit herein, plaintiff will move this court, HONORABLE JUDGE ELDON E. FALLON, UNITED STATES OF AMERICA, EASTERN DISTRICT COURT OF LOUISIANA, in room __________united States Courthouse, LA, 70130, on the _______day of____________, 2007, at ______or as soon thereafter as counsel can be heard, for an order pursuant to Rule 55 of The Federal Rules Procedure, granting plaintiff's MOTION FOR REMAND the case 2:07-7745 (RMB) (HBP), in Your Court case 2:07 cv-00906, where ELENA STRUJAN is Plaintiff and MERCK &Co. Inc. Defendant regarding VIOXX case.

TENDERED FOR FILING

APR 13 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Dated: New York, N. Y
April 6, 2007

Respectfully submitted,

[signature]

Elena Strujan- Plaintiff Pro Se
P.O. Box 20632, New York,
New York, 10021-0072

___ Fee___________
___ Process___________
X Dktd___________
X CtRmDep___________
Doc. No.___________

Cc: Russ M. Herman
Herman, Herman, Kartz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, La 70113

Norman C. Kleinberg
Hughes Hubbard & Reed L. L. P
One Battery Park Plaza, 12th floor
New York, New York 10004-1482

Phillip A. Wittmann
Stone, Pigman, Walter & Wittmann, L. L. C
546 Carondelet street, New Orleans
LA 70130-3588

UNITED STATES OF AMERICA
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------x

ELENA STRUJAN

Plaintiff,

Against,

MERCK& CO., INC.

Defendant

-----------------------------------------------------x

AFFIDAVIT FOR
ENTRY NOTICE OF MOTION
FOR REMAND
2: 07-cv-00906

YOUR HONOR,

I, Elena Strujan, make the following affirmation under penalties of perjury:

The Decision of The Judicial Panel on Multidistrict Litigation in Re: VIOXX Marketing, Sales practices and Product Liability Litigation , dated February 8, 2007, where the plaintiff's Motion to Transfer the case at United States South District Court of New York, was denied and plaintiff's case arrived in Your Court.

In my case The Panel did not take in consideration my poor health, my Unemployment and the fact I am Pro Se in this case, and I can't represent myself in Louisiana Court.

FACTS AND ARGUMENTS

1. I, respectfully request to grand my Motion for Remand, because I am permanent resident of The New York City and I am Pro Se in this case.

2. I am very sick and I can't travel to Eastern District of Louisian, to sustain my case. I have Chronic Angina Pectoris, constant chronic depression and freqvent migraines. In last 4(four) months, I arrived at Emmergency Room five times.(Please see Exhibit Page 1,2,3, )

3. With my unemployment and inconstant income as a substitute teacher in call day, and I can't afford to travel at Louisiana.

AD DAMNUM, I pled to THE UNITED STATES OF AMERICA -EASTERN DISTRICT OF LOUISIANA , to Grand my Motion for Remand, case : Elena Strujan V Merck & Co., Inc., S.D. New York, C.A. No. 1:06-7745, and to accept the transfer from YOUR HONOR - HONORABLE JUDGE ELTON E. FALLON- EASTERN DISTRICT OF LOUISIANA, to HONORABLE JUDGE RICHARD M. BERMAN- SOUTHERN DISTRICT of NEW YORK.

I thank you in advance for Your courtesy and consideration.

Respectfully submitted,

Elena Strujan

Elena Strujan- Plaintiff Pro Se
P.O. Box 20632, New York,
New York, 10021-0072
212-861-4565

Dated: New York, N. Y
April 6, 2007

INGRID FABARA
Notary Public - State of New York
No. 01FA6152372
Qualified in Bronx County
My Comm. Expires September 11,2010

Cc: Russ M. Herman
Herman, Herman, Kartz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, La 70113

Norman C. Kleinberg
Hughes Hubbard & Reed L. L. P
One Battery Park Plaza, 12th floor
New York, New York 10004-1482

3

Phillip A. Wittmann
Stone, Pigman, Walter & Wittmann, L. L. C
546 Carondelet street, New Orleans
LA 70130-3588

DUSHAN KOSOVICH, M. D., P. C.
Diplomate, American Board of Psychiatry & Neurology
Certified in Psychiatry
F.A.A.Ps., A.A.P.&L., A.A.C.P., N.A.A.A.M., W.P.A., C.A.N.V., A4M
333 E 46th Street, Apt. 1G, New York, NY 10017
Phone (212) 661 9449 Fax (212) 661 1882
E-mail: dkosovich@msn.com

February 19, 2007

To Whom It May Concern:

Re: Elena Strujan
D/B: 03/23/1955

This is to certify that Ms. Elena Strujan has been under my care.

