1  JOHN D. WINER, ESQ. - BAR NO. 091078
   EMILE A. DAVIS, ESQ. – BAR NO. 208394
2  JENNIFER S. PRUSAK, ESQ. – BAR NO. 226889
   WINER, McKENNA & DAVIS, LLP
3      The Ordway Building
       One Kaiser Plaza, Suite 1450
4      Oakland, California 94612
           (510) 433-1000
5
   Attorneys for Plaintiff
6  WILLIAM MORNING

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 16  PM 2: 14

LORETTA G. WHYTE
CLERK

7

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF LOUISIANA

11  This Document Relates to:            )  MDL Docket No. 1657
    William Morning,                     )
12                                       )  SECTION L
              Plaintiff,                 )  JUDGE FALLON
13        vs.                            )
                                         )  MAG. JUDGE KNOWLES
14  Merck & Co., Inc.,                   )
                                         )
15                                       )
              Defendant.                 )
16  Civil Action No. 06-1468             )

17

18        Comes now Emile A. Davis of the law firm of Winer, McKenna & Davis, LLP and notifies

19  this Honorable Court of his appearance as counsel for Plaintiff in the above-styled matter, and

20  requests that any orders, notices, correspondence, etc. issued from this Court be forwarded to him as

    one of the attorneys of record for Plaintiff.
21
          Dated this 13th day of April, 2007.
22

23

24

25                                              Emile A. Davis

26
                                        ____ Fee_____
27                                      ____ Process_____
                                         X_ Dktd_____
28                                      ____ CtRmDep_____
                                        ____ Doc. No._____

**NOTICE OF APPEARANCE**