| | |
|---|---|
| 1 | JOHN D. WINER, ESQ. - BAR NO. 091078 |
| 2 | EMILE A. DAVIS, ESQ. – BAR NO. 208394<br>JENNIFER S. PRUSAK, ESQ. – BAR NO. 226889 |
| 3 | WINER, McKENNA & DAVIS, LLP<br>The Ordway Building |
| 4 | One Kaiser Plaza, Suite 1450<br>Oakland, California 94612 |
| 5 | (510) 433-1000 |
| 6 | Attorneys for Plaintiff<br>DENNIS PARKS |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 16 PM 2:25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| This Document Relates to:<br>Dennis Parks, | ) MDL Docket No. 1657<br>)<br>) SECTION L |
| Plaintiff,<br>vs. | ) JUDGE FALLON<br>)<br>) MAG. JUDGE KNOWLES |
| Merck & Co., Inc., | )<br>) |
| Defendant.<br>Civil Action No. 05-4780 | )<br>) |

Comes now Emile A. Davis of the law firm of Winer, McKenna & Davis, LLP and notifies this Honorable Court of his appearance as counsel for Plaintiff in the above-styled matter, and requests that any orders, notices, correspondence, etc. issued from this Court be forwarded to him as one of the attorneys of record for Plaintiff.

Dated this 13th day of April, 2007.

_____
Emile A. Davis

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**NOTICE OF APPEARANCE**