IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: 05-06118

Plaintiff:  Joseph Aparo, as Personal
Representative of the Estate of Mary
Aparo, deceased

## NOTICE OF FIRM ADDRESS CHANGE

Please take notice that the address and telephone numbers for the undersigned

attorney of record for the Plaintiff, GEOFFREY R. HURT, has changed.  The new

address is as follows:

> Sean F. Monahan
> Attorney at Law
> P.O. Box 308
> 25 Thompson Road
> Webster, MA 01570-0380
>
> Telephone No.: (508) 943-0833
> Facsimile: (508) 943-0777

Please send all notices, pleadings, etc. to the new address.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison

Counsel, Russ Herman and Philip Wittman, by U.S. Mail and e-mail or by hand delivery

and e-mail and upon all parties by electronically uploading the same to LexisNexis File

& Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing

was electronically filed with the Clerk of Court of the United States District Court for the

Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this ___11th___ day of April, 2007.

SEAN F. MONAHAN
Attorney for Plaintiff
P.O. Box 308
Webster, MA 01570-0308
Phone: (508) 943-0833
Fax:    (508) 943-0777

By: Sean F. Monahan, Esq.
    Florida Bar No.: 0144657