

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-92)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,991 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## SCHEDULE CTO-92 - TAG-ALONG ACTIONS
### DOCKET NO. 1657
### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3 07-1494 | Darlene C. Island v. Merck & Co., Inc., et al. | 07-1993 |
| CAN 3 07-1520 | Howard Reece v. Merck & Co., Inc., et al. | 07-1994 |
| | | |
| **FLORIDA MIDDLE** | | |
| FLM 2 07-153 | Glenda Madden, etc. v. Merck & Co., Inc., et al. | 07-1995 |
| FLM 3 07-166 | Sally Short v. Merck & Co., Inc., et al. | 07-1996 |
| FLM 6 07-323 | Edward Malane v. Merck & Co., Inc., et al. | 07-1997 |
| | | |
| **MARYLAND** | | |
| MD 8 07-605 | Patricia Wilson v. Merck & Co., Inc. | 07-1998 |
| | | |
| **MAINE** | | |
| ME 2 07-43 | Patricia J. Oakes, et al. v. Merck & Co., Inc. | 07-1999 |
| | | |
| **MINNESOTA** | | |
| MN 0 07-1456 | Rosemary Landowski, etc. v. Merck & Co., Inc. | 07-2000 |
| MN 0 07-1478 | Eugene Francis, et al. v. Merck & Co., Inc. | 07-2001 |
| MN 0 07-1479 | Stuart Evenson, et al. v. Merck & Co., Inc. | 07-2002 |
| MN 0 07-1480 | Darlynn Seely, et al. v. Merck & Co., Inc. | 07-2003 |
| MN 0 07-1481 | Dean Frantsen, et al. v. Merck & Co., Inc. | 07-2004 |
| MN 0 07-1482 | Sharon Smith v. Merck & Co., Inc. | 07-2005 |
| MN 0 07-1483 | Philip Wohlhuter, et al. v. Merck & Co., Inc. | 07-2006 |
| | | |
| **MISSISSIPPI NORTHERN** | | |
| MSN 3 07-34 | Vickie Roberts, et al. v. Merck & Co., Inc., et al. | 07-2007 |
| | | |
| **NEW JERSEY** | | |
| NJ 3 07-1243 | Charles Wade v. Merck & Co., Inc. | 07-2008 |
| NJ 3 07-1244 | Joyce Smith v. Merck & Co., Inc. | 07-2009 |
| NJ 3 07-1245 | Wanda Scarborough, etc. v. Merck & Co., Inc. | 07-2010 |
| NJ 3 07-1246 | Doris Rayfield v. Merck & Co., Inc. | 07-2011 |
| NJ 3 07-1248 | Yvonne Mitchell v. Merck & Co., Inc. | 07-2012 |
| NJ 3 07-1249 | Kathleen Gross, etc. v. Merck & Co., Inc. | 07-2013 |
| | | |
| **NEW YORK WESTERN** | | |
| NYW 6 07-6144 | Norma J. Bonilla, etc. v. Merck & Co., Inc., et al. | 07-2014 |
| | | |
| **SOUTH CAROLINA** | | |
| SC 4 07-705 | Craig Suggs v. Merck & Co., Inc. | 07-2015 |

## INVOLVED COUNSEL LIST (CTO-92)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Joseph A. Blaszkow
1100 H Street, NW
Suite 520
Washington, DC 20005

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Reginald C. Brown, Jr.
Hyman Law Firm
P.O. Box 1770
Florence, SC 29503

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Jeremy R. Fietz
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401

Marion S. Fowler, III
Fowler Law Firm
P.O. Box 1719
Lake City, SC 29560

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

H. Blair Hahn
Richardson Patrick Westbrook &
Brickman LLC
P.O. Box 1007
Mt. Pleasant, SC 29465

Charles C. Harrell
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P. O. Box 171443
Memphis, TN 38187-1443

Renee L. Henderson
Weitz & Luxenberg, P.C.
210 Lake Drive East
Cherry Hill, NJ 08002

Russ M. Herman
Herman, Herman, Katz & Cotlar
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Alyson B. Jones
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

William H. Liston, III
Liston/Lancaster
P.O. Box 645
Winona, MS 38967-0645

Theodore V. Mayer
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

D. Michael Noonan
Shaheen & Gordon, P.A.
140 Washington Street
2nd Floor
P.O. Box 977
Dover, NH 03821-0977

David H. Nutt
David Nutt & Associates
605 Crescent Boulevard
Ridgeland, MS 39157

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
Fifth Street Towers
100 South Fifth Street
Suite 1025
Minneapolis, MN 55402

Crymes G. Pittman
Pittman, Germany, Roberts & Welsh
P.O. Box 22985
410 S. President Street
Jackson, MS 39225-2985

Alison B. Riddell
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Paul F. Strain
Venable, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2978

Tiffany Renee Thomas
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

# INVOLVED JUDGES LIST (CTO-92)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse, 3rd Floor
901 Richland Street
Columbia, SC 29201

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Marcia Morales Howard
U.S Magistrate Judge
300 N. Hogan Street
Jacksonville, FL 32202

Hon. Virginia Maria Hernandez Covington
U.S. District Judge
U.S. Courthouse
300 N. Hogan Street, Suite 11-350
Jacksonville, FL 32202

Hon. Anne C. Conway
U.S. District Judge
646 George C. Young U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. Deborah K. Chasanow
U.S. District Judge
6500 Cherrywood Lane
Room 465A
Greenbelt, MD 20770

Hon. George Z. Singal
Chief Judge, U.S. District Court
Edward T. Gignoux Federal Courthouse
156 Federal Street
Portland, ME 04101

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Garrett E. Brown, Jr.
Chief Judge, U.S. District Court
4050 Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608-1507

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Hon. Joel A. Pisano
U.S. District Judge
402 East State Street
Room 2020
Newark, NJ 08608

Hon. Anne E. Thompson
Senior U.S. District Judge
4000 Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608-1507

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1324

# INVOLVED CLERKS LIST (CTO-92)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

William S. Brownell, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Arlen B. Coyle, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

William T. Walsh, Clerk
2020 Clarkson S. Fisher Federal Building  & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317