A CERTIFIED TRUE COPY
APR 17 2007
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 17 2007
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
APR 17 2007
FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

EDLA SEC. L/3

*Goldhaber Research Associates, LLC v. Tommy Jacks, et al.*, S.D. New York, C.A. No. 1:06-13628    07-2062

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA,[*] JUDGES OF THE PANEL*

## TRANSFER ORDER

Presently before the Panel is a motion by the Texas law firm defendants,[1] pursuant to 28 U.S.C. § 1407, to transfer this action to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this docket. The *Goldhaber* plaintiff opposes this motion.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that this action shares questions of fact with at least one MDL-1657 action. Claims in *Goldhaber* arise from a purported agreement between the parties to this action regarding plaintiff's services as a potential expert witness in an MDL-1657 action which was tried in late 2006. The transferee judge has a unique familiarity with MDL-1657 and he is best-suited to rule on claims arising out of the conduct of these proceedings. Accordingly, transfer of *Goldhaber* to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

---

[*] Judges Motz and Scirica took no part in the decision of this matter.

[1] Blizzard, McCarthy & Nabers and three attorneys associated with Tommy Jacks, PC.

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

April 17, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

   *Goldhaber Research Associates, LLC v. Tommy Jacks, et al.*, S.D. New York, C.A. No. 1:06-13628

Dear Ms. Whyte:

   I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

   A list of involved counsel is attached.

                                        Very truly,

                                        Jeffery N. Lüthi
                                        Clerk of the Panel

                                        By /s/ Docket Specialist

Enclosures/Attachment

cc:  Transferee Judge:  Judge Eldon E. Fallon
     Transferor Judge:  Judge Sidney H. Stein
     Transferor Clerk:  J. Michael McMahon

JPML Form 29A

# INVOLVED COUNSEL LIST
## DOCKET NO. 1657
## IN VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Robert L. Cohen
1350 Broadway, Suite 2500
New York, NY 10018

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Christopher A. Seeger
Seeger Weiss
One William Street
10th Floor
New York, NY 10004-2502

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588