

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Michael C. Valle v. Merck & Co., Inc.*, C.D. California, C.A. No. 2:07-837

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On March 5, 2007, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, this action (*Valle*). Plaintiff in *Valle* filed a notice of opposition to the transfer of his action on March 12, 2007; accordingly, this order was further stayed for filing of the required motion and brief to vacate the conditional transfer order. On April 2, 2007, the stay was lifted for failure to file the required motion and brief to vacate the conditional transfer. On April 12, 2007, the Panel received notification from the *Valle* plaintiff that the required motion and brief were erroneously sent to the United States District Court for the Central District of California. Also appended to plaintiff's notification were the original and four copies of his motion and brief to vacate which were stamped received in the Central District of California on March 23, 2007. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Valle*.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-87" filed on March 5, 2007, is REINSTATED insofar as it relates to this action. Plaintiff's motion and brief to vacate the conditional transfer order is deemed filed as of April 17, 2007. Any response to plaintiff's motion and brief shall be filed on or before May 7, 2007.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

April 17, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

   *Michael C. Valle v. Merck & Co., Inc.*, C.D. California, C.A. No. 2:07-837

Dear Ms. Whyte:

   I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

                              Very truly,

                              Jeffery N. Lüthi
                              Clerk of the Panel

                              By
                                  Docket Specialist

Enclosure

cc:   Transferee Judge: Judge Eldon E. Fallon
      Transferor Judge: Judge John F. Walter
      Transferor Clerk: Sherri R. Carter

JPML Form 87