U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED   APR 1 8 2007

APR 1 8 2007

**A CERTIFIED TRUE COPY**

APR 1 8 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 1657

LORETTA G. WHYTE
CLERK

FILED
CLERK'S OFFICE

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,\* ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA,\* JUDGES OF THE PANEL*

### TRANSFER ORDER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in 83 actions to vacate the Panel's orders conditionally transferring the actions listed on Schedule A to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this docket. Merck & Co., Inc., favors inclusion of these actions in MDL-1657 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Any pending motions to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for the reasons expressed by the Panel in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims relating to Vioxx. *See In re Vioxx Products Liability Litigation*, 360 F.Supp.2d 1352 (J.P.M.L. 2005).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

Fee
Process
X  Dktd
CtRmDep
Doc. No.

---

\* Judges Motz and Scirica took no part in the decision of this matter.

## SCHEDULE A

### MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

|  | EDLA SEC. L/ |
|---|---|
| **Eastern District of California** | |
| *Sheryl Churchman v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2479 | 07-2063 |
| *Irene Lear v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2830 | 07-2064 |
| *Allan J. English v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2833 | 07-2065 |
| **Northern District of California** | |
| *Dolores Lee Tazmon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-7455 | 07-2066 |
| **Southern District of California** | |
| *Hermogenes Del Rosario v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2535 | 07-2067 |
| *Maria Graham, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2536 | 07-2068 |
| *Sandra Boardman, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2537 | 07-2069 |
| *Lloyd Bell, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2538 | 07-2070 |
| *Joseph Cornwall, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2539 | 07-2071 |
| *Nancy Murphy v. Merck & Co., Inc., et al.*, C.A. No. 3:07-13 | 07-2072 |
| **District of Colorado** | |
| *James Franklin, etc. v. Merck & Co., Inc.*, C.A. No. 1:06-2164 | 07-2073 |
| **Southern District of Florida** | |
| *Kenneth Bowe, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14284 | 07-2074 |
| *Jacob Avidon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14285 | 07-2075 |
| *Veronica Clark-Atchinson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14287 | 07-2076 |
| *Robin A. Curry v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14288 | 07-2077 |
| *Lystine Fairweather, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14289 | 07-2078 |
| *Mary Lee Hudson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14290 | 07-2079 |
| *Walter Smith, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14291 | 07-2080 |
| *Warren Young, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14292 | 07-2081 |
| *Andrew Trax, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14293 | 07-2082 |
| *Helen Spano, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14294 | 07-2083 |
| *John Gumas v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14295 | 07-2084 |
| *Darrell Duncan v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14296 | 07-2085 |
| *James Ferguson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14297 | 07-2086 |
| *Carol Morgan v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14298 | 07-2087 |

- A2 -

**MDL-1657 Schedule A (Continued)**

**EDLA
SEC. L/3**

Southern District of Florida (Continued)

| | |
|---|---|
| *Patricia C. Putman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14299 | **07-2088** |
| *Donald L. Simons v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14300 | **07-2089** |
| *Donna Robinson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14301 | **07-2090** |
| *Gail Simmons v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80994 | **07-2091** |
| *Anita Finnegan v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80996 | **07-2092** |
| *Joseph Iuvara, et al. v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80997 | **07-2093** |
| *Thomas Erling v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80998 | **07-2094** |

Southern District of Illinois

| | |
|---|---|
| *Sharon Calaway v. Merck & Co., Inc., et al.*, C.A. No. 3:06-870 | **07-2095** |
| *Sandra Kay Lindsey v. Merck & Co., Inc., et al.*, C.A. No. 3:06-883 | **07-2096** |
| *Steven Strader v. Merck & Co., Inc., et al.*, C.A. No. 3:06-896 | **07-2097** |
| *Patricia A. Taylor v. Merck & Co., Inc., et al.*, C.A. No. 3:06-948 | **07-2098** |

District of Nevada

| | |
|---|---|
| *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1324 | **07-2099** |
| *Calvin Maestro, M.D., et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1325 | **07-2100** |
| *George Morris, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1326 | **07-2101** |
| *Estate of Mary Hoffman Williams, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1327 | **07-2102** |
| *George Mayfield, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1328 | **07-2103** |
| *Barbara Wyman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1329 | **07-2104** |

