UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| **Barbara Thornhill, Individually and as** | * | |
| **Administratrix of the Estate of Deceased Stefania** | * | |
| **Gaczkowski  v. Merck & Co., Inc., No. 06-6028.** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Barbara Thornhill, individually and as Administratrix of the Estate of Deceased Stefania Gaczkowski against defendant Merck & Co., Inc. in the above-styled lawsuit be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

869052v.1