## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * | MDL No. 1657 |
| | * * | SECTION L |
| This Document Relates to: | * | JUDGE ELDON E. FALLON |
| Jeffrey W. Corcoran, et al | * | |
| v. Merck & Co, Inc., | * | |
| Case No. 2:05-cv-337 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER PURSUANT TO STIPULATION OF THE PARTIES

The Complaint of Plaintiffs, Jeffrey W. Corcoran and Luanne M. Corcoran, is hereby dismissed without prejudice and without costs or fees.

Dated this _____ day of _____, 2007.

_____
Eldon E. Fallon
United States District Judge