UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | MDL No. 1657 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| This Document Relates to: Walter J. Hintz, et al. v. Merck & Co, Inc., Case No. 2:05-cv-342 | |

## ORDER PURSUANT TO STIPULATION OF THE PARTIES

The Complaint of Plaintiffs, Walter J. Hintz and Margel Hintz, is hereby dismissed without prejudice and without costs or fees.

Dated this _____ day of _____, 2007.

_____
Eldon E. Fallon
United States District Judge