UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:**     <u>Rita Barker, et al. v. Merck & Co., Inc.</u>
<u>Civil Action No. 05-6535 (Edith Neil only)</u>

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Edith Neil be and the same are hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ___18th___ day of _____April_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

4