THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
Matthew J. Zuchetto
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Telephone: (509) 455-3966
Email: scottgroup@mac.com

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Amsden v. Merck & Co., Inc.<br>Civil Action No. 2:06cv 01050<br><br>Barnes, et al. v. Merck & Co., Inc.<br>Civil Action No. 2:05cv 03940<br><br>Blaine v. Merck & Co., Inc.<br>Civil Action No. 2:05cv 06126<br><br>Dubuque v. Merck & Co., Inc.<br>Civil Action No. 2:05cv 02974<br><br>Hensz v. Merck & Co., Inc.<br>Civil Action No. 2:06cv 00468<br><br>Mazac, et al. v. Merck & Co., Inc.<br>Civil Action No. 2:05cv 03941<br><br>Michler v. Merck & Co., Inc.<br>Civil Action No. 2:05cv 03942<br><br>Moore, et al. v. Merck & Co., Inc.<br>Civil Action No. 2:05cv 04650 | ASSOCIATION OF COUNSEL AND APPEARANCE; CHANGE OF LAW FIRM<br><br>(Clerk's Action Required) |

ASSOCIATION OF COUNSEL AND APPEARANCE;
CHANGE OF LAW FIRM: 1

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA 99201
(509) 455-3966

Raglin v. Merck & Co., Inc.
Civil Action No. 2:05cv 02386

Schmidt v. Merck & Co., Inc.
Civil Action No. 2:05cv 01173

Snyder v. Merck & Co., Inc.
Civil Action No. 2:05cv 05185

TO:   THE CLERK OF THE COURT; and

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Darrell W. Scott, whose address is The Scott Law Group P.S., 926 W. Sprague Avenue, Suite 583, Spokane, Washington 99201 (DarrellScott@mac.com), hereby enters his appearance as additional counsel on Plaintiffs' behalf. You are hereby directed to serve copies of all future pleadings or papers, except original process, upon said attorneys.

PLEASE TAKE FURTHER NOTICE that Matthew J. Zuchetto (MatthewZuchetto@mac.com), as of March 5, 2007, became associated with The Scott Law Group, having terminated his association with Lukins & Annis on February 16, 2007, and that he will continue as counsel in the above-captioned matter.

ASSOCIATION OF COUNSEL AND APPEARANCE;
CHANGE OF LAW FIRM: 2

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA 99201
(509) 455-3966

DATED this 20th day of April, 2007.

                              THE SCOTT LAW GROUP, P.S.

                              By _____
                                  Darrell W. Scott, WSBA #20241
                                  Matthew J. Zuchetto, WSBA #33404

                              *Attorneys for Plaintiffs*

ASSOCIATION OF COUNSEL AND APPEARANCE;
CHANGE OF LAW FIRM: 3

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W SPRAGUE AVENUE
SUITE 583
SPOKANE, WA 99201
(509) 455-3966