# Exhibit A

## Exhibit A

Plaintiffs Represented by Michael Hingle and Associates Who Have Provided Grossly Deficient or Incomplete PPFs

| Vioxx User/Plaintiffs | Case Caption | Docket Number | Date Gross PPF was Served or Last Updated | Exhibit | Date of Merck's 1st Notice Letter | Exhibit | Date of Merck's 2nd Notice Letter | Exhibit | Date of Merck's 3rd Notice Letter | Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| Rene Rudolph Aguilar OBO decedent Margot Aguilar | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 01/10/06 | B | 12/20/05 | Y | 01/10/07 | VV | N/A | N/A |
| Aquillard, Mary E.* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 (Plantiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | C | 12/20/05 | Z | 08/14/06 | WW | N/A | N/A |
| Anderson, Arthur | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 (Plantiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 01/10/06 | D | 12/20/05 | AA | 01/10/07 | XX | N/A | N/A |
| Andrews, Anna B. | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 01/09/06 | E | 12/20/05 | BB | 01/08/07 | YY | N/A | N/A |
| Andrews, Celestine S. | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 03/02/07 | F | 12/20/05 | CC | 08/14/06 | ZZ | N/A | N/A |
| Archote, Milton J.* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457(Plantiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | G | 12/20/05 | DD | 08/14/06 | AAA | N/A | N/A |
| Atkins, Brian | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 01/12/06 | H | 12/20/05 | EE | 12/15/06 | BBB | N/A | N/A |
| Augustine, Charles R.* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/15/05 | I | 12/20/05 | FF | 08/14/06 | CCC | 03/16/07 | SSS |
| Banner, Rudolph E. | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 02/27/07 | J | 12/20/05 | GG | 08/14/06 | DDD | N/A | N/A |
| Barnes, Ann C.* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/15/05 | K | 12/20/05 | HH | 08/14/06 | EEE | 03/16/07 | SSS |

## Exhibit A

Plaintiffs Represented by Michael Hingle and Associates Who Have Provided Grossly Deficient or Incomplete PPFs

| Vioxx User/Plaintiffs | Case Caption | Docket Number | Date Gross PPF was Served or Last Updated | Exhibit | Date of Merck's 1st Notice Letter | Exhibit | Date of Merck's 2nd Notice Letter | Exhibit | Date of Merck's 3rd Notice Letter | Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| Bass, David* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/15/05 | L | 12/20/05 | II | 08/14/06 | FFF | 03/16/07 | SSS |
| Bates, Vikki* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/15/05 | M | 12/20/05 | JJ | 08/14/06 | GGG | 03/16/07 | SSS |
| Bazert, Wilbert* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/15/05 | N | 12/20/05 | KK | 08/14/06 | HHH | 03/16/07 | SSS |
| Bell, Ethel J.* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/15/05 | O | 12/20/05 | LL | 08/14/06 | III | 03/16/07 | SSS |
| Berry, Joe* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/15/05 | P | 12/20/05 | MM | 08/14/06 | JJJ | N/A | N/A |
| Bonnie, Latasha A.* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/15/05 | Q | 12/20/05 | NN | 08/14/06 | KKK | N/A | N/A |
| Bradley, Annie | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 01/09/06 | R | 12/20/05 | OO | 01/08/07 | LLL | N/A | N/A |
| Braggs, Veronica* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/15/05 | S | 12/20/05 | PP | 08/14/06 | MMM | N/A | N/A |
| Brown, Janice* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/15/05 | T | 12/20/05 | QQ | 08/14/06 | NNN | N/A | N/A |
| Brown, Leo | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 01/23/06 | U | 12/20/05 | RR | 12/15/06 | OOO | N/A | N/A |
| Brown, Veronica | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 02/27/07 | V | 12/20/05 | SS | 08/14/06 | PPP | N/A | N/A |
| Bunns, Helen (d) | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/13/05 | W | 02/17/06 | TT | 08/14/06 | QQQ | N/A | N/A |
| Ceaser, Wanda A.* | Acosta, Ella v. Merck & Co., Inc. | 2:05-cv-04457 | 12/15/05 | X | 12/20/05 | UU | 08/14/06 | RRR | 03/16/07 | SSS |

* Indicates that these Plaintiffs have only provided 2 pages of the 10 page PPF form.

