# Exhibit F



updated PPF
03.02.07



Mar 2 2007
3:22PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: _____ |
| Civil Action No: | (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: Celestine Andrews

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: 435-66 2252

2.  Maiden Or Other Names Used or By Which You Have Been Known: Sneeze Brenda

3.  Address: PO Box 3513 House 223 Hobson St

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

    Court: _____   Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? Myself

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: N/A

SEP 11 2006

SLIDELL

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No_____ *If "yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? abnormal heart beat

        b. When do you claim this injury occurred? 2003

        c. Who diagnosed the condition? Dr Petry Walker

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _____

        e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ✓ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No ✓

    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a. Name and address of each person who treated you: _____

        b. To your understanding, condition for which treated: _____

        c. When treated: _____

        d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: _____

MICHAEL DANGLE ASSOC
SEP 11 2006
SLIDELL

E.   Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
|         |                    |
|         |                    |

F.   Driver's License Number and State Issuing License: _____

G.   Date of Place and Birth: ___5  8  26_____ *5ᵗʰGrade*

H.   Sex: Male _____   Female ✓

I.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
|             |                |                 |                     |

J.   Employment Information.

   1.   Current employer (if not currently employed, last employer):   N/A

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
|      |         |                     |                       |

   2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
|      |         |                     |                       |

   3.   Are you making a wage loss claim for either your present or previous employment? Yes _____   No ✓

       *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _____

K.   Military Service Information:  Have you ever served in the military, including the military reserve or national guard? Yes _____   No ✓

       *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____   No ✓

MICHAEL HINGLE & ASSOC.

SEP 11 2006

SLIDELL

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes ✓ No ~~No~~ *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: _1992_

   b. Nature of disability: _Mental_

   c. Approximate period of disability: ~~to~~ _Since 1992_

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No ✓ *If "yes,"* set forth when and the reason. _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes _____ No _____ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes _____ No ✓ *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No _____

MICHAEL MINGLE & ASSOC.
SEP 1 1 2006
SLIDELL

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____ *Not as Know*

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: _____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____ *N/A*

## IV. VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? *Dr Patrick Walker unsure of address*

B.  On which dates did you begin to take, and stop taking, VIOXX®? _____

C.  Did you take VIOXX® continuously during that period?
Yes __✓__ No _____ Don't Recall _____

D.  To your understanding, for what condition were you prescribed VIOXX®? _____

E.  Did you renew your prescription for VIOXX®? Yes __✓__ No _____ Don't Recall _____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G.  Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?

_____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription
for VIOXX®?  Yes _____  No ✓  Don't Recall _____

J.  Instructions or Warnings:

1.  Did you receive any written or oral information about VIOXX® before you took
it?  Yes ___  No ✓  Don't Recall _____

2.  Did you receive any written or oral information about VIOXX® while you took
it?  Yes _____  No ✓  Don't Recall _____

3.  If "yes,"

a.  When did you receive that information?_____

b.  From whom did you receive it?_____

c.  What information did you receive? ____
_____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time
you were taking VIOXX®? _____
_____

## V. MEDICAL BACKGROUND

A.  Height: 5/6

B.  Current Weight: 260
Weight at the time of the injury, illness, or disability described in Section I(C): 240

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable
to your history of smoking and/or tobacco use.*

____  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

✓  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

a.  Date on which smoking/tobacco use ceased: Stop 10 year ago

b.  Amount smoked or used: on average_____ per day for _____ years.

____  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing
tobacco/snuff.

a.  Amount smoked or used: on average 4 cigarettes a day per day for _____ years.

