# Exhibit K

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: *05 - 4457* | Plaintiff: *Ann Barnes*<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1. Social Security Number: _____

    2. Maiden Or Other Names Used or By Which You Have Been Known: _____

    3. Address: _____

    4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

    5. If you were appointed as a representative by a court, state the:

        Court: _____   Date of Appointment: _____

    6. What is your relationship to deceased or represented person or person claimed to be injured? _____

    7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

   a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b.  When do you claim this injury occurred?_____

   c.  Who diagnosed the condition? _____

   d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a.  Name and address of each person who treated you: _____
   _____

   b.  To your understanding, condition for which treated: _____
   _____

   c.  When treated: _____

   d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: _Ann Barnes_

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address: _6300 Riverside Dr. Apt 287 Metairie, LA 70003._

189839_1

# Exhibit L

| | |
|---|---|
| IN RE:  VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |

THIS RELATES TO:

Plaintiff: _David Bass_
(name)

Civil Action No: _05-4457_

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number:_____

2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

3.  Address:_____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

    Court: _____     Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

_____

        b. When do you claim this injury occurred?_____

        c. Who diagnosed the condition? _____

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____

_____

        e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a. Name and address of each person who treated you: _____

_____

        b. To your understanding, condition for which treated: _____

_____

        c. When treated: _____

        d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *David Bass*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *434 - 21 - 2667*

D. Address: *4317 Colorado Ave. Kenner, LA 70065*

189839_1

# Exhibit M

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 05-4457 | Plaintiff: _Vikki Bates_<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address:_____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____     Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

    1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

        a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

        _____

        b.  When do you claim this injury occurred?_____

        c.  Who diagnosed the condition? _____

        d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____

        _____

        e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

        _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a.  Name and address of each person who treated you: _____

        _____

        b.  To your understanding, condition for which treated: _____

        _____

        c.  When treated: _____

        d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: *Vikki Bates*

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address: *5212 Sallie St. Alexandkia, LA 70301*

189839_1

# Exhibit N

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 05-4457 | Plaintiff: *Wilbert Bazert*<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address:_____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____  Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

      a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

_____

      b.  When do you claim this injury occurred?_____

      c.  Who diagnosed the condition? _____

      d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

_____
_____

      e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a.  Name and address of each person who treated you: _____

_____

      b.  To your understanding, condition for which treated: _____

_____

      c.  When treated: _____

      d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Wilbert Bazert*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *322 Fion Rd. Cotton Port, LA 71327*

189839_1

# Exhibit O

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 05-4457 | Plaintiff: _Ethel Bell_<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

  1.  Social Security Number: _____

  2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

  3.  Address: _____

  4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

  5.  If you were appointed as a representative by a court, state the:

     Court: _____    Date of Appointment: _____

  6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

  7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

        b. When do you claim this injury occurred?_____

        c. Who diagnosed the condition? _____

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

        e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a. Name and address of each person who treated you: _____
_____

        b. To your understanding, condition for which treated: _____
_____

        c. When treated: _____

        d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Ethel Bell_

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _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_

D. Address: _1913 Abundance St. N.O., LA 70122_

189839_1

# Exhibit P

IN RE:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Joe Berry*
(name)

Civil Action No: *05 - 4457*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I.CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number:_____

2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

3.  Address:_____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

Court: _____   Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

     a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

     b. When do you claim this injury occurred?_____

     c. Who diagnosed the condition? _____

     d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____
_____

     e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

     a. Name and address of each person who treated you: _____
_____

     b. To your understanding, condition for which treated: _____
_____

     c. When treated: _____

     d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Joe Berry

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: 435 - 82 - 5077

D. Address: 3117 Madison Ave Baton Rouge, LA 700a

# Exhibit Q

IN RE:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: *05-4457*

Plaintiff *Latasha Bonnie*
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _____

2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

3.  Address: _____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

    Court: _____   Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____    *If "yes,"*

    a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
    _____

    b.  When do you claim this injury occurred?_____

    c.  Who diagnosed the condition? _____

    d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____   *If "yes,"* when and who diagnosed the condition at that time? _____
    _____
    _____

    e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
    _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a.  Name and address of each person who treated you: _____
    _____

    b.  To your understanding, condition for which treated: _____
    _____

    c.  When treated: _____

    d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Latasha Bonnie.*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *Celle Mississippi St. New Iberia, LA 80560*

189839_1

Exhibit R



LEXISNEXIS™ FILE & SERVE
10205068
E-SERVICE
Jan 9 2006
10:29 AM

Exhibit A

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: *Annie Mae Bradley*
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A.  Name of person completing this form: *Annie Mae Bradley*

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _____

2.  Maiden or other names used or by which you have been known: _____

3.  Address: _____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:
Court: _____   Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

NY 189839_1

MICHAEL HINGLE & ASSOC
JAN 3 2006
SLIDELL

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No_____ If "yes,"

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? heart, legs, arms heart blockages

   b. When do you claim this injury occurred? 1999

   c. Who diagnosed the condition? Dr.

