

10390247
Jan 23 2006
10:48AM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No:

Plaintiff: _Leo Brown_
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _Leo Brown & Rosa Haskett_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

Court: _____    Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _Self & Sister_

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____



C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes __✓__ No _____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _Bloodclots and Kidney failure_

   b. When do you claim this injury occurred? _While & after taking Vioxx_

   c. Who diagnosed the condition? _Hermann & Dr Stephen Wheat_

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No __✓__ *If "yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes __✓__ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _my kidneys was working fine_

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes __✓__ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _Dr. Patrick Wheat Natchitoches La 71457 (Woodcrest Facility)_

   b. To your understanding, condition for which treated: _N/A_

   c. When treated: _Previous & continuously_

   d. Medications prescribed or recommended by provider: _Sequel & paxil_

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Leo Brown_

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _434 33 2616_

D. Address: _230 Fairground Rd Apt #26 Natch. La 71457_

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residency |
|---|---|
| 1991 Hwy 1 Montgomery LA 71459 | 2003 |
| 1120 Washington St Natchitoches, LA Apt 10 | 2004 - 2005 |
| 230 Fairground Rd Apt 26 Natchitoches LA 71457 | 2005 - 2006 |

F. Driver's License Number and State Issuing License: 008741399  LA ID

G. Date of Place and Birth: 4-9-66  Pineville, La  Huey P Long

H. Sex: Male ✓  Female ___

I. Identify the highest level of education (high school) college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates of Attendance | Course Pursued | Diploma or Degree |
|---|---|---|---|
| Montgomery High School | 1981 - 1985 | | High School Diploma |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Autozone | Alexandria LA | 93 - 95 | manager |
| Montgomery Bank | Montgomery | 1996 | welder |

3. Are you making a wage loss claim for either your present or previous employment? Yes ___  No ✓

If "yes," state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ___  No ✓

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ___  No ___

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening of the arteries), heart block, disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _____ Don't Know ___✓___ *If "yes," identify each such person below* and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: *Diamond Brown*
   *1991 Hwy 71 Montgomery, La 7 #457*

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? *Natch Outpatient?*

B. On which dates did you begin to take, and stop taking, VIOXX®? _____ ?

C. Did you take VIOXX® continuously during that period?
   Yes __✓__ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? *back pain*

E. Did you renew your prescription for VIOXX®? Yes __✓__ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   __✓__ 25 mg Tablet (round, yellow, MRK 110)
   _____ 25 mg Oral Suspension
   _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?

_3 x 15 @ day_

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✓ Don't Recall _____

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes _____ No _____ Don't Recall ✓

2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall ✓

3. If "yes,"

a. When did you receive that information? _____ N/A _____

b. From whom did you receive it? _____ N/A _____

c. What information did you receive? _N/A_

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____ N/A _____

## V. MEDICAL BACKGROUND

A. Height: _5'7"_

B. Current Weight: _160_

Weight at the time of the injury, illness, or disability described in Section I(C): _150_

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

_____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

a. Date on which smoking/tobacco use ceased: _____

b. Amount smoked or used: on average _____ per day for _____ years.

✓ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

a. Amount smoked or used: on average _1 pk a wk_ per day for _____ years.

_____ Smoked different amounts at different times.

MICHAEL HINGLE & ASSOC
JAN 2006
5710311

L. Insurance / Claim Information:

    1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?  Yes ✓  No ____  *If "yes,"* to the best of your knowledge please state:

      a. Year claim was filed: _1999_

      b. Nature of disability: _Paralized waist down_

      c. Approximate period of disability: _Nov 99 + previous_

    2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes ✓  No ____  *If "yes,"* set forth when and the reason. _paralized waist down (see accident)_

      _____

    3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes ____  No ✓  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____

      _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes ____  No ✓  *If "yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____

B. Has your spouse filed a loss of consortium claim in this action?  Yes ____  No ✓



JAN-23-2006 09:51 PM Oasis of Love

Case 2:05-md-01657-EEF-DEK Document 10839-4 Filed 04/23/07 Page 7 of 40
FROM : MICHAEL HINGLE & ASSOC FAX NO. : 985 646 1471 P. 08/18

