# Exhibit BB

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

>        Re:     Ella Acosta v. Merck & Co., Inc.
>                Docket No. 05-4457

Dear Mr. Favre:

>        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Anna Andrews is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

>        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

>        Thank you for your attention to this matter.

>                Very truly yours,
>                HUGHES HUBBARD & REED LLP


>                John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/20  15:28 |
| FAX NO./NAME | 100073418351  9856461471 |
| DURATION | 00:04:03 |
| PAGE(S) | 33 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

1o1 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| TO: | Ronald Favre, Esq. | DATE: | December 20, 2005 |
|---|---|---|---|
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: **33**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |
|---|---|---|---|

MESSAGE:

# Exhibit CC

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

> Re:     Ella Acosta v. Merck & Co., Inc.
>           Docket No. 05-4457

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Celestine Andrews is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza        47, Avenue Georges Mandel        350 South Grand Avenue        201 South Biscayne Boulevard        Akasaka Tokyu Building 6F        1775 I Street, N.W.
New York, New York        75116 Paris, France        Los Angeles, California        Miami, Florida        2-14-3 Nagata-cho, Chiyoda-ku        Washington, D.C.
10004-1482        (33) (1) 44.05.80.00        90071-3442        33131-4332        Tokyo 100-0014 Japan        20006-2401
212-837-6000                213-613-2800        305-358-1666        (81) (3) 3539-2771        202-721-4600

| JOB STATUS REPORT |
|---|

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          12/20  15:28
FAX NO./NAME       10007341835195646147
DURATION           00:04:03
PAGE(S)            33
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Ronald Favre, Esq.                **DATE:**  December 20, 2005

**FIRM:**  Michael Hingle & Associates      **FAX NO:**  985-646-1471

**CITY:**                                    **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.             **TEL NO:**  201-536-9220

**MESSAGE:**

# Exhibit DD

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Ella Acosta v. Merck & Co., Inc.
       Docket No. 05-4457

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Mitton Archote is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME        12/20  15:28
FAX NO./NAME     10007341835198554461471
DURATION         00:04:03
PAGE(S)          33
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 20, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

# Exhibit EE

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ella Acosta v. Merck & Co., Inc.
        Docket No. 05-4457

Dear Mr. Favre:

   We are writing to inform you that the Plaintiff Profile Form ("PPF") for Brian Atkins is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

   Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

| One Battery Park Plaza | 47, Avenue Georges Mandel | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 1775 I Street, N.W. |
|---|---|---|---|---|---|
| New York, New York | 75116 Paris, France | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Washington, D.C. |
| 10004-1482 | (33) (1) 44.05.80.00 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 20006-2401 |
| 212-837-6000 | | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 202-721-4600 |

```
JOB STATUS REPORT
```

```
TIME   : 12/20/2005 15:32
NAME   :
FAX#   :
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME        12/20  15:28
FAX NO./NAME     10007341835198564614711
DURATION         00:04:03
PAGE(S)          33
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.          **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates     **FAX NO:** 985-646-1471

**CITY:** _____          **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.        **TEL NO:** 201-536-9220

MESSAGE:

# Exhibit FF

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ella Acosta v. Merck & Co., Inc.
          Docket No. 05-4457

Dear Mr. Favre:

   We are writing to inform you that the Plaintiff Profile Form ("PPF") for Charles Augustine is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

   Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza 47, Avenue Georges Mandel 350 South Grand Avenue 201 South Biscayne Boulevard Akasaka Tokyu Building 6F 1775 I Street, N.W.
New York, New York 75116 Paris, France Los Angeles, California Miami, Florida 2-14-3 Nagata-cho, Chiyoda-ku Washington, D.C.
10004-1482 (33) (1) 44.05.80.00 90071-3442 33131-4332 Tokyo 100-0014 Japan 20006-2401
212-837-6000  213-613-2800 305-358-1666 (81) (3) 3539-2771 202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 12/20/2005 15:32
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038

   DATE,TIME            12/20  15:28
   FAX NO./NAME         100073418351985646147Y
   DURATION             00:04:03
   PAGE(S)              33
   RESULT              OK
   MODE                STANDARD
                       ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.   **DATE:**   December 20, 2005

**FIRM:**   Michael Hingle & Associates   **FAX NO:**   985-646-1471

**CITY:**   _____   **TEL NO:**   _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.   **TEL NO:**   201-536-9220

MESSAGE:

# Exhibit GG

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Ella Acosta v. Merck & Co., Inc.
         Docket No. 05-4457

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Rudolph Banner is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME   : 12/20/2005 15:32
NAME   :
FAX#   :
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME         12/20  15:28
FAX NO./NAME      10007341835190564614711
DURATION          00:04:03
PAGE(S)           33
RESULT            OK
MODE              STANDARD
                  ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 20, 2005 |
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:       33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

# Exhibit HH

# Hughes Hubbard & Reed LLP

__A New York Limited Liability Partnership__

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

__VIA TELECOPY AND MAIL__

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:    Ella Acosta v. Merck & Co., Inc.
Docket No. 05-4457

Dear Mr. Favre:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for Ann Barnes is grossly deficient.  Basic information is not provided and other information is incomplete or unclear.  Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

TIME    : 12/20/2005 15:32
NAME    :
FAX#    :
TEL#    :
SER.#   : 000005100038

| DATE,TIME | 12/20  15:28 |
|---|---|
| FAX NO./NAME | 1000734183519856461471 |
| DURATION | 00:04:03 |
| PAGE(S) | 33 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.               **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates     **FAX NO:** 985-646-1471

**CITY:** _____               **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.           **TEL NO:** 201-536-9220

**MESSAGE:**

# Exhibit II

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:    Ella Acosta v. Merck & Co., Inc.
               Docket No. 05-4457

Dear Mr. Favre:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for David Bass is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

               Very truly yours,
               HUGHES HUBBARD & REED LLP

               John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

| JOB STATUS REPORT |
|---|

