# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:    Ella Acosta v. Merck & Co., Inc.
            Docket No. 05-4457

Dear Mr. Favre:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for Annie Bradley is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME        12/20  15:28
FAX NO./NAME     100073418351 9856461471
DURATION         00:04:03
PAGE(S)          33
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.                    **DATE:**  December 20, 2005

**FIRM:**  Michael Hingle & Associates         **FAX NO:**  985-646-1471

**CITY:**  _____             **TEL NO:**  _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   **33**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.                 **TEL NO:**  201-536-9220

**MESSAGE:**

# Exhibit PP

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ella Acosta v. Merck & Co., Inc.
        Docket No. 05-4457

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Veronica Braggs is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                        Very truly yours,
                        HUGHES HUBBARD & REED LLP

                        John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
            ┌─────────────────────┐
            │  JOB STATUS REPORT  │
            └─────────────────────┘
                                    TIME  : 12/20/2005 15:32
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : 000005100038
```

```
    DATE,TIME            12/20  15:28
    FAX NO./NAME         10007341835│9856461471│
    DURATION            00:04:03
    PAGE(S)             33
    RESULT              OK
    MODE                STANDARD
                        ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.                    **DATE:**   December 20, 2005

**FIRM:**   Michael Hingle & Associates         **FAX NO:**   985-646-1471

**CITY:** _____              **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.                **TEL NO:**   201-536-9220

**MESSAGE:**

# Exhibit QQ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Ella Acosta v. Merck & Co., Inc.
      Docket No. 05-4457

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Janice Brown is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akaska Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
JOB STATUS REPORT
```

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/20  15:28 |
| FAX NO./NAME | 100073418351985546147¥ |
| DURATION | 00:04:03 |
| PAGE(S) | 33 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.         **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates    **FAX NO:** 985-646-1471

**CITY:** _____      **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: **33**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.       **TEL NO:** 201-536-9220

MESSAGE:

# Exhibit RR

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:    Ella Acosta v. Merck & Co., Inc.
              Docket No. 05-4457

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Leo Brown is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

              Very truly yours,
              HUGHES HUBBARD & REED LLP

              John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME           12/20  15:28
FAX NO./NAME        100073418351 9856461471
DURATION            00:04:03
PAGE(S)             33
RESULT              OK
MODE                STANDARD
                    ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.                    **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates          **FAX NO:** 985-646-1471

**CITY:**                                       **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   **33**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.                 **TEL NO:** 201-536-9220

**MESSAGE:**

# Exhibit SS

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ella Acosta v. Merck & Co., Inc.
         Docket No. 05-4457

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Veronica Brown is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/20  15:28 |
| FAX NO./NAME | 10007341835l 985646147l |
| DURATION | 00:04:03 |
| PAGE(S) | 33 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.   **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates   **FAX NO:** 985-646-147l

**CITY:** _____   **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.   **TEL NO:** 201-536-9220

MESSAGE:

# Exhibit TT

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 17, 2006

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     In re: Vioxx® Products Liability Litigation: MDL 1657
Plaintiff v. Merck & Co., Inc., Case No. _____

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Helen Bunns, Charles S. Adams, and Willie Banks are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/zcr

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47. Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014, Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

M001882235

JOB STATUS REPORT

```
TIME  : 02/17/2006 12:16
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          02/17  12:15
FAX NO./NAME       1000734183519856461471
DURATION           00:00:28
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.                   **DATE:** February 17, 2006

**FIRM:** Michael Hingle & Associates        **FAX NO:** 985-646-1471

**CITY:** _____    **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.                **TEL NO:** 201-536-9220

MESSAGE:

M00188236

# Hughes Hubbard & Reed LLP

*A New York Limited Liability Partnership*

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**     Ronald Favre, Esq.                 **DATE:**    February 17, 2006

**FIRM:**   Michael Hingle & Associates        **FAX NO:**  985-646-1471

**CITY:**                                      **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.               TEL NO:     201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1011704_1.DOC

