```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              0299
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:41
TIME USE              01'28
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit III

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

     *Re:*     <u>*In re Vioxx® Products Liability Litigation*</u>

Dear Mr. Favre:

     We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Ethel Bell continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

     Very truly yours,

     */s/ John N. Poulos*

     John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0299
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:41
TIME USE              01'28
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit JJJ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

*Re:*      ***In re Vioxx® Products Liability Litigation***

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Joe Berry continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0299
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:41
TIME USE              01'28
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit KKK

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:      *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Latasha Bonnie continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO             0299
RECIPIENT ADDRESS    19856461471
DESTINATION ID
ST. TIME             08/14 15:41
TIME USE             01'28
PAGES SENT           15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit LLL



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 8, 2007

**VIA FACSIMILE AND MAIL**

Ronald Favre, Esq.
Michael Hingle & associates
220 Gause Blvd.
Slidell, Louisiana 70458

        Re:    In re Vioxx® Products Liability Litigation

Dear Mr. Favre:

        We are writing to seek clarification and/or identify certain deficiencies we have noted in the responses to the Plaintiff Profile Forms ("PPFs") we have received for the following plaintiffs listed below.  Pursuant to the new PTO governing the PPFs - PTO 18C, please provide complete responses to the following within twenty (20) days with new certifications currently dated and signed by your clients.

| Plaintiff's Name | Deficiencies |
| --- | --- |
| Anna B. Andrews | <ul><li>Please be advised that you provided us with a PPF/Claimant Profile Form hybrid.  As this form uses a different designation than the proper PPF for certain sections, we will treat this submission as a PPF and alter the references to correspond.</li><li>Please identify the case name to which this profile form relates.</li><li>Please provide the civil action number to which this case relates.</li><li>Pursuant to Pretrial Order 18(C), please provide revised authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, currently dated and signed by your client.</li><li>Section I(C)(1) - Please answer this question.</li><li>Section I(C)(1)(a) – Your response is illegible.  Please clarify your response.</li></ul> |

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M00BB14363

Ronald Favre, Esq.                                                                          Page 2

- Section I(C)(1)(b) - Please specify the date, with month and year, of each injury listed in Section I(C)(1)(a).
- Section I(C)(1)(c) - Please clarify which doctor(s) diagnosed each injury listed in Section I(C)(1)(a).
- Section I(C)(1)(e) - Please state the injury(ies) or condition(s) you already had in the past that you claim your use of Vioxx worsened.
- Section I(D)(a) - Please provide the full name and address of each person at Kenner Reg. Med. Ctr. who treated you.
- Section I(D)(b) – Please answer this question.
- Section I(D)(d) – Your response is illegible.  Please clarify the medication(s) prescribed or recommended and provide the dates that you took each.
- Section II(E) - Please provide the dates of residence for 1345 Heatherton Road.  Please also provide the city and state for both 3600 Upper Line Street and 221 Holy Cross Place.
- Section II(F) - Please provide the name of the State that issued your Driver's License.
- Section II(I) - Please clarify your highest level of education.
- Section II(J)(1) - Please answer this question.  If you have never been employed, please state "none."
- Section II(J)(2) - Please answer this question.  If not applicable, please state "none."
- Section II(L)(2) - Please answer this question.  If not applicable, please state "none."
- Section III(A) - Please provide your date of marriage to Jerome Andrews and state his occupation.
- Section III(C) - Please provide your father's current age or age at death and cause of death.
- Section III(D) - For each of your children, please list his/her full name, age, and address.  If no children, please state "none."
- Section IV(B) - Please specify the dates, with month and year, that you began to take, and stopped taking Vioxx.
