# Exhibit A

## Exhibit A

Plaintiffs Represented by Michael Hingle and Associates Who Have Provided Grossly Deficient or Incomplete PPFs

| Vioxx User/Plaintiffs | Case Caption | Docket Number | Date Gross PPF was Served or Last Updated | Exhibit | Date of Merck's 1st Notice Letter | Exhibit | Date of Merck's 2nd Notice Letter | Exhibit | Date of Merck's 3rd Notice Letter | Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| Midgett, Margaret I.* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | B | 12/20/05 | T | 08/14/06 | LL | 03/16/07 | DDD |
| Miller, August C.* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | C | 12/20/05 | U | 08/14/06 | MM | 03/16/07 | DDD |
| Miller, Dorothy A.* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | D | 12/20/05 | V | 08/14/06 | NN | 03/16/07 | DDD |
| Mitchell, Bertha* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | E | 12/20/05 | W | 08/14/06 | OO | 03/16/07 | DDD |
| Mitchell, Joyce* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | F | 12/20/05 | X | 08/14/06 | PP | 03/16/07 | DDD |
| Monroe, Lola* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | G | 12/20/05 | Y | 08/14/06 | QQ | 03/16/07 | DDD |
| Ms, Anita* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | H | 12/20/05 | Z | 08/14/06 | RR | 03/16/07 | DDD |
| Nelson, Sylvia* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | I | 12/20/05 | AA | 08/14/06 | SS | 03/16/07 | DDD |
| Nodd, Veronica* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | J | 12/20/05 | BB | 08/14/06 | TT | 03/16/07 | DDD |
| Penalver, Clydie* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | K | 12/20/05 | CC | 08/14/06 | UU | 03/16/07 | DDD |
| Petit, Sharon A.* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | L | 12/20/05 | DD | 08/14/06 | VV | 03/16/07 | DDD |
| Poche, Raymond N.* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 | 12/15/05 | M | 12/20/05 | EE | 08/14/06 | WW | 03/16/07 | DDD |
| Rawls, Vander M.* | Meunier, William v. Merck & Co., Inc. | 2:05-cv-04456 (Plaintiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | N | 12/20/05 | FF | 08/14/06 | XX | 03/16/07 | DDD |
| Asberry-Washington, Darrell | Walls, Juanita C. v. Merck & Co., Inc. | 2:05-cv-04461 | 01/23/06 | O | 12/21/05 | GG | 12/15/06 | YY | N/A | N/A |

## Exhibit A

Plaintiffs Represented by Michael Hingle and Associates Who Have Provided Grossly Deficient or Incomplete PPFs

| Vioxx User/Plaintiffs | Case Caption | Docket Number | Date Gross PPF was Served or Last Updated | Exhibit | Date of Merck's 1st Notice Letter | Exhibit | Date of Merck's 2nd Notice Letter | Exhibit | Date of Merck's 3rd Notice Letter | Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| White, Verlin* | Walls, Juanita C. v. Merck & Co., Inc. | 2:05-cv-04461 | 12/15/05 | P | 12/21/05 | HH | 08/14/06 | ZZ | 03/16/07 | DDD |
| Williams, Diane M.* | Walls, Juanita C. v. Merck & Co., Inc. | 2:05-cv-04461 | 12/15/05 | Q | 12/21/05 | II | 08/14/06 | AAA | 03/16/07 | DDD |
| Williams, Lavita* | Walls, Juanita C. v. Merck & Co., Inc. | 2:05-cv-04461 | 12/15/05 | R | 12/21/05 | JJ | 08/14/06 | BBB | 03/16/07 | DDD |
| Wilson-Williams, Sarah* | Walls, Juanita C. v. Merck & Co., Inc. | 2:05-cv-04461 | 12/15/05 | S | 12/21/05 | KK | 08/14/06 | CCC | 03/16/07 | DDD |

* Indicates that these Plaintiffs have only provided 2 pages of the 10 page PPF form.

