| | |
|---|---|
| **IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| **THIS RELATES TO:** | Plaintiff: Uander Rawls<br>(name) |
| **Civil Action No:** 05-4456 | |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

      _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

      _____

      _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

      _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____

      _____

   b. To your understanding, condition for which treated: _____

      _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Vander Rawls _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: 36162 Jesse Singletary Pearl River, LA 70452

189839_1

# Exhibit O



10397852

Jan 23 2006
4:55PM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

THIS RELATES TO:

Civil Action No:

MDL Docket No. 1657

Plaintiff: _DARRELL ASBERRY WASHINGTON_
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _DARRELL ASBERRY WASHINGTON_

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _____

2.  Maiden Or Other Names Used or By Which You Have Been Known: _SAME_

3.  Address: _24895 CACTUS AVE, MORENO VALLEY CA 92553_

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

    Court: _____   Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _MY SELF_

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Heart PRoblem, LiVER AND KidNey PRoblem leg pains. Headaches and Vomiting blood

   b. When do you claim this injury occurred? SinCE year 2002

   c. Who diagnosed the condition? RiVERSiDE county Regional Medical center

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _____

   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No ✓ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ✓ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: At RiVerSiDE RegionA in ER

   b. To your understanding, condition for which treated: _____

   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: DARRELL ASBERRY WASHINGTON

B. Maiden or other names used or by which you have been known: SAMG

C. Social Security Number: 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

D. Address: 24895 CACTUS AVE, MORENO VALLEY, CA 92553

E.   Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 478 Harvest RD PERRIS CA | 1995 to 2002 |
| 24895 CACTUS AVE MORENO VALLEY | 2002 to Present |

F.   Driver's License Number and State Issuing License: _____

G.   Date of Place and Birth: 8-24-63,   New Orleans   LA

H.   Sex:  Male ✓   Female ____

I.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| HIGHSCHOOL | 1978 to 1981 | | DIPLOMAS |

J.   Employment Information.

1.   Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| LOWE'S | RDC 966 PERRIS CA | 2004 | MAINTANCE |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |

3.   Are you making a wage loss claim for either your present or previous employment?  Yes ✓   No ____

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _____

K.   Military Service Information:  Have you ever served in the military, including the military reserve or national guard?  Yes ____   No ✓

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?  Yes ____   No ✓

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes _✓_ No ____ *If "yes,"* to the best of your knowledge please state:

   a.  Year claim was filed: _2005 WORKER COMPENSATION_

   b.  Nature of disability: _BACK Pain Hip Pain Legg and Feet pains_

   c.  Approximate period of disability: _September, 2005._

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _✓_ No ____ *If "yes,"* set forth when and the reason. _Injury to back and Hip in September of 05_

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes _✓_ No ____ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

_____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes _✓_ No ⊘ *If "yes,"* set forth where, when and the felony and/or crime. _no contest in 2005_

### III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _NO_

B.  Has your spouse filed a loss of consortium claim in this action? Yes ____ No _✓_

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _X_ Don't Know __✓__ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: _____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____ No _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? A DOCTOR

B.  On which dates did you begin to take, and stop taking, VIOXX®? Year 2000

C.  Did you take VIOXX® continuously during that period?
Yes _✓_ No _____ Don't Recall _____

D.  To your understanding, for what condition were you prescribed VIOXX®? BACK PAIN

E.  Did you renew your prescription for VIOXX®? Yes _✓_ No _____ Don't Recall _____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____ No _____

G.  Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_✓_ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?
1 or 2 tablet AS NEEDED

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✓ Don't Recall _____

J.  Instructions or Warnings:

   1.  Did you receive any written or oral information about VIOXX® before you took it? Yes ✓ No _____ Don't Recall _____

   2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall ✓

   3.  *If "yes,"*

       a.  When did you receive that information?_____

       b.  From whom did you receive it?_____

       c.  What information did you receive? _____
           _____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? ASPIRIN and Tylenol
_____

## V. MEDICAL BACKGROUND

A.  Height: 5.8

B.  Current Weight: 173 lb
Weight at the time of the injury, illness, or disability described in Section I(C): 160

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   NO   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   NO   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
       a.  Date on which smoking/tobacco use ceased: _____ NONE Never have
       b.  Amount smoked or used: on average NONE per day for _____ years.

