# Exhibit Y

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:    William Meunier v. Merck & Co., Inc.
       Docket No. 05-4456

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Lola Monroe is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘
                                    TIME  : 12/20/2005 15:24
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : 000005100038
```

```
  DATE,TIME              12/20  15:20
  FAX NO./NAME           10007341835l9856461471
  DURATION               00:04:24
  PAGE(S)                37
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 360I
Jersey City, New Jersey  O73O2-39I8
Telephone: 2OI-536-922O
Fax: 2OI-536-O799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 20, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

# Exhibit Z

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

   Re: William Meunier v. Merck & Co., Inc.
     Docket No. 05-4456

Dear Mr. Favre:

   We are writing to inform you that the Plaintiff Profile Form ("PPF") for Anita Ms is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

   Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Thank you for your attention to this matter.

      Very truly yours,
      HUGHES HUBBARD & REED LLP

      John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 15:24
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          12/20  15:20
FAX NO./NAME       10007341835I9856461471
DURATION           00:04:24
PAGE(S)            37
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New Yotk Limited Liability Partnership

I0I Hudson Street
Suite 360I
Jersey City, New Jersey  07302-39I8
Telephone: 20I-536-9220
Fax: 20I-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 20, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:      37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.        TEL NO:   201-536-9220

MESSAGE:

# Exhibit AA

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   William Meunier v. Merck & Co., Inc.
Docket No. 05-4456

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Sylvia Nelson is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                        ┌─────────────────────┐
                        │  JOB STATUS REPORT  │
                        └─────────────────────┘

                                    TIME  : 12/20/2005 15:24
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : 000005100038
```

```
    DATE,TIME           12/20  15:20
    FAX NO./NAME        100073418351 9856461471
    DURATION            00:04:24
    PAGE(S)             37
    RESULT              OK
    MODE                STANDARD
                        ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO: Ronald Favre, Esq.                      DATE: December 20, 2005

FIRM: Michael Hingle & Associates           FAX NO: 985-646-1471

CITY:                                       TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:        37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM: John N. Poulos, Esq.        TEL NO: 201-536-9220

MESSAGE:

# Exhibit BB

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:    William Meunier v. Merck & Co., Inc.
             Docket No. 05-4456

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Veronica Nodd is grossly deficient.  Basic information is not provided and other information is incomplete or unclear.  Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT      │
                    └─────────────────────────┘

                                      TIME  : 12/20/2005 15:24
                                      NAME  :
                                      FAX#  :
                                      TEL#  :
                                      SER.# : 000005100038
```

```
  DATE,TIME              12/20  15:20
  FAX NO./NAME           1000734183519856461471
  DURATION               00:04:24
  PAGE(S)                37
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.                    DATE: December 20, 2005

FIRM: Michael Hingle & Associates           FAX NO: 985-646-1471

CITY:                                        TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.              TEL NO: 201-536-9220

MESSAGE:

# Exhibit CC

**Hughes Hubbard &Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:  William Meunier v. Merck & Co., Inc.
Docket No. 05-4456

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Clydie Penalver is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘
                                        TIME  : 12/20/2005 15:24
                                        NAME  :
                                        FAX#  :
                                        TEL#  :
                                        SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME              12/20  15:20                               │
│   FAX NO./NAME           1000734183519856461471                    │
│   DURATION               00:04:24                                  │
│   PAGE(S)                37                                         │
│   RESULT                 OK                                         │
│   MODE                   STANDARD                                  │
│                          ECM                                       │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO:     Ronald Favre, Esq.                  DATE:    December 20, 2005

FIRM:   Michael Hingle & Associates         FAX NO:  985-646-1491

CITY:                                       TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:          37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM:   John N. Poulos, Esq.                TEL NO:   201-536-9220

MESSAGE:

# Exhibit DD

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:    William Meunier v. Merck & Co., Inc.
       Docket No. 05-4456

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Sharon Petit is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 15:24
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/20  15:20 |
| FAX NO./NAME | 10007341835109856461471 |
| DURATION | 00:04:24 |
| PAGE(S) | 37 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.                    **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates        **FAX NO:** 985-646-1471

**CITY:** _____                **TEL NO:** _____

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:**        37

**IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.**

**FROM:** John N. Poulos, Esq.               **TEL NO:** 201-536-9220

**MESSAGE:**

# Exhibit EE

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   William Meunier v. Merck & Co., Inc.
      Docket No. 05-4456

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Raymond Poche is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

```
                        ┌─────────────────────┐
                        │  JOB STATUS REPORT  │
                        └─────────────────────┘

                                    TIME  : 12/20/2005 15:24
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/20  15:20 |
| FAX NO./NAME | 10007341835**9856461471** |
| DURATION | 00:04:24 |
| PAGE(S) | 37 |
| RESULT | **OK** |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

1o1 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.              **DATE:**   December 20, 2005

**FIRM:**  Michael Hingle & Associates    **FAX NO:**  985-646-14**7**1

**CITY:**                                 **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:        37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.           **TEL NO:**  201-536-9220

**MESSAGE:**

# Exhibit FF

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:    William Meunier v. Merck & Co., Inc.
              Docket No. 05-4456

Dear Mr. Favre:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for Vander Rawls is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

            Very truly yours,
            HUGHES HUBBARD & REED LLP

            John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
                              TIME  : 12/20/2005 15:24
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/20  15:20 |
| FAX NO./NAME | 100073418351 9856461471 |
| DURATION | 00:04:24 |
| PAGE(S) | 37 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO: Ronald Favre, Esq.                     DATE: December 20, 2005

FIRM: Michael Hingle & Associates          FAX NO: 985-646-1471

CITY: _____                     TEL NO: _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM: John N. Poulos, Esq.                 TEL NO: 201-536-9220

MESSAGE:

Exhibit GG

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Juanita Walls v. Merck & Co., Inc.
      Docket No. 05-4461

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Darrell Asberry-Washington is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza      47, Avenue Georges Mandel      350 South Grand Avenue      201 South Biscayne Boulevard      Akasaka Tokyu Building 6F      1775 I Street, N.W.
New York, New York          75116 Paris, France               Los Angeles, California       Miami, Florida                 2-14-3 Nagata-cho, Chiyoda-ku   Washington, D.C.
10004-1482                  (33) (1) 44.05.80.00              90071-3442                    33131-4332                     Tokyo 100-0014 Japan            20006-2401
212-837-6000                                                 213-613-2800                  305-358-1666                   (81) (3) 3539-2771               202-721-4600

JOB STATUS REPORT

```
TIME  : 12/21/2005 17:19
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME            12/21  17:17
FAX NO./NAME         1000734183519856461471
DURATION             00:02:37
PAGE(S)              20
RESULT               OK
MODE                 STANDARD
                     ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.            **DATE:** December 21, 2005

**FIRM:** Michael Hingle & Associates    **FAX NO:** 985-646-1471

**CITY:** _____    **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.         **TEL NO:** 201-536-9220

**MESSAGE:**

# Exhibit HH

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:    Juanita Walls v. Merck & Co., Inc.
             Docket No. 05-4461

Dear Mr. Favre:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for Verlin White is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

              Very truly yours,
              HUGHES HUBBARD & REED LLP

              */s/ John N. Poulos*
              John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

| One Battery Park Plaza | 47, Avenue Georges Mandel | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 1775 I Street, N.W. |
|---|---|---|---|---|---|
| New York, New York | 75116 Paris, France | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Washington, D.C. |
| 10004-1482 | (33) (1) 44.05.80.00 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 20006-2401 |
| 212-837-6000 | | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 202-721-4600 |

JOB STATUS REPORT

```
TIME  : 12/21/2005 17:19
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          12/21  17:17
FAX NO./NAME       10007341835 9856461471
DURATION           00:02:37
PAGE(S)            20
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| TO: | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| FROM: | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

# Exhibit II

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

　　　　　Re:　　Juanita Walls v. Merck & Co., Inc.
　　　　　　　　Docket No. 05-4461

Dear Mr. Favre:

　　　　　We are writing to inform you that the Plaintiff Profile Form ("PPF") for Diane Williams is grossly deficient.  Basic information is not provided and other information is incomplete or unclear.  Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

　　　　　Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

　　　　　Thank you for your attention to this matter.

　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　HUGHES HUBBARD & REED LLP


　　　　　　　　　　　　_____
　　　　　　　　　　　　　　*/s/ John N. Poulos*
　　　　　　　　　　　　　　John N. Poulos


JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 12/21/2005 17:19
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/21  17:17 |
| FAX NO./NAME | 1000734183519856461471 |
| DURATION | 00:02:37 |
| PAGE(S) | 20 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9120
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO:   Ronald Favre, Esq.                    DATE:   December 21, 2005

FIRM:  Michael Hingle & Associates          FAX NO:  985-646-1471

CITY:                                       TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM:  John N. Poulos, Esq.                 TEL NO:  201-536-9220

MESSAGE:

# Exhibit JJ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Juanita Walls v. Merck & Co., Inc.
      Docket No. 05-4461

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Lavita Williams is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                  TIME  : 12/21/2005 17:19
                                  NAME  :
                                  FAX#  :
                                  TEL#  :
                                  SER.# : 000005100038

  ┌──────────────────────────────────────────────────────────────────┐
  │                                                                    │
  │   DATE,TIME              12/21  17:17                               │
  │   FAX NO./NAME           10007341835l9856461471                    │
  │   DURATION               00:02:37                                  │
  │   PAGE(S)                20                                         │
  │   RESULT                 OK                                        │
  │   MODE                   STANDARD                                  │
  │                          ECM                                       │
  └──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

# Exhibit KK

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:    Juanita Walls v. Merck & Co., Inc.
             Docket No. 05-4461

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Sarah Wilson-Williams is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                Very truly yours,
                HUGHES HUBBARD & REED LLP

                */s/ John N. Poulos*
                John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

| | | | | | |
|---|---|---|---|---|---|
| One Battery Park Plaza<br>New York, New York<br>10004-1482<br>212-837-6000 | 47, Avenue Georges Mandel<br>75116 Paris, France<br>(33) (1) 44.05.80.00 | 350 South Grand Avenue<br>Los Angeles, California<br>90071-3442<br>213-613-2800 | 201 South Biscayne Boulevard<br>Miami, Florida<br>33131-4332<br>305-358-1666 | Akasaka Tokyu Building 6F<br>2-14-3 Nagata-cho, Chiyoda-ku<br>Tokyo 100-0014 Japan<br>(81) (3) 3539-2771 | 1775 I Street, N.W.<br>Washington, D.C.<br>20006-2401<br>202-721-4600 |

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘

                              TIME  : 12/21/2005 17:19
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────────┐
│  DATE,TIME           12/21  17:17                                      │
│  FAX NO./NAME        100073418351 9856461471                           │
│  DURATION            00:02:37                                          │
│  PAGE(S)             20                                                │
│  RESULT              OK                                                │
│  MODE                STANDARD                                          │
│                      ECM                                               │
└──────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

# Exhibit LL

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:      *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Margaret Midgett continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0295
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:28
TIME USE              01'29
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit MM

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for August Miller continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                 0295
RECIPIENT ADDRESS        19856461471
DESTINATION ID
ST. TIME                 08/14 15:28
TIME USE                 01'29
PAGES SENT               15
RESULT                   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

Exhibit NN

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

　　　　　　　　*Re:*　　*In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

　　　　　　　We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Dorothy Miller continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　*/s/ John N. Poulos*

　　　　　　　　　　　　　　　　　　John N. Poulos

cc:　　Russ M. Herman, Esq. (via e-mail)

```
      ***********************
      ***  TX REPORT  ***
      ***********************

   TRANSMISSION OK

   TX/RX NO             0295
   RECIPIENT ADDRESS    19856461471
   DESTINATION ID
   ST. TIME             08/14 15:28
   TIME USE             01'29
   PAGES SENT           15
   RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

Exhibit OO

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

        *Re:*    ___*In re Vioxx® Products Liability Litigation*___

Dear Mr. Favre:

    We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Bertha Mitchell continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

                Very truly yours,

                */s/ John N. Poulos*

                John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0295
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:28
TIME USE              01'29
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

Exhibit PP

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> *Re:*    *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

    We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Joyce Mitchell continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              0295
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:28
TIME USE              01'29
PAGES SENT             15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

Exhibit QQ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

                    *Re:*     _In re Vioxx® Products Liability Litigation_

Dear Mr. Favre:

        We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced
action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF")
for Lola Monroe continue to remain outstanding and that you have not yet responded to Merck's
initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these
deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter
in order to avoid a motion seeking appropriate relief.

                              Very truly yours,

                              */s/ John N. Poulos*

                              John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************


        TRANSMISSION OK

        TX/RX NO            0295
        RECIPIENT ADDRESS   19856461471
        DESTINATION ID
        ST. TIME            08/14 15:28
        TIME USE            01'29
        PAGES SENT          15
        RESULT              OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit RR

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     _**In re Vioxx® Products Liability Litigation**_

Dear Mr. Favre:

        We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Anita Ms continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

_**/s/ John N. Poulos**_

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
************************
***   TX REPORT   ***
************************

TRANSMISSION OK

TX/RX NO                0293
RECIPIENT ADDRESS       19856461471
DESTINATION ID
ST. TIME                08/14 15:21
TIME USE                01'34
PAGES SENT              15
RESULT                 OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit SS

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re: _**In re Vioxx® Products Liability Litigation**_

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Sylvia Nelson continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

_**/s/ John N. Poulos**_

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

Case 2:05-md-01657-EEF-DEK   Document 10840-3   Filed 04/23/07   Page 63 of 100

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              0293
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:21
TIME USE              01'34
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit TT

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> _Re:_     _**In re Vioxx® Products Liability Litigation**_

Dear Mr. Favre:

      We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Veronica Nodd continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

      Very truly yours,

      _**/s/ John N. Poulos**_

      John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0293
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:21
TIME USE              01'34
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit UU

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  20I-536-9220
Fax:  20I-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:    *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Clydie Penalver continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
      **********************
      ***   TX REPORT   ***
      **********************

  TRANSMISSION OK

  TX/RX NO             0293
  RECIPIENT ADDRESS    19856461471
  DESTINATION ID
  ST. TIME             08/14 15:21
  TIME USE             01'34
  PAGES SENT           15
  RESULT               OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit VV

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> **Re:** *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Sharon Petit continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
************************
***    TX REPORT    ***
************************

TRANSMISSION OK

TX/RX NO              0293
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:21
TIME USE              01'34
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit WW

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

>        *Re:*        *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Raymond Poche continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
    *********************
    ***   TX REPORT   ***
    *********************

TRANSMISSION OK

TX/RX NO              0293
RECIPIENT ADDRESS    19856461471
DESTINATION ID
ST. TIME             08/14 15:21
TIME USE             01'34
PAGES SENT           15
RESULT               OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit XX

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

      _Re:_      **_In re Vioxx® Products Liability Litigation_**

Dear Mr. Favre:

      We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Vander Rawls continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

      Very truly yours,

      **_/s/ John N. Poulos_**

      John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO               0293
RECIPIENT ADDRESS      19856461471
DESTINATION ID
ST. TIME               08/14 15:21
TIME USE               01'34
PAGES SENT             15
RESULT                 OK
```

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit YY



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 15, 2006

**VIA U.S. MAIL & TELECOPY (504-523-8893)**

Jeffrey J. Lowe, Esq.
Carey & Danis, L.L.C
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*

Dear Mr. Lowe:

            We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that the following Plaintiff Profile Forms ("PPFs") remain grossly deficient. The chart below lists the full case name, docket number, and full name of each injured party. The chart also lists the applicable deadline each plaintiff had to serve a completed PPF and the dates Merck distributed previous notice letters regarding these cases.

|   | INJURED PARTY NAME | CASE CAPTION | DOCKET NUMBER | ORIGINAL PPF DUE DATE | DATE OF MERCK'S NOTICE LETTER |
|---|---|---|---|---|---|
| 1 | Cantrell, Mary Ann | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK | 12/12/2005 | 1/3/2006 |
| 2 | Allen, Fred Jr. | Adams, Eva v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | 12/12/2005 | 1/3/2006 |
| 3 | Baker, Miranda | Adams, Eva v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | 12/12/2005 | 1/3/2006 |
| 4 | Bell, Raymond D. | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | 2/18/2006 | 1/3/2006 |
| 5 | Washington, Darrell Asberry | Walls, Juanita C. v. Merck & Co., Inc. | 2:05-cv-04461-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 6 | Atkins, Brian | Acosta, Ella M. v. Merck & Co., Inc. | 2:05-cv-04457-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 7 | Newsum, Jamie | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK | 12/12/2005 | 5/11/06 |
| 8 | Ray, Billy | McCarter, Louise v. Merck & Co., Inc. | 2:05-cv-03812-EEF-DEK | 12/30/2005 | 5/26/2006 |
| 9 | Robinson, Sarah R. | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK | 12/30/2005 | 5/26/2006 |

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00838226

Jeffrey J. Lowe, Esq.                                                                                                   2

| 10 | Duncan, Eddie Ray | OBannon, Barbara v. Merck & Co., Inc. | 2:05-cv-03809-EEF-DEK | 11/30/2005 | 1/3/2006 |
|----|-------------------|---------------------------------------|-----------------------|------------|----------|
| 11 | Chism, Maggie | Liotto, Barbara v. Merck & Co., Inc. | 2:05-cv-04323-EEF-DEK | 12/12/2005 | 1/3/2006 |

      Please produce a complete and full responsive PPF for each of the above referenced individuals no later than ten (10) days from the date of this letter.  This is Merck's second notice letter regarding these plaintiffs.  If plaintiffs do not serve complete and responsive PPFs within the time requested, Merck may seek to dismiss these actions with prejudice for plaintiffs' failure to respond to discovery.

      Very truly yours,

John N. Poulos

cc:    Russ M. Herman, Esq. (via electronic mail)


JNP/zcr

M008B39229

```
** TX STATUS REPORT **        AS OF   DEC 15 2006 17:58   PAGE.01

                                      HUGHES HUBBARD

         DATE  TIME    TO/FROM    MODE   MIN/SEC   PGS   JOB#  STATUS
    24   12/15 17:57   314 678 3401 EC--S  00'49"   003   128   OK
```

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Jeffrey J. Lowe, Esq.          **DATE:**   December 15, 2006

**FIRM:**   Carey & Danis, LLC          **FAX NO:**   314-678-3401

**CITY:**   St. Louis                    **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos          **TEL NO:**   201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1034668_1.DOC

M008B39230

# Exhibit ZZ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

        We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Verlin White continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
                          ***********************
                          ***    TX REPORT    ***
                          ***********************


          TRANSMISSION OK

          TX/RX NO              0534
          RECIPIENT ADDRESS     19856461471
          DESTINATION ID
          ST. TIME              08/14 15:30
          TIME USE              02'41
          PAGES SENT            12
          RESULT               OK
```

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit AAA

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

>    **Re:**    *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Diane Williams continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
**********************
***   TX REPORT   ***
**********************
```

TRANSMISSION OK

TX/RX NO             0534
RECIPIENT ADDRESS    19856461471
DESTINATION ID
ST. TIME             08/14 15:30
TIME USE             02'41
PAGES SENT           12
RESULT               OK

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit BBB

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> **Re:**   *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Lavita Williams continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0534
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:30
TIME USE              02'41
PAGES SENT            12
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit CCC

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> **Re:**    _**In re Vioxx® Products Liability Litigation**_

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Sarah Wilson-Williams continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

_/s/ John N. Poulos_

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0534
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:30
TIME USE              02'41
PAGES SENT            12
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit DDD



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 16, 2007

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Ronald J. Fravre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*

Dear Mr. Fravre:

      We represent Defendant Merck & Co., Inc. ("Merck") in connection with the action referenced above. This letter is to notify you that the Plaintiff Profile Forms ("PPFs") for the Plaintiffs identified in Exhibit A, attached hereto, continue to remain grossly deficient and that you have not yet responded to either of Merck's two previous letters regarding these gross deficiencies. Exhibit A lists the full case name, docket number, and full name of each defaulting Plaintiff. The chart also lists the applicable deadline each Plaintiff had to serve a completed PPF and the dates Merck sent previous notice letters regarding these cases.

      Merck is hereby providing these Plaintiffs with one final twenty (20) day extension to either: (a) serve *completed* and verified PPFs, signed and dated Authorizations, and all responsive PPF-related medical records and other documents as mandated by Pre Trail Order 18C for each plaintiff identified in Exhibit A; or (b) complete and sign a Stipulation and Consent Order of Dismissal Without Prejudice ("Stipulation of Dismissal") in the form annexed hereto as Exhibit B.

      Please be advised that this is Merck's third and final notice letter regarding these Plaintiffs. If these Plaintiffs fail to serve complete and responsive PPFs or sign Stipulations of Dismissal within the time requested, Merck will move immediately to dismiss these cases with prejudice, without further warning or notice.

Very truly yours,

John N. Poulos

Enclosure

M0DE113058

```
** TX STATUS REPORT **          AS OF   MAR 16 2007 14:50   PAGE.01

                                        HUGHES HUBBARD

        DATE  TIME     TO/FROM    MODE   MIN/SEC   PGS   JOB#  STATUS
   16   03/16 14:48    985 646 1471 EC--S 02'03"    007   134   OK
```

## Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

### FACSIMILE TRANSMITTAL

**TO:**   Ronald J. Favre, Esq.                **DATE:**   March 16, 2007

**FIRM:**   Michael Hingle & Associates, LLC   **FAX NO:**   985-646-1471

**CITY:**   Slidell                            **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.               **TEL NO:**   201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026622_1.DOC

M0UE1T3U59

## EXHIBIT A

### OUTSTANDING GROSSLY DEFICIENT PPFs

| | INJURED PARTY/PLAINTIFF | CASE CAPTION | DOCKET NUMBER | DATE OF 1ST NOTICE LETTER | DATE OF 2ND NOTICE LETTER |
|---|---|---|---|---|---|
| 1 | Arnold, Arley | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 2 | Aucoin, Michael | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 3 | Augustine, Charles | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 4 | Banks, Willie Ola | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 2/17/06 | 8/14/06 |
| 5 | Barnes, Ann | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 6 | Bass, David | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 7 | Bates, Vikki | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 8 | Bazert, Wilbert | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 9 | Bell, Ethel | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 10 | Ceaser, Wanda | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 11 | Archote, Mitton | Bailey v. Merck & Co., Inc. | 2:05-cv-06904 | 12/20/05 | 8/14/06 |
| 12 | Aguillard, Mary | Bailey v. Merck & Co., Inc. | 2:05-cv-06904 | 12/20/05 | 8/14/06 |
| 13 | Cheatteam, Orinetta | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 14 | Coker, Alice | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 15 | Dauzat, Foster | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 16 | Duet, David | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 17 | Duprene, Dominick | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 18 | Falgout, Minnie | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 19 | Foil, Tommy | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 20 | Gabriel, Linda | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 21 | Gary, Gloria | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 22 | Genovese, Jeff | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 23 | Goffner, Billie | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 24 | Granier, Arthur | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 25 | Gygon, Robert | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 26 | Haines, Robert | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 27 | Harrelson, Gladys | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |

M00E113060

| 28 | Harris, Mattie Lee | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
|---|---|---|---|---|---|
| 29 | Henry, Doris | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 30 | Hogans, Ronald B. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/10/06 | 8/14/06 |
| 31 | Holmes, Ellen | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 32 | Hull, Melissa | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 33 | Hunter, Elaine | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 34 | Johnson, Marilyn | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 35 | Jones, Henry L. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/10/06 | 8/14/06 |
| 36 | Jones, Ione G. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 37 | Jones, Jennifer | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 38 | Jones, Marie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 39 | Jones, Pearl | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 40 | Jones, Tracie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 41 | Jordan, Preston | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 42 | Joseph, Ferdinand | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 43 | Kelly, Geraldine | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 44 | Kelly, John E. Jr. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 45 | Larson, Ema | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 46 | Lemon, Taris | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 47 | Lewis, Janice | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 48 | Lewis, Margie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 49 | Licieika, Lili | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/22/06 | 8/14/06 |
| 50 | Lockwood, Cyrus | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 51 | Louells, Robinson | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 52 | Lowe, Andrew | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 53 | Lumar, Sonya | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 54 | Malone, Normand | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 55 | McDowell, Irene | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 56 | McKay, Geneva | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 57 | McMiller, Hazel | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 58 | Menendez, Heidi | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 59 | Midgett, Margaret | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 60 | Miller, August | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 61 | Miller, Dorothy | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 62 | Mitchell, Bertha | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 63 | Mitchell, Joyce | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 64 | Monroe, Lola | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 65 | Ms, Anita | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 66 | Nelson, Sylvia | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 67 | Nodd, Veronica | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 68 | Penalver, Clydie | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 69 | Petit, Sharon | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 70 | Poche, Raymond | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 71 | Rawls, Vander | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 72 | Ricks, Nellie | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 73 | Robinson, Mildred | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 74 | Rose, Ralph | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |

MODE113061

| 75 | Scott, Ethel | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
|---|---|---|---|---|---|
| 76 | Scott, Lovetha | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 77 | Shaffette, Hazel | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 78 | Sheridan, Linda | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 79 | Simpson, Wallace | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 80 | Smallwood, Leroy | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 81 | Smith, Lena | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 82 | Spears, Kathryn | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 83 | Sweet, Kim | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 84 | Taylor, Betty | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 85 | Teter, William | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 86 | Thompson, Jocelyn | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 87 | Varnado, Freddy | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 88 | White, Verlin | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 89 | Williams, Diane | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 90 | Williams, Lavita | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 91 | Wilson-Williams, Sarah | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |

3

MDL01657062