# Exhibit A

## Exhibit A

Plaintiffs Represented by Michael Hingle and Associates Who Have Provided Grossly Deficient or Incomplete PPFs

| Vioxx User/Plaintiffs | Case Caption | Docket Number | Date Gross PPF was Served or Last Updated | Exhibit | Date of Merck's 1st Notice Letter | Exhibit | Date of Merck's 2nd Notice Letter | Exhibit | Date of Merck's 3rd Notice Letter | Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| Pierce, Gloria Rose | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 01/11/06 | B | 12/21/05 | S | 12/15/06 | JJ | N/A | N/A |
| Ricks, Nellie* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | C | 12/21/05 | T | 08/14/06 | KK | 03/16/07 | AAA |
| Robinson, Mildred* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | D | 12/21/05 | U | 08/14/06 | LL | 03/16/07 | AAA |
| Rose, Ralph M.* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 (Plantiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | E | 12/21/05 | V | 08/14/06 | MM | 03/16/07 | AAA |
| Scott, Ethel P.* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | F | 12/21/05 | W | 08/14/06 | NN | 03/16/07 | AAA |
| Scott, Lovetha* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | G | 12/21/05 | X | 08/14/06 | OO | 03/16/07 | AAA |
| Sheridan, Linda F.* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | H | 12/21/05 | Y | 08/14/06 | PP | 03/16/07 | AAA |
| Simpson, Wallace W.* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | I | 12/21/05 | Z | 08/14/06 | QQ | 03/16/07 | AAA |
| Smallwood, Leroy* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | J | 12/21/05 | AA | 08/14/06 | RR | 03/16/07 | AAA |
| Smith, Elvira (d) - Lopez, Cynthia | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 01/12/06 | K | 12/21/05 | BB | 12/15/06 | SS | N/A | N/A |
| Smith, Lena* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 (Plantiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | L | 12/21/05 | CC | 08/14/06 | TT | 03/16/07 | AAA |
| Spears, Kathryn H.* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | M | 12/21/05 | DD | 08/14/06 | UU | 03/16/07 | AAA |

## Exhibit A

Plaintiffs Represented by Michael Hingle and Associates Who Have Provided Grossly Deficient or Incomplete PPFs

| Vioxx User/Plaintiffs | Case Caption | Docket Number | Date Gross PPF was Served or Last Updated | Exhibit | Date of Merck's 1st Notice Letter | Exhibit | Date of Merck's 2nd Notice Letter | Exhibit | Date of Merck's 3rd Notice Letter | Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| Sweet, Kim* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | N | 12/21/05 | EE | 08/14/06 | VV | 03/16/07 | AAA |
| Teter, William I.* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | O | 12/21/05 | FF | 08/14/06 | WW | 03/16/07 | AAA |
| Thomas, James W. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 01/11/06 | P | 12/21/05 | GG | 12/15/06 | XX | N/A | N/A |
| Thompson, Jocelyn* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | Q | 12/21/05 | HH | 08/14/06 | YY | 03/16/07 | AAA |
| Varnado, Freddy* | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460 | 12/15/05 | R | 12/21/05 | II | 08/14/06 | ZZ | 03/16/07 | AAA |

* Indicates that these Plaintiffs have only provided 2 pages of the 10 page PPF form.

# Exhibit B

Exhibit A

10229277

Jan 11 2006
11:55AM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: *Gloria Rose Pierce*
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.    CASE INFORMATION

A.  Name of person completing this form: *Debra A. Granger*

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: *434 15 5964*

2.  Maiden or other names used or by which you have been known: *Granger*

3.  Address: *40430 E. I-55 Service Rd. Apt.13*
    *Ponchatoula, LA 70454*

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *Gloria Rose Pierce - Daughter*

5.  If you were appointed as a representative by a court, state the:
    Court: *N/A*          Date of Appointment: *N/A*

6.  What is your relationship to deceased or represented person or person claimed to be injured? *Daughter*

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: *February 9, 2001*
    *Sun, Louisiana*

NY 189839_1

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking
    VIOXX®? Yes ✓   No_____   *If "yes,"*

    a.  What is your understanding of the bodily injury you claim resulted from your
        use of VIOXX®? _____
        _____

    b.  When do you claim this injury occurred? _____

    c.  Who diagnosed the condition? _____

    d.  Did you ever suffer this type of injury prior to the date set forth in answer to
        the prior question? Yes _____ No _____ *If "yes,"* when and who
        diagnosed the condition at that time? _____
        _____
        _____

    e.  Do you claim that that your use of VIOXX® worsened a condition that you
        already had or had in the past? Yes ____ No ____ *If "yes,"* set forth the
        injury or condition; whether or not you had already recovered from that injury
        or condition before you took VIOXX®; and the date of recovery, if any. _____
        _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
    Yes ____ No ____

    *If "yes,"* for each provider (including but not limited to primary care physician,
    psychiatrist, psychologist, counselor) from whom have sought treatment for
    psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a.  Name and address of each person who treated you: _____
        _____

    b.  To your understanding, condition for which treated: _____
        _____

    c.  When treated: _____

    d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: *Gloria Rose Pierce*

B.  Maiden or other names used or by which you have been known: *Rose Compton Granger*

C.  Social Security Number: *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*

D.  Address: *Previous 29166 Hwy 16 Sun, LA 70463*

189839_1

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 29166 Hwy 16 Sun, LA | 1989 - 2001 |

F.  Driver's License Number and State Issuing License: _001 335 454_

G.  Date of Place and Birth: _12-9-1941 Independence, LA_

H.  Sex: Male _____   Female _✓_

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Unknown | | | |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |

3.  Are you making a wage loss claim for either your present or previous employment? Yes _____  No _✓_

If "yes," state your annual income at the time of the injury alleged in Section I(C): _____

K.  Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____   No _✓_

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____  No _____

189839_1

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes ✔   No _____   *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: _*Unknown*_____

   b. Nature of disability: _____

   c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ✔   No _____   *If "yes,"* set forth when and the reason. _____
   _____
   _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No _____   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
   _____*Unknown*_____
   _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No ✔   *If "yes,"* set forth where, when and the felony and/or crime. _____
   _____

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
   _*Victor Don Pierce - Death*_____
   _*Erney Olaf Granger - Divorce*_____

B. Has your spouse filed a loss of consortium claim in this action?   Yes _____   No ✔ .

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?  Yes _____  No ✔  Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____
_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _____

B. On which dates did you begin to take, and stop taking, VIOXX®? _____

C. Did you take VIOXX® continuously during that period?
Yes _____  No _____  Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _____
_____

E. Did you renew your prescription for VIOXX®? Yes _____  No _____  Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

J.  What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _____

K.  What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _____

L.  Instructions or Warnings:

1.  Did you receive any written or oral information about VIOXX® before you took it?  Yes __ No _____ Don't Recall _____

2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall _____

3. *If "yes,"*

a.  When did you receive that information?_____

b.  From whom did you receive it?_____

c.  What information did you receive? _____
_____

## V. MEDICAL BACKGROUND

A.  Height: *5'5"*

B.  Current Weight: *150*
Weight at the time of the injury, illness, or disability described in Section I(C):
*180*

C.  Smoking/Tobacco Use History: ***Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.***

_____  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

_____  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

a. Date on which smoking/tobacco use ceased: _____

b. Amount smoked or used: on average_____ per day for _____ years.

_____  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

✓  a.  Amount smoked or used: on average _____ per day for _____ years.
Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No ✓ If ***"yes," fill in the appropriate blank*** with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within
    one (1) year before, or any time after, you first experienced your alleged VIOXX®-
    related injury?"  Yes _____   No ✔   Don't Recall _____

    *If "yes"*, identify each substance and state when you first and last used it.  _____
    _____

F.  Please indicate to the best of your knowledge whether you have ever received any of
    the following treatments or diagnostic procedures:

    1.  Cardiovascular surgeries, including, but not limited to, the following, and specify
        for what condition the surgery was performed:  open heart/bypass surgery,
        pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck
        artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Heart Valve Pacemaker | | 1998 | | University New Orleans |

    2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| | | | |

    3.  To your knowledge, have you had any of the following tests performed: chest X-
        ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal
        echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound,
        MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head,
        bubble/microbubble study, or Holter monitor?
        Yes ✔   No _____ Don't Recall _____   *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| | | | | |

189839_1

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes ✓   No ____

B.  Decedent's death certificate (if applicable).  Yes ✓   No ____

C.  Report of autopsy of decedent (if applicable).  Yes ____  No ✓

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A.  Unused VIOXX®.

    Yes ____ No ✓

    If you answer "yes", set forth in the space provided:

        i.   There is _____ number of _____ mg tablets remaining.

        ii.  There is _____ amount of _____ mg oral suspension remaining.

B.  Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

    Yes ____ No ✓

C.  Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

    Yes ____ No ✓

D.  Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

    Yes ____ No ✓

E.  Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

F.  Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ✓

G.  Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ✓

## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
| --- | --- |
| Dr. J. Landers | Covington, LA |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
| --- | --- | --- |
| Dr. Landers | Covington, LA | 2000 - 2001 |
| Dr. Hebert | Bogalusa, LA | 1997 - 2001 |
| Dr. Register | Independence | 2000 |
| Dr. Greg Allen | Ponchatoula | 1999 |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
| --- | --- | --- | --- |
| WST Med Center | Bogalusa, LA | | |
| Lallie Kemp | Independence, LA | | |
| University Hospital | New Orleans, LA | | |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| WstMedCenter Bogalusa | | | |
| Lalliekemp Inedelence | | | |
| University NewOrleans | | | |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr. J. Landers | Covington, LA | 2000-2001 |
| Dr. Hebert | Bogalusa, LA | 1999-2001 |
| Dr. Billy Register | Ind. LA | 2000 |
| Dr. Greg Allen | Ponchatoula, LA | 1999 |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Eckerd / CVS | Covington, LA |
| Rite Aid | Bogalusa, LA |
| Pete's Pharmacy | Independence, LA |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Unknown | |
| | |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| N/A | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Debra Granger_     _Debbie Granger_     _1-3-06_
Signature            Print Name         Date

# Exhibit C

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 05-4460 | Plaintiff: _Nellie Ricks_<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address:_____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____ Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Nellie Ricks* _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *438 - 46 - 0361* _____

D. Address: *1210 N. Holly St.   Hammond, LA 70401*

189839_1

# Exhibit D

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: *05 - 4460*

Plaintiff: *Mildred Robinson*
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

  1. Social Security Number:_____

  2. Maiden Or Other Names Used or By Which You Have Been Known:_____

  3. Address:_____

  4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

  5. If you were appointed as a representative by a court, state the:

    Court: _____    Date of Appointment: _____

  6. What is your relationship to deceased or represented person or person claimed to be injured?_____

  7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

    1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

        a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

_____

        b.  When do you claim this injury occurred?_____

        c.  Who diagnosed the condition? _____

        d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____

_____

_____

        e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

_____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a.  Name and address of each person who treated you: _____

_____

        b.  To your understanding, condition for which treated: _____

_____

        c.  When treated: _____

        d.  Medications prescribed or recommended by provider: _____

**II.**   **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A.  Name: *Mildred Robinson*

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address: *2440 Winthrot    New Orleans, LA 70117*

189839_1

# Exhibit E

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: *05-4460* | Plaintiff: *Ralph Rose*<br>(name) |

## PLAINTIFF PROFILE FORM

       Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1.  Social Security Number: _____

   2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

   3.  Address: _____

   4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5.  If you were appointed as a representative by a court, state the:

       Court: _____   Date of Appointment: _____

   6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

   7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

           _____

        b. When do you claim this injury occurred?_____

        c. Who diagnosed the condition? _____

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

           _____

           _____

        e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

           _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a. Name and address of each person who treated you: _____

           _____

        b. To your understanding, condition for which treated: _____

           _____

        c. When treated: _____

        d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: ____*Ralph Rose*_____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: ___438 - 60 - 9182_____

D. Address: 3236 N. Arnoult Rd. Metairie, LA 70002

189839_1

# Exhibit F

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Ethel Scott*
(name)

Civil Action No: *05-4460*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____   Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

  1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____   *If "yes,"*

       a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
       _____

       b. When do you claim this injury occurred?_____

       c. Who diagnosed the condition? _____

       d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____   *If "yes,"* when and who diagnosed the condition at that time? _____
       _____
       _____

       e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
       _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

       a. Name and address of each person who treated you: _____
       _____

       b. To your understanding, condition for which treated: _____
       _____

       c. When treated: _____

       d. Medications prescribed or recommended by provider: _____

   II.   **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: _____Ethel Scott_____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: ____4200 Monroe St., N.O., LA   70118_____

# Exhibit G

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS RELATES TO:<br><br>Civil Action No: 05-4460 | Plaintiff: _Lovitha Scott_<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address:_____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____    Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

      a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

      b.  When do you claim this injury occurred?_____

      c.  Who diagnosed the condition? _____

      d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

      e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a.  Name and address of each person who treated you: _____

      b.  To your understanding, condition for which treated: _____

      c.  When treated: _____

      d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Lovetha Scott_____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: _PO Box 514  Vidalia, LA 71373_____

189839_1

# Exhibit H

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Linda Sheridan*
(name)

Civil Action No: *05-4460*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Linda Sheridan*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *66341 Live Oak Rd. Angie, LA 70426*

189839_1

# Exhibit I

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|

THIS RELATES TO:

Plaintiff: _Wallace Simpson_
(name)

Civil Action No: *05-4460*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address:_____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____        Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Wallace Simpson*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *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*

D. Address: *5062 Mexico St.  New Orleans, LA  70122*

189839_1

# Exhibit J

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Leroy Smallwood*
(name)

Civil Action No: 05-4460

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address:_____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____      Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

      b. When do you claim this injury occurred?_____

      c. Who diagnosed the condition? _____

      d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

      e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _____
_____

      b. To your understanding, condition for which treated: _____
_____

      c. When treated: _____

      d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Perry Smallwood*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *437 - 92 - 1058*

D. Address: *2900 3rd St. Apt. 14 New Orleans, LA 70113*

189839_1

# Exhibit K



10238277

Jan 12 2006
9:13AM

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS RELATES TO:<br><br>Civil Action No: | Plaintiff: _Elvira Smith_<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _Cynthia Lopez_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _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_

2. Maiden Or Other Names Used or By Which You Have Been Known: _Cynthia Briones_

3. Address: _9822 Wagon Train, Converse, TX 78109_

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _Elvira R. Smith_

5. If you were appointed as a representative by a court, state the:

   Court: _____    Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _Next of Ken - Daughter_

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _Aug 30, 2005_
   _735 Philip, New Orleans, LA 70130_

MICHAEL HINGLE & ASSOC
JAN 5 2006
SLIDELL

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

      b. When do you claim this injury occurred?_____

      c. Who diagnosed the condition? _____

      d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

      e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes_____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _____
_____

      b. To your understanding, condition for which treated: _____
_____

      c. When treated: _____

      d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: _____

MICHAEL HINGLE & ASSOC
JAN 5 2006
KENDELL

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | | | Dates of Residence | |
|---|---|---|---|---|
| | | | | |
| | | | | |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: _____

H. Sex:   Male _____   Female _____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | | | |

J. Employment Information.

   1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

   2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |

   3. Are you making a wage loss claim for either your present or previous employment?   Yes _____   No _____

      If "yes," state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information:  Have you ever served in the military, including the military reserve or national guard?   Yes _____   No _____

   If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes _____   No _____

MICHAEL HINGLE & ASSOC
JAN 5 2006
SLIDELL

L.  Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____   No _____   *If "yes,"* to the best of your knowledge please state:

   a.  Year claim was filed: _____

   b.  Nature of disability: _____

   c.  Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____   No _____   *If "yes,"* set forth when and the reason. _____
   _____
   _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No _____   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____
   _____
   _____     _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No _____   *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____

B.  Has your spouse filed a loss of consortium claim in this action?   Yes _____   No _X_

MICHAEL HINGLE & ASSOC
JAN 5 2006
SLIDELL

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _____

B. On which dates did you begin to take, and stop taking, VIOXX®? _____

C. Did you take VIOXX® continuously during that period?
Yes _____ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _____

E. Did you renew your prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

