JOB STATUS REPORT

```
TIME  : 12/21/2005 15:18
NAME  :
FAX#  :
TEL#  :
SER. # : 000005100038
```

```
DATE,TIME          12/21  15:15
FAX NO./NAME       10007341835 19856461471
DURATION           00:03:20
PAGE(S)            30
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Ronald Favre, Esq.                **DATE:**  December 21, 2005

**FIRM:**  Michael Hingle & Associates      **FAX NO:**  985-646-1471

**CITY:**                                    **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  29

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.              **TEL NO:**  201-536-9220

**MESSAGE:**

# Exhibit W

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

<table>
<tr><td>Re:</td><td>Ronald Rester v. Merck & Co., Inc.<br>Docket No. 05-4460</td></tr>
</table>

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Ethel Scott is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
JOB STATUS REPORT

                          TIME  : 12/21/2005 15:18
                          NAME  :
                          FAX#  :
                          TEL#  :
                          SER.# : 000005100038
```

```
DATE,TIME             12/21  15:15
FAX NO./NAME          100073418351 9856451471
DURATION              00:03:20
PAGE(S)               30
RESULT                OK
MODE                  STANDARD
                      ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**      Ronald Favre, Esq.              **DATE:**    December 21, 2005

**FIRM:**    Michael Hingle & Associates     **FAX NO:**  985-646-1471

**CITY:**                                    **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  29

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**    John N. Poulos, Esq.            **TEL NO:**   201-536-9220

MESSAGE:

# Exhibit X

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ronald Rester v. Merck & Co., Inc.
        Docket No. 05-4460

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Lovetha Scott is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                                Very truly yours,
                                HUGHES HUBBARD & REED LLP


                                _/s/ John N. Poulos_
                                John N. Poulos


JNP/jmg

cc: Russ M. Herman, Esq.

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT      │
                    └─────────────────────────┘

                                    TIME   : 12/21/2005 15:18
                                    NAME   :
                                    FAX#   :
                                    TEL#   :
                                    SER.#  : 000005100038


        ┌──────────────────────────────────────────────────────────────┐
        │   DATE,TIME              12/21   15:15                         │
        │   FAX NO./NAME           10007341835198564651471               │
        │   DURATION               00:03:20                              │
        │   PAGE(S)                30                                    │
        │   RESULT                 OK                                    │
        │   MODE                   STANDARD                              │
        │                          ECM                                   │
        └──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**      Ronald Favre, Esq.              **DATE:**    December 21, 2005

**FIRM:**    Michael Hingle & Associates     **FAX NO:**  985-646-1471

**CITY:**                                    **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: *29*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**    John N. Poulos, Esq.            **TEL NO:**   201-536-9220

**MESSAGE:**

# Exhibit Y

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

                Re:        Ronald Rester v. Merck & Co., Inc.
                           Docket No. 05-4460

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Linda
Sheridan is grossly deficient. Basic information is not provided and other information is
incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to
the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's
failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve
a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                            Very truly yours,
                            HUGHES HUBBARD & REED LLP


                            */s/ John N. Poulos*
                            John N. Poulos


JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza        47, Avenue Georges Mandel        350 South Grand Avenue        201 South Biscayne Boulevard        Akasaka Tokyu Building 6F        1775 I Street, N.W.
New York, New York            75116 Paris, France              Los Angeles, California       Miami, Florida                     2-14-3 Nagata-cho, Chiyoda-ku     Washington, D.C.
10004-1482                    (33) (1) 44.05.80.00             90071-3442                    33131-4332                         Tokyo 100-0014 Japan               20006-2401
212-837-6000                                                   213-613-2800                  305-358-1666                       (81) (3) 3539-2771                 202-721-4600

JOB STATUS REPORT

TIME  : 12/21/2005 15:18
NAME  :
FAX#  :
TEL#  :
SER. # : 000005100038

| DATE,TIME | 12/21  15:15 |
|---|---|
| FAX NO./NAME | 100073418351 9855461471 |
| DURATION | 00:03:20 |
| PAGE(S) | 30 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**     Ronald Favre, Esq.          **DATE:**     December 21, 2005

**FIRM:**   Michael Hingle & Associates   **FAX NO:**   985-646-1471

**CITY:**                                **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  29

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          **TEL NO:**   201-536-9220

**MESSAGE:**

# Exhibit Z

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Ronald Rester v. Merck & Co., Inc.
      Docket No. 05-4460

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Wallace Simpson is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                            Very truly yours,
                            HUGHES HUBBARD & REED LLP


                            _/s/ John N. Poulos_
                            John N. Poulos


JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza      47, Avenue Georges Mandel      350 South Grand Avenue      201 South Biscayne Boulevard      Akasaka Tokyu Building 6F      1775 I Street, N.W.
New York, New York          75116 Paris, France            Los Angeles, California     Miami, Florida                   2-14-3 Nagata-cho, Chiyoda-ku  Washington, D.C.
10004-1482                  (33) (1) 44.05.80.00           90071-3442                  33131-4332                       Tokyo 100-0014 Japan            20006-2401
212-837-6000                                               213-613-2800                305-358-1666                     (81) (3) 3539-2771             202-721-4600

```
┌─────────────────────────┐
│   JOB  STATUS  REPORT    │
└─────────────────────────┘
                                    TIME   : 12/21/2005 15:18
                                    NAME   :
                                    FAX#   :
                                    TEL#   :
                                    SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────────┐
│   DATE,TIME            12/21  15:15                                     │
│   FAX NO./NAME         10007341835 19856461471                         │
│   DURATION             00:03:20                                         │
│   PAGE(S)              30                                               │
│   RESULT               OK                                              │
│   MODE                 STANDARD                                        │
│                        ECM                                             │
└──────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**      Ronald Favre, Esq.                    **DATE:**    December 21, 2005

**FIRM:**    Michael Hingle & Associates          **FAX NO:**  985-646-1471

**CITY:**                                         **TEL NO:**

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:**  29

**IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.**

**FROM:**    John N. Poulos, Esq.                  **TEL NO:**   201-536-9220

**MESSAGE:**

# Exhibit AA

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

　　　　　Re:　　Ronald Rester v. Merck & Co., Inc.
　　　　　　　　Docket No. 05-4460

Dear Mr. Favre:

　　　　　We are writing to inform you that the Plaintiff Profile Form ("PPF") for Leroy Smallwood is grossly deficient.  Basic information is not provided and other information is incomplete or unclear.  Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

　　　　　Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

　　　　　Thank you for your attention to this matter.

　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　HUGHES HUBBARD & REED LLP

　　　　　　　　　　　*/s/ John N. Poulos*
　　　　　　　　　　　John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
┌─────────────────────────┐
│   JOB  STATUS  REPORT   │
└─────────────────────────┘
```

```
                                          TIME  :  12/21/2005 15:24
                                          NAME  :
                                          FAX#  :
                                          TEL#  :
                                          SER.# :  000005100038
```

```
┌──────────────────────────────────────────────────────────────────────────┐
│   DATE,TIME              12/21  15:20                                       │
│   FAX NO./NAME           10007341835 9856461471                            │
│   DURATION               00:03:35                                          │
│   PAGE(S)                30                                                │
│   RESULT                 OK                                                │
│   MODE                   STANDARD                                          │
│                          ECM                                               │
└──────────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: *29*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

**MESSAGE:**

# Exhibit BB

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ronald Rester v. Merck & Co., Inc.
        Docket No. 05-4460

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Elvira Smith is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME  : 12/21/2005 15:24
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME       12/21  15:20
FAX NO./NAME    10007341835 9856461471
DURATION        00:03:35
PAGE(S)         30
RESULT          OK
MODE            STANDARD
                ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| TO: | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: *29*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| FROM: | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

# Exhibit CC

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

    Re:  Ronald Rester v. Merck & Co., Inc.
       Docket No. 05-4460

Dear Mr. Favre:

    We are writing to inform you that the Plaintiff Profile Form ("PPF") for Lena Smith is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

    Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

    Thank you for your attention to this matter.

       Very truly yours,
       HUGHES HUBBARD & REED LLP

       */s/ John N. Poulos*
       John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

```
┌─────────────────────────────┐
│     JOB STATUS REPORT       │
└─────────────────────────────┘
```

```
TIME  : 12/21/2005 15:24
NAME  :
FAX#  :
TEL # :
SER.# : 000005100038
```

```
DATE,TIME        12/21  15:20
FAX NO./NAME     10007341835198564614714
DURATION         00:03:35
PAGE(S)          30
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.                      DATE:   December 21, 2005

FIRM:   Michael Hingle & Associates             FAX NO:   985-646-1471

CITY:                                            TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: *29*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.                  TEL NO:   201-536-9220

MESSAGE:

# Exhibit DD

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

> Re:   Ronald Rester v. Merck & Co., Inc.
>         Docket No. 05-4460

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Kathryn Spears is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                          ┌─────────────────────┐
                          │  JOB STATUS REPORT  │
                          └─────────────────────┘

                                    TIME   : 12/21/2005 15:24
                                    NAME   :
                                    FAX#   :
                                    TEL#   :
                                    SER.#  : 000005100038
```

```
  DATE,TIME          12/21  15:20
  FAX NO./NAME       1000734183519856461471
  DURATION           00:03:35
  PAGE(S)            30
  RESULT             OK
  MODE               STANDARD
                     ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  *29*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

# Exhibit EE

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

> Re:   Ronald Rester v. Merck & Co., Inc.
>         Docket No. 05-4460

Dear Mr. Favre:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for Kim Sweet is grossly deficient.  Basic information is not provided and other information is incomplete or unclear.  Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

_/s/ John N. Poulos_
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT      │
                    └─────────────────────────┘

                                  TIME  : 12/21/2005 15:24
                                  NAME  :
                                  FAX#  :
                                  TEL.# :
                                  SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────┐
│  DATE,TIME          12/21  15:20                                   │
│  FAX NO./NAME       10007341835 9856461471                         │
│  DURATION           00:03:35                                       │
│  PAGE(S)            30                                             │
│  RESULT             OK                                             │
│  MODE               STANDARD                                       │
│                     ECM                                            │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | **DATE:** | December 21, 2005 |
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: *29*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

# Exhibit FF

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

   Re:  Ronald Rester v. Merck & Co., Inc.
      Docket No. 05-4460

Dear Mr. Favre:

    We are writing to inform you that the Plaintiff Profile Form ("PPF") for William Teter is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

    Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

    Thank you for your attention to this matter.

      Very truly yours,
      HUGHES HUBBARD & REED LLP


      */s/ John N. Poulos*
      John N. Poulos


JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 12/21/2005 15:24
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038

    ┌──────────────────────────────────────────────────────────┐
    │   DATE,TIME            12/21  15:20                        │
    │   FAX NO./NAME         10007341835198564614717             │
    │   DURATION             00:03:35                            │
    │   PAGE(S)              30                                  │
    │   RESULT               OK                                  │
    │   MODE                 STANDARD                            │
    │                        ECM                                 │
    └──────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | **DATE:** | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | **FAX NO:** | 985-646-1471 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: *29*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

# Exhibit GG

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:    Ronald Rester v. Merck & Co., Inc.
              Docket No. 05-4460

Dear Mr. Favre:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for James Thomas is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

              Very truly yours,
              HUGHES HUBBARD & REED LLP

              */s/ John N. Poulos*
              John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
                                        TIME  : 12/21/2005 15:24
                                        NAME  :
                                        FAX#  :
                                        TEL#  :
                                        SER.# : 000005100038
```

```
DATE,TIME              12/21  15:20
FAX NO./NAME           100073418351985646l471
DURATION               00:03:35
PAGE(S)                30
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO:    Ronald Favre, Esq.                    DATE:    December 21, 2005

FIRM:  Michael Hingle & Associates           FAX NO:  985-646-1471

CITY:                                         TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: *29*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM:  John N. Poulos, Esq.                   TEL NO:  201-536-9220

MESSAGE:

# Exhibit HH

# Hughes Hubbard &Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ronald Rester v. Merck & Co., Inc.
        Docket No. 05-4460

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Jocelyn
Thompson is grossly deficient.  Basic information is not provided and other information is
incomplete or unclear.  Pursuant to Pre-Trial Order 18B, please provide complete responses to
the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's
failure to properly respond to the PPF pursuant to Pretrial Order 18B.  If plaintiff does not serve
a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                            Very truly yours,
                            HUGHES HUBBARD & REED LLP


                            */s/ John N. Poulos*
                            John N. Poulos


JNP/jmg

cc: Russ M. Herman, Esq.

| One Battery Park Plaza | 47, Avenue Georges Mandel | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 1775 I Street, N.W. |
|---|---|---|---|---|---|
| New York, New York | 75116 Paris, France | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Washington, D.C. |
| 10004-1482 | (33) (1) 44.05.80.00 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 20006-2401 |
| 212-837-6000 | | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 202-721-4600 |

```
          ┌─────────────────────┐
          │  JOB STATUS REPORT  │
          └─────────────────────┘

                              TIME  : 12/21/2005 15:24
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

```
    DATE,TIME               12/21  15:20
    FAX NO./NAME            100073418351 9856461471
    DURATION                00:03:35
    PAGE(S)                 30
    RESULT                  OK
    MODE                    STANDARD
                            ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: *29*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

# Exhibit II

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Ronald Rester v. Merck & Co., Inc.
        Docket No. 05-4460

Dear Mr. Favre:

> We are writing to inform you that the Plaintiff Profile Form ("PPF") for Freddy Varnado is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

> Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

> Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME  : 12/21/2005 15:24
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME        12/21  15:20
FAX NO./NAME     10007341835198564614717
DURATION         00:03:35
PAGE(S)          30
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Ronald Favre, Esq.                    DATE:   December 21, 2005

FIRM:   Michael Hingle & Associates           FAX NO:   985-646-1471

CITY:                                          TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: *29*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.                TEL NO:   201-536-9220

MESSAGE:

# Exhibit JJ



**Hughes**
**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 15, 2006

**VIA U.S. MAIL & TELECOPY (504-523-8893)**

Ronald J. Favre, Esq.
Michael Hingle & Associates
200 Gause Blvd. Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:    *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*

Dear Mr. Favre:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that the following Plaintiff Profile Forms ("PPFs") remain grossly deficient. The chart below lists the full case name, docket number, and full name of each injured party. The chart also lists the applicable deadline each plaintiff had to serve a completed PPF and the dates Merck distributed previous notice letters regarding these cases.

| | INJURED PARTY NAME | CASE CAPTION | DOCKET NUMBER | ORIGINAL PPF DUE DATE | DATE OF MERCK'S NOTICE LETTER |
|---|---|---|---|---|---|
| 1 | Thomas, James W. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 2 | Pierce, Gloria Rose | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 3 | Robinson, Mary (St. Amant) | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 4 | Richard, Lonnie E. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 5 | Rouser, Beonville Sr. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 6 | Rout, Rosemary Ann | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 7 | Smith, Elvira | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 8 | Singleton, Mae Ella | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 9 | Robinson-Brown, Gwendolyn | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |

M00SB39231

Lawrence P. Biondi, Esq.                                                2

| 10 | Salvant, Diane | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 11 | Smith, Tommy L. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 12 | Pittman, Lilla | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 13 | Polatshceck, Dana R. | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 14 | Nguyen, Du | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 15 | Pitts, Alton | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 16 | Osby, Sheila | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 17 | Nixon, Pearl | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 18 | Randle, Debra Ann | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |

        Please produce a complete and full responsive PPF for each of the above referenced individuals no later than ten (10) days from the date of this letter. This is Merck's second notice letter regarding these plaintiffs. If plaintiffs do not serve complete and responsive PPFs within the time requested, Merck may seek to dismiss these actions with prejudice for plaintiffs' failure to respond to discovery.

                                        Very truly yours,

                                        John N. Poulos

cc:    Russ M. Herman, Esq. (via electronic mail)

JNP/zcr

NY 1114475_1.DOC

```
** TX STATUS REPORT **              AS OF   DEC 15 2006 17:59   PAGE.01

                                          HUGHES HUBBARD

        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    25  12/15 17:58      985 646 1471 EC--S  00'53"    003   129   OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald J. Favre, Esq. | **DATE:** | December 15, 2006 |
| **FIRM:** | Michael Hingle & Associates, LLC | **FAX NO:** | 985-646-1471 |
| **CITY:** | Slidell | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.      TEL NO:   201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026622_1.DOC

M00I839233

# Exhibit KK