# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

      *Re:*     *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

      We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Nellie Ricks continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0293
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:21
TIME USE              01'34
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit LL

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> **Re:** *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

   We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Mildred Robinson continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

   Very truly yours,

   */s/ John N. Poulos*

   John N. Poulos

cc: Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0293
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:21
TIME USE              01'34
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit MM

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> **Re:**      ***In re Vioxx® Products Liability Litigation***

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Ralph Rose continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ **John N. Poulos***

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


        TRANSMISSION OK

        TX/RX NO              0293
        RECIPIENT ADDRESS     19856461471
        DESTINATION ID
        ST. TIME              08/14 15:21
        TIME USE              01'34
        PAGES SENT            15
        RESULT               OK
```

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit NN

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:    *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Ethel Scott continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              0294
RECIPIENT ADDRESS     18856461471
DESTINATION ID
ST. TIME              08/14 15:24
TIME USE              01'28
PAGES SENT             15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit OO

# Hughes Hubbard & Reed LLP

_____
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Lovetha Scott continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
************************
***   TX REPORT   ***
************************

TRANSMISSION OK

TX/RX NO            0294
RECIPIENT ADDRESS   19856461471
DESTINATION ID
ST. TIME            08/14 15:24
TIME USE            01'28
PAGES SENT          15
RESULT              OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit PP

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> **Re:**     *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

    We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Linda Sheridan continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

                Very truly yours,

                */s/ John N. Poulos*

                John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              0294
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:24
TIME USE              01'28
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit QQ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

**Re:**   *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Wallace Simpson continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO            0294
RECIPIENT ADDRESS   19856461471
DESTINATION ID
ST. TIME            08/14 15:24
TIME USE            01'28
PAGES SENT          15
RESULT              OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201.536.9220
Fax: 201.536.0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit RR

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

**Re:**   *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

      We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Leroy Smallwood continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
************************
***   TX REPORT   ***
************************

TRANSMISSION OK

TX/RX NO                0294
RECIPIENT ADDRESS       19856461471
DESTINATION ID
ST. TIME                08/14 15:24
TIME USE                01'28
PAGES SENT              15
RESULT                  OK
```

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit SS

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 15, 2006

**VIA U.S. MAIL & TELECOPY (504-523-8893)**

Ronald J. Favre, Esq.
Michael Hingle & Associates
200 Gause Blvd. Suite 200
P.O. Box 1129
Slidell, LA 70459

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that the following Plaintiff Profile Forms ("PPFs") remain grossly deficient. The chart below lists the full case name, docket number, and full name of each injured party. The chart also lists the applicable deadline each plaintiff had to serve a completed PPF and the dates Merck distributed previous notice letters regarding these cases.

| | INJURED PARTY NAME | CASE CAPTION | DOCKET NUMBER | ORIGINAL PPF DUE DATE | DATE OF MERCK'S NOTICE LETTER |
|---|---|---|---|---|---|
| 1 | Thomas, James W. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 2 | Pierce, Gloria Rose | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 3 | Robinson, Mary (St. Amant) | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 4 | Richard, Lonnie E. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 5 | Rouser, Beonville Sr. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 6 | Rout, Rosemary Ann | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 7 | Smith, Elvira | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 8 | Singleton, Mae Ella | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 9 | Robinson-Brown, Gwendolyn | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |

M008B39231

Lawrence P. Biondi, Esq.

2

| 10 | Salvant, Diane | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
|----|----------------|-------------------------------------|-----------------------|------------|------------|
| 11 | Smith, Tommy L. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 12 | Pittman, Lilla | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 13 | Polatshceck, Dana R. | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 14 | Nguyen, Du | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 15 | Pitts, Alton | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 16 | Osby, Sheila | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 17 | Nixon, Pearl | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 18 | Randle, Debra Ann | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |

Please produce a complete and full responsive PPF for each of the above referenced individuals no later than ten (10) days from the date of this letter. This is Merck's second notice letter regarding these plaintiffs. If plaintiffs do not serve complete and responsive PPFs within the time requested, Merck may seek to dismiss these actions with prejudice for plaintiffs' failure to respond to discovery.

Very truly yours,

John N. Poulos

cc:    Russ M. Herman, Esq. (via electronic mail)

JNP/zcr

M008B39232

** TX STATUS REPORT **          AS OF   DEC 15 2006 17:59   PAGE.01

HUGHES HUBBARD

|    | DATE  | TIME  | TO/FROM        | MODE   | MIN/SEC | PGS | JOB# | STATUS |
|----|-------|-------|----------------|--------|---------|-----|------|--------|
| 25 | 12/15 | 17:58 | 985 646 1471   | EC—S   | 00'53"  | 003 | 129  | OK     |

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | |
|---|---|---|
| **TO:** Ronald J. Favre, Esq. | **DATE:** | December 15, 2006 |
| **FIRM:** Michael Hingle & Associates, LLC | **FAX NO:** | 985-646-1471 |
| **CITY:** Slidell | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.          **TEL NO:**   201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026622_1.DOC

M00BB39233

# Exhibit TT

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Lena Smith continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO               0294
RECIPIENT ADDRESS      19856461471
DESTINATION ID
ST. TIME               08/14 15:24
TIME USE               01'28
PAGES SENT             15
RESULT                 OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit UU

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

BY TELECOPY (985-646-1471) & FIRST CLASS MAIL

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:    *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Kathryn Spears continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
************************
***   TX REPORT   ***
************************

TRANSMISSION OK

TX/RX NO              0294
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:24
TIME USE              01'28
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit VV

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

   **Re:**  ***In re Vioxx® Products Liability Litigation***

Dear Mr. Favre:

   We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Kim Sweet continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:  Russ M. Herman, Esq. (via e-mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                0534
RECIPIENT ADDRESS       19856461471
DESTINATION ID
ST. TIME                08/14 15:30
TIME USE                02'41
PAGES SENT              12
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit WW

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

          We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced
action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF")
for William Teter continue to remain outstanding and that you have not yet responded to Merck's
initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these
deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter
in order to avoid a motion seeking appropriate relief.

                                        Very truly yours,

                                        */s/ John N. Poulos*

                                        John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0534
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:30
TIME USE              02'41
PAGES SENT            12
RESULT               OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit XX

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 15, 2006

**VIA U.S. MAIL & TELECOPY (504-523-8893)**

Ronald J. Favre, Esq.
Michael Hingle & Associates
200 Gause Blvd. Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that the following Plaintiff Profile Forms ("PPFs") remain grossly deficient. The chart below lists the full case name, docket number, and full name of each injured party. The chart also lists the applicable deadline each plaintiff had to serve a completed PPF and the dates Merck distributed previous notice letters regarding these cases.

| | INJURED PARTY NAME | CASE CAPTION | DOCKET NUMBER | ORIGINAL PPF DUE DATE | DATE OF MERCK'S NOTICE LETTER |
|---|---|---|---|---|---|
| 1 | Thomas, James W. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 2 | Pierce, Gloria Rose | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 3 | Robinson, Mary (St. Amant) | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 4 | Richard, Lonnie E. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 5 | Rouser, Beonville Sr. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 6 | Rout, Rosemary Ann | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 7 | Smith, Elvira | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 8 | Singleton, Mae Ella | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 9 | Robinson-Brown, Gwendolyn | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |

New York    ■    Washington, D.C.    ■    Los Angeles    ■    Miami    ■    Jersey City    ■    Paris    ■    Tokyo

M008B39231

Lawrence P. Biondi, Esq.                                                                          2

| 10 | Salvant, Diane | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
|----|----|----|----|----|----|
| 11 | Smith, Tommy L. | Rester, Ronald v. Merck & Co., Inc. | 2:05-cv-04460-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 12 | Pittman, Lilla | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 13 | Polatshceck, Dana R. | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 14 | Nguyen, Du | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 15 | Pitts, Alton | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 16 | Osby, Sheila | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 17 | Nixon, Pearl | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 18 | Randle, Debra Ann | Meunier, William L. v. Merck & Co., Inc. | 2:05-cv-04456-EEF-DEK | 12/14/2005 | 12/20/2005 |

Please produce a complete and full responsive PPF for each of the above referenced individuals no later than ten (10) days from the date of this letter. This is Merck's second notice letter regarding these plaintiffs. If plaintiffs do not serve complete and responsive PPFs within the time requested, Merck may seek to dismiss these actions with prejudice for plaintiffs' failure to respond to discovery.

Very truly yours,

John N. Poulos

cc:     Russ M. Herman, Esq. (via electronic mail)

JNP/zcr

M008839232

```
** TX STATUS REPORT **        AS OF  DEC 15 2006 17:59  PAGE.01
                                      HUGHES HUBBARD

      DATE  TIME      TO/FROM     MODE  MIN/SEC  PGS  JOB#  STATUS
   25 12/15 17:58     985 646 1471 EC--S 00'53"  003  129   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald J. Favre, Esq.          **DATE:**   December 15, 2006

**FIRM:**   Michael Hingle & Associates, LLC   **FAX NO:**   985-646-1471

**CITY:**   Slidell          **TEL NO:**

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:**   3

**IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.**

**FROM:**   John N. Poulos, Esq.          **TEL NO:**   201-536-9220

**MESSAGE:**

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026622_1.DOC

M008B39233

# Exhibit YY

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> **Re:**     *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Jocelyn Thompson continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            0534
RECIPIENT ADDRESS   19856461471
DESTINATION ID
ST. TIME            08/14 15:30
TIME USE            02'41
PAGES SENT          12
RESULT              OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit ZZ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:    *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Freddy Varnado continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              0534
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:30
TIME USE              02'41
PAGES SENT            12
RESULT                OK
```

# Hughes Hubbard & Reed LLP

## A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit AAA



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 16, 2007

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Ronald J. Fravre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     ***In re Vioxx® Products Liability Litigation***
         ***MDL No. 1657***

Dear Mr. Fravre:

We represent Defendant Merck & Co., Inc. ("Merck") in connection with the action referenced above. This letter is to notify you that the Plaintiff Profile Forms ("PPFs") for the Plaintiffs identified in Exhibit A, attached hereto, continue to remain grossly deficient and that you have not yet responded to either of Merck's two previous letters regarding these gross deficiencies. Exhibit A lists the full case name, docket number, and full name of each defaulting Plaintiff. The chart also lists the applicable deadline each Plaintiff had to serve a completed PPF and the dates Merck sent previous notice letters regarding these cases.

Merck is hereby providing these Plaintiffs with one final twenty (20) day extension to either: (a) serve *completed* and verified PPFs, signed and dated Authorizations, and all responsive PPF-related medical records and other documents as mandated by Pre Trail Order 18C for each plaintiff identified in Exhibit A; or (b) complete and sign a Stipulation and Consent Order of Dismissal Without Prejudice ("Stipulation of Dismissal") in the form annexed hereto as Exhibit B.

Please be advised that this is Merck's third and final notice letter regarding these Plaintiffs. If these Plaintiffs fail to serve complete and responsive PPFs or sign Stipulations of Dismissal within the time requested, Merck will move immediately to dismiss these cases with prejudice, without further warning or notice.

Very truly yours,

John N. Poulos

Enclosure

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **              AS OF   MAR 16 2007 14:50   PAGE.01

                                            HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   16   03/16 14:48    985 646 1471 EC--S   02'03"    007   134    OK
```

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-596-0799

Wilfred P. Coronato
Resident Partner


### FACSIMILE TRANSMITTAL

**TO:**    Ronald J. Favre, Esq.          **DATE:**    March 16, 2007

**FIRM:**   Michael Hingle & Associates, LLC   **FAX NO:**   985-646-1471

**CITY:**   Slidell                        **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.           **TEL NO:**    201-536-9220


MESSAGE:


THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026673_1.DOC

M00E113U59

## EXHIBIT A

### OUTSTANDING GROSSLY DEFICIENT PPFs

| | INJURED PARTY/PLAINTIFF | CASE CAPTION | DOCKET NUMBER | DATE OF 1ST NOTICE LETTER | DATE OF 2ND NOTICE LETTER |
|---|---|---|---|---|---|
| 1 | Arnold, Arley | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 2 | Aucoin, Michael | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 3 | Augustine, Charles | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 4 | Banks, Willie Ola | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 2/17/06 | 8/14/06 |
| 5 | Barnes, Ann | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 6 | Bass, David | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 7 | Bates, Vikki | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 8 | Bazert, Wilbert | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 9 | Bell, Ethel | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 10 | Ceaser, Wanda | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 11 | Archote, Mitton | Bailey v. Merck & Co., Inc. | 2:05-cv-06904 | 12/20/05 | 8/14/06 |
| 12 | Aguillard, Mary | Bailey v. Merck & Co., Inc. | 2:05-cv-06904 | 12/20/05 | 8/14/06 |
| 13 | Cheatteam, Orinetta | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 14 | Coker, Alice | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 15 | Dauzat, Foster | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 16 | Duet, David | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 17 | Duprene, Dominick | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 18 | Falgout, Minnie | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 19 | Foil, Tommy | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 20 | Gabriel, Linda | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 21 | Gary, Gloria | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 22 | Genovese, Jeff | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 23 | Goffner, Billie | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 24 | Granier, Arthur | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 25 | Gygon, Robert | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 26 | Haines, Robert | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 27 | Harrelson, Gladys | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |

M00E113060

| 28 | Harris, Mattie Lee | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
|---|---|---|---|---|---|
| 29 | Henry, Doris | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 30 | Hogans, Ronald B. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/10/06 | 8/14/06 |
| 31 | Holmes, Ellen | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 32 | Hull, Melissa | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 33 | Hunter, Elaine | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 34 | Johnson, Marilyn | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 35 | Jones, Henry L. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/10/06 | 8/14/06 |
| 36 | Jones, Ione G. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 37 | Jones, Jennifer | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 38 | Jones, Marie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 39 | Jones, Pearl | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 40 | Jones, Tracie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 41 | Jordan, Preston | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 42 | Joseph, Ferdinand | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 43 | Kelly, Geraldine | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 44 | Kelly, John E. Jr. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 45 | Larson, Ema | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 46 | Lemon, Taris | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 47 | Lewis, Janice | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 48 | Lewis, Margie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 49 | Licieika, Lili | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/22/06 | 8/14/06 |
| 50 | Lockwood, Cyrus | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 51 | Louells, Robinson | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 52 | Lowe, Andrew | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 53 | Lumar, Sonya | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 54 | Malone, Normand | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 55 | McDowell, Irene | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 56 | McKay, Geneva | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 57 | McMiller, Hazel | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 58 | Menendez, Heidi | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 59 | Midgett, Margaret | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 60 | Miller, August | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 61 | Miller, Dorothy | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 62 | Mitchell, Bertha | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 63 | Mitchell, Joyce | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 64 | Monroe, Lola | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 65 | Ms, Anita | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 66 | Nelson, Sylvia | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 67 | Nodd, Veronica | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 68 | Penalver, Clydie | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 69 | Petit, Sharon | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 70 | Poche, Raymond | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 71 | Rawls, Vander | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 72 | Ricks, Nellie | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 73 | Robinson, Mildred | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 74 | Rose, Ralph | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |

MODE113061

| 75 | Scott, Ethel | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
|---|---|---|---|---|---|
| 76 | Scott, Lovetha | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 77 | Shaffette, Hazel | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 78 | Sheridan, Linda | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 79 | Simpson, Wallace | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 80 | Smallwood, Leroy | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 81 | Smith, Lena | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 82 | Spears, Kathryn | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 83 | Sweet, Kim | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 84 | Taylor, Betty | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 85 | Teter, William | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 86 | Thompson, Jocelyn | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 87 | Varnado, Freddy | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 88 | White, Verlin | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 89 | Williams, Diane | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 90 | Williams, Lavita | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 91 | Wilson-Williams, Sarah | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |

M00E113062