UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Rester, Ronald v. Merck & Co., Inc.,* | * | JUDGE KNOWLES |
| Docket Number: 2:05-cv-04460, and | * | |
| only regarding: Gloria Rose Pierce, | * | |
| Nellie Ricks, Mildred Robinson, Ralph | * | |
| M. Rose, Ethel P. Scott, Lovetha Scott, | * | |
| Linda F. Sheridan, Wallace W. Simpson, | * | |
| Leroy Smallwood, Elvira B. Smith, Lena | * | |
| Smith, Kathryn H. Spears, Kim Sweet, | * | |
| William I. Teter, James W. Thomas, | * | |
| Jocelyn Thompson and Freddy Varnado. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 31st day of May, 2007, immediately following the monthly status conference scheduled for 9:30 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 14th day of May, 2007.

869356v.1

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 25th day of May, 2007.

NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

869356v.1