# Exhibit A

## Exhibit A

Plaintiffs Represented by Michael Hingle and Associates Who Have Provided Grossly Deficient or Incomplete PPFs

| Vioxx User/Plaintiffs | Case Caption | Docket Number | Date Gross PPF was Served or Last Updated | Exhibit | Date of Merck's 1st Notice Letter | Exhibit | Date of Merck's 2nd Notice Letter | Exhibit | Date of Merck's 3rd Notice Letter | Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| Cheatteam, Orinetta K.* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | B | 12/20/05 | U | 08/14/06 | NN | 03/16/07 | GGG |
| Coker, Alice* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | C | 12/20/05 | V | 08/14/06 | OO | 03/16/07 | GGG |
| Darensburg, Ivory | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 01/20/06 | D | 12/20/05 | W | 12/14/06 | PP | N/A | N/A |
| Dauzal, Foster* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | E | 12/20/05 | X | 08/14/06 | QQ | N/A | N/A |
| Davis, June M. | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 03/02/06 | F | 12/20/05 | Y | 12/14/06 | RR | N/A | N/A |
| Dickson, Freddy | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 03/02/06 | G | 12/20/05 | Z | 12/14/06 | SS | N/A | N/A |
| Duet, David E.* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | H | 12/20/05 | AA | 08/14/06 | TT | 03/16/07 | GGG |
| Dufrene, Dominick* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | I | 12/20/05 | BB | 08/14/06 | UU | 03/16/07 | GGG |
| Falgout, Minnie* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | J | 12/20/05 | CC | 08/14/06 | VV | 03/16/07 | GGG |
| Fletcher, Catherine | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 03/02/06 | K | 12/20/05 | DD | 12/14/06 | WW | N/A | N/A |
| Foil, Tommy* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | L | 12/20/05 | EE | 08/14/06 | XX | 03/16/07 | GGG |
| Gabriel, Linda A.* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | M | 12/20/05 | FF | 08/14/06 | YY | 03/16/07 | GGG |
| Gary, Gloria T.* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 (Plaintiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | N | 12/20/05 | GG | 08/14/06 | ZZ | 03/16/07 | GGG |
| Genovese, Jeff* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | O | 12/20/05 | HH | 08/14/06 | AAA | 03/16/07 | GGG |

## Exhibit A

Plaintiffs Represented by Michael Hingle and Associates Who Have Provided Grossly Deficient or Incomplete PPFs

| Vioxx User/Plaintiffs | Case Caption | Docket Number | Date Gross PPF was Served or Last Updated | Exhibit | Date of Merck's 1st Notice Letter | Exhibit | Date of Merck's 2nd Notice Letter | Exhibit | Date of Merck's 3rd Notice Letter | Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| Goffner, Billie J.* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | P | 12/20/05 | II | 08/14/06 | BBB | 03/16/07 | GGG |
| Gygon, Robert G.* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | Q | 12/20/05 | JJ | 08/14/06 | CCC | 03/16/07 | GGG |
| Haine, Robert* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 (Plantiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | R | 12/20/05 | KK | 08/14/06 | DDD | 03/16/07 | GGG |
| Harris, Mattie Lee* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 (Plantiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | S | 12/20/05 | LL | 08/14/06 | EEE | 03/16/07 | GGG |
| Henry, Doris* | Charpentier, Matt v. Merck & Co., Inc. | 2:05-cv-04458 | 12/15/05 | T | 12/20/05 | MM | 08/14/06 | FFF | 03/16/07 | GGG |

# Exhibit B



7660376

Dec 15 2005
5:43PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: _Okinetta Cheatleam_ (name) |
| Civil Action No: 05-4458 | |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number:_____

2. Maiden Or Other Names Used or By Which You Have Been Known:_____

3. Address:_____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured?_____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

   a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

   b.  When do you claim this injury occurred?_____

   c.  Who diagnosed the condition? _____

   d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____

   e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a.  Name and address of each person who treated you: _____

   b.  To your understanding, condition for which treated: _____

   c.  When treated: _____

   d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: *Okinetta Cheatleam*

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address: *3836 Clover St. Makreko, LA 70072*

189839_1

# Exhibit C

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: *Alice Coker* (name) |
| Civil Action No: *05-4458* | |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

　　1. Social Security Number: _____

　　2. Maiden Or Other Names Used or By Which You Have Been Known: _____

　　3. Address: _____

　　4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

　　5. If you were appointed as a representative by a court, state the:

　　　　Court: _____     Date of Appointment: _____

　　6. What is your relationship to deceased or represented person or person claimed to be injured? _____

　　7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

    a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
    _____

    b. When do you claim this injury occurred?_____

    c. Who diagnosed the condition? _____

    d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
    _____
    _____

    e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
    _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: _____
    _____

    b. To your understanding, condition for which treated: _____
    _____

    c. When treated: _____

    d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Alice Coker* _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *P.O. Box 251 Deville, LA 71328*

189839_1

# Exhibit D

JAN-04-2006 WED 10:06 AM MICHAEL HINGLE & ASSOC   FAX NO. 9854646/0471   P. 50



10379367

Jan 20 2006
11:45AM

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS RELATES TO: | Plaintiff: Ivory Darensburg |
| Civil Action No: | (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: Ivory Darensburg

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

MICHAEL HINGLE & ASSOC

JAN 6 2006

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No____ If "yes,"

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? I had a miscarriage, blood clots, blood transfusion and I had to stay in the hospitals for weeks

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? Methodist hospital

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ____ No ✓ If "yes," when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ____ No ✓ If "yes," set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ____ No ✓

   If "yes," for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: Ivory Shanta Dakenshurg

B. Maiden or other names used or by which you have been known: None

C. Social Security Number: 438-41-10915

D. Address: 14335 Ella Blvd. Apt 1315 Houston, TX 7014

MICHAEL HINGLE & ASSOC
JUN 2006
SLIDELL

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates (From and To) |
|---|---|
| 14706 Chet Morrison Aul Newton, LA 70129 | 10/03 - 8/05 |
| 10,000 Haynes Blvd Apt C Newton, LA 70122 | 7/01 - 10/03 |

F. Driver's License Number and State Issuing License: DO7459245

G. Date of Place and Birth: APRIL 15, 1980

H. Sex:  Male _____  Female __√__

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diploma or Degree |
|---|---|---|---|
| High School | 8-97/5-99 | Accounting | diploma |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| XIC Personnal | 6800 Plaza dr | 10/03-4/04 | Production Packing coffee |

3. Are you making a wage loss claim for either your present or previous employment?  Yes _____  No __√__

   If "yes," state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information:  Have you ever served in the military, including the military reserve or national guard?  Yes _____  No __√__

   If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?  Yes _____  No __√__

MICHAEL HINGLE & ASSOC
JAN 6 2006
SLIDELL

L.  Insurance / Claim Information:

    1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____  No ✓ _____  *If "yes,"* to the best of your knowledge please state:

        a.  Year claim was filed: _____

        b.  Nature of disability: _____

        c.  Approximate period of disability: _____

    2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____  No ✓ _____  *If "yes,"* set forth when and the reason. _____

        _____

    3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____  No ✓ _____  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

        _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____  No ✓ _____  *If "yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):  N/A

B.  Has your spouse filed a loss of consortium claim in this action?   Yes _____  No ✓ _____

MICHAEL HINGLE & ASSOC
DEC 7 2006
SLIDELL

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ____ No __✓__ Don't Know _____ If "yes," identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
Raheem Oarensburg  6yrs          Same address as mine.
India Oarensburg    3yrs
Regional Oarensburg 4yrs

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. ____N/A____

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you?  DR Lesser

B. On which dates did you begin to take, and stop taking, VIOXX®? _____

C. Did you take VIOXX® continuously during that period?
Yes __✓__ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®?  FOR MY BACK

E. Did you renew your prescription for VIOXX®? Yes ____ No __✓__ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

MICHAEL HINGLE & ASSOC

2006

SLIDELL

H. How many times per day did you take VIOXX®?

_____

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ____ No __✓__ Don't Recall _____

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes __ No __✓__ Don't Recall _____

2. Did you receive any written or oral information about VIOXX® while you took it? Yes ___ No ____ Don't Recall _____

3. *If "yes,"*

   a. When did you receive that information? _____

   b. From whom did you receive it? _____

   c. What information did you receive? ____

   _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? __I DON'T REMEMBER__

_____

## V. MEDICAL BACKGROUND

A. Height: 5'5

B. Current Weight: 124
Weight at the time of the injury, illness, or disability described in Section I(C): 115

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

__✓__ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   a. Date on which smoking/tobacco use ceased: _____

   b. Amount smoked or used: on average _____ per day for _____ years.

____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

   a. Amount smoked or used: on average _____ per day for _____ years.

____ Smoked different amounts at different times.

MICHAEL HINGLE & ASSOC
2000
SLIDELL

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____  No __✓__   *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No __✓__  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____

_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:  N/A

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:  N/A

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
   Yes __✓__  No _____  Don't Recall _____  *If "yes," answer the following:*

MICHAEL HINGLE & ASSOC

SLIDELL



## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes ___✓___  No _____

B.  Decedent's death certificate (if applicable). Yes _____  No __✓___

C.  Report of autopsy of decedent (if applicable). Yes _____  No __✓___

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address | |
|------|---------|--|
|      |         |  |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
|      |         |                   |
|      |         |                   |
|      |         |                   |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

MICHAEL HINGLE & ASSOC

2006

SLIDELL

| Name | Address | Admission Date | Reason for Admission |
|------|---------|----------------|----------------------|
|      |         |                |                      |
|      |         |                |                      |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Date of Treatment | Reason for Condition |
|------|---------|-------------------|----------------------|
|      |         |                   |                      |
|      |         |                   |                      |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Date of Treatment |
|------|---------|-------------------|
|      |         |                   |
|      |         |                   |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
|      |         |
|      |         |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |

MICHAEL HINGLE & ASSOC

JAN   2006

SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Ivory Brearshley_          _Ivory Brearshley_          _1/04/06_
Signature                   Print Name                  Date

MICHAEL HINGLE & ASSOC

SLIDELL

# Exhibit E

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Plaintiff: *Foster Dauzat*
(name)

THIS RELATES TO:

Civil Action No: 05-4458

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number:_____

2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

3.  Address:_____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

Court: _____   Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Foster Dauzat*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *500 Pelican Dr. Raceland, LA 70394*

189839_1

# Exhibit F

10706173
E-SERVICE
Mar 2 2006
4:26PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: *Ms. June M. Davis* |
| Civil Action No: | (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: *MS. JUNE M. DAVIS*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: *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*

2. Maiden Or Other Names Used or By Which You Have Been Known: *BANKS*

3. Address: *8100 LANGE LN. APt 1232*

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

MICHAEL HINGLE & ASSOC
MAR 01 2006
SLIDELL

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _YES_ No _____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _HEART SURGERY_

   b. When do you claim this injury occurred? _2000_

   c. Who diagnosed the condition? _DR. N. PAPPAS_

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _NO_ *If "yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____ _N/A_

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _N/A_

   b. To your understanding, condition for which treated: _N/A_

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _MS. JUNE M. DAVIS_

B. Maiden or other names used or by which you have been known: _BANKS_

C. Social Security Number: _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_

D. Address: _8100 LANAE LN. APT. 1232 FORT WORTH, TX 76134 - PRESENT ADDRESS_

MICHAEL HINGLE & ASSOC

MAR 01 2006

SLIDELL

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 2123 URSULINE AVE NOLA. | 2002 – 2005 |
| 1618 St. Phillip St. NOLA | 1998 – 2002 |

F.  Driver's License Number and State Issuing License: 001941507

G.  Date of Place and Birth: NEW OR/EANS, LA.

H.  Sex: Male _____ Female ✓

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| High School | 1951-54 | | NONE |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| MCLA / RETIRED | | 1972-97 | CLERK |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| NONE | | | |

3.  Are you making a wage loss claim for either your present or previous employment? Yes _____ No ✓

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _____

K.  Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No _____ N/A

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No _____

HINGLE & ASSOC

MAR 01 2006

SLIDELL

L.  Insurance / Claim Information:

   1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?  Yes _____  No _____  *If "yes,"* to the best of your knowledge please state: **N/A**

      a.  Year claim was filed: _____

      b.  Nature of disability: _____

      c.  Approximate period of disability: _____

   2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____  No _____  *If "yes,"* set forth when and the reason. _____  **N/A**
_____
_____

   3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes _____  No _____  *If "yes,"* state to the best of  **N/A** your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
_____
_____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud  **N/A** or dishonesty?  Yes _____  No _____  *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your  **N/A** current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (*e.g.*, divorce, annulment, death): _____

B.  Has your spouse filed a loss of consortium claim in this action?  Yes _____  No _____  **N/A**

HINGLE & ASSOC

MAR 0 1 2006

SLIDELL

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?    *N/A*
Yes _____  No _____  Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: _____  *N/A*

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____  *N/A*

## IV. VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? *DR. BETTY Loblais / DR. N. PAPPAS MED. CL. AT MElNO*

B.  On which dates did you begin to take, and stop taking, VIOXX®? *1998 / 10/2004 when Taken MARKeT oFF*

C.  Did you take VIOXX® continuously during that period?
Yes *✓*  No _____  Don't Recall _____

D.  To your understanding, for what condition were you prescribed VIOXX®? *ARthRitis / BACK*

E.  Did you renew your prescription for VIOXX®? Yes _____  No _____  Don't Recall _____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____  *UNK*

G.  Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
*✓* 50 mg Tablet (round, orange, MRK 114)

HINGLE & ASSOC

MAR 0 1 2006

SLIDELL

H.  How many times per day did you take VIOXX®?

_____ 2 _____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription
for VIOXX®?  Yes _____   No  ✓   Don't Recall _____

J.  Instructions or Warnings:

    1.  Did you receive any written or oral information about VIOXX® before you took
       it?  Yes __   No  ✓   Don't Recall _____

    2.  Did you receive any written or oral information about VIOXX® while you took
       it?  Yes ___   No _____   Don't Recall  ✓

    3.  *If "yes,"*

       a.  When did you receive that information?_____

       b.  From whom did you receive it?_____

       c.  What information did you receive? ____
               ____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time
you were taking VIOXX®?  *NONE* _____

_____

## V.  MEDICAL BACKGROUND

A.  Height: 5' 4"

B.  Current Weight: 179
Weight at the time of the injury, illness, or disability described in Section I(C): 203

C.  Smoking/Tobacco Use History:  *Check the answer and fill in the blanks applicable
to your history of smoking and/or tobacco use.*

    _____  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
    ✓  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
       a.  Date on which smoking/tobacco use ceased: 1985
       b.  Amount smoked or used: on average 1PK per day for _____ years.
    _____  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing
       tobacco/snuff.
       a.  Amount smoked or used: on average _____ per day for _____ years.
    _____  Smoked different amounts at different times.

MICHAEL HINGLE & ASSOC
MAR 01 2006
SLIDELL

D.  Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ✓ No ____    *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____2_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes ____  No ✓  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery;

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| BLOCKAGE 11/2/2000 | OPEN HEART | 11/2/2000 | DR. N. PAPPAS | MERCY |
| REENTRY | BLOCKAGE | 3/2000 | DR. N. PAPPAS | MERCY |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| CHEST PAINS/GAS | 1999.2000 | DR. BETTY Cob/ais | MLHA |

3.  To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor? Yes ✓ No _____ Don't Recall _____ *If "yes,"* answer the following:

MICHAEL HINGLE & ASSOC
MAR 01 2006
SLIDELL

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| EXRAY | Evely Mo, After Sur. | DR. PAPPAS to Present | | Chest Pains |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No ✓

B. Decedent's death certificate (if applicable). Yes _____ No _____

C. Report of autopsy of decedent (if applicable). Yes _____ No _____

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| | |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| DR. BETTY LOBLAIS | MCLA, N.O. / Lsume, | 1998 |
| DR. N. PAPPAS | MERCY HOSP. | 2000 — 2005 |
| DR. | MCLA | 1999 |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

MICHAEL HINGLE & ASSOC

MAR 0 1 2006

SLIDELL

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| DR N. PAIPAS | GRAVIER ST. |  |  |
| MC/NO. | JANE AVE |  |  |
| DR. BETY/obAi | GRAVIER/LSUMCH |  |  |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |
|      |         |                    |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| WALGREEN'S |  |
| MERCK MEd. PLAN |  |
| EXPRESS ScRiPt |  |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.    N/A

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.    N/A

| Name | Address |
|------|---------|
|      |         |
|      |         |

& ASSOC

MAR 0 1 2006

SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| | | |
|---|---|---|
| _Ms. June M. Davis_ | _MS. JUNE M. DAVIS_ | _2/22/06_ |
| Signature | Print Name | Date |

MICHAEL HINGLE & ASSOC

MAR 01 2006

SLIDELL

# Exhibit G

10706173
Mar 2 2006
4:26PM

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| **THIS RELATES TO:**  Civil Action No: | Plaintiff: ~~Mr.~~ *Freddy Dickson* (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: *Madeline Dickson*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: *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*

2. Maiden Or Other Names Used or By Which You Have Been Known: *Madeline Dickson*

3. Address: *12777 Ashford Point Drive   Houston, TX. 77082*

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____     Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? *Wife*

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: *Feb. 10, 2005, Tulane Hospital on Tulane Ave.*

MICHAEL HINGLE & ASSOC

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _✓_ No _____ _If "yes,"_

   a. What is your understanding of the bodily injury claim resulted from your use of VIOXX®? _____Heart attack_____

   b. When do you claim this injury occurred? _2003_

   c. Who diagnosed the condition? _Doctor at Charity Hospital_

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _✓_ _If "yes,"_ when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ _If "yes,"_ set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____Unknown_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _✓_ No _____

   _If "yes,"_ for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _Charity Hospital Tulane Ave._

   b. To your understanding, condition for which treated: _Rheumatoid Arthritis_

   c. When treated: _2003_

   d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Freddy Dickson_

B. Maiden or other names used or by which you have been known: _Freddy Dickson_

C. Social Security Number: _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_

D. Address: _1236 Bartholomew St_

MICHAEL HINGLE & ASSOC
APR 2006
7/8/011

E.  Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
|         |                    |
|         |                    |

F.  Driver's License Number and State Issuing License: _003140592_

G.  Dates of Place and Birth: _Charity Hospital_

H.  Sex: Male ✓  Female ____

I.  Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diploma or Degree |
|-------------|----------------|-----------------|-------------------|
|             |                |                 |                   |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|------------------------|
| Le Rachelieux | 1234 Charters St | 4/89 | Security Guard |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|------------------------|
|      | N/A     |                     |                        |

3.  Are you making a wage loss claim for either your present or previous
employment? Yes ____ No ✓

_If "yes,"_ state your annual income at the time of the injury alleged in
Section I(C):_____

K.  Military Service Information: Have you ever served in the military, including the
military reserve or national guard? Yes ____ No ✓

_If "yes,"_ were you ever rejected or discharged from military service for any reason
relating to your physical, psychiatric or emotional condition? Yes ____ No ____

MICHAEL HINKLE & ASSOC

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____   No _✓_   If "yes," to the best of your knowledge please state:

    a.  Year claim was filed: _____

    b.  Nature of disability: _____

    c.  Approximate period of disability: _____

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____   No _✓_   If "yes," set forth when and the reason. _____

_____

_____

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No _✓_   If "yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

_____

_____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No _✓_   If "yes," set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____

B.  Has your spouse filed a loss of consortium claim in this action?   Yes _____   No _✓_

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____  No ✓  Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: _____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? *Doctor at Charity Hosp.*

B.  On which dates did you begin to take, and stop taking, VIOXX®? *2003 / 2004*

C.  Did you take VIOXX® continuously during that period?
Yes ✓  No _____  Don't Recall _____

D.  To your understanding, for what condition were you prescribed VIOXX®? *Rheumatoid Arthritis (Pain)*

E.  Did you renew your prescription for VIOXX®? Yes ✓  No _____  Don't Recall _____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: *NO*

G.  Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
✓ 50 mg Tablet (round, orange, MRK 114)

MICHAEL HINGLE & ASSOC
SLIDELL

H. How many times per day did you take VIOXX®?

_____ 2 times a day _____

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✓ Don't Recall _____

J. Instructions or Warnings:

    1. Did you receive any written or oral information about VIOXX® before you took it? Yes __ No ✓ Don't Recall _____

    2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No ✓ Don't Recall _____

    3. If "yes,"

        a. When did you receive that information? _____

        b. From whom did you receive it? _____

        c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____ NONE _____

_____

## V. MEDICAL BACKGROUND

A. Height: 5"11

B. Current Weight: 160

Weight at the time of the injury, illness, or disability described in Section I(C): _____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    ____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a. Date on which smoking/tobacco use ceased: _____

        b. Amount smoked or used: on average _____ per day for _____ years.

    ✓ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

        a. Amount smoked or used: on average 7 per day for 20 years.

    ____ Smoked different amounts at different times.

MICHAEL HINGLE & ASSOC
MAR 2006
SLIDELL

D. **Drinking History.** Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes __✓__ No _____  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

___✓___ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. **Illicit Drugs.** Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after you first experienced your alleged VIOXX®-related injury?" Yes _____ No __✓__ Don't Recall _____

*If "yes",* identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| | | N/A | | |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| | | | |

3. To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____ No __✓__ Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Tests | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated "yes," please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____  No ✓

B.  Decedent's death certificate (if applicable). Yes _____  No ✓

C.  Report of autopsy of decedent (if applicable). Yes _____  No ✓

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
|---|---|
|  |  |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
|  | Unknown |  |
|  |  |  |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | N/A | |
| | | | |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | N/A | |
| | | | |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| | N/A | |
| | | |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Walgreen | St Claude Ave. |
| | |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Social Security | Bartholanew St |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | N/A |
| | |

MICHAEL HINGLE & ASSOC
MAR 2008
SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Madeline Dickson_    _Madeline Dickson_    _3/ /06_
Signature              Print Name              Date

# Exhibit H

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: _David Duet_
(name)

Civil Action No: 05-4458

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____   Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
   Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

**II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: _David Duet_____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _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_____

D. Address: _P.O. Box 992 Galliano, LA 70354_

# Exhibit I