IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: _Dominick Dufrene_
(name)

Civil Action No: 05-4458

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _____

2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

3.  Address: _____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

    Court: _____      Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Dominick Dupreve_

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: _2909 Lyndel Dr. Chalmette, LA 70043_

189839_1

# Exhibit J

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Minnie Falgout*
(name)

Civil Action No: OS -4458

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

    1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

        a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

        b.  When do you claim this injury occurred?_____

        c.  Who diagnosed the condition? _____

        d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

        e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____  No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a.  Name and address of each person who treated you: _____
_____

        b.  To your understanding, condition for which treated: _____
_____

        c.  When treated: _____

        d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: *Minnie Folgant*

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address: *344 Buchanan St   Lockport, LA 70374*

189839_1

Exhibit A



10706173

Mar 2 2006
4:26PM

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| | Claimant: *Catherine Fletcher* (name) |

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.    CASE INFORMATION

A.  Name of person completing this form: _*Catherine Fletcher*_

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number:_____

2.  Maiden or other names used or by which you have been known:_____

3.  Address:_____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

Court: _____     Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

NY 189839_1

MICHAEL HINGLE & ASSOC

FEB 2 1 2006

SLIDELL

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking
    VIOXX®? Yes _✓_ No_____  *If "yes,"*

    a.  What is your understanding of the bodily injury you claim resulted from your
        use of VIOXX®? _____
        _____Stroke_____

    b.  When do you claim this injury occurred? _____

    c.  Who diagnosed the condition? ____Dr. Fouchi_____

    d.  Did you ever suffer this type of injury prior to the date set forth in answer to
        the prior question? Yes _____ No _✓_  *If "yes,"* when and who
        diagnosed the condition at that time? ____I Could not____
        _Move my left or right foot to stand__
        _fell and hit the floor several Times_

    e.  Do you claim that that your use of VIOXX® worsened a condition that you
        already had or had in the past? Yes _____ No _✓_  *If "yes,"* set forth the
        injury or condition; whether or not you had already recovered from that injury
        or condition before you took VIOXX®; and the date of recovery, if any. _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
    Yes _____ No _✓_

    *If "yes,"* for each provider (including but not limited to primary care physician,
    psychiatrist, psychologist, counselor) from whom have sought treatment for
    psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a.  Name and address of each person who treated you: _Dr Fouchi_
        _613  Williams   blvd  Kenner, La  70062_

    b.  To your understanding, condition for which treated: _____

    c.  When treated: _____

    d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: _Catherine Fletcher_____

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _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_

D.  Address: _1102 Compromise St Kenner La_

189839_1

MICHAEL HINGLE & ASS

FEB 21 2006

E.   Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
|  |  |
|  |  |

F.   Driver's License Number and State Issuing License: _____

G.   Date of Place and Birth: _N.O. La.    5-7-40_

H.   Sex:  Male ____   Female _✓_

I.   Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Jeff Parish |  |  | H E D |

J.   Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Delta Airline | Alta Ga. | Oct-14-68 | Customer Service |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

3.  Are you making a wage loss claim for either your present or previous
employment?  Yes ____  No _✓_

*If "yes,"* state your annual income at the time of the injury alleged in
Section I(C):_____

K.   Military Service Information:  Have you ever served in the military, including the
military reserve or national guard?  Yes ____  No _✓_

*If "yes,"* were you ever rejected or discharged from military service for any reason
relating to your physical, psychiatric or emotional condition?  Yes ____  No ____

MICHAEL HINGLE & ASSOC
FEB 2 1 2006
SLIDELL

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes __✓__   No ____   *If "yes,"* to the best of your knowledge please state:

a.  Year claim was filed: _May - of 97_

b.  Nature of disability: _neck Injury_

c.  Approximate period of disability: _____

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ____   No __✓__   *If "yes,"* set forth when and the reason. _____
_____
_____

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes __✓__   No ____   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _Injuries to neck_

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ____   No __✓__   *If "yes,"* set forth where, when and the felony and/or crime. _____
_____

## III.  FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (*e.g.,* divorce, annulment, death): _____
_____
_____

B.  Has your spouse filed a loss of consortium claim in this action?   Yes ____   No __✓__

MICHAEL HINGLE & ASSOC

FEB 2 1 2006

SLIDELL

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _✓_ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____
_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? *Dr. Fouchi*

B. On which dates did you begin to take, and stop taking, VIOXX®? 12/13/99

C. Did you take VIOXX® continuously during that period?
Yes _✓_ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? *Arthritis*
_____

E. Did you renew your prescription for VIOXX®? Yes _✓_ No ____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)
_✓_ *200 mg   capsule*

H. How many times per day did you take VIOXX®? *Once*

189839_1

MICHAEL HINGLE & ASSOC
FEB 21 2006
SLIDELL

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✓ Don't Recall _____

J.  What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _____ None _____

K.  What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _____ None _____

L.  Instructions or Warnings:

   1.  Did you receive any written or oral information about VIOXX® before you took it? Yes _ No ✓ Don't Recall _____

   2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall ✓

   3.  If "yes,"

      a.  When did you receive that information?_____

      b.  From whom did you receive it?_____

      c.  What information did you receive? _____
      _____

## V.  MEDICAL BACKGROUND

A.  Height: 5'5½'

B.  Current Weight: 140
   Weight at the time of the injury, illness, or disability described in Section I(C):
   ~~140~~

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   _____  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   _____  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

      a.  Date on which smoking/tobacco use ceased:  _____

      b.  Amount smoked or used: on average_____ per day for _____ years.

   ✓  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

      a.  Amount smoked or used: on average _____ per day for _____ years.

   ✓  Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No ✓ If *"yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

MICHAEL HINGLE &

FEB 2 1 2006

SLIDELL

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes ____  No ✓  Don't Recall ____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Vascular |          |      |                    | Kenner regional |
|         |           |      |                    |          |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |

3. To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
   Yes ✓  No ____  Don't Recall ____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |

MICHAEL HINGLE & ASSOC

FEB 2 1 2006

SLIDELL

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No _____

B. Decedent's death certificate (if applicable).  Yes _____  No _____

C. Report of autopsy of decedent (if applicable).  Yes _____  No _____

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes ___ No ✓

If you answer "yes", set forth in the space provided:

    i.   There is _____ number of _____ mg tablets remaining.

    ii.  There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No ✓

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes _____ No ✓

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No ✓

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

Page 8 of 11

MICHAEL HINGLE & ASSO

FEB 2 1 2006

SLIDELL

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

F.  Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ✓

G.  Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ✓

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
| --- | --- |
| Dr. Fouche | 613 williams blvd   Kenner, LA |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
| --- | --- | --- |
| Dr Fouche | 613 williams blvd | |
| | | |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
| --- | --- | --- | --- |
| Kenner regional | | | artery blockage |
| | | | |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

MICHAEL HINGLE &

FEB 21 2006

SLIDELL

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Dr Fouchi | 2617 Williams blvd |  |
|      |         |                    |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Winn - divie |  |
| Eckerd | 9643A Jeff Hwy. nor ridge, La |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |

189839_1

MICHAEL HINGLE & ASSOC

FEB 2 1 2006

SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Catherine Fletcher_     _Catherine Fletcher_     _2/10/06_
Signature                            Print Name                            Date

189839_1

Page 11 of 11

MICHAEL HINGLE & ASSOC

FEB 21 2006

SLIDELL

# Exhibit L

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Tommy Foil Sr.*
(name)

Civil Action No: *05-4458*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _____

2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

3.  Address: _____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

    Court: _____   Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

      a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

      b.  When do you claim this injury occurred?_____

      c.  Who diagnosed the condition? _____

      d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

      e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a.  Name and address of each person who treated you: _____
_____

      b.  To your understanding, condition for which treated: _____
_____

      c.  When treated: _____

      d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Jonny Foil Jr.*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *434 - 90 - 7142*

D. Address: *15213 W. P. Standard Rd. Bogalusa, LA 70427*

189839_1

# Exhibit M

IN RE:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: *05 - 4458*

Plaintiff: *Linda Gabriel*
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

 1.  Social Security Number:_____

 2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

 3.  Address:_____

 4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

 5.  If you were appointed as a representative by a court, state the:

   Court: _____     Date of Appointment: _____

 6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

 7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

   1.  Are you claiming that you have or may develop bodily injury as a result of taking
       VIOXX®? Yes_____ No_____  *If "yes,"*

      a.  What is your understanding of the bodily injury you claim resulted from your
         use of VIOXX®? _____

         _____

      b.  When do you claim this injury occurred?_____

      c.  Who diagnosed the condition? _____

      d.  Did you ever suffer this type of injury prior to the date set forth in answer to
         the prior question? Yes _____ No _____  *If "yes,"* when and who
         diagnosed the condition at that time? _____

         _____

         _____

      e.  Do you claim that that your use of VIOXX® worsened a condition that you
         already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the
         injury or condition; whether or not you had already recovered from that injury
         or condition before you took VIOXX®; and the date of recovery, if any. _____

         _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
    Yes _____ No _____

    *If "yes,"* for each provider (including but not limited to primary care physician,
    psychiatrist, psychologist, counselor) from whom have sought treatment for
    psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a.  Name and address of each person who treated you: _____

         _____

      b.  To your understanding, condition for which treated: _____

         _____

      c.  When treated: _____

      d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: *Linda Gabriel*

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: *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*

D.  Address: *1500 Senate St. Apt. D N.O. LA 70122*

189839_1

Page 2 of 11

# Exhibit N

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff *Gloria Gary*
(name)

Civil Action No: *05 - 4458*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____  Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred? _____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Gloria Gaky_

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: _2730 A. P. Tureaud Ave. N.O., LA 70119_

189839_1

# Exhibit O

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Jeff Genovese*
(name)

Civil Action No: *05-4458*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

_____

      b. When do you claim this injury occurred?_____

      c. Who diagnosed the condition? _____

      d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____

_____

_____

      e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _____

_____

      b. To your understanding, condition for which treated: _____

_____

      c. When treated: _____

      d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Jeff Genovese*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *92 Makie Dr. Gretna, LA 70053*

189839_1

# Exhibit P

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: 05-4458

Plaintiff: *Billie Goffner*
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

    a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
    _____

    b.  When do you claim this injury occurred?_____

    c.  Who diagnosed the condition? _____

    d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____
    _____
    _____

    e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
    _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a.  Name and address of each person who treated you: _____
    _____

    b.  To your understanding, condition for which treated: _____
    _____

    c.  When treated: _____

    d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: _Billie Goffner_

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address: _1564 Annunciation St. N.O., LA 70130_

189839_1

# Exhibit Q

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Robert Grygon*
(name)

Civil Action No: 05-4458

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____     Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b.  When do you claim this injury occurred?_____

   c.  Who diagnosed the condition? _____

   d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a.  Name and address of each person who treated you: _____
   _____

   b.  To your understanding, condition for which treated: _____
   _____

   c.  When treated: _____

   d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: _Robert Gygan_ _____

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _____

D.  Address: _3000 Gentilly Blvd Apt. 239 N.O. CA 70122_

189839_1

# Exhibit R

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Robert Haines*
                 (name)

Civil Action No: *05-4458*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

 1. Social Security Number: _____

 2. Maiden Or Other Names Used or By Which You Have Been Known: _____

 3. Address: _____

 4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

 5. If you were appointed as a representative by a court, state the:

    Court: _____   Date of Appointment: _____

 6. What is your relationship to deceased or represented person or person claimed to be injured? _____

 7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

_____

      b. When do you claim this injury occurred?_____

      c. Who diagnosed the condition? _____

      d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

_____

      e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _____

_____

      b. To your understanding, condition for which treated: _____

_____

      c. When treated: _____

      d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Robert Haines* _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *205 Nederland Dr. Houma, LA 70360*

189839_1

# Exhibit S

IN RE:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: *05-4458*

Plaintiff: *Mattie Lee Harris*
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®.  Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1.  Social Security Number:_____

   2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

   3.  Address:_____

   4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5.  If you were appointed as a representative by a court, state the:

       Court: _____   Date of Appointment: _____

   6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

   7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

        _____

        b. When do you claim this injury occurred?_____

        c. Who diagnosed the condition? _____

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

        _____

        e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

        _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: _____

    _____

    b. To your understanding, condition for which treated: _____

    _____

    c. When treated: _____

    d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Mattie Lee Hakki*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *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*

D. Address: *1524 France St. N.O. LA 70117*

189839_1

# Exhibit T

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: _Doris Henry_
(name)

Civil Action No: 05-4458

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____    Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1.  Are you claiming that you have or may develop bodily injury as a result of taking
VIOXX®? Yes_____ No_____ *If "yes,"*

     a.  What is your understanding of the bodily injury you claim resulted from your
use of VIOXX®? _____

         _____

     b.  When do you claim this injury occurred?_____

     c.  Who diagnosed the condition? _____

     d.  Did you ever suffer this type of injury prior to the date set forth in answer to
the prior question? Yes _____ No _____ *If "yes,"* when and who
diagnosed the condition at that time? _____

         _____

     e.  Do you claim that that your use of VIOXX® worsened a condition that you
already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the
injury or condition; whether or not you had already recovered from that injury
or condition before you took VIOXX®; and the date of recovery, if any. _____

         _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician,
psychiatrist, psychologist, counselor) from whom have sought treatment for
psychological, psychiatric or emotional problems during the last ten (10) years, state:

     a.  Name and address of each person who treated you: _____

         _____

     b.  To your understanding, condition for which treated: _____

         _____

     c.  When treated: _____

     d.  Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Doris Henry* _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *434 - 62 - 0159*

D. Address: *182 East 14th St. Engard LA 70049*

189839_1

Exhibit U

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Matt Charpentier v. Merck & Co., Inc.
      Docket No. 05-4458

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Orinetta Cheatteam is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

_/s/ John N. Poulos_
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-1800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

M005093005

JOB STATUS REPORT

TIME  : 12/20/2005 17:04
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038

| | |
|---|---|
| DATE,TIME | 12/20  16:59 |
| FAX NO./NAME | 10007341835198564561471 |
| DURATION | 00:04:06 |
| PAGE(S) | 34 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Ronald Favre, Esq.               **DATE:**  December 20, 2005

**FIRM:**  Michael Hingle & Associates     **FAX NO:**  985-646-1471

**CITY:**                                   **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.            **TEL NO:**  201-536-9220

MESSAGE:

M005093006

# Exhibit V

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Matt Charpentier v. Merck & Co., Inc.
        Docket No. 05-4458

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Alice Coker is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP


        */s/ John N. Poulos*
        John N. Poulos


JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza     47, Avenue Georges Mandel     350 South Grand Avenue     201 South Biscayne Boulevard     Akasaka Tokyu Building 6F     1775 I Street, N.W.
New York, New York         75116 Paris, France              Los Angeles, California    Miami, Florida                2-14-3 Nagata-cho, Chiyoda-ku  Washington, D.C.
10004-1482                 (33) (1) 44.05.80.00            90071-3442                 33131-4332                    Tokyo 100-0014 Japan           20006-2401
212-837-6000                                              213-613-2800               305-358-1666                  (81) (3) 3539-2771             202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 17:04
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/20  16:59 |
| FAX NO./NAME | 10007341835198856461471 |
| DURATION | 00:04:06 |
| PAGE(S) | 34 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.          **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates     **FAX NO:** 985-646-1471

**CITY:**                 **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.        **TEL NO:** 201-536-9220

**MESSAGE:**