# Exhibit W

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

   Re:  Matt Charpentier v. Merck & Co., Inc.
      Docket No. 05-4458

Dear Mr. Favre:

    We are writing to inform you that the Plaintiff Profile Form ("PPF") for Ivory Dakensburg is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

    Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

    Thank you for your attention to this matter.

    Very truly yours,
    HUGHES HUBBARD & REED LLP

    */s/ John N. Poulos*
    John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 17:04
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          12/20  16:59
FAX NO./NAME       10007341835198856461471
DURATION           00:04:06
PAGE(S)            34
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.                    **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates        **FAX NO:** 985-646-1471

**CITY:** _____                 **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.                **TEL NO:** 201-536-9220

**MESSAGE:**

# Exhibit X

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

> Re:   Matt Charpentier v. Merck & Co., Inc.
>        Docket No. 05-4458

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Foster Daugat is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 17:04
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME       12/20  16:59
FAX NO./NAME    10007341835198056461471
DURATION        00:04:06
PAGE(S)         34
RESULT          OK
MODE            STANDARD
                ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.                **DATE:**   December 20, 2005

**FIRM:**   Michael Hingle & Associates      **FAX NO:**   985-646-1471

**CITY:**                                     **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.              **TEL NO:**   201-536-9220

**MESSAGE:**

# Exhibit Y

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:  Matt Charpentier v. Merck & Co., Inc.
     Docket No. 05-4458

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for June
Davis is grossly deficient.  Basic information is not provided and other information is incomplete
or unclear.  Pursuant to Pre-Trial Order 18B, please provide complete responses to the following
within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's
failure to properly respond to the PPF pursuant to Pretrial Order 18B.  If plaintiff does not serve
a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                        Very truly yours,
                        HUGHES HUBBARD & REED LLP


                        */s/ John N. Poulos*
                        John N. Poulos


JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 17:04
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME         12/20  16:59
FAX NO./NAME      1000734183519856461471
DURATION          00:04:06
PAGE(S)           34
RESULT            OK
MODE              STANDARD
                  ECM
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.                    **DATE:**   December 20, 2005

**FIRM:**   Michael Hingle & Associates        **FAX NO:**   985-646-1471

**CITY:**                                       **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.               **TEL NO:**   201-536-9220

MESSAGE:

# Exhibit Z

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Matt Charpentier v. Merck & Co., Inc.
        Docket No. 05-4458

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Freddy Dickson is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

_/s/ John N. Poulos_
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza      47, Avenue Georges Mandel      350 South Grand Avenue      201 South Biscayne Boulevard      Akasaka Tokyu Building 6F      1775 I Street, N.W.
New York, New York          75116 Paris, France             Los Angeles, California    Miami, Florida               2-14-3 Nagata-cho, Chiyoda-ku  Washington, D.C.
10004-1482                  (33) (1) 44.05.80.00            90071-3442                 33131-4332                   Tokyo 100-0014 Japan           20006-2401
212-837-6000                                                213-613-2800               305-358-1666                 (81) (3) 3539-2771             202-721-4600

| JOB STATUS REPORT |
| --- |

```
TIME  : 12/20/2005 17:04
NAME  :
FAX#  :
TEL # :
SER. # : 000005100038
```

| | |
| --- | --- |
| DATE,TIME | 12/20  16:59 |
| FAX NO./NAME | 10007341835198564614?1 |
| DURATION | 00:04:06 |
| PAGE(S) | 34 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Ronald Favre, Esq.                    **DATE:**  December 20, 2005

**FIRM:**  Michael Hingle & Associates      **FAX NO:**  985-646-1471

**CITY:**                                                **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.               **TEL NO:**  201-536-9220

**MESSAGE:**

# Exhibit AA

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:    Matt Charpentier v. Merck & Co., Inc.
              Docket No. 05-4458

Dear Mr. Favre:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for David Duet is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

              Very truly yours,
              HUGHES HUBBARD & REED LLP

              */s/ John N. Poulos*
              John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza    47, Avenue Georges Mandel    350 South Grand Avenue    201 South Biscayne Boulevard    Akasaka Tokyu Building 6F    1775 I Street, N.W.
New York, New York    75116 Paris, France    Los Angeles, California    Miami, Florida    2-14-3 Nagata-cho, Chiyoda-ku    Washington, D.C.
10004-1482    75116 Paris, France    90071-3442    33131-4332    Tokyo 100-0014 Japan    20006-2401
212-837-6000    (33) (1) 44.05.80.00    213-613-2800    305-358-1666    (81) (3) 3539-2771    202-721-4600

JOB STATUS REPORT

```
TIME  : 12/20/2005 17:04
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          12/20  16:59
FAX NO./NAME       10007341835198564461471
DURATION           00:04:06
PAGE(S)            34
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | **DATE:** | December 20, 2005 |
| **FIRM:** | Michael Hingle & Associates | **FAX NO:** | 985-646-1471 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.        **TEL NO:**   201-536-9220

**MESSAGE:**

# Exhibit BB

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Matt Charpentier v. Merck & Co., Inc.
Docket No. 05-4458

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Dominick Duprene is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

_/s/ John N. Poulos_
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza  47, Avenue Georges Mandel  350 South Grand Avenue  201 South Biscayne Boulevard  Akasaka Tokyu Building 6F  1775 I Street, N.W.
New York, New York  75116 Paris, France  Los Angeles, California  Miami, Florida  2-14-3 Nagata-cho, Chiyoda-ku  Washington, D.C.
10004-1482  (33) (1) 44.05.80.00  90071-3442  33131-4332  Tokyo 100-0014 Japan  20006-2401
212-837-6000  213-613-2800  305-358-1666  (81) (3) 3539-2771  202-721-4600

JOB STATUS REPORT

```
TIME : 12/20/2005 17:04
NAME :
FAX# :
TEL# :
SER.# : 000005100038
```

```
DATE,TIME          12/20  16:59
FAX NO./NAME       10007341835198564 61471
DURATION           00:04:06
PAGE(S)            34
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

1o1 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.          **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates          **FAX NO:** 985-646-1471

**CITY:**          **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.          **TEL NO:** 201-536-9220

**MESSAGE:**

# Exhibit CC

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:    Matt Charpentier v. Merck & Co., Inc.
       Docket No. 05-4458

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Minnie Falgont is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

| JOB STATUS REPORT |
|---|

```
TIME  : 12/20/2005 17:04
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME            12/20  16:59
FAX NO./NAME         10007341835190856461471
DURATION             00:04:06
PAGE(S)              34
RESULT               OK
MODE                 STANDARD
                     ECM
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.   **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates   **FAX NO:** 985-646-1471

**CITY:**   **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.   **TEL NO:** 201-536-9220

**MESSAGE:**

# Exhibit DD

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:    Matt Charpentier v. Merck & Co., Inc.
         Docket No. 05-4458

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Catherine Fletcher is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

> JOB STATUS REPORT

```
TIME  : 12/20/2005 17:04
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/20  16:59 |
| FAX NO./NAME | 100073418351985646|1471 |
| DURATION | 00:04:06 |
| PAGE(S) | 34 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Ronald Favre, Esq.          **DATE:**  December 20, 2005

**FIRM:**  Michael Hingle & Associates          **FAX NO:**  985-646-1471

**CITY:**          **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.          **TEL NO:**  201-536-9220

MESSAGE:

# Exhibit EE

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Matt Charpentier v. Merck & Co., Inc.
        Docket No. 05-4458

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Tommy Foil is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

| JOB STATUS REPORT |
| --- |

```
                                    TIME  : 12/20/2005 17:04
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : 000005100038
```

```
DATE,TIME          12/20  16:59
FAX NO./NAME       10007341835198564614?1
DURATION           00:04:06
PAGE(S)            34
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.

**DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates

**FAX NO:** 985-646-1471

**CITY:** _____

**TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.

**TEL NO:** 201-536-9220

**MESSAGE:**

# Exhibit FF

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:     Matt Charpentier v. Merck & Co., Inc.
            Docket No. 05-4458

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Linda Gabriel is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                Very truly yours,
                HUGHES HUBBARD & REED LLP

                _/s/ John N. Poulos_
                John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

MDC5093083

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 12/20/2005 15:24
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────────┐
│  DATE,TIME              12/20  15:20                                    │
│  FAX NO./NAME           10007341835198566461471                        │
│  DURATION               00:04:24                                       │
│  PAGE(S)                37                                             │
│  RESULT                 OK                                             │
│  MODE                   STANDARD                                       │
│                         ECM                                           │
└──────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.              **DATE:**   December 20, 2005

**FIRM:**   Michael Hingle & Associates   **FAX NO:**   985-646-1471

**CITY:**                                  **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   37

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          **TEL NO:**   201-536-9220

**MESSAGE:**

# Exhibit GG

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:    Matt Charpentier v. Merck & Co., Inc.
       Docket No. 05-4458

Dear Mr. Favre:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for Gloria Gary is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*

John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

| One Battery Park Plaza | 47, Avenue Georges Mandel | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 1775 I Street, N.W. |
|---|---|---|---|---|---|
| New York, New York | 75116 Paris, France | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Washington, D.C. |
| 10004-1482 | (33) (1) 44.05.80.00 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 20006-2401 |
| 212-837-6000 | | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 202-721-4600 |

> ┌─────────────────────────┐
> │   JOB STATUS REPORT     │
> └─────────────────────────┘

```
                          TIME  : 12/20/2005 17:04
                          NAME  :
                          FAX#  :
                          TEL#  :
                          SER.# : 000005100038
```

```
    ┌────────────────────────────────────────────────────────┐
    │  DATE,TIME          12/20  16:59                         │
    │  FAX NO./NAME       10007341835190856461471              │
    │  DURATION           00:04:06                             │
    │  PAGE(S)            34                                    │
    │  RESULT             OK                                    │
    │  MODE               STANDARD                             │
    │                     ECM                                  │
    └────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.                     **DATE:**   December 20, 2005

**FIRM:**   Michael Hingle & Associates          **FAX NO:**   985-646-1471

**CITY:**   _____                  **TEL NO:**   _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.                  **TEL NO:**   201-536-9220

**MESSAGE:**

# Exhibit HH

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Matt Charpentier v. Merck & Co., Inc.
      Docket No. 05-4458

Dear Mr. Favre:

    We are writing to inform you that the Plaintiff Profile Form ("PPF") for Jeff Genovese is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

    Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

    Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

/s/ John N. Poulos
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza       47, Avenue Georges Mandel       350 South Grand Avenue       201 South Biscayne Boulevard       Akasaka Tokyu Building 6F       1775 I Street, N.W.
New York, New York           75116 Paris, France             Los Angeles, California       Miami, Florida                    2-14-3 Nagata-cho, Chiyoda-ku   Washington, D.C.
10004-1482                   (33) (1) 44.05.80.00            90071-3442                    33131-4332                        Tokyo 100-0014 Japan            20006-2401
212-837-6000                                                 213-613-2800                  305-358-1666                      (81) (3) 3539-2771              202-721-4600

```
                        ┌─────────────────────┐
                        │  JOB STATUS REPORT  │
                        └─────────────────────┘

                                      TIME  : 12/20/2005 17:04
                                      NAME  :
                                      FAX#  :
                                      TEL#  :
                                      SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/20  16:59 |
| FAX NO./NAME | 10007341835190056461471 |
| DURATION | 00:04:06 |
| PAGE(S) | 34 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.                    **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates          **FAX NO:** 985-646-1471

**CITY:** _____                      **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.                 **TEL NO:** 201-536-9220

**MESSAGE:**

# Exhibit II

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re: Matt Charpentier v. Merck & Co., Inc.
   Docket No. 05-4458

Dear Mr. Favre:

   We are writing to inform you that the Plaintiff Profile Form ("PPF") for Billie Goffner is grossly deficient.  Basic information is not provided and other information is incomplete or unclear.  Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

   Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT   │
                    └─────────────────────┘

                              TIME  : 12/20/2005 17:04
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────┐
│                                                                │
│   DATE,TIME            12/20  16:59                             │
│   FAX NO./NAME         1000734183519856461471                  │
│   DURATION             00:04:06                                │
│   PAGE(S)              34                                      │
│   RESULT               OK                                      │
│   MODE                 STANDARD                                │
│                        ECM                                     │
└──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.          **DATE:**   December 20, 2005

**FIRM:**  Michael Hingle & Associates   **FAX NO:**  985-646-1471

**CITY:**                                **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.          **TEL NO:**   201-536-9220

**MESSAGE:**

# Exhibit JJ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Matt Charpentier v. Merck & Co., Inc.
      Docket No. 05-4458

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Robert Gygon is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

_/s/ John N. Poulos_
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

| One Battery Park Plaza | 47, Avenue Georges Mandel | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 1775 I Street, N.W. |
| --- | --- | --- | --- | --- | --- |
| New York, New York | 75116 Paris, France | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Washington, D.C. |
| 10004-1482 | (33) (1) 44.05.80.00 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 20006-2401 |
| 212-837-6000 | | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 202-721-4600 |

---

### JOB STATUS REPORT

```
TIME   : 12/20/2005 17:04
NAME   :
FAX#   :
TEL#   :
SER. # : 000005100038
```

```
DATE,TIME         12/20  16:59
FAX NO./NAME      10007341835198564C1471
DURATION          00:04:06
PAGE(S)           34
RESULT            OK
MODE              STANDARD
                  ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | **DATE:** | December 20, 2005 |
| **FIRM:** | Michael Hingle & Associates | **FAX NO:** | 985-646-1471 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

# Exhibit KK

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

   Re:  Matt Charpentier v. Merck & Co., Inc.
       Docket No. 05-4458

Dear Mr. Favre:

     We are writing to inform you that the Plaintiff Profile Form ("PPF") for Robert Haines is grossly deficient.  Basic information is not provided and other information is incomplete or unclear.  Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

     Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

     Thank you for your attention to this matter.

        Very truly yours,
        HUGHES HUBBARD & REED LLP


        */s/ John N. Poulos*
        John N. Poulos


JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

---

JOB STATUS REPORT

```
TIME  : 12/20/2005 17:04
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          12/20  16:59
FAX NO./NAME       10007341835198564611471
DURATION           00:04:06
PAGE(S)            34
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | **DATE:** | December 20, 2005 |
| **FIRM:** | Michael Hingle & Associates | **FAX NO:** | 985-646-1471 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

# Exhibit LL

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Matt Charpentier v. Merck & Co., Inc.
            Docket No. 05-4458

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Mattie Lee Harris is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

| JOB STATUS REPORT |
| --- |

```
TIME  : 12/20/2005 17:04
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          12/20  16:59
FAX NO./NAME       10007341835198564614 71
DURATION           00:04:06
PAGE(S)            34
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-5220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Ronald Favre, Esq.          **DATE:**  December 20, 2005

**FIRM:**  Michael Hingle & Associates     **FAX NO:**  985-646-1471

**CITY:**                    **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.         **TEL NO:**  201-536-9220

**MESSAGE:**

# Exhibit MM

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Matt Charpentier v. Merck & Co., Inc.
Docket No. 05-4458

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Doris Henry is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

_/s/ John N. Poulos_
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600