| JOB STATUS REPORT |
| --- |

```
TIME : 12/20/2005 17:04
NAME :
FAX# :
TEL# :
SER.# : 000005100038
```

```
DATE,TIME          12/20  16:59
FAX NO./NAME       10007341835198564561471
DURATION           00:04:06
PAGE(S)            34
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.   **DATE:** December 20, 2005

**FIRM:** Michael Hingle & Associates   **FAX NO:** 985-646-1471

**CITY:**   **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 34

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.   **TEL NO:** 201-536-9220

**MESSAGE:**

# Exhibit NN

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

            *Re:*      *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

            We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Orinetta K. Cheatteam continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0299
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:41
TIME USE              01'28
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit OO

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> Re:   *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Alice Coker continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO            0299
RECIPIENT ADDRESS   19856461471
DESTINATION ID
ST. TIME            08/14 15:41
TIME USE            01'28
PAGES SENT          15
RESULT              OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-336-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
| --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
| --- | --- | --- |
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit PP



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

A New York Limited Liability Partnership

December 14, 2006

**VIA TELECOPY AND MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
200 Gause Blvd. Suite 200
P.O. Box 1129
Slidell, LA 70459

> Re:   <u>In Re Vioxx® Products Liability Litigation</u>

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for *June M. Davis*, *Freddy Dickson*, and *Ivory Darensburg* are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to the new PTO governing the PPFs (PTO 18C) please provide complete responses within twenty (20) days with new certifications currently dated and signed by your clients.

Merck reserves its right to move to dismiss the referenced actions for plaintiffs' failure to properly respond to the PPF pursuant to Pretrial Order 18C. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/mm
cc: Russ M. Herman, Esq.

M006598960

** TX STATUS REPORT **　　　　AS OF　DEC 14 2006 14:19　PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 17 | 12/14 | 14:18 | 985 646 1471 | EC--S | 00'33" | 002 | 253 | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald J. Favre, Esq.　　　　**DATE:**　December 14, 2006

**FIRM:**   Michael Hingle & Associates, LLC　**FAX NO:**　985-646-1471

**CITY:**   Slidell　　　　　　　　　**TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:　　2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.　　　　**TEL NO:**　201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1028622_1.DOC

MOO6S98961

# Exhibit QQ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:   *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Foster Dauzat continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
*********************
***    TX REPORT    ***
*********************


TRANSMISSION OK

TX/RX NO              0532
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:09
TIME USE              03'24
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit RR

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 14, 2006

**VIA TELECOPY AND MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
200 Gause Blvd. Suite 200
P.O. Box 1129
Slidell, LA  70459

   Re:  In Re Vioxx® Products Liability Litigation

Dear Mr. Favre:

   We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for *June M. Davis*, *Freddy Dickson*, and *Ivory Darensburg* are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to the new PTO governing the PPFs (PTO 18C) please provide complete responses within twenty (20) days with new certifications currently dated and signed by your clients.

   Merck reserves its right to move to dismiss the referenced actions for plaintiffs' failure to properly respond to the PPF pursuant to Pretrial Order 18C. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Thank you for your attention to this matter.

        Very truly yours,
        HUGHES HUBBARD & REED LLP

        John N. Poulos

JNP/mm
cc: Russ M. Herman, Esq.

M006598980

```
** TX STATUS REPORT **          AS OF   DEC 14 2006 14:19   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE    MIN/SEC   PGS   JOB#  STATUS
   17  12/14 14:18    985 646 1471  EC--S    00'33"   002   253   OK
```

# Hughes Hubbard & Reed LLP

**A New York Limited Liability Partnership**

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald J. Favre, Esq.          **DATE:**   December 14, 2006

**FIRM:**   Michael Hingle & Associates, LLC   **FAX NO:**   985-646-1471

**CITY:**   Slidell                       **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          **TEL NO:**   201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1028622_1.DOC

MODE598961

# Exhibit SS

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 14, 2006

**VIA TELECOPY AND MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
200 Gause Blvd. Suite 200
P.O. Box 1129
Slidell, LA  70459

Re:     In Re Vioxx® Products Liability Litigation

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for *June M. Davis*, *Freddy Dickson*, and *Ivory Darensburg* are grossly deficient.  Basic information is not provided and other information is incomplete or unclear.  Pursuant to the new PTO governing the PPFs (PTO 18C) please provide complete responses within twenty (20) days with new certifications currently dated and signed by your clients.

Merck reserves its right to move to dismiss the referenced actions for plaintiffs' failure to properly respond to the PPF pursuant to Pretrial Order 18C.  If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/mm
cc: Russ M. Herman, Esq.

MOO6598960

\*\* TX STATUS REPORT \*\*    AS OF   DEC 14 2006 14:19   PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 17 | 12/14 | 14:18 | 985 646 1471 | EC--S | 00'33" | 002 | 253 | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald J. Favre, Esq.    **DATE:** December 14, 2006

**FIRM:** Michael Hingle & Associates, LLC    **FAX NO:** 985-646-1471

**CITY:** Slidell    **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.    **TEL NO:** 201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1028622_1.DOC

M006598961

# Exhibit TT

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

      **Re:**     ***In re Vioxx® Products Liability Litigation***

Dear Mr. Favre:

         We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for David Duet continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

         Very truly yours,

         /s/ *John N. Poulos*

         John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
                        ***********************
                        ***    TX REPORT    ***
                        ***********************

        TRANSMISSION OK

        TX/RX NO               0532
        RECIPIENT ADDRESS      19856461471
        DESTINATION ID
        ST. TIME               08/14 15:09
        TIME USE               03'24
        PAGES SENT             15
        RESULT                 OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit UU

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:  *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

    We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Dominick Duprene continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO                0532
RECIPIENT ADDRESS       19856461471
DESTINATION ID
ST. TIME                08/14 15:09
TIME USE                03'24
PAGES SENT              15
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

Exhibit VV

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:    *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Minnie Falgout continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
     **********************
     ***   TX REPORT   ***
     **********************

     TRANSMISSION OK

     TX/RX NO            0532
     RECIPIENT ADDRESS   19856461471
     DESTINATION ID
     ST. TIME            08/14 15:09
     TIME USE            03'24
     PAGES SENT           15
     RESULT             OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit WW



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 14, 2006

**VIA TELECOPY AND MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
200 Gause Blvd. Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:   In re Vioxx® Products Liability Litigation

Dear Mr. Favre:

We are writing to seek clarification and/or identify certain deficiencies we have noted in the responses to the Plaintiff Profile Forms ("PPFs") we have received for the following plaintiffs listed below. Pursuant to the new PTO governing the PPFs - PTO 18C, please provide complete responses to the following within twenty (20) days with a new certification currently dated and signed by your clients.

| Plaintiff's Name | Deficiencies |
| --- | --- |
| Catherine Fletcher | • Because plaintiff submitted a Claimant Profile Form instead of a PPF, we will treat the submission as a PPF unless you inform us otherwise. |
| | • Please identify the case name to which this profile form relates. |
| | • Please provide the civil action number to which this case relates. |
| | • Pursuant to Pretrial Order 18(C), please provide revised medical authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, signed and dated by your client. |
| | • Section I(C)(1)(b) - Please provide the date of each injury listed in Section I(C)(1)(a). |
| | • Section I(D) - Please clarify your response. |
| | • Section II(B) - Please answer this question. If not applicable, please |

M007882202

Ronald J. Favre, Esq.                                            Page 2

| | |
|---|---|
| | • state "none."<br>• Section II(D) - Please specify your full address.<br>• Section II(E) - Please answer this question for the last ten (10) years.<br>• Section II(F) - Please answer this question. If not applicable, please state "none."<br>• Section II(L)(1)(c) - Please provide the approximate period(s) of disability.<br>• Section III(A) – Please answer this question. If never married, please state "none."<br>• Section III(D) - For each of your children, please list his/her name, age and address. If no children, please state "none."<br>• Section IV(B) - Please provide the dates, with month and year, that you began to take, and stopped taking Vioxx.<br>• Section IV(F) - Please answer this question. If not applicable, please state "none."<br>• Section V(C) - Please identify the average amount you smoke per day, and for how many years.<br>• Section V(F)(1) - Please provide the date(s) for your vascular surgery.<br>• Section V(F)(2) - Please answer this question. If not applicable, please state "none."<br>• Section V(F)(3) - Please complete this question.<br>• Section VIII(B) - Please provide the full name, address, and dates of treatment for Dr. Fouchi. Please answer this question for the last ten (10) years.<br>• Section VIII(C) - Please provide the full address and admission dates for Kenner Regional.<br>• Section VIII(D) - Please answer this question for the last ten (10) years. If not applicable, please state "none."<br>• Section VIII(E) - Please answer this question for the last ten (10) years.<br>• Section VIII(F) – Your response is illegible. Please provide the full name and address for each pharmacy that has dispensed medication to you in the last ten (10) years.<br>• Section VIII(G) - Please answer this question. If not applicable, please state "none."<br>• Section VIII(H) - Please answer this question. If not applicable, please state "none." |
| Joseph L. Evans | • Please identify the case name to which this profile form relates.<br>• Please provide the civil action number to which this case relates.<br>• Pursuant to Pretrial Order 18(C), please provide revised medical authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, signed and dated by your client. |

M007882203

Ronald J. Favre, Esq.                                                                      Page 3

| | |
|---|---|
| | • Section I(C)(1)(c) - Please identify the full name of each doctor at the University Hospital Emergency Room who diagnosed your stroke.<br>• Section II(B) - Please answer this question.  If not applicable, please state "none."<br>• Section III(C) through Section IV(G) are missing from your PPF. Please provide responses to each question in an amended or supplemental PPF.<br>• Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26.<br>• Section VII(B) - Please specify the full addresses for each primary care physician listed, and the full name of Dr. Khuri.<br>• Section VII(C) - Please specify the full address for each healthcare facility listed.<br>• Section VII(D) - Please provide the full address and admission dates for Sonora Quest Lab.<br>• Section VII(F) - Please specify the full address for Walgreens. |
| Rose Mary Dunn | • Please identify the case name to which this profile form relates.<br>• Please provide the civil action number to which this case relates.<br>• Pursuant to Pretrial Order 18(C), please provide revised medical authorizations, which can be found on the Eastern District of Louisiana's website at http://vioxx.laed.uscourts.gov/forms/forms.htm, signed and dated by your client.<br>• Section I(C)(1)(c) - Please identify the full name of each person at Slidell Memorial Hospital who diagnosed each injury listed in Section I(C)(1)(a).<br>• Section II(F) - Please provide the name of the state that issued your driver's license.<br>• Section II(G) - Please provide your date of birth and place of birth.<br>• Section II(J)(3) - Please answer this question.<br>• Section III(D) - For each of your children, please list his/her name, age and address.  If not applicable, please state "none."<br>• Section IV(A) - Please identify the full name of each person from Charity Hospital who prescribed Vioxx for you.<br>• Section IV(B) - Please provide the dates, with month and year, that you began to take, and stopped taking Vioxx, and also Bextra and Celebrex.<br>• Section IV(F) - Please answer this question.  If not applicable, please state "none."<br>• Section V(E) - Please clarify your response.<br>• Section VI(A) - Pursuant to Section VI(A) of the PPF and PTO 18C, |

M007882204

Ronald J. Favre, Esq.                                             Page 4

| | please provide records of all physicians, hospitals, pharmacies, and other healthcare providers identified in response to this PPF and continue to supplement each source in accordance with Fed. R. Civ. P. 26. |
| | • Section VII(A) - Please provide the full name and address for your current family and/or primary care physician(s). |
| | • Section VII(B) - Please provide the full name of each primary care physician who is currently treating you. |
| | • Section VII(C) - Please specify the full address for each healthcare facility listed, and provide each admission date at St. James. |
| | • Section VII(D) - Please specify the full address for each healthcare facility listed, and provide each admission date at Lane Memorial. |
| | • Section VII(E) - Please identify the full names, addresses, and dates of treatment for Drs. Swartzer and Fine, and specify the full names and addresses for each physician listed. Please answer this question for the last ten (10) years. |
| | • Section VII(F) - Please specify the full address for each pharmacy listed. |

The above-noted deficiencies are based on an initial review of the PPF responses. The fact that a particular deficiency is not set forth in this letter should not be construed as acceptance of the appropriateness of the response or waiver of plaintiffs' obligation to respond to each and every request in the PPFs and to supplement the PPFs as new information becomes available. Merck reserves its right to seek responsive answers to other requests in the fact sheet.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/mm

cc: Russ M. Herman, Esq.

M007882205

** TX STATUS REPORT **          AS OF   DEC 14 2006 14:04   PAGE.01

                                              HUGHES HUBBARD

        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   10   12/14 14:03      985 646 1471 EC--S  01'35"    005   244    OK

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO:        Ronald J. Favre, Esq.                  DATE:      December 14, 2006

FIRM:      Michael Hingle & Associates, LLC       FAX NO:    985-646-1471

CITY:      Slidell                                TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:        5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM:      John N. Poulos, Esq.                    TEL NO:    201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026622_1.DOC

M007882206

# Exhibit XX

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

    **Re:**  *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

    We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Tommy Foil continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:  Russ M. Herman, Esq. (via e-mail)

```
        ***********************
        ***   TX REPORT   ***
        ***********************


    TRANSMISSION OK

    TX/RX NO              0532
    RECIPIENT ADDRESS     19856461471
    DESTINATION ID
    ST. TIME              08/14 15:09
    TIME USE              03'24
    PAGES SENT            15
    RESULT                OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit YY

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> **Re:**   *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Linda Gabriel continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            0532
RECIPIENT ADDRESS   19856461471
DESTINATION ID
ST. TIME            08/14 15:09
TIME USE            03'24
PAGES SENT          15
RESULT              OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit ZZ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> **Re:**     _**In re Vioxx® Products Liability Litigation**_

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Gloria Gary continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

_/s/ **John N. Poulos**_

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO             0532
RECIPIENT ADDRESS    19856461471
DESTINATION ID
ST. TIME             08/14 15:09
TIME USE             03'24
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

Exhibit AAA

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

                    Re:       _**In re Vioxx® Products Liability Litigation**_

Dear Mr. Favre:

        We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Jeff Genovese continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

                    Very truly yours,

                    _/s/ **John N. Poulos**_

                    John N. Poulos

cc:      Russ M. Herman, Esq. (via e-mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0532
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:09
TIME USE              03'24
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit BBB

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

     *Re:*   <u>*In re Vioxx® Products Liability Litigation*</u>

Dear Mr. Favre:

    We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Billie Goffner continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:  Russ M. Herman, Esq. (via e-mail)

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              0532
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:09
TIME USE              03'24
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

## A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit CCC