# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:   *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

      We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Robert Gygon continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 0243
RECIPIENT ADDRESS        19856461471
DESTINATION ID
ST. TIME                 08/14 15:15
TIME USE                 02'02
PAGES SENT               15
RESULT                   OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit DDD

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re: *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Robert Haines continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc: Russ M. Herman, Esq. (via e-mail)

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0243
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:15
TIME USE              02'02
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP
_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit EEE

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:   *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

      We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Mattie Lee Harris continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
************************
***    TX REPORT    ***
************************

TRANSMISSION OK

TX/RX NO              0243
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:15
TIME USE              02'02
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit FFF

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

100 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re: *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

    We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Doris Henry continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 20, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc: Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO           0243
RECIPIENT ADDRESS  19856461471
DESTINATION ID
ST. TIME           08/14 15:15
TIME USE           02'02
PAGES SENT         15
RESULT             OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit GGG



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 16, 2007

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Ronald J. Fravre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

    *Re:*    *In re Vioxx® Products Liability Litigation*
           *MDL No. 1657*

Dear Mr. Fravre:

    We represent Defendant Merck & Co., Inc. ("Merck") in connection with the action referenced above. This letter is to notify you that the Plaintiff Profile Forms ("PPFs") for the Plaintiffs identified in Exhibit A, attached hereto, continue to remain grossly deficient and that you have not yet responded to either of Merck's two previous letters regarding these gross deficiencies. Exhibit A lists the full case name, docket number, and full name of each defaulting Plaintiff. The chart also lists the applicable deadline each Plaintiff had to serve a completed PPF and the dates Merck sent previous notice letters regarding these cases.

    Merck is hereby providing these Plaintiffs with one final twenty (20) day extension to either: (a) serve *completed* and verified PPFs, signed and dated Authorizations, and all responsive PPF-related medical records and other documents as mandated by Pre Trail Order 18C for each plaintiff identified in Exhibit A; or (b) complete and sign a Stipulation and Consent Order of Dismissal Without Prejudice ("Stipulation of Dismissal") in the form annexed hereto as Exhibit B.

    Please be advised that this is Merck's third and final notice letter regarding these Plaintiffs. If these Plaintiffs fail to serve complete and responsive PPFs or sign Stipulations of Dismissal within the time requested, Merck will move immediately to dismiss these cases with prejudice, without further warning or notice.

Very truly yours,

John N. Poulos

Enclosure

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M0E113058

```
** TX STATUS REPORT **           AS OF  MAR 16 2007 14:50  PAGE.01

                                                     HUGHES HUBBARD

        DATE  TIME      TO/FROM          MODE   MIN/SEC   PGS   JOB#  STATUS
    16  03/16 14:48   985 646 1471  EC--S   02'03"   007   134   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| TO:   | Ronald J. Favre, Esq.            | DATE:   | March 16, 2007 |
|-------|----------------------------------|---------|----------------|
| FIRM: | Michael Hingle & Associates, LLC | FAX NO: | 985-646-1471   |
| CITY: | Slidell                          | TEL NO: |                |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| FROM: | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026473_1.DOC

M0E113059

# EXHIBIT A

## OUTSTANDING GROSSLY DEFICIENT PPFs

|    | INJURED PARTY/PLAINTIFF | CASE CAPTION | DOCKET NUMBER | DATE OF 1ST NOTICE LETTER | DATE OF 2ND NOTICE LETTER |
|----|---|---|---|---|---|
| 1  | Arnold, Arley | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 2  | Aucoin, Michael | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 3  | Augustine, Charles | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 4  | Banks, Willie Ola | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 2/17/06 | 8/14/06 |
| 5  | Barnes, Ann | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 6  | Bass, David | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 7  | Bates, Vikki | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 8  | Bazert, Wilbert | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 9  | Bell, Ethel | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 10 | Ceaser, Wanda | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 11 | Archote, Mitton | Bailey v. Merck & Co., Inc. | 2:05-cv-06904 | 12/20/05 | 8/14/06 |
| 12 | Aguillard, Mary | Bailey v. Merck & Co., Inc. | 2:05-cv-06904 | 12/20/05 | 8/14/06 |
| 13 | Cheatteam, Orinetta | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 14 | Coker, Alice | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 15 | Dauzat, Foster | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 16 | Duet, David | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 17 | Duprene, Dominick | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 18 | Falgout, Minnie | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 19 | Foil, Tommy | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 20 | Gabriel, Linda | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 21 | Gary, Gloria | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 22 | Genovese, Jeff | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 23 | Goffner, Billie | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 24 | Granier, Arthur | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 25 | Gygon, Robert | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 26 | Haines, Robert | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 27 | Harrelson, Gladys | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |

M0E1113060

| #  | Name | Case | Docket | Date | Date |
|----|------|------|--------|------|------|
| 28 | Harris, Mattie Lee | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 29 | Henry, Doris | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 30 | Hogans, Ronald B. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/10/06 | 8/14/06 |
| 31 | Holmes, Ellen | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 32 | Hull, Melissa | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 33 | Hunter, Elaine | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 34 | Johnson, Marilyn | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 35 | Jones, Henry L. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/10/06 | 8/14/06 |
| 36 | Jones, Ione G. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 37 | Jones, Jennifer | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 38 | Jones, Marie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 39 | Jones, Pearl | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 40 | Jones, Tracie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 41 | Jordan, Preston | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 42 | Joseph, Ferdinand | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 43 | Kelly, Geraldine | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 44 | Kelly, John E. Jr. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 45 | Larson, Ema | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 46 | Lemon, Taris | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 47 | Lewis, Janice | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 48 | Lewis, Margie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 49 | Licieika, Lili | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/22/06 | 8/14/06 |
| 50 | Lockwood, Cyrus | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 51 | Louells, Robinson | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 52 | Lowe, Andrew | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 53 | Lumar, Sonya | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 54 | Malone, Normand | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 55 | McDowell, Irene | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 56 | McKay, Geneva | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 57 | McMiller, Hazel | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 58 | Menendez, Heidi | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 59 | Midgett, Margaret | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 60 | Miller, August | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 61 | Miller, Dorothy | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 62 | Mitchell, Bertha | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 63 | Mitchell, Joyce | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 64 | Monroe, Lola | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 65 | Ms, Anita | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 66 | Nelson, Sylvia | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 67 | Nodd, Veronica | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 68 | Penalver, Clydie | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 69 | Petit, Sharon | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 70 | Poche, Raymond | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 71 | Rawls, Vander | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 72 | Ricks, Nellie | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 73 | Robinson, Mildred | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 74 | Rose, Ralph | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |

M00E113061

| 75 | Scott, Ethel | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| --- | --- | --- | --- | --- | --- |
| 76 | Scott, Lovetha | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 77 | Shaffette, Hazel | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 78 | Sheridan, Linda | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 79 | Simpson, Wallace | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 80 | Smallwood, Leroy | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 81 | Smith, Lena | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 82 | Spears, Kathryn | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 83 | Sweet, Kim | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 84 | Taylor, Betty | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 85 | Teter, William | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 86 | Thompson, Jocelyn | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 87 | Varnado, Freddy | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 88 | White, Verlin | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 89 | Williams, Diane | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 90 | Williams, Lavita | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 91 | Wilson-Williams, Sarah | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |

M00E113062