# Exhibit A

## Exhibit A

Plaintiffs Represented by Michael Hingle and Associates Who Have Provided Grossly Deficient or Incomplete PPFs

| Vioxx User/Plaintiffs | Case Caption | Docket Number | Date Gross PPF was Served or Last Updated | Exhibit | Date of Merck's 1st Notice Letter | Exhibit | Date of Merck's 2nd Notice Letter | Exhibit | Date of Merck's 3rd Notice Letter | Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| Hogans, Ronald B. | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 04/03/07 | B | 05/10/06 | V | 08/14/06 | PP | 03/16/07 | JJJ |
| Holmes, Ellen* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 (Plaintiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | C | 12/21/05 | W | 08/14/06 | QQ | 03/16/07 | JJJ |
| Hull, Melissa A.* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | D | 12/21/05 | X | 08/14/06 | RR | 03/16/07 | JJJ |
| Hunter, Elaine S.* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | E | 12/21/05 | Y | 08/14/06 | SS | 03/16/07 | JJJ |
| Jones, Henry L. | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | F | 05/10/06 | Z | 08/14/06 | TT | 03/16/07 | JJJ |
| Jones, Jennifer* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | G | 12/21/05 | AA | 08/14/06 | UU | 03/16/07 | JJJ |
| Jones, Pearl* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 (Plaintiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | H | 12/21/05 | BB | 08/14/06 | VV | 03/16/07 | JJJ |
| Jones, Tracie N.* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | I | 12/21/05 | CC | 08/14/06 | WW | 03/16/07 | JJJ |
| Joseph, Ferdinand* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 (Plaintiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | J | 12/21/05 | DD | 08/14/06 | XX | 03/16/07 | JJJ |
| Larson, Erna* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | K | 12/21/05 | EE | 08/14/06 | YY | 03/16/07 | JJJ |

## Exhibit A

Plaintiffs Represented by Michael Hingle and Associates Who Have Provided Grossly Deficient or Incomplete PPFs

| Vioxx User/Plaintiffs | Case Caption | Docket Number | Date Gross PPF was Served or Last Updated | Exhibit | Date of Merck's 1st Notice Letter | Exhibit | Date of Merck's 2nd Notice Letter | Exhibit | Date of Merck's 3rd Notice Letter | Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| Lemon, Taris* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | L | 12/21/05 | FF | 08/14/06 | ZZ | 03/16/07 | JJJ |
| Lewis, Janice M.* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | M | 12/21/05 | GG | 08/14/06 | AAA | 03/16/07 | JJJ |
| Lewis, Margie (d) | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 (Plantiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 03/02/07 | N | 12/21/05 | HH | 08/14/06 | BBB | 03/16/07 | JJJ |
| Licieica, Lili D.* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | O | 05/22/06 | II | 08/14/06 | CCC | 03/16/07 | JJJ |
| Louells, Robinson* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 (Plantiff also named in Lois Bailey v. Merck & Co., Inc. 2:05-cv-06904) | 12/15/05 | P | 12/21/05 | JJ | 08/14/06 | DDD | 03/16/07 | JJJ |
| Lumar, Sonya* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | Q | 12/21/05 | KK | 08/14/06 | EEE | 03/16/07 | JJJ |
| Malone, Normand* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | R | 12/20/05 | LL | 08/14/06 | FFF | 03/16/07 | JJJ |
| McKay, Geneva* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | S | 12/21/05 | MM | 08/14/06 | GGG | 03/16/07 | JJJ |
| McMiller, Hazel* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | T | 12/21/05 | NN | 08/14/06 | HHH | 03/16/07 | JJJ |
| Menendez, Heidi D.* | Hillard, Arterbell D. v. Merck & Co., Inc. | 2:05-cv-04459 | 12/15/05 | U | 12/21/05 | OO | 08/14/06 | III | 03/16/07 | JJJ |

* Indicates that these Plaintiffs have only provided 2 pages of the 10 page PPF form.

# Exhibit B



*updated PPF*
*04.02.07*

14353902

Apr 3 2007
3:28PM

Exhibit A

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: *Ronald B. Hogans*
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: *Ronald B. Hogans*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: *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*

2. Maiden or other names used or by which you have been known: *Hogan*

3. Address: *3419 Huntlee Dr N.O. La. 70131*

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *Louisiana / Individual - Self*

5. If you were appointed as a representative by a court, state the:
   Court: _____     Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured?_____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

DEC 1 2 2005

SLIDELL

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No _____  *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? abnormal rhythm, Atrial Fibrillation Stroke

   b. When do you claim this injury occurred? A 4-2004 Dr. Ganji Stroke

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓  *If "yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ✓ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. Never recovered

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: Dr R. Matheney, West Jefferson Hospital   Dr Ganji West Jefferson Hospital

   b. To your understanding, condition for which treated: _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Ronald B. Hogans

B. Maiden or other names used or by which you have been known: Hogan

C. Social Security Number: 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

D. Address: 3419 Huntlee N.O. La. 70131

DEC 12 2005

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 326 Opelousas Ave N.O.La. 70114 | 1975 – 2005 |

F. Driver's License Number and State Issuing License: __005159935__

G. Date of Place and Birth: __4-9-64__

H. Sex: Male __✓__ Female _____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Southern Univ. | 1982 – 1986 | | |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Harrah's New Orl | 1 Canal St. N.O.La. 70130 | Casino | Security Casino |

3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No _____

   If "yes," state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No __✓__

   If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No _____

189839_1

DEC 12 2005

SLIDELL

L.  Insurance / Claim Information:

  1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?  Yes __✓__  No _____  *If "yes,"* to the best of your knowledge please state:

      a.  Year claim was filed: _2002_
      b.  Nature of disability: _Atrial Fibrillation, abnormal rhythm_
      c.  Approximate period of disability: _5-2003_

  2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____  No _____  *If "yes,"* set forth when and the reason. _____

  3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes _____  No _____  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes _____  No __✓__  *If "yes,"* set forth where, when and the felony and/or crime. _____

## III.  FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _NONE_

B.  Has your spouse filed a loss of consortium claim in this action?  Yes _____  No _____

DEC 12 2005

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?  Yes _____  No __X__  Don't Know __✓__ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. __No_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you?  **Dr. James Todd**

B. On which dates did you begin to take, and stop taking, VIOXX®? _____

C. Did you take VIOXX® continuously during that period?
   Yes _____  No _____  Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _____

_____

E. Did you renew your prescription for VIOXX®? Yes _____  No _____  Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   _____ 25 mg Tablet (round, yellow, MRK 110)
   _____ 25 mg Oral Suspension
   _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _____

I.   Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

J.   What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _____

K.   What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _____

L.   Instructions or Warnings:

   1.   Did you receive any written or oral information about VIOXX® before you took it?  Yes _   No _✓_  Don't Recall _____

   2.   Did you receive any written or oral information about VIOXX® while you took it?  Yes _____  No _✓_  Don't Recall _____

   3.   *If "yes,"*

      a.   When did you receive that information? _____

      b.   From whom did you receive it? _____

      c.   What information did you receive? _____

      _____

## V.  MEDICAL BACKGROUND

A.   Height: 6'7

B.   Current Weight: 457
   Weight at the time of the injury, illness, or disability described in Section I(C):

   _____

C.   Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   _✓_   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   ___   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

      a.   Date on which smoking/tobacco use ceased: _____

      b.   Amount smoked or used: on average_____ per day for _____ years.

   ___   Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

      a.   Amount smoked or used: on average _____ per day for _____ years.

   ___   Smoked different amounts at different times.

D.   Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____ No _✓_ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after you first experienced your alleged VIOXX®-related injury?" Yes _____  No __✓__  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |
|                        |      |                    |          |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes __✓__  No _____  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes ___✓___  No _____

B. Decedent's death certificate (if applicable).  Yes _____  No __✓__

C. Report of autopsy of decedent (if applicable).  Yes _____  No __✓__

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes ___ No __✓__

If you answer "yes", set forth in the space provided:

    i.   There is _____ number of _____ mg tablets remaining.

    ii.   There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No __✓__

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes _____ No __✓__

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No __✓__

E. Documents that evidence any communication between you and any doctor, employer,

DEC 1 2 2005

SLIDELL

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes _____ No _____

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes _____ No _____

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes _____ No _____

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr R. Mathewy | West Jefferson Hospital |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr P. Ganji | West Jefferson | 1995 – Today |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| West Jefferson | | | |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

DEC 12 2005

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |
|      |         |                    |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____        _____        _____
Signature                              Print Name                            Date

Exhibit C

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: _Ellen Holmes_ |
| Civil Action No: *05-4459* | (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

 1. Social Security Number: _____

 2. Maiden Or Other Names Used or By Which You Have Been Known: _____

 3. Address: _____

 4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

 5. If you were appointed as a representative by a court, state the:

 Court: _____     Date of Appointment: _____

 6. What is your relationship to deceased or represented person or person claimed to be injured? _____

 7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____  *If "yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

            _____

        b. When do you claim this injury occurred?_____

        c. Who diagnosed the condition? _____

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____  *If "yes,"* when and who diagnosed the condition at that time? _____

            _____

            _____

        e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

            _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a. Name and address of each person who treated you: _____

            _____

        b. To your understanding, condition for which treated: _____

            _____

        c. When treated: _____

        d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Ellen Holmes_____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: _5467 Provincial Place N.O., LA 70129_____

189839_1

# Exhibit D

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Melissa Hull*
(name)

Civil Action No: 05-4459

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _____

2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

3.  Address: _____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

    Court: _____     Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

     a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
       _____

     b. When do you claim this injury occurred? _____

     c. Who diagnosed the condition? _____

     d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
       _____

     e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
       _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

     a. Name and address of each person who treated you: _____
       _____

     b. To your understanding, condition for which treated: _____
       _____

     c. When treated: _____

     d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Melissa Hull*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *265 - 45 - 8515*

D. Address: *P.O. Box 911 Franklinton LA 70438*

189839_1

# Exhibit E

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Elaine Newter*
(name)

Civil Action No: *05-4459*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

  1. Social Security Number: _____

  2. Maiden Or Other Names Used or By Which You Have Been Known: _____

  3. Address: _____

  4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

  5. If you were appointed as a representative by a court, state the:

    Court: _____   Date of Appointment: _____

  6. What is your relationship to deceased or represented person or person claimed to be injured? _____

  7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____   *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred? _____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____   *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____
   _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Elaine Hunter*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *1007 Estalote Ave Harvey, LA 70058*

189839_1

# Exhibit F

Exhibit A

624-3563

**IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION**

MDL Docket No. 1657

Claimant: _HENRY L. JONES_
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

**I.   CASE INFORMATION**

A. Name of person completing this form: _Phulette Jackson_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden or other names used or by which you have been known: _Jackson_

3. Address: _730 Coffee St._

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _Live in Lady Friend_
   _Mother of his Daughter Kayla Jones_
   _Jack_

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _July 31, 2005_

NY:189839_1

DEC 9 2005

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____   *If "yes,"*

    a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _UN KNOWN_____

    _____

    b. When do you claim this injury occurred? _UNKNOWN_____

    c. Who diagnosed the condition? _UNKNOWN_____

    d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____   *If "yes,"* when and who diagnosed the condition at that time? _UNKNOWN_____

    _____

    _____

    e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

    _____ _UNKNOWN_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: _UNKNOWN_____

    _____

    b. To your understanding, condition for which treated: _____

    _____

    c. When treated: _____

    d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: _____

189839_1

DEC 9 2005

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
|  |  |
|  |  |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: _June 25 1944_____

H. Sex: Male ✓   Female ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
|  |  |  | _High School_ |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No ____

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C):_____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ✓ No ____

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ✓

189839_1

DEC 9 2005

Page 3 of 11

L.  Insurance / Claim Information:

  1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes _____ No _____ *If "yes,"* to the best of your knowledge please state:

     a. Year claim was filed: _____

     b. Nature of disability: _____

     c. Approximate period of disability: _____

  2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No _____ *If "yes,"* set forth when and the reason. _____
     _____
     _____

  3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes _____ No _____ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____
     _____
     _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes _____ No _____ *If "yes,"* set forth where, when and the felony and/or crime. _____
     _____

## III.   FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
     UNKNOWN _____

B.  Has your spouse filed a loss of consortium claim in this action? Yes _____ No _____

DEC 9 2005

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____ Unknown _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____
_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? Unknown _____

B. On which dates did you begin to take, and stop taking, VIOXX®? _____

C. Did you take VIOXX® continuously during that period?
   Yes _____ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _____
_____

E. Did you renew your prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   _____ 25 mg Tablet (round, yellow, MRK 110)
   _____ 25 mg Oral Suspension
   _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _____

189839_1

DEC 9 2005

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____  No _____  Don't Recall _____

J.  What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? ___unknown_____

K.  What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? __unknown_____

L.  Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it? Yes _  No _____  Don't Recall _____

   2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____  No _____  Don't Recall _____

   3. If "yes,"
      a. When did you receive that information?_____
      b. From whom did you receive it?_____
      c. What information did you receive? _____
      _____

## V. MEDICAL BACKGROUND

A. Height: _____

B. Current Weight: _____
   Weight at the time of the injury, illness, or disability described in Section I(C):
   _____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
   ____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
      a. Date on which smoking/tobacco use ceased: _____
      b. Amount smoked or used: on average _1½_ per day for _____ years.
   ____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
      a. Amount smoked or used: on average _____ per day for _____ years.
   ____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No _____ If *"yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

DEC 9 2005

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No _____  Don't Recall _____ *unknown*

If "*yes*", identify each substance and state when you first and last used it. _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |
|                        |      |                    |          |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____  No _____  Don't Recall _____  If "*yes*," answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |

189839_1

Page 7 of 11

DEC 9 2005

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No _____

B. Decedent's death certificate (if applicable). Yes _____ No _____

C. Report of autopsy of decedent (if applicable). Yes _____ No _____

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes ___ No ___          *v N.Known*

If you answer "yes", set forth in the space provided:

    i.   There is _____ number of _____ mg tablets remaining.

    ii.   There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No ___

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ___ No ___

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No ___

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

DEC 9 2005

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ___

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ___

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ___

## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.   Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Ronald Elioso?? | 201 St. Ann St Markville |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Lake View Hos |  |  |  |
|  |  |  |  |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

DEC  9 2005

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |
|      |         |                    |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |



## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____          _____          _____
Signature                                          Print Name                                          Date

Exhibit G

| | |
|---|---|
| IN RE:  VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 05-4459 | Plaintiff: _Jennifer Jones_<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1.  Social Security Number:_____

    2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

    3.  Address:_____

    4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

    5.  If you were appointed as a representative by a court, state the:

        Court: _____   Date of Appointment: _____

    6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

    7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
   Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Jennifer Jones_____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: _P.O. Box 725 Vacherie, LA 70090_

189839_1

# Exhibit H

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: *Pearl Jones* (name) |
| Civil Action No: 05-4459 | |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____   Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Pearl Jones*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *1052 N. Miro N.O. LA 70119*

189839_1

# Exhibit I

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: Civil Action No: *05-4459* | Plaintiff: *Tracie Jones* (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1. Social Security Number: _____

    2. Maiden Or Other Names Used or By Which You Have Been Known: _____

    3. Address: _____

    4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

    5. If you were appointed as a representative by a court, state the:

        Court: _____ Date of Appointment: _____

    6. What is your relationship to deceased or represented person or person claimed to be injured? _____

    7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: *Tracie Jones*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *479 Haddox Rd Trout LA 71371*

189839_1

# Exhibit J

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Ferdinand Joseph*
(name)

Civil Action No: *05-4459*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____     Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Ferdinand Joseph* _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *1679 Humanity St. N.O., LA 70122*

189839_1

# Exhibit K

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: *05-4459* | Plaintiff: *Eria Larson*<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address:_____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____   Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____