C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

    a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
    _____

    b. When do you claim this injury occurred?_____

    c. Who diagnosed the condition? _____

    d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
    _____
    _____

    e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
    _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: _____
    _____

    b. To your understanding, condition for which treated: _____
    _____

    c. When treated: _____

    d. Medications prescribed or recommended by provider: _____

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: *Erna Lapson* _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *1109 King Dr. Marrero, LA 70072*

189839_1

# Exhibit L

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Takis Lemon*
(name)

Civil Action No: 05-4459

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

　1. Social Security Number: _____

　2. Maiden Or Other Names Used or By Which You Have Been Known: _____

　3. Address: _____

　4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

　5. If you were appointed as a representative by a court, state the:

　　Court: _____ Date of Appointment: _____

　6. What is your relationship to deceased or represented person or person claimed to be injured? _____

　7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

  1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

    a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

    b. When do you claim this injury occurred?_____

    c. Who diagnosed the condition? _____

    d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

    e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: _____
_____

    b. To your understanding, condition for which treated: _____
_____

    c. When treated: _____

    d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Jakis Lemon*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *978 Beachgrove Apt G Westwego LA 70094*

189839_1

# Exhibit M

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: Civil Action No: 05- 4459 | Plaintiff: *Janice Lewis* (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____ Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

         _____

      b. When do you claim this injury occurred?_____

      c. Who diagnosed the condition? _____

      d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

         _____

         _____

      e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

         _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _____

         _____

      b. To your understanding, condition for which treated: _____

         _____

      c. When treated: _____

      d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Daniel Lewis* _____

B. Maiden of other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *535 Third Ave Harvey LA 70058*

189839_1

# Exhibit N

*updated PPF*
*03.01.07*



Mar 2 2007
8:29AM

Exhibit A

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: *Margie Elouise Lewis*
                        (name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A.  Name of person completing this form: *Louanda M. Thomas*

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: *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*

2.  Maiden or other names used or by which you have been known: *not applicable*

3.  Address: *3207 Baronne St. N.O., LA. 70115*

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *Margie Elouise Lewis*

5.  If you were appointed as a representative by a court, state the:

    Court: *not applicable*        Date of Appointment: *N/A*

6.  What is your relationship to deceased or represented person or person claimed to be injured? *Daughter*

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: *Jan. 29, 2003, Address is, North Shore Regional Medical CTR. 100 Medical DR., SLIDELL, LA.*

NY 189839_1            DEC   2005

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking
      VIOXX®? Yes ✓   No,   *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your
         use of VIOXX®? _heart attack & death_

      b. When do you claim this injury occurred?_ 01·29·2003

      c. Who diagnosed the condition? _not applicable_

      d. Did you ever suffer this type of injury prior to the date set forth in answer to
         the prior question? Yes ____ No _applicable_ *If "yes,"* when and who
         diagnosed the condition at that time? _not applicable_

      e. Do you claim that that your use of VIOXX® worsened a condition that you
         already had or had in the past? Yes ____ No _N/A_ *If "yes,"* set forth the
         injury or condition; whether or not you had already recovered from that injury
         or condition before you took VIOXX®; and the date of recovery, if any. _____
         _not applicable_

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
   Yes ____ No _not applicable_

   *If "yes,"* for each provider (including but not limited to primary care physician,
   psychiatrist, psychologist, counselor) from whom have sought treatment for
   psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _not applicable_

      b. To your understanding, condition for which treated: _not applicable_

      c. When treated: _not applicable_

      d. Medications prescribed or recommended by provider: _not applicable_

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _N/A_

B. Maiden or other names used or by which you have been known: _not applicable_

C. Social Security Number: _not applicable_

D. Address: _not applicable_

E. Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| not applicable | not applicable |
| not applicable | not applicable |

F. Driver's License Number and State Issuing License: _not applicable_

G. Date of Place and Birth: _not applicable_

H. Sex:  Male _N/A_  Female _N/A_

I. Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| not applicable | N/A | N/A | N/A |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| not applicable | N/A | N/A | N/A |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| not applicable | not applicable | N/A | N/A |
| not applicable | not applicable | N/A | N/A |

3. Are you making a wage loss claim for either your present or previous
employment?  Yes _N/A_  No _N/A_

If "yes," state your annual income at the time of the injury alleged in
Section I(C): _not applicable_

K. Military Service Information:  Have you ever served in the military, including the
military reserve or national guard?  Yes _N/A_  No _N/A_

If "yes," were you ever rejected or discharged from military service for any reason
relating to your physical, psychiatric or emotional condition?  Yes _N/A_  No _N/A_

189839_1

DFC

Page 3 of 11

L. Insurance / Claim Information:

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _N/A_   No _N/A_   If "yes," to the best of your knowledge please state:

      a. Year claim was filed: _not applicable_

      b. Nature of disability: _not applicable_

      c. Approximate period of disability: _not applicable_

   2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _N/A_ , No _N/A_   If "yes," set forth when and the reason.  _not applicable_

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _N/A_   No _N/A_   If "yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._not applicable_

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _N/A_   No _N/A_   If "yes," set forth where, when and the felony and/or crime. _not applicable_

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _unknown_

B. Has your spouse filed a loss of consortium claim in this action?   Yes _N/A_   No _N/A_

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ✓ No _____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: *Rosa Viola Hayward*

Current Age (or Age at Death): *unknown*

Type of Problem: *arteriosclerosis*

If Applicable, Cause of Death: *arteriosclerosis*

D. If applicable, for each of your children, list his/her name, age and address: _____
*unknown*

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. *Louanda M. Thomas*

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? *Gregory L. Molden*
*2121 Magazine St. New Orleans, LA 70130*

B. On which dates did you begin to take, and stop taking, VIOXX®? *not applicable*

C. Did you take VIOXX® continuously during that period?
Yes _____ No *N/A* Don't Recall *N/A*

D. To your understanding, for what condition were you prescribed VIOXX®? _____
*not applicable*

E. Did you renew your prescription for VIOXX®? Yes _____ No *N/A* Don't Recall *N/A*

F. If you received any samples of VIOXX®, state who provided them. what dosage, how much and when they were provided: *none received*

G. Which form of VIOXX® did you take (check all that apply)?
*N/A* 12.5 mg Tablet (round, cream, MRK 74)
*N/A* 12.5 mg Oral Suspension
*N/A* 25 mg Tablet (round, yellow, MRK 110)
*N/A* 25 mg Oral Suspension
*N/A* 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? *not applicable*

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ____ No _N/A_ Don't Recall _N/A_

J.  What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _not applicable_

K.  What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _not applicable_

L.  Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it? Yes __ No _N/A_ Don't Recall _N/A_

   2. Did you receive any written or oral information about VIOXX® while you took it? Yes ____ No _N/A_ Don't Recall _N/A_

   3. If "yes,"
      a. When did you receive that information? _not applicable_
      b. From whom did you receive it? _not applicable_
      c. What information did you receive? _not applicable_

## V. MEDICAL BACKGROUND

A.  Height: _unknown_

B.  Current Weight: _unknown_
    Weight at the time of the injury, illness, or disability described in Section I(C): _unknown_

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
    _N/A_  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
    _✓_  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
        a. Date on which smoking/tobacco use ceased: _unknown_
        b. Amount smoked or used: on average _unknown_ per day for _unknown_ years.
    _N/A_  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
        a. Amount smoked or used: on average _N/A_ per day for _N/A_ years.
    _N/A_  Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _✓_ No ____ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

in the complaint:

_N/A_ drinks per week,

_N/A_ drinks per month,

_N/A_ drinks per year, *or*

Other (describe): _not applicable_

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____ No _N/A_ Don't Recall _N/A_

*If "yes"*, identify each substance and state when you first and last used it. _____

_not applicable_

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery: *not Applicable*

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| unknown | unknown | Dr. Molden | Dr. office |
| unknown | unknown | Dr. Zamanian | Kenner Regional |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✔ No _____ Don't Recall _____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| chest x ray | unknown | Dr. Zamanian | Kenner Regional | unknown |
| EKG angiogram | unknown | Dr. Zamanian | Kenner Regional | unknown |

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _✓_  No _____

B.  Decedent's death certificate (if applicable).  Yes _✓_  No _____

C.  Report of autopsy of decedent (if applicable).  Yes _____  No _✓_

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A.  Unused VIOXX®.

Yes _N/A_  No _no + applicable_

If you answer "yes", set forth in the space provided:

  i.   There is _N/A_ number of _N/A_ mg tablets remaining.

  ii.  There is _N/A_ amount of _N/A_ mg oral suspension remaining.

B.  Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes _N/A_  No _N/A_

C.  Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes _N/A_  No _N/A_

D.  Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes _____  No _Unknown_

E.  Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ____ No _N/A_

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ____ No _N/A_

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ____ No _N/A_

## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
| --- | --- |
| Dr. Zamanian | 200 W. Esplanade Ave. 70065 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
| --- | --- | --- |
| Dr. Molden | unKnown | unKnown |
| Dr. Ghosh-Narang | unKnown | unKnown |
| Dr. Brown | unKnown | unKnown |
| unKnown | unKnown | unKnown |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
| --- | --- | --- | --- |
| Kenner Regional | 180 W. Esplanade | unKnown | unKnown |
| Tulane Hospital | 1415 Tulane Ave. | unKnown | unKnown |
| unKnown | unKnown | unKnown | unKnown |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Kenner Regional | 180 W. Esplanade | unknown | unknown |
| Tulane Hospital | 1415 Tulane Ave | unknown | unknown |
| DR. G.L. Molden Pike | 2121 Magazine St | unknown | unknown |

E.   Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| DR. Zamanian | 180. W. Esplanade | unknown |
| DR. Molden | 2121 Magazine St. | unknown |
| DR. Brown | unknown | unknown |

F.   Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Winn Dixie #1437 | 2841 South Claiborne |
| Walgreens | South Claiborne + Napoleon |
| unknown | unknown |

G.   If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| unknown | unknown |
| unknown | unknown |
| unknown | unknown |

H.   If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| not applicable | not applicable |
| not applicable | not applicable |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Louanda M. Thomas_          _Louanda M. Thomas_          _12-05-05_
Signature                                   Print Name                              Date

189839_1

Exhibit O

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: *Lili Licuika* (name) |
| Civil Action No: 05 – 4459 | |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____   Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

      a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
_____

      b.  When do you claim this injury occurred?_____

      c.  Who diagnosed the condition? _____

      d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
_____
_____

      e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a.  Name and address of each person who treated you: _____
_____

      b.  To your understanding, condition for which treated: _____
_____

      c.  When treated: _____

      d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name *Lili Licuura* _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *2512 Kennett Dr. Violet, LA 70092*

189839_1

Exhibit P

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: *05-4459*

Plaintiff: *Robinson Lovell*
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____     Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____   *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____   *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Robinson Lowells* _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *1625 Garden St. Kenner, LA 70065*

189839_1

# Exhibit Q

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Sonya Lunak*
(name)

Civil Action No: 05-4459

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address:_____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____ Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____   *If "yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

_____

        b. When do you claim this injury occurred?_____

        c. Who diagnosed the condition? _____

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____   *If "yes,"* when and who diagnosed the condition at that time? _____

_____

_____

        e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a. Name and address of each person who treated you: _____

_____

        b. To your understanding, condition for which treated: _____

_____

        c. When treated: _____

        d. Medications prescribed or recommended by provider: _____

**II.**   <u>**PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**</u>

A. Name: *Sonya Lumar*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *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*

D. Address: *19371 Chestnut Lane Vacherie, LA 70090*

189839_1

# Exhibit R

IN RE:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No: *05-4459*

Plaintiff: *Normand. Malone*
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1.  Social Security Number:_____

    2.  Maiden Or Other Names Used or By Which You Have Been Known:_____

    3.  Address:_____

    4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

    5.  If you were appointed as a representative by a court, state the:

        Court: _____    Date of Appointment: _____

    6.  What is your relationship to deceased or represented person or person claimed to be injured?_____

    7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____   *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____   *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Normand Malone*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: *P.O. Box 1083 Ball, LA 71405*

189839_1

# Exhibit S

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: _Geneva McKay_
(name)

Civil Action No: _05-4459_

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____   Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____
   _____

   b. When do you claim this injury occurred?_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   _____

   b. To your understanding, condition for which treated: _____
   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Geneva McKay_____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _435 - 31 - 3994_____

D. Address: _404 B Harden Dr. Hammond, LA 70401_____

Exhibit T

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: _Hazel Mc Miller_
(name)

Civil Action No: 05-4459

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:
   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking
    VIOXX®? Yes_____ No_____ *If "yes,"*

    a.  What is your understanding of the bodily injury you claim resulted from your
        use of VIOXX®? _____
        _____

    b.  When do you claim this injury occurred?_____

    c.  Who diagnosed the condition? _____

    d.  Did you ever suffer this type of injury prior to the date set forth in answer to
        the prior question? Yes _____ No _____ *If "yes,"* when and who
        diagnosed the condition at that time? _____
        _____
        _____

    e.  Do you claim that that your use of VIOXX® worsened a condition that you
        already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the
        injury or condition; whether or not you had already recovered from that injury
        or condition before you took VIOXX®; and the date of recovery, if any. _____
        _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
    Yes _____ No _____

    *If "yes,"* for each provider (including but not limited to primary care physician,
    psychiatrist, psychologist, counselor) from whom have sought treatment for
    psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a.  Name and address of each person who treated you: _____
        _____

    b.  To your understanding, condition for which treated: _____
        _____

    c.  When treated: _____

    d.  Medications prescribed or recommended by provider: _____

II.  **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A.  Name: _Hazel Mc Miller_____

B.  Maiden or other names used or by which you have been known: _____

C.  Social Security Number: _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_____

D.  Address: _5 St. Claude Ct. N.O., LA 70117_____

189839_1

# Exhibit U

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: *Heidi Menendez*
(name)

Civil Action No: *05 - 4459*

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number:_____

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address:_____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

     Court: _____ Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured?_____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking
      VIOXX®? Yes_____ No_____ *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your
         use of VIOXX®? _____
         _____

      b. When do you claim this injury occurred?_____

      c. Who diagnosed the condition? _____

      d. Did you ever suffer this type of injury prior to the date set forth in answer to
         the prior question? Yes _____ No _____ *If "yes,"* when and who
         diagnosed the condition at that time? _____
         _____
         _____

      e. Do you claim that that your use of VIOXX® worsened a condition that you
         already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the
         injury or condition; whether or not you had already recovered from that injury
         or condition before you took VIOXX®; and the date of recovery, if any. _____
         _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
   Yes _____ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician,
   psychiatrist, psychologist, counselor) from whom have sought treatment for
   psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: _____
         _____

      b. To your understanding, condition for which treated: _____
         _____

      c. When treated: _____

      d. Medications prescribed or recommended by provider: _____

**II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: _Heidi Menendez_____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: _P. O. Box 70057 Halmville, LA 70057_____

189839_1

# Exhibit V

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 10, 2006

**VIA TELECOPY AND MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates, LLC
220 Gause Boulevard
Slidell, LA 70459

Re:     In Re Vioxx® Products Liability Litigation

Dear Ms. Lamarche:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for *Ronald B. Hogans* is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg
cc: Russ M. Herman, Esq.

One Battery Park Plaza       47, Avenue Georges Mandel       350 South Grand Avenue       201 South Biscayne Boulevard       Akasaka Tokyu Building 6F       1775 I Street, N.W.
New York, New York          75116 Paris, France              Los Angeles, California          Miami, Florida                  2-14-3 Nagata-cho, Chiyoda-ku   Washington, D.C.
10004-1482                  (33) (1) 44.05.80.00            90071-3442                      33131-4332                      Tokyo 100-0014 Japan            20006-2401
212-837-6000                                                213-613-2800                    305-358-1666                    (81) (3) 3539-2771              202-721-4600

```
** TX STATUS REPORT **              AS OF   MAY 10 2006 18:21   PAGE.01
                                            HUGHES HUBBARD

      DATE TIME       TO/FROM      MODE    MIN/SEC   PGS   JOB#   STATUS
  08  05/10 18:20    713 225 0827  EC--S   00'33"    002   038    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** David P. Matthews, Esq.            **DATE:** May 10, 2006

**FIRM:** Abraham, Watkins, Nichols, Sorrels,    **FAX NO:** 713-225-0827
Matthews & Friend

**CITY:** Houston                          **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.            **TEL NO:** 201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1032922_1.DOC

M006872297

Exhibit W

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Arterbell Hillard v. Merck & Co., Inc.
Docket No. 05-4459

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Ellen Holmes is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 12/21/2005 12:31
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────────┐
│   DATE,TIME         12/21  12:26                                        │
│   FAX NO./NAME      100073418351 9856461471                            │
│   DURATION          00:04:52                                           │
│   PAGE(S)           41                                                 │
│   RESULT            OK                                                 │
│   MODE              STANDARD                                           │
│                     ECM                                                │
└──────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | **DATE:** | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | **FAX NO:** | 985-646-1471 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.          **TEL NO:**   201-536-9220

**MESSAGE:**

# Exhibit X

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

   Re:  Arterbell Hillard v. Merck & Co., Inc.
      Docket No. 05-4459

Dear Mr. Favre:

    We are writing to inform you that the Plaintiff Profile Form ("PPF") for Melissa Hull is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

    Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

    Thank you for your attention to this matter.

        Very truly yours,
        HUGHES HUBBARD & REED LLP


        */s/ John N. Poulos*
        John N. Poulos


JNP/jmg

 cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 12/21/2005 12:31
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : 000005100038
```

```
    DATE,TIME         12/21  12:26
    FAX NO./NAME      10007341835198856461471
    DURATION          00:04:52
    PAGE(S)           41
    RESULT            OK
    MODE              STANDARD
                      ECM
```

# Hughes Hubbard & Reed LLP

**A New York Limited Liability Partnership**

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.                    DATE: December 21, 2005

**FIRM:** Michael Hingle & Associates          FAX NO: 985-646-1471

**CITY:** _____                  TEL NO: _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.                 TEL NO: 201-536-9220

MESSAGE:

# Exhibit Y