# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:    Arterbell Hillard v. Merck & Co., Inc.
             Docket No. 05-4459

Dear Mr. Favre:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for Elaine Hunter is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

                        Very truly yours,
                        HUGHES HUBBARD & REED LLP

                        */s/ John N. Poulos*
                        John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

| One Battery Park Plaza New York, New York 10004-1482 212-837-6000 | 47, Avenue Georges Mandel 75116 Paris, France (33) (1) 44.05.80.00 | 350 South Grand Avenue Los Angeles, California 90071-3442 213-613-2800 | 201 South Biscayne Boulevard Miami, Florida 33131-4332 305-358-1666 | Akasaka Tokyu Building 6F 2-14-3 Nagata-cho, Chiyoda-ku Tokyo 100-0014 Japan (81) (3) 3539-2771 | 1775 I Street, N.W. Washington, D.C. 20006-2401 202-721-4600 |
| --- | --- | --- | --- | --- | --- |

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME   : 12/21/2005 12:31
NAME   :
FAX#   :
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME          12/21  12:26
FAX NO./NAME       10007341835198556461471
DURATION           00:04:52
PAGE(S)            41
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  O73O2-39I8
Telephone: 2OI-536-92IO
Fax: 2OI-536-O799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

# Exhibit Z

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 10, 2006

**VIA TELECOPY AND MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates, LLC
220 Gause Boulevard
Slidell, LA 70459

      Re:     **In Re Vioxx® Products Liability Litigation**

Dear Ms. Lamarche:

      We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for *Henry L. Jones* is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

                  Very truly yours,
                  HUGHES HUBBARD & REED LLP

                  John N. Poulos

JNP/jmg
cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

M005D59089

** TX STATUS REPORT **          AS OF   MAY 10 2006 18:23   PAGE.01

                                    HUGHES HUBBARD

        DATE  TIME        TO/FROM       MODE   MIN/SEC   PGS  JOB#  STATUS
   10   05/10 18:23      713 225 0827  EC—S    00'31"    002  040   OK

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** David P. Matthews, Esq.            **DATE:** May 10, 2006

**FIRM:** Abraham, Watkins, Nichols, Sorrels,   **FAX NO:** 713-225-0827
Matthews & Friend

**CITY:** Houston                          **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.             **TEL NO:** 201-536-9220

**MESSAGE:**

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1032922_1.DOC

# Exhibit AA

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:    Arterbell Hillard v. Merck & Co., Inc.
       Docket No. 05-4459

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Jennifer Jones is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza      47, Avenue Georges Mandel      350 South Grand Avenue      201 South Biscayne Boulevard      Akasaka Tokyu Building 6F      1775 I Street, N.W.
New York, New York          75116 Paris, France             Los Angeles, California      Miami, Florida                2-14-3 Nagata-cho, Chiyoda-ku  Washington, D.C.
10004-1482                  (33) (1) 44.05.80.00           90071-3442                   33131-4332                    Tokyo 100-0014 Japan           20006-2401
212-837-6000                                              213-613-2800                 305-358-1666                  (81) (3) 3539-2771             202-721-4600

```
          ┌─────────────────────┐
          │  JOB STATUS REPORT  │
          └─────────────────────┘
                              TIME  : 12/21/2005 12:31
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

```
DATE,TIME          12/21  12:26
FAX NO./NAME       100073418351 9856461471
DURATION           00:04:52
PAGE(S)            41
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9120
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Ronald Favre, Esq.                    DATE:  December 21, 2005

**FIRM:**  Michael Hingle & Associates         FAX NO:  985-646-1471

**CITY:**                                      TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.                TEL NO:  201-536-9220

MESSAGE:

# Exhibit BB

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Arterbell Hillard v. Merck & Co., Inc.
       Docket No. 05-4459

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Pearl Jones is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 12/21/2005 12:31
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

```
  DATE,TIME             12/21  12:26
  FAX NO./NAME          10007341835 19856461471
  DURATION              00:04:52
  PAGE(S)               41
  RESULT                OK
  MODE                  STANDARD
                        ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          TEL NO:   201-536-9220

**MESSAGE:**

# Exhibit CC

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Arterbell Hillard v. Merck & Co., Inc.
        Docket No. 05-4459

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Tracie Jones is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

/s/ John N. Poulos
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza        47, Avenue Georges Mandel        350 South Grand Avenue        201 South Biscayne Boulevard        Akasaka Tokyu Building 6F        1775 I Street, N.W.
New York, New York            75116 Paris, France                Los Angeles, California         Miami, Florida                       2-14-3 Nagata-cho, Chiyoda-ku     Washington, D.C.
10004-1482                    (33) (1) 44.05.80.00               90071-3442                      33131-4332                           Tokyo 100-0014 Japan               20006-2401
212-837-6000                                                     213-613-2800                    305-358-1666                         (81) (3) 3539-2771                 202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 12/21/2005 12:31
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

```
    DATE,TIME              12/21  12:26
    FAX NO./NAME           1000734183519856461471
    DURATION               00:04:52
    PAGE(S)                41
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

# Hughes Hubbard & Reed LLP

**A New York Limited Liability Partnership**

IOI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

# Exhibit DD

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Arterbell Hillard v. Merck & Co., Inc.
      Docket No. 05-4459

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Ferdinand Joseph is grossly deficient.  Basic information is not provided and other information is incomplete or unclear.  Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                                Very truly yours,
                                HUGHES HUBBARD & REED LLP


                                _/s/ John N. Poulos_____
                                John N. Poulos


JNP/jmg

cc: Russ M. Herman, Esq.

| | | | | | |
|---|---|---|---|---|---|
| One Battery Park Plaza<br>New York, New York<br>10004-1482<br>212-837-6000 | 47, Avenue Georges Mandel<br>75116 Paris, France<br>(33) (1) 44.05.80.00 | 350 South Grand Avenue<br>Los Angeles, California<br>90071-3442<br>213-613-2800 | 201 South Biscayne Boulevard<br>Miami, Florida<br>33131-4332<br>305-358-1666 | Akasaka Tokyu Building 6F<br>2-14-3 Nagata-cho, Chiyoda-ku<br>Tokyo 100-0014 Japan<br>(81) (3) 3539-2771 | 1775 I Street, N.W.<br>Washington, D.C.<br>20006-2401<br>202-721-4600 |

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
                              TIME  : 12/21/2005 12:31
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

```
     DATE,TIME              12/21  12:26
     FAX NO./NAME           10007341835l 9856461471
     DURATION               00:04:52
     PAGE(S)                41
     RESULT                 OK
     MODE                   STANDARD
                            ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

# Exhibit EE

# Hughes Hubbard &Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Arterbell Hillard v. Merck & Co., Inc.
        Docket No. 05-4459

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Ema Larson is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                  TIME  : 12/21/2005 12:31
                                  NAME  :
                                  FAX#  :
                                  TEL#  :
                                  SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────────┐
│  DATE,TIME             12/21  12:26                                    │
│  FAX NO./NAME          10007341835198564614711                         │
│  DURATION              00:04:52                                        │
│  PAGE(S)               41                                              │
│  RESULT                OK                                              │
│  MODE                  STANDARD                                        │
│                        ECM                                            │
└──────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Ronald Favre, Esq.                    DATE: December 21, 2005

**FIRM:** Michael Hingle & Associates          FAX NO: 985-646-1471

**CITY:**                                      TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.        TEL NO:  201-536-9220

MESSAGE:

# Exhibit FF

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Arterbell Hillard v. Merck & Co., Inc.
Docket No. 05-4459

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Jakis Lemon is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

```
┌─────────────────────────┐
│   JOB STATUS REPORT      │
└─────────────────────────┘
                              TIME  : 12/21/2005 12:31
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038
```

```
  DATE,TIME           12/21  12:26
  FAX NO./NAME        10007341835190856461471
  DURATION            00:04:52
  PAGE(S)             41
  RESULT              OK
  MODE                STANDARD
                      ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| TO: | Ronald Favre, Esq. | DATE: | December 21, 2005 |
|---|---|---|---|
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.        TEL NO:    201-536-9220

MESSAGE:

# Exhibit GG

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:     Arterbell Hillard v. Merck & Co., Inc.
        Docket No. 05-4459

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Janice Lewis is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP


*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘

                                        TIME  : 12/21/2005 12:31
                                        NAME  :
                                        FAX#  :
                                        TEL#  :
                                        SER.# : 000005100038
```

```
        DATE,TIME               12/21  12:26
        FAX NO./NAME            10007341835198564614711
        DURATION                00:04:52
        PAGE(S)                 41
        RESULT                  OK
        MODE                    STANDARD
                                ECM
```

# Hughes Hubbard & Reed LLP

**A New York Limited Liability Partnership**

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

# Exhibit HH

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

> Re:   Arterbell Hillard v. Merck & Co., Inc.
>        Docket No. 05-4459

Dear Mr. Favre:

   We are writing to inform you that the Plaintiff Profile Form ("PPF") for Margie Lewis is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

   Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Thank you for your attention to this matter.

     Very truly yours,
     HUGHES HUBBARD & REED LLP


     */s/ John N. Poulos*
     John N. Poulos


JNP/jmg

  cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘

                              TIME  : 12/21/2005 12:31
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038

    ┌────────────────────────────────────────────────────────────────┐
    │   DATE,TIME          12/21  12:26                                │
    │   FAX NO./NAME       1000734183519856461471                      │
    │   DURATION           00:04:52                                    │
    │   PAGE(S)            41                                          │
    │   RESULT             OK                                          │
    │   MODE               STANDARD                                    │
    │                      ECM                                         │
    └────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE:

# Exhibit II

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 22, 2006

**VIA TELECOPY AND MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates, LLC
220 Gause Boulevard
Slidell, LA 70459

Re:   **In Re Vioxx® Products Liability Litigation**

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for *Lili Licieika* is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/jmg
cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

M005076007

```
** TX STATUS REPORT **          AS OF  MAY 22 2006 18:11   PAGE.01

                                         HUGHES HUBBARD

       DATE TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   23  05/22 18:10    985 646 1471 EC--S  00'33"    002   047   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald J. Favre, Esq.          **DATE:**   May 22, 2006

**FIRM:**   Michael Hingle & Associates, LLC   **FAX NO:**   985-646-1471

**CITY:**                                 **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          **TEL NO:**   201-536-9220

**MESSAGE:**

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026622_1.DOC

M005076008

# Exhibit JJ

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

      Re:    Arterbell Hillard v. Merck & Co., Inc.
              Docket No. 05-4459

Dear Mr. Favre:

        We are writing to inform you that the Plaintiff Profile Form ("PPF") for Robinson Louelle is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

           Very truly yours,
           HUGHES HUBBARD & REED LLP

           */s/ John N. Poulos*
           John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

| JOB STATUS REPORT |
|---|

```
TIME  : 12/21/2005 12:31
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          12/21  12:26
FAX NO./NAME       1000734183519856461471
DURATION           00:04:52
PAGE(S)            41
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO: Ronald Favre, Esq.                    DATE: December 21, 2005

FIRM: Michael Hingle & Associates          FAX NO: 985-646-1471

CITY:                                       TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM: John N. Poulos, Esq.                 TEL NO:   201-536-9220

MESSAGE:

# Exhibit KK

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:    Arterbell Hillard v. Merck & Co., Inc.
Docket No. 05-4459

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Sonya Lumak is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME   : 12/21/2005 15:18
                                    NAME   :
                                    FAX#   :
                                    TEL#   :
                                    SER.#  : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────┐
│  DATE,TIME              12/21  15:15                                │
│  FAX NO./NAME           10007341835199856461471                    │
│  DURATION               00:03:20                                   │
│  PAGE(S)                30                                          │
│  RESULT                 OK                                         │
│  MODE                   STANDARD                                   │
│                         ECM                                        │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**    Ronald Favre, Esq.              **DATE:**    December 21, 2005

**FIRM:**  Michael Hingle & Associates     **FAX NO:**  985-646-1471

**CITY:**                                  **TEL NO:**

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:**  29

**IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.**

**FROM:**  John N. Poulos, Esq.            **TEL NO:**  201-536-9220

**MESSAGE:**

# Exhibit LL

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 20, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:  Arterbell Hillard v. Merck & Co., Inc.
     Docket No. 05-4459

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Normand Malone is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

M005151750

JOB STATUS REPORT

```
TIME  : 12/20/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/20  15:28 |
| FAX NO./NAME | 10007341835190564614711 |
| DURATION | 00:04:03 |
| PAGE(S) | 33 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| TO: | Ronald Favre, Esq. | DATE: | December 20, 2005 |
|---|---|---|---|
| FIRM: | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  33

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| FROM: | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |
|---|---|---|---|

MESSAGE:

# Exhibit MM

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Arterbell Hillard v. Merck & Co., Inc.
      Docket No. 05-4459

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Geneva McKay is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

_/s/ John N. Poulos_
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

| JOB STATUS REPORT |
|---|

```
                                           TIME  : 12/21/2005 12:31
                                           NAME  :
                                           FAX#  :
                                           TEL#  :
                                           SER.# : 000005100038
```

```
        DATE,TIME              12/21  12:26
        FAX NO./NAME           10007341835I9856461471
        DURATION              00:04:52
        PAGE(S)              41
        RESULT               OK
        MODE                 STANDARD
                             ECM
```

# Hughes Hubbard & Reed LLP

## A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

# Exhibit NN

# Hughes Hubbard &Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

   Re:  Arterbell Hillard v. Merck & Co., Inc.
      Docket No. 05-4459

Dear Mr. Favre:

    We are writing to inform you that the Plaintiff Profile Form ("PPF") for Hazel McMiller is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

    Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

    Thank you for your attention to this matter.

        Very truly yours,
        HUGHES HUBBARD & REED LLP

        */s/ John N. Poulos*
        John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
          ┌─────────────────────┐
          │  JOB STATUS REPORT  │
          └─────────────────────┘

                              TIME : 12/21/2005 12:31
                              NAME :
                              FAX# :
                              TEL# :
                              SER.# : 000005100038

┌──────────────────────────────────────────────────────────────┐
│                                                                │
│   DATE,TIME              12/21  12:26                           │
│   FAX NO./NAME           100073418351 9856461471                │
│   DURATION               00:04:52                              │
│   PAGE(S)                41                                    │
│   RESULT                 OK                                    │
│   MODE                   STANDARD                              │
│                          ECM                                   │
│                                                                │
└──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner


## FACSIMILE TRANSMITTAL

**TO:**   Ronald Favre, Esq.                    DATE:   December 21, 2005

**FIRM:**   Michael Hingle & Associates        FAX NO:   985-646-1471

**CITY:**                                       TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.               TEL NO:   201-536-9220

MESSAGE:

# Exhibit OO

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 21, 2005

**VIA TELECOPY AND MAIL**

Ronald Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd.
Slidell, Louisiana 70458

Re:   Arterbell Hillard v. Merck & Co., Inc.
      Docket No. 05-4459

Dear Mr. Favre:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Heidi Menendez grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

*/s/ John N. Poulos*
John N. Poulos

JNP/jmg

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

```
                        ┌──────────────────────────┐
                        │   JOB STATUS REPORT      │
                        └──────────────────────────┘

                                    TIME  : 12/21/2005 12:31
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : 000005100038
```

```
    DATE,TIME            12/21  12:26
    FAX NO./NAME         10007341835198564614710
    DURATION             00:04:52
    PAGE(S)              41
    RESULT               OK
    MODE                 STANDARD
                         ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Ronald Favre, Esq. | DATE: | December 21, 2005 |
| **FIRM:** | Michael Hingle & Associates | FAX NO: | 985-646-1471 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   41

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.          TEL NO:   201-536-9220

MESSAGE: