# Exhibit PP

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:   *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Ronald B. Hogans continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated May 10, 2006. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO               0243
RECIPIENT ADDRESS      19856461471
DESTINATION ID
ST. TIME               08/14 15:15
TIME USE               02'02
PAGES SENT             15
RESULT                 OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit QQ

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

**Re:**   ***In re Vioxx® Products Liability Litigation***

Dear Mr. Favre:

            We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Ellen Holmes continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
************************
***   TX REPORT   ***
************************


TRANSMISSION OK

TX/RX NO            0243
RECIPIENT ADDRESS   19856461471
DESTINATION ID
ST. TIME            08/14 15:15
TIME USE            02'02
PAGES SENT          15
RESULT              OK
```

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit RR

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

 Re:   *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

        We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Melissa Hull continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

                          Very truly yours,

                          */s/ John N. Poulos*

                          John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
************************
***   TX REPORT   ***
************************


TRANSMISSION OK

TX/RX NO              0243
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:15
TIME USE              02'02
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit SS

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:    *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Elaine Hunter continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              0243
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:15
TIME USE              02'02
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|-----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit TT

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Henry L. Jones continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated May 10, 2006.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                0243
RECIPIENT ADDRESS       19856461471
DESTINATION ID
ST. TIME                08/14 15:15
TIME USE                02'02
PAGES SENT                15
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit UU

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

        **Re:**    *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

        We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Jennifer Jones continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

                                Very truly yours,

                                */s/ John N. Poulos*

                                John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

Case 2:05-md-01657-EEF-DEK   Document 10843-4   Filed 04/23/07   Page 18 of 66

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              0243
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:15
TIME USE              02'02
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit VV

# Hughes Hubbard & Reed LLP

**A New York Limited Liability Partnership**

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:        *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

        We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Pearl Jones continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
************************
***  TX REPORT   ***
************************


TRANSMISSION OK

TX/RX NO            0292
RECIPIENT ADDRESS   19856461471
DESTINATION ID
ST. TIME            08/14 15:17
TIME USE            01'29
PAGES SENT          15
RESULT              OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit WW

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Tracie Jones continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO            0292
RECIPIENT ADDRESS   19856461471
DESTINATION ID
ST. TIME            08/14 15:17
TIME USE            01'29
PAGES SENT          15
RESULT              OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit XX

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Ferdinand Joseph continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              0292
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:17
TIME USE              01'29
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit YY

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

   *Re:*  ***In re Vioxx® Products Liability Litigation***

Dear Mr. Favre:

   We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Ema Larson continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

       Very truly yours,

       */s/ John N. Poulos*

       John N. Poulos

cc:  Russ M. Herman, Esq. (via e-mail)

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              0292
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:17
TIME USE              01'29
PAGES SENT            15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit ZZ

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

Re:     _**In re Vioxx® Products Liability Litigation**_

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Taris Lemon continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

_/s/ John N. Poulos_

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
***********************
***  TX REPORT    ***
***********************


TRANSMISSION OK

TX/RX NO              0292
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:17
TIME USE              01'29
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit AAA

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

    *Re:*  *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

    We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Janice Lewis continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

    Very truly yours,

    */s/ John N. Poulos*

    John N. Poulos

cc:  Russ M. Herman, Esq. (via e-mail)

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              0292
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:17
TIME USE              01'29
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

Exhibit BBB

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

      *Re:*     ***In re Vioxx® Products Liability Litigation***

Dear Mr. Favre:

      We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Margie Lewis continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

          Very truly yours,

          */s/ John N. Poulos*

          John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                0292
RECIPIENT ADDRESS       19856461471
DESTINATION ID
ST. TIME                08/14 15:17
TIME USE                01'29
PAGES SENT              15
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit CCC

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

   **Re:**  ***In re Vioxx® Products Liability Litigation***

Dear Mr. Favre:

   We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Lili Licieika continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated May 22, 2006. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

     Very truly yours,

     */s/ John N. Poulos*

     John N. Poulos

cc: Russ M. Herman, Esq. (via e-mail)

Case 2:05-md-01657-EEF-DEK   Document 10843-4   Filed 04/23/07   Page 42 of 66

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0292
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:17
TIME USE              01'29
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-596-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit DDD

# Hughes Hubbard & Reed LLP
_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

_Re:_     _**In re Vioxx® Products Liability Litigation**_

Dear Mr. Favre:

      We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Robinson Louells continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

      Very truly yours,

      _/s/ John N. Poulos_

      John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0292
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:17
TIME USE              01'29
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit EEE

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> **Re:**   *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Sonya Lumar continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                0295
RECIPIENT ADDRESS       19856461471
DESTINATION ID
ST. TIME                08/14 15:28
TIME USE                01'29
PAGES SENT                 15
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit FFF

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

**_Re:_**  **_In re Vioxx® Products Liability Litigation_**

Dear Mr. Favre:

    We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Normand Malone continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005.  Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

_/s/ John N. Poulos_

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                    0295
RECIPIENT ADDRESS          19856461471
DESTINATION ID
ST. TIME                   08/14 15:28
TIME USE                   01'29
PAGES SENT                 15
RESULT                     OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit GGG

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

*Re:*  *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Geneva McKay continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

```
08/14/2006  15:29 FAX  12124224726        HUGHES HUBBARD LLP                    001

                        ***********************
                        ***   TX REPORT   ***
                        ***********************

             TRANSMISSION OK

             TX/RX NO                0295
             RECIPIENT ADDRESS       19856461471
             DESTINATION ID
             ST. TIME                08/14 15:28
             TIME USE                01'29
             PAGES SENT              15
             RESULT                  OK
```

# Hughes Hubbard & Reed LLP

**A New York Limited Liability Partnership**

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit HHH

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

   **Re:**  ***In re Vioxx® Products Liability Litigation***

Dear Mr. Favre:

   We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Hazel McMiller continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

     Very truly yours,

     */s/ John N. Poulos*

     John N. Poulos

cc: Russ M. Herman, Esq. (via e-mail)

```
************************
***   TX REPORT   ***
************************

TRANSMISSION OK

TX/RX NO                0295
RECIPIENT ADDRESS       19856461471
DESTINATION ID
ST. TIME                08/14 15:28
TIME USE                01'29
PAGES SENT              15
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit III

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-646-1471) & FIRST CLASS MAIL**

Ronald J. Favre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

**Re:**    *In re Vioxx® Products Liability Litigation*

Dear Mr. Favre:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Heidi Menendez continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated December 21, 2005. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0295
RECIPIENT ADDRESS     19856461471
DESTINATION ID
ST. TIME              08/14 15:28
TIME USE              01'29
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald J. Favre, Esq. | Michael Hingle & Associates | 985-646-1471 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit JJJ



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 16, 2007

**BY FIRST CLASS MAIL & TELECOPY (914-946-7372)**

Ronald J. Fravre, Esq.
Michael Hingle & Associates
220 Gause Blvd., Suite 200
P.O. Box 1129
Slidell, LA 70459

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*

Dear Mr. Fravre:

        We represent Defendant Merck & Co., Inc. ("Merck") in connection with the action referenced above. This letter is to notify you that the Plaintiff Profile Forms ("PPFs") for the Plaintiffs identified in Exhibit A, attached hereto, continue to remain grossly deficient and that you have not yet responded to either of Merck's two previous letters regarding these gross deficiencies. Exhibit A lists the full case name, docket number, and full name of each defaulting Plaintiff. The chart also lists the applicable deadline each Plaintiff had to serve a completed PPF and the dates Merck sent previous notice letters regarding these cases.

        Merck is hereby providing these Plaintiffs with one final twenty (20) day extension to either: (a) serve *completed* and verified PPFs, signed and dated Authorizations, and all responsive PPF-related medical records and other documents as mandated by Pre Trail Order 18C for each plaintiff identified in Exhibit A; or (b) complete and sign a Stipulation and Consent Order of Dismissal Without Prejudice ("Stipulation of Dismissal") in the form annexed hereto as Exhibit B.

        Please be advised that this is Merck's third and final notice letter regarding these Plaintiffs. If these Plaintiffs fail to serve complete and responsive PPFs or sign Stipulations of Dismissal within the time requested, Merck will move immediately to dismiss these cases with prejudice, without further warning or notice.

                                        Very truly yours,

                                        John N. Poulos

Enclosure

M0DE113058

```
** TX STATUS REPORT **                AS OF   MAR 16 2007 14:50   PAGE.01

                                       HUGHES HUBBARD

         DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
    16   03/16 14:48     985 646 1471 EC--S  02'03"   007   134   OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Ronald J. Favre, Esq.               **DATE:**   March 16, 2007

**FIRM:**   Michael Hingle & Associates, LLC   **FAX NO:**   985-646-1471

**CITY:**   Slidell                            **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.     **TEL NO:**   201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1026672_1.DOC

M00E113059

## EXHIBIT A

### OUTSTANDING GROSSLY DEFICIENT PPFS

| | INJURED PARTY/PLAINTIFF | CASE CAPTION | DOCKET NUMBER | DATE OF 1ST NOTICE LETTER | DATE OF 2ND NOTICE LETTER |
|---|---|---|---|---|---|
| 1 | Arnold, Arley | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 2 | Aucoin, Michael | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 3 | Augustine, Charles | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 4 | Banks, Willie Ola | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 2/17/06 | 8/14/06 |
| 5 | Barnes, Ann | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 6 | Bass, David | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 7 | Bates, Vikki | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 8 | Bazert, Wilbert | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 9 | Bell, Ethel | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 10 | Ceaser, Wanda | Acosta v. Merck & Co., Inc. | 2:05-cv-04457 | 12/20/05 | 8/14/06 |
| 11 | Archote, Mitton | Bailey v. Merck & Co., Inc. | 2:05-cv-06904 | 12/20/05 | 8/14/06 |
| 12 | Aguillard, Mary | Bailey v. Merck & Co., Inc. | 2:05-cv-06904 | 12/20/05 | 8/14/06 |
| 13 | Cheatteam, Orinetta | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 14 | Coker, Alice | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 15 | Dauzat, Foster | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 16 | Duet, David | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 17 | Duprene, Dominick | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 18 | Falgout, Minnie | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 19 | Foil, Tommy | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 20 | Gabriel, Linda | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 21 | Gary, Gloria | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 22 | Genovese, Jeff | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 23 | Goffner, Billie | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 24 | Granier, Arthur | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 25 | Gygon, Robert | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 26 | Haines, Robert | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 27 | Harrelson, Gladys | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |

M0DE113060

| 28 | Harris, Mattie Lee | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
|----|-------------------|-----------------------------------|---------------|----------|---------|
| 29 | Henry, Doris | Charpentier v. Merck & Co., Inc. | 2:05-cv-04458 | 12/20/05 | 8/14/06 |
| 30 | Hogans, Ronald B. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/10/06 | 8/14/06 |
| 31 | Holmes, Ellen | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 32 | Hull, Melissa | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 33 | Hunter, Elaine | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 34 | Johnson, Marilyn | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 35 | Jones, Henry L. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/10/06 | 8/14/06 |
| 36 | Jones, Ione G. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 37 | Jones, Jennifer | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 38 | Jones, Marie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 39 | Jones, Pearl | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 40 | Jones, Tracie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 41 | Jordan, Preston | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 42 | Joseph, Ferdinand | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 43 | Kelly, Geraldine | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 44 | Kelly, John E. Jr. | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 45 | Larson, Ema | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 46 | Lemon, Taris | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 47 | Lewis, Janice | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 48 | Lewis, Margie | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 49 | Licieika, Lili | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 5/22/06 | 8/14/06 |
| 50 | Lockwood, Cyrus | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 51 | Louells, Robinson | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 52 | Lowe, Andrew | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 53 | Lumar, Sonya | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 54 | Malone, Normand | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 55 | McDowell, Irene | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 56 | McKay, Geneva | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 57 | McMiller, Hazel | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 58 | Menendez, Heidi | Hillard v. Merck & Co., Inc. | 2:05-cv-04459 | 12/21/05 | 8/14/06 |
| 59 | Midgett, Margaret | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 60 | Miller, August | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 61 | Miller, Dorothy | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 62 | Mitchell, Bertha | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 63 | Mitchell, Joyce | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 64 | Monroe, Lola | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 65 | Ms, Anita | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 66 | Nelson, Sylvia | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 67 | Nodd, Veronica | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 68 | Penalver, Clydie | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 69 | Petit, Sharon | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 70 | Poche, Raymond | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 71 | Rawls, Vander | Meunier v. Merck & Co., Inc. | 2:05-cv-04456 | 12/20/05 | 8/14/06 |
| 72 | Ricks, Nellie | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 73 | Robinson, Mildred | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 74 | Rose, Ralph | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |

MODE113061

| 75 | Scott, Ethel | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
|----|--------------|----------------------------|---------------|----------|---------|
| 76 | Scott, Lovetha | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 77 | Shaffette, Hazel | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 78 | Sheridan, Linda | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 79 | Simpson, Wallace | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 80 | Smallwood, Leroy | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 81 | Smith, Lena | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 82 | Spears, Kathryn | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 83 | Sweet, Kim | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 84 | Taylor, Betty | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 85 | Teter, William | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 86 | Thompson, Jocelyn | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 87 | Varnado, Freddy | Rester v. Merck & Co., Inc. | 2:05-cv-04460 | 12/21/05 | 8/14/06 |
| 88 | White, Verlin | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 89 | Williams, Diane | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 90 | Williams, Lavita | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |
| 91 | Wilson-Williams, Sarah | Walls v. Merck & Co., Inc. | 2:05-cv-04461 | 12/21/05 | 8/14/06 |

3

MODE113062