## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX                                      *       MDL Docket No. 1657
                                                   *
PRODUCTS LIABILITY LITIGATION                      *       SECTION L
                                                   *
                                                   *       JUDGE FALLON
This document relates to                           *
Case No.  05-2524                                  *
                                                   *       MAGISTRATE
ANTHONY WAYNE DEDRICK,                             *       JUDGE KNOWLES
                                                   *
                 Plaintiff,                        *
                                                   *
v.                                                 *
                                                   *
MERCK & CO., INC.,                                 *
                                                   *
                 Defendant.                        *
                                                   *
* * * * * * * * * * * * * * * * * *

## NOTICE OF ERRATA

Defendant Merck & Co., Inc. ("Merck") hereby respectfully requests that the Court and

the parties substitute the document attached hereto (the jury interrogatories from the *Dedrick*

case), for the document originally attached as Exhibit B to Merck's Opposition to Plaintiff's

Motion for New Trial, filed on January 19, 2007.

Dated:  April 23, 2007                             Respectfully submitted,

                                                   /s/ Dorothy H. Wimberly
                                                   Phillip A. Wittmann, 13625
                                                   Dorothy H. Wimberly, 18509
                                                   STONE PIGMAN WALTHER
                                                   WITTMANN L.L.C.
                                                   546 Carondelet Street
                                                   New Orleans, Louisiana  70130
                                                   Phone:  504-581-3200
                                                   Fax:    504-581-3361
                                                   Defendants' Liaison Counsel

Philip S. Beck
Mark Ouweleen
Carrie Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Douglas Marvin
Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:      202-434-5029

And

Brian S. Currey
A. Patricia Klemic
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

Attorneys for Merck & Co., Inc.

869454v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Errata has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Mr. Dedrick, Andy Birchfield, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of April, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

869454v.1