UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

JACK HAWKINS,
        Plaintiff,
vs.

Civil Action No. 2:06-CV-9349

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., MARK MULLEN,
KIMBERLY ALVAREZ, JEROME PITTMAN,
THOMAS M. ADAMS, CHRISTOPHER HARRIS,
ROXANNE POST, and LYNN D. RICHARDS,

        Defendants.       /

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

THIS CAUSE having come before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Unopposed Motion for Leave to File Amended Complaint is hereby GRANTED.

2.    The Amended Complaint is deemed filed as of the date hereof, and all Defendants shall file an Answer to the Amended Complaint within ten (10) days from the date hereof.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE