IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL: 1657

LINDA MATRULLA,
    Plaintiff,

Case No.: 2:06-CV-5505

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., et al.
KRISTIN BAYER, LINDA BLEICH,
ROBERT C. BROWN, KEVIN BURTON,
KARA COBEY, HEIDI DINGFELDER,
BARRY GOGEL, CHRISTOPHER HARRIS,
KIMBERLY JEFFARES, MICHAEL JOHNSON,
WILLIAM JOYER, SUSAN KANE,
ERIK KANT, YOGITA MANOCHA,
JULIE MAXWELL, KEITH MCCARTHY,
CATHERINE MCGRATH, LISA MILLAR,
JASON NICKELL, JEFFREY NORRIS,
RANDI PARRISH, MARCI PETERS, BRIAN POPP,
ROBERT SHIRMOHAMMAD, MARCUS STAFFORD,
LISA WEAVER, DANIEL G. ALFONSO,
KATHLEEN BALLASH, YVONNE C. FIGUEREDO,
YVETTE HILMS, JESSE HOLLINGSWORTH,
JOHN KILKELLY, ANNE M. KONOVITCH,
DOUGLAS PAUL, and MARK B. SEUZENEAU,

_____/

## ORDER ON PLAINTIFF'S UNOPPOSED
## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

THIS CAUSE having come before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint is hereby GRANTED.

1

2

2.   The Second Amended Complaint is deemed filed, as of the date hereof and all Defendants shall file an Answer to the Amended Complaint within ten (10) days from the date hereof.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE