treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Ochsner | 1514 Jefferson | DK | DK |
| Ochsner | 1514 Jefferson | Dec 22 | Possibly Stroke |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Lisa Richards | All At | 1995 |
| Richard Straub | Ochsner | 1999 |
| Elizabeth Bouldin | | 2002 |

See Attach

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Walmart | 167 Northshore Blvd Slidell, LA 70460 |
| Walmart | 2799 W Thomas St Hammond LA 70401 |
| Walmart | 28270 Walker Rd, Walker LA 70785 |
| See Attached | 870 E I 10 Service Rd. Slidell, LA 70461 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| No Applicable | |
| | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| No Applicable | |
| | |

MICHAEL HINGLE & ASSOC. SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

Sharon W. Adams | SHARON W. Adams | 11/1/05

Signature | Print Name | Date

MICHAEL HINGLE & ASSOC ... LIDELL

# Exhibit E

LEXISNEXIS' FILE & SERVE
7632047
E-SERVICE
Dec 13 2005
9:33AM

Exhibit A

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br><br>Claimant: Isiah Antonio<br>(name) |
|---|---|

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: Lillie M. Ruffin

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: 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
2. Maiden or other names used or by which you have been known: ________
3. Address: 174 East 14st. Edgard LA. 70049
4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? Louisiana
5. If you were appointed as a representative by a court, state the:

   Court: ________ Date of Appointment: ________
6. What is your relationship to deceased or represented person or person claimed to be injured? Sister
7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: October 10, 2003 at Riverparishes Hospital, Laplace, LA.

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes____ No____ *If "yes,"* Bextra yes Celebrex yes

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Due to Celebrex he suffer with a cardiac arrest and died.

   b. When do you claim this injury occurred? October, 10, 2003

   c. Who diagnosed the condition? River Parish Hospital

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? ____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ____ No ____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. ____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ____ No ✓

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: ____

   b. To your understanding, condition for which treated: ____

   c. When treated: ____

   d. Medications prescribed or recommended by provider: ____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED ~~VIOXX®~~ celebrex, Bextra

A. Name: Isiah Antonio

B. Maiden or other names used or by which you have been known: ____

C. Social Security Number: 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

D. Address: 174 East 11st Edgard LA. 70049

189839_1

NOV 10 2005 SLIDELL

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| Same as above | |
| | |

F. Driver's License Number and State Issuing License: ____

G. Date of Place and Birth: St. Charles Parish Taft LA. July 9, 1937

H. Sex: Male ✓ Female ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Carver High School | | | |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Self - Employed | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |
| | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No ✓

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C): ____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____ No ✓

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ____

189839_1



NOV 10 2005

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes ____ No ✓ *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: ______________________

   b. Nature of disability: ______________________

   c. Approximate period of disability: ______________________

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ____ No ✓ *If "yes,"* set forth when and the reason. ______________________

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No ✓ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. ______________________

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____ No ✓ *If "yes,"* set forth where, when and the felony and/or crime. ______________________

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): N/A

B. Has your spouse filed a loss of consortium claim in this action? Yes ____ No N/A

189839_1



NOV 10 2005 SLIDELL

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ____ No ____ Don't Know ✓ *If "yes,"* identify each such person below and provide the information requested.

Name: ____

Current Age (or Age at Death): ____

Type of Problem: ____

If Applicable, Cause of Death: ____

D. If applicable, for each of your children, list his/her name, age and address: ____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. Lillie Ruffin

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? Celebrex and Bextra — Dr. Albrecht, R.C. RPH. Denis St. Pierre

B. On which dates did you begin to take, and stop taking, VIOXX®? Celebrex Bextra Nov. 1, 2001 to Death

C. Did you take VIOXX® continuously during that period? Celebrex/Bextra
Yes ✓ No ____ Don't Recall ____
last refill was done on 10-6-03

D. To your understanding, for what condition were you prescribed VIOXX®? Celebrex Bextra Arthritis

E. Did you renew your prescription for VIOXX®? celebrex bextra Yes ✓ No ____ Don't Recall ____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: ____

G. Which form of VIOXX® did you take (check all that apply)?
____ 12.5 mg Tablet (round, cream, MRK 74)
____ 12.5 mg Oral Suspension
____ 25 mg Tablet (round, yellow, MRK 110)
____ 25 mg Oral Suspension
____ 50 mg Tablet (round, orange, MRK 114)

Celebrex 200 mg 1 tablet twice daily
Bextra 10 mg 1 tablet daily

H. How many times per day did you take VIOXX®? Celebrex twice Bextra — once

189839_1

celebrex bextra

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ____ No ✓ Don't Recall ____

J. What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? none

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? none

L. Instructions or Warnings:

celebrex bextra

1. Did you receive any written or oral information about VIOXX® before you took it? Yes _ No ____ Don't Recall ✓

celebrex bextra

2. Did you receive any written or oral information about VIOXX® while you took it? Yes ______ No _____ Don't Recall ✓

3. *If "yes,"*

   a. When did you receive that information? ____________________

   b. From whom did you receive it? ____________________

   c. What information did you receive? ____________________

## V. MEDICAL BACKGROUND

A. Height: 5'8

B. Current Weight: 122

Weight at the time of the injury, illness, or disability described in Section I(C): ________

C. Smoking/Tobacco Use History: ***Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.***

___ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

✓ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

a. Date on which smoking/tobacco use ceased: 1980

b. Amount smoked or used: on average 10 per day for 10 years.

___ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

a. Amount smoked or used: on average ________ per day for _____ years.

✓ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ____ No ✓ If ***"yes," fill in the appropriate blank*** with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1



MICHAEL HINGLE & ASSOC. NOV 10 2005

in the complaint:

_________ drinks per week,

_________ drinks per month,

_________ drinks per year, *or*

Other (describe): ________________________________________________

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes ____ No ✓ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. ____________

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| | | | | |
| unknown | | | | |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| | | | |
| unknown | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____ No _____ Don't Recall ✓ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| | | | | |
| unknown | | | | |



189839_1

## VI. REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes ____ No ✓

B. Decedent's death certificate (if applicable). Yes ✓ No ____

C. Report of autopsy of decedent (if applicable). Yes ____ No ✓

## VII. REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®. Celebrex / Bextra

Last Refill was filled on 10-6-0[illegible]
Celebrex 1 refill
Bextra 30 pills -20 remaining with refill

Yes ✓ No ___

If you answer "yes", set forth in the space provided:

i. There is _____ number of ______ mg tablets remaining.

ii. There is _____ amount of ______ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ✓ No ___

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ____ No ✓

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ✓ No ___

E. Documents that evidence any communication between you and any doctor, employer,

189839_1



DELL

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ✓

## VIII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Albrecht, P.C. | 147 Central Ave. Reserve LA. 70084 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Waguspack Jr. Robert | Hwy 18 Vacherie LA. | 1995 - 2000 |
| | | |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Phillip Clinic | Vacherie, LA | 1995 - 2000 | arthritis |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |
| same as | above | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr. Albrecht | 147 Central Ave. | |
| Dr. Waguespack | HWY 18 Vacherie, LA | 1995 - 2000 |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| GEM Drugs | 139 Central Avenue Reserve LA 70084 |
| | |
| | |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |
| N/A | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |
| N/A | |

189839_1





**CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| Lillie Mae Ruffin | Lillie M Ruffin | 11-3-05 |
|---|---|---|
| Signature | Print Name | Date |

189839_1



NOV 10 2005

# Exhibit F




Feb 27 2007
1:45PM

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS RELATES TO: Civil Action No: | Plaintiff: LOIS P. ARCHOTE (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: MILTON J. ARCHOTE

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: 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
2. Maiden Or Other Names Used or By Which You Have Been Known: ______
3. Address: 63355 McCLENDON LANE, AMITE, LA. 70422
4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? LOIS ARCHOTE — HUSBAND
5. If you were appointed as a representative by a court, state the:

   Court: ______ Date of Appointment: ______
6. What is your relationship to (deceased) or represented person or person claimed to be injured? HUSBAND
7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: 03/01/01 - METHODIST HOSPITAL N.O., LA.

MICHAEL HINGLE
SEP 13 2006
SLIDELL

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking CLEBREX ~~VIOXX~~®? Yes ✓ No____ *If "yes,"*

a. What is your understanding of the bodily injury you claim resulted from your use of ~~VIOXX~~® CELEBREX? DON'T KNOW

b. When do you claim this injury occurred? ~~[illegible]~~ 02/13/01

c. Who diagnosed the condition? DR. PATRICK BREAUX

d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? ____________

e. Do you claim that that your use of ~~VIOXX~~® CELEBREX worsened a condition that you already had or had in the past? Yes ____ No ____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took ~~VIOXX~~®; and the date of recovery, if any. DON'T KNOW

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ✓ No ____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

a. Name and address of each person who treated you: NONE

b. To your understanding, condition for which treated: ____________

c. When treated: ____________

d. Medications prescribed or recommended by provider: ____________

II. PERSONAL INFORMATION OF THE PERSON WHO USED ~~VIOXX~~® CELEBREX

A. Name: LOIS PECQUET ARCHOTE

B. Maiden or other names used or by which you have been known: PECQUET

C. Social Security Number: 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

D. Address: DECEASED

MICHAEL HINGLE & ASSOC. SEP 13 2006 SLIDELL

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 70 PATTERSON DR. CHALMETTE LA. 70043 | ~~[illegible]~~ 02/16/56 TO 02/13/01 |

F. Driver's License Number and State Issuing License: 000607481 LA.

G. Date of Place and Birth: 09/17/25

H. Sex: Male ____ Female ✓

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| ST. JOSEPH HIGH | 1943 | | |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| SOUTH CENTRAL BELL - | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No ✓

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C):____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____ No ✓

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ____

MICHAEL HING... SEP 13 2006 SLIDELL

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes ____ No ✓ *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: ____________________

   b. Nature of disability: ____________________

   c. Approximate period of disability: ____________________

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ____ No ✓ *If "yes,"* set forth when and the reason. ____________________

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No ✓ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. ____________________

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____ No ✓ *If "yes,"* set forth where, when and the felony and/or crime. ____________________

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): ____________________

B. Has your spouse filed a loss of consortium claim in this action? Yes ____ No ____

MICHAEL HINGLE
SEP 13 2006
SLIDELL

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ____ No ____ Don't Know ✓ *If "yes," identify each such person below* and provide the information requested.

Name: ____

Current Age (or Age at Death): ____

Type of Problem: ____

If Applicable, Cause of Death: ____

D. If applicable, for each of your children, list his/her name, age and address: ____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. BRADLEY, KERRY, STEVEN (SONS) MILTON (HUSBAND)

IV. ~~VIOXX~~® CELEBREX PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? DR. PATRICK BREAUX

B. On which dates did you begin to take, and stop taking, VIOXX®? WAS TAKING CELEBREX WHEN SHE DIED

C. Did you take ~~VIOXX~~® CELEBREX continuously during that period?
Yes ✓ No ____ Don't Recall ____

D. To your understanding, for what condition were you prescribed ~~VIOXX~~®? DON'T KNOW

E. Did you renew your prescription for ~~VIOXX~~® CELEBREX? Yes ✓ No ____ Don't Recall ____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: DON'T KNOW

G. Which form of VIOXX® did you take (check all that apply)? DON'T KNOW
____ 12.5 mg Tablet (round, cream, MRK 74)
____ 12.5 mg Oral Suspension
____ 25 mg Tablet (round, yellow, MRK 110)
____ 25 mg Oral Suspension
____ 50 mg Tablet (round, orange, MRK 114)

MICHAEL HINGLE & ASSOC.
SEP 13 2006
SLIDELL