H. How many times per day did you take VIOXX®?
_____ DON'T KNOW _____

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✓ Don't Recall _____

J. Instructions or Warnings:

    1. Did you receive any written or oral information about ~~VIOXX®~~ *CELEBREX* before you took it? Yes ___ No ___ Don't Recall ✓

    2. Did you receive any written or oral information about ~~VIOXX®~~ *CELEBREX* while you took it? Yes ___ No ✓ Don't Recall ✓

    3. If "yes,"

        a. When did you receive that information? *Don't Know*

        b. From whom did you receive it?_____

        c. What information did you receive? ____
        ____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? *Don't Know*
_____

## V. MEDICAL BACKGROUND

A. Height: *5'2"*

B. Current Weight: *130*

Weight at the time of the injury, illness, or disability described in Section I(C): *130*

C. Smoking/Tobacco Use History: ***Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.***

___ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

___ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    a. Date on which smoking/tobacco use ceased: _____

    b. Amount smoked or used: on average_____ per day for _____ years.

*WAS* ___ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

    a. Amount smoked or used: on average _____ per day for _____ years.

✓ Smoked different amounts at different times.

*MICHAEL HINGLE* & ASSOC.

SEP. 1 3 2006

*SLIDELL*

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No ✓ _____ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint: *C.E.E.R.E.Y*

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____ No ✓ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |
|                        |      |                    |          |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor? Yes ✓ No _____ Don't Recall _____ *If "yes,"* answer the following:

MICHAEL HIN(

SEP 1 3 2006

SLIDELL

| Diagnostic Test | When? | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Don't Know | | | | |
| | | | | |
| | | | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes ✓  No ____

B.  Decedent's death certificate (if applicable).  Yes ✓  No ____

C.  Report of autopsy of decedent (if applicable).  Yes ____  No Don't Know

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.  Your current family and/or primary care physician:

WAS

| Name | Address |
|---|---|
| PATRICK BREAUX | Don't Know |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| DR. Bong Mui | Don't Know | |
| | | |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.



MICHAEL HINGLE & ASSOC.
SEP 1 3 2006
SLIDELL

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|---------------------|
| METHODIST | N.O. | Don't Know | |
| METHODIST | NEW ORLEANS | STROKE | |
| METHODIST | NEW ORLEANS | 02/13/01 | STROKE |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|---------------------|
| Don't Know | | | |
| | | | |
| | | | |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|-------------------|
| BONG MUI | CHALMETTE, LA. | Don't Know |
| PATRICK BREAUX | " " | Date 2/13/01 |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Now CVS | Don't Know |
| | |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.  *NO*

| Name | Address |
|------|---------|
| | |
| | |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.  *NO*

| Name | Address |
|------|---------|
| | |
| | |

MICHAEL KLINGLER

SEP 1 3 2006

SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Milton J. Archote_          MILTON J. ARCHOTE          09/12/06
Signature                    Print Name                 Date

MICHAEL HINGLE

SEP 1 3 2006

SLIDELL

# Exhibit G

Exhibit A

LEXISNEXIS® FILE & SERVE
7638585
E-SERVICE
Dec 13 2005
4:30PM

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |

Claimant: _Willie ola Banks_
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: _Willie ola Banks_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _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_

2. Maiden or other names used or by which you have been known: _Willie ola Brown_

3. Address: _2305 Canal ST Violet, La 70092_

4. State which individual or estate you are representing, and in what capacity are you representing the individual or estate? _Louisiana_

5. If you were appointed as a representative by a court, state the:
   Court: _N/A_          Date of Appointment: _N/A_

6. What is your relationship to deceased or represented person or person claimed to be injured? _N/A_

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _N/A_

NY 189839_1

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _✓_ No_____ *If "yes,"*

   a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _I had a triple by pass_ _and diabetes_

   b.  When do you claim this injury occurred? _7/2002_

   c.  Who diagnosed the condition? _DR. Miles_

   d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _✓_ *If "yes,"* when and who diagnosed the condition at that time? _____

   e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _✓_ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _✓_ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a.  Name and address of each person who treated you: _DR Hill_

   b.  To your understanding, condition for which treated: _loss of members_

   c.  When treated: _7/2002_

   d.  Medications prescribed or recommended by provider: _Celezber pills_

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: _Willie ola Banks_

B.  Maiden or other names used or by which you have been known: _Willie ola Brown_

C.  Social Security Number: _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_

D.  Address: _2305 Canal St Violet, LA 70092_

189839_1

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 2305 Canals I Violet La 70092 | 7/1964 |
| P.O. Box 4 Wanco TX 77665 | 8/2005 |

F. Driver's License Number and State Issuing License: _LA, None_

G. Date of Place and Birth: _New Orleans, 6/6/1935_

H. Sex: Male _____ Female _✓_

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended, the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Violet consildd | 11th grade | finish | |

J. Employment Information.

   1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Disability | | | |
| Disability | | | |

   2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Disability | | | |

   3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No _✓_

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C):_____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No _✓_

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No _✓_

NOV 22 2005

SLIDELL

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI
   or SSD) claim? Yes _____ No _____ *If "yes,"* to the best of your knowledge
   please state:

   a. Year claim was filed: *Was getting disabled they took it now get*
   b. Nature of disability: *Can't walk that far.*       *Social*
                                                         *security*
   c. Approximate period of disability: _____   *8/1885*

2. Have you ever been out of work for more than thirty (30) days for reasons related
   to your health (other than pregnancy)? Yes _____ No ✓ *If "yes,"* set forth
   when and the reason. _____
   _____
   _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit,
   relating to any bodily injury? Yes ✓ No _____ *If "yes,"* state to the best of
   your knowledge the court in which such action was filed, case name and/or names
   of adverse parties, and a brief description for the claims asserted. *I fell down*
   *and hurt my knees is when they put me on*
   *the Bextra    4/2001    Dr. meshilla    He died*

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud
   or dishonesty? Yes _____ No ✓ *If "yes,"* set forth where, when and the felony and/or
   crime. _____
   _____

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your
   current spouse only); spouse's occupation; date of marriage; date the marriage ended,
   if applicable; and how the marriage ended (e.g., divorce, annulment, death): *Herbert*
   *Banks 1/3/1935    married 7/29/1947*

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No ✓

NOV 2 2 2005

LIDELL

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?  Yes _____  No _✓_ Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____ *Sheba Richard*

D.  If applicable, for each of your children, list his/her name, age and address: *6310 45 Violet  Herbert and Valarie  -2305 Conal Sten Violet* *Banks  Johnson*

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____ *N/A* _____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you?  *Dr Mishttia*

B.  On which dates did you begin to take, and stop taking, VIOXX®?  *4/2001  Beetra*

C.  Did you take VIOXX® continuously during that period?
Yes _✓_  No _____  Don't Recall _____

D.  To your understanding, for what condition were you prescribed VIOXX®?  *el* *hurt my knees*

E.  Did you renew your prescription for VIOXX®?  Yes _____  No _____  Don't Recall _✓_

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G.  Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?  *it been a longtime* *I cant remember*

189839_1

NOV 2 2 2005

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _____ Don't Recall ✓

J.  What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _Bextra_____

K.  What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _Bextra_____

L.  Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes __ No _____ Don't Recall ✓

2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall ✓

3. *If "yes,"*

   a. When did you receive that information?_____

   b. From whom did you receive it?_____

   c. What information did you receive? _____
   _____

## V. MEDICAL BACKGROUND

A. Height: _55_

B. Current Weight: _220_
   Weight at the time of the injury, illness, or disability described in Section I(C):
   _____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   ✓  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   ___  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   a. Date on which smoking/tobacco use ceased: _____
   b. Amount smoked or used: on average_____ per day for _____ years.

   ___  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

   a. Amount smoked or used: on average _____ per day for _____ years.
   ___  Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No _✓_ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

*never*

NOV 22 2005

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes \_\_\_\_\_  No \_\_\_\_  Don't Recall ✓\_\_\_\_

*If "yes"*, identify each substance and state when you first and last used it. *Used*
*medicine for diabetes*

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Dr. Mehena | Heart attack | 8/2002 | Dr Mehena | Methodist |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Surgery | 8/2002 | Dr. Mehena | Methodist |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
    Yes ✓\_\_  No \_\_\_\_  Don't Recall \_\_\_\_  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| EKG, Chest x-ray | 8/2002 | Dr Hills, Dr Mahena | Methodist | pain in chest |

NOV 2 1 2006

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No ___✓___

B. Decedent's death certificate (if applicable). Yes _____ No ___✓___

C. Report of autopsy of decedent (if applicable). Yes _____ No ___✓___

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes ___ No ___✓___

If you answer "yes", set forth in the space provided:

   i.   There is _____ number of _____ mg tablets remaining.

   ii.  There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No ___✓___

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ___ No ___✓___

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No ___✓___

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ✓

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| DR. Hodges, | Chalmette, La |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| DR. Hill | methodist Hospital | Now |
| DR. mushitta | methodist hospital | 4/2008 he died |
| DR. meheera | methodist hospital | Now |
| DR. Hodges. | Chalmette La | Now |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| methodist Hosp | Reed blvd | 6/2002 | Chest pain |
| " " | " | 1/2004 | Chest pain |
| Chalmette General | Chalmette La | 12/2003 | Chest pain |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Dr Hill | methrist | Don't | diabetes/chart check |
| Dr Maheena | methodist Hospital | remember | " " |
| Dr Hedges | Chalmette, La | " | " |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Dr Hill | methodist office | Don't remember |
| Dr Hedges | chalmette office | |
| Dr Maheena | methodist office | |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| St Bernard Drug | Podras La |
| Walgreens | Parish Rd, Chalmette, La |

G.  If you have submitted a claim for social security disability benefits in the last (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Social Security office | Bartholew St New Orleans La |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | |
| | |



## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| Willie ola Banks, Willie Banks Woo | 11/9/05 |
|---|---|
| Signature               Print Name | Date |

WILLIE OLA BANKS

189839_1

Page 11 of 11

Exhibit H

LEXISNEXIS' FILE & SERVE
7639677
E-SERVICE
Dec 13 2005
4:46PM

Exhibit A

IN RE:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: _Irene Bordelon_
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A.  Name of person completing this form: _Katherine G. Cumbo_

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _433 80 2510_

2.  Maiden or other names used or by which you have been known: _Bordelon, + Guillot_

3.  Address: _109 Dewey Bernard Rd. Mansura, La 71350_

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _Irene Bordelon, Daughter_

5.  If you were appointed as a representative by a court, state the:
    Court: _Not applicable_     Date of Appointment: _Not applicable_

6.  What is your relationship to deceased or represented person or person claimed to be injured? _Daughter_

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _Not applicable_

NY 189839_1

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _✓_ No_____ *If "yes,"*
*BeTTRa*
   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? *Heart Attack + Stroke*
   *Bextra*

   b. When do you claim this injury occurred? *10-14-03*

   c. Who diagnosed the condition? *Sabah Varogua, Amegio*

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _✓_ *If "yes,"* when and who diagnosed the condition at that time? _____

   *Bextra*
   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _✓_ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _✓_

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____

   b. To your understanding, condition for which treated: _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Irene Bordelon*

B. Maiden or other names used or by which you have been known: *Unknown Normand*

C. Social Security Number: *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*

D. Address: *255 M Cole Rd Vick, La~*

189839_1

E.  Identify each address at which you have resided during the last ten (10) years, and list
    when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 255 McCord Vick, La. | Life |

F.  Driver's License Number and State Issuing License: NONE

G.  Date of Place and Birth: 9-27-21  Vick, La.

H.  Sex:  Male _____  Female ✓

I.  Identify the highest level of education (high school, college, university or other
    educational institution) you have attended (even if not completed), the dates of
    attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Lafargue School | 1927-1934 | Regular | NONE |

J.  Employment Information.
    1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Retired | | Retired | Housewife/Cook |

    2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| None | None | None | None |

    3.  Are you making a wage loss claim for either your present or previous
        employment?  Yes _____  No ✓
        If "yes," state your annual income at the time of the injury alleged in
        Section I(C):_____

K.  Military Service Information:  Have you ever served in the military, including the
    military reserve or national guard?  Yes _____  No ✓

    If "yes," were you ever rejected or discharged from military service for any reason
    relating to your physical, psychiatric or emotional condition?  Yes _____  No _____

189839_1

Page 3 of 11

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?  Yes _____ No _✓_  *If "yes,"* to the best of your knowledge please state:

    a. Year claim was filed: _UNKNOWN_____

    b. Nature of disability: _UNKNOWN_____

    c. Approximate period of disability: _UN KNOWN_____

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____ No _✓_  *If "yes,"* set forth when and the reason. _____
_____
_____

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes _____ No _✓_ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____
_____
_____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes _____ No _✓_ *If "yes,"* set forth where, when and the felony and/or crime. _____
_____

## III.  FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _Stenetteal, Bordelon_
_born_  _9-28-1914  farmer married 10-25-1936_
_Died  7-28-1986,_

B.  Has your spouse filed a loss of consortium claim in this action?  Yes _____ No _✓_

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours
suffer from any type of cardiovascular disease including but not limited to: heart
attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur,
coronary artery disease, congestive heart failure, enlarged heart, leaking valves or
prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever,
atrial fibrillation, stroke?  Yes ____  No ___✓___  Don't Know __✓___  If "yes,"
identify each such person below and provide the information requested.

Name: _UN KNowN_

Current Age (or Age at Death): _UNKNOWN_

Type of Problem: _____ UNKNOWN_

If Applicable, Cause of Death: _UN KNowN_

D. If applicable, for each of your children, list his/her name, age and address: _____
_Not applicable_

E. If you are claiming the wrongful death of a family member, list any and all heirs of
the decedent. _Not applicable_
_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _DR Nalifey_ *(Bextra)*

B. On which dates did you begin to take, and stop taking, VIOXX®? _2002_ to _10-1-04_ *(Bextra)*

C. Did you take VIOXX® continuously during that period? *(Bextra)*
Yes _____  No _____  Don't Recall __✓__

D. To your understanding, for what condition were you prescribed VIOXX®? _Knees_ *(Bextra)*
_Arthritis_

E. Did you renew your prescription for VIOXX®? Yes _✓_  No ____  Don't Recall _____ *(Bextra)*

F. If you received any samples of VIOXX®, state who provided them, what dosage, how
much and when they were provided: _Edmund Kahifey M.D. 20ml. once a day_ *(Bextra)*

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _1 @ day_

189839_1

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _____ Don't Recall _✓_

J. What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _Tylenol_____

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _Tylenol_____

L. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes __ No _____ Don't Recall _✓_

2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall _✓_

3. *If "yes,"*
   a. When did you receive that information? _not applicable_____
   b. From whom did you receive it? _____
   c. What information did you receive? _____
   _____

## V. MEDICAL BACKGROUND

A. Height: _5'4"_

B. Current Weight: _165_
   Weight at the time of the injury, illness, or disability described in Section I(C):
   _175_

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
   _✓_ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
      a. Date on which smoking/tobacco use ceased: _____
      b. Amount smoked or used: on average_____ per day for _____ years.
   ____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
      a. Amount smoked or used: on average _____ per day for _____ years.
   ____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No _✓_ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

in the complaint:

_NoNe_ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after you first experienced your alleged VIOXX®-related injury?"  Yes ____  No _✓_  Don't Recall _____

If "yes", identify each substance and state when you first and last used it. _____
_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| NoNe | NoNe | NoNe | NoNe | NoNe |
|  |  |  |  |  |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

3. To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _✓_  No _____  Don't Recall _____  If "yes," answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Chest X-Ray | 10-15-03 | Dr VAroqaa | RapidesGev | StreKe + |
| EKG |  | Dr. SAsbAh | '' | heArt AttAck |
| CT SCAN of head |  |  |  |  |
| MRI |  |  |  |  |

189839_1

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes ✓   No ____

B. Decedent's death certificate (if applicable). Yes ____   No ✓

C. Report of autopsy of decedent (if applicable). Yes ____   No ✓

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes ____   No ✓

If you answer "yes", set forth in the space provided:

    i.   There is _____ number of _____ mg tablets remaining.

    ii.   There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ✓   No ____

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ____   No ✓

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ____   No ✓

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ✓

## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Edmund KaLiFey | MArKsville, LA. |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Richard Michel | MArKsville, La. | UNKNOWN |
| Donna Breem | MArKsville, La. | UNKNOWN |
| DR. Amegio | MArKsville, La. | UNKNOWN |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Rapides Regional | Alex, LA. | 10-14-03 | Stroke |
| Rapides Regional | Alex, La. | | Cancer (Breast) |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Not applicable | | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Edward Laffey | Marksville, La. | |
| Richard Michel | Marksville, La. | |
| Donna Breem | Marksville, La. | |
| Amegid | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Don's Pharmacy | Marksville, La. |
| Eckard's Pharmacy | Marksville, La. |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Not applicable | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Not applicable | |

189839_1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Katherine Cumbo_                 _Katherine G Cumbo_                 _11-3-05_
Signature                                     Print Name                                        Date

# Exhibit I

10208191
Jan 9 2006
3:12PM

Exhibit A

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| --- | --- |

Claimant: _Frances Charles_
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: Frances Charles

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: 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

2. Maiden or other names used or by which you have been known: Lewis

3. Address: 501 Cumberland St.

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? Louisiana

5. If you were appointed as a representative by a court, state the:
   Court: N/A                              Date of Appointment: N/A

6. What is your relationship to deceased or represented person or person claimed to be injured? N/A

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: N/A

NY 189839_1

C. Claim Information

   1.   Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No_____ *If "yes,"*

      a.   What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Stroke

      b.   When do you claim this injury occurred?

      c.   Who diagnosed the condition? East Jefferson General Hospital

      d.   Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _N/A_

      e.   Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No ✓ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _N/A_

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes _____ No ✓

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a.   Name and address of each person who treated you:

      b.   To your understanding, condition for which treated:

      c.   When treated:

      d.   Medications prescribed or recommended by provider:

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Frances Charles

B. Maiden or other names used or by which you have been known: Lewis

C. Social Security Number: 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

D. Address: 501 S. Cumberland St, River Ridge, LA 70123

E.  Identify each address at which you have resided during the last ten (10) years, and list
    when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 50 Cumberland St. RiverRidge LA | Past 60 years |

F.  Driver's License Number and State Issuing License: N/A

G.  Date of Place and Birth: 7-4-30

H.  Sex:  Male _____   Female ✓

I.  Identify the highest level of education (high school, college, university or other
    educational institution) you have attended (even if not completed), the dates of
    attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| N/A | | | |

J.  Employment Information.

    1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Retired | | | |

    2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |

    3.  Are you making a wage loss claim for either your present or previous
        employment?  Yes _____  No ✓

        *If "yes,"* state your annual income at the time of the injury alleged in
        Section I(C): N/A

K.  Military Service Information:  Have you ever served in the military, including the
    military reserve or national guard?  Yes _____  No ✓

    *If "yes,"* were you ever rejected or discharged from military service for any reason       N/A
    relating to your physical, psychiatric or emotional condition?  Yes _____  No _____

189839_1

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes _____ No ✓ *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: _____ N/A
   
   b. Nature of disability: _____
   
   c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No ✓ *If "yes,"* set forth when and the reason. _____ N/A

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes _____ No ✓ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. N/A

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes _____ No ✓ *If "yes,"* set forth where, when and the felony and/or crime. _____ N/A

### III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
   Wilson Charles   2-24-28

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No ✓

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No __✓__ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
N/A

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. N/A
_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? Christian Mayorga

B. On which dates did you begin to take, and stop taking, VIOXX®? N/A in records

C. Did you take VIOXX® continuously during that period?
   Yes __✓__ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? arthritis
_____

E. Did you renew your prescription for VIOXX®? Yes __✓__ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: OLA, N/A
_____

G. Which form of ~~VIOXX®~~ Celebrex did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   _____ 25 mg Tablet (round, yellow, MRK 110)
   _____ 25 mg Oral Suspension
   _____ 50 mg Tablet (round, orange, MRK 114)
   ✓ 200 mg   yellow, white

H. How many times per day did you take VIOXX®? _____ 1

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✓ Don't Recall _____

J. What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? N|A _____

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? N|A _____

L. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it? Yes _ No _____ Don't Recall ✓

   2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall ✓

   3. *If "yes,"*
      a. When did you receive that information?_____ N/A
      b. From whom did you receive it?_____
      c. What information did you receive? _____

## V. MEDICAL BACKGROUND

A. Height: 5'6"

B. Current Weight: *165*
   Weight at the time of the injury, illness, or disability described in Section I(C):
   160

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
   _____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   ✓ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
      a. Date on which smoking/tobacco use ceased: *about 10 years ago*
      b. Amount smoked or used: on average_____ per day for _____ years.
   _____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
      a. Amount smoked or used: on average _____ per day for _____ years.
   _____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No ✓ If *"yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

in the complaint:

_____ drinks per week,
_____ drinks per month,
_____ drinks per year, or
Other (describe): _____

E.  Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within
one (1) year before, or any time after, you first experienced your alleged VIOXX®-
related injury?" Yes ____ No ✓ Don't Recall ____

*If "yes"*, identify each substance and state when you first and last used it. *N/A*

F.  Please indicate to the best of your knowledge whether you have ever received any of
the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify
for what condition the surgery was performed: open heart/bypass surgery,
pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck
artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| triple bypass | | 2004 | Dr. Bleiche | E.J.G.H |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| heart attack | 2004 | Dr. Bleiche | E.J.GH |

3.  To your knowledge, have you had any of the following tests performed: chest X-
ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal
echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound,
MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head,
bubble/microbubble study, or Holter monitor?
Yes ✓ No ____ Don't Recall ____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| EKG | 2004 | Dr. Bleiche | EJGH | Heart Attack |

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes  ✓  No ____   *Previously sent*

B. Decedent's death certificate (if applicable). Yes ____ No ____

C. Report of autopsy of decedent (if applicable). Yes ____ No ____

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes ___ No ✓

If you answer "yes", set forth in the space provided:

   i.   There is _____ number of _____ mg tablets remaining.

   ii.  There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ✓ No ___

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ___ No ✓

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No ✓

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ✓

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Christian Mayorga | 613 Williams Blvd, Kenner, LA 70062 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Same as above | | |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| East Jeff Hospital | 4200 Houma Blvd | In medical records | Heart Attack |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| East Jeff Hospital | 4200 Houma Blvd | In Medical Records | Heart Attack / Fluid in lungs |
| | | | |
| | | | |

E.  Each physician or healthcare provider from whom you have received treatment in the
    last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Christian Mayorga | 613 Williamsblod Kenner, LA 70062 | Records Sent |
| | | |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Walgreens | 10009 Jefferson Hwy. River Ridge, LA 70123 |
| | |

G.  If you have submitted a claim for social security disability benefits in the last ten (10)
    years, state the name and address of the office that is most likely to have records
    concerning your claim.  *N/A*

| Name | Address |
|------|---------|
| | |
| | |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address
    of the entity that is most likely to have records concerning your claim.  *N/A*

| Name | Address |
|------|---------|
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Frances Charles_          _Frances Charles_          _1/4/05_
Signature                          Print Name                        Date

189839_1

Page 11 of 11

# Exhibit J



11606013

E-SERVICE

Jun 22 2006
2:13PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: __JAMES  F. BUTLER__ OBO |
| Civil Action No: __05-6904__ | (name)  __Angel Butler__ |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: __JAMES  F.  BUTLER__

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: __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__

2. Maiden Or Other Names Used or By Which You Have Been Known: __James F. Butler sr.__

3. Address: __8112  First, ST. Addis, La. 70710__

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? __Angel S. Butler - Spouse__

5. If you were appointed as a representative by a court, state the:

   Court: __Not Applicable__       Date of Appointment: __Not Applicable__

6. What is your relationship to deceased or represented person or person claimed to be injured? __Husband__

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: __Feb. 10, 2003__
   __Our Lady Of the Lake Regional Medical Center Baton Rouge, LA.__

JAN 27 2006

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ___ No _✓_  *If "yes,"*

    a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? **Not applicable**
    _____

    b.  When do you claim this injury occurred? **Not applicable**

    c.  Who diagnosed the condition? **Not applicable**

    d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ___ No _✓_ *If "yes,"* when and who diagnosed the condition at that time? _____
    _____

    e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ___ No _✓_ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
    _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ___ No _✓_

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a.  Name and address of each person who treated you: **Not applicable**

    b.  To your understanding, condition for which treated: **Not applicable**

    c.  When treated: **Not applicable**

    d.  Medications prescribed or recommended by provider: **Not applicable**

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: **Angel S. Butler**

B.  Maiden or other names used or by which you have been known: **Angel Nell Smith Butler**

C.  Social Security Number: **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**

D.  Address: **8112 First ST. Addis, LA. 70710**

JAN 2 7 2006

E.   Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 8112 First St. Addis, LA 70110 | 1986 — 2003 |

F.   Driver's License Number and State Issuing License: 003245720 - Louisiana

G.   Date of Place and Birth: New Orleans, LA. 07 - 19 - 1944

H.   Sex:  Male ____   Female ✓

I.   Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Southern University | Fall 1962 1 Semester | General Studies | No Degree |

J.   Employment Information.

1.   Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Wal-Mart | 58485 Belleview Rd. Plaquemine, LA 70764 | 1981 - 1993 | Claims Adjuster / Training Coordinator |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Wal-Mart | 58485 Belleview Rd. Plaquemine, LA 70764 | 1981 - 1993 | Claims Adjuster / Training Coordinator |

3.   Are you making a wage loss claim for either your present or previous
employment? Yes ____ No ✓

*If "yes,"* state your annual income at the time of the injury alleged in
Section I(C): Not applicable

K.   Military Service Information:  Have you ever served in the military, including the
military reserve or national guard?  Yes ____ No ✓

*If "yes,"* were you ever rejected or discharged from military service for any reason
relating to your physical, psychiatric or emotional condition?  Yes ____ No ____

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes ✓ No _____ *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: __1995__

   b. Nature of disability: __Arthritis related__

   c. Approximate period of disability: __May 1995 - Feb. 2003__

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No ✓ *If "yes,"* set forth when and the reason. _____
   _____
   _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes _____ No ✓ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____
   _____
   _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes _____ No ✓ *If "yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): James F. Butler  02/18/19
Retired - Pulp Mill Operator -Tembec. Date of marriage - 04/13/1963 - 02/10/2 Death

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No ✓

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes __✓__ No _____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _Henry Smith (Father)_

Current Age (or Age at Death): _54_

Type of Problem: _Stroke_

If Applicable, Cause of Death: _Stroke_

D. If applicable, for each of your children, list his/her name, age and address: ① _Phyllis B. Christophe 58205 Nicholas St. Plaquemine, LA. 70764_ ② _Marlene G. Butler - 8112 First St_ ③ _James F. Butler, Jr. - 1163 Manzana Way San Diego, CA 92139_ _Addis, LA 70710_

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _James F. Butler_

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _Dr. Stephen Pollet_

B. On which dates did you begin to take, and stop taking, VIOXX®? _July 2001 — Feb. 2003_

C. Did you take VIOXX® continuously during that period? Yes __✓__ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _Arthritis_

E. Did you renew your prescription for VIOXX®? Yes __✓__ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _Dr. Stephen Pollet 200 mg Cap_

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

_✓ Celebrex 200 mg Cap_

H.  How many times per day did you take VIOXX®?
_____ 2 times per day _____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ____ No ✓ Don't Recall _____

J.  Instructions or Warnings:

1.  Did you receive any written or oral information about VIOXX® before you took it? Yes __ No ____ Don't Recall ✓

2.  Did you receive any written or oral information about VIOXX® while you took it? Yes ___ No ____ Don't Recall ✓

3.  If "yes,"

a.  When did you receive that information? __Not applicable__

b.  From whom did you receive it? __Not applicable__

c.  What information did you receive? __Not applicable__

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? __Tylenol Arthritis__

## V. MEDICAL BACKGROUND

A.  Height: 5'5"

B.  Current Weight: 209 lbs.
Weight at the time of the injury, illness, or disability described in Section I(C): _____

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
✓ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
a.  Date on which smoking/tobacco use ceased: 1982
b.  Amount smoked or used: on average ½ pack per day for 5 years.
____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
a.  Amount smoked or used: on average _____ per day for _____ years.
____ Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____  No ✔  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No ✔  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it.  Not applicable

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Not applicable | | | | |
| | | | | |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital | |
|------------------------|------|--------------------|----------|---|
| Nuclear Stress Test | 2001 | Dr. Evens Rodney | Doctor's office | 5231 Brittany Baton Rouge, 70 |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✔  No _____  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| EKG | Unknown | Unknown | River West Med. Center | Chest pain |
| | | | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes ✓  No ____

B. Decedent's death certificate (if applicable).  Yes ✓  No ____

C. Report of autopsy of decedent (if applicable).  Yes ____   No ✓

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.     Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Johnny Prejean | Unknown |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Johnny Prejean | Unknown | 2002 - 2003 |
| Dr. James Grace (Ret.) | Unknown | 1975 - 2001 |
| Dr. Dyer (Retired) | Unknown | Unknown |
| Dr. Stephen Pollet | 7373 Perkins Rd. Baton Rouge, LA 70808 | 2003 |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| RiverWest Med Center | 59355 River West Drive Plaquemine, LA | 2002  2003 | Shortness of breath |
| Our Lady of the Lake | 5000 Hennessy Blvd. Baton Rouge, LA | 2003 | Shortness of breath Chest pain |

Eye pain 2002

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address  Plaquemine, LN | Admission Dates | Reason for Admission |
|---|---|---|---|
| River West Med Cen | 59355 River West Dr. | 2003 | Emergency Care |
| Our Lady of Lake the | 5000 Hennessy Blvd Baton Rouge, LA | 2002 | Emergency Care |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

Dr. Mark Meadows  59335 River West Dr.  Plaquemine, LA  2002

Dr. Evelyn Haye Unknown 1980-2002

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr. Johnny Prejean | Unknown | 2002 - 2003 |
| Dr. James Grace (Ret) | Unknown | 1975 - 2001 |
| Dr. Stephen Pollet | 7373 Perkins Rd. Baton Rouge, LA | 2001 - 2003 |
| Dr. Evens Rodney | 5231 Brittany Dr. Baton Rouge, LA | 2002 - 2003 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Wal-Mart Pharmacy | 58485 Belleview Rd.  Plaquemine, LA 70764 |
| | |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Social Security Administration | 24655 Plaza Drive  Plaquemine, LA 70764 |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Not applicable | |
| | |