## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_James F. Butler_               JAMES F. BUTLER            1-24-06
Signature                       Print Name                 Date

# Exhibit K



LEXISNEXIS® FILE & SERVE
11606013
E·SERVICE
Jun 22 2006
2:13PM

| | |
|---|---|
| IN RE:  VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: _Lois M Gauthier_ (name) |
| Civil Action No: _05-6904_ | |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.  Name of person completing this form: _Robert Gauthier_

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _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_

2.  Maiden Or Other Names Used or By Which You Have Been Known: _N/A_

3.  Address: _14319 Wadesboro Rd  Ponchatoula, LA_

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _LA - Represent Brothers_

5.  If you were appointed as a representative by a court, state the:

Court: _N/A_                        Date of Appointment: _N/A_

6.  What is your relationship to deceased or represented person or person claimed to be injured? _Son_

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _10-27-2004_
_North Oaks Hospital_

MICHAEL HINGLE & ASSO
FEB 17 2006
SLIDELL

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking
~~VIOXX®~~? Yes __✓__ No_____  *If "yes,"*
Bextra

   a. What is your understanding of the bodily injury you claim resulted from your
   use of ~~VIOXX®~~? Acute Myocardial Infarction
   Bextra

   b. When do you claim this injury occurred? __10-27-2004__

   c. Who diagnosed the condition? __Hospital__

   d. Did you ever suffer this type of injury prior to the date set forth in answer to
   the prior question? Yes _____ No __✓__  *If "yes,"* when and who
   diagnosed the condition at that time? _____
   _____ N / A _____

   e. Do you claim that that your use of ~~VIOXX®~~ worsened a condition that you
   Bextra
   already had or had in the past? Yes _____ No __✓__  *If "yes,"* set forth the
   injury or condition; whether or not you had already recovered from that injury
   or condition before you took ~~VIOXX®~~; and the date of recovery, if any. _____
   Bextra                                N / A

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes _____ No __✓__

   *If "yes,"* for each provider (including but not limited to primary care physician,
   psychiatrist, psychologist, counselor) from whom have sought treatment for
   psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____

   b. To your understanding, condition for which treated: _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: __N / A__

## II. PERSONAL INFORMATION OF THE PERSON WHO USED ~~VIOXX®~~
Bextra

A. Name: __Lois M Gauthier__

B. Maiden or other names used or by which you have been known: __Marie Gauthier__

C. Social Security Number: __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__

D. Address: __14319 Wadesboro Rd__
__Ponchatoula, La  70454__

MICHAEL HINGLE & ASSOC

FEB 17 2006

SLIDELL

E.   Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| N/A | N/A |

F.   Driver's License Number and State Issuing License: _LA - unknown_

G.   Date of Place and Birth: _Dupont, LA   10-5-35_

H.   Sex: Male _____ Female _✓_

I.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| unknown | | | |

J.   Employment Information.

1.   Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |

3.   Are you making a wage loss claim for either your present or previous employment? Yes _____ No _✓_

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _N/A_

K.   Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No _✓_

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _N/A_ No

MICHAEL HINGLE & ASSOC

FEB 17 2006

SLIDELL

L. Insurance / Claim Information:

    1. Have you ever had a worker's compensation and/or social security disability (SSI or SSD) claim?  Yes _____  No __✓__ *If "yes,"* to the best of your knowledge please state:

        a. Year claim was filed: _____

        b. Nature of disability: _____

        c. Approximate period of disability: _____

    2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____  No __✓__ *If "yes,"* set forth when and the reason. _____

    3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes _____  No __✓__ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes _____  No __✓__ *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): Death of husband 8-27-1994
Lendol Gauthier   7-10-1951   Married

B. Has your spouse filed a loss of consortium claim in this action?  Yes _____  No ✓

MICHAEL HINGLE & ASSOC

FEB 17 2006

SLIDELL

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____  No _____  Don't Know _✓_____  *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: *Robert Gauthier*
*Bernard Gauthier 39114 Dutch Lane Ponchatoula, LA* 70454  *14319 Wadesboro R*
*Harry Gauthier 4213 Apollo Dr. Met., LA 70003  70454  Ponchatoula, LA*
E.  If you are claiming the wrongful death of a family member, list any and all heirs of  *7045*
the decedent.  *Same as Above (D)*

## IV. ~~VIOXX®~~ *Bextra* PRESCRIPTION INFORMATION

A.  Who prescribed ~~VIOXX®~~ *Bextra* for you? *David Gaudin MD*

B.  On which dates did you begin to take, and stop taking, ~~VIOXX®~~ *Bextra*? *On or before 01/01/04 until Death*

C.  Did you take ~~VIOXX®~~ *Bextra* continuously during that period?
Yes _✓_  No _✗_  Don't Recall _____

D.  To your understanding, for what condition were you prescribed ~~VIOXX®~~ *Bextra*? *Arthritis*

E.  Did you renew your prescription for ~~VIOXX®~~ *Bextra*? Yes _✓_  No _____  Don't Recall _____

F.  If you received any samples of ~~VIOXX®~~ *Bextra*, state who provided them, what dosage, how much and when they were provided: *Dr David Gaudin*

G.  Which form of ~~VIOXX®~~ *Bextra* did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

*Unknown*

MICHAEL HINGLE & ASSOC
FEB 17 2006

*SLIDELL*

H.  How many times per day did you take ~~VIOXX®~~ *Bextra*?
_unknown_

I.  Did you request that any doctor or clinic provide you with ~~VIOXX®~~ *Bextra* or a prescription for ~~VIOXX®~~ *Bextra*?  Yes ____  No ✓  Don't Recall _____

J.  Instructions or Warnings:

   1.  Did you receive any written or oral information about ~~VIOXX®~~ *Bextra* before you took it?  Yes ___  No _____  Don't Recall ✓

   2.  Did you receive any written or oral information about ~~VIOXX®~~ *Bextra* while you took it?  Yes ___  No _____  Don't Recall ✓

   3.  If "yes,"

      a.  When did you receive that information? _____

      b.  From whom did you receive it? _____ N/A

      c.  What information did you receive? _____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking ~~VIOXX®~~ *Bextra*?  _St. Joseph Low Dose Aspirin_

## V. MEDICAL BACKGROUND

A.  Height: _5'3"_

B.  Current Weight: _135#_
Weight at the time of the injury, illness, or disability described in Section I(C): _135#_

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   ____  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   ✓  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

      a.  Date on which smoking/tobacco use ceased: _Feb 1994_

      b.  Amount smoked or used: on average _unknown_ per day for ____ years.

   ____  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

      a.  Amount smoked or used: on average _____ per day for ____ years.

   ____  Smoked different amounts at different times.

MICHAEL HINGLE & ASSOC
FEB 17 2006
SLIDELL

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes __✓__ No ____  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

___0___  drinks per week,

___0___  drinks per month,

___0___  drinks per year, *or*

Other (describe): *Has not drank in many years at least 10*

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes ____  No __✓__ Don't Recall ____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____ N / A _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes __✓__ No ____  Don't Recall ____  *If "yes,"* answer the following:

MICHAEL HINGLE & ASSOC

FEB 17 2006

SLIDELL

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| unknown | unknow | Dr David Gaudin | Unknown | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No ✓

B. Decedent's death certificate (if applicable). Yes ✓ No _____

C. Report of autopsy of decedent (if applicable). Yes _____ N/A

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| David Gaudin | 15770 Paul Vega MD Dr Hammond LA 70403 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

MICHAEL HINGLE & ASSOC
FEB 17 2006
SLIDELL

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| North Oaks Hospital | 15770 Paul Vega MD Dr Hammond, LA 70403 | unknown | Citrons |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| unknown | unknown | unknown | unknown |
| " | " | " | " |
| " | " | " | " |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr David Crardin | 15770 Paul Vega MD Dr Hammond, LA 70403 | Unknown |
|  |  |  |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| CVS Pharmacy Eckds | 155 Berryland Shop Ctr Ponchatoula LA 70454 |
| Wal Mart | 2799 W Thomas St Hammond, LA 70401 |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
|  |  |
|  |  |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
|  |  |

MICHAEL HINGLE & ASSOC

FEB 17 2006

SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| _Robert Gauthier_ | _Robert Gauthier_ | _2-14-06_ |
| Signature | Print Name | Date |

MICHAEL HINGLE & ASSOC

FEB 17 2006

SLIDELL

# Exhibit L



11606013

Jun 22 2006
2:13PM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: Gertrude Washington
(name)

Civil Action No: 05-6404

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: Lynell Major

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: 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

2.  Maiden Or Other Names Used or By Which You Have Been Known: Washington

3.  Address: P.O. Box 585 Centerville, LA 70522

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? LA.

5.  If you were appointed as a representative by a court, state the:

    Court: By Social Security Adm.   Date of Appointment: 00

6.  What is your relationship to deceased or represented person or person claimed to be injured? daughter

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: 10-12-01
    Dauterive Hospital New Iberia, LA.

JAN 30 2006

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*
   *Celebrex*
   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? 4 Heart Attacks
      *Celebrex*

   b. When do you claim this injury occurred? 9 - 00

   c. Who diagnosed the condition? DR. Kidlake

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _____

      *Celebrex*
   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No ✓ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

   *Celebrex*
D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No ✓

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: N/A

   b. To your understanding, condition for which treated: N/A

   c. When treated: N/A

   d. Medications prescribed or recommended by provider: N/A

   *Celebrex*

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: Gertrude Washington

B. Maiden or other names used or by which you have been known: Drew (maiden)

C. Social Security Number: Last Address (deceased)
   Address: P.O. Box 585 Centerville, LA, 70522

JAN 30 20__

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 133 Liberty Rd. Natchez Ms. | 63 - 1998 |
| 113 Matt Ln. Centerville LA | 1999 - 2001 |

F. Driver's License Number and State Issuing License: _____ N/A _____

G. Date of Place and Birth: 8 - 31 - 1918 - Natchez, MS.

H. Sex: Male _____ Female ✓

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | | | |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No ✓

   If "yes," state your annual income at the time of the injury alleged in Section I(C): _____ N/A _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No ✓

   If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No ✓ N/A

JAN 30 2006

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____   No _____   *If "yes,"* to the best of your knowledge please state:

   a.  Year claim was filed: _____

   b.  Nature of disability: _____

   c.  Approximate period of disability: _____

   Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____   No _____   *If "yes,"* set forth when and the reason. _____

   _____

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No _____   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

   _____

   _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No _____   *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (*e.g.,* divorce, annulment, death): _____

B.  Has your spouse filed a loss of consortium claim in this action?   Yes _____   No _____

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____  No __✓__  Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. *Fleming* Estelle Anderson, Martha Williams, Betty Shaw, Gir Pickett, Harriet Green, Mary Williams, Melita George Washington Michael Washington Carl Washington Ivey A. Paige

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed ~~VIOXX~~ *Celebrex* for you? Doctor Gary Witz

B. On which dates did you begin to take, and stop taking, ~~VIOXX~~*Celebrex*? *Celebrex Time of death* 99 - 01

C. Did you take ~~VIOXX~~ *Celebrex* continuously during that period? Yes __✓__  No _____  Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? *Celebrex Arthis pain in joints*

E. Did you renew your prescription for ~~VIOXX~~ *Celebrex*? Yes __✓__  No _____  Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: *Celebrex Can't recall dosage*

G. Which form of ~~VIOXX~~® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take ~~VIOXX®~~ *Celebrex*?
___BID___

I. Did you request that any doctor or clinic provide you with ~~VIOXX®~~ *Celebrex* or a prescription for ~~VIOXX®~~? Yes _____ No __✓__ Don't Recall _____

J. Instructions or Warnings:

    1. Did you receive any written or oral information about ~~VIOXX®~~ *Celebrex* before you took it? Yes ___ No _____ Don't Recall __✓__

    2. Did you receive any written or oral information about ~~VIOXX®~~ *Celebrex* while you took it? Yes ___ No _____ Don't Recall __✓__

    3. *If "yes,"*

        a. When did you receive that information? ___N/A___

        b. From whom did you receive it? ___N/A___

        c. What information did you receive? ___N/A___

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking ~~VIOXX®~~? ___No over the counter prescription Celebrex drug only___

## V. MEDICAL BACKGROUND

A. Height: _5'5"_

B. Current Weight: _140_
Weight at the time of the injury, illness, or disability described in Section I(C): _____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    N/A Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    ✗ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a. Date on which smoking/tobacco use ceased: _1970_

    N/A b. Amount smoked or used: on average _____ per day for _____ years.

    N/A Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

        a. Amount smoked or used: on average _____ per day for _____ years.

    N/A Smoked different amounts at different times.

NOV 3 0 2006
SHDELL

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____ No _____  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _Did not drink at all_____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____ No _✓_ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _N/A_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| Meds / Hospitalized | 9-00 10-01 | Dr. Wlutz | Foundation |
| Bladder Surgery / Bleeding | 10-8-01 | Dr. Forrest | D'Arbrieve |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _✓_ No _____ Don't Recall _____  *If "yes,"* answer the following:

ONEIL HINGLE & ASSOC
JAN 30 2006
SLIDELL

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| | | | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes ____  No ✓

B. Decedent's death certificate (if applicable). Yes ✓  No ____

C. Report of autopsy of decedent (if applicable). Yes ____  No ✓

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A. Your current family and/or primary care physician: Dr. Wiltz ) was → she is deceased

| Name | Address |
|---|---|
| Dr. Guitoy Wiltz | 1115 Weber St. Franklin, LA 7035 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Reed | Natchez MS | 90-98 |
| Dr. Wiltz | Franklin, LA | 99-01 |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

Jefferson Davis - Natchez, MS
Franklin Foundation - Franklin, LA 99-01
Dautrieve Hosp. New Iberia, LA 01

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Jefferson Davis | tol North | 99 | Stroke |
| Patricia/ Pg | | 01 | Hearth Attack |

→ dead

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Franklin F. | Hathey st | 10-6-01 | Bleeding really bad in her |
| Patricia | N. Brand | 10-9-01 | Bleeding  11.8.11 | catheter |

→ dead

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr   Seed | Hurp id N. Ad  Ms | |
| Dr   Wilk | 715 Weber St. | 99 - 01 |
| Dr   Pointest | Hospital Rd N.J.A | 10 - 01 dead |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Teche Net online | 1115 Weber st     Franklin |
| Cashians | Hospital Rd     Franclin Ln |
| Wal Mart Pharmacy | Natchez, MS |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| 32 yrs Older   On disability   Social | |
| Security     for years | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| N/A | |

JAN 3 0 2006
SLIDE

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____         _____         _____
Signature                                        Print Name                                       Date

JAN 3 2006

SLIDELL

# Exhibit M



Feb 27 2007
2:21PM

Exhibit A

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. 1657<br><br>Claimant: _Bernice W. Coleman_<br>(name) |

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: _Bernice W. Coleman_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _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_

2. Maiden or other names used or by which you have been known: _Clark_

3. Address: _3864-A East Sycamore Pl._

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _N/A_

5. If you were appointed as a representative by a court, state the:
   Court: _N/A_                    Date of Appointment: _N/A_

6. What is your relationship to deceased or represented person or person claimed to be injured? _N/A_

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _N/A_

NY 189839_1

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Blood clot )

   b. When do you claim this injury occurred? _____

   c. Who diagnosed the condition? Huey P. long hospital

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ✓ No _____ *If "yes,"* when and who diagnosed the condition at that time? Dr. Keith M. Dohby

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ✓ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____ Can't Recall

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ✓ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: Dr. Keith M Dohby

   b. To your understanding, condition for which treated: Can't Recall

   c. When treated: Can't Recall

   d. Medications prescribed or recommended by provider: Dr. Keith M. Dohby

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Bernice W. Coleman

B. Maiden or other names used or by which you have been known: Clark

C. Social Security Number: 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

D. Address 3264 A East Sycamore Pl.

189839_1

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
| 22608 A East Sycamore H | 1973 |
| 22604 A East Sycamore H | 1992 |

F. Driver's License Number and State Issuing License: 0037 265348

G. Date of Place and Birth: Nuey P. Song

H. Sex:  Male _____  Female _✓_

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
| N/A | N/A | N/A | N/A |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| N/A | N/A | N/A | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| N/A | N/A | N/A | |

3. Are you making a wage loss claim for either your present or previous employment?  Yes _____  No _✓_

   If "yes," state your annual income at the time of the injury alleged in Section I(C):_____

K. Military Service Information:  Have you ever served in the military, including the military reserve or national guard?  Yes _____  No _✓_

   If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?  Yes _____  No _✓_

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes _____ No ✓ *If "yes,"* to the best of your knowledge please state:

    a. Year claim was filed: _____

    b. Nature of disability: _____

    c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No ✓ *If "yes,"* set forth when and the reason. _____
_____
_____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes _____ No ✓ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____
_____
_____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes _____ No ✓ *If "yes,"* set forth where, when and the felony and/or crime. _____
_____

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): William Coleman
Born 1919   May 23 1919   Truck Driver   for whom I did
Divorced Dave   December 26, 1941   married
Died April 10, 1990.

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No ✓

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _✓_ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: Emma Coleman 43 2247 B East Syracuse N. (3) John Henry Coleman N. 2264 A East Syracuse 3) June Marie Good No. 401 Woodard St.

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? Dr Ashby M.

B. On which dates did you begin to take, and stop taking, ~~VIOXX®~~?   N/A
Celebrex

C. Did you take VIOXX® continuously during that period?
Yes _____ No __·__ Don't Recall _✓_

D. To your understanding, for what condition were you prescribed VIOXX®? Blood clot
_____

E. Did you renew your prescription for VIOXX®? Yes _____ No _____ Don't Recall _✓_

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? Take 1 tablet at Bedtime.

189839_1

I.   Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _____ Don't Recall ✓

J.   What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? *Jupiter* _____

K.   What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? *Jupiter Hydrochlorothiazide Klor-con* _____

L.   Instructions or Warnings:

   1.   Did you receive any written or oral information about VIOXX® before you took it? Yes __ No ✓ Don't Recall _____

   2.   Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No ✓ Don't Recall _____

   3.   *If "yes,"*

      a.   When did you receive that information? _____

      b.   From whom did you receive it? _____

      c.   What information did you receive? _____
      _____

## V. MEDICAL BACKGROUND

A.   Height: "5.0"

B.   Current Weight: 145 lbs
     Weight at the time of the injury, illness, or disability described in Section I(C): 150

C.   Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

      _____   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

      ✓   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

      a.   Date on which smoking/tobacco use ceased: _____

      b.   Amount smoked or used: on average ___✓___ per day for _21_ years.

      _____   Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

      a.   Amount smoked or used: on average _____ per day for _____ years.

      _____   Smoked different amounts at different times.

D.   Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No ✓ If *"yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____ _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____ No _____ Don't Recall _✓_

*If "yes"*, identify each substance and state when you first and last used it. _____
_____ Can't Recall _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| N/A | N/A | N/A | N/A | N/A |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| N/A | N/A | N/A | N/A |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _✓_ No _____ Don't Recall _____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| Can't Recall | | — | Huey P | — |

## VI.    REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes √  No ____

B. Decedent's death certificate (if applicable).  Yes ____  No √

C. Report of autopsy of decedent (if applicable).  Yes ____  No ____

## VII.    REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes √. No ___

If you answer "yes", set forth in the space provided:

   i.   There is 30 ____ number of 10 ____ mg tablets remaining.

   ii.  There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes √  No ___

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ____  No √

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___  No √

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes _✓_ No ___

F.  Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes _✓_ No ___

G.  Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes _✓_ No ___


## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Auoy P. Jong | Pineville La. |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Eueland Air Park | Alexandria, La | Can't Recall |
| Auoy P. Jong | Pineville | Can't Recall |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| England Air P | Alexandria | Can't Recall | |
| | | | |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Mary P. Jang | Annville | Can't Recall | Blood Clot |
|  |  |  |  |

E.   Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Mary P. Jang | Same |  |
|  |  |  |

F.   Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Eckerd | Bolton Ave |
| Rite-Aid | McArthur Dr. |

G.   If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Social Security Off | 3401 North Blvd |
|  |  |

H.   If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | N/A |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| Bernice W. Coleman | Bernice W. Coleman | 11-2-05 |
| Signature | Print Name | Date |

# Exhibit N



7656347
Dec 15 2005
3:12PM

Exhibit A

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: *Moise A. Detillier*
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: *Moise A. Detillier*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1.  Social Security Number:_____

   2.  Maiden or other names used or by which you have been known:_____

   3.  Address:_____

   4.  State which individual or estate you are representing, and in what capacity you are
       representing the individual or estate? _____

   5.  If you were appointed as a representative by a court, state the:

       Court: _____   Date of Appointment: _____

   6.  What is your relationship to deceased or represented person or person claimed to
       be injured?_____

   7.  If you represent a decedent's estate, state the date of death of the decedent and the
       address of the place where the decedent died: _____

C. Claim Information

  1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _✓_ No_____ *If "yes,"*

     a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? *Heart attack 2 Feb 3-2003*

     b. When do you claim this injury occurred? *Feb - 3 - 2003*

     c. Who diagnosed the condition? *Dr. Yong*

     d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _✓_ *If "yes,"* when and who diagnosed the condition at that time? _____

     e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _✓_ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _✓_

  *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

     a. Name and address of each person who treated you: _____

     b. To your understanding, condition for which treated: _____

     c. When treated: _____

     d. Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Marie A. Detillier*

B. Maiden or other names used or by which you have been known: *N/A*

C. Social Security Number: *438 - 40 - 4247*

D. Address: *430 St. Louis St. Raceland, La. 70394*

189839_1

E.  Identify each address at which you have resided during the last ten (10) years, and list
    when you started and stopped living at each one:

| Address 430 St. Louis St | Dates of Residence |
|---|---|
| Raceland, La. 70394 | Sept. 20, 1985 |
|  |  |

F.  Driver's License Number and State Issuing License: La. — 000 292007

G.  Date of Place and Birth: 8-28-1931 — Mathews, La.

H.  Sex:  Male ✓   Female ____

I.  Identify the highest level of education (high school, college, university or other
    educational institution) you have attended (even if not completed), the dates of
    attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| unknown | 1937-1947 | 1grade to 9th | N/A |

J.  Employment Information.

    1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Georgia Sugar | Mathews | 1950-1985 | asst. Eng. |

    2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  | N/A |  |  |
|  |  |  |  |

    3.  Are you making a wage loss claim for either your present or previous
        employment?  Yes ____   No ✓

        *If "yes,"* state your annual income at the time of the injury alleged in
        Section I(C): _____ .

K.  Military Service Information:  Have you ever served in the military, including the
    military reserve or national guard?  Yes ✓   No ____

    *If "yes,"* were you ever rejected or discharged from military service for any reason
    relating to your physical, psychiatric or emotional condition?  Yes ____   No ✓

189839_1

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _✓_   No ____   *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: *Sept 9 - 1985*

   b. Nature of disability: *Back injury & leg*

   c. Approximate period of disability: *√20 years√*

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ____   No _✓_   *If "yes,"* set forth when and the reason. _____

   _____

   _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ____   No _✓_   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

   _____

   _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ____   No _✓_   *If "yes,"* set forth where, when and the felony and/or crime. _____

   _____

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____

   *Spouse is decesed since May 15 - 1984*
   *at present I have a companion I common-law wife*

B. Has your spouse filed a loss of consortium claim in this action?   Yes ____   No _✓_