C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _✓_ No _____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _Corline L. Detillier_

Current Age (or Age at Death): _58 at death_

Type of Problem: _heart attack_

If Applicable, Cause of Death: _heart attack cause by diabetes_

D. If applicable, for each of your children, list his/her name, age and address: _N/A_

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _N/A_

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _Dr. McKewen (prescribed Celebrex)_

B. On which dates did you begin to take, and stop taking, VIOXX®? _2001 – stop now prove_

C. Did you take VIOXX® continuously during that period?
   Yes _✓_ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _for back pain_

E. Did you renew your prescription for VIOXX®? Yes _✓_ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _Dr. was provided Celebrex samples. The dosage and how much un known_

G. Which form of VIOXX® did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   _✓_ 25 mg Tablet (round, yellow, MRK 110)  _Celebrex 200 mg. one a day_
   _✓_ 25 mg Oral Suspension
   _✓_ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _1 a day_

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ✓ No ____ Don't Recall ____ *It was Celebrex*

J. What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? *none*

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? *Before taken Celebrex I was taken Iodine*

L. Instructions or Warnings:

 1. Did you receive any written or oral information about VIOXX® before you took it? Yes __ No ✓ Don't Recall ____

 2. Did you receive any written or oral information about VIOXX® while you took it? Yes ____ No ✓ Don't Recall ____

 3. If "yes,"

 a. When did you receive that information?_____

 b. From whom did you receive it?_____

 c. What information did you receive? _____
 _____

## V. MEDICAL BACKGROUND

A. Height: *5' 5"*

B. Current Weight: *220*
 Weight at the time of the injury, illness, or disability described in Section I(C):
 *270*

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

 ____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
 ✓ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
 a. Date on which smoking/tobacco use ceased: *1981*
 b. Amount smoked or used: on average *1 pack* per day for *30* years.
 *N/A* Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
 a. Amount smoked or used: on average _____ per day for _____ years.
 *N/A* Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ✓ No ____ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

in the complaint:

*unknow* drinks per week,

*unknow* drinks per month,

*unknow* drinks per year, *or*

Other (describe): _____ *N/A* _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____   No ✓   Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it.  _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|  |  |  |  |  |
|  |  |  |  |  |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|  | 2003 | Dr Nong | St Anne Hospital Raceland, La |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✓   No _____   Don't Recall _____   *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| angiogram | Feb 4 - 2003 | Dr Nong | Chetimacha Pa | Heart attack |

189839_1

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes __✓__  No ____

B. Decedent's death certificate (if applicable).  Yes _N/A_  No ____

C. Report of autopsy of decedent (if applicable).  Yes _N/A_  No ____

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes ____  No __✓__

If you answer "yes", set forth in the space provided:

   i.   There is _____ number of _____ mg tablets remaining.

   ii.  There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ____  No __✓__

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ____  No __✓__

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ____  No __✓__

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ____ No ✓

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ____ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ____ No ✓

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.     Your current family and/or primary care physician:

| Name | Address |
| --- | --- |
| Dr. M. NAWAZ | 4608 Hwy 1 Raceland, Ja. 70394 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
| --- | --- | --- |
| Dr. M. NAWAZ | 4608 Hwy 1 Raceland | unknown |
| Dr. Kenneth (heart doctor) | 102 Lyin Oak D. Raceland, Ja. 70394 | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
| --- | --- | --- | --- |
| St Anne Hosp. | 4608 Hwy 1 | Feb 3 - 2003 | heart attack |
| Thibodaux Reg | 602 N Acadia | Feb 4 - 2003 | heart attack |
| Medical Center | Thibodaux, La 70301 | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| St Anne Hsp. Thib. Bay | 4608 Huy 1 Racd | Feb 3 - 2003 | Heart attack |
| Medical Center 2hib Sar, La 70301 | 602 Recodia Rd | Feb 4 - 2003 | Heart attack |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Dr Neway | 4608 Huy 1 Racdd | unknown |
| Dr Long | 102 Sin Och Dac Racdar, La. 70394 | unknown |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Expend Drug | 4560 Huy 1 Racdar La. 70396 |
| Wal Meil Drug | LA. 1 mathews, La. 70355 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Broadspire | P.O. Box 701809 Dallas, Texas, 75370 - 1809 |

189839_1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____          _MOISE DETILLIER_  _11-9-05_
Signature                                               Print Name                              Date

189839_1

# Exhibit O



Jan 10 2006
4:33PM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

    Civil Action No:

Plaintiff: _Shirley  Forcell_
                (name)

## PLAINTIFF PROFILE FORM

    Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _DONNA   Forcell_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _439 – 82 – 8499_

   2. Maiden Or Other Names Used or By Which You Have Been Known:_____

   3. Address: _6630   Siegen   Ln.  Apt 123_

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _N-A_          Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _Daugther_

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _La.   New  Orleans_



C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No __✓__ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____N A_____

   b. When do you claim this injury occurred?_____N A_____

   c. Who diagnosed the condition? _____N A_____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____N A_____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _____N A_____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No __✓__

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____N/A_____

   b. To your understanding, condition for which treated: _____N/A_____

   c. When treated: _____N/A_____

   d. Medications prescribed or recommended by provider: _____N/A_____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Shirley Forcell

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: 436 - 36 - 7824

D. Address: 4862 America St.

E.  Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 4862 America St New Orleans | 2001 - 2005 |

F.  Driver's License Number and State Issuing License: _____

G.  Date of Place and Birth: _8 - 6 - 1928_

H.  Sex:  Male _____  Female ✓

I.  Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Gilbert HS | Unknown | | graduated |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| NA | | | |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| NA | | | |

3.  Are you making a wage loss claim for either your present or previous
employment?  Yes _____  No ✓

   If "yes," state your annual income at the time of the injury alleged in
   Section I(C):_____

K.  Military Service Information:  Have you ever served in the military, including the
military reserve or national guard?  Yes _____  No ✓

   If "yes," were you ever rejected or discharged from military service for any reason
   relating to your physical, psychiatric or emotional condition?  Yes _____  No ✓

L. Insurance / Claim Information:

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____   No ___✓___ *If "yes,"* to the best of your knowledge please state:

      a. Year claim was filed: _____ *N A* _____

      b. Nature of disability: _____ *N A* _____

      c. Approximate period of disability: _____ *N A* _____

   2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____   No ___✓___   *If "yes,"* set forth when and the reason. _____
_____
_____

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No ___✓___   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
_____
_____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No ___✓___ *If "yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): *James Forcell Waiter   marriage   9 25 1918   deceased   1953*

B. Has your spouse filed a loss of consortium claim in this action?   Yes _____   No ___✓___

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes __✓__ No ____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _Donna Force ll_

Current Age (or Age at Death): _52_

Type of Problem: _CHF_

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _Donna Forcell 52_
_Jamellr Forcell 51   Sheryl Bridgewater 53   Palmyra Vasquez 59_

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _____NA_____

B. On which dates did you begin to take, and stop taking, VIOXX®? ____NA____

C. Did you take VIOXX® continuously during that period? Yes _____ No _✓_ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? ____NA____

E. Did you renew your prescription for VIOXX®? Yes ____ No _✓_ Don't Recall ____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____NA_____

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?

_____ Nit _____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✔ Don't Recall _____

J.  Instructions or Warnings:

   1.  Did you receive any written or oral information about VIOXX® before you took it? Yes ___ No ✔ Don't Recall _____

   2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No ✔ Don't Recall _____

   3.  *If "yes,"*

      a.  When did you receive that information? _____

      b.  From whom did you receive it? _____

      c.  What information did you receive? ____
      _____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____

_____ Baxtra and Celebrey _____

## V. MEDICAL BACKGROUND

A.  Height: _5 "_

B.  Current Weight: _120_
Weight at the time of the injury, illness, or disability described in Section I(C): _155_

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   ____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   ✔ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

      a.  Date on which smoking/tobacco use ceased: _____

      b.  Amount smoked or used: on average _____ per day for _____ years.

   ____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

      a.  Amount smoked or used: on average _____ per day for _____ years.

   ✔ Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes __✓__  No _____  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

___7___ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No __✓__  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____

_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| N/A     |           |      |                    |          |
|         |           |      |                    |          |
|         |           |      |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| N/A                    |      |                    |          |
|                        |      |                    |          |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____  No __✓__  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| IVP | | | | |
| | | | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes ✓   No ____

B. Decedent's death certificate (if applicable).  Yes ✓   No ____

C. Report of autopsy of decedent (if applicable).  Yes ____   No ✓

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
|---|---|
| None | |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| UN Known | | |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Methodist   N.O. | | Don't Know | Know feeling In leys |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| See Above | | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Don't Know | | |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Walgreens | St Charles   N.O |
| | |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| | New Orleans |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| NA | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| _Donna Forcell_ | _Donna Forcell_ | _1/5/06_ |
| Signature | Print Name | Date |

Exhibit P



LEXISNEXIS® FILE & SERVE
10227635
E-SERVICE
Jan 11 2006
9:28AM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No:

Plaintiff: _Melva Guillory_
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _Melva D. Guillory_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _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_

2. Maiden Or Other Names Used or By Which You Have Been Known: _Davis_

3. Address: _10900 Harrow Rd, New Orleans, LA 70127_

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _Self_

5. If you were appointed as a representative by a court, state the:

   Court: _N/A_          Date of Appointment: _N/A_

6. What is your relationship to deceased or represented person or person claimed to be injured? _Self_

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _N/A_

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking ~~VIOXX~~ *Bextra*®? Yes __✓__ No _____ *If "yes,"*

a. What is your understanding of the bodily injury you claim resulted from your use of ~~VIOXX~~ *Bextra*®? _Leg pain, swelling, facial scars._

b. When do you claim this injury occurred? _Mar or April 2004_

c. Who diagnosed the condition? _Dr._

d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No __✓__ *If "yes,"* when and who diagnosed the condition at that time? _____

e. Do you claim that that your use of ~~VIOXX~~ *Bextra* worsened a condition that you already had or had in the past? Yes __✓__ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _Pain in leg occurred_

D. Are you claiming mental and/or emotional damages as a consequence of ~~VIOXX~~®? Yes _____ No __✓__

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

a. Name and address of each person who treated you: _N/A_

b. To your understanding, condition for which treated: _N/A_

c. When treated: _N/A_

d. Medications prescribed or recommended by provider: _N/A_

## II. PERSONAL INFORMATION OF THE PERSON WHO USED ~~VIOXX~~® *Bextra*

A. Name: _Melva Guillory_

B. Maiden or other names used or by which you have been known: _Davis_

C. Social Security Number: _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_

D. Address: _10900 Harrow Rd; New Orleans, LA 70127_

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 10900 Harrow Rd New Orleans | 1978 — 8/2005 |
| 1015 8th St; N.O.LA 70115 | 9/2005 - Present |

F.  Driver's License Number and State Issuing License: _LA 001826023_

G.  Date of Place and Birth: _Columbia, LA._

H.  Sex: Male ____   Female _✓_

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Loyola | 1980-82 | Adm + Supv | M. Ed. |

J.  Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Jeff. Sch. Bd | Harvey LA | 8/2004 present | Teacher |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| St. Charles Sch. Bd | Luling, LA | 1970-2003 | Administrator |
| Century 21 | Crockery Blvd | 2020-present | Real estate agent |

3. Are you making a wage loss claim for either your present or previous employment? Yes ____   No ____

    *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _N/A_

K.  Military Service Information:  Have you ever served in the military, including the military reserve or national guard? Yes ____   No _No_

    *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _N/A_ No ____

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____   No ✓   *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: _____ *N/A*

   b. Nature of disability: _____

   c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ✓   No _____   *If "yes"* set forth when and the reason. *1989 — Surgery (hysterectomy)*

   _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ✓   No ✗   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
   *Diet Drug Litigation*

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No ✓   *If "yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____ *N/A*

B. Has your spouse filed a loss of consortium claim in this action?   Yes *N/No*

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ____   No ____   Don't Know ____   If "yes," identify each such person below and provide the information requested.

    Name: _____

    Current Age (or Age at Death): _____

    Type of Problem: _____

    If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: *Kevin 28 Donnie 33*

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. *N/A*

## IV. VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed ~~VIOXX®~~ *Bextra* for you? *Dr. Ruel*

B.  On which dates did you begin to take, and stop taking, ~~VIOXX®~~? *Mar 2004 – Sept 2004*

C.  Did you take ~~VIOXX®~~ continuously during that period?
    Yes ✓   No ____   Don't Recall ____

D.  To your understanding, for what condition were you prescribed ~~VIOXX®~~ *Bextra*? *Knee pain*

E.  Did you renew your prescription for ~~VIOXX®~~ *Bextra*? Yes ____   No ____   Don't Recall ✓

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: *N/A*

G.  Which form of ~~VIOXX®~~ *Bextra* did you take (check all that apply)?
    ____ 12.5 mg Tablet (round, cream, MRK 74)
    ____ 12.5 mg Oral Suspension
    ____ 25 mg Tablet (round, yellow, MRK 110)          *Not sure*
    ____ 25 mg Oral Suspension
    ____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®? *Not sure*

_____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✓ Don't Recall _____

J.  Instructions or Warnings:

1.  Did you receive any written or oral information about ~~VIOXX®~~ *Bextra* before you took it? Yes ✓ No _____ Don't Recall _____

2.  Did you receive any written or oral information about ~~VIOXX®~~ *Bextra* while you took it? Yes _____ No _____ Don't Recall ✓

3.  If "yes,"

a.  When did you receive that information? _____ N/A _____

b.  From whom did you receive it? _____ N/A _____

c.  What information did you receive? N/A _____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____ *Not sure* _____

_____

## V. MEDICAL BACKGROUND

A.  Height: **5' 5"**

B.  Current Weight: **178**
Weight at the time of the injury, illness, or disability described in Section I(C): **178°**

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

✓ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

a.  Date on which smoking/tobacco use ceased: _____ **1978** _____

b.  Amount smoked or used: on average **cigarette** per day for **3** years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

a.  Amount smoked or used: on average _____ per day for _____ years.

_____ Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes ✓ No _____  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint.

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No ✓  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it N/A _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| N/A |  |  |  |  |
|  |  |  |  |  |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| N/A |  |  |  |
|  |  |  |  |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✓ No _____  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| MRI | 2004 | Dr Ruel | N.O. Clinic | Knee pain |
| ERG | 2005 | Dr. Echo Williams | Ochsner | Physical |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes ✓  No ___

B. Decedent's death certificate (if applicable).  Yes N/A No ___

C. Report of autopsy of decedent (if applicable).  Yes N/A No ___

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.     Your current family and/or primary care physician:

| Name | Address |
|---|---|
| V.L. Langefels | Ochsner Clinic |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr Echols-Williams | Ochsner Clinic-East | 2004 — 8/2005 |
| Dr Williams Brandan | N.O. E. Judie N.O. East | 1995 — 2004 |
| Dr. Ruel | Orthopedic Clinic N.O.E. | 3/2004 — |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Date | Reason for Admission |
|------|---------|----------------|---------------------|
| Ochsner Hosp. | N.O. East Jeff | 1992 | hysterectomy |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|---------------------|
| Ochsner Clinic | Jeff + N.O. East | | Colds, flu, physical |
| Orthopedic Clinic | N.O. East | 3/2004 | Knee pain |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|---------------------|
| Dr. L. Langosch | Ochsner Clinic | 1/2/06 |
| Dr. E. Williams | Ochsner Clinic N.O.E | 2004-8/2005 |
| Dr. B. Williams | Ochsner Clinic N.O.E | 1995-2004 |
| Dr. Reed | Orthopedic Clinic N.O.E 3/2004- |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Walgreens | Marrero + Read |
| Wal-Mart | New Orleans East |
| Sam's | New Orleans East |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____     _____     _____
Signature                   Print Name   Melva D. Guillory     Date  1/5/06

# Exhibit Q

LEXISNEXIS® FILE & SERVE
10385596
E-SERVICE
Jan 20 2006
4:57PM

Exhibit A

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

*C FLEAREX*

MDL Docket No. 1657

Claimant: *Leatha C. Hollins*
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: *Leatha C. Hollins*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: *Not Applicable*

2. Maiden or other names used or by which you have been known: *Not Applicable*

3. Address: *Not Applicable*

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *Not Applicable*

5. If you were appointed as a representative by a court, state the:
   Court: *Not Applicable*   Date of Appointment: *Not Applicable*

6. What is your relationship to deceased or represented person or person claimed to be injured? *Not Applicable*

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: *Not Applicable*

NY 189839_1


NOV 2 9 2005

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _Bextra caused Kidney to go into Renal Failure. Was taking Celebrex before Bextra_

   b. When do you claim this injury occurred? _4-22-05_

   c. Who diagnosed the condition? _DR Cheryl Brown M.D._

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes_____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _____
      _NOT APPLICABLE_

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes_____ No ✓ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
      _Not Applicable_

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ✓ No_____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _DR Cheryl Brown 397 Hwy 21 N. Professional Bldg. F Madisonville LA. 70447_

   b. To your understanding, condition for which treated: _Emotional Because I eventually will go on Dyalisy or transplant._

   c. When treated: _Everytime I see her she counsel me._

   d. Medications prescribed or recommended by provider: _DR Brown Offered I did not want to take any._

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: _Leatha C. Hollins_

B. Maiden or other names used or by which you have been known: _Leather Mae Crandle_

C. Social Security Number: _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_

D. Address: _P.O. Box 731 Covington, LA. 70434_

189839_1

NOV 29 2005

DIDEL

E.  Identify each address at which you have resided during the last ten (10) years, and list
    when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| ▓▓▓▓ Hwy 36 Covington LA | 2000 — 2003 |
| 70741 44th St Couping on LA | 2003 — ongoing |

F.  Driver's License Number and State Issuing License: _003934250 Louisiana_

G.  Date of Place and Birth: _11-20-48  New Orleans La._

H.  Sex: Male _____ Female _✓_

I.  Identify the highest level of education (high school, college, university or other
    educational institution) you have attended (even if not completed), the dates of
    attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Pine view High school | 63 - 67 | High school Courses | GED |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Good will ind. | Claborne hill Cov. LA. | 1998 – 2000 | Sorter |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Huxtige Manor NH. | 1820 w. causeway approch | 1990 – 1991 | CNA |
| St Tammany Hospital | 12th & Tyler Cov LA | 1990 – 1989 | CNA |

3.  Are you making a wage loss claim for either your present or previous
    employment? Yes _____ No _✓_

    If "yes," state your annual income at the time of the injury alleged in
    Section I(C): ___Not Applicable___

K.  Military Service Information:  Have you ever served in the military, including the
    military reserve or national guard? Yes _____ No _✓_

    If "yes," were you ever rejected or discharged from military service for any reason
    relating to your physical, psychiatric or emotional condition? Yes _____ No _✓_

NOV 2 9 2005

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?  Yes ✓  No _____  *If "yes,"* to the best of your knowledge please state:

    a. Year claim was filed: *I Filed security disability SSI 9-21-99 and was approv 5-30-03*

    b. Nature of disability: *Osteoarthritis + Rheumatoid arthritis*

    c. Approximate period of disability: *1991 and ongoing*

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes ✓  No _____  *If "yes,"* set forth when and the reason. *I Have not worked since 1991. I Have 3 Bolding Disk, high Blood pressure. Osteo + Rheu arthritis. Enlarged heart. Can't sit or stand more than 15 min.*

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes _____  No ✓  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
_____ *NOT APPLICABLE* _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes _____  No ✓  *If "yes,"* set forth where, when and the felony and/or crime. _____ *N - A* _____

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): *1 husband ELOUIEL W. Hollins Marriage date 4-9-66 Marriage ended divorce granted Aug-23-1976 his Birth date 12-28-45*

B. Has your spouse filed a loss of consortium claim in this action?  Yes _____  No ✓

NOV 2 0 2005

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes __✓__ No _____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _Millie Crandle (Parent)_

Current Age (or Age at Death): _92 (deceased)_

Type of Problem: _enLarged heart - congestive heart Failure_

If Applicable, Cause of Death: _Had leg cut off did Not make it_

D. If applicable, for each of your children, list his/her name, age and address: _Elaine M._ _Hollins 929 west 33 Covington LA. Flouiel W Hollins III T-5024_ _Conservation camp P.O. Box 27 0160_ _Susanville Ca: 96127 camp #25_

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _Not Applicable_

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _DR. Saliha Ishaq M.D._

B. On which dates did you begin to take, and stop taking, VIOXX®? _oct 28 - 2004 Bettra 10mg_ _12-6-03 CeLeBrex 200mg 2 A Day_

C. Did you take VIOXX® continuously during that period?
Yes __✓__ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _RHEUMAtoid_ _AND OsteoARthRHis_

E. Did you renew your prescription for VIOXX®? Yes __✓__ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _DR. Ishaq_

G. Which form of VIOXX® did you take (check all that apply)?
_Not Applic._ 12.5 mg Tablet (round, cream, MRK 74)
_Not Applic._ 12.5 mg Oral Suspension
_Not Applic._ 25 mg Tablet (round, yellow, MRK 110)
_Not Applic._ 25 mg Oral Suspension
_Not Applic._ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _Bettra 1 A Day Celebrex 2 A day_

189839_1

NOV 2 2005

I.   Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ✓̲ No ____ Don't Recall ____

J.   What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? *Lasix 40mg - Ket olAZoNe 5mg - PARVocet - Hydrocodone AtitriptyliNe-zantac 75 ReMicade I V theropy - predNisoNe*

K.   What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? *MaVide - NOR vasc - pre DNisoNe - pot ta ssium - sulfa salazin TraxxAool*

L.   Instructions or Warnings:

   1.   Did you receive any written or oral information about VIOXX® before you took it? Yes ✓̲ No ____ Don't Recall ____

   2.   Did you receive any written or oral information about VIOXX® while you took it? Yes ____ No ✓̲ Don't Recall ____

   3.   If "yes,"

      a.   When did you receive that information? *The iNFORMATION CAME with the Med*

      b.   From whom did you receive it? *Wallqreen's Drug Store*

      c.   What information did you receive? *geNeral iNFOMATION that is given with the Med*

## V. MEDICAL BACKGROUND

A.   Height: *5 ²*

B.   Current Weight: *232*
     Weight at the time of the injury, illness, or disability described in Section I(C): *245*

C.   Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
     ✓̲ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
     *NOt Applicable* Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
        a.   Date on which smoking/tobacco use ceased: *NOT Applicable*
        b.   Amount smoked or used: on average *NOT Applicable* per day for *Not Applicable* 's a
     *Not Applicable* Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
        a.   Amount smoked or used: on average *Not Applicable* per day for *Not Applicable* years.
     *Not Applicable* Smoked different amounts at different times.

D.   Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ____ No ✓̲ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

NOV 2  2005

in the complaint:

_Not Applicable_ drinks per week,

_Not Applicable_ drinks per month,

_Not Applicable_ drinks per year, *or*

Other (describe): _____ _Not Applicable_ _____

E. **Illicit Drugs.** Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes ____ No ✓ Don't Recall ____

*If "yes"*, identify each substance and state when you first and last used it. _NOT Applicable_

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|  | _NOT APPLICABLE_ |  |  |  |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| _NOA_ | _Applicable_ |  |  |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✓ No ____ Don't Recall ____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| chest x-ray | sept 25-05 | DR Ishaq | St Anthony | For the Rheumatoid + osteo |
| MRI | sept 25-05 | DR Ishaq | St Tammany |  |
| EKG |  | '' |  |  |
| MRI/MRA Head + Neck |  | '' |  |  |

NOV 2 9 2005

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers ~~we already~~ identified in response to this profile form.  Yes __✓__  No ____ *you have already·*

B.  Decedent's death certificate (if applicable).  Yes ____  No _✓_

C.  Report of autopsy of decedent (if applicable).  Yes ____  No _✓_

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A.  Unused VIOXX®.
    Yes _✓_  No ____  *Bettye*

If you answer "yes", set forth in the space provided:

   i.   There is __46__ number of __10__ mg tablets remaining.

   ii.  There is __NOT__ amount of ~~applying~~ oral suspension remaining.

B.  Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

    Yes _✓_  No ____

C.  Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

    Yes ____  No _✓_

D.  Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

    Yes _✓_  No ____

E.  Documents that evidence any communication between you and any doctor, employer,

189839_1

NOV 2 3 2005

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ✓

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.   Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| DR Tonya Levy | 108 Greenbriar Blvd Covington LA |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| DR Levy has Been My Primary Physician For 25 years. I have 4 other DR. But she is My Primary DR. | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| ST ____ | NOT | APPlicABlE | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| St Tammany | 12th Tylour St Cov LA | 6 hr DRIP Oct 4-05 | Potassium & mag IV |
| St. Tammony Hospital | 12 Tyler Cov LA | Nov 4-05 | " " |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Tonia Levy | 180 greenbriar Blvd Cov LA | Dr Rex Houser 619 W. 19th Ave Cov. LA. 70433 |
| Saliha Ishaq | Northshore Rheumatology 202 highland park plaza cov LA | |
| Cheryl Brown | 397 Hwy 21 professional Bldg F. Mardsonville LA. 70433 | |
| Ann Conn | 7015 Hwy 190 E Service Road Suite 101 Cov. LA. 70433 | |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Walgreens | 1203 Business Hwy. 190 Covington, LA. 70433 |
| Braswell Drugs | 1107 S Tyler St Covington LA. |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| department of Health services | Boeuge FALAYA Plaza 300 Covington Center |
| S S Administration | Covington, LA 70433 |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Not | Applicable |

189839_1

NOV 2005