## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Leatha C. Hollins_    _LEATHA C. HOLLINS_    _11-22-05_
Signature                 Print Name            Date

189839_1

HINGL,

NOV 2  2005

# Exhibit R


7652424
LEXISNEXIS' FILE & SERVE
E-SERVICE
Dec 15 2005
11:59AM

Exhibit A

**IN RE: VIOXX® PRODUCTS**
**LIABILITY LITIGATION**

**MDL Docket No. 1657**

Claimant: *Ione Jones*
(name)

## CLAIMANT PROFILE FORM

   Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: *Ione Jones*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

 1. Social Security Number: *Not Applicable*

 2. Maiden or other names used or by which you have been known: *not Applicable*

 3. Address: *Not Applicable Applicable*

 4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *Not Applicable*

 5. If you were appointed as a representative by a court, state the:
  Court: *Not Applicable*  Date of Appointment: _____

 6. What is your relationship to deceased or represented person or person claimed to be injured? *Not Applicable*

 7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: *Not Applicable*

NY 189839_1
DEC 9 2005

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _✓_ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? *a Stroke*

   b. When do you claim this injury occurred? *April 2004  August 2004*

   c. Who diagnosed the condition? *my Doctor, Dr harcena*

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _✓_ *If "yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _✓_ No _✗_ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. *Apr 04 until present ( a stroke*

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _✓_ No ____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: *Dr Lareena Alan Dr DeClouet, Alicia Nr Terrazor, Dr Dimm*

   b. To your understanding, condition for which treated: *Stroke, physical disability on Right side of body, Retina ruptured blood deficiency*

   c. When treated: *04 04 til04*

   d. Medications prescribed or recommended by provider: *Celebrey Diavin 75 plavax, Celebrey 200 Altace 1001 12.5 Caraptes. 4 Zantac 150 Novolin 10 30 G28 unit*

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: *Ione Jones*

B. Maiden or other names used or by which you have been known: *Butler, Rockwood*

C. Social Security Number: *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*

D. Address: *10522 Beechnut, Houston, Tp 77074*

DEC 9 2005

E. Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 118 Bluefield Dr, Slidell LA 70458 | Nov 97 - 2000-2003 ~ 2005 |
| 811 Townpark 22 4 Houston, TX | Unknown - 2003 |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: New Orleans, LA

H. Sex: Male _____ Female ✓

I. Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| University of N.O. | 83 - 84 | Psychology, Bus. | NO |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Elsie Driscoll | Slidell, LA | 83-84, 90-98 | Provide healthcare |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Elsie Driscoll | Slidell, LA | 83-84, 90-94 | Private duty Assist |

3. Are you making a wage loss claim for either your present or previous
employment? Yes _____ No ✓

   *If "yes,"* state your annual income at the time of the injury alleged in
   Section I(C): N/Applicable

K. Military Service Information: Have you ever served in the military, including the
military reserve or national guard? Yes _____ No ✓

   *If "yes,"* were you ever rejected or discharged from military service for any reason
   relating to your physical, psychiatric or emotional condition? Yes _____ No _____

DEC 9 2005

L. Insurance / Claim Information:

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes ✓ No ____ *If "yes,"* to the best of your knowledge please state:

      a. Year claim was filed: ⟨1990⟩

      b. Nature of disability: Degenerative Arthritis

      c. Approximate period of disability: 15 years

   2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ____ No ✓ *If "yes,"* set forth when and the reason. _____

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No ✓ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____ No ✓ *If "yes,"* set forth where, when and the felony and/or crime. _____

### III.  FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
   Calvin Rockwood , 12/93

B. Has your spouse filed a loss of consortium claim in this action? Yes ____ No ✓

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?  Yes __✓__  No _____  Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _William Butler (DAD)_

Current Age (or Age at Death): _53 N death_

Type of Problem: _Stroke_

If Applicable, Cause of Death: _Stroke_

D. If applicable, for each of your children, list his/her name, age and address: _____
_Not Applicable_

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _No_

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _Dr. Narcenat Dr. Declouet_

B. On which dates did you begin to take, and stop taking, VIOXX®? _Blood pressure_

C. Did you take VIOXX® continuously during that period?
Yes __✓__  No _____  Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _for high blood pressure + a stroke_

E. Did you renew your prescription for VIOXX®? Yes __✓__  No _____  Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _Celebrex_

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
__✓__ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _One per day x three per day_

189839_1

DEC 9 2005

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No __✓__ Don't Recall _____

J. What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _Celebrey, Hy 2mm Coumdin Cutepreg Zana PLAVAY_

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _____
_Cutrpreg Ittan,_

L. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes __✓__ No _____ Don't Recall _____

2. Did you receive any written or oral information about VIOXX® while you took it? Yes __✓__ No _____ Don't Recall _____

3. If "yes,"
   a. When did you receive that information? _Printout when I receved med_
   b. From whom did you receive it? _pharmacy_
   c. What information did you receive? _Information in how when to take & what to take_

## V. MEDICAL BACKGROUND

A. Height: _5ft 1in_

B. Current Weight: _242_
   Weight at the time of the injury, illness, or disability described in Section I(C):
   _226_

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
   _____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   __✓__ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
       a. Date on which smoking/tobacco use ceased: _1983_
       b. Amount smoked or used: on average _1 pk_ per day for _14_ years.
   _____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
       a. Amount smoked or used: on average _____ per day for _____ years.
   _____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes __✓__ No _____ If *"yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged
_I stopped drinking in 1983,_

189839_1

DEC 9 2005

in the complaint:

_____5_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): __Not Applicable_____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____ No __✓__ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
__Not Applicable_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| N/A | N/A | N/A | N/A | N/A |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| N/A | N/A | N/A | N/A |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes __✓__ No _____ Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| MRI | Aug 04 | DR. Larcena | Northshore | Stroke |
| CT Scan | April 04 | DR. Larcena | Northshore | Stroke |

DEC 9 2005

DELI

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No ✓

B. Decedent's death certificate (if applicable).  Yes _____  No ✓

C. Report of autopsy of decedent (if applicable).  Yes _____  No ✓

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes _____  No ✓

If you answer "yes", set forth in the space provided:

    i. There is N|A number of _____ mg tablets remaining.

    ii. There is N|A amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes _____  No ✓

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes _____  No ✓

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes _____  No ✓

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

DEC 9 2005

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ____ No ✓

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ____ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ____ No ✓

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Dr Aleta DeClouet | 100 MEDICAL Center Dr Slidell LA. 70458 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Dr Aleta DeClouet | 100 Medical Dr | 2 to 3 times per month |
| Dr Alan Barcena | 100 Medical Dr Slidell La. 70458 | monthly intervals |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Northshore | 100 Med CarDr | Slidell La | Strokes - 2 x 2664 |
| Northshore | 100 Medical Dr | Slidell La. | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

DEC 9 2005

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Northshore Hospital Medical Center | Slidell La | 04/27/04 | Stroke hosp right arm motor SKMre |
| Northshore | 100 Medical | Slidell La | 07/30/04 | 7/9/30/06 CVA |
| Northshore Medical Med | Slidell La | 8/30/04 | Stroke |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr Declouet | 103 Northshore Slidell | 04/04 |
| Dr Larcena | 103 Northshore Slidell La | 04/04 |
| Dr Fisher | Kenner La No La | 12/9/04 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Walgreens | Gause Blvd Slidell La |
| Smite Northshore | Northshore Blvd Slidell La 70458 |
| Wal Mart pharm | Northshore Blvd Slidell La |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| N/A | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| N/A | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____          IonØ G. JonEs          12/06/05
Signature                         Print Name                Date

189839_1

DEC 9 2005

(DEL)

Page 11 of 11

# Exhibit S

LEXISNEXIS' FILE & SERV
10385596
E-SERVICE
Jan 20 2006
4:57 PM

Exhibit A

IN RE: ~~VIOXX®~~ PRODUCTS
LIABILITY LITIGATION

*Bextra*

MDL Docket No. 1657

Claimant: *Geraldine Kelly*
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used ~~VIOXX®~~. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: *Geraldine Kelly*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: *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*

2. Maiden or other names used or by which you have been known: *Trotman*

3. Address: *4042 Woodland Park Blvd. Apt. 141*

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *No estate. Live in Violet La. 3205 Stacie Drive, Violet La. 70092.*

5. If you were appointed as a representative by a court, state the:

   Court: *none*            Date of Appointment: *none*

6. What is your relationship to deceased or represented person or person claimed to be injured? *I am representing myself*

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: *none*

NY 189839_1

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _✓_ No _____ *If "yes,"* *Bextra*

a.  What is your understanding of the bodily injury you claim resulted from your use of ~~VIOXX®~~? *Bextra* _A heart attack._

b.  When do you claim this injury occurred? _On the 22nd of December of 2004_

c.  Who diagnosed the condition? _Lindy Boggs Hospital_

d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _✓_ *If "yes,"* when and who diagnosed the condition at that time? _never had this problem before_

e.  Do you claim that that your use of ~~VIOXX~~ *Bextra* worsened a condition that you already had or had in the past? Yes _____ No _✓_ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took ~~VIOXX~~ *Bextra*; and the date of recovery, if any. _I had nothing that Bextra would have set off._ *Bextra*

D.  Are you claiming mental and/or emotional damages as a consequence of ~~VIOXX~~? Yes _____ No _✓_

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

a.  Name and address of each person who treated you: _none_

b.  To your understanding, condition for which treated: _no treatment for mental or emotional problems_

c.  When treated: _no treatments_

d.  Medications prescribed or recommended by provider: _no medications_

II.  **PERSONAL INFORMATION OF THE PERSON WHO USED ~~VIOXX~~** *Bextra*

A.  Name: _Geraldine Kelly_

B.  Maiden or other names used or by which you have been known: _Trotman_

C.  Social Security Number: _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_

D.  Address: _4042 Woodland Park Blvd. Apt. 141_

189839_1

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
| 3011 Stacie Drive, Violet La. | ~~none~~ 1991 |
| 3210 Daniel Drive, Violet La. | 2002 |
| 3205 Stacie Drive, Violet La | 2004 – 2005 |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: New Orleans La. 10-31-40

H. Sex: Male _____ Female ✓

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
| Book T Washington | 1955 - 58 | 11th grade | none |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| Steve's Restaurant | 1514 Claiborne St | 24 yrs | Head Cook |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| Broot Top Restaurant | unknown | 1970 - 73 | Head Cook |

3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No ✓

   If "yes," state your annual income at the time of the injury alleged in Section I(C): no Claim

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No ✓

   If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No ✓

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____   No _____   *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: *1980*

   b. Nature of disability: *Colitis*

   c. Approximate period of disability: *1992*

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ✓   No _____   *If "yes,"* set forth when and the reason. *1990 because of Colitis*

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No ✓   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No ✓   *If "yes,"* set forth where, when and the felony and/or crime. *None*

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____ *Date of birth unknown, divorced, marriage ended 16 yrs ago. I am Single.*

B. Has your spouse filed a loss of consortium claim in this action?   Yes _____   No ✓

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No ✓ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _unknown_

Current Age (or Age at Death): _unknown_

Type of Problem: _unknown_

If Applicable, Cause of Death: _unknown_

D. If applicable, for each of your children, list his/her name, age and address: Melodie McDonald, 41 Emanuel Kelly 42, Japhith Trotman 32, nathan Trotman 24, natasha Trotman 24

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. N/A

## IV.  VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed ~~VIOXX~~ Bextra® for you? Dr. Tereasa Adderley

B. On which dates did you begin to take, and stop taking, VIOXX®? In 2002

C. Did you take ~~VIOXX~~ Bextra® continuously during that period?
Yes _____ No _____ Don't Recall ✓

D. To your understanding, for what condition were you prescribed ~~VIOXX~~ Bextra®? arthritis

E. Did you renew your prescription for ~~VIOXX~~ Bextra®? Yes _____ No _____ Don't Recall ✓

F. If you received any samples of ~~VIOXX~~ Bextra®, state who provided them, what dosage, how much and when they were provided: none

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
✓ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? 2 times a day

189839_1

I. Did you request that any doctor or clinic provide you with ~~VIOXX®~~ *Bextra* or a prescription for ~~VIOXX®~~? Yes ____ No ✓ Don't Recall ____

J. What medications, prescription and over-the-counter, did you take simultaneously with ~~VIOXX®~~? *Nexium, Indicin, Ultram, Imodium, Glipizide and Bumex*

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring ~~VIOXX®~~? *Nexium, Imodium, Ultram, Naprosyn and Bumex*

L. Instructions or Warnings:

1. Did you receive any written or oral information about ~~VIOXX®~~ *Bextra* before you took it? Yes ___ No ____ Don't Recall ✓

2. Did you receive any written or oral information about ~~VIOXX®~~ *Bextra* while you took it? Yes ____ No ✓ Don't Recall ____

3. If "yes,"

   a. When did you receive that information? _____

   b. From whom did you receive it? _____ *N/A*

   c. What information did you receive? _____

## V. MEDICAL BACKGROUND

A. Height: *5'3"*

B. Current Weight: ~~190~~ *200*
   Weight at the time of the injury, illness, or disability described in Section I(C): *195*

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   *N/A* ___ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   ✓ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
      a. Date on which smoking/tobacco use ceased: *Dec. 22-2004*
      b. Amount smoked or used: on average *1/* per day for *10* years.

   *N/A* ___ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
      a. Amount smoked or used: on average _____ per day for _____ years.

   *N/A* ___ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ____ No ✓ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking ~~VIOXX®~~ *Bextra* up to the time that you sustained the injuries alleged

189839_1

in the complaint:

_N/A_ drinks per week,

_N/A_ drinks per month,

_N/A_ drinks per year, or

Other (describe): _N/A_

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after you first experienced your alleged ~~VIOXX®~~ *Bextra*-related injury?" Yes ____ No ✓ Don't Recall ____

If "yes", identify each substance and state when you first and last used it. _N/A_

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Heart | Heart attack | Dec. 22-05 | Dr. Greer | Lindy Boggs |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Stint put in a vale of my heart | 12-22-05 | Dr. Greer | office |

Phone - 821-8158          on 2820 Canal St.

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor? Yes ____ No ____ Don't Recall ____ If "yes," answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| Chest X Ray | 2-22-05 | Dr Greer | Lindy Boggs | Before Surgery |

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _✓_  No _✓_   *I send all this to you all months before the storm. Winn Dixie and Wal Green was my Pharmacy. Dr. Teresa Adolay was my PHP*

B. Decedent's death certificate (if applicable).  Yes _N/A_  No _✓_

C. Report of autopsy of decedent (if applicable).  Yes _N/A_  No _✓_

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused ~~VIOXX~~®. *Bextra*

Yes ____  No _✓_

*I lost everything in the Storm Katrina. My house had water to the Roof in St Bernard Parish. I had some Bextra left but it went under in the Storm.*

If you answer "yes," set forth in the space provided:

    i.   There is _none_ number of _none_ mg tablets remaining.

    ii.  There is _none_ amount of _none_ mg oral suspension remaining.

B. Documents or materials that accompanied any ~~VIOXX~~® *Bextra* you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ____  No _✓_

*I send proof from Wal Green and Wynn Dixie. I send in print outs months before the storm to Mr. Fausie.*

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ____  No _✓_

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ____  No _✓_

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

*I send in papers from my Doctor, Dr Adderley long before the Storm. She filled these papers out herself.*

F.  Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, *Bertie* your injuries or this case.

Yes ___ No ✓

G.  Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ✓

## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.  Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Tereasa Adderley | Orleans Avenue NOLA |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Dr. Teresa Adderley | Orleans Ave. | 1991 – 2005 |
| Dr. Greer | Canal Street | 2005 |
|  |  |  |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Lindy Boggs |  | 12-22-2005 | Heart attack |
|  |  |  |  |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Dr. Breer | Canal St | 12-22-05 | Heart attack |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Dr. T. Adderley | Orleans ave | 2005 follow up |
| Dr. Breer | Canal St | 12-22-05 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Winn Dixie | Mereaux St. St Bernard Parish |
| Wal Green | Mereaux St Bernard Parish |
| Majestic | St Claude ave. New Orleans |
| Majestic | |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | N/A |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | N/A |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| _Geraldine Kelly_ | _Geraldine Kelly_ | _____ |
|---|---|---|
| Signature | Print Name | Date |

# Exhibit T



7655794

Dec 15 2005
2:17PM

Exhibit A

| | |
|---|---|
| **IN RE: VIOXX® PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL Docket No. 1657** |
| | Claimant: W.lfred Ledet<br>(name) |

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.    CASE INFORMATION

A. Name of person completing this form: Patricia Ledet (wife) filling this out because Wilfred can't read or write.

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: 434 – 15 – 4039

2. Maiden or other names used or by which you have been known: Vito

3. Address: 215 Roland Henry St. Montegut, LA 70377

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? not applicable

5. If you were appointed as a representative by a court, state the:
   Court: not applicable    Date of Appointment: Not applicable

6. What is your relationship to deceased or represented person or person claimed to be injured? not deceased

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: Not deceasess

NOV 23 2005

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking
   ~~VIOXX®~~? Yes _✓_ No _✗_ *If "yes,"*
   *Celebrex*

   a. What is your understanding of the bodily injury you claim resulted from your
      use of ~~VIOXX®~~?   heart attack
      *Celebrex*          blood clots

   b. When do you claim this injury occurred?   April 8 2005

   c. Who diagnosed the condition?   Chabert and Terrebonne General was attac

   d. Did you ever suffer this type of injury prior to the date set forth in answer to
      the prior question? Yes _____ No _✓_ *If "yes,"* when and who
      diagnosed the condition at that time? _____

      _____

   e. Do you claim that that your use of *Celebrex* ~~VIOXX®~~ worsened a condition that you
      already had or had in the past? Yes ____ No _✓_ *If "yes,"* set forth the
      injury or condition; whether or not you had already recovered from that injury
      or condition before you took ~~VIOXX®~~; and the date of recovery, if any. _____
      *Celebrex*
      _____ *Celebrex*

D. Are you claiming mental and/or emotional damages as a consequence of ~~VIOXX®~~?
   *Celebrex*
   Yes _____ No _✓_

   *If "yes,"* for each provider (including but not limited to primary care physician,
   psychiatrist, psychologist, counselor) from whom have sought treatment for
   psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____

      _____

   b. To your understanding, condition for which treated: _____

      _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED ~~VIOXX®~~
   *Celebrex*

A. Name:  Wilfred Ledet

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number:  439 - 58 - 1158

D. Address:  215 Roland Henry St. Montegut, LA 20377

189839_1

NOV 23 2005

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 215 Roland HenrySt, Montegut | since 1980 |
| Since 1980 | |

F. Driver's License Number and State Issuing License: 00177C866   Terrebonne

G. Date of Place and Birth: Jan. 10, 1943   Montegut

H. Sex: Male ✓   Female ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| 2nd grade | | | |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| don't work on disability | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| don't | work on | disably | |

3. Are you making a wage loss claim for either your present or previous employment? Yes ____   No ✓

If "yes," state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____   No ✓

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____   No ____

189839_1

Page 3 of 11

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes __✓__ No _____  If "yes," to the best of your knowledge please state:

a.  Year claim was filed: __1999__

b.  Nature of disability: __Bursides__

c.  Approximate period of disability: __March of 1999 (think)__

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____  No __✓__  If "yes," set forth when and the reason. __Donot work on disability__

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes _____  No __✓__  If "yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes _____  No __✓__  If "yes," set forth where, when and the felony and/or crime. _____

## III.  FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): __Patricia Lodet   03-27-1949   June 10, 1994__

B.  Has your spouse filed a loss of consortium claim in this action?  Yes _____  No __✓__

NOV 2 3 2005

189839_1

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?  Yes ____  No __✓__ Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: Todd Ledet, Mark Ledet, Sandy Ledet, Roxanne D pier, Lisa Foyou, Randy Ledet, connie Ledet, Cathy Borne, Robin Randall, Tracey Ledet, melanie Ledet, Kristy Dehart

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed ~~VIOXX®~~ *Celebrex* for you? __Dr. Marks_____

B. On which dates did you begin to take, and stop taking, ~~VIOXX®~~? *celebrex* __2001 started Feb. 2005 end__

C. Did you take ~~VIOXX®~~ *celebrex* continuously during that period?
   Yes ____  No ____  Don't Recall __✓__

D. To your understanding, for what condition were you prescribed ~~VIOXX®~~? *celebrex* __Bursides__
   _____

E. Did you renew your prescription for ~~VIOXX®~~? *celebrex* Yes ____  No __✓__ Don't Recall _____

F. If you received any samples of ~~VIOXX®~~, *celebrex* state who provided them, what dosage, how much and when they were provided: __no samples__

G. Which form of ~~VIOXX®~~ *celebrex* did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   _____ 25 mg Tablet (round, yellow, MRK 110)
   _____ 25 mg Oral Suspension  *blue and white color*
   __✓__ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take ~~VIOXX®~~? *celebrex* __2 times a day__

NOV 23 2005

I. Did you request that any doctor or clinic provide you with ~~VIOXX®~~ *celebrex* or a prescription for ~~VIOXX®~~ *celebrex*? Yes _____ No ✓ Don't Recall _____

J. What medications, prescription and over-the-counter, did you take simultaneously with ~~VIOXX®~~ *celebrex*? prevacid _____

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring ~~VIOXX®~~ *celebrex*? advil ~~and Tylenol~~ _____

L. Instructions or Warnings:

   1. Did you receive any written or oral information about ~~VIOXX®~~ *celebrex* before you took it? Yes __ No ✓ Don't Recall _____

   2. Did you receive any written or oral information about ~~VIOXX®~~ *celebrex* while you took it? Yes _____ No ✓ Don't Recall _____

   3. If "yes,"

      a. When did you receive that information? _____

      b. From whom did you receive it? _____

      c. What information did you receive? _____

      _____

## V. MEDICAL BACKGROUND

A. Height: 5 2"

B. Current Weight: 140
   Weight at the time of the injury, illness, or disability described in Section I(C):
   140

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   ✓ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   _____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

      a. Date on which smoking/tobacco use ceased: _____

      b. Amount smoked or used: on average_____ per day for _____ years.

   _____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

      a. Amount smoked or used: on average _____ per day for _____ years.

   _____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No ✓ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

NOV 2 3 2005

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____ No ⎿✓ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____

_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Sten | heart | Apil 18 2005 | Dr Eric | Terrebone General |
| Sten | heart | July 22 2005 | Da Eric | Terrebonne General |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| Chest pain | Do't Recall | Dr. Eric | Terrebonne General |

3. To your knowledge, have you had any of the following tests performed: (Chest X-ray), CT scan, MRI, (angiogram) (EKG), echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or (Holter monitor)? Yes ⎿✓ No _____ Don't Recall _____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Chest X-ray | Don't Recall | Dr. Eric | Terrebone General | heart attack |
| angiogram | Don't Recall | Dr. Eric | Terrebonne General | heart attack |
| EKG | Don't Recall | Dr. Eric | Terrebone General | heart attack |
| Holter monitor | Don't Recall | Dr. Eric | Terrebonee | heart attack |

NOV 2 3 2005

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes __✓__ No ____   *Lawyers has*

B. Decedent's death certificate (if applicable). Yes ____ No __✓__   *not dead*

C. Report of autopsy of decedent (if applicable). Yes ____ No __✓__

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused ~~VIOXX~~® *Celebrex*.

   Yes ____ No __✓__

   If you answer "yes", set forth in the space provided:

   i.   There is _____ number of _____ mg tablets remaining.

   ii.  There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any ~~VIOXX~~® *Celebrex* you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

   Yes __✓__ No ____

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

   Yes ____ No __✓__

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

   Yes ____ No __✓__

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

NOV 2 3 2005

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes \_\_\_ No ✓ ~~Disabled document~~

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding ~~VIOXX®~~ *Celebrex*, your injuries or this case.

Yes \_\_\_ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes \_\_\_ No ✓ ~~Don't recall~~

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
| --- | --- |
| Dr. Eric (heart) | Cardiovascular of the South |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
| --- | --- | --- |
| S.L.MC. Dr. Holly | | Don't recall |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
| --- | --- | --- | --- |
| S.L.MC | | Don't recall | acid reflux |
| Terrebonne | | April 2005 | heart attack |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

NOV 2 3 2005
CUDEL

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| ~~Terrebonne~~ General SL. M. C | | Apr. 2005 | Heart attack for heart attack then was sent to Terrebonne General |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| unknown | | |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Eckerds ringcus | Westpark Houma |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Social Security | 2nd Fl. Fed B LD 6 433 Lafayette St. Houma, LA 70361 |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| not applicable | |

NOV 23 2005

189839_1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____          WilFred Ledet          11-20-05
Signature                      Print Name              Date

189839_1

Page 11 of 11



NOV 23 2005

# Exhibit U



Jan 20 2006
11:49AM

Exhibit A

IN RE: ~~CELEBREX~~® PRODUCTS
LIABILITY LITIGATION

*CELEBREX*

MDL Docket No. 1657

Claimant: *William C Lee* *Clifford*
(name)

### CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used ~~CELEBREX~~®. Please attach as many sheets of paper as necessary to fully answer these questions.

*CELEBREX*

#### I.   CASE INFORMATION

A.  Name of person completing this form: *William C Lee*

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: *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*

2.  Maiden or other names used or by which you have been known: *Clifford W Lee*

3.  Address: *119 Easy St  Luling LA 70070*

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *William C Lee*

5.  If you were appointed as a representative by a court, state the:
    Court: *N/A*          Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? *Self*

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: *N/A*

NY 189839_1

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking *CeLeBRex* ®? Yes_____ No_____ *If "yes,"*

        a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

        _____

        b. When do you claim this injury occurred?_____

        c. Who diagnosed the condition? _____

        d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ *If "yes,"* when and who diagnosed the condition at that time? _____

        _____

        e. Do you claim that that your use of *CeLeBRex* ® worsened a condition that you already had or had in the past? Yes _____ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took *CeLeBRex* ®; and the date of recovery, if any. _____

        _____

D. Are you claiming mental and/or emotional damages as a consequence of *CeLeBRex* ®? Yes _____ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

        a. Name and address of each person who treated you: _____

        _____

        b. To your understanding, condition for which treated: _____

        _____

        c. When treated: _____

        d. Medications prescribed or recommended by provider: _____

**II.**   **PERSONAL INFORMATION OF THE PERSON WHO USED *CeLeBRex* ®**

A. Name: _____

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _____

D. Address: _____

189839_1