E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
|         |                    |
|         |                    |

F.  Driver's License Number and State Issuing License: _____

G.  Date of Place and Birth: _____

H.  Sex:  Male _____   Female _____

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
|             |                |                 |                     |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|----------------------|
|      |         |                     |                      |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|----------------------|
|      |         |                     |                      |
|      |         |                     |                      |

3.  Are you making a wage loss claim for either your present or previous employment?  Yes _____  No _____

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _____

K.  Military Service Information:  Have you ever served in the military, including the military reserve or national guard?  Yes _____  No _____

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?  Yes _____  No _____

189839_1

L. Insurance / Claim Information:

    1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____ No _____ *If "yes,"* to the best of your knowledge please state:

        a.  Year claim was filed: _____

        b.  Nature of disability: _____

        c.  Approximate period of disability: _____

    2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____ No _____ *If "yes,"* set forth when and the reason. _____
_____
_____

    3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____ No _____ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____
_____
_____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____ No _____ *If "yes,"* set forth where, when and the felony and/or crime. _____
_____

## III.  **FAMILY INFORMATION**

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
_____
_____

B.  Has your spouse filed a loss of consortium claim in this action?   Yes _____ No _____

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?  Yes _____  No _____  Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: _____
_____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____
_____

## IV.   ~~VIOXX®~~ CELEBREX PRESCRIPTION INFORMATION

A.  Who prescribed ~~VIOXX®~~ for you?  *DR HUFF*

B.  On which dates did you begin to take, and stop taking, ~~Vioxx®~~? _____
CELEBREX

C.  Did you take ~~Vioxx®~~ continuously during that period?
Yes  ✓  No _____  Don't Recall _____

D.  To your understanding, for what condition were you prescribed ~~Vioxx®~~?  CELEBREX _____
_____

E.  Did you renew your prescription for ~~Vioxx®~~?  CELEBREX  Yes _____  No _____  Don't Recall _____

F.  If you received any samples of ~~Vioxx®~~, CELEBREX state who provided them, what dosage, how much and when they were provided: _____
_____

G.  Which form of ~~Vioxx®~~ did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)
—— *200 mg WHITE + yellow Tab CELEBREX*

H.  How many times per day did you take ~~Vioxx®~~?  *2 TIME A dAY*

I.  Did you request that any doctor or clinic provide you with ~~VIOXX~~® or a prescription for ~~VIOXX~~®? Yes _____ No _____ Don't Recall _____
*CeLeBReX*

J.  What medications, prescription and over-the-counter, did you take simultaneously with ~~VIOXX~~®? _____
*CeLeBReX*

K.  What medications, prescription and over-the-counter, did you take within 6 months prior to staring ~~VIOXX~~®? _____
*CeLeBReX*

L.  Instructions or Warnings:

1.  Did you receive any written or oral information about ~~VIOXX~~® before you took it? Yes __ No ✓ Don't Recall _____   *CELEBREX*

2.  Did you receive any written or oral information about ~~VIOXX~~® while you took it? Yes ✓ No _____ Don't Recall _____   *CELEBREX*

3.  If "yes,"

a.  When did you receive that information? _____

b.  From whom did you receive it? _____

c.  What information did you receive? _____
_____

## V.  MEDICAL BACKGROUND

A.  Height: *6'2"*

B.  Current Weight: *842 LBi*
Weight at the time of the injury, illness, or disability described in Section I(C):
*250 LB.*

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
✓ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   a.  Date on which smoking/tobacco use ceased: *40 YRS. AGO*
   b.  Amount smoked or used: on average *8 PK* per day for *31* years.
_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
   a.  Amount smoked or used: on average _____ per day for _____ years.
_____ Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ✓ No _____ If *"yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking ~~VIOXX~~® up to the time that you sustained the injuries alleged
*CELEBREX*

189839_1

in the complaint:

_____ drinks per week,

_____ drinks per month,

_12 - 5 ᵉᵗʰ ᵖᵉʳ ʸʳ· drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged ~~CELEBEX®~~ related injury?"  Yes _____   No _____   Don't Recall _____    *CELEBEX*

   *If "yes"*, identify each substance and state when you first and last used it. _____
   _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

   1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

   2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |
|                        |      |                    |          |

   3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?   Yes _____   No _____   Don't Recall _____   *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No ✓

B.  Decedent's death certificate (if applicable).  Yes _____  No ✓

C.  Report of autopsy of decedent (if applicable).  Yes _____  No ✓

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A.  Unused ~~VIOXX®~~. *Celebrex*

Yes _____  No ✓

If you answer "yes", set forth in the space provided:

  i.  There is _____ number of _____ mg tablets remaining.

  ii.  There is _____ amount of _____ mg oral suspension remaining.

B.  Documents or materials that accompanied any ~~VIOXX®~~ *Celebrex* you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes _____  No ✓

C.  Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes _____  No ✓

D.  Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes _____  No ✓

E.  Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No _✓_

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding ~~VIOXX~~®, your injuries or this case. *Celbrex*

Yes ___ No _✓_

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No _✓_

## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.     Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr Matthew Huff | 12601 River Rd, Luling, La.  985-785-5978 Retired |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. David Samyognavo | 3909 Bafloss Blvd Harvey, La 70058 | |
| Dr. John Cole | Ochsner Clinic | 1514 Jefferson Hwy, La. 70121 |
| Dr. Roland Hawkins | Ochsner Clinic | 1514 Jefferson Hwy, La. 70121 |
| Dr. Mark M Cassidy | Tulane Hosp. & clinic | 1415 Tulane Ave, N.O. La. 70112 |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Ochsner | Clinic + Hospital | ? | Cancer Lung operation 2002 |
| | | | angioplasty |
| St Charles Hospital P O Bx 87 Luling, La 70070 | | | Heart Attack day of explosion working in area sent to Hosp |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |
|      |         |                    |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |

189839_1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| *Clifford W Lee* | *Clifford W* | *1-5-06* |
|---|---|---|
| Signature | Print Name | Date |

189839_1

# Exhibit V



11496782

Jun 9 2006
4:40PM

Exhibit A

| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| 2:05 cv4459 | Claimant: _Larry W. Linette_ (name) |

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: _Larry W. Linette_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _N/A_

2. Maiden or other names used or by which you have been known: _N/A_

3. Address: _N/A_

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _N/A_

5. If you were appointed as a representative by a court, state the:

   Court: _N/A_          Date of Appointment: _N/A_

6. What is your relationship to deceased or represented person or person claimed to be injured? _N/A_

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _N/A_

MICHAEL HINGLE & ASSOC
MAY 3 1 2006

HINGLE & ASS
MAY 30 2006

SLIDELL

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes __✓__ No_____ *If "yes,"*

     a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? ___Heart Condition___

     b. When do you claim this injury occurred? ___Jan Sept 2004___

     c. Who diagnosed the condition? ___Dr Lee Arcement___

     d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No __✓__ *If "yes,"* when and who diagnosed the condition at that time? ___Dizzaness Weeks in the Dr me.___

     e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes __✓__ No_____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No __✓__

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

     a. Name and address of each person who treated you: ___N/A___

     b. To your understanding, condition for which treated: ___the Heart___

     c. When treated: ___N/A___

     d. Medications prescribed or recommended by provider: ___N/A___

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: ___Larry W. Lirette___

B. Maiden or other names used or by which you have been known: ___N/A___

C. Social Security Number: ___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___

D. Address: ___446 Ashland Dr Houma La 70363___

189839_1

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address  446 *Ashland Rd* | Dates of Residence |
|---|---|
| *Houma , La* | *91- 2005 Still* |
|  | *Living at This Addr* |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: *12-25-46 - Terrebonne Parish*

H. Sex:  Male  _____  Female _____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| *DuLonge Ebat* | *1952 - 1961* | *P11 Major* |  |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| *Henry Marine* | *Morgan City La* | *Jan 2003 - Aug 2005* | *Boat Capt* |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| *Rain Bow Marine* | *Bourg La* | *Morgan to Jan 2003* | *Boat Capt.* |

3. Are you making a wage loss claim for either your present or previous employment?  Yes _____  No _____

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): *$55,000 by year*

K. Military Service Information:  Have you ever served in the military, including the military reserve or national guard?  Yes _____  No _____

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?  Yes _____  No _____

**L. Insurance / Claim Information:**

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _✓_  No _____  *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: _In 78_

   b. Nature of disability: _Back injury + Knee_

   c. Approximate period of disability: _6 yrs_

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _✓_  No _____   *If "yes,"* set forth when and the reason. _____

   _____

   _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____  No _✓_   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _Henry Diana_ _in 2003. Still in Courts Decision_ _Att. Frank Spangletti Houston Texas_

**M.** As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____  No _✓_  *If "yes,"* set forth where, when and the felony and/or crime. _____

_____

### III.   FAMILY INFORMATION

**A.** List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g. divorce, annulment, death): _____

_Maureen Loretto,  March 17, 95_ _____

**B.** Has your spouse filed a loss of consortium claim in this action?   Yes _____  No _✓_

MICHAEL HINGLE & ASSOC
MAY 3 1 2006
SLIDELL

NOV 30 2006

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours
    suffer from any type of cardiovascular disease including but not limited to: heart
    attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur,
    coronary artery disease, congestive heart failure, enlarged heart, leaking valves or
    prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever,
    atrial fibrillation, stroke?  Yes _____  No _____  Don't Know _____  *If "yes,"*
    identify each such person below and provide the information requested.

    Name: _____ *N/A* _____

    Current Age (or Age at Death): _____ *N/A* _____

    Type of Problem: _____ *N/A* _____

    If Applicable, Cause of Death: _____ *N/A* _____

D.  If applicable, for each of your children, list his/her name, age and address: *Taylor Mondline 10*
    *446 Ashland Dr.   Hamm La. 70368*

E.  If you are claiming the wrongful death of a family member, list any and all heirs of
    the decedent. _____ *N/A* _____

## IV.  VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you?  *DR. Cupic Zoran*

B.  On which dates did you begin to take, and stop taking, VIOXX®?  *Sept. 2005* *stopped Jan 2004*

C.  Did you take VIOXX® continuously during that period?
    Yes ✓  No _____  Don't Recall _____

D.  To your understanding, for what condition were you prescribed VIOXX®?  *Knee injury*
    *& back*

E.  Did you renew your prescription for VIOXX®? Yes _____  No ✓  Don't Recall _____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how
    much and when they were provided: _____

G.  Which form of VIOXX® did you take (check all that apply)?
    _____ 12.5 mg Tablet (round, cream, MRK 74)
    _____ 12.5 mg Oral Suspension
    _____ 25 mg Tablet (round, yellow, MRK 110)
    _____ 25 mg Oral Suspension
    _____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?  *1 a day.*

189839_1                                    Page 5 of 11

NOV 30 2005

MAY 3 1 2006

SLIDELL

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

J. What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _____ ~~Don't Recall~~ None _____

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _____ ~~Don't Recall~~ None _____

L. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes _____ No _____ Don't Recall _____

2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall _____

3. If "yes,"

a. When did you receive that information? _The Day I got The prescription._

b. From whom did you receive it? _Drug Store_

c. What information did you receive? _Information About The Drug. THAT came From Drug Store Properly_

## V. MEDICAL BACKGROUND

A. Height: _5'8"_

B. Current Weight: _240_
Weight at the time of the injury, illness, or disability described in Section I(C):
_260_

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

_____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    a. Date on which smoking/tobacco use ceased: _____

    b. Amount smoked or used: on average _____ per day for _____ years.

_Yes_ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

    a. Amount smoked or used: on average _1 pk_ per day for _40_ years.

_____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No _____ If "yes," *fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

MICHAEL RHYMES & ASSO...
MAY 3 1 2006
NOV 30 2006
SLIDELL

in the complaint:

_____ *O* drinks per week,

_____ *O* drinks per month,

_____ *O* drinks per year, *or*

Other (describe): *O* _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____ No _✓_ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. __*O*__

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| NA | NA | NA | NA | NA |
| NA | NA | NA | NA | NA |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Heart | 2004 | Dr Arsenault Kortright | Leonard Chabert Hosp Doc. |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
   Yes _✓_ No _____ Don't Recall _____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| Angiogram | unknown | Dr Arsenault | Chabert | Heart |
| EKg | unknown | Dr Arsenault | | Heart |

189839_1

MICHAEL HINGLE & ASSOC
MAY 3 1 2006

NOV 30 2005

SLIDELL·

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes __✓__ No ____  *Attorney*

B. Decedent's death certificate (if applicable).  Yes ____  No __✓__

C. Report of autopsy of decedent (if applicable).  Yes ____  No __✓__

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes __✓__ No ___

If you answer "yes", set forth in the space provided:

   i.   There is __10__ number of __25__ mg tablets remaining.

   ii.  There is __10__ amount of __25__ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No __✓__

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ___ No __✓__

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No __✓__

E. Documents that evidence any communication between you and any doctor, employer,

189839  *Lawyer on all Documents*

MICHAEL MINGLE & ASSOC
MAY 3 1 2006
SLIDELL

NOV 30 2006

defendant, federal or state agency, or other person (other than your attorney)
regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes __✓__ No ___     *Lawyers & Documentation*

F.   Written communications, whether in paper or electronic form (including
communications as part of internet "chat rooms" or e-mail groups), with others not
including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No __✓__

G.   Any and all other documents not specifically requested above that support any claim
you believe you have against Merck & Co., Inc. and all damages you claim result
therefrom.

Yes ___ No __✓__

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
| --- | --- |
| Dr. Denhart | Leonard Charbert Hosp. |

B.   To the best of your ability, identify each of your primary care physicians for the last
ten (10) years.

| Name | Address | Approximate Dates |
| --- | --- | --- |
| Dr. Dahart | Leonard Chabot | |
| Dr. Arceneaux | Leonard Chabery | |
| Dr. Kathy Hebert | Leonard Chabert | |

C.   Each hospital, clinic, or healthcare facility where you have received inpatient
treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
| --- | --- | --- | --- |
| Leonard Charbert | Houma La. | Unknown | Heart. |
| Leonard Chabert | Houma La. | " " | Heart. |

D.   Each hospital, clinic, or healthcare facility where you have received outpatient

189830_1

MICHAEL HINGLE & ASSOC.
MAY 3 1 2006
SLIDELL

NOV 30 2006

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Leonard Chabert | Houma, La | unknown | Heart, EAV, Flu, etc |
| | | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| De Cooper Loman | Houston Texas | Knees + Back |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Walgreens Drugs R + C PD | Houston Texas Houma La. |
| | |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| no | |
| | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Frank Spagnoletto | Houston Texas. |
| | |

MICHAEL HINGLE & ASSOC
MAY 31 2006
SLIDELL
NOV 30 2006

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____    _____    _____
Signature                  Print Name  Larry W. Liscke   Date  11-22-05

MAY 3 1 2006

SLIDELL

189839_1

NOV 30

# Exhibit W

Exhibit A

7652424

Dec 15 2005
11:59AM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: _Andrew Lowe Jn._
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A.  Name of person completing this form: _Darlene Lowe_

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _438 - 27 - 8068_

2.  Maiden or other names used or by which you have been known: _Darlene Coleman_

3.  Address: _509 Diplomat St._

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _Andrew Lowe Jn._

5.  If you were appointed as a representative by a court, state the:
    Court: _____   Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _Widow_

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _6-25-2002_

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No_____ *If "yes,"*

   a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _Not applicable_

   b.  When do you claim this injury occurred? _Not applicable_

   c.  Who diagnosed the condition? _Not applicable_

   d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes_____ No_____ *If "yes,"* when and who diagnosed the condition at that time? _Not applicable_

   e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes_____ No_____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____ _Not applicable_

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes_____ No_____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a.  Name and address of each person who treated you: _Dr. Adrian J. James DPL Elysian Fields Ave. Dr. Shelton Bisnes 6010 B. Wedover Dr. Nguyen, Hai 1921 Amelia St._

   b.  To your understanding, condition for which treated: _Emphysema, back and knee pain_

   c.  When treated: _June 5, 2002_

   d.  Medications prescribed or recommended by provider: _Celebrex, cephalexin Thedeww_

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: _Andrew Lowe Jr._

B.  Maiden or other names used or by which you have been known: _none_

C.  Social Security Number: _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_

D.  Address: _Deceased_

189839_1

DEC 7 2005

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 509 Diplomat St. | 4-22-97 - 2005 |
| 302 Holmes Blvd. | 8 - 92 - 4-21-97 |

F.  Driver's License Number and State Issuing License: _____

G.  Date of Place and Birth: 1937 Aug 17 Tchula Mississippi

H.  Sex:  Male  ✓  Female ____

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Not | Applicable | | |

J.  Employment Information.

   1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Not | Applicable | | |

   2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Not | Applicable | | |

   3.  Are you making a wage loss claim for either your present or previous employment?  Yes ____  No ✓

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _____

K.  Military Service Information:  Have you ever served in the military, including the military reserve or national guard?  Yes ____  No ✓

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?  Yes ____  No ✓

DEC 7 2005

L.  Insurance / Claim Information:

    1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?  Yes _____  No __✓__  *If "yes,"* to the best of your knowledge please state:

       a.  Year claim was filed: _Not applicable_

       b.  Nature of disability: _Not applicable_

       c.  Approximate period of disability: _Not applicable_

    2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes _____  No __✓__  *If "yes,"* set forth when and the reason. _____

    3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes _____  No __✓__  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes _____  No __✓__  *If "yes,"* set forth where, when and the felony and/or crime. _____

## III.   FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _Arlene Lowe, housewife, Sept. 8, 1955 - June 25, 2002 death_

B.  Has your spouse filed a loss of consortium claim in this action?  Yes _____  No __✓__

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No __✓__ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _Not applicable_

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _Wife Darlene Lowe, Brittney Lowe_ _Joshua Lowe    Jasmine Lowe_

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _Dr Nguyen Hai_

B. On which dates did you begin to take, and stop taking, VIOXX®? _June 5, 2022   June_

C. Did you take VIOXX® continuously during that period?
Yes __✓__ No __✓__ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _back, knee_ _pain_

E. Did you renew your prescription for VIOXX®? Yes _____ No __✓__ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
_N/A_ 12.5 mg Tablet (round, cream, MRK 74)
_N/A_ 12.5 mg Oral Suspension
_N/A_ 25 mg Tablet (round, yellow, MRK 110)
_N/A_ 25 mg Oral Suspension
_N/A_ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _N/A_

189839_1

I.   Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✓ Don't Recall _____

J.   What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _Anacin & advil_

K.   What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _Don't Know_

L.   Instructions or Warnings:

   1.  Did you receive any written or oral information about VIOXX® before you took it? Yes __ No ✓ Don't Recall _____

   2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No ✓ Don't Recall _____

   3.  If "yes,"

      a.  When did you receive that information? _____

      b.  From whom did you receive it? _____

      c.  What information did you receive? _____

         _____

## V.  MEDICAL BACKGROUND

A.   Height: _6'2_

B.   Current Weight: _Not applicable_
Weight at the time of the injury, illness, or disability described in Section I(C):
_____

C.   Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   _____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   ✓ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

      a.  Date on which smoking/tobacco use ceased: _Not Sure 1999 & 2000_

      b.  Amount smoked or used: on average _2_ per day for _15_ years.

   _____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

      a.  Amount smoked or used: on average _____ per day for _____ years.

   _____ Smoked different amounts at different times.

D.   Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No ✓ If *"yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

DEC   7 2005

IDELL

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____   No ___✓___  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____

_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Not applicable | | | | |
| | | | | |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Not applicable | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ___✓___  No _____  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| Chest X ray | 2/2001 | Dr Adrian James | Clinic | Right side of lung |
| EKG - X ray | June 5 2012 | Dr nguyen Hai | Clinic | Routine check-up |
| Chest X Ray PA & Cat | | | | |

DEC   2005

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No _____

B.  Decedent's death certificate (if applicable).  Yes _____  No _____

C.  Report of autopsy of decedent (if applicable).  Yes _____  No _____

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A.  Unused VIOXX®.

Yes ____ No ____

If you answer "yes", set forth in the space provided:

      i.   There is _____ number of _____ mg tablets remaining.

      ii.  There is _____ amount of _____ mg oral suspension remaining.

B.  Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ____ No ____

C.  Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ____ No ____

D.  Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ____ No ____

E.  Documents that evidence any communication between you and any doctor, employer,

189839_1

DEC   2005

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ___

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ___

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ___

## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
| --- | --- |
| Dr. Nguyen, Hai | 1221 Amelia St. |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
| --- | --- | --- |
| Dr. Nguyen Hai | 1221 Amelia St | 6-5-2002 |
| Dr. James Adrian | 6010 Bullard | |
| Dr. Barnes Shelton | 4301 Chysn Elfa | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
| --- | --- | --- | --- |
| | Opt. | Dont | Know |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

DEC  2005

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      | *Unknown* |               |                      |
|      |         |                 |                      |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      | *Unknown* |                  |
|      |         |                    |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
|      | *Unknown* |
|      |         |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      | *Unknown* |
|      |         |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      | *Unknown* |

DEC   2005

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Darlene Lowe_    _Darlene Lowe_    _Dec 6, 2005_

Signature          Print Name          Date

DEC   2005

# Exhibit X



LEXISNEXIS® FILE & SERVE
10239241
E-SERVICE
Jan 12 2006
10:33AM

*Calthrey*

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No:

Plaintiff: *Yvonne McClain*
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used *Vioxx® Calthrey*. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: *Yvonne McClain*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: *433 - 48 - 1716*

2. Maiden Or Other Names Used or By Which You Have Been Known: *McClain & Johnson*

3. Address: *4360 America St. N.O. La 70126*

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *No*

5. If you were appointed as a representative by a court, state the:
   Court: *No*                                    Date of Appointment:

6. What is your relationship to deceased or represented person or person claimed to be injured? *No*

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: *No*

MICHAEL HINGLE & ASSOC.
JAN 5 2006
SLIDELL

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ___✓___  No ____  *If "yes,"* Celebrex

   a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX® Celebrex ( I had a stroke

   b.  When do you claim this injury occurred? March 24, 2002

   c.  Who diagnosed the condition? Dr. Henry Evans

   d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ____  No ✓  *If "yes,"* when and who diagnosed the condition at that time? _____

   _____

   e.  Do you claim that that your use of VIOXX® Celebrex worsened a condition that you already had or had in the past? Yes ____  No ✓  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX® Celebrex; and the date of recovery, if any.

   _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX® Celebrex?
   Yes ____  No ✓

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a.  Name and address of each person who treated you: Dr. Henry Evans 2500 Louisiana ave new Orleans, La

   b.  To your understanding, condition for which treated: my Stroke

   c.  When treated: March 24, 2002

   d.  Medications prescribed or recommended by provider: altace, plavix

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX® Celebrex

A.  Name: Yvonne McClain

B.  Maiden or other names used or by which you have been known: McClain

C.  Social Security Number: 4360 America St. N.O. La 70126

D.  Address: 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

MICHAEL HINGLE & ASSOC
JAN 5 2006
SLIDELL

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | | Dates of Residence |
|---|---|---|
| 4360 America St #D, La 70126 | | 1992 - 2005 |
| 260 Austin Cir, Byram Ms 39272 | | 2005 - present |

F. Driver's License Number and State Issuing License: 002508619 - La

G. Date of Place and Birth: 9 - 2 - 34

H. Sex: Male _____ Female ✓

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Educational Institution | Dates of Attendance | Courses of Study | Diplomas or Degrees |
|---|---|---|---|
| Alameda Col. | 1984 - 1987 | up holstery | no |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| retired | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| retired | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No ✓

If "yes," state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No ✓

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No ✓

MICHAEL HINGLE & ASSOC

2006

SLIDELL

L. Insurance / Claim Information:

  1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes ✓ No _____ If "yes," to the best of your knowledge please state:

     a. Year claim was filed: *1976*

     b. Nature of disability: *Arthritis in neck + Shoulder*

     c. Approximate period of disability: *1978 until age 65*

  2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ✓ No _____ If "yes," set forth when and the reason. *1976 until 1978 when I filed for disability*

  3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ✓ No _____ If "yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. *Yvonne Johnson Court in Oakland, CA*

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes _____ No ✓ If "yes," set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): *divorce*

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No ✓

MICHAEL HINGLE & ASSOC

SLIDELL

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No ✓ Don't Know _____ *If "yes," identify each such person below* and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. *no*

## IV. ~~VIOXX®~~ *Celebrex* PRESCRIPTION INFORMATION

A. Who prescribed ~~VIOXX®~~ *Celebrex* for you? *Dr. Henry Evans*

B. On which dates did you begin to take, and stop taking, ~~VIOXX®~~ *Celebrex*? *2002*

C. Did you take ~~VIOXX®~~ *Celebrex* continuously during that period?
Yes _____ No _____ Don't Recall ✓

D. To your understanding, for what condition were you prescribed ~~VIOXX®~~ *Celebrex*? *Don't recall*

E. Did you renew your prescription for ~~VIOXX®~~ *Celebrex*? Yes _____ No ✓ Don't Recall _____

F. If you received any samples of ~~VIOXX®~~ *Celebrex*, state who provided them, what dosage, how much and when they were provided: *one a day Can't recall*

G. Which form of ~~VIOXX®~~ *Celebrex* did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)
*Can't recall*

H. How many times per day did you take VIOXX®? *Celebrex*

*One a day*

I. Did you request that any doctor or clinic provide you with VIOXX® *Celebrex* or a prescription for VIOXX®? Yes ____ No ____ Don't Recall ✓

J. Instructions or Warnings: *Celebrex*

    1. Did you receive any written or oral information about VIOXX® *Celebrex* before you took it? Yes ✓ No ~~____~~ Don't Recall ____

    2. Did you receive any written or oral information about VIOXX® *Celebrex* while you took it? Yes ✓ No ~~____~~ Don't Recall ____

    3. If "yes,"

        a. When did you receive that information? *At time of usage.*

        b. From whom did you receive it? *Dr. Henry Evans*

        c. What information did you receive? *dosage to use per day*

K. What over the counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? *no*

## V. MEDICAL BACKGROUND

A. Height: *5'0"*

B. Current Weight: *125*

Weight at the time of the injury, illness, or disability described in Section I(C): *110*

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    ____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a. Date on which smoking/tobacco use ceased: _____

        b. Amount smoked or used: on average _____ per day for _____ years.

    ____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

        a. Amount smoked or used: on average _____ per day for _____ years.

    ✓ Smoked different amounts at different times.

MICHAEL HINGLE & ASSOC

SLIDELL

D. **Drinking History.** Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ✓ No _____ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint: *Celebrex*

_6_ drinks per week, (*beer*)

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): *Stop drinking beer, drink 63 g Wine at bedtime 3 times a week*

E. **Illicit Drugs.** Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®- related injury?" Yes _____ No ✓ Don't Recall _____ *Celebrex*

*If "yes"*, identify each substance and state when you first and last used it _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | Date | Name of Physician | Hospital |
|---|---|---|---|---|
| none | | | | |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | Date | Name of Physician | Hospital |
|---|---|---|---|
| none | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✓ No _____ Don't Recall _____ *If "yes,"* answer the following:

MICHAEL HINGLE & ASSOC
SLIDELL

| Diagnostic Test | Where Performed | Ordered By | Findings | Reason |
|---|---|---|---|---|
| CT Scan | Hospital | Dr. H. Evans | Ischemia | Stroke |
| MRI | Hospital | Dr. H. Evans | St Charles | Stroke |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated "yes," please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes ✓ No ____

B. Decedent's death certificate (if applicable). Yes ____ No ✓

C. Report of autopsy of decedent (if applicable). Yes ____ No ✓

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Henry Evans | 2500 Louisiana ave N.O. La |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Henry Evans | 2500 Louisiana ave | 1994 to present |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

MICHAEL HINGLE & ASSOC
SLIDELL

Case 2:05-md-01657-EEF-DEK  Document 10848-7  Filed 04/24/07  Page 43 of 45

| NAME | ADDRESS | ADMISSION DATE | REASON FOR VISIT |
|---|---|---|---|
| St Charles Gen | 3700 St Charles Ave | March 24, 2002 | Stroke |
| | | | |
| | | | |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| NAME | ADDRESS | DATES | TYPE OF CARE/TREATMENT |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| NAME | ADDRESS | DATES |
|---|---|---|
| Dr Henry Evans | 2500 Louisiana Ave | 2002 to present |
| | | |
| | | |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| NAME | ADDRESS |
|---|---|
| Walgreen | Crowder St N.O. La |
| | |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| NAME | ADDRESS |
|---|---|
| None | |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| NAME | Address |
|---|---|
| None | |

MICHAEL HINGLE & ASSOC
SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Yvonne McClain_
Signature

_YVONNE McClain_
Print Name

_1-5-06_
Date

# Exhibit Y