Exhibit A

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: _Rose McCrary_
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.    CASE INFORMATION

A. Name of person completing this form: _Rose McCrary_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _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_

2. Maiden or other names used or by which you have been known:_____

3. Address: _1206 Piety Street_

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

Court: _____    Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured?_____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

NY 189839_1

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes_____ No _✓_ *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____

            _____

      b. When do you claim this injury occurred? *1995*

      c. Who diagnosed the condition? *doctor*

      d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _✓_ No _____ *If "yes,"* when and who diagnosed the condition at that time? *Chris new Orleans Dr. Robert Lesser MD N.O.La*

      e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _✓_ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

            _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _✓_ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, (psychiatrist) psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

      a. Name and address of each person who treated you: *Dr. Kimmeson psychiatrist, Another Dr. In New Orleans*

      b. To your understanding, condition for which treated: *Schizophrenia, Depression anxiety 94-95*

      c. When treated: *may 94, Dr. Mindi Brown Psychiatrist*

      d. Medications prescribed or recommended by provider: *Zoloft, paxil, Halidol*

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Case McCrary*

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: *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*

D. Address: *1206 Piety Street*

189839_1

MICHAEL HIN-- ~ ~SSO

FEB 1 6 2006

SLIDELL

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
| 5025 Charbes Street | 10-6-94 |
| 1726 Flood Street | 7-1-84 |

F. Driver's License Number and State Issuing License: _475 3830_

G. Date of Place and Birth: _New Orleans, La_

H. Sex: Male ____  (Female)

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
| 12th Grade | | | |

J. Employment Information.

   1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|------------------------|
| Disabled | | | Housework |

   2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|------------------------|
| | | | |

   3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No ✓

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C):_____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ✓ No ____

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ✓

MICHAEL HINGLE

FEB 1 6 2006

SLIDELL

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?  Yes ✓  No _____  *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: _June 99_____
   b. Nature of disability: _Anxiety, Depression, Bad Back, Schizophrenia_
   c. Approximate period of disability: _6 years_____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes ✓  No _____  *If "yes,"* set forth when and the reason. _Health related condition_ _Stomach problems, skin rash_____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes _____  No ✓  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____
   _____
   _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes _____  No ✓  *If "yes,"* set forth where, when and the felony and/or crime. _____
   _____

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
   _____
   _____

B. Has your spouse filed a loss of consortium claim in this action?  Yes _____  No ✓

189839_1

MICHAL   SSOC

FEB 1 6 2006

SLIDELL

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours
   suffer from any type of <u>cardiovascular disease</u> including but not limited to: heart
   attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur,
   coronary artery disease, congestive heart failure, enlarged heart, leaking valves or
   prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever,
   atrial fibrillation, stroke? Yes __✓__ No _____ Don't Know _____ *If "yes,"*
   identify each such person below and provide the information requested.

   Name: _Grandmother) Sallie Mack_____

   Current Age (or Age at Death): ____48_____

   Type of Problem: __Heart Problem_____

   If Applicable, Cause of Death: __Heart Attack_____

D. If applicable, for each of your children, list his/her name, age and address: _Angela McCrary_
   _29 yrs. old   Katrina McCrary  age 23____

E. If you are claiming the wrongful death of a family member, list any and all heirs of
   the decedent. ____no_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _Bextra, Celebrex, Doctors at (CHNO)_
B. On which dates did you begin to take, and stop taking, VIOXX® _Celebrex  Dec 94_

C. Did you take VIOXX® continuously during that period?
   Yes __✓__ No _____ Don't Recall __✗__

D. To your understanding, for what condition were you prescribed VIOXX®? _(Bextra) Celebrex_
   _Pain, Arthritis_
   _____

E. Did you renew your prescription for VIOXX®? Yes _____ No __✓__ Don't Recall __✓__    _Bextra Celebrex_

F. If you received any samples of VIOXX®, state who provided them, what dosage, how
   much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   _____ 25 mg Tablet (round, yellow, MRK 110)
   _____ 25 mg Oral Suspension
   _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _____

FEB 1 6 2006

MICHA...

SLIDELL

I. Did you request that any doctor or clinic provide you with ~~VIOXX®~~ *Bextra, Celebrex* of a prescription for ~~VIOXX®~~? Yes ✓ No _____ Don't Recall _____

J. What medications, prescription and over-the-counter, did you take simultaneously with ~~VIOXX®~~? *none*

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring ~~VIOXX®~~? *none*

L. Instructions or Warnings:

   1. Did you receive any written or oral information about ~~VIOXX®~~ before you took it? Yes ___ No ✓ Don't Recall _____

   2. Did you receive any written or oral information about ~~VIOXX®~~ while you took it? Yes _____ No ✓ Don't Recall _____

   3. *If "yes,"*

      a. When did you receive that information?_____

      b. From whom did you receive it?_____

      c. What information did you receive? _____
      _____

## V. MEDICAL BACKGROUND

A. Height: ~~140 LBS.~~ 5/5 inches tall

B. Current Weight: 140 LBS.
   Weight at the time of the injury, illness, or disability described in Section I(C):
   _____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
   ____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
      a. Date on which smoking/tobacco use ceased: _____
      b. Amount smoked or used: on average ____3____ per day for __10__ years.
   ____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
      a. Amount smoked or used: on average ___3___ per day for __10__ years.
   ____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No ✓ If *"yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

MICHAEL

FEB 1 6 2006

SLIDELL

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged Vioxx® - related injury?" Yes _____ No ✓ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           | *NO* |                    |          |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor? Yes ✓ No _____ Don't Recall _____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |

MICHAEL HINGLE & ASSOC

FEB 16 2006

SLIDELL

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes ✔ No ____

B. Decedent's death certificate (if applicable). Yes ____ No ____

C. Report of autopsy of decedent (if applicable). Yes ____ No ____

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused ~~VIOXX®~~ *Bextra, Celebrex*

Yes ___ No ✔

If you answer "yes," set forth in the space provided:

    i.   There is _____ number of _____ mg tablets remaining.

    ii.   There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any ~~VIOXX®~~ *Bextra CELEBREX* you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No ✔

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ____ No ✔

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No ✔ *had Documents sent in from pharmacy - printout*

E. Documents that evidence any communication between you and any doctor, employer,

MICHAEL HINGLE & ASSOC

FEB 1 6 2006

SLIDELL

defendant, federal or state agency, or other person (other than your attorney)
regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

F. Written communications, whether in paper or electronic form (including
communications as part of internet "chat rooms" or e-mail groups), with others not
including your attorney, regarding ~~VIOXX®~~, your injuries or this case.

Yes ___ No ✓

G. Any and all other documents not specifically requested above that support any claim
you believe you have against Merck & Co., Inc. and all damages you claim result
therefrom.

Yes ___ No ✓

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.   Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Dr. Fahrehe Dyer | 3001 St. Claude Ave. |
| Dr. Robert Glaser | 3100 St. Claude Ave. |

B. To the best of your ability, identify each of your primary care physicians for the last
ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Dr. Winn | 2500 Desire St | 93 - 94 |
| Dr. Purvate Bistros | Napoleon Avenue | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient
treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|---------------------|
| CHNO | 1340 Tulane Avenue | 1995 | Blood Pressure, Monach problems, Skin problem |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

MICHAEL HINGLE & ASSO
FEB 1 6 2006
SLIDELL

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| CHNO | ~~1338~~ Tulane Ave. 1340 | 3/94 | Same as above psychiatrist |
| | | | |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| | | |
| | | |
| | | |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| | |
| | |
| | |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |
| | |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |
| | |

MICHAEL HINGLE & ASSOC

FEB 1 6 2006

SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Rose McCrary_          _Rose McCrary_          _2-13-06_
Signature                      Print Name                   Date

189839_1

MICHAEL HINGLE & ASSOC

FEB 16 2006

SLIDELL

# Exhibit Z



Feb 27 2007
3:01PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: *Cyrus P. Rockwood* |
| Civil Action No: | (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: *Cyrus P. Rockwood*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: *NA*

2. Maiden Or Other Names Used or By Which You Have Been Known: *NA*

3. Address: *NA*

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *NA*

5. If you were appointed as a representative by a court, state the:
   Court: *NA*          Date of Appointment: *NA*

6. What is your relationship to deceased or represented person or person claimed to be injured? *NA*

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: *NA*

MICHAEL HINGLE & ASSOC
SEP 08 2006
SLIDELL

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes____✓ No_____ *If "yes,"*

   a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _HEART ATTACK_

   b.  When do you claim this injury occurred? _1997_

   c.  Who diagnosed the condition? _EMERGENCY ROOM - MEMORIAL HOSP. GULFPORT_

   d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _____

   e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ____ No ✓ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ____ No ✓

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a.  Name and address of each person who treated you: _N A_

   b.  To your understanding, condition for which treated: _N.A._

   c.  When treated: _N.A._

   d.  Medications prescribed or recommended by provider: _NA_

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: _CYRUS P. ROCKWOOD_

B.  Maiden or other names used or by which you have been known: _NONE_

C.  Social Security Number: _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_

D.  Address: _12 HEATHER LANE - GULFPORT, MS 39503_

SEP 08 2006

SLIDELL

E.   Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
| --- | --- |
| 115 Buena Vista Dr. Long Beach MS 39560 | June 1980 - Aug 2005 |
| (FEMA TRAILER - CHAN RV. PARK - BILOXI) | Aug 2005 - June 2006 |

F.   Driver's License Number and State Issuing License: _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-MS._

G.   Date of Place and Birth: _FEB 5, 1929 - JAMAICA, NEW YORK_

H.   Sex: Male _✓_ Female ____

I.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
| --- | --- | --- | --- |
| FOREST HILLS H.S. FOREST HILLS. NY. | 1943 - 1947 | GENERAL | GRADUATED |

J.   Employment Information.

   1.   Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
| --- | --- | --- | --- |
| COPA CASINO GULFPORT MS | 777 HWY 90 GULFPORT | 1993 - 2004 | SECURITY |

   2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
| --- | --- | --- | --- |
| US CIVIL SERV. DEFENSE DEPT | US AND OKINAWA JAPAN | 1950 - 1992 | GENERAL FOREMAN MAINTENANCE |

   3.   Are you making a wage loss claim for either your present or previous employment? Yes ____ No _✓_

      If "yes," state your annual income at the time of the injury alleged in Section I(C): _N.A_

K.   Military Service Information:  Have you ever served in the military, including the military reserve or national guard? Yes _✓_ No ____

   If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No _✓_

MICHAEL HINGLE & ASSOC
SEP 0 8 2006
SLIDELL

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes _____ No ✓ *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: _____ *N. A*
   
   b. Nature of disability: _____ *N.A.*
   
   c. Approximate period of disability: *N. A.*

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes _____ No _____ *If "yes,"* set forth when and the reason. *HEART ATTACK - QUADRUPLE BY-PASS   TWO KNEE SURGERIES.*

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes _____ No ✓ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes _____ No ✓ *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
*GLORIA ROCKWOOD - DIVORCE*
*MARY E. ROCKWOOD. HOUSEWIFE - JUNE 20. 1930 - JUNE 20. 1980 - PRESENT.*

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No ✓

MICHAEL HINGLE & ASSOC

SEP 0 8 2006

SLIDELL

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _____ Don't Know ___✓___ If "yes," identify each such person below and provide the information requested.

Name: _____ *N. A.* _____

Current Age (or Age at Death): __*N. A.*_____

Type of Problem: _____*N. A.*_____

If Applicable, Cause of Death: __*N A*_____

D. If applicable, for each of your children, list his/her name, age and address: ___*N A.*___

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____*N A.*_____

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? *DR. BOYD BENEFIELD (BEXTAR)*

B. On which dates did you begin to take, and stop taking, VIOXX®? *Don't REMEMBER*

C. Did you take VIOXX® continuously during that period?
Yes _____ No _____ Don't Recall __✓__

D. To your understanding, for what condition were you prescribed VIOXX®? _____
*DON'T KNOW.*

E. Did you renew your prescription for VIOXX®? Yes __✓__ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: ____*DON'T RECALL*_____

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
__✓__ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

MICHAEL HINGLE & ASSOC

SEP 08 2006

SLIDELL

H.  How many times per day did you take VIOXX®?
_____ *ONCE* _____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ____ No ____ Don't Recall ✓

J.  Instructions or Warnings:

1.  Did you receive any written or oral information about VIOXX® before you took it? Yes ___ No ✓ Don't Recall _____

2.  Did you receive any written or oral information about VIOXX® while you took it? Yes ____ No ____ Don't Recall ✓

3.  If "yes,"

a.  When did you receive that information? _____ *N. A.*

b.  From whom did you receive it? _____ *NA.*

c.  What information did you receive? ____
_____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____ *DON'T RECALL* _____
_____

## V. MEDICAL BACKGROUND

A.  Height: *5'8"*

B.  Current Weight: *185*
Weight at the time of the injury, illness, or disability described in Section I(C): *160 LBS.*

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

✓ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

a.  Date on which smoking/tobacco use ceased: *NA*

b.  Amount smoked or used: on average *NA* per day for *NA* years.

____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff. *NA*

a.  Amount smoked or used: on average *NA* per day for *NA* years.

____ Smoked different amounts at different times.

MICHAEL HOFMANN & ASSOC
SEP 0 8 2006
SLIDELL

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes __✓__ No _____   *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

___✓___ drinks per year, *or*

Other (describe): *HAVE NOT HAD ANY ALCOHOL LAST 10 YEARS*

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____ No __✓__ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. *N, A*
*N, A.*

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| QUAD-BYPASS | BYPASS | 1997 | DR. DEE'S | MEMORIAL GULFPORT, MS |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| CHEST PAIN | 1997 | EMERGENCY ROOM | MEMORIAL |

3.  To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the heart, bubble/microbubble study, or Holter monitor?
    Yes __✓__ No _____ Don't Recall _____   *If "yes,"* answer the following:

MICHAEL HINGLE & ASSOC
SEP 0 8 2006
SLIDELL

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| CHEST X-RAY | DON'T | DON'T | MEMORIAL | ? |
| E.K.G. | RECALL | RECALL | GULFPORT | ? |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____  No ✓

B.  Decedent's death certificate (if applicable). Yes _____  No _____

C.  Report of autopsy of decedent (if applicable). Yes _____  No _____

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.  Your current family and/or primary care physician:

| Name | Address |
|---|---|
| DR. N. AZAR. | MEMORIAL HOSP GULFPORT, MS 39501 |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| DR. N. AZAR | MEMORIAL HOSP GULFPORT | 1995 - PRESENT |
| | | |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

MEMORIAL HOSPITAL - GULFPORT, MS. 39501

MICHAEL HINGLE & ASSOC

SEP 0 8 2006

SLIDELL

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| MEMORIAL HOSP | GULFPORT, MS. | 1997 | QUAD BYPASS |
| MEMORIAL HOSP | GULFPORT, MS | 2002 | KNEE REPL - RIGHT |
| MEMORIAL HOSP | GULFPORT, MS. | 2004 | KNEE REPL - LEFT |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| DR. N. AZAR | MEMORIAL HOSP GULFPORT | 1996 - PRESENT |
| DR. DAE'S | NOT KNOWN | 1997 |
| DR. RODRIQUEZ | BATON ROUGE, LA. | 2002 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| MED CO HOME DELIVERY | 6375 ANNIE OAKLEY DR. LAS VEGAS, NEVADA 8900 |
| WALGREEN'S | PINEVILLE RD-KAIL ROAD ST - LONG BEACH, MS 39426 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.   N. A.

| Name | Address |
|---|---|
| | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.   N. A.

| Name | Address |
|---|---|
| | |

MICHAEL HINGLE & ASSOC

SEP 08 2006

SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Cyrus P. Rockwood_          _Cyrus P. Rockwood_          _9-5-06_
Signature                              Print Name                              Date

MICHAEL HINGLE & ASSOC
SEP 0 8 2006
SLIDELL

# Exhibit AA

10706601

Mar  2 2006
4:32PM

Exhibit A

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: _*Bruce Moore*_
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.    CASE INFORMATION

A. Name of person completing this form: _Bruce Moore_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _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_

   2. Maiden or other names used or by which you have been known: _Same_

   3. Address: _403 20th Apt.9 Gretna La. 70053_

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _Stroke - Vascular Breaking_

   5. If you were appointed as a representative by a court, state the:
      Court: _unknown ?_                    Date of Appointment: _Unknown_

   6. What is your relationship to deceased or represented person or person claimed to be injured? _Same_          _N/A_

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____N/A_____

MICHAEL HINGLE & ASSOC

FEB 2 2 2006

NY 189839_1

SLIDELL

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ____✓____ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _Blood pressure Erratic_ _Breakage of Femur blain_

   b. When do you claim this injury occurred? _June 2003_

   c. Who diagnosed the condition? _Heart attack / Stroke_

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ___✓___ *If "yes,"* when and who diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ____ No __✓__ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
   _Vascular Implosion_

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes __✓__ No ____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _Methodist_ _Hospital   5600 Read Blvd_

   b. To your understanding, condition for which treated: _never had before_ _causes lower legs pain_

   c. When treated: _unknown_

   d. Medications prescribed or recommended by provider: _Lortab Amitriplyne_ _(Elavil)_

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: _Bruce Moore_

B. Maiden or other names used or by which you have been known: _N/A_

C. Social Security Number: _433·09·8766_

D. Address: _403 20th Apt g Gretna LA 70053_

MICHAEL HINGLE & ASSOC

FEB 22 2006

SLIDELL

189839_1

E.  Identify each address at which you have resided during the last ten (10) years, and list
    when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 6980 Ridgeliffe | 1997 - 1999 |
| 6320 Hayne Blvd Ap 27 | 1999 - Katrina |

F.  Driver's License Number and State Issuing License:  *none*

G.  Date of Place and Birth:  3 - 5 - 54    New Orleans, LA

H.  Sex: Male  ✓   Female ____

I.  Identify the highest level of education (high school, college, university or other
    educational institution) you have attended (even if not completed), the dates of
    attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Junior College | 1974-77 | Electronics | Transferred |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Pastoven GIF | Lake Forest | 3-92 - | Laborer |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Sammy Ridgly | Claiborne | 2004 | Bass Player |

3.  Are you making a wage loss claim for either your present or previous
    employment? Yes  ✓   No ____

    *If "yes,"* state your annual income at the time of the injury alleged in
    Section I(C): ____ $ 800.00 monthly ____

K.  Military Service Information:  Have you ever served in the military, including the
    military reserve or national guard? Yes ____  No  ✓

    *If "yes,"* were you ever rejected or discharged from military service for any reason
    relating to your physical, psychiatric or emotional condition? Yes ____  No  ✓

MICHAEL HINGLE & ASSOC
FEB 2 2 2006
SLIDELL
989839_1

L. Insurance / Claim Information:

    1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _✓_   No ____   *If "yes,"* to the best of your knowledge please state:

        a. Year claim was filed: _6 – 1995_____

        b. Nature of disability: _neart Attack - Stroke_

        c. Approximate period of disability: _100% blockage since 1995_

    2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ____   No _✓_   *If "yes,"* set forth when and the reason. _____

    3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ____   No _✓_   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ____   No _✓_   *If "yes,"* set forth where, when and the felony and/or crime. _____

## III.   **FAMILY INFORMATION**

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____

_Unknown_

B. Has your spouse filed a loss of consortium claim in this action?   Yes ____   No _✓_

MICHAEL HINGLE & ASSOC

FEB 2 2 2006

SLIDELL

989839_1

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _✓_ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
_____ *N/A* _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____ *— N/A* _____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? *Wanda Timpton MD*

B. On which dates did you begin to take, and stop taking, VIOXX®? *June 2003 – May 2004*

C. Did you take VIOXX® continuously during that period?
Yes _✓_ No _____ Don't Recall _____ *Bextra*

D. To your understanding, for what condition were you prescribed VIOXX®? *arthritis*

E. Did you renew your prescription for VIOXX®? Yes _✓_ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: *20 mg   Dr Wanda Timpton*

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_✓_ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? *I every 4 hrs it needed*
*Twice a day*

MICHAEL HINGLE &
189836
FEB 22 2006
SLIDELL

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ✓ No _____ Don't Recall _____

J.  What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _Bextra_ (_None_)

K.  What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _Plavix  altace  metroprolol_

L.  Instructions or Warnings:

1.  Did you receive any written or oral information about VIOXX® before you took it? Yes ✓ No _____ Don't Recall _____

2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall ✓

3.  If "yes,"

a.  When did you receive that information? _from Doctor_

b.  From whom did you receive it? _Walgreen_

c.  What information did you receive? _Drug Dangers_

## V.  MEDICAL BACKGROUND

A.  Height: _5'10"_

B.  Current Weight: _235_
    Weight at the time of the injury, illness, or disability described in Section I(C):
    _220_

C.  Smoking/Tobacco Use History: **Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.**

_____  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

_✓_  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
    a.  Date on which smoking/tobacco use ceased: _June - 2003_
    b.  Amount smoked or used: on average _12_ per day for _20_ years.

_NO_  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
    a.  Amount smoked or used: on average _10_ per day for _15_ years.

_____  Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ✓ No _____ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

MICHAEL HINGLE & AS

FEB 22 2006

SLIDELL

168639_1

in the complaint:

_____ 19 _____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____   No _✓_   Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Vascular | Lower Vein | Jan 05 | Dr Sutton | No todic |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Erratic heart Bea | Bea | gen moth | Jan 04 |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____  No _____  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|  |  |  |  |  |
|  |  |  |  |  |

MICHAEL HINGLE & ASSOC
FEB 2 2 2006   189839
SLIDELL

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes ✔    No ____

B.  Decedent's death certificate (if applicable).  Yes ____  No ✗

C.  Report of autopsy of decedent (if applicable).  Yes ____  No ✗

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A.  Unused VIOXX®.

Yes ___ No ✔

If you answer "yes", set forth in the space provided:

   i.   There is _____ number of _____ mg tablets remaining.

   ii.  There is _____ amount of _____ mg oral suspension remaining.

B.  Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No ✔

C.  Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ____ No ✔

D.  Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ____ No ✔

E.  Documents that evidence any communication between you and any doctor, employer,

FEB 2 2 2006   189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓   *Don't understand*

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ✓


## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.   Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Wanda Timpton | Haynes Blvd N.O. LA |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Larry Wooden | Bullard | Died 1999 |
| Wanda Timpton | Haynes | present |
| Vikron Sattan | Rural | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Methodist | | | Unknown |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

MICHAEL HINGLE & ASSOC
FEB 22 2006
SLIDELL

889839_1

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Methodist Medadist | 5670 Read | 11-04 12-04 | Vascular test Angigram |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Keith Ferdinand | Poland | Every 3 mts |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Walgreen | Bulord Lake forest |
| Walgreen | Read Lake Forest |
| Walgreen | Crowder Morrison |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Dep Human Resog | Read Blvd |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | N/A |

MICHAEL HINGLE & ASSOC
189839
FEB 22 2006
SLIDELL

# Exhibit BB

Exhibit A

10217429

Jan 10 2006
11:08AM

IN RE: ~~VIOXX~~ *BEXTRA* ® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: *Mabel M hall*
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used ~~VIOXX~~®. Please attach as many sheets of paper as necessary to fully answer these questions. *BEXTRA*

### I.   CASE INFORMATION

A.  Name of person completing this form: *Mabel M hall*

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: *NO*

2.  Maiden or other names used or by which you have been known: *no*

3.  Address: *no*

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate?  *NO*

5.  If you were appointed as a representative by a court, state the:
    Court: *NO*                    Date of Appointment: *NO*

6.  What is your relationship to deceased or represented person or person claimed to be injured?  *N/O*

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died:  *NO*

NY 189839_1

DEC 3   2005

## C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking ~~VIOXX®~~? Yes ✓ No_____ *If "yes,"*
   *BEXTRA*

   a. What is your understanding of the bodily injury you claim resulted from your use of ~~VIOXX®~~? *BEXTRA*  **BY PASS   SURGURY**

   b. When do you claim this injury occurred? *DEC  30 - 2003*

   c. Who diagnosed the condition? *DR HENSON or DR Dervey*

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of ~~VIOXX®~~ *BEXTRA* worsened a condition that you already had or had in the past? Yes _____ No ✓ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took ~~VIOXX®~~; and the date of recovery, if any. _____
      *BEXTRA*                                    *BEXTRA*

## D. Are you claiming mental and/or emotional damages as a consequence of ~~VIOXX®~~?
Yes _____ No ✓

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: *N/A*

   b. To your understanding, condition for which treated: *N/A*

   c. When treated: *N/A*

   d. Medications prescribed or recommended by provider: *N/A*
      *BEXTRA*

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED ~~VIOXX®~~

A. Name: *MABEL   M  NALL*

B. Maiden or other names used or by which you have been known: *SOIGNET Bergeron*

C. Social Security Number: *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*

D. Address: *2043 St Mary St  THIBODAUX  LA  70301*

189839_1

DEC   2005

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 2043 ST MARy St THiBoDAUX La 70301 | 1996 to 2005 |

F. Driver's License Number and State Issuing License: 007143416 La

G. Date of Place and Birth: 12 - 15 - 1934

H. Sex: Male _____ Female ✓

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| LTS school | 1940 1950 | elemenly | none |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Bern | DisoBLA | Aime | 1977 |

Car accide

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| None | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No ✓

If "yes," state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No ✓

If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No ✓

DEC   2005

L. Insurance / Claim Information:

  1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes ✓   No ____   *If "yes,"* to the best of your knowledge please state:

     a. Year claim was filed: _1977_

     b. Nature of disability: _Car accident – Hip removed_

     c. Approximate period of disability: _1997 till 2005_

  2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ____   No ✓   *If "yes,"* set forth when and the reason. _____
     _____
     _____

  3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ____   No ✓   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
     _____
     _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ____   No ✓   *If "yes,"* set forth where, when and the felony and/or crime. _____
     _____

### III.  FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
   _Alberta Bergeron    Divorce  19 75_
   _Roy Nall    Divorce – 1977 –_

B. Has your spouse filed a loss of consortium claim in this action?   Yes ____   No ✓

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _✓_ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _N/A_

_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _N/A_

_____

BEXTRA

## IV.   ~~VIOXX~~® PRESCRIPTION INFORMATION

A. Who prescribed ~~VIOXX~~® for you? _DR ALLEN   RUBENFELD_

B. On which dates did you begin to take, and stop taking, ~~VIOXX~~®? _DO NOT REMEMBER_

C. Did you take ~~VIOXX~~® continuously during that period?
Yes _____ No _____ Don't Recall _✓_

BEXTR

D. To your understanding, for what condition were you prescribed ~~VIOXX~~®? _PAIN_

_____

E. Did you renew your prescription for ~~VIOXX~~®? Yes _____ No _____ Don't Recall _____

F. If you received any samples of ~~VIOXX~~®, state who provided them, what dosage, how much and when they were provided: _DO NOT REMEMBER_

G. Which form of ~~VIOXX~~® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take ~~VIOXX~~®? _DO NOT REMEMBER_

189839_1

*BEXTRA*

I. Did you request that any doctor or clinic provide you with ~~VIOXX~~® or a prescription for ~~VIOXX~~®? Yes _____ No ✓ Don't Recall _____

J. What medications, prescription and over-the-counter, did you take simultaneously with ~~VIOXX~~®? _DOXEPIN_

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring ~~VIOXX~~®? _DOXEPIN_

L. Instructions or Warnings:                    *BEXTRA*

  1. Did you receive any written or oral information about ~~VIOXX~~® before you took it? Yes _ No _____ Don't Recall ✓

  2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall ✓

  3. If "yes,"

    a. When did you receive that information? _____

    b. From whom did you receive it? _____

    c. What information did you receive? _____
    _____

## V. MEDICAL BACKGROUND

A. Height: _5 02_

B. Current Weight: _160_
   Weight at the time of the injury, illness, or disability described in Section I(C):
   _160 — 150_

C. Smoking/Tobacco Use History: **Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.**

   _____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   ✓ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
     a. Date on which smoking/tobacco use ceased: _____ *or more*
     b. Amount smoked or used: on average _2 PK_ per day for _25_ years.

   _____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing *or more*
     tobacco/snuff.                                        *25 or*
     a. Amount smoked or used: on average _2 PK_ per day for _____ years.
   _____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No ✓ If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839_1

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No _✓_  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| BYPASS | BLOCKAGE | DK 30 03 | Dr Hinson | TRMC |
|  |  |  | Dr Deny |  |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| SURGERY | Dec 30-03 | DR HENSEN  DR DENY | TRMC |

3.  To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _✓_  No _____  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| most | test | at |  |  |

*Thibodaux Regional medical Center*

189839_1

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.   Yes _____   No ✓

B. Decedent's death certificate (if applicable).   Yes _____   No _____

C. Report of autopsy of decedent (if applicable).   Yes _____   No _____

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused ~~VIOXX~~®.   *BEXTRA   SENT to Lawyer*

Yes ___ No ✓

If you answer "yes", set forth in the space provided:

     i.   There is _____ number of _____ mg tablets remaining.

     ii.   There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any ~~VIOXX~~® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No ✓

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes _____ No ✓

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No ✓

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ✓

F. Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding ~~VIOXX®~~ *BeXTRA* your injuries or this case.

Yes ___ No ✓

G. Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ✓

## VIII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| DR *mARK Boyes* | *206 N 2nd ST TH, BODAUX* |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| DR *A ALLeN Rudenfeld* | *moved* | *after my Surgery* |
| DR *mark S Ayes* | *206 E 2nd* | *still my Dr.* |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| *T R M C* | *602 N ACAD* | *WR 08 30 -03* | *(damn) Propler* |

D. Each hospital, clinic, or healthcare facility where you have received outpatient

189839_1

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| 1 R M C | 602 N AC N P/A Road | DEC 80 2003 | Problem |
|  |  |  |  |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Mark Sayea Dr Deny | RIGDEFIOLA RD | STILL as of now |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Wal Mart | 410 N CANAL BLVD |
|  | Thibodaux La 70301 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Mabel M Hall | Have Been on Social Security since 1978 |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim. NO

| Name | Address |
|------|---------|
|  |  |
|  |  |

189839_1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Mabel M Nall_                _NABEL N NALL_                _12-15-05_
Signature                     Print Name                   Date

189839_1