# Exhibit CC



10390369
Jan 23 2006
10:52AM

JAN 2006 WED 10:59 AM MICHAEL HINGLE & ASSOC        FAX NO. 985 646 1471        P.

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No:

Plaintiff: *Kendra Nelson*
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: *Kendra Nelson*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: *4 35-29-5478*

2. Maiden Or Other Names Used or By Which You Have Been Known: *Butter*

3. Address: *14723 West Oaks Plaza Dr. Apt #612 Houston, TX 77082*

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____        Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____



JAN-20 PM MICHAEL HINGLE & ASSOC        FAX NO. 985 646 1471        P.

**C. Claim Information**

1. Are you claiming that you have or may develop bodily injury as a result of taking ~~VIOXX®~~? Yes ✓  No_____   *If "yes,"*   CeleBrex

   a. What is your understanding of the bodily injury you claim resulted from your use of ~~VIOXX®~~? ~~filled~~ severe Back pain Made pain worse

   b. When do you claim this injury occurred? _____N/a_____

   c. Who diagnosed the condition? _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes_____  No __✓__  *If "yes,"* when and who diagnosed the condition at that time? _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes __✓__  No_____  *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

**D.** Are you claiming mental and/or emotional damages as a consequence of ~~VIOXX®~~? CeleBrex
Yes __✓__  No_____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: Sandra Banks 5465 PeachTree Dunwoody atlanta Ga 30342-17?

   b. To your understanding, condition for which treated: Sacardosis, diabetes, Back pain, High Blood pressure

   c. When treated: 8-04-9-05

   d. Medications prescribed or recommended by provider: celebrex, eNalpril, Nexiom, Metroprol
   Dr. Tracy Williams - Norcross Ga.

**II. PERSONAL INFORMATION OF THE PERSON WHO USED ~~VIOXX®~~** CeleBrex

**A.** Name: Kendra Nelson

**B.** Maiden or other names used or by which you have been known: Butler

**C.** Social Security Number: 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

**D.** Address: 14723 West Oaks Plaza Dr. apt 612
Houston TX. 77082

MICHAEL HINGLE & ASSOC
JAN 20 2006
7530117

Kendra Nelson

E.  Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates |
|---|---|
| 8203 Olea nder St N.O. Labor e | 1-18-09 to 8-28-09 |
| 431 Seasons Pkwy Norcross Ga 30093 | 11-03 to 4-1-05 |

F.  Driver's License Number and State Issuing License: _____

G.  Date of Place and Birth: 8-21-72 New Orleans, La.

H.  Sex: Male _____ Female ✓

I.  Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course Pursued | Diploma or Degree |
|---|---|---|---|
| Delegado Comm College | 8-91 5-93 | Nursing | |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| AMG | Duluth Ga | 11-02-12-04 | asset associate |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Clercom Comm | 2586 N Courcut | 2-99-7-02 | Receptionist |
| Bears Credit Center | Net. Ga 1-99-2-01 | | asset associate |
| | 4330 michoud Blvd N.O. La 70128 | | |

3.  Are you making a wage loss claim for either your present or previous
employment? Yes _____ No ✓

  *If "yes,"* state your annual income at the time of the injury alleged in
  Section I(C): _____

K.  Military Service Information: Have you ever served in the military, including the
military reserve or national guard? Yes _____ No ✓

  *If "yes,"* were you ever rejected or discharged from military service for any reason
  relating to your physical, psychiatric or emotional condition? Yes _____ No _____

MICHAEL HINGLE & ASSOC
JAN 2006
SLIDELL

JAN-20-2006 11:01 AM MICHAEL HINGLE & ASSOC          FAX NO. 985 646 1471          P. 05

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ____ No __✓__ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____  N / a

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____  N/a

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? Dr. Sandra Bank + Dr Ting Williams
Celebrex

B. On which dates did you begin to take, and stop taking, VIOXX®? _____ N/a

C. Did you take VIOXX® continuously during that period? Yes ____ No ____ Don't Recall __✓__

D. To your understanding, for what condition were you prescribed VIOXX®? Back Pain
celebrex          celebrex

E. Did you renew your prescription for VIOXX®? Yes __✓__ No ____ Don't Recall ____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____
celebrex

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)          20 mg
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

MICHAEL HINGLE & ASSOC
JAN 20 2006
SLIDELL

JAN-20-2000 WED 11:02 AM MICHAEL HINGLE & ASSOC        FAX NO. 985 646 1471

*Kendra Nelson*

H. How many times per day did you take VIOXX®? *CeleBrex*
*Once a Day*

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ____ No ____ Don't Recall ____
*Cele Brex*

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® *CeleBrex* before you took it? Yes ____ No ____ Don't Recall ✓

   2. Did you receive any written or oral information about VIOXX® *celebrex* while you took it? Yes ____ No ____ Don't Recall ✓

   3. *If "yes,"*

     a. When did you receive that information? _____

     b. From whom did you receive it? _____

     c. What information did you receive? ____

K.   What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____

## V. MEDICAL BACKGROUND

A. Height: 5' 1"

B. Current Weight: *249*
Weight at the time of the injury, illness, or disability described in Section I(C): _____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   ✓ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

     a. Date on which smoking/tobacco use ceased: _____

     b. Amount smoked or used: on average _____ per day for _____ years.

   ____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

     a. Amount smoked or used: on average _____ per day for _____ years.

   ____ Smoked different amounts at different times.

MICHAEL HINGLE & ASSOC
JAN 20 2006
JLIDEAL

FROM : MICHAEL HINGLE & ASSOC          FAX NO. 985 646 1471          P. 05/18

L.  Insurance / Claim Information:

    1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes ✓  No ____  *If "yes,"* to the best of your knowledge please state:

        a.  Year claim was filed: __2-05__

        b.  Nature of disability: __Sccardosis__

        c.  Approximate period of disability: __1 year__

    2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ✓  No ____   *If "yes,"* set forth when and the reason. __Sacardosie    8/05__

    3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ____  No ✓  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ____  No ✓  *If "yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (*e.g.*, divorce, annulment, death): _____

B.  Has your spouse filed a loss of consortium claim in this action?   Yes ____   No ✓

MICHAEL HINGLE & ASSOC
JAN   2006
SLIDELL

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____ No ⌣ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____ No ✓ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
|  |  | N/a |  |  |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
|  | N/a |  |  |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✓ No _____ Don't Recall _____ *If "yes,"* answer the following:

MICHAEL HINGLE & ASSOC
JAN 2006
SLIDELL

Kendra Nelson



## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated "yes," please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No _____

B. Decedent's death certificate (if applicable).  Yes _____  No _____

C. Report of autopsy of decedent (if applicable).  Yes _____  No _____

## VII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.     Your current family and/or primary care physician:

| Name | Address |
|---|---|
|  |  |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr Myron Klien pekar | 1523 Tulane Ave NOLa | 3-05 - 8.05 |
| Dr Sandra Bauks | 5665 Peachtree | 8-04- 1-05 |
| Dr. Tracy Williams | N/a | 2 Dunwoody Suite 315 |
| Dr. Hara han | McGregor | 1-06 |
| Ben Taub Hosp | Houston Tx | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

MICHAEL HINGLE & ASSOC
JAN 2006
SLIDELL

JAN-20-2006 WED 11:03 AM MICHAEL HINGLE & ASSOC        FAX NO. 985 646 1471        P. 10/19

| Name | Address | Reason for Hospitalization |
|---|---|---|
| Kendra Nelson | St. Joseph Hospital Atlanta Georgia 11-08-04 | Back, Head, Diabetes - Sacardosis   admitted |
| Kendra Nelson | Oscher Hospital Jefferson La. | 8-21-04 |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Date | Reason for treatment |
|---|---|---|---|
| St. Joseph | Kendra Hosp | 5665 Peachtree Dunwoody - Atlanta Ga | 12-04 | Blurred vision Headaches |
| University Hosp. N.O La | | N/A | Backpain Nausea - Headaches |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Date |
|---|---|---|
| Dr Albaquerque | LBJ Hospital Houston TX | Current |
| Dr Mum Kleinpetch | Charity Hosp. N.O. La. | 9-2005 - 8-2005 |
| Dr Sandra Banks | St Joseph Hosp Atlanta Ga | 8-04-1-05 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| CVS | 4877 Chamblee Tucker - Tucker Ga 30084 |
| Walgreens | 6768 Highway 6 Houston TX 77083 |
| St Vincent de Paul | 300 N. Broad St N.O. La. 70119 |
| LBJ Hospital Pharmacy | Houston TX |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Social Security | DO NOT know address |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | N/G |

MICHAEL HINGLE & ASSOC  JAN 2006  SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the list of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Kendra Nelson_                    _Kendra Nelson_             _1-20-06_
Signature                          Print Name                  Date

MICHAEL HINGLE & ASSOC
JAN 20 2006
SLIDELL

# Exhibit DD

Exhibit A

10852096

Mar 21 2006
4:05PM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: Ronald Eugene Rester
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I.   CASE INFORMATION

A. Name of person completing this form Self

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: 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

2. Maiden or other names used or by which you have been known: _____

3. Address: 3641 N. Vernon Rd. Zachary, LA 70791

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate?   LA

5. If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? Self

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

MICHAEL HINGLE & ASSOC

MAR 0 3 2006

NY 189839_1

SLIDELL

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _✓_ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Heart Attack (Widow Makers syndrome)

   b. When do you claim this injury occurred? 5-10-03

   c. Who diagnosed the condition? Dr Denzel Moraes

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _✓_ *If "yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _✓_ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _✓_ No_____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____

   b. To your understanding, condition for which treated: Heart Attack (Widow Makers syndrome)

   c. When treated: 5-10-03 ✓

   d. Medications prescribed or recommended by provider: Zocor, Plavix, Tricor

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: Ronald Eugene Lester

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: 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

D. Address: 364 North Vernon Road, Zachary, LA 70791-8915

MICHINGLE & ASSOC
189519_1
MAR 03 2006
SLIDELL

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| Same | |
| | |

F. Driver's License Number and State Issuing License: 0034|9|8| LA

G. Date of Place and Birth: 7-23-54   Angie, LA

H. Sex: Male ✓   Female ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Vo-Tech | 1972-1973 | Radio TV | |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties | |
|---|---|---|---|---|
| ExxonMobil | P.O. Box 241 Baton Rouge, LA 70821-0241 | 1976 | Electrician | 26 yrs. |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Same | | | |
| | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No ✓

   If "yes," state your annual income at the time of the injury alleged in Section I(C):_____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____ No ✓

   If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ____

MICHAEL ___ & ASSOC

MAR 0 3 2006

182839_1

SLIDELL

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes __✓__   No _____   *If "yes,"* to the best of your knowledge please state:

    a.  Year claim was filed: January 2003

    b.  Nature of disability: Degenerative Disk Disease Bulging Disks — *Disks Fibro-myalgia*

    c.  Approximate period of disability: May 13, 2002

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes __✓__   No _____   *If "yes,"* set forth when and the reason. Fibromyalgia

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes __✓__   No _____   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. N East Baton Rouge Judge Kelly Ronald Hesler Vs Michael Kreig + State Farm Ins, J&R Canteen

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No __✓__   *If "yes,"* set forth where, when and the felony and/or crime.

### III.  FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (*e.g.,* divorce, annulment, death): 1974-1977 Shirly Carroll Divorce, 1978-1988 Barbara Bridges Divorce, 1990?-1990 Dana S. Leverett Divorce

B.  Has your spouse filed a loss of consortium claim in this action?   Yes _____   No __✓__ .

MICHAEL PRINGLE & ASSOC
MAR 03 2006
SLIDELL
1898369

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?  Yes __✓__  No ____  Don't Know ____   If "yes," identify each such person below and provide the information requested. *Grandfather / great uncle / Sea*

Name: *Mother Dorothy Kester / Grandmother Myrtle Kester / Albert Kester* *Earnest* *Early Sea*

Current Age (or Age at Death): *73 / 93 / 86 / 70's*

Type of Problem: *Mt. valve prolapse / Need Pacemaker / hardening arteries / Heart Attack*

If Applicable, Cause of Death: *Still alive / old age / old Age / Heart Attack*

D. If applicable, for each of your children, list his/her name, age and address: _____
_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____
_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? *Dr Thad Broussard / Sandra Weitz J. David We*

B. On which dates did you begin to take, and stop taking, VIOXX®?  *Joseph Turnipseed* _____

C. Did you take VIOXX® continuously during that period?
   Yes __✓__  No _____  Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? *Muscular Skeletal Pain*

E. Did you renew your prescription for VIOXX®?  Yes __✓__  No ____  Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: *Celebrex* _____

G. Which form of VIOXX® did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   _____ 25 mg Tablet (round, yellow, MRK 110)     *200*
   _____ 25 mg Oral Suspension
   _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take ~~VIOXX®~~ *Celebrex* *1-2* _____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ✓  No _____  Don't Recall _____

J.  What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? Zanaflex, Oxycontin, Neurontin, _____

K.  What medications, prescription and over-the-counter, did you take within 6 months prior to staring VIOXX®? _____

L.  Instructions or Warnings:

  1.  Did you receive any written or oral information about VIOXX® before you took it?  Yes __  No _____  Don't Recall ✓

  2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____  No _____  Don't Recall ✓

  3.  If "yes,"

    a.  When did you receive that information? _____

    b.  From whom did you receive it? _____

    c.  What information did you receive? _____
       _____

## V.  MEDICAL BACKGROUND

A.  Height: _____

B.  Current Weight: _____
   Weight at the time of the injury, illness, or disability described in Section I(C):
   _____

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   _____  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   ✓  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
     a.  Date on which smoking/tobacco use ceased: July 1989
     b.  Amount smoked or used: on average 30-40 per day for 15 years.
   _____  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
     a.  Amount smoked or used: on average _____ per day for _____ years.
   ✓  Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes ✓  No _____  If "yes," *fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

189839.1

MAR 03 2006

in the complaint:

1 - 2 ____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes ____  No ✓ ____  Don't Recall ____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Stent | 5/12/03 | Daniel Morries | BR General |
|  |  |  |  |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✓ ____  No ____  Don't Recall ____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |



MAR 0 3 2006

SLIDELL

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No _✔_

B. Decedent's death certificate (if applicable).  Yes _____  No _i_  N A

C. Report of autopsy of decedent (if applicable).  Yes _____  No _____  N A

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused VIOXX®.

Yes ___ No ___

If you answer "yes," set forth in the space provided:

    i.  There is _____ number of _____ mg tablets remaining.

    ii.  There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any VIOXX® you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No ___

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes _____ No _____

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No ___

E. Documents that evidence any communication between you and any doctor, employer,

189839_1

MICHAEL HING...

MAR 0 3 2006

SLIDELL

defendant, federal or state agency, or other person (other than your attorney)
regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ___

F.  Written communications, whether in paper or electronic form (including
communications as part of internet "chat rooms" or e-mail groups), with others not
including your attorney, regarding VIOXX®, your injuries or this case.

Yes ___ No ___

G.  Any and all other documents not specifically requested above that support any claim
you believe you have against Merck & Co., Inc. and all damages you claim result
therefrom.

Yes ___ No ___

## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
| --- | --- |
| J David West | Perkins Rd Baton Rouge, LA |

B.  To the best of your ability, identify each of your primary care physicians for the last
ten (10) years.

| Name | Address | Approximate Dates |
| --- | --- | --- |
| | | |
| | | |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient
treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
| --- | --- | --- | --- |
| BR General | Picardy | 5-12-03 | Heart Attack |
| | | | |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Lane Memorial | Zachary, LA | 5-12-03 | Heart Attack |
| | | | |
| | | | |

E.   Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| | | |
| | | |
| | | |

F.   Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Sullivans | Hwy 19, Zachary, LA 70791 |
| Merck Medco | , Las Vegas, NV |
| | |

G.   If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | Bank Baton Rouge, LA |
| | |
| | |

H.   If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |
| | |



189839_1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature | Print Name | Date |

189839_1

MAR 0 3 2006

SLIDELL

# Exhibit EE

10706708

Mar 2 2006
4:39PM

Exhibit A

IN RE:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Claimant: _*Rosemary A Rose*_
(name)

## CLAIMANT PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.    CASE INFORMATION

A.  Name of person completing this form: _Rosemary A Rose_

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _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_

2.  Maiden or other names used or by which you have been known: _____

3.  Address: _____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _n/a_

5.  If you were appointed as a representative by a court, state the:

Court: _____    Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _none_

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _none_

FEB 23 2006

NY 185439_1

SLIDELL

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking
VIOXX®? Yes_____ No_____  *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your
   use of VIOXX®? _*Deatly*_

   b. When do you claim this injury occurred? _1 1/2 Yrs ago_

   c. Who diagnosed the condition? _(Dr.) Heart attack_

   d. Did you ever suffer this type of injury prior to the date set forth in answer to
   the prior question? Yes _____ No _✓_  *If "yes,"* when and who
   diagnosed the condition at that time? _____
   _____
   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you
   already had or had in the past? Yes _____ No _____  *If "yes,"* set forth the
   injury or condition; whether or not you had already recovered from that injury
   or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes _✓_ No _____

*If "yes,"* for each provider (including but not limited to primary care physician,
psychiatrist, psychologist, counselor) from whom have sought treatment for
psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _Charity Hospital_
   _134 Tulane Ave_

   b. To your understanding, condition for which treated: _Heart attack_
   _High Blood Pressure,_

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: _Rosemary A Kent_

B. Maiden or other names used or by which you have been known: _____

C. Social Security Number: _XXX-26-2059_

D. Address: _1603 H Charles St Jackson MS 39409_

MICHAEL HINGLE & ASSOC
1898991

FEB 2 3 2006

SLIDELL

E. Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 5700 Palm Wayne | 18 yrs |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: 7-17-49

H. Sex: Male _____ Female ✓

I. Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Southern Christ | 1998 | | |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Cherty/Bright | N. 7th / Weston | 2006 | Adult Rec II |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |

3. Are you making a wage loss claim for either your present or previous
employment? Yes _____ No ✓

If "yes," state your annual income at the time of the injury alleged in
Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the
military reserve or national guard? Yes _____ No ✓

If "yes," were you ever rejected or discharged from military service for any reason
relating to your physical, psychiatric or emotional condition? Yes _____ No _____

MICHAEL HINGLE & ASSOC

182839_1

FEB 2 3 2006

SLIDELL

L. Insurance / Claim Information:

  1. Have you ever filed a worker's compensation and/or social security disability (SSI
     or SSD) claim?   Yes _____ No _✓_ *If "yes,"* to the best of your knowledge
     please state:

     a. Year claim was filed: _____

     b. Nature of disability: _____

     c. Approximate period of disability: _____

  2. Have you ever been out of work for more than thirty (30) days for reasons related
     to your health (other than pregnancy)?   Yes _✓_ No _____   *If "yes,"* set forth
     when and the reason. _*Mother Died*_____
     _____
     _____

  3. Have you ever filed a lawsuit or made a claim, other than in the present suit,
     relating to any bodily injury?   Yes _____ No _____ *If "yes,"* state to the best of
     your knowledge the court in which such action was filed, case name and/or names
     of adverse parties, and a brief description for the claims asserted._____
     _____
     _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud
   or dishonesty?   Yes _____ No _✓_ *If "yes,"* set forth where, when and the felony and/or
   crime. _____
   _____


### III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your
   current spouse only); spouse's occupation; date of marriage; date the marriage ended,
   if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
   _____
   _____

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No _✓_


MICHAEL HINGLE & ASSOC
FEB 2 3 2006
SLIDELL

126839_1

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _✓_ No ____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _Ulla Raut_

Current Age (or Age at Death): _78_

Type of Problem: _stroke_

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____
_____

### IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _Charity Hospital_

B. On which dates did you begin to take, and stop taking, VIOXX®? _n Nella Felix Clinic_

C. Did you take VIOXX® continuously during that period?
Yes _____ No _____ Don't Recall _✓_

D. To your understanding, for what condition were you prescribed VIOXX®? _____
_____

E. Did you renew your prescription for VIOXX®? Yes _✓_ No ____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? _____

MICHAEL HINGLE & ASSOC
189820?
FEB 2 3 2006

SLIDELL

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _✓_ No _____ Don't Recall _____

J. What medications, prescription and over-the-counter, did you take simultaneously with VIOXX®? _Byaltra_ _____

K. What medications, prescription and over-the-counter, did you take within 6 months prior to staring V~~IOXX~~®? _none_ _____

L. Instructions or Warnings: _Bayltra_

   1. Did you receive any written or oral information about VIOXX® before you took it? Yes _✓_ No _____ Don't Recall _____

   2. Did you receive any written or oral information about VIOXX® while you took it? Yes _✓_ No _____ Don't Recall _____

   3. *If "yes,"*

     a. When did you receive that information? _ck_

     b. From whom did you receive it? _dr_

     c. What information did you receive? _prescription for_ _Byaltra state pere cline_

## V. MEDICAL BACKGROUND

A. Height: _5'4_

B. Current Weight: _264_
Weight at the time of the injury, illness, or disability described in Section I(C):
_____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   _✓_ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

     a. Date on which smoking/tobacco use ceased: _____

     b. Amount smoked or used: on average _____ per day for _____ years.

   ____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

     a. Amount smoked or used: on average _____ per day for _____ years.

   ____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No _✓_ If "yes," *fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged

MICHAEL JUNGLE & ASSOC
FEB 23 2006
SLIDELL

168339_1

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No _____  Don't Recall _____

   *If "yes"*, identify each substance and state when you first and last used it. _____
   _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

   1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
|  |  |  |  |  |

   2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| *chest aspect* | *E R* |  |  |

   3.  To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
   Yes _____  No _____  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  | *CT?* | *Peppers* |

MICHAEL HINGLE & ASSOC
FEB 23 2006
SLIDELL
166339_1

## VI.   REQUEST FOR DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes ✓ No ____

B. Decedent's death certificate (if applicable). Yes ____ No ✓

C. Report of autopsy of decedent (if applicable). Yes ____ No ✓

## VII.   REQUEST FOR PRESERVATION OF DOCUMENTS AND THINGS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please deliver any and all items to your attorney for preservation and inspection.

A. Unused ~~VIOXX®~~ *Bextra*

Yes ___ No ___

If you answer "yes", set forth in the space provided:

     i.  There is _____ number of _____ mg tablets remaining.

     ii.  There is _____ amount of _____ mg oral suspension remaining.

B. Documents or materials that accompanied any ~~VIOXX®~~ you received, including but not limited to prescriptions, receipts, drug containers, product or package inserts, patient product inserts, packaging, sample boxes, and pharmacy handouts.

Yes ___ No ___     *Walgreen of Walmart*

C. Photographs, slides, movies, videotapes, or the like relating to your injuries, limitations or damages.

Yes ____ No ____

D. Personal diaries, calendars, journals, logs, appointment books, date books, or similar materials you kept or continue to keep from January 1, 1995 to the present which relate or refer to your medical care, medical condition, or employment.

Yes ___ No ___

E. Documents that evidence any communication between you and any doctor, employer,

14239_1

defendant, federal or state agency, or other person (other than your attorney) regarding the incident that made the basis of this suit or your claims in this lawsuit.

Yes ___ No ___

F.  Written communications, whether in paper or electronic form (including communications as part of internet "chat rooms" or e-mail groups), with others not including your attorney, regarding VIOXX® your injuries or this case.

Yes ___ No ✓

G.  Any and all other documents not specifically requested above that support any claim you believe you have against Merck & Co., Inc. and all damages you claim result therefrom.

Yes ___ No ___

## VIII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| *Charity Hospital* | *1532 Tulane Ave* |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| *Charity Hospital* | *Fast Track Dr* | |
| | | |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| *Charity Hospital* | *1532 Tulane Ave* | | *Med Clinic* |
| | | | |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient

MICHAEL HINGLE & ASSOC.

FEB 23 2006

16939_1

Page 9 of 11

SLIDELL

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |
|      |         |                    |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Walgreens | N O Rd |
| Wallmart | N O Rd |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      | NOne    |
|      |         |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |

MICHAEL _ _ & ASSOC

FEB 2 3 2006

189839_1

SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____    _____    _____
Signature                  Print Name                  Date

Rosemary A. Rout

MICHAEL HINGLE & ASS

FEB 2 3 2006    189639_1

SLIDELL

# Exhibit FF



Jan 10 2006
1:04PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: | Plaintiff: *Herbert J Scully Sr* ✗<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: *Anna Bell Scully*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: *436 92 7 929*

   2. Maiden Or Other Names Used or By Which You Have Been Known: *Mayon*

   3. Address: *424 Herrin Ct Avondale, La 70094*

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *Wife*

   5. If you were appointed as a representative by a court, state the:
     Court: *Michael Hingle*     Date of Appointment: *not Known*

   6. What is your relationship to deceased or represented person or person claimed to be injured? *Husband*

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: *Died may 8·04 - Died at West Jefferson Hospital —*



C.  Claim Information

*Celebrex?* 1.  Are you claiming that you have or may develop bodily injury as a result of taking ~~VIOXX®~~? Yes ✓ No_____  *If "yes,"*

a.  What is your understanding of the bodily injury you claim resulted from your use of ~~VIOXX®~~? *Celebrex* __BLood  CIoX__

b.  When do you claim this injury occurred? __YEAR OF  2003__

c.  Who diagnosed the condition? __Emergency at Hospital__

d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _____

e.  Do you claim that that your use of ~~VIOXX®~~ *celebrex* worsened a condition that you already had or had in the past? Yes ✓ No_____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took ~~VIOXX®~~; *celebrex* and the date of recovery, if any. _____ __not Known__

D.  Are you claiming mental and/or emotional damages as a consequence of ~~VIOXX®~~? *Celebrex* Yes ✓ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

a.  Name and address of each person who treated you: __Dr Grange MD and Dr John Frances__

b.  To your understanding, condition for which treated: __nerves, and High blood pressure, heart problem__

c.  When treated: __YEAR Celebrex came out - new medicene__

d.  Medications prescribed or recommended by provider: __Nerve pills and High blo pressure pills - Celebrex pills__

**II. PERSONAL INFORMATION OF THE PERSON WHO USED ~~VIOXX®~~** *celebrex*

A.  Name: __Herbert J. Scully Sr__

B.  Maiden or other names used or by which you have been known: __Herbert J. Scully__

C.  Social Security Number: __433 - 64 - 1318__

D.  Address: __424 Gerrie ct morgan city La 70094__

DEC 23 2005

E.   Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | | Dates of Residence | |
|---|---|---|---|
| 424 Gerrie Ct Avondale, LA 70094 | | Five thou 38 years | |

F.   Driver's License Number and State Issuing License: _00142435 9_

G.   Date of Place and Birth: _Morgan City, La. - March-10-1943_

H.   Sex:  Male _✓_  Female ____

I.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded: _8th grade Educati_

| Institution | | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|---|
| | | | | |

J.   Employment Information.

1.   Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| _Union Life Ins_ | _Vet Hwy_ | _Year 1979_ | _Saleman on Ins_ |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| _N/A_ | | | |

3.   Are you making a wage loss claim for either your present or previous employment?  Yes ____  No _✓_

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C):_____

K.   Military Service Information:  Have you ever served in the military, including the military reserve or national guard?  Yes ____  No _✓_

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?  Yes ____  No _____

INGLE & DEC 23 2005

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes ✓   No _____   *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: _YEAR OF 1997_____

   b. Nature of disability: _HURT KNEE_____

   c. Approximate period of disability: _FROM YEAR OF 1997 until year 200__

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ✓   No _____   *If "yes,"* set forth when and the reason. _With his knee when he fell in the year of 1997_____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No ✓   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
   _____
   _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No ✓   *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _Herbert J. Scully Sr married 1 time only_

B. Has your spouse filed a loss of consortium claim in this action?   Yes _____   No ✓

INGLE &

DEC 23 2005

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?
Yes ✓  No ____   Don't Know _____   *If "yes,"* identify each such person below and provide the information requested.

Name: *Pamela Scully Vallings*

Current Age (or Age at Death): *her age now is 43*

Type of Problem: *Heart problem*

If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: *360 L Bayou Blue, Houma La*

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. *Between wife and 4 children*

*Celebrex*
IV.  ~~VIOXX®~~ **PRESCRIPTION INFORMATION**

A.  Who prescribed ~~VIOXX®~~ *Celebrex* for you? *Dr Grange*

B.  On which dates did you begin to take, and stop taking, ~~VIOXX®~~ *Celebrex*? *Date Celebrex came out in until he died in 2004*

C.  Did you take ~~VIOXX®~~ *Celebrex* continuously during that period?
Yes ✓  No ____   Don't Recall ____

D.  To your understanding, for what condition were you prescribed ~~VIOXX®~~ *Celebrex*? *FOR PAIN - Arthri*

E.  Did you renew your prescription for ~~VIOXX®~~ *Celebrex*? Yes ____ No ✓ Don't Recall ____ *he died may 8, 2004*

F.  If you received any samples of ~~VIOXX®~~ *Celebrex*, state who provided them  what dosage, how much and when they were provided: *NO SAMPLES*

G.  Which form of ~~VIOXX®~~ *Celebrex* did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

*Taking Celebrex 200 mg twice a day*

DEC 2 3 2005

*Celebrex*

H. How many times per day did you take ~~VIOXX®~~?
*twice a day*

I. Did you request that any doctor or clinic provide you with ~~VIOXX®~~ *Celebrex* or a prescription
for ~~VIOXX®~~? *Celebrex* Yes ____ No ✓ Don't Recall ____ *Doctor requested it*

J. Instructions or Warnings:

    1. Did you receive any written or oral information about ~~VIOXX®~~ *Celebrex* before you took
it? Yes __ No ____ Don't Recall ✓

    2. Did you receive any written or oral information about ~~VIOXX®~~ *celebrex* while you took
it? Yes ____ No ____ Don't Recall ✓

    3. *If "yes,"*

        a. When did you receive that information?_____

        b. From whom did you receive it?_____

        c. What information did you receive?_____

K. What over-the-counter pain relief medications, if any, were you taking at the same time
you were taking ~~VIOXX®~~? *Celebrex* *Tylenol*

## V. MEDICAL BACKGROUND

A. Height: *5-09*

B. Current Weight: *420*
Weight at the time of the injury, illness, or disability described in Section I(C): *185*

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable
to your history of smoking and/or tobacco use.*

    ____ Never <u>smoked cigarettes</u>/cigars/pipe tobacco or used chewing tobacco/snuff.

    ✓ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a. Date on which smoking/tobacco use ceased: *Started in 1953 quit in 1979*

        b. Amount smoked or used: on average *1 pack* per day for ~~about~~ years. *?*

  *no* Current <u>smoker of cigarettes</u>/cigars/pipe tobacco or user of chewing *at see*
tobacco/snuff.

        a. Amount smoked or used: on average *1 pack* per day for ~~about~~ years. *?*

    ✓ Smoked different amounts at different times.

DEC 23 2005

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____  No ✓  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____ *none* _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged ~~VIOXX®~~ related injury?"  Yes _____  No ✓  Don't Recall _____  *colored*

*If "yes"*, identify each substance and state when you first and last used it. _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

*none*

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| N/A | | | | |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| N/A | | | |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✓  No _____  Don't Recall _____  *If "yes," answer the following:*

DEC 2 3 2005

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| EKG | 1979 | John Franen | ochsner | Heart |
| chest x-rays | 1979 | Dr Dillon | ochsner | Lungs |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No _____

B. Decedent's death certificate (if applicable).  Yes _____  No _____

C. Report of autopsy of decedent (if applicable).  Yes _____  No _____

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr Granger | Ochsner foundation |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr Granger | ochsner | Last 10 years |
| John Francen | ochsner | Last 10 years |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

DEC 23 2005

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Ochsner | Jeff Hwy | not Known | |
| | | Last 10 year | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Ochsner | Jeff Hwy | Last | |
| | | 10 year | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Ochsner | LAST | |
| | 10 year | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Ochsner | Last |
| | 10 year |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Ochsner | Last |
| | 10 year |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Union national Life | Veteran Hwy |

ILE &
DEC 2 3 2005