## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Anna M. Scully_          _AnnaBell Scully_          _12-21-05_
Signature                          Print Name                          Date

DEC 2 3 2005

# Exhibit GG



10238874

Jan 12 2006
10:05AM

IN RE: ~~VIOXX®~~ **BEXTRA** PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No:

Plaintiff: **DEBRA K. VILA**
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used ~~VIOXX®~~ **BEXTRA**. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: **Debra K. Vila**

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number:_____

2. Maiden Or Other Names Used or By Which You Have Been Known:_____

3. Address:_____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:
   Court: **N/A**_____ Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured?_____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

## C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking ~~VIOXX~~®? Yes ✓ No_____ *If "yes,"* **BEXTRA**

    a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? *I developed a blood clot (DVT)*

    b. When do you claim this injury occurred? *June 2004*

    c. Who diagnosed the condition? *emergency room doctor at Doctrn's Hospital*

    d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _____
_____ *BEXTRA* _____

    e. Do you claim that that your use of ~~VIOXX~~® worsened a condition that you already had or had in the past? Yes _____ No ✓ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

## D. Are you claiming mental and/or emotional damages as a consequence of ~~VIOXX~~®? → BEXTRA
Yes ✓ No _____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: *Dr. Irma Pfister — East Jefferson Med-cal Group ( met. LA*

    b. To your understanding, condition for which treated: *DVT*

    c. When treated: *June 2004*

    d. Medications prescribed or recommended by provider: *Coumadin oral + shots*

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: *Debra K. Vila*

B. Maiden or other names used or by which you have been known: *Debra Kolb*

C. Social Security Number: *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*

D. Address: *328 Rosedale Dr. Destrehan, LA 70047*

E.   Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 328 Rosedale Dr., Destrehan, LA 70047 | Last 13 yrs |

F.   Driver's License Number and State Issuing License: 004367464 / LA

G.   Date of Place and Birth: 9/6/58 (New Orleans)

H.   Sex: Male ____   Female ✓

I.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| U.N.O | 76-80 | Elem. Ed. | B. A |

J.   Employment Information.

1.   Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Harrah's | N.O., LA | Still there (hired Jan' 2004) | Dealer |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Bally's | N.O., LA | June 95 - Dec. 2003 | Dealer |

3.   Are you making a wage loss claim for either your present or previous employment? Yes ____   No ✓

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _____

K.   Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____   No ✓

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____   No ____

L.  Insurance / Claim Information:

   1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes ~~☒~~   No ☒  *If "yes,"* to the best of your knowledge please state:

      a.  Year claim was filed: *2003*

      b.  Nature of disability: *2 operations for a bladder*

      c.  Approximate period of disability: *2 to months (disease*

   2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ✓  No ____  *If "yes,"* set forth when and the reason. *2003 — for 2 operations on my bladder*

   3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____  No ✓  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____  No ✓  *If "yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (*e.g.,* divorce, annulment, death): *Robert N. Vik  9/27/57  Aug. 1994*

B.  Has your spouse filed a loss of consortium claim in this action? Yes ____  No ____

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _✓_ No ____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _Jean Kolb (mild heart attack) (mother)_

Current Age (or Age at Death): _59_

Type of Problem: _mild heart attack_

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV. ~~VIOXX®~~ BEXTRA PRESCRIPTION INFORMATION

A. Who prescribed ~~VIOXX®~~ BEXTRA for you? _Dr. Susan McSherry_

B. On which dates did you begin to take, and stop taking, ~~VIOXX®~~ BEXTRA? _9-26-03_  _5-08-04_

C. Did you take ~~VIOXX®~~ BEXTRA continuously during that period? Yes _✓_ No ____ Don't Recall _____

D. To your understanding, for what condition were you prescribed ~~VIOXX®~~ BEXTRA for _bladder inflammation_

E. Did you renew your prescription for ~~VIOXX®~~ BEXTRA? Yes _✓_ No ____ Don't Recall _____

F. If you received any samples of ~~VIOXX®~~ BEXTRA, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)
_✓_ 10 mg

H.  How many times per day did you take VIOXX®?
*once*

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✓ Don't Recall _____

J.  Instructions or Warnings:

    1.  Did you receive any written or oral information about VIOXX® before you took it?  Yes ✗ No _____ Don't Recall ✓

    2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No ✓ Don't Recall _____

    3.  *If "yes,"*

        a.  When did you receive that information?_____

        b.  From whom did you receive it?_____

        c.  What information did you receive? _____
        _____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? *(none)*_____
_____

## V. MEDICAL BACKGROUND

A.  Height: *5'1"*

B.  Current Weight: *151*
Weight at the time of the injury, illness, or disability described in Section I(C): *153*

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    _____  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
    ✓  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
        a.  Date on which smoking/tobacco use ceased: *June 97*
        b.  Amount smoked or used: on average_____ per day for _____ years.  *socially only*
    _____  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
        a.  Amount smoked or used: on average _____ per day for _____ years.
    _____  Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____ No ___✓___ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____ No ___✓___ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Cath Lab | hole in heart | 2000' (not sure of exact date) | Dr. Smdu | West Jefferson Medical Center |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
   Yes ___✓___ No _____ Don't Recall _____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Echocardiogram | 2002 | Dr. Sandu | W.J. med. center | for hole in heart |
| MRI | 2003' | Dr. Burtenstoch | E. Jefferson | lower back pain |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No _____

B. Decedent's death certificate (if applicable).  Yes _____  No _____

C. Report of autopsy of decedent (if applicable).  Yes _____  No _____

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.     Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Irma Pfister | Met., LA (East Jefferson Medical Group) |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Dan Jonahan | Met. LA | 1996 (?) - 2002 |
| Dr. Kelly Burtenstoch | " | 2003' |
| Dr. Irma Pfister | " | 2004 - still my doctor |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Doctor's Hospital | Met-lA | June-2004 | Blood Clot (DVT) |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| | Name | Address | Admission Dates | Reason for Admission |
|---|------|---------|-----------------|----------------------|
| (A) | Doctor's Host | met. LA | June-2004 | Emer room (1) severe swelling of leg (2) pain |
| (C) | West J. Med Center | Marrero, LA | 2002 | repair hole in heart |
| (B) | Memorial center | N.O., LA | 2003 | hole for bladder |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Dr. Pfister | met., LA | 2006 Present |
| Dr. MaSherry | N.O., LA | 2003 - Present |
| Dr. Sandy | N.O., LA | 2002 |
| Dr. Burkenstocks | met, LA | 2003 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| C's pharmacy | Met., LA |
| CVS pharmacy | Destrehan, LA |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

No

| Name | Address |
|------|---------|
| EMPLOY'S (short term) disability | N.O., LA |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

Signature                      Print Name                      Date

# Exhibit HH

Post-it® Fax Note  7671  Date 1/3/06  # of pages ▶
To Juanita Walls  From Michael N.
Co./Dept.  Co.
Phone # 504-251-1309  Phone # 800-872-58
Fax # 901-873-5254  Fax #

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Plaintiff: Juanita Walls
(name)

Civil Action No:

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: JuANitA C. WALLs

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number:_____

2. Maiden Or Other Names Used or By Which You Have Been Known:_____

3. Address:_____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

   Court: _____  Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured?_____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? INCAPACITATION OF STROKE STROKE/SEISURED, high Blood

   b. When do you claim this injury occurred? 8-09-05

   c. Who diagnosed the condition? DR. P. MOVAA

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No ✓ *If "yes,"* when and who diagnosed the condition at that time? _____

   _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ✓ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. 8-12-05 Light STROKE

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No ✓

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: DR. P. MOVAA LAKE FOREST B/ Bullard Ave NEW ORLEANS, LA

   b. To your understanding, condition for which treated: Light STROKE, High Blood, SEIZURE

   c. When treated: 8-9-05

   d. Medications prescribed or recommended by provider: NOVAS, TROPOL DILANTIN

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: JUANiTA C. WAlls

B. Maiden or other names used or by which you have been known: COllins

C. Social Security Number: 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

D. Address: P.O. BOX 54254 Millington TN 38054

E. Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 4701 CARTIER RVE | 2002 2005 |
| 1850 BENEFIT ST | 1996 - 2000 |

F. Driver's License Number and State Issuing License: 003798282

G. Date of Place and Birth: NEW ORLEANS  09-17-45

H. Sex: Male ____  Female ✓

I. Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| SOUThERN UNIV | 1964-66 | SECRERIAL Science | High School |

J. Employment Information.

   1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| (TEMP) - U.S. DEPT MAJ 8061 HWY 51 | 4400 Dauphine Milling TN | 9-75/Cur | COMPUTER ASST (DUE TO KATRINA) |

   2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| SAME AS AbOVE | | | |

   3. Are you making a wage loss claim for either your present or previous
      employment? Yes ____ No ✓

      *If "yes,"* state your annual income at the time of the injury alleged in
      Section I(C): _____

K. Military Service Information:  Have you ever served in the military, including the
military reserve or national guard?  Yes ____ No ✓

   *If "yes,"* were you ever rejected or discharged from military service for any reason
   relating to your physical, psychiatric or emotional condition? Yes ____ No ____

L.  Insurance / Claim Information:

   1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____   No ✓   *If "yes,"* to the best of your knowledge please state:

      a.  Year claim was filed: _____

      b.  Nature of disability: _____

      c.  Approximate period of disability: _____

   2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ✓   No _____   *If "yes,"* set forth when and the reason. _____
      FEMALE SURGERY _____

   3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No ✓   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
      _____
      _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No ✓   *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g. divorce, annulment, death): 12/49

B.  Has your spouse filed a loss of consortium claim in this action?   Yes _____   No ✓

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?
Yes ✓  No ✓  Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _____ Lillian  Hamilton _____

Current Age (or Age at Death): _____ 79 yrs _____

Type of Problem: _____ Heart Attack  High Blood _____

If Applicable, Cause of Death: _____ Heart Attack _____

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _Dr Roy Marrero  NOLA_

B. On which dates did you begin to take, and stop taking, VIOXX®? _4-5-04 / 8-04_

C. Did you take VIOXX® continuously during that period?
Yes ✓  No _____  Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _Arthritis_

E. Did you renew your prescription for VIOXX®? Yes ____  No ✓  Don't Recall ____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _10.5 mg  Dr. Marrero New Orlean_  _Be 4 Iral  6010 Bullard Ave_

G. Which form of VIOXX® did you take (check all that apply)?
✓ 12.5 mg Tablet (round, cream, MRK 74)
✓ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?

_____ 2 _____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription
for VIOXX®? Yes _____  No _✓_  Don't Recall _____

J.  Instructions or Warnings:

    1.  Did you receive any written or oral information about VIOXX® before you took
       it?  Yes __  No _✓_  Don't Recall _____

    2.  Did you receive any written or oral information about VIOXX® while you took
       it?  Yes ___  No _✓_  Don't Recall _____

    3.  *If "yes,"*

        a.  When did you receive that information?_____

        b.  From whom did you receive it?_____

        c.  What information did you receive? ____
             _____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time
you were taking VIOXX®? _____ N O N E _____

_____

## V. MEDICAL BACKGROUND

A.  Height: 5'9"

B.  Current Weight: 190
Weight at the time of the injury, illness, or disability described in Section I(C): 170

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable
to your history of smoking and/or tobacco use.*

    _✓_  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    ___  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a.  Date on which smoking/tobacco use ceased: _____

        b.  Amount smoked or used: on average_____ per day for _____ years.

    ___  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing
        tobacco/snuff.

        a.  Amount smoked or used: on average _____ per day for _____ years.

    ___  Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____  No _✓_  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No _✓_  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____
_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | Where | Treating Physician | Hospital |
|---------|-----------|-------|--------------------|----------|
|         |           |       |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _✓_  No _____  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Light Stroke | 8/09/04 | Dr MDVAA | Methodist | Fainting Admit |
| Seizure | " | " | " | Hospital |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No __✓__

B.  Decedent's death certificate (if applicable).  Yes _____  No _____

C.  Report of autopsy of decedent (if applicable).  Yes _____  No _____

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.  Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Lindsley Family Health Cnt | Millington, TN Navy Hqu |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Pada T. Movard D | 9610 Lake Forest Blv | 2004 |
| Dr Adrian James | Elysian Fields | 2002 |
| | | |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission | High Blood |
|------|---------|-----------------|----------------------|------------|
| METHodist Hosp | Read Blvd | 08/09/05 | Light Stroke, Seizure | |
| Dr. P. Mova | | | | |
| Dr. Adrian James | EllS an Ave | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Date | Reason for Admission |
|------|---------|----------------|----------------------|
| METHodist Hosp | Read Ave | | Seizure/High Blood qu |
| Dr. P. Mova | Ballard N.O. La | | High Blood |
| Dr. Adrian James | EllS an | | High Blood |
| Dr. Roy Marrero | 6010 Bullard Ave | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Dr. P. Mova | 9610 Lake Bullard N.O. La | 04 |
| Dr. Adrian James | EllS an Ave | 04 |
| Dr. Roy Marrero | 6010 Bullard Ave | 05 |
| Dr. D Burris | 5646 Read Blvd | 04 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Walgreens | Crowder N.O. La |
| | |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____     JUANITA C. WALLS      12-29-05
Signature                              Print Name                       Date

# Exhibit II



10385164

Jan 20 2006
4:31PM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No:

Plaintiff: _Virginia Wheat_
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: _Virginia Wheat_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _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_

2. Maiden Or Other Names Used or By Which You Have Been Known: _Haggerty_

3. Address: _36293 3rd Ave_

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _Self_

5. If you were appointed as a representative by a court, state the:
   Court: _Not applicable_     Date of Appointment: _None_

6. What is your relationship to deceased or represented person or person claimed to be injured? _Self_

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _Not applicable_

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _✓_ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Heart condition

   b. When do you claim this injury occurred? Oct 2003 - Jan 2004

   c. Who diagnosed the condition? Doctor

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _✓_ *If "yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _✓_ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _____ No _✓_

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: not applicable

   b. To your understanding, condition for which treated: not applicable

   c. When treated: not applicable

   d. Medications prescribed or recommended by provider: not applicable

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Virginia Wheat

B. Maiden or other names used or by which you have been known: Haggerty

C. Social Security Number: 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

D. Address: 36293 3RD Ave.

E.  Identify each address at which you have resided during the last ten (10) years, and list
    when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
| 36293 3RD Ave | 1998 - 2005 |

F.  Driver's License Number and State Issuing License: 008 393020  LA.

G.  Date of Place and Birth: 12-08-50   new Orleans, LA

H.  Sex: Male _____   Female  ✓

I.  Identify the highest level of education (high school, college, university or other
    educational institution) you have attended (even if not completed), the dates of
    attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
| UWO | 1969 | General | NO |

J.  Employment Information.

    1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| Toys RUS | Airport Rd. | 1997-99 | Sales |

    2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| Unemployed | | | |

    3.  Are you making a wage loss claim for either your present or previous
        employment? Yes _____ No  ✓

        *If "yes,"* state your annual income at the time of the injury alleged in
        Section I(C): not applicable

K.  Military Service Information:  Have you ever served in the military, including the
    military reserve or national guard? Yes _____ No  ✓

    *If "yes,"* were you ever rejected or discharged from military service for any reason
    relating to your physical, psychiatric or emotional condition? Yes _____ No _____

L.  Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _✓_   No _____   *If "yes,"* to the best of your knowledge please state:

    a.  Year claim was filed: 1998

    b.  Nature of disability: Back and leg problems

    c.  Approximate period of disability: 1997 - present

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____   No _✓_   *If "yes,"* set forth when and the reason. _____

_____

_____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No _✓_   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____

_____

_____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No _✓_   *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): Ralph Wheat June 21, 1997 - unemployed - not applicable

B.  Has your spouse filed a loss of consortium claim in this action?   Yes _____   No _✓_

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours
suffer from any type of cardiovascular disease including but not limited to: heart attack,
abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery
disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block,
congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?
Yes __✓__  No ____  Don't Know _____  *If "yes,"* identify each such person below
and provide the information requested.

Name: Albin J. Haggerty, Albina Foster, Evangeline Roe,

Current Age (or Age at Death): 45, 42, 62

Type of Problem: Heart

If Applicable, Cause of Death: Heart attack

D.  If applicable, for each of your children, list his/her name, age and address: DARNell Beck - 33
857 Glen Cove Lw.
TerryTown, LA.   Starlyn Wheat  17 - 36293 3RD Ave.

E.  If you are claiming the wrongful death of a family member, list any and all heirs of
the decedent. _____


## IV.  VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you?  celebrey - Bextra   Dr DeClouet

B.  On which dates did you begin to take, and stop taking, VIOXX®?  celebrey  1997-2003 -

C.  Did you take VIOXX® continuously during that period?
Yes __✓__  No ____  Don't Recall ____

D.  To your understanding, for what condition were you prescribed VIOXX®?  Artritis

E.  Did you renew your prescription for VIOXX®?  Yes __✓__  No ____  Don't Recall ____

F.  If you received any samples of VIOXX®, state who provided them, what dosage,
how much and when they were provided: _____

G.  Which form of VIOXX® did you take (check all that apply)?   clebrey  200 m|g
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?

_____2X A DAY_____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _✓_ Don't Recall _____

J.  Instructions or Warnings:

1.  Did you receive any written or oral information about VIOXX® before you took it? Yes __ No _✓_ Don't Recall _____

2.  Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _✓_ Don't Recall _____

3.  *If "yes,"*

a.  When did you receive that information?_____

b.  From whom did you receive it?_____

c.  What information did you receive? _____

_____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? none_____
_____

# V. MEDICAL BACKGROUND

A.  Height: 5 1/2 '

B.  Current Weight: 18 0
Weight at the time of the injury, illness, or disability described in Section I(C): 200

C.  Smoking/Tobacco Use History: ***Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.***

_✓_ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

_____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

a.  Date on which smoking/tobacco use ceased: not applicable

b.  Amount smoked or used: on average none per day for _____ years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

a.  Amount smoked or used: on average none per day for _____ years.

_____ Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____  No ✓   *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

none drinks per week,

none drinks per month,

none drinks per year, *or*

Other (describe): not applicable _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No ✓  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____

_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| Dypass | bloced Arteriesn 2004 | | Dr Breaux | Slidell |
|  |  |  |  |  |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Stints | 2003 | DR Pernikel | Northshore |
| Stints | 2005 | Dr Pernikel | Slidell |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ✓  No _____  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| EKG | 2004 | Dr Perninkel | Slidell | heart Attack |
|  |  |  |  |  |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No _✓_

B. Decedent's death certificate (if applicable). Yes _____ No _✓_

C. Report of autopsy of decedent (if applicable). Yes _____ No _✓_

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr DeClouet | Northshore |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Same as above |  |  |
|  |  |  |
|  |  |  |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Bogalusa | Bogalusa | 1998 | High Blood pressure |
| Candella | Gause Blvd | 2008 | Heart attack + bypass |
| Northshore | Gause | 2003 | Heart attack |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Same as above | | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Dr Hebert | Bogalusa | 1997 |
| Dr DeClouet | Northshore | 1997-present |
| Dr Perninkel | Slidell, LA | 2003-present |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Walgreens | Gause Blvd. |
| Rite Aid | Pearl Acres |
| Bogalusa | Bogalusa |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Social Security | Covington |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Not Applicable | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Virginia H. Wheat_   _Virginia Wheat_   _12-19-05_
Signature              Print Name           Date

# Exhibit JJ



LEXISNEXIS™ FILE & SERVE
10852304
E-SERVICE
Mar 21 2006
4:12PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff *Betty M. White* (name) |
| Civil Action No: | |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: *Betty M. White*

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: *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*

2. Maiden Or Other Names Used or By Which You Have Been Known: *Dean, Johns*

3. Address: *3245 Wee Daiz Blvd #7030 Reqm*

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? *None*

5. If you were appointed as a representative by a court, state the:
   Court: *None*          Date of Appointment: *No*

6. What is your relationship to deceased or represented person or person claimed to be injured?_____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: *None*

MICHAEL MITCHELL
MAR 0 7 2006
CLERK

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking
    VIOXX®? Yes _X_ No_____ *If "yes,"* B=E X T n A = C E E B n E

    a.  What is your understanding of the bodily injury you claim resulted from your
        use of VIOXX®? *Bextra*
        _Eye Dr_ *200 J or 03*

    b.  When do you claim this injury occurred? *200 J or 03*

    c.  Who diagnosed the condition? *Eye Dr*

    d.  Did you ever suffer this type of injury prior to the date set forth in answer to
        the prior question? Yes _____ No_X_ *If "yes,"* when and who
        diagnosed the condition at that time? *Can't say etc*
        *Eye is Bad Can't See Right*

    e.  Do you claim that that your use of VIOXX® worsened a condition that you
        already had or had in the past? Yes _____ No _X_ *If "yes,"* set forth the
        injury or condition; whether or not you had already recovered from that injury *Bextra*
        or condition before you took VIOXX®; and the date of recovery, if any. _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes _____ No _●_

*If "yes,"* for each provider (including but not limited to primary care physician,
psychiatrist, psychologist, counselor) from whom have sought treatment for
psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a.  Name and address of each person who treated you: *Eye Dr - hlv*
        *Welley*

    b.  To your understanding, condition for which treated: _____

    c.  When treated: *2003 - 2005 Celebrex -*

    d.  Medications prescribed or recommended by provider: *Bextra - Methysee*

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: *Bextra*

B.  Maiden or other names used or by which you have been known: *Maluya*

C.  Social Security Number: *Johnson was White*

D.  Address: *324 5 Wee Dairy Blvd*
    *N.O, La 70119*

MAR 0 7 2006

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 3345 Desaix Blvd #300 | 1986 — 2005 |

F.  Driver's License Number and State Issuing License: *Louisiana 2006*

G.  Date of Place and Birth: *June 14 1947*

H.  Sex: Male ____  Female *X*  *New Orleans La*

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
|  |  |  |  |

J.  Employment Information.

  1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| *None* | *None* | *No* | *No* |

  2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| *None* | *None* | *None* | *None* |

  3.  Are you making a wage loss claim for either your present or previous employment?  Yes ____  No *X*

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): *No*

K.  Military Service Information:  Have you ever served in the military, including the military reserve or national guard?  Yes ____  No *X*

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?  Yes ____  No *X*

MAR 0 7 2006

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI
   or SSD) claim?   Yes __X__ No _____   *If "yes,"* to the best of your knowledge
   please state:

   a. Year claim was filed: _19_

   b. Nature of disability: _____

   c. Approximate period of disability: _Can't see - Hi Blood P - Sugar_

2. Have you ever been out of work for more than thirty (30) days for reasons related
   to your health (other than pregnancy)?   Yes _X_ No _____   *If "yes,"* set forth
   when and the reason. _Can't see or Work_
   _____
   _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit,
   relating to any bodily injury?   Yes _____ No _X_   *If "yes,"* state to the best of
   your knowledge the court in which such action was filed, case name and/or names
   of adverse parties, and a brief description for the claims asserted. _____
   _____
   _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud
or dishonesty?   Yes _____ No _X_   *If "yes,"* set forth where, when and the felony and/or
crime. _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your
current spouse only); spouse's occupation; date of marriage; date the marriage ended, if
applicable; and how the marriage ended (e.g., divorce, annulment, death): _1 Sammy  Johnson Sr_
_2 Ronald L. White_

B. Has your spouse filed a loss of consortium claim in this action?   Yes _____ No _X_

MAR 0 7 2006