C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?
Yes _____ No __X__ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____ *Nin*

Current Age (or Age at Death): _____ *No* _____

Type of Problem: _____ *No* _____

If Applicable, Cause of Death: _____ *No* _____

D.  If applicable, for each of your children, list his/her name, age and address: _____ *No* _____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____ *No* _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed ~~VIOXX®~~ for you? _*Bextra*_ _____

B.  On which dates did you begin to take, and stop taking, ~~VIOXX®~~? _*Bextra 2003*_

C.  Did you take VIOXX® continuously during that period?
Yes _____ No _____ Don't Recall __X__

D.  To your understanding, for what condition were you prescribed ~~VIOXX®~~? _*Bextra*_ _____

E.  Did you renew your prescription for VIOXX®? Yes __X__ No _____ Don't Recall _____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G.  Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)    *don ercal*

MAR 0 7 2006

H. How many times per day did you take VIOXX®?

_one or two_

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _X_ Don't Recall _____

J. Instructions or Warnings:

    1. Did you receive any written or oral information about VIOXX® before you took it? Yes __ No _X_ Don't Recall _____

    2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _X_ Don't Recall _____

    3. *If "yes,"*

        a. When did you receive that information? _On   TV_

        b. From whom did you receive it? _TV_

        c. What information did you receive? _Muh to take  No long_

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _No_ _____

## V. MEDICAL BACKGROUND

A. Height _2 3 0 N_

B. Current Weight: _____
Weight at the time of the injury, illness, or disability described in Section I(C): _____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.* _No_

    ___ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. _No_

    ___ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a. Date on which smoking/tobacco use ceased: _Never_

        b. Amount smoked or used: on average _X_ per day for _X_ years.

    ___ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff. _No_

        a. Amount smoked or used: on average _No_ per day for _No_ years.

    ___ Smoked different amounts at different times. _None_

MAR 0 7 2006

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____ No _✗_  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_✗_____ drinks per week,

_No_____ drinks per month,

_No_____ drinks per year, *or*

Other (describe): __None_____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____ No _✗_ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _None_____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery: _No_

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| No      |           |      |                    |          |
| No      |           |      |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |
|                        |      |                    |          |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____ No _____ Don't Recall _✗_ *If "yes,"* answer the following:

MAR 0 7 2006

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Slink | | | | Age 5 |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes  X   No _____

B. Decedent's death certificate (if applicable).  Yes _____   No _____

C. Report of autopsy of decedent (if applicable).  Yes _____   No  X

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.  Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Parryn | Cypress TX 77429 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Castryosin | Eugene TX | 2003 - |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

MAR 0 7 2006

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| *Mary* | *Sewneller* | | *Doct Birb f Mal* |
| | | | |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| *Mail paper* | *Mail to you* | |
| | | |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| *Mail to you. Cant see grod mail to co* | |
| | |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.   *N— Told about it yes*

| Name | Address |
|---|---|
| | |
| | |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| *SSI* | |
| | |

MAR 0 7 2006

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

Signature _____   Print Name _____   Date _____

MAR 0 7 2006

# Exhibit KK



Jan 23 2006
10:01AM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: Civil Action No: | Plaintiff: Hubert J Ziegler (name) |

### PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: Hubert J. Ziegler

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: Not applicable

2. Maiden Or Other Names Used or By Which You Have Been Known: Not applicable

3. Address: Not applicable

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? Not applicable

5. If you were appointed as a representative by a court, state the:

   Court: Not applicable    Date of Appointment: Not applicable

6. What is your relationship to deceased or represented person or person claimed to be injured? Not applicable

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: Not applicable

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _✓_ No_____ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Heart trouble, resulting in pace maker and continued breathing problems.

   b. When do you claim this injury occurred? Reocurring Asthma x 7 yrs + Heart Cond x 6 yrs

   c. Who diagnosed the condition? unKnown

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _X_ *If "yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _X_ No _____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____ Condition on going. and I am worse with time.

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _X_ No _____

   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: Treated at Ochner Clinic

   b. To your understanding, condition for which treated: Depression & Nerve problem.

   c. When treated: 5 years ago

   d. Medications prescribed or recommended by provider: Atavan

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Hubert J. Ziegler

B. Maiden or other names used or by which you have been known: Not applicable

C. Social Security Number: 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

D. Address: 60337 S 24th St. Lacombe, La. 70445

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
| Not applicable |  |

F. Driver's License Number and State Issuing License: _000592024 — Louisiana_

G. Date of Place and Birth: _September 11, 1934, Louisiana_

H. Sex: Male _X_   Female ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
| Not applicable |  |  |  |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| Not Applicable |  |  |  |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| Not Applicable |  |  |  |

3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No _X_

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C):_____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____ No _X_

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ____

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes  _X_   No ____  *If "yes,"* to the best of your knowledge please state:

a.  Year claim was filed: ___1989___

b.  Nature of disability: ___Asthm Back Injury___

c.  Approximate period of disability: ___on going___

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes ____  No _✓_  *If "yes,"* set forth when and the reason. ___Not applicable___

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes ____  No _X_  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes ____  No _X_  *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____
Genevieve Ziegler 2-6-1934 / May 1954

B.  Has your spouse filed a loss of consortium claim in this action?  Yes ____  No _X_

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _X_ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

Name: _____ Not applicable _____

Current Age (or Age at Death): _Not applicable_

Type of Problem: _____ Not applicable _____

If Applicable, Cause of Death: _Not applicable_

D.  If applicable, for each of your children, list his/her name, age and address: _____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____ Not applicable _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? _Dr. Sedrish_

B.  On which dates did you begin to take, and stop taking, VIOXX®? _1988_

C.  Did you take VIOXX® continuously during that period?
Yes _X_ No _____ Don't Recall _____

D.  To your understanding, for what condition were you prescribed VIOXX®? _Arthuritis_

E.  Did you renew your prescription for VIOXX®? Yes _X_ No _____ Don't Recall _____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _Yes, Dr. Sedrish, 50mg twice daily_

G.  Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?
_twice daily_

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _X_ Don't Recall _____

J.  Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes ___ No _X_ Don't Recall _____

2. Did you receive any written or oral information about VIOXX® while you took it? Yes ___ No _X_ Don't Recall _____

3. *If "yes,"*

   a.  When did you receive that information? _Not applicable_

   b.  From whom did you receive it? _Not applicable_

   c.  What information did you receive? _____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _None_

## V. MEDICAL BACKGROUND

A.  Height: _5'9½"_

B.  Current Weight: _164 lbs_
Weight at the time of the injury, illness, or disability described in Section I(C): _unknown_

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

___ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

_X_ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   a.  Date on which smoking/tobacco use ceased: _2 yrs ago_

   b.  Amount smoked or used: on average _____ per day for _____ years.

___ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

   a.  Amount smoked or used: on average _____ per day for _____ years.

___ Smoked different amounts at different times.

D. Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes __X__ No _____  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): ___moderate_____

E. Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No __X__  Don't Recall _____

   *If "yes"*, identify each substance and state when you first and last used it. _____
   _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

   1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

   | Surgery | Condition | When | Treating Physician | Hospital |
   |---------|-----------|------|--------------------|----------|
   | Pacemaker implantation | Irregular heart beat | x4 yrs ago | Kusnick | Lake View Hosp. |

   2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

   | Treatment/Intervention | When | Treating Physician | Hospital |
   |------------------------|------|--------------------|----------|
   | Not applicable | | | |

   3. To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
      Yes __X__ No _____  Don't Recall _____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Heart + | 1996 to | . | Lakeview Reg | |
| Lung Problem | current | Kusnick | St Tammany | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.   Yes _____   No _X_

B. Decedent's death certificate (if applicable).   Yes _Not Applicable_

C. Report of autopsy of decedent (if applicable).   Yes _Not Applicable_

## VII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.      Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Guilbeat | Oschner Clinic, Covington, La. |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Guilbeat | Oschner Clinic | x 10 yrs |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| St Tammany | Covington, La. | | testing |
| Lakeview | Mandeville, La | unknown | Surgery - cancer |
| La Heart Hosp | Lacombe, La. | unknown | Surgery - pacemaker |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| St Tammany | Covington, La. | | testing |
| Lakeview | Mandeville, La. | unknown | testing |
| Oschner | Covington, La. | | testing |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| see attachment | | unknown |
| | | |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Mullers Health Mart | 27395 Hwy 190, Lacombe La. 70445 |
| | |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Not Applicable | |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Not Applicable | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Hubert Ziegler_   _HUBERT ZIEGLER_   _12/26/05_
Signature                  Print Name                       Date

# Exhibit LL



11400798

May 30 2006
4:44PM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

THIS RELATES TO:

Civil Action No:

Plaintiff: _Joan Williamson_
(name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A. Name of person completing this form: ~~Sandy Roberts~~ _(JCW) Joan Williams_

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____ N/A _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _N/A_

3. Address: _____ N/A _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _N/A_

5. If you were appointed as a representative by a court, state the:

   Court: _____ N/A _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _N/A_

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _N/A_

MICHAEL HINGLE & ASSOC

FEB 21 2006

SLIDELL

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking
   ~~VIOXX~~® ? Yes __✓__ No_____ *If "yes,"*
   Bextra

   a. What is your understanding of the bodily injury you claim resulted from your
      use of ~~VIOXX~~® ? __Stroke__
      Bextra

   b. When do you claim this injury occurred? __May 05__

   c. Who diagnosed the condition? __Dr. Carolyn Baker__

   d. Did you ever suffer this type of injury prior to the date set forth in answer to
      the prior question? Yes _____ No __✓__ *If "yes,"* when and who
      diagnosed the condition at that time? _____

   e. Do you claim that that your use of ~~VIOXX~~® worsened a condition that you
      Bextra
      already had or had in the past? Yes _____ No __✓__ *If "yes,"* set forth the
      injury or condition; whether or not you had already recovered from that injury
      or condition before you took ~~VIOXX~~®; and the date of recovery, if any. _____
      Bextra

D. Are you claiming mental and/or emotional damages as a consequence of ~~VIOXX~~®?
   Yes _____ No __✓__                                                    Bextra

   *If "yes,"* for each provider (including but not limited to primary care physician,
   psychiatrist, psychologist, counselor) from whom have sought treatment for
   psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: __N/A__

   b. To your understanding, condition for which treated: __N/A__

   c. When treated: __N/A__

   d. Medications prescribed or recommended by provider: __N/A__

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: __Joan Williamson__

B. Maiden or other names used or by which you have been known: __Joan Dollar__ or __Joan D. Roberts__

C. Social Security Number: __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__

D. Address: __30751 Dunn Rd. Denham Springs La. 70726__

MICHAEL HINGLE &
ASSOC
FEB 21 2006
SLIDELL

E.  Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
| N/A |  |

F.  Driver's License Number and State Issuing License:  1277457  La.

G.  Date of Place and Birth:  3-28-40  Rhrinehart La.

H.  Sex:  Male _____  Female ✓

I.  Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
| Ferriday High School | 1954-58 | General | yes |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|------------------------|
| N/A |  |  |  |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|------------------------|
| East Baton Rouge Parish School Board | Chotau Blvd BR La. | 1988 | teachers aide |

3.  Are you making a wage loss claim for either your present or previous
employment? Yes _____ No ✓

If "yes," state your annual income at the time of the injury alleged in
Section I(C): _____ N/A _____

K.  Military Service Information:  Have you ever served in the military, including the
military reserve or national guard? Yes _____  No _____

If "yes," were you ever rejected or discharged from military service for any reason
relating to your physical, psychiatric or emotional condition? Yes _____  No _____

MICHAEL HINGLE & ASSOC

FEB 21 2006

SLIDELL

L. Insurance / Claim Information:

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____   No ✓   *If "yes,"* to the best of your knowledge please state:

     a. Year claim was filed: _____ N/A _____

     b. Nature of disability: _____ N/A _____

     c. Approximate period of disability: _____ N/A _____

   2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____   No ✓   *If "yes,"* set forth when and the reason. _____ N/A _____
_____
_____

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____   No ✓   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____ N/A _____
_____
_____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____   No ✓   *If "yes,"* set forth where, when and the felony and/or crime. _____ N/A _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): William Williams
4/2000

B. Has your spouse filed a loss of consortium claim in this action?   Yes _____   No ✓

MICHAEL HINGLE & AS

FEB 2 1 2006

SLIDELL

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _____ Don't Know __✓__ *If "yes,"* identify each such person below and provide the information requested.

Name: _____ N|A _____

Current Age (or Age at Death): ____ N|A _____

Type of Problem: _____ N|A _____

If Applicable, Cause of Death: _____ N|A _____

D.  If applicable, for each of your children, list his/her name, age and address: ____ N|A _____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____ N|A _____

## IV.  VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed ~~VIOXX~~ Bextra® for you? Dr. John Marshall

B.  On which dates did you begin to take, and stop taking, ~~VIOXX~~ Bextra®? Bextra Started Approx 2002 Stopped 5/05.

C.  Did you take ~~VIOXX~~ Bextra® continuously during that period? Yes __✓__  No _____  Don't Recall _____

D.  To your understanding, for what condition were you prescribed ~~VIOXX~~ Bextra®? Arthritius.

E.  Did you renew your prescription for ~~VIOXX~~ Bextra®? Yes __✓__  No _____  Don't Recall _____

F.  If you received any samples of ~~VIOXX~~ Bextra®, state who provided them, what dosage, how much and when they were provided: ____ N|A ____

G.  Which form of ~~VIOXX~~ Bextra® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_____ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)
__✓__ 10 or 20 mg  1x a day

MICHAEL HINGLE & ASSOC
FEB 21 2006
SLIDELL

H.  How many times per day did you take ~~VIOXX®~~ *Bextra*?
_____

I.  Did you request that any doctor or clinic provide you with ~~VIOXX®~~ *Bextra* or a prescription
for ~~VIOXX®~~ *Bextra*? Yes _____ No ✔ Don't Recall _____

J.  Instructions or Warnings:

1.  Did you receive any written or oral information about ~~VIOXX®~~ *Bextra* before you took
it? Yes __ No ✔ Don't Recall _____

2.  Did you receive any written or oral information about ~~VIOXX®~~ *Bextra* while you took
it? Yes _____ No ✔ Don't Recall _____

3.  *If "yes,"*

a.  When did you receive that information? _____N/A_____

b.  From whom did you receive it? _____N/A_____

c.  What information did you receive? __N/A__
_____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time
you were taking ~~VIOXX®~~ *Bextra*? _____N/A_____
_____

## V. MEDICAL BACKGROUND

A.  Height: 5'4

B.  Current Weight: 185
Weight at the time of the injury, illness, or disability described in Section I(C): 205

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable
to your history of smoking and/or tobacco use.*

_____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

✔ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

a.  Date on which smoking/tobacco use ceased: _~~2000~~ 1997_

b.  Amount smoked or used: on average __1__ per day for __3__ years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing
tobacco/snuff.

a.  Amount smoked or used: on average _____ per day for _____ years.

_____ Smoked different amounts at different times.

MICHAEL HINGLE & ASSOC
FEB 2 1 2006
SLIDELL

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____  No __✓__  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____ N/A _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No __✓__  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. ___ N/A ___

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

N/A

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Chest pains | April 2000 | Dr. Boyd Helm | B.R General  Blue Bonnet |

3. To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes __✓__  No _____  Don't Recall _____  *If "yes,"* answer the following:

MICHAEL HINGLE & ASSOC
FEB 21 2006
SLIDELL

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| CT Scan | 2005 | Dr Benguy | BR Gen Hosp | Stroke Symptoms |
| EKG | | ER Dr. | Hosp. | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____  No _____

B. Decedent's death certificate (if applicable). Yes _____  No ✓

C. Report of autopsy of decedent (if applicable). Yes _____  No ✓

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Trenton James | 8595 Picardy Ave B.R La. 70809 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Boyd Helm | 5231 Brittany Dr BR La. 70808 | 1970 - 2006 |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.



MICHAEL HINGLE & ASSOC

FEB 2 1 2006

SLIDELL

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | N/A | | |
| | | | |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Baton Rouge General | Florida Blvd. BR La. | May 2005 | Stroke Symptoms |
| | | | |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Carolyn Baker | 7777 Hennessy Blvd. B. R La. 70808 | May 2005 - present |
| | | |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Northside Pharmacy | 850 Cockerham RD. Denham Springs La. 70726 |
| | |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | N/A |
| | |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | N/A |
| | |

MICHAEL HINGLE & ASSOC

FEB 21 2006

SLIDELL

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

Joan Williamson              Joan Williamson          2/3/06
_____      _____  _____
Signature                    Print Name                Date

MICHAEL HINGLE & ASSOC

FEB 21 2006

SLIDELL