UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Acosta, Ella v. Merck & Co., Inc.*, 2:05-cv-04457, and only regarding: Walter G. Adams, Isiah Antonio, Lois Archote, Willie Ola Banks, Irene Bordelon, and Charles Frances; | * | JUDGE KNOWLES |
| | * | |
| *Bailey, Lois v. Merck & Co., Inc.*, 2:05-cv-06904, and only regarding: James F. Butler on behalf of Angel S. Butler, , Lois Gauthier (Cauthier) on behalf of Robert Gauthier, and Lynell Major on behalf of Gertrude Washington; | * | |
| | * | |
| *Charpentier, Matt v. Merck & Co., Inc.*, 2:05-cv-04458, and only regarding: Bernice W. Coleman, Moise Detillier, Shirley Forcell, Melva Guillory, Winnie T. Heinz; | * | |
| | * | |
| *Hillard, Arterbell D. v. Merck & Co., Inc.*, 2:05-cv-04459, and only regarding: Leatha Hollins, Ione G. Jones, Geraldine Kelly, Wilfred Ledet, Clifford (William) Lee, Larry W. Lirette, Andrew Lowe, Yvonne McClain, Rose McCrary, and Cyrus Rockwood (Lockwood); | * | |
| | * | |
| *Meunier, William v. Merck & Co., Inc.*, 2:05-cv-04456, and only regarding: Bruce Moore, Mabel Nall, and Kendra Nelson; | * | |
| | * | |
| *Rester, Ronald, v. Merck & Co., Inc.*, 2:05-cv-04460, and only regarding: Ronald Rester, Rosemary Ann Rout, Herbert Scully, and Debra Vila; | * | |

869561v.1

|  |  |
|---|---|
| *Walls, Juanita C. v. Merck & Co., Inc.*, 2:05-cv-04461, and only regarding: Juanita C. Walls, Virginia Wheat, Betty White, and Hubert Ziegler; | \* \* \* \* \* \* |
| *Williamson, Joan v. Merck & Co., Inc.*, 2:05-cv-06903, and only regarding: Joan Williamson. | \* \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 31st day of May, 2007, immediately following the monthly status conference scheduled for 9:30 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 15th day of May, 2007.

NY 869561_1

2

869561v.1

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 25th day of May, 2007.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE