## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSIE JOAN TRAHAN and | * | In Re: VIOXX PRODUCTS |
| CHARLES C. TRAHAN, SR. | * | LIABILITY LITIGATION |
| Plaintiffs | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 2:06cv11310(EEF)DEK |
| | * | SECTION L - DIVISION 3 |
| MERCK C & CO., INC. A Foreign | * | JUDGE FALLON |
| Corporation, DARLENE ROBERSON | * | MAGISTRATE JUDGE KNOWLES |
| and DOES 1- 5        Defendants, | * | TRIAL BY JURY REQUESTED |
| | * | |

### _PLAINTIFFS' MOTION TO REMAND_

COME NOW Plaintiffs, Rosie Joan Trahan and Charles C. Trahan, Sr., and file this their

Motion to Remand, as follows:

1.      On October 23, 2006, Plaintiffs filed their Complaint in the Circuit Court of

Warren County, Mississippi, against Defendants, Merck & Co., Inc. ("Merck"), Darlene

Roberson ("Roberson"), and Does 1-5.

2.      Plaintiffs are adult resident citizens of the State of Mississippi who reside in

Vicksburg, Warren County, Mississippi.

3.      Defendant, Roberson, is an adult resident citizen of the State of Mississippi who

resides in Newton County, Mississippi.

4.      Merck, filed a Notice of Removal on November 13, 2006, claiming that the

United States District Court for the Southern District of Mississippi had jurisdiction under 28

U.S.C. § 1332.  Merck argues that the Mississippi Defendant, Roberson, should be disregarded

for determining diversity jurisdiction because she was improperly joined.

5.      Merck argues that Plaintiffs' claims require that Roberson make

misrepresentations and/or omissions of fact directly to Rosie Trahan.  This argument fails

pursuant to Mississippi law.  A medical sales representative, such as Roberson, can be held liable

for misrepresentations and/or omissions of facts made directly to a patient's treating physician

where it can be shown that the sales representative participated directed, personally, and/or

actively in the alleged tortious conduct raised.  *Wyeth Labs, Inc. v. Fortenberry*, 530 So. 688

(Miss. 1988); *Walker v. Medtronic, Inc.*, 2003 WL 21517997 (N.D. Miss. June 4, 2004).

6.      Plaintiffs specifically deny all allegations asserted in Merck's Notice of Removal.

7.      On November 29, 2006, Plaintiffs filed a Motion to Remand in the Mississippi

District Court case, cause no. 5:06cv149.   Merck did not respond to oppose remand.

8.      On December 21, 2006, this matter was transferred to this MDL Court pursuant to

CTO No. 77.

9.       Merck has not filed any response opposing remand of this case

10.     In support of this Motion, Plaintiffs rely on the pleadings and their Memorandum

Brief in Support of Motion to Remand served simultaneously with this Motion.

DATED this the 20th day of April, 2007.

                              Respectfully submitted,

                              DRUG LITIGATION LIABILITY GROUP, PLLC
                              Comprised of:

                              Liston/Lancaster, PLLC
                              126 North Quitman Avenue
                              Post Office Box 645
                              Winona, MS 38967

                              David H. Nutt & Associates, P.C
                              605 Crescent Blvd., Suite 200
                              Ridgeland, MS 39157

                              Pittman, Germany, Roberts & Welsh, L.L.P.

-2-

Post Office Box 22985
Jackson, MS 39225-2985


By:     s/C. VICTOR WELSH, III
        ATTORNEYS FOR PLAINTIFFS


OF COUNSEL TO RECEIVE PLEADINGS:

C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS & WELSH, LLP
P. O. Box 22985
Jackson, MS 39225-2985
(601) 948-6200 - phone
(601) 948-6187 - fax

### *CERTIFICATE OF SERVICE*

I, C. Victor Welsh, III, do hereby certify that a true and correct copy of **Plaintiffs' Motion to Remand** has been served by United States mail, postage prepaid, and by electronic filing with the Clerk of Court using the ECF system

Christy D. Jones
Charles C. Harrell
Anita Modak-Truran
Alyson B. Jones
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 East Capitol Street
Post Office Box 22567
Jackson, MS 39225-2567
(601) 948-5711 - phone
(601) 985-4500 - fax;

Counsel for Defendant

Russ M. Herman
Leonard A. Davis
Herman, Katz & Collar, LLP
829 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 - phone
(504) 561-6024 - fax; and

Plaintiffs' Liaison Counsel

Phillip A. Wittman
Dorothy H. Wimberly
Stone Pigman Walther Wittman, L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, LA 70809
(225) 490-8900 - phone
(225) 490-8960 -fax

Defendants' Liaison Counsel

DATED this the 20th day of April, 2007.

By:     s/C. VICTOR WELSH, III