**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ROSIE JOAN TRAHAN and** | * | **In Re: VIOXX PRODUCTS** |
| **CHARLES C. TRAHAN, SR.** | * | **LIABILITY LITIGATION** |
| **Plaintiffs** | * | **MDL Docket No. 1657** |
| | * | |
| v. | * | **CASE NO. 2:06cv11310(EEF)DEK** |
| | * | **SECTION L - DIVISION 3** |
| **MERCK C & CO., INC. A Foreign** | * | **JUDGE FALLON** |
| **Corporation, DARLENE ROBERSON** | * | **MAGISTRATE JUDGE KNOWLES** |
| **and DOES 1- 5      Defendants,** | * | **TRIAL BY JURY REQUESTED** |
| | * | |

## *PLAINTIFFS' MOTION TO REMAND*

COME NOW Plaintiffs, Rosie Joan Trahan and Charles C. Trahan, Sr., and file this their Motion to Remand, as follows:

1.       On October 23, 2006, Plaintiffs filed their Complaint in the Circuit Court of Warren County, Mississippi, against Defendants, Merck & Co., Inc. ("Merck"), Darlene Roberson ("Roberson"), and Does 1-5.

2.       Plaintiffs are adult resident citizens of the State of Mississippi who reside in Vicksburg, Warren County, Mississippi.

3.       Defendant, Roberson, is an adult resident citizen of the State of Mississippi who resides in Newton County, Mississippi.

4.       Merck, filed a Notice of Removal on November 13, 2006, claiming that the United States District Court for the Southern District of Mississippi had jurisdiction under 28 U.S.C. § 1332.  Merck argues that the Mississippi Defendant, Roberson, should be disregarded for determining diversity jurisdiction because she was improperly joined.

5.       Merck argues that Plaintiffs' claims require that Roberson make misrepresentations and/or omissions of fact directly to Rosie Trahan.  This argument fails

pursuant to Mississippi law.  A medical sales representative, such as Roberson, can be held liable for misrepresentations and/or omissions of facts made directly to a patient's treating physician where it can be shown that the sales representative participated directed, personally, and/or actively in the alleged tortious conduct raised.  *Wyeth Labs, Inc. v. Fortenberry*, 530 So. 688 (Miss. 1988); *Walker v. Medtronic, Inc.*, 2003 WL 21517997 (N.D. Miss. June 4, 2004).

      6.      Plaintiffs specifically deny all allegations asserted in Merck's Notice of Removal.

      7.      On November 29, 2006, Plaintiffs filed a Motion to Remand in the Mississippi District Court case, cause no. 5:06cv149.  Merck did not respond to oppose remand.

      8.      On December 21, 2006, this matter was transferred to this MDL Court pursuant to CTO No. 77.

      9.      Merck has not filed any response opposing remand of this case

      10.     In support of this Motion, Plaintiffs rely on the pleadings and their Memorandum Brief in Support of Motion to Remand served simultaneously with this Motion.

      DATED this the 20th day of April, 2007.

      Respectfully submitted,

      DRUG LITIGATION LIABILITY GROUP, PLLC
      Comprised of:

      Liston/Lancaster, PLLC
      126 North Quitman Avenue
      Post Office Box 645
      Winona, MS 38967

      David H. Nutt & Associates, P.C
      605 Crescent Blvd., Suite 200
      Ridgeland, MS 39157

      Pittman, Germany, Roberts & Welsh, L.L.P.

               Post Office Box 22985
               Jackson, MS 39225-2985


           By: s/C. VICTOR WELSH, III
              ATTORNEYS FOR PLAINTIFFS


OF COUNSEL TO RECEIVE PLEADINGS:

C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS & WELSH, LLP
P. O. Box 22985
Jackson, MS 39225-2985
(601) 948-6200 - phone
(601) 948-6187 - fax

### *CERTIFICATE OF SERVICE*

       I, C. Victor Welsh, III, do hereby certify that a true and correct copy of ***Plaintiffs' Motion to Remand*** has been served by United States mail, postage prepaid, and by electronic filing with the Clerk of Court using the ECF system

    Christy D. Jones
    Charles C. Harrell
    Anita Modak-Truran
    Alyson B. Jones
    BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
    210 East Capitol Street
    Post Office Box 22567
    Jackson, MS 39225-2567
    (601) 948-5711 - phone
    (601) 985-4500 - fax;

    Counsel for Defendant

    Russ M. Herman
    Leonard A. Davis
    Herman, Katz & Collar, LLP
    829 O'Keefe Avenue
    New Orleans, LA 70113
    (504) 581-4892 - phone
    (504) 561-6024 - fax; and

    Plaintiffs' Liaison Counsel

    Phillip A. Wittman
    Dorothy H. Wimberly
    Stone Pigman Walther Wittman, L.L.C.
    One United Plaza
    4041 Essen Lane, Suite 501
    Baton Rouge, LA 70809
    (225) 490-8900 - phone
    (225) 490-8960 -fax

    Defendants' Liaison Counsel

    DATED this the 20th day of April, 2007.

                                By:    <u>s/C. VICTOR WELSH, III</u>