UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROSIE JOAN TRAHAN and** | * | In Re: VIOXX PRODUCTS |
| **CHARLES C. TRAHAN, SR.** | * | LIABILITY LITIGATION |
| **Plaintiffs** | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 2:06cv11310(EEF)DEK |
| | * | SECTION L - DIVISION 3 |
| **MERCK C & CO., INC. A Foreign** | * | JUDGE FALLON |
| **Corporation, DARLENE ROBERSON** | * | MAGISTRATE JUDGE KNOWLES |
| **and DOES 1- 5       Defendants,** | * | TRIAL BY JURY REQUESTED |
| | * | |

### *PLAINTIFFS' NOTICE OF HEARING*

TO:   Christy D. Jones
      Alyson B. Jones
      BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
      210 East Capitol Street
      Post Office Box 22567
      Jackson, MS 39225-2567
      (601) 948-5711 - phone
      (601) 985-4500 - fax;

      Russ M. Herman
      Leonard A. Davis
      Herman, Katz & Collar, LLP
      829 O'Keefe Avenue
      New Orleans, LA 70113
      (504) 581-4892 - phone
      (504) 561-6024 - fax; and

      Phillip A. Wittman
      Dorothy H. Wimberly
      Stone Pigman Walther Wittman, L.L.C.
      One United Plaza
      4041 Essen Lane, Suite 501
      Baton Rouge, LA 70809
      (225) 490-8900 - phone
      (225) 490-8960 -fax

      PLEASE TAKE NOTICE that undersigned counsel will bring on for hearing before this

Court Plaintiffs' Motion to Remand before the Honorable Eldon E. Fallon United States District

-2-

Court Judge, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana at 9:30 a.m. on Thursday, May 31, 2006.

    DATED this the 20th day of April, 2007.

                              Respectfully submitted,

                              DRUG LITIGATION LIABILITY GROUP, PLLC
                              Comprised of:

                              Liston/Lancaster, PLLC
                              126 North Quitman Avenue
                              Post Office Box 645
                              Winona, MS 38967

                              David H. Nutt & Associates, P.C
                              605 Crescent Blvd., Suite 200
                              Ridgeland, MS 39157

                              Pittman, Germany, Roberts & Welsh, L.L.P.
                              Post Office Box 22985
                              Jackson, MS 39225-2985


                              By:    s/C. VICTOR WELSH, III
                                        ATTORNEYS FOR PLAINTIFFS


OF COUNSEL TO RECEIVE PLEADINGS:

C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS & WELSH, LLP
P. O. Box 22985
Jackson, MS 39225-2985
(601) 948-6200 - phone
(601) 948-6187 - fax

## *CERTIFICATE OF SERVICE*

  I, C. Victor Welsh, III, do hereby certify that a true and correct copy of *Notice of Hearing of Plaintiffs' Motion to Remand* has been served by United States mail, postage prepaid to counsel listed below:

Christy D. Jones
Charles C. Harrell
Anita Modak-Truran
Alyson B. Jones
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 East Capitol Street
Post Office Box 22567
Jackson, MS 39225-2567
(601) 948-5711 - phone
(601) 985-4500 - fax;

Counsel for Defendant

Russ M. Herman
Leonard A. Davis
Herman, Katz & Collar, LLP
829 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 - phone
(504) 561-6024 - fax; and

Plaintiffs' Liaison Counsel

Phillip A. Wittman
Dorothy H. Wimberly
Stone Pigman Walther Wittman, L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, LA 70809
(225) 490-8900 - phone
(225) 490-8960 -fax

Defendants' Liaison Counsel

DATED this the 20th day of April, 2007.

              By:  s/C. VICTOR WELSH, III