MINUTE ENTRY
FALLON, J.
APRIL 24, 2007

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>        LIABILITY LITIGATION | MDL - 1657 |
| | |
| EVELYN IRVIN PLUNKETT,<br>Individually, and as Personal Representative<br>of the Estate of Richard Irvin, Jr. | REF NO. 05-4046 |
| VERSUS | |
| MERCK & CO., INC. | SECTION: L |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporters: Toni Tusa

Appearances: Andy Birchfield, Esq. For plaintiffs
             Brian Currey, Esq. For defendant

Motion of Plaintiff for New Trial (3674)

Argument - TAKEN UNDER SUBMISSION.


JS-10:     :47