UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO:
***Bobbie Lee Thompson, et al v. Merck & Co., Inc., No. 05-4055***

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiff Jason James ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Merck, subject to the following conditions:

1.   Plaintiff agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2.   Plaintiff further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss his claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party

claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation.

Counsel for plaintiff will make this change directly on File & Serve as soon as the Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Jason James in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted on **April 24**, 2007,

Thomas P. Cartmell          MO #45366
Brian J. Madden             MO #40637
Thomas J. Preuss            MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram            MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO  64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever           MO #24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO  64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton         MO # 31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, Ks  66211
(913) 266-2300
Fax (913) 266-2366

Kirk Goza                   MO #32475
Brad Honnold                MO #39818
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, Mo  64148-2355
(816) 512-2171
Fax (816) 512-2172

3

Grant L. Davis          MO #34799
Shawn Foster            MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo  64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey         Atty ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, Pa  19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFFS**

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, 28181
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
(504) 523-1580
FAX (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200
FAX (504) 581-3361

**ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.**

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24th day of April , 2007.

Thomas P. Cartmell    MO #45366
Brian J. Madden    MO #40637
Thomas J. Preuss    MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372
tjpreuss@wcllp.com

J. Scott Bertram    MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever    MO #24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton      MO # 31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, Ks 66211
(913) 266-2300
Fax (913) 266-2366

Kirk Goza          MO #32475
Brad Honnold      MO #39818
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, Mo 64148-2355
(816) 512-2171
Fax (816) 512-2172

Grant L. Davis      MO #34799
Shawn Foster      MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo 64196
(816) 421-1600
Fax (816) 472-5972

Wayne S. Spivey     Atty ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, Pa 19103
(800) 568-5868
Fax (215) 568-7495

**ATTORNEYS FOR PLAINTIFFS**


Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, 28181
Stanley, Flanagan & Reuter, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
(504) 523-1580
FAX (504) 524-0069

6

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200
FAX (504) 581-3361

**ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.**