## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROSIE JOAN TRAHAN and** | * | **In Re: VIOXX PRODUCTS** |
| **CHARLES C. TRAHAN, SR.** | * | **LIABILITY LITIGATION** |
| **Plaintiffs** | * | **MDL Docket No. 1657** |
| | * | |
| v. | * | **CASE NO. 2:06cv11310(EEF)DEK** |
| | * | **SECTION L - DIVISION 3** |
| **MERCK C & CO., INC. A Foreign** | * | **JUDGE FALLON** |
| **Corporation, DARLENE ROBERSON** | * | **MAGISTRATE JUDGE KNOWLES** |
| **and DOES 1- 5      Defendants,** | * | **TRIAL BY JURY REQUESTED** |
| | * | |

### *REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION TO REMAND*

TO:    Christy D. Jones
       Alyson B. Jones
       BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
       210 East Capitol Street
       Post Office Box 22567
       Jackson, MS 39225-2567
       (601) 948-5711 - phone
       (601) 985-4500 - fax;

       Russ M. Herman
       Leonard A. Davis
       Herman, Katz & Collar, LLP
       829 O'Keefe Avenue
       New Orleans, LA 70113
       (504) 581-4892 - phone
       (504) 561-6024 - fax; and

       Phillip A. Wittman
       Dorothy H. Wimberly
       Stone Pigman Walther Wittman, L.L.C.
       One United Plaza
       4041 Essen Lane, Suite 501
       Baton Rouge, LA 70809
       (225) 490-8900 - phone
       (225) 490-8960 -fax

       PLEASE TAKE NOTICE that undersigned counsel request oral argument on Plaintiffs'

Motion to Remand, [Document No. 10850], before the Honorable Eldon E. Fallon United States

District Court Judge, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana at 9:30 a.m. on Thursday, May 31, 2006.

DATED this the 24th day of April, 2007.

        Respectfully submitted,

        DRUG LITIGATION LIABILITY GROUP, PLLC
        Comprised of:

        Liston/Lancaster, PLLC
        126 North Quitman Avenue
        Post Office Box 645
        Winona, MS 38967

        David H. Nutt & Associates, P.C
        605 Crescent Blvd., Suite 200
        Ridgeland, MS 39157

        Pittman, Germany, Roberts & Welsh, L.L.P.
        Post Office Box 22985
        Jackson, MS 39225-2985

        By:    s/C. VICTOR WELSH, III
                  ATTORNEYS FOR PLAINTIFFS

OF COUNSEL TO RECEIVE PLEADINGS:

C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS & WELSH, LLP
P. O. Box 22985
Jackson, MS 39225-2985
(601) 948-6200 - phone
(601) 948-6187 - fax

### *CERTIFICATE OF SERVICE*

I, C. Victor Welsh, III, do hereby certify that a true and correct copy of **Request for Oral Argument on Plaintiffs' Motion to Remand** has been served by United States mail, postage prepaid to counsel listed below:

Christy D. Jones
Charles C. Harrell
Anita Modak-Truran
Alyson B. Jones
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 East Capitol Street
Post Office Box 22567
Jackson, MS 39225-2567
(601) 948-5711 - phone
(601) 985-4500 - fax;

Counsel for Defendant

Russ M. Herman
Leonard A. Davis
Herman, Katz & Collar, LLP
829 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 - phone
(504) 561-6024 - fax; and

Plaintiffs' Liaison Counsel

Phillip A. Wittman
Dorothy H. Wimberly
Stone Pigman Walther Wittman, L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, LA 70809
(225) 490-8900 - phone
(225) 490-8960 -fax

Defendants' Liaison Counsel

DATED this the 24th day of April, 2007.

By:  s/C. VICTOR WELSH, III