1

2   THE SCOTT LAW GROUP, P.S.
    Darrell W. Scott
3   Matthew J. Zuchetto
    926 W. Sprague Avenue, Suite 583
4   Spokane, WA 99201
    Telephone:  (509) 455-3966
5   Email:  scottgroup@mac.com

6   Attorneys for the Plaintiffs

7

8                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
9

10  | In re VIOXX® PRODUCTS | |
    | LIABILITY LITIGATION | MDL Docket No. 1657 |
11  | | |
12  | THIS DOCUMENT RELATES TO: | STIPULATION TO THE FILING OF |
    | | PLAINTIFFS' FIRST AMENDED |
13  | Amsden vs. Merck & Co., Inc. | COMPLAINT FOR DAMAGES AND |
    | | DEMAND FOR JURY TRIAL |
14  | Civil Action No. 2:06cv 1050 | |

15

16      Pursuant to Fed. R. Civ. P. 15, The Parties hereby stipulate to the filing of

17  Plaintiffs' First Amended Complaint for Damages and Demand for Jury Trial.

18      DATED this 24th day of ~~March~~ April, 2007.

19

20

21                              THE SCOTT LAW GROUP, P.S.

22

23                          By _____
                               Darrell W. Scott, WSBA #20241
24                             Matthew J. Zuchetto, WSBA #33404

25                              *Attorneys for Plaintiffs*

26

STIPULATION TO THE FILING OF PLAINTIFFS' FIRST
AMENDED COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY TRIAL:  1

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA  99201
(509) 455-3966

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

WILLIAMS, KASTNER & GIBBS

By _____

Douglas A. Hofmann

*Attorneys for Defendant*

STIPULATION TO THE FILING OF PLAINTIFFS' FIRST
AMENDED COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY TRIAL:  2

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA  99201
(509) 455-3966