UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Aldin, Rich v. Merck & Co., Inc.*, Docket | * | **KNOWLES** |
| Number: 2:06-cv-03382, and only | * | |
| regarding Werner Fuchs and Curtis | * | |
| Capps; | * | |
| | * | |
| *Bess, Letty v. Merck & Co., Inc.*, Docket | * | |
| Number: 2:05-cv-05301, and only | * | |
| regarding Letty Bess; | * | |
| | * | |
| *Boswell, Mattie v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:05-cv-06389, and | * | |
| only regarding Robert O'Hara on behalf | * | |
| of Linnie Rundles; | * | |
| | * | |
| *Butler, Charlesetta v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:05-cv-03817, and | * | |
| only regarding Mary Bledsoe Bass; | * | |
| | * | |
| *Copeland, Vanita v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:05-cv-06349, and | * | |
| only regarding Amos Bowling and | * | |
| Cindy Thomas; | * | |
| | * | |
| *Dodson, Wanda v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:05-cv-06194, and | * | |
| only regarding Lonnie Douglas; | * | |
| | * | |
| *Douglas, Earlie v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:05-cv-05308, and | * | |
| only regarding Dorothy Neff; | * | |
| | * | |
| *Durant, Robert v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:06-cv-06239, and | * | |
| only regarding Debra Williams; | * | |

| | |
|---|---|
| *Elder, Michael v. Merck & Co., Inc.*, Docket Number: 2:06-cv-00785, and only regarding Elizabeth Williams; | * * * * |
| *Erickson, Greg v. Merck & Co., Inc.*, Docket Number: 2:06-cv-03745, and only regarding Michael Dellostritto; | * * * * |
| *Geiger, Fredrick v. Merck & Co., Inc.*, Docket Number: 2:06-cv-06654, and only regarding Daniel Sullivan; | * * * * |
| *Hodges, John v. Merck & Co., Inc.*, Docket Number: 2:05-cv-03803, and only regarding Robert Pomerory; | * * * * |
| *Kassing, Dorothy v. Merck & Co., Inc.*, Docket Number: 2:05-cv-05303, and only regarding Hugh L Higgins; | * * * * |
| *Kell, Virginia v. Merck & Co., Inc.*, Docket Number: 2:05-cv-05306, and only regarding Virginia Kell; | * * * * |
| *Kisty, Andrew v. Merck & Co., Inc.*, Docket Number: 2:05-cv-05305, and only regarding Ralph Allen; | * * * * |
| *Lawson, Brian v. Merck & Co., Inc.*, Docket Number: 2:06-cv-01977, and only regarding Teresa Joplin; | * * * * |
| *Molder, Margaret v. Merck & Co.*, Inc., Docket Number: 2:05-cv-02929, and only regarding Shirley Romines; | * * * * |
| *Rogers, Irene v. Merck & Co., Inc.*, Docket Number: 2:05-cv-05312, and only regarding Sherry Chastain; | * * * * |
| *Romero, Joe v. Merck & Co., Inc.*, Docket Number: 2:06-cv-03385, and only regarding Janelyn Levi; | * * * * * |

2

|  |  |
|---|---|
| *Sterling, Roberta v. Merck & Co.*, Inc., Docket Number: 2:06-cv-00791, and only regarding Curtis Dotson; | * * * * * |
| *Walker, Willie M. v. Merck & Co.*, Inc., Docket Number: 2:05-cv-03137, and only regarding Phillip Nunn. | * * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The above referenced Plaintiffs and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of their respective claims against Merck & Co., Inc. in the above-styled lawsuits, each party to bear its own costs, subject to the following conditions:

1. Plaintiffs agrees that, in the event they or a representative on their behalf re-file a lawsuit against Merck that contains claims relating to Vioxx®, they will so do only in the United States District Court in the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and shall not oppose transfer to MDL 1657; and

2. Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said plaintiffs, as though they had been a party and had had an opportunity to participate in that discovery.

3

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of these Plaintiffs against Merck & Co., Inc., in the above-captioned cases.

4. The claims of the remaining plaintiffs shall remain in full force and effect.

Respectfully submitted,

| | |
|---|---|
| CAREY & DANIS, LLC / THE LOWE LAW FIRM | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: _____ | By: */s/ Dorothy H. Wimberly* |
| Jeffrey J. Lowe, Esq.<br>Carey & Danis, LLC / The Lowe Law Firm<br>8235 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105 | Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130 |
| *Counsel for Plaintiffs Listed in Caption Above* | *Counsel for Defendant Merck & Co., Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of April, 2007.

*Dorothy H. Wimberly*