UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Aldin, Rich v. Merck & Co., Inc.*, Docket | * | KNOWLES |
| Number: 2:06-cv-03382, and only | * | |
| regarding Werner Fuchs and Curtis | * | |
| Capps; | * | |
| | * | |
| *Bess, Letty v. Merck & Co., Inc.*, Docket | * | |
| Number: 2:05-cv-05301, and only | * | |
| regarding Letty Bess; | * | |
| | * | |
| *Boswell, Mattie v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:05-cv-06389, and | * | |
| only regarding Robert O'Hara on behalf | * | |
| of Linnie Rundles; | * | |
| | * | |
| *Butler, Charlesetta v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:05-cv-03817, and | * | |
| only regarding Mary Bledsoe Bass; | * | |
| | * | |
| *Copeland, Vanita v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:05-cv-06349, and | * | |
| only regarding Amos Bowling and | * | |
| Cindy Thomas; | * | |
| | * | |
| *Dodson, Wanda v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:05-cv-06194, and | * | |
| only regarding Lonnie Douglas; | * | |
| | * | |
| *Douglas, Earlie v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:05-cv-05308, and | * | |
| only regarding Dorothy Neff; | * | |
| | * | |
| *Durant, Robert v. Merck & Co., Inc.*, | * | |
| Docket Number: 2:06-cv-06239, and | * | |
| only regarding Debra Williams; | * | |

*Elder, Michael v. Merck & Co., Inc.*,     *
Docket Number: 2:06-cv-00785, and     *
only regarding Elizabeth Williams;     *
    *
*Erickson, Greg v. Merck & Co., Inc.*,     *
Docket Number: 2:06-cv-03745, and     *
only regarding Michael Dellostritto;     *
    *
*Geiger, Fredrick v. Merck & Co., Inc.*,     *
Docket Number: 2:06-cv-06654, and     *
only regarding Daniel Sullivan;     *
    *
*Hodges, John v. Merck & Co., Inc.*,     *
Docket Number: 2:05-cv-03803, and     *
only regarding Robert Pomerory;     *
    *
*Kassing, Dorothy v. Merck & Co., Inc.*,     *
Docket Number: 2:05-cv-05303, and     *
only regarding Hugh L Higgins;     *
    *
*Kell, Virginia v. Merck & Co., Inc.*,     *
Docket Number: 2:05-cv-05306, and     *
only regarding Virginia Kell;     *
    *
*Kisty, Andrew v. Merck & Co., Inc.*,     *
Docket Number: 2:05-cv-05305, and     *
only regarding Ralph Allen;     *
    *
*Lawson, Brian v. Merck & Co., Inc.*,     *
Docket Number: 2:06-cv-01977, and     *
only regarding Teresa Joplin;     *
    *
*Molder, Margaret v. Merck & Co.*, Inc.,     *
Docket Number: 2:05-cv-02929, and     *
only regarding Shirley Romines;     *
    *
*Rogers, Irene v. Merck & Co., Inc.*,     *
Docket Number: 2:05-cv-05312, and     *
only regarding Sherry Chastain;     *
    *
*Romero, Joe v. Merck & Co., Inc.*,     *
Docket Number: 2:06-cv-03385, and     *
only regarding Janelyn Levi;     *
    *
    *
    *

858861v.1
NY 1149386_1

|  |  |
|---|---|
| *Sterling, Roberta v. Merck & Co.*, Inc., Docket Number: 2:06-cv-00791, and only regarding Curtis Dotson; | * * * * * |
| *Walker, Willie M. v. Merck & Co.*, Inc., Docket Number: 2:05-cv-03137, and only regarding Phillip Nunn. | * * * * |

* * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of the plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuits be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation. The claims of the remaining plaintiffs in the above-styled lawsuit remain in full force and effect.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE