LAW OFFICES OF
**ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A.**

Corporate office & Correspondence Mail to:

| | | |
|---|---|---|
| 1100 FIFTH AVENUE SOUTH<br>SUITE 201<br>NAPLES, FLORIDA 34102 | 520 West Hallandale Beach Boulevard<br>Hallandale Beach, Florida 33009 | FLAGLER CENTER<br>777 S. FLAGLER DR<br>Suite 800-WEST TOWER<br>W. PALM BEACH, Fl 33401 |
| GAINESVILLE EXECUTIVE CENTER<br>309 NE FIRST STREET<br>GAINESVILLE, FLORIDA 32601 | Broward   954.456.2488<br>Fax         954.456.2588<br>1-800-Law-Man-8 | Email:<br>info@Fenstersheiblaw.com<br>www.TellRobertnow.com |

April 25, 2007

Attention: **Judge Eldon E. Fallon**
United States District Court
Eastern District of Louisiana           Case No.: **2:06-CV-294-EEF**
500 Poydras Street
New Orleans, LA 70130

RE:   Juan Manuel Sabio as Personal Representative of the Estate of Lily Sabio

Dear Honorable Judge Fallon:

Enclosed herein please find an original and one (1) copies of the following documents:

A.   Plaintiff's Unopposed Motion for Leave to Amend Complaint to Include A Count For Wrongful Death;

B.   Amended Complaint to Include A Count For Wrongful Death;

C.   Order Granting Plaintiff's Unopposed Motion For Leave to Amend Complaint;

D.   Copy of previously filed Notice of Filing Suggestion of Death Pursuant to F.R.C.P. § 25;

E.   Copy of Florida Certificate of Death for Lily Sabio,;

F.   Copy of Letters of Administration from Miami-Dade County, Probate Division.

G.   Copy of previously filed Motion for Substitution of Parties.

Also enclosed are the envelopes for all involved parties for copies of signed Order. Should you have any questions or concerns, please do not hesitate to contact me or my paralegal Sonia Insua at 954-456-2488 ext. 221. Thank you for your prompt attention to this matter.

Very truly yours,

Law Offices of
ROBERT J. FENSTERSHEIB, P.A.

_____
Robert J. Fenstersheib, Esq.

RJF/si

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

Juan Manuel Sabio as Personal Representative
of the Estate of Lily Sabio,

CASE NO: 2:06-CV-294

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO INCLUDE A COUNT FOR WRONGFUL DEATH

**COMES NOW**, Juan Manuel Sabio as Personal Representative of the Estate of Lily Sabio, by and through the undersigned counsel and, pursuant to F.R.C.P. Rule files this Motion for Leave to Amend the Complaint and states as follows:

1. The lawsuit in this cause was filed on November 07, 2005.

2. Plaintiff died on December 1, 2006.

3. That counsel for Plaintiff, Juan Manuel Sabio as Personal Representative of the Estate of Lily Sabio, has filed a Suggestion of Death. (Hereto attached)

4. That his death is related to the incident alleged in this action and therefore a wrongful death count should be alleged in the Complaint.

WHEREFORE, Plaintiff respectfully requests this Honorable Court issue an Order granting Plaintiff leave to amend the Complaint to substitute John Sabio, as Personal Representative of the Estate of Lily Sabio.

I HEREBY CERTIFY that a copy of the above motion has been furnished by certified mail, return receipt requested, this 25 day of April, 2007 to Ellen M. Gregg, Esq., Womble,

Carlyle, Sandridge & Rice, Pllc, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101 and Catherine Whitfield, Esq., Squire Sanders & Dempsey L.L.P., 200 Biscayne Boulevard Way, Suite 4000, Miami, Florida 33131-2123, Wilfred P. Coronato, Hughes Hubbard & Reed, LLP., 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, Russ Herman, and Phillip A Wittmann, Stone, Pigman Walther, Wittmann, 546 Carondelet Street, New Orleans, LA 70130, Dimitrios Mavroudis, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone, Womble, Carlyle, Sandridge & Rice, Pllc, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101.

LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
Florida Bar No. 307300
Attorneys for Plaintiff
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone: Broward (954) 456-2488
Dade (305) 945-3630
Fax: (954) 456-2588
E-mail: RJF@Fenstrsheiblaw.com

By: _____
Robert J. Fenstersheib, Esquire
Fla. Bar. No.: 307300

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically file with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of ~~January~~ APRIL 2007.

LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
Attorneys for Plaintiff
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone: Broward (954) 456-2488
Dade (305) 945-3630
Fax: (954) 456-2588
E-mail: RJF@Fenstrsheiblaw.com

By: _____
Robert J. Fenstersheib, Esquire
Fla. Bar No.: 307300

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION          MDL NO: 1657
                                       SECTION: L
Lily Sabio,
                                       CASE NO: 2:06-CV-294
        Plaintiff,

v.

MERCK & CO., INC.,

        Defendant.
_____/

## NOTICE OF FILING SUGGESTION OF DEATH
## PURSUANT TO F.R.C.P. RULE 25

COMES NOW the Plaintiff, Lily Sabio by and through her undersigned counsel and, pursuant to F.R.C.P. Rule 25, files this Notice of Suggestion of Death and states as follows:

1. The lawsuit in this cause was filed on November 07, 2005.

2. Plaintiff died on December 2, 2006.

DATED this ___6___ day of December 2006.

I HEREBY CERTIFY that a copy of the foregoing Suggestion of Death has been furnished by certified mail, return receipt requested, this ___6___ day of ___December___, 2006 to Ellen M. Gregg, Esq., Wamble Carlyle Sundridge & Rice, PLC, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101 and Catherine Wheatfield, Esq., Squire Sanders & Dempsey L.L.P., 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Fl. 33401-6198, Wilfred P. Coronato, Hughes Hubbard & Reed, LLP., 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, Russ Herman, and Phillip A Wittmann, Stone, Pigman Walther, Wittmann, 546 Carondelet Street, New Orleans, LA 70130, Dimitrios Mavroudis, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone, Wamble Carlyle,

Sundridge & Rice, PLC.

> LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
> Florida Bar No. 307300
> Attorneys for Plaintiff
> 520 W. Hallandale Beach Blvd.
> Hallandale, Florida 33009
> Telephone: Broward (954) 456-2488
> Dade (305) 945-3630
> Fax: (954) 456-2588
> E-mail: RJF@Fenstrsheiblaw.com
>
> By: _____
> ROBERT J. FENSTERSHEIB, Esq.
> Florida Bar No. 307300

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically file with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this ___ day of _____, 2006.

> DLC.
> LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
> Attorneys for Plaintiff
> 520 W. Hallandale Beach Blvd.
> Hallandale, Florida 33009
> Telephone: Broward (954) 456-2488
> Dade (305) 945-3630
> Fax: (954) 456-2588
> E-mail: RJF@Fenstrsheiblaw.com
>
> By:
> ROBERT J. FENSTERSHEIB, Esq.
> Florida Bar No. 307300

# STATE OF FLORIDA
## OFFICE of VITAL STATISTICS
### CERTIFIED COPY
### FLORIDA CERTIFICATE OF DEATH

LOCAL FILE NO.

1. DECEDENT'S NAME (First, Middle, Last, Suffix): LILY MAY SABIO
2. SEX: Female
3. DATE OF BIRTH (Month, Day, Year): June 29, 1915
4a. AGE-Last Birthday (Years): 91
4b. UNDER 1 YEAR — Months / Days
4c. UNDER 1 DAY — Hours / Minutes
5. DATE OF DEATH (Month, Day, Year): December 1, 2006
6. SOCIAL SECURITY NUMBER: 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
7. BIRTHPLACE (City and State or Foreign Country): Kingston, Jamaica
8. COUNTY OF DEATH: Miami-Dade
9. PLACE OF DEATH (Check only one): HOSPITAL: X Inpatient __ Emergency Room/Outpatient __ Dead on Arrival  NON-HOSPITAL: __ Hospice Facility __ Nursing Home/Long Term Care Facility __ Decedent's Home __ Other (Specify)
10. FACILITY NAME: Pan American Hospital
11a. CITY, TOWN, OR LOCATION OF DEATH: Miami
11b. INSIDE CITY LIMITS? X Yes __ No
12. MARITAL STATUS: __ Married __ Married, but Separated  X Widowed __ Divorced __ Never Married
13. SURVIVING SPOUSE'S NAME: None
14a. RESIDENCE - STATE: Florida
14b. COUNTY: Miami-Dade
14c. CITY, TOWN, OR LOCATION: Miami
14d. STREET ADDRESS: 6825 W Flagler Street
14e. APT. NO.: 203
14f. ZIP CODE: 33144
14g. INSIDE CITY LIMITS? X Yes __ No
15a. DECEDENT'S USUAL OCCUPATION: Home Maker
15b. KIND OF BUSINESS/INDUSTRY: Own Home
16. DECEDENT'S RACE: X White
17. DECEDENT OF HISPANIC OR HAITIAN ORIGIN? X Yes — Other Hispanic (Specify) Spaniard
18. DECEDENT'S EDUCATION: X High school diploma or GED
19. WAS DECEDENT EVER IN U.S. ARMED FORCES? __ Yes X No
20. FATHER'S NAME: Vicente Cantero
21. MOTHER'S NAME: Juanita Milanes
22a. INFORMANT'S NAME: Juan M. Sabio
22b. RELATIONSHIP TO DECEDENT: Son
23a. INFORMANT'S MAILING - STATE: Florida
23b. CITY OR TOWN: Miami
23c. STREET ADDRESS: 6825 W. Flagler Street #203
23d. ZIP CODE: 33144
24. PLACE OF DISPOSITION: Our Lady of Mercy
25a. LOCATION - STATE: Florida
25b. LOCATION - CITY OR TOWN: Miami
26a. METHOD OF DISPOSITION: X Burial
26b. IF CREMATION, DONATION OR BURIAL AT SEA, WAS MEDICAL EXAMINER APPROVAL GRANTED? __ Yes __ No
27a. LICENSE NUMBER: 3039
28. NAME OF FUNERAL FACILITY: Van Orsdel Coral Gables Chapel
29a. FACILITY'S MAILING - STATE: Florida
29b. CITY OR TOWN: Coral Gables
29c. STREET ADDRESS: 4600 S.W. 8 St.
29d. ZIP CODE: 33134
30. CERTIFIER: Certifying Physician
31b. DATE SIGNED: 12-1-06
32. TIME OF DEATH: 0020
34a. LICENSE NUMBER: ME00G5082
34b. CERTIFIER'S NAME: Vicente F. Franco MD
35b. CERTIFIER'S STATE: Florida
36b. CITY OR TOWN: Miami
36c. STREET ADDRESS: 1884 SW 157 Avenue
36d. ZIP CODE: 33155
38b. DATE FILED BY REGISTRAR: DEC 05 2006

DEC 0 6 2006

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA ON THE FRONT, AND THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

FLORIDA DEPARTMENT OF HEALTH

DH FORM 1946 (08-04)

41021348    CERTIFICATION OF VITAL RECORD

IN THE CIRCUIT COURT FOR MIAMI-DADE COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF

LILY SABIO,

File Number 06-_____

Division  06-5439 CP 01

Deceased.

**LETTERS OF ADMINISTRATION**
Single Personal Representative

TO ALL WHOM IT MAY CONCERN

WHEREAS, LILY SABIO, a resident of Miami-Dade County, Florida, died on December 1, 2006, owning assets in the State of Florida, and

WHEREAS, JOHN SABIO has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare JOHN SABIO, to be duly qualified under the laws of the State of Florida to act as personal representative of the estate of LILY SABIO, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

FEB 0 9 2007

WITNESS my hand and the seal of this court this ____ day of _____, 2006.

Circuit Judge GERSTEIN
CIRCUIT JUDGE

ALL MONIES PAYABLE TO THE ESTATE SHALL BE PAID JOINTLY TO THE PERSONAL REPRESENTATIVE AND THE DEPOSITORY DESIGNATED BY THE COURT PURSUANT TO F.S. 69.031

THE APPORTIONMENT OF THE WRONGFUL DEATH SETTLEMENT MUST BE APPROVED BY THIS COURT

NO SALE OF ANY ASSETS WITHOUT SPECIAL ORDER OF COURT

THIS ESTATE MUST BE CLOSED WITHIN 12 MONTHS IF NOT CONTESTED.

INVENTORY SHALL BE FILED WITHIN 60 DAYS

THESE LETTERS DO NOT AUTHORIZE THE SALE, ENCUMBRANCE OR BORROWING OF ANY ASSETS WITHOUT SPECIAL ORDER OF THE COURT

THESE LETTERS DO NOT AUTHORIZE ENTRY INTO ANY SAFE DEPOSIT BOX WITHOUT FURTHER ORDER OF COURT

IN THE EVENT FLORIDA REAL REAL ESTATE IS SOLD, THE NET PROCEEDS OF SALE SHALL BE DEPOSITED IN A COURT ORDERED DEPOSITORY PER F.S. 69.031

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

Juan Manuel Sabio as Personal Representative
of the Estate of Lily Sabio,

CASE NO: 2:06-CV-294

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.
_____/

## ORDER GRANTING
### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO INCLUDE A COUNT FOR WRONGFUL DEATH

THIS CAUSE CAME BEFORE me to be heard on the _____ day of _____ on Plaintiff's Motion for Leave to Amend Complaint to Include a Count for Wrongful Death and the Court having been apprised of the facts therein it is hereby ordered and adjudged as follows:

THAT Plaintiff's motion be in the same is hereby granted.

ACCORDINGLY, Juan Manuel Sabio as personal representative of the Estate of Lily Sabio, is hereby substituted as the party Plaintiff in this case in place of Lily Sabio.

DONE AND ORDERED in Chambers, this _____ day of _____, 2007.

_____
Judge Eldon E. Fallon

Copies Furnished to:
Ellen M. Gregg, Esq.
Catherine Whitfield, Esq.
Wilfred P. Coronato, Esq.
Russ Herman, Esq.
Phillip A. Wittmann, Esq.
Dimitrios Mavrodis, Esq.
Susan Giamportone, Esq.