# EXHIBIT C

# Patient Information about VIOXX® (rofecoxib tablets and oral suspension) VIOXX® (pronounced "VI-ox") for Osteoarthritis, Rheumatoid Arthritis and Pain

Generic name: rofecoxib ("ro-fe-COX-ib")

You should read this information before you start taking VIOXX*. Also, read the leaflet each time you refill your prescription, in case any information has changed. This leaflet provides only a summary of certain information about VIOXX. Your doctor or pharmacist can give you an additional leaflet that is written for health professionals that contains more complete information. This leaflet does not take the place of careful discussions with your doctor. You and your doctor should discuss VIOXX when you start taking your medicine and at regular checkups.

**What is VIOXX?**

VIOXX is a nonsteroidal anti-inflammatory drug (NSAID) that is used to reduce pain and inflammation (swelling and soreness). VIOXX is available as a tablet or a liquid that you take by mouth.

VIOXX is a medicine for:

- relief of osteoarthritis (the arthritis caused by age-related "wear and tear" on bones and joints)
- relief of rheumatoid arthritis in adults
- management of acute pain in adults (like the short-term pain you can get after a dental or surgical operation)
- treatment of menstrual pain (pain during women's monthly periods).

**Who should not take VIOXX?**

Do not take VIOXX if you:

- have had an allergic reaction such as asthma attacks, hives, or swelling of the throat and face to aspirin or other NSAIDs (for example, ibuprofen and naproxen).
- have had an allergic reaction to rofecoxib, which is the active ingredient of VIOXX, or to any of its inactive ingredients. (See inactive ingredients at the end of this leaflet.)

**What should I tell my doctor before and during treatment with VIOXX?**

Tell your doctor if you are:

- pregnant or plan to become pregnant. VIOXX should not be used in late pregnancy because it may harm the fetus.
- breast-feeding or plan to breast-feed. It is not known whether VIOXX is passed through to human breast milk and what its effects could be on a nursing child.

Tell your doctor if you have:

- history of angina, heart attack or a blocked artery in your heart
- kidney disease
- liver disease
- heart failure
- high blood pressure
- had an allergic reaction to aspirin or other NSAIDs
- had a serious stomach problem in the past.

Tell your doctor about:

- any other medical problems or allergies you have now or have had.
- all medicines that you are taking or plan to take, even those you can get without a prescription.

Tell your doctor if you develop:

- serious stomach problems such as ulcer or bleeding symptoms (for instance, stomach burning or black stools, which are signs of possible stomach bleeding).
- unexplained weight gain or swelling of the feet and/or legs.
- skin rash or allergic reactions. If you have a severe allergic reaction, get medical help right away.

*Registered trademark of MERCK & CO., Inc.
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved.

**How should I take VIOXX?**

VIOXX should be taken once a day. Your doctor will decide what dose of VIOXX you should take and how long you should take it. You may take VIOXX with or without food.

**Can I take VIOXX with other medicines?**

Tell your doctor about all of the other medicines you are taking or plan to take while you are on VIOXX, even other medicines that you can get without a prescription. Your doctor may want to check that your medicines are working properly together if you are taking other medicines such as:

- warfarin (a blood thinner)
- theophylline (a medicine used to treat asthma)
- rifampin (an antibiotic)
- ACE inhibitors (medicines used for high blood pressure and heart failure)
- lithium (a medicine used to treat a certain type of depression).

VIOXX cannot take the place of aspirin for prevention of heart attack or stroke. If you are currently taking aspirin for this purpose, you should not discontinue taking aspirin without consulting your doctor.

**What are the possible side effects of VIOXX?**

Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included:

- Serious stomach problems, such as stomach and intestinal bleeding, can occur with or without warning symptoms. These problems, if severe, could lead to hospitalization or death. Although this happens rarely, you should watch for signs that you may have this serious side effect and tell your doctor right away.
- Heart attacks and similar serious events have been reported in patients taking VIOXX.
- Serious allergic reactions including swelling of the face, lips, tongue, and/or throat which may cause difficulty breathing or swallowing and wheezing occur rarely but may require treatment right away. Severe skin reactions have also been reported.
- Serious kidney problems occur rarely, including acute kidney failure and worsening of chronic kidney failure.
- Severe liver problems, including hepatitis, jaundice and liver failure, occur rarely in patients taking NSAIDs, including VIOXX. Tell your doctor if you develop symptoms of liver problems. These include nausea, tiredness, itching, tenderness in the right upper abdomen, and flu-like symptoms.

In addition, the following side effects have been reported: anxiety, confusion, decreased levels of sodium in the blood, depression, fluid in the lungs, hair loss, hallucinations, increased levels of potassium in the blood, low blood cell counts, palpitations, pancreatitis, tingling sensation, unusual headache with stiff neck (aseptic meningitis), vertigo.

More common, but less serious side effects reported with VIOXX have included the following:

Upper and/or lower respiratory infection and/or inflammation
Headache
Dizziness
Diarrhea
Nausea and/or vomiting
Heartburn, stomach pain and upset
Swelling of the legs and/or feet
High blood pressure
Back pain
Tiredness
Urinary tract infection.

These side effects were reported in at least 2% of osteoarthritis patients receiving daily doses of VIOXX 12.5 mg to 25 mg in clinical studies.

The side effects described above do not include all of the side effects reported with VIOXX. Do not rely on this leaflet alone for information about side effects. Your doctor or pharmacist can discuss with you a more complete list of side effects. Any time you have a medical problem you think may be related to VIOXX, talk to your doctor.

**What else can I do to help manage my arthritis pain?**

Talk to your doctor about:

- Exercise
- Controlling your weight
- Hot and cold treatments
- Using support devices.

**What else should I know about VIOXX?**

This leaflet provides a summary of certain information about VIOXX. If you have any questions or concerns about VIOXX, osteoarthritis, rheumatoid arthritis or pain, talk to your health professional. Your pharmacist can give you an additional leaflet that is written for health professionals.

Do not share VIOXX with anyone else; it was prescribed only for you. It should be taken only for the condition for which it was prescribed.

Keep VIOXX and all medicines out of the reach of children.

Inactive ingredients:

Oral suspension: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, sodium methylparaben, sodium propylparaben.

Tablets: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

MERCK & CO., Inc.
Whitehouse Station, NJ 08889, USA
Issued April 2002
9183905

# EXHIBIT D

### Earnings

| ($ in millions except per share amounts) | 2001 | Change | 2000 | Change | 1999 |
|---|---|---|---|---|---|
| Net income | $ 7,281.8 | +7% | $ 6,821.7 | +16% | $ 5,890.5 |
| As a % of sales | 15.3% | | 16.9% | | 18.0% |
| As a % of average total assets | 17.3% | | 17.9% | | 17.4% |
| Earnings per common share assuming dilution | $3.14 | +8% | $2.90 | +18% | $2.45 |

Net income was up 7% in 2001 and 16% in 2000. Net income as a percentage of sales was 15.3% in 2001 compared to 16.9% in 2000 and 18.0% in 1999. The decline in the ratio from 2000 is principally due to a higher growth rate in Merck-Medco's historically lower-margin business, offset in part by the lower growth in marketing and administrative expenses. Foreign currency exchange had a three percentage point unfavorable effect on the growth rate compared to a one percentage point unfavorable effect in 2000. The Company's effective income tax rate in 2001 was 30.0%, compared to 30.6% in 2000 and 31.7% in 1999. The higher effective tax rate in 1999 versus 2000 and 2001 primarily reflects the nondeductibility of the goodwill write-off recorded in 1999 resulting from the AstraZeneca merger. Net income as a percentage of average total assets was 17.3% in 2001, 17.9% in 2000 and 17.4% in 1999. Earnings per common share assuming dilution grew 8% in 2001, compared to 18% in 2000. In 2001 and 2000, earnings per common share assuming dilution increased at a faster rate than net income as a result of treasury stock purchases.

**Distribution of 2001 Sales and Equity Income**




### Environmental and Other Matters

The Company believes that it is in compliance in all material respects with applicable environmental laws and regulations. In 2001, the Company incurred capital expenditures of approximately $197.5 million for environmental protection facilities. Capital expenditures for this purpose are forecasted to exceed $500.0 million for the years 2002 through 2006. In addition, the Company's operating and maintenance expenditures for pollution control were approximately $88.7 million in 2001. Expenditures for this purpose for the years 2002 through 2006 are forecasted to approximate $520.0 million.

The Company is a party to a number of proceedings brought under the Comprehensive Environmental Response, Compensation and Liability Act, commonly known as Superfund, as well as under other federal and state statutes. The Company is also remediating environmental contamination resulting from past industrial activity at certain of its sites and has taken an active role in identifying and providing for these costs. In management's opinion, the liabilities for all environmental matters which are probable and reasonably estimable have been accrued. Expenditures for remediation and environmental liabilities were $34.2 million in 2001, and are estimated at $137.0 million for the years 2002 through 2006. These amounts do not consider potential recoveries from insurers or other parties. Although it is not possible to predict with certainty the outcome of these environmental matters, or the ultimate costs of remediation, management does not believe that any reasonably possible expenditures that may be incurred in excess of those provided should result in a materially adverse effect on the Company's financial position, results of operations, liquidity or capital resources for any year. (See Note 9 to the consolidated financial statements for further information.)

In June 2001, the Company received a notice from the Federal Trade Commission (FTC) advising the Company that the FTC had closed its investigation into pricing practices, which commenced in 1996. Merck has been advised by the U.S. Department of Justice that it is investigating marketing and selling activities of Merck and other pharmaceutical manufacturers. Merck will be working with the government to respond appropriately to informational requests.

In a continuing worldwide dispute between Merck and Pharmacia Corporation (Pharmacia) over competing claims to the patent rights to the class of compounds that include rofecoxib, the active ingredient in *Vioxx*, the federal district court in Washington, D.C., recently dismissed a Pharmacia claim for damages for Merck's sale of *Vioxx*. Pharmacia may seek an appeal of this decision. Merck has also received favorable decisions regarding the patent status of *Vioxx* from courts in the United Kingdom, Holland and Spain, while receiving no adverse decisions in any country. The Company also noted that a number of federal and state lawsuits, involving individual claims as well as purported class actions, have been filed against the Company with respect to *Vioxx*. Some of the lawsuits also name as defendants Pfizer Inc. and Pharmacia, which market a competing product. The lawsuits include allegations regarding gastrointestinal bleeding and cardiovascular events. The Company believes that these lawsuits are completely without merit and will vigorously defend them.

From time to time, generic manufacturers of pharmaceutical products file Abbreviated New Drug Applications (ANDAs) with the FDA seeking to market generic forms of Company products prior to the expiration of relevant patents owned by the Company. Generic pharmaceutical manufacturers have submitted ANDAs to the FDA seeking to market in the U.S. a generic form of *Fosamax* (alendronate) and *Prilosec* (omeprazole) prior to the expiration of the Company's (and AstraZeneca's in the case of *Prilosec*) patents concerning these products. The generic companies' ANDAs include allegations of non-infringement, invalidity and unenforceability of the patents. One manufacturer has received FDA approval to market a generic form of *Prilosec*. The Company has filed patent infringement suits in federal court against companies filing ANDAs for generic alendronate, and AstraZeneca and the Company have filed patent infringement suits in federal court against companies filing ANDAs for

# EXHIBIT E

10kWIZARD
SEC POWER SEARCH

# FORM 8-K

## MERCK &CO INC - mrk

**Filed: January 23, 2001 (period: January 23, 2001)**

Report of unscheduled material events or corporate changes.

# Table of Contents

ITEM 7. FINANCIAL STATEMENTS AND EXHIBITS

ITEM 9. REGULATION FD DISCLOSURE

SIGNATURES
EXHIBIT INDEX
EX-99.A

EX-99.B

1

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

FORM 8-K

CURRENT REPORT
Pursuant to Section 13 or 15(d) of
the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported) January 23, 2001

MERCK & CO., INC.
(Exact Name of Registrant as Specified in Its Charter)

NEW JERSEY
(State or Other Jurisdiction of Incorporation)

| | |
|---|---|
| 1-3305 | 22-1109110 |
| (Commission File Number) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| ONE MERCK DRIVE, PO BOX 100, WHITEHOUSE STATION, NJ | 08889-0100 |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's telephone number, including area code (908) 423-1000

ITEM 7. FINANCIAL STATEMENTS AND EXHIBITS

(c) EXHIBITS

| | | |
|---|---|---|
| Exhibit 99(a) | Press release issued January 23, 2001 regarding earnings for fourth quarter | Filed with this document |
| Exhibit 99(b) | Certain supplemental information not included in the press release | Filed with this document |

ITEM 9. REGULATION FD DISCLOSURE

Incorporated by reference is a press release issued by the Registrant on January 23, 2001, attached as Exhibit 99(a). Also incorporated by reference is certain supplemental information not included in the press release, attached as Exhibit 99(b).

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

MERCK & CO., Inc.

Date: January 23, 2001

By: /S/ DEBRA A. BOLLWAGE

DEBRA A. BOLLWAGE
Assistant Secretary

EXHIBIT INDEX

| EXHIBIT NUMBER | DESCRIPTION |
| --- | --- |
| 99(a) | Press release issued January 23, 2001 regarding earnings for fourth quarter |
| 99(b) | Certain supplemental information not included in the press release |



</TEXT>
</DOCUMENT>

1

Exhibit 99(a)

Press Contact: Greg Reaves
(908) 423-6022

Investor Contact: Laura Jordan
(908) 423-5185

MERCK'S EARNINGS PER SHARE INCREASED 18% FOR 2000, DRIVEN BY THE STRONG MOMENTUM OF FIVE KEY PRODUCTS

WHITEHOUSE STATION, N.J., January 23, 2001 -- Merck & Co., Inc. today announced that earnings per share for 2000 were $2.90, an increase of 18% over 1999. Net income grew 16% to $6,821.7 million, fueled by a 23% sales increase to $40.4 billion, for the year.

For the fourth quarter of 2000, earnings per share were $0.75, up 14% over the fourth quarter of 1999. Fourth quarter net income increased 12% to $1,764.4 million driven by sales of $11.5 billion, up 28% over the same period last year.

"Income growth for the quarter and the year reflects strong worldwide sales volume gains, as well as manufacturing productivity improvements," said Raymond V. Gilmartin, chairman, president and chief executive officer. "These gains helped fund our ongoing research and development programs and promotional campaigns in support of our key products."

Sales volume growth was driven by the Company's human health products, which increased 11% and 16% for the fourth quarter and year, respectively, and the Merck-Medco Managed Care business. Sales outside of the United States accounted for 36% of the Company's human health sales for the year. Foreign exchange reduced the human health sales growth for the fourth quarter by four percentage points and by two percentage points for the year.

- more -

"Our results reflect the strength of our growth strategy," Mr. Gilmartin said. "Our five key products, VIOXX, ZOCOR, COZAAR/HYZAAR*, FOSAMAX and SINGULAIR, drove Merck's performance for the year and created a powerful platform for growth." These products accounted for 57% of Merck's worldwide human health sales for 2000 and 61% for the fourth quarter.

"Each of the five medicines offers unique competitive advantages," Mr. Gilmartin said. VIOXX, a once-a-day medicine, is the only COX-2 indicated in the United States both for osteoarthritis and acute pain. Since its extraordinarily successful 1999 launch, VIOXX has become the world's fastest growing branded prescription arthritis medicine, and it is already Merck's second largest-selling medicine. In the United States, VIOXX now accounts for approximately 50 percent of new prescriptions in the COX-2 class, despite being second to market in this class in the United States. VIOXX achieved $2.2 billion in sales for the full year 2000, with $700 million in the fourth quarter.

A Food and Drug Administration (FDA) Advisory Committee meeting is scheduled for Feb. 8 to review labeling changes Merck has requested based on the strong results of the VIGOR Study. This 8,000-patient gastrointestinal outcomes research study, in which VIOXX reduced the risk of serious gastrointestinal complications by half compared to the NSAID naproxen, was published in November in THE NEW ENGLAND JOURNAL OF MEDICINE. Another study, presented in November, showed that VIOXX significantly reduced moderate-to-severe acute pain after dental surgery to a greater degree compared to codeine combined with acetaminophen.

ZOCOR, Merck's cholesterol-modifying medicine, is showing continued strong growth, based on the product's demonstrated ability to act favorably on ALL major lipid parameters - HDL, LDL and triglycerides. ZOCOR has benefited from an increased interest in the scientific community about the role that HDL plays in protecting against cardiovascular events. Worldwide sales reached $1.5 billion for the fourth quarter, up 14% over the same period in 1999.

-more-

*COZAAR and HYZAAR are registered trademarks of E.I. DuPont de Nemours & Company, Wilmington, DE, USA.

In the United States, the market for "statin" medicines is expanding at almost 20% a year, primarily from products such as ZOCOR that can significantly affect cholesterol levels at the starting dose. Merck continues its consumer and education awareness efforts in the United States because more than half of the people who should be taking cholesterol medicines are still untreated.

COZAAR and HYZAAR maintain strong leadership in a class of highly effective and well-tolerated high blood pressure medicines called angiotensin II antagonists (AIIAs). Sales for the two products were $530 million for this quarter, a 29% increase over 1999 fourth quarter sales. Physicians continue to gain confidence in these products, prescribing them for more than 7 million patients worldwide. This broad acceptance makes COZAAR and HYZAAR the world's most widely prescribed drugs in their class.

FOSAMAX, the leading product worldwide for the treatment and prevention of postmenopausal osteoporosis, continues to outperform the competition because it is the only osteoporosis medicine indicated and consistently proven to reduce the incidence of fractures of the hip as well as the spine. Sales totaled $315 million this quarter, 9% over the same quarter in 1999.

Merck continues to strengthen the competitive advantage of FOSAMAX through its recent introduction of the unique once-weekly formulation. Regulatory approvals for FOSAMAX once weekly continue in all parts of the world, including Australia, Korea and the United Kingdom. In countries where it has been launched, such as in the United States and Mexico, sales of the once-weekly formulation have risen rapidly because of its convenient regimen.

-more-

SINGULAIR, Merck's once-a-day leukotriene-antagonist, is one of the top-selling asthma controllers worldwide. Sales for this quarter were $245 million, up 44% compared to the same quarter in 1999. Advantages enabling SINGULAIR to approach market leadership in the United States include that it can be used in children as young as 2, is not a steroid and that it may improve compliance because it is an oral rather than an inhaled medication.

The FDA Antiviral Advisory Committee on Jan. 10 unanimously recommended approval of CANCIDAS, Merck's investigational intravenous antifungal medicine, for the treatment of invasive aspergillosis in patients who did not respond to or were intolerant of other antifungal therapies. (The recommendations of the Advisory Committee are not binding on the FDA.)

Merck-Medco continued its strong performance in 2000, bolstering its position as the nation's most successful pharmacy benefit manager. The addition of the UnitedHealthcare Group contract, with 10 million clients, and the acquisition of ProVantage with its 5 million lives helped fuel Merck-Medco's growth. For the year, the volume of prescriptions handled increased 22 percent to more than 450 million and drug spend increased 29 percent to $23 billion. Merckmedco.com continues its success: it now processes more than 110,000 prescriptions per week and its total prescription sales exceed those of all of the other major online pharmacies combined.

In commenting on its outlook for 2001, the Company reiterates that it is comfortable with the First Call range of analysts' earnings per share estimates of $3.15 to $3.25. Merck initially reported this guidance on Dec. 12, 2000, in a press release for the Company's Annual Business Briefing.

Investors are invited to listen to a live webcast of Merck's fourth-quarter earnings conference call today at 9 a.m., EST, by visiting Merck's corporate website www.merck.com. The call will be available for replay on the Merck website until Feb. 6, 2001.

-more-

Merck & Co., Inc. is a leading research-driven pharmaceutical products and services company. Merck discovers, develops, manufactures and markets a broad range of innovative products to improve human and animal health, directly and through its joint ventures. Merck-Medco Managed Care manages pharmacy benefits for employers, insurers and other plan sponsors, encouraging the appropriate use of medicines and providing disease management programs. Through these complementary capabilities, Merck works to improve quality of life and contain overall health-care costs.

This press release contains "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995. No forward-looking statement can be guaranteed, and actual results may differ materially from those projected. We undertake no obligation to publicly update any forward-looking statement, whether as a result of new information, future events, or otherwise. Forward-looking statements in this document should be evaluated together with the many uncertainties that affect our businesses, particularly those mentioned in the cautionary statements in Item 1 of our Form 10-K for the year ended Dec. 31, 1999, and in our periodic reports on Form 10-Q and Form 8-K (if any) which we incorporate by reference.

-more-

The following tables show the financial results for Merck & Co., Inc. and subsidiaries for the quarter and the twelve months ended December 31, 2000, compared with the corresponding periods of the prior year.

| | (In Millions Except Earnings per Common Share) Quarter Ended December 31 | | |
|---|---|---|---|
| | 2000 | 1999 | % CHANGE |
| Sales | $11,467.3 | $8,963.4 | +28% |
| Costs, Expenses and Other | | | |
| Materials and production | 6,570.6 | 4,644.0 | +41%* |
| Marketing and Administrative | 1,774.1 | 1,588.6 | +12% |
| Research and development | 662.4 | 627.9 | + 5% |
| Equity income from affiliates | (145.5) | (180.4) | -19% |
| Other (income) expense, net | 94.6 | 71.9 | |
| Income Before Taxes | 2,511.1 | 2,211.4 | +14% |
| Taxes on Income | 746.7 | 638.2 | |
| Net Income | 1,764.4 | 1,573.2 | +12% |
| Basic Earnings per Common Share | $0.77 | $0.68 | +13% |
| Earnings per Common Share Assuming Dilution | $0.75 | $0.66 | +14% |
| Average Shares Outstanding | 2,304.8 | 2,334.6 | |
| Average Shares Outstanding Assuming Dilution | 2,355.8 | 2,387.5 | |

* The increase in materials and production costs for both the three and 12 months ending Dec. 31, 2000, is primarily driven by growth in the Merck-Medco business.

-more-

7

(In Millions Except Earnings per Common Share)
12 Months Ended December 31

| | 2000 | 1999 | % CHANGE |
|---|---|---|---|
| Sales | $40,363.2 | $32,714.0 | +23% |
| Costs, Expenses and Other | | | |
| Materials and production | 22,443.5 | 17,534.2 | +28%* |
| Marketing and administrative | 6,167.7 | 5,199.9 | +19% |
| Research and development | 2,343.8 | 2,068.3 | +13% |
| Acquired Research | -- | 51.1 | |
| Equity income from affiliates | (764.9) | (762.0) | -- |
| Other (income) expense, net | 349.0 | 3.0 | |
| Income Before Taxes | 9,824.1 | 8,619.5 | ** |
| Taxes on Income | 3,002.4 | 2,729.0 | |
| Net Income | 6,821.7 | 5,890.5 | +16% |
| Basic Earnings per Common Share | $2.96 | $2.51 | +18% |
| Earnings per Common Share Assuming Dilution | $2.90 | $2.45 | +18% |
| Average Shares Outstanding | 2,306.9 | 2,349.0 | |
| Average Shares Outstanding Assuming Dilution | 2,353.2 | 2,404.6 | |

* The increase in materials and production costs for both the three and 12 months ending Dec. 31, 2000, is primarily driven by growth in the Merck-Medco business.

** Normalized for one-time events occurring in 1999 and 2000, growth of "Income Before Taxes" for the twelve months ended December 31, 2000 was 17%.

# # #

</TEXT>
</DOCUMENT>

1 EXHIBIT 99(b)

MERCK & CO., INC.
PRODUCT SALES DETAIL

4Q '00 vs. 4Q '99

| PRODUCT | TOTAL % CHG | TOTAL $ | U.S. % CHG | U.S. $ | FOREIGN % CHG | FOREIGN $ |
|---|---|---|---|---|---|---|
| VIOXX | N/M | $ 700 | N/M | $ 570 | N/M | $ 130 |
| VASOTEC / VASERETIC | -44% | 330 | -73% | 65 | -23% | 265 |
| PRINIVIL / PRINZIDE | 26% | 240 | 30% | 215 | 0% | 25 |
| COZAAR / HYZAAR | 29% | 530 | 47% | 265 | 15% | 265 |
| MEVACOR | -7% | 125 | 0% | 105 | -33% | 20 |
| ZOCOR | 14% | 1,460 | 27% | 970 | -5% | 490 |
| AGGRASTAT | 20% | 30 | 25% | 25 | 0% | 5 |
| SINGULAIR | 44% | 245 | 46% | 190 | 38% | 55 |
| MAXALT | 38% | 55 | 33% | 40 | 50% | 15 |
| PROPECIA | -10% | 45 | 0% | 25 | -20% | 20 |
| PROSCAR | 4% | 125 | 8% | 65 | 0% | 60 |
| PRIMAXIN | 0% | 155 | 0% | 50 | 0% | 105 |
| PEPCID | 2% | 240 | 2% | 220 | 0% | 20 |
| FOSAMAX | 9% | 315 | 11% | 210 | 5% | 105 |
| CRIXIVAN/STOCRIN | -29% | 120 | -15% | 55 | -38% | 65 |
| TIMOPTIC/TIMOPTIC XE | -24% | 65 | 0% | 20 | -31% | 45 |
| TRUSOPT/COSOPT | 0% | 100 | 0% | 45 | 0% | 55 |
| HEPATITIS VACCINES | 0% | 75 | 0% | 70 | 0% | 5 |
| VIRAL VACCINES | 5% | 115 | 0% | 105 | N/M | 10 |
| OTHER VACCINES | 0% | 30 | N/M | 25 | N/M | 5 |

NOTE: Product sales rounded to the nearest $5 million.

N / M - Not Meaningful

MERCK & CO., INC.
PRODUCT SALES DETAIL

FULL YEAR 2000 vs. FULL YEAR 1999

| PRODUCT | TOTAL % CHG | TOTAL $ | U.S. % CHG | U.S. $ | FOREIGN % CHG | FOREIGN $ |
|---|---|---|---|---|---|---|
| VIOXX | N/M | $2,160 | N/M | $1,745 | N/M | $ 415 |
| VASOTEC / VASERETIC | -22% | 1,790 | -28% | 705 | -18% | 1,085 |
| PRINIVIL / PRINZIDE | 32% | 1,075 | 35% | 965 | 10% | 110 |
| COZAAR / HYZAAR | 24% | 1,715 | 24% | 770 | 24% | 945 |
| MEVACOR | -13% | 520 | -11% | 425 | -21% | 95 |
| ZOCOR | 17% | 5,280 | 30% | 3,410 | 0% | 1,870 |
| AGGRASTAT | 63% | 130 | 54% | 100 | N/M | 30 |
| SINGULAIR | 72% | 860 | 76% | 670 | 58% | 190 |
| MAXALT | 81% | 190 | 81% | 145 | 80% | 45 |
| PROPECIA | 5% | 195 | 0% | 95 | 11% | 100 |
| PROSCAR | 6% | 470 | 15% | 230 | -2% | 240 |
| PRIMAXIN | 5% | 605 | 3% | 180 | 6% | 425 |
| PEPCID | -7% | 850 | -5% | 775 | -17% | 75 |
| FOSAMAX | 22% | 1,275 | 27% | 880 | 13% | 395 |
| CRIXIVAN/STOCRIN | -20% | 530 | -21% | 210 | -20% | 320 |
| TIMOPTIC/TIMOPTIC XE | -14% | 255 | -18% | 70 | -12% | 185 |
| TRUSOPT/COSOPT | 11% | 365 | 10% | 170 | 11% | 195 |
| HEPATITIS VACCINES | 15% | 345 | 17% | 315 | 0% | 30 |
| VIRAL VACCINES | 6% | 520 | 5% | 485 | 17% | 35 |
| OTHER VACCINES | 14% | 80 | 38% | 55 | 0% | 25 |

NOTE: Product sales rounded to the nearest $5 million.
N / M - Not Meaningful

3

MERCK & CO., INC.
FOURTH QUARTER

| | 4Q '00 | 4Q '99 | % CHG. |
|---|---|---|---|
| TOTAL SALES | $ 11,467.3 | $ 8,963.4 | 28% |
| TOTAL COSTS, EXPENSES, &OTHER | $ 8,956.2 | $ 6,752.0 | |
| Materials &Production | 6,570.6 | 4,644.0 | |
| Marketing &Administrative | 1,774.1 | 1,588.6 | |
| Research &Development | 662.4 | 627.9 | |
| Equity Income From Affiliates | (145.5) | (180.4) | |
| Other (Income)/Expense, Net | 94.6 | 71.9 | |
| PRE-TAX INCOME | $ 2,511.1 | $ 2,211.4 | |
| TAXES | $ 746.7 | $ 638.2 | |
| TAX RATE | 29.7% | 28.9% | |
| NET INCOME | $ 1,764.4 | $ 1,573.2 | 12% |
| EPS - ASSUMING DILUTION | $ 0.75 | $ 0.66 | 14% |
| AVG. # SHARES - ASSUMING DILUTION | 2,355.8 | 2,387.5 | |

| | 4Q '00 | % CHG. | VOL | PX | FX |
|---|---|---|---|---|---|
| TOTAL SALES | $11,465 | 28% | 24 | 6 | -2 |
| Total U.S. and Foreign Sales | 5,400 | 11% | 14 | 1 | -4 |
| U.S | 3,500 | 20% | 17 | 3 | 0 |
| Foreign | 1,900 | -3% | 9 | -1 | -11 |
| Other Medco Sales | 6,065 | 48% | | | |

MERCK & CO., INC.
FULL YEAR

| | 2000 | 1999 | % CHG. |
|---|---|---|---|
| TOTAL SALES | $ 40,363.2 | $ 32,714.0 | 23% |
| TOTAL COSTS, EXPENSES, &OTHER | $ 30,539.1 | $ 24,094.5 | |
| Materials &Production | 22,443.5 | 17,534.2 | |
| Marketing &Administrative | 6,167.7 | 5,199.9 | |
| Research &Development | 2,343.8 | 2,068.3 | |
| Acquired Research | -- | 51.1 | |
| Equity Income From Affiliates | (764.9) | (762.0) | |
| Other (Income)/Expense, Net | 349.0 | 3.0 | |
| PRE-TAX INCOME | $ 9,824.1 | $ 8,619.5 | |
| TAXES | $ 3,002.4 | $ 2,729.0 | |
| TAX RATE | 30.6% | 31.7% | |
| NET INCOME | $ 6,821.7 | $ 5,890.5 | 16% |
| EPS - ASSUMING DILUTION | $ 2.90 | $ 2.45 | 18% |
| AVG. # SHARES - ASSUMING DILUTION | 2,353.2 | 2,404.6 | |

| | 2000 | % CHG. | VOL | PX | FX |
|---|---|---|---|---|---|
| TOTAL SALES | $40,365 | 23% | 20 | 4 | -1 |
| Total U.S. and Foreign Sales | 20,225 | 16% | 19 | -1 | -2 |
| U.S | 12,935 | 23% | 24 | -1 | 0 |
| Foreign | 7,290 | 5% | 10 | -1 | -4 |
| Other Medco Sales | 20,140 | 32% | | | |

5

MERCK & CO., INC.
OTHER FINANCIAL DISCLOSURES
FOURTH QUARTER
2000

OTHER (INCOME)/EXPENSE, NET

| | 4Q '00 | 4Q '99 | 2000 | 1999 |
|---|---|---|---|---|
| INTEREST INCOME | $ (144.2) | $ (100.6) | $ (470.6) | $ (364.7) |
| INTEREST EXPENSE | 129.3 | 97.6 | 484.4 | 316.9 |
| EXCHANGE (GAINS)/LOSSES | (2.5) | (8.4) | (34.4) | (27.2) |
| MINORITY INTERESTS | 77.9 | 53.8 | 308.7 | 222.3 |
| AMORTIZATION OF GOODWILL AND INTANGIBLES | 81.0 | 78.4 | 319.1 | 317.4 |
| Other, net | (46.9) | (48.9) | (258.2) | (461.7) |
| TOTAL | $ 94.6 | $ 71.9 | $ 349.0 | $ 3.0 |

JOINT VENTURE SALES DETAIL
All sales reported here are end-market JV sales, presented on a "NET" basis, rounded to the nearest $5 million.

| MERIAL | 4Q '00 | 4Q '99 | 2000 | 1999 |
|---|---|---|---|---|
| IVOMEC, HEARTGARD, other avermectins | $ 130 | $ 135 | $ 535 | $ 565 |
| FRONTLINE | 70 | 45 | 345 | 315 |
| Biologicals | 80 | 90 | 320 | 340 |
| Other Animal Health | 45 | 65 | 195 | 230 |
| Poultry Genetics | 50 | 55 | 215 | 230 |
| TOTAL MERIAL SALES | $ 375 | $ 390 | $1,610 | $1,680 |

| AVENTIS PASTEUR-MSD | 4Q '00 | 4Q '99 | 2000 | 1999 |
|---|---|---|---|---|
| HEPATITIS VACCINES | $ 25 | $ 40 | $135 | $160 |
| VIRAL VACCINES | 10 | 20 | 45 | 70 |
| Other Vaccines | 100 | 90 | 360 | 335 |
| TOTAL PM-MSD SALES | $135 | $150 | $540 | $565 |

TOTAL MEDCO PRESCRIPTION/CLAIMS VOLUME (IN MILLIONS)

| | 2000 | 1999 | % CHG |
|---|---|---|---|
| FIRST QUARTER | 99 | 94 | 5% |
| SECOND QUARTER | 98 | 91 | 8% |
| THIRD QUARTER | 120 | 90 | 33% |
| FOURTH QUARTER | 135 | 97 | 39% |
| YEAR TO DATE | 452 | 372 | 22% |

</TEXT>
</DOCUMENT>

Created by 10KWizard Technology www.10KWizard.com