UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION

LILY SABIO,

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.
_____/

MDL NO: 1657
SECTION: L

CASE NO: 2:06-CV-00404-EEF-DEK

### MOTION FOR SUBSTITUTION OF PARTIES
### PURSUANT TO F.R.C.P. RULE 25(a)(1)

COMES NOW, JUAN MANUEL SABIO as Personal Representative of the Estate of LILY SABIO by and through the undersigned counsel and, pursuant to F.R.C.P. Rule 25(a)(1), files this Motion for Substitution of Parties and states as follows:

1. The lawsuit in this cause was filed on November 7, 2005.

2. Plaintiff died on December 1, 2006.

3. That counsel for Plaintiff, LILY SABIO, has filed a Suggestion of Death.

4. That pursuant to the above, Plaintiff hereby requests that JUAN MANUEL SABIO, as the Personal Representative of the Estate of LILY SABIO be substituted as party Plaintiff.

WHEREFORE, Plaintiff respectfully requests this Honorable Court issue an Order substituting the Personal Representative of the Estate of LILY SABIO as and for party Plaintiff in this action.

I HEREBY CERTIFY that a copy of the foregoing Motion for Substitution of Parties has been furnished by certified mail, return receipt requested, this ____ day of April 2007 to Ellen M. Gregg, Esq., Wamble Carlyle Sundridge & Rice, PLC, 301 N. Main Street, Suite 300,

Winston-Salem, NC 27101 and Catherine Whitfield, Esq., Squire Sanders & Dempsey L.L.P., 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Fl. 33401-6198, Wilfred P. Coronato, Hughes Hubbard & Reed, LLP., 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, Russ Herman, and Phillip A Wittmann, Stone, Pigman Walther, Wittmann, 546 Carondelet Street, New Orleans, LA 70130, Dimitrios Mavroudis, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone, Wamble Carlyle, Sundridge & Rice, PLC.

        LAW OFFICES OF ROBERT J.. FENSTERSHEIB, P.A.
        Florida Bar No. 307300
        Attorneys for Plaintiff
        520 W. Hallandale Beach Blvd.
        Hallandale, Florida 33009
        Telephone: Broward (954) 456-2488
        Dade (305) 945-3630
        Fax: (954) 456-2588
        E-mail: RJF@Fenstrsheiblaw.com

By: _____
        ROBERT J. FENSTERSHEIB, ESQ.
        Fla. Bar No. 307300

/SI

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

LILY SABIO,

CASE NO: 2:06-CV-00404-EEF-DEK

      Plaintiff,

v.

MERCK & CO., INC.,

      Defendant.
_____/

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

THIS CAUSE CAME BEFORE me to be heard on the __ day of ___ on Plaintiff's Motion for Substitution of Parties and the Court having been apprised of the facts therein it is hereby ordered and adjudged as follows:

THAT Plaintiff's motion be in the same is hereby granted.

ACCORDINGLY, Juan Manuel Sabio as personal representative of the Estate of Madeline Riehl, is hereby substituted as the party Plaintiff in this case in place of Lily Sabio.

DONE AND ORDERED in Chambers, this __ day of _____, 2007.

_____
Judge Eldon E. Fallon

Copies Furnished to:
Ellen M. Gregg, Esq.
Catherine Whitfield, Esq.
Wilfred P. Coronato, Esq.
Russ Herman, Esq.
Phillip A. Wittmann, Esq.
Dimitrios Mavrodis, Esq.
Susan Giamportone, Esq.