IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>Section L |
| This Document Relates to: | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |
| MISTY LIGIER, individually and as Successor-In-Interest for the ESTATE OF CHRIS PETERS | |
| **CASE NO. 02:05cv1239** | |

## STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiff, MISTY LIGIER, individually and as Successors-In-Interest of the Estate of Chris Peters, ("Plaintiff"), and Defendant, Merck & Company, Inc., ("Merck"), hereby stipulates to a dismissal without prejudice of Plaintiff's claim in the instant lawsuit against Merck, subject to the following conditions:

1. Plaintiff, MISTY LIGIER, agrees that, in the event she refiles a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff, MISTY LIGIER, further agrees that in the even she refiles such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Marketing, Sales Practices and products Liability Litigation* (MDL No. 1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is to specific to a particular plaintiff, can be used in any such lawsuit refiled by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff, MISTY LIGIER, agrees to the above-stated conditions and wishes to dismiss her claim in the instant lawsuit without prejudice to refiling. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiff's counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claim of Plaintiff, MISTY LIGIER, in the above-styled lawsuit without prejudice to refiling, subject to the conditions stated above.

Respectfully Submitted by:

Dated: March 30, 2007

_____
Mark P. Robinson, Jr., Esq., SBN 054426
Carlos A. Prietto, III, Esq., SBN 166410
Ted B. Wacker, Esq., SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

Attorneys for Plaintiff,
MISTY LIGIER

Dated: April 4, 2007

_____
Gary Yunchian Chen, Esq.
Michael K. Brown, Esq.
Thomas J. Yoo, Esq.
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
Fax: (213) 457-8080

Phillip A. Wittmann, SBN 13625
Dorothy H. Wimberly, SBN 18509
Carmelite M. Bertaut, SBN 3054
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of April, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel