## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & | * | MDL No. 1657 |
| Products Liability Litigation | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| This Document Relates to: | * | |
| Walter J. Hintz, et al. v. Merck & Co, Inc., | * | |
| Case No. 2:05-cv-342 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Walter J. Hintz and Margel Hintz, and Defendant, Merck & Co., Inc. ("Merck"),[1] hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice and without costs of the above-styled lawsuit, subject to the following conditions:

1.    Walter J. Hintz and Margel Hintz agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx, such lawsuit will be filed in a United States District court; and

2.    Walter J. Hintz and Margel Hintz further agree that in the event they re-file such lawsuit, and discovery that has taken place or will take place *In re Vioxx Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United Stated District Court for the Eastern District of Louisiana, and that it is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Walter J. Hintz and Margel Hintz, as

---

[1] Defendant, Merck & Co., Inc., also d/b/a Merck, Sharpe and Dohme and d/ab/a MSD Sharpe & Dohme GmbH.

1

though Walter J. Hintz and Margel Hintz had been a party and had had an

opportunity to participate in that discovery.

Walter J. Hintz and Margel Hintz agree to the above-stated conditions and wish to

dismiss the instant lawsuit without prejudice to re-filing.  There are no counterclaims or

third-party claims.  The parties submit a proposed Order of Dismissal for the Court's

consideration.

Kevin R. Martin (State Bar # 1040048)
CANNON & DUNPHY, S.C.
595 North Barker Road
P. O. Box 1750
Brookfield, WI 53008-1750

ATTORNEYS FOR PLAINTIFFS

Todd M. Weir (State Bar #1010442)
OTJEN, VAN ERT & WEIR, S.C.
700 North Water Street
Suite 800
Milwaukee, WI 53202

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without

Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail

and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the

same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that

the foregoing was electronically filed with the Clerk of Court of the United States District Court

for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of

April, 2007.

>                    */s/ Dorothy H. Wimberly*
>                    Dorothy H. Wimberly, 18509
>                    STONE PIGMAN WALTHER
>                    WITTMANN L.L.C.
>                    546 Carondelet Street
>                    New Orleans, Louisiana  70130
>                    Phone:  504-581-3200
>                    Fax:     504-581-3361
>                    dwimberly@stonepigman.com
>
>                    Defendants' Liaison Counsel