UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: *Maxine* | * | |
| *Beauchamp v. Merck & Co., Inc.*, No. | * | MAGISTRATE |
| 2:05-cv-05069 | * | JUDGE KNOWLES |
| | * | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the above-styled lawsuit be and it hereby is dismissed with prejudice, each party to bear its own costs and attorneys' fees

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

858861v.1
866988v.1