IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| This document relates to: | Plaintiff: Kenneth Ray Baldwin |
| Myrtle Louise Bell, et al v. Merck | |
| Civil Action No: 2:05-cv-0546 | |

THE LANIER LAW FIRM'S MOTION TO
WITHDRAW AND SUBSTITUTE WILLIAMSON & RUSNAK
AS COUNSEL OF RECORD

COME NOW, The Lanier Law Firm, who respectfully file this, their Motion to Withdraw and Substitute Williamson & Rusnak as Counsel of Record, as to Plaintiff Kenneth Ray Baldwin, and in support of said Motion would show this Honorable Court as follows:

1.   The Lanier Law Firm was retained by Plaintiff Kenneth Ray Baldwin to pursue his claims for injuries sustained as a result of his ingestion of the prescription drug Vioxx®.

2.   The Lanier Law Firm originally filed a lawsuit on Plaintiff's behalf in District Court in Brazoria County, Texas under *Myrtle L. Bell v. Merck & Co., Inc.* That lawsuit was later transferred to the United States District Court for the Eastern District of Louisiana for inclusion in MDL No. 1657.

3.   Plaintiff has advised The Lanier Law Firm that he is terminating the attorney-client relationship and has found new counsel.

4.   The Lanier Law Firm and Plaintiff have agreed that they will terminate the attorney-

client relationship because of the aforementioned issue. The Lanier Law Firm has forwarded Plaintiff's entire file to Williamson & Rusnak and advised them of all pertinent information; there is no prejudice to any party in granting said motion.

5. The Lanier Law Firm and Plaintiff have agreed to this motion and now request that the law firm of Williamson & Rusnak be substituted as attorneys in charge for Plaintiff Kenneth Ray Baldwin.

6. The pertinent information for Williamson & Rusnak, including office address, telephone number and fax number is as follows:

> Williamson & Rusnak
> 4310 Yoakum Boulevard
> Houston, Texas 77006
> 713/223-3330
> Facsimile: 713/223-0001

7. FOR THESE REASONS, The Lanier Law Firm requests that this Court grant its Motion to Withdraw and Substitute the law firm of Williamson & Rusnak as attorneys in charge for Plaintiff, Kenneth Ray Baldwin.

> Respectfully submitted,
>
> THE LANIER LAW FIRM
>
> /s/  W. Mark Lanier
> W. Mark Lanier (11934600)
> 6810 FM 1960 West
> Houston, Texas 77069
> Telephone:   713/659-5200
> Facsimile:   713/659-2204
>
> **ATTORNEYS WITHDRAWING FOR**
> **PLAINTIFF KENNETH RAY BALDWIN**

WILLIAMSON & RUSNAK

/s/   *Jimmy Williamson*
Jimmy Williamson, Bar No. TX21624100
4310 Yoakum
Houston, Texas 77006
Telephone:    713/223-3330
Facsimile:     713/223-0001
jimmy@jimmywilliamson.com

**ATTORNEYS SUBSTITUTING FOR
PLAINTIFF KENNETH RAY BALDWIN**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw and Substitute Williamson & Rusnak as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail, Certified Mail, R.R.R. and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on the 26th day of April, 2007.

WILLIAMSON & RUSNAK

/s/   *Jimmy Williamson*
Jimmy Williamson, Bar No. TX21624100
4310 Yoakum
Houston, Texas 77006
Telephone:    713/223-3330
Facsimile:     713/223-0001
jimmy@jimmywilliamson.com

**ATTORNEYS SUBSTITUTING FOR
PLAINTIFF KENNETH RAY BALDWIN**