IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| This document relates to: | Plaintiff: Kenneth Ray Baldwin |
| Myrtle Louise Bell, et al v. Merck | |
| Civil Action No: 2:05-cv-0546 | |

## **ORDER**

IT IS ORDERED that The Lanier Law Firm's Motion to Withdraw and Substitute Williamson & Rusnak as Counsel of Record as to Plaintiff Kenneth Ray Baldwin is **GRANTED** and The Lanier Law Firm's Motion to Withdraw and Substitute Williamson & Rusnak as Counsel of Record is hereby deemed as filed.

New Orleans, Louisiana, this the _____ day of _____, 2007.

_____
Honorable Eldon E. Fallon
United States District Court Judge.