**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS | : | MDL Docket No. 1657 |
|     LIABILITY LITIGATION | : | |
| | : | PLAINTIFFS: |
| THIS DOCUMENT RELATES TO: | : | |
| | : | Isabel B. Cummings and Ernest J. |
| Case No.   2:06-cv-1927 | : | Cummings, now deceased |
| | : | |
| | : | |

**SUGGESTION OF DEATH AND MOTION**
**FOR SUBSTITUTION OF PARTIES**

Come now the Plaintiffs, by and through their attorneys, pursuant to Fed. R. Civ. P. 25, and for their Suggestion of Death and Motion for Substitution of Parties, state as follows:

1. That on or about December 10, 2006, Plaintiff, Ernest J. Cummings, died. By order dated March 28, 2007, a copy of which is attached hereto as Exhibit A, Larry E. Cummings was appointed Executor of the Estate of Ernest J. Cummings.

2. That on or about April 8, 2007, Plaintiff, Isabel B. Cummings, died. By order dated April 18, 2007, a copy of which is attached hereto as Exhibit B, Larry E. Cummings was appointed Executor of the Estate of Isabel B. Cummings.

3. That the causes of action asserted herein were not extinguished by the deaths of Ernest J. Cummings and Isabel B. Cummings, and that Larry E. Cummings, the duly appointed Executor of both Estates, is the person authorized to continue and maintain this action.

4. That Larry E. Cummings will act as the Executor and Personal Representative of the Estate of Ernest J. Cummings and the Estate of Isabel B. Cummings with authority to prosecute and settle this action on behalf of said Estates.

WHEREFORE, Plaintiffs, by counsel, move this Honorable Court to substitute Larry E. Cummings as successor or representative of Ernest J. Cummings and Isabel B. Cummings for all purposes concerning the prosecution of the claims against Defendants herein with authority to prosecute and settle this lawsuit on behalf of the Estates of said plaintiffs and for such other relief as this Court deems just and proper under the premises.

Respectfully submitted,

/s/ D. Brian Rattliff
D. Brian Rattliff
Gregory J. Bubalo
BUBALO, HIESTAND & ROTMAN, PLC
401 S. Fourth St., Suite 800
Louisville, KY  40202
brattliff@bhtriallaw.com

and

Ann B. Oldfather
Oldfather Law Firm
1330 S. Third Street
Louisville, KY  40202
aoldfather@oldfather.com

and

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney, PSC
455 S. 4th Street, Suite 310
Louisville, KY  40202
tthompson@kytrial.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Suggestion of Death and Motion for Substitution of Parties has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with the Pretrial Order 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of April, 2007.

        /s/ D. Brian Rattliff_____
        D. Brian Rattliff
        Kentucky Bar No. 56665
        BUBALO, HIESTAND & ROTMAN, PLC
        401 S. Fourth St., Suite 800
        Louisville, KY  40202
        (502) 753-1600
        (502) 753-1601
        brattliff@bhtriallaw.com