**EXHIBIT A**

| AOC-056-11<br>Rev. 2-00<br><br>Commonwealth of Kentucky<br>Court of Justice | <br><br>**CERTIFICATE OF QUALIFICATION** | **07P01247**<br>Case No. _____<br><br>County ____Jefferson____<br><br>Court District / PROBATE |
|---|---|---|

IN Re: Estate of ____ERNEST J. CUMMINGS____

Proper petition having been filed and the Court having appointed ____LARRY E. CUMMINGS____ as ____EXECUTOR____

of the above estate on the _____ day of ____MAR 28 2007____, 2007____, and the fiduciary having filed in Court bond in the sum of $ __85,000__, the amount fixed, with OUT _____ xx surety, which was approved by the Court, said fiduciary was thereupon duly sworn as required by law and thus qualified on the above date.

The above Order and Qualification is in full force and effect this ____MAR 28 2007____.

Attest: ___David L. Nicholson___ Clerk    By _____

CERTIFIED COPY OF RECORD
OF JEFFERSON DISTRICT COURT

DAVID L. NICHOLSON, CLERK
BY _____ D.C.