**EXHIBIT B**

| AOC-056-11<br>Rev. 2-00<br><br>Commonwealth of Kentucky<br>Court of Justice | <br><br>**CERTIFICATE OF QUALIFICATION** | Case No. __07-P-001584__<br><br>County _____Jefferson_____<br><br>Court District __/ Probate__ |

IN Re: Estate of __Isabel B. Cummings__

Proper petition having been filed and the Court having appointed __Larry E. Cummings__ as __Executor__ of the above estate on the _____ day of _____ **APR 18 2007** _____, and the fiduciary having filed in Court bond in the sum of $ __200,000__ , the amount fixed, with __out__ ~~with~~ surety, which was approved by the Court, said fiduciary was thereupon duly sworn as required by law and thus qualified on the above date.

The above Order and Qualification is in full force and effect this _____ **APR 18 2007** _____.

Attest: __David L. Nicholson__ Clerk

By __[signature]__

CERTIFIED COPY OF RECORD
OF JEFFERSON DISTRICT COURT
Deputy Clerk
DAVID L. NICHOLSON, CLERK
BY __[signature]__ D.C.