## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS | : | MDL Docket No. 1657 |
|     LIABILITY LITIGATION | : | |
| | : | PLAINTIFFS: |
| THIS DOCUMENT RELATES TO: | : | |
| | : | Isabel B. Cummings and Ernest J. |
| Case No.   2:06-cv-1927 | : | Cummings, now deceased |
| | : | |

## ORDER OF SUBSTITUTION

On motion by the Plaintiffs, by and through their attorneys, pursuant to Fed. R. Civ. P. 25, and the Court being sufficiently advised;

IT IS HEREBY ORDERED:

1. That the causes of action asserted herein were not extinguished by the deaths of Ernest J. Cummings and Isabel B. Cummings, and that Larry E. Cummings, the duly appointed Executor of the Estate of Ernest J. Cummings and of the Estate of Isabel B. Cummings, is the person authorized to continue and maintain this action; and

2. That Larry E. Cummings is hereby substituted as Plaintiff herein and will act as the Executor and Personal Representative of the Estate of Ernest J. Cummings and the Estate of Isabel B. Cummings with authority to prosecute and settle this action on behalf of said Estates.

_____
Judge Eldon E. Fallon, United States District Court
Eastern District of Louisiana

Tendered by:

D. Brian Rattliff
Gregory J. Bubalo
BUBALO, HIESTAND & ROTMAN, PLC
401 S. Fourth St., Suite 800
Louisville, KY  40202