FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 19  PM 3: 32

LORETTA G. WHYTE
    CLERK

Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
Karen L. Karavatos, SBN 131718
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288; Fax 949-720-1292
e-mail: mrobinson@rcrlaw.net
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COORDINATION PROCEEDING<br>SPECIAL TITLE [Rule 1550(b)]<br><br>IN RE VIOXX® CASES<br><br>FRED BENGEN, individually and as Successor-in-Interest of the Estate of JOAN BENGEN, Deceased;<br><br>JLENE HANSEN and BETTY McMURTREY, individually and as Successors-in-Interest of the Estate of MAURINE McMURTREY, Deceased<br><br>TERRI HENDERSON, PATRICIA FRANCES FRENES, TAMMY LYNN HEILDELBERGER, CLIFFORD MIRANDA, and RHONDA ESRY, individually and as Successors-in-Interest of the Estate of WILLIE HENDERSON, Deceased; | DOCKET NO. 2:06cv03311<br><br>MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>**PLAINTIFF EARL MCNEIL, individually and as successor in interest for GUIANA MCNEIL, Deceased MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

1

DONALD LOCKLEAR and TINA LOCKLEAR, individually and as Successors-in-Interest of the Estate of JOE LOCKLEAR, Deceased;

EARL MCNEIL, individually and as successor in interest for GUIANA MCNEIL, Deceased;

SUSAN PETTY, individually and as successor in interest for JOHN J. PETTY, Deceased;

KARL SCHREIBER, individually and as Successor-in-Interest for TRAUDEL SCHREIBER, Deceased

LUPE SIERRA, individually and as Successor-in-Interest for RITA SIERRA, Deceased

MARLEEN VILLAREAL, individually and as Successor-in-Interest for ARTHUR VALVERDE, Deceased;

ROSIE WAMBA, individually and as Successor-in-Interest for DONALD WAMBA, Deceased;

MARY ANN WOODS, individually and as Successor-in-Interest for MARY A. WOODS, Deceased;

2

```
LORI ZEMIANEK, individually   )
and as Successor-in-Interest  )
for KEVIN ZEMIANEK, Deceased, )
                              )
            Plaintiffs,       )
                              )
    vs.                       )
                              )
MERCK & COMPANY, INC.,        )
                              )
            Defendants.       )
                              )
```

COMES NOW EARL MCNEIL ("Plaintiff"), individually and as successor in interest for GUIANA MCNEIL, Deceased, by and through counsel of record, and hereby files this motion for leave to file an amended complaint. In support of this motion, Plaintiff hereby shows unto court as follows:

1. Plaintiff EARL MCNEIL's name was transposed with his late wife GUIANA McNEIL's name so that the complaint incorrectly stated that Guiana McNeil was asserting a wrongful death action arising out of her husband Earl McNeil's death at page 2 in the caption, on page 5 at paragraph 5. The true facts are as follows:

> Plaintiff EARL MCNEIL is the surviving heir of Decedent GUIANA MCNEIL who took Vioxx® and was injured as a result.

2. The Plaintiff requests the Court's permission to amend the caption as indicated on page 2 of the proposed First Amended

3

Complaint as follows: "EARL MCNEIL, individually and as successor in interest for GUIANA MCNEIL, Deceased;" and page 5, paragraph 5 as follows: "Plaintiff EARL MCNEIL is the surviving heir of Decedent GUIANA MCNEIL who took Vioxx® and was injured as a result."

3. Granting Plaintiff's motion for leave to file a First Amended Complaint will not prejudice any of the parties in this matter.

WHEREFORE, Plaintiff does hereby respectfully request that this Honorable Court allow him to amend his complaint to correct the error as explained herein. Attached as Exhibit "1" to this motion is a copy of the proposed First Amended Complaint in this matter.

Dated: April 12, 2007         ROBINSON, CALCAGNIE & ROBINSON

By *[signature: Mark P. Robinson, Jr.]*
MARK P. ROBINSON, JR.
CARLOS A. PRIETTO, III
Ted B. Wacker
KAREN L. KARAVATOS
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with PreTrial Order 8A, and that the original was mailed to the Clerk of the United States District for the Eastern District of Louisiana to be filed, on this 12th day of April, 2007.

KAREN L. KARAVATOS, ESQ.
California State Bar No. 131718
Attorneys for Plaintiffs
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Telecopier: 949-720-1292
kkaravatos@rcrlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with PreTrial Order 8A, and that the original was mailed to the Clerk of the United States District for the Eastern District of Louisiana to be filed, on this 16th day of April, 2007.

KAREN L. KARAVATOS, ESQ.
California State Bar No. 131718
Attorneys for Plaintiffs
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Telecopier: 949-720-1292
kkaravatos@rcrlaw.net

# EXHIBIT 1