Mark P. Robinson, Jr., SBN 054426
Ted B. Wacker, SBN 157416
Carlos A. Prietto, III, SBN 166410
Karen L. Karavatos, SBN 131718
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288; Fax 949-720-1292
e-mail: mrobinson@rcrlaw.net
Attorneys for Plaintiffs

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2007 APR 25 PM 2:51
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COORDINATION PROCEEDING<br>SPECIAL TITLE [Rule 1550(b)]<br><br>IN RE VIOXX® CASES<br><br>FRED BENGEN, individually and<br>as Successor-in-Interest of the<br>Estate of JOAN BENGEN,<br>Deceased;<br><br>JLENE HANSEN and BETTY<br>McMURTREY, individually and as<br>Successors-in-Interest of the<br>Estate of MAURINE McMURTREY,<br>Deceased<br><br>TERRI HENDERSON, PATRICIA<br>FRANCES FRENES, TAMMY LYNN<br>HEILDELBERGER, CLIFFORD<br>MIRANDA, and RHONDA ESRY,<br>individually and as Successors-<br>in-Interest of the Estate of<br>WILLIE HENDERSON, Deceased; | DOCKET NO. 2:06cv03311<br><br>MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>**PROPOSED ORDER GRANTING<br>PLAINTIFF'S MOTION FOR LEAVE TO<br>FILE A FIRST AMENDED COMPLAINT** |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

DONALD LOCKLEAR and TINA LOCKLEAR, individually and as Successors-in-Interest of the Estate of JOE LOCKLEAR, Deceased; )

EARL MCNEIL, individually and as successor in interest for GUIANA MCNEIL, Deceased; )

SUSAN PETTY, individually and as successor in interest for JOHN J. PETTY, Deceased; )

KARL SCHREIBER, individually and as Successor-in-Interest for TRAUDEL SCHREIBER, Deceased )

LUPE SIERRA, individually and as Successor-in-Interest for RITA SIERRA, Deceased )

MARLEEN VILLAREAL, individually and as Successor-in-Interest for ARTHUR VALVERDE, Deceased; )

ROSIE WAMBA, individually and as Successor-in-Interest for DONALD WAMBA, Deceased; )

MARY ANN WOODS, individually and as Successor-in-Interest for MARY A. WOODS, Deceased; )

| | |
|---|---|
| LORI ZEMIANEK, individually and as Successor-in-Interest for KEVIN ZEMIANEK, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & COMPANY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Court having considered Plaintiff's Motion for Leave to File a First Amended Complaint;

IT IS HEREBY ORDERED that Plaintiff is granted leave of court to file a First Amended Complaint in the captioned action.

SIGNED this 24th day of April, 2007

_____
HONORABLE ELDON E. FALLON

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with PreTrial Order 8A, and that the original was mailed to the Clerk of the United States District for the Eastern District of Louisiana to be filed, on this 16th day of April, 2007.

KAREN L. KARAVATOS, ESQ.
California State Bar No. 131718
Attorneys for Plaintiffs
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Telecopier: 949-720-1292
kkaravatos@rcrlaw.net