UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 APR 23 PH 1:58
LORETTA G. WHYTE
CLERK*

In re: VIOXX PRODUCTS
LIABILITY LITIGATION

\* \* \* \* \* \* \* \* \* \* \*

MDL Docket No. 1657

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, Case No. 07-2099

## RxSOLUTIONS, INC.'s MOTION TO DISMISS PLAINTIFFS PETER PINTAR AND JEANETTE PINTAR's COMPLAINT AGAINST DEFENDANT RxSOLUTIONS, INC.

Defendant RxSolutions, Inc., pursuant to Fed. R. Civ. P. 12(b)(6), and for the reasons stated in the accompanying Memorandum of Points and Authorities, respectfully moves this Court to dismiss Plaintiffs Peter Pintar and Jeanette Pintar's Complaint for failure to state a claim upon which relief may be granted.

Dated: April 20, 2007

Respectfully submitted,

*[signature]*

Thomas F. Fitzgerald, Esq.
Michael J. Prame, Esq.
August A. Imholtz III, Esq.
GROOM LAW GROUP, CHTD.
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006-5893
Telephone: (202) 857-0620
Facsimile: (202) 659-4503
TFF@groom.com
MJP@groom.com
aai@groom.com

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.____

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of April 2007, the above and foregoing RxSolutions, Inc.'s Motion to Dismiss Plaintiffs Peter Pintar and Jeanette Pintar's Complaint Against Defendant RxSolutions, Inc. was served upon the parties, as well as Liaison Counsel for Plaintiffs and Defendants in MDL Case No. 1657 (E.D. La.), by sending this document via Federal Express addressed to the following:

Robert W. Cottle
Robert T. Eglet
David A. Tanner
Mainor Eglet Cottle
400 South Fourth Street, Ste. 600
Las Vegas, NV 89101
Counsel for Plaintiffs in *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, Case No. 07-2099 (E.D. La.) (previously 2:06-cv-1324-RCJ-LRL (D. Nev.))

Kristina Pickering
Denise Barton
Robert R. McCoy
Morris Pickering Peterson & Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Counsel for Defendant Merck & Co., Inc. and the named individual defendants in *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, Case No. 07-2099 (E.D. La.) (previously 2:06-cv-1324-RCJ-LRL (D. Nev.))

Steven E. Guinn
Laxalt & Nomura, Ltd.
9600 Gateway Drive
Reno, NV 89521
Counsel for Defendants Walgreens Company, Express Scripts, Inc. and Thrifty Payless, Inc. d/b/a Rite Aid in *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, Case No. 07-2099 (E.D. La.) (previously 2:06-cv-1324-RCJ-LRL (D. Nev.))

Russ M. Herman
Leonard A. Davis
Herman, Herman, Katz Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Plaintiffs' Liaison Counsel in *In re: Vioxx Products Liability Litigation*, MDL No. 1657 (E.D. La.)

Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70131
Defendants' Liaison Counsel in *In re: Vioxx Products Liability Litigation,*
MDL No. 1657 (E.D. La.)

_____
August A. Imholtz III, Esq.