UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * MDL Docket No. 1657 * * JUDGE ELDON E. FALLON * MAGISTRATE JUDGE KNOWLES * * * * |

THIS DOCUMENT RELATES TO: *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, Case No. 07-2099

### NOTICE OF HEARING ON RxSOLUTIONS, INC.'s MOTION TO DISMISS PLAINTIFFS PETER PINTAR AND JEANETTE PINTAR's COMPLAINT AGAINST DEFENDANT RxSOLUTIONS, INC.

PLEASE TAKE NOTICE THAT RxSolultions, Inc.'s Motion to Dismiss Plaintiffs Peter Pintar and Jeanette Pintar's Complaint Against Defendant RxSolutions, Inc. will be brought for hearing on the 31st day of May, 2007, at or immediately following the monthly status conference scheduled to begin at 9:30 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: April 20, 2007

Respectfully submitted,

_____
Thomas F. Fitzgerald, Esq.
Michael J. Prame, Esq.
August A. Imholtz III, Esq.
GROOM LAW GROUP, CHTD.
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006-5893
Telephone: (202) 857-0620
Facsimile: (202) 659-4503
TFF@groom.com
MJP@groom.com
aai@groom.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 20th day of April 2007, the above and foregoing Notice of Hearing on RxSolutions, Inc.'s Motion to Dismiss Plaintiffs Peter Pintar and Jeanette Pintar's Complaint Against Defendant RxSolutions, Inc. was served upon the parties, as well as Liaison Counsel for Plaintiffs and Defendants in MDL Case No. 1657 (E.D. La.), by sending this document via Federal Express addressed to the following:

Robert W. Cottle
Robert T. Eglet
David A. Tanner
Mainor Eglet Cottle
400 South Fourth Street, Ste. 600
Las Vegas, NV  89101
Counsel for Plaintiffs in *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.,* Case No. 07-2099 (E.D. La.) (previously 2:06-cv-1324-RCJ-LRL (D. Nev.))

Kristina Pickering
Denise Barton
Robert R. McCoy
Morris Pickering Peterson & Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV  89101
Counsel for Defendant Merck & Co., Inc. and the named individual defendants in *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.,* Case No. 07-2099 (E.D. La.) (previously 2:06-cv-1324-RCJ-LRL (D. Nev.))

Steven E. Guinn
Laxalt & Nomura, Ltd.
9600 Gateway Drive
Reno, NV 89521
Counsel for Defendants Walgreens Company, Express Scripts, Inc. and Thrifty Payless, Inc. d/b/a Rite Aid in *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.,* Case No. 07-2099 (E.D. La.) (previously 2:06-cv-1324-RCJ-LRL (D. Nev.))

Russ M. Herman
Leonard A. Davis
Herman, Herman, Katz Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Plaintiffs' Liaison Counsel in *In re: Vioxx Products Liability Litigation,* MDL No. 1657 (E.D. La.)

Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70131
Defendants' Liaison Counsel in *In re: Vioxx Products Liability Litigation*,
MDL No. 1657 (E.D. La.)

*[signature]*

August A. Imholtz III, Esq.