UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 24  PM 1:42

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | MDL No. 1657 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| This Document Relates to: Jeffrey W. Corcoran, et al v. Merck & Co, Inc., Case No. 05-2387 | |

### ORDER PURSUANT TO STIPULATION OF THE PARTIES

The Complaint of Plaintiffs, Jeffrey W. Corcoran and Luanne M. Corcoran, is hereby dismissed without prejudice and without costs or fees. *Plaintiff's counsel shall make the necessary changes to party status on Lexis Nexis File + Serve pursuant to Pretrial Order 8B.*

Dated this 23rd day of April, 2007.

_____
Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____