FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 24  PM 1:42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | MDL No. 1657 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| This Document Relates to: Walter J. Hintz, et al. v. Merck & Co, Inc., Case No. ~~2:05-cv-342~~ 05-2079 | |

## ORDER PURSUANT TO STIPULATION OF THE PARTIES

The Complaint of Plaintiffs, Walter J. Hintz and Margel Hintz, is hereby dismissed without prejudice and without costs or fees. Plaintiff's counsel shall make the necessary changes to party status on LexisNexis File & Serve pursuant to Pretrial order 8B.

Dated this 23rd day of April, 2007.

Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
 X   Dktd_____
___ CtRmDep_____
___ Doc. No_____