UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**  
**PRODUCTS LIABILITY LITIGATION:**

MDL NO. 1657

SECTION: L

……………………………………………………..

JUDGE FALLON  
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
   **2:06-cv-03138**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Joseph Hannigan. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Joseph Hannigan, are dismissed, without prejudice, John J. Driscoll shall update Lexis Nexis File & Serve to reflect these changes.

Dated this __25th__ day of ____April____, 2007.

_____  
UNITED STATES DISTRICT JUDGE