UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1657 SECTION L |
| | * * | JUDGE ELDON E. FALLON |
| | * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

**THIS DOCUMENT RELATES TO:** *Ruth Jenkins et al. v. Merck & Co., Inc.,* **No. 05-4054 (Rick Hall Only).**

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Rick Hall

be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions

stated in the Stipulation and Order of Partial Dismissal Without Prejudice, each party to bear

their own costs.

New Orleans, Louisiana, this ___25th___ day of ___April___, 2007.

_____

UNITED STATES DISTRICT JUDGE