UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Bobby Lee Thompson et al. v. Merck & Co., Inc.,* **No. 05-4055 (Jason James Only).**

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Jason James be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation and Order of Partial Dismissal Without Prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 25th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE