UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1657 SECTION L |
| | * * | JUDGE ELDON E. FALLON |
| | * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| | * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * ** | * | |

**THIS DOCUMENT RELATES TO:** *Denise Davis, et al. v. Merck & Co., Inc.,* **No. 05-4148 (Deaconia Loomes only).**

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Deaconia

Loomes, be and the same are hereby dismissed without prejudice to re-filing, subject to the

conditions stated in the Stipulation and Order of Partial Dismissal without Prejudice, each party

to bear their own costs.

New Orleans, Louisiana, this ___25th___ day of _____April_____, 2007.

_____
UNITED STATES DISTRICT JUDGE