# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
*Trahan, et al. v. Merck & Co., Inc., et al.*, 06-11310

## ORDER

IT IS ORDERED that the Plaintiffs' Motion to Remand (Rec. Doc. 10850) is

CONTINUED WITHOUT DATE, to be reset for hearing at a later date.

New Orleans, Louisiana, this __25th__ day of __April__, 2007.

_____
UNITED STATES DISTRICT JUDGE