# Hunterdon County Sheriff's Office
## PROOF OF PROCESS SERVICE

*[Stamp: EASTERN DISTRICT COURT, EASTERN DISTRICT OF LA, 2007 APR 26 PM 2:37, LORETTA G. WHYTE, CLERK]*

Service # 1 of 1 Services
Docket # 07-43-P-S
Sheriff's # **S 20135**

Plaintiff    PATRICIA J. OAKES AND WARNER L. OAKES

Defendant  MERCK & CO., INC.

US District
MAINE

Person/Corporation to Serve
**MERCK & CO., INC.**

Papers to Serve
SUMMONS IN A CIVIL CASE
COMPLAINT

CA. 07-1999
4/3

ONE MERCK DRIVE
WHITEHOUSE STATION, NJ 08889
Alternate Address

Sheriff Fees   $31.80

I, WILLIAM D. DOYLE, SHERIFF OF HUNTERDON COUNTY DO HEREBY DEPUTIZE AND APPOINT S/O SEAN M. ROSS A DULY SWORN OFFICER TO EXECUTE AND RETURN THE DOCUMENTS ACCORDING TO LAW.

WITNESS BY HAND AND SEAL

*William D. Doyle*

WILLIAM D. DOYLE    Sheriff

Date of Service 4/3/2007
Time of Service 10:40 AM
Attempts

Defendant   MERCK & CO., INC.
ONE MERCK DRIVE
WHITEHOUSE STATION, NJ 08889

Delivered To JOAN DEARBORN
Relationship ADMINISTRATIVE ASSISTANT

Race C    Sex F   Height 5'4"   Weight 160   Eyes BR   Hair BR   Age 57   Military NO

Type of Service SERVED CORPORATION'S MANAGING AGENT AT PLACE OF EMPLOYMENT

___ Fee_____
___ Process_____
X   Dktd_____
✓   CtRmDep_____
___ Doc. No_____

IDENTIFICATION PROVIDED-BUSINESS CARD.

I, S/O SEAN M. ROSS WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

OFC. *[signature]* #411
S/O Sean M. Ross

SHAHEEN & GORDON, PA
140 WASHINGTON STREET, SECOND FL   POB 977
DOVER, NH 03821-0977

SWORN AND SUBSCRIBED TO BEFORE ME
THIS __3__ DAY OF ____4____ 200_7_

*Debra Dorothy Van Horn*
Debra Dorothy Van Horn
Notary Public of New Jersey
My Commission Expires 6 / 14 / 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Maine

RECEIVED
SHERIFF'S OFFICE

2007 MAR 26  P 2:27

HUNTERDON COUNTY
FLEMINGTON, N.J.


Patricia J. Oakes and Warner L. Oakes

V.

Merck & Co., Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-43-P-S

TO: (Name and address of Defendant)

Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D. Michael Noonan, Esquire
Shaheen & Gordon, P.A.
P.O. Box 977
Dover, NH 03821-0977
(603) 749-5000

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



William S. Brownell
Clerk, U.S. District Court

03/16/07
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>sd |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                                    *Signature of Server*

                                                        _____
                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.