UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

*Robert K. Waitt, et al. v. Merck & Company, Inc., et al., 05-5318*

### PLAINTIFF ROBERT K. WAITT'S MOTION TO REMAND

Now comes plaintiff Robert K. Waitt through his undersigned counsel and moves for remand of this action to the King County, Washington state superior court from which it was erroneously removed, for the reasons set forth in the accompanying **Plaintiff Waitt's Memorandum of Law in Support of Motion to Remand for Lack of Subject Matter Jurisdiction.**

//
//
//
//

PLAINTIFF WAITT'S MOTION
TO REMAND

Martens + Associates, P.S.
705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
206.709.2999 / Fax: 206.709.2722

Page 1

RESPECTFULLY SUBMITTED this 25th day of April, 2007.

**Martens + Associates, P.S.**

By /s/ Richard L. Martens
Richard L. Martens, WSBA # 4737
Timothy M. Blood, WSBA # 14004
Attorneys for Plaintiff Robert K. Waitt

705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
Telephone:   206.709.2999
Facsimile:    206.709.2722
E-mail:        rmartens@martenslegal.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Remand** has been served on Liaison Counsels Russ Herman and Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of April, 2007.

/s/ Richard L. Martens
Richard L. Martens, WSBA # 4737
Attorneys for Plaintiff Robert K. Waitt

Martens + Associates, P.S.
705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
Telephone:   206.709.2999
Facsimile:    206.709.2722
E-mail:        rmartens@martenslegal.com

**PLAINTIFF WAITT'S MOTION TO REMAND**

Martens + Associates, P.S.
705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
206.709.2999 / Fax: 206.709.2722

Page 2