

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Donald Brumfield, et al. v. Merck & Co., Inc.,* S.D. West Virginia, C.A. No. 5:07-89

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

    On March 5, 2007, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, this action (*Brumfield*). In the absence of any known opposition to the proposed transfer of *Brumfield*, the stay of transmittal with regard to *Brumfield* was lifted on March 21, 2007, and the action was transferred to the Eastern District of Louisiana. Subsequently, on April 24, 2007, the Panel received a notice of opposition to the transfer of *Brumfield* submitted by plaintiffs in *Brumfield*. Recourse to available sources reveals that on March 20, 2007, plaintiffs in *Brumfield* attempted to file a notice of opposition. That notice, however, referenced a West Virginia state court docket number (instead of the federal district court docket number) and also misspelled Brumfield. Panel staff were unable to associate the notice of opposition with any identified federal district court case pending before the Panel. Staff informed plaintiffs' counsel that the opposition appeared to be premature. Upon receipt of the second notice of opposition, and following substantial research and cross-referencing, the discrepancy was discovered. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Brumfield* in order to permit plaintiffs to pursue their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-87" filed on March 5, 2007, is REINSTATED insofar as it relates to this action. Plaintiffs' notice of opposition is deemed filed as of April 25, 2007. In accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), plaintiffs shall file the required motion and supporting brief to vacate the conditional transfer order on or before May 10, 2007.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 25, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

*Donald Brumfield, et al. v. Merck & Co., Inc.*, S.D. West Virginia, C.A. No. 5:07-89

Dear Ms. Whyte:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature]
Docket Specialist

Enclosure

cc: Transferee Judge: Judge Eldon E. Fallon
    Transferor Judge: Judge David A. Faber
    Transferor Clerk: Teresa Deppner

JPML Form 87