THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
Matthew J. Zuchetto
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Telephone: (509) 455-3966
Email: scottgroup@mac.com

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Amsden vs. Merck & Co., Inc.<br><br>Civil Action No. 2:06cv 1050 | UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL |

Plaintiffs move the Court, pursuant to Fed. R. Civ. P. 15(a) for an order granting leave to file their First Amended Complaint for Damages and Demand for Jury Trial, a copy of which is attached as Exhibit "A."

This Motion is unopposed pursuant to the accompanying Stipulation to the Filing of Plaintiffs' First Amended Complaint for Damages and Demand for Jury Trial attached as Exhibit "B" hereto.

UNOPPOSED MOTION TO FILE FIRST AMENDED
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY
TRIAL: 1

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA 99201
(509) 455-3966

DATED this 30th day of April, 2007.

THE SCOTT LAW GROUP, P.S.

By _____
Darrell W. Scott, WSBA #20241
Matthew J. Zuchetto, WSBA #33404

*Attorneys for Plaintiffs*

UNOPPOSED MOTION TO FILE FIRST AMENDED
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY
TRIAL: 2

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA 99201
(509) 455-3966