# EXHIBIT "B"

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
Matthew J. Zuchetto
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Telephone: (509) 455-3966
Email: scottgroup@mac.com

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO: | STIPULATION TO THE FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL |
| Amsden vs. Merck & Co., Inc. | |
| Civil Action No. 2:06cv 1050 | |

Pursuant to Fed. R. Civ. P. 15, The Parties hereby stipulate to the filing of Plaintiffs' First Amended Complaint for Damages and Demand for Jury Trial.

DATED this 27th day of April, 2007.

THE SCOTT LAW GROUP, P.S.

By _____
Darrell W. Scott, WSBA #20241
Matthew J. Zuchetto, WSBA #33404

*Attorneys for Plaintiffs*

STIPULATION TO THE FILING OF PLAINTIFFS' FIRST
AMENDED COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY TRIAL: 1

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA 99201
(509) 455-3966

1
2
3  WILLIAMS, KASTNER & GIBBS

By _____
Douglas A. Hofmann

*Attorneys for Defendant*

STIPULATION TO THE FILING OF PLAINTIFFS' FIRST
AMENDED COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY TRIAL: 2

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA 99201
(509) 455-3966