THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
Matthew J. Zuchetto
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Telephone: (509) 455-3966
Email: scottgroup@mac.com

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Amsden vs. Merck & Co., Inc.<br><br>Civil Action No. 2:06cv 1050 | [PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL |

THIS MATTER came before the Court on the ____ day of May, 2007, on Plaintiffs' Unopposed Motion to File First Amended Complaint for Damages and Demand for Jury Trial.

THEREFORE, IT IS HEREBY ORDERED that:

Plaintiffs may file their First Amended Complaint for Damages and Demand for Jury Trial.

[PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO FILE
FIRST AMENDED COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL: 1

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA 99201
(509) 455-3966

1  DONE IN OPEN COURT this ___ day of May, 2007.

2

3

4                                              _____
                                               JUDGE/MAGISTRATE
5  Presented By:

6

7  THE SCOTT LAW GROUP, P.S.

8

9
   By _____
10    MATTHEW J. ZUCHETTO, WSBA# 33404
      DARRELL W. SCOTT, WSBA# 20241
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO FILE
FIRST AMENDED COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL: 2

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA 99201
(509) 455-3966