UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657<br><br>SECTION L |
| BRENDA BURR, individually and as Personal Representative of the Estate of LOUISE POOLE, Deceased,<br><br>Plaintiff,<br>v.<br><br>MERCK & CO., INC., a foreign corporation,<br><br>Defendant. | * * * * * * * * * * * * | CASE NO. 06-4604<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III<br><br>PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |

(THIS DOCUMENT RELATES TO: Robert Garry, et al. v. Merck & Co., Inc., Civil Action No. 3:06cv04603)

## SUGGESTION OF DEATH

**COMES NOW** Brenda Burr, individually, and as Personal Representative of the Estate of Louise Poole, deceased, by and through counsel of record, and hereby suggests upon the record the death of Plaintiff, Louise Poole, who died on or about December 3, 2005. See Rule 25(a)(1), Fed.R.Civ.P.

**RESPECTFULLY SUBMITTED** this the 2nd day of May, 2007.

　　　　　　　　　　　/s/ Benjamin L. Locklar
　　　　　　　　ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)
　　　　　　　　BENJAMIN L. LOCKLAR (Ala. Bar No. LOC009)

1

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36104-4160
(334) 269-2343
(334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the 2nd day of May, 2007.

| | |
|---|---|
| Richard C. Stanley | Phillip A. Wittman |
| Bryan C. Reuter | Dorothy H. Wimberly |
| Thomas P. Owen, Jr. | Carmelite M. Bertaut |
| **STANLEY, FLANAGAN** | **STONE PIGMAN WALTHER.** |
| **& REUTER, LLC** | **WITTMAN, LLC** |
| 909 Poydras Street | 546 Carondelet Street |
| Suite 2500 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70112 | (504) 581-3200 |
| (504) 523-1580 | (504) 581-3361 FAX |
| (504) 524-0069 – FAX | |

                                                 /s/ Benjamin L. Locklar
                                                 **OF COUNSEL**