UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: *Gregory C.* | * | |
| *Papedo v. Merck & Co., Inc.*, No. 2:05- | * | **MAGISTRATE** |
| cv-06099 | * | **JUDGE KNOWLES** |
| | * | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that the above-styled lawsuit be and it hereby is dismissed with prejudice, each party to bear its own costs and attorneys' fees

NEW ORLEANS, LOUISIANA, this 27th day of April, 2007.

_____
DISTRICT JUDGE