UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| This document relates to: | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| LENE ARNOLD | : | |
| v. | : | |
| MERCK & CO., INC. | : | |
| Case No. 05-2627 | : | |
| and | : | |
| ALICIA GOMEZ | : | |
| v. | : | |
| MERCK & CO., INC. | : | |
| Case No. 05-1163 | : | |

**O R D E R**

Considering the Motion for Leave to File Eighth Supplemental Authority of Plaintiffs, Lene Arnold and Alicia Gomez;

IT IS ORDERED BY THE COURT that Plaintiffs, Lene Arnold and Alicia Gomez, are granted leave of court to file the attached Eighth Supplemental Authority in opposition to Merck & Co.'s Motion for Summary Judgment.

New Orleans, Louisiana this ____ day of _____, 2007.

_____
Honorable Eldon E. Fallon
U.S. District Judge