# EXHIBIT A

United States Courts
Southern District of Texas
ENTERED

NOV 09 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RECEIVED IN CHAMBERS
OCT 29 2004
VANESSA D. GILMORE
U.S. DISTRICT JUDGE

KIMBERLY D. STUBBLEFIELD, §
INDIVIDUALLY, AND AS §
REPRESENTATIVE OF THE ESTATE §
OF KEITH JEROME STUBBLEFIELD §
AND A/N/F OF KEITH JEROME §
STUBBLEFIELD, JR., A MINOR §
CHILD; KORIETTA LASHAY §
STUBBLEFIELD, A MINOR CHILD; §
KENDALL WAYNE STUBBLEFIELD, §
A MINOR CHILD; AND KEDRIC ROY §
STUBBLEFIELD, A MINOR CHILD; §
PLAINTIFFS, §
§
V. § CIVIL ACTION NO. H-02-3139
§
MERCK & CO., INC., §
HARVEY RESNICK, M.D., & §
R/D CLINICAL RESEARCH, INC. §
DEFENDANTS. §

**ORDER**  #52

On this day came on to be heard Merck's Motion to Stay Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation or, Alternatively, to Extend Dispositive Motions Deadline. Plaintiffs are unopposed to the extension of dispositive motions deadline. After reviewing the motion, and any response thereto, the Court believes that the motion to extend the dispositive motions deadline should be granted. ~~The Court defers decision~~ but on Merck's motion to stay proceedings ~~. It is therefore~~ should be denied as the discovery deadline has already passed.

ORDERED that Merck's motion to extend the dispositive motions deadline is GRANTED. The dispositive motion deadline is hereby extended from November 1, 2004, until December 31, 2004.

HOU02:1006523.2

All other deadlines will remain unchanged.

Signed this 8th day of November, 2004.

_____
UNITED STATES DISTRICT JUDGE