UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **VIOXX** | : | MDL Docket No. 1657 |
| | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | SECTION L |
| <u>**This applies to all cases**</u> | : | |
| | : | JUDGE FALLON |
| | | MAGISTRATE JUDGE KNOWLES |

**MERCK & CO., INC.'S CROSS-NOTICE OF<br>PLAINTIFFS' DEPOSITION OF JAMES BOLOGNESE**

TO:   The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **James Bolognese** will be held on **May 24, 2007 at 9:00 a.m.**, at the offices of Hughes Hubbard & Reed, 1 Battery Park Plaza, New York, New York 10004. The deposition will be taken by a certified court reporter and may be used at trial. You are invited to attend and participate. Counsel may participate by telephone in this deposition. The call-in number is 719-955-2414. The participant passcode is 202-434-5400.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on plaintiffs' Notice of Mr. Bolognese's deposition in *Smith v. Health Managment Associates of West Virginia, Inc., et al.*, No. 06-C-251, in the Circuit Court of Mingo County, West Virginia. Pursuant to Pre-Trial

803155v.1

-2-

Order No. 9, defendants request that plaintiffs identify, three (3) days before the deposition, the attorney(s) who may examine the deponent.

        Respectfully submitted,

        */s/ Dorothy H. Wimberly*
        Phillip A. Wittmann, 13625
        Dorothy H. Wimberly, 18509
        Carmelite M. Bertaut, 3054
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130
        Phone: 504-581-3200
        Fax:    504-581-3361

        *Defendants' Liaison Counsel*

        Theodore V.H. Mayer, Esq.
        Wilfred P. Coronato, Esq.
        HUGHES HUBBARD & REED LLP
        101 Hudson Street
        Suite 3601
        Jersey City, NJ 07302

        Doug R. Marvin, Esq.
        Laurie S. Fulton, Esq.
        WILLIAMS & CONNOLLY LLP
        725 12th Street, N.W.
        Washington, D.C. 20005-5901
        (202) 434-5000

        *Attorneys for Defendant Merck & Co., Inc.*

803155v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Cross-Notice of Plaintiffs' Deposition of James Bolognese has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of May, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel