## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKIE ROBERTS and JACKIE AMMONS, PLAINTIFFS C0-Executrixes of the Estate of MARY ROBERTS, Deceased, Plaintiffs, VS. MERCK & CO., INC., JEANNA DAMPIER and DOES 1-5, Defendants. | CAUSE NO. 07-2007 JURY TRIAL DEMAND |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Alan D. Lancaster of Liston/Lancaster, PLLC, P.O. Box 645, Winona, Mississippi hereby enters his appearance as additional counsel of record for Plaintiffs, Vickie Roberts and Jackie Ammons, Co-Executrixes of the Estate of Mary Roberts, Dec. in the above styled and numbered cause. Alan D. Lancaster hereby requests that he be listed as additional "Counsel to be Notified" for Plaintiffs in the ECF system related to this matter.

Dated: May 3, 2007

DRUG LITIGATION LIABILITY GROUP, PLLC

BY: s/ Alan D. Lancaster
ALAN D. LANCASTER (MB # 1792)
Post Office Box 645
Winona, Mississippi 38967
Tel: 662-283-2132
Fax: 662-283-3742

ATTORNEY FOR PLAINTIFFS

1

OF COUNSEL:

LISTON/LANCASTER, PLLC
Post Office Box 645
Winona, Mississippi 38967
Tel: 662-283-2132
Fax: 662-283-3742

## CERTIFICATE OF SERVICE

I, Alan Lancaster, one of the attorneys for the Plaintiffs, hereby certify that on the 3rd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will also send notification of such filing to the following:

Christye D. Jones, Esquire
Charles C. Harrell, Esquire
Anita Modak-Truran, Esquire
J. Kennedy Turner III, Esquire
Alyson B. Jones, Esquire
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
Post Office Box 22567
Jackson, MS 39225
Phone: 601-948-5711
Fax: 601-985-4500
    Counsel for Defendants

Russ M. Herman
Leonard A. Davis
Herman, Katz & Collar, LLP
829 O'Keefe Avenue
New Orleans, LA 70113
Phone: 504-581-4892
Fax: 504-561-6024
    Plaintiffs' Liason Counsel

2

Phillip A. Wittman
Dorothy H. Wimberly
Stone, Pigman, Walther, Wittman, L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, LA 70809
Phone: 225-490-8900
Fax: 228- 490-8960
    Defendants' Liason Counsel

                         s/Alan D. Lancaster
                         ALAN D. LANCASTER (MB # 1792)

H:\04-110\MDL CLIENTS - documents - comp., ans., ppfs, etc\STATE TO MDL - ROBERTS, MARY\EDLA-MDL - Notice of Appearance.wpd