## DRUG LIABILITY LITIGATION GROUP, PLLC
[A law partnership comprised of Professional Corporations]
DAVID NUTT, P.A.
LISTON/LANCASTER, PLLC
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.

cjones@listonlancaster.com

March 8, 2007

Mrs. Julie Halfacre
Montgomery County Circuit Clerk
P. O. Box 765
Winona, MS 38967

Re: Vickie Roberts and Jackie Ammons, Co-Executrixes of the Estate of Mary Roberts vs. Merck & Co., Inc., Jeanna Dampier and Does 1-5; Montgomery Circuit No. 2007-0028CVM

Dear Mrs. Halfacre:

I am enclosing the original Summons with completed Return showing proof of service upon Jeanna Dampier, one of the Defendants in the above-referenced matter. Please docket and file it among the other papers in this cause.

If you have any questions or concerns, please contact me at the number listed below.

Sincerely yours,

DRUG LIABILITY LITIGATION GROUP, PLLC

William H. Liston
WL/ccj
Enclosures
cc: David H. Nutt, Esq. (w/out encls.)
Pittman, Germany, Roberts, & Welsh, L.L.P. (w/out encls.)
Ms. Vickie Roberts
Ms. Jackie Ammons
L/L File No.: W04-110-TO

LISTON/LANCASTER, PLLC
POST OFFICE BOX 645
WINONA, MS 38967
TELEPHONE (662) 283-2132 • FACSIMILE (662) 283-3742

FILED
MAR 0 9 2007
JULIE H. HALFACRE CIRCUIT CLERK
BY _____ D.C.

EXHIBIT
3

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF MISSISSIPPI

**VICKIE ROBERTS and JACKIE**  **PLAINTIFFS**
**AMMONS, Co-Executrixes of the**
**Estate of MARY ROBERTS,**
deceased

VS.                                CAUSE NO. 2007-0028CVM

**MERCK & CO., INC., JEANNA DAMPIER**
**AND DOES 1- 5**                       **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   **JEANNA DAMPIER**
      **517 Silverstone Drive**
      **Madison, MS 39110-7646**

#### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to **William Liston, Liston/Lancaster, PLLC,** the attorney for the Plaintiff(s) whose post office address is Post Office Box 645, Winona, MS 38967, and whose street address is 126 North Quitman Avenue, Winona, MS 38967. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this 16th day of February, 2007.

JULIE HALFACRE, CLERK
Montgomery County Circuit Court
P. O. Box 765
Winona, MS 38967

, By: _____ D.C.

## PROOF OF SERVICE - SUMMONS
(Process Server)

**MERCK & CO, INC.**
By service upon
C T Corporation System of Mississippi
645 Lakeland East Drive, Suite 101
Flowood, Mississippi 39232

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

___ **First class mail and acknowledgment service.** By mailing (by first class mail, postage prepaid), on the date stated in the Notice, copies to the person served, together with copies of the Form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.

✓ **Personal Service.** I personally delivered copies to __Jeanna Dampier__ on the ___ day of __March 6__, 2007, where I found said person in __Madison__ ___ County of the State of Mississippi.

___ **Residence Service.** After exercising reasonable diligence I was unable to deliver copies to said person within ___ County, Mississippi. I served the Summons and Complaint on the ___ day of _____, 2007, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ___ day of ___ _____, 2007, I mailed (by first class mail, postage prepaid) copies to the person served. (Attach signed return receipt card or other evidence of actual delivery to the person served.)

___ **Certified Mail Service.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused")

**FILED**
MAR 0 8 2007
JULIE H. HALFACRE, CIRCUIT CLERK
BY _____ D.C.

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service $_____.

Process Server must list below:

Name: ~~John Basinger~~ Lopez Jones
Address: ~~511 Herod Dr.~~ ~~1100~~ P.O. Box 1100
Winona, MS 38967
Telephone Number: ~~(662) 283-4281~~ 662-753-9051
Social Security Number: ~~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~~ 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

State of Mississippi
County of Montgomery

Personally appeared before me, the undersigned authority in and for the state and county aforesaid, the within named ~~John Basinger~~ Lopez Jones who, being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service - Summons" are true and correct as therein stated.

_____
PROCESS SERVER

Sworn to and subscribed before me on this the 7th day of March, A.D., 2007.

_____
NOTARY PUBLIC

My commission expires:

H:\06-110\P&U\Roberts - Dampier Summons.wpd

-3-