**Lanelle Martin**

**From:** ecf_Information@msnd.uscourts.gov
**Sent:** Thursday, March 08, 2007 4:13 PM
**To:** ecf_notice@msnd.uscourts.gov
**Subject:** Activity in Case 3:07-cv-00034-MPM-SAA Roberts et al v. Merck & Co., Inc. et al "Notice of Removal"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from J. Kennedy Turner, III entered on 3/8/2007 at 4:10 PM CST and filed on 3/8/2007

**Case Name:** Roberts et al v. Merck & Co., Inc. et al
**Case Number:** 3:07-cv-34
**Filer:** Merck & Co., Inc.
**Document Number:** 1

**Docket Text:**
NOTICE OF REMOVAL by Merck & Co., Inc. from Circuit Court of Montgomery County, case number 2007-0028. ( Filing fee $ 350 receipt number 85470), filed by Merck & Co., Inc. (Attachments: # (1) Exhibit # (2) Exhibit # (3) Exhibit # (4) Civil Cover Sheet)(tab, USDC)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=3/8/2007] [FileNumber=372240-0]
[5bec11f55a81906a5fdb1711da0924e9984ab7d7af14c69b15431b46e2f839af17d04
437afb86284a8dbbc11562294c15b340b0178fc7036bfd56c7f0fed9415]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=3/8/2007] [FileNumber=372240-1]
[08d77b6118fca74e1cbb6eafaa516cd633f63e71fba0e99f923da6c18ca1f3d9b2d42
ccfe4e4b2a434cc485c42d322437630a00cf09bb192fb8a1f0d3ca5551d]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=3/8/2007] [FileNumber=372240-2]
[8c5bd7a7301d80ede9e75e0171e0af676df296e8d9082586969e66e72a3a29445660e
07ab5ff6e1cf1f7ca98d5273b3261cd0f719283d85559a06de94415a564]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**

3/8/2007

**EXHIBIT 6**

[STAMP dcecfStamp_ID=1078244644 [Date=3/8/2007] [FileNumber=372240-3]
[4ed7a746c8caa1c1b518c33237f662cafbb85d42d95a27b42bb5da9f5487b04625cdc
d43334db0b1dc036a8da5eaea3e91061dc4c3863e9de86a097bacf1cb2b]]

**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=3/8/2007] [FileNumber=372240-4]
[7301fa7b3b8dc6d93ece2aaec808910e2f0ec3bc4253517c2a3119e711aa3d48ee96c
f0480f40e6b1ae51980f95f05dc3392b2a0bf7f2646434e0994611c7947]]

### 3:07-cv-34 Notice will be electronically mailed to:

Charles C. Harrell    chuck.harrell@butlersnow.com, stacey.stephens@butlersnow.com

Alyson B. Jones    alyson.jones@butlersnow.com, cheryl.rushton@butlersnow.com, bonnie.toole@butlersnow.com, ; ecf.notices@butlersnow.com

Christy D. Jones    christy.jones@butlersnow.com, ingrid.maddox@butlersnow.com

William H. Liston    bliston@listonlancaster.com, lmartin@listonlancaster.com; lwelch@listonlancaster.com

Anita K. Modak-Truran    anita.modak-truran@butlersnow.com,

Crymes G. Pittman    cgp@pgrwlaw.com,

J. Kennedy Turner, III    ken.turner@butlersnow.com, cheryl.rushton! @butlersnow.com; ecf.notices@butlersnow.com

### 3:07-cv-34 Notice will be delivered by other means to:

David H. Nutt
DAVID H. NUTT & ASSOCIATES
605 Crescent Blvd.
Ridgeland, MS 39157

3/8/2007