## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKIE ROBERTS and JACKIE AMMONS, PLAINTIFFS C0-Executrixes of the Estate of MARY ROBERTS, Deceased, Plaintiffs, VS. <br><br> MERCK & CO., INC., JEANNA DAMPIER and DOES 1-5, Defendants. | CAUSE NO. 07-2007 <br><br> JURY TRIAL DEMAND |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the attached Motion of the Plaintiffs for Motion to Remand will be brought on for hearing before Honorable Eldon E. Fallon at 9:00 A.M., on May 16, 2007, or at such other time and place as is convenient with the Court.

DATED: May 3, 2007.

                            DRUG LITIGATION LIABILITY GROUP, PLLC

         By:    s/William H. Liston
                    s/Alan D. Lancaster
                    WILLIAM H. LISTON (MB # 1277)
                    ALAN D. LANCASTER (MB # 1792)
                    126 North Quitman Avenue
                    Post Office Box 645
                    Winona, MS 38967

                    ATTORNEYS FOR PLAINTIFFS

OF COUNSEL TO RECEIVE
PLEADINGS:

William H. Liston (MB # 1277)
Alan D. Lancaster (MB # 1792)
LISTON/LANCASTER, PLLC
126 North Quitman Avenue
Post Office Box 645
Winona, MS 38967
Tel:    662/283-2132
Fax:    662/283-3742
E-Mail: bliston@listonlancaster.com
E-Mail: dlancaster@listonlancaster.com

Mary E. McAlister (MB # 2170)
DAVID H. NUTT & ASSOCIATES, P.C.
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157
Tel:    601/898-7302
Fax:    601/898-7304
E-Mail:   mcalister@davidnutt.com

C. Victor Welsh III (MB # 7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
410 South President Street (39201)
Post Office Box 22985
Jackson, MS 39225-2985
Tel:    601/948-6200
Fax:    601/948-6187
E-Mail:   vcs@pgrwlaw.com

## Certificate of Service

I, Alan D. Lancaster, one of the attorneys for the Plaintiffs herein, do hereby certify on the 3rd day of May, 2007, that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Christye D. Jones, Esquire
Charles C. Harrell, Esquire
Anita Modak-Truran, Esquire
J. Kennedy Turner III, Esquire
Alyson B. Jones, Esquire
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
Post Office Box 22567
Jackson, MS 39225
Phone: 601-948-5711
Fax: 601-985-4500
    Counsel for Defendants

Russ M. Herman
Leonard A. Davis
Herman, Katz & Collar, LLP
829 O'Keefe Avenue
New Orleans, LA 70113
Phone: 504-581-4892
Fax: 504-561-6024
    Plaintiffs' Liason Counsel

Phillip A. Wittman
Dorothy H. Wimberly
Stone, Pigman, Walther, Wittman, L.L.C.
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, LA 70809
Phone: 225-490-8900
Fax: 228- 490-8960
    Defendants' Liason Counsel

                s/Alan D. Lancaster
                ALAN D. LANCASTER