UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## PRE-TRIAL ORDER NO. 6A

This Order amends and supplements Pre-Trial Order No. 6 by further outlining the functions and duties of the accounting firm of Wegmann-Dazet who has been retained to assist and provide accounting services to Plaintiffs' Liaison Counsel, the Plaintiffs' Steering Committee, and the Court in MDL 1657.  Except as set forth herein, this Order does not otherwise alter or amend Pre-Trial Order No. 6.

Philip Garrett, CPA, of the accounting firm of Wegmann-Dazet, in connection with its duties of providing accounting services is and has been authorized to:

1. Set up a checking account (or accounts) for the Plaintiffs' Steering Committee or Plaintiffs' Liaison Counsel and pay taxes on interest income.

2. Compile and record all time records and costs, and periodically report same to the Court and the Plaintiffs' Steering Committee.

3. Prepare and issue Internal Revenue Service filing forms, including 1099 forms to experts, sub-contractors, and others as reported by members of the Plaintiffs' Steering Committee or Plaintiffs' Liaison Counsel.

New Orleans, Louisiana, this 3rd day of May, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE