FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 APR 24  PM 4:28
LORETTA G. WHYTE
CLERK

**Joseph R. Alexander, Jr., SBN 00995150**
**Richard Warren Mithoff, SBN 14228500**
**MITHOFF LAW FIRM**
**Penthouse, One Allen Center**
**500 Dallas, Suite 3450**
**Houston, Texas 77002**
**(713) 654-1122; Fax (713) 739-8085**
email: jalexander@mithofflaw.com; cliebergot@mithofflaw.com
**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | |
| THIS DOCUMENT RELATES TO: | DOCKET NO. 2:05-CV-4957 |
| CHRISTOPHER CONNALLY AND DEBORAH CONNALLY<br>*Plaintiffs,* | MDL NO: 1657<br>SECTION: L |
| VS. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| MERCK & CO., INC.<br>*Defendant.* | TRANSFEROR COURT:<br>U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS<br>CAUSE NO. H-05-2865 |



## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Deborah Connally ("Connally"), <u>ONLY</u>, and Defendant, Merck & Co., Inc. ("Merck), hereby stipulate, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), to a dismissal of other claims without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Deborah Connally agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Deborah Connally further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Deborah Connally, as though Deborah Connally had been a party and had had an opportunity to participate in that discovery.

Deborah Connally agrees to the above-stated conditions and wishes to dismiss her claims without prejudice to re-filing. There are no counterclaims or third-party claims.

Respectfully Submitted,

MITHOFF LAW FIRM

_____
RICHARD WARREN MITHOFF

State Bar No. 14228500
S.D. Tex. Bar No. 2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS


*/s/ Julie Hardin*

GERRY LOWRY
State Bar No. 12641350
JULIE HARDIN
State Bar No. 24013613
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Servce Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of April 2007.

_____
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Mithoff Law Firm
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)
cliebergot@mithofflaw.com

ATTORNEY FOR PLAINTIFF