Joseph R. Alexander, Jr., SBN 00995150
Richard Warren Mithoff, SBN 14228500
**MITHOFF LAW FIRM**
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122; Fax (713) 739-8085
email: jalexander@mithofflaw.com; cliebergot@mithofflaw.com
Attorneys for Plaintiffs

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAY -2 AM 11: 36
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | |
| THIS DOCUMENT RELATES TO: | DOCKET NO. 2:05-CV-4957 |
| CHRISTOPHER CONNALLY AND DEBORAH CONNALLY<br>*Plaintiffs,* | MDL NO: 1657<br>SECTION: L |
| VS. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| MERCK & CO., INC.<br>*Defendant.* | TRANSFEROR COURT:<br>U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS<br>CAUSE NO. H-05-2865 |

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that the claims of plaintiff Deborah Connally, <u>only</u>, be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation. *Plaintiff's counsel shall make the necessary changes to party status on Lexis Nexis File & Serve pursuant to pretrial order 8B.*

NEW ORLEANS, LOUISIANA, this 25th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE