U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   APR 1 2 2007

LORETTA G. WHYTE
Clerk  wp

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBENIA BROOKS
PLAINTIFF

CIVIL ACTION  05-MD-1657 L(3)

VERSUS

NO. 06-1547 L(3)

DEFENDANT(S) MERCK + Co, INC

Motion for Extension +/or Court Appointed Attorney

I am asking for extension of time and that the court appoint me a court attorney

_[signature]_
SIGNATURE
ROBENIA BROOKS
PRINTED NAME
1290 Hopper Rd
ADDRESS
Houston, Texas 77037
CITY, STATE, ZIP
281-445-6206 -H
TELEPHONE NUMBER
281-7965705 -Cell

**TENDERED FOR FILING**

APR 1 2 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   APR 2 3 2007

LORETTA G. WHYTE
Clerk

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc No. _____

APRIL 10, 2007

CLERK OF COURT
U. S. DISTRICT COURT
ATT-PRO – SE

DEAR SIR,

MY NAME IS ROBENIA BROOKS. I;M WRITING YOUR COURT BECAUSE I AM VERY UPSET DUE TO THE FACT I CAN NOT FIND AN ATTORNEY IN HOUSTON. EITHER THEY ARE NOT TAKING ANY MORE VIOXX CASES OR THEY ARE FULL OF CASES. I NEVER BEEN SICK LIKE THIS ONLY ASHMA, AND ALL OTHER SICKNESS CAME AFTER ME TAKING VIOXX.

I AM VERY AFRAID THAT MY CASE WILL BE THROWED OUT WITHOUT ANY TYPE OF REPRESENTATION ON MY BEHALF. I CAN NOT AFFORD TO PAY FOR AN ATTORNEY. I AM ASKING THE COURT TO GIVE ME A MOTION FOREXTENION OF TIME AND/ OR MOTION FOR A COURT APPOINTED ATTORNEY.

I PRAY THAT THE COURT SEE FIT TO GRANT ME BOTH OF MY REQUESTS. AND HAVE MERCY ON ME AND MY CASE.

IN NEED OF HELP, SINCERELY
ROBENIA BROOKS
D, O, B, 3/ 20 52
1290 HOPPER RD
HOUSTON TEXAS  77037
VIOXX CASE

TENDERED FOR FILING

APR 23 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

TENDERED FOR FILING

APR 12 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk