

www.freemantriallaw.com

February 15, 2007

**CMRRR NO. 7006 0100 0001 5369 2260**
**AND**
**FIRST CLASS U. S. MAIL**

Ms. Robenia Brooks
1290 Hopper Road
Houston, TX  77037

    Re:   **Your Vioxx Case**

Dear Ms. Brooks:

    Thank you for the opportunity to work on your case, however, we must notify you of the fact that we will not be able to assist you further in connection with your Vioxx case. On several occasions, the Court has required you to specify dates for treatments, conditions, and medical care that we have been unable to establish. We have determined that due to your pre-existing health issues and the stringent conditions that must be met in order to prosecute your case, we will no longer be able to represent you in this matter.

    Please understand that although we have decided not to pursue any further legal action in this matter on your behalf, this should not be considered a representation of the factual or legal validity of your claim. Furthermore, do not construe this as a representation to you as to the likelihood of a recovery or non-recovery of your claim.

    YOUR LEGAL RIGHT TO PURSUE THIS ACTION IS CRITICALLY AFFECTED BY TIME LIMITS. IF YOU WISH TO PURSUE THIS MATTER FURTHER, **IMMEDIATELY OBTAIN OTHER LEGAL REPRESENTATION.** DELAY ON YOUR PART IN OBTAINING OTHER LEGAL REPRESENTATION CAN PREVENT YOU FROM ENFORCING YOUR LEGAL RIGHTS.

    To secure other counsel, you may contact any lawyer of your choice, or the Bar Association's Lawyer Referral Service, which will refer you to competent attorneys who may be willing to handle your case. If you secure other counsel, please let us know the names of the attorneys, and we will forward your file to them.

Ms. Robenia Brooks
February 15, 2007
Page 2

      We have obtained a 60-day extension for you to file responses to the most recent deficiency letter received by us. If you do not respond to the attached letter within 60 days, the Defendant's counsel may move to dismiss your case. I am attaching a copy of the deficiency letter and a copy of your Plaintiff Profile Form as sent to Defendant.

      We regret that we could not be of further assistance to you on this matter, and we thank you for having given us the opportunity to discuss this case with you. **Please take immediate steps to obtain a new lawyer if you wish to continue in this lawsuit.**

      Very truly yours,

      D. Matthew Freeman

DMF:cch

Attachments

CHARLES R. HOUSSIERE, III, P.C.
  BOARD CERTIFIED PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
  DIPLOMATE CIVIL TRIAL ADVOCACY
  NATIONAL BOARD OF TRIAL ADVOCACY
  TEXAS AND COLORADO BARS

LINDA D. HOUSSIERE, P.C.
  MEDIATOR

MONICA C. VAUGHAN

HARRY L. DURANT, P.C.; RETIRED
  TEXAS AND FLORIDA BARS

RANDAL A. KAUFFMAN
BRADLEY L. LEGER

THREE POST OAK CENTRAL
1990 POST OAK BOULEVARD, SUITE 800
HOUSTON, TEXAS 77056-3812
TELEPHONE (713) 626-3700
FACSIMILE (713) 626-3709
WWW.HDHTEX.COM
TOLL FREE 1-888-881-8100



# HOUSSIERE
# DURANT
# HOUSSIERE
## LLP

April 11, 2007

Robenia Brooks
1290 Hopper Road
Houston, Texas 77037

*Via Client Pick-up*

Re:   Your claim regarding Vioxx

Dear Ms. Brooks:

    Thank you for allowing our firm the opportunity to review your products liability claim.

    We review a large volume of products liability claims each year. **However, Texas law governing products liability claims provide substantial protection to the manufacturers of products.** Further Texas law imposes significant and practical obstacles for individuals who may have been injured or damaged through defective products. Knowledgeable and credible experts are an absolute must to the successful prosecution of a design defect case. The burden on the injured party is very high in such cases. In order to prove that a product is defective because of its design, the injured party must prove by a preponderance of the evidence that a safer alternative design existed at the time of the manufacture of the product in question that was both technologically and economically feasible. The product defect or marketing defect must be shown to have been the cause of the injury. Expert testimony is an absolute must to carry this burden. In light of these circumstances, it is our opinion that it would be unlikely we could obtain a mutually satisfactory result, particularly given the great time and expense that would be required to litigate this case. Being able to successfully and persuasively prove all of the above points is virtually always an extremely difficult and expensive burden for the victim of a defective product to sustain. As a practical matter, both the liability and damage evidence must be *compelling* for the lawsuit to be successful.

    You should not infer from our decision that you do not have a meritorious claim. Other consultants may disagree with our analysis, and other attorneys may disagree with our evaluation. **You should promptly seek the opinion of another attorney regarding the merits of your claim and the applicable statute of limitations.** Failure to file the suit within the applicable statute of limitations could result in the claim being **permanently barred**; therefore, to be cautious, you should seek to take the appropriate action before the two (2) year anniversary of the alleged occurrence.

Robenia Brooks
April 11, 2007
Page 2

    Again, thank you for allowing us to review the matter for you. While we sympathize with your situation, we do not believe we can effectively assist you due to the circumstances outlined above. We are returning your entire file to you.

    Other attorneys in our area who are handling Vioxx cases you can contact are Mike Gallagher of Gallagher Law Firm and Sara Fendia of Fibitch, Hampton & Leebron, LP. If we may be of any assistance to you in another matter in the future, please do not hesitate to call.

                                     Sincerely,

                                     HOUSSIERE, DURANT & HOUSSIERE, L.L.P.

                                     Monica C. Vaughan

