FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 27  PM 12: 17

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:   **VIOXX**                                      :    **MDL NO. 1657**
         **PRODUCTS LIABILITY LITIGATION**  :    **SECTION: L**
                                                         :
                                                         :    **JUDGE FALLON**
                                                         :    **MAG. JUDGE KNOWLES**
                                                         :
                                                         :
                                                         :
                                                         :
_____ :

**THIS DOCUMENT RELATES TO:**
**All cases in which LOUIS M. SHERWOOD is named as a defendant  (See attached list,**
**Exhibit "A.")**

### PLAINTIFFS' MOTION TO SUBSTITUTE DEFENDANT

COMES NOW, Kline & Specter, P.C., and files this Motion to Substitute Defendant and

respectfully avers as follows:

1.  In the cases listed in Exhibit "A" hereto, Louis M. Sherwood, M.D. has been named

as a defendant.    Dr. Sherwood was previously Senior Vice President, Medical and Scientific

Affairs in the U.S. Human Health Division of Defendant Merck.   While employed by Merck, Dr.

Sherwood was responsible for all Medical Services, Academic and Professional Affairs, Clinical

Development, and Outcomes Research.  Dr. Sherwood also supervised regional Medical

Directors across the United States.  At Merck, Dr. Sherwood reviewed and supervised clinical

trials regarding Vioxx and monitored clinical trials and scientific information regarding Vioxx

-1-



and competitors of Vioxx.  Dr. Sherwood regularly reviewed medical literature pertaining to Vioxx and other COX-2 inhibitors.

2.  Plaintiffs have alleged that Dr. Sherwood, in his position as Senior Vice President, Medical and Scientific Affairs in the U.S. Human Health Division of Defendant Merck, was principally responsible to protect the safety of consumers, including Plaintiffs herein, by reviewing the clinical trials and the medical literature and then using this information to provide adequate warnings of the risks of Vioxx, including myocardial infarction and stroke.

3.  Plaintiffs further allege that Dr. Sherwood was negligent because he knew that Vioxx increased the risk of cardiovascular injuries, yet he failed to warn physicians and patients.

4.  Louis M. Sherwood, M.D. passed away on January 25, 2006.  His counsel filed a Suggestion Of Death, which is attached hereto as Exhibit "B."

5.  Counsel for Dr. Sherwood has notified counsel that Dr. Sherwood's wife, Judy Sherwood, is the representative of his estate for purposes of substitution under the relevant rules. (*See* e mail dated March 13, 2007 from Mark A. Berman, Esquire, counsel for Dr. Sherman, which is attached hereto as Exhibit "C.")

5.  Pursuant to Federal Rule of Civil Procedure 25, Plaintiffs move to substitute Judy Sherwood for Louis M. Sherwood as a defendant in the cases listed in Exhibit "A" hereto.

WHEREFORE, for the reasons set forth above and in the attached Memorandum of Law, Plaintiffs respectfully request that Judy Sherwood be substituted for Louis M. Sherwood in the cases listed in Exhibit "A" hereto.

Respectfully submitted by:

KLINE & SPECTER
*A Professional Corporation*

By: _____
Thomas R. Kline, Esquire (28895)
Lee B. Balefsky, Esquire (25321)
Michelle L. Tiger, Esquire (43872)
KLINE & SPECTER, P.C.
1525 Locust Street, 19th floor
Philadelphia, PA 19102
ATTORNEYS FOR PLAINTIFFS

-3-