| Plaintiff | Docket No. |
|---|---|
| Abrams, Leonard dec'd | 06-5177 |
| Acaley, George | 06-8401 |
| Acord, Marilyn | 06-3644 |
| Ahmed, Alauddin | 06-3639 |
| Alam, Sheikh Q. | 06-3639 |
| Alexander, Bernice dec'd | 06-4186 |
| Alexander, Charles | 06-3639 |
| Anderson, Thomas | 06-3644 |
| Andree, Sonya | 06-3639 |
| Augustine, Joyce | 06-3644 |
| Avellan, Rosa | 06-3644 |
| Avrunin, Larry | 06-3639 |
| Ayre, Elizabeth | 06-8401 |
| Badini, Jr., Louis J. | 06-3639 |
| Baker, Esther | 06-3644 |
| Barrows, Martin R. | 06-10269 |
| Beck, Furman H. | 06-3639 |
| Belcastro, Michael | 06-3639 |
| Bell, Barbara | 05-5664 |
| Bell, Henry | 06-8409 |
| Bennett, Gerald R. | 06-3639 |
| Bentley, Ronald A. | 05-5664 |
| Berland, Florence | 06-3639 |
| Berresford, Joanne | 06-3639 |
| Bidner, Murray | 06-3915 |
| Billingsley, Jean W. | 06-3639 |
| Blackmon, Robert | 06-8401 |
| Blakely, Lois dec'd | 06-4186 |
| Bolus, George dec'd | 05-5177 |
| Bowers, Richard C. dec'd | 05-5177 |
| Breazeale, Robert D. | 06-3644 |
| Breezee, Glen | 06-3110 |
| Brenner, Betty L. | 05-5665 |
| Brewer, Ola dec'd | 06-4186 |
| Burgess, Sr., William C. | 06-3644 |
| Bynum, Lynn E. | 05-5665 |
| Calderio, Madeline F. dec'd | 05-6231 |
| Callicoat, Donald A. | 06-3639 |
| Campbell, Debbie | 06-3639 |
| Campitelli, John | 05-5176 |
| Canavan, Marilyn | 06-6032 |

| Plaintiff | Docket No. |
| --- | --- |
| Canty, Lance | 06-4045 |
| Carachilo, Angeline | 06-8401 |
| Carpenter, Ricky | 06-8409 |
| Case, Jewell B. | 06-3644 |
| Castorina, John T. | 06-3639 |
| Chambers, Elizabeth D. | 06-6032 |
| Charbonneau, Fred | 06-6032 |
| Chase, Keith | 06-6032 |
| Chistakoff, Patricia | 06-3915 |
| Chuma, Elias | 06-8409 |
| Clair, Fremont | 06-3639 |
| Clark, Robert | 06-3639 |
| Coll, Richard | 06-3644 |
| Collins, Jean | 06-8401 |
| Colston, Beverly H. | 06-3644 |
| Cook, Myra | 06-8409 |
| Cooper, Gloria Jean | 06-3644 |
| Cope, Donald | 06-3639 |
| Covelle, Susan dec'd | 06-4186 |
| Crane, Arnold | 06-3644 |
| Curwick, Vickie | 06-3644 |
| Davis, Gary | 06-9404 |
| Davis, Patrick | 06-8409 |
| Davis, Ronald | 05-5176 |
| Delmonico, Louis | 06-3644 |
| Demshick, Stephen | 06-6032 |
| Denson, Claude J. | 06-6032 |
| Denton, Jeanette | 06-3644 |
| Dewey, Patrick | 06-8409 |
| Diaz, Antonia | 06-3644 |
| Dixon, William J. | 06-3639 |
| Dobbins, Joyce | 06-3644 |
| Docton, Rita Lavern | 06-3644 |
| Donigan, William R. | 06-3639 |
| Dooley, Roland | 06-8409 |
| Dormeyer, Kirk R. | 05-5387 |
| Doughty, Freda | 06-3639 |
| Dragon, Marilyn | 06-3639 |
| Dukes, Elsie dec'd | 06-9344 |
| Eaby, Alan M. | 36-3639 |
| Eldred, J. Bruce | 06-9404 |

| Plaintiff | Docket No. |
|---|---|
| Evans, Sr., Buford H. | 06-3644 |
| Faris, Andral L. | 06-10269 |
| Fenton, Joan | 06-3644 |
| Fleming, Darrell | 06-3639 |
| Floyd, Willa D. dec'd | 05-5177 |
| Foreman, Jerry Lynn | 06-3644 |
| Forscht, Jay A. | 06-3644 |
| Fortier, Rolande | 06-9404 |
| Foster, Thomas | 06-3639 |
| Frix, John | 06-3639 |
| Gabello, Carole | 06-6032 |
| Geiger, Lydia | 06-4045 |
| Georgetti, Rudolph | 06-3639 |
| Germann, Germain F. | 06-3639 |
| Gleason, John | 06-9404 |
| Glover, Ken | 06-3639 |
| Goard, Thomas A. | 06-4045 |
| Godby, Steven | 06-3639 |
| Goroski, Rick | 05-5176 |
| Gose, Pauline | 06-4045 |
| Gove, William | 06-6032 |
| Graham, Carolyn | 06-3639 |
| Gray, Rebecca Dawn | 06-3644 |
| Greene, Audrey M. | 06-3644 |
| Griffin, Hugh E. | 06-4045 |
| Grundler, Robert | 06-6032 |
| Guerin, Nancy | 06-8401 |
| Gwinn, Donald N. | 05-5176 |
| Hackman, Mary Ellen | 06-3639 |
| Hantz, Rosella dec'd | 06-10267 |
| Haren, James P. | 06-10269 |
| Harmsen, Lawrence L. | 06-3639 |
| Hayes, Jerry L. | 06-6032 |
| Hembree, Terry G. | 06-3639 |
| Herbert, Merle | 05-5176 |
| Hertel, Larry D. | 05-5176 |
| Hewitt, John dec'd | 06-3639 |
| Hice, Linda | 06-3915 |
| Hill, John | 06-3639 |
| Hitch, Arlyn | 06-3639 |
| Hobson, Larry D. | 06-3639 |

| Plaintiff | Docket No. |
|---|---|
| Hofmann, Klaus P. | 05-4861 |
| Holmes, Sarah M. dec'd | 05-3611 |
| Hong, Yong S. | 06-3639 |
| Horton, David | 06-3915 |
| Hubble, Erick | 06-3639 |
| Hunter, Linda | 05-5176 |
| Jackson, James D. | 06-3639 |
| Jacobs, Cora L. dec'd | 06-4186 |
| Jarvis, Shirley K. | 06-3915 |
| Jeffers, Daniel M. | 06-6032 |
| Johns, Barbara | 06-3639 |
| Johnson, Patricia | 06-3644 |
| Johnson, Robert | 06-3639 |
| Jones, Daniel D. | 06-3644 |
| Jones, Esley | 06-8401 |
| Kauffman, Rose | 06-3644 |
| Keen, William | 06-3639 |
| Kersetter, Merlin L. | 06-3639 |
| King, Christy J. | 06-3639 |
| King, Ralph Edward dec'd | 06-2021 |
| Kirby, Floyd | 06-3639 |
| Kishell, Gary B. | 06-6032 |
| Kleinsorge, Hilde A. | 05-5176 |
| Klimaszewski, Stanley | 05-5663 |
| Kolakowski, Kenneth | 06-3639 |
| Kravitz, Edward | 06-3639 |
| Lalli, Ronald | 06-6032 |
| Lamarca, Salvatore C. | 06-8401 |
| Lawler, Betty A. | 06-8401 |
| Ledden, Natalie F. | 06-9404 |
| Lee, Ah Fu | 06-3639 |
| Leonard, Georgia | 06-3639 |
| Lero, Janet L. | 06-3639 |
| Lizarraga, Lucia | 06-3644 |
| Maas, Ronald H. | 06-3639 |
| Mannel, Lorraine Lee | 06-8401 |
| Manvitch, Craig | 06-3639 |
| Martinelli, Phillip | 05-5176 |
| Matylewicz, Robert C. | 06-3639 |
| May, Robert E. | 06-3644 |
| Mazauskas, Leonard | 06-3639 |

| Plaintiff | Docket No. |
| --- | --- |
| McCarthy, Janet | 06-3915 |
| McCloud, William Scott | 06-6032 |
| McCullough, Sarahlene | 06-3639 |
| McElfresh, Kayleen | 06-3644 |
| McLaughlin, Gerald | 07-1404 |
| McMurtrie, Donna | 06-6032 |
| McNeil, James C. dec'd | 06-4186 |
| Medford, Bobby | 05-5671 |
| Mikos, Bruno | 06-3915 |
| Miller, Billy M. | 06-3639 |
| Miller, Larry E. | 06-8401 |
| Miller, Robert J. | 06-6032 |
| Moffitt, Edward R. | 06-8401 |
| Monroe, Elsie | 06-8401 |
| Morollo, Barbara | 06-9404 |
| Morris, Ronald Dale | 06-3915 |
| Morrone, Jr., John | 06-3639 |
| Moss, Jay | 06-6032 |
| Muehling, Georgan | 06-8409 |
| Mulligan, Brenda | 06-3644 |
| Murray, Beatrice | 06-10269 |
| Muszkiewicz, Edward | 06-3639 |
| Myhrvold, Stuart E. | 06-3639 |
| Nolan, Jeremiah J. | 06-3639 |
| Nordmeier, TerryLynn | 06-3639 |
| O'Connell, Katherine | 06-3644 |
| Oglesby, Elrie L. | 06-3639 |
| Oglesby, Jerry | 05-5868 |
| Oman, Donald | 05-5176 |
| Oravitz, Eleanor | 06-8401 |
| Pandit, Nalini D. | 06-3915 |
| Patterson, Thomas K. | 06-6032 |
| Paul, Lucille | 06-9807 |
| Peloso, Robert | 06-9404 |
| Peoples, Charles | 05-5176 |
| Perrins, Allen | 06-3639 |
| Perrotta, Joseph A. | 06-6032 |
| Pierose, Gloria | 06-10677 |
| Pillow, Ronald L. | 06-6032 |
| Posnack, Leonard | 06-3644 |
| Potts, Laudan | 06-3644 |

| Plaintiff | Docket No. |
|---|---|
| Potucek, Priscilla E. dec'd | 05-6771 |
| Powlus, Thomas | 06-3639 |
| Price, Joan | 06-3639 |
| Prosser, David | 05-5176 |
| Quattrochi, Mario | 06-3639 |
| Quirk, June | 06-8401 |
| Quitinsky, John R. | 06-9404 |
| Raghubar, Padmawatty | 07-1056 |
| Ray, Deloye | 06-3639 |
| Richards, Sr., Benny | 06-3639 |
| Roberts, Joan | 06-3639 |
| Robertson-Cavanaugh, Marilyn | 06-3639 |
| Rodowski, John C. | 06-3639 |
| Ronk, George E. | 06-3639 |
| Rosenberg, Lois | 06-3639 |
| Roy, Marjorie | 06-10268 |
| Russ, Judy D. | 06-6032 |
| Sabo, Albert | 06-10268 |
| Sackarowitz, Joel | 06-3639 |
| Sadowski, Henry | 06-3915 |
| Sagajdak, Olga G. | 06-2723 |
| Salyers, Barbara | 05-4636 |
| Saunders, Janet C. | 06-3915 |
| Sayk, Roger | 06-3639 |
| Seitz, Joseph | 06-3639 |
| Sharp, John L. | 06-3639 |
| Silverman, Edward J. | 06-8410 |
| Silvin, Marcelle | 06-2719 |
| Simmons, Lydia | 06-2722 |
| Sims, Shirley J. | 06-3639 |
| Singleton, Gerene | 06-3644 |
| Sirota, Merrick | 05-0528 |
| Smith, Helen | 06-3915 |
| Smith, Karen | 06-3639 |
| Smolko, Joan | 06-8401 |
| Somnitz, Gene | 06-3639 |
| Stephenson, Glenna M. | 06-3644 |
| Stephenson, Kathryn | 06-3639 |
| Stern, Mark | 06-3644 |
| Stewart, Armeade L. dec'd | 05-5177 |
| Stitley, Donna Zak dec'd | 06-8412 |

| Plaintiff | Docket No. |
| --- | --- |
| Stoltzfus, Robert E. | 06-6032 |
| Stover, Ronald D. | 06-8409 |
| Strang, Rachel B. | 06-3639 |
| Sullivan, Larry | 06-10269 |
| Swain, Ronza Lee | 06-10268 |
| Swietlik, Frank | 06-2718 |
| Syslo, Gordon | 06-3644 |
| Tasso, Alfredo | 06-6032 |
| Tatarewicz, Dolores L. | 06-8401 |
| Teal, Percy A. | 06-3915 |
| Terry, Dennis | 05-5176 |
| Thomas, Edward H. | 06-8409 |
| Thomas, Mary W. | 06-3639 |
| Throop, Clarence | 06-3644 |
| Tiffany, Sr., Patrick | 06-3639 |
| Valent, Richard J. | 06-3639 |
| Valenti, Anthony T. | 06-3644 |
| Van Landingham, Earl E. | 06-6032 |
| Vanderpool, Victoria | 06-8409 |
| Vargas, Victoria dec'd | 06-4186 |
| Vicari, Isabella | 06-3644 |
| Vocature, Salvatore dec'd | 06-3639 |
| Vroman, Nancy L. | 06-6032 |
| Walizer, Malhcolm | 06-8409 |
| Walker, Robert | 06-3639 |
| Walker, Wilhelmena | 06-8401 |
| Wallace, Charlene A. | 06-3639 |
| Walters-Bane, Janice | 06-10269 |
| Warren, Gerald | 06-3639 |
| Washington, Mary | 06-3644 |
| Waterfield, Ardell A. | 06-6032 |
| Welch, Brenda | 06-3644 |
| West, Esther P. | 05-1113 |
| Wheeler, Edward L. | 06-6032 |
| White, Kenneth | 06-3639 |
| White, Mary E. | 06-3639 |
| Whitmore, Lorraine | 06-8401 |
| Whyno, Janice | 06-3639 |
| Wiechman, Donald | 06-3639 |
| Wilks, Lyle | 06-3639 |
| Williams, Eric V. | 06-3915 |

| Plaintiff | Docket No. |
|---|---|
| Williams, Jimmy | 06-3639 |
| Williams, Ronald W. | 06-3639 |
| Wilson, Frances | 06-3915 |
| Wilson, William | 06-3644 |
| Witt, Ronald H. | 06-3639 |
| Wolk, Richard | 06-3639 |
| Woodside, Wayne | 06-3644 |
| Yancey, Max L. | 06-3639 |
| Yulish, Morton | 06-3639 |
| Zalewski, Helen | 06-8401 |

## STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

JOHN J. CHAILLOT
DIRECT DIAL: (504) 593-0901
DIRECT FAX: (504) 596-0901
E-Mail: jchaillot@stonepigman.com

Feb 21 2007
11:36AM

OUR FILE NUMBER

66,000

February 21, 2007

Hon. Loretta Whyte
Clerk of Court
United State District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

    Re: <u>Vioxx MDL 1657</u>

Dear Ms. Whyte:

    Attached to this letter is the Suggestion of Death for a Louis M. Sherwood and a list of cases in which he is named as a defendant. We have filed this in the CMECF under case number 05-MD-1657 and were instructed to do so using this letter and attaching the Suggestion of Death and the list of cases. Please call me if you have any questions.

                      Best regards,

                      John J. Chaillot
                      Legal Assistant

JJC/esb
Attachment

858064v.1



### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX:<br>    Product Liability Litigation<br><br>This document relates to all cases in which LOUIS M. SHERWOOD is named as a defendant (see list attached) | MDL No. 1657<br><br>Section: L<br><br>Judge Fallon<br>Magistrate Judge Knowles |

### SUGGESTION OF DEATH

PLEASE TAKE NOTICE pursuant to Federal Rule of Civil Procedure 25(a)(1) that defendant LOUIS M. SHERWOOD passed away on January 25, 2007.

s/Mark Berman
Mark A. Berman, Esq.
HARTMANN DOHERTY
ROSA & BERMAN, LLC
126 State Street
Hackensack, New Jersey 07601
Tel: (201) 441-9056
Fax: (201) 441-9435
mberman@hartmanndoherty.com

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

## LIST OF CASES

### LOUIS M. SHERWOOD (deceased)

2:05-cv-02949-EEF-DEK, Brenner et al v. Merck & Co Inc et al, filed 08/08/05
2:05-cv-04629-EEF-DEK, Lapila et al v. Merck & Co Inc et al, filed 12/01/05
2:05-cv-04634-EEF-DEK, Magnan et al v. Merck & Co Inc et al, filed 12/01/05
2:05-cv-04635-EEF-DEK, Jones v. Merck & Co Inc et al, filed 12/02/05
2:05-cv-04636-EEF-DEK, Salyers v. Merck & Co Inc et al, filed 12/01/05
2:05-cv-04715-EEF-DEK, Bowen et al v. Merck & Co Inc et al, filed 11/28/05
2:05-cv-04860-EEF-DEK, Hnatuk et al v. Merck & Co Inc et al, filed 12/07/05
2:05-cv-04862-EEF-DEK, Justus et al v. Merck & Co Inc et al, filed 12/07/05
2:05-cv-04864-EEF-DEK, Wilson et al v. Merck & Co Inc et al, filed 11/28/05
2:05-cv-04927-EEF-DEK, Howard et al v. Merck & Co Inc et al, filed 12/01/05
2:05-cv-05177-EEF-DEK, Stewart et al v. Merck & Co Inc et al, filed 12/12/05
2:05-cv-05383-EEF-DEK, Dworken et al v. Merck & Co Inc et al, filed 12/14/05
2:05-cv-05384-EEF-DEK, LaChance et al v. Merck & Co Inc et al, filed 12/27/05
2:05-cv-05387-EEF-DEK, Dormeyer v. Merck & Co Inc et al, filed 12/27/05
2:05-cv-05388-EEF-DEK, Olson et al v. Merck & Co Inc et al, filed 12/14/05
2:05-cv-05389-EEF-DEK, Newman et al v. Merck & Co Inc et al, filed 12/14/05
2:05-cv-05390-EEF-DEK, Pafford et al v. Merck & Co Inc et al, filed 12/13/05
2:05-cv-05663-EEF-DEK, Klimaszewski et al v. Merck & Co Inc et al, filed 01/03/06
2:05-cv-05664-EEF-DEK, Bell et al v. Merck & Co Inc et al, filed 12/19/05
2:05-cv-05665-EEF-DEK, Brenner et al v. Merck & Co Inc et al, filed 12/23/05
2:05-cv-05668-EEF-DEK, Cohen et al v. Merck & Co Inc et al, filed 01/03/06
2:05-cv-05669-EEF-DEK, Grimes v. Merck & Co Inc et al, filed 12/21/05
2:05-cv-05670-EEF-DEK, Greer et al v. Merck & Co Inc et al, filed 12/19/05
2:05-cv-05671-EEF-DEK, Medford v. Merck & Co Inc et al, filed 12/23/05
2:05-cv-05866-EEF-DEK, Burke v. Merck & Co Inc, filed 01/03/06
2:05-cv-05867-EEF-DEK, Lindsey et al v. Merck & Co Inc et al, filed 01/10/06
2:05-cv-06231-EEF-DEK, Calderaio v. Merck & Co Inc et al, filed 01/04/06
2:05-cv-06771-EEF-DEK, Richardson et al v. Merck & Co Inc et al, filed 01/09/06
2:05-cv-06772-EEF-DEK, Allen v. Merck & Co Inc et al, filed 01/09/06
2:06-cv-00439-EEF-DEK, Simakaski et al v. Merck & Co Inc et al, filed 02/21/06
2:06-cv-00440-EEF-DEK, Munn et al v. Merck & Co Inc et al, filed 02/13/06
2:06-cv-00441-EEF-DEK, Beeman et al v. Merck & Co Inc et al, filed 02/21/06
2:06-cv-00702-EEF-DEK, Binder et al v. Merck & Co Inc et al, filed 07/05/06
2:06-cv-00705-EEF-DEK, Burnett et al v. Merck & Co Inc et al, filed 07/05/06
2:06-cv-01024-EEF-DEK, Bridges v. Merck & Co Inc et al, filed 07/05/06
2:06-cv-01527-EEF-DEK, Edwards et al v. Merck & Co Inc et al, filed 04/17/06
2:06-cv-02245-EEF-DEK, Fabes v. Merck & Co Inc et al, filed 04/28/06
2:06-cv-02715-EEF-DEK, Ackman v. Merck & Co Inc et al, filed 06/07/06
2:06-cv-02716-EEF-DEK, Ramcke et al v. Merck & Co Inc et al, filed 06/05/06
2:06-cv-02718-EEF-DEK, Swietlik et al v. Merck & Co Inc et al, filed 06/05/06
2:06-cv-02719-EEF-DEK, Silvin et al v. Merck & Co Inc et al, filed 06/07/06
2:06-cv-02722-EEF-DEK, Simmons v. Merck & Co Inc et al, filed 06/05/06

2:06-cv-02723-EEF-DEK, Sagajdak et al v. Merck & Co Inc et al, filed 06/05/06
2:06-cv-03104-EEF-DEK, Huberty v. Merck & Co Inc et al, filed 08/11/06
2:06-cv-03105-EEF-DEK, Nesbit v. Merck & Co Inc et al, filed 08/11/06
2:06-cv-03107-EEF-DEK, Anderson et al v. Merck & Co Inc et al, filed 08/14/06
2:06-cv-03108-EEF-DEK, Bird et al v. Merck & Co Inc et al, filed 08/17/06
2:06-cv-03110-EEF-DEK, Breezee et al v. Merck & Co Inc et al, filed 08/11/06
2:06-cv-03112-EEF-DEK, Lidstrom v. Merck & Co Inc et al, filed 08/11/06
2:06-cv-03153-EEF-DEK, Tallas et al v. Merck & Co Inc et al, filed 08/11/06
2:06-cv-03637-EEF-DEK, Thomas et al v. Merck & Co Inc et al, filed 07/24/06
2:06-cv-03639-EEF-DEK, Ahmed et al v. Merck & Co., Inc., et al, filed 07/24/06
2:06-cv-03640-EEF-DEK, Bryant et al v. Merck & Co Inc et al, filed 07/21/06
2:06-cv-03641-EEF-DEK, Johnson v. Merck & Co Inc et al, filed 07/24/06
2:06-cv-03643-EEF-DEK, Bredesen v. Merck & Co Inc et al, filed 07/21/06
2:06-cv-03644-EEF-DEK, Anderson et al v. Merck & Co Inc et al, filed 07/24/06
2:06-cv-03645-EEF-DEK, Yant et al v. Merck & Co Inc et al, filed 07/31/06
2:06-cv-03646-EEF-DEK, Johnson-Tschida et al v. Merck & Co Inc et al, filed 07/24/06
2:06-cv-03647-EEF-DEK, Knight et al v. Merck & Co Inc et al, filed 07/24/06
2:06-cv-03649-EEF-DEK, Klossner v. Merck & Co Inc et al, filed 07/21/06
2:06-cv-03907-EEF-DEK, Boyd et al v. Merck & Co Inc et al, filed 08/07/06
2:06-cv-03908-EEF-DEK, Tanner et al v. Merck & Co Inc et al, filed 08/07/06
2:06-cv-03909-EEF-DEK, Klimmek et al v. Merck & Co Inc et al, filed 08/07/06
2:06-cv-03910-EEF-DEK, Powers v. Merck & Co., Inc., et al, filed 08/07/06
2:06-cv-03911-EEF-DEK, Mclaughlin et al v. Merck & Co Inc et al, filed 08/07/06
2:06-cv-03913-EEF-DEK, Castillo et al v. Merck & Co Inc et al, filed 08/07/06
2:06-cv-03915-EEF-DEK, Bidner et al v. Merck & Co., Inc., et al, filed 08/07/06
2:06-cv-04045-EEF-DEK, Canty et al v. Merck & Co., Inc., et al, filed 08/21/06
2:06-cv-04046-EEF-DEK, Manderscheid et al v. Merck & Co Inc et al, filed 08/21/06
2:06-cv-04186-EEF-DEK, Blakely et al v. Merck & Co Inc et al, filed 08/21/06
2:06-cv-04187-EEF-DEK, Schiefelbein et al v. Merck & Co Inc et al, filed 09/08/06
2:06-cv-04188-EEF-DEK, Tineo v. Merck & Co Inc et al, filed 08/21/06
2:06-cv-04189-EEF-DEK, Anglin et al v. Merck & Co Inc et al, filed 08/21/06
2:06-cv-04190-EEF-DEK, Kohls et al v. Merck & Co Inc et al, filed 08/21/06
2:06-cv-04191-EEF-DEK, Drummond et al v. Merck & Co., Inc., et al, filed 08/21/06
2:06-cv-04192-EEF-DEK, Jackson et al v. Merck & Co Inc et al, filed 08/21/06
2:06-cv-04193-EEF-DEK, Hultman v. Merck & Co Inc et al, filed 08/21/06
2:06-cv-04194-EEF-DEK, Kahler et al v. Merck & Co Inc et al, filed 08/21/06
2:06-cv-04195-EEF-DEK, Hammond v. Merck & Co Inc et al, filed 09/08/06
2:06-cv-05579-EEF-DEK, Greenhaw et al v. Merck & Co Inc et al, filed 10/27/06
2:06-cv-05580-EEF-DEK, Walls v. Merck & Co Inc et al, filed 09/15/06
2:06-cv-05581-EEF-DEK, Montgomery v. Merck & Co Inc et al, filed 09/14/06
2:06-cv-05582-EEF-DEK, Maliszewski v. Merck & Co Inc et al, filed 09/14/06
2:06-cv-05583-EEF-DEK, Bulger et al v. Merck & Co Inc et al, filed 09/14/06
2:06-cv-05585-EEF-DEK, Beyer et al v. Merck & Co Inc et al, filed 10/05/06
2:06-cv-05586-EEF-DEK, Oakley et al v. Merck & Co Inc et al, filed 09/14/06
2:06-cv-05587-EEF-DEK, Pardino et al v. Merck & Co Inc et al, filed 09/14/06
2:06-cv-05588-EEF-DEK, Kelly v. Merck & Co Inc et al, filed 09/14/06

2:06-cv-05589-EEF-DEK, Hauge et al v. Merck & Co Inc et al, filed 09/14/06
2:06-cv-05591-EEF-DEK, Walter v. Merck & Co Inc, filed 09/14/06
2:06-cv-05592-EEF-DEK, Wright v. Merck & Co Inc et al, filed 09/14/06
2:06-cv-05593-EEF-DEK, Miller et al v. Merck & Co Inc et al, filed 09/18/06
2:06-cv-06032-EEF-DEK, Canavan et al v. Merck & Co Inc et al, filed 09/22/06
2:06-cv-08401-EEF-DEK, Acaley et al v. Merck & Co Inc et al, filed 11/06/06
2:06-cv-08402-EEF-DEK, Eaton et al v. Merck & Co Inc et al, filed 11/06/06
2:06-cv-08403-EEF-DEK, Bultman v. Merck & Co Inc et al, filed 11/07/06
2:06-cv-08404-EEF-DEK, Whitfield et al v. Merck & Co Inc et al, filed 11/06/06
2:06-cv-08405-EEF-DEK, Larson et al v. Merck & Co Inc, filed 11/02/06
2:06-cv-08406-EEF-DEK, Morris et al v. Merck & Co Inc et al, filed 11/06/06
2:06-cv-08407-EEF-DEK, Oquendo v. Merck & Co Inc et al, filed 11/06/06
2:06-cv-08408-EEF-DEK, Wallis et al v. Merck & Co Inc et al, filed 12/05/06
2:06-cv-08409-EEF-DEK, Bell et al v. Merck & Co Inc et al, filed 11/06/06
2:06-cv-08410-EEF-DEK, Silverman et al v. Merck & Co Inc et al, filed 11/06/06
2:06-cv-08412-EEF-DEK, Cohen et al v. Merck & Co Inc et al, filed 11/06/06
2:06-cv-09402-EEF-DEK, Paparazzo et al v. Merck & Co Inc et al, filed 11/16/06
2:06-cv-09403-EEF-DEK, Willis et al v. Merck & Co Inc et al, filed 11/16/06
2:06-cv-09404-EEF-DEK, Davis et al v. Merck & Co Inc et al, filed 11/16/06
2:06-cv-09405-EEF-DEK, Shaw et al v. Merck & Co Inc et al, filed 11/16/06
2:06-cv-09406-EEF-DEK, Fortune et al v. Merck & Co Inc et al, filed 11/21/06
2:06-cv-09407-EEF-DEK, Gomez v. Merck & Co Inc et al, filed 11/16/06
2:06-cv-09410-EEF-DEK, Everts et al v. Merck & Co Inc et al, filed 11/16/06
2:06-cv-09807-EEF-DEK, Paul et al v. Merck & Co Inc et al, filed 11/16/06
2:06-cv-10266-EEF-DEK, Boland et al v. Merck & Co Inc et al, filed 12/15/06
2:06-cv-10268-EEF-DEK, Roy et al v. Merck & Co Inc et al, filed 12/05/06
2:06-cv-10269-EEF-DEK, Barrows et al v. Merck & Co Inc et al, filed 12/05/06
2:06-cv-10271-EEF-DEK, Walden et al v. Merck & Co Inc et al, filed 12/01/06
2:06-cv-10272-EEF-DEK, Martin v. Merck & Co et al, filed 12/05/06
2:06-cv-10677-EEF-DEK, Pierose v. Merck & Co Inc et al, filed 12/18/06
2:06-cv-11122-EEF-DEK, Golla v. Merck & Co Inc et al, filed 01/11/07
2:06-cv-11320-EEF-DEK, Frumin et al v. Merck & Co Inc et al, filed 12/22/06

2:05-cv-01113-EEF-DEK, West v. Merck & Co Inc et al, filed 04/08/05
2:05-cv-01281-EEF-DEK, Cronin et al v. Merck & Co Inc et al, filed 04/15/05
2:05-cv-04861-EEF-DEK, Hofmann et al v. Merck & Co Inc et al, filed 12/01/05
2:05-cv-04926-EEF-DEK, Mitchell et al v. Merck & Co Inc et al, filed 12/01/05
2:05-cv-05176-EEF-DEK, Williams et al v. Merck & Co. Inc , filed 12/05/05
2:05-cv-06773-EEF-DEK, Rhineer v. Merck & Co Inc et al, filed 01/05/06
2:06-cv-03638-EEF-DEK, King v. Merck & Co Inc et al, filed 07/24/06

2:05-cv-01795-EEF-DEK, Cochran v. Merck & Co Inc et al, filed 05/20/05
2:05-cv-02352-EEF-DEK, Lawrence-Wicks et al v. Merck & Co Inc et al, filed 06/23/05
2:05-cv-02353-EEF-DEK, Slade v. Merck & Co Inc et al, filed 06/27/05
2:05-cv-02354-EEF-DEK, Rayford v. Merck & Co Inc et al, filed 06/22/05
2:05-cv-02355-EEF-DEK, Laney et al v. Merck & Co Inc et al, filed 07/08/05

2:05-cv-02955-EEF-DEK, Payne et al v. Merck & Co Inc et al, filed 07/28/05
2:05-cv-03245-EEF-DEK, Brooks v. Merck & Co Inc et al, filed 08/03/05
2:05-cv-03605-EEF-DEK, Smith v. Merck & Co Inc et al, filed 08/19/05
2:05-cv-03606-EEF-DEK, Pompey v. Merck & Co Inc et al, filed 08/19/05
2:05-cv-03607-EEF-DEK, Baylor v. Merck & Co Inc et al, filed 08/19/05
2:05-cv-04718-EEF-DEK, Danforth, et al v. Merck & Co Inc , filed 11/28/05
2:05-cv-04719-EEF-DEK, Ferguson et al v. Merck & Co Inc et al, filed 11/28/05
2:05-cv-05868-EEF-DEK, Oglesby v. Merck & Co Inc et al, filed 01/10/06
2:06-cv-00325-EEF-DEK, Maas et al v. Merck & Co Inc et al, filed 02/21/06
2:06-cv-00437-EEF-DEK, Kelaher v. Merck & Co Inc et al, filed 02/15/06
2:06-cv-03912-EEF-DEK, Dyminski et al v. Merck & Co Inc et al, filed 08/07/06

2:06-cv-00703-EEF-DEK, Saylors et al v. Merck & Co Inc et al, filed 07/05/06
2:06-cv-00706-EEF-DEK, Morgan et al v. Merck & Co Inc et al, filed 07/05/06
2:06-cv-01526-EEF-DEK, Veysey et al v. Merck & Co Inc et al, filed 04/10/06
2:06-cv-02247-EEF-DEK, Griffin et al v. Merck & Co Inc et al, filed 05/01/06
2:06-cv-02248-EEF-DEK, Amundson et al v. Merck & Co Inc et al, filed 05/01/06
2:06-cv-02250-EEF-DEK, Bengtson et al v. Merck & Co Inc et al, filed 05/01/06
2:06-cv-02721-EEF-DEK, Anderson et al v. Merck & Co Inc et al, filed 06/05/06
2:06-cv-03106-EEF-DEK, Sizemore v. Merck & Co Inc et al, filed 08/11/06
2:06-cv-03109-EEF-DEK, Treptau et al v. Merck & Co Inc et al, filed 08/11/06
2:06-cv-03356-EEF-DEK, Bahr et al v. Merck & Co Inc et al, filed 07/17/06
2:06-cv-03642-EEF-DEK, Wilson et al v. Merck & Co Inc et al, filed 07/31/06
2:06-cv-03650-EEF-DEK, Baity v. Merck & Co Inc et al, filed 07/26/06
2:06-cv-03903-EEF-DEK, Burnett et al v. Merck & Co Inc et al, filed 08/02/06
2:06-cv-03906-EEF-DEK, Kelly et al v. Merck & Co Inc et al, filed 08/11/06
2:06-cv-04196-EEF-DEK, Gisvold et al v. Merck & Co Inc et al, filed 08/21/06
2:06-cv-10267-EEF-DEK, Jones v. Merck & Co Inc et al, filed 12/15/06

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Suggestion of Death of Defendant Louis M. Sherwood has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. mail and email, or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21 day of February, 2007.

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Tel: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

**Tiger, Michelle**

| | |
|---|---|
| **From:** | Mark A. Berman [mberman@hartmanndoherty.com] |
| **Sent:** | Tuesday, March 13, 2007 7:35 AM |
| **To:** | Tiger, Michelle; 'Ara Avrigian'; Balefsky, Lee; 'Brian Kelly'; 'C. Steffa'; 'Carrie Capouellez'; 'Jim McHugh'; 'Joseph L. Messa'; 'Kevin Hall'; 'Michael Barrett'; 'Michael Johnston'; 'Michael Weinkowitz'; 'Richard M. Golomb'; 'Ryan J. Durkin'; 'Scott Levensten'; Kline, Thomas R. |
| **Cc:** | Janet Costello |
| **Subject:** | VIOXX/SHERWOOD - Suggestion of Death-Estate Representative |

All

In connection with the "Suggestion of Death" of Dr. Louis M. Sherwood in state and federal court Vioxx actions, please be informed that his wife, Judy Sherwood, is the representative of his estate for purposes of substitution under the relevant rules.

Mark Berman


Mark A. Berman, Esq.
HARTMANN DOHERTY ROSA & BERMAN, LLC
126 State Street
Hackensack, New Jersey 07601
Tel: (201) 441-9056
Fax: (201) 441-9435
Cell: (201) 290-5214
Email: mberman@hartmanndoherty.com

New York Office:

67 Wall Street, 22nd Floor
New York, New York 10005
Tel: (212) 344-4619