UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX  : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
All cases in which LOUIS M. SHERWOOD is named as a defendant (See attached list, Exhibit "A.")

### ORDER

The Court today considered Plaintiff's Motion to Substitute Judy Sherwood, Personal Representative of Defendant Decedent Louis M. Sherwood.

IT IS THEREFORE ORDERED that Judy Sherwood is substituted for Louis M. Sherwood as a defendant in the cases listed in Exhibit "A" attached hereto.

IT IS SO ORDERED.

5/2/07
Date

Judge Eldon E. Fallon
United States District Court Judge

-8-