UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

******************************************

ref: 06-802

# EX-PARTE MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Chad Matthews, Roberto Serna, and Steven J. Weinberg, (Movants), Attorneys for Plaintiffs SULEMA L. BANDA, ESTHER Z. RAMIREZ, JOSEFA REYNA, VIOLETO CANALES, and ERMINIA GOMEZ, who make this Ex-Parte Motion to Withdraw as Attorneys of Record for the Plaintiffs and in support thereof would show unto the court as follows:

I.

These attorneys can no longer properly represent the Plaintiffs, mainly due to the fact that the firm has reorganized and is no longer capable of handling mass tort litigation such as the Vioxx cases. It is in the best interest of the clients to retain counsel who is currently working on these cases.

II.

That it would be in the best interest for Movants to withdraw as Attorneys of Record for the Plaintiffs and that such withdrawal is not sought for delay of this cause.

III.

The Plaintiffs have been advised of the filing of this Motion to Withdraw and of their right to object to this Motion by mailing via certified mail, return receipt requested, to each individual Plaintiff a copy of the filing of Plaintiffs' Motion to Withdraw as Attorney of Record and proposed Order of Withdrawal filed on or about April 19, 2007 in the 293rd Judicial District Court of Dimmit County, Texas which is attached as Exhibit "A" and incorporated herein by reference.

**WHEREFORE, PREMISES CONSIDERED,** Movants prays that this Court enter an Order dismissing them as attorneys of record for the Plaintiffs. Movants further pray that all notices regarding this Cause be sent directly to Plaintiffs at their last known addresses, as follows:

> Sulema L. Banda
> Post Office Box 246
> 575 4th Street
> Asherton, Texas 78827
>
> Esther Z. Ramirez
> 701 East Alamo Street
> Crystal City, Texas 78839
>
> Josefa Reyna
> 1106 Lee Street
> Carrizo Springs, Texas 78834
>
> Violeto Canales
> 20 Park Lane Street
> Batesville, Texas 78829
>
> Erminia Gomez
> Post Office Box 593
> Asherton, Texas 78827

2

Respectfully submitted,

SANES, MATTHEWS & FORESTER

*[signature: C Matthews/cs]*

CHAD MATTHEWS
TSB # 00787980
3027 Marina Bay Drive, Suite 320
League City, Texas 77573
(281) 535-3000
(281) 535-3010 (FAX)

*Signed with permission

_____ *
ROBERTO SERNA
TSB # 18037350
Post Office Box 603
Crystal City, Texas 78839-0603
(830) 374-3459
(830) 374-2161 (FAX)

WEINBERG & WEINBERG

*Signed with permission

_____ *
STEVEN J. WEINBERG
TSB # 00788638
3100 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
(713) 572-1234
(713) 572-1233 (FAX)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

A true and correct copy of the above and foregoing instrument has been sent to all counsel in accordance with the Rules of Civil Procedure via certified mail/return receipt requested, facsimile transmission, or by hand delivery on April 27, 2007.

_____
CHAD MATTHEWS

4

# VERIFICATION

STATE OF TEXAS §
§
COUNTY OF GALVESTON §

On this day, CHAD MATTHEWS appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said he read the Motion to Withdraw as Attorney of Record, the facts in it are within his personal knowledge, and are true and correct.

_____
CHAD MATTHEWS

SWORN TO and SUBSCRIBED before me by CHAD MATTHEWS on April 27, 2007.

_____
Notary Public in and for the State of Texas

CHERIE SKEETERS
MY COMMISSION EXPIRES
April 29, 2010

5