# SANES MATTHEWS | FORESTER

SOUTH SHORE HARBOUR
3027 MARINA BAY DRIVE, SUITE 320
LEAGUE CITY, TEXAS 77573
(281) 535-3000
FAX (281) 535-3010

*SCOTT A. SANES
*CHAD B. MATTHEWS
*KELLY P. FORESTER

DOWNTOWN HOUSTON OFFICE
(281) 535-3000
CMATTHEWS@SANESMATTHEWS.COM

*Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

FILE COPY

April 19, 2007

Alicia Lopez-Martinez, District Clerk
Dimmit County Courthouse
303 South 5th Street
Carrizo Springs, Texas 78834

Re:  No. 05-08-10262-DCV
     **Sulema L. Banda, et al v. Merck & Co., Inc.**
     **Dimmit County 293rd Judicial District Court**

Dear Ms. Lopez-Martinez:

Enclosed for filing in connection with the captioned case are the following:

- **PLAINTIFFS' MOTION TO WITHDRAW AS ATTORNEY OF RECORD; and**
- **ORDER OF WITHDRAWAL.**

Please acknowledge receipt of the enclosed by date stamping the copy of this transmittal letter and returning to me for my file in the envelope provided.

By copy of this letter, all interested parties are receiving a copy of the enclosed.

Sincerely,

*C Matthews*

Chad Matthews

cs
Enclosures:   As stated above
              Copy of cover letter
              Stamped, self-addressed envelope

EXHIBIT "A"

Alicia Lopez-Martinez, District Clerk
April 19, 2007
Page Two

---

| c: | Emilie P. Baine | VIA FAX 210/270-7205 |
| c: | T. Scott Allen, Jr. | VIA FAX 713/650-1720 |
| c: | Roberto Serna | VIA FAX 830/374-2161 |
| c: | Steven Weinberg | VIA FAX 713/572-1233 |
| c: | Sulema L. Banda | CM:RRR #7004 2890 0001 6711 3111 |
| c: | Violeto Canales | CM:RRR #7004 2890 0001 6711 3128 |
| c: | Erminia Gomez | CM:RRR #7004 2890 0001 6711 3135 |
| c: | Esther Z. Ramirez | CM:RRR #7004 2890 0001 6711 3142 |
| c: | Josefa Reyna | CM:RRR #7004 2890 0001 6711 3159 |

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Sent To: Reyna
Street, Apt. No.; or PO Box No. m/withdraw
City, State, ZIP+4 04-19-07

PS Form 3800, June 2002   See Reverse for Instructions

NO. 05-08-10262-DCV

| | | |
|---|---|---|
| SULEMA L. BANDA, ET AL | § | IN THE DISTRICT COURT OF |
| VS. | § | DIMMIT COUNTY, TEXAS |
| MERCK & CO., INC., ET AL | § | 293RD JUDICIAL DISTRICT |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Chad Matthews, Roberto Serna, and Steven J. Weinberg, (Movants), Attorneys for Plaintiffs SULEMA L. BANDA, ESTHER Z. RAMIREZ, JOSEFA REYNA, VIOLETO CANALES, and ERMINIA GOMEZ, who make this Motion to Withdraw as Attorneys of Record for the Plaintiffs and in support thereof would show unto the court as follows:

I.

These attorneys can no longer properly represent the Plaintiffs, mainly due to the fact that the firm has reorganized and is no longer capable of handling mass tort litigation such as the Vioxx cases. It is in the best interest of the clients to retain counsel who is currently working on these cases.

II.

That it would be in the best interest for Movants to withdraw as Attorneys of Record for the Plaintiffs and that such withdrawal is not sought for delay of this cause.

III.

The Plaintiffs have been advised of the filing of this Motion to Withdraw and of their right to object to this Motion.

**WHEREFORE, PREMISES CONSIDERED,** Movants prays that this Court enter an Order dismissing them as attorneys of record for the Plaintiffs. Movants further pray that all notices regarding this Cause be sent directly to Plaintiffs at their last known addresses, as follows:

>Sulema L. Banda
>Post Office Box 246
>575 4th Street
>Asherton, Texas 78827
>
>Esther Z. Ramirez
>701 East Alamo Street
>Crystal City, Texas 78839
>
>Josefa Reyna
>1106 Lee Street
>Carrizo Springs, Texas 78834
>
>Violeto Canales
>20 Park Lane Street
>Batesville, Texas 78829
>
>Erminia Gomez
>Post Office Box 593
>Asherton, Texas 78827

Respectfully submitted,

SANES, MATTHEWS & FORESTER

*/s/ C. Matts*
_____
CHAD MATTHEWS
TSB # 00787980
3027 Marina Bay Drive, Suite 320
League City, Texas 77573
(281) 535-3000
(281) 535-3010 (FAX)

2

_____ *
ROBERTO SERNA
TSB # 18037350
Post Office Box 603
Crystal City, Texas 78839-0603
(830) 374-3459
(830) 374-2161 (FAX)


WEINBERG & WEINBERG


_____ *
STEVEN J. WEINBERG
TSB # 00788638
3100 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
(713) 572-1234
(713) 572-1233 (FAX)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been sent to all counsel in accordance with the Rules of Civil Procedure via certified mail/return receipt requested, facsimile transmission, or by hand delivery on April 19, 2007.


_____
CHAD MATTHEWS


*Signed with permission

3

# VERIFICATION

STATE OF TEXAS              §
                            §
COUNTY OF GALVESTON         §

On this day, CHAD MATTHEWS appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said he read the Motion to Withdraw as Attorney of Record, the facts in it are within his personal knowledge, and are true and correct.

*C Matt*
CHAD MATTHEWS

SWORN TO and SUBSCRIBED before me by CHAD MATTHEWS on April 19, 2007.

*Cherie Skeeters*
Notary Public in and for the State of Texas

CHERIE SKEETERS
MY COMMISSION EXPIRES
April 29, 2010

4