UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX                               *       MDL DOCKET NO. 1657
                                            *
PRODUCTS LIABILITY LITIGATION               *       SECTION L
                                            *
                                            *       JUDGE FALLON
                                            *
                                            *       MAGISTRATE JUDGE KNOWLES

*****************************************

## ORDER ON EX-PARTE MOTION TO WITHDRAW

On this day the Ex-Parte Motion to Withdraw as Attorney of Record for the Plaintiffs was heard and considered by the court and the court finds that the Motion should in all things be granted. It is therefore,

**ORDERED** that Chad Matthews, Robert Serna, and Steven Weinberg are hereby dismissed as Attorneys of Record for the Plaintiffs. It is, further

**ORDERED** that all notices regarding this matter be sent directly to the Plaintiffs at their last known addresses, as follows:

Sulema L. Banda
Post Office Box 246
575 4th Street
Asherton, Texas 78827

Esther Z. Ramirez
701 East Alamo Street
Crystal City, Texas 78839

Josefa Reyna
1106 Lee Street
Carrizo Springs, Texas 78834

Violeto Canales
20 Park Lane Street
Batesville, Texas 78829

Erminia Gomez
Post Office Box 593
Asherton, Texas 78827

**SIGNED** this \_\_\_2nd\_\_\_ day of \_\_\_May\_\_\_, 2007.

*[signature]*
**JUDGE PRESIDING**