UNITED STATES DISTRICT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 APR 30  P 4: 24
LORETTA G. WHYTE
CLERK

GARY WHITT                    PLAINTIFF  ) 2:06-CV-00661-EEF-DEK
                                         )
                                         )
VS.                                      )
                                         )
                                         )
MERCK & CO., INC.             DEFENDANT)

### MOTION TO BE RELIEVED AS ATTORNEY OF RECORD

**NOW COMES** Robert R. Cortinez, Sr. and for his Motion to be Relieved as Attorney of Record for Plaintiff, Gary Whitt, states that:

1. There are no hearings set in this matter.

2. The withdrawal of counsel for Plaintiff will not result in any foreseeable prejudice to the rights of Defendant. Attached is a copy of a letter written to Plaintiff advising him of the action being taken by Petitioner and why this action was taken.

3. Attorney fees in this case are on a contingency basis. Petitioner relinquishes any claim he may have had on attorney fees. Petitioner is not holding any monies that belong to Plaintiff. A copy of Plaintiff's file will be furnished to him upon request.

4. A copy of this pleading is being furnished to the Plaintiff.

**WHEREFORE**, Petioner, Robert R. Cortinez, Sr., prays for an Order relieving him as attorney of Record for Plaintiff, Gary Whitt.

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____

*[signature]*

Robert R. Cortinez, Sr.
Attorney for Plaintiff
CORTINEZ LAW FIRM
625 South State St.
Pine Bluff, AR 71601

## CERTIFICATE OF SERVICE

I, Robert R. Cortinez, Sr. do hereby certify that a copy of the foregoing has been mailed to the following on this 19th day of April, 2007.

TO:  John N. Poulos
     Attorneys at Law
     Hughes, Hubbard & Reed L.L.P.
     101 Hudson St., Suite 3601
     Jersey City, New Jersey 07302-3910

     Mr. Gary Whitt
     3014 Echo Valley Drive
     Little Rock, AR 72227

*[signature]*

Robert R. Cortinez, Sr.