# The Law Offices of Robert R. Cortinez
## Attorney at Law

1421 South Main Street
Little Rock, Arkansas 72202
Office (501) 372-6000

rcortinez2@hotmail.com

P.O. Box 217
Little Rock, Arkansas 72203
Facsimile (501) 375-7669

January 14, 2007

Mr. Gary Whitt
3014 Echo Valley Drive
Little Rock, AR 72227

RE:  Vioxx Matter
     2:06-cv-00661-EEF-DEK

Dear Gary:

This letter is to confirm the letter that I sent to you on October 30, 2006. I wanted to clarify the reasons behind the letter letting you know that we had sent your material to Mr. David Williams to review and attempt to determine your status in reference to your usage of the Vioxx drug.

We advised you the reasons in the letter as to our intentions in referring this to Mr. Williams. In addition to those things mentioned in the October letter, I would like to add that I am presently getting treatments for cancer and other health problems.

Therefore, we would strongly urge you seek to other legal counsel if Mr. Williams does not have the time and resources to handle your Vioxx case. You will need to contact Mr. Williams in order to find out what his position is on the matter.

As you are aware, attorney fees in your case are contingent upon a recovery. We have paid all costs up to this point and your case is pending in Federal Court. We are not claiming an attorney's fee nor or we asking for reimbursement of costs.

If there are no objections, we will ask the Court to release us as the attorney of record within the next fourteen (14) days.

Good luck to you.

Sincerely,

CORTINEZ LAW FIRM

Robert R. Cortinez, Sr.

RRC/ja

cc:  Mr. David Williams
     Attorney at Law