UNITED STATES DISTRICT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAY -2 PM 4: 29
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| GARY WHITT | PLAINTIFF | ) 2:06-CV-00661-EEF-DEK |
| | | ) |
| VS. | | ) |
| | | ) |
| MERCK & CO., INC. | DEFENDANT | ) |

## ORDER

**NOW COMES** on for consideration the Motion of Plaintiff's attorney, Robert R. Cortinez, Sr., to be relieved as the attorney of record for Plaintiff; and the Court finds that said motion is meritorious and should be and is hereby granted; that, Petitioner, Robert R. Cortinez, Sr. is hereby relieved as the attorney of record for Plaintiff, Gary Whitt, and he owes no further duty or responsibility to him.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 5/2/07

Approved:

_____
Robert R. Cortinez, Sr.
Attorney for Plaintiff
CORTINEZ LAW FIRM
625 South State St.
Pine Bluff, AR 71601

cc: Mr. Gary Whitt
    3014 Echo Valley Drive
    Little Rock, AR  72227

___ Fee____
___ Process____
X   Dktd____
___ CtRmDep____
___ Doc. No____