UNITED STATES DISTRICT
EASTERN DISTRICT OF LOUISIANA

PATRICIA A. BAILEY      PLAINTIFF      ) 2:06-CV-00957-EEF-DEK
                                       )
                                       )
VS.                                    )
                                       )
                                       )
MERCK & CO., INC.       DEFENDANT      )

## MOTION TO BE RELIEVED AS ATTORNEY OF RECORD

**NOW COMES** Robert R. Cortinez, Sr., and for his Motion to be Relieved as Attorney of Record for Plaintiff, Patricia A. Bailey, states that:

1. There are no hearings set in this matter.

2. The withdrawal of counsel for Plaintiff will not result in any foreseeable prejudice to the rights of Defendant. Attached is a copy of a letter written to Plaintiff advising her of the action being taken by Petitioner and why this action was being taken.

3. Attorney fees in this case are on a contingency basis. Petitioner relinquishes any claim he may have had on attorney fees. Petitioner is not holding any monies that belong to Plaintiff. A copy of plaintiff's file will be furnished to her upon request.

4. A copy of this pleading is being furnished to the Plaintiff.

WHEREFORE, Petitioner, Robert R. Cortinez, Sr., prays for an Order relieving him as attorney of Record for Plaintiff, Patricia Bailey.

___ Fee____
___ Process____
X Dktd____
✓ CtRmDep____
___ Doc. No____

*[signature]*
Robert R. Cortinez, Sr.
Attorney for Plaintiff
CORTINEZ LAW FIRM
625 South State St.
Pine Bluff, AR 71601

## CERTIFICATE OF SERVICE

I, Robert R. Cortinez, Sr., do hereby certify that a copy of the foregoing has been mailed to the following on this 19th day of April, 2007.

TO:   John N. Poulos
   Attorneys at Law
   Hughes, Hubbard & Reed L.L.P
   101 Hudson St., Suite 3601
   Jersey City, New Jersey 07302-3910

   Ms. Patricia A. Bailey Pinkey
   2000 Junior Deputy
   Little Rock, AR 72201

*[signature]*
Robert R. Cortinez, Sr.