UNITED STATES DISTRICT [COURT]
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA A. BAILEY | PLAINTIFF | 2:06-CV-00952-EEF-DEK |
| VS. | | |
| MERCK & CO., INC. | DEFENDANT | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAY -2 PM 4:29
LORETTA G. WHYTE
CLERK

## ORDER

**NOW COMES** on for consideration the Motion of Plaintiff's attorney, Robert R. Cortinez, Sr., to be relieved as the attorney of record for Plaintiff; and the Court finds that said motion is meritorious and should be and is hereby granted; that, Petitioner, Robert R. Cortinez, Sr. is hereby relieved as the attorney of record for Plaintiff, Patricia A. Bailey, and he owes no further duty or responsibility to her.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: 5/2/07

Approved:

Robert R. Cortinez, Sr.
Attorney for Plaintiff
CORTINEZ LAW FIRM
625 South State St.
Pine Bluff, AR 71601

cc: Ms. Patricia A. Bailey
    2000 Junior Deputy
    Little Rock, AR 72201

___ Fee____
___ Process____
X  Dktd____
___ CtRmDep____
___ Doc. No____