UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OLIVIA ROBINSON | CIVIL ACTION 07-914 |
| VERSUS | JUDGE FALLON |
| MERCK & CO., INC. ET AL. | MAGISTRATE JUDGE KNOWLES |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAY -1  PM 2: 05
LORETTA G. WHYTE
CLERK

## DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL OF RECORD

Defendant, Pablo Molina, M.D. [incorrectly identified as "Pablo Medina, M.D."], moves the court for an order enrolling C. Wm. Bradley Jr., Michael S. Sepcich and Richard S. Crisler of Lemle & Kelleher, L.L.P. as his counsel of record in place of his prior attorneys, Simon B. Purnell and the firm of Brin & Brin, P.C.

Respectfully submitted,

ANTHONY, PETERSON & PURNELL, P.C.
500 North Water Street, Suite 1010
Corpus Christi, TX 78471
Telephone: (361)687-1000
Fax: (361)687-1010

BY _____
SIMON B. PURNELL
Texas State Bar No. 24003889
Federal I.D. No. 23509

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, TX 78404
Telephone: (361)881-9643
Fax: (361)883-0506

BY _____
DOUGLAS M. KENNEDY
Texas State Bar No. 11284600
Federal I.D. No. 740

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No_____

LEMLE & KELLEHER, L.L.P.
601 Poydras St., Suite 2100
New Orleans, LA 70130
Telephone: (504)586-1241
Fax: (504)584-9142

BY _____
C. WM. BRADLEY JR. (#3371)
MICHAEL S. SEPCICH (#24977)
RICHARD S. CRISLER (#28007)

ATTORNEYS FOR DEFENDANT, PABLO MOLINA, M.D.

### ORDER

Considering the above and foregoing motion, IT IS ORDERED BY THE COURT that C. Wm. Bradley Jr., Michael S. Sepcich and Richard S. Crisler of Lemle & Kelleher, L.L.P., be and they are hereby substituted and enrolled as counsel for defendant, Pablo Molina, M.D., in place of his prior attorneys, Simon B. Purnell and the firm of Brin & Brin, P.C.

New Orleans, Louisiana this 2nd day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been emailed, faxed or mailed to counsel for all other known parties this 1 day of May, 2007.

_____
RICHARD S. CRISLER