UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
*Fitzgerald, et al. v. Merck & Co., Inc., et al.*, 07-2099

## ORDER

IT IS ORDERED that the Defendant's Motion to Dismiss (Rec. Doc. 10878) is

CONTINUED WITHOUT DATE, to be reset for hearing at a later date.

New Orleans, Louisiana, this   3rd   day of   May   , 2007.

                                                                          _/s/ Eldon E. Fallon_
                                                                UNITED STATES DISTRICT JUDGE