**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  VIOXX** | \* | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | \* | |
| | \* | **SECTION: L(3)** |
| | \* | |
| | \* | **JUDGE FALLON** |
| | \* | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
*Roberts, et al. v. Merck & Co., Inc., et al.*, 07-2007

## ORDER

IT IS ORDERED that the Plaintiffs' Motion to Remand (Rec. Doc. 10926) is

CONTINUED WITHOUT DATE, to be reset for hearing at a later date.


New Orleans, Louisiana, this   4ᵗʰ   day of   May  , 2007.

_____
UNITED STATES DISTRICT JUDGE