UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION: : | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES: : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

## NOTICE OF DEPOSITION DUCES TECUM (ORAL AND VIDEOTAPED) OF DR. DAVID CELEMAJER

TO: **Merck & Co, Inc.**
**Through**
**Phillip A. Wittmann, Esq.**
STONE, PIGMAN
**546 Carondelet Street**
**New Orleans, Louisiana 70130-3588**
**LIAISON COUNSEL FOR DEFENDANTS**

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, will take the deposition of the following individuals on the dates and times indicated below at **Reed Smith, LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111**, or at another location mutually agreed upon by the parties.

Statement of Deposition Procedures - The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Deposition Guidelines) entered April 15, 2005. The terms of such order are incorporated into this Notice.

    Videotaped Deposition:                   Yes

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

1. Deponent: **Dr. David Celemajer**
   Date: **May 20 and 21, 2007**
   Time: **9:00 a.m. Pacific Time**
   Primary Examiner: **A Member of the PSC or its designee**
   Call-In Number: **866-261-4013; ID Number 2728103**

The deponent is directed to produce at or before the deposition, all documents which are called for in the Schedule of Documents requested which is attached hereto as Attachment "A."

Respectfully submitted,

/s/ Leonard A. Davis

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
**Plaintiffs' Liaison Counsel**

| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA  71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591<br><br>Andy D. Birchfield, Esq. **(Co-Lead Counsel)**<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL  36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059 |

W:\25000-29999\27115\000\PLD\Notice of Depo of Dr. David Celemajer 2007-5-7.doc

| | |
|---|---|
| Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. **(Co-Lead Counsel)**<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of May, 2007.

/s/ Leonard A. Davis

**Leonard A. Davis** (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
ldavis@hhkc.com

## Schedule Of Documents to be Produced

## ATTACHMENT A

In connection with the Notice of Deposition for the Deposition of David Celemajer, MD, the witness is directed to produce the following documents prior t the deposition.

1. All materials Dr. Celemajer has reviewed prior to or since he was retained as an expert in this litigation that relate to Vioxx.

2. All materials on which Dr. Celemajer relies as support for his opinions in the Vioxx litigation.

3. All work product (other than draft reports) that Dr. Celemajer has prepared in the Vioxx litigation.

4. All statements reflecting time Dr. Celemajer has spent on Vioxx-related work, including invoices/bills he has submitted for payment.

5. All publications, abstracts, notes, documents, correspondence, presentations, speeches, PowerPoint's, programs, slides, or other memoranda or materials prepared by and/or reviewed by Dr. Celemajer relating to Vioxx, COX 2 Inhibitors or NSAIDS.

6. All documents relating to any speeches or presentations given by Dr. Celemajer relating to Vioxx at any meeting, conference or symposium, including but not limited to, PowerPoint presentations, slides, handouts or materials used or distributed prior to, during, and/or after any speeches or presentations.

7. All communications Dr. Celemajer has had with any defendants' counsel in the Vioxx litigation, including e-mails.

8. All documents reflecting or containing communications with Merck or other experts retained by defendants' lawyers in the Vioxx litigation

9. All personal notes made by you concerning or relation to the report that you drafted in connection with the Vioxx litigation.