UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr et al. v. Merck & Co., Inc.,* **No. 05-6369 (William Arthur Smith only)**

### STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Plaintiff William Arthur Smith ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal with prejudice of Plaintiff's claims against Merck. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiff's counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff William Arthur Smith with prejudice in the above-styled lawsuit.

Respectfully submitted by:

Dated: May __4__, 2007

_____
Edward Blizzard, TBN 02495000
J. Scott Nabers, TBN 14769250
Rebecca B. King, TBN 24027110
Holly M. Wheeler, TBN 24006035
Blizzard, McCarthy & Nabers, LLP
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: (713) 844-3750
Telecopier: (713) 844-3763

Attorneys for Plaintiff William Arthur Smith

Dated: May 8, 2007

_____
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
   Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
   Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Partial Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 8th day of May, 2007.