STATE OF GEORGIA
COUNTY OF RICHMOND

GEORGIA PROBATE COURT
STANDARD FORM
File # **2006-RCGP-541**

## LETTERS TESTAMENTARY
### (RELIEVED FROM FILING RETURNS)

By Isaac S. Jolles, Judge of the Probate Court of said County.

**KNOW ALL WHOM IT MAY CONCERN:**

That on the 15th day of September, 2006 at a regular term of the Probate Court, the Last Will and Testament dated February 6th, 2003 of <u>LOUISE POOLE</u> at the time of her death a resident of said County, was legally proven in <u>solemn form</u> and was admitted to record by order, and it was further ordered that <u>Brenda Burr</u> named as <u>Alternate Executrix</u> in said Will be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such <u>Alternate Executrix.</u>

NOW, THEREFORE, the said <u>Brenda Burr</u> having taken the oath of office and complied with all the necessary prerequisites of the law, is legally authorized to discharge all the duties and exercise all the powers of <u>Alternate Executrix</u> under the Will of said deceased, according to the Will and the law.

Given under my hand and official seal, this 15th day of September, 2006.

*Isaac S. Jolles*

JUDGE OF PROBATE COURT



I certify this instrument to be a true and correct copy of the original record filed in this court.

Probate Court Clerk Richmond County, GA
Date 9-15-2006



**PLAINTIFF'S
EXHIBIT
"A"**

tabbies