UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA BURR, Individually and as Personal Representative of the Estate of LOUISE POOLE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & COMPANY, INC., et al.,<br><br>Defendants. | MDL Docket No. 1657<br><br>In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>CASE NO. 06-10155 |

(THIS DOCUMENT RELATES TO:  Robert Garry et al v. Merck & Co., Inc., a foreign corporation, No. 3:06cv04603)

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW the Plaintiff, Brenda Burr, pursuant to Rules 15(a) and 25(a), *F.R.Civ.P.*, and respectfully requests this Court for leave to amend the Complaint previously filed in this cause by substituting "Brenda Burr, individually, and as personal representative of the Estate of Louise Poole, Deceased," for Louise Poole, and by amending the Complaint to appropriately state causes of action against the Defendant Merck & Co., Inc., as a result of Louise Poole's death.

1. This cause was originally filed in the U.S. District Court of New Jersey on September 26, 2006 and was transferred to the U.S. District Court for the Eastern District of Louisiana. Louise Poole was a named Plaintiff in the lawsuit styled *Robert Garry et al v. Merck & Co., Inc,* Case No. 06-4604. Louise Poole died December 3, 2005. Brenda Burr, Louise Poole's daughter, was appointed personal representative of the Estate of Louise Poole on September 15, 2006.

2. A suggestion of death has been filed on the record and this motion to substitute Plaintiff is brought within ninety (90) days in accordance with Rule 25(a)(1) *F.R.Civ.P.*

3. Louise Poole is survived by her children: Brenda Burr, Linda Fueschsel, Jessee Lackes, Dana Lackes, and Christopher Lackes. Brenda Burr as personal representative and on behalf of all heirs, brings this action for injuries suffered to and for the death of Louise Poole, as permitted under Georgia law.

4. The amended complaint filed herewith more completely and correctly sets forth the claims recoverable under Georgia law as a result of the injuries caused to and the death of Louise Poole, resulting from her ingestion of Vioxx® (Rofecoxib), and more completely and correctly sets forth the claims of the survivors, as named above.

5. Rule 15(a), *Fed.R.Civ.P.*, states that leave to amend shall be freely granted when justice so requires. Plaintiff, through her counsel, has acted timely to amend her complaint to set forth the proper identity of the Plaintiff and to bring all claims recoverable by the Personal Representative and the surviving heirs as a result of the death of Louise Poole, deceased.

6. A trial date has not been set in this cause.

7. Defendant Merck will not be unduly prejudiced by the amendment of the Complaint in this case.

8. Defendant Merck has no objection to the motion for leave to amend complaint and the motion to substitute but specifically reserves and it not waiving (a) any affirmative defenses, including, but not limited to, any statute-of-limitations defenses, regarding the original complaint or any amended complaint and (b) any arguments regarding whether any amendment or substitution relates back.

RESPECTFULLY SUBMITTED this the 9th day of May, 2007.

By: /s/ Benjamin L. Locklar
**ANDY D. BIRCHFIELD, JR. (BIR006)
BENJAMIN L. LOCKLAR (LOC009)
Attorneys for the Plaintiffs**

2

OF COUNSEL:

**BEASLEY, ALLEN, CROW,**
 **METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the 9th day of May, 2007.

| | |
|---|---|
| Richard C. Stanley | Phillip A. Wittman |
| Bryan C. Reuter | Dorothy H. Wimberly |
| Thomas P. Owen, Jr. | Carmelite M. Bertaut |
| **STANLEY, FLANAGAN** | **STONE PIGMAN WALTHER.** |
| **& REUTER, LLC** | **WITTMAN, LLC** |
| 909 Poydras Street | 546 Carondelet Street |
| Suite 2500 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70112 | (504) 581-3200 |
| (504) 523-1580 | (504) 581-3361 FAX |
| (504) 524-0069 – FAX | |

/s/ Benjamin L. Locklar
**OF COUNSEL**

**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS, & MILES, P.C.**
234 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
(334) 954-7555 - FAX
<u>Andy.Birchfield@beasleyallen.com</u>
<u>Ben.Locklar@bealseyallen.com</u>

3