UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1657<br><br>SECTION L |
| BRENDA BURR, Individually and as Personal Representative of the Estate of LOUISE POOLE, Deceased, | * * * * | CASE NO. 06-10155<br><br>JUDGE ELDON E. FALLON |
| Plaintiff,<br>v. | * * * | MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation,<br><br>Defendant. | * * * * * | PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |

(THIS DOCUMENT RELATES TO: Robert Garry, et al. v. Merck & Co., Inc., Civil Action No. 3:06cv04603)

## ORDER

(Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff)

**THIS CAUSE** comes before the Court on *Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff* submitted by the Plaintiff, Brenda Burr, individually and as personal representative of the Estate of Louise Poole, deceased, pursuant to Rule 15(a) and 25(a) of the Federal Rules of Civil Procedure. Along with the *Motion for Leave to Amend the Complaint and Motion to Substitute Plaintiff*, the Plaintiff has submitted the proposed amended complaint.

It is hereby **ORDERED** that Brenda Burr's *Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff* be **GRANTED**. The Clerk of the Court is directed to receive the Amended Complaint and to show it as filed.

**DONE** this the ___ day of _____, 2007.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**