UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657<br><br>SECTION L |
| BRENDA BURR, Individually and as Personal Representative of the Estate of LOUISE POOLE, Deceased, | * * * * | CASE NO. 06-10155<br><br>JUDGE ELDON E. FALLON |
| Plaintiff,<br>v.<br><br>MERCK & CO., INC., a foreign corporation,<br><br>Defendant. | * * * * * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III<br><br>PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |

(THIS DOCUMENT RELATES TO: Robert Garry, et al. v. Merck & Co., Inc., Civil Action No. 3:06cv04603)

## FIRST AMENDED COMPLAINT

**COMES NOW** the Plaintiff, Brenda Burr, individually, on behalf of all legal heirs, and as Personal Representative of the Estate of Louise Poole, Deceased, and amends the previously filed complaint as follows:

### IDENTIFICATION OF PARTIES

1. Plaintiff Brenda Burr was appointed the Personal Representative of the Estate of Louise Poole, Deceased, on September 15, 2006. A copy of the Letters Testamentary are attached hereto as Exhibit "A." Louise Poole died on December 3, 2005. Brenda Burr, individually and as personal representative of the Estate of Louise Poole, is authorized to bring and maintain an action for personal injury, and wrongful death, product liability, and other related claims against the Defendant.

1

2.  Plaintiff Brenda Burr is also bringing this action for and on behalf of herself and the other legal heirs of Louise Poole, deceased, as survivors and as otherwise permitted under the law of the State of Georgia. At the time of her death, Louise Poole, was survived by her children, Brenda Burr, Linda Fueschsel, Jessee Lackes, Dana Lackes and Christopher Lackes.

3.  Brenda Burr is the surviving daughter of Louise Poole and, at all times material hereto, was a resident of Edgefield County, South Carolina. As a direct and proximate result of the death of Louise Poole and the negligence and the other actions and/or omissions of Defendant Merck as more fully set forth in the Complaint, as amended, Louise Poole was injured and harmed as set forth herein.

4.  In all other respects, the identity and location of the named parties set forth in the original Complaint shall remain unchanged.

## PROCEEDINGS AND FACTUAL BACKGROUND

5.  This cause was originally brought as part of a consolidated complaint, filed in the United States District Court for the District of New Jersey. The complaint in this cause was, and continues to be, styled as: *Robert Lee Garry, et al. v. Merck & Co., Inc.* (D.N.J. Civil Action No. 3:06cv04603(MLC). Louise Poole was named as a plaintiff in that complaint.

6.  Louise Poole died on December 3, 2005. Brenda Burr, individually and as personal representative, is the proper plaintiff to be named in Louise Poole's place and stead.

7. As more specifically set forth in the original complaint in this cause, Louise Poole was injured and harmed as the direct and proximate result of her ingestion of a dangerous product, namely, VIOXX® (rofecoxib). Further, Louise Poole died as the proximate result of her ingestion of VIOXX® (rofecoxib) and/or her Vioxx-related injuries suffered by her during her life. In addition to the injuries alleged in the original complaint, i.e., kidney failure, Louise Poole died from a myocardial infarction as the result of her ingestion of VIOXX®.

8. As a direct and proximate result of the conduct of Defendant Merck, the breaches of implied and expressed warranties, the fraudulent misrepresentations, and/or the defective nature of VIOXX®, as more specifically described herein, Louise Poole suffered bodily injury and harm, resulting in pain, anguish, and ultimate death. Louise Poole, or those on her behalf, also incurred significant hospital and medical expenses, funeral and administration expenses, loss of earning capacity, shortened life expectancy, and loss of enjoyment of life. Her loved ones also lost the love and affection of Louise Poole.

9. Plaintiff adopts Counts I through V as set forth in the original Complaint, specifically as they relate to Louise Poole, and adopt those counts herein.

## COUNT VI – WRONGFUL DEATH

10. Plaintiff realleges and restates those paragraphs above and all paragraphs of the original Complaint as if set forth fully herein.

11. Plaintiff Brenda Burr brings this action on behalf of the estate of Louise Poole, her heirs at law, and others, seeking damage for the wrongful death of Louise

Poole caused as the result of Louise Poole's ingestion of the dangerous product, VIOXX®.

12. As a direct and proximate result of the conduct of Defendant Merck, the breaches of implied and expressed warranties, the fraudulent misrepresentations, and/or the defective nature of VIOXX®, Louise Poole suffered bodily injury and harm, resulting in pain and anguish, and ultimate death.

13. In addition to the damages detailed herein, Plaintiff Brenda Burr, for and on behalf of the Estate of Louise Poole, her heirs, and others, seeks compensation for all pecuniary and compensatory damages incurred or lost as a result of Louise Poole's death.

14. Defendant Merck's conduct rose to the level of conscious, wanton, reckless, and intentional disregard for the rights and safety of others, including Louise Poole.

**WHEREFORE**, the Plaintiff, Brenda Burr demands a money judgment against Defendant Merck in the form of compensatory and punitive damages, as a jury deems reasonable and just, plus the costs and expenses of these proceedings.

## COUNT VII – ACTION BROUGHT ON BEHALF OF
## All SURVIVORS OF LOUISE POOLE

15. Plaintiff realleges and restates those paragraphs above and all paragraphs of the original Complaint as if set forth fully herein.

16. The children of Louise Poole, who are named above, were all proximately injured, harmed, and damaged as the result of the death of Louise Poole. Said children lost the love, support, maintenance, and consortium of their mother, Louise Poole.

4

17. Brenda Burr, on behalf of herself and her siblings, hereby brings this action seeking all damages recoverable under Georgia law as a result of the death of their mother, Louise Poole.

**WHEREFORE**, the Plaintiff, Brenda Burr, for and on behalf of herself and her siblings, demands a money judgment against Defendant Merck in the form of compensatory and punitive damages, as a jury deems reasonable and just, plus the costs and expenses of these proceedings.

## DAMAGES

18. In addition to the damages claimed and the recovery sought in the original Complaint, Brenda Burr, as Personal Representative of the Estate of Louise Poole, seeks the following additional damages, pursuant to Georgia law:

   a. The Estate of Louise Poole and the heirs of Louise Poole have incurred medical and/or funeral expenses due to the decedent's injury or death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

   b. Brenda Burr, individually and as personal representative, seeks all other damages recoverable under law and related to the death of Louise Poole, including hospital and medical expenses, loss of earning capacity, shortened life expectancy, and loss of enjoyment of life.

   c. Brenda Burr, individually and on behalf of the other legal heirs of Louise Poole, seeks recovery as the survivors of Louise Poole, deceased.

19. In all other respects, Plaintiff Brenda Burr adopts and incorporates the original Complaint as if set forth fully herein.

## DEMAND FOR JURY TRIAL

## PLAINTIFF RESTATES HER DEMAND FOR A TRIAL BY STRUCK JURY ON ALL ISSUES PRESENTED.

Signed this 9th day of May, 2007.

By: /s/ Benjamin L. Locklar
ANDY D. BIRCHFIELD, JR. (BIR006)
BENJAMIN L. LOCKLAR (LOC009)
**Attorneys for the Plaintiffs**

OF COUNSEL:

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the 9th day of May, 2007.

Richard C. Stanley
Bryan C. Reuter
Thomas P. Owen, Jr.
**STANLEY, FLANAGAN
& REUTER, LLC**
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
(504) 523-1580
(504) 524-0069 – FAX

Phillip A. Wittman
Dorothy H. Wimberly
Carmelite M. Bertaut
**STONE PIGMAN WALTHER.
WITTMAN, LLC**
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200
(504) 581-3361 FAX


       /s/ Benjamin L. Locklar
**OF COUNSEL**


**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS, & MILES, P.C.**
234 Commerce Street
Montgomery, Alabama  36104
(334) 269-2343
(334) 954-7555 - FAX
<u>Andy.Birchfield@beasleyallen.com</u>
<u>Ben.Locklar@bealseyallen.com</u>

7

STATE OF GEORGIA  
COUNTY OF RICHMOND

GEORGIA PROBATE COURT  
STANDARD FORM  
File # 2006-RCGP-541

## LETTERS TESTAMENTARY
### (RELIEVED FROM FILING RETURNS)

By Isaac S. Jolles, Judge of the Probate Court of said County.

KNOW ALL WHOM IT MAY CONCERN:

That on the 15th day of September, 2006 at a regular term of the Probate Court, the Last Will and Testament dated February 6th, 2003 of LOUISE POOLE at the time of her death a resident of said County, was legally proven in solemn form and was admitted to record by order, and it was further ordered that Brenda Burr named as Alternate Executrix in said Will be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Alternate Executrix.

NOW, THEREFORE, the said Brenda Burr having taken the oath of office and complied with all the necessary prerequisites of the law, is legally authorized to discharge all the duties and exercise all the powers of Alternate Executrix under the Will of said deceased, according to the Will and the law.

Given under my hand and official seal, this 15th day of September, 2006.

*Isaac S. Jolles*  
JUDGE OF PROBATE COURT

I certify this instrument to be a true and correct copy of the original record filed in this court.

Probate Court Clerk-Richmond County, GA  
Date 9-15-2006



PLAINTIFF'S EXHIBIT "A"