THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
Matthew J. Zuchetto
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Telephone: (509) 455-3966
Email: scottgroup@mac.com

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO: Amsden vs. Merck & Co., Inc. Civil Action No. 2:06cv 1050 | [~~PROPOSED~~] ORDER AUTHORIZING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL |

THIS MATTER came before the Court on the 2nd day of May, 2007, on Plaintiffs' Unopposed Motion to File First Amended Complaint for Damages and Demand for Jury Trial.

THEREFORE, IT IS HEREBY ORDERED that:

Plaintiffs may file their First Amended Complaint for Damages and Demand for Jury Trial.

[PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO FILE
FIRST AMENDED COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL: 1

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA 99201
(509) 455-3966

1  DONE IN OPEN COURT this 2nd day of May, 2007.

*[Signature]*

JUDGE/MAGISTRATE

Presented By:

THE SCOTT LAW GROUP, P.S.

By *[Signature]*
MATTHEW J. ZUCHETTO, WSBA# 33404
DARRELL W. SCOTT, WSBA# 20241

[PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO FILE
FIRST AMENDED COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL: 2

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 583
SPOKANE, WA 99201
(509) 455-3966