UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCT LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to:<br>Bommershire, et al. vs. Merck & Co., Inc. | JUDGE FALLON |
| Case No: 2:06 CV 05570 | |

**STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE**

John Ritter and Brenda Sue Ritter ("the Ritters"), plaintiffs in the above-styled action, and Defendant, Merck & Co., Inc. ("Merck") hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the claims of the Ritters (and the claims of the Ritters only) from the above-styled action, subject to the following conditions:

1. The Ritters agree that, in the event either or both of them re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. The Ritters further agree that in the event either or both of them file such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by the Ritters, as though the Ritters had been parties and had had an opportunity to participate in that discovery.

3. In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal.

-1-

872578v.1

-2-

The Ritters agree to the above-stated conditions and wishes to dismiss their claims asserted in the instant lawsuit without prejudice to re-filing.  There are no counterclaims or third-party claims.  The parties agree that the instant Stipulation pertains to the claims of the Ritters only and does not affect the claims of any other plaintiff in the above-captioned lawsuit.

WHEREFORE, the Ritters and Merck stipulate to the dismissal of the claims of the Ritters (and the claims of the Ritters only) from above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully submitted,

/s/ Alissa J. Magenheim
Alissa J. Magenheim (OH  0077563)
O'CONNOR, ACCIANI & LEVY Co. LPA
1014 Vine Street
2200 Kroger Building
Cincinnati, OH 45202
(513) 241-7111; Facsimile: (513) 241-7197

   - and -

Jane E. Joseph (OH 0074540)
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
13938A Cedar Road, #373
Cleveland, Ohio 44118
(216) 921-9314Facsimile: (216) 921-9334

Counsel for Plaintiffs

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone:   (504) 581-3200
Facsimile:   (504) 581-3361

Defendant's Liaison Counsel

John A. Kenney, OBA #4976
Sheryl N. Young, OBA #14183
Brandon L. Buchanan, OBA #18661
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102
Telephone:   (405) 235-9621
Facsimile:   (405) 235-0439

Counsel for Defendant Merck & Co., Inc.

872578v.1

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Partial Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of May, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

872578v.1