# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | **:** |  |
|  | **:** | **MDL Docket No. 2:05-1657** |
| **In re:** | **:** |  |
|  | **:** |  |
| **VIOXX PRODUCTS LIABILITY** | **:** | *Nafe v. Merck & Co., Inc.*, |
| **LITIGATION** | **:** | **Case No. 06-2656** |
|  | **:** |  |

## MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Civil Rule 25(A)(1), Darla Sue May, Personal Representative of the Estate of Floyd Nafe, deceased, respectfully moves this Court to substitute her as the Plaintiff in the instant action. A memorandum in support and the proposed Order (Exhibit 1) are attached hereto.

Respectfully Submitted,

*/s/ Gerald S. Leeseberg*_____
Gerald S. Leeseberg  (0000928) – Lead Attorney
LEESEBERG & VALENTINE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221-2223
Fax: 614/221-3106
Email: gsl@leesebergvalentine.com
Attorney for Plaintiff

## MEMORANDUM IN SUPPORT

Mr. Nafe died on January 1, 2007. A Suggestion of Death was filed with this Court on May 10, 2007. Ms. May has been appointed by the Delaware County Probate Court in Indiana as Personal Representative of the Estate of Floyd Nafe. (Exhibit 2) Therefore, in accordance with Federal Civil Rule 25, Ms. May moves this Court to substitute her as the Plaintiff in this action.

For the foregoing reasons, Darla Sue May seeks leave to substitute herself as the Plaintiff in this action.

Respectfully Submitted,

*/s/ Gerald S. Leeseberg*_____
Gerald S. Leeseberg  (0000928) – Lead attorney
LEESEBERG & VALENTINE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221-2223
Fax: 614/221-3106
Email: gsl@leesebergvalentine.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by operation of the Court's electronic filing system on this 11th day of May, 2007 to:

    Wilfred P. Coronato, Esq.
    HUGHES HUBBARD & REED, LLP
    101 Hudson St., Ste. 3601
    Jersey City, NJ 07302

*/s/ Gerald S. Leeseberg*_____
Gerald S. Leeseberg