Estate of        FLIOYD A. NAFE aka ALTON NAFE

Docket No.    18C05-0701EU-000 _2_

JAN 3 0 2007

DELAWARE COUNTY ASSESSOR

## LETTERS TESTAMENTARY (UNSUPERVISED ADMINISTRATION)

State of Indiana, Delaware County, Sct:

To Whom These Presents Shall Come, Greeting:

I, KAREN D. WENGER, Clerk of the Delaware Circuit Court, within and for said County and State of Indiana, do hereby certify that the Last Will and Testament of FLOYD A. NAFE aka ALTON NFEL, deceased, late of said County, has been duly admitted to probate and record in said Court, and DARLA SUE MAY qualified as Personal Representative and is duly authorized and empowered to administer said estate according to law, and to carry out the terms of such Will.

WITNESS my hand and seal of said Court, at the City of Muncie, Indiana, on this, the _January 16th 2007_.

_____
Clerk of Delaware Circuit Court

In accordance with the provisions of Indiana Code sections 29-1-7.5-1-29-1-7.5-8 the Court has granted a petition for Administration without court supervision. The Personal Representative may do all of the things provided for in section 29-1-7.5-3 without order of the Court, which includes the following:

1. Acquire or dispose of an asset, including land in this or another state, for cash or on credit, at public or private sale.
2. Vote stocks or other securities in person or by general or limited proxy.
3. Hold a security in the name of a nominee or in other form without disclosure of the interest of the estate.
4. Sell, mortgage, or lease any real or personal property of the estate or any interest therein for cash, credit, or for part cash and part credit, and with or without security for unpaid balances.
5. Distribute assets of the estate upon such terms as he may impose.
6. Perform any other act necessary or appropriate to administer the estate.
7. These letters of unsupervised administration remain in effect unless revoked by the Court as provided in section 29-1-7.5-2.