IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: | : : : : | MDL Docket No. 2:05-1657 |
| VIOXX PRODUCTS LIABILITY LITIGATION | : : : | *Nafe v. Merck & Co., Inc.*, Case No. 06-2656 |

## ORDER

Upon Plaintiff's motion and for good cause shown, Darla Sue May, Personal Representative of the Estate of Floyd Nafe, deceased, is hereby substituted as the Plaintiff in the instant action.

5/14/07

_____
UNITED STATES DISTRICT JUDGE