UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE:  VIOXX**                                                          MDL NO. 1657
      **PRODUCTS LIABILITY LITIGATION:**

SECTION:  L

                                                                                                  ..        JUDGE FALLON
                                                                                                     MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
      **2:06-cv-10108**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Diane Radar.  After considering the Stipulation, the Court concludes it should be GRANTED.  The Court, therefore, orders that the claims of Diane Radar, are dismissed without prejudice, all other Plaintiffs' claims remain in full force and effect. Seth Sharrock Webb shall update Lexis Nexis File & Serve to reflect these changes.

Dated this ___11th___ day of _____May_____, 2007.

_____
UNITED STATES DISTRICT JUDGE