UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX  
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION:  L

………………………………………………..

JUDGE FALLON  
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**  
**2:06-cv-09756**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff Joan Newman.  After considering the Stipulation, the Court concludes it should be GRANTED.  The Court, therefore, orders that the claims of Joan Newman, are dismissed, without prejudice, all other Plaintiffs' claims shall remain in full force and effect.  Seth Sharrock Webb shall update Lexis Nexis File & Serve to reflect this change.

Dated this ___11th___ day of ___May___, 2007.

_____  
UNITED STATES DISTRICT JUDGE