UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCT LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: Boomershire, et al. vs. Merck & Co., Inc. | JUDGE FALLON |
| Case No: 2:06 CV 05570 | |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that all claims of plaintiffs John Ritter and Brenda Sue Ritter (and the claims of John Ritter and Brenda Sue Ritter only) in the above-styled lawsuit be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 11th day of May, 2007.

_____
DISTRICT JUDGE

872577v.1