UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX   MDL NO. 1657
PRODUCTS LIABILITY LITIGATION

SECTION: L

This document relates to CA 06-294   JUDGE FALLON
Lily Sabio v. Merck & Co., Inc.   MAG. JUDGE KNOWLES

**O R D E R**

It is ORDERED that document #10859 is hereby STRICKEN from the record in this case for the reason that it was not refiled within five days of notification of its deficiency.

New Orleans, Louisiana, this 14th day of May, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE