U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY - 7 2007
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
APR 3 0 2007
CHARLES R. FULBRUGE III
CLERK

No. 07-30054

MD #05-1657 L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

------------------------------------------------

STANLEY BETHEA

Plaintiff - Appellant

v.

MERCK AND COMPANY INC

Defendant - Appellee

----------------------
Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
----------------------

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's motion to dismiss appeal for lack of jurisdiction is GRANTED.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana
APR 3 0 2007

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 30, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 07-30054  Bethea v. Merck and Co Inc
      USDC No.  2:05-MD-1657
                2:05-CV-6775

Enclosed is a certified copy of the judgment issued as the mandate.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

                By: _Shea E. Pertuit_
                     Shea Pertuit, Deputy Clerk
                     504-310-7666

cc: w/encl:
    Mr Stanley Bethea
    Mr Phillip A Wittmann

MDT-1