UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Johnnie Barr, individually and as surviving spouse of Sharon Tillman-Barr et al. v. Merck & Co., Inc.*, No. 05-6369 (Myrna L. Jensen only)

### ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Myrna L. Jensen be and the same are hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this __9th__ day of __May__, 2007.

_____
UNITED STATES DISTRICT JUDGE

4