UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1657 |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * *

**MOTION OF SPECIAL MASTER FOR ENTRY OF ORDER
CONFIRMING PROCEDURES WITH RESPECT TO THE
FIXING OF COMPENSATION**

NOW COMES, Special Master Professor Paul R. Rice, appearing herein through Phelps Dunbar, LLP as Special Counsel, and respectfully requests the entry of an Order substantially in the form attached hereto specifying terms, conditions and procedures for payment of fees and expenses incurred by him as Special Master and fees and expenses incurred by his Special Counsel. Special Counsel advises that he has circulated the attached Order to Counsel for Merck and Liaison Counsel of the Plaintiffs Steering Committee, and he has been advised that the Order is in acceptable form.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: _____
Brent B. Barriere (Bar Roll No. 2818)
Barbara L. Arras (Bar Roll No. 17908)

NO.99783399.1

Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

SPECIAL COUNSEL TO SPECIAL
MASTER PROFESSOR PAUL RICE

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all parties by electronically uploading the same in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of May, 2007.

NO.99783399.1