UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1657 |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * *

### ORDER FIXING PROCEDURES
### FOR COMPENSATION OF SPECIAL MASTER AND SPECIAL COUNSEL

Upon consideration of the foregoing Motion of Special Master for Entry of Order Confirming Procedures with Respect to the Fixing of Compensation and upon the consent of the parties, and it appearing to the Court that there are good grounds for the relief prayed for therein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Within seven (7) days of the date of entry of this Order, each of Merck and the Plaintiffs' Steering Committee ("PSC") shall deliver to Special Counsel immediately available funds in the sum of Fifty Thousand and No/100 ($50,000.00) Dollars. These funds shall be deposited into a trust account maintained by Special Counsel; that account need not be interest-bearing.

2. On or before the tenth (10th) day of each month, Special Counsel shall file with the Court and serve upon Phillip A. Wittman and Dorothy Wimberly, as Liaison Counsel for Merck and Leonard Davis and Russ Herman, as Liaison Counsel for the PSC, a statement of fees and expenses incurred by the Special Master and Special Counsel during the preceding month. Merck and the PSC shall have ten (10) calendar days from the date of the receipt of a statement in which to file an objection with the Court with respect to such statements, with copies of objections served upon the Special Counsel. Such objection shall detail the specific time entries or disbursements as to which objection is lodged.

3. In the event that no objection is timely filed with the Court and served upon Special Counsel, Special Counsel shall pay such statements out of funds on deposit in its trust account. If an objection is timely filed and served, the Court will schedule a

contradictory hearing, and pending such hearing, no disbursements shall be made in connection with any statements as to which an objection has been lodged.

4. Fees of Special Counsel will be calculated at the normal hourly rates charged by Special Counsel for work similar to this engagement. Without limiting the generality of the foregoing, paralegals shall be billed at the normal hourly rates for the work of the type of this engagement, and this Court's Order of May 1, 2007 setting paralegal compensation at $75.00 per hour is hereby amended.

5. Special Counsel shall promptly give notice to Merck and the PSC when the balance in the trust account reaches the sum of $20,000.00. Within seven (7) calendar days of the receipt of such notice, the PSC and Merck each tender an additional $50,000.00. Any funds remaining on deposit in the trust account after the completion of the duties of Special Master and Special Counsel shall be disbursed in equal amounts to Merck and the PSC.

Dated: New Orleans, Louisiana on this _____ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE