UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIATION | * | |
| | * | SECTION L |
| This Document relates to: | * | |
| | * | JUDGE FALLON |
| 2:05-cv-04456 | * | |
| Therese Oubre v. Merck & Co., Inc. | * | MAGISTRATE JUDGE |
| | * | ROBERT ARMSTRONG, JR. |

* * * * * * * * * * * *

## MOTION TO APPEAR AS ADDITIONAL COUNSEL

On motion of Therese Oubre, Plaintiff here, appearing through undersigned counsel, and on suggesting to this Honorable Court that she does desire to enroll Allan Berger and John D. Sileo of the law firm of Allan Berger and Associates, located at 4173 Canal Street, New Orleans, Louisiana 70119, as additional counsel of record.

Pursuant to this motion, all parties are requested in the future to serve all pleadings and documentation on Plaintiff, Therese Oubre, by addressing same to:

      Allan Berger and Associates
      P. O. Box 19627
      New Orleans, LA 70179-9627
      aberger@allan-berger.com

      Respectfully submitted,

      JOHN D. SILEO (Bar No. 17797)
      ALLAN BERGER (Bar No. 2977)
      4173 Canal Street
      New Orleans, Louisiana 70119
      Phone: 504-486-9481
      Fax:   504-483-8130

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by depositing same in the United States mail, postage prepaid, this ____ day of _____, 2006.

_____
JOHN D. SILEO