UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | Plaintiff: **ALFONSO LONGOBARDI and ROSE LONGOBARDI** |
| THIS RELATES TO | |
| Case No. 05 cv 4695 | |

### STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be and the same hereby is discontinued as against plaintiff **ROSE LONGOBARDI, ONLY,** with prejudice and without costs and disbursements to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this document shall have the same force and effect as an original signature. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: April 3, 2007

GODOSKY & GENTILE, PC
Attorneys for Plaintiff
61 Broadway 20th floor
New York, NY 10006

By: _____
Robert E. Godosky, Esq.

_____
Alfonso Longobardi

HUGHES HUBBARD & REED, LLP
Attorneys for Merck Defendant
One Battery Park Plaza
New York, NY 10004-1482

By: _____
Vilia B. Hayes, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Discontinuance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of May, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel