## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| Alfonso Longobardi and Rose Longobardi v. Merck & Co., Inc., No. 05-4695. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Discontinuance,

IT IS ORDERED, that all claims of plaintiff Rose Longobardi against defendant Merck & Co., Inc. in the above-styled lawsuit be and they hereby are dismissed with prejudice, each party to bear its own costs. The claims of the remaining plaintiff remain in full force and effect.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
DISTRICT JUDGE

869052v.1