UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>JUDY BRUGGER, et al.,<br><br>                    Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a foreign corporation,<br><br>                    Defendant. | MDL Docket NO. 1657<br><br>JUDGE ELDON E. FALLON<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS**<br><br>CASE NO. 2:05-cv-06385-EEF-DEK |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff JUDY BRUGGER originally filed in the US District Court, District of Minnesota, Case Number 0:05-cv-2305 PAM JJG, and then later transferred to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation,* may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204

Respectfully submitted:

Dated: October 5, 2006    By: _____
                              Judy Brugger

Dated: May 7, 2007        By: _____
                              Jeffrey A. Bowersox, OSB # 81442
                              Email: Jeffrey@BLFpc.com
                              BOWERSOX LAW FIRM, P.C.
                              620 SW Fifth Avenue, Suite 1125
                              Portland, Oregon 97204
                              Telephone: (503) 452-5858
                              Facsimile: (503) 248-0200

                              Daniel E. Becnel, Jr., LA Bar #2929
                              Matthew B. Moreland, LA Bar #24567
                              Kevin P. Klibert, LA Bar #26954
                              LAW OFFICES OF DANIEL E. BECNEL, JR.
                              106 W. Seventh Street
                              Post Office Drawer H
                              Reserve, LA 70084
                              Telephone: (985) 536-1186
                              Facsimile: (985) 536-6445

                              Ronald Goldser, MN Bar #35932
                              Zimmerman Reed PLLP
                              651 Nicollet Mall #501
                              Minneapolis, MN 55402
                              Telephone: (612) 341-0400
                              Facsimile: (612) 341-0844
                              *Attorneys for Plaintiff Mark Fernquist*

Dated: May 10, 2007       By: _____
                              Phillip A. Wittmann, Esq.
                              Stone, Pigman, Walther & Wittmann, L.L.C.
                              546 Carondelet Street
                              New Orleans, LA 70130
                              Telephone: (504) 581-3200
                              Facsimile: (504) 581-3361

                              *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of May, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2