UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

Juan Manuel Sabio as Personal Representative
of the Estate of Lily Sabio,

CASE NO: 2:06-CV-294

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO INCLUDE A COUNT FOR WRONGFUL DEATH

    **COMES NOW**, Juan Manuel Sabio as Personal Representative of the Estate of Lily Sabio, by and through the undersigned counsel and, pursuant to F.R.C.P. Rule   files this Motion for Leave to Amend the Complaint and states as follows:

    1.    The lawsuit in this cause was filed on November 07, 2005.

    2.    Plaintiff died on December 1, 2006.

    3.    That counsel for Plaintiff, Juan Manuel Sabio as Personal Representative of the Estate of Lily Sabio, has filed a Suggestion of Death. (Hereto attached)

    4.    That his death is related to the incident alleged in this action and therefore a wrongful death count should be alleged in the Complaint.

    WHEREFORE, Plaintiff respectfully requests this Honorable Court issue an Order granting Plaintiff leave to amend the Complaint to substitute John Sabio, as Personal Representative of the Estate of Lily Sabio.

    I HEREBY CERTIFY that a copy of the above motion has been furnished by certified mail, return receipt requested, this 25 day of April, 2007 to Ellen M. Gregg, Esq., Womble,

Carlyle, Sandridge & Rice, Pllc, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101 and Catherine Whitfield, Esq., Squire Sanders & Dempsey L.L.P., 200 Biscayne Boulevard Way, Suite 4000, Miami, Florida 33131-2123, Wilfred P. Coronato, Hughes Hubbard & Reed, LLP., 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, Russ Herman, and Phillip A Wittmann, Stone, Pigman Walther, Wittmann, 546 Carondelet Street, New Orleans, LA 70130, Dimitrios Mavroudis, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone, Womble, Carlyle, Sandridge & Rice, Pllc, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101.

LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
Florida Bar No. 307300
Attorneys for Plaintiff
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone: Broward (954) 456-2488
Dade (305) 945-3630
Fax: (954) 456-2588
E-mail: RJF@Fenstrsheiblaw.com

By: _____
Robert J. Fenstersheib, Esquire
Fla. Bar. No.: 307300

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically file with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this  25 ᵗʰ day of ~~January~~ APRIL 2007.

LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
Attorneys for Plaintiff
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone: Broward (954) 456-2488
Dade (305) 945-3630
Fax: (954) 456-2588
E-mail: RJF@Fenstrsheiblaw.com

By: _____
Robert J. Fenstersheib, Esquire
Fla. Bar. No.: 307300