UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSIE JOAN TRAHAN and<br>CHARLES C. TRAHAN, SR.<br>               Plaintiffs<br><br>v.<br><br>MERCK C & CO., INC. A Foreign<br>Corporation, DARLENE ROBERSON<br>and DOES 1- 5    Defendants, | * * * * * * * * * * | In Re: VIOXX PRODUCTS<br>LIABILITY LITIGATION<br>MDL Docket No. 1657<br><br>CASE NO. 2:06cv11310(EEF)DEK<br>SECTION L - DIVISION 3<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES<br>TRIAL BY JURY REQUESTED |

### NOTICE OF OBJECTION TO
### FILING PLAINTIFFS' PROFILE FORM

COME NOW Plaintiffs, Rosie Joan Trahan and Charles C. Trahan, Sr., and file this their Notice of Objection to Filing Plaintiffs' Profile Form ("PPF"), as follows:

**1.**

On October 23, 2006, Plaintiffs, Rosie Joan Trahan and Charles C. Trahan, Sr., ("the Trahans") filed this civil case in Circuit Court, Warren County, Mississippi. On November 13, 2006, this case was removed to the United States District Court for the Southern District of Mississippi, Western Division. The Trahans filed their Motion to Remand on November 29, 2006, arguing that there was diversity of citizenship between the Trahans, and Mississippi Defendant, Darlene Roberson. Defendant Merck did not file a response to Plaintiffs' Motion to Remand.

**2.**

On December 21, 2006 this case was transferred to this MDL Court.

**3.**

On April 20, 2007, the Trahans re-filed their Motion to Remand in this MDL proceeding. Merck has not responded to the Trahans' Motion to Remand. The Trahans' Motion to Remand is set to be argued before this Court on May 31, 2007.

*4.*

On April 25, 2007, counsel for Defendant Merck informed undersigned counsel that Merck had not received the Trahans' PPF. The Trahans have not filed a PPF in this case.

*5.*

The statutes, rules, and orders of an MDL court apply only to cases filed in the MDL, or cases properly removable to the federal court. Manual for Complex Litigation, Fourth, § 20.31 (2004). This case is not removable to Federal Court. Complete diversity among the parties does not exist. 28 U.S.C. § 1441(a). Therefore, Plaintiffs object to filing a PPF unless, and until, this MDL Court, or the Federal District Court for the Southern District of Mississippi, Western Division, has ruled on Plaintiffs' Motion to Remand, and determined that the federal court has subject matter jurisdiction in this case.

DATED this the 16th day of May, 2007.

Respectfully submitted,

DRUG LITIGATION LIABILITY GROUP, PLLC
Comprised of:

Liston/Lancaster, PLLC
126 North Quitman Avenue
Post Office Box 645
Winona, MS 38967

David H. Nutt & Associates, P.C
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157

Pittman, Germany, Roberts & Welsh, L.L.P.
Post Office Box 22985
Jackson, MS 39225-2985

By:  s/C. VICTOR WELSH, III
     ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I, C. Victor Welsh, III, do hereby certify that a true and correct copy of ***Notice of Objection to Filing Plaintiffs' Profile Form*** has been served by United States mail, postage prepaid, and by electronic filing with the Clerk of Court using the ECF system:

Christy D. Jones  
Charles C. Harrell  
Anita Modak-Truran  
Alyson B. Jones  
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC  
210 East Capitol Street  
Post Office Box 22567  
Jackson, MS 39225-2567  
(601) 948-5711 - phone  
(601) 985-4500 - fax;

Counsel for Defendant Merck

Russ M. Herman  
Leonard A. Davis  
Herman, Katz & Collar, LLP  
829 O'Keefe Avenue  
New Orleans, LA 70113  
(504) 581-4892 - phone  
(504) 561-6024 - fax; and

Plaintiffs' Liaison Counsel

Phillip A. Wittman  
Dorothy H. Wimberly  
Stone Pigman Walther Wittman, L.L.C.  
546 Carondelet Street  
New Orleans, LA 70130  
(225) 490-8900 - phone  
(225) 490-8960 -fax

Defendants' Liaison Counsel

DATED this the 16th day of May, 2007.

                                                      By:    <u>s/C. VICTOR WELSH, III</u>