# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * MDL Docket No.: 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| | * JUDGE FALLON |
| This document relates to | |
| Case No. 2:06-cv-10981-EEF-DEK | * MAGISTRATE JUDGE KNOWLES |
| BARBARA ABBOTT, deceased, et al., | |
| Plaintiff, | * |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck") and plaintiffs Lily Franks and Jean M. Saunders, by and through her successor in interest Ken Saunders, ("plaintiffs") through their respective undersigned counsel, as follows:

1. The actions brought by Lily Franks and Jean M. Saunders, by and through her successor in interest Ken Saunders, are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). This stipulation is made without prejudice to plaintiffs' right to re-file a suit based on any claims arising out of alleged personal injuries related to plaintiffs' use of Vioxx against Merck, any of its subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy, provided that plaintiffs commences such action in federal court and in no other forum.

2. Each party is to bear its own costs and attorney fees.

Dated: May 9, 2007.

REINER, SIMPSON, TIMMONS & SLAUGHTER

_____
Robert G. Simpson
2851 Park Marina Drive, Suite 200
P.O. Box 494940
Redding, CA 96049-4940
Phone (530) 241-1905
Facsimile (530) 241-0622

Attorneys for Plaintiffs Franks and Saunders

Dated: 5/14/07

REED SMITH LLP

_____
Steven J. Boranian
Dana A. Blanton
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal Without Prejudice been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of May, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2