FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 10  PM 12: 37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIATION | * | |
| | * | SECTION L |
| This Document relates to: | * | |
| | * | JUDGE FALLON |
| 2:05-cv-04460 | * | |
| Elvira B. Smith v. Merck & Co., Inc. | * | MAGISTRATE JUDGE |
| | * | ROBERT ARMSTRONG, JR. |

### ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED, ADJUDGED AND DECREED that Allan Berger and John D. Sileo of Allan Berger & Associates, PLC be and they are hereby allowed to enroll as additional counsel for plaintiff in the above-numbered and entitled cause.

Signed at New Orleans, Louisiana, this 10th day of May, 2007.

_____
JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____