

**THE MONSOUR LAW FIRM**

**Douglas C. Monsour**
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
Board Certified Civil Trial Advocate
National Board of Trial Advocacy

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 19 PM 3: 22

LORETTA G. WHYTE
CLERK

April 16, 2007

United States District Clerk
500 Poydras Street, Room C-151
New Orleans, LA 70130
Attention: Deena

    Re:    Re:    *In Re Vioxx® Products Liability Litigation*
                         MDL No. 1657

Dear Deena:

    This letter is to advise the court that Douglas C. Monsour is no longer associated with the law firm of Sloan✶Monsour and has opened The Monsour Law Firm. Our firm address is:

> Douglas C. Monsour
> The Monsour Law Firm
> P. O. Box 4209
> Longview, Texas 75606
>
> 404 North Green Street
> Longview, Texas 75601
>
> Telephone: (903) 758-5757
> Facsimile: (903) 230-5010
> email: doug@monsourlawfirm.com

    A list of our law firm's cases is attached. Thank you for your assistance in this matter.

Yours truly,

Ronda Dickey
Ronda Dickey
Legal Assistant to Douglas C. Monsour

Attachment

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

211 North Center Street | Longview Texas 75601 | 903-758-5757 | 1-800-815-2911 | fax 903-230-5010
Mailing address | PO Box 4209 | Longview, Texas 75606 | doug@monsourlawfirm.com | www.monsourlawfirm.com

*Douglas C. Monsour/The Monsour Law Firm - Vioxx Litigation Case List*

<u>Docket No. 2:05cv01585</u>; *Santos Trevino v. Merck & Co., Inc.*

<u>Docket No. 2:05cv02059</u>; *Mary Armstrong v. Merck & Co., Inc.*

<u>Docket No. 2:05cv02060</u>; *Chiquita Alexander v. Merck & Co., Inc.*

<u>Docket No. 2:05cv06599</u>; *Bettye Baty v. Merck & Co., Inc.*

<u>Docket No. 2:05cv10282</u>; *Gay Nell Aaron v. Merck & Co., Inc.*

<u>Docket No. 2:06cv09820-EEF-DEK</u>; *E. L. Brady, Sr. v. Merck & Co., Inc.*

<u>Docket No. 2:06cv09819-EEF-DEK</u>; *Shirley Crager v. Merck & Co., Inc.*

<u>Docket No. 2:06cv09821-EEF-DEK</u>; *Joye Arnold v. Merck & Co., Inc.*

<u>Docket No. 2:06cv09822-EEF-DEK</u>; *Glenda Grimes v. Merck & Co., Inc.*