UNITED STATES DISTRICT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOROTHY WHITE | PLAINTIFF | ) 2:06-CV-000013T9-EEF-DEK |
| | | ) |
| VS. | | ) |
| | | ) |
| MERCK & CO., INC. | DEFENDANT | ) |

MDL 06-9705
"L" (1657)

## MOTION TO BE RELIEVED AS ATTORNEY OF RECORD

**NOW COMES** Robert R. Cortinez, Sr. and for his Motion to be Relieved as Attorney of Record for Plaintiff, Dorothy White, states that:

1. There are no hearings set in this matter.

2. The withdrawal of counsel for Plaintiff will not result in any foreseeable prejudice to the rights of Defendant. Attached is a copy of a letter written to Plaintiff advising her of the action being taken by Petitioner and why this action was taken.

3. Attorney fees in this case are on a contingency basis. Petitioner relinquishes any claim he may have had on attorney fees. Petitioner is not holding any monies that belong to Plaintiff. A copy of Plaintiff's file will be furnished to her upon request.

4. A copy of this pleading is being furnished to the Plaintiff.

**WHEREFORE**, Petioner, Robert R. Cortinez, Sr., prays for an Order relieving him as attorney of Record for Plaintiff, Dorothy White.

Robert R. Cortinez, Sr.
Attorney for Plaintiff
CORTINEZ LAW FIRM
625 South State St.
Pine Bluff, AR 71601

## CERTIFICATE OF SERVICE

I, Robert R. Cortinez, Sr. do hereby certify that a copy of the foregoing has been mailed to the following on this 19th day of April, 2007.

TO:   John N. Poulos
Attorneys at Law
Hughes, Hubbard & Reed L.L.P.
101 Hudson St., Suite 3601
Jersey City, New Jersey 07302-3910

Ms. Dorothy White
15 Westward Drive
Little Rock, AR 72209

Robert R. Cortinez, Sr.