# The Law Offices of Robert R. Cortinez
## Attorney at Law

| | | |
|---|---|---|
| 1421 South Main Street | | P.O. Box 217 |
| Little Rock, Arkansas 72202 | | Little Rock, Arkansas 72203 |
| Office (501) 372-6000 | rcortinez2@hotmail.com | Facsimile (501) 375-7669 |

January 14, 2007

Ms. Dorothy White
15 Westward Drive
Little Rock, AR 72209

RE: Vioxx Matter
    4:06-cv-00001319

Dear Ms. White:

This letter is to confirm the letter that I sent to you on October 30, 2006. I wanted to clarify the reasons behind the letter letting you know that we had sent your material to Mr. David Williams to review and attempt to determine your status in reference to your usage of the Vioxx drug.

We advised you the reasons in the letter as to our intentions in referring this to Mr. Williams. In addition to those things mentioned in the October letter, I would like to add that I am presently getting treatments for cancer and other health problems.

Therefore, we would strongly urge you seek to other legal counsel if Mr. Williams does not have the time and resources to handle your Vioxx case. You will need to contact Mr. Williams in order to find out what his position is on the matter.

As you are aware, attorney fees in your case are contingent upon a recovery. We have paid all costs up to this point and your case is pending in Federal Court. We are not claiming an attorney's fee nor or we asking for reimbursement of costs.

If there are no objections, we will ask the Court to release us as the attorney of record within the next fourteen (14) days.

Good luck to you.

Sincerely,

CORTINEZ LAW FIRM

Robert R. Cortinez, Sr.

RRC/ja

cc:  Mr. David Williams
     Attorney at Law