UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED 2007 MAY -4 AM 10:33
LORETTA G. WHYTE CLERK

DOROTHY WHITE          PLAINTIFF   ) No. 06-CV-00001319-EEF-DEK
                                   ) MDL 1657
VS.                                ) 06-9705
                                   ) "L"
MERCK & CO., INC.      DEFENDANT   )

## ORDER

**NOW COMES** on for consideration the Motion of Plaintiff's attorney, Robert R. Cortinez, Sr., to be relieved as the attorney of record for Plaintiff; and the Court finds that said motion is meritorious and should be and is hereby granted; that, Petitioner, Robert R. Cortinez, Sr. is hereby relieved as the attorney of record for Plaintiff, Dorothy White, and he owes no further duty or responsibility to her.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 3, 2007

Approved:

_____
Robert R. Cortinez, Sr.
Attorney for Plaintiff
CORTINEZ LAW FIRM
625 South State St.
Pine Bluff, AR 71601

cc: Ms. Dorothy White
    15 Westward Drive
    Little Rock, AR 72209

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____