## AFFIDAVIT OF BRENT B. BARRIERE

### TENDERED PURSUANT TO FED. R. CIV. P. 53

| | | |
|---|---|---|
| STATE OF LOUISIANA | ) | |
| | ) s.s. | AFFIDAVIT |
| PARISH OF ORLEANS | ) | |

Brent B. Barriere, being first duly sworn according to law, states the following:

1.  I have thoroughly familiarized myself with the issues involved in the multidistrict litigation captioned *In re Vioxx Products Liability Litigation*, No. 05-1657, which is pending in the United States District Court for the Eastern District of Louisiana. As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed grounds for my disqualification under 28 U.S.C. § 455 that would prevent me from serving as Special Counsel to the Special Master in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

Sworn to before me and subscribed in my presence this 7th day of May, 2007.

Notary Public

Catherine Elena Lasky
Notary Public
State of Louisiana
Louisiana Bar Roll # 28852
My Commission is issued for Life