AFFIDAVIT OF PAUL R. RICE

TENDERED PURSUANT TO FED. R. CIV. P. 53

STATE OF District )
                       ) s.s.       AFFIDAVIT
COUNTY OF of Columbia )

Paul R. Rice, being first duly sworn according to law, states the following:

1. I have thoroughly familiarized myself with the issues involved in the multidistrict litigation captioned *In re Vioxx Products Liability Litigation*, No. 05-1657, which is pending in the United States District Court for the Eastern District of Louisiana. As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed grounds for my disqualification under 28 U.S.C. § 455 that would prevent me from serving as the Special Master in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

_[signature]_

Sworn to before me and subscribed in my presence this 3 day of May, 2007.

_[signature]_
Notary Public

Darla R. Wiest-Cooper
Notary Public, District of Columbia
My Commission Expires 11/30/2010