UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
2006 JUL -6 PM 1:50
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIATION | * | |
| | * | SECTION L |
| This Document relates to: | * | |
| | * | JUDGE FALLON |
| 2:05-cv-04460 | * | |
| Mary S. Robinson v. Merck & Co., Inc. | * | MAGISTRATE JUDGE |
| | * | ROBERT ARMSTRONG, JR. |

## MOTION TO APPEAR AS ADDITIONAL COUNSEL

On motion of Mary S. Robinson, Plaintiff here, appearing through undersigned counsel, and on suggesting to this Honorable Court that she does desire to enroll Allan Berger and John D. Sileo of the law firm of Allan Berger and Associates, located at 4173 Canal Street, New Orleans, Louisiana 70119, as additional counsel of record.

Pursuant to this motion, all parties are requested in the future to serve all pleadings and documentation on Plaintiff, Mary S. Robinson, by addressing same to:

> Allan Berger and Associates
> P. O. Box 19627
> New Orleans, LA 70179-9627
> aberger@allan-berger.com

Respectfully submitted,

JOHN D. SILEO (Bar No. 17797)
ALLAN BERGER (Bar No. 2977)
4173 Canal Street
New Orleans, Louisiana 70119
Phone: 504-486-9481
Fax:   504-483-8130

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by depositing same in the United States mail, postage prepaid, this 27th day of July, 2006.

JOHN D. SILEO