FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 14  AM 10: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX * MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIATION *
 * SECTION L
This Document relates to: *
 * JUDGE FALLON
2:05-cv-04460 *
Mary S. Robinson v. Merck & Co., Inc. * MAGISTRATE JUDGE
 * ROBERT ARMSTRONG, JR.

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED, ADJUDGED AND DECREED that Allan Berger and John D. Sileo of Allan Berger & Associates, PLC be and they are hereby allowed to enroll as additional counsel for plaintiff in the above-numbered and entitled cause.

Signed at New Orleans, Louisiana, this 10th day of May, 2007.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____