UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT FILED EASTERN DISTRICT OF LA
2007 APR 26 PM 2:36
LORETTA G. WHYTE
CLERK

IN RE: VIOXX : MDL NO. 1567
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
:

****************************************

THIS DOCUMENT RELATES TO
CASE NO. 05-CV-4709

Motion
~~NOTICE~~ OF SUBSTITUTION

Carey K. Steffen, Esq. of Ritter & Randolph, LLC, hereby gives notice of her substitution as counsel for Plaintiffs Lawrence F. Smith and Kathleen D. Smith in the above-captioned case, taking the place of Robert G. Hyland, Esq., and Mary Beth Gianni fka Mary Beth Lukco, Esq., former counsel for Plaintiffs. Robert G. Hyland and Mary Beth Gianni are no longer with the firm of Ritter & Randolph, LLC.

_____
Carey K. Steffen [0072308]
Ritter & Randolph, LLC
105 E. 4th Street, Suite 1200
Cincinnati, Ohio 45202
(513) 381-5700
(513) 381-0014 fax
csteffen@ritter-randolph.com

_____
Mary Beth Gianni [0079779]

_____
Robert G. Hyland [0023150]

RITTER & RANDOLPH LLC
LAW OFFICES
105 EAST FOURTH STREET
SUITE 1200
CINCINNATI OHIO 45202-4015

PHONE 513-381-5700
FAX 513-381-0014

EMAIL
LAWYERS@RITTER-RANDOLPH.COM
WEB
WWW.RITTERANDRANDOLPH.COM

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Substitution of Counsel has been served upon Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order Nos. 8 and 14, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of April, 2007.

Carey K. Steffen (OH Bar #0072308)
Attorney for Plaintiff
Ritter & Randolph, LLC
105 E. 4th St., Suite 1200
Cincinnati, OH 45202
(513) 381-5700
(513) 381-0014 fax
csteffen@ritter-randolph.com

RITTER & RANDOLPH LLC
LAW OFFICES
105 EAST FOURTH STREET
SUITE 1200
CINCINNATI OHIO 45202-4015
PHONE 513-381-5700
FAX 513-381-0014
EMAIL
LAWYERS@RITTER-RANDOLPH.COM
WEB
WWW.RITTERANDRANDOLPH.COM