UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 15  PM 4:30

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 1567<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO
CASE NO. 05-CV-4709

## ORDER GRANTING SUBSTITUTION

This Court hereby approves the substitution of Carey K. Steffen, Esq., of counsel with Ritter & Randolph, LLC, as counsel for plaintiffs Lawrence F. Smith and Kathleen D. Smith in the above-referenced case, as substituted for attorneys Robert G. Hyland and Mary Beth Gianni, who are no longer with the firm.

May 14, 2007.

_____
Judge Fallon

RITTER & RANDOLPH LLC
LAW OFFICES
105 EAST FOURTH STREET
SUITE 1200
CINCINNATI OHIO 45202-4015

PHONE 513-381-5700
FAX 513-381-0014

EMAIL
LAWYERS@RITTER-RANDOLPH.COM
WEB
WWW.RITTERANDRANDOLPH.COM

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep____
___ Doc. No.___