FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY -4 P 3: 18

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX® PRODUCTS ) MDL Docket No. 1657
LIABILITY LITIGATION ) Section: L
) JUDGE FALLON
) MAG. JUDGE KNOWLES
)

*This document relates to:*
*Ronald Luers Soelzer v. Merck & Co, Inc.*
*No. 06-9818*

### PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT

AND NOW, comes the Plaintiff by and through his attorney, Specter Specter Evans & Manogue, P.C., by Megan L. Faust, Esquire, and files the following Motion for Leave of Court to Amend Complaint:

1. A lawsuit in this matter was filed on September 20, 2006 in the United States District Court, District of South Dakota, Western Division at Civil Action No. 06-5073. It was subsequently transferred to this Court on October 23, 2006.

2. On October 9, 2006, Defendant filed an Answer to the Complaint.

3. Now, Plaintiff seeks leave to amend his complaint, for good cause shown, to add his wife, Paula Maurine Soelzer as a Plaintiff.

4. By email dated April 24, 2007, counsel for Defendant consented to the addition of Mrs. Soelzer as a Plaintiff.

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____

WHEREFORE, Plaintiff requests that this Honorable Court enter an order allowing him to amend his complaint to include his wife, Paula Maurine Soelzer as a Plaintiff.

SPECTER SPECTER EVANS & MANOGUE, P.C.

By _____
Megan L. Faust, Esquire

The 26th Floor
Koppers Building
Pittsburgh, PA 15219
(412) 642-2300

**ATTORNEY FOR PLAINTIFF**

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION  )<br>)<br>)<br>)<br>) | MDL Docket No. 1657<br>Section: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

*This document relates to:*
*Ronald Luers Soelzer v. Merck & Co, Inc.*
*No. 06-9818*

## PLAINTIFF'S STATEMENT OF CONSENT OF OPPOSING COUNSEL PURSUANT TO LOCAL RULE 7.6E

AND NOW, comes the Plaintiff by and through his attorney and files the following Statement of Consent of Opposing Counsel Pursuant to Local Rule 7.6E:

1. By email dated Friday, April 20, 2007, counsel for Plaintiff requested that counsel for Defendant consent to the filing of an Amended Complaint adding Plaintiff's wife, Paula Maurine Soelzer as a Plaintiff.

2. By email dated April 24, 2007, counsel for Defendant consented to the addition of Mrs. Soelzer as a Plaintiff. See copy of email dated April 24, 2007 and attached as **Exhibit A**.

3. As a result of the consent of counsel, Plaintiff has prepared the attached Motion for Leave of Court to File Amended Complaint and accompanying Order.

WHEREFORE, Plaintiff requests that this Court grant Plaintiff's request to file an Amended Complaint.

                                        SPECTER SPECTER EVANS &
                                        MANOGUE, P.C.

                                        By _____
                                              Megan L. Faust, Esquire

                                        The 26th Floor
                                        Koppers Building
                                        Pittsburgh, PA 15219
                                        (412) 642-2300

                                        ***ATTORNEY FOR PLAINTIFF***

## Megan Faust

**From:** Michael Luce [mluce@dehs.com]
**Sent:** Tuesday, April 24, 2007 4:18 PM
**To:** Megan Faust
**Subject:** I will consent.

I will consent.