FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 10  PM 12:36

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL Docket No. 1657<br>Section: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

*This document relates to:*
*Ronald Luers Soelzer v. Merck & Co, Inc.*
*No. 06-9818*

## ORDER

AND NOW, on this 10th day of May, 2007, upon consideration of the foregoing Motion, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's request to file an Amended Complaint is granted.

*[signature]*
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____