UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>ARTHUR CRAIG, et al.,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a foreign corporation,<br><br>　　　　　　　　　Defendant. | MDL Docket NO. 1657<br><br>JUDGE ELDON E. FALLON<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS**<br><br>CASE NO. 2:05-cv-04446-EEF-DEK |

　　　IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff ARTHUR CRAIG only, filed originally in the US District Court, Eastern District of Louisiana, Case Number 2:05-cv-04446-EEF-DEK, and then later transferred to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation,* may be and is hereby dismissed without prejudice.

　　　The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 5-12-07    By: _____
                      Arthur Craig

Dated: 5-15-07    By: _____
                      Jeffrey A. Bowersox, OSB # 81442
                      Email: Jeffrey@BLFpc.com
                      BOWERSOX LAW FIRM, P.C.
                      111 S.W. Columbia St., Suite 1000
                      Portland, Oregon 97201
                      Telephone: (503) 452-5858
                      Facsimile: (503) 525-4833

                      Daniel E. Becnel, Jr., LA Bar #2929
                      Matthew B. Moreland, LA Bar #24567
                      Kevin P. Klibert, LA Bar #26954
                      LAW OFFICES OF DANIEL E. BECNEL, JR.
                      106 W. Seventh Street
                      Post Office Drawer H
                      Reserve, LA 70084
                      Telephone: (985) 536-1186
                      Facsimile: (985) 536-6445
                      *Attorneys for Plaintiff Arthur Craig*

Dated: _____    By: _____
                          Phil Wittmann
                      Phillip A. Wittmann, Esq.
                      Stone, Pigman, Walther & Wittmann, L.L.C.
                      546 Carondelet Street
                      New Orleans, LA 70130
                      Telephone: (504) 581-3200
                      Facsimile: (504) 581-3361

                      *Defendant's Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal Without Prejudice been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of May, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2