UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| ARTHUR CRAIG, et al. v. Merck & Co., Inc., No. 05-4446. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Order of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Arthur Craig, against defendant Merck & Co., Inc. in the above-styled lawsuit be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the Stipulation. The claims of any remaining plaintiff remain in full force and effect.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

869052v.1