## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1657 |
| | * | SECTION L |
| | * | |
| | * | |
| DANIEL SLAUGHTER, on Behalf of all surviving heirs, and on behalf of JESSI SLAUGHTER, Deceased, | * * * | CASE NO. 06-10158 |
| | * | JUDGE ELDON E. FALLON |
| Plaintiff, | * | |
| v. | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation, | * * | |
| | * | PLAINTIFF DEMANDS TRIAL |
| Defendant. | * | BY STRUCK JURY |

**(THIS DOCUMENT RELATES TO: Bobby W. Myatt, et al. v. Merck & Co., Inc., Civil Action No. 3:06-cv-04606)**

### SUGGESTION OF DEATH

**COMES NOW** Daniel Slaughter, on Behalf of all surviving heirs, and on behalf of Jessi Slaughter, deceased, by and through counsel of record, and hereby suggests upon the record the death of Plaintiff, Jessi Slaughter, who died on or about September 16, 2006. See Rule 25(a)(1), Fed.R.Civ.P.

**RESPECTFULLY SUBMITTED** this the 18th day of May, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Benjamin L. Locklar　　　　　　　
　　　　　　　　　　　　　　　　**ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)**
　　　　　　　　　　　　　　　　**BENJAMIN L. LOCKLAR (Ala. Bar No. LOC009)**

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36104-4160
(334) 269-2343
(334) 954-7555

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the  18th   day of May, 2007.

| | |
|---|---|
| Richard C. Stanley | Phillip A. Wittman |
| Bryan C. Reuter | Dorothy H. Wimberly |
| Thomas P. Owen, Jr. | Carmelite M. Bertaut |
| **STANLEY, FLANAGAN** | **STONE PIGMAN WALTHER.** |
| **& REUTER, LLC** | **WITTMAN, LLC** |
| 909 Poydras Street | 546 Carondelet Street |
| Suite 2500 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70112 | (504) 581-3200 |
| (504) 523-1580 | (504) 581-3361 FAX |
| (504) 524-0069 – FAX | |

_____/s/ Benjamin L. Locklar_____
**OF COUNSEL**

2