UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * *   *

**THIS DOCUMENT RELATES TO:** *Thelma L. Curtis et al. v. Merck & Co., Inc.,* No. 06-6946 (Susan Bounds, Individually and as Representative of the Estate of Eunice J. Bounds, Only).

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Susan Bounds, Individually and as Representative of the Estate of Eunice J. Bounds, be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Partial Dismissal Without Prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE