U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

A CERTIFIED TRUE COPY

MAY 17 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED MAY 17 2007

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -1 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-96)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,142 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## SCHEDULE CTO-96 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM  2  07-214 | Alfonso Casalino, et al. v. Merck & Co., Inc. | 07-2927 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  07-60477 | Carmen M. Padilla, etc. v. Merck & Co., Inc. | 07-2928 |
| FLS  0  07-60478 | Letitia Serene v. Merck & Co., Inc. | 07-2929 |
| FLS  1  07-20893 | Denise McCree v. Merck & Co., Inc. | 07-2930 |
| FLS  9  07-80309 | William G. Kyrkostas v. Merck & Co., Inc., et al. | 07-2931 |
| FLS  9  07-80333 | Louis J. Paggi v. Merck & Co., Inc., et al. | 07-2932 |
| **ILLINOIS SOUTHERN** | | |
| ILS  3  07-258 | Jeff Scott, et al. v. Merck & Co., Inc. | 07-2933 |
| **MASSACHUSETTS** | | |
| MA  1  07-10644 | Deborah Freeman v. Merck & Co., Inc. | 07-2934 |
| **MINNESOTA** | | |
| MN  0  07-1796 | Arlette Kluge v. Merck & Co., Inc. | 07-2935 |
| MN  0  07-1797 | Patti Coles, et al. v. Merck & Co., Inc., et al. | 07-2936 |
| MN  0  07-1914 | Marlene Williams v. Merck & Co., Inc. | 07-2937 |
| **MISSOURI EASTERN** | | |
| MOE  4  07-655 | Rose Boyer, et al. v. Merck & Co., Inc. | 07-2938 |
| **MISSISSIPPI NORTHERN** | | |
| MSN  4  07-54 | Carman Cummings, et al. v. Merck & Co., Inc. | 07-2939 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  2  07-78 | Martha J. Harris, etc. v. Merck & Co., Inc. | 07-2940 |
| **NEW JERSEY** | | |
| NJ  3  07-1514 | Dorothy Kratt v. Merck & Co., Inc. | 07-2941 |
| NJ  3  07-1597 | Robert Walker v. Merck & Co., Inc. | 07-2942 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  07-1354 | Gloria Savage, et al. v. Merck & Co., Inc. | 07-2943 |
| PAE  2  07-1368 | Sandra Reynolds v. Merck & Co., Inc. | 07-2944 |
| **SOUTH CAROLINA** | | |
| SC  2  07-900 | Margaret Ann Henderson v. Merck & Co., Inc. | 07-2945 |
| SC  6  07-920 | Otis B. Deshields v. Merck & Co., Inc. | 07-2946 |

# INVOLVED COUNSEL LIST (CTO-96)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402-4501

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib
& Associates, PA
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

Millard Lane Fretland
Conroy, Simberg, Ganon, Krevans &
Abel
125 W. Romana Street
Suite 150
Pensacola, FL 32502

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

H. Blair Hahn
Richardson Patrick Westbrook &
Brickman LLC
P.O. Box 1007
Mt. Pleasant, SC 29465

Charles C. Harrell
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 171443
Memphis, TN 38187-1443

Anthony C. Hayes
Nelson, Mullins, Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211

Renee L. Henderson
Weitz & Luxenberg, P.C.
210 Lake Drive East
Cherry Hill, NJ 08002

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

John Edward Herndon, Jr.
Conroy, Simberg, Ganon, Krevans &
Abel
325 John Knox Road
Atrium Building, Suite 105
Tallahassee, FL 32303

Michael R. Hugo
Lopez, Hodes, Restaino, Milman &
Skikos
95 Commercial Wharf
Boston, MA 02110

Alyson B. Jones
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

James J. McHugh, Jr.
Lopez McHugh, LLP
1325 Spruce Street
Philadelphia, PA 19107

John Brian T. Murray
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue, South
Minneapolis, MN 55404

Richard D. Schuler
Schuler, Halvorson & Weisser, P.A.
1615 Forum Place
Barristers Building, Suite 4D
West Palm Beach, FL 33401-2317

Robert K. Shelquist
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Randy J. Soriano
Bryan Cave, LLP
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Avenue, South
Suite 8000
Minneapolis, MN 55415

Donald A. Windham, Jr.
Balch & Bingham LLP
401 East Capital Street
Suite 200
Jackson, MS 39201

Phillip A. Wittmann
Stone, Pigman, Walther &
Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# INVOLVED JUDGES LIST (CTO-96)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Marcia Morales Howard
U.S. District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. William J. Zloch
Chief Judge, U.S. District Court
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Kenneth A. Marra
U.S. District Judge
701 Clematis Street
Room 316
West Palm Beach, FL 33401

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Richard G. Stearns
U.S. District Judge
7130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Michael James Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Hon. Joel A. Pisano
U.S. District Judge
402 East State Street
Room 2020
Newark, NJ 08608

Hon. Legrome D. Davis
U.S. District Judge
5918 James A. Bryne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Thomas N. O'Neill, Jr.
Senior U.S. District Judge
4007 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-96)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A