IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE LANDRY,<br>　　　　Plaintiffs,<br><br>VS.<br><br>MERCK & CO., INC.<br>　　　　Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 05-6008 |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>JOYCE LANDRY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS STIPULATED AND AGREED between the undersigned parties that, pursuant to Fed. R. Civ. P. 41(a)(1), the action, Cause number 05-6008, captioned above is hereby dismissed without costs to any party. However, this stipulated and agreed dismissal of this action, Cause Number 05-6008, will have no effect whatsoever on Plaintiff's action, Cause Number 05-4452. This dismissal is without prejudice and subject to the conditions set forth in the following paragraphs.

IT IS FURTHER STIPULATED AND AGREED that should Plaintiff or representative on their behalf re-file Plaintiff's claims against Merck & Co., they will do so only in the United States District Court in the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and shall not oppose transfer to MDL 1657.

| THE O'QUINN LAW FIRM | STONE PIGMAN WALTHER WITTMAN LLC |
|---|---|
| By: *[signature]*<br>John R. Leach, III<br>Michael J. Lowenberg<br>Anthony E. Farah<br>440 Louisiana, Suite 2300<br>Houston, Texas 77002<br>Telephone: 713-223-1000<br>Facsimile: 713-223-4870 | By: *[signature]*<br>Phillip A Wittman<br>546 Cardondelet Street<br>New Orleans, Louisiana 70130 |

**ATTORNEYS FOR PLAINTIFFS**