IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE LANDRY, | § | |
|       Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 05-6008 |
| | § | |
| MERCK & CO., INC. | § | |
|       Defendant | § | |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, | § | |
| SALES PRACTICES AND | § | MDL NO. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | SECTION L |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE ELDON E. FALLON |
| JOYCE LANDRY | § | |
| | § | MAGISTRATE JUDGE |
| | § | DANIEL E. KNOWLES, III |

## ORDER

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other. Further, the dismissal of this action will have no effect whatsoever on Plaintiff's action, Cause Number 05-4452.

IT IS SO ORDERED

      ENTERED this _____ day of _____, 2006.


_____
HONORABLE JUDGE ELDON E. FALLON