**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: VIOXX PRODUCTS   LIABILITY LITIGATION | : MDL Docket No. 1657 |
| | : |
| | : PLAINTIFFS: |
| THIS DOCUMENT RELATES TO: | : |
| | : |
| Case No.   2:06-cv-2070 | : Joan O'Bryan, now deceased |
| | : |
| | : |

**SUGGESTION OF DEATH AND MOTION**
**FOR SUBSTITUTION OF PARTIES**

Comes now the Plaintiff, by and through counsel, pursuant to Fed. R. Civ. P. 25, and for a Suggestion of Death and Motion for Substitution of Parties, states as follows:

1. That on or about February 14, 2006, Plaintiff, Joan O'Bryan, died. By order dated May 16, 2006, a copy of which is attached hereto as Exhibit A, Donna Marie O'Bryan and Mary Cordelia Ball were appointed Co-Executors of the Estate of Joan O'Bryan.

2. That the causes of action asserted herein were not extinguished by the death of Joan O'Bryan, and that Donna Marie O'Bryan and Mary Cordelia Ball, the duly appointed Co-Executors of the Estate, are the persons authorized to continue and maintain this action.

4. That Donna Marie O'Bryan and Mary Cordelia Ball will act as the Co-Executors and Personal Representatives of the Estate of Joan O'Bryan with authority to prosecute and settle this action on behalf of said Estate.

WHEREFORE, Plaintiff, by counsel, moves this Honorable Court to substitute Donna Marie O'Bryan and Mary Cordelia Ball as successors or representatives of Joan O'Bryan for all purposes concerning the prosecution of the claims against Defendants herein with

authority to prosecute and settle this lawsuit on behalf of the Estate of said plaintiff and for such other relief as this Court deems just and proper under the premises.

        Respectfully submitted,

        /s/ D. Brian Rattliff
        D. Brian Rattliff
        Gregory J. Bubalo
        BUBALO, HIESTAND & ROTMAN, PLC
        401 S. Fourth St., Suite 800
        Louisville, KY  40202
        brattliff@bhtriallaw.com

        and

        Ann B. Oldfather
        Oldfather Law Firm
        1330 S. Third Street
        Louisville, KY  40202
        aoldfather@oldfather.com

        and

        Tyler S. Thompson
        Dolt, Thompson, Shepherd & Kinney, PSC
        455 S. 4th Street, Suite 310
        Louisville, KY  40202
        tthompson@kytrial.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Suggestion of Death and Motion for Substitution of Parties has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with the Pretrial Order 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of May, 2007.

    /s/ D. Brian Rattliff_____
    D. Brian Rattliff
    Kentucky Bar No. 56665
    BUBALO, HIESTAND & ROTMAN, PLC
    401 S. Fourth St., Suite 800
    Louisville, KY  40202
    (502) 753-1600
    (502) 753-1601
    brattliff@bhtriallaw.com