**EXHIBIT A**

IN RE: Estate of JOAN BALL O'BRYAN

**ORDER**

[X] Petition filed this _16_ day of _May_, 2006.

[X] Will tendered this _16_ day of _May_, 2006.

Upon hearing, the Will offered was proven by _Pat Maupin and Jean Ball_

and ORDERED PROBATED as the Last Will and Testament of Decedent this ____ day of _____, 2____.

The Court appoints: _Donna Marie O'Bryan and Mary Cordelia Ball_ as Co-Executrices

[X] Executor/Executrix OR [ ] Administrator/Administratrix of said estate and fixes bond in the sum of

$_____ [ ] with surety OR [X] without surety _surety waived._

Date: _5/16, 2006_   _____
                      Nelson District Judge's Signature

Distribution:
 Case File
 Revenue Cabinet

Entered: _5-16-06_
DIANE THOMPSON, Clerk
Nelson Circuit & District Courts
By: __K__ Deputy Clerk

I hereby certify this to be a true copy as filed in the office of the Nelson Circuit Clerk and is in full force and effect. Witness my hand and seal this _5-16_ 20_06_.
DIANE THOMPSON, Clerk
Nelson Circuit & District Courts
By: _Betty Hall_ Deputy Clerk