## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1657 |
| | : |
| | : PLAINTIFFS: |
| THIS DOCUMENT RELATES TO: | : |
| | :    Joan O'Bryan, now deceased |
| Case No.   2:06-cv-2070 | : |
| | : |

## ORDER OF SUBSTITUTION

On motion by the Plaintiffs, by and through their attorneys, pursuant to Fed. R. Civ. P. 25, and the Court being sufficiently advised;

IT IS HEREBY ORDERED:

1.   That the causes of action asserted herein were not extinguished by the death of Joan O'Bryan, and that Donna Marie O'Bryan and Mary Cordelia Ball, the duly appointed Co-Executors of the Estate of Joan O'Bryan, are the persons authorized to continue and maintain this action; and

2.   That Donna Marie O'Bryan and Mary Cordelia Ball are hereby substituted as Plaintiff herein and will act as the Co-Executors and Personal Representatives of the Estate of Joan O'Bryan with authority to prosecute and settle this action on behalf of said Estate.

_____
Judge Eldon E. Fallon, United States District Court
Eastern District of Louisiana

Tendered by:

D. Brian Rattliff
Gregory J. Bubalo
BUBALO, HIESTAND & ROTMAN, PLC
401 S. Fourth St., Suite 800
Louisville, KY  40202