## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| Bryan Arthur, et al. v. Merck & Co., Inc., No. 05-4445. | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Mary Cooley against defendant Merck & Co., Inc. in the above-styled case be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation. The claims of the remaining plaintiffs shall remain in full force and effect.

NEW ORLEANS, LOUISIANA, this 21st day of May, 2007.

_____
DISTRICT JUDGE

869052v.1