UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO:
*Wilson-Cheatham v. Merck & Co., Inc., No. 2:06-CV-03611*
*Roerhman v. Merck & Co., Inc., No. 2:06-CV-03093*
*Johnson v. Merck & Co., Inc., No. 2:06-CV-03094*
*Sparkman v. Merck & Co., Inc., No. 2:06-CV-03095*

## WITHDRAWAL OF COUNSEL

Benjamin R. Skjold and Christopher P. Parrington hereby withdraw as counsel for

Plaintiffs in the above-captioned actions. All of Plaintiffs remaining counsel, with the exception

of Mr. Skjold and Mr. Parrington will continue to represent Plaintiffs in these actions.

DATED this ___ day of May, 2007

Skjold ▪ Barthel, P.A.

Benjamin R. Skjold          #
Christopher P. Parrington, #034090X
Skjold ▪ Barthel, P.A.
Campbell Mithun Tower
222 S. 9th Street, Suite 3220
Minneapolis, MN 55402
(612) 746-2560

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22 day of May, 2007.

Thomas P. Cartmell  MO #45366
Brian J. Madden  MO #40637
Thomas J. Preuss  MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372