UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON  MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| _____ | ) | |

THIS DOCUMENT RELATES TO:
*Wilson-Cheatham v. Merck & Co., Inc.*, *No*. **2:06-CV-03611**
*Roerhman v. Merck & Co., Inc.,*  **No. 2:06-CV-03093**
*Johnson v. Merck & Co., Inc., No.* **2:06-CV-03094**
*Sparkman v. Merck & Co., Inc., No.* **2:06-CV-03095**

### ORDER GRANTING WITHDRAWAL OF COUNSEL

Now on this ____ day of _____, 2007, the Court takes up Plaintiffs' Withdrawal of Counsel and, being fully advised in the premises and finding good cause therefore, hereby sustains said motion. Benjamin Skjold and Christopher Parrington have now withdrawn as counsel with all of plaintiffs' remaining counsel representing plaintiffs in these actions.

IT IS HEREBY ORDERED.

_____
The Honorable Eldon E. Fallon