IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 21 PM 4: 17

LORETTA G. WHYTE
CLERK

In re: VIOXX® PRODUCTS LIABILITY LITIGATION

MDL. No. 1657
Section: L/3

THIS DOCUMENT RELATES TO:    05-4908

Edward Jackson
Vs. Merck & Co., Inc
Case No.: 8:05-CV-1535-T-26MAP
_____/

### MOTION TO ENROLL AS COUNSEL OF RECORD

Plaintiff, Edward Jackson, through his undersigned counsel and pursuant to La.R.S. 37:214 and other applicable rules and laws, requests the Court to enroll Brian H. Pollock as Counsel of Record based on the following:

1. Steven Savola, Esq., originally filed this case on August 18, 2005 in the Middle District of Florida, Tampa Division.

2. This case was then sent into the Vioxx MDL pending before this Court.

3. Steven Savola, Esq., dissociated from The Ferraro Law Firm, f/k/a Ferraro and Associates, but the firm continues to represent Plaintiff.

4. The undersigned is a member in good standing with The Florida Bar and also is admitted to practice in the Eleventh Circuit Court of Appeal as well as in the District Courts, Southern and Middle Districts of Florida.

5. The undersigned seeks to represent Plaintiff on behalf of The Ferraro Law Firm f/k/a Ferraro and Associates, in this action.

6. The undersigned desires to enroll as counsel of record for Plaintiff to prosecute this action on his behalf and for good cause.

7. A proposed Order granting this Motion to Enroll is attached hereto.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

8. Undersigned contacted local counsel for Merck, Ms. Lowry, and she has no opposition to the relief requested herein.

WHEREFORE, Plaintiff, Edward Jackson, requests the Court to enter the attached Order to enroll Brian H. Pollock as his Counsel of Record.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. mail to **Patricia E. Lowry, Esq.,** SQUIRE, SANDERS & DEMPSEY LLP, 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Florida 33401, on this 16 day of May, 2007.

THE FERRARO LAW FIRM, P.A.
Attorneys for Defendants
4000 Ponce de Leon Boulevard, Suite 700
Miami, Florida 33146
Tel:   305-375-0111
Fax:   305-379-6222

By_____
Brian H. Pollock
Florida Bar No. 174742