IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 23  AM 7:48

LORETTA G. WHYTE
CLERK

In re:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL. No. 1657
Section: L/3

THIS DOCUMENT RELATES TO:

05-5073

Herbert Furman
Vs. Merck & Co., Inc
Case No.: 3:05-CV-784-J-20MCR

_____/

### ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD

THIS CAUSE, having come before the Court on Plaintiffs' Motion to Enroll As Counsel of Record dated May 16, 2007, and the Court have been advised of and accepted the agreement of counsel and being otherwise duly advised in the premises, hereby

ORDERS AND ADJUGDES that said Motion be and the same is hereby:

Granted; Brian H. Pollock, Esq., is hereby enrolled as Counsel of Record for Plaintff, Herbert Furman, in this action, and shall be entitled to enroll in this Court's ECF for Plaintiff.

DONE AND ORDERED in _New Orleans_, Louisiana, this _22nd_ day of _May_, 2007.

_____
DISTRICT COURT JUDGE

Copies Furnished:
Brian H. Pollock, Esq.
Patricia E. Lowry, Esq.

___ Fee_____
___ Process_____
X  Dktd_____
√  CtRmDep_____
___ Doc. No_____