UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| Rose Sfeir v. Merck & Co., Inc., Lifetime | * | JUDGE KNOWLES |
| Medical Center, Lifetime Healthcare, Inc. | * | |
| No. 06 cv 2243. | * | |
| | * | |
| Eugenia B. Lukasik, Individually and as | * | |
| Executrix of the Estate of Richard | * | |
| Lukasik, SR., a/k/a Richard Paul Lukasik, | * | |
| a/k/a Sr., v. Merck & Co., Inc., Lifetime | * | |
| Medical Center, Lifetime Healthcare, Inc. | * | |
| No. 06 cv 3151. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Blake T. Webber, Esq., hereby appears in the above entitled cases, and that the law firm of Brown & Tarantino, LLC, has been retained as attorneys for defendants, Lifetime Medical Center and Lifetime Healthcare, Inc., and that the undersigned hereby enters his appearance on behalf of defendants.

/s/ *Blake T. Webber*
Blake T. Webber, Esq.
BROWN & TARANTINO, LLC
Attorneys for Defendants Lifetime Medical Center
and Lifetime Healthcare, Inc.
45 Exchange Boulevard, Suite 300
Rochester, New York 14614
Tel: (585) 454-3377
Fax: (585) 232-5883
bwebber@btattys.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically field with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of May, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITMAN, L.L.C.
546 Carondelet Street
New Orleans, Lousiana 70130
Tel: (504) 581-3200
Fax: (504) 581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel