UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| In re: Vioxx Marketing, Sales Practices & | * | MDL No. 1657 |
| Products Liability Litigation | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| **This Document Relates to:** | * | |
| *Mathes v. Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Case No. 2:06-cv-9767* | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## <u>CERTIFICATE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 8B</u>

In compliance with Pre-Trial Order No. 8B, undersigned counsel today hereby certifies

that as soon as the Order of Dismissal is entered by the Court she will make the change directly

on File & Serve to reflect the dismissal of the above-captioned case.


    /s/Dorothy H. Wimberly
Dorothy H. Wimberly, 18059
STONE PIGMAN WALTHER
WITTMANN L.L.C
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendant's Liaison Counsel

875858v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of May, 2007.

     /s/Dorothy H. Wimberly
Dorothy H. Wimberly, 18059
STONE PIGMAN WALTHER
WITTMANN L.L.C
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendant's Liaison Counsel

2