UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON |
| **This Document Relates to:** <br> *Smith v. Merck & Co., Inc.,* <br> *Case No. 2:06-cv-9769* | * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Vanda Fairchild, Samuel Hines, Jr., Charles Jasper, Carl Jefferies, Fred Jones, Sr., David Kiser, Mae Dell Lewis, Jeff Monk, Ernest Powell, Sr. and Barney L. Rankin ("Plaintiffs"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiffs agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx, such lawsuit will be filed in a United States District Court; and

2. Plaintiffs further agree that in the event they re-file such lawsuit, and discovery that has taken place or will take place in *In re Vioxx Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that it is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been a party and had had an opportunity to participate in that discovery.

Plaintiffs agree to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

*Staci O'Neal*
Staci B. O'Neal (MB #99910)
O'NEAL LAW FIRM
214 Key Drive, Ste. 1100
Madison, MS 39110

ONE OF THE ATTORNEYS FOR PLAINTIFFS

*Alyson Jones*
Christy D. Jones (MB #3192)
Charles C. Harrell (MB #3135)
Anita Modak-Truran (MB #99422)
J. Kennedy Turner, III (MB #8140)
Alyson B. Jones (MB # 101456)
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225

ATTORNEYS FOR
DEFENDANT MERCK & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of May, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2