UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON |
| **This Document Relates to:** <br> *Smith v. Merck & Co., Inc.,* <br> *Case No. 2:06-cv-9769* | * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiffs Vanda Fairchild, Samuel Hines, Jr., Charles Jasper, Carl Jefferies, Fred Jones, Sr., David Kiser, Mae Dell Lewis, Jeff Monk, Ernest Powell, Sr. and Barney L. Rankin, in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

_____
DISTRICT JUDGE

875855v.1