**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Jerry Anderson  v. Merck & Co., Inc.,* | * | **JUDGE KNOWLES** |
| **No. 06-1902** | * | |
| * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Jake Bishop against defendant

Merck & Co., Inc. in the above-styled lawsuit be and they hereby are dismissed without

prejudice, each party to bear its own costs, and subject the terms and conditions of the

Stipulation.  The claims of the remaining plaintiffs in the above-styled lawsuit remain in

full force and effect.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.


_____
DISTRICT JUDGE