UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

Juan Manuel Sabio as Personal Representative
of the Estate of Lily Sabio,

CASE NO: 2:06-CV-294

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.
_____/

## ORDER GRANTING
## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT
## TO INCLUDE A COUNT FOR WRONGFUL DEATH

THIS CAUSE CAME BEFORE me to be heard on the _____ day of _____ on Plaintiff's Motion for Leave to Amend Complaint to Include a Count for Wrongful Death and the Court having been apprised of the facts therein it is hereby ordered and adjudged as follows:

THAT Plaintiff's motion be in the same is hereby granted.

ACCORDINGLY, Juan Manuel Sabio as personal representative of the Estate of Lily Sabio, is hereby substituted as the party Plaintiff in this case in place of Lily Sabio.

DONE AND ORDERED in Chambers, this 21st day of May 2007.

                                                       Judge Eldon E. Fallon

Copies Furnished to:
Ellen M. Gregg, Esq.
Catherine Whitfield, Esq.
Wilfred P. Coronato, Esq.
Russ Herman, Esq.
Phillip A. Wittmann, Esq.
Dimitrios Mavrodis, Esq.
Susan Giamportone, Esq.