UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 21  PM 12: 22

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * |

MDL Docket No. 1657

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO: *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, Case No. 07-2099

### ENTRY OF APPEARANCE BY MICHAEL J. PRAME, ESQ. AS COUNSEL FOR DEFENDANT RxSOLUTIONS, INC.

COMES NOW Michael J. Prame, Esq. and Groom Law Group, Chartered, and enters an appearance on behalf of Defendant RxSolutions, Inc.

Dated: May 18, 2007

Respectfully submitted,

Michael J. Prame, Esq.
GROOM LAW GROUP, CHTD.
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006-5893
Telephone: (202) 857-0620
Facsimile: (202) 659-4503
MJP@groom.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Entry of Appearance by Michael J. Prame, Esq. as Counsel for Defendant RxSolutions, Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing is being filed with the Clerk of Court for the Eastern District of Louisiana by sending the foregoing via Federal Express to the Clerk of this 18th day of May, 2007.

> Russ M. Herman
> Herman, Herman, Katz Cotlar, LLP
> 820 O'Keefe Avenue
> New Orleans, LA 70113
> E-mail: rherman@hhkc.com
> Plaintiffs' Liaison Counsel in *In re: Vioxx Products Liability Litigation*,
> MDL No. 1657 (E.D. La.)

> Phillip A. Wittmann
> Stone Pigman Walther Wittmann L.L.C.
> 546 Carondelet Street
> New Orleans, LA 70131
> E-mail: pwittmann@stonepigman.com
> Defendants' Liaison Counsel in *In re: Vioxx Products Liability Litigation*,
> MDL No. 1657 (E.D. La.)

In addition to filing and service in the matter described above, courtesy copies of the foregoing were sent to counsel for Plaintiffs and Defendants in *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, Case No. 07-2099 (E.D. La.), identified below, via U.S. Mail on this 18th day of May, 2007.

> Robert W. Cottle
> Robert T. Eglet
> David A. Tanner
> Mainor Eglet Cottle
> 400 South Fourth Street, Ste. 600
> Las Vegas, NV 89101
> Counsel for Plaintiffs in *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*,
> Case No. 07-2099 (E.D. La.)

Kristina Pickering
Denise Barton
Robert R. McCoy
Morris Pickering Peterson & Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Counsel for Defendant Merck & Co., Inc. and the named individual defendants in *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, Case No. 07-2099 (E.D. La.)

Steven E. Guinn
Laxalt & Nomura, Ltd.
9600 Gateway Drive
Reno, NV 89521
Counsel for Defendants Walgreens Company, Express Scripts, Inc. and Thrifty Payless, Inc. d/b/a Rite Aid in *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, Case No. 07-2099 (E.D. La.)

August A. Imholtz III, Esq.