UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| This document relates to: Walter Scoble, et al. v. Merck & Co., Inc., No. 2:06CV09799. | * | JUDGE FALLON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL OF CLAIMS OF
### TIMOTHY MCKIBBEN WITHOUT PREJUDICE

Considering the foregoing Stipulation and Order of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Timothy McKibben, against defendant Merck & Co., Inc. in the above-styled lawsuit be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the Stipulation. The claims of any remaining plaintiff remain in full force and effect.

NEW ORLEANS, LOUISIANA, this 25th day of May, 2007.

_____
DISTRICT JUDGE

875295v.1