IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GAIL TURNER,<br>         Plaintiff | § § § | |
| VS. | § § | Civil Action No. 05-6030 |
| MERCK & CO., INC.<br>         Defendant | § § § | |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY<br>LITIGATION | § § § § | MDL NO. 1657<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>         GAIL TURNER | § § § § § | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

## ORDER ON THE O'QUINN LAW FIRM'S MOTION
## TO WITHDRAW AS ATTORNEY IN CHARGE

After considering THE O'QUINN LAW FIRM'S, JOHN R. LEACH, III'S; MICHAEL J. LOWENBERG'S and ANTHONY E. FARAH's Motion to Withdraw as attorneys in charge, the Court is of the opinion that Movants' motion should be in all things GRANTED. It is therefore:

ORDERED that Movants THE O'QUINN LAW FIRM, JOHN R. LEACH, III; MICHAEL J. LOWENBERG and ANTHONY E. FARAH[1] are hereby withdrawn as attorneys in charge for Gail Turner and/or her beneficiary heirs, Albert Turner, Rona Turner and Sandra Turner.

SIGNED on  May 25th , 2007.

_____
JUDGE ELDON E. FALLON

---

[1] Although not attorneys of record, this withdrawal is intended to and does include the firm of Franklin D. Azar & Associates, P.C., as referring attorneys who maintained responsibility for this case with The O'Quinn Law Firm.