UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    *Brooks v. Merck & Co., Inc.*, 06-1547

### ORDER

IT IS ORDERED that the Plaintiff's Motion for Appointment of Counsel (Rec. Doc. 10931) is DENIED, in light of the fact that counsel is currently enrolled on her behalf. Should counsel formally withdraw, the Plaintiff may re-urge her motion at the appropriate time.

New Orleans, Louisiana, this  25th  day of May, 2007.

                                                         *Eldon E. Fallon*
                                             UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Robenia Brooks
1290 Hopper Rd.
Houston, TX  77037

David Matthew Freeman
Matt Freeman & Associates, LLP
230 Westcott, Suite 202
Houston, TX  77007