UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| ............................................ | : | |

**THIS DOCUMENT RELATES TO:**
   *Thomas v. Merck & Co., Inc.*, 06-1493

## ORDER

The Court is in receipt of the Plaintiff's Motion to Request Files (Rec. Doc. 10264). IT IS ORDERED that Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the status of MDL 1657 and to assist him in obtaining counsel.

New Orleans, Louisiana, this __25th__ day of May, 2007.

                                                             UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Edward Earl Thomas
2300 South Jefferson
Apt. 7
Saginaw, MI  48061

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170