UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX : | MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| This document relates to: | : | |
| *Golla v. Merck & Co., Inc., et al (2:06-cv-11122)* | : | |

## PLAINTIFF'S MOTION TO SUBSTITUTE DEFENDANT

COMES NOW, Herman, Herman, Katz & Cotlar, LLP, and files this Motion to Substitute Defendant and respectfully avers as follows:

1. In the case of *Greg Golla v. Merck & Co., Inc., et al*, Louis M. Sherwood, M.D. has been named as a defendant. Dr. Sherwood was previously Senior Vice President, Medical and Scientific Affairs in the U.S. Human Health Division of Defendant Merck. While employed by Merck, Dr. Sherwood was responsible for all Medical Services, Academic and Professional Affairs, Clinical Development, and Outcomes Research. Dr. Sherwood also supervised regional Medical Directors across the United States. At Merck, Dr. Sherwood reviewed and supervised clinical trials regarding Vioxx and monitored clinical trials and scientific information regarding Vioxx and competitors of Vioxx. Dr. Sherwood regularly reviewed medical literature pertaining to Vioxx and other COX-2 inhibitors.

2. Merck engaged in a pattern and practice of intimidating and "neutralizing" critics of Vioxx within the medical community. Dr. Sherwood enforced this policy. For example, on March 22, 2001, Dr. James Fries from Stanford wrote Merck CEO Raymond Gilmartin, complaining about this activity by Dr. Sherwood.

3. Plaintiff has alleged that Dr. Sherwood, in his position as Senior Vice President, Medical and Scientific Affairs in the U.S. Human Health Division of Defendant Merck, was principally responsible to protect the safety of consumers, including Plaintiff herein, by reviewing the clinical trials and the medical literature and then using this information to provide adequate warnings of the risks of Vioxx, including myocardial infarction and stroke.

4. Plaintiff further alleges that Dr. Sherwood was negligent because he knew that Vioxx increased the risk of cardiovascular injuries, yet he failed to warn physicians and patients.

5. Louis M. Sherwood, M.D. passed away on January 25, 2007. His counsel filed a Suggestion Of Death, which is attached hereto as Exhibit "A."

6. Counsel for Dr. Sherwood has notified counsel that Dr. Sherwood's wife, Judy Sherwood, is the representative of his estate for purposes of substitution under the relevant rules. (*See* e mail dated March 13, 2007 from Mark A. Berman, Esquire, counsel for Dr. Sherman, which is attached hereto as Exhibit "B.")

7. Pursuant to Federal Rule of Civil Procedure 25, Plaintiff moves to substitute Judy Sherwood for Louis M. Sherwood as a defendant in the case of *Greg Golla v. Merck & Co., Inc., et al (2:06-cv-11122)*.

WHEREFORE, for the reasons set forth above and in the attached Memorandum of Law, Plaintiff respectfully requests that Judy Sherwood be substituted for Louis M. Sherwood in the case of *Greg Golla v. Merck & Co., Inc., et al (2:06-cv-11122)*.

Respectfully submitted by:

/s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of May, 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com