# EXHIBIT "B"

Message                                                                                                      Page 1 of 1

## Tiger, Michelle

**From:** Mark A. Berman [mberman@hartmanndoherty.com]
**Sent:** Tuesday, March 13, 2007 7:35 AM
**To:** Tiger, Michelle; 'Ara Avrigian'; Balefsky, Lee; 'Brian Kelly'; 'C. Steffa'; 'Carrie Capouellez'; 'Jim McHugh'; 'Joseph L. Messa'; 'Kevin Hall'; 'Michael Barrett'; 'Michael Johnston'; 'Michael Weinkowitz'; 'Richard M. Golomb'; 'Ryan J. Durkin'; 'Scott Levensten'; Kline, Thomas R.
**Cc:** Janet Costello
**Subject:** VIOXX/SHERWOOD - Suggestion of Death-Estate Representative

All

In connection with the "Suggestion of Death" of Dr. Louis M. Sherwood in state and federal court Vioxx actions, please be informed that his wife, Judy Sherwood, is the representative of his estate for purposes of substitution under the relevant rules.

Mark Berman


Mark A. Berman, Esq.
HARTMANN DOHERTY ROSA & BERMAN, LLC
126 State Street
Hackensack, New Jersey 07601
Tel: (201) 441-9056
Fax: (201) 441-9435
Cell: (201) 290-5214
Email: mberman@hartmanndoherty.com

New York Office:

67 Wall Street, 22nd Floor
New York, New York 10005
Tel: (212) 344-4619

3/15/2007