ROBERT W. COTTLE, ESQ.
Utah Bar No. 5458
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
(702) 450-5400
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| This cases Relates to: **CASE NO. 06-11131** | |
| MABLE LASSEN, a Utah Resident, | SECTION L |
| Plaintiff, vs. | |
| MERCK & COMPANY, INC., a Corporation; SMITH'S FOOD & DRUG CENTERS, INC., DETAILERS DOES 1 to 50; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, DOES 51 to 100, inclusive, | **JUDGE FALLON** **MAGISTRATE JUDGE** **DANIEL E. KNOWLES, III** |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW Plaintiff, MABLE LASSEN by and through her attorney of record, ROBERT W. COTTLE, ESQ., moves this Honorable Court, pursuant to Local Rule 83.2.11 for an order allowing him to withdraw as counsel of record for Plaintiff, MABLE LASSEN in the above-captioned multidistrict litigation. This motion is made and based upon Local Rule 83.2.11, the Memorandum of Points and Authorities which follow and attached affidavit of counsel.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

*Local Rule 83.2.1* states in pertinent part:

> The original counsel of record shall be held to represent the party for whom he or she appears unless the court permits him or her to withdraw from the case. He or she may obtain permission only upon joint motion to substitute counsel or upon a written motion served on opposing counsel and the client before the court acts. If other counsel is not thereby substituted, the motion to withdraw shall contain the present address of the client and the client's telephone number if the client can be reached by telephone. The motion shall be accompanied by a certificate of service, including a statement that the client has been notified of all deadlines and pending court appearances, on both the client by certified mail and opposing counsel, or an affidavit stating why service has not been made.

The plaintiff and counsel disagree over further handling of this claim, and counsel seeks to withdraw pursuant to the terms of the Attorney-Client Contract. Counsel has advised Plaintiff of their intent to withdraw and Plaintiff has been given the opportunity to obtain alternative counsel. A trial date has not been set in this matter and there will be no delay of discovery. Further, there are no hearings currently pending before this court.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address. Plaintiff's last known address is P.O. Box 224, Midway, Utah 84049.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of the change in party/counsel status as soon as the Order is entered.

Dated this 19th day of March, 2007.

MAINOR EGLET COTTLE

By: _____
ROBERT W. COTTLE, ESQ.
Utah Bar No. 5458
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
(702) 450-5400
Attorney for Plaintiffs

2

## AFFIDAVIT OF ROBERT W. COTTLE, ESQ.

STATE OF NEVADA      )
                     ) ss.
COUNTY OF CLARK      )

ROBERT W. COTTLE, ESQ., being first duly sworn, deposes and says:

1. That Affiant is a Partner with the law firm of MAINOR EGLET COTTLE, attorneys for the Plaintiff in this matter;

2. I am counsel of record for Plaintiff's in this matter and am authorized to practice law in the State of Utah;

3. The Complaint in this matter was filed in the Fourth Judicial District Court of Wasatch County, Utah on September 27, 2006.

4. That plaintiff and counsel disagree over further handling of this claim and plaintiff has been given the opportunity to obtain alternative counsel; counsel seeks to withdraw pursuant to the terms of the Attorney-Client Contract;

5. That written notice of the filing of this Motion was sent via certified mail to Plaintiff's last known mailing address at P.O. Box 224, Midway, Utah 84049 and her home telephone number is (435) 671-1653;

6. That Plaintiff has been informed no trial date has been set for this matter and there are no pending hearings or deadlines;

Further Affiant sayeth naught.

DATED this 19th day of March, 2007.

ROBERT W. COTTLE, ESQ.

SUBSCRIBED and SWORN to before me this 19th day of March, 2007.

NOTARY PUBLIC



Notary Public – State of Nevada
County of Clark
JEWELENE NELSON
My Appointment Expires
No. 96-5118-1    November 18, 2008

3

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B), the following document was served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

DATED this 19th day of March, 2007

/s/ *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| | SECTION L |
| MABLE LASSEN, a Utah Resident, | CASE NO. 06-11131 |
| Plaintiff, | |
| vs. | |
| | JUDGE FALLON |
| MERCK & COMPANY, INC., a Corporation; SMITH'S FOOD & DRUG CENTERS, INC., DETAILERS DOES 1 to 50; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, DOES 51 to 100, inclusive, | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| Defendants. | |

## ORDER

Upon due consideration of the foregoing Motion to Withdraw as Counsel of Record, and for good cause shown, the Court finds that Movants' motion should be in all things GRANTED. It is therefore:

ORDERED that Robert W. Cottle, Esq., and the Law Firm of Mainor Eglet & Cottle, Lawyers are withdrawn as Counsel in the above referenced case.

Signed on _____, 2007

_____
HONORABLE JUDGE FALLON