UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br><br>SECTION L |
| MABLE LASSEN, a Utah Resident,<br><br>Plaintiff,<br>vs.<br><br>MERCK & COMPANY, INC., a Corporation; SMITH'S FOOD & DRUG CENTERS, INC.; DETAILERS DOES 1 to 50; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, DOES 51 to 100, inclusive,<br><br>Defendants. | CASE NO. 06-11131<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE<br><br>DANIEL E. KNOWLES, III |

## ORDER

Upon due consideration of the foregoing Motion to Withdraw as Counsel of Record, and for good cause shown, the Court finds that Movants' motion should be in all things GRANTED. It is therefore:

ORDERED that Robert W. Cottle, Esq., and the Law Firm of Mainor Eglet & Cottle, Lawyers are withdrawn as Counsel in the above referenced case.

Signed on _____, 2007

                                    _____
                                    HONORABLE JUDGE FALLON