UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL DOCKET NO. 1657** |
| This cases Relates to: **CASE NO. 07-901** | **SECTION L** |
| BUDDY BATIZ, a Nevada resident; PATRICIA SEBREE, a Nevada resident; ESTATE OF DOROTHYANN JAMES; BETTY AMEEN, Administratrix and Heir of DOROTHY ANN JAMES; VERONICA JAMES, Individually, and Heir of DOROTHY ANN JAMES; ALLEN JAMES, Individually, and Heir of DOROTHY ANN JAMES; ESTATE OF WILLIE RAY PHILLIPS; BEVERLY PHILLIPS, Administratrix and Heir of WILLIE RAY PHILLIPS; AMBERLYNN PHILLIPS, Individually, and as Heir of WILLIE RAY PHILLIPS; JASON PHILLIPS, Individually, and as Heir of WILLIE RAY PHILLIPS; ESTATE OF BRENDA WARREN; HERBERT WARREN, Administrator and Heir of BRENDA WARREN; ROBERTA WARREN, Individually, and as Heir of BRENDA WARREN; D'SHAUNEA DUNLAP, Individually, and as Heir of BRENDA WARREN; MONIQUE CURTIS, Individually, and a Heir of BRENDA WARREN; LEKIA CAMPBELL, Individually, and as Heir of BRENDA WARREN; ESTATE OF WILLIE MAE ZACKERY; STACEY NOLES Administratrix and Heir of WILLIE MAE ZACKERY; REGGIE TAYLOR, Individually, and as Heir of WILLIE MAE ZACKERY; VICTORIA STOTTS, Individually, and as Heir of WILLIE MAE ZACKERY; PHILLIP TAYLOR, Individually, and as Heir of WILLIE MAE ZACKERY; COREY COLLINS, Individually, and as Heir of WILLIE MAE ZACKERY, | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE** <br><br> **DANIEL E. KNOWLES, III** |
| Plaintiffs | |
| vs. | |
| MERCK & COMPANY, INC., a corporation; THRIFTY PAYLESS, INC., d/b/a RITE AID; RITE AID CORPORATION; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; RICKY GULATI, a | |

1

Nevada resident; FRED AVUENE, a Nevada resident; SERGE BRUNRY, a Nevada resident; DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; JERRY SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DIMORE, a Nevada resident; TRACEY PHILLIPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVEA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, and DOES 1 to 50, inclusive,

Defendants.

## PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME TO EFFECT SERVICE ON INDIVIDUAL DEFENDANTS

COME NOW Plaintiffs, by and through their attorneys of record, MAINOR, EGLET, COTTLE and hereby presents this court with an Order extending the time for the service of the Summons and Complaint herein on Defendants Debbie Lee, Lisa Davis and Fred Auzenne, past the 120 day statutory deadline. The Court having considered Plaintiffs' Motion and all papers and pleadings on file herein; finds and concludes as follows:

NOW THEREFORE, IT IS HEREBY ORDERED:

PLAINTIFFS, have an additional 60 days from the date of the Courts Order, within which Plaintiffs' may complete service of process by publication pursuant to F.R.C.P.4(e)(1 on the following Defendants: Debbie Lee, Lisa Davis, and Fred Auzenne, Jr.

DATED this _____ day of _____, 2007.

JUDGE FALLON

2