UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| This document relates to:<br>**EDLA CASE NO. 07-902** | ) ) ) |
| DON CHAPMAN, a Nevada resident; DOROTHY CHAPMAN, a Nevada resident; VIRGINIA JEAN GUANCI, a Nevada resident; RICHARD GUANCI, a Nevada Resident; ESSIE PRINCE, a Nevada resident; GLORIA RYBA, a Nevada resident; DAVID STOLZ, a Nevada resident. | ) ) ) ) ) ) ) **MDL DOCKET NO. 1657** ) |
| Plaintiffs | ) **SECTION L** |
| vs. | ) ) |
| MERCK & COMPANY, INC., a corporation; WALGREENS COMPANY, an Illinois corporation; COSTCO WHOLESALE CORPORATION; EXPRESS SCRIPTS, INCORPORATED; TARGET CORPORATION; RALPH'S GROCERY COMPANY, d/b/a FOOD 4 LESS; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; RICKY GULATI, a Nevada resident; FRED AVUENE, a Nevada resident; SERGE BRUNRY, a Nevada resident; DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; JERRY SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DIMORE, a Nevada resident; TRACEY PHILLIPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVEA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, and DOES 1 to 50, inclusive. | ) **JUDGE FALLON** ) ) **MAGISTRATE JUDGE** ) **DANIEL E. KNOWLES, III** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

1

## PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME TO EFFECT SERVICE ON INDIVIDUAL DEFENDANTS

COME NOW Plaintiffs, by and through their attorneys of record, MAINOR, EGLET, COTTLE and hereby presents this court with an Order extending the time for the service of the Summons and Complaint herein on Defendants Debbie Lee, Lisa Davis and Fred Auzenne, past the 120 day statutory deadline. The Court having considered Plaintiffs' Motion and all papers and pleadings on file herein; finds and concludes as follows:

NOW THEREFORE, IT IS HEREBY ORDERED:

PLAINTIFFS, have an additional 60 days from the date of the Courts Order, within which Plaintiffs' may complete service of process by publication pursuant to F.R.C.P.4(e)(1 on the following Defendants: Debbie Lee, Lisa Davis, and Fred Auzenne, Jr.

DATED this _____ day of _____, 2007.

JUDGE FALLON

2