UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:   VIOXX MARKETING, SALES )
PRACTICES, AND PRODUCTS LIABILITY )
LITIGATION )
)
This cases Relates to: **CASE NO. 07-903** )
) **MDL DOCKET NO. 1657**
NORMA COON, a Nevada resident; HOWARD )
COON, a Nevada resident; CAROL LOMMEN, a ) **SECTION L**
Nevada resident; ROSELL RADCLIFF, )
a Nevada Resident; JOAN REYES, a Nevada )
resident; ARMANDO REYES, a Nevada resident )
RAYMOND SELLEK, a Nevada resident; )
PATRICIA SELLEK, a Nevada resident; HEINZ ) **JUDGE FALLON**
BIRKENMAIER, a Nevada resident, MARY B. )
MENARD-ROLDAN, a Nevada resident, RENE )
ROLDAN, a Nevada resident, ) **MAGISTRATE JUDGE**
            Plaintiffs )
vs. ) **DANIEL E. KNOWLES, III**
MERCK & COMPANY, INC., a corporation; )
MERCK & COMPANY, INC., d/b/a MERCK- )
MEDCO RX SERVICES OF WASHINGTON; )
MEDCO HEALTH SOLUTIONS, INC.; MEDCO )
HEALTH SOLUTIONS OF SPOKANE, INC.; )
CAREMARK TEXAS MAIL PHARMACY, LLC, )
d/b/a CAREMARK; CAREMARK FLORIDA )
MAIL PHARMACY, LLC d/b/a CAREMARK; )
LISA DAVIS, a Nevada resident; MISTY )
KUPERMAN, a Nevada resident; )
RICKY GULATI, a Nevada resident; FRED )
AVUENE, a Nevada resident; SERGE BRUNRY, )
a Nevada resident; DEBBIE LEE, a Nevada )
resident; KAREN SHOUSE, a Nevada resident; )
NANCY MOREDOCK, a Nevada )
resident; JERRY SHAW, a Nevada resident; )
KERRY EDWARDS, a Nevada resident; TINA )
DIMORE, a Nevada resident; TRACEY PHILLIPI, )
a Nevada resident; JULIE WURCH, a Nevada )
resident; LADON SILVEA, a Nevada resident; )
ROE INDIVIDUAL PHARMACISTS 1 to 50; )
ROE BUSINESS ENTITIES 1 to 100, inclusive, )
and DOES 1 to 50, inclusive, )
            Defendants. )
)

1

## PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME TO EFFECT SERVICE ON INDIVIDUAL DEFENDANTS

COME NOW Plaintiffs, by and through their attorneys of record, MAINOR, EGLET, COTTLE and hereby presents this court with an Order extending the time for the service of the Summons and Complaint herein on Defendants Debbie Lee, Lisa Davis and Fred Auzenne, past the 120 day statutory deadline. The Court having considered Plaintiffs' Motion and all papers and pleadings on file herein; finds and concludes as follows:

NOW THEREFORE, IT IS HEREBY ORDERED:

PLAINTIFFS, have an additional 60 days from the date of the Courts Order, within which Plaintiffs' may complete service of process by publication pursuant to F.R.C.P.4(e)(1 on the following Defendants: Debbie Lee, Lisa Davis, and Fred Auzenne, Jr.

DATED this _____ day of _____, 2007.

JUDGE FALLON