UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This cases Relates to: **CASE NO. 07-904**<br><br>RALPH COX, a Nevada resident; MAMIE COX, a Nevada resident; DIANNE DUCETT, a Nevada resident; JOSEPH HOWARD, a Nevada resident; DOROTHY HOWARD, a Nevada resident; DAVID MOORE, a Nevada resident; KATHERINE MOORE, a Nevada resident; ESTATE OF FRANKLIN WINKLE; KATHRYN WINKLE, ADMINISTRATRIX and HEIR of FRANKLIN WINKLE,<br>     Plaintiffs<br>vs.<br><br>MERCK & COMPANY, INC., a corporation; AMERICAN DRUG STORES, INC.; AMERICAN DRUG STORES, INC., d/b/a SAV-ON; ALBERTSON'S, INC.; ALBERTSON'S, INC., d/b/a SAV-ON; AMERICAN DRUG STORES, LLC; NEW ALBERTSON'S, INC.; ALBERTSON'S, LLC; SUPERVALU, INC.; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; RICKY GULATI, a Nevada resident; FRED AVUENE; a Nevada resident; SERGE BRUNRY, a Nevada resident; DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; JERRY SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DIMORE, a Nevada resident; TRACEY PHILLIPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVEA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, and DOES 1 to 50, inclusive,<br>     Defendants | **MDL DOCKET NO. 1657**<br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE**<br><br>**DANIEL E. KNOWLES, III** |

### PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME TO EFFECT SERVICE ON INDIVIDUAL DEFENDANTS

1

COME NOW Plaintiffs, by and through their attorneys of record, MAINOR, EGLET, COTTLE and hereby presents this court with an Order extending the time for the service of the Summons and Complaint herein on Defendants Debbie Lee, Lisa Davis and Fred Auzenne, past the 120 day statutory deadline. The Court having considered Plaintiffs' Motion and all papers and pleadings on file herein; finds and concludes as follows:

NOW THEREFORE, IT IS HEREBY ORDERED:

PLAINTIFFS, have an additional 60 days from the date of the Courts Order, within which Plaintiffs' may complete service of process by publication pursuant to F.R.C.P.4(e)(1 on the following Defendants: Debbie Lee, Lisa Davis, and Fred Auzenne, Jr.

DATED this ____ day of _____, 2007.

JUDGE FALLON

2