# EXHIBIT "1"

# EXHIBIT "1"

1

**ORD**

2 ROBERT W. COTTLE, ESQ.

Nevada Bar No. 4576

3 ROBERT M. ADAMS, ESQ.

Nevada Bar No. 6551

4 AARON M. O'BRIEN, ESQ.

Nevada Bar No. 8863

5 **MAINOR EGLET COTTLE**

400 South Fourth Street, Suite 600

6 Las Vegas, NV 89101

7 (702) 450-5400

Attorney for Plaintiffs

8

**FILED**

MAR 26   10 32 AM '07

CLERK OF THE COURT

9 **DISTRICT COURT**

10 **CLARK COUNTY, NEVADA**

11

12 RICHARD BOOTH, a Nevada resident; LINDA BOOTH, )
a Nevada resident; KEN VU, a Nevada resident; ARCHIE )
13 DANIEL, a Nevada resident; MARJORIE DANIEL, a )
Nevada resident; KURT SCHLOSS, a Nevada resident; )
14 STINA SCHLOSS, a Nevada resident; DANIEL )
KOPALYAN, a Nevada resident; SHUSHANIK )
15 KOPALYAN, a Nevada resident; JOHN KATSIBUBAS, a )
16 Nevada resident, APRIL KATSIBUBAS, a Nevada )
resident, )
17 )
Plaintiffs )
18 )
19 vs. )
)
20 MERCK & COMPANY, INC., a corporation; )
WAL-MART STORES, INC.; LONGS DRUG STORES )
21 CALIFORNIA, INC.; COSTCO WHOLESALE )
CORPORATION; ASTRAL PHARMACY; AMERICAN )
22 DRUG STORES, INC., d/b/a JEWEL-OSCO; LISA )
DAVIS, a Nevada resident; MISTY KUPERMAN, a )
23 Nevada resident; RICKY GULATI, a Nevada resident; )
24 FRED AVUENE, a Nevada resident; SERGE )
BRUNRY, a Nevada resident; DEBBIE LEE, a )
25 Nevada resident; KAREN SHOUSE, a Nevada )
resident; NANCY MOREDOCK, a Nevada resident; )
26 JERRY SHAW, a Nevada resident; KERRY )
27 EDWARDS, a Nevada resident; TINA DIMORE, )
a Nevada resident; TRACEY PHILLIPI, a Nevada )
28 resident; JULIE WURCH, a Nevada resident; )
LADON SILVEA, a Nevada resident; ROE )

CASE NO. A527873

DEPT NO. X

1  INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS )
2  ENTITIES 1 to 100, inclusive, and DOES 1 to 50,      )
   inclusive,                                           )
3                                                       )
              Defendants.                               )
4  _____ )

5
6  **ORDER FOR SERVICE BY PUBLICATION AND**
   **FOR EXTENSION OF TIME LIMIT FOR SERVICE**

7      THIS MATTER, having come on for hearing on Plaintiff's Motion, and the Plaintiff

8  appearing by and through his attorney, AARON M. O'BRIEN, ESQ., of the law firm of

9  MAINOR EGLET COTTLE, and the Defendant, through ROBERT MCCOY, ESQ., having
10
   filed a Opposition to Plaintiff's Motion, and the Court having read the pleadings and papers
11
12 on file herein and having taken the matter under advisement;

13     IT IS HEREBY ORDERED that Plaintiff's Motion be granted and that service of

14 Defendants FRED AUZENNE, LISA DAVIS and DEBBIE LEE be effected by publication ;

15     That a Summons directed to the Defendants, FRED AUZENNE, LISA DAVIS and
16
   DEBBIE LEE has been issued;
17
18     That Plaintiff's counsel has been unsuccessful in attempting to locate Defendants;

19     That Plaintiff's counsel is continuing its investigation as to the whereabouts of the

20 Defendants and, if located, will have Robert Lawson Investigations, or its agents, serve copies

21 of the Summons and Complaint upon Defendants.

22     That if the Defendants cannot be personally served in the State of Nevada, and good
23
   cause appearing therefore, it is hereby;
24
25     ORDERED that Defendants, FRED AUZENNE, LISA DAVIS and DEBBIE LEE,

26 may be served by publication of the Summons at least once a week for four (4) consecutive

27 weeks in a newspaper of general circulation published in Clark County, Nevada.  In addition

28

MAINOR EGLET COTTLE

thereto, a copy of the Summons and Complaint shall be forthwith mailed to the Defendant, first class mail, postage prepaid, addressed to the Defendant's last known address.

IT IS FURTHER ORDERED that Plaintiff shall have until Sixty (60) days from the date of Entry of this Order to effect the service.

DATED this _____ day of March, 2007.

_____
DISTRICT COURT JUDGE

RESPECTFULLY SUBMITTED:

**MAINOR EGLET COTTLE**

By:_____
     AARON M. O'BRIEN, ESQ.
     Nevada Bar No. 8863
     400 South Fourth Street, 6th Floor
     Las Vegas, Nevada 89101
     (702) 450-5400
     Attorneys for Plaintiff

3

# EXHIBIT "2"

# EXHIBIT "2"

<u>AFFIDAVIT OF MEGAN A. FERREL</u>

STATE OF NEVADA   )
                 ) ss.
COUNTY OF CLARK   )

Megan A. Ferrel, being fully sworn upon his oath, deposes and says:

1.      I have been employed with Robert Lawson Investigations in the State of Nevada since February 1, 2005.

2.      On December 15, 2006, Affiant was retained by Mainor Eglet Cottle Law Firm to serve Fred Azunnee ten **SUMMONS AND COMPLAINTS** in case numbers 2:06-cv-01326-PMP-RJJ, 2:06-cv-01313-RCJ-PAL, 2:06-cv-01327-PMP-PAL, 2:06-cv-01325-LDG-PAL, 2:06-cv-01323-BES-RJJ, 2:06-cv-01317-PMP-LRL, 2:06-cv-01320-KJD-PAL, 2:06-cv-01318-JCM-LRL, 2:06-cv-01319-KJD-PAL, 2:06-cv-01324-RCJ-LRL .

3.      On December 25, 2006, Affiant attempted to serve Fred Azunnee at his last known address of 9001 Shale St Las Vegas, NV 89123. No one was home.

4.      On December 28, 2006, Affiant attempted to serve Fred Azunnee at 9001 Shale St Las Vegas, NV 89123. Affiant spoke with Fred Azunnee Sr who stated the serves were not for him, but were for his son, Fred Azunnee Jr. He stated he would accept service and give the papers to his son.

FURTHER AFFIANT SAYETH NAUGHT.

MEGAN A. FERREL

SUBSCRIBED AND SWORN to before
me this _11th_ day of. February, 2007

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CHARLENE GONZALES
No. 05-99358-1
My Appointment Expires June 22, 2008

EXHIBIT "3"

EXHIBIT "3"

## AFFIDAVIT OF JIMMIE M. YOUNG

STATE OF NEVADA   )
                  ) ss.
COUNTY OF CLARK   )

Jimmie M. Young, being fully sworn upon his oath, deposes and says:

1.     I have been employed with Robert Lawson Investigations in the State of Nevada since December 6, 2004.

2.     On December 15, 2006, Affiant was retained by Mainor Eglet Cottle law firm to serve Lisa Davis ten **SUMMONS AND COMPLAINTS** in case numbers 2:06-cv-01326-PMP-RJJ, 2:06-cv-01313-RCJ-PAL, 2:06-cv-01327-PMP-PAL, 2:06-cv-01325-LDG-PAL, 2:06-cv-01323-BES-RJJ, 2:06-cv-01317-PMP-LRL, 2:06-cv-01320-KJD-PAL, 2:06-cv-01318-JCM-LRL, 2:06-cv-01319-KJD-PAL, 2:06-cv-01324-RCJ-LRL.

3.     On December 18, 2006, at 3:30 pm, Affiant attempted to serve Lisa Davis at her last known address of 1801 N. Michael Way Las Vegas, NV 89108. No one was home.

4.     On December 18, 2006, at 7:00 pm, Affiant attempt to serve Lisa Davis at 180 N. Michael Way Las Vegas, NV 89108. No one was home.

5.     On December 19, 2006, Affiant attempted to serve Lisa Davis at 1801 N. Michael Way Las Vegas, NV 89108. Affiant spoke with Dale who stated he was Lisa Davis' son, and would be willing to accept service for her.

FURTHER AFFIANT SAYETH NAUGHT.

JIMMIE M. YOUNG

SUBSCRIBED AND SWORN to before
me this _8th_ day of February, 2007

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CHARLENE GONZALES
My Appt. Expires June 22, 2008

EXHIBIT "4"

EXHIBIT "4"

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____NEVADA_____

ALBERTINE AVANT, a Nevada resident;
JOE CAVIN, a Nevada resident, ERNEST
MACIAS, a Nevada resident;GLORIA
MACIAS, a Nevada resident; LYNNELL
MICHELS, a Nevada resident;

**SUMMONS IN A CIVIL CASE**

Plaintiff,

CASE NUMBER: 2:06-cv-01313-RCJ-PAL

V.

MERCK & COMPANY, INC., a corporation;
AMERICAN DRUG STORES, INC.; AMERICAN DRUG
STORES, INC., d/b/a SAV-ON; ALBERTSON'S, INC.;
ALBERTSON'S, INC., d/b/a SAV-ON; AMERICAN
DRUG STORES, LLC; NEW ALBERTSON'S INC.;
ALBERTSON'S, LLC; SUPERVALU, INC.; LISA
DAVIS, a Nevada resident; MISTY KUPERMAN, a
Nevada resident; RICKY GULATI, a Nevada resident;
FRED AVUENE; a Nevada resident; SERGE
BRUNRY, a Nevada resident; DEBBIE LEE, a
Nevada resident; KAREN SHOUSE, a Nevada
resident; NANCY MOREDOCK, a Nevada resident;
JERRY SHAW, a Nevada resident; KERRY
EDWARDS, a Nevada resident; TINA DIMORE,
a Nevada resident; TRACEY PHILLIPI, a Nevada
resident; JULIE WURCH, a Nevada resident;
LADON SILVEA, a Nevada resident; ROE
INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS
ENTITIES 1 to 100, inclusive, and DOES 1 to 50,
inclusive,

**TO:**     (Name and address of defendant)

**DEBBIE LEE**
**957 Mill St. Ely, NV. 89301**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT W. COTTLE, ESQ.
**MAINOR EGLET COTTLE**
400 South Fourth Street 6th Floor
Las Vegas, Nevada 89101

an answer to the complaint which is herewith served upon you, within _____ 2O _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____

CLERK                                                                       DATE

_____

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *1-21-07* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Darren  Wallace | *Deputy* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

*957 Mill st, Ely, NV 89301*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *1-4-07*               *Darren Wallace 438*
           Date               Signature of Server

                                *1785 Great Basin Blvd. Ely, NV*
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT "5"

EXHIBIT "5"

<u>AFFIDAVIT OF MEGAN A. FERREL</u>

STATE OF NEVADA  )
                 )  ss.
COUNTY OF CLARK  )

Megan A. Ferrel, being fully sworn upon his oath, deposes and says:

1.      I have been employed with Robert Lawson Investigations in the State of Nevada since February 1, 2005.

2.      On December 15, 2006, Affiant was retained by Mainor Eglet Cottle Law Firm to serve Fred Azunnee ten **SUMMONS AND COMPLAINTS** in case numbers 2:06-cv-01326-PMP-RJJ, 2:06-cv-01313-RCJ-PAL, 2:06-cv-01327-PMP-PAL, 2:06-cv-01325-LDG-PAL, 2:06-cv-01323-BES-RJJ, 2:06-cv-01317-PMP-LRL, 2:06-cv-01320-KJD-PAL, 2:06-cv-01318-JCM-LRL, 2:06-cv-01319-KJD-PAL, 2:06-cv-01324-RCJ-LRL .

3.      On December 25, 2006, Affiant attempted to serve Fred Azunnee at his last known address of 9001 Shale St Las Vegas, NV 89123. No one was home.

4.      On December 28, 2006, Affiant attempted to serve Fred Azunnee at 9001 Shale St Las Vegas, NV 89123. Affiant spoke with Fred Azunnee Sr who stated the serves were not for him, but were for his son, Fred Azunnee Jr. He stated he would accept service and give the papers to his son.

5.      On January 30, 2007, Affiant further searched for Fred Azunnee and located a possible match in Scottsdale Arizona using LocatePlus.

6.      On January 31, 2007 Affiant searched tax assessor in Scottsdale Arizona and discovered that Fred Auzenne currently owns a home located at 7641 Via Del Paraiso Scottsdale, Az. 85258.

FURTHER AFFIANT SAYETH NAUGHT.

MEGAN A. FERREL

SUBSCRIBED AND SWORN to before
me this 22nd day of March , 2007

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CHARLENE GONZALES
My Appointment Expires June 22, 2008

<u>AFFIDAVIT OF MEGAN A. FERREL</u>

STATE OF NEVADA  )
                 ) ss.
COUNTY OF CLARK  )

     Megan A. Ferrel, being fully sworn upon his oath, deposes and says:

     1.     I have been employed with Robert Lawson Investigations in the State of Nevada since February 1, 2005.

     2.     On December 15, 2006, Affiant was retained by Mainor Eglet Cottle Law Firm to serve Debbie Lee ten **SUMMONS AND COMPLAINTS** in case numbers 2:06-cv-01326-PMP-RJJ, 2:06-cv-01313-RCJ-PAL, 2:06-cv-01327-PMP-PAL, 2:06-cv-01325-LDG-PAL, 2:06-cv-01323-BES-RJJ, 2:06-cv-01317-PMP-LRL, 2:06-cv-01320-KJD-PAL, 2:06-cv-01318-JCM-LRL, 2:06-cv-01319-KJD-PAL, 2:06-cv-01324-RCJ-LRL .

     3.     On December 25, 2006, Affiant over-nighted the Summons and Complaints to Reno Carson Messenger Service, who then sent the Summons and Complaints to The Ely Sheriffs Department.

     4.     The Ely Sheriffs Department then served the ten Summons and Complaints in the above mentioned case numbers to Debbie Lee. Affiant received an affidavit of service and returned the affidavit of service to the offices of Mainor Eglet Cottle.

     FURTHER AFFIANT SAYETH NAUGHT.

                              MEGAN A. FERREL

SUBSCRIBED AND SWORN to before
me this 27th day of March , 2007

_____
NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CHARLENE GONZALES
No. 01-69876-1
My Appointment Expires June 22, 2009

## AFFIDAVIT OF JIMMIE M. YOUNG

STATE OF NEVADA  )
                 ) ss.
COUNTY OF CLARK  )

Jimmie M. Young, being fully sworn upon his oath, deposes and says:

1.      I have been employed with Robert Lawson Investigations in the State of Nevada since December 6, 2004.

2.      On December 15, 2006, Affiant was retained by Mainor Eglet Cottle law firm to serve Lisa Davis ten **SUMMONS AND COMPLAINTS** in case numbers 2:06-cv-01326-PMP-RJJ, 2:06-cv-01313-RCJ-PAL, 2:06-cv-01327-PMP-PAL, 2:06-cv-01325-LDG-PAL, 2:06-cv-01323-BES-RJJ, 2:06-cv-01317-PMP-LRL, 2:06-cv-01320-KJD-PAL, 2:06-cv-01318-JCM-LRL, 2:06-cv-01319-KJD-PAL, 2:06-cv-01324-RCJ-LRL.

3.      On December 18, 2006, at 3:30 pm, Affiant attempted to serve Lisa Davis at her last known address of 1801 N. Michael Way Las Vegas, NV 89108. No one was home.

4.      On December 18, 2006, at 7:00 pm, Affiant attempt to serve Lisa Davis at 180 N. Michael Way Las Vegas, NV 89108. No one was home.

5.      On December 19, 2006, Affiant attempted to serve Lisa Davis at 1801 N. Michael Way Las Vegas, NV 89108. Affiant spoke with Dale who stated he was Lisa Davis' son, and would be willing to accept service for her.

6.      Affiant was asked to continue searching for Lisa Davis. Affiant then called the Department of Motor Vehicles with Lisa Davis' last known address and it is still on record that her address is180 N. Michael Way Las Vegas, NV 89108.

7.    Affiant then searched LocatePlus for another possible address for Lisa

Davis and was unable to obtain any further information due to the popularity of the name.

FURTHER AFFIANT SAYETH NAUGHT.

JIMMIE M. YOUNG

SUBSCRIBED AND SWORN to before
me this 22nd day of March, 2007

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CHARLENE GONZALES
No. 01-69370-1
My Appointment Expires June 22, 2008

EXHIBIT "6"

EXHIBIT "6"

## AFFIDAVIT OF ROBERT W. COTTLE, ESQ.

STATE OF NEVADA  )
                  ) ss.
COUNTY OF CLARK  )

ROBERT W. COTTLE, ESQ., being first duly sworn, deposes and says:

1. That Affiant is a Partner with the law firm of MAINOR EGLET COTTLE, attorneys for the Plaintiff in this matter;

2. I am counsel of record for Plaintiff's in this matter;

3. The Complaint in this matter was filed in the Eighth Judicial District Court on September 8, 2006. Thereafter, Plaintiff served all Defendants, including all Detailers. However, after extensive effort, Plaintiffs' counsel experienced some difficulty in serving drug sales representatives, Debbie Lee, Lisa Davis and Fred Auzenne, Jr.

4. That the Nevada State District Court has granted service of the three individual defendants in a identical case entitled *Booth v. Merck, et al.,* 06-A-527873-C. That service on Defendants Debbie Lee, Lisa Davis and Fred Auzenne, Jr. is being effected by publication; [Attached to this Motion as Exhibit "1" Order of Judge Walsh]

5. Plaintiff served Debbie Lee at 957 Mill St. Ely, NV 89301. (Exhibit 3, see affidavit of Darren Wallace). However, this turned out to be the incorrect Debbie Lee and despite diligent effort we have bee unable to find the correct Debbie Lee in Nevada and adjoining states.

6. Plaintiff served Fred Auzenne at 9001 Shale St. Las Vegas, NV 89123. (Exhibit 1, see affidavit of Megan A. Ferrel). However, this Fred Auzenne was the father of the

Fred Auzenne, Jr., we were attempting to serve. The senior Mr. Auzenne, informed us that his son lives with him in Las Vegas, but also lives in Arizona and despite Plaintiff's diligent effort, have been unable to locate and serve Fred Auzenne, Jr.;

7. Plaintiff served the son of Lisa Davis at 1801 N. Michael Way Las Vegas, Nevada 89108. (Exhibit 2, See affidavit of Jimmie M. Young). However, through further investigation this does not appear to be the correct Lisa Davis and through direct telephone contact with defense counsel, we have been informed that Lisa Davis lives in Arizona. However, Arizona lists at a minimum over seventy-five Lisa Davis's and despite diligent and reasonable attempts by Plaintiff's we have been unable to locate Ms. Davis;

8. Defense Counsel informed Plaintiff's counsel that he had the correct contact information for Debbie Lee, Lisa Davis and Fred Auzenne, Jr. Plaintiff's counsel asked for the contact information, however, Defense counsel declined giving the contact information stating that he did not have the authority of his client to do so. Defense counsel did not feel obligated to give the contact information to Plaintiffs under any legal authority;

9. Plaintiffs' contend that Defendants have made a general appearance in this case through their attorneys' responsive pleading in opposition to Plaintiffs' Motion to Remand and, therefore, they have constructive (if not direct) knowledge of the allegations of the Complaint. It should be unnecessary for Plaintiffs to continue to attempt to serve process on these defendants. Instead Plaintiffs request that the Court order Defendants to simply file their Answers;

10.     Alternatively, Plaintiffs have been diligent in attempting to serve the

remaining detailers and should be given an extension to complete serves. In addition,

Plaintiffs ask that the Court grant service by publication of summons pursuant to

N.R.C.P. 4(e) (1).

Further Affiant sayeth naught.



ROBERT W. COTTLE, ESQ.

SUBSCRIBED and SWORN to before

me this 18th day of April, 2007.

NOTARY PUBLIC

Notary Public - State of Nevada
County of Clark
BARBARA M. SISNEROS-PLEMONS
My Appointment Expires
No: 05-101086-1     October 27, 2009