UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX | MDL NO. 1657
     Product Liability Litigation |
| SECTION:    L
|
| JUDGE ELDON E. FALLON
|
| MAGISTRATE JUDGE
| DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO: *Randy Brazzel vs. Merck & Co., Inc., et al.* No. 2:06cv03883

## MOTION TO ENROLL

NOW INTO COURT, comes Complainant, **RANDY BRAZZEL**, who moves the Court as follows:

1.

Robert L. Salim desires to enroll as additional attorney of record for complainant herein.

2.

This addition of counsel will not unduly delay these proceedings.

WHEREFORE, Complainant, **RANDY BRAZZEL**, prays that Robert L. Salim be enrolled as additional counsel of record of behalf of Complainant herein.

Respectfully submitted,

By: _____
ROBERT L. SALIM, # 11663
1762 Texas Street
Natchitoches, LA 71457
Phone: (318) 352-5999; Fax (318) 352-5998

_____
WALTER F. CLAWSON, # 04179
400 Travis Street
Shreveport, Louisiana 71101
Phone: (318) 424-1600; Fax (318) 424-1665
**ATTORNEYS FOR COMPLAINANT**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | \| | MDL NO. 1657 |
|     Product Liability Litigation | \| | |
| | \| | SECTION:    L |
| | \| | |
| | \| | JUDGE ELDON E. FALLON |
| | \| | |
| | \| | MAGISTRATE JUDGE |
| | \| | DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO: *Randy Brazzel vs. Merck & Co., Inc., et al.* No. 2:06cv03883

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 18C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures stabled in MDL 1657 on this _31st_ day of _____May_____, 2007.

By: _____
ROBERT L. SALIM, # 11663
1762 Texas Street
Natchitoches, LA 71457
Phone: (318) 352-5999; Fax (318) 352-5998