UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　　Product Liability Litigation | MDL NO. 1657<br><br>SECTION:　　L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO: *Randy Brazzel vs. Merck & Co., Inc., et al.* No. 2:06cv03883

### ORDER

Considering the foregoing Motion to Enroll,

IT IS HEREBY ORDERED that Robert L. Salim be allowed to enroll as additional counsel for complainant.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
Hon. Eldon Fallon
United States District Judge, EDLA