S.Ct. ID# 15329

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHELLE COLLINS ) | |
| ) | CASE NUMBER: 2:06-cv-09386- |
| Plaintiff ) | EEF-DEK |
| ) | MDL No. 1657 |
| ) | |
| -v- ) | JUDGE |
| ) | |
| MERCK & CO., INC. ) | PLAINTIFF'S CERTIFICATE |
| ) | OF SERVICE |
| Defendant ) | |

This is to certify that Plaintiff's Profile Form and signed Authorizations were mailed to John N. Poulos, Attorney at Law, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-2910, this 30th day of May, 2007

Michael J. Duff

715 Broadway Avenue
Lorain, Ohio 44052
(440) 244-2434
(440) 244-6806 *(fax)*

Counsel for Plaintiff