S.Ct. ID# 15329

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHERINE MILLER | ) | |
| | ) | CASE NUMBER: 2:06-cv-09388- |
| Plaintiff | ) | EEF-DEK |
| | ) | MDL No. 1657 |
| | ) | |
| -v- | ) | JUDGE |
| | ) | |
| MERCK & CO., INC. | ) | PLAINTIFF'S CERTIFICATE |
| | ) | OF SERVICE |
| Defendant | ) | |

This is to certify that Plaintiff's Profile Form and signed Authorizations were mailed to John N. Poulos, Attorney at Law, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-2910, this 30th day of May, 2007

Michael J. Duff

715 Broadway Avenue
Lorain, Ohio  44052
(440) 244-2434
(440) 244-6806 *(fax)*

Counsel for Plaintiff