UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX : | MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| This document relates to: | : | |
| *Golla v. Merck & Co., Inc., et al (2:06-cv-11122)* | : | |

ORDER

The Court today considered Plaintiff's Motion to Substitute Judy Sherwood, Personal Representative of Defendant Decedent Louis M. Sherwood.

IT IS THEREFORE ORDERED that Judy Sherwood is substituted for Louis M. Sherwood as a defendant in the case of *Greg Golla v. Merck & Co., Inc., et al (2:06-cv-11122)*.

IT IS SO ORDERED.

New Orleans, Louisiana, this 31st day of May, 2007.

Judge Eldon E. Fallon
United States District Court Judge