MINUTE ENTRY
FALLON, J.
MAY 31, 2007

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

Merck's Rules to Show Cause Why Cases Should Not Be Dismissed for Providing a Grossly Deficient Plaintiff Profile Form in Contravention of Pre-Trial Order No. 18C (Rec. Docs. 10839, 10840, 10841, 10842, and 10843), and Merck's Rule to Show Cause Why Cases Should Not Be Dismissed for Breach of Agreement and for Providing Grossly Deficient Plaintiff Profile Forms that Fail to Allege a Vioxx Related Injury (Rec. Doc. 10848), came before the Court on this date for oral argument. Phillip Wittmann argued on behalf of Merck in support of the motion, and Russ Herman argued on behalf of the Plaintiffs' Steering Committee in opposition to the motion. At the hearing, Merck submitted an "Exhibit 1 in globo" that will be attached as an additional exhibit to its motions.

For the reasons stated on the record at today's hearing, IT IS ORDERED that Merck's Proposed Orders to Show Cause Why Cases Should Not Be Dismissed (Rec. Docs. 10839, 10840, 10841, 10842, and 10843) are GRANTED in their entirety, such that the following Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE:

JS10(00:20)

1.  *Acosta v. Merck & Co., Inc.*, 05-4457 (regarding Rene Aguilar, Mary Aqullard,[1] Authur Anderson,[2] Anna Andrews, Celestine Andrews, Milton Archote,[3] Brian Atkins, Charles Augustine, Rudolph Banner, Ann Barnes, David Bass, Vikki Bates, Wilbert Bazert, Ethel Bell, Joe Berry, Latasha Bonnie, Annie Bradley, Veronica Braggs, Janice Brown, Leo Brown, Veronica Brown, Helen Bunns, Wanda Ceaser);

2.  *Meunier v. Merck & Co., Inc.*, 05-4456 (regarding Margaret Midgett, August Miller, Dorothy Miller, Bertha Mitchell, Joyce Mitchell, Lola Monroe, Anita MS, Sylvia Nelson, Veronica Nodd, Clydie Penalver, Sharon Petit, Raymond Poche, and Vander Rawls[4]);

3.  *Walls v. Merck & Co., Inc.*, 05-4461 (regarding Darrell Asberry-Washington, Verlin White, Diane Williams, Lavita Williams, and Sarah Wilson Williams);

4.  *Rester v. Merck & Co., Inc.*, 05-4460 (regarding Gloria Pierce, Nellie Ricks, Mildred Robinson, Ralph Rose,[5] Ethel Scott, Lovetha Scott, Linda Sheridan, Wallace Simpson, Leroy Smallwood, Elvira Smith, Lena Smith,[6] Kathryn Spears, Kim Sweet, William Teter, James Thomas, Jocelyn Thompson, and Freddy Varnado);

5.  *Charpentier v. Merck & Co., Inc.*, 05-4458 (regarding Orinetta Cheatteam, Alice Coker, Ivory Darensburg, Foster Dauzat, June Davis, Freddy Dickson, David Duet, Dominick Dufrene, Minnie Falgout, Catherine

---

[1] Mary Aquillard is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that she is hereby DISMISSED WITH PREJUDICE from that case as well.

[2] Arthur Anderson is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that he is hereby DISMISSED WITH PREJUDICE from that case as well.

[3] Milton Archote is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that he is hereby DISMISSED WITH PREJUDICE from that case as well.

[4] Vander Rawls is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that he is hereby DISMISSED WITH PREJUDICE from that case as well.

[5] Ralph Rose is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that he is hereby DISMISSED WITH PREJUDICE from that case as well.

[6] Lena Smith is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that she is hereby DISMISSED WITH PREJUDICE from that case as well.

    Fletcher, Tommy Foil, Linda Gabriel, Gloria Gary,[7] Jeff Genovese, Billie
    Goffner, Robert Gygon, Robert Haine,[8] Mattie Harris,[9] and Doris Henry);

6.  *Hillard v. Merck & Co., Inc.*, 05-4459 (regarding Ronald Hogans, Ellen
    Holmes,[10] Melissa Hull, Elaine Hunter, Henry Jones, Jennifer Jones, Pearl
    Jones,[11] Tracie Jones, Ferdinand Joseph,[12] Ema Larson, Taris Lemon,
    Janice Lewis, Margie Lewis,[13] Lili Liciura, Robinson Louells,[14] Sonya
    Lumar, Normand Malone, Geneva McKay, Hazel McMiller, and Heidi
    Menendez).

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 10848) is also GRANTED in its entirety, such that the following Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE for the reasons stated on the record at today's hearing:

1.  *Acosta v. Merck & Co., Inc.*, 05-4457 (regarding Walter Adams, Isiah

---

[7] Gloria Gary is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that she is hereby DISMISSED WITH PREJUDICE from that case as well.

[8] Robert Haine is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that he is hereby DISMISSED WITH PREJUDICE from that case as well.

[9] Mattie Harris is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that she is hereby DISMISSED WITH PREJUDICE from that case as well.

[10] Ellen Holmes is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that she is hereby DISMISSED WITH PREJUDICE from that case as well.

[11] Pearl Jones is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that she is hereby DISMISSED WITH PREJUDICE from that case as well.

[12] Ferdinand Joseph is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that he is hereby DISMISSED WITH PREJUDICE from that case as well.

[13] Margie Lewis is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that she is hereby DISMISSED WITH PREJUDICE from that case as well.

[14] Robinson Louells is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904.  IT IS ORDERED that he is hereby DISMISSED WITH PREJUDICE from that case as well.

        Antonio,[15] Lois Archote,[16] Willie Banks, Inene Bordelon, and Frances Charles);

2.    *Bailey v. Merck & Co., Inc.*, 05-6904 (regarding James Butler, Robert Cauthier, and Lynell Major);

3.    *Charpentier v. Merck & Co., Inc.*, 05-4458 (regarding Bernice Coleman, Moise Detillier, Shirley Forcell,[17] Melva Guillory, and Winnie Heinz);

4.    *Hillard v. Merck & Co., Inc.*, 05-4459 (regarding Leatha Hollins, Ione Jones, Geraldine Kelly, Wilfred Ledet, Clifford Lee, Larry Lirette, Andrew Lowe, Yvonne McClain, Rose McCrary, and Cyrus Lockwood);

5.    *Meunier v. Merck & Co., Inc.*, 05-4456 (regarding Bruce Moore, Mabel Nall, and Kendra Nelson);

6.    *Rester v. Merck & Co., Inc.*, 05-4460 (regarding Ronald Rester, Rosemary Ann Rout, Herbert Scully,[18] and Debra Vila);

7.    *Walls v. Merck & Co., Inc.*, 05-4461 (regarding Juanita Walls, Virginia Wheat, Betty White, and Hubert Ziegler);

8.    *Williamson v. Merck & Co., Inc.*, 05-6903 (regarding Joan Williamson).



---

[15] Isiah Antonio is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904. IT IS ORDERED that he is hereby DISMISSED WITH PREJUDICE from that case as well.

[16] Lois Archote is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904. IT IS ORDERED that she is hereby DISMISSED WITH PREJUDICE from that case as well.

[17] Shirley Forcell is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904. IT IS ORDERED that she is hereby DISMISSED WITH PREJUDICE from that case as well.

[18] Herbert Scully is also named in the *Bailey v. Merck & Co., Inc.* case, 05-6904. IT IS ORDERED that he is hereby DISMISSED WITH PREJUDICE from that case as well.