UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| Rose Sfeir v. Merck & Co., Inc., Lifetime | * | JUDGE KNOWLES |
| Medical Center, Lifetime Healthcare, Inc. | * | |
| No. 06 cv 2243. | * | |
| | * | |
| Eugenia B. Lukasik, Individually and as | * | |
| Executrix of the Estate of Richard | * | |
| Lukasik, SR., a/k/a Richard Paul Lukasik, | * | |
| a/k/a Sr., v. Merck & Co., Inc., Lifetime | * | |
| Medical Center, Lifetime Healthcare, Inc. | * | |
| No. 06 cv 3151. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

IT IS ORDERED that plaintiffs in the above-numbered cases show cause on the 28th day of June, 2007 at 9:30 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

IT IS FURTHER ORDERED that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 22nd day of June, 2007.

**IT IS FURTHER ORDERED** that defendants Lifetime Medical Center and Lifetime Healthcare, Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 27th day of June, 2007.

NEW ORLEANS, LOUISIANA, this 4th day of June, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE