UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHELLE SMITH | * |
| | * |
| VS. | * Case No. 2:06-cv-6850 |
| | * |
| MERCK & COMPANY, INC. | * |
| | * *IN RE: VIOXX PRODUCTS LIABILITY* |
| | * *LITIGATION* |
| | * |
| | * MDL NO. 1657 |
| | * |
| | * SECTION: L |
| | * |
| | * JUDGE FALLON |
| | * MAG. JUDGE KNOWLES |

*************************************************************************

## STIPULATION TO DISMISS

In accordance with Federal Rule of Civil Procedure 41 (a)(1), all parties in the above-captioned matter hereby stipulate to dismissal of the action, with prejudice.

Respectfully submitted:

SACKS

JULIE C. PARKER, ESQUIRE
*Attorneys for Plaintiff*
LAW OFFICES OF ANDREW B.
& ASSOCIATES
114 Old York Road
Jenkintown, Pennsylvania 19046

TOLL

*(signature)*
BETH COLE, ESQUIRE
*Attorneys for Plaintiff*
WILLIAMS CUKER BEREZOFSKY
One Penn Center at Suburban Station
1617 JFK Blvd. Suite 800
Philadelphia, PA 19103-1819

*(signature)*
DANIEL SIGELMAN, ESQUIRE
*Attorneys for Plaintiff*
COHEN MILSTEIN HAUSFELD &

1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005

*(signature)*
DOUGLAS R. MARVIN, ESQUIRE
*Lead Counsel for Defendant*
Williams & Connolly, LLP
725 Twelfth St., NW
Washington, DC 20005