

# PHELPS DUNBAR LLP

— COUNSELORS AT LAW —

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0353621

Vioxx Products Liability Litigation
MDL No: 1657 - Judge Fallon

May 31, 2007
**Invoice Number: 653614**

---

## REMITTANCE ADVICE

Description Of Matter  Services Rendered
Special Counsel to Vioxx Special Master

**Our File Number:** 23947-0001

Total For Invoice Dated May 31, 2007:

| | | |
|---|---|---|
| Total Fees | $ | 57,460.50 |
| Total Disbursements | | 455.83 |
| **Total Of Invoice** | **$** | **57,916.33** |

Please enclose this Remittance Advice with your payment.

If payment is made by wire transfer, please remit payment to:  JP Morgan Chase Bank, N.A.
New Orleans, Louisiana
ABA Number: 021000021
Account Number: 707716080
ACH Number: 065400137

INVOICE DUE UPON RECEIPT



EXHIBIT
A



PHELPS DUNBAR LLP
—— COUNSELORS AT LAW ——
POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER 72-6958621

| | |
|---|---|
| Vioxx Products Liability Litigation | May 31, 2007 |
| MDL No: 1657 - Judge Fallon | **Invoice Number: 653614** |

For Professional Services Rendered Through May 31, 2007

Description Of Matter:  Services Rendered
Special Counsel to Vioxx Special Master

**Our File Number: 23947 0001**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/07 | B. Barriere | Telephone conference with Messrs. Wittmann, Davis and Professor Rice. | 1.00 | 300.00 |
| 04/30/07 | B. Barriere | Telephone conference with Professor Rice, telephone conference with Messrs. Davis and Wittmann. | 1.00 | 300.00 |
| 04/30/07 | B. Barriere | Telephone conference with Professor Rice | 0.30 | 90.00 |
| 04/30/07 | B. Barriere | Telephone conference with Mr. Davis. | 0.30 | 90.00 |
| 05/01/07 | B. Barriere | Telephone conference with Mr. Wittmann re: dates, telephone conference with Professor Rice; meeting with Ms. Arras re: Vioxx engagement; administrative issues; telephone conference with Tom Mitchell and Michael Hunt | 1.00 | 300.00 |
| 05/02/07 | B. Arras | Meeting with Mr. Barriere re: Vioxx | 0.50 | 125.00 |
| 05/02/07 | B. Barriere | Several conferences with Professor Rice, Ms. Battaglia re: logistics; review of materials forwarded by | 1.00 | 300.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 653614

May 31, 2007
Page Number 2

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| | | Professor Rice | | |
| 05/02/07 | D. Battaglia | Meeting with Mr. Barriere and Ms. Arras re: privilege log. | 0.50 | 17.50 |
| 05/04/07 | B. Barriere | Participate via telephone in meeting hosted by Professor Rice at Williams Connelly; review transcript of hearing before Judge Fallon. | 3.50 | 1,050.00 |
| 05/07/07 | B. Barriere | Review of orders relating to privilege issues; review of privilege log. | 1.00 | 300.00 |
| 05/07/07 | B. Barriere | Review of Professor Rice's materials on privilege. | 1.00 | 300.00 |
| 05/07/07 | B. Barriere | Telephone conference with Professor Rice; office conference with Ms. Battaglia and Ms. Arras re: logistical issues; review and execute affidavit. | 0.50 | 150.00 |
| 05/07/07 | B. Barriere | Meeting with Professor Rice and related document review, meeting with Professor Rice and Ms. Arras. | 3.50 | 1,050.00 |
| 05/07/07 | D. Battaglia | Meeting with Mr. Barriere and Ms. Arras re: privilege log. | 0.50 | 17.50 |
| 05/08/07 | A. Johnson | Office conference with Professor Paul Rice re: electronic review of privilege challenges | 1.00 | 110.00 |
| 05/08/07 | B. Arras | Study and review of transcripts of hearing 5th Circuit opinion. Meeting with Mr. Barriere. Preparation of summary of Fifth Circuit Ruling meeting with Professor Rice and Mr. Barriere | 5.80 | 1,450.00 |
| 05/08/07 | B. Barriere | Telephone conference with Mr. Wittmann. | 0.30 | 90.00 |
| 05/08/07 | D. Battaglia | Meet with Professor Rice and Mr. Barriere re: privilege log, opinions and deadlines. | 0.80 | 28.00 |
| 05/08/07 | D. Battaglia | Office conference with technical support staff re: database required for Professor Rice opinions relating to privilege log. | 0.50 | 17.50 |

# PHELPS DUNBAR L.L.P.

Our File Number: 23947-0001                                            May 31, 2007
Invoice Number: 655614                                                 Page Number 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/08/07 | N. Heater | On line document access re: MDL orders and download orders / minute entries pertaining to Vioxx document issues (for special counsel / special master project) | 1.00 | 120.00 |
| 05/09/07 | A. Johnson | Memorandum to Ms. Arras and Mr. Barriere re: options for reviewing privilege documents | 0.30 | 33.00 |
| 05/09/07 | B. Arras | Study and review of guidelines from AT&T and information re: computer issues | 1.80 | 450.00 |
| 05/09/07 | B. Arras | Meeting with Professor Rice and Mr. Barriere | 0.50 | 125.00 |
| 05/09/07 | B. Barriere | Conference call with Messrs. Davis and Wittmann; multiple conferences and document review with Professor Rice; follow up conference with Mr. Herman. | 3.00 | 900.00 |
| 05/10/07 | A. Johnson | Memorandum Mr. Barriere re: data to request from Merck; Office conference with Ms. Arras re: privilege review; Office conference with Ms. Heater re: mechanics of privilege review | 0.80 | 88.00 |
| 05/10/07 | B. Arras | Numerous meetings with Mr. Barriere and Professor Rice and Ms. Heater to set up protocol for review of documents, format publication of Special Master's Initial Assessment; review material for suggested formats | 6.30 | 1,575.00 |
| 05/10/07 | B. Barriere | Meeting with Professor Rice; document review; meeting with Merck representatives; telephone conference with Mr. Davis | 2.80 | 840.00 |
| 05/10/07 | N. Heater | On line Westlaw / FDA.gov research re: regulatory issues (FDA) / specific regulations pertaining to warnings, etc. for attorney review / use in document privilege review determination | 1.50 | 180.00 |
| 05/11/07 | A. Johnson | Receipt and review of privilege log; Upload and combine logs and | 2.00 | 220.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 655614

May 31, 2007
Page Number 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | prepare condensed print out for Prof. Rice; memorandum to Ms. Battaglia re: same | | |
| 05/11/07 | B. Arras | Attending meeting with plaintiff's attorney and Merck attorneys, Professor Rice and Mr. Barriere discussing document review protocol. | 2.30 | 575.00 |
| 05/11/07 | B. Arras | Legal research re: Food and Drug Administration Regulations; discuss with Professor Rice | 0.80 | 260.00 |
| 05/11/07 | B. Arras | Study and review of notes from today's meeting in order to draft letter to PSC and Merck. | 0.30 | 75.00 |
| 05/11/07 | B. Arras | Meeting with Professor Rice. | 0.80 | 200.00 |
| 05/11/07 | B. Barriere | Attending meeting with Judge Fallon, related conference with Professor Rice | 2.50 | 750.00 |
| 05/11/07 | B. Barriere | Attending meeting with representatives of Merck, plaintiff steering committee, Professor Rice and Ms. Arras; follow up meeting with Ms. Arras and Professor Rice | 3.00 | 900.00 |
| 05/11/07 | D. Battaglia | Office conference with Ms Johnson re: privilege log. | 0.30 | 10.50 |
| 05/11/07 | N. Heater | Additional on line Westlaw / FDA.gov research re: regulatory issues (FDA) / specific regulations pertaining to warnings, etc. for attorney review / use in document privilege review determination | 1.30 | 156.00 |
| 05/12/07 | B. Barriere | Document review and related conferences with Professor Rice: treatment of specific documents. | 5.00 | 1,500.00 |
| 05/14/07 | B. Arras | Study and review of notes of 5/11/07 meeting with PSC and Merck | 0.80 | 200.00 |
| 05/14/07 | B. Arras | Drafting letter summarizing protocol for review of documents | 1.50 | 375.00 |
| 05/14/07 | B. Arras | Study and review of data bases for documents to figure mechanism for | 2.80 | 700.00 |

# PHELPS DUNBAR L.L.P.

Our File Number: 23947-0001
Invoice Number 653614

May 31. 2007
Page Number 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | review and publication of Professor Rice's opinion | | |
| 05/14/07 | B. Arras | E-mail to and telephone conference with Merck to get different data bases with subset of documents | 0.50 | 125.00 |
| 05/14/07 | B. Barriere | Meeting with Professor Rice; telephone conference with Messrs Davis, Cohen and Wittmann; conference with Jeremy, Judge Fallons' clerk; group meeting re: preparation of initial opinion; meeting with Professor Rice to discuss themes for opinion; document review. | 4.00 | 1,200.00 |
| 05/14/07 | D. Battaglia | Meet with Professor Rice, Mr Barriere, Ms. Arras and Ms Heater re privilege log; review of documents. | 0.50 | 17.50 |
| 05/14/07 | N. Heater | Meet with Ms. Battaglia regarding Professor Rice's request for entry of data pertaining to Special Master comments and consult with Ms. Johnson to discuss set up of database for entry of data from Special Master comments into document database Concordance rather than Excel / Word; prepare sample entry sheets for attorney / Master approval, etc.; coordinate with attorney request and receipt of e-mailed document spreadsheets from Merck to download into Concordance by Ms. Johnson | 2.00 | 240.00 |
| 05/15/07 | A. Johnson | Print and review of spreadsheets of plaintiffs' selections by author for Prof. Rice; Memorandum Ms. Arras re: same; Edit database to add fields for Special Master's assessment; import review log and conference with Ms. Heater re: logistics of review | 2.00 | 220.00 |
| 05/15/07 | B. Arras | Receipt and review of "Test" print of data form for Special Master Initial Assessment | 0.30 | 75.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 655614

May 31, 2007
Page Number 7

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/16/07 | B. Arras | Proofread data entry sheets for Initial Special Master Assessment of documentation in boxes 7 and 8; draft cover letter. | 4.00 | 1,000.00 |
| 05/16/07 | B. Arras | Meeting with Professor Rice and Mr. Barriere. | 0.50 | 125.00 |
| 05/16/07 | B. Arras | Receipt and review of PSC email about Mr. Barriere's May 15th letter detailing Special Master's document review protocol. | 0.30 | 75.00 |
| 05/16/07 | H. Barriere | Review of additional documents in connection with issuance of first opinion; meetings with Special master and other members of work team regarding opinion; conferences with Mr. Wittmann; telephone conference with Mr. Davis. | 3.80 | 1,140.00 |
| 05/16/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in Box 7 of Merck records and enter into database; identify duplicate Bates documents and contradictory comments for duplicates and notify Ms. Arras to alert Special Master | 11.00 | 1,320.00 |
| 05/16/07 | T. Douglas | Inputting Dr. Rice's privilege opinions into Concordance in order to produce log of Dr. Rice's privilege determinations. | 1.00 | 65.00 |
| 05/17/07 | A. Johnson | Office conference with Ms. Heater and Ms. Scott re: logging special master assessments | 0.50 | 55.00 |
| 05/17/07 | B. Arras | Telephone conference with Professor Rice about various questions about documents reviewed. | 0.50 | 125.00 |
| 05/17/07 | B. Arras | E-mail to Mr. Barriere summarizing key points in Mr. Wittmann's letter because Mr. Barriere could not open attachment containing Mr. Wittmann's letter. | 0.50 | 125.00 |

# PHELPS DUNBAR L.L.P.

Our File Number: 23947-0001
Invoice Number: 655614

May 31, 2007
Page Number 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/17/07 | B. Arras | E-mail to Dechert about documents in boxes but not on email from 5/15/07. | 0.30 | 75.00 |
| 05/17/07 | B. Arras | Edit and revise and proof read Special Masters Initial Assessments for boxes 7 & 8. | 3.80 | 950.00 |
| 05/17/07 | B. Arras | Receipt and review of Mr. Wittmann's letter commenting on Mr. Barriere's 5/15/07 letter. | 0.30 | 75.00 |
| 05/17/07 | B. Arras | Telephone conference with Mr. Wittmann re: letter and characterization of Special Master's first review of documents. | 0.30 | 75.00 |
| 05/17/07 | B. Barriere | Multiple electronic correspondence re: initial opinion; related conferences with Ms. Arras; receipt and review of correspondence from Mr. Wittmann; prepare outline of response. | 1.00 | 300.00 |
| 05/17/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in Boxes 7 and 8 of Merck records and enter into database; review for duplicate Bates number documents; coordinate with Ms. Johnson of Litigation Support for moving data into .pdf format report for transmission to judge/counsel | 9.30 | 1,116.00 |
| 05/18/07 | A. Johnson | Office conference with Ms. Heater re: consistency check on special masters assessment between duplicates; preparation of report on Boxes 7 and 8; preparation of report by date for quality check; office conference with Ms. Arras and Ms. Heater re: report format and creation of version for submission to counsel. | 1.00 | 110.00 |
| 05/18/07 | N. Heater | Continue entry of date into document database with comments by Special Master / Special Counsel | 2.00 | 240.00 |

# PHELPS DUNBAR L.L.P.

Our File Number: 23947-0001
Invoice Number: 653614

May 31, 2007
Page Number 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/21/07 | B. Arras | Receipt and review of PSC letter commenting on Mr. Barriere's 5/15/07 letter. | 0.30 | 75.00 |
| 05/21/07 | B. Arras | Study and review of reviewed boxes to set up data entry to add initial assessment | 1.50 | 375.00 |
| 05/21/07 | B. Arras | Meeting with Professor Rice and Mr. Barriere. | 0.50 | 125.00 |
| 05/21/07 | B. Arras | Receipt and review of Professor Rice's draft opinion | 0.30 | 75.00 |
| 05/21/07 | B. Barriere | Meeting with Professor Rice, Ms. Arras re: second preliminary assessment; review of correspondence from Mr. Davis; conference call with Mr. Davis; conference with Judge Fallon's office; review and edit preliminary draft of opinion; attend meeting with Professor Rice and Judge Fallon; document review. | 4.00 | 1,200.00 |
| 05/21/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents, resolve discrepancies | 7.80 | 936.00 |
| 05/22/07 | B. Arras | Review various documents; meeting with Messrs Rice and Barriere and Ms. Heater, reviewing emails regarding documents | 2.30 | 575.00 |
| 05/22/07 | B. Barriere | Meeting with Professor Rice, work on document review; conferences with Messrs. Rice and Wittmann. | 1.30 | 390.00 |
| 05/22/07 | J. Rose | Conferences with Ms. Heater with respect to inputting data into Concordance regarding Special Master's assessments of documents in Box 9; enter data into Concordance noting Special Master's assessment of documents; scan certain assessments to pdf and | 5.80 | 812.00 |

# PHELPS DUNBAR L.L.P.

Our File Number: 23947-0001

May 31, 2007

Invoice Number: 653614

Page Number 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | e-mail to Ms. Heater. | | |
| 05/22/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents, resolve discrepancies | 7.80 | 936.00 |
| 05/22/07 | N. Heater | On line court docket search to verify entry of orders and search for Fallon order requested by attorney | 0.30 | 36.00 |
| 05/22/07 | T. Douglas | Inputting data onto Concordance from Professor Rice, Re: Privilege conclusions. | 1.50 | 97.50 |
| 05/23/07 | B. Arras | Receipt and review of email re: Professor Rice's instructions; review and proof entries of Special Master Initial Assessment | 0.80 | 200.00 |
| 05/23/07 | B. Arras | Receipt and review of Special Master First draft of Ruling - Introduction | 0.30 | 75.00 |
| 05/23/07 | B. Barriere | Document review. | 1.50 | 450.00 |
| 05/23/07 | J. Rose | Input Special Master's assessment into Concordance database containing Merck document production; conferences with Ms. Heater regarding assessments; scan to pdf and e-mail to Ms. Heater certain assessments both handwritten and typed seemingly contradictory for review. | 4.50 | 602.00 |
| 05/23/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents, resolve discrepancies | 8.50 | 1,020.00 |
| 05/23/07 | T. Douglas | Inputting Professor Rice's comments into Concordance. Re: | 7.80 | 507.00 |

# PHELPS DUNBAR L.L.P.

Our File Number: 23947-0001

Invoice Number: 653614

May 31, 2007

Page Number 11

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | Privilege of Merck documents. | | |
| 05/24/07 | B. Arras | Telephone conferences with Charles Cohen at Hughes Hubbard re: producing digital images of all documents | 0.50 | 125.00 |
| 05/24/07 | B. Arras | Receipt and review of various email's re: email chains and Dr. Mortensen's document issues | 0.50 | 125.00 |
| 05/24/07 | B. Arras | Proofread Special Master's Initial Assessment entries for all documents in boxes 1 and 9. | 3.00 | 750.00 |
| 05/24/07 | B. Barriere | Document review; work on second initial assessment. | 3.50 | 1,050.00 |
| 05/24/07 | L. Rose | Input Special Master assessments into database. | 2.00 | 280.00 |
| 05/24/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents, resolve discrepancies | 8.80 | 1,056.00 |
| 05/25/07 | B. Arras | Study and review of Mr. Wittmann's letter regarding email thread issues in Vioxx documents | 0.30 | 75.00 |
| 05/25/07 | B. Arras | Edit and revise cover letter for second set of initial assessments | 0.50 | 125.00 |
| 05/25/07 | B. Arras | Drafting letter to Mr. Wittmann re: reconsidered assessment | 0.50 | 125.00 |
| 05/25/07 | B. Arras | Receipt and review of digital images; email from Mr. Cohen; various emails with Ms. Heater and Technology re: images; inspect six (6) boxes received from Dechert | 0.50 | 125.00 |
| 05/25/07 | B. Arras | Study printout of possible duplicate assessments | 1.50 | 375.00 |
| 05/25/07 | B. Arras | Proofreading Special Master's initial assessments in Box No. 10 | 3.50 | 875.00 |
| 05/25/07 | B. Barriere | Document review; multiple meetings re: issuance of second | 4.00 | 1,200.00 |

# PHELPS DUNBAR L.L.P.

Our File Number: 23947-0001
Invoice Number: 653614

May 31, 2007
Page Number 12

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | preliminary assessment; calls to Professor Rice. | | |
| 05/25/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents; resolve discrepancies; coordinate export of initial comments for Boxes 1 and 9 with Ms. Johnson | 10.00 | 1,200.00 |
| 05/28/07 | B. Barriere | Document review. | 3.00 | 900.00 |
| 05/29/07 | A. Johnson | Review Dechert privilege log; Upload privilege document images; create digital review projects; conference with Ms. Heater re: document review; telephone conference with Ms. Marissa Wheeler, Ms. Arras and Ms. Heater re: replacement of privilege log with more workable data; meeting with Ms. Heater and Ms. Arras re: truncated data in privilege log provided as Word chart; Attempt upload of privilege log | 1.30 | 143.00 |
| 05/29/07 | B. Arras | Meeting with Professor Rice re: Mr. Wittmann's letter of 5/25/07 about email chains | 0.30 | 75.00 |
| 05/29/07 | B. Arras | Proofread balance of Box 10 folders and begin Box 2 | 1.00 | 250.00 |
| 05/29/07 | B. Arras | Telephone conference with Dechert re: discs and letter | 0.30 | 75.00 |
| 05/29/07 | B. Arras | Receipt and review of three (3) discs with documents; determine entry problems; meeting with Professor Rice re: plan to review 600 documents selected by plaintiffs' attorney and move them to front for production and box 10 issues | 1.30 | 325.00 |
| 05/29/07 | L. Rose | Input Special Master's assessments into Concordance database. | 2.80 | 392.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001

Invoice Number: 653614

May 31, 2007

Page Number 13

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/29/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents; resolve discrepancies | 8.80 | 1,056.00 |
| 05/29/07 | T. Douglas | Reviewing documents and privilege status determined by Mr. Barriere and Dr. Rice and inputting data into Concordance; Reviewing e-mail from Ms. Heater, Re: Supplemental documents to be managed and status of overall data management. | 2.30 | 149.50 |
| 05/30/07 | A. Johnson | Preparation of image viewing project and upload of documents and EM to Ms. Heater re: same. Edit privilege log for Merck submissions to link to beginning bates number. | 0.50 | 55.00 |
| 05/30/07 | B. Arras | Receipt and review of email from Dechert advising of further problems with spread sheet for "600" documents selected by plaintiffs for review by Professor Rice delaying our ability to begin entering Professor Rice's rulings | 0.50 | 125.00 |
| 05/30/07 | B. Arras | Proofread box 3 documents | 1.80 | 450.00 |
| 05/30/07 | B. Arras | Meeting with Professor Rice and Ms. Heater; telephone conference with Tom Munno; create chart of target dates for production of balance of Special Master's Initial Assessments | 1.00 | 250.00 |
| 05/30/07 | B. Barriere | Lengthy meetings regarding assessment; new opinion; review of material from Mr. Wittmann; several telephone conferences re: timing of delivery of responses; preliminary review of additional documents; meeting with Professor Rice; resolve rulings on multiple documents and preparation for | 5.50 | 1,050.00 |

# PHELPS DUNBAR L.L.P.

Our File Number: 23947-0001

Invoice Number: 653614

May 31, 2007

Page Number 14

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | meeting with Professor Rice | | |
| 05/30/07 | D. Battaglia | Entering Special Master opinions into database re: privilege log. | 6.50 | 227.50 |
| 05/30/07 | L. Rose | Input Special Master's assessments into Concordance. | 3.50 | 490.00 |
| 05/30/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents; resolve discrepancies; review letter from Wittman dated 5/25/07 pertaining to Initial Assessment (Boxes 7 & 8); retrieve each listed item and review file / images to prepare rebuttal and discuss with Professor Rice; amend assessment data for selected items approved for revision by Professor Rice | 11.50 | 1,380.00 |
| 05/31/07 | A. Johnson | Telephone conference with Ms. Heater re: privilege log for plaintiffs' selection; meeting with Ms. Heater re: plaintiffs' documents; Import privilege log data, edit to separate beginning document number and upload; add link to images of privilege documents | 0.80 | 88.00 |
| 05/31/07 | B. Arras | Proofread documents in box 3 and some of box 4 | 1.30 | 325.00 |
| 05/31/07 | B. Arras | Telephone conference with Mr. Cohen re: "600" document problems | 0.50 | 125.00 |
| 05/31/07 | B. Arras | Meeting with Ms. Heater re: various issues presented by documents in the "600" documents selected by plaintiffs for review by Special Master Rice; telephone conference with Mr. Wittmann re: above; email to Mr. Wittmann | 1.50 | 375.00 |
| 05/31/07 | B. Barriere | Meeting with Professor Rice to prepare for meeting with Judge | 5.50 | 1,650.00 |

# PHELPS DUNBAR L.L.P.

Our File Number: 25947-0001
Invoice Number: 653614

May 31, 2007
Page Number 15

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | Fallon; attend meeting with Judge Fallon; attending monthly status conference; meeting with Merck and PSC representatives; meeting with Professor Rice re: several documents with specific issues; review of notes on draft opinion. | | |
| 05/31/07 | D. Battaglia | Entering Special Master opinions into database re: privilege log. | 4.00 | 140.00 |
| 05/31/07 | D. Battaglia | Entering Special Master opinions into database re: privilege log. | 2.00 | 70.00 |
| 05/31/07 | L. Rose | Input Special Master's assessments into Concordance database. | 3.80 | 532.00 |
| 05/31/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents; resolve discrepancies; speak with Ms. Rose regarding apparent discrepancies in documents vs. database received for the "600 documents" and coordinate with attorneys contact with Merck counsel to resolve issue and notify Ms. Johnson of Litigation support of revised spreadsheet to be sent by Merck counsel | 11.00 | 1,320.00 |

**TOTAL FEES**                                                     $    57,460.50

## Summary By Timekeeper

| Timekeeper | Hours | Billed Per Hour | Billed Amount |
|-----------|-------|-----------------|---------------|
| B. Barriere | 73.10 | 300.00 | 21,930.00 |
| B. Arras | 65.70 | 250.00 | 16,425.00 |
| T. Douglas | 13.10 | 65.00 | 851.50 |
| N. Heater | 111.40 | 120.00 | 13,368.00 |
| L. Rose | 22.20 | 140.00 | 3,108.00 |
| D. Battaglia | 15.60 | 35.00 | 546.00 |
| A. Johnson | 11.20 | 110.00 | 1,232.00 |

# PHELPS DUNBAR LLP

Our File Number  23047-0001
Invoice Number: 653614

May 31, 2007
Page Number 16

| Timekeeper | Hours | Billed Per Hour |  | Billed Amount |
|---|---|---|---|---|
| Totals | 312.30 |  | $ | 57,460.50 |

Disbursements Through May 31, 2007

| | |
|---|---|
| Online Research Database Charges | 111.84 |
| Photocopies Internal | 325.00 |
| Telephone Long Distance | 18.99 |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 455.83 |
| TOTAL FEES AND DISBURSEMENTS | $ | 57,916.33 |

Please include the enclosed Remittance Advice with your payment, and if you are paying any of the past
due invoices listed above, please include the Remittance Advice for each of those invoices.

# Time Sheet
# VIOXX LITIGATION
## Paul R. Rice

March 25, 2007
6:00 PM to 7:00 PM
8:30 PM to 9:30 PM, notes for first meeting with parties and Judge          2.0 hours

March 26, 2007
9:30 AM - 11:00 AM, reading past court orders on Webpage
12:15 PM - 12:45 PM, reading 5th Circuit decision on writ of mandamus          2.0 hours

March 27, 2007
4:00 PM to 5:15 PM, revising notes and questions following review
of past orders and opinions.          1.15 hours

March 26, 2007
9:30 AM - 11:00 AM, reading past court orders on Webpage
12:15 PM - 12:45 PM, reading 5th Circuit decision on writ of mandamus          2.0 hours

               Total March, 2007                                              8.15 hours


April 3, 2007
5:30 AM - 6:45 AM, revising notes and questions          1.15 hours

April 8, 2007
8:30 AM - 9:00 AM, revising notes and questions          .30 hours

April 11, 2007
9:00 AM - 9:45 AM, revising notes after second master request
5:00 PM - 5:30 PM, telephone conversation with Judge Fallon          1.15 hours

April 12, 2007
7:45 AM - 8:00 AM, revising notes to reflect conversation with Judge
8:15 AM - 8:45 AM, same
10:00 AM - 10:30 AM, in court status call          1.15 hours

April 23, 2007
2:15 PM - 2:30 PM, Judge's proposed order of reference
5:00 PM - 5:15 PM, telephone with judge re proposed order
5:15 PM - 5:45 PM, telephone conversation with Russ Herman &

Phil Wittmann

| | |
|---|---|
| 5:45 PM - 6:15 PM, e-mail communication with Judge's office re telephone discussion, proposed meeting next week and need for immediate appointment of special counsel. | 1.30 hours |

April 24, 2007
9:45 AM - 10:15 AM, telephone call to Dorothy Wimberly about obtaining privilege logs - they will either be Fed Exd to me or sent via e-mail. E-mails from Graybill in Judge's chambers re privilege logs and letter from Merck's attorneys.
6:30 PM - 7:15 PM, telephone discussion with Phil Wittmann regarding scheduled meeting, parties meeting with Judge, and agreement to appoint Brent Barriere as Special Counsel, telephone conversation with Brent Barriere following discussion with Wittmann.     1.15 hours

April 25, 2007
10:30 AM – 11:00 AM, rereading 5th Cir. opinion, preparing notes for meeting on May 4th     .30 hours

April 29, 2007
4:45 PM - 5:30 PM, reviewing correspondence in case sent by Plaintiffs   .45 hours

April 30, 2007
1:30 PM - 2:15 PM, examining privilege log entries and telephone discussion with Brent Barriere     .45 hours

Total hours for April          9.00

May 1, 2007
2:00 PM - 3:00 PM, examination of privilege log and searching CD rom for summary of information listed.     .30 hours

May 2, 2007
8:45 AM - 11:30 AM, examining privilege logs; telephone discussion with Brent Barriere; telephone Wittmann's office to arrange telephone link to Friday meeting at Williams & Connolly for Brent; e-mail Judge appointment order to Brent;
1:15 PM - 2:30 PM, summarizing occurrence of potential problems in the privilege log.     1.30 hour

May 4, 2007
7:30 AM - 11:30 AM, meeting with parties at the firm of Williams and
Connolly. Scheduled to meet with Judge Fallon at 9:00 AM, Friday,
May 11th and with parties at Brent Barriere's firm at 11:00 AM to discuss
Merck's procedures in creating documents and samples.                    4.00 hours

May 8, 2007
12:30 PM EST - 2:00 PM, On route to New Orleans working on
report to Judge Fallon.
4:30 PM EST - 8:00 PM EST, meeting with Barriere, and those
who will be working on document review, reviewing documents.            5.00 hours

May 9, 2007
7:30 AM CST - 12:00 NOON, document review
1:00 PM CST - 7:00 PM CST, document review                              10.30 hours

May 10, 2007
7:30 AM - 6:45 PM, document review; ex parte w/ Merck lawyers,
lunch meeting with team to discuss issues arising at ex parte meeting,
document review                                                         11.15 hours

May 11, 2007
8:00 AM - 6:30 PM, document review, meeting with Judge Fallon,
meeting with parties, lunch with Barriere and Arras to discuss meetings,
document review                                                         10.30 hours

May 12, 2007
5:45 AM - 7:15 AM, document review
7:45 AM - 3:00 PM, document review                                      8.45 hours

May 13, 2007
8:00 AM - 12:45 PM, document review
1:00 PM - 5:30 PM, document review                                      9.15 hours

May 14
7:00 AM - 12:00 NOON, document review
12:30 PM - 3:00 PM, document review
3:30 PM - 4:45 PM, document review                                      3.15 hours

May 15, 2007
7:30 AM - 9:00 PM, document review, reviewing minutes and order,
lunch with Barriere discussing minutes and order, document review
without a dinner break                                                  13.30 hours

May 16, 2007
7:15 AM - 9:45 AM, document review
12:30 PM - 3:30 PM, on flight to Washington working on introduction
to opinion on samples                                                      5.30 hours

May 17, 2007
11:00 AM EST - 12:00 NOON, working on opinion in office in
Washington
1:00 PM - 4:15 PM, working on opinion, and resolving inconsistencies
with Barbara Arras via PDF exchanges of documents and opinions.            4.15 hours

May 18, 2007
4:15 PM - 6:00 PM, writing narrative for final opinion                     1.45 hours

May 19, 2007
7:45 AM EST - 8:30 AM, working on opinion before trip to New
Orleans
11:15 AM - 11:45 AM, in transit to N.O. working on opinion and
on notice to Merck of failure to receive filings request.
3:30 PM CST - 6:30 PM, Reviewing document in sample                        4.15 hours

May 20, 2007
7:00 AM - 11:15 AM, Document review
1:30 PM - 3:00 PM, Document review
6:00 PM - 8:45 PM, Document review                                         8.30 hours

May 21, 2007
7:30 AM - 7:00 PM, Document review, luncheon meeting with
Barriere and Arras to discuss parties letters, calls to parties,
meeting with Judge Fallon                                                   11.30 hours

May 22, 2007
7:45 AM - 12:00 NOON, Document review
12:45 PM - 6:45 PM, Document review and finalizing first cuts
7:45 PM - 9:15 PM, Completed document review of 1400
Merck samples.                                                             11.45 hours

May 23, 2007
8:00 AM - 8:30 AM, Correcting conflicts in decisions before
departing for Washington
9:45 AM - 10:15 AM, Editing opinion

-4-

| | |
|---|---|
| 10:45 AM – 11:15 AM, Editing opinion<br>11:30 AM – 12:00 Noon, Editing opinion<br>3:45 PM EST - 5:30 PM, Inputting editing to opinion and proofing | 3.45 hours |
| May 24, 2007<br>11:30 AM – 12:30 AM, e-mail correspondence with Nancy Heater re conflicts and clarifications. | 1.0 hours |
| May 27, 2007<br>2:00 PM - 2:15 PM, printing and reading e-mail messages and attachments from parties, paralegal, and Barriere | .15 hours |
| May 28, 2007<br>3:00 PM – 3:30 PM, agenda items for return to office, meeting with Judge Fallon, & meeting with parties | .30 hours |
| May 29, 2007 CST<br>8:00 AM – 12:00 NOON,<br>12:45 PM – 6:00 PM,<br>7:15 PM – 8:15 PM, resolving conflicts, examining plaintiffs' choice of documents, tele. w/Cohen re confidentiality issue (affidavit, company policies, etc.) | 10.15 hours |
| May 30, 2007<br>8:15 AM – 12:15 PM, box 4<br>1:45 PM – 7:45 PM, boxes 5, 6<br>8:15 PM – 9:45 PM, finalizing decision on boxes, resolving conflicts w/Nancy Heater, addressing issue raised by Wittmann in letter of May 25, 2007 | 11.30 hours |
| May 31, 2007<br>6:00 AM – 6:45 AM, preparing handouts for meeting with Judge Fallon and parties<br>7:45 AM – 3:45 PM, Boxes 5 & 6 finalized, meeting with Judge Fallon, meeting with parties, lunch with Barriere, resolution of more conflicts. | 8.45 hours |
| Total hours for May | 170.00 hours |

| | |
|---|---|
| TOTAL THROUGH MAY 31, 2007 | 187.15 HOURS |
| At the court approved rate of $600.00 per hour, total fees amount to: | **$112,350.00** |

NO.99758813 1

-5-

Please send payment to:

> Paul R. Rice
> 9905 Belhaven Road
> Bethesda, MD 20817

# EXPENSES
## VIOXX LITIGATION

**May 8, 2007 to May 16, 2007 Trip to New Orleans**

| Item | Narrative | Itemized Cost | Total |
|------|-----------|---------------|-------|
| Airfare | Washington, D.C. to New Orleans: New Orleans to Washington, D.C. | $459.80 | |
| | | | $459.80 |
| Cab Fares | (Washington Meeting) Bethesda, MD to Williams & Connolly | $35.00 | |
| | (Washington Meeting) Williams & Connolly to A.U. Law School | $15.00 | |
| | (Trip to New Orleans) Bethesda, MD to Dulles Airport | $50.00 | |
| | (Trip to New Orleans) Dulles Airport to Bethesda, MD (rush hour) | $70.00 | |
| | New Orleans Airport to Wydham Hotel | $35.00 | |
| | Wydham Hotel to New Orleans Airport | $35.00 | |
| | | | $240.00 |
| Hotel | Total expenses (including room and breakfasts) at the Wyndam Hotel | $1,261.44 | |
| | Gratuities (doorman, porter, maid) | $19.00 | |
| | | | $1,280.44 |
| Meals | 5/8/07 - Lunch in transit | $14.35 | |
| | 5/8/07 - Dinner with Mr. Barriere | $120.97 | |
| | 5/10/07 - Lunch at Attiki with Mr. Barriere and Ms. Arras | $88.18 | |
| | 5/10/07 - Dinner at Attiki | $25.74 | |
| | 5/11/07 - Lunch at Attiki with Mr. Barriere and Ms. Arras | $52.47 | |
| | 5/11/07 - Dinner at Cuvee | $25.58 | |
| | 5/13/07 - Lunch at Harrah's | $86.99 | |
| | 5/14/07 - Lunch at Café Nuage (at Desk) | $7.00 | |
| | 5/14/07 - Dinner at Attiki | $20.85 | |
| | 5/15/07 - Lunch with Mr. Barriere (discussion of minutes and orders) | $38.51 | |
| | | | $480.64 |
| Grand Total | | | **$2,460.88** |

Please remit payment directly to
Paul R. Rice
9905 Belhaven Road
Bethesda, MD 20817

# EXPENSES
# VIOXX LITIGATION

**May 19, 2007 to May 23, 2007 Trip to New Orleans**

| Item | Narrative | Itemized Cost | Total |
|---|---|---|---|
| Airfare | Washington, D.C. to New Orleans, New Orleans to Washington, D.C. | $596.40 | |
| | Surcharge | $100.00 | |
| | | | $696.40 |
| Cab Fares | Bethesda, MD to Dulles Airport | $50.00 | |
| | National Airport to Bethesda, MD (rush hour) | $55.00 | |
| | New Orleans Airport to Wydham Hotel | $35.00 | |
| | Wydham Hotel to New Orleans Airport | $40.00 | |
| | | | $180.00 |
| Hotel | Total expenses (including room and breakfasts) at the Wydham Hotel | $872.36 | |
| | Gratuities (doormen, porter, maid) | $19.00 | |
| | | | $891.36 |
| Meals | 5/19/07 – Subway lunch in transit | $5.65 | |
| | 5/20/07 – Lunch at Napoleon House | $12.70 | |
| | 5/20/07 – Dinner at Harrah's | $40.73 | |
| | 5/21/07 – Lunch at La Boucnerie with Mr. Barriere and Ms. Arras | $30.40 | |
| | 5/22/07 – Dinner at Attiki | $33.57 | |
| | | | $123.05 |

**Grand Total**                                                                    **$1,890.81**

Please remit payment directly to:
Paul R. Rice
9905 Belhaven Road
Bethesda, MD 20817