UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Washington, et al. v. Merck & Co., Inc.*, 05-2374

## ORDER

Pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, counsel for Osborne Perry Washington filed a suggestion of death on January 31, 2007, informing the Court that this plaintiff died on October 12, 2005.  *See* Rec. Doc. 9935.  As no one has been substituted to pursue Ms. Washington's claims, IT IS ORDERED that her claims are hereby DISMISSED WITHOUT PREJUDICE.  Co-plaintiff Mary McKelvy's claims remain unaffected by this Order.

New Orleans, Louisiana, this __4th__ day of __June__, 2007.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE