UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX
    Product Liability Litigation

MDL NO. 1657

SECTION:   L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO: *Randy Brazzel vs. Merck & Co., Inc., et al.* No. 2:06cv03883

## ORDER

Considering the foregoing Motion to Enroll,

IT IS HEREBY ORDERED that Robert L. Salim be allowed to enroll as additional counsel for complainant.

New Orleans, Louisiana this __1st__ day of ____June____, 2007.

Hon. Eldon Fallon
United States District Judge, EDLA