UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                                              MDL NO. 1657
        **PRODUCTS LIABILITY LITIGATION:**

                                                                       SECTION: L

                                                                       JUDGE FALLON
…………………………………………………..      MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
        **2:06-cv-03879**

## ORDER

      Before the Court is John J. Driscoll, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiff Jeanne Haefner, ("Haefner").  Attorney John J. Driscoll moves the Court for leave to withdraw as counsel for Haefner.  Accordingly, the Court being fully advised rules as follows:

      IT IS THE ORDER of this COURT that John J. Driscoll, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED.  This Order applies to Haefner's actions against Defendant Merck & Co., Inc..  File & Serve shall be updated by Plaintiff's former attorney, John J. Driscoll and Brown & Crouppen, P.C. to reflect these changes.

                                        It is So Ordered:_____
                                                             JUDGE

DATE: ___6/4/07_____

1