UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®            MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION      Section L

This Document Relates To: Daisy      Judge Fallon
Knight v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:06-CV-01042)      Mag. Judge Knowles

_____/

### PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL OF RECORD AND NOTICE OF APPEARANCE

Plaintiff, DAISY KNIGHT files this Motion to Substitute Counsel of Record and Notice of Appearance, and in support thereof show:

### FACTUAL AND PROCEDURAL HISTORY

1. Plaintiffs' Original Petition was filed on November 21, 2005, in Jefferson County, Texas by Harold Jones of ANDERSON & JONES, PLLC.

2. Defendant Merck & Co. removed the case to the Eastern District of Texas – Beaumont Division, on December 27, 2005.

3. The Judicial Panel on Multidistrict Litigation transferred the case to this Court on March 8, 2006.

### RELIEF REQUESTED

4. Plaintiff wants to be represented as counsel of record in this matter by the following counsel: Drew Ranier of RANIER, GAYLE & ELLIOT, LLP, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE

1

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____

KAISER FIRM, LLP. Present counsel, Harold Jones, of ANDERSON & JONES PLLC, consents to the substitution of counsel.

5.  Plaintiff respectfully asks this Court to substitute Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, as counsel of record for Plaintiff in this matter.

6.  Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, (Trial Attorney), file this Notice of Appearance on behalf of Plaintiff DAISY KNIGHT.

7.  This request is not intended to cause delay or prejudice.

8.  Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

WHEREFORE PREMISES CONSIDERED, Plaintiff DAISY KNIGHT, respectfully requests that her Motion to Substitute Counsel be granted, and for such other relief, at law or in equity, to which she may be entitled.

Dated:

                                  Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Phone: 409-835-6000
Fax: 409-838-8888

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Phone: 713-230-2200
Fax: 713-643-6226

MIKAL WATTS
Texas State Bar No. 20981820
THE WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Phone: 361-887-0500
Fax: 361-887-0055

DREW RANIER
Louisiana State Bar No. 8320
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Phone: 337-494-7171
Fax: 337-494-7218

_/s/ Harold Jones_
HAROLD JONES
ANDERSON & JONES, PLLC
One Galleria Tower
13355 Noel Rd. Suite 1645
Dallas, Texas 75240
Phone: 972-789-1160
Fax: 972-789-1606

_/s/ Grant Kaiser_
GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Phone: 713-223-0000
Fax: 713-223-0440
TRIAL ATTORNEY

**ATTORNEYS FOR PLAINTIFF**

## Certificate of Service

I hereby certify that the above and foregoing **Motion to Substitute** has been served on Liaison Counsel, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of MAY, 2007.

Grant Kaiser