UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 30  AM 7:27

LORETTA G. WHYTE
CLERK

In Re: VIOXX®                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                    Section L

This Document Relates To: Daisy                  Judge Fallon
Knight v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:06-CV-01042)               Mag. Judge Knowles

_____/

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Substitute Counsel, and for good cause shown, the Court finds the Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, be substituted as counsel for Plaintiff in this matter, and that attorney Harold Jones of Anderson & Jones, PLLC be removed as counsel of record.

IT IS SO ORDERED.

5/23/07
Date

Judge Eldon E. Fallon

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____