OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 29  PM 3:27

LORETTA G. WHYTE
CLERK

Date: May 24, 2007

Nello Vittorini

vs.

William Monaco and Merck & Co, Inc.

Case No. 06 cv 9736 Section L / MDL 1657

Dear Sir:

    Please re-issue summons on the complaint to the following:

1. (name) William Monaco, M.D.
   (address) 7255 W. Grand Ave.; Elmwood Park, IL 60707
2. (name)
   (address)
3. (name)
   (address)
4. (name)
   (address)

Very truly yours,
ROMANUCCI & BLANDIN, LLC

By: _____
"Signature"

Attorney for Plaintiff

Address 33 N. LaSalle St; Ste. 2000
         Chicago, IL 60602

\_\_ Fee
X  Process
X  Dkte
\_\_ CtRmDep
\_\_ Doc. No