AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT RETURN

| EASTERN | District of | LOUISIANA |

JUNE B. LaCOUR

V.

MERCK & CO., INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-3284 SECT. K MAG. 3**

TO: (Name and address of Defendant)

MERCK & CO., INC.
c/o CT CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DOMINICK F. IMPASTATO, III  (#29056)
MURRAY LAW FIRM
909 POYDRAS STREET, SUITE 2550
LL&E TOWER
NEW ORLEANS, LA 70112-4000

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                    DEC 0 1 2004

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  12-2-2004 |
| NAME OF SERVER (PRINT)  Kellom Williams | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Shawna Smith

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/2/04         Kellom H. Williams
                Date              Signature of Server

P.O. Box 1312 Metairie, LA. 70004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.