MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 31  AM 9:56

LORETTA G. WHYTE
CLERK

Attorneys for Plaintiffs in Case No. 2:05cv564

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Della Jo Salt, et al.<br><br>Plaintiffs<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br>**ORDER TO SUBSTITUTE COUNSEL** |

Based upon Plaintiffs' Motion and Memorandum in Support of Substitution of Counsel, and for good cause appearing,

IT IS HEREBY ORDERED that Stephen F. Edwards of Morgan, Minnock, Rice & James L.C. will be substituted for the recently-deceased Stephen G. Morgan of Morgan, Minnock, Rice & James L.C. as an attorney of record in the matter of Case No. 2:05cv564.

DATED this 30th day of May, 2007.

BY THE COURT

Eldon E. Fallon
District Court Judge

___ Fee_____
___ Process_____
_X_ Dkto_____
___ CtRmDep____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **ORDER TO SUBSTITUTE COUNSEL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), on this 28th day of May, 2007.

_____