UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**  **PRODUCTS LIABILITY LITIGATION:**

MDL NO. 1657

SECTION: L

………………………………………………..

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
  2:06-cv-1970

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Mike Matthes. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Mike Matthes, are dismissed without prejudice, all other Plaintiffs' claims remain in full force and effect. John J. Driscoll shall update Lexis Nexis File & Serve to reflect these changes.

  Dated this _____ day of _____, 2007.


  _____
  UNITED STATES DISTRICT JUDGE