FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 31  AM 9: 57

LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE LANDRY, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 05-6008 |
| | § | |
| MERCK & CO., INC. | § | |
| Defendant | § | |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, | § | |
| SALES PRACTICES AND | § | MDL NO. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | SECTION L |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE ELDON E. FALLON |
| JOYCE LANDRY | § | |
| | § | MAGISTRATE JUDGE |
| | § | DANIEL E. KNOWLES, III |

### ORDER

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other.  Further, the dismissal of this action will have no effect whatsoever on Plaintiff's action, Cause Number 05-4452.

*Plaintiff's counsel shall make the necessary changes on Lexis Nexis File + Serve pursuant to Pre-trial order No. 8B.*

IT IS SO ORDERED

ENTERED this ___30th___ day of ___May___, 2007.

_____
HONORABLE JUDGE ELDON E. FALLON

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____