IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | |
| ALL MEDICAL MONITORING CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 ) | MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the foregoing motion for leave to file notice of supplemental authority in support of Merck's motion to dismiss plaintiffs' medical monitoring class action complaint,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file the notice of supplemental authority, including the recent decision in *Paz v. Brush Engineered Materials, Inc.*, No. 2006-FC-00771-SCT, 2007 Miss. LEXIS 3 (Miss. Jan. 4, 2007), as a supplement to Merck's pending Motion to Dismiss Plaintiffs' Medical Monitoring Master Class Action Complaint.

NEW ORLEANS, LOUISIANA, this 4th day of June, 2007.

_____
DISTRICT JUDGE

850800v.1