UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHELLE SMITH | * |
| | * |
| VS. | * **Case No. 2:06-cv-6850** |
| | * |
| MERCK & COMPANY, INC. | * |
| | * *IN RE: VIOXX PRODUCTS LIABILITY* |
| | * *LITIGATION* |
| | * |
| | * MDL NO. 1657 |
| | * |
| | * SECTION: L |
| | * |
| | * JUDGE FALLON |
| | * MAG. JUDGE KNOWLES |

*************************************************************************

## ORDER

AND NOW, this 6th day of June, 2007, upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED that the above-referenced case is dismissed with prejudice.

BY THE COURT:

_____
United States District Judge