UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                :
                                            :    MDL Docket NO. 1657
PRODUCTS LIABILITY LITIGATION               :
                                            :    SECTION L
                                            :
*This document relates to ALL CASES*        :    JUDGE FALLON
                                            :    MAG. JUDGE KNOWLES

## ORDER

Considering the Motion for Leave to File Supplemental Authority of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Supplemental Authority to the Plaintiffs' Steering Committee's Motion to Conduct Case Specific Discovery.

New Orleans, Louisiana this ____ day of _____, 2007.

                                            Honorable Eldon E. Fallon
                                            U.S. District Judge

1