# EXHIBIT A

LAW OFFICES
**DECHERT LLP**
A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
PRINCETON PIKE CORPORATE CENTER
(MAIL TO)    P.O. BOX 5218, PRINCETON, NEW JERSEY 08543-5218
(DELIVER TO)    997 LENOX DRIVE, BUILDING THREE, SUITE 210
    LAWRENCEVILLE, NEW JERSEY 08648
    (609) 620-3200
**HUGHES HUBBARD & REED LLP**
A NEW YORK LIMITED LIABILITY PARTNERSHIP
101 HUDSON STREET, SUITE 3601
JERSEY CITY, NEW JERSEY 07302-3918
(201) 536-9220

ATTORNEYS FOR DEFENDANT MERCK & CO., INC.

**FILED**

JUN 06 2007

Carol E. Higbee, P.J.Cv.

Jun 6 2007
3:21PM
15130609

IN RE: VIOXX® LITIGATION

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: ATLANTIC COUNTY

CASE NO. 619

CIVIL ACTION
*APPLICABLE TO ALL CASES*

**CASE MANAGEMENT ORDER**

THIS MATTER having been brought before the Court on the application of Defendant Merck & Co., Inc. ("Merck") for a case management order to expedite discovery in 250 cases that the Court directed Merck to select at the January 4, 2007, Case Management Conference; and the matter having been addressed at the March 28, 2007, Case Management Conference, at which specific rulings were made on portions of Merck's proposal and certain aspects were deferred until the parties could further discuss the issues, and for good cause shown,

IT IS ON THIS 6th day of June 2007 hereby ORDERED that:

1. Merck's application to expedite discovery in certain cases be, and hereby is, GRANTED.

2. The cases listed on attachment A to this Order are divided into the groups set forth below. This order will set forth separate requirements for cases in each group.

3. Merck's point of contact for all discovery related this Order is Arthur Aizley, Esq., Dechert LLP, Princeton Pike Corporate Center, P.O. Box 5218, Princeton, New Jersey, 08543.

12713010.1.LITIGATION

***Group A: Cases Requiring Additional Documentation of Allegations***

    4.    A.    For those cases designated as needing more information about the alleged injury, medical records or other competent evidence to show that the plaintiff actually suffered the injury claimed or a letter explaining why plaintiff believes his or her case is nonetheless viable absent such evidence.

            B.    For those cases designated as cases needing more information about the alleged ingestion of Vioxx, pharmacy records showing Vioxx ingestion for the entire period of time plaintiff took Vioxx and, for any periods for which plaintiff cannot produce such records, a letter explaining the alleged source of the plaintiff's Vioxx.

            C.    For those cases designated as needing more information about both injury and usage, the materials described in both subparagraphs A and B above.

            D.    The above shall be provided in 90 days from the date of this Order.

    5.    After receiving the documentation or explanation from each individual plaintiff, Merck shall, within 60 days of receipt, inform Plaintiffs and the Court whether it: (1) will move to dismiss the case for failure to provide the information or because the information is plainly insufficient; (2) needs additional expedited discovery in order to determine whether to move to dismiss the case; or (3) will not move to dismiss on a expedited basis, whereupon the case will be returned to the general pool, without prejudice to the right to make any appropriate motions at some later time. If Merck seeks additional expedited discovery, the parties shall meet and confer regarding the issue of whether and, if so, what additional discovery is necessary. The parties may consult the Court should they fail to agree in any particular case.

***Group B: Injuries Other Than Myocardial Infarction and Ischemic Stroke***

    6.    This Order will not address the cases in this category. The parties will continue to meet and confer regarding this category and the category will be the subject of a separate Order.

***Group C: Injuries That Occurred Prior to the VIGOR Study Unblinding***

    7.    In each of the 15 cases in Group C, the plaintiffs shall, within 120 days of the entry of this order, serve upon Merck a liability expert report on which plaintiffs will rely to support their claims that Merck is liable for the alleged injury.

    8.    Merck may immediately seek summary judgment in any action in which the plaintiff fails to serve this generic expert report.

***Group D: Cases Potentially Filed Outside of the Applicable Limitation Period***

9. In each of the cases in Group D, the plaintiffs shall, within 30 days of the entry of this order, serve upon Merck completed fact sheets, authorizations, and the basic medical records required under the court's January 29, 2007 Order.

10. After receiving the fact sheets and authorizations from each individual plaintiff, Merck's counsel shall, within 5 days of receipt, serve a letter on the plaintiff's counsel informing counsel of any deficiencies that Merck has identified in the fact sheet or authorizations.

11. Upon receipt of the deficiency letter, the plaintiff shall, within 20 days, cure all deficiencies. The parties may consult the Court should they fail to agree on what additional information, if any, needs to be produced.

12. Thereafter, Merck shall notify each plaintiff when it has received sufficient medical records to go forward with the plaintiff's deposition.

13. Plaintiff's counsel shall make plaintiff available for a deposition within 90 days of such notice at a time and place agreeable to both parties. The parties may consult the Court if they cannot agree on a reasonable deposition schedule. This provision does not change plaintiff's obligation to appear for deposition in New Jersey.

AND IT IS FURTHER ORDERED that a copy of this Order shall be served upon all parties upon receipt.

HON. CAROL E. HIGBEE, P.J.Cv

____ OPPOSED

✓ UNOPPOSED

**GROUP A**

| Plaintiff | Case Caption | Docket Number | Challenge |
|---|---|---|---|
| Achord, Milburn | Achord, Danny v. Merck & Co., Inc. | ATL-L-6590-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Adler, Harold | Adler, Harold v. Merck & Co., Inc. | ATL-L-985-05-MT | No evidence of alleged injury. |
| Albosta, Don | Albosta, Don v. Merck & Co., Inc. | ATL-L-4246-06-MT | No evidence of alleged injury. |
| Alicea, Blanca | Alicea, Blanca v. Merck & Co., Inc. | ATL-L-2870-05-MT | No evidence of alleged injury. |
| Barber, Arthur William | Barber, Arthur William v. Merck & Co., Inc. | ATL-L-992-05-MT | No evidence of Vioxx usage. |
| Barnes, William | Barnes, William v. Merck & Co., Inc. | ATL-L-976-06-MT | No evidence of alleged injury. |
| Barney, Earline R | Barney, Earline R. v. Merck & Co., Inc. | ATL-L-3500-05-MT | No evidence of Vioxx usage. |
| Barreto, Nellie Gonzalez | Barreto, Nellie G. v. Merck & Co., Inc. | ATL-L-6016-05-MT | No evidence of Vioxx usage. |
| Bauguess, Jerry M | Bauguess, Jerry M. v. Merck & Co., Inc. | ATL-L-3766-05-MT | No evidence of Vioxx usage. |
| Beers, Annette | Beers, Annette v. Merck & Co., Inc. | ATL-L-1367-05-MT | No evidence of Vioxx usage. |
| Beltran, Myrna | Beltran, Myrna v. Merck & Co., Inc. | ATL-L-863-05-MT | No evidence of Vioxx usage. |
| Berrios, Blanca N Berrios | Santos, Aristidez R. v. Merck & Co., Inc. | ATL-L-6477-05-MT | No evidence of Vioxx usage. |
| Binder, Isodore | Binder, Isodore v. Merck & Co., Inc. | ATL-L-983-05-MT | No evidence of alleged injury. |
| Birchum, Sandra | Birchum, Sandra v. Merck & Co., Inc. | ATL-L-6305-05-MT | No evidence of alleged injury. |
| Blumer, James | Blumer, James v. Merck & Co., Inc. | ATL-L-1095-05-MT | No evidence of Vioxx usage. |
| Boden, Susan M | Boden, Susan M. v. Merck & Co., Inc. | ATL-L-2901-05-MT | No evidence of Vioxx usage. |
| Boerner, Ernest | Boerner, Ernest v. Merck & Co., Inc. | ATL-L-3898-05-MT | No evidence of Vioxx usage. |
| Boggerty Hairston, Karen | Boggerty-Hairston, Karen v. Merck & Co., Inc. | ATL-L-743-05-MT | No evidence of alleged injury. |
| Bonner, Anna | Bonner, Neil v. Merck & Co., Inc. | ATL-L-4777-05-MT | No evidence of Vioxx usage. |
| Brewster, James | Brewster, James v. Merck & Co., Inc. | ATL-L-1031-05-MT | No evidence of alleged injury. |
| Brock, Cathy | Brock, Cathy V. Merck & Co., Inc. | ATL-L-5727-05-MT | No evidence of alleged injury. |
| Brooks, Eric | Brooks, Eric v. Merck & Co., Inc. | ATL-L-2435-05-MT | No evidence of Vioxx usage. |
| Brooks, JoAnn | Brooks, Joann v. Merck & Co., Inc. | ATL-L-734-05-MT | No evidence of alleged injury. |
| Brumby, Ronald | Brumby, Ronald v. Merck & Co., Inc. | ATL-L-7076-05-MT | No evidence of alleged injury. |
| Buford, Angela | Buford, Angela v. Merck & Co., Inc. | ATL-L-2831-05-MT | No evidence of Vioxx usage. |
| Byrd, John C | Byrd, John C. v. Merck & Co., Inc. | ATL-L-358-05-MT | No evidence of Vioxx usage. |
| Carney, Makeyma | Carney, Makeyma v. Merck & Co., Inc. | ATL-L-104-05-MT | No evidence of alleged injury. |
| Caviness, Larry D | Caviness, Larry D. v. Merck & Co., Inc. | ATL-L-4664-05-MT | No evidence of Vioxx usage. |
| Chatman, Ricky | Chatman, Ricky v. Merck & Co., Inc. | ATL-L-3352-05-MT | No evidence of Vioxx usage. |
| Collins, Jay W | Collins, Jay W. v. Merck & Co., Inc. | ATL-L-760-05-MT | No evidence of Vioxx usage. |
| Collins, Michael | Collins, Michael v. Merck & Co., Inc. | ATL-L-4631-05-MT | No evidence of alleged injury. |
| Collins, Ronald | Collins, Ronald v. Merck & Co., Inc. | ATL-L-2501-03-MT | No evidence of alleged injury. |

| Plaintiff | Case Caption | Docket Number | Challenge |
|---|---|---|---|
| Cooper, Jerome L | Cooper, Jerome L. v. Merck & Co., Inc. | ATL-L-994-05-MT | No evidence of alleged injury. |
| Cooper, Wakeford | Cooper, Wakeford v. Merck & Co., Inc. | ATL-L-1402-05-MT | No evidence of Vioxx usage. |
| Cordero, Charles | Cordero, Charles v. Merck & Co., Inc. | ATL-L-897-05-MT | No evidence of alleged injury. |
| Cortes, Angel Laureano | Cortes, Angel L. v. Merck & Co., Inc. | ATL-L-5999-05-MT | No evidence of alleged injury. |
| Cox, Peggy J | Cox, Billy v. Merck & Co., Inc. | ATL-L-332-05-MT | No evidence of Vioxx usage. |
| Damerow, H Allan | Damerow, H.A.v. Merck & Co., Inc. | ATL-L-4242-05-MT | No evidence of alleged injury. |
| Dangerfield, Geraldine | Dangerfield, Geraldine v. Merck & Co., Inc. | ATL-L-967-05-MT | No evidence of alleged injury. |
| Daniels, Margaret | Daniels, Margaret v. Merck & Co., Inc. | ATL-L-753-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Dellemar, John | Dellemar, John v. Merck & Co., Inc. | ATL-L-7227-05-MT | No evidence of alleged injury. |
| Dempster, Jo | Dempster, Jo v. Merck & Co., Inc. | ATL-L-1333-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Derick, Gladys | Derick, Gladys v. Merck & Co., Inc. | ATL-L-333-05-MT | No evidence of Vioxx usage. |
| DeRossett, Catherine | DeRossett, Catherine v. Merck & Co., Inc. | ATL-L-105-05-MT | No evidence of alleged injury. |
| Diaz, Irma | Diaz, Irma v. Merck & Co., Inc. | ATL-L-4551-05-MT | No evidence of alleged injury. |
| Diaz, Jose Vazquez | Diaz, Jose V. v. Merck & Co., Inc. | ATL-L-6090-05-MT | No evidence of Vioxx usage. |
| Dickens, Almo Jr | Dickens, Almo v. Merck & Co., Inc. | ATL-L-451-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Dickinson, Colleen | Dickinson, Colleen v. Merck & Co., Inc. | ATL-L-626-05-MT | No evidence of Vioxx usage. |
| Dougherty, Michael | Dougherty, Michael v. Merck & Co., Inc. | ATL-L-3625-05-MT | No evidence of alleged injury. |
| Douglass, George H | Douglass, George H. v. Merck & Co., Inc. | ATL-L-2829-05-MT | No evidence of alleged injury. |
| Drazin, Adeline | Drazin, Adeline v. Merck & Co., Inc. | ATL-L-6483-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Dreyer, Virginia W | Dreyer, Virginia W. v. Merck & Co., Inc. | ATL-L-4775-05-MT | No evidence of Vioxx usage. |
| Duncan, Peggy Sue | Duncan, Peggy S. v. Merck & Co., Inc. | ATL-L-2913-05-MT | No evidence of Vioxx usage. |
| Dussault, Judith Ann | Dussault, Judith A. v. Merck & Co., Inc. | ATL-L-1101-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Dye, Gloria Jean | Dye, Gloria J. v. Merck & Co., Inc. | ATL-L-6267-05-MT | No evidence of Vioxx usage. |
| Egger, Ludwig | Egger, Ludwig v. Merck & Co., Inc. | ATL-L-948-05-MT | No evidence of Vioxx usage. |
| Elder, Robbie M | Elder, Robbie M. v. Merck & Co., Inc. | ATL-L-3632-05-MT | No evidence of Vioxx usage. |
| Eldridge, Eddie | Eldridge, Eddie v. Merck & Co., Inc. | ATL-L-1465-05-MT | No evidence of Vioxx usage. |
| Elkins, Charles R | Elkins, Charles R. v. Merck & Co., Inc. | ATL-L-2402-05-MT | No evidence of alleged injury. |
| Fair, Marcia | Fair, Marcia v. Merck & Co., Inc. | ATL-L-2949-05-MT | No evidence of alleged injury. |
| Febus, Antonio | Febus, Antonio v. Merck & Co., Inc. | ATL-L-1562-05-MT | No evidence of alleged injury. |
| Fenelon, Marie | Fenelon, Marie v. Merck & Co., Inc. | ATL-L-2262-05-MT | No evidence of alleged injury. |

5

| Plaintiff | Case Caption | Docket Number | Challenge |
|---|---|---|---|
| Fijalka, David | Fijalka, David v. Merck & Co., Inc. | ATL-L-6316-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Finnegan, Donna Marie | Finnegan, Donna M. v. Merck & Co., Inc. | ATL-L-1135-05-MT | No evidence of Vioxx usage. |
| First, Bonnie Lou | First, Edward C. v. Merck & Co., Inc. | ATL-L-7307-05-MT | No evidence of alleged injury. |
| Flowers, Susan | Flowers, Susan v. Merck & Co., Inc. | ATL-L-3893-05-MT | No evidence of alleged injury. |
| Fogg, Catherine | Fogg, Catherine v. Merck & Co., Inc. | ATL-L-92-05-MT | No evidence of alleged injury. |
| Folse, Bernadette | Folse, Bernadette v. Merck & Co., Inc. | ATL-L-3454-06-MT | No evidence of Vioxx usage. |
| Futrell, Jeffrey E | Futrell, Jeffrey E. v. Merck & Co., Inc. | ATL-L-1160-05-MT | No evidence of Vioxx usage. |
| Gallagher, Lisa | Gallagher, Lisa v. Merck & Co., Inc. | ATL-L-2226-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Galleher, John D | Galleher, John D. v. Merck & Co., Inc. | ATL-L-3109-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Galvin, Elaine | Galvin, Elaine v. Merck & Co., Inc. | ATL-L-940-05-MT | No evidence of Vioxx usage. |
| Garner, Lutie B | Garner, Lutie B. v. Merck & Co., Inc. | ATL-L-1413-05-MT | No evidence of Vioxx usage. |
| Garner, Ruby | Garner, Ruby v. Merck & Co., Inc. | ATL-L-1260-05-MT | No evidence of Vioxx usage. |
| Gavin, Michael | Gavin, Michael v. Merck & Co., Inc. | ATL-L-138-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Gibby, Virginia | Millsaps, Lisa v. Merck & Co., Inc. | ATL-L-1966-05-MT | No evidence of Vioxx usage. |
| Gilbert, Marietta | Gilbert, Marietta v. Merck & Co., Inc. | ATL-L-1752-05-MT | No evidence of alleged injury. |
| Gilden, Belle | Gilden, Belle v. Merck & Co., Inc. | ATL-L-2230-05-MT | No evidence of alleged injury. |
| Gilrein, James | Gilrein, James v. Merck & Co., Inc. | ATL-L-1352-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Godlewsky, Joseph B | Godlewsky, Joseph B. v. Merck & Co., Inc. | ATL-L-949-05-MT | No evidence of alleged injury. |
| Gonzalez, Emerida | Gonzalez, Emerida v. Merck & Co., Inc. | ATL-L-7291-05-MT | No evidence of alleged injury. |
| Goree, Evelyn | Goree, Evelyn v. Merck & Co., Inc. | ATL-L-1809-05-MT | No evidence of Vioxx usage. |
| Graham, Donald S | Graham, Donald S. v. Merck & Co., Inc. | ATL-L-2397-05-MT | No evidence of Vioxx usage. |
| Grant, Candice | Grant, Candice v. Merck & Co., Inc. | ATL-L-1026-05-MT | No evidence of Vioxx usage. |
| Grant, Herman | Grant, Herman v. Merck & Co., Inc. | ATL-L-1192-06-MT | No evidence of Vioxx usage. |
| Grantham, Verneal | Grantham, Verneal v. Merck & Co., Inc. | ATL-L-5120-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Graves, Robert Dean | Graves, Robert D. v. Merck & Co., Inc. | ATL-L-2200-05-MT | No evidence of Vioxx usage. |
| Gunnells, Emily | Gunnells, Emily v. Merck & Co., Inc. | ATL-L-1508-05-MT | No evidence of alleged injury. |
| Ham, Clifton Jr | Ham, Clifton v. Merck & Co., Inc. | ATL-L-1310-05-MT | No evidence of Vioxx usage. |
| Hamblin, Minnie | Hamblin, Minnie v. Merck & Co., Inc. | ATL-L-5889-05-MT | No evidence of alleged injury. |
| Harris, Elliott W Jr | Harris, Elliott W. v. Merck & Co., Inc. | ATL-L-4046-05-MT | No evidence of Vioxx usage. |
| Harrold, Byron G | Harrold, Byron G. v. Merck & Co., Inc. | ATL-L-533-05-MT | No evidence of alleged injury. |

| Plaintiff | Case Caption | Docket Number | Challenge |
|---|---|---|---|
| Harvey, Thomas | Harvey, Thomas v. Merck & Co., Inc. | ATL-L-1015-05-MT | No evidence of Vioxx usage. |
| Henley, Raymond | Henley, Raymond v. Merck & Co., Inc. | ATL-L-691-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Hernandez, Danaides L | Hernandez, Danaides L. v. Merck & Co., Inc. | ATL-L-4059-04-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Hoppes, Gary C | Hoppes, Gary C. v. Merck & Co., Inc. | ATL-L-2398-05-MT | No evidence of alleged injury. |
| Howser, Robert Burnett | Howser, Edward v. Merck & Co., Inc. | ATL-L-1417-05-MT | No evidence of alleged injury. |
| Hughes, Lena | Hughes, Levern v. Merck & Co., Inc. | ATL-L-3325-05-MT | No evidence of Vioxx usage. |
| Jackson, Cornelius J | Gray, Dana A. v. Merck & Co., Inc. | ATL-L-3729-04-MT | No evidence of alleged injury. |
| Jackson, Delores | Jackson, Delores v. Merck & Co., Inc. | ATL-L-1410-05-MT | No evidence of Vioxx usage. |
| James, Dorothy | James, Dorothy v. Merck & Co., Inc. | ATL-L-5475-05-MT | No evidence of Vioxx usage. |
| Jawel, Vito | Jawel, Vito v. Merck & Co., Inc. | ATL-L-1010-05-MT | No evidence of alleged injury. |
| Jean Romain, Huguette | Jean Romain, Huguette v. Merck & Co., Inc. | ATL-L-4312-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Jeffries, William | Jeffries, William v. Merck & Co., Inc. | ATL-L-6377-05-MT | No evidence of alleged injury. |
| Jenkins, Mary Ann | Jenkins, Mary A. v. Merck & Co., Inc. | ATL-L-6236-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Jenkins, Norene | Jenkins, Norene v. Merck & Co., Inc. | ATL-L-2058-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| John, Dennis | John, Dennis v. Merck & Co., Inc. | ATL-L-2394-05-MT | No evidence of alleged injury. |
| Johnson, Shirley | Johnson, Shirley v. Merck & Co., Inc. | ATL-L-697-05-MT | No evidence of alleged injury. |
| Jones, Pamela | Jones, Pamela v. Merck & Co., Inc. | ATL-L-12621-06-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Kendall, Judith E | Kendall, Judith E. v. Merck & Co., Inc. | ATL-L-567-06-MT | No evidence of Vioxx usage. |
| Kennedy, Robert | Kennedy, Joan v. Merck & Co., Inc. | ATL-L-3636-04-MT | No evidence of alleged injury. |
| Kharkovskiy, Igor | Kharkovskiy, Igor v. Merck & Co., Inc. | ATL-L-7133-05-MT | No evidence of Vioxx usage. |
| King, Danielle | King, Danielle v. Merck & Co., Inc. | ATL-L-3546-05-MT | No evidence of alleged injury. |
| Klinetobe, Linda L | Klinetobe, Linda L. v. Merck & Co., Inc. | ATL-L-2395-05-MT | No evidence of alleged injury. |
| Knutson, Donald | Knutson, Donald v. Merck & Co., Inc. | ATL-L-1542-05-MT | No evidence of Vioxx usage. |
| Kraft, Ray Lee | Kraft, Ray L. v. Merck & Co., Inc. | ATL-L-694-05-MT | No evidence of Vioxx usage. |
| Kumai, Suzanna | Kumai, Suzanna v. Merck & Co., Inc. | ATL-L-1011-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Ladd, Robert | Ladd, Robert v. Merck & Co., Inc. | ATL-L-324-05-MT | No evidence of alleged injury. |
| Lance, Mary | Lance, Mary v. Merck & Co., Inc. | ATL-L-1611-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Lawton, Barry Alan | Lawton, Barry A. v. Merck & Co., Inc. | ATL-L-457-06-MT | No evidence of Vioxx usage. No evidence of alleged injury. |

7

| Plaintiff | Case Caption | Docket Number | Challenge |
|---|---|---|---|
| Lee, Jesse Sr | Lee, Jesse v. Merck & Co., Inc. | ATL-L-1017-05-MT | No evidence of Vioxx usage. |
| Lee, Sharon | Lee, Sharon v. Merck & Co., Inc. | ATL-L-1622-05-MT | No evidence of Vioxx usage. |
| Lesaine, Karen Layonne | Lesaine, Karen L. v. Merck & Co., Inc. | ATL-L-1557-05-MT | No evidence of alleged injury. |
| Lewis, Eva | Lewis, Eva v. Merck & Co., Inc. | ATL-L-6321-05-MT | No evidence of alleged injury. |
| Lilenthal, James | Lilenthal, James v. Merck & Co., Inc. | ATL-L-1131-06-MT | No evidence of Vioxx usage. |
| Limehouse, Lucy | Limehouse, Lucy v. Merck & Co., Inc. | ATL-L-6969-05-MT | No evidence of Vioxx usage. |
| Manley, Lou | Manley, Lou v. Merck & Co., Inc. | ATL-L-3389-05-MT | No evidence of alleged injury. |
| Martin, Bonnie | Martin, Bonnie v. Merck & Co., Inc. | ATL-L-3323-05-MT | No evidence of Vioxx usage. |
| Mathews, Jackquline | Mathews, Jackquline v. Merck & Co., Inc. | ATL-L-6428-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| McAlister, Annie | McAlister, Annie v. Merck & Co., Inc. | ATL-L-5574-05-MT | No evidence of alleged injury. |
| McDonald, Mickey | McDonald, Mickey v. Merck & Co., Inc. | ATL-L-2284-05-MT | No evidence of Vioxx usage. |
| McGee, Michael G | McGee, Bonnie M. v. Merck & Co., Inc. | ATL-L-2081-05-MT | No evidence of Vioxx usage. |
| McGrew, Jerry S Sr | McGrew, Janice L. v. Merck & Co., Inc. | ATL-L-14784-06-MT | No evidence of Vioxx usage. |
| Meyers, Dean | Meyers, Dean v. Merck & Co., Inc. | ATL-L-143-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Murphy, Sharon J | Murphy, Sharon J. v. Merck & Co., Inc. | ATL-L-806-06-MT | No evidence of Vioxx usage. |
| Myers, Doris | Myers, Doris v. Merck & Co., Inc. | ATL-L-3364-03-MT | No evidence of alleged injury. |
| Nesser, David A | Nesser, David A. v. Merck & Co., Inc. | ATL-L-808-05-MT | No evidence of alleged injury. |
| Newbell, David M | Newbell, Adell v. Merck & Co., Inc. | ATL-L-187-06-MT | Affirmative evidence of alternative causation. |
| Nunez, Jose | Nunez, Jose v. Merck & Co., Inc. | ATL-L-2047-05-MT | No evidence of alleged injury. |
| Odess, Linda | Odess, Linda v. Merck & Co., Inc. | ATL-L-4465-05-MT | No evidence of Vioxx usage. |
| Ortiz, Nicholas T | Ortiz, Nicholas T. v. Merck & Co., Inc. | ATL-L-3025-05-MT | No evidence of alleged injury. |
| Ouert, Stephan | Ouert, Stephan v. Merck & Co., Inc. | ATL-L-15447-06-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Owens, Mildred E | Owens, Mildred E. v. Merck & Co., Inc. | ATL-L-2675-05-MT | No evidence of alleged injury. |
| Pabon, Hilda | Pabon, Hilda v. Merck & Co., Inc. | ATL-L-2049-05-MT | No evidence of alleged injury. |
| Parrish, Jolene | Parrish, Jolene v. Merck & Co., Inc. | ATL-L-1104-05-MT | No evidence of alleged injury. |
| Patterson, Brenda | Patterson, Brenda v. Merck & Co., Inc. | ATL-L-3347-05-MT | No evidence of Vioxx usage. |
| Pierce, Dorothy | Pierce, Dorothy v. Merck & Co., Inc. | ATL-L-2985-04-MT | No evidence of Vioxx usage. |
| Polizzi, Richard | Polizzi, Richard v. Merck & Co., Inc. | ATL-L-535-05-MT | No evidence of alleged injury. |
| Rachal, Mary | Rachal, Mary v. Merck & Co., Inc. | ATL-L-5884-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Ramey, Bruce | Ramey, Bruce v. Merck & Co., Inc. | ATL-L-5944-05-MT | No evidence of Vioxx usage. |
| Ramjit, Hardaye | Ramjit, Hardaye v. Merck & Co., Inc. | ATL-L-1166-05-MT | No evidence of alleged injury. |

8

| Plaintiff | Case Caption | Docket Number | Challenge |
|---|---|---|---|
| Richard, Kevin | Richard, Kevin v. Merck & Co., Inc. | ATL-L-867-05-MT | No evidence of alleged injury. |
| Rivera, Lydia Gaud | Rivera, Lydia G. v. Merck & Co., Inc. | ATL-L-6218-05-MT | No evidence of alleged injury. |
| Rivera, Michael Rodriquez | Rivera, Michael R. v. Merck & Co., Inc. | ATL-L-6078-05-MT | No evidence of Vioxx usage. |
| Robichaud, Margot | Robichaud, Margot v. Merck & Co., Inc. | ATL-L-7760-05-MT | No evidence of Vioxx usage. |
| Robinson, Michael | Robinson, Michael v. Merck & Co., Inc. | ATL-L-1207-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Rocher, Frances Ann | Rocher, Frances A. v. Merck & Co., Inc. | ATL-L-2308-05-MT | No evidence of Vioxx usage. |
| Rodriguez, Cipriana Davila | Rodriguez, Cipriana D. v. Merck & Co., Inc. | ATL-L-6182-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Rose, Roger A | Rose, Roger A. v. Merck & Co., Inc. | ATL-L-755-05-MT | No evidence of alleged injury. |
| Roy, Leon | Roy, Leon v. Merck & Co., Inc. | ATL-L-1428-05-MT | No evidence of Vioxx usage. |
| Roy, Sandra | Roy, Sandra v. Merck & Co., Inc. | ATL-L-5609-05-MT | No evidence of Vioxx usage. |
| Saathoff, Randal | Saathoff, Randal v. Merck & Co., Inc. | ATL-L-625-05-MT | No evidence of alleged injury. |
| Salois, Nancy S | Salois, Nancy S. v. Merck & Co., Inc. | ATL-L-2478-05-MT | No evidence of Vioxx usage. |
| Schaefer, Joseph | Schaefer, Joseph v. Merck & Co., Inc. | ATL-L-3643-04-MT | No evidence of Vioxx usage. |
| Scheel, Elizabeth Anne | Scheel, Elizabeth A. v. Merck & Co., Inc. | ATL-L-2051-05-MT | No evidence of Vioxx usage. |
| Scheiner, Tova | Scheiner, Tova v. Merck & Co., Inc. | ATL-L-514-05-MT | No evidence of Vioxx usage. |
| Schneckloth, Doris M | Schneckloth, Doris M. v. Merck & Co., Inc. | ATL-L-2393-05-MT | No evidence of alleged injury. |
| Setliff, Etta Gay | Setliff, Etta G. v. Merck & Co., Inc. | ATL-L-1550-05-MT | No evidence of Vioxx usage. |
| Shepherd, Lauren | Shepherd, Lauren v. Merck & Co., Inc. | ATL-L-2220-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Simmons, Joann | Simmons, Joann v. Merck & Co., Inc. | ATL-L-1590-05-MT | No evidence of alleged injury. |
| Slater, John C | Slater, John C. v. Merck & Co., Inc. | ATL-L-4252-05-MT | No evidence of Vioxx usage. |
| Smallwood, Timothy H | Smallwood, Timothy v. Merck & Co., Inc. | ATL-L-5103-05-MT | No evidence of Vioxx usage. |
| Smith, John Elvin | Smith, John E. v. Merck & Co., Inc. | ATL-L-33-05-MT | No evidence of alleged injury. |
| Smith, Tanya Lynn | Smith, Tanya L. v. Merck & Co., Inc. | ATL-L-2217-05-MT | No evidence of alleged injury. |
| Stewart, Thomas | Stewart, Thomas v. Merck & Co., Inc. | ATL-L-1504-05-MT | No evidence of alleged injury. |
| Strachan, Virginia | Strachan, Virginia v. Merck & Co., Inc. | ATL-L-904-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Tatum Reynolds, Carolyn | Tatum Reynolds, C. v. Merck & Co., Inc. | ATL-L-1587-05-MT | No evidence of alleged injury. |
| Terrell, Bonnie | Terrell, Bonnie v. Merck & Co., Inc. | ATL-L-954-05-MT | No evidence of alleged injury. |
| Thomas, Cecil F | Thomas, Cecil F. v. Merck & Co., Inc. | ATL-L-745-05-MT | No evidence of alleged injury. |
| Thresher, Donald Ray | Thresher, Donald R. v. Merck & Co., Inc. | ATL-L-1396-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Tucker, Bernard | Tucker, Virginia v. Merck & Co., Inc. | ATL-L-2509-05-MT | No evidence of alleged injury. |
| Vasilovski, Dane | Vasilovski, Dane v. Merck & Co., Inc. | ATL-L-703-05-MT | No evidence of alleged injury. |

9

| Plaintiff | Case Caption | Docket Number | Challenge |
|---|---|---|---|
| Vineki, Gizella | Vineki, Gizella v. Merck & Co., Inc. | ATL-L-350-05-MT | No evidence of Vioxx usage. |
| Walls, Rubie | Walls, Rubie v. Merck & Co., Inc. | ATL-L-6248-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| Washburn, George | Washburn, George v. Merck & Co., Inc. | ATL-L-877-06-MT | No evidence of Vioxx usage. |
| Watson, Harlan | Watson, Harlan v. Merck & Co., Inc. | ATL-L-6265-05-MT | No evidence of Vioxx usage. |
| Wells, Lonnie Jr | Wells, Lonnie Jr. v. Merck & Co., Inc. | ATL-L-1247-05-MT | No evidence of Vioxx usage. No evidence of alleged injury. |
| White, James Alvin | White, Glenda v. Merck & Co., Inc. | ATL-L-1680-03-MT | No evidence of Vioxx usage. |
| White, Linda | White, Linda v. Merck & Co., Inc. | ATL-L-5579-05-MT | No evidence of alleged injury. |
| Williams, Daisy | Williams, Clarence v. Merck & Co., Inc. | ATL-L-4634-05-MT | No evidence of Vioxx usage. |
| Williams, Sarah H | Williams, Sarah H. v. Merck & Co., Inc. | ATL-L-1824-05-MT | No evidence of alleged injury. |
| Wise, Barbara | Wise, Barbara v. Merck & Co., Inc. | ATL-L-142-05-MT | No evidence of alleged injury. |
| Wojtukiewicz, Stanley | Wojtukiewicz, Stanley v. Merck & Co., Inc. | ATL-L-2975-05-MT | No evidence of alleged injury. |
| Wolff, Ada M | Wolff, Jack C. v. Merck & Co., Inc. | ATL-L-4681-05-MT | No evidence of alleged injury. |
| Zambrana, Loida I Melendez | Zambrana, Loida I Melendez v. Merck & Co., Inc. | ATL-L-6594-05-MT | No evidence of Vioxx usage. |
| Zirbel, Beverly | Zirbel, Beverly v. Merck & Co., Inc. | ATL-L-1810-05-MT | No evidence of alleged injury. |

## GROUP C

| Plaintiff | Case Caption | Docket Number | Date of Alleged Injury |
|---|---|---|---|
| Burke, Donna | Burke, Donna v. Merck & Co., Inc. | ATL-L-0892-05-MT | November 3, 1999 |
| Coomer, Jimmie | Coomer, Jimmie v. Merck & Co., Inc. | ATL-L-13081-06-MT | January 2000 |
| Erickson, Shirley M | Erickson, Shirley M. v. Merck & Co., Inc. | ATL-L-3116-05-MT | November 11, 1999 |
| Feia, Ethel L | Feia, Ethel L. v. Merck & Co., Inc. | ATL-L-6128-06-MT | November 1999 |
| Hanrahan, John H | Hanrahan, John H. v. Merck & Co., Inc. | ATL-L-2212-05-MT | January 19, 2000 |
| Hart, Barbara | Hart, Barbara v. Merck & Co., Inc. | ATL-L-7082-05-MT | May 3, 1999 |
| Hicks, Franklin Delano | Hicks, Franklin D. v. Merck & Co., Inc. | ATL-L-12797-06-MT | January 12, 2000 |
| Hill, Henry | Hill, Henry v. Merck & Co., Inc. | ATL-L-1236-05-MT | November 3, 1999 |
| Lincoln, Yvonne | Lincoln, Yvonne v. Merck & Co., Inc. | ATL-L-10831-06-MT | December 1999 |
| McKinnon, Margaret | McKinnon, Margaret v. Merck & Co., Inc. | ATL-L-1061-04-MT | December 11, 1999 |
| Morris, James A | Morris, John A. v. Merck & Co., Inc. | ATL-L-3022-05-MT | "On or about 1999" |
| Sater, Pearl | Sater, Pearl v. Merck & Co., Inc. | ATL-L-733-05-MT | January 20, 2000 |
| Singer, William | Singer, William v. Merck & Co., Inc. | ATL-L-1100-05-MT | September 1999 |
| Todd, Randall | Todd, Randall v. Merck & Co., Inc. | ATL-L-5856-05-MT | January 10, 2000 |
| Van Norman, George Jr | Van Norman, George v. Merck & Co., Inc. | ATL-L-3984-04-MT | August 15, 1999 |

10

**GROUP D**

| Plaintiff | Case Caption | Docket Number |
|---|---|---|
| Price, Paul | Price, Paul v. Merck & Co., Inc. | ATL-L-16464-06-MT |
| Severson, Louise | Severson, Louise v. Merck & Co., Inc. | ATL-L-16465-06-MT |

11