UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THEODORE MCVAY, Individually and as Personal Representative of the Estate of BETTY MCVAY, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & COMPANY, INC., et al.,<br><br>Defendants. | MDL Docket No. 1657<br><br>In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>CASE NO. 05-04519 |

(THIS DOCUMENT RELATES TO:  Jennifer Rowland et al v. Merck & Co., Inc., a foreign corporation, No. 3:05cv04519)

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND MOTION TO SUBSTITUTE PLAINTIFF

**COMES NOW** the Plaintiff, Theodore McVay, pursuant to Rules 15(a) and 25(a), *F.R.Civ.P.*, and respectfully requests this Court for leave to amend the Complaint previously filed in this cause by substituting "Theodore McVay, individually, and as personal representative of the Estate of Betty McVay, Deceased," for Donna Burney.

1. This cause was originally filed in the United States District Court for the Eastern District of Louisiana on September 30, 2005. Donna Burney was inadvertently named as the personal representative of the Estate of Betty McVay, deceased. Theodore McVay, Betty McVay's son, was appointed personal representative of the Estate of Betty McVay.

2. Betty McVay is survived by her children: Theodore McVay, Donna Burney, David C. Woerner and Timothy McVay. Theodore McVay, as personal representative and on behalf of all heirs, brings this action for injuries suffered to and for the death of Betty McVay, as permitted under Ohio law.

3. Rule 15(a), *Fed.R.Civ.P.*, states that leave to amend shall be freely granted when justice so requires. Plaintiff, through his counsel, has acted timely to amend his complaint to set

forth the proper identity of the Plaintiff and to bring all claims recoverable by the Personal Representative and the surviving heirs as a result of the death of Betty McVay, deceased.

4. A trial date has not been set in this cause.

5. Defendant Merck will not be unduly prejudiced by the amendment of the Complaint in this case.

6. Defendant Merck has no objection to the motion for leave to amend complaint and the motion to substitute but specifically reserves and is not waiving (a) any affirmative defenses, including, but not limited to, any statute-of-limitations defenses, regarding the original complaint or any amended complaint and (b) any arguments regarding whether any amendment or substitution relates back.

**RESPECTFULLY SUBMITTED** this the 8th day of June, 2007.


By: /s/ Benjamin L. Locklar
**ANDY D. BIRCHFIELD, JR. (BIR006)**
**BENJAMIN L. LOCKLAR (LOC009)**
**Attorneys for the Plaintiffs**


OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 – Fax

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the 8th day of June, 2007.

Richard C. Stanley
Bryan C. Reuter
Thomas P. Owen, Jr.
**STANLEY, FLANAGAN**
 **& REUTER, LLC**
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
(504) 523-1580
(504) 524-0069 – FAX

Phillip A. Wittman
Dorothy H. Wimberly
Carmelite M. Bertaut
**STONE PIGMAN WALTHER.**
 **WITTMAN, LLC**
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200
(504) 581-3361 FAX


           /s/ Benjamin L. Locklar
**OF COUNSEL**


**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS, & MILES, P.C.**
234 Commerce Street
Montgomery, Alabama  36104
(334) 269-2343
(334) 954-7555 - FAX
**Andy.Birchfield@beasleyallen.com**
**Ben.Locklar@bealseyallen.com**