UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1657<br><br>SECTION L |
| THEODORE MCVAY, Individually and as Personal Representative of the Estate of BETTY MCVAY, Deceased, | * * * * | CASE NO. 05-4519<br><br>JUDGE ELDON E. FALLON |
| Plaintiff,<br>v.<br>MERCK & CO., INC., a foreign corporation,<br>Defendant. | * * * * * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III<br><br>PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |

(THIS DOCUMENT RELATES TO: Jennifer Rowland, et al. v. Merck & Co., Inc., Civil Action No. 3:05cv04519)

## ORDER

(Unopposed Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff)

THIS CAUSE comes before the Court on *Unopposed Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff* submitted by the Plaintiff, Theodore McVay, individually and as personal representative of the Estate of Betty McVay, deceased, pursuant to Rule 15(a) and 25(a) of the Federal Rules of Civil Procedure. Along with the *Unopposed Motion for Leave to Amend the Complaint and Motion to Substitute Plaintiff*, the Plaintiff has submitted the proposed amended complaint.

It is hereby **ORDERED** that Theodore McVay's *Unopposed Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff* be **GRANTED**. The Clerk of the Court is directed to receive the Amended Complaint and to show it as filed.

**DONE** this the ___ day of _____, 2007.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**