Andy D. Birchfield, Jr. (BIR006)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

Attorneys for Plaintiff Theodore McVay
_____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657  SECTION L |
| THEODORE MCVAY, Individually, and as Executrix of the Estate of BETTY MCVAY, Deceased, | * * * * | CASE NO. 05-4519 |
| Plaintiff, | * | JUDGE ELDON E. FALLON |
| v. | * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| MERCK & CO., INC. et al, a foreign corporation, | * * * | |
| Defendant. | * * | |

(This Document Relates To: Jennifer Rowland et al, v. Merck & Co., Inc., a foreign corporation, No. 2:05cv4519)

## CERTIFICATE OF COMPLIANCE

In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certifies that as soon as the Order granting the Unopposed Motion for Substitution of Plaintiff is entered by the Court he will make the change directly on File & Serve to reflect the amended complaint in the above-referenced case.

2

        /s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
 & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama   36103
(334) 269-2343
(334) 954-7555 - Fax
Attorneys for the Plaintiff