UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIBABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05-cv-00494 | * | JUDGE FALLON |
| BETTYE J. MAGEE, ET AL.,<br>   Bennie Henderson,<br>   An Individual | * | MAG. JUDGE KNOWLES |
| PLAINTIFFS, | * | |
| v. | * | |
| MERCK & COMPANY, INC., ET AL. | * | |
| DEFENDANTS. | * | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Plaintiff's counsel respectfully moves for leave to withdraw as counsel in the captioned matter and, in support of same, states:

(1) Plaintiff's counsel previously sought to withdraw as counsel in this matter when the case was in the Southern District of Mississippi, Hattiesburg Division. Prior to the Judge ruling on the Motion, the case was transferred to the MDL in Louisiana.

(2) Previously, when the Southern District of Mississippi, Hattiesburg Division had jurisdiction over this matter, Plaintiff Bennie Henderson executed a consent form agreeing to the withdrawal of Plaintiff's counsel.

(3) A copy of this Motion has been delivered to Plaintiffs' Liaison Counsel, Russ M. Herman, and Defendants' Liasion Counsel, Phillip Wittmann by regular mail.

(4) Plaintiff Bennie Henderson is currently represented by the Gibson Law Firm, PLLC.

WHEREFORE Movant, requests that Ted G. Meadows and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., be allowed to withdraw as counsel for Plaintiff Bennie Henderson.

Respectfully submitted this the 11 of June 2007.

_____
Ted G. Meadows (MB #100938)

**Beasley, Allen, Crow, Methvin,
 Portis & Miles, P.C.**
234 Commerce Street (36104)
Post Office Box 4160
Montgomery, AL  36103-4160
Telephone (334) 269-2343
Facsimile (334) 898-2034

**Charles E. Gibson, III (MB#4821)
Gigi Gibson (MB#100540)
Jarret P. Nichols (MB# 99426)
Edward Gibson (MB#100640)
The Gibson Law Firm, PLLC**
620 North Street, Suite 100
Post Office Box 3493
Jackson, MS  39207-3493
Telephone (601) 354-2007
Facsimile (601) 352-0108

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pretrial Order No. 8 on this 11 day of June, 2007.

_____
Ted G. Meadows (MB #100938)
Beasley, Allen, Crow, Methvin,
Portis and Miles, P.C.