UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIBABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05-cv-00494 | * | JUDGE FALLON |
| BETTYE J. MAGEE, ET AL.,<br>    Bennie Henderson,<br>    An Individual | * | |
| PLAINTIFFS, | * | MAG. JUDGE KNOWLES |
| v. | * | |
| MERCK & COMPANY, INC., ET AL. | * | |
| DEFENDANTS. | * | |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

Upon consideration of the Motion to Withdraw Ted G. Meadows as counsel for Plaintiff;

It is hereby ORDERED, ADJUDGED, and DECREED by the Court that the Motion to Withdraw as Counsel for Plaintiff of Ted G. Meadows is **GRANTED**. All further notices, Orders, and Motions should be served directly to the Plaintiff Bennie Henderson, 610 Old Canton Road, #C105, Carthage, MS 39051, telephone (601) 267-9078.

SIGNED this ____ day of _____, 2007.

_____
UNITED STATES DISCTRICT JUDGE