## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL No. 1657 |
| | * | |
| **Products Liability Litigation** | * | SECTION: L |
| | * | |
| This Document Relates To | * | Judge Fallon |
| | * | |
| Herbert Trotter, et. al. | * | Magistrate Judge Knowles |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| Merck & Co., Inc., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Civil Action No. 05-3127 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER  DISMISSING  PLAINTIFF HARVEY HOLLINGSHED'S CLAIM WITHOUT PREJUDICE

Having reviewed the Plaintiff, **Harvey Hollingshed's**  Motion to Dismiss Claim Without

Prejudice,  the Court Orders and Decrees:

1.    The Plaintiff **Harvey Hollingshed** claim is hereby dismissed, without prejudice.

2.     This pertains to **only Harvey Hollingshed**, not to any of the other Plaintiffs in Case

# cv-05-3127.

DONE and ORDERED this _____ day of _____, 2007.

_____

HONORABLE ELDON E. FALLON