UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL No. 1657 |
| | * | |
| **Products Liability Litigation** | * | |
| | * | SECTION: L |
| | * | |
| **This Document Relates To** | * | Judge Fallon |
| | * | |
| Herbert Trotter, et. al. | * | Magistrate Judge Knowles |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| Merck & Co., Inc., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Civil Action No. 05-3151 | * | |

* * * * * * * * * * * * * *

## MOTION TO DISMISS PLAINTIFF HENRY MCCOMIC'S CLAIM WITHOUT PREJUDICE

**COME NOW** the undersigned named plaintiff, **Henry McComic** and asks this Court to allow the dismissal of my claim in the above-styled case. In support of this Motion, I state the following:

1. The Plaintiff **Henry McComic** wishes to dismiss his claims, without prejudice.

2. This pertains to **only Henry McComic**, not to any of the other Plaintiffs in Case # cv-05-3151.

WHEREFORE, **Henry McComic** request this Honorable Court to enter an Order dismissing the **Plaintiff, Henry McComic's** claim, without prejudice. This will not affect any of the other plaintiffs claims in CV-05-3151.

Respectfully submitted,

*[signature]*

Craig L. Lowell

**COUNSEL FOR PLAINTIFF**
Craig L. Lowell
Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North
Birmingham, Alabama 35203

**OF COUNSEL**:
William C. Cunningham
William C. Cunningham, Attorney at Law
P.O. Box 624
Columbus, MS 39703

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion To Dismiss Plaintiffs Claim Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pretrial Order No. 8 on this the 4th day of June 2007.

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson Street
Suite 3601
New Jersey City, NJ 07302-3908

Aretha Delight Davis
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Phillip Whittman
Stone, Pigman, Walther, Whittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Susan Giamportone
Womble Carlyle Sandridge & Rice, LLC
Research Triangle Park
150 Fayetteville Street Mall
Suite 2100
Raleigh, North Carolina 27601

Alyson L. Bustamante
Butler, Snow, O'Mara, Stevens & Cannada - Jackson
P. O. Box 22567
17th Floor, AmSouth Plaza
Jackson, MS 39225-2567

_____
OF COUNSEL