UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL No. 1657 |
| | * | |
| Products Liability Litigation | * | |
| | * | SECTION: L |
| | * | |
| This Document Relates To | * | Judge Fallon |
| | * | |
| Herbert Trotter, et. al. | * | Magistrate Judge Knowles |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| Merck & Co., Inc., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Civil Action No. 05-3151 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER  DISMISSING  PLAINTIFF HENRY MC COMIC'S CLAIM WITHOUT PREJUDICE

Having reviewed the Plaintiff, **Henry McComic's** Motion to Dismiss Claim Without Prejudice,  the Court Orders and Decrees:

1. The Plaintiff **Henry McComic's** claim is hereby dismissed, without prejudice.

2. This pertains to **only Henry McComic**, not to any of the other Plaintiffs in Case # cv-05-3151.

DONE and ORDERED this _____ day of _____, 2007.

_____
HONORABLE ELDON E. FALLON