**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  VIOXX                                       :
                                                    :        MDL Docket NO. 1657
PRODUCTS LIABILITY LITIGATION    :
                                                    :        SECTION L
                                                    :
*This document relates to ALL CASES*     :        JUDGE FALLON
                                                    :        MAG. JUDGE KNOWLES

## O R D E R

Considering the Motion for Leave to File Supplemental Authority of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Supplemental Authority to the Plaintiffs' Steering Committee's Motion to Conduct Case Specific Discovery.

New Orleans, Louisiana this 11th day of ____June____, 2007.

Honorable Eldon E. Fallon
U.S. District Judge

1