UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1657 SECTION L |
| THEODORE MCVAY, Individually and as Personal Representative of the Estate of BETTY MCVAY, Deceased, | * * * * | CASE NO. 05-4519 JUDGE ELDON E. FALLON |
| Plaintiff, v. | * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation, Defendant. | * * * * | PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |

(THIS DOCUMENT RELATES TO: Jennifer Rowland, et al. v. Merck & Co., Inc., Civil Action No. 3:05cv04519)

## ORDER

(Unopposed Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff)

THIS CAUSE comes before the Court on *Unopposed Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff* submitted by the Plaintiff, Theodore McVay, individually and as personal representative of the Estate of Betty McVay, deceased, pursuant to Rule 15(a) and 25(a) of the Federal Rules of Civil Procedure. Along with the *Unopposed Motion for Leave to Amend the Complaint and Motion to Substitute Plaintiff*, the Plaintiff has submitted the proposed amended complaint.

It is hereby **ORDERED** that Theodore McVay's *Unopposed Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff* be **GRANTED**. The Clerk of the Court is directed to receive the Amended Complaint and to show it as filed.

DONE this the 11th day of June, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE