UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | MDL Docket No. 1657 |
| **THEODORE MCVAY, Individually and as Personal Representative of the Estate of BETTY MCVAY, Deceased, et al.,** | * | SECTION L |
| | * | CASE NO. 05-4519 |
| Plaintiff, | * | |
| v. | * | JUDGE ELDON E. FALLON |
| **MERCK & COMPANY, INC.,** a foreign corporation, | * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| DEFENDANT. | * | |
| | * | PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |

(This Document Relates To: Jennifer Rowland et al, v. Merck & Co., Inc., a foreign corporation, No. 2:05cv4519)

### FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, Theodore McVay, Individually and as Personal Representative of the Estate of Betty McVay, Deceased, and amends the previously filed complaint as follows:

### IDENTIFICATION OF PARTIES

1.  Theodore McVay is the surviving son of Betty McVay and, at all times material hereto, was a resident of Clermont County, Ohio. Plaintiff Theodore McVay has been appointed the Personal Representative of the Estate of Betty McVay, Deceased, and is authorized pursuant to Ohio Statute, section 2305.21, to bring this wrongful death and product liability action against the Defendant. A copy of the Certificate of Appointment is attached hereto as Exhibit "A."

1

2. Plaintiff Theodore McVay is bringing this action in all counts set forth in the original filed Complaint, as amended, for the benefit of Betty McVay, as one of the surviving heirs of Betty McVay and for the benefit of the Estate of Betty McVay .

3. At the time of her death, Betty McVay had certain survivors as defined by Ohio's Wrongful Death Act. The survivors include her children, Theodore McVay, Donna Burney, David C. Woerner and Timothy McVay.

4. As a direct and proximate result of the death of Betty McVay and the negligence and the other actions and/or omissions of Defendant Merck as more fully set forth in the Complaint, as amended:

    a. The Estate of Betty McVay has incurred medical and/or funeral expenses due to the decedent's injury and death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

5. In all other respects, the identity and location of the names parties set forth in the original Complaint shall remain unchanged.

### DEMAND FOR JURY TRIAL

**PLAINTIFF RESTATES HIS DEMAND FOR A TRIAL BY STRUCK JURY ON ALL ISSUES PRESENTED.**

Dated this 6th day of June, 2007.

    **By:**   /s/ Benjamin L. Locklar
    **ANDY D. BIRCHFIELD, JR. (BIR006)**
    **BENJAMIN L. LOCKLAR (LOC009)**
    **Attorneys for Plaintiff**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 - Fax

## CERTIFICATE OF SERVICE

      I herby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the 6th day of June, 2007.

| | |
|---|---|
| Richard C. Stanley | Phillip A. Wittman |
| Bryan C. Reuter | Dorothy H. Wimberly |
| Thomas P. Owen, Jr. | Carmelite M. Bertaut |
| **STANLEY, FLANAGAN** | **STONE PIGMAN WALTHER.** |
|   **& REUTER, LLC** |   **WITTMAN, LLC** |
| 909 Poydras Street | 546 Carondelet Street |
| Suite 2500 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70112 | (504) 581-3200 |
| (504) 523-1580 | (504) 581-3361 FAX |
| (504) 524-0069 – FAX | |

                                                    /s/ Benjamin L. Locklar
                                                  **OF COUNSEL**

**BEASLEY, ALLEN, CROW, METHVIN,**
  **PORTIS, & MILES, P.C.**
**234 Commerce Street**
**Montgomery, Alabama 36104**
**(334) 269-2343**
**(334) 954-7555 - FAX**
<u>Andy.Birchfield@beasleyallen.com</u>
<u>Ben.Locklar@bealseyallen.com</u>

PROBATE COURT OF CLERMONT COUNTY, OHIO

ESTATE OF: Betty J. McVay, DECEASED

CASE NO. 2004 ES 03773

FILED MAR 19 2007
STEPHANIE WYLER
JUDGE

## ENTRY GRANTING APPLICATION TO REOPEN ESTATE AND QUALIFY FIDUCIARY

Upon application to reopen the estate and qualify the fiduciary, the Court finds the same to be well taken and hereby orders that the estate be reopened and further that __Theodore W. McVay__ be (re) appointed as Executor/Administrator/ Commissioner of said estate.

Check one of the following:
- ☒ Bond is dispensed with by the Will
- ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court.

Check one of the following:
- ☐ The fiduciary shall file a Report of Distribution within sixty days.
- ☒ The fiduciary shall file a Final Account within one year.
- ☐ The filing of a Report of Distribution or a Final Account shall not be required.

_/s/ Stephanie Wyler_
Probate Judge

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and Letters of Authority of the named fiduciary, who is qualified and acting in such capacity.

_/s/ Stephanie Wyler_
/Probate Judge

MAR 1 9 2007
Date

_/s/ Jamie Vance_
Clerk

ENTRY GRANTING APPLICATION TO REOPEN ESTATE AND QUALIFY FIDUCIARY
FORM ES 4.5 REOP



PLAINTIFF'S EXHIBIT "A"