UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | § MDL DOCKET NO. 1657<br>§<br>§ SECTION: "L"<br>§ |
| This document relates to:<br><br>VIOLANDA RIOS<br><br>v.<br><br>MERCK & CO., INC.<br>(RAYMOND B. ACEBO, M.D.), ET AL. | § JUDGE ELDON E. FALLON<br>§ MAGISTRATE JUDGE KNOWLES<br>§<br>§ MDL Case No. 2:06-CV-10299-EEF-DEK<br>§<br>§<br>§ Southern District of Texas<br>§ C.A. No. 2:06-CV-00439 |

### AGREED STIPULATION OF DISMISSAL
### AS TO RAYMOND B. ACEBO, M.D.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action through their designated counsel that the Plaintiff, Violanda Rios' claims are hereby dismissed without prejudice as to Defendant, Raymond B. Acebo, M.D., only, pursuant to FED.R.CIV.PROC. 41(a)(1). The parties shall each bear their own costs. This Agreed Stipulation shall have no effect on any claims of the other named parties in this action.

IT IS FURTHER STIPULATED AND AGREED, that the Clerk of said Court, upon filing this Agreed Stipulation, is hereby authorized and directed to dismiss said action of record.

H:\DATA\TML001\13543\418002.DOC

Respectfully submitted,

By: _____ *
Jack Modesett, III
Law Office of Jack Modesett, III
500 N. Water Street., Suite 1200
Corpus Christi, Texas 78401-3703
(361) 882-3737
(361) 885-7983 (Fax)
Modesett SBN: 14244337

**Attorneys for Plaintiff,**
**Violanda Rios**

By:_____
Richard L. Josephson
Maryanne Lyons
Travis J. Sales
W. Zachary Hughes
Baker & Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
(713) 229-1234 (Telephone)
(713) 229-1522 (Telecopier)
Josephson SBN: 11031500
Lyons SBN: 00787937
Sales SBN: 17532080
Hughes SBN: 24032441

**Attorneys for Defendant,**
**Merck & Co., Inc.**

By:_____
Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, Texas 75202-3793
(214) 672-2000
Martinez SBN: 13144010

**Attorneys for Defendants,**
**Amerisource, Inc.; Bergen Brunswick Drug**
**Company d/b/a Amerisourcebergen**

Respectfully submitted,

By:_____  *
   Jack Modesett, III
   Law Office of Jack Modesett, III
   500 N. Water Street., Suite 1200
   Corpus Christi, Texas 78401-3703
   (361) 882-3737
   (361) 885-7983 (Fax)
   Modesett SBN: 14244337

   ***Attorneys for Plaintiff,***
   ***Violanda Rios***

By: *Maryanne Lyons*
   Richard L. Josephson
   Maryanne Lyons
   Travis J. Sales
   W. Zachary Hughes
   Baker & Botts, L.L.P.
   One Shell Plaza
   910 Louisiana
   Houston, Texas 77002-4995
   (713) 229-1234 (Telephone)
   (713) 229-1522 (Telecopier)
   Josephson SBN: 11031500
   Lyons SBN: 00787937
   Sales SBN: 17532080
   Hughes SBN: 24032441

   ***Attorneys for Defendant,***
   ***Merck & Co., Inc.***

By:_____
   Ramona Martinez
   Cowles & Thompson, P.C.
   901 Main Street, Suite 4000
   Dallas, Texas 75202-3793
   (214) 672-2000
   Martinez SBN: 13144010

   ***Attorneys for Defendants,***
   ***Amerisource, Inc.; Bergen Brunswick Drug***
   ***Company d/b/a Amerisourcebergen***

C:\Documents and Settings\mlyons\Local Settings\Temporary Internet Files\OLK1E\Agreed Stipulation of Dismissal - Rios v Acebo (418002).DOC

2

Respectfully submitted,

By:_____ *
   Jack Modesett, III
   Law Office of Jack Modesett, III
   500 N. Water Street., Suite 1200
   Corpus Christi, Texas 78401-3703
   (361) 882-3737
   (361) 885-7983 (Fax)
   Modesett SBN: 14244337

**Attorneys for Plaintiff,**
**Violanda Rios**

By:_____
   Richard L. Josephson
   Maryanne Lyons
   Travis J. Sales
   W. Zachary Hughes
   Baker & Botts, L.L.P.
   One Shell Plaza
   910 Louisiana
   Houston, Texas 77002-4995
   (713) 229-1234 (Telephone)
   (713) 229-1522 (Telecopier)
   Josephson SBN: 11031500
   Lyons SBN: 00787937
   Sales SBN: 17532080
   Hughes SBN: 24032441

**Attorneys for Defendant,**
**Merck & Co., Inc.**

By:_____
   Ramona Martinez
   Cowles & Thompson, P.C.
   901 Main Street, Suite 4000
   Dallas, Texas 75202-3793
   (214) 672-2000
   Martinez SBN: 13144010

**Attorneys for Defendants,**
**Amerisource, Inc.; Bergen Brunswick Drug**
**Company d/b/a Amerisourcebergen**

C:\Documents and Settings\dajohns\Local Settings\Temporary Internet Files\OLK20\Agreed Stipulation of Dismissal - Rios v Acebo (418002).DOC

2

By: _____
Jay H. Henderson
T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
(713) 650-6600
(713) 650-1720 (Fax)

**Attorneys for Defendant,
Raymond B. Acebo, M.D.**

\* *Signed by Permission*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Agreed Stipulation of Dismissal as to Raymond B. Acebo, M.D., has been served on all Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 5th day of June, 2007.

Jay H. Henderson