UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § § § § | MDL DOCKET NO. 1657 <br> SECTION: "L" |
| This document relates to: <br><br> VIOLANDA RIOS <br><br> v. <br><br> MERCK & CO., INC. (RAYMOND B. ACEBO, M.D.), ET AL. | § § § § § § § § § | JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE KNOWLES <br><br> MDL Case No. 2:06-CV-10299-EEF-DEK <br><br> Southern District of Texas <br> C.A. No. 2:06-CV-00439 |

## ORDER

**IT IS HEREBY ORDERED**, pursuant to the above Agreed Stipulation, that Plaintiff, Violanda Rios' claims against Defendant, Raymond B. Acebo, M.D., only, are dismissed without prejudice pursuant to FED.R.CIV.PROC. 41 (a)(1).

*Plaintiff's counsel shall make the necessary changes to party status on Lexis Nexis File + Serve pursuant to Pre-Trial Order 8B.*

DATED: June 7, 2007

THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No ____