# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 05-1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| | * | |
| ****************************************** | * | |

**THIS DOCUMENT RELATES TO**
*Christina v. Merck & Co. Inc.*, 2:04-cv-02726-EEF-DEK
*Alexander v. Merck & Co., Inc.*, 2:04-cv-02845-EEF-DEK
*Davis v. Merck & Co., Inc.*, 2:04-cv-02937-EEF-DEK
*Gagola v. Merck & Co., Inc.*, 2:04-cv-03053-EEF-DEK
*Parr v. Merck & Co., Inc.*, 2:04-cv-03054-EEF-DEK
*Savage v. Merck & Co., Inc.*, 2:04-cv-03055-EEF-DEK
*Robertson v. Merck & Co., Inc.*, 2:04-cv-03056-EEF-DEK
*Falick v. Merck & Co., Inc.*, 2:04-cv-03060-EEF-DEK
*Gottsegen v. Merck & Co., Inc.*, 2:04-cv-03065-EEF-DEK
*Vinet v. Merck & Co., Inc.*, 2:04-cv-03181-EEF-DEK
*Pilie v. Merck & Co., Inc.*, 2:04-cv-03279-EEF-DEK
*DeSonza v. Merck & Co., Inc.*, 2:04-cv-03280-EEF-DEK
*Doucet v. Merck & Co., Inc.*, 2:04-cv-03281-EEF-DEK
*Danos v. Merck & Co., Inc.*, 2:04-cv-03282-EEF-DEK
*White v. Merck & Co., Inc.*, 2:04-cv-03283-EEF-DEK
*LaCour v. Merck & Co., Inc.*, 2:04-cv-03284-EEF-DEK
*Jacques, et al v. Merck & Co., Inc.*, 2:04-cv-03363-EEF-DEK
*Scott, et al v. Merck & Co., Inc.*, 2:04-cv-03372-EEF-DEK
*Narvaez, et al v. Merck & Co., Inc.*, 2:04-cv-03472-EEF-DEK
*Akers, et al v. Merck & Co., Inc.*, 2:04-cv-03517-EEF-DEK
*Anderson v. Merck & Co., Inc.*, 2:04-cv-03542-EEF-DEK
*Alexander, et al v. Merck & Co., Inc.*, 2:04-cv-00059-EEF-DEK
*Weigel v. Merck & Company Inc.,et al*, 2:05-cv-00379-EEF-DEK
*Briggs v. Merck & Company Inc.,et al*, 2:05-cv-00438-EEF-DEK
*Tokes v. Merck & Co., Inc.*, 2:05-cv-00439-EEF-DEK
*Taylor v. Merck & Co., Inc.*, 2:05-cv-00440-EEF-DEK
*Brass v. Merck & Co., Inc.*, 2:05-cv-00441-EEF-DEK
*Smith v. Merck & Co., Inc.*, 2:05-cv-00460-EEF-DEK
*Getty et al v. Merck & Company Inc.*, 2:05-cv-00462-EEF-DEK
*Russell v. Merck & Co., Inc.*, 2:05-cv-00463-EEF-DEK
*Hudson v. Merck & Co., Inc.*, 2:05-cv-00464-EEF-DEK
*Wilkinson v. Merck & Co., Inc.*, 2:05-cv-00465-EEF-DEK

Fee_____
Process_____
X  Dktd_____
√ CtRmDep_____
Doc. No_____
070111_Motion to Withdraw_Merck

*Brown v. Merck & Co., Inc.*, 2:05-cv-00466-EEF-DEK
*Bracken v. Merck & Co., Inc.*, 2:05-cv-00467-EEF-DEK
*Benoit v. Merck & Co., Inc.*, 2:05-cv-00468-EEF-DEK
*Chiszle v. Merck & Co., Inc.*, 2:05-cv-00469-EEF-DEK
*Warren et al v. Merck & Co., Inc.*, 2:05-cv-00471-EEF-DEK
*White v. Merck & Co., Inc.*, 2:05-cv-00472-EEF-DEK
*Merritt et al v. Merck & Co., Inc. et al*, 2:05-cv-00473-EEF-DEK
*Wright et al v. Merck & Co., Inc. et al*, 2:05-cv-00474-EEF-DEK
*Bates et al v. Merck & Co., Inc. et al*, 2:05-cv-00475-EEF-DEK
*McKnight v. Merck & Co., Inc. et al*, 2:05-cv-00476-EEF-DEK
*Harper v. Merck & Co., Inc. et al*, 2:05-cv-00477-EEF-DEK
*Burns et al v. Merck & Co., Inc. et al*, 2:05-cv-00478-EEF-DEK
*Sadler v. Merck & Co., Inc. et al*, 2:05-cv-00479-EEF-DEK
*Tice et al v. Merck & Co., Inc. et al*, 2:05-cv-00480-EEF-DEK
*Butler et al v. Merck & Co., Inc et al.*, 2:05-cv-00481-EEF-DEK
*Evans et al v. Merck & Co., Inc et al.*, 2:05-cv-00482-EEF-DEK
*Lavergne v. Merck & Co., Inc.*, 2:05-cv-00483-EEF-DEK
*Jeffers et al v. Merck & Company Inc.*, 2:05-cv-00487-EEF-DEK
*Saia v. Merck & Co., Inc.*, 2:05-cv-00488-EEF-DEK
*Mell v. Merck & Co., Inc.*, 2:05-cv-00508-EEF-DEK
*Lassig et al v. Merck & Co., Inc et al.*, 2:05-cv-00538-EEF-DEK
*Vicknair v. Merck & Co., Inc.*, 2:05-cv-00643-EEF-DEK
*Aranda v. Merck & Co., Inc.*, 2:05-cv-00663-EEF-DEK
*Miller v. Merck & Co., Inc.*, 2:05-cv-00664-EEF-DEK
*Lee v. Merck & Co., Inc.*, 2:05-cv-00665-EEF-DEK
*Pruden v. Merck & Co., Inc.*, 2:05-cv-00667-EEF-DEK
*Keller v. Merck & Co., Inc.*, 2:05-cv-00668-EEF-DEK
*Davis v. Merck & Co., Inc.*, 2:05-cv-00669-EEF-DEK
*Griffin et al v. Merck & Co., Inc.*, 2:05-cv-00672-EEF-DEK
*Rusk v. Merck & Co., Inc.*, 2:05-cv-00677-EEF-DEK
*Davis v. Merck & Co., Inc.*, 2:05-cv-00678-EEF-DEK
*Graver v. Merck & Co., Inc.*, 2:05-cv-00722-EEF-DEK
*Boulangger v. Merck & Co., Inc.*, 2:05-cv-00735-EEF-DEK
*Meitzke v. Merck & Co., Inc.*, 2:05-cv-00737-EEF-DEK
*Mahoney v. Merck & Co., Inc.*, 2:05-cv-00738-EEF-DEK
*Hutchinson v. Merck & Co., Inc.*, 2:05-cv-00851-EEF-DEK
*Hubbard et al v. Merck & Co., Inc et al.*, 2:05-cv-00859-EEF-DEK
*Stallworth v. Merck & Co., Inc et al.*, 2:05-cv-00860-EEF-DEK
*Gonzalez et al v. Merck & Company Inc et al.*, 2:05-cv-00928-EEF-DEK
*Jackson v. Merck & Co., Inc.*, 2:05-cv-00987-EEF-DEK
*Lang v. Merck & Co., Inc.*, 2:05-cv-00990-EEF-DEK
*Summers v. Merck & Co., Inc et al.*, 2:05-cv-00993-EEF-DEK
*Willis v. Merck & Co., Inc et al.*, 2:05-cv-00996-EEF-DEK
*Sarver et al v. Merck & Company Inc.*, 2:05-cv-01013-EEF-DEK
*Johnson v. Merck & Company Inc.*, 2:05-cv-01015-EEF-DEK
*Persica v. Merck & Company Inc.*, 2:05-cv-01016-EEF-DEK

*Hart et al v. Merck & Company Inc. et al*, 2:05-cv-01018-EEF-DEK
*Dufrene et al v. Merck & Company Inc. et al*, 2:05-cv-01019-EEF-DEK
*Harrell et al v. Merck & Co. Inc.*, 2:05-cv-01020-EEF-DEK
*Cutliff et al v. Merck & Company Inc. et al*, 2:05-cv-01021-EEF-DEK
*Bateman v. Merck & Co. Inc.*, 2:05-cv-01022-EEF-DEK
*Means v. Merck & Co. Inc.*, 2:05-cv-01023-EEF-DEK
*Thomas et al v. Merck & Co. Inc.*, 2:05-cv-01024-EEF-DEK
*Pederson et al v. Merck & Co. Inc.*, 2:05-cv-01077-EEF-DEK
*Younker v. Merck & Company Inc.*, 2:05-cv-01165-EEF-DEK
*Erickson v. Merck & Company Inc.*, 2:05-cv-01166-EEF-DEK
*Blain et al v. Merck & Company Inc.*, 2:05-cv-01167-EEF-DEK
*Horst et al v. Merck & Company Inc.*, 2:05-cv-01068-EEF-DEK
*Lundin et al v. Merck & Company Inc.*, 2:05-cv-01169-EEF-DEK
*Burke v. Merck & Co. Inc.*, 2:05-cv-01170-EEF-DEK
*Radke v. Merck & Co. Inc.*, 2:05-cv-01171-EEF-DEK
*Ward v. Merck & Company Inc.*, 2:05-cv-01172-EEF-DEK
*Schexnayder v. Merck & Co. Inc. et al*, 2:05-cv-01200-EEF-DEK
*Gordon v. Merck & Co. Inc.*, 2:05-cv-01234-EEF-DEK
*Maxey v. Merck & Company Inc. et al*, 2:05-cv-01241-EEF-DEK
*Janke et al v. Merck & Co. Inc.*, 2:05-cv-01245-EEF-DEK
*Pescatello v. Merck & Co. Inc.*, 2:05-cv-01255-EEF-DEK
*Donegan v. Merck & Co. Inc.*, 2:05-cv-01265-EEF-DEK
*Termuende v. Merck & Co. Inc.*, 2:05-cv-01266-EEF-DEK
*Holbrook et al v. Merck & Co. Inc.*, 2:05-cv-01273-EEF-DEK
*Crawford et al v. Merck & Co. Inc.*, 2:05-cv-01274-EEF-DEK
*Willis v. Merck & Co. Inc. et al*, 2:05-cv-01275-EEF-DEK
*McCraw v. Merck & Co. Inc.*, 2:05-cv-01278-EEF-DEK
*Perry et al v. Merck & Co. Inc.*, 2:05-cv-01289-EEF-DEK
*Whitten v. Merck & Co. Inc.*, 2:05-cv-01335-EEF-DEK
*Manuel v. Merck & Co. Inc.*, 2:05-cv-01345-EEF-DEK
*McCain v. Merck & Co. Inc.*, 2:05-cv-01414-EEF-DEK
*Houston et al v. Merck & Co. Inc.*, 2:05-cv-01458-EEF-DEK
*Campbell et al v. Merck & Co. Inc. et al*, 2:05-cv-01491-EEF-DEK
*Stakum et al v. Merck & Co. Inc.*, 2:05-cv-01533-EEF-DEK
*Crumley v. Merck & Company*, 2:05-cv-01538-EEF-DEK
*Archuleta v. Merck & Co. Inc. et al*, 2:05-cv-01548-EEF-DEK
*Young v. Merck & Company Inc.*, 2:05-cv-01549-EEF-DEK
*Russell v. Merck & Co. Inc.*, 2:05-cv-01560-EEF-DEK
*Trevino v. Merck & Company Inc.*, 2:05-cv-01585-EEF-DEK
*Jones v. Merck & Co. Inc.*, 2:05-cv-01586-EEF-DEK
*Diaz et al v. Merck & Co. Inc.*, 2:05-cv-01614-EEF-DEK
*Stinnett v. Merck & Co. Inc.*, 2:05-cv-01624-EEF-DEK
*Health Plus of Louisiana, Inc. v. Merck & Co. Inc.*, 2:05-cv-01644-EEF-DEK
*Carter v. Merck & Co. Inc.*, 2:05-cv-01689-EEF-DEK
*Gaspard v. Merck & Co. Inc. et al*, 2:05-cv-01700-EEF-DEK
*Rowdy v. Merck & Co. Inc.*, 2:05-cv-01734-EEF-DEK

*Heber v. Merck & Co. Inc.*, 2:05-cv-01773-EEF-DEK
*Dunckel v. Merck & Co. Inc.*, 2:05-cv-01774-EEF-DEK
*Lenarz v. Merck & Co. Inc.*, 2:05-cv-01775-EEF-DEK
*Cannon et al v. Merck & Co. Inc.*, 2:05-cv-01776-EEF-DEK
*DiMauro v. Merck & Co. Inc.*, 2:05-cv-01779-EEF-DEK
*Eoff et al v. Merck & Company, Inc.*, 2:05-cv-01877-EEF-DEK
*Berard et al v. Merck & Co. Inc.*, 2:05-cv-01878-EEF-DEK
*Greenberg v. Merck & Co. Inc.*, 2:05-cv-01937-EEF-DEK
*Gibbs v. Merck & Co. Inc.*, 2:05-cv-01940-EEF-DEK
*Crowder v. Merck & Co. Inc.*, 2:05-cv-01972-EEF-DEK
*Casey v. Merck & Company, Incorporated et al*, 2:05-cv-01996-EEF-DEK
*Phillips v. Merck & Co. Inc.*, 2:05-cv-02008-EEF-DEK
*Clifford v. Merck & Co. Inc.*, 2:05-cv-02009-EEF-DEK
*Key et al v. Merck & Co. Inc.*, 2:05-cv-02010-EEF-DEK
*Crowell v. Merck & Co. Inc.*, 2:05-cv-02019-EEF-DEK
*Sidle et al et al v. Merck & Co. Inc.*, 2:05-cv-02023-EEF-DEK
*Paschka et al v. Merck & Co. Inc.*, 2:05-cv-02024-EEF-DEK
*Burkhard et al v. Merck & Co.*, 2:05-cv-02036-EEF-DEK
*Frederick v. Merck & Co. Inc.*, 2:05-cv-02088-EEF-DEK
*Haney v. Merck & Co. Inc.*, 2:05-cv-02097-EEF-DEK
*Kennedy et al v. Merck & Co. Inc.*, 2:05-cv-02099-EEF-DEK
*Kurelic v. Merck & Co. Inc.*, 2:05-cv-02101-EEF-DEK
*Hasty v. Merck & Co. Inc.*, 2:05-cv-02103-EEF-DEK
*Bell et al v. Merck & Company Inc. et al*, 2:05-cv-02110-EEF-DEK
*Benavides et al v. Merck & Co. Inc.*, 2:05-cv-02115-EEF-DEK
*Broussard et al v. Merck & Co. Inc.*, 2:05-cv-02158-EEF-DEK
*Archuleta v. Merck & Co. Inc.*, 2:05-cv-02186-EEF-DEK
*Davis v. Merck & Company Inc.*, 2:05-cv-02208-EEF-DEK
*Anderson v. Merck & Co. Inc.*, 2:05-cv-02210-EEF-DEK
*Massey v. Merck & Co. Inc.*, 2:05-cv-02211-EEF-DEK
*Louis v. Merck & Co. Inc.*, 2:05-cv-02212-EEF-DEK
*Williams v. Merck & Co. Inc.*, 2:05-cv-02213-EEF-DEK
*Bradley et al v. Merck & Co. Inc.*, 2:05-cv-02218-EEF-DEK
*Ghant v. Merck & Co. Inc.*, 2:05-cv-02258-EEF-DEK
*Mefferd v. Merck & Co. Inc.*, 2:05-cv-02260-EEF-DEK
*Fleckenstein et al v. Merck & Co. Inc.*, 2:05-cv-02261-EEF-DEK
*Dills v. Merck & Co. Inc.*, 2:05-cv-02281-EEF-DEK
*Schleich v. Merck & Co. Inc.*, 2:05-cv-02282-EEF-DEK
*Beavers v. Merck & Co. Inc.*, 2:05-cv-02283-EEF-DEK
*Heerwald v. Merck & Co. Inc.*, 2:05-cv-02284-EEF-DEK
*Peele v. Merck & Co. Inc.*, 2:05-cv-02285-EEF-DEK
*Orton v. Merck & Co. Inc.*, 2:05-cv-02286-EEF-DEK
*Dineen v. Merck & Co. Inc. et al*, 2:05-cv-02289-EEF-DEK
*Diaz v. Merck & Company Inc.*, 2:05-cv-02291-EEF-DEK
*Taylor v. Merck & Company Inc. et al*, 2:05-cv-02325-EEF-DEK
*Ross v. Merck & Co. Inc. et al*, 2:05-cv-02326-EEF-DEK

*Strapp et al v. Merck & Co. Inc. et al*, 2:05-cv-02336-EEF-DEK
*Banfield v. Merck & Co. Inc. et al*, 2:05-cv-02338-EEF-DEK
*Lawrence-Wicks et al v. Merck & Co. Inc. et al*, 2:05-cv-02352-EEF-DEK
*Slade v. Merck & Co. Inc. et al*, 2:05-cv-02353-EEF-DEK
*Polk et al v. Merck & Co. Inc.*, 2:05-cv-02361-EEF-DEK
*Burks v. Merck & Co. Inc.*, 2:05-cv-02364-EEF-DEK
*Swink v. Merck & Company Inc.*, 2:05-cv-02365-EEF-DEK
*Watson v. Merck & Company Inc.*, 2:05-cv-02366-EEF-DEK
*Carpenter et al v. Merck & Co. Inc.*, 2:05-cv-02367-EEF-DEK
*Patterson v. Merck & Co. Inc.*, 2:05-cv-02378-EEF-DEK
*Smith v. Merck & Co. Inc.*, 2:05-cv-02379-EEF-DEK
*Akers et al v. Merck & Company Inc. et al*, 2:05-cv-02384-EEF-DEK
*Booher et al v. Merck & Company Inc. et al*, 2:05-cv-02385-EEF-DEK
*Harris v. Merck & Co. Inc.*, 2:05-cv-02388-EEF-DEK
*Lugo v. Merck & Co. Inc.*, 2:05-cv-02389-EEF-DEK
*Patterson v. Merck & Co. Inc.*, 2:05-cv-02390-EEF-DEK
*Pekarske v. Merck & Co. Inc.*, 2:05-cv-02391-EEF-DEK
*Payne v. Merck & Co. Inc.*, 2:05-cv-02392-EEF-DEK
*Venable v. Merck & Co. Inc.*, 2:05-cv-02396-EEF-DEK
*Anderson v. Merck & Co. Inc.*, 2:05-cv-02397-EEF-DEK
*Heavner v. Merck & Co. Inc.*, 2:05-cv-02422-EEF-DEK
*Vance v. Merck & Co. Inc.*, 2:05-cv-02425-EEF-DEK
*White v. Merck & Co. Inc.*, 2:05-cv-02426-EEF-DEK
*La Fountain v. Merck & Co. Inc.*, 2:05-cv-02427-EEF-DEK
*Peltier et al v. Merck & Co. Inc.*, 2:05-cv-02451-EEF-DEK
*Lawrence v. Merck & Co. Inc.*, 2:05-cv-02463-EEF-DEK
*Davis v. Merck & Co. Inc. et al*, 2:05-cv-02487-EEF-DEK
*Blanchard et al v. Merck & Co. Inc.*, 2:05-cv-02510-EEF-DEK
*Dietrich v. Merck & Co. Inc.*, 2:05-cv-02519-EEF-DEK
*Burgans v. Merck & Co. Inc.*, 2:05-cv-02520-EEF-DEK
*Corse v. Merck & Co. Inc.*, 2:05-cv-02521-EEF-DEK
*Eklund v. Merck & Co. Inc.*, 2:05-cv-02522-EEF-DEK
*Dehr v. Merck & Co. Inc.*, 2:05-cv-02523-EEF-DEK
*Dedrick v. Merck & Co. Inc.*, 2:05-cv-02524-EEF-DEK
*Coble v. Merck & Co. Inc.*, 2:05-cv-02531-EEF-DEK
*Collins v. Merck & Co. Inc.*, 2:05-cv-02533-EEF-DEK
*Christensen v. Merck & Co. Inc.*, 2:05-cv-02534-EEF-DEK
*Fairchild et al v. Merck & Co. Inc.*, 2:05-cv-02543-EEF-DEK
*Patterson v. Merck & Co. Inc.*, 2:05-cv-02544-EEF-DEK
*Buckner v. Merck & Co. Inc.*, 2:05-cv-02553-EEF-DEK
*Pitts v. Merck & Co. Inc.*, 2:05-cv-02601-EEF-DEK
*Pearson v. Merck & Co. Inc.*, 2:05-cv-02602-EEF-DEK
*Gregory v. Merck & Co. Inc.*, 2:05-cv-02604-EEF-DEK
*Garmon v. Merck & Co. Inc.*, 2:05-cv-02605-EEF-DEK
*Faison v. Merck & Co. Inc.*, 2:05-cv-02606-EEF-DEK
*Humes v. Merck & Co. Inc.*, 2:05-cv-02607-EEF-DEK

*Yager v. Merck & Co. Inc.*, 2:05-cv-02608-EEF-DEK
*Kiesow v. Merck & Co. Inc.*, 2:05-cv-02609-EEF-DEK
*Killian v. Merck & Co. Inc.*, 2:05-cv-02610-EEF-DEK
*Hamelman v. Merck & Co. Inc.*, 2:05-cv-02611-EEF-DEK
*Richardson v. Merck & Co. Inc.*, 2:05-cv-02623-EEF-DEK
*Ridenhour v. Merck & Co. Inc.*, 2:05-cv-02625-EEF-DEK
*Arnold v. Merck & Co. Inc.*, 2:05-cv-02627-EEF-DEK
*Smith v. Merck & Co. Inc.*, 2:05-cv-02911-EEF-DEK
*LeBeau et al v. Merck & Co. Inc.*, 2:05-cv-02919-EEF-DEK
*Nelson et al v. Merck & Co. Inc.*, 2:05-cv-03331-EEF-DEK
*Lofton v. Merck & Co. Inc.*, 2:05-cv-03385-EEF-DEK
*Foti et al v. Merck & Co. Inc.*, 2:05-cv-03700-EEF-DEK
*Dugas et al v. Merck & Co. Inc. et al*, 2:05-cv-04213-EEF-DEK
*Simoneaux et al et al v. Merck & Co. Inc.*, 2:05-cv-04316-EEF-DEK
*Menuet v. Merck & Co. Inc.*, 2:05-cv-04429-EEF-DEK
*Cheramie v. Merck & Co. Inc. et al*, 2:05-cv-04605-EEF-DEK
*Wright v. Merck & Co. Inc.*, 2:05-cv-04687-EEF-DEK
*Gridley v. Merck & Co. Inc. et al*, 2:05-cv-04811-EEF-DEK
*Dressel et al v. Merck & Co. Inc.*, 2:05-cv-04963-EEF-DEK
*Jenks v. Merck & Co. Inc.*, 2:05-cv-05092-EEF-DEK
*Gaudin et al v. Merck & Co. Inc.*, 2:05-cv-05771-EEF-DEK
*Lebeau et al v. Merck & Co. Inc.*, 2:05-cv-05772-EEF-DEK
*Corsentino et al v. Merck & Co. Inc.*, 2:05-cv-05773-EEF-DEK
*Truitt et al v. Merck & Co. Inc.*, 2:05-cv-05774-EEF-DEK
*Dufore v. Merck & Co. Inc.*, 2:05-cv-05775-EEF-DEK
*Broyles et al v. Merck & Co. Inc.*, 2:05-cv-05776-EEF-DEK
*Cross et al v. Merck & Co. Inc.*, 2:05-cv-05777-EEF-DEK
*McAdams et al v. Merck & Co. Inc.*, 2:05-cv-05778-EEF-DEK
*Colligan et al v. Merck & Co. Inc.*, 2:05-cv-05779-EEF-DEK
*LeBlanc v. Merck & Co. Inc.*, 2:05-cv-06158-EEF-DEK
*Alongio et al v. Merck & Co. Inc.*, 2:05-cv-06159-EEF-DEK
*Bienvenu et al v. Merck & Co. Inc.*, 2:05-cv-06160-EEF-DEK
*Wilson et al v. Merck & Co. Inc.*, 2:05-cv-06161-EEF-DEK
*Norman et al v. Merck & Co. Inc.*, 2:05-cv-06162-EEF-DEK
*Tulip Intl AS v. Merck & Co. Inc.*, 2:05-cv-05773-EEF-DEK

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

On Motion of undersigned counsel, Anthony M. DiLeo, who respectfully represents:

I.

That he is currently reflected as one of the attorneys for defendant, Merck Company, Inc., in the above-entitled and numbered actions as indicated by the Pacer Service Center System of the Eastern District of Louisiana on December 29, 2006.

II.

That he has received consent of the defendant, Merck & Company, Inc., to withdraw as counsel of record in all cases.

III.

That this does not effect or change the status of any other counsel of record for Merck.

IV.

That he therefore respectfully requests that the Court permit him to withdraw from the above named and numbered actions and any other case for which he is listed as counsel of record in MDL 05-1657.

Respectfully submitted,

_____
Anthony M. DiLeo, 4942
Of
ANTHONY M. DILEO, APC
650 Poydras Street, Suite 2750
New Orleans, Louisiana 70130
Telephone: (504) 274-0087
Fax: (504) 617-6617
Attorney for Merck & Company, Inc.

## CERTIFICATE OF SERVICE

I certify that this \_\_\_ day of June, 2007, a copy of the above and foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** has been served on Russ Herman, Plaintiffs' Liaison Counsel, and upon national lead counsel for Merck & Company, Inc., Douglas Marvin of Williams & Connolly, L.L.C., by U.S. Mail, Postage Prepaid, properly addressed.

                                                  Anthony M. DiLeo