# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JUN -7 PH 4:47
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX <br><br> **PRODUCTS LIABILITY LITIGATION** <br><br> ********************************** | **MDL NO. 05-1657** <br><br> **SECTION: L** <br><br> **JUDGE FALLON** <br> **MAG. JUDGE KNOWLES** |

## ORDER

Considering the foregoing Motion to Withdraw as counsel of record by Anthony M.

DiLeo, of 8 pages attached hereto filed June 5, 2007, it is hereby ordered that the motion of

Anthony M. DiLeo to withdraw as counsel of record for the defendant, Merck & Company, Inc.

is hereby granted.

New Orleans, Louisiana, this 6th day of June, 2007.

_____
Judge Eldon Fallon
United States District Judge

_____ Fee_____
_____ Process_____
_X_ Dktd_____
_____ CtRmDep_____
_____ Doc. No_____

070111_Motion to Withdraw_Merck