## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT LOUISIANA

In re: VIOXX PRODUCTS LIABILITY
LITIGATION,

Adams, Eva Lucille et al v. Merck &
Co Inc., 2:05-4326

MDL No. 1657

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTIES AND MOTION TO AMEND BY INTERLINEATION

Comes now plaintiff Fred Allen, and for his motion to substitute the deceased plaintiff Fred Allen with the appointed administrator of his estate, Mary Allen, and amend his complaint by interlineation, states:

1.     Fred Allen filed a complaint against defendant Merck in the above styled case.   Since filing the case, Fred Allen has died.

2.      Mary Allen - Fred Allen's surviving wife - has been appointed as the administrator of Fred Allen's estate.

3.     Plaintiff seeks leave to substitute Mary Allen as the administrator for the estate of Fred Allen for Fred Allen in a complaint by interlineation.

4.     Plaintiff also seeks leave to amend by interlineation paragraph 3 of the complaint to now read:    " Mary Allen is the administrator of the estate of Fred Allen Jr. and brings a wrongful death action and survivorship claims on his behalf.    Because of his use of Vioxx, he suffered a heart attack and two strokes, which caused or contributed to cause his wrongful death."

WHEREFORE, plaintiff respectfully requests the court substitute Mary Allen,

the administrator of the estate of Fred Allen Jr. for Fred Allen Jr., and to amend his complaint by interlineation to reflect such substitution and that paragraph 3 has been amended to now read " Mary Allen is the administrator of the estate of Fred Allen Jr. and brings a wrongful death action and survivorship claims on his behalf   Because of his use of Vioxx, he suffered a heart attack and two strokes, which caused or contributed to cause his wrongful death." and for such further relief as the court deems just and proper in the circumstances.

JEFFREY J. LOWE, PC

By:____/s/ Francis J. Flynn_____
Jeffrey J. Lowe      #10538
Francis J. "Casey" Flynn #118147
Attorney for Plaintiff
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
David Bauman
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT LOUISIANA**

**In re: VIOXX PRODUCTS LIABILITY
LITIGATION,**

<u>Adams, Eva Lucille et al v. Merck &
Co Inc.</u>, 2:05-4326

MDL No.  1657

**<u>ORDER</u>**

    IT IS HEREBY ORDERED that Mary Allen as the administrator of the estate of
Fred Allen Jr.  is substituted by interlineation for Fred Allen Jr. and that paragraph
3 has been amended to now read " Mary Allen is the administrator of the estate
of Fred Allen Jr. and brings a wrongful death action and survivorship claims on
his behalf    Because of his use of Vioxx, he suffered a heart attack and two
strokes, which caused or contributed to cause his wrongful death."

United States District Judge Eldon Fallon