UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN **RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION:** | MDL NO. 1657 |
| | SECTION: L |
| …………………………………………………….. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
   2:06-cv-03140

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in this matter, his representation of Plaintiff Thomas Stone ("Stone"). Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interest of this client that he remain as counsel. This motion applies only to representation of Stone, John J. Driscoll and Brown & Crouppen, P.C., remain as counsel for all other plaintiffs in the action, not previously withdrawn from. Upon receipt of the Order granting this Motion to Withdrawal, File & Serve will be updated by John J. Driscoll and Brown & Crouppen, P.C. to reflect this change in representation.

Until further notice, all future Notices, Orders, and Motions should be served directly to the **Plaintiff Thomas Stone, 5415 W. Quincy, Chicago, IL  60644,  773-261-0343**

Respectfully submitted,
BROWN & CROUPPEN, P.C.

By: /s/ JOHN J. DRISCOLL
John J. Driscoll, IL. Bar No. 6276464
720 Olive Street, Suite 1800
St. Louis, MO  63101
Ph: (314) 421-0216
Fax: (314) 421-0359
jdriscoll@brownandcrouppen.com
ATTORNEY FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that Plaintiff, Thomas Stone, has been notified of all deadlines and pending court appearances by certified mail.

ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and mailed via U.S. Postal Service Certified Mail to the Plaintiff at the address listed below, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of June, 2007.

**Stephen G. Strauss**
**Dan H. Ball**
Bryan Cave, LLP -St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert T. Ebert, Jr.**
Bryan Cave, LLP - St. Louis
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000

**Plaintiff Thomas Stone, 5415 W. Quincy, Chicago, IL  60644,  773-261-0343**

By:    /s/ JOHN J. DRISCOLL
           John J. Driscoll, IL. Bar No. 6276464

2