UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIBABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| | * | |
| This document relates to | * | JUDGE FALLON |
| CASE NO. 2:05-cv-00494 | * | |
| | * | |
| BETTYE J. MAGEE, ET AL., | * | |
|     Bennie Henderson, | * | |
|     An Individual | * | |
| | * | MAG. JUDGE KNOWLES |
|     PLAINTIFFS, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & COMPANY, INC., ET AL. | * | |
| | * | |
|     DEFENDANTS. | * | |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

Upon consideration of the Motion to Withdraw Ted G. Meadows as counsel for Plaintiff;

It is hereby ORDERED, ADJUDGED, and DECREED by the Court that the Motion to Withdraw as Counsel for Plaintiff of Ted G. Meadows is **GRANTED**. All further notices, Orders, and Motions should be served directly to the Plaintiff Bennie Henderson, 610 Old Canton Road, #C105, Carthage, MS 39051, telephone (601) 267-9078.

SIGNED this 12th day of June, 2007.

_____
UNITED STATES DISCTRICT JUDGE