United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

Stanley Bethea,
    Plaintiff

vs.

Merck + Co., Inc.
    Defendant

6-7-2007

Case No: 05-6775-L(3)

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   JUN 11 2007

LORETTA G. WHYTE
    Clerk

## Motion to Remand

Plaintiff is asking the court to remand this case back to state court.

Respectfully Submitted

Stanley Bethea
—————————
Stanley Bethea

TENDERED FOR FILING

JUN 11 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
    Doc No. ___

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY of THE motion to REMAND WAS SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

JOSHUA G. SCHILLER, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA, 19104-2808

*Stanley Bethea*
STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108

United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

6-7-2007

STANLEY BETHEA,
　　　　PLAINTIFF    CASE NO: 05-6775

VS,

MERCK + Co., INC,
　　　　DEFENDANT

## Notice For Hearing

Plaintiff filed a motion to Remand now files for a hearing LR7.2E schedule this hearing for date of June 29, 2007.

*Stanley Bethea*
STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108-0704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE NOTICE FOR HEARING LR7.2E WAS SERVED UPON THE FOLLOWING:

JOSHUA G. SCHILLER ESQ.
29.29 ARCH STREET
PHILADELPHIA, PA. 19104-2808

*Stanley Bethea*
--------------------
STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

STANLEY BEHNEN
P.O. BOX 704
HBG, PA, 17108

HARRISBURG PA 171
08 JUN 2007 PM 1
USA 41

United States District Court
Eastern District of Louisiana
New Orleans, LA 70130