UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : | MDL Docket No. 1657 |
| | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

...................................................................

**THIS DOCUMENT RELATES TO:**
Civil Action No: 07:2119                         Plaintiff: <u>Lillian Murphree</u>
...................................................................


**PLAINTIFF'S MOTION AND NOTICE OF MOTION FOR VOLUNTARY DISMISSAL**


1.   Plaintiff moves for an order dismissing Plaintiff's suit without prejudice against Defendants, as authorized by Federal Rule of Civil Procedure 41(a)(2).

2.   Plaintiff no longer wishes to pursue her claims against Defendants in connection with this suit.

3.   This motion is based on the pleadings and papers on file in this action and the attached memorandum of points and authorities.

                                   Respectfully submitted,

                                    /s/Douglas A. Allison
                                   Douglas A. Allison
                                   State Bar No. 01083500
                                   Federal ID No. 10252
                                   LAW OFFICES OF DOUGLAS A. ALLISON
                                   500 North Water Street, Suite 1200
                                   Corpus Christi, Texas 78471
                                   TEL: 361-888-6002
                                   FAX: 361-888-6651

                                   Jack Modesett III
                                   State Bar No. 14244337

1

> Federal ID No.: 13730
> 500 N. Water Street, Suite 1200
> Corpus Christi, Texas 78471
> TEL: (361) 887-6449
> FAX: (361) 885-7983

**ATTORNEYS FOR PLAINTIFFS**

AGREED TO DISMISSAL OF SUIT:


/s/Lillian Murphree
LILLIAN MURPHREE


## CERTIFICATE OF CONFERENCE

I certify that on April 19, 2007, I attempted to confer with counsel for Defendants via telephone but was not successful in my attempts. Therefore, I cannot represent to the Court whether counsel for Defendants opposes or does not oppose Plaintiff's Motion for Voluntary Dismissal.

> /s/Douglas A. Allison
> Douglas A. Allison


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure via electronic mailing and/or certified U.S. mail, return receipt requested on this the 15th day of June, 2007.

> /s/Douglas A. Allison
> Douglas A. Allison