UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL Docket No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

...................................................................

THIS DOCUMENT RELATES TO:
Civil Action No: 07:2119                    Plaintiff: **Lillian Murphree**

...................................................................

## ORDER ON MOTION FOR VOLUNTARY DISMISSAL

After considering Plaintiff's Motion for Voluntary Dismissal, the Court GRANTS the motion and dismisses the case without prejudice.

SIGNED on _____, 2007.

_____
U.S. District Judge

APPROVED & ENTRY REQUESTED:


    /s/ Douglas A. Allison
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-888-6002
361-888-6651 FAX NUMBER

Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730

500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

ATTORNEYS FOR PLAINTIFFS