LAW OFFICES OF

# JACK MODESETT III

500 NORTH WATER ST.
SUITE 1200
CORPUS CHRISTI, TEXAS 78471
(361) 887-6449
FAX: (361) 885-7983

May 22, 2007

**Certified Mail**
Anita Salinas
R.R. 6, Box 771
Mercedes, Texas 78570

Certified Article Number

7160 3901 9845 0870 0055

SENDERS RECORD

RE:   EDLA C.A. NO. 2:07cv938
      Aida Vasquez v. Merck & Co., Inc.; Amerisource,
      Inc.; Bergen Brunswig Drug Company d/b/a
      Amerisourcebergen; and Alejandro Fuentes, M.D.

Dear Ms. Salinas:

   We have made numerous attempts to contact you regarding your possible claims against Merck (and relating to your Vioxx usage) but remain unable to speak with you. We have accomplished a great deal of investigation with respect to your possible claims, including client interviews, review of medial records, review of pharmacy records, etc. Based upon our investigations, legal research, and medical research, we do not believe that the facts of your case allow for our continued representation of you against Merck. Further, we do not believe that the facts of your case allow for our continued representation of you against the other defendants in your case (treating physician and Vioxx distributors). We have discussed our inability to continue with this representation (of you).

   As you know, we have already filed your lawsuit. Your lawsuit is pending in the Louisiana US District Court, Eastern District. There are 2 options, and these options have been explained to you.

**Option 1:** We can withdraw from your lawsuit, and this could leave your case pending (but you would not have a lawyer). If you select this option, then you must immediately hire additional lawyers. If you do not hire additional lawyers, then you will be representing yourself in this case. If you choose this option, then you (and/or your new lawyers) must be diligent or else the claim can be dismissed for want of prosecution. If such a dismissal occurs, then you will be forever barred from pursing these claims again.

**Option 2:** We can non-suit/dismiss your claim at this time. If you choose this option, then you will no longer have any claims against Merck, or Merck's distributors, or your treating physician (relating

Page 2
Ms. Anita Salinas
May 22, 2007

to your Vioxx usage). If you choose this option, then your lawsuit is finished (and you will never have any claims against Merck or the other defendants in this case relating to your Vioxx usage). Bottom line: we are not able to continue to be your lawyers. Please choose either option 1 (   ) or option 2 (   ). (Please put your initials by the option that you select).

Please read the contents of this letter. If you sign this document, then you are confirming your choice that we either withdraw (option 1) or non-suit your lawsuit (option 2), as stated above. Your choice will also be reflected by your signing additional documents (and these documents will be presented to you, and based upon your selection of either option 1 or option 2). By your signing of this document, you are confirming and verifying all of the contents of this letter.

Thank you for your attention to these matters.

Very truly yours,

*(signature)*

Jack Modesett, III

Enclosure

**APPROVED AND AGREED:**

_____
ANITA SALINAS