**Exhibit B: Pro Se Plaintiffs Who Have Failed to Provide a PPF Pursuant to PTO 18C**

| # | Vioxx User | Relevant Plaintiff | Case Caption | Docket Number | PPF Due Date | Plaintiff's Former Counsel | Current or Last Known Address |
|---|---|---|---|---|---|---|---|
| 1 | Baisden, Freddie K | Freddie K. Baisden | Baisden, Freddie K. v. Merck & Co., Inc. | 2:05-cv-03183-EEF-DEK | 11/15/05 | Spangenberg Shilbey and Liber LLP | Rt. 2, Box 32 Alderson, West Virginia 24910 |
| 2 | Barrow, Verdell | Edward Lee Barrow | Barrow, Edward L. v. Merck & Co., Inc. | 2:05-cv-02913-EEF-DEK | 11/15/05 | N/A | 324 S Whipple St. Chicago Illinois 60612 |
| 3 | Byrd, Sonja | Sonja Byrd | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK | 6/26/06 | Brown and Crouppen PC | 3708 Nottingham Dr. St. Charles, Missouri 63303 |
| 4 | Cheffo, Donald N | Donald N Cheffo | Cheffo, Donald N. v. Merck & Co., Inc. | 2:05-cv-03484-EEF-DEK | 11/15/05 | Spangenberg Shilbey and Liber LLP | 7900 Walnut Street, Unit 2 Boardman, Ohio 44512 |
| 5 | Dineen, Gavin | Gavin Dineen | Dineen, Gavin v. Merck & Co., Inc. | 2:05-cv-02289-EEF-DEK | 11/30/05 | Becker and Becker | 917 A. Pacific Avenue Virginia Beach, Virginia 23451 |
| 6 | Feltovich, John E | John E Feltovich | Feltovich, John E. v. Merck & Co., Inc. | 2:05-cv-03474-EEF-DEK | 11/30/05 | Spangenberg Shilbey and Liber LLP | 55 Pine Cone Dr. Canfield, Ohio 44406 |
| 7 | Flanders, Willie T | Willie T Flanders | Flanders, Willie T. v. Merck & Co., Inc. | 2:05-cv-00994-EEF-DEK | 11/30/05 | N/A | 408 Vine St. Dublin, Georgia 31201 |
| 8 | Hall, Mary L | Mary L Hall | Hall, Mary L. v. Merck & Co., Inc. | 2:05-cv-03501-EEF-DEK | 12/15/05 | Spangenberg Shilbey and Liber LLP | 359 Bond Street Elyria, Ohio 44035 |
| 9 | Henderson, Bennie | Bennie Henderson | Magee, Bettye J. v. Merck & Co., Inc. | 2:05-cv-00494-EEF-DEK | 12/15/05 | Beasley Allen Crow Methvin Portis and Miles PC;Gibson Law Firm PLLC | 610 Old Canton Rd., #C105 Carthage, Mississippi 39051 |
| 10 | Hill, Laurie | Laurie Hill | Hill, Laurie v. Merck & Co., Inc. | 2:05-cv-05784-EEF-DEK | 2/4/06 | Ike F. Hawkins Law | 42129 Bayou Narcisse Gonzales, Louisiana 70737 |
| 11 | Jackson, Elvin | Elvin Jackson | Jackson, Elvin v. Merck & Co., Inc. | 2:05-cv-04708-EEF-DEK | 12/11/05 | Spangenberg Shilbey and Liber LLP | 17670 Chardon Windsor Road Huntsburg, Ohio 44046 |
| 12 | Jett, James L | James L Jett | Jett, James L. v. Merck & Co., Inc. | 2:05-cv-04097-EEF-DEK | 12/15/05 | Ranier, Gayle & Elliot LLC; Provost Umphrey LLP; Williams Bailey Law Firm LLP, The Watts Law Firm LLP, The Kaiser Firm LLP | P.O. Box 471 Irondale, Missouri 63648 |
| 13 | Kaczmarski, Jean Wagner | Barbara Haselow | Haselow, Barbara v. Merck & Co., Inc. | 2:05-cv-03495-EEF-DEK | 12/15/05 | Spangenberg Shilbey and Liber LLP | 7590 Pleasantview Drive Parma, Ohio 44134 |

**Exhibit B: Pro Se Plaintiffs Who Have Failed to Provide a PPF Pursuant to PTO 18C**

| | Short Name | Relevant Plaintiffs | Case Caption | Docket Number | PPF Due Date | Plaintiff's Former Counsel | Current or Last Known Address |
|---|---|---|---|---|---|---|---|
| 14 | Kasony, Mary | Mary Kasony | Kasony, Mary v. Merck & Co., Inc. | 2:05-cv-03526-EEF-DEK | 12/15/05 | Spangenberg Shilbey and Liber LLP | 5295 Ashley Cir Unit 120 Austintown, Ohio 44515-1163 |
| 15 | March, Edward | Edward March | March, Edward v. Merck & Co., Inc. | 2:05-cv-03199-EEF-DEK | 12/30/05 | Spangenberg Shilbey and Liber LLP | 1630 Boettler Rd. Uniontown, Ohio 44685 |
| 16 | Martin, Emmitt | Emmitt Martin | Martin, Emmitt v. Merck & Co., Inc. | 2:05-cv-05787-EEF-DEK | 2/4/06 | Ike F. Hawkins Law | 8669 St. Cecilia St. New Roads, Louisiana 70760 |
| 17 | McKenna, Laurel Lee | Brian McKenna | McKenna, Brian v. Merck & Co., Inc. | 2:05-cv-03221-EEF-DEK | 12/30/05 | Snapka Turman and Waterhouse LLP | P.O. Box 480 Rockport, Texas 78381 |
| 18 | Mottner, Virginia | Virginia Mottner | Mottner, Virginia v. Merck & Co., Inc. | 2:05-cv-05655-EEF-DEK | 2/27/06 | Vandermay Law Firm | P.O. Box 471 South Beach, Oregon 97366 |
| 19 | Mundo, Paul Jr | Paul Mundo, Jr | Mundo, Paul Jr. v. Merck & Co., Inc. | 2:05-cv-03461-EEF-DEK | 12/30/05 | Spangenberg Shilbey and Liber LLP | 2180 Gowland-Wilson, N.E. Warren, Ohio 44484 |
| 20 | Pickett, Dell W | Dell W Pickett | Pickett, Dell W. v. Merck & Co., Inc. | 2:05-cv-04087-EEF-DEK | 12/30/05 | Provost Umphrey Law; Watts Law Firm LLP; Williams Bailey Law Firm LLP; Ranier Gayle and Elliot; Kaiser Firm LLP | 5446 Page Blvd. St. Louis, Missouri 63112 |
| 21 | Price, Mary | Mary Price | Price, Mary v. Merck & Co., Inc. | 2:05-cv-04801-EEF-DEK | 12/12/05 | Brown and Crouppen PC; John J. Driscoll Law | 212 Happy Hollow Drive Dahinda, Illinois 61428 |
| 22 | Schleicher, Linda | Linda Schleicher | Schleicher, Linda v. Merck & Co Inc | 2:05-cv-06025-EEF-DEK | 4/7/06 | The O'Quinn Law Firm | 930 Cedre Dr. Westwego, Louisiana 70096 |
| 23 | Smith, Percelean | Percelean Smith | Smith, Percelean v. Merck & Co., Inc. | 2:05-cv-05790-EEF-DEK | 2/4/06 | Ike F. Hawkins Law | P.O. Box 70 Rosedale, Louisiana 70772 |
| 24 | Styka, Edward | Edward Styka | Styka, Edward v. Merck & Co., Inc. | 2:05-cv-03538-EEF-DEK | 1/14/06 | Spangenberg Shilbey and Liber LLP | 3621 Almerinda Canfield, Ohio 44406 |
| 25 | Thomas, Edward E | Edward E Thomas | Thomas, Edward E. v. Merck & Co., Inc. | 2:06-cv-01493-EEF-DEK | 6/4/06 | N/A | 2300 South Jefferson, Apt. 7 Saginaw, Michigan 4806 |
| 26 | Tock, Richard | Richard Tock | Tock, Richard v. Merck & Co., Inc. | 2:05-cv-03556-EEF-DEK | 1/14/06 | Spangenberg Shilbey and Liber LLP | 420 Sayers Ave. Niles, Ohio 44446 |

Exhibit B: Pro Se Plaintiffs Who Have Failed to Provide a PPF Pursuant to PTO 18C

| | Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | PPF Due Date | Plaintiff's Former Counsel | Current or Last Known Address |
|---|---|---|---|---|---|---|---|
| 27 | Touchet, Kenneth R | Kenneth R Touchet | Touchet, Kenneth R. v. Merck & Co., Inc. | 2:05-cv-05798-EEF-DEK | 2/4/06 | L. Clayton Burgess | 603 Chaisson Road Abbeville, LA 70510 |
| 28 | Varsho, Margaret | Margaret Varsho | Varsho, Margaret v. Merck & Co., Inc. | 2:05-cv-03545-EEF-DEK | 1/14/06 | Spangenberg Shibley and Liber LLP | 397 W. Harvey St. Struthers, Ohio 44471 |
| 29 | Villanueva, Sarah | Sarah Villanueva | Accord, Vern v. Merck & Co., Inc. | 2:05-cv-04448-EEF-DEK | 12/14/05 | Law Offices of Daniel E. Becnel, Jr. | 1060 Megan CT E Port Orchard, WA 98366-8423 |
| 30 | Watts, Janet M | Janet M Watts | Bails, Mary A. v. Merck & Co., Inc. | 2:05-cv-02319-EEF-DEK | 1/14/06 | Climaco Lefkowitz Peca Wilcox and Garofoli Co LPA;Kaiser Firm LLP | 1922 Victory Road, Lot 121 Marion, Ohio 43302 |
| 31 | Wireman, Charles R | Charles R Wireman | Wireman, Charles R. v. Merck & Co., Inc. | 2:05-cv-02943-EEF-DEK | 1/14/06 | Spangenberg Shibley and Liber LLP | 811 Spring Pines Drive Warren, Ohio 44481 |
| 32 | Arthur, Byron | Byron Arthur | Arthur, Byron v. Merck & Co., Inc. | 2:05-cv-04445-EEF-DEK | 12/14/05 | Daniel E. Becnel Jr. Law;Pro Se | 17673 SW Richmond Way Beaverton, Oregon 97006 |
| 33 | Collier, Andrea | Andrea Collier | Adams, Shirley v. Merck & Co., Inc. | 2:06-cv-02101-EEF-DEK | 6/28/06 | Brown and Crouppen PC | 3901 Alberta Ave., Apt. 1 W St. Louis Missouri 63116 |
| 34 | Cononie, Sean | Sean Cononie | Kaufman, Opal v. Merck & Co., Inc. | 2:05-cv-05835-EEF-DEK | 2/4/06 | Brown and Crouppen PC | 7508 Grant Court Hollywood, Florida 33024 |
| 35 | Davis, Harrol Eugene | Harrol Eugene Davis | Davis, Harrol E. v. Merck & Co., Inc. | 2:06-cv-00692-EEF-DEK | 6/19/05 | Deakle-Couch Law Firm | 126 Hope Drive Hattiesburg, Mississippi 39401 |
| 36 | Diaz, Leonel | Leonel Diaz | Diaz, Leonel v. Merck & Co., Inc. | 2:06-cv-11130-EEF-DEK | 3/3/07 | N/A | 9042 John Barrett San Antonio, Texas 78240 |
| 37 | Dotson, Shawn | Shawn Dotson | Ruzicka, Robert v. Merck & Co., Inc. | 2:06-cv-01971-EEF-DEK | 6/26/06 | Brown and Crouppen PC | PO Box 211 Bland, Missouri 65014 |
| 38 | Gilley, Glen E | Glen E Gilley and Josh Gilley | Gilley, Glen E. v. Merck & Co., Inc. | 2:06-cv-10262-EEF-DEK | 1/31/07 | N/A | 2805 Huntleigh Drive Oklahoma City, Oklahoma 73120 |
| 39 | Johnson, Dorothy | Dorothy Johnson | Johnson, Dorothy v. Merck & Co., Inc. | 2:06-cv-06960-EEF-DEK | 12/13/06 | N/A | 17 Peach Street, Apt 16 Charleston, Mississippi 38921 |

Exhibit B: Pro Se Plaintiffs Who Have Failed to Provide a PPF Pursuant to PTO 18C

| | Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | PPF Due Date | Plaintiff's Former Counsel | Current or Last Known Address |
|---|---|---|---|---|---|---|---|
| 40 | Justus, Mark | Mark Justus and Paige Justus | Justus, Mark v. Merck & Co., Inc. | 2:05-cv-04862-EEF-DEK | 12/12/05 | N/A | P.O. Box 1891 Greenville, Texas 75403 |
| 41 | Karn, Ernest | Ernest Karn | Arthur, Byron v. Merck & Co., Inc. | 2:05-cv-04445-EEF-DEK | 12/14/05 | Daniel E. Becnel Jr. Law | 8650 SW Mohawk Circle Wilsonville, Oregon 97070 |
| 42 | Knudson, Albin | Albin Knudson | Knudon, Albin v. Merck & Co. Inc. | 2:06-cv-09788-EEF-DEK | 1/23/07 | Pro Se | 5701 Tropic Mist Las Vegas, Nevada 89130 |
| 43 | Knutson, Karen | Karen Knutson | Arthur, Byron v. Merck & Co., Inc. | 2:05-cv-04445-EEF-DEK | 12/14/05 | Daniel E. Becnel Jr. Law | 20205 NW Morgan Rd. Portland, Oregon 97231 |
| 44 | Laurila, Lois | Lois Laurila | Arthur, Byron v. Merck & Co., Inc. | 2:05-cv-04445-EEF-DEK | 12/14/05 | Daniel E. Becnel Jr. Law | 2477 Cal Young Rd. No. 206 Eugene, Oregon 97401 |
| 45 | Mortell, Daniel W | Julia C Mortell | Mortell, Julia C. v. Merck & Co., Inc. | 2:06-cv-09789-EEF-DEK | 1/23/07 | N/A | 8404 Surf Drive Las Vegas, Nevada 89128 |
| 46 | Price, Jerry | Jerry Price | Cavender, Debbie v. Merck & Co., Inc. | 2:05-cv-06533-EEF-DEK | 2/27/06 | Brown and Crouppen PC | 3210 East 11th Street Kansas City, Missouri 64127 |
| 47 | Toney, John M | Wilma L Toney | Toney, Wilma L. v. Merck & Co., Inc. | 2:06-cv-11340-EEF-DEK | 3/7/07 | N/A | 4302 Vicksburg Drive San Antonio, Texas 78220 |
| 48 | Wasson, Dennis | Dennis Wasson and Karen Wasson | Wasson, Dennis v. Merck & Co., Inc. | 2:05-cv-03530-EEF-DEK | 1/14/06 | Spangenberg Shilbey and Liber LLP | 136 Circleview Drive New Middletown, Ohio 44442 |