UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * MDL No. 1657 |
|  | * SECTION L |
|  | * JUDGE ELDON E. FALLON |
| **This Document Relates to:** | * |
| *Yuzella Clegg, v. Merck & Co., Inc.* | * MAGISTRATE JUDGE |
| *Case No. 2:06-cv-10318* | * DANIEL E. KNOWLES, III |

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiff Yuzella Clegg, in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

6/13/07

_____
DISTRICT JUDGE

878580v.1