IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS<br>LIABILITY LITIGATION | §<br>§<br>§<br>§ | MDL Docket No. 1657 |
| | § | |
| This document relates to: | §<br>§ | |
| | § | Plaintiff:   Kenneth Ray Baldwin |
| Myrtle Louise Bell, et al v. Merck | §<br>§ | |
| Civil Action No: 2:05-cv-0546 | §<br>§ | |

## MOTION TO WITHDRAW AND SUBSTITUTE
### WILLIAMSON & RUSNAK AS COUNSEL OF RECORD

COMES NOW, Carlene Rhodes Lewis of Goforth & Lewis, f/k/a Goforth Lewis Sanford Wilson, LLP , and Francis I. Spagnoletti of Spagnoletti & Associates, who respectfully file this their Motion to Withdraw and Substitute Jimmy Williamson of Williamson & Rusnak as Counsel of Record as to Plaintiff Kenneth Ray Baldwin, and in support of said Motion would show this Honorable Court as follows:

1.     The Lanier Law Firm was retained by Plaintiff Kenneth Ray Baldwin to pursue his claims for injuries sustained as a result of his ingestion of the prescription drug Vioxx®. The law firms of Goforth & Lewis  and Spagnoletti & Associates represent multiple plaintiffs in the same cause, one of which is Kenneth Ray Baldwin.

2.     The Lanier Law Firm and Goforth & Lewis filed Plaintiff's Original Petition in Intervention on July 1, 2002, in Cause No. 19961-BH02-1 styled *Opalene Stringer, et v. Merck & Co., Inc., et al* in the 23rd Judicial District of Brazoria County, Texas.

3.     The Lanier Law Firm and Goforth & Lewis filed Plaintiff's Amended Original Petition in Cause No. 19961-BH02-1 styled *Opalene Stringer, et v. Merck & Co., Inc., et al* in the 23rd Judicial District of Brazoria County, Texas on May 29, 2003, wherein Kenneth Baldwin is named among the plaintiffs in this suit on Exhibit "A" which is attached as part of said petition.

4.     Plaintiff's Original Petition in Intervention in Cause No. 19961-BH02-1 styled *Opalene Stringer, et v. Merck & Co., Inc., et al* in the 23rd Judicial District of Brazoria County, Texas was severed by Agreement of the parties and by Order of the Court of May 27, 2003, into cause of action No. 19961-BH02-01 styled *Myrtle Louise Bell, et al v. Merck & Co., Inc. et al.*

5.     That lawsuit was later transferred to the United States District Court for the Eastern District of Louisiana for inclusion in MDL No. 1657.

6.     The Lanier Law Firm's Motion to Withdraw and Substitute Williamson & Rusnak as Counsel of Record as to plaintiff Kenneth Ray Baldwin was granted by the Honorable Eldon E. Fallon on April 27, 2007, and The Lanier Law Firm has forwarded a portion of Plaintiff's file to Williamson & Rusnak.

7.     Plaintiff, Kenneth Ray Baldwin, advised the law firm of Goforth & Lewis and Spagnoletti & Associates that he is terminating the attorney-client relationship with those firms and has found new counsel.

8.     The law firm of Goforth & Lewis and Spagnoletti & Associates and Plaintiff have agreed that they will terminate the attorney-client relationship because of the aforementioned issue. There is no prejudice to any party in granting said motion.

9.     The law firm of Goforth & Lewis and Spagnoletti & Associates and Plaintiff have agreed to this motion and now request that the law firm of Williamson & Rusnak be substituted as the only attorneys in charge for Plaintiff Kenneth Ray Baldwin.

10.     The pertinent information for Williamson & Rusnak, including office address, telephone number and fax number is as follows:

WILLIAMSON & RUSNAK
4310 Yoakum Boulevard
Houston, Texas 77006
Telephone: 713/223-3330
Facsimile: 713/223-0001
jimmy@jimmywilliamson.com

11.     FOR THESE REASONS, the law firm of Goforth & Lewis and Spagnoletti & Associates request that this Court grant their Motion to Withdraw and Substitute the law firm of Williamson & Rusnak as attorneys in charge for Plaintiff, Kenneth Ray Baldwin.

Respectfully submitted,

GOFORTH & LEWIS

/s/  Carlene Rhodes Lewis
Carlene Rhodes Lewis (168211600)
2200 Texaco Heritage Plaza
1111 Bagby
Houston, Texas 77002
Telephone:     713/650-0022
Facsimile:     713/650-1669
Email: marcusstevenson@goforthlewis.com

SPAGNOLETTI & ASSOCIATES

/s/ Francis I. Spagnoletti
Francis I. Spagnoletti
401 Louisiana - 8th Floor
Houston, Texas 77002
Telephone: 713/653-5601
Facsimile: 713/653-5656
Email: fspagnoletti@spaglaw.com

**ATTORNEYS WITHDRAWING FOR
PLAINTIFF KENNETH RAY BALDWIN**

WILLIAMSON & RUSNAK

/s/   *Jimmy Williamson*
Jimmy Williamson, Bar No. TX21624100
4310 Yoakum
Houston, Texas 77006
Telephone:    713/223-3330
Facsimile:     713/223-0001
jimmy@jimmywilliamson.com

**ATTORNEYS SUBSTITUTING FOR
PLAINTIFF KENNETH RAY BALDWIN**


**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Withdraw and Substitute Williamson & Rusnak as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail, Certified Mail, R.R.R. and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on the __15th__ day of June, 2007.

WILLIAMSON & RUSNAK

/s/   *Jimmy Williamson*
Jimmy Williamson, Bar No. TX21624100
4310 Yoakum
Houston, Texas 77006
Telephone:    713/223-3330
Facsimile:     713/223-0001
jimmy@jimmywilliamson.com

**ATTORNEYS SUBSTITUTING FOR
PLAINTIFF KENNETH RAY BALDWIN**