UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**  
    **PRODUCTS LIABILITY LITIGATION:**

MDL NO. 1657

SECTION: L

JUDGE FALLON  
MAG. JUDGE KNOWLES

……………………………………………………..

**THIS DOCUMENT RELATES TO:**  
    2:06-cv-03140

### ORDER

    Before the Court is John J. Driscoll, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiff Thomas Stone, and will continue to represent all other named Plaintiffs in the above cited case, not previously withdrawn from. Attorney John J. Driscoll moves the Court for leave to withdraw as counsel for Thomas Stone. Accordingly, the Court being fully advised rules as follows:

    IT IS THE ORDER of this COURT that John J. Driscoll, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED. This Order applies only to Thomas Stone's actions against Defendant Merck & Co., Inc., all claims of all other plaintiffs in this action remain in full force and effect. File & Serve shall be updated by Plaintiff's former attorney, John J. Driscoll and Brown & Crouppen, P.C. to reflect these changes.

It is So Ordered: _____  
                                                  JUDGE

DATE: __6/14/07_____

1