# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| LENE ARNOLD | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-2627 | |
| and | |
| ALICIA GOMEZ | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-1163 | |

## NINTH NOTICE OF SUPPLEMENTAL AUTHORITY
## OF PLAINTIFFS LENE ARNOLD AND ALICIA GOMEZ

Plaintiffs, Lene Arnold and Alicia Gomez, hereby submit as their Ninth supplemental authority in opposition to Merck & Co.'s Motion for Summary Judgment, the opinion of the Honorable Carol E. Higbee in *Cona v. Merck & Co., Inc.*, ATL-L-3553-05-MT, pg. 33-40 (N.J. Super., Law Civ. June 8, 2007) [a copy of which is attached hereto as Exhibit "A"] and the opinion of the Honorable Jack B. Weinstein in *In re Zyprexa Products Liability Litigation*, 04-MD-1596 and 06-CV-1729 (E.D.N.Y. June 11, 2007)[a copy of which is attached hereto as Exhibit "B"].

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date:  June 12, 2007                         By:  /s/ Leonard A. Davis
                                              **Russ M. Herman (Bar No. 6819)**
                                              Leonard A. Davis (Bar No. 14190)
                                              Stephen J. Herman (Bar No. 23129)
                                              ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                              820 O'Keefe Avenue
                                              New Orleans, Louisiana 70113
                                              Telephone: (504) 581-4892
                                              Facsimile: (504) 561-6024

                                              **PLAINTIFFS' LIAISON COUNSEL**

| | |
|---|---|
| Andy D. Birchfield, Jr., Esquire | Gerald E. Meunier, Esquire |
| Leigh O'Dell, Esquire | GAINSBURGH, BENJAMIN, DAVID, |
| BEASLEY, ALLEN, CROW, METHVIN, |    MEUNIER & WARSHAUER, L.L.C. |
| PORTIS & MILES, P.C. | Energy Centre |
| P.O. Box 4160 | 1100 Poydras Street, Ste. 2800 |
| 234 Commerce Street | New Orleans, LA 70163 |
| Montgomery, AL 36103-4160 | (504) 522-2304 (telephone) |
| (800) 898-2034 (telephone) | (504) 528-9973 (fax) |
| (334) 954-7555 (telecopier) | |
| **Co-Lead Counsel** | Troy Rafferty, Esquire |
| | LEVIN, PAPANTONIO, THOMAS, MITCHELL, |
| Richard J. Arsenault, Esquire | ECHSNER & PROCTOR, PA |
| NEBLETT, BEARD & ARSENAULT | 316 S. Baylen Street, Suite 400 |
| 2220 Bonaventure Court, P.O. Box 1190 | Pensacola, FL 32502 |
| Alexandria, LA 71301-1190 | (850) 435-7000 (telephone) |
| (318) 487-9874 (telephone) | (850) 497-7059 (telecopier) |
| (318) 561-2591 (telecopier) | |
| | Elizabeth J. Cabraser, Esquire |
| Christopher A. Seeger, Esquire | LIEFF, CABRASER, HEIMANN & |
| SEEGER WEISS |    BERNSTEIN, LLP |
| One William Street | Embarcadero Center West |
| New York, NY 10004 | 275 Battery Street, 30th Floor |
| (212) 584-0700 (telephone) | San Francisco, CA 94111 |
| (212) 584-0799 (telecopier) | (415) 956-1000 (telephone) |
| **Co-Lead Counsel** | (415) 956-1008  (telecopier) |

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire **(on brief)**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX  77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

**AND**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier

**Counsel for Plaintiff Arnold**

**AND**

| | |
|---|---|
| Kathryn A. Snapka, Esquire | Zollie C. Steakley |
| SNAPKA, TURMAN & WATERHOUSE LLP | TX State Bar No. 24029848 |
| 606 N. Carancahua, Suite 1511 | MS State Bar No. 100517 |
| P.O. Drawer 23017 | Attorney for Plaintiffs |
| Corpus Christi, TX 78403 | CAMPBELL~CHERRY~HARRISON~ |
| (361) 888-7676 (telephone) | DAVIS~DOVE, P.C. |
| (361) 884-8545 (telecopier) | P.O. Drawer 21387 |
| | Waco, Texas 76702 |
| | (254) 761-3300 (telephone) |
| | (254) 761-3301 (telecopier) |

**Counsel for Plaintiff Gomez**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of June 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com