| | | |
|---|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * | MDL Docket No. 1657 |
| | | Section: L |
| * * * * * * * | | Judge Fallon |
| THIS DOCUMENT RELATES TO: | * | Magistrate Judge Knowles |
| Civil Action No. 06-cv-05540 Beck | * | Plaintiff Thomas L. |
| * * * * * * * | * * * * * | |

## CONSENT MOTION TO WITHDRAW AND STRIKE THE APPEARANCE OF PATRICK J. MADIGAN ON BEHALF OF THOMAS L. BECK

Thomas L. Beck, Plaintiff, by and through his Counsel, Robert J. Lynott and Thomas & Libowitz, P.A., respectfully move to withdraw and strike the appearance of Patrick J. Madigan, Esquire from this matter and state:

1. Patrick J. Madigan had previously entered his appearance on behalf of Thomas L. Beck.

2. Patrick J. Madigan has recently left the firm of Thomas & Libowitz, P.A.

3. Thomas L. Beck will continue to be represented by Thomas & Libowitz, P.A.

4. Thomas L. Beck respectfully requests that the Court withdraw and strike the appearance of Patrick J. Madigan as his Counsel with regard to this matter.

5. Counsel for Merck does not object to this request.

Respectfully submitted,

_____
Robert J. Lynott
Thomas & Libowitz, P.A.
100 Light Street
Suite 1100
Baltimore, Maryland 21202
(410) 752-2468
(410) 752-0979 (fax)
RLynott@tandllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above *Consent Motion to Withdraw and Strike the Appearance of Patrick J. Madigan* has been served upon John N. Poulos, Esquire, and Robert W. Brundige, Jr., Esquire, by U.S. Mail and e-mail, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(b), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of June 2007.

_____
Robert J. Lynott

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THOMAS BECK** | * | |
| *Plaintiff* | * | |
| v. | * | Case No. 06-cv-01880-AMD |
| **MERCK & CO., INC.,** *et al.* | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion to Withdraw and Strike the Appearance of Patrick J. Madigan on Behalf of Thomas L. Beck filed by Plaintiff in the above-captioned matter, it is this __ day of _____, 2007, hereby ORDERED that the Court withdraw and strike the appearance of Patrick J. Madigan as his Counsel with regard to this matter.

_____
Judge
United States District Court
  for the District of Maryland