## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX® PRODUCTS LIABILITY LITIGATION** | * | **MDL Docket No. 1657** |
| | * | **Section: L** |
| * * * * * * | * | **Judge Fallon**<br>**Magistrate Judge Knowles** |
| **THIS DOCUMENT RELATES TO:** | * | |
| **Civil Action No. 06-cv-05540** | * | **Plaintiff Thomas L. Beck** |
| * * * * * * | * * * * * * | |

## ORDER

Upon consideration of the Consent Motion to Withdraw and Strike the Appearance of Patrick J. Madigan on Behalf of Thomas L. Beck filed by Plaintiff in the above-captioned matter, it is this ___ day of _____, 2007, hereby ORDERED that the Court withdraw and strike the appearance of Patrick J. Madigan as his Counsel with regard to this matter.

 

_____
Judge
United States District Court
 for the District of Maryland