UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE ELDON E. FALLON |
| Joan O'Bryan, now deceased | ) ) | |
| Case No.  2:06-CV-2070 | ) ) | |

### DEFENDANT'S MOTION FOR RELIEF FROM ORDER

Comes now the Defendants, Daska P. Mehta, M.D., Daniel G. Meece, M.D., Center for Arthritis and Osteoporosis, PSC, and Bardstown Internal Medicine, PSC, by and through counsel, pursuant to Fed. R. Civ. P. 60(b) and move this Honorable Court for Relief from the Court's Order in this matter entered May 24, 2007 and entered as Document No. 11189 in the LAED ECF/CM system.   In support of this Motion, Defendants have contemporaneously filed a Memorandum in Support of their Motion for Relief from an Order.

        Respectfully submitted,

        LYNN, FULKERSON, NICHOLS & KINKEL, PLLC

    267 West Short Street
    Lexington, Kentucky  40507
    Tel. No. (859) 253-0523

     /s/ David A. Trevey
    MELANIE S. MARRS
    DAVID A. TREVEY (KBA #90535)
    ATTORNEYS FOR DEFENDANTS, DASHKA P. MEHTA M.D., DANIEL G.  MEECE, M.D., CENTER FOR OSTEOPOROSIS AND ARTHRITIS, PSC AND BARDSTOWN INTERNAL MEDICINE, PSC

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Relief from Order has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and email or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 15th day of June, 2007.


_____/s/ David A. Trevey_____
MELANIE S. MARRS
DAVID A. TREVEY (KBA #90535)
LYNN, FULKERSON, NICHOLS & KINKEL, PLLC
267 West Short Street
Lexington, Kentucky  40507
Tel. No. (859) 253-0523
ATTORNEYS FOR DEFENDANTS, DASHKA P. MEHTA M.D., DANIEL G. MEECE, M.D., CENTER FOR OSTEOPOROSIS AND ARTHRITIS, PSC AND BARDSTOWN INTERNAL MEDICINE, PSC