# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joan O'Bryan, now deceased | |
| Case No. 2:06-CV-2070 | |

## ORDER OF RELIEF FROM ORDER

On Motion of the Defendants, Daska P. Mehta, M.D., Daniel G. Meece, M.D., Center for Arthritis and Osteoporosis, PSC, and Bardstown Internal Medicine, PSC, by and through counsel, pursuant to Fed. R. Civ. P. 60(b), and the Court being sufficiently advised; IT IS HEREBY ORDERED:

1) That the Court's Order of May 24, 2007 to Substitute Parties in the above matter is hereby VACATED.

2) That the Defendants' Objection to Plaintiffs' Motion to Substitute Parties is hereby Ordered to be Filed.

```
_____
Judge Eldon E. Fallon,
United States District Court
Eastern District of Louisiana
```

Tendered by:

Melanie S. Marrs
David A. Trevey (KBA No. 90535)
Lynn, Fulkerson, Nichols & Kinkel
267 West Short Street
Lexington, KY 40507
(859)253-0523

1