IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL. No. 1657 Section: L/3 |

THIS DOCUMENT RELATES TO:                    05-4908

Edward Jackson
Vs. Merck & Co., Inc
Case No.: 8:05-CV-1535-T-26MAP
_____/

## MOTION TO WITHDRAW STEVEN L. SAVOLA AS COUNSEL OF RECORD

Undersigned counsel for the Plaintiffs hereby requests the Court permit Steven L. Savola, Esq., to withdraw as counsel of record for Plaintiff as follows:

1. Mr. Savola is no longer with the undersigned law firm.

2. Plaintiff has adequate representation by other current members of The Ferraro Law Firm.

3. Defendant's counsel has no objection to the relief required herein.

WHEREFORE, Plaintiffs respectfully request the Court to permit Steven L. Savola, Esq., to withdraw as Plaintiff's counsel of record.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. mail to **Patricia E. Lowry, Esq.**, SQUIRE, SANDERS & DEMPSEY LLP, 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Florida 33401; and to Steven L. Savola, Esq., 8770 Sunset Drive, #403, Miami, FL 33173, on this 15 day of June, 2007.

THE FERRARO LAW FIRM, P.A.
Attorneys for Defendants
4000 Ponce de Leon Boulevard, Suite 700
Miami, Florida 33146
Tel:  305-375-0111
Fax:  305-379-6222

By_____
Brian H. Pollock
Florida Bar No. 174742

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:   VIOXX® PRODUCTS       MDL. No. 1657
LIABILITY LITIGATION           Section: L/3

THIS DOCUMENT RELATES TO:      05-4908

Edward Jackson
Vs. Merck & Co., Inc
Case No.: 8:05-CV-1535-T-26MAP
_____/

## ORDER ON MOTION TO WITHDRAW COUNSEL OF RECORD

THIS CAUSE, having come before the Court on Plaintiff's Motion to Withdraw Steven L. Savola As Counsel of Record dated June 15, 2007, and the Court have been advised of and accepted the agreement of counsel and being otherwise duly advised in the premises, hereby

ORDERS AND ADJUGDES that said Motion be and the same is hereby:

Granted; Steven L. Savola, Esq., is hereby withdrawn as Counsel of Record for Plaintff, Edward Jackson, in this action, and who will be represented by Brian H. Pollock, Esq., in this action.

DONE AND ORDERED in _____, Louisiana, this _____ day of _____, 2007.

_____
DISTRICT COURT JUDGE

Copies Furnished:
Brian H. Pollock, Esq.
Patricia E. Lowry, Esq.
Steven L. Savola, Esq.