IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX® PRODUCTS                    MDL. No. 1657
LIABILITY LITIGATION                       Section: L/3

THIS DOCUMENT RELATES TO:                  05-4910

Dorothy Tomlinson
Vs. Merck & Co., Inc
Case No.: 1:05-CV-22287-UU
_____/

## MOTION TO ENROLL AS COUNSEL OF RECORD

Plaintiff, Dorothy Tomlinson, through her undersigned counsel and pursuant to La.R.S. 37:214 and other applicable rules and laws, requests the Court to enroll Brian H. Pollock as Counsel of Record based on the following:

1. Steven Savola, Esq., originally filed this case on August 18, 2005 in the Middle District of Florida, Tampa Division.

2. This case was then sent into the Vioxx MDL pending before this Court.

3. Steven Savola, Esq., dissociated from The Ferraro Law Firm, f/k/a Ferraro and Associates, but the firm continues to represent Plaintiff.

4. The undersigned is a member in good standing with The Florida Bar and also is admitted to practice in the Eleventh Circuit Court of Appeal as well as in the District Courts, Southern and Middle Districts of Florida.

5. The undersigned seeks to represent Plaintiff on behalf of The Ferraro Law Firm f/k/a Ferraro and Associates, in this action.

6. The undersigned desires to enroll as counsel of record for Plaintiff to prosecute this action on his behalf and for good cause.

7. A proposed Order granting this Motion to Enroll is attached hereto.

8. Undersigned contacted local counsel for Merck, Ms. Lowry, and she has no opposition to the relief requested herein.

WHEREFORE, Plaintiff, Dorothy Tomlinson, requests the Court to enter the attached Order to enroll Brian H. Pollock as his Counsel of Record.

        THE FERRARO LAW FIRM, P.A.
        Attorneys for Defendants
        4000 Ponce de Leon Boulevard, Suite 700
        Miami, Florida 33146
        Tel:   305-375-0111
        Fax:  305-379-6222

        By_____
            Brian H. Pollock
            Florida Bar No. 174742

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. mail to **Patricia E. Lowry, Esq.**, SQUIRE, SANDERS & DEMPSEY LLP, 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Florida 33401, on this ___ day of June, 2007.

        THE FERRARO LAW FIRM, P.A.
        Attorneys for Defendants
        4000 Ponce de Leon Boulevard, Suite 700
        Miami, Florida 33146
        Tel:   305-375-0111
        Fax:  305-379-6222

        By_____
            Brian H. Pollock
            Florida Bar No. 174742