IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX® PRODUCTS  　　　　　　　MDL. No. 1657
LIABILITY LITIGATION  　　　　　　　　　Section: L/3

THIS DOCUMENT RELATES TO:  　　　　05-4910

Dorothy Tomlinson
Vs. Merck & Co., Inc
Case No.: 1:05-CV-22287-UU
_____/

## ORDER ON MOTION TO ENROLL AS COUNSEL OF RECORD

THIS CAUSE, having come before the Court on Plaintiff's Motion to Enroll As Counsel of Record dated May 16, 2007, and the Court have been advised of and accepted the agreement of counsel and being otherwise duly advised in the premises, hereby

ORDERS AND ADJUGDES that said Motion be and the same is hereby:

Granted; Brian H. Pollock, Esq., is hereby enrolled as Counsel of Record for Plaintff, Dorothy Tomlinson, in this action.

DONE AND ORDERED in _____, Louisiana, this _____ day of _____, 2007.

_____
DISTRICT COURT JUDGE

Copies Furnished:
Brian H. Pollock, Esq.
Patricia E. Lowry, Esq.