UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * * | MDL No. 1657 |
|  | * | SECTION L |
|  | * | |
|  | * | JUDGE ELDON E. FALLON |
| **This Document Relates to:** | * | |
| *Parrish, et al., v. Merck & Co., Inc. et al.,* | * | MAGISTRATE JUDGE |
| *Case No. 2:07-cv-1837* | * | DANIEL E. KNOWLES, III |
|  | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Cathy Parrish, Brandy Parrish, and Brooke Parrish, Individually and on behalf of the wrongful death beneficiaries of Johnny Wayne Parrish, deceased ("Parrish"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiffs agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx, such lawsuit will be filed in a United States District Court; and

2. Plaintiffs further agree that in the event they re-file such lawsuit, and discovery that has taken place or will take place in *In re Vioxx Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that it is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been parties and had had an opportunity to participate in that discovery.

3. The parties agree this dismissal regards only the Plaintiffs' claims based upon Johnny Wayne Parrish's use of Vioxx. This dismissal does not pertain to, and shall not be construed as affecting in any way, Plaintiffs' claims based upon Johnny Wayne Parrish's use of Bextra or any other drug, which are presently being litigated in the U.S. District Court for the Northern District of California, namely *In Re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, Case No. M:05-cv-1699.

Plaintiffs agree to the above-stated conditions and wish to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

Stephen W. Burrow (MB #9577)
Williams, Heidelberg, Steinberger, and McElhaney, P.A.
711 Delmas Ave.
PO Box 1407
Pascagoula, MS 39568-1407
ATTORNEY FOR PLAINTIFFS


Christy D. Jones (MB #3192)
Charles C. Harrell (MB #3135)
Anita Modak-Truran (MB #99422)
J. Kennedy Turner, III (MS #8140)
Alyson B. Jones (MB # 101456)
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225

ATTORNEYS FOR
DEFENDANT MERCK & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without

Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail

and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the

same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that

the foregoing was electronically filed with the Clerk of Court of the United States District Court

for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of

June, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel