UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * * * * | MDL No. 1657 |
|  |  | SECTION L |
| **This Document Relates to:** | * * | JUDGE ELDON E. FALLON |
| *Parrish, et al., v. Merck & Co., Inc. et al.,* | * | MAGISTRATE JUDGE |
| *Case No. 2:07-cv-1837* | * * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiffs Cathy Parrish, Brandy Parrish, and Brooke

Parrish, Individually and on behalf of the wrongful death beneficiaries of Johnny Wayne Parrish,

deceased, in the above-captioned case be and they hereby are dismissed without prejudice,

subject to the terms and conditions of the stipulation, and with each party to bear his or her own

costs.

June ____, 2007

_____
DISTRICT JUDGE