UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| *This document relates to:* | JUDGE FALLON |
| *Rose Sfeir v. Merck & Co., Inc., et al* <br> *No. 06cv2243* | MAG. JUDGE KNOWLES |
| *AND* | |
| *Eugenia B. Lukasik, individually and as executrix of the Estate of Richad Lukasik, Sr., a/k/a Richard Paul Lukasik, Sr. vs. Merck & Co., Inc., et al* <br> *No. 06cv3151* | |

### THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM IN OPPOSITION TO DEFENDANTS LIFETIME MEDICAL CENTER'S AND LIFETIME HEALTHCARE, INC.'S, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROVIDE ANY RESPONSE TO THE PLAINTIFF PROFILE FORM AS REQUIRED BY PRE-TRIAL ORDER NO. 18C

MAY IT PLEASE THE COURT:

This memorandum is being submitted by the Plaintiffs' Steering Committee in opposition to the Rule to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C filed on behalf of Defendants, Lifetime Medical Center and Lifetime Healthcare, Inc. (collectively hereinafter referred to as "Lifetime").

1

Lifetime originally filed a Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C on May 29, 2007. The issue was addressed at the monthly status conference on May 31, 2007. The Court ruled at the status conference that "IT IS ORDERED that Lifetime's Rule to Show Cause (Rec. Doc. 11198) is DENIED. The defendants are free to reurge this matter at a later time, once the plaintiffs have had ample opportunity to respond." Following the status conference, on June 4, 2007, Lifetime filed another Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C. The motion filed by Lifetime has no merit and should be summarily dismissed. Further, Lifetime did not give the plaintiffs sufficient time or an ample opportunity to respond.

This Court is intimately familiar with Pre-Trial Order No. 18C and all the subsequent amendments to Pre-Trial Order 18. Presently, Pre-Trial Order No. 18C governs the form and schedule for the service of a Plaintiff Profile Forms and executed authorizations for the release of records to be completed by plaintiffs. Nowhere in any of the Pre-Trial Orders relating to PPFs was it ever contemplated that anyone other than Merck could take any action regarding a PPF, or an alleged deficient PPF. Specifically, Pre-Trial Order No. 18C states:

> **This Order neither applies to no imposes any obligation on any Defendant in any individual action in MDL 1657 other than Merck.**

Through Pre-Trial Order No. 18C, references to the Plaintiff Profile Form only contemplate that the Form will be provided to Merck. No other defendant is contemplated in Pre-Trial Order No. 18C. Why? Because PTO 18 was only intended to address Merck.

Lifetime has no standing whatsoever to assert any claim under Pre-Trial Order No. 18C.

Lifetime has no standing whatsoever to dismiss any plaintiff's claim for failure to file a PPF. Lifetime cannot even claim that a PPF is deficient. A plaintiff has no obligation whatsoever to provide a PPF to Lifetime or any party other than Merck.

The PSC has been in communication with plaintiffs' counsel in this matter and is advised that plaintiffs' counsel will be filing an opposition.

For the foregoing reasons, Lifetime's motion should be dismissed.

Respectfully submitted,

**The Plaintiffs' Steering Committee**

Date: June 18, 2007          By:     /s/ Leonard A. Davis
                                     **Russ M. Herman (Bar No. 6819)**
                                     Leonard A. Davis (Bar No. 14190)
                                     Stephen J. Herman (Bar No. 23129)
                                     ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                     820 O'Keefe Avenue
                                     New Orleans, Louisiana 70113
                                     Telephone: (504) 581-4892
                                     Facsimile: (504) 561-6024

                                     **PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
  MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

4

| | |
|---|---|
| Mark Robinson, Esquire<br>ROBINSON, CALCAGNIE & ROBINSON<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>(949) 720-1288 (telephone)<br>(949) 720-1292 (telecopier) | Christopher V. Tisi, Esquire<br>ASHCRAFT & GEREL<br>2000 L Street, N.W., Suite 400<br>Washington, DC  20036-4914<br>(202) 783-6400 (telephone)<br>(307) 733-0028  (telecopier) |

**PLAINTIFFS' STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, **and Counsel for Defendants Lifetime Medical Center and Lifetime Healthcare, Inc., Blake T. Webber,** by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of June, 2007.

/s/ Leonard a. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com