UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE TENA CAMPBELL |

**THIS DOCUMENT RELATES TO: Debbie Milne v. Merck & Co., Inc.
Docket No. 06-10318**

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiff Debbie Milne and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Merck, subject to the following conditions:

1. Plaintiff Debbie Milne agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx ®, such lawsuit will be filed in a United States District Court;

2. Plaintiff Debbie Milne further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place In re VIOXX Products Liab. Litig. (MDL – 1657), the MDL proceeding that has been established in the United States District

Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff Debbie Milne agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Further, nothing in this stipulation will affect the rights and defenses of any party to this case not specifically named in this pleading, and will not dismiss the claims of any other plaintiff in this case besides that of Debbie Milne. Pursuant to Pretrial Order No. 8A, counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Debbie Milne in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: 5-31-07, 2007

Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
4252 South 700 East
Salt Lake City, UT 84107
Telephone: (801) 262-8915
Facsimile: (801)262-8995

Attorneys for Plaintiff Debbie Milne

Dated: 6/19, 2007.

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelle M. Bertaut, 3054
　　Of
STONE, PIGMAN, WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of June, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2