

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: VIOXX PRODUCTS LIABILITY
LITIGATION

MDL No. 1657

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
DALE A. KIMBALL

**THIS DOCUMENT RELATES TO: Eileen Farmer v. Merck & Co., Inc.
Docket No. 05-00636**

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiff Eileen Farmer and Defendant Merck & Co., Inc. ("Merck") hereby

stipulate to a dismissal without prejudice of Plaintiff's claims against Merck,

subject to the following conditions:

1.  Plaintiff Eileen Farmer agrees that, in the event she re-files a

    lawsuit against Merck that contains claims relating to Vioxx ®, such

    lawsuit will be filed in a United States District Court;

2.  Plaintiff Eileen Farmer further agrees that in the event she re-files

    such lawsuit, any discovery that has taken place or will take place

    *In re VIOXX Products Liab. Litig.* (MDL – 1657), the MDL

    proceeding that has been established in the United States District

Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff Eileen Farmer agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Further, nothing in this stipulation will affect the rights and defenses of any party to this case not specifically named in this pleading, and will not dismiss the claims of any other plaintiff in this case besides that of Eileen Farmer. Pursuant to Pretrial Order No. 8A, counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Eileen Farmer in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

2

Respectfully Submitted by:

Dated: __5|15__, 2007

Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
4252 South 700 East
Salt Lake City, UT  84107
Telephone: (801) 262-8915
Facsimile:   (801)262-8995

Attorneys for Plaintiff Eileen Farmer

Dated: __6/19__, 2007.

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelle M. Bertaut, 3054
        Of
STONE, PIGMAN, WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3200
Telecopier:   (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of June, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel