UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to*: | * | JUDGE FALLON |
| Everardo S. Aguilar v. Merck & Co., Inc., et al. (05-6217) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER OF DISMISSAL *WITH* PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Everardo S. Aguilar, Defendants Walter A. Besser, M.D., George L. Colvin, M.D., Western Queens Health Associates, Center for Alternative Medicine and Defendant Merck & Co., Inc. (collectively "Defendants"), through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiff to voluntarily dismiss with prejudice his claims against Defendants in the above-captioned case and the agreement of Defendants not to seek from Plaintiff their fees and costs, this case is hereby dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Plaintiff further agrees not to re-file any suit based on any similar claims related to Vioxx against Defendants, any of their subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court or forum.

3. Each party is to bear its own costs and attorneys' fees.

NY 1155812_1.DOC

4. Further, in compliance with Pretrial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims of Everardo S. Aguilar in the above-captioned case.

Dated: May 25, 2007

*AGREED TO AND ACCEPTED BY:*

THE PAGAN LAW FIRM, P.C.

By_____
William Pagan
245 Fifth Avenue, Suite 1002
New York, New York 10016
(212) 967-8202

Attorneys for Plaintiff

KELLER, O'REILLY & WATSON, P.C.

By_____
Kevin W. O'Reilly
242 Crossways Park West
Woodbury, New York 11797
(516) 877-1900

Attorneys for George L. Colvin, M.D.

LAW OFFICE OF STEPHEN P. HABER

By_____
Stephen P. Haber
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1500

Attorneys for Center for Alternative Medicine

HUGHES HUBBARD & REED LLP

By _Vilia B. Hayes_
Vilia B. Hayes
One Battery Park Plaza
New York, New York 10004
(212) 837-6888

Attorneys for Defendants Merck & Co, Inc.

KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN LLP

By_____
Anne M. Gremillar
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470

Attorneys for Walter A. Besser, M.D. and Western Queens Health Associates

4. Further, in compliance with Pretrial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims of Everardo S. Aguilar in the above-captioned case.

Dated: May 10, 2007

*AGREED TO AND ACCEPTED BY:*

| THE PAGAN LAW FIRM, P.C. | HUGHES HUBBARD & REED LLP |
|---|---|
| By_____<br>William Pagan<br>245 Fifth Avenue, Suite 1002<br>New York, New York 10016<br>(212) 967-8202<br><br>Attorneys for Plaintiff | By_____<br>Vilia B. Hayes<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6888<br><br>Attorneys for Defendants Merck & Co, Inc. |
| KELLER, O'REILLY & WATSON, P.C. | KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN LLP |
| By_____<br>Kevin W. O'Reilly<br>242 Crossways Park West<br>Woodbury, New York 11797<br>(516) 877-1900<br><br>Attorneys for George L. Colvin, M.D. | By /s/ Anne M. Gremillat<br>Anne M. Gremillat<br>69 East Jericho Turnpike<br>Mineola, New York 11501<br>(516) 742-3470<br><br>Attorneys for Walter A. Besser, M.D. and Western Queens Health Associates |

LAW OFFICE OF STEPHEN P. HABER

By_____
Stephen P. Haber
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1500

Attorneys for Center for Alternative Medicine

NY 1155812_1.DOC

4. Further, in compliance with Pretrial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims of Everardo S. Aguilar in the above-captioned case.

Dated: June __, 2007

*AGREED TO AND ACCEPTED BY:*

THE PAGAN LAW FIRM, P.C.

By_____
William Pagan
245 Fifth Avenue, Suite 1002
New York, New York 10016
(212) 967-8202

Attorneys for Plaintiff

KELLER, O'REILLY & WATSON, P.C.

By /s/ Kevin W. O'Reilly
Kevin W. O'Reilly
242 Crossways Park West
Woodbury, New York 11797
(516) 877-1900

Attorneys for George L. Colvin, M.D.

LAW OFFICE OF STEPHEN P. HABER

By_____
Stephen P. Haber
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1500

Attorneys for Center for Alternative Medicine

HUGHES HUBBARD & REED LLP

By_____
Vilia B. Hayes
One Battery Park Plaza
New York, New York 10004
(212) 837-6888

Attorneys for Defendants Merck & Co, Inc.

KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN LLP

By_____
Anne M. Gremillar
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470

Attorneys for Walter A. Besser, M.D. and Western Queens Health Associates

NY 1155812_1.DOC

4. Further, in compliance with Pretrial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims of Everardo S. Aguilar in the above-captioned case.

Dated: May __, 2007

*AGREED TO AND ACCEPTED BY:*

| THE PAGAN LAW FIRM, P.C. | HUGHES HUBBARD & REED LLP |
|---|---|
| By_____<br>William Pagan<br>245 Fifth Avenue, Suite 1002<br>New York, New York 10016<br>(212) 967-8202 | By_____<br>Vilia B. Hayes<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6888 |
| Attorneys for Plaintiff | Attorneys for Defendants Merck & Co, Inc. |
| KELLER, O'REILLY & WATSON, P.C. | KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN LLP |
| By_____<br>Kevin W. O'Reilly<br>242 Crossways Park West<br>Woodbury, New York 11797<br>(516) 877-1900 | By_____<br>Anne M. Gremillar<br>69 East Jericho Turnpike<br>Mineola, New York 11501<br>(516) 742-3470 |
| Attorneys for George L. Colvin, M.D. | Attorneys for Walter A. Besser, M.D. and Western Queens Health Associates |

LAW OFFICE OF STEPHEN P. HABER

By_____
Stephen P. Haber
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1500

Attorneys for Center for Alternative Medicine

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of June, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2