UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | MDL No. 1657 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| **This Document Relates to:** | |
| *Everardo S. Aguilarr v. Merck & Co., Inc.,* Case No. 2:05-cv-6217 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all claims of plaintiff Everardo S. Aguilar against defendants Walter A. Besser, M.D., George L. Colvin, M.D., Western Queens Health Associates, Center for Alternative Medicine, and Merck & Co., Inc. in the above-captioned case be and they hereby are dismissed *with* prejudice, with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

875870v.1