# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1657 <br> SECTION L |
| DANIEL SLAUGHTER, on behalf of all surviving heirs, and on behalf of JESSI SLAUGHTER, Deceased, | * * * * | CASE NO. 06-10158 |
| Plaintiff, | * | JUDGE ELDON E. FALLON |
| v. | * * | MAGISTRATE JUDGE <br> DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation, | * * * | |
| Defendant. | * * | PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |

(THIS DOCUMENT RELATES TO: Bobby W. Myatt, et al. v. Merck & Co., Inc., Civil Action No. 3:06-cv-04606)

## ORDER

**(Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff)**

**THIS CAUSE** comes before the Court on *Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff* submitted by the Plaintiff, Daniel Slaughter, on behalf of all surviving heirs, and on behalf of Jessi Slaughter, deceased, pursuant to Rules 15(a) and 25(a) of the Federal Rules of Civil Procedure. Along with the *Motion for Leave to Amend the Complaint and Motion to Substitute Plaintiff*, the Plaintiff has submitted the proposed amended complaint.

It is hereby **ORDERED** that Jessi Slaughter's *Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff* be **GRANTED**. The Clerk of the Court is directed to receive the Amended Complaint and to show it as filed.

**DONE** this the 19th day of June, 2007.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**