UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657  SECTION L |
| DANIEL SLAUGHTER, on behalf of all surviving heirs, and on behalf of JESSI SLAUGHTER, Deceased, | * * * * | CASE NO. 06-10158  JUDGE ELDON E. FALLON |
| Plaintiff, v. MERCK & CO., INC., a foreign corporation, Defendant. | * * * * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III  PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |

(THIS DOCUMENT RELATES TO:  Bobby W. Myatt, et al. v. Merck & Co., Inc., Civil Action No. 3:06-cv-04606)

### CERTIFICATE OF COMPLIANCE

In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certifies that as soon as the Order granting the Unopposed Motion for Leave to Amend Complaint is entered by the Court he will make the change directly on File & Serve to reflect the amended complaint in the above-referenced case.

   /s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
 & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama   36103
(334) 269-2343
(334) 954-7555 - Fax
Attorneys for the Plaintiff

1