UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX )
   PRODUCTS LIABILITY LITIGATION ) MDL NO. 1657
 )
 ) SECTION: L
 )
THIS DOCUMENT RELATES TO: ) JUDGE: E. FALLON
ELNA LOONEY #05-2345 )

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFF

Plaintiff, by and through undersigned counsel wish to inform this Honorable Court of the death of plaintiff, Elna Looney ("Plaintiff"). Further, as Ohio law provides for the survival of actions notwithstanding the death of a party, Plaintiff respectfully requests that Susan L. Southers, Executor of the Estate of Elna Looney be substituted as plaintiff in this action. A memorandum in support of this Motion is attached.

Respectfully submitted,

John R. Climaco (Ohio #0011456)
Terri A. Lightner (Ohio #0077874)
Dawn M. Chmielewski (Ohio #0077723)

**CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI CO., LPA**
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484

Anthony Gallucci (Ohio #0066665)

**KELLEY & FERRARO LLP**
2200 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 575-0777

## Memorandum in Support

Plaintiff, Elna Looney a resident of Huber Heights, Ohio since 1978, passed away January 5, 2007. Mrs. Looney's daughter Susan Southers has been appointed Executor of the Estate of Elna Looney by the Probate Court of Montgomery County, Ohio[1].

## Law and Argument

### Elna Looney's Claims Survive Her Death and Her Estate is Entitled to Continue her Cause of Action.

Federal Rule of Civil Procedure 25(a) states that if a party dies and the claim is not extinguished due to the death, the court may order the substitution of parties. Ohio Revised Code § 2305.21 allows for claims for injuries to a person to survive the death of the person injured (or the person liable for the injury).

Elna Looney suffered a heart attack as a result of her use of Vioxx. She suffered bodily injury for which she is entitled to pursue a cause of action against defendant Merck & Co. ("Defendant"). Her death does not preclude or extinguish her cause of action against Defendant. Elna Looney is entitled to have Susan Southers as Executor of the Estate of Elna Looney substituted as plaintiff in this action.

## Conclusion

Ohio law provides for the survival of actions notwithstanding the death of a party. Despite her death, Plaintiff Elna Looney is entitled to pursue her cause of action against Merck. Therefore, Plaintiff respectfully requests that Susan L. Southers, Executor of the Estate of Elna Looney be substituted as plaintiff in this action.

---

[1] A copy of the Entry Appointing Fiduciary; Letters of Authority, is attached as Exhibit A.

Respectfully submitted,

*[signature]*

John R. Climaco (Ohio #0011456)
Terri A. Lightner (Ohio #0077874)
Dawn M. Chmielewski (Ohio #0077723)

**CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI CO., LPA**
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484

Anthony Gallucci (Ohio #0066665)

**KELLEY & FERRARO LLP**
2200 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 575-0777

# PROBATE COURT OF MONTGOMERY COUNTY, OHIO

**ESTATE OF** ELNA A. LOONEY      FILED **DECEASED**

**Case No.** 2007 EST 00398

2007 FEB 23 P 1:48

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
[For Executors and all Administrators]

Name and Title of Fiduciary Susan L. Southers, Executor

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate, the court finds that:

Decedent died [check one of the following]
    ☒ testate          ☐ intestate

on 1/5/2007, domiciled in Huber Heights, Montgomery County, Ohio.

**[Check one of the following]**
    ☒ Bond is dispensed with by the will
    ☐ Bond is dispensed with by law
    ☐ Applicant has executed and filed an appropriate bond, which is approved by the court;
and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

FEB 23 2007

Date                        Judge

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

ALICE O. McCOLLUM

[Seal]

Probate Judge /Clerk
by: J. Crosby
2/23/07
Date

FORM 4.5 – ENTRY APPOINTING FIDUCIARY: LETTERS OF AUTHORITY

Exhibit A

03/01/1996

## Certificate of Service

I hereby certify that a copy of the foregoing Suggestion of Death and Motion for Substitution of Plaintiff has been electronically served via Lexis Nexus on June 18, 2007, on the following:

Catherine Michelle Shelly Williams
McCranie Sistrunk Anzelmo Hardy
Maxwell & McDaniel

Phillip Wittmann
Stone Pigman Walter Wittmann LLC

Dorothy H. Wimberly
Stone Pigman Walter Wittmann LLC

Charles W. Cohen
Hughes Hubbard & Reed LLP
Cotlar LLP – New York

Wilfred P. Coronato
Hughes Hubbard & Reed LLP
New York

Susan J. Giamportone
Womble Carlyle Sandridge & Rice PLLC
Winston-Salem

Dimitrios Mavroudis/973004
Dechert LLP-Philadelphia

Andy D. Birchfield
Beasley Allen Crow Methvin
Portis & Miles PC

Christopher Seeger
Seeger Weiss LLP

Leonard Davis
Herman Herman Katz &

Russ Herman
Herman Herman Katz &
Cotlar LLP

_____
Terri A. Lightner, Esq.