# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX      )
 PRODUCTS LIABILITY LITIGATION)  MDL NO. 1657
           )
           )  SECTION: L
           )
THIS DOCUMENT RELATES TO:  )  JUDGE: E. FALLON
ELNA LOONEY #05-2345    )
           )

## ORDER GRANTING SUBSTITUTION OF PLAINTIFF

For good cause shown it is hereby ORDERED, ADJUDGED and DECREED that

Plaintiff's Motion to Substitute plaintiff in this matter is GRANTED.  Susan Southers as

Executor of the Estate of Elna Looney shall be substituted for Elna Looney, deceased.


_____     _____
Date                       Judge E. Fallon