UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                                          MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION :
                                                               SECTION: L

                                                               JUDGE FALLON
............................................................  MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Betty Sharkey v. Merck & Co., Inc., et al.,* **No. 3:05cv3384 (previously 3:05-cv-0329 SDIL USDC)**


**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Betty Sharkey. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Betty Sharkey, are dismissed, without prejudice, John J. Driscoll shall update Lexis Nexis File & Serve to reflect these changes.

      Dated this _____ day of _____, 2007.


                                           _____
                                           UNITED STATES DISTRICT JUDGE