UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1657 |
| | : |
| | : SECTION: L |
| | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

...........................................................................

THIS DOCUMENT RELATES TO:
Civil Action No: 07-912                    Plaintiff: <u>Dominga Castro</u>

...........................................................................

### PLAINTIFF'S MOTION AND NOTICE OF MOTION FOR VOLUNTARY DISMISSAL

1.   Plaintiff moves for an order dismissing Plaintiff's suit without prejudice against Defendants, as authorized by Federal Rule of Civil Procedure 41(a)(2).

2.   Plaintiff no longer wishes to pursue her claims against Defendants in connection with this suit.

3.   This motion is based on the pleadings and papers on file in this action and the attached memorandum of points and authorities.

                              Respectfully submitted,

                              /s/ Jack Modesett, III
                              Jack Modesett III
                              State Bar No. 14244337
                              Federal ID No.: 13730
                              500 N. Water Street, Suite 1200
                              Corpus Christi, Texas 78471
                              TEL: (361) 887-6449
                              FAX: (361) 885-7983

                              /s/ Douglas A. Allison
                              Douglas A. Allison
                              State Bar No. 01083500
                              Federal ID No. 10252
                              LAW OFFICES OF DOUGLAS A. ALLISON

1

500 North Water Street, Suite 1200  
Corpus Christi, Texas 78471  
TEL: 361-888-6002  
FAX: 361-888-6651  

**ATTORNEYS FOR PLAINTIFFS**

AGREED TO DISMISSAL OF SUIT:

/s/ Dominga Castro
DOMINGA CASTRO

### CERTIFICATE OF CONFERENCE

I certify that on April 20, 2007, I attempted to confer with counsel for Defendants via telephone but was not successful in my attempts. Therefore, I cannot represent to the Court whether counsel for Defendants opposes or does not oppose Plaintiff's Motion for Voluntary Dismissal.

/s/ Jack Modesett, III

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure via electronic mailing and/or certified U.S. mail, return receipt requested on this the 20th day of June, 2007.

/s/ Jack Modesett, III  
Jack Modesett, III