UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL Docket No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

..................................................................

THIS DOCUMENT RELATES TO:
Civil Action No: 07-926                               Plaintiff: <u>Maria Dolores Herrera</u>
..................................................................

### PLAINTIFF'S MOTION AND NOTICE OF MOTION FOR VOLUNTARY DISMISSAL

1. Plaintiff moves for an order dismissing Plaintiff's suit without prejudice against Defendants, as authorized by Federal Rule of Civil Procedure 41(a)(2).

2. Plaintiff no longer wishes to pursue her claims against Defendants in connection with this suit.

3. This motion is based on the pleadings and papers on file in this action and the attached memorandum of points and authorities.

                          Respectfully submitted,

                          <u>/s/ Jack Modesett, III</u>
                          Jack Modesett III
                          State Bar No. 14244337
                          Federal ID No.: 13730
                          500 N. Water Street, Suite 1200
                          Corpus Christi, Texas 78471
                          TEL: (361) 887-6449
                          FAX: (361) 885-7983

                          <u>/s/ Douglas A. Allison</u>
                          Douglas A. Allison
                          State Bar No. 01083500
                          Federal ID No. 10252
                          LAW OFFICES OF DOUGLAS A. ALLISON

500 North Water Street, Suite 1200<br>
Corpus Christi, Texas 78471<br>
TEL: 361-888-6002<br>
FAX: 361-888-6651<br>
**ATTORNEYS FOR PLAINTIFFS**

AGREED TO DISMISSAL OF SUIT:


/s/ Maria D. Herrera
MARIA D. HERRERA


## CERTIFICATE OF CONFERENCE

I certify that on April 19, 2007, I attempted to confer with counsel for Defendants via telephone but was not successful in my attempts. Therefore, I cannot represent to the Court whether counsel for Defendants opposes or does not oppose Plaintiff's Motion for Voluntary Dismissal.

/s/ Jack Modesett, III

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure via electronic mailing and/or certified U.S. mail, return receipt requested on this the 20th day of June, 2007.

/s/ Jack Modesett, III<br>
Jack Modesett, III