UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL Docket No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
Civil Action No: 07-926                              Plaintiff: <u>Maria Dolores Herrera</u>

## ORDER ON MOTION FOR VOLUNTARY DISMISSAL

After considering Plaintiff's Motion for Voluntary Dismissal, the Court GRANTS the motion and dismisses the case without prejudice.

SIGNED on _____, 2007.

_____
U.S. District Judge

APPROVED AND ENTRY REQUESTED:

<u>/s/ Jack Modesett, III</u>
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

<u>/s/ Douglas A. Allison</u>
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: 361-888-6002
FAX: 361-888-665
**ATTORNEYS FOR PLAINTIFF**

1