## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL Docket No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

..................................................................................

**THIS DOCUMENT RELATES TO:**
Civil Action No: 06-05601                                        **Plaintiff: <u>Adoralida Salinas</u>**
..................................................................................


### PLAINTIFF'S MOTION AND NOTICE OF MOTION FOR VOLUNTARY DISMISSAL


1.	Plaintiff moves for an order dismissing Plaintiff's suit without prejudice against Defendants, as authorized by Federal Rule of Civil Procedure 41(a)(2).

2.	Plaintiff no longer wishes to pursue her claims against Defendants in connection with this suit.

3.	This motion is based on the pleadings and papers on file in this action and the attached memorandum of points and authorities.

Respectfully submitted,

/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

/s/ Douglas A. Allison
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON

1

500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: 361-888-6002
FAX: 361-888-6651

**ATTORNEYS FOR PLAINTIFFS**

AGREED TO DISMISSAL OF SUIT:


 /s/Adoralida Salinas
ADORALIDA SALINAS


### CERTIFICATE OF CONFERENCE

I certify that on April 20, 2007, I attempted to confer with counsel for Defendants via telephone but was not successful in my attempts. Therefore, I cannot represent to the Court whether counsel for Defendants opposes or does not oppose Plaintiff's Motion for Voluntary Dismissal.

 /s/ Jack Modesett, III


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure via electronic mailing and/or certified U.S. mail, return receipt requested on this the 21st day of June, 2007.

 /s/ Jack Modesett, III
Jack Modesett, III