## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS | : | **MDL Docket No. 1657** |
| LIABILITY LITIGATION | : | |
| | : | **SECTION: L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

...................................................................

**THIS DOCUMENT RELATES TO:**
Civil Action No: 07:2136          Plaintiff: <u>Adriana Negrete</u>

...................................................................


### <u>ORDER ON MOTION TO WITHDRAW</u>

After considering Jack Modesett and Douglas A. Allison's Motion to Withdraw as

Attorneys for Plaintiff, the Court finds good cause to allow Jack Modesett and Douglas A. Allison

to withdraw as attorneys for Plaintiff, and the Court hereby GRANTS their Motion to Withdraw.

IT IS ORDERED that Jack Modesett is no longer the attorney for Plaintiff, and shall have no further

responsibility for any matter with respect to this pending case.  IT IS ORDERED that Douglas A.

Allison is no longer the attorney for Plaintiff, and shall have no further responsibility for any matter

with respect to this pending case.

SIGNED on _____June  18th_____, 2007.

_____
U.S. District Judge

APPROVED & ENTRY REQUESTED:


____/s/Douglas A. Allison_____
Douglas A. Allison
State Bar No. 01083500

Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-888-6002
361-888-6651 FAX NUMBER

Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

ATTORNEYS FOR PLAINTIFFS