IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION § § § § | MDL Docket No. 1657 |
| This document relates to: § § § Myrtle Louise Bell, et al v. Merck § § Civil Action No: 2:05-cv-0546 § § | Plaintiff: Kenneth Ray Baldwin |

### ORDER

IT IS ORDERED that the Motion to Withdraw Carlene Rhodes Lewis of Goforth & Lewis, f/k/a Goforth Lewis Sanford Wilson, LLP , and Francis I. Spagnoletti of Spagnoletti & Associates and substitute Williamson & Rusnak as Counsel of Record as to Plaintiff Kenneth Ray Baldwin is **GRANTED** and the Motion to Withdraw and Substitute Williamson & Rusnak as Counsel of Record is hereby deemed as filed.

New Orleans, Louisiana, this the 18th day of June, 2007.

Honorable Eldon E. Fallon
United States District Court Judge.