UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>LENE ARNOLD<br><br>v.<br><br>MERCK & CO., INC.<br><br>Case No. 05-2627<br><br>and<br><br>ALICIA GOMEZ<br><br>v.<br><br>MERCK & CO., INC.<br><br>Case No. 05-1163 | MDL Docket NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**O R D E R**

Considering the Motion for Leave to File Tenth Supplemental Authority of Plaintiffs, Lene Arnold and Alicia Gomez;

IT IS ORDERED BY THE COURT that Plaintiffs, Lene Arnold and Alicia Gomez, are granted leave of court to file the attached Tenth Supplemental Authority in opposition to Merck & Co.'s Motion for Summary Judgment.

New Orleans, Louisiana this 18th day of June, 2007.

Honorable Eldon E. Fallon
U.S. District Judge