IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX® PRODUCTS              MDL. No. 1657
LIABILITY LITIGATION                  Section: L/3

THIS DOCUMENT RELATES TO:            05-5073

Herbert Furman
Vs. Merck & Co., Inc
Case No.: 3:05-CV-784-J-20MCR
_____/

## ORDER ON MOTION TO WITHDRAW COUNSEL OF RECORD

THIS CAUSE, having come before the Court on Plaintiff's Motion to Withdraw Steven L. Savola As Counsel of Record dated June 15, 2007, and the Court have been advised of and accepted the agreement of counsel and being otherwise duly advised in the premises, hereby

ORDERS AND ADJUGDES that said Motion be and the same is hereby:

Granted; Steven L. Savola, Esq., is hereby withdrawn as Counsel of Record for Plaintff, Herbert Furman, in this action, and who will be represented by Brian H. Pollock, Esq., in this action.

DONE AND ORDERED in _____, Louisiana, this __18th__ day of __June__, 2007.

_____
DISTRICT COURT JUDGE

Copies Furnished:
Brian H. Pollock, Esq.
Patricia E. Lowry, Esq.
Steven L. Savola, Esq.