UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | MDL No. 1657 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| **This Document Relates to:** | |
| *Parrish, et al., v. Merck & Co., Inc. et al.,* Case No. 2:07-cv-1837 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiffs Cathy Parrish, Brandy Parrish, and Brooke Parrish, Individually and on behalf of the wrongful death beneficiaries of Johnny Wayne Parrish, deceased, in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

June 19th, 2007

*/s/ Eldon E. Fallon*
DISTRICT JUDGE