UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * MDL No. 1657 |
|  | * SECTION L |
|  | * JUDGE ELDON E. FALLON |
| **This Document Relates to:** |  |
| *Gaila R. Everett vs. Merck & Co., Inc.* | * MAGISTRATE JUDGE |
| *Case No. 2:06-cv-5990* | * DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claim of plaintiff Gaila R. Everett, in the above-captioned case be and is hereby dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

_____
DISTRICT JUDGE

879324v.1