# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX   * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION   * | |
| * | SECTION: L(3) |
| * | |
| * | JUDGE FALLON |
| * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
*Trotter, et al. v. Merck & Co., Inc.*, 05-3151

## ORDER

IT IS ORDERED that the Plaintiff's Motion to Dismiss (Rec. Doc. 11306) is GRANTED and that Jerry Henry McComic's claims are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, subject to the following conditions: (1) If the Plaintiff desires to re-file his claims, he must do so in federal court; (2) In the event the Plaintiff re-files, any discovery that has taken place or will take place in this MDL proceeding can be used in the Plaintiff's re-filed suit, as though the Plaintiff had been a party and had an opportunity to participate in that discovery; and (3) Pursuant to Pretrial Order No. 8B, Plaintiff's counsel shall make the necessary changes to party status on LexisNexis File & Serve.

New Orleans, Louisiana, this __15th__ day of __June__, 2007.

_____
UNITED STATES DISTRICT JUDGE