UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
   *Bethea v. Merck & Co., Inc.*, **05-6775**

**ORDER**

   IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 11334) is DENIED.

This Court has federal jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1407.

   New Orleans, Louisiana, this __18th__ day of __June__, 2007.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Stanley Bethea
P.O. Box 704
HBG, PA 17108