UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| ROSE SFEIR v. MERCK & CO, INC., et al. | * | |
| No. 06cv2243 | * | MAG. JUDGE KNOWLES |
| | * | |
| and | * | |
| | * | |
| EUGENIA B. LUKASIK, Individually and | * | |
| as Executrix of the ESTATE OF RICHARD | * | |
| LUKASIK,SR.A/K/A RICHARD PAUL | * | |
| LUKASIK A/K/A SR. v. MERCK & CO, INC., et al. | * | |
| No. 06cv3151 | * | |

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS LIFETIME MEDICAL CENTER AND LIFETIME HEALTH CENTER, INC.'S RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DIMISSED WITH PREJUDICE FOR FAILURE TO PROVIDE ANY RESPONSE TO THE PLAINTIFF PROFILE FORM AS REQUIRED BY PRE-TRIAL ORDER 18C**

# PRELIMINARY STATEMENT

This Memorandum is being submitted by the Plaintiffs in the above captioned matters in opposition to the Order to Show Cause of Lifetime Medical Center and Lifetime Health Center, Inc. (hereinafter the "Lifetime Health Center defendants") who are defendants in both matters.

By way of background, both of these suits were commenced against defendant Merck & Co, Inc. and the Lifetime Health Center defendants in New York State Supreme Court, Erie County. Of note, the Lifetime Health Center defendants are New York State domestic corporations. Defendant Merck subsequently filed Notice of Removals in the United States District Court, Western District of New York claiming fraudulent joinder of the Lifetime Health Center defendants. The Notices of Removal by defendant Merck are attached as **Exhibit A** (Lukasik case) and **Exhibit B** (Sfeir case). Plaintiffs subsequently filed Motions to Remand these matters back to the New York State Supreme Court on the grounds that Merck's removal petitions are defective due to the lack of diversity. The Lukasik motion was filed on March 6, 2006 and is attached as **Exhibit C**. The Sfeir motion was filed on April 3, 2006 and is attached as **Exhibit D**. Both motions were not decided by the transferring Court and remain pending.

**POINT I:** **THE LIFETIME HEALTH CENTER DEFENDANTS DO NOT HAVE STANDING TO BRING THIS MOTION**

Plaintiffs hereby concur with and incorporate by reference the opposition memorandum filed by the Plaintiffs' Steering Committee with respect to these matters which details the Lifetime Health Center defendants lack of standing to bring this motion specifically under the auspices of Pre-Trial Order No. 18C.

However, the lack of the Lifetime Health Center defendants to bring this motion is also much more fundamental. The Lifetime Health Center defendants lack the standing to bring this motion, or any motion on these matters, before this Court in general.

As noted above, the only basis that defendant Merck had remove these actions to federal court was its claims that the Lifetime Health Center defendants were fraudently joined and as such are not proper parties to this action. The Plaintiffs vehemently oppose these claims as outlined in their respective Motions to Remand. It is the Plaintiffs' contention that this Court, in general, does not have jurisdiction over these matters as Merck improperly removed these actions and they should be under the jurisdiction of the New York State Supreme Court, Erie County.

Under either scenario, as set forth by Merck or by the Plaintiffs, the Lifetime Health Center defendants do not have standing before this Court.

Additionally, the basis for bringing any dismissal motion before this Court in these actions is extremely tenuous as Plaintiffs have extensively outlined the factual and legal authority in their Motions to Remand demonstrating that these actions were improperly removed and should not before this Court.

**POINT II:** **THE DEFENDANTS' MOTION IS MOOT AS PLAINTIFFS HAVE PROPERLY SERVED AND FILED PLAINTIFF PROFILE FORMS**

As an initial point, counsel for the Lifetime Health Center defendants states in defendants' papers that on December 15, 2006 they served upon the undersigned a request in accordance with Pre-Trial Order 18C.  Your deponent has no record of the referenced correspondence being received by your deponent's office.

Correspondences pursuant to Pre-Trial Order 18C were first received by our office via facsimile on June 8, 2007 from counsel for defendant Merck with copies subsequently received via mail.  On today's date, Plaintiffs have complied with said requests and have filed and served the Plaintiff Profile Forms and corresponding documents.  Attached as **Exhibit E** are the receipts confirming the filing and service of said documents.

Accordingly, due to the service of said documents, this motion is moot.

## CONCLUSION

WHEREFORE, an Order of this Court is respectfully requested denying defendants' motion.  Due to the basis set forth in Plaintiffs' remand motions, Plaintiffs also seek an Order of this Court remanding these cases back to New York State Supreme Court, Erie County for further proceedings and for such other relief as this Court deems just and proper.

DATED: Lancaster, New York
     June 21, 2007
                    /s/Theresa M. Walsh
                    Theresa M. Walsh, Esq.
                    BROWN CHIARI, LLP
                    **Attorneys for Plaintiffs**
                    5775 Broadway
                    Lancaster, New York  14086
                    Phone: (716) 681-7190
                    Fax: (716) 681-8136
                    twalsh@brownchiari.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
PRODUCTS LIABILITY LITIGATION

This document relates to:

ROSE SFEIR v. MERCK & CO, INC., et al.
No. 06cv2243

and

EUGENIA B. LUKASIK, Individually and
as Executrix of the ESTATE OF RICHARD
LUKASIK,SR.A/K/A RICHARD PAUL
LUKASIK A/K/A SR. v. MERCK & CO, INC., et al.
No. 06cv3151

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2007, that the above foregoing has been served on Phillip Wittmann, Esq., Liaison Counsel, and Blake T. Webber, Esq., counsel for defendants Lifetime Medical Center and Lifetime Healthcare, Inc., by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. Order 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court, Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

DATED:  June 21, 2007
          Lancaster, New York

                                                  /s/Theresa M. Walsh
                                        Theresa M. Walsh, Esq.
                                        BROWN CHIARI, LLP
                                        5775 Broadway
                                        Lancaster, New York  14086
                                        Phone: (716) 681-7190
                                        Fax: (716) 681-8136
                                        twalsh@brownchiari.com