Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

**TIP:** Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 15315350 |
| **Submitted by:** | Theresa Walsh, Brown Chiari LLP |
| **Authorized by:** | Theresa M Walsh, Brown Chiari LLP |
| **Authorize and file on:** | Jun 21 2007 1:19PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(4) |
| **Case Number:** | 2:06cv03151 |
| **Case Name:** | Lukasik, Eugenia B vs Merck & Co Inc et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Private |
| **Billing Reference:** | Lukasik |

**Documents List**
**6 Document(s)**

**Attached Document, 13 Pages**   Document ID: 10113019                                   PDF Format  |  Original Format
**Document Type:**                               **Access:**                  **Transaction Fee:**         **Linked:**
Plaintiff Profile Form                           Secure Public                $0.00
**Document title:**
Plaintiff Profile Form

**Attached Document, 62 Pages**   Document ID: 10113304                                   PDF Format  |  Original Format
Related Document ID: 10113019
**Document Type:**                               **Access:**                  **Transaction Fee:**         **Linked:**
Exhibits                                         Secure Public                $0.00
**Document title:**
Exhibit - Lifetime Health (1)

**Attached Document, 48 Pages**   Document ID: 10113365                                   PDF Format  |  Original Format
Related Document ID: 10113019
**Document Type:**                               **Access:**                  **Transaction Fee:**         **Linked:**
Exhibits                                         Secure Public                $0.00
**Document title:**
Exhibit - Lifetime Health (2)

**Attached Document, 49 Pages**   Document ID: 10113433                                   PDF Format  |  Original Format
Related Document ID: 10113019
**Document Type:**                               **Access:**                  **Transaction Fee:**         **Linked:**
Exhibits                                         Secure Public                $0.00
**Document title:**
Exhibit - Lifetime Health (3)

**Attached Document, 35 Pages**   Document ID: 10113479                                   PDF Format  |  Original Format
Related Document ID: 10113019
**Document Type:**                               **Access:**                  **Transaction Fee:**         **Linked:**
Exhibits                                         Secure Public                $0.00
**Document title:**
Exhibit - St. Joseph's Hospital

**Attached Document, 2 Pages**   Document ID: 10113502                                    PDF Format  |  Original Format
Related Document ID: 10113019
**Document Type:**                               **Access:**                  **Transaction Fee:**         **Linked:**
Exhibits                                         Secure Public                $0.00
**Document title:**
Exhibit - Cert of Death

Expand All
⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Lukasik, Eugenia B | Plaintiff | Walsh, Theresa M | Brown Chiari LLP | Attorney in Charge |

### Recipients (16)

#### Service List (16)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Defendants Liaison Counsel | Defendant | Williams, Catherine Michelle Shelly | McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wimberly, Dorothy H | Stone Pigman Walter Wittmann LLC | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | Attorney in Charge | E-Service |
| Service | Life Time Health Medical Center | Defendant | Webber, Blake T | Brown & Tarantino LLC | Attorney in Charge | E-Service |
| Service | Life Time Health Medical Center | Defendant | Gruttadaro, Dennis J | Brown & Tarantino LLC | Attorney in Charge | E-Service |
| Service | Life Time Healthcare Inc | Defendant | Gruttadaro, Dennis J | Brown & Tarantino LLC | Attorney in Charge | E-Service |
| Service | Life Time Healthcare Inc | Defendant | Webber, Blake T | Brown & Tarantino LLC | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Cohen, Charles W | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Mayer, Theodore | Hughes Hubbard & Reed LLP-New York | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Mavroudis/973004, Dimitrios | Dechert LLP-Philadelphia | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Giamportone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Birchfield, Andy D | Beasley Allen Crow Methvin Portis & Miles PC | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Seeger, Christopher | Seeger Weiss LLP | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Davis, Leonard | Herman Herman Katz & Cotlar LLP | Attorney in Charge | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Herman, Russ | Herman Herman Katz & Cotlar LLP | Co-Counsel | E-Service |

#### Additional Recipients (0)

### Case Parties

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]



About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

***TIP:*** Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| Transaction ID: | 15316116 |
| Submitted by: | Theresa Walsh, Brown Chiari LLP |
| Authorized by: | Theresa M Walsh, Brown Chiari LLP |
| Authorize and file on: | Jun 21 2007 2:34PM CDT |

| | |
|---|---|
| Court: | LA US District Court Eastern District E-Service-Vioxx |
| Division/Courtroom: | N/A |
| Case Class: | Civil-Vioxx |
| Case Type: | Product Liability-Pharmaceutical(4) |
| Case Number: | 2:06cv02243 |
| Case Name: | Sfeir, Rose vs Merck & Co Inc |

| | |
|---|---|
| Transaction Option: | Serve Only - Private |
| Billing Reference: | Sfeir |

**Documents List**
**9 Document(s)**

| Attached Document, 13 Pages | Document ID: 10113998 | | PDF Format | Original Format |
|---|---|---|---|---|
| **Document Type:** Plaintiff Profile Form | **Access:** Secure Public | **Transaction Fee:** $0.00 | **Linked:** | |
| **Document title:** Plaintiff Profile Form | | | | |

| Attached Document, 38 Pages Related Document ID: 10113998 | Document ID: 10114085 | | PDF Format | Original Format |
|---|---|---|---|---|
| **Document Type:** Exhibits | **Access:** Secure Public | **Transaction Fee:** $0.00 | **Linked:** | |
| **Document title:** Exhibit - Amherst Medical (1) | | | | |

| Attached Document, 42 Pages Related Document ID: 10113998 | Document ID: 10114291 | | PDF Format | Original Format |
|---|---|---|---|---|
| **Document Type:** Exhibits | **Access:** Secure Public | **Transaction Fee:** $0.00 | **Linked:** | |
| **Document title:** Exhibit - Amerherst Medical (2) | | | | |

| Attached Document, 43 Pages Related Document ID: 10113998 | Document ID: 10114424 | | PDF Format | Original Format |
|---|---|---|---|---|
| **Document Type:** Exhibits | **Access:** Secure Public | **Transaction Fee:** $0.00 | **Linked:** | |
| **Document title:** Exhibit - Buffalo Heart Group | | | | |

| Attached Document, 44 Pages Related Document ID: 10113998 | Document ID: 10114561 | | PDF Format | Original Format |
|---|---|---|---|---|
| **Document Type:** Exhibits | **Access:** Secure Public | **Transaction Fee:** $0.00 | **Linked:** | |
| **Document title:** Exhibit - MFH - Gates Circle (1) | | | | |

| Attached Document, 37 Pages Related Document ID: 10113998 | Document ID: 10114666 | | PDF Format | Original Format |
|---|---|---|---|---|
| **Document Type:** Exhibits | **Access:** Secure Public | **Transaction Fee:** $0.00 | **Linked:** | |
| **Document title:** Exhibit MFH - Gates Circle (2) | | | | |

| Attached Document, 47 Pages Related Document ID: 10113998 | Document ID: 10114839 | | PDF Format | Original Format |
|---|---|---|---|---|
| **Document Type:** Exhibits | **Access:** Secure Public | **Transaction Fee:** $0.00 | **Linked:** | |

**Document title:**
Exhibit - MFH - Suburban (1)

**Attached Document, 53 Pages**   **Document ID:** 10114953   PDF Format | Original Format
Related Document ID: 10113998

| Document Type: | Access: | Transaction Fee: | Linked: |
|---|---|---|---|
| Exhibits | Secure Public | $0.00 | |

**Document title:**
Exhibit - MFH - Suburban (2)

**Attached Document, 25 Pages**   **Document ID:** 10115116   PDF Format | Original Format
Related Document ID: 10113998

| Document Type: | Access: | Transaction Fee: | Linked: |
|---|---|---|---|
| Exhibits | Secure Public | $0.00 | |

**Document title:**
Exhibit - Pharmacy records

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Sfeir, Rose | Plaintiff | Walsh, Theresa M | Brown Chiari LLP | Attorney in Charge |

⊟ **Recipients (16)**

⊟ Service List (16)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Defendants Liaison Counsel | Defendant | Williams, Catherine Michelle Shelly | McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wimberly, Dorothy H | Stone Pigman Walter Wittmann LLC | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | Attorney in Charge | E-Service |
| Service | Life Time Health Medical Center | Defendant | Gruttadaro, Dennis J | Brown & Tarantino LLC | Attorney in Charge | E-Service |
| Service | Life Time Health Medical Center | Defendant | Webber, Blake T | Brown & Tarantino LLC | Attorney in Charge | E-Service |
| Service | Life Time Healthcare Inc | Defendant | Gruttadaro, Dennis J | Brown & Tarantino LLC | Attorney in Charge | E-Service |
| Service | Life Time Healthcare Inc | Defendant | Webber, Blake T | Brown & Tarantino LLC | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Cohen, Charles W | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Hayes, Vilia B | Hughes Hubbard & Reed LLP-New York | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Giamportone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Mavroudis/973004, Dimitrios | Dechert LLP-Philadelphia | Attorney in Charge | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Birchfield, Andy D | Beasley Allen Crow Methvin Portis & Miles PC | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Seeger, Christopher | Seeger Weiss LLP | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Davis, Leonard | Herman Herman Katz & Cotlar LLP | Attorney in Charge | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Herman, Russ | Herman Herman Katz & Cotlar LLP | Co-Counsel | E-Service |

⊟ Additional Recipients (0)

⊞ **Case Parties**

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]

 About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.