**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

5/8/2007
AR

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HOMER JONES | 05MDL1657 c/o 06-9803-L |
| DEFENDANT | TYPE OF PROCESS |
| MERCK & CO., INC. | S & C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MERCK & CO., INC.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
ONE MERCK DRIVE
WHITEHOUSE STATION, NJ 08889-0100

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

HOMER JONES #143946
OKLAHOMA STATE PENITENTIARY
P.O. BOX 97
MCALESTER, OK 74502

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk — Joanne White | Date 4/25/07 / 4/17/07 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
X Marie Boyle

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/10/2007
Time: 4:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 25.14 | | 70.14 | | | |

REMARKS: 5/10/2007 34.93 miles x 2 = 69.86 x .36 = 25.14
45.00
70.14

JDIS - 06-9803-L
Fee
Process
X Dkt
CRmDep
Doc No

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)



AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

RECEIVED
UNITED STATES MARSHAL
2007 APR 16 PH 3: 31
EASTERN DISTRICT OF
LOUISIANA

HOMER JONES

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 05MD1657 c/w 06-9803, L (3)

MERCK & CO INC

TO: (Name and address of defendant)

Merck & Co Inc
One Merck Drive
P.O. Box 100
Whitehouse Station, NJ 08889-0100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Homer Jones #143946
Oklahoma State Penitentiary
P.O. Box 97
McAlester, OK 74502

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

*[signature]*

(By) Deputy Clerk

**April 16, 2007**
Date

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

Signature of Server _____

Address of Server _____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Louisiana*

New Orleans, LA 70130

## UNITED STATES MARSHALS SERVICE

05MD1657 c/w
CA# __06-9803-L__

**HOMER JONES**

VS

**MERCK & CO., INC.**

As of ____MAY 30, 2007____ the U.S. Marshal has incurred fees and expenses in this matter in the amount of:

Total amount due for expenses ___$70.14___

We request the court to tax the above listed expenses in favor of the USMS in the event the indigent person receives a favorable judgment or settlement.

Thank you for your consideration in this matter.

Roxanna L. Irwin
Acting U.S. Marshal

By: Christopher Peck
Acting Supervisory Deputy U.S. Marshal