LAW OFFICES OF

# BRIAN S. RIEPEN

4607 W. LOVERS LANE
DALLAS, TEXAS 75209
TELEPHONE (214) 953-1560
FAX (214) 521-1560
briepen@attymail.com
www.lawyers.com/brianriepen

Board Certified, Civil Trial Law
National Board of Trial Advocacy

Kansas City, MO
by appointment only

June 5, 2007

Dina Guilbeau, Docket Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street Room C-456
New Orleans, LA 70130



Re:    *In re Vioxx Products Liability Litigation*
       *MDL No. 1657*
       *H.G. and Ina Pool  v. Merck & Co., Inc.*
       Docket No. 2:06-CV-3154-EEF-DEK

Dear Ms. Guilbeau:

We have moved <u>from</u> 4403 N. Central Expwy #270 in Dallas.  Please note our new address (and new fax Number) which is as follows:

4607 W. Lovers Lane
Dallas, Texas  75209
Telephone (214) 953-1560
Fax (214) 521-1560

Please note that our telephone number has <u>not</u> changed.

Respectfully yours,

*Brian S. Riepen/ec*

BSR/ec
Encl
*454\Court\MDLCourtClerk.ltr.1*