LAW OFFICES OF

# BRIAN S. RIEPEN

4607 W. LOVERS LANE
DALLAS, TEXAS 75209
TELEPHONE (214) 953-1560
FAX (214) 521-1560
briepen@attymail.com
www.lawyers.com/brianriepen

Board Certified, Civil Trial Law
National Board of Trial Advocacy

Kansas City, MO
by appointment only

June 5, 2007

Dina Guilbeau, Docket Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street Room C-456
New Orleans, LA  70130

Re:  In re Vioxx Products Liability Litigation
     MDL No. 1657
     Sarle v. Merck & Co., Inc.
     Docket No. 2:06-cv-03145-EEF-DEK

Dear Ms. Guilbeau:

We have moved from 4403 N. Central Expwy #270 in Dallas.  Please note our new address (and new fax Number) which is as follows:

> 4607 W. Lovers Lane
> Dallas, Texas  75209
> Telephone (214) 953-1560
> Fax (214) 521-1560

Please note that our telephone number has not changed.

Respectfully yours,

Brian S. Riepen/ec

BSR/ec
Encl
*451\Court\MDLCourtClerk.ltr.1*