UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| Rose Sfeir v. Merck & Co., Inc., Lifetime | * | JUDGE KNOWLES |
| Medical Center, Lifetime Healthcare, Inc. | * | |
| No. 06 cv 2243. | * | |
| | * | |
| Eugenia B. Lukasik, Individually and as | * | |
| Executrix of the Estate of Richard | * | |
| Lukasik, SR., a/k/a Richard Paul Lukasik, | * | |
| a/k/a Sr., v. Merck & Co., Inc., Lifetime | * | |
| Medical Center, Lifetime Healthcare, Inc. | * | |
| No. 06 cv 3151. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF WITHDRAWAL OF DEFENDANTS LIFETIME MEDICAL CENTER'S AND LIFETIME HEALTHCARE, INC.'S, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROVIDE ANY RESPONSE TO THE PLAINTIFF PROFILE FORM AS REQUIRED BY PRE-TRIAL ORDER NO. 18C

On June 4, 2007, defendants Lifetime Medical Center and Lifetime Healthcare, Inc., (hereinafter "Lifetime") through its undersigned counsel, filed a Rule to Show Cause why cases should not be dismissed with prejudice for failure of the above-referenced plaintiffs to provide any response to the Plaintiff Profile Form as required by Pre-Trial Order No. 18C. The above-referenced plaintiffs have subsequently submitted Plaintiff Profile Forms to Lifetime. Accordingly, Lifetime hereby gives notice to the Court that it is withdrawing its Rule to Show Cause against the above-referenced plaintiffs.

Dated: June 25, 2007

**BROWN & TARANTINO, LLC**

By: /s/ Blake T. Webber
    Blake T. Webber, Esq.
    Attorneys for Defendants Lifetime Medical Center,
    Lifetime Healthcare, Inc.
    45 Exchange Boulevard, Suite 300
    Rochester, New York 14614
    (585) 454-3377 Telephone
    (585) 232-5883 Fax
    bwebber@btattys.com

ORIGINAL SIGNED DOCUMENT ON FILE
WITH THE COURT

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Withdrawal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically field with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of June, 2007.

**BROWN & TARANTINO, LLC**

By: /s/ Blake T. Webber
Blake T. Webber, Esq.
Attorneys for Defendants Lifetime Medical Center,
Lifetime Healthcare, Inc.
45 Exchange Boulevard, Suite 300
Rochester, New York 14614
(585) 454-3377 Telephone
(585) 232-5883 Fax
bwebber@btattys.com

ORIGINAL SIGNED DOCUMENT ON FILE
WITH THE COURT