UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * MDL No. 1657 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| **This Document Relates to:** | |
| *Patricia Bates v. Merck & Co., Inc.,* | * MAGISTRATE JUDGE |
| *Case No. 2:06-cv-10321* | * DANIEL E. KNOWLES, III |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that all claims of plaintiff Patricia Bates against defendant Merck & Co., Inc. in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 20th day of June, 2007.

_____
DISTRICT JUDGE

875870v.1