UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * MDL No. 1657 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| **This Document Relates to:** | |
| *Robert M. Bryant v. Merck & Co., Inc.,* *Case No. 2:06-cv-4025* | * MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT ERIC M. MUELLER

Considering the foregoing Stipulation of Voluntary Dismissal With Prejudice as to Defendant Eric M. Mueller,

IT IS ORDERED that all claims of plaintiffs Robert M. Bryant, Jr. and Janet S. Bryant against defendant Eric M. Mueller (also known as Max Mueller) in the above-captioned case be and they hereby are dismissed with prejudice, each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

875870v.1