UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Sfeir v. Merck & Co., Inc., et al.*, **No. 06-2243**
*Lukasik v. Merck & Co., Inc., et al.*, **No. 06-3151**

**ORDER**

Given that Lifetime Medical Center and Lifetime Healthcare, Inc. have withdrawn the following Rule to Show Cause, IT IS ORDERED that Lifetime Medical Center and Lifetime Healthcare, Inc.'s Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 11243) is DENIED AS MOOT.

New Orleans, Louisiana, this __25th__ day of June, 2007.

UNITED STATES DISTRICT JUDGE

1