UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION) | MDL NO. 1657 |
| ) | |
| ) | SECTION: L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE: E. FALLON |
| ELNA LOONEY #05-2345 ) | |
| ) | |

ORDER GRANTING SUBSTITUTION OF PLAINTIFF

For good cause shown it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Substitute plaintiff in this matter is GRANTED. Susan Southers as Executor of the Estate of Elna Looney shall be substituted for Elna Looney, deceased.

6/22/07

Date

Judge E. Fallon