UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
      PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON  
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**  
*Betty Sharkey v. Merck & Co., Inc., et al.,* **No. 3:05cv3384 (previously 3:05-cv-0329 SDIL USDC)**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Betty Sharkey. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Betty Sharkey, are dismissed, without prejudice, John J. Driscoll shall update Lexis Nexis File & Serve to reflect these changes.

Dated this __22nd__ day of __June__, 2007.

_____  
UNITED STATES DISTRICT JUDGE