IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REGINA L. DUDLEY, Individually And As The Representative of The Estate of ARIMENTHA DIANE DUDLEY | CIVIL ACTION NO. 05-5551 |
| V. | |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br>SECTION: L |
| This Document Relates to:<br>    ARIMENTHA DIANE DUDLEY | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS BROWN | |
| V. | CIVIL ACTION NO. 06-7167<br>                    JURY |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br>SECTION: L |
| This Document Relates to:<br>    DENNIS BROWN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES CHRESTMAN | |
| V. | CIVIL ACTION NO. 06-7165 |
| | JURY |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>    CHARLES CHRESTMAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA HERMAN and JAMES HERMAN | |
| V. | CIVIL ACTION NO.05-5549 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>    LINDA and JAMES HERMAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JANICE BUCHANAN | |
| V. | CIVIL ACTION NO. 05-5550 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>    JANICE BUCHANAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| BRYAN SHORTNANCY | |
| V. | CIVIL ACTION NO. 06-1728 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>    BRYAN SHORTNANCY | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ROGER BENEDICT | |
| V. | CIVIL ACTION NO. 06-7168 |
| MERCK & CO., INC.; | JURY |
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br>SECTION: L |
| This Document Relates to:<br>    ROGER BENEDICT | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| VALERIA VINCENTA VERDUGO and<br>ANGEL RAMON VERDUGO | |
| V. | CIVIL ACTION NO. 05-6640 |
| MERCK & CO., INC.; | |
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br>SECTION: L |
| This Document Relates to:<br>    VALERIE and ANGEL VERDUGO | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY R. WATSON | |
| V. | CIVIL ACTION NO. 05-5545 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>        Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>        TIM WATSON | JUDGE FALLON<br>MAG. JUDGE KNOWLES (3) |

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD J. DYKMAN | |
| V. | CIVIL ACTION NO. 06-1727 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>        Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>        RONALD J. DYKMAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM and JANICE WILLIAMS | |
| V. | CIVIL ACTION NO. 05-5552 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>　　　WILLIAM and JANICE WILLIAMS | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARK MANSUETTI | |
| V. | CIVIL ACTION NO. 06-7166<br>　　　　　　　　　　　　JURY |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>　　　LARK MANSUETTI | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDY GIBSON | |
| V. | CIVIL ACTION NO. 05-5548 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>   Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>   BRANDY GIBSON | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK SCOTT HUTCHINS, Individually<br>And on Behalf of the ESTATE OF JOHN H.<br>HUTCHINS and the ESTATE OF PHYLLIS<br>L. HUTCHINS | CIVIL ACTION NO. 06-0718 |
| V. | |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>   Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>   MARK SCOTT HUTCHINS | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDMUND WONG | |
| V. | CIVIL ACTION NO. 05-5544 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    EDMUND WONG | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIA GOMEZ | |
| V. | CIVIL ACTION NO. 06-2814 |
| MERCK & CO., INC., ET AL. | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. MC MDL-1657<br><br>SECTION: L |
| This Document Relates to:<br>    MARIA GOMEZ | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| SHIRLEY McMURTRY | |
| V. | CIVIL ACTION NO. 06-5807 |
| MERCK & CO., INC. | JURY |

| | |
|---|---|
| In Re: VIOXX<br>　　Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>　　SHIRLEY McMURTRY | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| YOLANDA NUNEZ | |
| v. | CIVIL ACTION NO. 05-5555 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>　　Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>　　YOLANDA NUNEZ | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RALPH W. PITTMAN, Special Administrator for the Estate of BETTY W. PITTMAN, deceased | |
| | CIVIL ACTION NO. 06-5806 |
| V. | JURY |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>        Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>        BETTY W. PITTMAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH M. RYAN | |
| V. | CIVIL ACTION NO. 05-5546 |
| MERCK & CO., INC. | |

| | |
|---|---|
| In Re: VIOXX<br>        Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>        JUDITH M. RYAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK STRAMOWSKI and<br>LUCILLE STRAMOWSKI | |
| v. | CIVIL ACTION NO. 2:06-cv-04105 |
| MERCK & CO., INC.; | |
| In Re: VIOXX<br>　　　Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>FRANK STRAMOWSKI and<br>LUCILLE STRAMOWSKI | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

Plaintiffs file this Unopposed Motion to Substitute Counsel.

Plaintiffs move to substitute Jason A. Itkin and Kurt B. Arnold and the law firm of Arnold & Itkin LLP as Plaintiff's attorney-in-charge and counsel of record, and to withdraw the law firm of Shelton Smith and Associates as attorney-in-charge and counsel of record.

This substitution is done with the knowledge, consent, and at the request of Plaintiff and the agreement of both the withdrawing and substituting law firms.

Counsel for Defendants are not opposed to this substitution.

Substituting counsel is apprised of all deadlines and scheduling orders in this case.

This substitution is not sought for the purpose of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves to substitute Jason A. Itkin and Kurt B. Arnold and the law firm of Arnold & Itkin LLP as Plaintiff's attorney-in-charge and counsel

of record, and further move to withdraw the law firm of Shelton Smith and Associates as Plaintiff's attorney-in-charge and counsel of record.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*

Jason A. Itkin
State Bar No. 24032461/ Federal ID: 33053
Kurt B. Arnold
State Bar No. 24036150/ Federal ID: 36185
1401 McKinney Street, Suite 2550
Houston, Texas  77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

*Russell W. Endsley (By permission)*

Russell W. Endsley
SBOT # 24026824
909 Fannin, Suite 3850
Houston, Texas 77010
Tel:  (713) 659-2727
Fax:  (713) 659-2813

## Certificate of Conference

On June 12, 2007, counsel for Plaintiffs conferred with counsel for Defendants in a good faith effort to resolve the matters raised by this motion, and counsel for Defendants are unopposed as to the disposition of the matters raised in this motion.

*/s/ Jason A. Itkin*

Jason A. Itkin

**Certificate of Service**

  I certify that on June 25, 2007, a copy of the foregoing Unopposed Motion was served upon all counsel of record in compliance with Rule 5 of the Federal Rules of Civil Procedure.

                */s/ Jason A. Itkin*

                _____
                Jason A. Itkin