# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REGINA L. DUDLEY, Individually And As The Representative of The Estate of ARIMENTHA DIANE DUDLEY | CIVIL ACTION NO. 05-5551 |
| V. | |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>　　　ARIMENTHA DIANE DUDLEY | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS BROWN | |
| V. | CIVIL ACTION NO. 06-7167<br>　　　　　　　　　　　　　JURY |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>　　　Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>　　　DENNIS BROWN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHARLES CHRESTMAN | |
| V. | CIVIL ACTION NO. 06-7165 |
| | JURY |
| MERCK & CO., INC.; | |
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    CHARLES CHRESTMAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| LINDA HERMAN and JAMES HERMAN | |
| V. | CIVIL ACTION NO.05-5549 |
| MERCK & CO., INC.; | |
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    LINDA and JAMES HERMAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JANICE BUCHANAN | |
| V. | CIVIL ACTION NO. 05-5550 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>    JANICE BUCHANAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| BRYAN SHORTNANCY | |
| V. | CIVIL ACTION NO. 06-1728 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>    BRYAN SHORTNANCY | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROGER BENEDICT | |
| V. | CIVIL ACTION NO. 06-7168 |
| MERCK & CO., INC.; | JURY |

| | |
|---|---|
| In Re: VIOXX<br>       Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>       ROGER BENEDICT | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VALERIA VINCENTA VERDUGO and<br>ANGEL RAMON VERDUGO | |
| V. | CIVIL ACTION NO. 05-6640 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>       Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>       VALERIE and ANGEL VERDUGO | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY R. WATSON | |
| V. | CIVIL ACTION NO. 05-5545 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    TIM WATSON | JUDGE FALLON<br>MAG. JUDGE KNOWLES (3) |

IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD J. DYKMAN | |
| V. | CIVIL ACTION NO. 06-1727 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    RONALD J. DYKMAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| WILLIAM and JANICE WILLIAMS | |
| V. | CIVIL ACTION NO. 05-5552 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    WILLIAM and JANICE WILLIAMS | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| LARK MANSUETTI | |
| V. | CIVIL ACTION NO. 06-7166<br>                     JURY |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    LARK MANSUETTI | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDY GIBSON | |
| V. | CIVIL ACTION NO. 05-5548 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>       Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>       BRANDY GIBSON | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK SCOTT HUTCHINS, Individually<br>And on Behalf of the ESTATE OF JOHN H.<br>HUTCHINS and the ESTATE OF PHYLLIS<br>L. HUTCHINS | CIVIL ACTION NO. 06-0718 |
| V. | |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>       Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>       MARK SCOTT HUTCHINS | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| EDMUND WONG | |
| V. | CIVIL ACTION NO. 05-5544 |
| MERCK & CO., INC.; | |
| In Re: VIOXX<br>        Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    EDMUND WONG | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MARIA GOMEZ | |
| V. | CIVIL ACTION NO. 06-2814 |
| MERCK & CO., INC., ET AL. | |
| In Re: VIOXX<br>        Products Liability Litigation | MDL No. MC MDL-1657<br><br>SECTION: L |
| This Document Relates to:<br>    MARIA GOMEZ | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| SHIRLEY McMURTRY | |
| V. | CIVIL ACTION NO. 06-5807 |
| | JURY |
| MERCK & CO., INC. | |

| | |
|---|---|
| In Re: VIOXX | MDL No. 1657 |
|     Products Liability Litigation | |
| | SECTION: L |
| This Document Relates to: | JUDGE FALLON |
|     SHIRLEY McMURTRY | MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| YOLANDA NUNEZ | |
| v. | CIVIL ACTION NO. 05-5555 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX | MDL No. 1657 |
|     Products Liability Litigation | |
| | SECTION: L |
| This Document Relates to: | JUDGE FALLON |
|     YOLANDA NUNEZ | MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RALPH W. PITTMAN, Special Administrator for the Estate of BETTY W. PITTMAN, deceased | |
| V. | CIVIL ACTION NO. 06-5806 |
| | JURY |
| MERCK & CO., INC.; | |
| | |
| In Re: VIOXX<br>　　　Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>　　　BETTY W. PITTMAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH M. RYAN | |
| V. | CIVIL ACTION NO. 05-5546 |
| MERCK & CO., INC. | |
| | |
| In Re: VIOXX<br>　　　Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>　　　JUDITH M. RYAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK STRAMOWSKI and LUCILLE STRAMOWSKI | |
| v. | CIVIL ACTION NO. 2:06-cv-04105 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to: FRANK STRAMOWSKI and LUCILLE STRAMOWSKI | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

## ORDER OF SUBSTITUTION

The Court, after reviewing the Plaintiffs' Unopposed Motion to Substitute Counsel, is of the opinion that such Motion should be and is hereby GRANTED.

It is hereby ORDERED that Jason A. Itkin and Kurt B. Arnold and the law firm of Arnold & Itkin LLP are hereby substituted as counsel of record in the place the law firm of Shelton Smith & Associates. All pleadings and correspondence directed to Plaintiffs should now be addressed to:

**Jason A. Itkin**
**Kurt B. Arnold**
**ARNOLD & ITKIN LLP**
**5 Houston Center**
**1401 McKinney Street, Suite 2550**
**Houston, Texas 77010**
**Telephone: 713-222-3800**
**Facsimile: 713-222-3850**

It is further ORDERED that the law firm of Shelton Smith and Associates is hereby withdrawn as attorney-in-charge and counsel of record for Plaintiffs.

SIGNED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE