UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | MDL Docket No. 1657<br>SECTION L<br><br>JUDGE FALLON |
| **This Document Relates to All Cases** | MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the Motion for Leave to File Supplemental Brief in Support of Motion for a Protective Order by the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the PSC is granted leave of court to file the attached Supplemental Brief in Support of Motion for a Protective Order .

New Orleans, Louisiana this _____ day of _____, 2007.

_____
Honorable Eldon E. Fallon
U.S. District Judge