UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Dominga Castro v. Merck & Co., Inc., et al*
Docket No: 07-912

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Dominga Castro and Defendants, Merck & Co., Inc., Amerisource, Inc., Bergen Brunswig Drug Company d/b/a Amerisourcebergen and Doron Nuchovich, M.D., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of her respective claims against Merck & Co., Inc., Amerisource, Inc., Bergen Brunswig Drug Company d/b/a Amerisourcebergen and Doron Nuchovich, M.D., in the above-styled lawsuits, each party to bear its own costs, subject to the following conditions:

1. Dominga Castro agrees that, in the event she or a representative of her behalf re-file a lawsuit against Merck that contains claims relating to Vioxx®, they will so do only in the United States District Court in the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. 1332, and shall not oppose transfer to MDL 1657; and

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657), the MDL

1

proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said plaintiff, as though they had been a party and had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of this Plaintiff against Merck & Co., Inc., Amerisource, Inc., Bergen Brunswig Drug Company d/b/a Amerisourcebergen and Doron Nuchovich, M.D. in the above-captioned case.

Respectfully submitted,

_____  
Douglas A. Allison  
State Bar No. 01083500  
Federal ID No. 10252  
LAW OFFICES OF DOUGLAS A. ALLISON  
500 North Water Street, Suite 1200  
Corpus Christi, Texas 78471  
TEL: 361-888-6002  

*Counsel for Plaintiff Dominga Castro*

_____  
Jack Modesett III  
State Bar No. 14244337  
Federal ID No.: 13730  
JACK MODESETT, III, ATTORNEY AT LAW  
500 N. Water Street, Suite 1200  
Corpus Christi, Texas 78471  
TEL: (361) 887-6449  

*Counsel for Plaintiff Dominga Castro*

_____  
Phillip A. Wittmann, 13625  
Dorothy H. Wimberly, 18509  
STONE PIGMAN WALTHER WITTMAN, L.L.C.  
546 Carondelet St.  
New Orleans, LA 70130  
TEL: 504-581-3200  

*Counsel for Defendants Merck & Co., Inc., Amerisource, Inc., Bergen Brunswig Drug Company d/b/a Amerisourcebergen and Doron Nuchovich, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26 day of June, 2007.

*[signature: Dorothy A. Wimberly]*