**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION** | : | **MDL Docket No. 1657** |
| | : | **SECTION: L** |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

..............................................................................

**THIS DOCUMENT RELATES TO:**
***Maria Dolores Herrera v. Merck & Co., Inc., et al***
**Docket No: 07-926**

..............................................................................

**<u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>**

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of the claims of the plaintiff listed above against defendants Merck & Co., Inc., Amerisource, Inc., Bergen Brunswig Drug Company d/b/a Amerisourcebergen and Guillermo Pechero, M.D. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of ___________________, 2007.

________________________________________
DISTRICT JUDGE