UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1657 |
| | : SECTION: L |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Blanca D. Jimenez v. Merck & Co., Inc., et al*
Docket No: 07-916

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Blanca D. Jimenez and Defendants, Merck & Co., Inc., Amerisourcebergen Corporation and Pisharodi Madhavan, M.D., hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of her respective claims against Merck & Co., Inc., Amerisourcebergen Corporation and Pisharodi Madhavan, M.D., in the above-styled lawsuits, each party to bear its own costs, subject to the following conditions:

1. Blanca D. Jimenez agrees that, in the event she or a representative of her behalf re-file a lawsuit against Merck that contains claims relating to Vioxx®, they will so do only in the United States District Court in the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. 1332, and shall not oppose transfer to MDL 1657; and

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of

Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said plaintiff, as though they had been a party and had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of this Plaintiff against Merck & Co., Inc., Amerisourcebergen Corporation and Pisharodi Madhavan, M.D. in the above-captioned case.

Respectfully submitted

_____
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: 361-888-6002

Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
JACK MODESETT, III, ATTORNEY AT LAW
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449

*Counsel for Plaintiff Blanca D. Jimenez*

*Counsel for Plaintiff Blanca D. Jimenez*

_____
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
TEL: 504-581-3200

*Counsel for Defendants Merck & Co., Inc., Amerisourcebergen Corporation and Pisharodi Madhavan, M.D.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26 day of June, 2007.

*Dorothy H. Wimberly*