UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1657 |
| | : |
| | : SECTION: L |
| | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Elma Martinez v. Merck & Co., Inc., et al*
Docket No: 07-941

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of the claims of the plaintiffs listed above against Merck & Co., Inc., Amerisourcebergen Drug Corporation and Jaime Rueda-Rojas, M.D. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
DISTRICT JUDGE

1