**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS | : | MDL Docket No. 1657 |
| LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.....................................................................................

THIS DOCUMENT RELATES TO:
Civil Action No: 06-319                          Plaintiff: <u>Juan Gonzalez</u>

.....................................................................................

<u>**ORDER ON MOTION TO WITHDRAW**</u>

   After considering Jack Modesett and Douglas A. Allison's Motion to Withdraw as Attorneys for

Plaintiff, the Court finds good cause to allow Jack Modesett and Douglas A. Allison to withdraw as

attorneys for Plaintiff, and the Court hereby GRANTS their Motion to Withdraw.  IT IS ORDERED

that Jack Modesett is no long the attorney for Plaintiff, and shall have no further responsibility for

any matter with respect to this pending case.  IT IS ORDERED that Douglas A. Allison is no longer

the attorney for Plaintiff, and shall have no further responsibility for any matter with respect to this

pending case.

                    SIGNED on _____, 2007.


_____
U.S. District Judge

APPROVED & ENTRY REQUESTED:


 /s/ Douglas A. Allison_____
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252

LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-888-6002
361-888-6651 FAX NUMBER

/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

ATTORNEYS FOR PLAINTIFFS