UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION : | MDL Docket No. 1657 |
| : | |
| : | SECTION: L |
| : | |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

..................................................................

**THIS DOCUMENT RELATES TO:**
**Civil Action No: 06-321**                          **Plaintiff: Victor Saenz**
..................................................................

## ORDER ON MOTION TO WITHDRAW

   After considering Jack Modesett and Douglas A. Allison's Motion to Withdraw as Attorneys for Plaintiff, the Court finds good cause to allow Jack Modesett and Douglas A. Allison to withdraw as attorneys for Plaintiff, and the Court hereby GRANTS their Motion to Withdraw.  IT IS ORDERED that Jack Modesett is no long the attorney for Plaintiff, and shall have no further responsibility for any matter with respect to this pending case.  IT IS ORDERED that Douglas A. Allison is no longer the attorney for Plaintiff, and shall have no further responsibility for any matter with respect to this pending case.

               SIGNED on _____, 2007.


                                                 _____
                                                 U.S. District Judge

APPROVED & ENTRY REQUESTED:

 /s/ Douglas A. Allison_____
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON

500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-888-6002
361-888-6651 FAX NUMBER

/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

ATTORNEYS FOR PLAINTIFFS