UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL Docket No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

..................................................................................

**THIS DOCUMENT RELATES TO:**
Civil Action No: 07-947                                    **Plaintiff: <u>Ramona Wright</u>**
..................................................................................

### JACK MODESETT AND DOUGLAS A. ALLISON'S SECOND AMENDED MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF

Jack Modesett and Douglas A. Allison ask this court to allow them to withdraw as attorneys for Plaintiff in this case.

### INTRODUCTION

1. Plaintiff is RAMONA WRIGHT. Defendants are MERCK & CO., INC.; AMERISOURCE, INC.; BERGEN BRUNSWIG DRUG COMPANY d/b/a AMERISOURCEBERGEN; and JOHN FREDERICK, M.D.

2. On or about August 24, 2006, Plaintiff sued Defendants for medical malpractice, negligence, gross negligence, breach of warranty, strict products liability, misrepresentation, and fraud in the 353rd District Court of Travis County, Texas.

### ARGUMENT AND AUTHORITIES

3. There is good cause for this court to grant this motion to withdraw. More specifically, Plaintiff's counsels (hereinafter referred to as "Movants") have not been able to get the benefit of cooperation from their client. In fact, the client has refused (and continues to refuse) to communicate with Movants (and their staff). Moreover, Plaintiff's counsels, in good

faith, cannot recommend the continued assertion of this case in light of evidence that has been discovered since the filing of this suit (upon consideration of the core criteria outlined and entered by this Honorable Court).

4. Movants have attempted to contact their client regarding either voluntarily dismissing her claims in this matter, or allowing Movants to withdraw as her attorneys. These efforts to contact and communicate with client have be on-going since April 23, 2007. However, Movants have not received a response from Plaintiff in this regard. Movants have no alternative but to ask this Court to allow them to withdraw as counsel of record.

5. Movants have delivered a copy of this motion to Plaintiff by both certified mail and regular mail.

6. Plaintiff's last known address and telephone number are 3308 Blumie, Austin, TX 78745;  512-401-3854 (respectively).

7. There are no known setting and no known deadlines pending in this case.

8. This withdrawal will not delay these proceedings or unfairly prejudice Plaintiff, or any party to this suit.

## CONCLUSION

9. For the reasons set forth above, Movants, Jack Modesett and Douglas A. Allison, ask this court to grant their motion to withdraw as attorneys for Plaintiff.

> Respectfully submitted,
>
>  /s/ Douglas A. Allison
> Douglas A. Allison
> State Bar No. 01083500
> Federal ID No. 10252
> LAW OFFICES OF DOUGLAS A. ALLISON
> 500 North Water Street, Suite 1200
> Corpus Christi, Texas 78471

        361-888-6002
        361-888-6651 FAX NUMBER

/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure via electronic mailing and/or certified U.S. mail, return receipt requested on this the 27th day of June, 2007.

/s/ Douglas A. Allison
Douglas A. Allison