## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS | : | MDL Docket No. 1657 |
| LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

......................................................................................

**THIS DOCUMENT RELATES TO:**
*Selma Gonzalez, et al v. Merck & Co., Inc., et al*
**Docket No: 06-985**

......................................................................................

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of the claims of the plaintiffs listed above against Merck & Co.,

Inc., Amerisourcebergen Corporation and Roberto Ruiz, M.D. in the above-styled lawsuit are hereby

dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions

of the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

                                                 _____
                                                 DISTRICT JUDGE

1