UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL Docket No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

..................................................................

**THIS DOCUMENT RELATES TO:**
Docket No: 06-3359                                    Plaintiff: <u>Ignacio Hernandez</u>
..................................................................

### SECOND AMENDED MOTION TO WITHDRAW AND SUBSTITUTE LAW OFFICE OF DOUGLAS A. ALLISON AS COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Sico White & Braugh, L.L.P. who respectfully files this their Second Amended Motion to Withdraw and Substitute the Law Office of Douglas A. Allison as Counsel of Record as to Plaintiff, Ignacio Hernandez, and in support of said Motion would show this Honorable Court as follows:

1. Sico, White & Braugh, L.L.P. was retained by Plaintiff Ignacio Hernandez to pursue his claims for injuries sustained as a result of his ingestion of the prescription drug Vioxx®.

2. Sico, White & Braugh, L.L.P. originally filed suit on Plaintiff's behalf in state court in El Paso, Texas, but was removed to this Honorable Court by Defendant Merck on May 4, 2006. Plaintiff filed his Motion to Remand this matter on May 19, 2006.

3. Plaintiff agrees and consents that Sico, White & Braugh, L.L.P. shall withdraw as counsel and that the Law Office of Douglas A. Allison be substituted as Plaintiff's attorneys in charge.

4.      Sico, White & Braugh, L.L.P. has provided the Law Office of Douglas A. Allison with Plaintiff's entire file and advised them of all pertinent information; there is no prejudice to any party in granting said motion.

5.      Sico, White & Braugh, L.L.P. and Plaintiff have agreed to this motion and now request that the Law Office of Douglas A. Allison be substituted as attorneys in charge for Plaintiff Ignacio Hernandez.

6.      The pertinent information for the Law Office of Douglas A. Allison, including office address, telephone number and fax number is as follows:

>   Douglas A. Allison
>   Texas State Bar No. 01083500
>   Law Office of Douglas A. Allison
>   500 N. Water Street
>   Suite 1200 South Tower
>   Corpus Christi, TX 78471
>   (361) 888-6002 - Telephone
>   (361) 888-6651 - Fax

FOR THESE REASONS, Sico, White & Braugh, L.L.P. requests that this Court grant its Second Amended Motion to Withdraw and Substitute the Law Office of Douglas A. Allison as attorney in charge for Plaintiff, Ignacio Hernandez.

>   Respectfully submitted,
>
>   By: /s/ L. Matthew Dotin
>   State Bar No. 00796481
>   Federal I.D. No. 37835
>   SICO, WHITE & BRAUGH, L.L.P.
>   900 Frost Bank Plaza
>   802 N. Carancahua
>   Corpus Christi, TX 78470
>   Phone: 361/653-3300
>   Fax: 361/653-3333
>
>   **ATTORNEY WITHDRAWING FOR PLAINTIFF IGNACIO HERNANDEZ**

2

OF COUNSEL:
Craig M. Sico
State Bar No. 18339850
Federal I.D. No. 13540
SICO, WHITE & BRAUGH, L.L.P.
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX 78470
Phone:  361/653-3300
Fax: 361/653-3333

             By:  /s/ Douglas A. Allison
                Douglas A. Allison
                Texas State Bar No. 01083500
                Law Office of Douglas A. Allison
                500 N. Water Street
                Suite 1200 South Tower
                Corpus Christi, TX 78471
                (361) 888-6002 - Telephone
                (361) 888-6651 - Fax

             **ATTORNEY SUBSTITUTING AS ATTORNEY IN CHARGE FOR PLAINTIFF IGNACIO HERNANDEZ**

## CERTIFICATE OF SERVICE

  The undersigned attorney, as the attorney of record for the Plaintiff, certifies that true and correct copies of the foregoing Second Amended Motion to Withdraw and Substitute the Law Office of Douglas A. Allison as Counsel of Record has been served upon all parties of record, via LexisNexis File & Serve, on this the 27th day of June, 2007.

             /s/ Douglas A. Allison
             Douglas A. Allison