**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX® PRODUCTS            :      MDL Docket No. 1657
LIABILITY LITIGATION             :
                                 :      SECTION: L
                                 :
                                 :      JUDGE FALLON
                                 :      MAG. JUDGE KNOWLES
······················································

THIS DOCUMENT RELATES TO:
Docket No: 06-3359                        Plaintiff: <u>Ignacio Hernandez</u>
······················································

<u>ORDER</u>

      IT IS **ORDERED** that the Second Amended Motion to Withdraw and Substitute the Law

Office of Douglas A. Allison as Counsel of Record as to Plaintiff, Ignacio Hernandez is **GRANTED**

and that said Second Amended Motion to Withdraw and Substitute the Law Office of Douglas A.

Allison as counsel of record is hereby deemed as filed.


      New Orleans, Louisiana, this the _____ day of _____, 2007.


                                    _____
                                      United States District Court Judge

1