# Exhibit 1

**HERMAN, HERMAN, KATZ & COTLAR**
L.L.P.
Attorneys at Law

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone (504) 581-4892   Facsimile (504) 561-6024
Http://www.hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick‡

Stephen J. Herman
Brian D. Katz

Soren E. Gisleson
Joseph E. "Jed" Cain

Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and Covington, Louisiana

This Firm and its Partners Are Also Partners in Herman, Mathis, Casey, Kitchens & Gerel, LLP

* A Professional Law Corporation
‡ Also Admitted in Texas
† Also Admitted in Wisconsin and Illinois

June 21, 2007

**VIA E-MAIL**

Benjamin R. Barnett, Esq.
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

          Re:   In re: Vioxx MDL #1657

Dear Ben:

      On June 14, 2007, Marisa N. Wheeler forwarded to me correspondence enclosing a CD that was referenced in Thomas Munno's e-mail dated June 14, 2007 (see also the letter from Munno to Anthony Irpino dated May 25, 2007). The documents contained in the CD have not been produced in compliance with the agreed upon document production protocol. Specifically, there is no load file or coding to accompany the images. In essence, what was provided was a "document dump" of TIF images. Furthermore, the CD that was sent has a label that is grossly deficient and there is no way to determine what the production consists of. It is simply a CD with a sticker that says "Irpino Downgrades June 2007" and nothing else. This is completely inconsistent with any discussions or agreements we have had regarding the labeling of CDs produced in this case. This type of production needs to be performed in a manner consistent with prior productions and so that there will not be confusion as to what documents were produced, on what date they were produced and what the production relates to. We were hopeful that there would not be additional delay after the Special Master made rulings or Merck agreed to provide documents that it previously had withheld from production. Should there be any

Benjamin R. Barnett, Esq.
June 21, 2007
PAGE 2

questions regarding this, please let me know. We are hopeful that a meaningful production will be made immediately and that all future productions of the de-privileged documents will be made in a manner consistent with prior productions. Your prompt attention is appreciated.

Sincerely,

LEONARD A. DAVIS

LAD:lmf
cc: Phillip A. Wittmann, Esq.
    Charles Cohen, Esq.
    Thomas Munno, Esq.
    David Buchanan, Esq.
    Anthony Irpino, Esq.
    Jeff Grand, Esq.
    Mike Wagner, Esq.
    Russ Herman, Esq.
    Plaintiffs' Steering Committee