# Exhibit 2



30 Rockefeller Plaza
New York, NY 10112-2200
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

THOMAS F. MUNNO

thomas.munno@dechert.com
+1 212 698 3513 Direct
+1 212 314 0013 Fax

June 21, 2007

**VIA E-MAIL**

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Re: In re Vioxx MDL #1657

Dear Lenny:

Ben forwarded your letter of June 21, 2007 to me for reply.

The CD at issue was produced in the same manner as were prior productions of documents where Merck withdrew or modified its claims of privilege.

The cover letter sent with the CD states that the CD contains the documents identified in my letter to Anthony Irpino dated May 25, 2007. You were copied on that letter, and thus you have an identification by Bates number of each of the documents on the CD.

As you know, when we produce documents to the PSC, we also provide a load file for that production. The load file applies to all TIFF images actually in the production and all documents withheld from the production because of privilege. In other words, you already have the load file for the documents contained in the CD, and you already have the load files for all documents which we will subsequently produce as a result of Special Master Rice's rulings.

You are correct that we did not provide you with objective coding, but we do not produce objective coding files with productions of documents that have been downgraded for privilege. We do, however, produce to the PSC on a monthly basis a consolidated objective coding report which contains objective coding for all produced documents including documents such as the ones contained in the recently delivered CD.



Leonard A. Davis
June 21, 2007
Page 2

If you still have problems with our recent production after reviewing this letter, please feel free to call me at 212.698.3513.

Sincerely,

Tom

Thomas F. Munno

cc: Phillip A. Wittmann, Esq.
Charles Cohen, Esq.
David Buchanan, Esq.
Anthony Irpino, Esq.
Jeff Grand, Esq.
Mike Wagner, Esq.
Russ Herman, Esq.
Plaintiffs' Steering Committee