# Exhibit 3

**Barnett, Ben**

| | |
|---|---|
| From: | Lenny Davis [LDAVIS@hhkc.com] |
| Sent: | Friday, June 22, 2007 8:07 AM |
| To: | Munno, Thomas; Lillian Flemming |
| Cc: | pwittman@stonepigman.com; cohen@hugheshubbard.com; Barnett, Ben; Buchanan, David; Anthony Irpino; Grand, Jeff; Wagner, Michael; Russ Herman |
| Subject: | RE: Vioxx MDL 1657 re de-privileged CD |

my understanding is that all document productions/ cd productions are to be the same. We have an order regarding merck production(pto-17A) and there is not a specific exception for "privileged documents". Am I wrong? In addition I do not believe that we already have the load file? I am not aware that we have it? mike wagner has advised that we need the load file to bring up the documents in concordance. we need to see the codng files to see exactly what was produced. If old load files were produce (which I would appreciate you pointing out specifically so that we can identify and determine whatever you are referring to?? Wagner is not aware of whatever you are referring to??) then those files are probably not totally correct. Those files would contain OCR data and if redactions were removed those files would not show that and would be incomplete. This would also be true if any of the coding fields such as Author or CC was changed. For example, if you were to have redacted the name would not show up, but if the privilege was denied it is now there but not in the coding file. am I missing something? Finally shouldn't we be getting objective coding? I do not see that there is coding to accompany the images. we really should be getting all of the information at this time. The psc has waited way too long now for receipt of documents that were not privileged in the first place!

PLEASE NOTE THAT WE HAVE MOVED BACK TO OUR OFFICES AT 820 O'KEEFE AVENUE.  PLEASE DISCONTINUE ANY COMMUNICATION TO OUR PRIOR TEMPORARY OFFICE

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

1

CONFIDENTIAL ATTORNEY WORK PRODUCT

-----Original Message-----
From: Campione, Karen [mailto:karen.campione@dechert.com] On Behalf Of Munno, Thomas
Sent: Thursday, June 21, 2007 4:54 PM
To: Lillian Flemming; Lenny Davis
Cc: pwittman@stonepigman.com; cohen@hugheshubbard.com; Barnett, Ben; Buchanan, David; Anthony Irpino; Grand, Jeff; Wagner, Michael; Russ Herman
Subject: RE: Vioxx MDL 1657 re de-privileged CD
Importance: High

Please see attached letter.


Thomas F. Munno
DECHERT LLP
30 Rockefeller Plaza
New York, NY  10112
(212) 698-3513


-----Original Message-----
From: Lillian Flemming [mailto:LFLEMMING@hhkc.com]
Sent: June 21, 2007 12:01 PM
To: Barnett, Ben
Cc: pwittman@stonepigman.com; cohen@hugheshubbard.com; Munno, Thomas; Buchanan, David; Anthony Irpino; Grand, Jeff; Wagner, Michael; Russ Herman; Lenny Davis
Subject: Vioxx MDL 1657 re de-privileged CD


Please see attached from Leonard A. Davis.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
Herman, Mathis, Casey, Kitchens & Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)
<http://www.hhkc.com/>

This e-mail message contains confidential, privileged information

2

intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT


This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.