# Exhibit 5

# Barnett, Ben

| | |
|---|---|
| From: | Lenny Davis [LDAVIS@hhkc.com] |
| Sent: | Saturday, June 23, 2007 3:05 PM |
| To: | Munno, Thomas; Lillian Flemming |
| Cc: | pwittman@stonepigman.com; cohen@hugheshubbard.com; Barnett, Ben; Buchanan, David; Anthony Irpino; Grand, Jeff; Wagner, Michael; Russ Herman |
| Subject: | RE: Vioxx MDL 1657 re de-privileged CD |

I am asking mike wagner to review this and address any comments directly to you. I appreciate the information and willingness to assist

PLEASE NOTE THAT WE HAVE MOVED BACK TO OUR OFFICES AT 820 O'KEEFE AVENUE. PLEASE DISCONTINUE ANY COMMUNICATION TO OUR PRIOR TEMPORARY OFFICE

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

-----Original Message-----
From: Munno, Thomas [mailto:thomas.munno@dechert.com]
Sent: Saturday, June 23, 2007 1:04 PM
To: Lenny Davis; Lillian Flemming
Cc: pwittman@stonepigman.com; cohen@hugheshubbard.com; Barnett, Ben; Buchanan, David; Anthony Irpino; Grand, Jeff; Wagner, Michael; Russ Herman
Subject: RE: Vioxx MDL 1657 re de-privileged CD

Lenny,

Even though we have previously produced the load files you need, we will accede to your request and produce a load file specifically for the documents produced pursuant to Special Master Rice's rulings or Merck's voluntary decision to withdraw or modify its claim of privilege. However, I am informed that using these new load files may create

1

significant problems on your end. I am not sufficiently technical to discuss this issue, but if I cannot convince you that you already have what you need, I am willing to have the right people from our side discuss the issues with Mike Wagner or whomever you designate.

When Merck makes a production of documents to the PSC, it provides a load file that applies to

*   documents actually produced; and

*   documents that would have been produced had they not be withheld for reasons of privilege.

If your team used the originally-produced load files, your database will be properly configured to receive new images representing documents previously withheld for privilege as well as documents previously produced with privilege redactions. Additionally, our originally produced load files reflect the source-attachment relationships between previously-produced and previously-withheld documents. If the original load files were used correctly these relationships exist in your database. A new load file for the previously withheld documents will not reflect those relationships when the withheld document was part of a larger document family.

A new file may also result in errors depending upon the database technology you are using. Because previously withheld and redacted documents maintain the same bates numbers a new load file will result in duplicate document numbers. Most databases require unique document identifiers.

Contrary to the comments in your email, the originaly-produced load files remain current and correct regardless of any changes that may have been made to the document coding. As such, you should have had no problem loading and reviewing the documents contained on the CD delivered to you on June 14, 2007.

Objective coding is not an issue. I have instructed our team to create an objective coding file for the documents delivered to you on June 14 and you will receive the same file again when we provide our monthly coding report.

Please let me know how you wish to proceed with the load file.


-----Original Message-----
From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Friday, June 22, 2007 8:07 AM
To: Munno, Thomas; Lillian Flemming
Cc: pwittman@stonepigman.com; cohen@hugheshubbard.com; Barnett, Ben; Buchanan, David; Anthony Irpino; Grand, Jeff; Wagner, Michael; Russ

2

Herman
Subject: RE: Vioxx MDL 1657 re de-privileged CD

my understanding is that all document productions/ cd
productions are to be the same. We have an order regarding merck
production(pto-17A) and there is not a specific exception for
"privileged documents". Am I wrong? In addition I do not believe that we
already have the load file? I am not aware that we
have it? mike wagner has advised that we need the load file to bring up
the documents in concordance. we need to see the codng files to see
exactly what was produced. If old load files were produce (which I would
appreciate you pointing out specifically so that we can identify and
determine whatever you are referring to?? Wagner is not aware of
whatever you are referring to??) then those files are probably not
totally correct. Those files would contain OCR data and if redactions
were removed those files would not show that and would be incomplete.
This would also be true if any of the coding fields such as Author or CC
was changed. For example, if you were to have redacted the name would
not show up, but if the privilege was denied it is now there but not in
the coding file. am I missing something? Finally shouldn't we be getting
objective coding? I do not see that there is coding to accompany the
images. we really should be getting all of the information at this time.
The psc has waited way too long now for receipt of documents that were
not privileged in the first place!

PLEASE NOTE THAT WE HAVE MOVED BACK TO OUR OFFICES AT 820 O'KEEFE
AVENUE. PLEASE DISCONTINUE ANY COMMUNICATION TO OUR PRIOR TEMPORARY
OFFICE

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information
intended solely for the addressee. Please do not read, copy, or
disseminate it unless you are the addressee. If you have received it in
error, please call us (collect) immediately at (504) 581-4892 and ask to
speak with the message sender. Also, we would appreciate your forwarding
the message back to us and deleting it from your system. Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT


-----Original Message-----
From: Campione, Karen [mailto:karen.campione@dechert.com] On Behalf Of

3

Munno, Thomas
Sent: Thursday, June 21, 2007 4:54 PM
To: Lillian Flemming; Lenny Davis
Cc: pwittman@stonepigman.com; cohen@hugheshubbard.com; Barnett, Ben; Buchanan, David; Anthony Irpino; Grand, Jeff; Wagner, Michael; Russ Herman
Subject: RE: Vioxx MDL 1657 re de-privileged CD
Importance: High

Please see attached letter.


Thomas F. Munno
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3513


-----Original Message-----
From: Lillian Flemming [mailto:LFLEMMING@hhkc.com]
Sent: June 21, 2007 12:01 PM
To: Barnett, Ben
Cc: pwittman@stonepigman.com; cohen@hugheshubbard.com; Munno, Thomas; Buchanan, David; Anthony Irpino; Grand, Jeff; Wagner, Michael; Russ Herman; Lenny Davis
Subject: Vioxx MDL 1657 re de-privileged CD


Please see attached from Leonard A. Davis.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
Herman, Mathis, Casey, Kitchens & Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (Fax)
<http://www.hhkc.com/>

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

4

CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.