# Exhibit A

**Exhibit A**

**Laminack, Pirtle and Martines Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Case Name | Docket Number | Plaintiffs | Original PPF Due Date | Date of 1st Deficient Notice | Ex. | Date of 2nd Deficient Notice | Ex. | Date of 3rd Deficient Notice | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Cavins, Annette v. Merck & Co., Inc. | 2:06-cv-06564-EEF-DEK | Annette Cavins | December 11, 2006 | January 31, 2007 | B | March 20, 2007* | D | May 23, 2007 | JJ |
| Davis, Kim J. v. Merck & Co., Inc. | 2:06-cv-07029-EEF-DEK | Jennifer A. Davis and Kim J. Davis on behalf of Esther H. Davis | December 13, 2006 | January 31, 2007 | B | March 20, 2007* | E | May 23, 2007 | JJ |
| Franklin, Vickie v. Merck & Co., Inc. | 2:06-cv-07054-EEF-DEK | Vickie Franklin on behalf of Carlile Arrowood | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | F | May 23, 2007 | JJ |
| Gunik, Irina v. Merck & Co., Inc. | 2:06-cv-07027-EEF-DEK | Irina Gunik on behalf of Aleksandr Gunik | December 13, 2006 | January 31, 2007 | B | March 20, 2007* | G | May 23, 2007 | JJ |
| Hauser, Barry F. v. Merck & Co., Inc. | 2:06-cv-06284-EEF-DEK | Barry F. Hauser | December 6, 2006 | January 31, 2007 | B | March 20, 2007* | H | May 23, 2007 | JJ |
| Hill, Ernestine v. Merck & Co., Inc. | 2:06-cv-07062-EEF-DEK | Ernestine Hill | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | I | May 23, 2007 | JJ |
| Hudson, John v. Merck & Co., Inc. | 2:06-cv-07011-EEF-DEK | John Hudson on behalf of Marguerite Hudson | December 13, 2006 | January 31, 2007 | B | March 20, 2007* | J | May 23, 2007 | JJ |
| Jones, Montea v. Merck & Co., Inc. | 2:06-cv-06917-EEF-DEK | Montea Jones | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | K | May 23, 2007 | JJ |
| Kincaid, Jerome Carl v. Merck & Co., Inc. | 2:06-cv-07057-EEF-DEK | Jerome Carl Kincaid | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | L | May 23, 2007 | JJ |
| Kuehn, Vernon v. Merck & Co., Inc. | 2:06-cv-07055-EEF-DEK | Vernon Kuehn | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | M | May 23, 2007 | JJ |
| Kyser, Ethel L. v. Merck & Co., Inc. | 2:06-cv-06551-EEF-DEK | Ethel L. Kyser | December 11, 2006 | January 31, 2007 | B | March 20, 2007* | N | May 23, 2007 | JJ |
| Lapikas, Margaret v. Merck & Co., Inc. | 2:06-cv-06190-EEF-DEK | Margaret Lapikas | December 5, 2006 | January 31, 2007 | B | March 20, 2007* | O | May 23, 2007 | JJ |
| Maull, Dizzie Dean v. Merck & Co., Inc. | 2:06-cv-07025-EEF-DEK | Dizzie Dean Maull on behalf of Clara Maull | December 13, 2006 | January 31, 2007 | B | March 20, 2007* | P | May 23, 2007 | JJ |
| McCormick, Marsha v. Merck & Co., Inc. | 2:06-cv-07023-EEF-DEK | Marsha McCormick on behalf of Avenell Ash | December 13, 2006 | January 31, 2007 | B | March 20, 2007* | Q | May 23, 2007 | JJ |
| Poindexter, Wendel C. v. Merck & Co., Inc. | 2:06-cv-06916-EEF-DEK | Wendel C. Poindexter | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | R | May 23, 2007 | JJ |
| Powers, Gary Dean v. Merck & Co., Inc. | 2:06-cv-07026-EEF-DEK | Gary Dean Powers on behalf of Karin Powers | December 13, 2006 | January 31, 2007 | B | March 20, 2007* | S | May 23, 2007 | JJ |
| Reser, Sharrel D. v. Merck & Co., Inc. | 2:06-cv-06989-EEF-DEK | Sharrel David Reser | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | T | May 23, 2007 | JJ |
| Savron, John M. v. Merck & Co., Inc. | 2:06-cv-06545-EEF-DEK | John M. Savron | December 11, 2006 | January 31, 2007 | B | March 20, 2007* | U | May 23, 2007 | JJ |
| Shaw, Mary L. v. Merck & Co., Inc. | 2:06-cv-06988-EEF-DEK | Mary L. Shaw | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | V | May 23, 2007 | JJ |

* These Plaintiffs were also subject to the 30 day extension Merck granted on March 1, 2007.

**Exhibit A**

**Laminack, Pirtle and Martines Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Case Name | Docket Number | Plaintiffs | Original PPF Due Date | Date of 1st Deficient Notice | Ex. | Date of 2nd Deficient Notice | Ex. | Date of 3rd Deficient Notice | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Sheppard, Laurise v. Merck & Co., Inc. | 2:06-cv-06195-EEF-DEK | Laurise Sheppard | December 5, 2006 | January 31, 2007 | B | March 20, 2007* | W | May 23, 2007 | JJ |
| Signer, Ellyn v. Merck & Co., Inc. | 2:06-cv-06535-EEF-DEK | Ellyn Signer | December 11, 2006 | January 31, 2007 | B | March 20, 2007* | X | May 23, 2007 | JJ |
| Sims, Judith v. Merck & Co., Inc. | 2:06-cv-06985-EEF-DEK | Judith Sims | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | Y | May 23, 2007 | JJ |
| Smith, Ronnie M. v. Merck & Co., Inc. | 2:06-cv-06543-EEF-DEK | Ronnie M. Smith | December 11, 2006 | January 31, 2007 | B | March 20, 2007* | Z | May 23, 2007 | JJ |
| Stabley, Donna E. v. Merck & Co., Inc. | 2:06-cv-06536-EEF-DEK | Donna E. Stabley | December 11, 2006 | January 31, 2007 | B | March 20, 2007* | AA | May 23, 2007 | JJ |
| Stevenson, Nancy L. v. Merck & Co., Inc. | 2:06-cv-06537-EEF-DEK | Nancy L. Stevenson | December 11, 2006 | January 31, 2007 | B | March 20, 2007* | BB | May 23, 2007 | JJ |
| Suggs, Carol v. Merck & Co., Inc. | 2:06-cv-07012-EEF-DEK | Carol Suggs on behalf of Emmitt Suggs | December 13, 2006 | January 31, 2007 | B | March 20, 2007* | CC | May 23, 2007 | JJ |
| Tavis, Betty v. Merck & Co., Inc. | 2:06-cv-07020-EEF-DEK | Betty Tavis | December 13, 2006 | January 31, 2007 | B | March 20, 2007* | DD | May 23, 2007 | JJ |
| Taylor, Sharon D. v. Merck & Co., Inc. | 2:06-cv-06538-EEF-DEK | Sharon D. Taylor | December 11, 2006 | January 31, 2007 | B | March 20, 2007* | EE | May 23, 2007 | JJ |
| Thomas, Carolyn M. v. Merck & Co., Inc. | 2:06-cv-06991-EEF-DEK | Carolyn M. Thomas | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | FF | May 23, 2007 | JJ |
| Thomason, Frederick v. Merck & Co., Inc. | 2:06-cv-06990-EEF-DEK | Frederick Thomason, Sr. | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | GG | May 23, 2007 | JJ |
| Walker, Idella v. Merck & Co., Inc. | 2:06-cv-07053-EEF-DEK | Idella Walker | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | HH | May 23, 2007 | JJ |
| Walters, Wilton v. Merck & Co., Inc. | 2:06-cv-06993-EEF-DEK | Wilton Walters | December 12, 2006 | January 31, 2007 | B | March 20, 2007* | II | May 23, 2007 | JJ |

* These Plaintiffs were also subject to the 30 day extension Merck granted on March 1, 2007.