# Exhibit B



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 31, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-292-2755)**

Richard N. Laminack, Esq.
Laminack Pirtle & Martines
440 Louisiana
Suite 1250
Houston, TX 77002

    Re: *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*

Dear Mr. Laminack:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a large number of plaintiffs in the above referenced action. The chart below lists the full name of each injured party, the appropriate plaintiffs, case name, docket number, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 1 | Bateman, Brenda | Brenda Bateman | Bateman, Brenda v. Merck & Co., Inc. | 2:06-cv-07071 | 12/12/06 |
| 2 | Bauer, Katherine D. | Katherine D. Bauer | Bauer, Katherine D. v. Merck & Co., Inc. | 2:06-cv-06554 | 12/11/06 |
| 3 | Pappa, Bertha | Lillian Biscaha and Bertha Pappa | Biscaha, Lillian v. Merck & Co., Inc. | 2:06-cv-07009 | 12/13/06 |
| 4 | Branscome, Sherry | Sherry Branscome | Branscome, Sherry v. Merck & Co., Inc. | 2:06-cv-06201 | 12/5/06 |
| 5 | Bryant, Thelma L. | Thelma L. Bryant | Bryant, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06278 | 12/6/06 |
| 6 | Carlton, Donnie D. | Donnie D. Carlton | Carlton, Donnie D. v. Merck & Co., Inc. | 2:06-cv-07016 | 12/13/06 |
| 7 | Carter, Mattie B. | Mattie B. Carter | Carter, Mattie v. Merck & Co., Inc. | 2:06-cv-06563 | 12/11/06 |
| 8 | Cavins, Annette | Annette Cavins | Cavins, Annette v. Merck & Co., Inc. | 2:06-cv-06564 | 12/11/06 |
| 9 | Chastain, Wendy L. | Wendy L. Chastain | Chastain, David P. v. Merck & Co. Inc. | 2:06-cv-07061 | 12/12/06 |
| 10 | Chauncey, Darrell | Darrell Chauncey | Chauncey, Darrell v. Merck & Co., Inc. | 2:06-cv-06531 | 12/11/06 |

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M002C64926



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

|    | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|----|---|---|---|---|---|
| 11 | Clark, Fayth M. | Fayth M. Clark | Clark, Fayth v. Merck & Co., Inc. | 2:06-cv-06565 | 12/11/06 |
| 12 | Cochran, Louise E. | Louise E. Cochran | Cochran, Louise E. v. Merck & Co., Inc. | 2:06-cv-06203 | 12/5/06 |
| 13 | Cook, Kindren A. | Kindren A. Cook | Cook, Kindren A. v. Merck & Co., Inc. | 2:06-cv-06566 | 12/11/06 |
| 14 | Crowley, James N. | James N. Crowley | Crowley, James N. v. Merck & Co., Inc. | 2:06-cv-07017 | 12/13/06 |
| 15 | Damron, Phyllis | Phyllis Damron | Damron, Phyllis v. Merck & Co., Inc. | 2:06-cv-06567 | 12/11/06 |
| 16 | Davis, Esther H. | Esther H. Davis, Jennifer A. Davis and Kim J. Davis | Davis, Kim J. v. Merck & Co., Inc. | 2:06-cv-07029 | 12/13/06 |
| 17 | Day, John | John Day | Day, John v. Merck & Co., Inc. | 2:06-cv-06279 | 12/6/06 |
| 18 | Decker, Gary L. | Gary L. Decker | Decker, Gary L. v. Merck & Co., Inc. | 2:06-cv-06547 | 12/11/06 |
| 19 | Denniston, Altha Jettie | Altha Jettie Denniston | Denniston, Altha J. v. Merck & Co., Inc. | 2:06-cv-07063 | 12/12/06 |
| 20 | DesJardins, Richard L. | Richard L. DesJardins | DesJardins, Richard L. v. Merck & Co., Inc. | 2:06-cv-06986 | 12/12/06 |
| 21 | Dunmore, Elizabeth | Elizabeth Dunmore | Dunmore, Elizabeth v. Merck & Co., Inc. | 2:06-cv-06205 | 12/5/06 |
| 22 | Durr, Edward | Edward Durr | Durr, Edward v. Merck & Co., Inc. | 2:06-cv-06281 | 12/6/06 |
| 23 | Fago, Ruth | Ruth Fago | Fago, Ruth v. Merck & Co., Inc. | 2:06-cv-06282 | 12/6/06 |
| 24 | Fedrick, Charles L. | Charles L. Fedrick | Fedrick, Charles L. v. Merck & Co., Inc. | 2:06-cv-06527 | 12/11/06 |
| 25 | Crockett, Pearly Mae | Pearly Mae Crockett and Irene C. Fields | Fields, Irene v. Merck & Co., Inc. | 2:06-cv-07010 | 12/13/06 |
| 26 | Finch, Duane | Duane Finch | Finch, Duane v. Merck & Co., Inc. | 2:06-cv-06197 | 12/5/06 |
| 27 | Flood, Patricia | Patricia Flood | Flood, Patricia, v. Merck & Co. Inc. | 2:06-cv-06528 | 12/11/06 |
| 28 | Fortner, Charles Leonard | Charles Leonard Fortner | Fortner, Charles L. v. Merck & Co., Inc. | 2:06-cv-06529 | 12/11/06 |
| 29 | Arrowood, Carlile | Carlile Arrowood and Vickie Franklin | Franklin, Vickie v. Merck & Co., Inc. | 2:06-cv-07054 | 12/12/06 |
| 30 | Garner, Mary A. | Mary A. Garner | Garner, Mary A. v. Merck & Co., Inc. | 2:06-cv-06548 | 12/11/06 |
| 31 | Geiger, John L. | John L. Geiger | Geiger, John L. v. Merck & Co., Inc. | 2:06-cv-06530 | 12/11/06 |

M002C64927



# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 32 | Gunik, Aleksandr | Aleksandr Gunik and Irina Gunik | Gunik, Irina v. Merck & Co., Inc. | 2:06-cv-07027 | 12/13/06 |
| 33 | Hando, John A. | John A. Hando | Hando, John A. v. Merck & Co., Inc. | 2:06-cv-06199 | 12/5/06 |
| 34 | Hardin, Edward T. | Edward T. Hardin | Hardin, Edward T. v. Merck & Co., Inc. | 2:06-cv-06283 | 12/6/06 |
| 35 | Hauser, Barry F. | Barry F. Hauser | Hauser, Barry F. v. Merck & Co., Inc. | 2:06-cv-06294 | 12/6/06 |
| 36 | Hershberger, Sally M. | Sally M. Hershberger | Hershberger, Sally M. v. Merck & Co., Inc. | 2:06-cv-06549 | 12/11/06 |
| 37 | Hertica, Bernadene | Bernadene Hertica | Hertica, Bernadene v. Merck & Co., Inc. | 2:06-cv-07015 | 12/13/06 |
| 38 | Hill, Ernestine | Ernestine Hill | Hill, Ernestine v. Merck & Co., Inc. | 2:06-cv-07062 | 12/12/06 |
| 39 | Hodges, Rose M. | Rose M. Hodges | Hodges, Rose M. v. Merck & Co., Inc. | 2:06-cv-06285 | 12/6/06 |
| 40 | Hudson, Marguerite | John Hudson and Marguerite Hudson | Hudson, John v. Merck & Co., Inc. | 2:06-cv-07011 | 12/13/06 |
| 41 | Hughes, Sadie | Sadie Hughes | Hughes, Sadie v. Merck & Co. Inc. | 2:06-cv-06187 | 12/5/06 |
| 42 | Johnson, Thelma E. | Thelma E. Johnson | Johnson, Thelma E. v. Merck & Co., Inc. | 2:06-cv-06188 | 12/5/06 |
| 43 | Jones, Montea | Montea Jones | Jones, Montea v. Merck & Co., Inc. | 2:06-cv-06917 | 12/12/06 |
| 44 | Kincaid, Jerome Carl | Jerome Carl Kincaid | Kincaid, Jerome Carl v. Merck & Co., Inc. | 2:06-cv-07057 | 12/12/06 |
| 45 | King, LaVone | LaVone King | Kliewer, Frank G. v. Merck & Co., Inc. | 2:06-cv-07058 | 12/12/06 |
| 46 | Kliewer, Frank G. | Frank G. Kliewer | Kornegay, Marcel M. v. Merck & Co., Inc. | 2:06-cv-06550 | 12/11/06 |
| 47 | Kornegay, Marcel M. | Marcel M. Kornegay | Kornegay, Marcel M. v. Merck & Co., Inc. | 2:06-cv-07059 | 12/12/06 |
| 48 | Kuehn, Vernon | Vernon Kuehn | Kuehn, Vernon v. Merck & Co., Inc. | 2:06-cv-07055 | 12/12/06 |
| 49 | Kyser, Ethel L. | Ethel L. Kyser | Kyser, Ethyl L. v. Merck & Co., Inc. | 2:06-cv-06551 | 12/11/06 |
| 50 | Lampkins, Bernadine C. | Bernadine C. Lampkins | Lampkins, Bernadine C. v. Merck & Co., Inc. | 2:06-cv-06552 | 12/11/06 |
| 51 | Lapikas, Margaret | Margaret Lapikas | Lapikas, Margaret v. Merck & Co., Inc. | 2:06-cv-06190 | 12/5/06 |
| 52 | Lippman, Elaine | Elaine Lippman | Lippman, Elaine v. Merck & Co., Inc. | 2:06-cv-06526 | 12/11/06 |

M02C64928

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

|    | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|----|--------------------|------------|-----------|---------------|-----------------------|
| 53 | Redmond Hobson, Annabell | Annabell Redmond Hobson | Marks, Anna E. v. Merck & Co., Inc. | 2:06-cv-07022 | 12/13/06 |
| 54 | Maull, Clara | Clara Maull and Dizzie Dean Maull | Maull, Dizzie Dean v. Merck & Co., Inc. | 2:06-cv-07025 | 12/13/06 |
| 55 | McClure, Willie J. | Willie J. McClure | McClure, Willie J. v. Merck & Co., Inc. | 2:06-cv-06540 | 12/11/06 |
| 56 | Ash, Avenell | Avenell Ash and Marsha McCormick | McCormick, Marsha v. Merck & Co., Inc. | 2:06-cv-07023 | 12/13/06 |
| 57 | McGinnis, Jack L. | Jack L. McGinnis and Marlene M. McGinnis | McGinnis, Marlene v. Merck & Co., Inc. | 2:06-cv-07021 | 12/13/06 |
| 58 | Paplia, Romona M. | Romona M. Paplia | Paplia, Romona M v. Merck & Co., Inc. | 2:06-cv-07056 | 12/12/06 |
| 59 | Phillips, Raymond G., Jr. | Raymond G. Phillips, Jr. | Phillips, Raymond G. Jr. v. Merck & Co., Inc. | 2:06-cv-06542 | 12/11/06 |
| 60 | Poindexter, Wendel C. | Wendel C. Poindexter | Poindexter, Wendel C. v. Merck & Co., Inc. | 2:06-cv-06916 | 12/12/06 |
| 61 | Powers, Karin | Gary Dean Powers and Karin Powers | Powers, Gary Dean v. Merck & Co., Inc. | 2:06-cv-07026 | 12/13/06 |
| 62 | Raiman, Joel H. | Joel H. Raiman | Raiman, Joel H. v. Merck & Co., Inc. | 2:06-cv-06289 | 12/6/06 |
| 63 | Reemes, Jimmie A. | Deborah D. Reemes and Jimmie A. Reemes | Reemes, Deborah D. v. Merck & Co., Inc. | 2:06-cv-07028 | 12/13/06 |
| 64 | Reser, Sharrel David | Sharrel David Reser | Reser, Sharrel D. v. Merck & Co., Inc. | 2:06-cv-06989 | 12/12/06 |
| 65 | Roberts, Don | Don Roberts | Roberts, Don v. Merck & Co., Inc. | 2:06-cv-06544 | 12/11/06 |
| 66 | Savron, John M. | John M. Savron | Savron, John M. v. Merck & Co., Inc. | 2:06-cv-06545 | 12/11/06 |
| 67 | Schneider, Ronald E. | Ronald E. Schneider | Schneider, Ronald E. v. Merck & Co., Inc. | 2:06-cv-06546 | 12/11/06 |
| 68 | Scott, Hattie R. | Hattie R. Scott | Scott, Hattie R. v. Merck & Co., Inc. | 2:06-cv-06534 | 12/11/06 |
| 69 | Shaw, Mary L. | Mary L. Shaw | Shaw, Mary L. v. Merck & Co., Inc. | 2:06-cv-06988 | 12/12/06 |
| 70 | Sheppard, Laurise | Laurise Sheppard | Sheppard, Laurise v. Merck & Co., Inc. | 2:06-cv-06195 | 12/5/06 |
| 71 | Signer, Ellyn | Ellyn Signer | Signer, Ellyn v. Merck & Co., Inc. | 2:06-cv-06535 | 12/11/06 |
| 72 | Sims, Judith | Judith Sims | Sims, Judith v. Merck & Co., Inc. | 2:06-cv-06985 | 12/12/06 |



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

|    | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|----|--------------------|------------|-----------|---------------|------------------------|
| 73 | Smith, Nancy Lou | Nancy Lou Smith | Smith, Nancy L. v. Merck & Co., Inc. | 2:06-cv-06541 | 12/11/06 |
| 74 | Smith, Ronnie M. | Ronnie M. Smith | Smith, Ronnie M. v. Merck & Co., Inc. | 2:06-cv-06543 | 12/11/06 |
| 75 | Stabley, Donna E. | Donna E. Stabley | Stabley, Donna E. v. Merck & Co., Inc. | 2:06-cv-06536 | 12/11/06 |
| 76 | Stephens, Annie | Annie Stephens | Stephens, Annie v. Merck & Co., Inc. | 2:06-cv-06987 | 12/12/06 |
| 77 | Stevenson, Nancy L. | Nancy L. Stevenson | Stevenson, Nancy L. v. Merck & Co., Inc. | 2:06-cv-06537 | 12/11/06 |
| 78 | Suggs, Emmitt | Carol Suggs and Emmitt Suggs | Suggs, Carol v. Merck & Co., Inc. | 2:06-cv-07012 | 12/13/06 |
| 79 | Tarantino, Daniel P. | Daniel P. Tarantino and Loma P. Tarantino | Tarantino, Loma P. v. Merck & Co., Inc. | 2:06-cv-07024 | 12/13/06 |
| 80 | Tavis, Betty | Betty Tavis | Tavis, Betty v. Merck & Co., Inc. | 2:06-cv-07020 | 12/13/06 |
| 81 | Taylor, Joan M. | Joan M. Taylor | Taylor, Joan M. v. Merck & Co., Inc. | 2:06-cv-06291 | 12/6/06 |
| 82 | Taylor, Sharon D. | Sharon D. Taylor | Taylor, Sharon D. v. Merck & Co., Inc. | 2:06-cv-06538 | 12/11/06 |
| 83 | Terry, Rodney R. | Rodney R. Terry | Terry, Rodney R. v. Merck & Co., Inc. | 2:06-cv-06539 | 12/11/06 |
| 84 | Thomas, Carolyn M. | Carolyn M. Thomas | Thomas, Carolyn M. v. Merck & Co., Inc. | 2:06-cv-06991 | 12/12/06 |
| 85 | Thomas, Dewey, Jr. | Dewey Thomas, Jr. | Thomas, Dewey Jr. v. Merck & Co., Inc. | 2:06-cv-06292 | 12/6/06 |
| 86 | Thomason, Frederick, Sr. | Frederick Thomason, Sr. | Thomason, Frederick v. Merck & Co., Inc. | 2:06-cv-06990 | 12/12/06 |
| 87 | Trejo, Mary K. | Mary K. Trejo | Trejo, Mary K. v. Merck & Co., Inc. | 2:06-cv-06532 | 12/11/06 |
| 88 | Walker, Idella | Idella Walker | Walker, Idella v. Merck & Co., Inc. | 2:06-cv-07053 | 12/12/06 |
| 89 | Walls, Eddie L. | Eddie L. Walls | Walls, Eddie L. v. Merck & Co., Inc. | 2:06-cv-06992 | 12/12/06 |
| 90 | Walters, Wilton | Wilton Walters | Walters, Wilton v. Merck & Co., Inc. | 2:06-cv-06993 | 12/12/06 |
| 91 | Webster, Gary E. | Gary E. Webster | Webster, Gary E. v. Merck & Co., Inc. | 2:06-cv-06533 | 12/11/06 |
| 92 | Webster, Hardy, Jr. | Hardy Webster, Jr. | Webster, Hardy Jr. v. Merck & Co., Inc. | 2:06-cv-06294 | 12/6/06 |
| 93 | Whitley, Mickel Wayne | Mickel Wayne Whitley | Whitley, Mickel W. v. Merck & Co., Inc. | 2:06-cv-07013 | 12/13/06 |

M002C64930



Hughes Hubbard & Reed LLP.
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

A New York Limited Liability Partnership

|    | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|----|---------------------|------------|-----------|---------------|----------------------|
| 94 | Winters, Charles V. | Charles V. Winters | Winters, Charles V. v. Merck & Co., Inc. | 2:06-cv-07019 | 12/13/06 |
| 95 | Yarbrough, Nola | Nola Yarbrough | Yarbrough, Nola v. Merck & Co., Inc. | 2:06-cv-06296 | 12/6/06 |

Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M02C64931

```
** TX STATUS REPORT **              AS OF   JAN 31 2007 10:22   PAGE.01

                                         HUGHES HUBBARD

     DATE  TIME       TO/FROM      MODE    MIN/SEC   PGS   JOB#   STATUS
04   01/31 10:20      7132922755 EC--S     02'43"    007   159    OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 31, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Richard N. Laminack, Esq. | Laminack Pirtle & Martines | 713-292-2755 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M002C64932