# Exhibit C

**From:** buffym@lpm-triallaw.com
**Sent:** Thursday, March 01, 2007 11:23 AM
**To:** Riester, Zane
**Subject:** Re: vioxx mdl discovery extension

zane -

thanks. i'll take the 30 day extension and we can re-visit in 30 days if there is still something outstanding.

thanks for all your help with this.

buffy

Riester, Zane wrote:
> Buffy -
>
> I can only grant a 30 day extension for these cases at this time.  If
> you need additional time after the 30 days we can revisit the situation
> then.
>
> Please let me know if this is acceptable and if you have any questions.
>
> Thanks
>
> Zane
>
> -----Original Message-----
> From: buffym@lpm-triallaw.com [mailto:buffym@lpm-triallaw.com]
> Sent: Thursday, March 01, 2007 9:33 AM
> To: Riester, Zane
> Subject: vioxx mdl discovery extension
>
> zane - my partner rick (you have him listed as richard) laminack & i
> spoke to you briefly early last week about a discovery extension in our
> cases. I have attached the list of cases that we need the extension on
> along with their respective cause numbers, filing dates and due dates.
> We would like to get a 60 day extension if that is possible.
>
> please let me know your thoughts at your next convenience.
>
> thanks for your help -
>
> buffy martines
> laminack, pirtle & martines
> houston, texas
>
> **********************************************************************
> This email and any files transmitted with it may contain privileged or confidential
information. Use, disclosure, copying or distribution of this message by anyone other than
the intended recipient is strictly prohibited. If you have received this email in error
please notify the sender by reply email and destroy all copies of this message in your
possession, custody or control.
**********************************************************************
>
>
>
>

1

| Court | Last Name | First Name | Cause No. | Date Lawsuit Filed | Date Discovery Due |
|---|---|---|---|---|---|
| MDL | Arrowood | Carlisle (Deceased) | 2:06-cv-07054 | 9/28/2006 | 12/12/2006 |
| MDL | Ash | Avenell H. (Deceased) | 2:06-cv-07023 | 9/29/2006 | 12/13/2006 |
| MDL | Bastron | Mark W. | 2:06-cv-06553 | 9/27/2006 | 12/11/2006 |
| MDL | Bateman | Brenda | 2:06-cv-07071 | 9/28/2006 | 12/12/2006 |
| MDL | Bates | Bruce J. | 2:06-cv-07070 | 9/28/2006 | 12/12/2006 |
| MDL | Bauer | Katherine D. | 2:06-cv-06554 | 9/27/2006 | 12/11/2006 |
| MDL | Berry | David | 2:06-cv-06555 | 9/27/2006 | 12/11/2006 |
| MDL | Branscome | Sherry | 2:06-cv-06201 | 9/21/2006 | 12/5/2006 |
| MDL | Bryant | Elbert V. | 2:06-cv-07069 | 9/28/2006 | 12/12/2006 |
| MDL | Bryant | Thelma L. | 2:06-cv-06278 | 9/22/2006 | 12/6/2006 |
| MDL | Carlton | Donnie D. | 2:06-cv-07016 | 9/29/2006 | 12/13/2006 |
| MDL | Cavins | Annette | 2:06-cv-06564 | 9/27/2006 | 12/11/2006 |
| MDL | Chastain | Wendy (Deceased) | 2:06-cv-07061 | 9/28/2006 | 12/12/2006 |
| MDL | Chauncey | Darrell R. | 2:06-cv-06531 | 9/27/2006 | 12/11/2006 |
| MDL | Clark | Fayth M. | 2:06-cv-06565 | 9/27/2006 | 12/11/2006 |
| MDL | Cook | Kindren A. | 2:06-cv-06566 | 9/27/2006 | 12/11/2006 |
| MDL | Crockett | Pearly M. (Deceased) | 2:06-cv-07010 | 9/29/2006 | 12/13/2006 |
| MDL | Crowley | James N. | 2:06-cv-07017 | 9/29/2006 | 12/13/2006 |
| MDL | Damron | Phyllis J. | 2:06-cv-06567 | 9/27/2006 | 12/11/2006 |
| MDL | Davis | Esther H. (Deceased) | 2:06-cv-07029 | 9/29/2006 | 12/13/2006 |
| MDL | Decker | Gary | 2:06-cv-06547 | 9/27/2006 | 12/11/2006 |
| MDL | Deckerd | Dale H. | 2:06-cv-06547 | 9/22/2006 | 12/6/2006 |
| MDL | Denniston | Altha Jettie | 2:06-cv-07063 | 9/28/2006 | 12/12/2006 |
| MDL | Desjardins | Richard L. | 2:06-cv-06986 | 9/28/2006 | 12/12/2006 |
| MDL | Finch | Duane | 2:06-cv-06197 | 9/21/2006 | 12/5/2006 |
| MDL | Garner | Mary | 2:06-cv-06548 | 9/27/2006 | 12/11/2006 |
| MDL | Geiger | John | 2:06-cv-06530 | 9/27/2006 | 12/11/2006 |
| MDL | Gunik | Aleksandr (Deceased) | 2:06-cv-07027 | 9/29/2006 | 12/13/2006 |
| MDL | Hauser | Barry | 2:06-cv-06294 | 9/22/2006 | 12/6/2006 |
| MDL | Hertica | Bernadene S. | 2:06-cv-07015 | 9/29/2006 | 12/13/2006 |
| MDL | Hill | Ernestine | 2:06-cv-07062 | 9/28/2006 | 12/12/2006 |
| MDL | Hodges | Rose M. | 2:06-cv-06285 | 9/22/2006 | 12/6/2006 |
| MDL | Hudson | Marguerite R. (Deceased) | 2:06-cv-07011 | 9/29/2006 | 12/13/2006 |
| MDL | Jackson | Barbara | 2:06-cv-06286 | 9/22/2006 | 12/6/2006 |
| MDL | Johnson | Thelma | 2:06-cv-06188 | 9/21/2006 | 12/5/2006 |
| MDL | Jones | Montea | 2:06-cv-06917 | 9/28/2006 | 12/12/2006 |
| MDL | Kennon | Sheila | 2:06-cv-06189 | 9/21/2006 | 12/5/2006 |
| MDL | Kincaid | Jerome Carl | 2:06-cv-07057 | 9/28/2006 | 12/12/2006 |
| MDL | King | LaVone | 2:06-cv-07058 | 9/28/2006 | 12/12/2006 |
| MDL | Kornegay | Marcel M. | 2:06-cv-07059 | 9/28/2006 | 12/12/2006 |
| MDL | Kuehn | Vernon | 2:06-cv-07055 | 9/28/2006 | 12/12/2006 |
| MDL | Kyser | Ethel | 2:06-cv-06551 | 9/27/2006 | 12/11/2006 |
| MDL | Lampkins | Bernadine C. | 2:06-cv-06552 | 9/27/2006 | 12/11/2006 |
| MDL | Lapikas | Margaret | 2:06-cv-06190 | 9/21/2006 | 12/5/2006 |
| MDL | Lippman | Elaine | 2:06-cv-06526 | 9/27/2006 | 12/11/2006 |
| MDL | Maull | Clara (Deceased) | 2:06-cv-07025 | 9/29/2006 | 12/13/2006 |
| MDL | McClure | Willie J. | 2:06-cv-06540 | 9/27/2006 | 12/11/2006 |
| MDL | McGinnis | Jack L. (Deceased) | 2:06-cv-07021 | 9/29/2006 | 12/13/2006 |
| MDL | Paplia | Romona M. | 2:06-cv-07056 | 9/28/2006 | 12/12/2006 |

| | | | | | |
|---|---|---|---|---|---|
| MDL | Pappa | Bertha (Deceased) | 2:06-cv-07009 | 9/29/2006 | 12/13/2006 |
| MDL | Phillips, Jr. | Raymond G. | 2:06-cv-06542 | 9/27/2006 | 12/11/2006 |
| MDL | Poindexter | Wendel C. | 2:06-cv-06916 | 9/28/2006 | 12/12/2006 |
| MDL | Powers | Karin Elizabeth (Deceased) | 2:06cv-07026 | 9/29/2006 | 12/13/2006 |
| MDL | Raiman | Joel H. | 2:06-cv-06289 | 9/22/2006 | 12/6/2006 |
| MDL | Redmond-Hobson | Annabell (Deceased) | 2:06-cv-07022 | 9/29/2006 | 12/13/2006 |
| MDL | Reemes | Jimmie A. (Deceased) | 2:06-cv-07028 | 9/29/2006 | 12/13/2006 |
| MDL | Reser | Sharrel David | 2:06-cv-06989 | 9/28/2006 | 12/12/2006 |
| MDL | Roberts | Don | 2:06-cv-06544 | 9/27/2006 | 12/11/2006 |
| MDL | Savron | John M. | 2:06-cv-06545 | 9/27/2006 | 12/11/2006 |
| MDL | Schneider | Ronald E. | 2:06-cv-06546 | 9/27/2006 | 12/11/2006 |
| MDL | Scott | Hattie R. | 2:06-cv-06534 | 9/27/2006 | 12/11/2006 |
| MDL | Shaw | Mary L. | 2:06-cv-06988 | 9/28/2006 | 12/12/2006 |
| MDL | Sheppard | Laurise | 2:06-cv-06195 | 9/21/2006 | 12/5/2006 |
| MDL | Signer | Ellyn S. | 2:06-cv-06535 | 9/27/2006 | 12/11/2006 |
| MDL | Sims | Judith | 2:06-cv-06985 | 9/28/2006 | 12/12/2006 |
| MDL | Smith | Nancy Lou | 2:06-cv-06541 | 9/27/2006 | 12/11/2006 |
| MDL | Smith | Ronnie M. | 2:06-cv-06543 | 9/27/2006 | 12/11/2006 |
| MDL | Stabley | Donna | 2:06-cv-06536 | 9/27/2006 | 12/11/2006 |
| MDL | Stephens | Annie | 2:06-cv-06987 | 9/28/2006 | 12/12/2006 |
| MDL | Stevenson | Nancy L. | 2:06-cv-06537 | 9/27/2006 | 12/11/2006 |
| MDL | Suggs | Emmitt Ray (Deceased) | 2:06-cv-07012 | 9/29/2006 | 12/13/2006 |
| MDL | Tarantino | Daniel P. (Deceased) | 2:06-cv-07024 | 9/29/2006 | 12/13/2006 |
| MDL | Tavis | Betty Sue | 2:06-cv-07020 | 9/29/2006 | 12/13/2006 |
| MDL | Taylor | Joan M. | 2:06-cv-06291 | 9/22/2006 | 12/6/2006 |
| MDL | Taylor | Sharon Dale | 2:06-cv-06538 | 9/27/2006 | 12/11/2006 |
| MDL | Terry | Rodney R. | 2:06-cv-06539 | 9/27/2006 | 12/11/2006 |
| MDL | Thomas | Carolyn M. | 2:06-cv-06991 | 9/28/2006 | 12/12/2006 |
| MDL | Thomason, Sr. | Frederick Irvin | 2:06-cv-06990 | 9/28/2006 | 12/12/2006 |
| MDL | Trejo | Mary | 2:06-cv-06532 | 9/27/2006 | 12/11/2006 |
| MDL | Walker | Idella | 2:06-cv-07053 | 9/28/2006 | 12/12/2006 |
| MDL | Wallace | Wesley Allyn | 2:06-cv-07014 | 9/29/2006 | 12/13/2006 |
| MDL | Walls | Eddie L. | 2:06-cv-06992 | 9/28/2006 | 12/12/2006 |
| MDL | Walters | Wilton E. | 2:06-cv-06993 | 9/28/2006 | 12/12/2006 |
| MDL | Webster | Gary E. | 2:06-cv-06533 | 9/27/2006 | 12/11/2006 |
| MDL | Webster, Jr. | Hardy | 2:06-cv-06294 | 9/22/2006 | 12/6/2006 |
| MDL | White | Sandy L. | 2:06-cv-06295 | 9/22/2006 | 12/6/2006 |
| MDL | Whitley | Mickel Wayne | 2:06-cv-07013 | 9/29/2006 | 12/13/2006 |
| MDL | Wilson | Thelma J. | 2:06-cv-07052 | 9/28/2006 | 12/12/2006 |
| MDL | Winters | Charles | 2:06-cv-07019 | 9/29/2006 | 12/13/2006 |