# Exhibit JJ



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 23, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-292-2755)**

Richard N. Laminack, Esq.
Laminack Pirtle and Martines
Lyric Centre Building
496 Louisiana Street, Suite 1250
Houston, TX 77002-4205

Re:   *In re Vioxx® Products Liability Litigation*
         *MDL No. 1657*

Dear Mr. Laminack:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's final letter notifying you that we have still not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a large number of plaintiffs represented by your firm. Merck's previous notice letters were sent on January 31, 2007 and March 20, 2007. The chart below lists the full name of each injured party/plaintiffs, each case name, each docket number, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

| | **INJURED PARTY/ PLAINTIFFS** | **CASE NAME** | **DOCKET NUMBER** | **ORIGINAL PPF DUE DATE** |
|---|---|---|---|---|
| 1 | Brenda Bateman | Bateman, Brenda v. Merck & Co., Inc. | 2:06-cv-07071 | December 12, 2006 |
| 2 | Lillian Bischaha and Bertha Pappa | Biscaha, Lillian v. Merck & Co., Inc. | 2:06-cv-07009 | December 13, 2006 |
| 3 | Thelma L. Bryant | Bryant, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06278 | December 6, 2006 |
| 4 | Annette Cavins | Cavins, Annette v. Merck & Co., Inc. | 2:06-cv-06564 | December 11, 2006 |
| 5 | Esther H. Davis, Jennifer A. Davis and Kim J. Davis | Davis, Kim J. v. Merck & Co., Inc. | 2:06-cv-07029 | December 13, 2006 |
| 6 | Gary L. Decker | Decker, Gary L. v. Merck & Co., Inc. | 2:06-cv-06547 | December 11, 2006 |
| 7 | Carlile Arrowood and Vickie Franklin | Franklin, Vickie v. Merck & Co., Inc. | 2:06-cv-07054 | December 12, 2006 |
| 8 | Aleksandr Gunik and Irina Gunik | Gunik, Irina v. Merck & Co., Inc. | 2:06-cv-07027 | December 13, 2006 |
| 9 | Barry F. Hauser | Hauser, Barry F. v. Merck & Co., Inc. | 2:06-cv-06294 | December 6, 2006 |



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY/ PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|
| 10 | Ernestine Hill | Hill, Ernestine v. Merck & Co., Inc. | 2:06-cv-07062 | December 12, 2006 |
| 11 | John Hudson and Marguerite Hudson | Hudson, John v. Merck & Co., Inc. | 2:06-cv-07011 | December 13, 2006 |
| 12 | Montea Jones | Jones, Montea v. Merck & Co., Inc. | 2:06-cv-06917 | December 12, 2006 |
| 13 | Jerome Carl Kincaid | Kincaid, Jerome Carl v. Merck & Co., Inc. | 2:06-cv-07057 | December 12, 2006 |
| 14 | Vernon Kuehn | Kuehn, Vernon v. Merck & Co., Inc. | 2:06-cv-07055 | December 12, 2006 |
| 15 | Ethel L. Kyser | Kyser, Ethel L. v. Merck & Co., Inc. | 2:06-cv-06551 | December 11, 2006 |
| 16 | Margaret Lapikas | Lapikas, Margaret v. Merck & Co., Inc. | 2:06-cv-06190 | December 5, 2006 |
| 17 | Clara Maull | Maull, Dizzie Dean v. Merck & Co., Inc. | 2:06-cv-07025 | December 13, 2006 |
| 18 | Avenell Ash and Marsha McCormick | McCormick, Marsha v. Merck & Co., Inc. | 2:06-cv-07023 | December 13, 2006 |
| 19 | Jack L. McGinnis | McGinnis, Marlene v. Merck & Co., Inc. | 2:06-cv-07021 | December 13, 2006 |
| 20 | Romona Paplia | Paplia, Romona M. v. Merck & Co., Inc. | 2:06-cv-07056 | December 12, 2006 |
| 21 | Wendel C. Poindexter | Poindexter, Wendel C. v. Merck & Co., Inc. | 2:06-cv-06916 | December 12, 2006 |
| 22 | Gary Dean Powers and Karin Powers | Powers, Gary Dean v. Merck & Co., Inc. | 2:06-cv-07026 | December 13, 2006 |
| 23 | Joel H. Raiman | Raiman, Joel H. v. Merck & Co., Inc. | 2:06-cv-06289 | December 6, 2006 |
| 24 | Deborah D. Reemes and Jimmie A. Reemes | Reemes, Deborah D. v. Merck & Co., Inc. | 2:06-cv-07028 | December 13, 2006 |
| 25 | Sharrel David Reser | Reser, Sharrel D. v. Merck & Co., Inc. | 2:06-cv-06989 | December 12, 2006 |
| 26 | John M. Savron | Savron, John M. v. Merck & Co., Inc. | 2:06-cv-06545 | December 11, 2006 |
| 27 | Mary L. Shaw | Shaw, Mary L. v. Merck & Co., Inc. | 2:06-cv-06988 | December 12, 2006 |
| 28 | Laurise Sheppard | Sheppard, Laurise v. Merck & Co., Inc. | 2:06-cv-06195 | December 5, 2006 |
| 29 | Ellyn Signer | Signer, Ellyn v. Merck & Co., Inc. | 2:06-cv-06535 | December 11, 2006 |
| 30 | Judith Sims | Sims, Judith v. Merck & Co., Inc. | 2:06-cv-06985 | December 12, 2006 |



Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY/ PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|
| 31 | Ronnie M. Smith | Smith, Ronnie M. v. Merck & Co., Inc. | 2:06-cv-06543 | December 11, 2006 |
| 32 | Donna E. Stabley | Stabley, Donna E. v. Merck & Co., Inc. | 2:06-cv-06536 | December 11, 2006 |
| 33 | Nancy L. Stevenson | Stevenson, Nancy L. v. Merck & Co., Inc. | 2:06-cv-06537 | December 11, 2006 |
| 34 | Carol Suggs and Emmitt Suggs | Suggs, Carol v. Merck & Co., Inc. | 2:06-cv-07012 | December 13, 2006 |
| 35 | Betty Tavis | Tavis, Betty v. Merck & Co., Inc. | 2:06-cv-07020 | December 13, 2006 |
| 36 | Joan M. Taylor | Taylor, Joan M. v. Merck & Co., Inc. | 2:06-cv-06291 | December 6, 2006 |
| 37 | Sharon D. Taylor | Taylor, Sharon D. v. Merck & Co., Inc. | 2:06-cv-06538 | December 11, 2006 |
| 38 | Rodney R. Terry | Terry, Rodney R. v. Merck & Co., Inc. | 2:06-cv-06539 | December 11, 2006 |
| 39 | Carolyn M. Thomas | Thomas, Carolyn M. v. Merck & Co., Inc. | 2:06-cv-06991 | December 12, 2006 |
| 40 | Frederick Thomason, Sr. | Thomason, Frederick v. Merck & Co., Inc. | 2:06-cv-06990 | December 12, 2006 |
| 41 | Idella Walker | Walker, Idella v. Merck & Co., Inc. | 2:06-cv-07053 | December 12, 2006 |
| 42 | Eddie L. Walls | Walls, Eddie L. v. Merck & Co., Inc. | 2:06-cv-06992 | December 12, 2006 |
| 43 | Wilton Walters | Walters, Wilton v. Merck & Co., Inc. | 2:06-cv-06993 | December 12, 2006 |
| 44 | Gary E. Webster | Webster, Gary E. v. Merck & Co., Inc. | 2:06-cv-06533 | December 11, 2006 |

Please produce a completed PPF for *each* plaintiff listed above no later than ten (10) days from the date of this letter. If these plaintiffs do not produce PPFs in the time requested Merck will move to dismiss these actions for plaintiffs' failure to respond to discovery.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

```
*** TX STATUS REPORT ***        AS OF   MAY 23 2007 15:30   PAGE.01

                                             HUGHES HUBBARD

      DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
  01  05/23 15:29   7132922755 EC--S    01'32"    004   078   OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 23, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Richard N. Laminack, Esq. | Laminack Pirtle and Martines | 713-292-2755 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.