# Exhibit A

**Exhibit A**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Case Name | Docket Number | Plaintiffs | Firm | Original PPF Due Date | Date of 1st Deficient Notice | Ex. | Date of 2nd Deficient Notice | Ex. |
|---|---|---|---|---|---|---|---|---|
| Ashcraft, Sam v. Merck & Co., Inc. | 2:05-cv-04514-EEF-DEK | Patsy Hardiman OBO Gary Hardiman | Beasley Allen Crow Methvin Portis and Miles PC | 12/14/05 | 08/02/06 | B | 03/01/07 | U |
| Ashcraft, Sam v. Merck & Co., Inc. | 2:05-cv-04514-EEF-DEK | Mildred Mace OBO Leonard Mace | Beasley Allen Crow Methvin Portis and Miles PC | 12/14/05 | 08/02/06 | C | 03/01/07 | V |
| Geasley, Pat v. Merck & Co., Inc. | 2:05-cv-04508-EEF-DEK | Mildred Osborne OBO Melissa Davis | Beasley Allen Crow Methvin Portis and Miles PC | 01/13/06 | 05/03/06 | D | 03/01/07 | W |
| Geasley, Pat v. Merck & Co., Inc. | 2:05-cv-04508-EEF-DEK | Paula Howard OBO Frank Radcliff | Beasley Allen Crow Methvin Portis and Miles PC | 01/13/06 | 05/03/06 | E | 03/01/07 | X |
| Villafranca, Enrique v. Merck & Co., Inc. | 2:05-cv-02372-EEF-DEK | Enrique Villafranca and Hortencia Villafranca | Houssiere Durant and Houssiere LLP | 01/14/06 | 10/10/06 | F | 12/21/06 | Y |
| Bryant, Bardy v. Merck & Co., Inc. | 2:05-cv-05768-EEF-DEK | Ruth Alexander OBO Jane Doyle | Goldberg and Simpson | 02/04/06 | 08/15/06 | G | 03/01/07 | Z |
| Hundley, Larry O. v. Merck & Co., Inc. | 2:06-cv-03461-EEF-DEK | Larry O. Hundley | Porter and Malouf PA | 09/13/06 | 12/14/06 | H | 03/01/07 | AA |
| Donelson, Burgess v. Merck & Co., Inc. | 2:06-cv-03699-EEF-DEK | Burgess Donelson | Mullin Hoard Brown LLP | 09/25/06 | 12/14/06 | I | 03/01/07 | BB |
| Stone, Ann B. v. Merck & Co., Inc. | 2:06-cv-03590-EEF-DEK | Ann B. Stone* | Johnson and Benjamin LLP | 09/25/06 | 12/14/06 | J | 03/01/07 | CC |
| Lopez, Gloria v. Merck & Co., Inc. | 2:06-cv-03873-EEF-DEK | Gloria Lopez | Fazio Disalvo Cannon Abers Podrecca Fazio and Carroll | 10/07/06 | 12/14/06 | K | 03/01/07 | DD |
| Segui, Margarita v. Merck & Co., Inc. | 2:06-cv-03901-EEF-DEK | Margarita Segui | Podlofsky Orange and Kolenovsky | 10/07/06 | 12/14/06 | L | 03/01/07 | EE |
| Walker, Constance v. Merck & Co., Inc. | 2:06-cv-04210-EEF-DEK | Constance Walker | James F. Humphreys and Associates LC | 10/23/06 | 12/14/06 | M | 03/01/07 | FF |
| Peterson, Betty J. v. Merck & Co., Inc. | 2:06-cv-04249-EEF-DEK | Betty J. Peterson | Blizzard McCarthy and Nabers LLP | 10/25/06 | 12/19/06 | N | 03/01/07 | GG |
| Hove, John v. Merck & Co., Inc. | 2:06-cv-05529-EEF-DEK | John Hove | James Vernon and Weeks PA | 11/12/06 | 01/24/07 | O | 03/20/07 | HH |
| McWaters, Kristina v. Merck & Co., Inc. | 2:06-cv-05493-EEF-DEK | Kristina McWaters OBO Edwin Lamar Kelley | Heninger Garrison Davis LLC | 11/12/06 | 01/24/07 | P | 03/20/07 | II |

## Exhibit A

## Plaintiffs Who Failed To Provide Plaintiff Profile Forms

| Case Name | Docket Number | Plaintiffs | Firm | Original PPF Due Date | Date of 1st Deficient Notice | Ex. | Date of 2nd Deficient Notice | Ex. |
|---|---|---|---|---|---|---|---|---|
| Booker, Leroy v. Merck & Co., Inc. | 2:06-cv-00315-EEF-DEK | Leroy Booker | David H. Johnson Law | 04/10/06 | 8/15/2006* | Q | 9/28/2006* | JJ |
| Warmann, Gene v. Merck & Co., Inc. | 2:05-cv-06740-EEF-DEK | Gene Warmann | Martin & Malec | 03/08/06 | 5/18/2006* | R | 9/28/2006* | KK |
| Turner, Dana v. Merck & Co., Inc. | 2:05-cv-06259-EEF-DEK | Dana Turner OBO Mary E. Porter | Shelley I. Stiles & Associates | 02/08/06 | 6/7/2006* | S | 9/28/2006* | LL |
| Curtis, Willie v. Merck & Co., Inc. | 2:05-cv-05152-EEF-DEK | Willie Curtis | Law Offices of Athan T. Tsimpedes | 01/09/06 | 5/18/2006* | T | 9/28/2006* | MM |

\* The following notices where sent via first class and certified mail because Plaintiffs did not provide Merck with a facsimile number after repeated requests.

\* It appears that Johnson and Benjamin LLP attempted to withdraw from its representation of Ann B. Stone. It does not appear, however, that the Court has ruled on this motion. Regardless, Merck objects to this withdrawal and fully expects that the Court will dismiss this case with prejudice for failure to provide a PPF.