# Exhibit B

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street  
Suite 3601  
Jersey City, New Jersey 07302-3918  
Telephone: 201-536-9220  
Fax: 201-536-0799

Wilfred P. Coronato  
Resident Partner

August 2, 2006

**VIA U.S. MAIL & TELECOPY (334-954-7555)**

Anthony Birchfield, Jr., Esq.  
Beasley Allen Crow Methvin Portis and Miles PC  
P.O. Box 4160  
218 Commerce Street  
Montgomery, AL 36103

Re: *In re Vioxx® Products Liability Litigation*  
*MDL No. 1657*  
*Sam Ashcraft v. Merck & Co., Inc.*  
*Docket No. 2:05-cv-04514-EEF-DEK*

Dear Mr. Birchfield:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gary Hardiman. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for your clients, plaintiffs Gary Hardiman and Patsy Hardiman, to serve a PPF and medical authorizations for Gary Hardiman passed on December 14, 2005. This letter is to confirm that plaintiffs do not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery, among other grounds, should plaintiffs seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via electronic mail)  
Russ M. Herman, Esq. (via electronic mail)

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0230
RECIPIENT ADDRESS     13349547555
DESTINATION ID
ST. TIME              08/02 11:53
TIME USE              04'40
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony Birchfield, Jr., Esq. | Beasley Allen Crow Methvin Portis and Miles PC | 334-954-7555 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.