# Exhibit C

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 2, 2006

**VIA U.S. MAIL & TELECOPY (334-954-7555)**

Anthony Birchfield, Jr., Esq.
Beasley Allen Crow Methvin Portis and Miles PC
P.O. Box 4160
218 Commerce Street
Montgomery, AL 36103

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Sam Ashcraft v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04514-EEF-DEK*

Dear Mr. Birchfield:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Leonard Mace. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Mace to serve a PPF and medical authorizations passed on December 14, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

Case 2:05-md-01657-EEF-DEK   Document 11545-3   Filed 06/28/07   Page 3 of 3

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO                0230
RECIPIENT ADDRESS       13349547555
DESTINATION ID
ST. TIME                08/02 11:53
TIME USE                04'40
PAGES SENT              15
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony Birchfield, Jr., Esq. | Beasley Allen Crow Methvin Portis and Miles PC | 334-954-7555 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: **15**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.