# Exhibit D

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 3, 2006

VIA TELECOPY (334-954-7555) & U.S. MAIL

Anthony Birchfield, Jr., Esq.
Beasley Allen Crow Methvin Portis and Miles PC
P.O. Box 4160
Montgomery, AL 36103

    Re:    *In re Vioxx® Products Liability Litigation*
              *MDL No. 1657*
              *Pat Geasley v. Merck & Co., Inc.*
              *Docket No. 2:05-cv-04508-EEF-DEK*

Dear Mr. Birchfield:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Melissa Davis. Pretrial Order No. 18B required your clients, plaintiffs Melissa Davis and Mildred Osborne, to serve this PPF no later than December 14, 2005, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Melissa Davis no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                              Very truly yours,

                              /s/ *John N. Poulos*

                              John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

NY

```
                ** TX STATUS REPORT **          AS OF   MAY 03 2006 21:01   PAGE.01

                                                          HUGHES HUBBARD

        DATE  TIME        TO/FROM        MODE   MIN/SEC   PGS   JOB#  STATUS
    17  05/03 20:58    3349547555 EC--S  02'57"   011    219    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 3, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony, Birchfield, Jr., Esq. | Beasley Allen Crow Methvin Portis and Miles PC | 334-954-7555 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 3, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony, Birchfield, Jr., Esq. | Beasley Allen Crow Methvin Portis and Miles PC | 334-954-7555 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862 1.DOC