# Exhibit F

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

October 10, 2006

**VIA FIRST CLASS MAIL & TELECOPY (713-626-3709)**

Charles R. Houssiere, III, Esq.
Houssiere Durant and Houssiere LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:   *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Enrique Villafranca v. Merck & Co., Inc.*
*Docket No. 2:05-cv-02372-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Enrique Villafranca. Pretrial Order No. 18C required Mr. Villafranca to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Enrique Villafranca no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF   OCT 10 2006 14:40   PAGE.01

                                              HUGHES HUBBARD

     DATE  TIME      TO/FROM        MODE   MIN/SEC   PGS   JOB#   STATUS
 09  10/10 14:40     17136263709 EC--S    00'43"    002   178    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | October 10, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Charles R. Houssiere, III, Esq. | Houssiere Durant and Houssiere LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.