# Exhibit G

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 15, 2006

**VIA FIRST CLASS MAIL & TELECOPY (502-581-1344)**

David B. Gray, Esq.
Goldberg and Simpson
9300 Shelbyville Road
Suite 600
Louisville, KY 40222

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Bardy Bryant v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-05768-EEF-DEK***

Dear Mr. Gray:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jane Doyle. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Alexander to serve a PPF and medical authorizations for Jane Doyle passed on February 4, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

```
************************
***   TX REPORT   ***
************************

TRANSMISSION OK

TX/RX NO              0543
RECIPIENT ADDRESS     15025811344
DESTINATION ID
ST. TIME              08/15 12:48
TIME USE              04'22
PAGES SENT            7
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

1o1 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 15, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| David B. Gray, Esq. | Goldberg and Simpson | 502-581-1344 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.