# Exhibit H



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 14, 2006

**BY FIRST CLASS MAIL & TELECOPY (601-957-7366)**

John T. Givens, Esq.
Porter and Malouf PA
P.O. Box 12768
Jackson, MS 39236

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Larry O. Hundley v. Merck & Co., Inc.*
*Docket No. 2:06-cv-03461-EEF-DEK*

Dear Mr. Givens:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Larry O. Hundley. Pretrial Order No. 18C required Mr. Hundley to serve this PPF no later than September 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Larry O. Hundley no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
*********************
***  TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0135 |
| RECIPIENT ADDRESS | 16019577366 |
| DESTINATION ID | |
| ST. TIME | 12/14 12:55 |
| TIME USE | 01'49 |
| PAGES SENT | 10 |
| RESULT | OK |

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| John T. Givens, Esq. | Porter and Malouf PA | 601-957-7366 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M007 48476