# Exhibit K



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 14, 2006

**BY FIRST CLASS MAIL & TELECOPY (954-767-9461)**

Christopher M. Cannon, Esq.
Fazio Disalvo Cannon Abers Podrecca Fazio and Carroll
633 S. Andrews Avenue, Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33302

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Gloria Lopez v. Merck & Co., Inc.***
***Docket No. 2:06-cv-03873-EEF-DEK***

Dear Mr. Cannon:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gloria Lopez. Pretrial Order No. 18C required Ms. Lopez to serve this PPF no later than October 7, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Gloria Lopez no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



M007A48443

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                  0747
RECIPIENT ADDRESS         19547679461
DESTINATION ID
ST. TIME                  12/14 11:49
TIME USE                  00'34
PAGES SENT                  3
RESULT                    OK
```




Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Christopher M. Cannon, Esq. | Fazio Disalvo Cannon Abers Podrecca Fazio and Carroll | 954-767-9461 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.