# Exhibit L



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 14, 2006

**BY FIRST CLASS MAIL & TELECOPY (516-504-6390)**

Ira Podlofsky, Esq.
Podlofsky Hill Orange and Modzelewski, LLP
98 Cuttermill Road
Suite 299N
Great Neck, NY 11021

Re:    *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Margarita Segui v. Merck & Co., Inc.*
       *Docket No. 2:06-cv-03901-EEF-DEK*

Dear Mr. Podlofsky:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Margarita Segui. Pretrial Order No. 18C required Ms. Segui to serve this PPF no later than October 7, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Margarita Segui no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                       Very truly yours,

                                       */s/ John N. Poulos*

                                       John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M002C53038



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ira Podlofsky, Esq. | Podlofsky Hill Orange and Modzelewski, LLP | 516-504-6390 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M002C53839

12/14/2006 12:51 FAX   12124224726          HUGHES HUBBARD LLP                    ☒ 001

```
               ***********************
               ***   TX REPORT   ***
               ***********************

      TRANSMISSION OK

      TX/RX NO                0766
      RECIPIENT ADDRESS       15165046390
      DESTINATION ID
      ST. TIME                12/14 12:51
      TIME USE                00'29
      PAGES SENT              2
      RESULT                  OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ira Podlofsky, Esq. | Podlofsky Hill Orange and Modzelewski, LLP | 516-504-6390 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.