# Exhibit M



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 14, 2006

**BY FIRST CLASS MAIL & TELECOPY (304-347-5055)**

Thomas G. Wilson, Esq.
James F. Humphreys and Associates LC
United Center - Suite 800
500 Virginia Street, East
Charleston, WV 25301

> Re:   *In re Vioxx® Products Liability Litigation*
>        *MDL No. 1657*
>        *Constance Walker v. Merck & Co., Inc.*
>        *Docket No. 2:06-cv-04210-EEF-DEK*

Dear Mr. Wilson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Constance Walker. Pretrial Order No. 18C required Ms. Walker to serve this PPF no later than October 23, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Constance Walker no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M002C53841

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0122
RECIPIENT ADDRESS     13043475055
DESTINATION ID
ST. TIME              12/14 12:13
TIME USE              02'49
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Thomas G. Wilson, Esq. | James F. Humphreys and Associates LC | 304-347-5055 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.