# Exhibit O



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 24, 2007

BY FIRST CLASS MAIL & TELECOPY (208-664-1684)

Craig K. Vernon, Esq.
James Vernon and Weeks PA
1875 N. Lakewood Drive
Suite 200
Coeur d'Alene, ID

   Re: *In re Vioxx® Products Liability Litigation*
     *MDL No. 1657*
     *John Hove v. Merck & Co., Inc.*
     *Docket No. 2:06-cv-05529-EEF-DEK*

Dear Mr. Vernon:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for John Hove. Pretrial Order No. 18C required Mr. Hove to serve this PPF no later than November 12, 2006, and Merck has not consented to any extension of time in which to respond.

   Please produce a completed PPF for John Hove no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

            Very truly yours,

            */s/ John N. Poulos*

            John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

M009350904

```
** TX STATUS REPORT **           AS OF  JAN 24 2007 13:10   PAGE.01

                                           HUGHES HUBBARD

     DATE   TIME      TO/FROM        MODE    MIN/SEC   PGS   JOB#  STATUS
 22  01/24  13:09    2086641684 EC--S  00'34"   002   179   OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 24, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Craig K. Vernon, Esq. | James Vernon and Weeks PA | 208-664-1684 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00935090S