# Exhibit S

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 7, 2006

**VIA FIRST CLASS MAIL**

Shelley I. Stiles, Esq.
Shelley I. Stiles and Associates
5214 Maryland Way
Suite 402
Brentwood, TN 37027

    Re: *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Dana Turner v. Merck & Co., Inc.*
       *Docket No. 2:05-cv-06259-EEF-DEK*

Dear Ms. Stiles:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mary E Porter. Pretrial Order No. 18B required your clients, plaintiffs Mary E Porter and Dana Turner, to serve this PPF no later than February 8, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Mary E Porter no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

             Very truly yours,

             */s/ John N. Poulos*

             John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

M006B25168