# Exhibit V



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 1, 2007

**BY FIRST CLASS MAIL & TELECOPY (334-954-7555)**

Benjamin L. Locklar, Esq.
Beasley Allen Crow Methvin Portis and Miles PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103

>   Re:   *In re Vioxx® Products Liability Litigation*
>         *MDL No. 1657*
>         *Sam Ashcraft v. Merck & Co., Inc.*
>         *Docket No. 2:05-cv-04514-EEF-DEK*

Dear Mr. Locklar:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Leonard Mace. Merck's initial notice letter was sent on August 2, 2006. Pretrial Order No. 18C required your client, plaintiff Mildred Mace, to serve this PPF no later than December 14, 2005, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Leonard Mace no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF  MAR 01 2007 10:32   PAGE.01

                                              HUGHES HUBBARD

      DATE  TIME      TO/FROM        MODE   MIN/SEC  PGS  JOB#  STATUS
  06  03/01 10:31    3349547555  EC--S     01'50"   007  155   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 1, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Benjamin L. Locklar, Esq. | Beasley Allen Crow Methvin Portis and Miles PC | 334-954-7555 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.