# Exhibit CC



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 1, 2007

**BY FIRST CLASS MAIL & TELECOPY (404-969-4142)**

Johnathan W. Johnson, Esq.
Johnson and Benjamin LLP
730 Peachtree Street
Suite 750
Atlanta, GA 30308

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Ann B. Stone v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-03590-EEF-DEK*

Dear Mr. Johnson:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ann B. Stone. Merck's initial notice letter was sent on December 14, 2006. Pretrial Order No. 18C required Ms. Stone to serve this PPF no later than September 25, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Ann B. Stone no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

MOD003419

```
** TX STATUS REPORT **            AS OF   MAR 01 2007 09:56   PAGE.01

                                                HUGHES HUBBARD

      DATE  TIME       TO/FROM          MODE    MIN/SEC   PGS   JOB#  STATUS
  20  03/01 09:54      404  969 4142 EC---S     01'50"    002   130   OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 1, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Johnathan W. Johnson, Esq. | Johnson and Benjamin LLP | 404-969-4142 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODD031420