# Exhibit GG



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 1, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-844-3763)**

Rebecca B. King, Esq.
Blizzard McCarthy and Nabers LLP
440 Louisiana
Suite 1710
Houston, TX 77002

      Re:    *In re Vioxx® Products Liability Litigation*
                *MDL No. 1657*
                *Betty J. Peterson v. Merck & Co., Inc.*
                *Docket No. 2:06-cv-04249-EEF-DEK*

Dear Ms. King:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty J. Peterson. Merck's initial notice letter was sent on December 19, 2006. Pretrial Order No. 18C required Ms. Peterson to serve this PPF no later than October 25, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Betty J. Peterson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                      Very truly yours,

                                      */s/ John N. Poulos*

                                      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MOOBD18145

```
** TX STATUS REPORT **        AS OF  MAR 01 2007 12:17   PAGE.01
```

HUGHES HUBBARD

```
      DATE  TIME    TO/FROM        MODE  MIN/SEC  PGS  JOB#  STATUS
 23   03/01 12:16   7138443755 EC--S    01'05"   004  204   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 1, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Rebecca B. King, Esq. | Blizzard McCarthy and Nabers LLP | 713-844-3755 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00BD18146