# Exhibit HH



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (208-664-1684)**

Craig K. Vernon, Esq.
James Vernon and Weeks PA
1875 N Lakewood Dr.
Suite 200
Coeur d'Alene, ID 83814

      Re:    *In re Vioxx® Products Liability Litigation*
              *MDL No. 1657*
              *John Hove v. Merck & Co., Inc.*
              *Docket No. 2:06-cv-05529-EEF-DEK*

Dear Mr. Vernon:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for John Hove. Merck's initial notice letter was sent on January 24, 2007. Pretrial Order No. 18C required Mr. Hove to serve this PPF no later than November 12, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for John Hove no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                    Very truly yours,

                                    */s/ John N. Poulos*

                                    John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF  MAR 20 2007 14:47   PAGE.01

                                        HUGHES HUBBARD

     DATE  TIME        TO/FROM       MODE   MIN/SEC   PGS  JOB#  STATUS
31   03/20 14:46    2086641684 EC--S  00'36"  002   239   OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Craig K. Vernon, Esq. | James Vernon and Weeks PA | 208-664-1684 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E007842