# Exhibit II



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (205-326-3332)**

William L. Bross, Esq.
Heninger Garrison Davis LLC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35202

    Re:    *In re Vioxx® Products Liability Litigation*
            *MDL No. 1657*
            *Kristina McWaters v. Merck & Co., Inc.*
            *Docket No. 2:06-cv-05493-EEF-DEK*

Dear Mr. Bross:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Edwin Lamar Kelley. Merck's initial notice letter was sent on January 24, 2007. Pretrial Order No. 18C required your client, plaintiff Kristina McWaters, to serve this PPF no later than November 12, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Edwin Lamar Kelley no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M0E316023

```
** TX STATUS REPORT **        AS OF  MAR 20 2007 14:39   PAGE.01

                                                    HUGHES HUBBARD

     DATE  TIME    TO/FROM          MODE   MIN/SEC  PGS  JOB#  STATUS
 25  03/20 14:38   12053263332 EC--S       00'36"   002  231   OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundage, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| William L. Bross, Esq. | Heninger Garrison Davis LLC | 205-326-3332 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E316024