# Exhibit KK

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

James M. Martin, Esq.
Martin Malec and Leopold PC
1007 Olive Street
5th Floor
St. Louis, MO 63101

          Re:    *In re Vioxx® Products Liability Litigation*
                 *MDL No. 1657*
                 *Gene Warmann v. Merck & Co., Inc.*
                 *Docket No. 2:05-cv-06740-EEF-DEK*

Dear Mr. Martin:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gene Warmann. Merck's initial letter was sent on May 18, 2006. Pretrial Order No. 18C required Gene Warmann to serve this PPF no later than March 8, 2006 and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Gene Warmann no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

## Certified Mail Provides:
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*PS Form 3800, June 2002 (Reverse)*

**Important Reminders:**
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Article Number: 7005 3110 0004 3714 0042

Sent To: James M. Martin, Esq.
Street, Apt. No.; or PO Box No.: Martin Malec and Leopold PC, 1007 Olive Street, 5th Floor
City, State, ZIP+4: St. Louis, MO 63101

PS Form 3800, June     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    James M. Martin, Esq.
    Martin Malec and Leopold PC
    1007 Olive Street
    5th Floor
    St. Louis, MO 63101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Monica Croft*    ☒ Agent   ☐ Addressee

B. Received by (*Printed Name*): MONICA CROFT
C. Date of Delivery: 10/2/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0004 3714 0042

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**UNITED STATES POSTAL SERVICE**

9/28/06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302