***Diagnosis:***

- ***Anxiety/Depression 300.4***
- ***Migraine 346.9***
- ***Angina Pectoris 413.9***

Ms. Elena Strujan needs to take Zomig spray for her Migraines. She cannot take Imitrex because she has been suffering from Angina Pectoris.

Sincerely,

Dushan Kosovich, M.D.
Diplomate, American Board
Of Psychiatry & Neurology

DRK/is

Exhibit 1

HEALTH WISE PHARMACY, Inc.
1494 YORK AVE. NEW YORK, N.Y. 100
(212) 472-5600 FREE DELIVER

STRUJAN, ELENA NITROLINGUAL 0.4 0.4

Consult patient-package information
Spray medication under the tongue.
Do not shake
May cause dizziness
Limit alcohol intake - may cause side effects
May cause headache. Consult Dr if severe.
Promptly report unusual symptoms/effects to D

RX:646663R 02/16/07
DR.COCIOBA, S
QTY:24
AM'T DUE: $3.00

HEALTH WISE PHARMACY, Inc.
1494 YORK AVE. NEW YORK, N.Y. 100
(212) 472-5600 FREE DELIVER

STRUJAN, ELENA AMBIEN CR 12.5

Do not chew or crush. Swallow whole
Take at bedtime
Do not exceed recommended dosage
Do not consume alcoholic beverages
Use caution when driving or operating machine
Use cautiously with other depressant-type dr
Promptly report unusual symptoms/effects to

RX:654397C 02/15/07
DR.KOMISSAROVA, V
QTY:15
AM'T DUE: $0.00

HEALTH WISE PHARMACY, Inc. DEA # BH 3220186
1494 YORK AVE. NEW YORK, N.Y. 10021
(212) 472-5600 FREE DELIVERY

STRUJAN, ELENA ZOMIG NASAL SPRA 5MG

For the nose
Follow dosing directions very carefully.
Consult patient-package information
May cause drowsiness/dizziness.Drive with caution
Notify your Dr if you intend to become pregnant
Check with Dr. if breastfeeding.
Check with Dr. before taking any other medicine

RX:651064 02/20/07
DR.RAMOS-TAIA, ALBERTO
QTY:6
AM'T DUE: $3.00

HEALTH WISE PHARMACY, Inc.
YORK AVE. NEW YORK, N.Y. 10021
472-5600 FREE DELIVERY

AN, ELENA ULTRACAPS MT 20

t chew or crush. Swallow whole
prinkle capsule contents on soft food.
with meals
w dosing directions very carefully.
contact with skin and clothing
tly report unusual symptoms/effects to Dr

50102 02/12/07
CIOBA, S
0
AM'T DUE: $1.00

STRUJAN, ELENA [illegible]

[illegible]

RX:6466848 02/[illegible]/07

HEALTH WISE PHARMACY, Inc. DEA # BH 3220186
1494 YORK AVE. NEW YORK, N.Y. 10021
(212) 472-5600 FREE DELIVERY

STRUJAN, ELENA NORVASC 5MG

Follow directions.Do not stop without Dr approval
May cause dizziness
If dizziness occurs, drive with caution.
Check with Dr. before taking any other medicine
May cause headache. Consult Dr if severe.
Promptly report unusual symptoms/effects to Dr

RX:637472R 02/16/07
DR.RAMOS-TAIA, ALBERTO
QTY:30
AM'T DUE: $3.00

HEALTH WISE PHARMACY, Inc.
YORK AVE. NEW YORK, N.Y. 1002
) 472-5600 FREE DELIVERY

JAN, ELENA ATENOLOL 25MG

ow any special diet instructions very close
ot suddenly stop drug without Dr's instruct
cause drowsiness/dizziness.Drive with cauti
fy your Dr if you intend to become pregnant
k with Dr. before taking any other medicin
ptly report unusual symptoms/effects to Dr
rm Dr/Dentist prior to any type of surgery.

34131R 02/16/07
AMOS-TAIA, ALBERTO
60
AM'T DUE: $1.00

2

## ADDITIONAL NOTES AND PROCEDURES

9/20/06 00:10. Attend

H/ revised c̄ patient - lay hx of stable angina -
trod cath at Beth Israel just year ?? valve -
wording steadily Dr Emanuel Goldberg (cardio) @ BI ō
NTG pold day [illegible], but [illegible] [illegible] July because "broken."
[illegible] NTG - SL [illegible] pm. [illegible]
Recently [illegible] to Dr William Schrank (cardio).

Pt reports took 's pin [illegible] - worsen [illegible]
but dropped on [illegible]

615 pm - Pt stable/asymptomatic since arrival.
plan: f/u c̄ PMD / Cardio.

- [ ] X-RAYS  CXR (2) - neg.

- [ ] EKG  NSR @ 58 - WNL. 732
  [illegible] c/o [illegible] 2/33 NSR @ 74

- [ ] DISCHARGE PLANNING
  SOCIAL WORK   ☐ NOT INDICATED. REASON:
  CASE MANAGER  ☐ NOT INDICATED. REASON:

- PMD NOTIFICATION   TIME
  ☐ PMD NAME & NO.  Craig Orsini
  ☐ LEFT MSG / PAGED
  ☐ SPOKE TO MD

- CONSULTANT   TIME
  NAME:
  SERVICE:

### Results

| Lab | Value | # | Lab | Value | Urinalysis |
|---|---|---|---|---|---|
| WBC | 9.5 | #1 | CPK | 128 | Urine Icon |
| HgB | 10.6 | | CPK-MB | 5 | U/A WBC |
| HCT | 36.6 | | MB% | 4 | RBC |
| PLT | | | Trop I | 0.0 | BI |
| | | | | | Leuk esterase |
| Na | 138 | #2 | CPK | 117 | Nitrate |
| K | 4.0 | | CPK-MB | 4 | PT |
| Cl | 106 | | MB% | 3 | INR |
| CO2 | 24 | | Trop I | 0.0 | PTT |
| Bun | 16 | | | | Amylase |
| CR | 0.7 | | | | Lipase |
| Glu | 92 | ABG | | | |
| Ca | 9.4 | PH | CO2 | O2 | O2 SAT |
| Mg | 2.0 | PH | CO2 | O2 | O2 SAT |

☑ performed a history and physical examination of the patient and discussed his management with the PA/resident.
☐ I reviewed the PA/resident's notes and agree with the documented findings and plan of care.

PA / NP SIGNATURE                    ER ATTENDING SIGNATURE

ENDORSED TO:

DIAGNOSTIC IMPRESSION: Stable Angina

Clark Haber, M.D.

CONDITION OF PATIENT ON DISCHARGE/TRANSFER: ☑ STABLE  ☐ OTHER

TREATMENT RECOMMENDED/PRESCRIBED:

☐ DISCHARGE INSTRUCTION FOR _____ WERE REVIEWED WITH PATIENT AND PATIENT UNDERSTANDS

### REFUSAL OF TREATMENT/LEAVING HOSPITAL AGAINST MEDICAL ADVICE

I CERTIFY THAT I AM REFUSING MEDICAL TREATMENT ORDERED BY THE PHYSICIANS AND STAFF OF LENOX HILL HOSPITAL AND I AM VOLUNTARILY LEAVING THE HOSPITAL AGAINST THEIR ADVICE AND RECOMMENDATION. I ACKNOWLEDGE THAT THE PHYSICIANS AND STAFF HAVE COMPLETELY INFORMED ME OF THE RISKS AND POSSIBLE MEDICAL CONSEQUENCES OF MY ACTION. I ACCEPT ALL RESPONSIBILITY FOR ANY INJURIES, DAMAGES, OR ADVERSE RESULTS, INCLUDING DETERIORATION OF MY PHYSICAL CONDITION, WHICH I MAY SUFFER BECAUSE OF MY REFUSAL OF TREATMENT.

SIGNATURE OF PATIENT OR OTHER PERSON AUTHORIZED TO SIGN    WITNESS    DATE

PATIENT SIGNATURE: I UNDERSTAND THAT I HAVE RECEIVED EMERGENCY TREATMENT ONLY AND THAT OTHER MEDICAL CARE MAY BE NECESSARY. I ACKNOWLEDGE RECEIPT OF THE EMERGENCY SERVICE PATIENT INFORMATION SHEET AND THE SPECIAL CARE INSTRUCTION SHEET NOTED ABOVE.

X _____

TREATED & RELEASED; REFERRAL
☐ WCC  ☐ PHS  ☑ MD  ☐ ER FOLLOW-UP
☐ CLINIC _____  ☐ DATE: _____
☐ ADMITTED TO: _____  ☐ PMD; TIME NOTIFIED
WALKOUT: ☐ EXAM  ☐ NO EXAM
☐ AMA   ☐ D.I.E.   ☐ M.E. #
☐ TRANSFERRED   ACCEPTED BY:
DISCHARGED BY _____   DATE 9/20/06   TIME 615 PM

3

page 2

| Unit Measure | | | | |
|---|---|---|---|---|
| 1 gm | 4 mcg | 7 mcg/min | 10 LPM | 13 mcg/kg/min |
| 2 mg | 5 unit | 8 gtt/min | 11 ml/hr | 14 units/hr |
| 3 meq | 6 ml | 9 mg/min | 12 joules | 15 inch |

| Route | | | |
|---|---|---|---|
| IV | IM | ETT | RECtal |
| IO | SQ | NEB | INHal |
| SL | PO | AUTo | TRAnsdermal |

1810502

## VITALS

| Time | Staff # | Systolic B/P | Diastolic | Pulse | Respiration | SPO2 | CO2 | Blood Sugar | Pain (0-10) | Temperature |
|---|---|---|---|---|---|---|---|---|---|---|
| 2127 | 2 | 160 | 90 | 62 | 20 | | | | 8 | |
| 2145 | 2 | 130 | 80 | 70 | 18 | | | | 5 | |
| 2207 | 1 | 129 | 68 | 62 | 18 | | | | 6 | 97.2 |
| 2202 | 2 | 100 | 80 | | 18 | | | | | |

## FLOW CHART

| Treatment / Medication | Time | Staff # | Treat Code | Med Code | Dose | Unit | Route | Attempt Cond | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ALS Assessment | | 2 | 100 | | | | | | |
| O2 via NEB | 2137 | 2 | 116 | | 10 | 10 | NH | | |
| Monitoring | 2133 | 2 | 151 | | | | | | [illegible] |
| [illegible] | 2133 | 2 | 121 | | | | | | [illegible] |
| NTG Spray | 2134 | 2 | 137 | 341 | 0.4 | 2 | SL | | |
| ASA [illegible] | 2135 | 2 | 137 | 308 | 162 | 2 | PO | | [illegible] NTG. |
| IV Lock [illegible] | 2134 | 1 | 142 | | 10 | 6 | IV | | [illegible] |
| 12 Lead ECG | 2153 | 2 | 151 | | | | | | [illegible] |
| | | | | | | | | | [illegible] |
| | | | | | | | | | |
| | | | | | | | | | |

## Narrative History:

Illness / Injury Onset Date: 07/17/06

Medical need: ☑ Medically Necessary ☐ Bed Confined ☑ Required Stretcher ☐ Unconscious ☑ Severe Pain ☐ Needed Restraining ☐ Visible Bleeding ☐ Non-Ambulatory

PMH: ☐ Asthma ☐ Amputee ☐ Chronic Renal Failure ☐ Chronic Respiratory Failure ☐ Cancer ☑ Cardiac ☐ CVA / Stroke ☐ Diabetes ☐ Dialysis ☐ Emphysema ☐ HIV / AIDS ☑ Hypertension ☐ Psychiatric Problems ☐ Seizure Disorder ☐ Substance Abuse ☐ Tracheostomy ☐ Tuberculosis ☐ Other

Allergies ☑ No — H/o Angina Cardiac Cath 1/05, C-Section, PTSD,

Medication: NIRVAC, NTG SL & PATCH, EFFEXOR, LIVESTA, ASA, VITS

CALL TYPE - CARDIAC EMERG, [illegible] ENG Co 44 [illegible] [illegible] 51 y/o w/f [illegible] [illegible] [illegible] [illegible] [illegible]

IMP: ACS K/o ANGINA [illegible] VS. AMI.

Moved to Ambulance By: ☑ Chair ☑ Stretcher ☐ Scoop Stretcher ☐ Carried ☐ Walked with Assist ☐ Met at Ambulance

Transport Position: ☐ Supine ☐ Sitting ☐ Shock ☐ Prone ☑ Semi/Full Fowlers ☐ Left Lateral Recumbent

Medication / Treatment Authorization: ☑ Protocol ☐ On-Line ☐ Written Orders ☐ NA ☐ On-Scene

On-Line Physician / On-Line Med. Facility:

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

UNITED STATES OF AMERICA
EASTERN DISTRICT OF LOUISIANA

ELENA SRUJAN
Plaintiff

-against-

MERK & Co., Inc.
Defendant

**AFFIRMATION OF SERVICE**

2:07 Civ. 00906 (EEF)

I, Elena Strujan, declare under penalty of perjury that I have served a copy of the attached Motion for Remand and Affidavit for Entry Notice of Motion for Remand upon Russ Herman, Norman Kleinberg and Philip Wittmann whose address is Please see Anex (1)

DATED: 4/6/2007, New York
_______, 2006

Elena Strujan
Signature

P.O. Box 20632
Address

New YORK, NY 10021
City, State & Zip Code

Phone: 212-861-4565

Cc: Russ M. Herman
Herman, Herman, Kartz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Norman C. Kleinberg
Hughes Hubbard& Reed LLP
One Battery Park Plaza
12 th floor
New York, NY 10004-1482

Phillip A. Wittmann
Stone, Pigman, Walter & Wittmann, L.L.C
546 Carondelet Street
New Orleans, LA 70130-3588



Mrs. Elena Strujan
PO Box 20632
New York, NY 10021-0072

UNITED STATES POSTAL SERVICE
0000
70130
U.S. POSTAGE
PAID
NEW YORK,NY
10021
APR 06 '07
AMOUNT
$1.35
00059743-03