Southern District of New York

| | |
|---|---|
| *Ali Ghanem v. Merck & Co., Inc., et al.*, C.A. No. 1:06-11419 | **07-2105** |

District of South Carolina

| | |
|---|---|
| *Joyce R. Sanders, etc. v. Merck & Co., Inc., et al.*, C.A. No. 4:06-3225 | **07-2106** |

Southern District of Texas

| | |
|---|---|
| *Juan Lizardi v. Merck & Co., Inc., et al.*, C.A. No. 1:06-176 | **07-2107** |
| *Maria G. Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 1:06-181 | **07-2108** |
| *San Juanita Mares Lejia, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-184 | **07-2109** |
| *Rosario Lechuga v. Merck & Co., Inc., et al.*, C.A. No. 2:06-478 | **07-2110** |
| *Divine Garcia v. Merck & Co., Inc., et al.*, C.A. No. 2:06-489 | **07-2111** |

- A3 -

**MDL-1657 Schedule A (Continued)**

EDLA<br>SEC. L/3

### Southern District of Texas (Continued)

| | |
|---|---|
| *Hortencia Garza, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-494 | 07-2112 |
| *Pedro Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 2:06-499 | 07-2113 |
| *John Blazier v. Merck & Co., Inc., et al.*, C.A. No. 3:06-721 | 07-2114 |
| *Evert Crump v. Merck & Co., Inc., et al.*, C.A. No. 3:06-723 | 07-2115 |
| *Richard Smith v. Merck & Co., Inc., et al.*, C.A. No. 3:06-724 | 07-2116 |
| *Vada Tolbert v. Merck & Co., Inc., et al.*, C.A. No. 4:06-3689 | 07-2117 |
| *Lynna J. Anderson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:06-114 | 07-2118 |
| *Lilian Murphree v. Merck & Co., Inc., et al.*, C.A. No. 7:06-303 | 07-2119 |
| *Juan R. Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-319 | 07-2120 |
| *Adolfo De Leon v. Merck & Co., Inc., et al.*, C.A. No. 7:06-320 | 07-2121 |
| *Victor Saenz v. Merck & Co., Inc., et al.*, C.A. No. 7:06-321 | 07-2122 |
| *Francisca Villarreal, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-322 | 07-2123 |
| *Jose Zuniga v. Merck & Co., Inc., et al.*, C.A. No. 7:06-329 | 07-2124 |
| *Rodolfo Regalado v. Merck & Co., Inc., et al.*, C.A. No. 7:06-331 | 07-2125 |
| *Ludivina Pena v. Merck & Co., Inc., et al.*, C.A. No. 7:06-333 | 07-2126 |
| *Anita Salinas v. Merck & Co., Inc., et al.*, C.A. No. 7:06-334 | 07-2127 |
| *Alonzo Rivas v. Merck & Co., Inc., et al.*, C.A. No. 7:06-336 | 07-2128 |
| *Dora Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-337 | 07-2129 |
| *Julio Sierra v. Merck & Co., Inc., et al.*, C.A. No. 7:06-338 | 07-2130 |
| *Javier Trevino v. Merck & Co., Inc., et al.*, C.A. No. 7:06-340 | 07-2131 |
| *Marcelina Tijerina v. Merck & Co., Inc., et al.*, C.A. No. 7:06-341 | 07-2132 |
| *Maria De Leon v. Merck & Co., Inc., et al.*, C.A. No. 7:06-344 | 07-2133 |
| *Abdon Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-345 | 07-2134 |
| *Maria Quintanilla v. Merck & Co., Inc., et al.*, C.A. No. 7:06-346 | 07-2135 |
| *Adriana Negrete v. Merck & Co., Inc., et al.*, C.A. No. 7:06-347 | 07-2136 |
| *Nora De Los Rios, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-357 | 07-2137 |

### Western District of Texas

| | |
|---|---|
| *Emil Kenneth Braune v. Merck & Co., Inc., et al.*, C.A. No. 1:06-848 | 07-2138 |
| *Marilyn Trent v. Merck & Co., Inc., et al.*, C.A. No. 1:06-858 | 07-2139 |
| *Charles Ray Garrett, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-859 | 07-2140 |
| *Shirley Ison, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-865 | 07-2141 |
| *Esther McConoghy v. Merck & Co., Inc., et al.*, C.A. No. 1:06-870 | 07-2142 |
| *Ruby Shaw v. Merck & Co., Inc., et al.*, C.A. No. 1:06-871 | 07-2143 |
| *Nathaniel Knight v. Merck & Co., Inc., et al.*, C.A. No. 1:06-901 | 07-2144 |
| *Selma Gonzalez, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:06-985 | 07-2145 |

**INVOLVED COUNSEL LIST**
**DOCKET NO. 1657**
**IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY**
**LITIGATION**

Douglas A. Allison
Law Offices of Douglas A. Allison
500 North Water Street
South Tower, Suite 1200
Corpus Christi, TX 78471

Bruce Edwin Anderson
Brin & Brin, P.C.
10999 IH-10 West, Suite 800
San Antonio, TX 78230

Robert F. Arentz
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012

Erik T. Atkisson
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Denise A. Barton
Morris, Pickering & Peterson
300 South Fourth Street, Suite 900
Las Vegas, NV 89101

Beth A. Bauer
Hepler, Broom, MacDonald, et al.
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

James P. Bell, Jr.
Law Offices of James P. Bell, Jr.
800 N. Shoreline Boulevard
Suite 2700
Corpus Christi, TX 78401-3703

Dana A. Blanton
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Steven J. Boranian
Reed Smith LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111-4106

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Abraham Cano, M.D.
2401 N. Ed Carey Drive
Suite A
Harlingen, TX 78550

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street, Suite 2400
Los Angeles, CA 90017-2550

Robert W. Cottle
Mainor Eglet Cottle, LLP
400 South Fourth Street, Suite 600
Las Vegas, NV 89101

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Aaron K. Dickey
Goldenberg, Heller, Antognoli,
Rowland, et al.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025

Lowell W. Finson
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Gary S. Fish
15 Maiden Lane
Suite 1108
New York, NY 10038

Bruce C. Fishelman
Greene, Broillet & Wheeler
100 Wilshire Boulevard, 21st Floor
Santa Monica, CA 90401

Stephen R. Foster
Arnold & Itkin, LLP
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, TX 77010

Blanca P. Galo
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

Rachael R. Gilmer
Levin Papantonio Thomas, et al.
316 S Baylen St.
Suite 600
P.O. Box 12308
Pensacola, FL 32501

Anne E. Grigg
Fulbright & Jaworski, L.L.P.
600 Congress Avenue
Suite 2400
Austin, TX 78701-2011

Kevin Michael Hara
Reed Smith LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Kenneth Wayne Harrell
Joye Law Firm
Northgate Office Building
5861 Rivers Avenue
Suite 101
Charleston, SC 29406

Anthony C. Hayes
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-1070

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

INVOLVED COUNSEL LIST   (MDL-1657)                                    PAGE 2 OF 2

Alissa S. Holt
Hackard & Holt
11335 Gold Express Drive
Suite 105
Gold River, CA 95670

Richard L. Josephson
Baker Botts, L.L.P.
One Shell Plaza, Suite 3000
910 Louisiana Street
Houston, TX 77002-9934

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Stuart A. Kritzer
Kritzer/Zonies LLC
1 Sherman Place
140 East 19th Avenue, 3rd Floor
Denver, CO 80203

Barbara B. Litten
Squire, Sanders & Dempsey, LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Kevin G. Lohman
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Maryanne Lyons
Baker Botts, L.L.P.
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202-3793

F. Shields McManus
Gary Williams Parenti Finney, et al.
221 East Osceola Street
Waterside Professional Bldg.
Stuart, FL 34994

Jack H. Modesett, III
Law Offices of Jack Modesett, III
500 North Water Street
Suite 1200
Corpus Christi, TX 78471

Billie Marie Morrison
White, Meany & Wetherall, LLP
8363 W. Sunset Road
Suite 340
Las Vegas, NV 89113

Andrews Howell Myers
Wheeler, Trigg & Kennedy, LLP
1801 California Street
Suite 3600
Denver, CO 80202

Brian J. Panish
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025

Robb W. Patryk
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

M. Kenneth Patterson
Patterson & Wagner
Northwest Center, Suite 500
7550 I-10 West
San Antonio, TX 78229

Philipa M. Remington
Stinnett, Thiebaud & Remington L.L.P.
1445 Ross Avenue
Suite 2500
Dallas, TX 75202

John R. Shepperd
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
5847 San Felipe, Suite 2300
Houston, TX 77057

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Randy J. Soriano
Bryan Cave, LLP
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

David A. Tanner
Mainor Eglet Cottle, LLP
400 South Fourth Street
Sixth Floor
Las Vegas, NV 89101

Russell G. Thornton
Stinnett, Thiebaud & Remington L.L.P.
1445 Ross Avenue
2500 Fountain Place
Dallas, TX 75202

Mikal C. Watts
Watts Law Firm, LLP
Bank of America Plaza, Suite 100
300 Convent Street
San Antonio, TX 78205

Peter C. Wetherall
White, Meany & Wetherall, LLP
3185 Lakeside Drive
Reno, NV 89509-4503

Catherine Whitfield
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Lorenzo Williams
Gary Williams Parenti Finney, et al.
320 South Indian River Drive
P.O. Box 3390
Fort Pierce, FL 34948-3390

Lorenzo Williams
Gary Williams Parenti Finney, et al.
221 East Osceola Street
Waterside Professional Bldg.
Stuart, FL 34994

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

# INVOLVED JUDGES LIST
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Roger T. Benitez
U.S. District Judge
4145 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Wiley Y. Daniel
U.S. District Judge
A1038 Alfred A. Arraj U.S. Courthouse
90119th Street
Denver, CO 80294

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Lloyd D. George
Senior U.S. District Judge
6073 Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. Andrew S. Hanen
U.S. District Judge
301 Federal Building
600 East Harrison Street
Brownsville, TX 78520

Hon. Hayden W. Head, Jr.
Chief Judge, U.S. District Court
1133 North Shoreline Boulevard
Suite 308
Corpus Christi, TX 78401

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Business Highway 83
Bentsen Tower
Suite 1028
McAllen, TX 78502

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Hon. Robert C. Jones
U.S. District Judge
U.S. District Court
7005 Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

INVOLVED JUDGES LIST  (MDL-1657)

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. M. James Lorenz
U.S. District Judge
5145 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Jeffrey T. Miller
U.S. District Judge
3142 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. Philip M. Pro
U.S. District Judge
7015 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101-7065

Hon. John D. Rainey
U.S. District Judge
406 Martin Luther King U.S. Post Office & Courthouse
312 Main Street
Victoria, TX 77901

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Federal Building & U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Hilda G. Tagle
U.S. District Judge
Federal Building & U.S. Courthouse
#306
600 East Harrison Street
Brownsville, TX 78520

Hon. Terry L. Wooten
U.S. District Judge
P.O. Box 2557
Florence, SC 29503-2557

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

## INVOLVED CLERKS LIST
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
## LITIGATION

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

Michael N. Milby, Clerk
101 Federal Building & U.S. Courthouse
600 East Harrison Street
Brownsville, TX 78522-7114

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Michael N. Milby, Clerk
P.O. Box 1638
Victoria, TX 77902-1638

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
G-65 John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:            [202] 502-2888

http://www.jpml.uscourts.gov

April 18, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re:  MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule A of Order)

Dear Ms. Whyte:

   I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter.  The order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation.  Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

   A list of involved counsel is attached.

                                        Very truly,

                                        Jeffery N. Lüthi
                                        Clerk of the Panel

                                        By
                                                Docket Specialist

Enclosures/Attachment

cc:  Transferee Judge:   Judge Eldon E. Fallon
      Transferor Judges:  (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

                                                                    JPML Form 29A