# Exhibit B

Exhibit A

LEXISNEXIS® FILE & SERVE
10223308
E-SERVICE
Jan 10 2006
4:00PM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: _MARgot G Aguilar / Rene R Aguilar_
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: _Rene' Ruddph Aguilar_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _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_

2. Maiden or other names used or by which you have been known: _____

3. Address: _2201 Mehle St, Arabi  70032_

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _Margot G Aguilar / I Rene' R Aguilar_

5. If you were appointed as a representative by a court, state the:

   Court: _____     Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _I am the son of Margot G Aguilar_

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____



NY 189839_1

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No _____ *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? *Stroke to the Left eye Approximately June of 2004, than prted stroke to the brian on Nov 29th of 2004.*

      b. When do you claim this injury occurred? *The injuries Accured in June & Nov 2004.*

      c. Who diagnosed the condition? _____

      d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _____
      _____
      _____

      e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No ✓ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
      _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No ✓

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _____
      _____

      b. To your understanding, condition for which treated: _____
      _____

      c. When treated: _____

      d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *MARgot Guerrero Aguilar*

B. Maiden or other names used or by which you have been known: *MARgo Aguilar*

C. Social Security Number: *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*

D. Address: *2201 mehle Street, ARAbi, LouisiANA 70032*

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 2201 Mehle Street Arabi La 70043 | 56 years |

F.  Driver's License Number and State Issuing License: _____ *Louisiana*

G.  Date of Place and Birth: *March 13th, 1922  La Liaba  Hondurpas*

H.  Sex:  Male ____  Female ✓

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Unknown | | | |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer): *Housewife*

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |

2.  List the following for each employer you have had in the last ten (10) years:  *Housewife*

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |

3.  Are you making a wage loss claim for either your present or previous employment?  Yes ____  No ✓

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C):_____

K.  Military Service Information:  Have you ever served in the military, including the military reserve or national guard?  Yes ____  No ✓

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?  Yes ____  No *N/A*

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____   No __✓__   *If "yes,"* to the best of your knowledge please state:

    a.  Year claim was filed: _____

    b.  Nature of disability: _____

    c.  Approximate period of disability: _____

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____   No _____   *If "yes,"* set forth when and the reason. _____ _N/A_ _____

    _____

    _____

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No __✓__   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

    _____

    _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No __✓__   *If "yes,"* set forth where, when and the felony and/or crime. _____

    _____

## III.   FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
    _Roberto Aguilar , 12-16-1921   Date of Marriage May 8th, 1940_
    _marriage ended due to husbands Death_

B.  Has your spouse filed a loss of consortium claim in this action?   Yes _____   No __✓__

189839_1

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours
    suffer from any type of cardiovascular disease including but not limited to: heart
    attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur,
    coronary artery disease, congestive heart failure, enlarged heart, leaking valves or
    prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever,
    atrial fibrillation, stroke?  Yes _____  No _____  Don't Know __✓___  *If "yes,"*
    identify each such person below and provide the information requested.

    Name: _____

    Current Age (or Age at Death): _____

    Type of Problem: _____

    If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: *Rene' Rudolph*
    *Aguilera*

E.  If you are claiming the wrongful death of a family member, list any and all heirs of
    the decedent. _____
    _____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you?  *unknown*

B.  On which dates did you begin to take, and stop taking, VIOXX®?  *unknown*

C.  Did you take VIOXX® continuously during that period?
    Yes _____  No _____  Don't Recall _✓_

D.  To your understanding, for what condition were you prescribed VIOXX®? _____
    _____  *unknown*

E.  Did you renew your prescription for VIOXX®? Yes _____  No _____  Don't Recall _✓_

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how
    much and when they were provided: _____  *unknown*

G.  Which form of VIOXX® did you take (check all that apply)?
    _____ 12.5 mg Tablet (round, cream, MRK 74)
    _____ 12.5 mg Oral Suspension
    _____ 25 mg Tablet (round, yellow, MRK 110)
    _____ 25 mg Oral Suspension
    _____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®? _____ *unknown*

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____  No _____  Don't Recall _✓_

J.  What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _____ unknown _____

K.  What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _____ unknown _____

L.  Instructions or Warnings:

    1.  Did you receive any written or oral information about VIOXX® before you took it? Yes _  No _____  Don't Recall _✓_

    2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____  No _____  Don't Recall _✓_

    3.  *If "yes,"*

        a.  When did you receive that information?_____

        b.  From whom did you receive it?_____

        c.  What information did you receive? _____
        _____

## V.  MEDICAL BACKGROUND

A.  Height: __?__ ?

B.  Current Weight: _____
    Weight at the time of the injury, illness, or disability described in Section I(C):

    _____

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    _✓_  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    ____  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a.  Date on which smoking/tobacco use ceased: _____

        b.  Amount smoked or used: on average_____ per day for _____ years.

    ____  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

        a.  Amount smoked or used: on average _____ per day for _____ years.

    ____  Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ____ No _✓_ If *"yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____  No ✓  Don't Recall _____

*If "yes",* identify each substance and state when you first and last used it. _____
_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery: *None*

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| unknown |           |      |                    |          |
|         |           |      |                    |          |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| unknown                |      |                    |          |
|                        |      |                    |          |

3. To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____  No _____  Don't Recall ✓  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |

189839_1

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes __✓__ No ____

B. Decedent's death certificate (if applicable).  Yes ____  No __✓__

C. Report of autopsy of decedent (if applicable).  Yes ____  No __✓__

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes ___ No __✓__

If you answer "yes", set forth in the space provided:

     i.   There is _____ number of _____ mg tablets remaining.

     ii.  There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No __✓__

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ____ No __✓__

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No __✓__

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ✓

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| None | |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| unknown | | |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| unknown | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| unknown | | | |
| | | | |
| | | | |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| unknown | | |
| | | |
| | | |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| unknown | |
| | |
| | |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| unknown | |
| | |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| N/A | |
| | |

189839_1

# Exhibit C

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 05-4457 | Plaintiff: *Mary Aguillard*<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number:_____

2. Maiden Or Other Names Used or By Which You Have Been Known:_____

3. Address:_____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured?_____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

   1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

     a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

       _____

     b.  When do you claim this injury occurred?_____

     c.  Who diagnosed the condition? _____

     d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

       _____
       _____

     e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

       _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

     a.  Name and address of each person who treated you: _____

       _____

     b.  To your understanding, condition for which treated: _____

       _____

     c.  When treated: _____

     d.  Medications prescribed or recommended by provider: _____.

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: *Mary Aguillard*

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address: *5001 N. Villere St. N.O., LA 70117*

# Exhibit D



10216400

Jan 10 2006
9:39AM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

THIS RELATES TO:

    Civil Action No:

MDL Docket No. 1657

Plaintiff: _Arthur Anderson_
                   (name)

## PLAINTIFF PROFILE FORM

    Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _Tangela  A.  Brown_

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1.  Social Security Number: _439 - 27 - 9403_

    2.  Maiden Or Other Names Used or By Which You Have Been Known: _Tangela Anderson_

    3.  Address: _1532 Flamingo Road, Gretna, LA 70056_

    4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _Estate of Arthur Anderson, decedent_

    5.  If you were appointed as a representative by a court, state the:

        Court: _____   Date of Appointment: _____

    6.  What is your relationship to deceased or represented person or person claimed to be injured? _daughter_

    7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _Sept. 28, 2004_
           _@ Bundy Road_
       _also 3020 Gentaylor,_
       _New Orleans._

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No_____ *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _heart attack_____

      b. When do you claim this injury occurred? _Sept. 28, 2004_

      c. Who diagnosed the condition? _Dr. Derber & Dr. Borgman_

      d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _____

      e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No ✓ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No ✓

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _____

      b. To your understanding, condition for which treated: _____

      c. When treated: _____

      d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Arthur Anderson_

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _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_

D. Address: _3020 ~~Bundy Road~~, New Orleans_
              _Gen. Taylor_

E.   Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| Burdy Road | 7 - 9 - 2004 |
| 8020 Gen. Taylor, New Orleans | |

F.   Driver's License Number and State Issuing License:  LA - unknown

G.   Date of Place and Birth: McComb, MS   Jan 30, 1948

H.   Sex: Male __✓__ Female ____

I.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Dillard Univ. | 1970 | Math | B.S. |

J.   Employment Information.

1.   Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Bally's Casino | Stars & Stripes Blvd. | 1997-2004 | dealer |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Quaglinos | Claiborne Ave | 1970s-97 | Driver |

3.   Are you making a wage loss claim for either your present or previous employment? Yes ____ No __✓__

If "yes," state your annual income at the time of the injury alleged in Section I(C):_____

K.   Military Service Information:  Have you ever served in the military, including the military reserve or national guard? Yes ____ No __✓__

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No __✓__

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes __✓__ No _____   *If "yes,"* to the best of your knowledge please state:

   a.  Year claim was filed: _____ SSI - 2004 _____

   b.  Nature of disability: _____ arthritis _____

   c.  Approximate period of disability: _____ denied _____

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____ No _____   *If "yes,"* set forth when and the reason. _____

   _____

   _____

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes __✓__ No _____   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _Car Accident,_
   _Orleans - neck injury_

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____ No __✓__   *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____

   _Mona Lisa Anderson - 7/2/50 - school teacher_

B.  Has your spouse filed a loss of consortium claim in this action?   Yes _____ No __✓__ _May 29, 1971_
   _divorce_

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____  No __✓__  Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: _____
Tempela Brown  -32 - Gretna
Trekeisha Anderson -26 - Baton Rouge
E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.  Yes,  see above

## IV. VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? ___Derbes / Borgman___

B.  On which dates did you begin to take, and stop taking, VIOXX®? ___Several years until death___

C.  Did you take VIOXX® continuously during that period?
Yes __✓__  No _____  Don't Recall _____

D.  To your understanding, for what condition were you prescribed VIOXX®? ___arthritis___

E.  Did you renew your prescription for VIOXX®? Yes __✓__  No _____  Don't Recall _____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: ___Yes - Derbes /Borgman___

G.  Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

Dosage unknown.

H.  How many times per day did you take VIOXX®?
_____ Unknown _____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✓ Don't Recall _____

J.  Instructions or Warnings:

    1.  Did you receive any written or oral information about VIOXX® before you took it? Yes ___ No _____ Don't Recall ✓

    2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall ✓

    3.  *If "yes,"*

        a.  When did you receive that information? _____

        b.  From whom did you receive it? _____

        c.  What information did you receive? ____
        ____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____ no ·
_____

## V. MEDICAL BACKGROUND

A.  Height: 5' 9"

B.  Current Weight: unknown    approx 200 lbc
Weight at the time of the injury, illness, or disability described in Section I(C): _____

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
    ✓ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
    ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
        a.  Date on which smoking/tobacco use ceased: _____
        b.  Amount smoked or used: on average _____ per day for _____ years.
    ____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
        a.  Amount smoked or used: on average _____ per day for _____ years.
    ____ Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____ No ✓  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____ No ✓  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Preparation For Knee Surgery |  | unknown ortho | Touro |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✓  No _____ Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| tests prepping for Knee Surgery | 2002 | — | Touro | Knee |
|  |  |  |  |  |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes ✓ No ____

B. Decedent's death certificate (if applicable). Yes ____ No ____

C. Report of autopsy of decedent (if applicable). Yes ____ No ____


## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr Deebes / Dr. Bosman | at Touro Medical Plaza |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| See above |  |  |
|  |  |  |
|  |  |  |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Touro | Pythinia | 2002 | Knee surgery |
|  |  |  |  |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| See B |  |  |  |
|  |  |  |  |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| See TS. |  |  |
|  |  |  |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Walgreens | Claiborne & Nap Whingin |
| Rite-Aid | Claiborne & Nap 20 Fear. |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| ~~South La~~ Tulane Ave. | Tulane Ave |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Tangela A. Brown_        _TANGELA A. BROWN_        _1/5/06_
Signature                          Print Name                               Date

# Exhibit E



10205068

Jan 9 2006
10:29AM

Exhibit A

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: *Anna B. Andrews*
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: *Anna B. Andrews*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: *437 - 66 - 3083*

2. Maiden or other names used or by which you have been known: *AnnaBell Hamilton*

3. New Address: *1345 Heatherton Rd, Dacula, GA 30019*

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____ *N/A* _____   Date of Appointment: *N/A*

6. What is your relationship to deceased or represented person or person claimed to be injured? _____ *N/A* _____.

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____ *N/A* _____

NY 189839_1

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? *LAD Parietal hypodensity representing a large area of ischemia/an acute ischemic extent*

   b. When do you claim this injury occurred? *2003 - 2004*

   c. Who diagnosed the condition? *Dr Vincent Morelli and Dr. Wilensk*

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No *✓* *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes *✓* No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. *Not recovered*

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes *✓* No _____
   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: *Kenner Reg. Med Ctr, Kenner, La.*

   b. To your understanding, condition for which treated: _____

   c. When treated: *12/16/04*

   d. Medications prescribed or recommended by provider: *5 Kelexin 800 mg, Komexon 15 mg*

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Anna Andrews*

B. Maiden or other names used or by which you have been known: *Hamilton*

C. Social Security Number: *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*

D. Address: *1345 Heatherton Rd, Dacula, GA, 30019*

189839_1

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 3600 Upper line St | 96 - 04 |
| 221 Holy Cross Pl | 04 - 05 |

F. Driver's License Number and State Issuing License: ___437-663083___

G. Date of Place and Birth: ___1944, St Feliciana La.___

H. Sex: Male ____ Female __✓__

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | 1962 | N/A | N/A |

J. Employment Information.

   1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

   2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

   3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No __✓__

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C):_____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____ No __✓__

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No __✓__

189839_1

L. Insurance / Claim Information:

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____   No _✓_   *If "yes,"* to the best of your knowledge please state:

     a. Year claim was filed: _____

     b. Nature of disability: _____

     c. Approximate period of disability: _____

   2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____   No _✓_   *If "yes,"* set forth when and the reason. _____

_____

_____

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No _✓_   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

_____

_____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No _✓_   *If "yes,"* set forth where, when and the felony and/or crime. _____

_____

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): *Jerome Andrews , 3/16/200 , death*

B. Has your spouse filed a loss of consortium claim in this action?   Yes _____   No _✓_

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _Father ( Charlie JACKSON_____

Current Age (or Age at Death): _____

Type of Problem: _Stroke_____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _N/A_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _Dr. Perry, Adam_____

B. On which dates did you begin to take, and stop taking, VIOXX®? _7/~~2003~~ 98_

C. Did you take VIOXX® continuously during that period?
Yes ✓  No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _Dr. Perry, Adam_
_____

E. Did you renew your prescription for VIOXX®? Yes ✓  No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _Dr. Burgar   1998_

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
__✓__ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _Once per day_

189839_1

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription
for VIOXX®? Yes __✓__ No ____ Don't Recall ____

J.  What medications, prescription and over-the-counter, did you take simultaneously with
VIOXX®? _____

K.  What medications, prescription and over-the-counter, did you take within 6 months prior to
staring VIOXX®? _____ B Rx tray Celebrex

L.  Instructions or Warnings:

1.  Did you receive any written or oral information about VIOXX® before you took
it? Yes __✓__ No ____ Don't Recall ____

2.  Did you receive any written or oral information about VIOXX® while you took it?
Yes ____ No __✓__ Don't Recall ____

3.  If "yes,"
a.  When did you receive that information? _____ W/RX _____
b.  From whom did you receive it? _____ Pharmacy _____
c.  What information did you receive? _____ info that comes w/
Rx in the bag.

## V. MEDICAL BACKGROUND

A.  Height: 5'6"

B.  Current Weight: 254
Weight at the time of the injury, illness, or disability described in Section I(C):
_____

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable
to your history of smoking and/or tobacco use.*
__✓__  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
____  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
a.  Date on which smoking/tobacco use ceased: _____
b.  Amount smoked or used: on average _____ per day for _____ years.
____  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing
tobacco/snuff.
a.  Amount smoked or used: on average __N__ per day for _____ years.
Smoked different amounts at different times.

D.  Drinking History. Do you now drink or have you in the past drank alcohol (beer,
wine, whiskey, etc.)? Yes ____ No __✓__ If "yes," fill in the appropriate blank with
the number of drinks that represents your average alcohol consumption during the
period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No _____  Don't Recall _____

   *If "yes"*, identify each substance and state when you first and last used it. _____
   _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

   1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

   | Surgery | Condition | When | Treating Physician | Hospital |
   |---------|-----------|------|--------------------|----------|
   |         |           |      |                    |          |
   |         |           |      |                    |          |

   2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

   | Treatment/Intervention | When | Treating Physician | Hospital |
   |------------------------|------|--------------------|----------|
   |                        |      |                    |          |
   |                        |      |                    |          |

   3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
       Yes _____  No _____  Don't Recall _____  *If "yes,"* answer the following:

   | Diagnostic Test | When | Treating Physician | Hospital | Reason |
   |-----------------|------|--------------------|----------|--------|
   |                 |      |                    |          |        |
   |                 |      |                    |          |        |

189839_1

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No _____

B.  Decedent's death certificate (if applicable).  Yes _____  No _____

C.  Report of autopsy of decedent (if applicable).  Yes _____  No _____

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A.  Unused VIOXX®.

Yes ____ No __/__

If you answer "yes", set forth in the space provided:

i.  There is _____ number of _____ mg tablets remaining.

ii.  There is _____ amount of _____ mg oral suspension remaining.

B.  Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes __/__ No ___

C.  Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes _____ No _____

D.  Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ____ No ___

E.  Documents that evidence any communication between you and any doctor, employer,

189839_1

*Snt All info over night when case 1st opened*

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ___

F.  Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ___

G.  Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ___

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| David Borne | New Orleans, La |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| David Borne | New Orleans, La | |
| David Prayhod | New Orleans, La | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Tenner Turro | Memorial Hospital | Hernia | MOLA |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name *Hosp'l* | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| *Touro Hospital* | *New Orleans, La.* | | |
| *Kenner Reg.* | *Kenner, La.* | | |
| *Dekalb Medi.* | *Decatur, GA* | *O.A.* | |
| *Gwin. Med.* | *Lawrenceville* | *GA* | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| | | |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| *Walgreens* | *New Orleans, La* |
| *Wal-Mart* | *New Orleans, La* |
| *Publix* | *Lawrenceville, GA* |
| *Cash Money* | *New Orleans, La* |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| *New Orleans* | *La, Carrolton Ave.* |
| *Kenner, La* | *Joe Yenni Blvd* |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | *N/A* |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| _Anna Andrews_ | _Anna Andrews_ | _12-15-05_ |
| --- | --- | --- |
| Signature | Print Name | Date |

189839_1