____  Smoked different amounts at different times.

SEP 11 2006

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes __✓__  No _____   *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_once_ drinks per week,       Stop drinke 1992

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, your first experienced your alleged VIOXX®-related injury?"  Yes _____  No __✓__  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:    NO

| Surgery | Conditions | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           | N/A  |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
   Yes __✓__  No _____  Don't Recall _____  *If "yes," answer the following:*

MICHAEL & ASSOC.   SEP 11 2006   SLIDELL

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No _____

B. Decedent's death certificate (if applicable). Yes _____ No ✓

C. Report of autopsy of decedent (if applicable). Yes _____ No ✓

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.   Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr Ronne Marts |  |

B.   To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr Walker |  |  |
|  |  |  |
|  |  |  |

C.   Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

Treebonne G

SEP 11 2006

SLIDELL

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| CHABEH | 1978 Industrial BLVD 70363 |     |     |
|      |         |                 |                      |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Terrebonn General | 8166 Main St | 2000 till 2year ago $23 2200 |
|      |         |                    |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| ✗ people USE to CVS | 7015 West Park AVE 876 2407 - 879 2407 |
| ✓ Health Alliance | 5960 A Main St   Zachary LA 70791 |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim. I Receive $SI

| Name | Address |
|------|---------|
|      |         |
|      |         |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |

SEP 11 2006

SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Celestine Andrew_          _Celestinis Andrew_          _9 5 06_
Signature                   Print Name                   Date

SEP 11 2006

SLIDELL

# Exhibit G

IN RE:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: 05-4457

Plaintiff: *Milton Archote*
(name)

## PLAINTIFF PROFILE FORM

      Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1.  Social Security Number:_____

    2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

    3.  Address:_____

    4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

    5.  If you were appointed as a representative by a court, state the:

        Court: _____  Date of Appointment: _____

    6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

    7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

    a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
    _____

    b.  When do you claim this injury occurred?_____

    c.  Who diagnosed the condition? _____

    d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____
    _____

    e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a.  Name and address of each person who treated you: _____
    _____

    b.  To your understanding, condition for which treated: _____
    _____

    c.  When treated: _____

    d.  Medications prescribed or recommended by provider: _____
    _____.

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: _Milton Archote_

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _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_

D.  Address: _70 Patterson Dr. Chalmette, LA 70043_

189839_1

# Exhibit H

Exhibit A

LEXISNEXIS' FILE & SERVE
10240872
E-SERVICE
Jan 12 2006
11:39AM

IN RE:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: _Brian Atkins_
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.    CASE INFORMATION

A. Name of person completing this form: _Brian Atkins_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _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_

2. Maiden or other names used or by which you have been known: _N/A_

3. Address: _802 Joe Yenni Blvd Apt 21 Kenner, LA. 70065_

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _Brian Atkins_

5. If you were appointed as a representative by a court, state the:
   Court: _no_            Date of Appointment: _no_

6. What is your relationship to deceased or represented person or person claimed to be injured? _N/A_

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _N/A_

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? *Stroke Bleeding From recon*

   b. When do you claim this injury occurred? *92 To 95*

   c. Who diagnosed the condition? *dont Remember*

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? *N/A*

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ✓ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. *11 Years Old*

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No ✓

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: *N/A*

   b. To your understanding, condition for which treated: *N/A*

   c. When treated: *N/A*

   d. Medications prescribed or recommended by provider: *N/A*

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Brian Atkins*

B. Maiden or other names used or by which you have been known: *None*

C. Social Security Number: *434 06 2453*

D. Address: *802 Joe Yenni Blvd Apt 21 Kenner, LA. 70065*

189839_1

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 2,515 Gladiolus St. | 2003 - 2005 |
| 8403 Apricot | 2000 - 2003 |

F. Driver's License Number and State Issuing License: 002954298

G. Date of Place and Birth: 5-5-93   New Orleans, LA

H. Sex: Male ✓   Female ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| High School | Not appli | Math, Enlgs, Science | None |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Brian atkins | Tulane ave | 1982 | Student clark |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| None | | | |
| | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No ✓

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): __N/A__

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____ No ✓

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ____ N/A

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _✓_   No ____   *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: ___2002___

   b. Nature of disability: ___dislocated    hip___

   c. Approximate period of disability: ___N/A___

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _✓_   No ____   *If "yes,"* set forth when and the reason. ___Unknown___

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ____   No _✓_   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. ___N/A___

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ____   No _✓_   *If "yes,"* set forth where, when and the felony and/or crime. _____

*Not*   **III.   FAMILY INFORMATION**   *Married*

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (*e.g.*, divorce, annulment, death): _____

___None___

B. Has your spouse filed a loss of consortium claim in this action?   Yes ____   No _✓_

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours
    suffer from any type of cardiovascular disease including but not limited to: heart
    attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur,
    coronary artery disease, congestive heart failure, enlarged heart, leaking valves or
    prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever,
    atrial fibrillation, stroke? Yes _____ No _____ Don't Know ___✓___ *If "yes,"*
    identify each such person below and provide the information requested.

    Name: _____*N/A*_____

    Current Age (or Age at Death): ___*N/A*___

    Type of Problem: ___*N/A*___

    If Applicable, Cause of Death: ___*N/A*___

D.  If applicable, for each of your children, list his/her name, age and address: _____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of
    the decedent. _____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? _*Dr. Bulter*_

B.  On which dates did you begin to take, and stop taking, VIOXX®? _*2004-2005*_

C.  Did you take VIOXX® continuously during that period?
    Yes _____ No _____ Don't Recall _✓_

D.  To your understanding, for what condition were you prescribed VIOXX®? _*for hip*_
    _____

E.  Did you renew your prescription for VIOXX®? Yes _____ No _____ Don't Recall _✓_

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how
    much and when they were provided: _*Don't recall*_

G.  Which form of VIOXX® did you take (check all that apply)?
    _____ 12.5 mg Tablet (round, cream, MRK 74)
    _____ 12.5 mg Oral Suspension
    _____ 25 mg Tablet (round, yellow, MRK 110)
    _____ 25 mg Oral Suspension
    _✓_ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®? _____/_____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _✓_ Don't Recall _____

J.  What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _____ *NONE* _____

K.  What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _____ *N/A* _____

L.  Instructions or Warnings:

    1.  Did you receive any written or oral information about VIOXX® before you took it? Yes __ No _____ Don't Recall _✓_

    2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall _✓_

    3.  If "yes,"

        a.  When did you receive that information? _____ *N/A* _____

        b.  From whom did you receive it? _____ *N/A* _____

        c.  What information did you receive? _____ *N/A* _____

## V.  MEDICAL BACKGROUND

A.  Height: *6.0*

B.  Current Weight: *249*
    Weight at the time of the injury, illness, or disability described in Section I(C): *200*

C.  Smoking/Tobacco Use History: ***Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.***

    _✓_ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    *N/A* Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a.  Date on which smoking/tobacco use ceased: _____ *N/A* _____

        b.  Amount smoked or used: on average _*N/A*_ per day for _*N/A*_ years.

    *N/A* Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

        a.  Amount smoked or used: on average _*N/A*_ per day for _____ years.

    *N/A* Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No _✓_ If "*yes*," *fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

in the complaint:

_____N/A_____ drinks per week,

_____N/A_____ drinks per month,

_____N/A_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____ No _✓_ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| NONE    |           |      |                    |          |
|         |           |      |                    |          |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| NONE                   |      |                    |          |
|                        |      |                    |          |

3. To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
   Yes _____ No _____ Don't Recall _✓_ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| NONE            |      |                    |          |        |
|                 |      |                    |          |        |

189839_1

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____   No _✓__

B. Decedent's death certificate (if applicable).  Yes _____   No _✓__

C. Report of autopsy of decedent (if applicable).  Yes _____   No _✓__

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes ___ No _✓__

If you answer "yes", set forth in the space provided:

i. There is _____ number of _____ mg tablets remaining.

ii. There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No _✓__

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ____ No _✓__

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No _✓__

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No _✓_

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No _✓_

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No _✓_

## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.     Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Tulane | New Orleans |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| N/A | | |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Unknown | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | N/A | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| | N/A | |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| | N/A |
| | |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | N/A |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | N/A |

189839_1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| | | |
|---|---|---|
| x _Brian Atkins_ | Brian Atkins | 1-7-06 |
| Signature | Print Name | Date |

189839_1

Page 11 of 11

# Exhibit I

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: *05-4457* | Plaintiff: *Charles Augustine*<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____ Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   I. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

     a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

     b. When do you claim this injury occurred?_____

     c. Who diagnosed the condition? _____

     d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

     e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

     a. Name and address of each person who treated you: _____
_____

     b. To your understanding, condition for which treated: _____
_____

     c. When treated: _____

     d. Medications prescribed or recommended by provider: _____.

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Charles Augustine*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *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*

D. Address: *2817 Stacie Dr. Violet, LA 70092*

# Exhibit J



13942733

Feb 27 2007
1:45PM

| | |
|---|---|
| **IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS RELATES TO:** | Plaintiff: *Rudolph Banner* (name) |
| **Civil Action No:** | |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: *Rudolph Banner*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: *436 - 60 - 5220*

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: *3829 Beauvais*

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *Louisiana*

5. If you were appointed as a representative by a court, state the:

   Court: _____     Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? *Self*

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

MICHAEL HINGLE & ASSOC

DEC 07 2006

SLIDELL

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes __✓__ No_____   *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? __MINOR STROKE__

   b. When do you claim this injury occurred? __9 - 04__

   c. Who diagnosed the condition? __ATTARDING PHY AT HospiTAl__

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No __✓__ *If "yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ____ No __✓__ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ____ No __✓__

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____

   b. To your understanding, condition for which treated: _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: __Rudolph BANNER__

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: __436 - 60 - 5220__

D. Address: __3829 BAUVAIS__

SLIDELL

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 208 Reiss Chal.LA | 2-98 ~ 9-05 |
| 1622 RuTARpe | 3-94 ~ 2-98 |

F.  Driver's License Number and State Issuing License: **006270769**

G.  Date of Place and Birth: **NEW ORLEANS LA   9-10-42**

H.  Sex: Male **✓**   Female ____

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| LSU | 62 ~ 63 | SCIENCE | — |

J.  Employment Information.

   1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| HULIHANDS | 338 BOURBON | 6-98 ~ 12-98 | WAITER |

   2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| HULIHANDS | 338 BOURBON | 6-98 ~ 12-98 | WAITER |
| PORT ORLEANS | 228 BOURBON | 9-98 ~ 1991 | WAITER |

   3.  Are you making a wage loss claim for either your present or previous employment? Yes ____ No **✓**

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C):_____

K.  Military Service Information:  Have you ever served in the military, including the military reserve or national guard? Yes **✓**   No ____

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No **✓**

MICHAEL HINGLE & ASSOC.
DEC 0 7 2006
SLIDELL

L.  Insurance / Claim Information:

   1.  Have you ever filed a worker's compensation and/or social security disability (SSI
       or SSD) claim?   Yes  ✓    No _____   *If "yes,"* to the best of your knowledge
       please state:

       a.  Year claim was filed: _____ 0 – 96 _____

       b.  Nature of disability: _____ Rhumstoid ARTHRITIS _____

       c.  Approximate period of disability: _____ 96 – open _____

   2.  Have you ever been out of work for more than thirty (30) days for reasons related
       to your health (other than pregnancy)?   Yes _____   No  ✓    *If "yes,"* set forth
       when and the reason. _____
       _____
       _____

   3.  Have you ever filed a lawsuit or made a claim, other than in the present suit,
       relating to any bodily injury?   Yes _____   No  ✓    *If "yes,"* state to the best of
       your knowledge the court in which such action was filed, case name and/or names
       of adverse parties, and a brief description for the claims asserted. _____
       _____
       _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud
or dishonesty?   Yes _____   No  ✓    *If "yes,"* set forth where, when and the felony and/or
crime. _____

### III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your
current spouse only); spouse's occupation; date of marriage; date the marriage ended, if
applicable; and how the marriage ended (e.g., divorce, annulment, death): _____

B.  Has your spouse filed a loss of consortium claim in this action?   Yes _____   No  ✓

MICHAEL WHIBLE & ASSOC

DEC 0 7 2006

SLIDELL

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _____ Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _DBRoThy BANNER_____

Current Age (or Age at Death): __8 )_____

Type of Problem: _CoNGESTiVE HEART FAiLVRe_____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _DR. MADeLAiNE FeLDMAN_

B. On which dates did you begin to take, and stop taking, VIOXX®? _11-03 ~ 9-04_

C. Did you take VIOXX® continuously during that period? Yes _✓_  No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _RA_

E. Did you renew your prescription for VIOXX®? Yes _✓_ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
_✓_ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

MICHAEL HINGLE & ASSOC
DEC 0 7 2006
SLIDELL

H.  How many times per day did you take VIOXX®?
_____ONCE_____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _✓_ Don't Recall _____

J.  Instructions or Warnings:

1.  Did you receive any written or oral information about VIOXX® before you took it? Yes __ No _✓_ Don't Recall _____

2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _✓_ No _____ Don't Recall _____

3.  *If "yes,"*

   a.  When did you receive that information? _11-5_____
   b.  From whom did you receive it? __PhARmAcy_____
   c.  What information did you receive? ___PRiNTOUT OF
   ___ USES D POSSIBLE SIDE EFFECTS

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _NONE_____
_____

## V. MEDICAL BACKGROUND

A.  Height: ~~6ft 5~~ 5'9"

B.  Current Weight: 275
Weight at the time of the injury, illness, or disability described in Section I(C): 198

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

_✓_ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   a.  Date on which smoking/tobacco use ceased: _2-02_____
   b.  Amount smoked or used: on average _1 PK_ per day for _30_ years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

   a.  Amount smoked or used: on average _____ per day for _____ years.

_____ Smoked different amounts at different times.

DEC 0 7 2006

SLIDELL

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes ✓___  No ____  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____  drinks per week,

_____  drinks per month,

_____  drinks per year, *or*

Other (describe): *occasionally on special days & holidays*

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes ____  No ✓  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |
|                        |      |                    |          |

3.  To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✓  No _____  Don't Recall _____  *If "yes,"* answer the following

DEC 0 7 2006

SLIDELL

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No ✓

B.  Decedent's death certificate (if applicable).  Yes _____  No ✓

C.  Report of autopsy of decedent (if applicable).  Yes _____  No ✓

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.  Your current family and/or primary care physician:

| Name | Address |
|---|---|
| DR LACORTE | 519 METAIRIE Rd MET LA 70005 |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| KUMAR | ChALMETTE MEd | 99 — 05 |
|  |  |  |
|  |  |  |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

MICHAEL HINGLE & ASSOC

DEC 0 7 2006

SLIDELL

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| CULLiGAN | CHAL | | SURGERY |
| Methodist | NO | | SURGERY |
| MERCY | NO | 9-04 | POSSIBLE STROKE |
| CHARITY | NO | -98 | SURGERY |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| CLINIC CHARITY | NO | 97 - 98 |
| KUMAR | CHAL | 98 - 05 |
| FELDMAN | CHAL | 98 - 05 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| WALGREENS | CHAL LA |
| | |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |
| | |

DEC 0 7 2006

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____   Rudoph BANNER   11-24-06
Signature                    Print Name                Date

DEC 0 7 2006

MICHAEL BANNER & ASSOC

SLIDELL