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ If "yes," when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ If "yes," set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ✓ No ✓

   If "yes," for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____

   b. To your understanding, condition for which treated: _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: Annie Mae Bradley

B. Maiden or other names used or by which you have been known: Wright

C. Social Security Number: 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

D. Address: 403 Calbary Glen

189839_1

MICHAEL HINGLE & ASSOC
SLIDELL

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 4336 Majestic Oaks Dr | 02/1988 |

F. Driver's License Number and State Issuing License: LA 005297917

G. Date of Place and Birth: New Orleans (Orleans) / 06/12/1941

H. Sex: Male ____ Female ✓

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | | | |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No ✓

If "yes," state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____ No ✓

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ____

189839_1

MICHAEL HINGLE & ASSOC
SLIDELL

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes ✓   No _____   *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: __2004__

   b. Nature of disability: __heart__

   c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ✓   No _____   *If "yes,"* set forth when and the reason. __heart surgery,__

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No ✓   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No ✓   *If "yes,"* set forth where, when and the felony and/or crime. _____

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): __Willie Bradley, 07/19/1934, SSD, 10/22/1955__

B. Has your spouse filed a loss of consortium claim in this action?   Yes _____   No ✓

MICHAEL HINGLE & ASSOC
SLIDELL

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _✓_ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____
_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? **Methodist hsp.**

B. On which dates did you begin to take, and stop taking, VIOXX®? **09/1999 / 2001**

C. Did you take VIOXX® continuously during that period?
Yes _____ No _____ Don't Recall _✓_

D. To your understanding, for what condition were you prescribed VIOXX®? **heart**
_____

E. Did you renew your prescription for VIOXX®? Yes _✓_ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: **( Don't Recall)**

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? **twice a day**

MICHAEL HINGLE & ASSOC

SLIDELL

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ___✓___ Don't Recall _____

J. What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _____(dun't recall)_____

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _(don't recall)_____

L. Instructions or Warnings:

    1. Did you receive any written or oral information about VIOXX® before you took it? Yes _ No _____ Don't Recall ___✓___

    2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall ___✓___

    3. If "yes,"

        a. When did you receive that information?_____

        b. From whom did you receive it?_____

        c. What information did you receive? _____
        _____

## V. MEDICAL BACKGROUND

A. Height: 5'4"

B. Current Weight: 180
   Weight at the time of the injury, illness, or disability described in Section I(C):
   200

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   _____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   __✓__ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a. Date on which smoking/tobacco use ceased: _____

        b. Amount smoked or used: on average pack per day for 40 years.

   _____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

        a. Amount smoked or used: on average _____ per day for _____ years.

   _____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _✓_ No _____ If "yes," *fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

MICHAEL HINGLE & ASSOC
SLIDELL

in the complaint:

_____ drinks per week,

_12_ drinks per month,  (past)

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within
    one (1) year before, or any time after, you first experienced your alleged VIOXX®-
    related injury?" Yes ____ No _✓_ Don't Recall ____

    *If "yes"*, identify each substance and state when you first and last used it. _____

F.  Please indicate to the best of your knowledge whether you have ever received any of
    the following treatments or diagnostic procedures:

    1.  Cardiovascular surgeries, including, but not limited to, the following, and specify
        for what condition the surgery was performed:  open heart/bypass surgery,
        pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck
        artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Open/bypass | heart | 1999 | Dr. Frank | Methodist |

    2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| heart attack | 1999 | Dr. Frank | Methodist |

    3.  To your knowledge, have you had any of the following tests performed:  chest X-
        ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal
        echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound,
        MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head,
        bubble/microbubble study, or Holter monitor?
        Yes _✓_ No ____ Don't Recall ____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| angiogram | 1999 | Dr. | Methodist | |
| EKG | 1999 | | '' | |
| Chest X ray - | 1999 | | '' | |
| ultra sound - | 1999 | | '' | |
| MRI - | 1999 | | '' | |

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____   No __✓__

B. Decedent's death certificate (if applicable).  Yes _____   No _____

C. Report of autopsy of decedent (if applicable).  Yes _____   No _____

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes ___ No __✓__

If you answer "yes", set forth in the space provided:

     i.    There is _____ number of _____ mg tablets remaining.

     ii.    There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No __✓__

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes _____ No __✓__

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No __✓__

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ___

## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
| --- | --- |
| Dr. J Schwartz | Atlanta, Ga |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
| --- | --- | --- |
| methodist | | |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
| --- | --- | --- | --- |
| methodist | | 1999 | heart surgery |
| methodist | | 2004 | ~~~~~ Fluid |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

MICHAEL HINGLE & ASSOC
SLIDELL

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Methodist | | | |
| | | | |
| | | | |

E.   Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Methodist | | |
| | | |

F.   Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Walgreens | Read Blvd & Crowder Blvd; N.O.LA |
| rite aid | Bullard, N.O.LA; |

G.   If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Annie Mae Bradley | 4336 Majestic Oaks Dr. N.O.LA 70126 |
| | |

H.   If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| | |
| | |

MICHAEL HINGLE & ASSOC

SLIDELL

189839_1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

Annie Mae Brock    Annie Mae Bradley    12/29/05
Signature                   Print Name                        Date

189839_1

MICHAEL HINGLE & ASSOC

JAN   3   2006

SLIDELL

Exhibit S

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: *05 -4457*

Plaintiff: *Veronica Braggs*
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number:_____

2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

3.  Address:_____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

Court: _____   Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

### C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes\_\_\_\_\_ No\_\_\_\_\_ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes \_\_\_\_\_ No \_\_\_\_\_ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes \_\_\_\_\_ No \_\_\_\_\_ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

### D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes \_\_\_\_\_ No \_\_\_\_\_

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Veronica Braggs*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *2217 Guiffrian Apt. A Metairie, LA 70001*

Exhibit T

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: 05 — 4457

Plaintiff: *Janice Brown*
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

　　1.  Social Security Number: _____

　　2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

　　3.  Address: _____

　　4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

　　5.  If you were appointed as a representative by a court, state the:

　　　　Court: _____     Date of Appointment: _____

　　6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

　　7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

      b. When do you claim this injury occurred?_____

      c. Who diagnosed the condition? _____

      d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
_____

      e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _____
_____

      b. To your understanding, condition for which treated: _____
_____

      c. When treated: _____

      d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Janice Brown*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *13239 Curran Rd. N.O., LA 70128*

189839_1

# Exhibit U