D. Drinking History. Do you now drink or have you in the past drunk alcohol (beer, wine, whiskey, etc.)? Yes ___ No ___ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

___1-2___ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes ____ No ✓ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| IVC Filter | ? | ? | Hermann | Houston, Tx |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✓ No _____ Don't Recall _____ *If "yes,"* answer the following:

| Provider | Date | Provider | Provider | Provider |
|---|---|---|---|---|
| Rapides Regional | ? | ? | ? | ? |
| Natchitoches Hospital | ? | ? | ? | ? |
| Hermann | ? | Hermann Houston TX | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated "yes," please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes ___1 No ✓

B. Decedent's death certificate (if applicable). Yes ____ No ✓

C. Report of autopsy of decedent (if applicable). Yes ____ No ✓

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Stephen Wheat | Natchitoches La 71457 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Stephen Wheat | 1140 Keyser St Natch. La 71457 | |
| Natchitoches Outpatient | | ? |
| Hermann | Houston TX | 1999 - 2000 |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

MICHAEL HINGLE & ASSOC
2006 JAN 11
SLIDELL

| Name | Address | Admission Date | Reason for Admission |
|------|---------|----------------|----------------------|
| Natchitoches Hospital | N.Atchitoches La | ? | ? |
| Rapides Regional | Alexandria LA | ? | ? |
| Healthsouth | Alexandria LA Shreveport | ? | ? |

Christie Bhumpert

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Date | Reason for Visit |
|------|---------|------|------------------|
| Natchitoches Hospital | P.O. Box 2009 LA 71457 | ? | ? |
| Rapides Regional | | ? | |
| Natchitoches Outpatient | | ? | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Natchitoches Parish Hospital | P.O. Box Natch. La. 71457 | 2000-2006 |
| Stephen Wheat | 1140 Keyser Ave Suite E | 2004-2006 |
| Patrick Wheat | 245 A Keyser Ave Suite 63 Natch. La 71457 | 2005-2006 |
| Natchitoches Outpatient Clinic | | 2000-2004 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Causeys | 405 B B.enville St. Natchitoches, LA 71457 |
| Walgreen's | Houston Texas |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Natchitoches SS offices | ? |
| | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | |



## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Leo Brown_          _Leo Brown_          _____
Signature            Print Name           Date

# Exhibit V

13942733

LEXISNEXIS® FILE & SERVE
E-SERVICE

Feb 27 2007
1:45PM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No:

Plaintiff: Veronica Brown
(name)

## CLAIM REFEREE FORM

Other than in Sections I, these questions refer the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: Veronica Brown

B. If you are completing this questionnaire in a representative capacity (e.g. on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: 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

2. Maiden Or Other Names Used or By Which You Have Been Known: no

3. Address: PO Box 1875 New Albany LA 70451

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate?

5. If you were appointed as a representative by a court, state the:
   Court: none          Date of Appointment: none

6. What is your relationship to decedent or represented person or person claimed in the lawsuit? n/a

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died? n/a not relevant

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No ___ If "yes."

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Kidney Problems and chest problems

   b. When do you claim this injury occurred? 2000

   c. Who diagnosed the condition? Vioxx

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ___ No ___ If "yes," when and who diagnosed the condition at that time?

   e. Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ___ No ___ If "yes," set forth the injury or condition, whether or not you had already recovered from that injury or condition before you took VIOXX®, and the date of recovery, if any. Cant remember

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ✓ No ___

If "yes," for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom you sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: Dr Vincent Edd a Dr Drummer

   b. To your understanding, condition for which treated: Kidney and my chest pain

   c. When treated: don't remember

   d. Medications prescribed or recommended by provider:

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Veronica Brown

B. Maiden or other names used or by which you have been known:

C. Social Security Number: 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

D. Address: PO Box 1875 New Albany LA 70451

MICHAEL HINGLE & ASSOC

SEP 11 2006

1

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one.

| | |
|---|---|
| 4404 Road Lane MNZLAH | Jan 3, 1994-2008 |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: North oaks _____

H. Sex: Male ____ Female ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diploma or Degree |
|---|---|---|---|
| | | | |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| none | NB | NB | NB |

2. List the following for each employer you have had in the last ten (10) years

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| none | NB | | |
| none | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No ____

If "yes," state your annual income at the time of the injury alleged in Section I(C).

K. Military Service Information. Have you ever served in the military, including the military reserve or national guard? Yes ____ No ✓

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ✓

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes ____ No ✓   If "yes," to the best of your knowledge please state:

   a. Year claim was filed: _____

   b. Nature of disability: _____

   c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ____ No ✓   If "yes," set forth when and the reason. _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No ✓   If "yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claim asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____ No ✓   If "yes," set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): none

B. Has your spouse filed a loss of consortium claim in this action? Yes ____ No ✓

MICHAEL HINGLE
SEP

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including, but not limited to, heart attack, abnormal rhythm, arteriosclerosis (hardening of the arteries), aneurism, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _____ Don't Know _____ If "yes," identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: **None**

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. **none**

## IV.  VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? **Dr Cohen T, Dr Kidd V**

B. On which dates did you begin to take, and stop taking, VIOXX®? **3/26/04, 5/20/04**

C. Did you take VIOXX® continuously during that period? Yes _____ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? **Pain**

E. Did you renew your prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state when, provider, from what dosage, how much and when they were provided.

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
✓ 12.5 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you use VIOXX®? **Daily**

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes _____ No _____ Don't Recall _____

2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall _____

3. If "yes,"
   a. When did you receive that information? **I didn't**
   b. From whom did you receive it? **TV**
   c. What information did you receive? **That Vioxx was**

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? **none**

## V.  MEDICAL BACKGROUND

A. Height: **5'4**

B. Current Weight: **260**
Weight at the time of the injury, illness, or disability described in Section I(C): **265**

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
**no** Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
**no** Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   a. Date on which smoking/tobacco use ceased: **none**
   b. Amount smoked or used – on average, **none** per day for **none** years.
**no** Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
   a. Amount smoked or used: on average **none** per day for **none** years.
**no** Smoked different amounts at different times.

D.  Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No ✓ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

*None* drinks per week,

*None* drinks per month,

*None* drinks per year, or

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®. related injury?" Yes _____ No _____ Don't Recall _____

If "yes", identify each substance and state when you first and last used it _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVG filter placement, carotid (neck artery) surgery, limb revascion, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| ✓       |           |      |                    |          |
|         |           |      |                    |          |
|         |           |      |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Chest pain            | 1/01 |                    | Northshore |

3.  To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the heart/neck, CT scan of the heart, brain/arteriovenous study, or Holter monitor? Yes ✓ No _____ Don't Recall _____ If "yes," answer the following:

| Procedure/Type | When | Treating Physician | Hospital |
|----------------|------|--------------------|----------|
| Don't recall   |      | Northshore         | pain     |

## VI  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated "yes," please attach the documents and things in your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form  Yes ✓ No _____

B.  Decedent's death certificate (if applicable).  Yes _____ No ✓

C.  Report of autopsy of decedent (if applicable).  Yes _____ No ✓

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

A.  Your current family and/or primary care physicians :

| Name | Address | |
|------|---------|--|
| None at this time | | |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Dr. Kad | | don't know at the time |
| Dr. Cohen | | don't know at the time |
| Dr. Drummond | | don't know at the time |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

MICHAEL HINGLE & ASSOC
SEP 11

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| North Oaks | | October 2004 | Surgery |

D. Each hospital, clinic, or healthcare facility where you have received inpatient or treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address | |
|---|---|---|
| | | |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address | |
|---|---|---|
| | | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address | |
|---|---|---|
| | | |

**CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

Veronica Brown     Veronica Brown     9/8/06
Signature          Print Name          Date

# Exhibit W

7638585

E-SERVICE

Dec 13 2005
4:30PM

Exhibit A

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: _Helen Burns_
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: _Lillie Quinn Daughter_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

　1. Social Security Number:_____

　2. Maiden or other names used or by which you have been known:_____

　3. Address:_____

　4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

　5. If you were appointed as a representative by a court, state the:

　　Court: _____   Date of Appointment: _____

　6. What is your relationship to deceased or represented person or person claimed to be injured?_____

　7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

NY 189839_1

NOV 1 0 2005

LIDEL

C. Claim Information

　　1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes＿＿＿ No＿＿＿ *If "yes,"*

　　　　a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? ___*Heart, Ear*_____
_____

　　　　b. When do you claim this injury occurred?____*?*_____

　　　　c. Who diagnosed the condition? _____

　　　　d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ＿＿＿ No ＿＿＿ *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

　　　　e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ＿＿＿ No ＿＿＿ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ＿＿＿ No ＿＿＿

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

　　　　a. Name and address of each person who treated you: _____
_____

　　　　b. To your understanding, condition for which treated: _____
_____

　　　　c. When treated: _____

　　　　d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: _____

NOV 1 0 2005

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address  640  Kleber | Dates of Residence  OWEN  20yrs |
|---|---|
|  |  |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: __12 · 7 · 27__      LN

H. Sex:  Male _____  Female ✓

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
|  | 7grade |  |  |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  | N/A |  |  |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  | N/A |  |  |

3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No ✓

If "yes," state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No ✓

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No _____

NOV 1 0 2005



L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?  Yes _____  No _____  *If "yes,"* to the best of your knowledge please state:

   a.  Year claim was filed: _____

   b.  Nature of disability: _____

   c.  Approximate period of disability: _____

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____  No _____  *If "yes,"* set forth when and the reason. _____
_____
_____

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes _____  No _____  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____
_____
_____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes _____  No _____  *If "yes,"* set forth where, when and the felony and/or crime. _____
_____

## III.  FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (*e.g.,* divorce, annulment, death): _____
_____
_____

B.  Has your spouse filed a loss of consortium claim in this action?  Yes _____  No _____

SINGLE

NOV 1 0 2005

W/DEL

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?  Yes _____  No _____  Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: _____
_____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____
_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? _____

B.  On which dates did you begin to take, and stop taking, VIOXX®? _____

C.  Did you take VIOXX® continuously during that period?
    Yes _____  No _____  Don't Recall _____

D.  To your understanding, for what condition were you prescribed VIOXX®? _____
_____

E.  Did you renew your prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G.  Which form of VIOXX® did you take (check all that apply)?
    _____ 12.5 mg Tablet (round, cream, MRK 74)
    _____ 12.5 mg Oral Suspension
    _____ 25 mg Tablet (round, yellow, MRK 110)
    _____ 25 mg Oral Suspension
    _____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®? _____

189839_1

HINGLE

NOV 1 0 2005

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✓ Don't Recall _____

J. What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _____

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _____ *Unknown* _____

L. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it? Yes _ No ✓ Don't Recall _____

   2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No ✓ Don't Recall _____

   3. If "yes,"

      a. When did you receive that information? _____

      b. From whom did you receive it? _____

      c. What information did you receive? _____
      _____

## V. MEDICAL BACKGROUND

A. Height: _____

B. Current Weight: *120 lb.*
   Weight at the time of the injury, illness, or disability described in Section I(C):
   _____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   _____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   ✓ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

      a. Date on which smoking/tobacco use ceased: *20 yr ago*

      b. Amount smoked or used: on average *1* per day for _____ years.

   _____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

      a. Amount smoked or used: on average *1/2* per day for *?* years.

   _____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ✓ No _____ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

SHINGLE

NOV 10 2005

S/DFI

in the complaint:

_____ *0* _____ drinks per week,

_____ *0* _____ drinks per month,

_____ *0* _____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____ No _✓_ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____

_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery: *ALL OF the above*

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Open Heart |  |  |  |  |
| pace maker |  |  |  |  |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|  |  |  |  |
|  |  |  |  |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor? Yes _✓_ No _____ Don't Recall _____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|  |  |  |  |  |
|  |  |  |  |  |

189839_1

L HINGLE

NOV 1 0 2005

## VI.  REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No _____

B.  Decedent's death certificate (if applicable).  Yes _____  No _____

C.  Report of autopsy of decedent (if applicable).  Yes _____  No _____

## VII.  REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A.  Unused VIOXX®.

Yes ____ No ____

If you answer "yes", set forth in the space provided:

   i.   There is _____ number of _____ mg tablets remaining.

   ii.  There is _____ amount of _____ mg oral suspension remaining.

B.  Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ____ No ____

C.  Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes _____ No ____

D.  Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ____ No ____

E.  Documents that evidence any communication between you and any doctor, employer,

189839_1

NOV 1 0 2005

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ___

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ___

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ___

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
|------|---------|
|      |         |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
|      |         |                   |
|      |         |                   |
|      |         |                   |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

NOV 1 0 2005

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
|      |         |
|      |         |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |

189839_1

NOV 1 0 2005

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Lillie Quinn for_      _Helen Bunns_      _11-10-05_
Signature              Print Name              Date

189839_1

Page 11 of 11

NOV 1 0 2005

# Exhibit X

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: 05-4457

Plaintiff: _Wanda Ceasar_
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1.  Social Security Number: _____

   2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

   3.  Address: _____

   4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5.  If you were appointed as a representative by a court, state the:

       Court: _____    Date of Appointment: _____

   6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

   7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

   a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

   b.  When do you claim this injury occurred?_____

   c.  Who diagnosed the condition? _____

   d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____

   e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a.  Name and address of each person who treated you: _____

   b.  To your understanding, condition for which treated: _____

   c.  When treated: _____

   d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: _Wanda Clasak_

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address: _2708 Reunion St. Violet, LA 70092_



# Exhibit Y

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re: Ella Acosta v. Merck & Co., Inc.
Docket No. 05-4457

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Rene Aguilar is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

| JOB STATUS REPORT |
|---|

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL.# :
SER.# : 000005100038
```

```
DATE,TIME            12/20  15:28
FAX NO./NAME         10007341835I985646147Y
DURATION             00:04:03
PAGE(S)              33
RESULT               OK
MODE                 STANDARD
                     ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Ronald Favre, Esq.          **DATE:**  December 20, 2005

**FIRM:**  Michael Hingle & Associates          **FAX NO:**  985-646-1471

**CITY:**  _____          **TEL NO:**  _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.          **TEL NO:**  201-536-9220

MESSAGE:

# Exhibit Z

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

     Re:    **Ella Acosta v. Merck & Co., Inc.**
           **Docket No. 05-4457**

Dear Mr. Favre:

       We are writing to inform you that the Plaintiff Profile Form ("PPF") for Mary Aguillard is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

       Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

       Thank you for your attention to this matter.

       Very truly yours,
       HUGHES HUBBARD & REED LLP

       John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME         12/20  15:28
FAX NO./NAME      10007341835|9855461471
DURATION          00:04:03
PAGE(S)           33
RESULT            OK
MODE              STANDARD
                  ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | **DATE:** | December 20, 2005 |
| **FIRM:** | Michael Hingle & Associates | **FAX NO:** | 985-646-1471 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

# Exhibit AA

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ella Acosta v. Merck & Co., Inc.
        Docket No. 05-4457

Dear Mr. Favre:

   We are writing to inform you that the Plaintiff Profile Form ("PPF") for Arthur Anderson is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

   Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Thank you for your attention to this matter.

      Very truly yours,
      HUGHES HUBBARD & REED LLP

      John N. Poulos

JNP/jmg

  cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME   : 12/20/2005 15:32
NAME   :
FAX#   :
TEL#   :
SER.#  : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/20  15:28 |
| FAX NO./NAME | 100073418351985646147 |
| DURATION | 00:04:03 |
| PAGE(S) | 33 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**      Ronald Favre, Esq.                    **DATE:**     December 20, 2005

**FIRM:**    Michael Hingle & Associates           **FAX NO:**   985-646-1471

**CITY:**                                          **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:      33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**    John N. Poulos, Esq.                  **TEL NO:**   201-536-9220

**MESSAGE:**