```
TIME   : 12/20/2005 15:32
NAME   :
FAX#   :
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME         12/20  15:28
FAX NO./NAME      10007341835198656461471
DURATION          00:04:03
PAGE(S)           33
RESULT            OK
MODE              STANDARD
                  ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.          **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates          **FAX NO:** 985-646-1471

**CITY:**          **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.          **TEL NO:** 201-536-9220

**MESSAGE:**

Exhibit JJ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Ella Acosta v. Merck & Co., Inc.
      Docket No. 05-4457

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Vikki Bates is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

JOB STATUS REPORT

```
TIME   : 12/20/2005 15:32
NAME   :
FAX#   :
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME            12/20  15:28
FAX NO./NAME         10007341835198564614717
DURATION             00:04:03
PAGE(S)              33
RESULT               OK
MODE                 STANDARD
                     ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Ronald Favre, Esq.                    **DATE:**  December 20, 2005

**FIRM:**  Michael Hingle & Associates          **FAX NO:**  985-646-1471

**CITY:**                                        **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  **33**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.                  **TEL NO:**  201-536-9220

MESSAGE:

# Exhibit KK

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

   Re: Ella Acosta v. Merck & Co., Inc.
     Docket No. 05-4457

Dear Mr. Favre:

   We are writing to inform you that the Plaintiff Profile Form ("PPF") for Wilbert Bagert is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

   Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Thank you for your attention to this matter.

      Very truly yours,
      HUGHES HUBBARD & REED LLP

      John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza 47, Avenue Georges Mandel 350 South Grand Avenue 201 South Biscayne Boulevard Akasaka Tokyu Building 6F 1775 I Street, N.W.
New York, New York 75116 Paris, France Los Angeles, California Miami, Florida 2-14-3 Nagata-cho, Chiyoda-ku Washington, D.C.
10004-1482 (33) (1) 44.05.80.00 90071-3442 33131-4332 Tokyo 100-0014 Japan 20006-2401
212-837-6000  213-613-2800 305-358-1666 (81) (3) 3539-2771 202-721-4600

```
┌─────────────────────┐
│  JOB STATUS REPORT  │
└─────────────────────┘
                              TIME  : 12/20/2005 15:32
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────────┐
│  DATE,TIME              12/20  15:28                                    │
│  FAX NO./NAME           100073418351905646147↑                         │
│  DURATION               00:04:03                                       │
│  PAGE(S)                33                                             │
│  RESULT                 OK                                             │
│  MODE                   STANDARD                                      │
│                         ECM                                           │
└──────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.                    DATE:   December 20, 2005

**FIRM:**   Michael Hingle & Associates         FAX NO:   985-646-1471

**CITY:**                                        TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.               TEL NO:   201-536-9220


MESSAGE:

# Exhibit LL

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ella Acosta v. Merck & Co., Inc.
        Docket No. 05-4457

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Ethel Bell is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

| JOB STATUS REPORT |
| --- |

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

| | |
| --- | --- |
| DATE,TIME | 12/20  15:28 |
| FAX NO./NAME | 10007341835l9055461471 |
| DURATION | 00:04:03 |
| PAGE(S) | 33 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.  **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates  **FAX NO:** 985-646-1471

**CITY:** _____  **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  **33**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.  **TEL NO:** 201-536-9220

MESSAGE:

# Exhibit MM

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ella Acosta v. Merck & Co., Inc.
        Docket No. 05-4457

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Joe Berry is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                        Very truly yours,
                        HUGHES HUBBARD & REED LLP

                        John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

```
┌─────────────────────┐
│  JOB STATUS REPORT  │
└─────────────────────┘
                              TIME   : 12/20/2005 15:32
                              NAME   :
                              FAX#   :
                              TEL#   :
                              SER.#  : 000005100038
```

```
┌──────────────────────────────────────────────────────────────┐
│   DATE,TIME          12/20  15:28                              │
│   FAX NO./NAME       10007341835198556461471                   │
│   DURATION           00:04:03                                  │
│   PAGE(S)            33                                        │
│   RESULT             OK                                        │
│   MODE               STANDARD                                  │
│                      ECM                                       │
└──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 20, 2005 |
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

# Exhibit NN

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ella Acosta v. Merck & Co., Inc.
        Docket No. 05-4457

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Latasha Bonnie is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                                Very truly yours,
                                HUGHES HUBBARD & REED LLP

                                John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza       47, Avenue Georges Mandel     350 South Grand Avenue     201 South Biscayne Boulevard     Akasaka Tokyu Building 6F     1775 I Street, N.W.
New York, New York          75116 Paris, France           Los Angeles, California     Miami, Florida                   2-14-3 Nagata-cho, Chiyoda-ku   Washington, D.C.
10004-1482                  (33) (1) 44.05.80.00           90071-3442                  33131-4332                       Tokyo 100-0014 Japan           20006-2401
212-837-6000                                               213-613-2800                305-358-1666                     (81) (3) 3539-2771             202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME           12/20  15:28
FAX NO./NAME        100073418351 9856461471
DURATION            00:04:03
PAGE(S)             33
RESULT              OK
MODE                STANDARD
                    ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 20, 2005 |
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          TEL NO:     201-536-9220

MESSAGE:

# Exhibit OO