M00182237

# Exhibit UU

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

> Re:   Ella Acosta v. Merck & Co., Inc.
>         Docket No. 05-4457

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Wanda Ceaser is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 12/20/2005 15:32
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────────┐
│                                                                        │
│   DATE,TIME              12/20  15:28                                   │
│   FAX NO./NAME           10007341835l9856461471                        │
│   DURATION               00:04:03                                      │
│   PAGE(S)                33                                            │
│   RESULT                 OK                                            │
│   MODE                   STANDARD                                      │
│                          ECM                                          │
│                                                                        │
└──────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Ioi Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | **DATE:** | December 20, 2005 |
| **FIRM:** | Michael Hingle & Associates | **FAX NO:** | 985-646-1471 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: **33**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

# Exhibit VV



## Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 10, 2007

**VIA FACSIMILE AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:      In re Vioxx® Products Liability Litigation

Dear Mr. Favre:

We are writing to seek clarification and/or identify certain deficiencies we have
noted in the responses to the Plaintiff Profile Forms ("PPFs") we have received for the
following plaintiffs listed below.  Pursuant to the new PTO governing the PPFs - PTO 18C,
please provide complete responses to the following within twenty (20) days with new
certifications currently dated and signed by your clients.

| Plaintiff's Name | Deficiencies |
|---|---|
| Margot Guerrero Aguilar | • Please be advised that you provided us with a PPF/Claimant Profile Form hybrid.  As this form uses a different designation than the proper PPF for certain sections, we will treat this submission as a PPF and alter the references to correspond.<br>• Please identify the case name to which this profile form relates.<br>• Please provide the civil action number to which this case relates.<br>• Pursuant to Pretrial Order 18(C), please provide authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, currently dated and signed by your client.<br>• Section I(B)(2) - Please answer this question.  If not applicable, please state "none."<br>• Section I(B)(4) - Please state in what capacity you are representing the |

M009334808

Ronald Favre, Esq.                                                    Page 2

individual or estate. Please also attach a copy of the letters of
administration/testamentary, power of attorney, and/or other document
authorizing or appointing you representative of the Vioxx user. If there
is no such document appointing or authorizing you representative,
please so state.

- Section I(B)(5) - Please answer this question. If not applicable, please
  state "none."
- Section I(B)(7) – If applicable, please provide the decedent's date of
  death and the full address of the place where the decedent died.
- Section I(C)(1)(a) - Please clarify the type of stroke you claim plaintiff
  suffered on November 29, 2004 as a result of taking Vioxx.
- Section I(C)(1)(c) - Please provide the full name of each person who
  diagnosed each injury listed in Section I(C)(1)(a).
- Section II(E) – Please specify the dates of residence for 2201 Mehle
  Street.
- Section II(F) - Please provide plaintiff's driver's license number.
- Section II(I) - Please identify the highest level of education (high
  school, college, university or other educational institution) plaintiff
  attended.
- Section II(L)(2) – Please answer this question.
- Section III(A) - Please provide the date plaintiff's marriage ended.
- Section III(D) - For each of plaintiff's children, please list his/her full
  name, age, and address.
- Section III(E) – Please answer this question. If not applicable, please
  state "none."
- Section IV(A) - Please identify the full name of each person who
  prescribed plaintiff Vioxx.
- Section IV(B) - Please provide the dates, with month and year, that
  plaintiff began to take, and stopped taking Vioxx.
- Section IV(C) - Please identify any dates when plaintiff was not taking
  Vioxx continuously during the period identified in Section IV(B).
- Section IV(D) - Please identify for what condition(s) plaintiff was
  prescribed Vioxx.
- Section IV(F) - Please answer this question. If not applicable, please
  state "none."
- Section IV(G) - Please answer this question.
- Section IV(H) - Please answer this question:
- Section V(A) - Please provide plaintiff's height.
- Section V(B) - Please provide plaintiff's current weight or weight at
  death. Please also provide her weight at the time of the injury(ies),
  illness(es), or disability(ies) described in Section I(C).
- Section V(F)(1) - Please answer this question. If not applicable,

1112290_1.DOC

M009334809

Ronald Favre, Esq.                                                                    Page 3

| | |
|---|---|
| | <ul><li>state "none."</li><li>Section V(F)(2) - Please answer this question.  If not applicable, please state "none."</li><li>Section V(F)(3) - Please answer this question.  If not applicable, please state "none."</li><li>Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26.</li><li>Section VI(B) – If applicable, please provide a copy of plaintiff's death certificate.</li><li>Section VI(C) – If applicable, please clarify whether an autopsy was performed.  If so, please identify the full name and address of the person who performed the autopsy, and, if available, attach a copy of the autopsy report.</li><li>Section VII(B) - Please answer this question with respect to the last ten (10) years.</li><li>Section VII(C) - Please answer this question.  If not applicable, please state "none."</li><li>Section VII(D) - Please answer this question.  If not applicable, please state "none."</li><li>Section VII(E) - Please answer this question with respect to the last ten (10) years.</li><li>Section VII(F) - Please answer this question.</li><li>Section VII(G) - Please answer this question.  If not applicable, please state "none."</li><li>Section VII(H) - Please answer this question.  If not applicable, please state "none."</li></ul> |
| Arthur Anderson | <ul><li>Please identify the case name to which this profile form relates.</li><li>Please provide the civil action number to which this case relates.</li><li>Pursuant to Pretrial Order 18(C), please provide revised authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, currently dated and signed by your client.</li><li>Section I(B)(4) - Please attach a copy of the letters of administration/testamentary, power of attorney, and/or other document authorizing or appointing you representative of the Vioxx user.  If there is no such document appointing or authorizing you representative, please so state.</li><li>Section I(B)(5) – Please answer this question.  If not applicable, please state "none."</li></ul> |

M00933481O

Ronald Favre, Esq.                                                          Page 4

- Section I(B)(7) – Please clarify the full address of the place where the decedent died.
- Section II(B) - Please answer this question.  If not applicable, please state "none."
- Section II(E) - Please list the full street address and dates of residence for each address at which decedent resided from 1996-2004.
- Section II(J)(1) - Please provide the full address for Bally's Casino.
- Section II(J)(2) - Please provide the full name and address for Quaglino's.
- Section II(L)(1)(c) - Please provide the dates for decedent's period of disability.
- Section II(L)(3) - Please state the court(s) in which such action was filed, the case name and/or names of adverse party(ies).
- Section III(D) - For each of decedent's children, please list his/her full address.
- Section III(E) - Please list the full names of all heirs of the decedent.
- Section IV(B) - Please identify the dates, with month and year, that decedent began to take, and stopped taking Vioxx.
- Section IV(F) - Please state what dosage of Vioxx samples decedent received from Drs. Derbes and Borgman, how many samples, and the dates each doctor provided them.
- Section IV(G) - Please state which form of Vioxx decedent took.
- Section IV(H) - Please state how many times per day decedent took Vioxx.
- Section V(F)(1) - Please answer this question.  If not applicable, please state "none."
- Section V(F)(2) - Please list each treatment/intervention received by decedent and provide the date, treating physician and hospital for each.
- Section V(F)(3) - Please list each diagnostic test performed and provide the date, treating physician, hospital and reason for each test.
- Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26.
- Section VI(B) - Please provide a copy of decedent's death certificate.
- Section VI(C) - Please clarify whether an autopsy was performed.  If so, please identify the full name and address of the person who performed the autopsy, and, if available, attach a copy of the autopsy report.
- Section VII(B) - Please provide the full names, addresses and dates of treatment for Drs. Derbes and Borgman.

M00933481I

Ronald Favre, Esq.                                                                                    Page 5

|  |  |
|---|---|
|  | • Section VII(C) – Please provide the full name, address, admission dates and reasons for admission for "Touro." <br> • Section VII(D) – Your response is non-responsive.  Please answer this question. <br> • Section VII(E) – Your response is non-responsive.  Please answer this question. <br> • Section VII(F) - Please provide the full addresses for Walgreen's and Rite Aid pharmacies. <br> • Section VII(G) - Please state the full name and address of the office that is most likely to have records concerning your SSI claim filed in 2004. <br> • Section VII(H) - Please answer this question.  If not applicable, please state "none." |
| Christina J. Davis | • Please identify the case name to which this profile form relates. <br> • Please provide the civil action number to which this case relates. <br> • Pursuant to Pretrial Order 18(C), please provide revised authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, currently dated and signed by your client. <br> • Section I(C)(1)(b) - Please specify the date, with month and year, of each injury listed in Section I(C)(1)(a). <br> • Section I(C)(1)(e) - Please clarify your response.  If an affirmative response is provided, please provide the injury(ies) or condition(s), whether or not you had already recovered from that injury(ies) or condition(s) before you took Vioxx, and the date of recovery, if any. <br> • Section II(E) - Please provide the full address and dates of residence for your current address. <br> • Section II(J)(1) - Please provide the full address for Renal Management. <br> • Section II(J)(2) - Please provide the full address for St. Charles Hospital. <br> • Section II(L)(1)(c) - Please provide the dates of your period of disability. <br> • Section II(L)(2) - Please provide the dates that you were out of work for more than thirty (30) days for back surgery. <br> • Section II(L)(3) - Please state the court(s) in which such action was filed, the case name and/or names of adverse party(ies), and a brief description(s) of the claims asserted. <br> • Section III(A) – Please provide your date of marriage to Thompson McCormick. <br> • Section III(C) - Please identify your relationships to Shirley L. Cox and F. Elray LeBlanc, and clarify the cause of death for each. |

M00933.4812

Ronald Favre, Esq.                                                                   Page 6

- Section IV(F) - Please state what dosage of Vioxx samples you received from Dr. Gallahanger, how many and the dates he provided them. Please also clarify the correct spelling of "Dr. Gallangher." In Section IV(A), you spell his name as "Dr. Gallagher."
- Section IV(H) - Please specify the dates that you took 50mg of Vioxx one (1) time per day.
- Section IV(J)(3)(b) - Please clarify whether you received written and/or oral information about Vioxx and provide the full name of each person who provided that information to you.
- Section V(F)(2) - Please list each treatment/intervention you received from Dr. Stein and provide the date for each treatmtent/intervention.
- Section V(F)(3) – Do not alter the court-approved form. Please list each diagnostic test performed and provide the date, treating physician, hospital and reason for each test.
- Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26.
- Section VII(B) – Please provide the full name, address and dates of treatment for Dr. Jens. Please provide the full name and address for Dr. Rodriguez. Please also provide the full addresses for Drs. Morris and Singleton.
- Section VII(C) - Please provide the full name and address for each hospital listed in this section. Please also provide the reasons for admission to Methodist Hospital.
- Section VII(D) - Please provide the full name, address, admission dates and reasons for admission for each healthcare facility listed in this section.
- Section VII(E) - Please identify the full name, address, and dates of treatment for Drs. Gallagher, Iteld, Quintell and Durhunda. Please also provide the full name and address for Dr. Stein.
- Section VII(F) - Please specify the full address for Walgreen's and Rite Aid pharmacies.
- Section VII(G) - Please clarify the address of the Social Security Office that is most likely to have records concerning your claim.

Please produce completed, revised PPFs no later than twenty (20) days from the date of this letter. The fact that a particular deficiency is not set forth in this letter should not be construed as acceptance of the appropriateness of the response or waiver of plaintiffs' obligation to respond to each and every request in the PPF and to supplement the PPF as new information becomes available. Merck reserves its right to seek responsive answers to other requests in the fact sheet.

M005334813

Ronald Favre, Esq.                                                     Page 7

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/dlm

cc:  Russ M. Herman, Esq.

1112290_1.DOC

MO09334814

```
** TX STATUS REPORT **              AS OF   JAN 10 2007 17:33   PAGE.01

                                          HUGHES HUBBARD

          DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    09   01/10 17:31    985 646 1471  EC--S   02'26"    008   043    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**      Ronald J. Favre, Esq.                    **DATE:**      January 10, 2007

**FIRM:**    Michael Hingle & Associates, LLC          **FAX NO:**    985-646-1471

**CITY:**    Slidell                                   **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     8

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**    John N. Poulos, Esq.                      **TEL NO:**    201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026622_1.DOC

M009334815

# Exhibit WW

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

 

Re:      *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Mary Aguillard continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
************************
***   TX REPORT   ***
************************


TRANSMISSION OK

TX/RX NO              0531
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 14:57
TIME USE              03'49
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

lol Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit XX



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 10, 2007

**VIA FACSIMILE AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:    In re Vioxx® Products Liability Litigation

Dear Mr. Favre:

We are writing to seek clarification and/or identify certain deficiencies we have noted in the responses to the Plaintiff Profile Forms ("PPFs") we have received for the following plaintiffs listed below.  Pursuant to the new PTO governing the PPFs - PTO 18C, please provide complete responses to the following within twenty (20) days with new certifications currently dated and signed by your clients.

| Plaintiff's Name | Deficiencies |
| --- | --- |
| Margot Guerrero Aguilar | • Please be advised that you provided us with a PPF/Claimant Profile Form hybrid.  As this form uses a different designation than the proper PPF for certain sections, we will treat this submission as a PPF and alter the references to correspond.<br>• Please identify the case name to which this profile form relates.<br>• Please provide the civil action number to which this case relates.<br>• Pursuant to Pretrial Order 18(C), please provide authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, currently dated and signed by your client.<br>• Section I(B)(2) - Please answer this question.  If not applicable, please state "none."<br>• Section I(B)(4) - Please state in what capacity you are representing the |

MON9334808

Ronald Favre, Esq.                                                      Page 2

individual or estate. Please also attach a copy of the letters of
administration/testamentary, power of attorney, and/or other document
authorizing or appointing you representative of the Vioxx user.  If there
is no such document appointing or authorizing you representative,
please so state.

- Section I(B)(5) - Please answer this question.  If not applicable, please
  state "none."
- Section I(B)(7) – If applicable, please provide the decedent's date of
  death and the full address of the place where the decedent died.
- Section I(C)(1)(a) - Please clarify the type of stroke you claim plaintiff
  suffered on November 29, 2004 as a result of taking Vioxx.
- Section I(C)(1)(c) - Please provide the full name of each person who
  diagnosed each injury listed in Section I(C)(1)(a).
- Section II(E) – Please specify the dates of residence for 2201 Mehle
  Street.
- Section II(F) - Please provide plaintiff's driver's license number.
- Section II(I) - Please identify the highest level of education (high
  school, college, university or other educational institution) plaintiff
  attended.
- Section II(L)(2) – Please answer this question.
- Section III(A) - Please provide the date plaintiff's marriage ended.
- Section III(D) - For each of plaintiff's children, please list his/her full
  name, age, and address.
- Section III(E) – Please answer this question.  If not applicable, please
  state "none."
- Section IV(A) - Please identify the full name of each person who
  prescribed plaintiff Vioxx.
- Section IV(B) - Please provide the dates, with month and year, that
  plaintiff began to take, and stopped taking Vioxx.
- Section IV(C) - Please identify any dates when plaintiff was not taking
  Vioxx continuously during the period identified in Section IV(B).
- Section IV(D) - Please identify for what condition(s) plaintiff was
  prescribed Vioxx.
- Section IV(F) - Please answer this question.  If not applicable, please
  state "none."
- Section IV(G) - Please answer this question.
- Section IV(H) - Please answer this question:
- Section V(A) - Please provide plaintiff's height.
- Section V(B) - Please provide plaintiff's current weight or weight at
  death.  Please also provide her weight at the time of the injury(ies),
  illness(es), or disability(ies) described in Section I(C).
- Section V(F)(1) - Please answer this question.  If not applicable, please

M009334809

Ronald Favre, Esq.                                                                                   Page 3

|  |  |
| --- | --- |
|  | state "none."<br>• Section V(F)(2) - Please answer this question.  If not applicable, please state "none."<br>• Section V(F)(3) - Please answer this question.  If not applicable, please state "none."<br>• Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26.<br>• Section VI(B) – If applicable, please provide a copy of plaintiff's death certificate.<br>• Section VI(C) – If applicable, please clarify whether an autopsy was performed.  If so, please identify the full name and address of the person who performed the autopsy, and, if available, attach a copy of the autopsy report.<br>• Section VII(B) - Please answer this question with respect to the last ten (10) years.<br>• Section VII(C) - Please answer this question.  If not applicable, please state "none."<br>• Section VII(D) - Please answer this question.  If not applicable, please state "none."<br>• Section VII(E) - Please answer this question with respect to the last ten (10) years.<br>• Section VII(F) - Please answer this question.<br>• Section VII(G) - Please answer this question.  If not applicable, please state "none."<br>• Section VII(H) - Please answer this question.  If not applicable, please state "none." |
| Arthur Anderson | • Please identify the case name to which this profile form relates.<br>• Please provide the civil action number to which this case relates.<br>• Pursuant to Pretrial Order 18(C), please provide revised authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, currently dated and signed by your client.<br>• Section I(B)(4) - Please attach a copy of the letters of administration/testamentary, power of attorney, and/or other document authorizing or appointing you representative of the Vioxx user.  If there is no such document appointing or authorizing you representative, please so state.<br>• Section I(B)(5) – Please answer this question.  If not applicable, please state "none." |

MON3334810

Ronald Favre, Esq.                                                      Page 4

- Section I(B)(7) – Please clarify the full address of the place where the decedent died.
- Section II(B) - Please answer this question.  If not applicable, please state "none."
- Section II(E) - Please list the full street address and dates of residence for each address at which decedent resided from 1996-2004.
- Section II(J)(1) - Please provide the full address for Bally's Casino.
- Section II(J)(2) - Please provide the full name and address for Quaglino's.
- Section II(L)(1)(c) - Please provide the dates for decedent's period of disability.
- Section II(L)(3) - Please state the court(s) in which such action was filed, the case name and/or names of adverse party(ies).
- Section III(D) - For each of decedent's children, please list his/her full address.
- Section III(E) - Please list the full names of all heirs of the decedent.
- Section IV(B) - Please identify the dates, with month and year, that decedent began to take, and stopped taking Vioxx.
- Section IV(F) - Please state what dosage of Vioxx samples decedent received from Drs. Derbes and Borgman, how many samples, and the dates each doctor provided them.
- Section IV(G) - Please state which form of Vioxx decedent took.
- Section IV(H) - Please state how many times per day decedent took Vioxx.
- Section V(F)(1) - Please answer this question.  If not applicable, please state "none."
- Section V(F)(2) - Please list each treatment/intervention received by decedent and provide the date, treating physician and hospital for each.
- Section V(F)(3) - Please list each diagnostic test performed and provide the date, treating physician, hospital and reason for each test.
- Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26.
- Section VI(B) - Please provide a copy of decedent's death certificate.
- Section VI(C) - Please clarify whether an autopsy was performed.  If so, please identify the full name and address of the person who performed the autopsy, and, if available, attach a copy of the autopsy report.
- Section VII(B) - Please provide the full names, addresses and dates of treatment for Drs. Derbes and Borgman.

M009334811

Ronald Favre, Esq.                                                Page 5

| | |
|---|---|
| | • Section VII(C) – Please provide the full name, address, admission dates and reasons for admission for "Touro." <br> • Section VII(D) – Your response is non-responsive.  Please answer this question. <br> • Section VII(E) – Your response is non-responsive.  Please answer this question. <br> • Section VII(F) - Please provide the full addresses for Walgreen's and Rite Aid pharmacies. <br> • Section VII(G) - Please state the full name and address of the office that is most likely to have records concerning your SSI claim filed in 2004. <br> • Section VII(H) - Please answer this question.  If not applicable, please state "none." |
| Christina J. Davis | • Please identify the case name to which this profile form relates. <br> • Please provide the civil action number to which this case relates. <br> • Pursuant to Pretrial Order 18(C), please provide revised authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, currently dated and signed by your client. <br> • Section I(C)(1)(b) - Please specify the date, with month and year, of each injury listed in Section I(C)(1)(a). <br> • Section I(C)(1)(e) - Please clarify your response.  If an affirmative response is provided, please provide the injury(ies) or condition(s), whether or not you had already recovered from that injury(ies) or condition(s) before you took Vioxx, and the date of recovery, if any. <br> • Section II(E) - Please provide the full address and dates of residence for your current address. <br> • Section II(J)(1) - Please provide the full address for Renal Management. <br> • Section II(J)(2) - Please provide the full address for St. Charles Hospital. <br> • Section II(L)(1)(c) - Please provide the dates of your period of disability. <br> • Section II(L)(2) - Please provide the dates that you were out of work for more than thirty (30) days for back surgery. <br> • Section II(L)(3) - Please state the court(s) in which such action was filed, the case name and/or names of adverse party(ies), and a brief description(s) of the claims asserted. <br> • Section III(A) – Please provide your date of marriage to Thompson McCormick. <br> • Section III(C) - Please identify your relationships to Shirley L. Cox and F. Elray LeBlanc, and clarify the cause of death for each. |

Ronald Favre, Esq.                                                                               Page 6

- Section IV(F) - Please state what dosage of Vioxx samples you received from Dr. Gallahanger, how many and the dates he provided them.  Please also clarify the correct spelling of "Dr. Gallangher."  In Section IV(A), you spell his name as "Dr. Gallagher."
- Section IV(H) - Please specify the dates that you took 50mg of Vioxx one (1) time per day.
- Section IV(J)(3)(b) - Please clarify whether you received written and/or oral information about Vioxx and provide the full name of each person who provided that information to you.
- Section V(F)(2) - Please list each treatment/intervention you received from Dr. Stein and provide the date for each treatmtent/intervention.
- Section V(F)(3) – Do not alter the court-approved form.  Please list each diagnostic test performed and provide the date, treating physician, hospital and reason for each test.
- Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26.
- Section VII(B) – Please provide the full name, address and dates of treatment for Dr. Jens.  Please provide the full name and address for Dr. Rodriguez.  Please also provide the full addresses for Drs. Morris and Singleton.
- Section VII(C) - Please provide the full name and address for each hospital listed in this section.  Please also provide the reasons for admission to Methodist Hospital.
- Section VII(D) - Please provide the full name, address, admission dates and reasons for admission for each healthcare facility listed in this section.
- Section VII(E) - Please identify the full name, address, and dates of treatment for Drs. Gallagher, Iteld, Quintell and Durhunda.  Please also provide the full name and address for Dr. Stein.
- Section VII(F) - Please specify the full address for Walgreen's and Rite Aid pharmacies.
- Section VII(G) - Please clarify the address of the Social Security Office that is most likely to have records concerning your claim.

Please produce completed, revised PPFs no later than twenty (20) days from the date of this letter.  The fact that a particular deficiency is not set forth in this letter should not be construed as acceptance of the appropriateness of the response or waiver of plaintiffs' obligation to respond to each and every request in the PPF and to supplement the PPF as new information becomes available.  Merck reserves its right to seek responsive answers to other requests in the fact sheet.

1112290_1.DOC