- Section IV(D) – Your response is non-responsive.  Please identify the condition(s) for which you were prescribed Vioxx.
- Section IV(F) - Please state what dosage of Vioxx samples you received from Dr. Burgar, how many, and each date you received them.
- Section IV(J) – Please answer this question.  If not applicable, please state "none."
- Section IV(K) - Please provide the dates that you took Bextra and Celebrex.
- Section IV(L)(3)(b) and (c) - Please identify from which pharmacy you received any written or oral information about Vioxx and clarify the

M00B814364

Ronald Favre, Esq.                                                                           Page 3

| | |
|---|---|
| | information received. |
| | • Section V(B) - Please provide your weight at the time of your injury, illness, or disability described in Section I(C). |
| | • Section V(C) - Please clarify your response. |
| | • Section V(F)(1) - Please answer this question. If not applicable, please state "none." |
| | • Section V(F)(2) – It is inappropriate to direct defendant to review plaintiff's medical records. Please answer this question. |
| | • Section V(F)(3) - It is inappropriate to direct defendant to review plaintiff's medical records. Please answer this question. |
| | • Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26. |
| | • Section VII(B) - Please provide the full addresses and dates of treatment for Drs. Borne and Craighend. |
| | • Section VII(C) – Your response is illegible. Please provide the full name, address, admission dates and reasons for admission for each hospital, clinic, or healthcare facility where you have received inpatient treatment during the last ten (10) years. |
| | • Section VII(D) - Your response is illegible. Please provide the full name, address, admission dates and reasons for admission for each hospital, clinic, or healthcare facility where you have received outpatient treatment during the last ten (10) years. |
| | • Section VII(E) - Please identify the full name, address, and dates of treatment for each healthcare provider from whom you have received treatment during the last ten (10) years, including, but not limited to Drs. Morelli, Wilenski Burgar, Perry and Adam. |
| | • Section VII(F) - Please provide the full street addresses for each pharmacy listed in this section. |
| | • Section VII(G) – Your response is illegible. Please state the full name and address of the office that is most likely to have records concerning your claim. |
| | • Section VII(H) - Please answer this question. If not applicable, please state "none." |
| Delores Bailey | • Please be advised that you provided us with a PPF/Claimant Profile Form hybrid. As this form uses a different designation than the proper PPF for certain sections, we will treat this submission as a PPF and alter the references to correspond. |
| | • Please identify the case name to which this profile form relates. |
| | • Please provide the civil action number to which this case relates. |
| | • Pursuant to Pretrial Order 18(C), please provide revised authorizations, |

M00BB14365

Ronald Favre, Esq.                                                      Page 4

which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, currently dated and signed by your client.

- Section I(C)(1)(a) - Please clarify what you mean by "plus."
- Section I(C)(1)(b) - Please specify the date of each injury listed in Section I(C)(1)(a).
- Section I(C)(1)(d) – Please state when you first suffered this injury and who diagnosed the condition at that time.
- Section I(C)(1)(e) - Please clarify each injury or condition listed in this section and state whether or not you had already recovered from each injury or condition before you took Vioxx, and the date of recovery, if any.
- Section I(D) - Please answer this question.  If an affirmative response is provided, please answer subsections (a) – (d) with respect to any mental and/or emotional damages you are claiming.
- Section II(D) - Please clarify whether PO Box 948 Violet is still your current address.
- Section II(F) - Please provide the name of the state that issued your driver's license.
- Section II(G) - Please provide your place of birth.
- Section II(J)(1) – Your response is illegible.  Please provide the full name and street address of you current or last employer and specify the dates of employment.
- Section II(J)(2) – Your response is illegible.  Please provide the full name, street address and dates of employment for each employer you have had in the last ten (10) years.
- Section II(J)(3) - Please clarify your response.
- Section III(A) - Please provide your husband's full name, your date of marriage, the date your marriage ended and how it ended.
- Section III(C) – Clarify the types of problems suffered by your father and your mother.  Please also provide the cause of death for your father and mother.
- Section III(D) - For each of your children, please list his/her full name, age, and address.  If no children, please state "none."
- Section IV(A) - Please provide Dr. Johnson's full name.
- Section IV(B) - Please specify the dates, with month and year, that you began to take, and stopped taking Vioxx.
- Section IV(C) - Please identify the dates when you were not taking Vioxx continuously during the period identified in Section IV(B).
- Section IV(F) - Please identify the full name of each person who provided you with Vioxx samples, what dosage, how many, and each date they were provided.

Ronald Favre, Esq.                                                                    Page 5

| | |
|---|---|
| | <ul><li>Section IV(L)(c) – Please state the date that your cousin told you to stop taking Vioxx.</li><li>Section V(C) – Please clarify the number of packs of cigarettes you smoked per day, and whether you are a current or past smoker. If applicable, please provide the date you stopped smoking.</li><li>Section V(F)(2) - Please list each treatment/intervention you received for your "fast heart beat" and provide the date, treating physician and hospital for each.</li><li>Section V(F)(3) - Please specify the date, with month and year, and provide the hospital and reason for your chest x-ray.</li><li>Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26.</li><li>Section VII(B) - Please provide the full names, addresses, and dates of treatment for Drs. Brown and Vogas. Please also provide the full address and dates of treatment for Dr. Johnson.</li><li>Section VII(C) - Please provide the full name, address, and admission dates, for each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.</li><li>Section VII(D) - Please answer this question. If not applicable, please state "none."</li><li>Section VII(E) – Please answer this question.</li><li>Section VII(F) - Please answer this question.</li><li>Section VII(G) - Please answer this question. If not applicable, please state "none."</li><li>Section VII(H) - Please answer this question. If not applicable, please state "none."</li></ul> |
| Annie Mae Bradley | <ul><li>Please be advised that you provided us with a PPF/Claimant Profile Form hybrid. As this form uses a different designation than the proper PPF for certain sections, we will treat this submission as a PPF and alter the references to correspond.</li><li>Please identify the case name to which this profile form relates.</li><li>Please provide the civil action number to which this case relates.</li><li>Pursuant to Pretrial Order 18(C), please provide authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, currently dated and signed by your client.</li><li>Section I(C)(1)(a) - Please specify the nature of each "heart, leg and arm" injury you claim resulted from your use of Vioxx.</li></ul> |

M00BB14367

Ronald Favre, Esq.                                                                    Page 6

- Section I(C)(1)(b) - Please specify the date, with month and year, of each injury listed in Section I(C)(1)(a).
- Section I(C)(1)(c) - Please provide the full name of each doctor who diagnosed each injury listed in Section I(C)(1)(a).
- Section I(C)(1)(e) - Please answer this question.
- Section II(E) - Please provide the dates of residence for 403 Calgary Glen.  Please also provide the full address and specify the dates of residence for 4336 Majestic Oaks Drive.
- Section II(I) - Please answer this question.  If not applicable, please state "none."
- Section II(J)(1) - Please answer this question.  If never employed, please state "none."
- Section II(J)(2) - Please answer this question.  If not applicable, please state "none."
- Section II(L)(1)(b) - Please specify the nature of your "heart" disability(ies).
- Section II(L)(1)(c) - Please provide the dates for your period(s) of disability.
- Section II(L)(2) - Please provide the dates that you were out of work for more than thirty (30) days for heart surgery, and specify the nature of the surgery.
- Section III(A) – Please clarify your spouse's occupation.
- Section III(D) - For each of your children, please list his/her full name, age, and address.  If no children, please state "none."
- Section IV(A) - Please identify the full name of each person at Methodist Hospital who prescribed Vioxx for you.
- Section IV(B) – Please specify the date, with month and year, that you stopped taking Vioxx.
- Section IV(C) - Please identify the dates when you were not taking Vioxx continuously during the period identified in Section IV(B).
- Section IV(D) - Please specify the nature of the condition(s) for which you were prescribed Vioxx.
- Section IV(F) - Please answer this question.  If you did not receive Vioxx samples, please state "none."
- Section IV(G) - Please answer this question.
- Section V(C) - Please provide the date you stopped smoking.
- Section V(D) – Please indicate the dates of the "past" period you drank twelve (12) drinks of alcohol per month.
- Section V(F)(1) - Please specify the date of your open/bypass surgery.
- Section V(F)(2) - Please list each treatment/intervention received and specify the date for each.
- Section V(F)(3) - Please specify the date, and provide the treating

M00BB14368

Ronald Favre, Esq.                                                                Page 7

| | |
|---|---|
| | physician and reason for each diagnostic test listed in this section. |
| | • Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26. |
| | • Section VII(B) - Please provide the full name, address and dates of treatment for Dr. Schwartz and each physician at Methodist who provided you primary care within the last ten (10) years. |
| | • Section VII(C) - Please provide the full name and address for Methodist Hospital. Please also specify what you mean by "fluid." |
| | • Section VII(D) - Please provide the full name, address, admission dates and reasons for each outpatient admission to Methodist. |
| | • Section VII(E) - Please identify the full name, address, and dates of treatment for Dr. Frank, each physician at Methodist and each physician or healthcare provider from whom you have received treatment within the last ten (10) years. |
| | • Section VII(F) - Please provide the full street address for each pharmacy listed in this section. |
| | • Section VII(G) - Please provide the full name and address for the office that is most likely to have records concerning your claim. |
| | • Section VII(H) - Please answer this question. If not applicable, please state "none." |
| Joyce J. Letort | • Please be advised that you provided us with a PPF/Claimant Profile Form hybrid. As this form uses a different designation than the proper PPF for certain sections, we will treat this submission as a PPF and alter the references to correspond. |
| | • Please identify the case name to which this profile form relates. |
| | • Please provide the civil action number to which this case relates. |
| | • Pursuant to Pretrial Order 18(C), please provide revised authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, currently dated and signed by your client. |
| | • Section I(C)(1)(c) - Please provide the full name of each person at Chalmette Medical Center who diagnosed your heart attack listed in Section I(C)(1)(a). |
| | • Section I(C)(1)(d) - Please specify the date, with month and year, of your previous heart attack and provide Dr. White's full name. |
| | • Section I(C)(1)(e) - Please specify your date of recovery. |
| | • Section II(J)(1) – Please clarify your response. If never employed, please state "none." |
| | • Section II(E) – Please provide the dates of residence for 150 Frenchmen Drive. |

M00BB14369

Ronald Favre, Esq.                                                                                 Page 8

- Section III(D) – Please clarify your response. For each of your children, please list his/her full name, age and address. If no children, please state "none."
- Section IV(B) - Please provide the dates, with month and year, that you began to take, and stopped taking Vioxx.
- Section V(F)(2) - Please list each treatment/intervention received and specify the date of each.
- Section V(F)(3) - Please provide the date of each diagnostic test listed in this section and clarify the treating physician and hospital for each.
- Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26.
- Section VII(B) - Please provide the dates of treatment for Dr. Ball. Please provide the full name and address for Dr. Acosta. Please provide the full name and address and clarify the dates of treatment for Dr. Houser.
- Section VII(C) - Please provide the full names, addresses, and admission dates for Tauro and Oschner. Please also provide the full address for Chalmette Medical Center.
- Section VII(D) - Please answer this question. If not applicable, please state "none."
- Section VII(E) - Please identify the full name, address, and dates of treatment for Drs. White, Majia and any other physician or healthcare provider from whom you have received treatment within the last ten (10) years.
- Section VII(G) - Please answer this question. If not applicable, please state "none."
- Section VII(H) - Please answer this question. If not applicable, please state "none."

       Please produce completed, revised PPFs no later than twenty (20) days from the date of this letter. The fact that a particular deficiency is not set forth in this letter should not be construed as acceptance of the appropriateness of the response or waiver of plaintiffs' obligation to respond to each and every request in the PPF and to supplement the PPF as new information becomes available. Merck reserves its right to seek responsive answers to other requests in the fact sheet.

M00B14370

Ronald Favre, Esq.                                              Page 9

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/dlm

cc:  Russ M. Herman, Esq.

```
** TX STATUS REPORT **          AS OF  JAN 08 2007 17:04  PAGE.01
                                        HUGHES HUBBARD

      DATE TIME       TO/FROM      MODE  MIN/SEC   PGS  JOB#  STATUS
   18 01/08 17:01    985 646 1471 EC--S  03'07"    010  114   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald J. Favre, Esq. | **DATE:** | January 8, 2007 |
| **FIRM:** | Michael Hingle & Associates, LLC | **FAX NO:** | 985-646-1471 |
| **CITY:** | Slidell | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026622_1.DOC

# Exhibit MMM

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re: *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Veronica Braggs continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

/s/ John N. Poulos

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
***********************
***    TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO               0299
RECIPIENT ADDRESS      19856461471
DESTINATION ID
ST. TIME               08/14 15:41
TIME USE               01'28
PAGES SENT             15
RESULT                 OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit NNN

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

   *Re:*  *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

   We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Janice Brown continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

   Very truly yours,

   */s/ John N. Poulos*

   John N. Poulos

cc: Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0299
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:41
TIME USE              01'28
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

Exhibit OOO



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 15, 2006

**VIA TELECOPY AND MAIL**

Ronald J. Favre
Michael Hingle & Associates, Inc. (Slidell)
220 Gause Blvd.
Suite 200
P. O. Box 1129
Slidell, LA 70459

Re:     In re Vioxx® Products Liability Litigation

Dear Mr. Favre:

We are writing to seek clarification and/or identify certain deficiencies we have
noted in the responses to the Plaintiff Profile Forms ("PPFs") we have received for the
following plaintiffs listed below. Pursuant to the new PTO governing the PPFs - PTO 18C,
please provide complete responses to the following within twenty (20) days with a new
certification currently dated and signed by your clients.

| Plaintiffs' Name | Deficiencies |
| --- | --- |
| Kiyoshi V. Thompson on behalf of Lillian J. Banks | • Please identify the case name to which this profile form relates.<br>• Please provide the civil action number to which this case relates.<br>• Pursuant to Pretrial Order 18(C), please provide revised medical authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, signed and dated by your client.<br>• Please attach a copy of the letters of administration/testamentary, power of attorney, and/or other document authorizing or appointing you representative of the Vioxx user. If there is no such document appointing or authorizing you representative, please so state.<br>• Section I(C)(1)(b) - Please specify the date of each injury listed in Section I(C)(1)(a).<br>• Section I(C)(1)(c) – Please clarify whether Dr. Price diagnosed each injury listed in Section I(C)(1)(a). If not, please identify the full name |

Ronald J. Favre, Esq.                                                                  Page 2

| | |
|---|---|
| | of each person who diagnosed each injury. <br> • Section I(D) – This section refers to the Vioxx user. Please clarify your responses. <br> • Section II(F) - Please provide decedent's driver's license number. <br> • Section III(A) - Please answer this question. If never married, please state "none." <br> • Section IV(B) - Please answer this question. <br> • Section IV(F) - Please answer this question. If not applicable, please state "none." <br> • Section IV(G) - Please specify the dates decedent took each dosage of Vioxx. <br> • Section IV(H) - Please answer this question. <br> • Section V(C) - Please identify the approximate amount decedent smoked or used per day and for how many years. <br> • Section V(F)(1) - Please answer this question. If not applicable, please state "none." <br> • Section V(F)(2) - Please answer this question. If not applicable, please state "none." <br> • Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26. <br> • Section VI(B) - Please attach decedent's death certificate to this letter. <br> • Section VI(C) - Please clarify whether an autopsy was performed. If so, please identify the full name and address of the person who performed the autopsy, and, if available, attach a copy of the autopsy report. <br> • Section VII(B) - Please answer this question for the last ten (10) years. <br> • Section VII(D) - Please specify the admission dates for each healthcare facility listed. <br> • Section VII(E) - Please answer this question for the last ten (10) years. <br> • Section VII(F) - Please specify the full address for Walgreens. |
| Leo Brown | • Please identify the case name to which this profile form relates. <br> • Pursuant to Pretrial Order 18(C), please provide revised medical authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, signed and dated by your client. <br> • Section I(C)(1)(c) - Please answer this question. <br> • Section II(E) - Please answer this question for the last ten (10) years. <br> • Section IV(A) - Please answer this question. <br> • Section IV(B) - Please specify the date, with month and year, that you |

M00B610716

Ronald J. Favre, Esq.                                                           Page 3

> began to take Vioxx.
> - Section IV(D) - Please clarify the nature of the pain for which you were prescribed Vioxx.
> - Section V(C) - Please identify the approximate amount smoked or used per day and for how many years.
> - Section V(F)(3) – Please identify the name(s) for each diagnostic test performed.
> - Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26.
> - Section VII(B) – Please identify the dates of treatment for Dr. S. Wheat. Please specify the full name for Dr. Calloway, and the full address for each primary care physician listed. Please answer this question for the last ten (10) years.
> - Section VII(C) - Please specify the full addresses for each healthcare facility listed.
> - Section VII(D) – Your response is nonresponsive. Please answer this question for the last ten (10) years. If not applicable, please state "none."
> - Section VII(E) – Your response is nonresponsive. Please answer this question for the last ten (10) years.

The above-noted deficiencies are based on an initial review of the PPF responses. The fact that a particular deficiency is not set forth in this letter should not be construed as acceptance of the appropriateness of the response or waiver of plaintiffs' obligation to respond to each and every request in the PPFs and to supplement the PPFs as new information becomes available. Merck reserves its right to seek responsive answers to other requests in the fact sheet.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/csm

cc: Russ M. Herman, Esq.

MODB610717

```
** TX STATUS REPORT **          AS OF   DEC 15 2006 16:15   PAGE.01

                                     HUGHES HUBBARD

        DATE  TIME        TO/FROM      MODE    MIN/SEC   PGS   JOB#  STATUS
   09  12/15 16:14     985 646 1471  EC--S    01'18"    004   101   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07308-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald J. Favre, Esq. | **DATE:** | December 15, 2006 |
| **FIRM:** | Michael Hingle & Associates, LLC | **FAX NO:** | 985-646-1471 |
| **CITY:** | Slidell | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          **TEL NO:**   201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026622_1.DOC

M006610718

# Exhibit PPP

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

*Re:*      *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

        We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Veronica Brown continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

                              Very truly yours,

                              */s/ John N. Poulos*

                              John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0299
RECIPIENT ADDRESS    19856461471
DESTINATION ID
ST. TIME             08/14 15:41
TIME USE             01'28
PAGES SENT           15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit QQQ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:       *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Helen Bunns continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated February 17, 2006.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
          ***********************
          ***   TX REPORT   ***
          ***********************

    TRANSMISSION OK

    TX/RX NO            0299
    RECIPIENT ADDRESS   19856461471
    DESTINATION ID
    ST. TIME            08/14 15:41
    TIME USE            01'28
    PAGES SENT          15
    RESULT              OK
```

# Hughes Hubbard & Reed LLP

**A New York Limited Liability Partnership**

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit RRR

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

   *Re:*  ***In re Vioxx® Products Liability Litigation***

Dear Mr. Favre:

   We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Wanda Ceaser continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

     Very truly yours,

     */s/ John N. Poulos*

     John N. Poulos

cc: Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0299
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:41
TIME USE              01'28
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

## A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit SSS



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 16, 2007

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Ronald J. Fravre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> Re: ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***

Dear Mr. Fravre:

  We represent Defendant Merck & Co., Inc. ("Merck") in connection with the action referenced above. This letter is to notify you that the Plaintiff Profile Forms ("PPFs") for the Plaintiffs identified in Exhibit A, attached hereto, continue to remain grossly deficient and that you have not yet responded to either of Merck's two previous letters regarding these gross deficiencies. Exhibit A lists the full case name, docket number, and full name of each defaulting Plaintiff. The chart also lists the applicable deadline each Plaintiff had to serve a completed PPF and the dates Merck sent previous notice letters regarding these cases.

  Merck is hereby providing these Plaintiffs with one final twenty (20) day extension to either: (a) serve *completed* and verified PPFs, signed and dated Authorizations, and all responsive PPF-related medical records and other documents as mandated by Pre Trail Order 18C for each plaintiff identified in Exhibit A; or (b) complete and sign a Stipulation and Consent Order of Dismissal Without Prejudice ("Stipulation of Dismissal") in the form annexed hereto as Exhibit B.

  Please be advised that this is Merck's third and final notice letter regarding these Plaintiffs. If these Plaintiffs fail to serve complete and responsive PPFs or sign Stipulations of Dismissal within the time requested, Merck will move immediately to dismiss these cases with prejudice, without further warning or notice.

Very truly yours,

John N. Poulos

Enclosure

M00E113058

```
** TX STATUS REPORT **          AS OF   MAR 16 2007 14:50   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
  16  03/16 14:48    985 646 1471  EC--S   02'03"   007   134   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald J. Favre, Esq.                    **DATE:** March 16, 2007

**FIRM:** Michael Hingle & Associates, LLC      **FAX NO:** 985-646-1471

**CITY:** Slidell                                **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.                   **TEL NO:** 201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026672_1.DOC

## EXHIBIT A

### OUTSTANDING GROSSLY DEFICIENT PPFs

| | INJURED PARTY/PLAINTIFF | CASE CAPTION | DOCKET NUMBER | DATE OF 1ST NOTICE LETTER | DATE OF 2ND NOTICE LETTER |
|---|---|---|---|---|---|
| 1 | Arnold, Arley | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 2 | Aucoin, Michael | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 3 | Augustine, Charles | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 4 | Banks, Willie Ola | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 2/17/06 | 8/14/06 |
| 5 | Barnes, Ann | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 6 | Bass, David | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 7 | Bates, Vikki | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 8 | Bazert, Wilbert | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 9 | Bell, Ethel | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 10 | Ceaser, Wanda | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 11 | Archote, Mitton | Bailey v. Merck & Co., Inc. | 2:05-cv-06904 | 12/20/05 | 8/14/06 |
| 12 | Aguillard, Mary | Bailey v. Merck & Co., Inc. | 2:05-cv-06904 | 12/20/05 | 8/14/06 |
| 13 | Cheatteam, Orinetta | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 14 | Coker, Alice | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 15 | Dauzat, Foster | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 16 | Duet, David | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 17 | Duprene, Dominick | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 18 | Falgout, Minnie | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 19 | Foil, Tommy | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 20 | Gabriel, Linda | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 21 | Gary, Gloria | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 22 | Genovese, Jeff | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 23 | Goffner, Billie | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 24 | Granier, Arthur | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 25 | Gygon, Robert | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 26 | Haines, Robert | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 27 | Harrelson, Gladys | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |

M00E113060

| 28 | Harris, Mattie Lee | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
|----|--------------------|--------------------------------|---------------|----------|---------|
| 29 | Henry, Doris | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 30 | Hogans, Ronald B. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/10/06 | 8/14/06 |
| 31 | Holmes, Ellen | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 32 | Hull, Melissa | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 33 | Hunter, Elaine | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 34 | Johnson, Marilyn | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 35 | Jones, Henry L. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/10/06 | 8/14/06 |
| 36 | Jones, Ione G. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 37 | Jones, Jennifer | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 38 | Jones, Marie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 39 | Jones, Pearl | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 40 | Jones, Tracie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 41 | Jordan, Preston | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 42 | Joseph, Ferdinand | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 43 | Kelly, Geraldine | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 44 | Kelly, John E. Jr. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 45 | Larson, Ema | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 46 | Lemon, Taris | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 47 | Lewis, Janice | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 48 | Lewis, Margie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 49 | Licieika, Lili | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/22/06 | 8/14/06 |
| 50 | Lockwood, Cyrus | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 51 | Louells, Robinson | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 52 | Lowe, Andrew | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 53 | Lumar, Sonya | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 54 | Malone, Normand | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 55 | McDowell, Irene | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 56 | McKay, Geneva | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 57 | McMiller, Hazel | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 58 | Menendez, Heidi | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 59 | Midgett, Margaret | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 60 | Miller, August | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 61 | Miller, Dorothy | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 62 | Mitchell, Bertha | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 63 | Mitchell, Joyce | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 64 | Monroe, Lola | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 65 | Ms, Anita | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 66 | Nelson, Sylvia | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 67 | Nodd, Veronica | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 68 | Penalver, Clydie | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 69 | Petit, Sharon | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 70 | Poche, Raymond | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 71 | Rawls, Vander | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 72 | Ricks, Nellie | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 73 | Robinson, Mildred | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 74 | Rose, Ralph | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |

M0DE113061

| 75 | Scott, Ethel | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
|----|--------------|----------------------------|---------------|----------|---------|
| 76 | Scott, Lovetha | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 77 | Shaffette, Hazel | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 78 | Sheridan, Linda | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 79 | Simpson, Wallace | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 80 | Smallwood, Leroy | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 81 | Smith, Lena | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 82 | Spears, Kathryn | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 83 | Sweet, Kim | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 84 | Taylor, Betty | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 85 | Teter, William | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 86 | Thompson, Jocelyn | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 87 | Varnado, Freddy | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 88 | White, Verlin | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 89 | Williams, Diane | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 90 | Williams, Lavita | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 91 | Wilson-Williams, Sarah | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |

M0DE113062