# Exhibit B

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: Margaret Midgett
(name)

Civil Action No: 05 - 4456

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

　1. Social Security Number: _____

　2. Maiden Or Other Names Used or By Which You Have Been Known: _____

　3. Address: _____

　4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

　5. If you were appointed as a representative by a court, state the:

　　Court: _____    Date of Appointment: _____

　6. What is your relationship to deceased or represented person or person claimed to be injured? _____

　7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

    1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

        a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

        b.  When do you claim this injury occurred?_____

        c.  Who diagnosed the condition? _____

        d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

        e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a.  Name and address of each person who treated you: _____
_____

        b.  To your understanding, condition for which treated: _____
_____

        c.  When treated: _____

        d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Margaret Midgett

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: 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

D. Address: 10301 I-10 Service Rd. A163 New Orleans, LA 70127

189839_1

# Exhibit C

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: August Miller
(name)

Civil Action No: 05-4456

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____ Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

      a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

      b.  When do you claim this injury occurred?_____

      c.  Who diagnosed the condition? _____

      d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes_____ No_____ *If "yes,"* when and who diagnosed the condition at that time? _____

      e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes_____ No_____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes_____ No_____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a.  Name and address of each person who treated you: _____

      b.  To your understanding, condition for which treated: _____

      c.  When treated: _____

      d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: August Miller

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: 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

D. Address: 40 Randazzo Dr. St Bernard, LA 70085

189839_1

# Exhibit D

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

---

THIS RELATES TO:

Plaintiff: _Dorothy Miller_
(name)

Civil Action No: 05-4456

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____   *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____   *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Dorothy Miller

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: 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

D. Address: 5306 Windgate Dr. New Orleans LA 70122

189839_1

# Exhibit E

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 05-4456 | Plaintiff: Bertha Mitchell<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address:_____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____   Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

      a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

           _____

      b.  When do you claim this injury occurred?_____

      c.  Who diagnosed the condition? _____

      d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

           _____

           _____

      e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

           _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a.  Name and address of each person who treated you: _____

           _____

      b.  To your understanding, condition for which treated: _____

           _____

      c.  When treated: _____

      d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Bertha Mitchell

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: 1668 Abundance New Orleans, LA 70119

189839_1

# Exhibit F

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>   Civil Action No: 05-4456 | Plaintiff: _Joyce Mitchell_<br>                    (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1.  Social Security Number:_____

   2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

   3.  Address:_____

   4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5.  If you were appointed as a representative by a court, state the:

      Court: _____      Date of Appointment: _____

   6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

   7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking
      VIOXX®? Yes_____ No_____ *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your
         use of VIOXX®? _____
         _____

      b. When do you claim this injury occurred?_____

      c. Who diagnosed the condition? _____

      d. Did you ever suffer this type of injury prior to the date set forth in answer to
         the prior question? Yes _____ No _____ *If "yes,"* when and who
         diagnosed the condition at that time? _____
         _____
         _____

      e. Do you claim that that your use of VIOXX® worsened a condition that you
         already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the
         injury or condition; whether or not you had already recovered from that injury
         or condition before you took VIOXX®; and the date of recovery, if any. _____
         _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
    Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician,
psychiatrist, psychologist, counselor) from whom have sought treatment for
psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _____
         _____

      b. To your understanding, condition for which treated: _____
         _____

      c. When treated: _____

      d. Medications prescribed or recommended by provider: _____

## II.  **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: Joyce Mitchell

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: 2325 Winthrop St. New Orleans, LA 70117

189839_1

Exhibit G

IN RE:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: Lola Monroe
(name)

Civil Action No: 05-4456

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _____

2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

3.  Address: _____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

Court: _____   Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____   *If "yes,"*

      a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

_____

      b.  When do you claim this injury occurred?_____

      c.  Who diagnosed the condition? _____

      d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____   *If "yes,"* when and who diagnosed the condition at that time? _____

_____

      e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a.  Name and address of each person who treated you: _____

_____

      b.  To your understanding, condition for which treated: _____

_____

      c.  When treated: _____

      d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Lola monroe

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: 321 - 34 - 0222

D. Address: P.O. Box 165 Pearl River, LA 70452

189839_1

# Exhibit H

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: Anita MS |
| Civil Action No: 05-4456 | (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1.  Social Security Number: _____

    2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

    3.  Address: _____

    4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

    5.  If you were appointed as a representative by a court, state the:

        Court: _____    Date of Appointment: _____

    6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

    7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

    1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

        a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

        b.  When do you claim this injury occurred?_____

        c.  Who diagnosed the condition? _____

        d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

        e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a.  Name and address of each person who treated you: _____
_____

        b.  To your understanding, condition for which treated: _____
_____

        c.  When treated: _____

        d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Anita MS

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: 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

D. Address: 1714 Silver Lily Marrero, LA 70072

189839_1

# Exhibit I

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>  Civil Action No: 05-4456 | Plaintiff: Sylvia Nelson<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _____

2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

3.  Address: _____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

    Court: _____     Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

    1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____   *If "yes,"*

        a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

        b.  When do you claim this injury occurred?_____

        c.  Who diagnosed the condition? _____

        d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____   *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

        e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a.  Name and address of each person who treated you: _____
_____

        b.  To your understanding, condition for which treated: _____
_____

        c.  When treated: _____

        d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: Sylvia Nelson

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address: 2415 Hill St. Alexandria, LA 71301

189839_1

# Exhibit J

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: Veronica Nodd
(name)

Civil Action No: 05-4456

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1.  Social Security Number:_____

   2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

   3.  Address:_____

   4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5.  If you were appointed as a representative by a court, state the:

      Court: _____    Date of Appointment: _____

   6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

   7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

_____

        b. When do you claim this injury occurred?_____

        c. Who diagnosed the condition? _____

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

_____

_____

        e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a. Name and address of each person who treated you: _____

_____

        b. To your understanding, condition for which treated: _____

_____

        c. When treated: _____

        d. Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Veronica Nodd*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *P.O. Box 71384 New Orleans LA 70172*

# Exhibit K

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: _Clydie Penaluer_
(name)

Civil Action No: 05-4456

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _____

2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

3.  Address: _____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

    Court: _____   Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

b.  When do you claim this injury occurred? _____

c.  Who diagnosed the condition? _____

d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes_____ No_____ *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes_____ No_____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes_____ No_____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

a.  Name and address of each person who treated you: _____
_____

b.  To your understanding, condition for which treated: _____
_____

c.  When treated: _____

d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: Clydie Penalver

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address: 7622 Kingsport Blvd N.O. LA 70128

189839_1

# Exhibit L

IN RE:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: 05-4456

Plaintiff: Sharon Petit
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1.  Social Security Number: _____

   2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

   3.  Address: _____

   4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5.  If you were appointed as a representative by a court, state the:

       Court: _____        Date of Appointment: _____

   6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

   7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

    1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

        a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

_____

        b.  When do you claim this injury occurred?_____

        c.  Who diagnosed the condition? _____

        d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____

_____

_____

        e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a.  Name and address of each person who treated you: _____

_____

        b.  To your understanding, condition for which treated: _____

_____

        c.  When treated: _____

        d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Sharon Petit

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: 434 - 80 - 4097

D. Address: 10301 I-10 Service Rd Apt. A250 N.O. LA 70128

189839_1

# Exhibit M

| | |
|---|---|
| **IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS RELATES TO:**<br><br>Civil Action No: 05-4456 | Plaintiff: _Raymond Poche_<br>(name) |

### PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1.  Social Security Number:_____

    2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

    3.  Address:_____

    4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

    5.  If you were appointed as a representative by a court, state the:

        Court: _____     Date of Appointment: _____

    6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

    7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

    1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

        a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

_____

        b.  When do you claim this injury occurred?_____

        c.  Who diagnosed the condition? _____

        d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

_____

_____

        e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

_____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a.  Name and address of each person who treated you: _____

_____

        b.  To your understanding, condition for which treated: _____

_____

        c.  When treated: _____

        d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: Raymond Poche

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: 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

D.  Address: 575 St Ann St. Raceland, LA 70394

189839_1

# Exhibit N