   NO   Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
       a.  Amount smoked or used: on average NONE per day for _____ years.

   NO   Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____ No ✓ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ *NO*_____ drinks per week,

_____ *NO*_____ drinks per month,

_____ *NO*_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____ No ✓ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____

_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| NONE    |           |      |                    |          |
| NONE    |           |      |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| NONE                   |      |                    |          |
| NONE                   |      |                    |          |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____ No _____ Don't Recall ✓ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| | | | | |
| | | | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes ✓  No ____

B.  Decedent's death certificate (if applicable).  Yes ____  No ✓

C.  Report of autopsy of decedent (if applicable).  Yes ____  No ✓

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
|---|---|
| | RIVERSIDE County Regional Center |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| | | |
| | | |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| RIVERSIDE Regional | Moreno Valley CA | | Shortness of Breath side pains |
| DOCTORS Hospital | PERRIS  CA | | Chest Pain, Vomiting blood |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| ER  DOCTOR | RIVERSIDE REGIONAL | 2008 |
| ER  DOCTOR | | 2002 |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| WALMART Pharmacy | PERRIS  CA |
| WALGREEN Pharmacy | MORENO VALLEY  CA |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Social Security OFFICE | RIVERSIDE  CA |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | RIVERSIDE  CA |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| Signature | Print Name | Date |

# Exhibit P

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Verlin White*
(name)

Civil Action No: *05 - 4461*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address:_____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____   Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Verlin White*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *6301 Kuebel Dn. Apt. B   New Orleans, LA 70126*

189839_1

# Exhibit Q

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: _Diane Williams_
(name)

Civil Action No: 05-4461

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____  Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking
VIOXX®? Yes_____ No_____ *If "yes,"*

a.  What is your understanding of the bodily injury you claim resulted from your
use of VIOXX®? _____
_____

b.  When do you claim this injury occurred?_____

c.  Who diagnosed the condition? _____

d.  Did you ever suffer this type of injury prior to the date set forth in answer to
the prior question? Yes _____ No _____  *If "yes,"* when and who
diagnosed the condition at that time? _____
_____
_____

e.  Do you claim that that your use of VIOXX® worsened a condition that you
already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the
injury or condition; whether or not you had already recovered from that injury
or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician,
psychiatrist, psychologist, counselor) from whom have sought treatment for
psychological, psychiatric or emotional problems during the last ten (10) years, state:

a.  Name and address of each person who treated you: _____
_____

b.  To your understanding, condition for which treated: _____
_____

c.  When treated: _____

d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: *Diane Williams*

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: *439 - 82 - 0246*

D.  Address: *13733 Chef Menteur Hwy, Apt - 154 New Orleans, LA 7012*

189839_1

# Exhibit R

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: _Lavita Williams_
(name)

Civil Action No: 05 - 4461

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _____

2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

3.  Address: _____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

Court: _____    Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b.  When do you claim this injury occurred?_____

   c.  Who diagnosed the condition? _____

   d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a.  Name and address of each person who treated you: _____
   _____

   b.  To your understanding, condition for which treated: _____
   _____

   c.  When treated: _____

   d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name:  *Lavita Williams*

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address:  2020 Franklin Ave.  New Orleans, LA 70117

189839_1

# Exhibit S

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: *05 - 4461* | Plaintiff: *Sarah Wilson Williams*<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1.  Social Security Number:_____

    2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

    3.  Address:_____

    4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

    5.  If you were appointed as a representative by a court, state the:

        Court: _____     Date of Appointment: _____

    6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

    7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

      b. When do you claim this injury occurred?_____

      c. Who diagnosed the condition? _____

      d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____

      e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _____

      b. To your understanding, condition for which treated: _____

      c. When treated: _____

      d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Sarah Wilson Williams*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *436 - 66 - 9978*

D. Address: *1301 Simon Bolivar Apt. 421 New Orleans, LA 70113*

189839_1

Exhibit T

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   William Meunier v. Merck & Co., Inc.
Docket No. 05-4456

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Margararet Midgett is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘

                              TIME  : 12/20/2005 15:24
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038

┌──────────────────────────────────────────────────────────────────┐
│                                                                    │
│   DATE,TIME           12/20  15:20                                 │
│   FAX NO./NAME        10007341835l9856461471                       │
│   DURATION            00:04:24                                     │
│   PAGE(S)             37                                           │
│   RESULT              OK                                           │
│   MODE                STANDARD                                     │
│                       ECM                                          │
│                                                                    │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

I0I Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 20, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

Exhibit U

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   William Meunier v. Merck & Co., Inc.
        Docket No. 05-4456

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for August Miller is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

JOB STATUS REPORT

```
TIME  : 12/20/2005 15:24
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          12/20  15:20
FAX NO./NAME       100073418351 9856461471
DURATION           00:04:24
PAGE(S)            37
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.                    **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates          **FAX NO:** 985-646-1471

**CITY:**                                       **TEL NO:**

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.                  **TEL NO:** 201-536-9220

**MESSAGE:**

# Exhibit V

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     William Meunier v. Merck & Co., Inc.
        Docket No. 05-4456

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Dorothy Miller is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 12/20/2005 15:24
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : 000005100038


    ┌────────────────────────────────────────────────────────────────┐
    │   DATE,TIME            12/20  15:20                             │
    │   FAX NO./NAME         100073418351 9856461471                 │
    │   DURATION             00:04:24                                │
    │   PAGE(S)              37                                      │
    │   RESULT               OK                                     │
    │   MODE                 STANDARD                               │
    │                        ECM                                    │
    └────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Io1 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner


## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | **DATE:** | December 20, 2005 |
| **FIRM:** | Michael Hingle & Associates | **FAX NO:** | 985-646-1471 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

# Exhibit W

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

> Re:  William Meunier v. Merck & Co., Inc.
>       Docket No. 05-4456

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Bertha Mitchell is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

| One Battery Park Plaza | 47, Avenue Georges Mandel | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 1775 I Street, N.W. |
| New York, New York | 75116 Paris, France | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Washington, D.C. |
| 10004-1482 | (33) (1) 44.05.80.00 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 20006-2401 |
| 212-837-6000 | | 213-613-1800 | 305-358-1666 | (81) (3) 3539-2771 | 202-721-4600 |

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘
                                        TIME  : 12/20/2005 15:24
                                        NAME  :
                                        FAX#  :
                                        TEL#  :
                                        SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME          12/20  15:20                                  │
│   FAX NO./NAME       100073418351 9856461471                       │
│   DURATION           00:04:24                                      │
│   PAGE(S)            37                                            │
│   RESULT             OK                                            │
│   MODE               STANDARD                                      │
│                      ECM                                           │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO:  Ronald Favre, Esq.                DATE:  December 20, 2005

FIRM:  Michael Hingle & Associates     FAX NO:  985-646-1471

CITY:                                  TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM:  John N. Poulos, Esq.            TEL NO:  201-536-9220

MESSAGE:

# Exhibit X

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     William Meunier v. Merck & Co., Inc.
         Docket No. 05-4456

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Joyce Mitchell is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

| One Battery Park Plaza | 47, Avenue Georges Mandel | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 1775 I Street, N.W. |
| --- | --- | --- | --- | --- | --- |
| New York, New York | 75116 Paris, France | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Washington, D.C. |
| 10004-1482 | (33) (1) 44.05.80.00 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 20006-2401 |
| 212-837-6000 | | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 202-721-4600 |

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 12/20/2005 15:24
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : 000005100038
```

```
  DATE,TIME           12/20  15:20
  FAX NO./NAME        100073418351 9856461471
  DURATION            00:04:24
  PAGE(S)             37
  RESULT              OK
  MODE                STANDARD
                      ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 20, 2005 |
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:       37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE: