UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Ashcraft, Sam v. Merck & Co., Inc.*; | * | **JUDGE KNOWLES** |
| Docket Number: 2:05-cv-04514; and only | * | |
| regarding Patsy Hardiman on behalf of | * | |
| Gary Hardiman and Mildred Mace on | * | |
| behalf of Lenoard Mace; | * | |
| | * | |
| *Geasley, Pat v. Merck & Co., Inc.*; Docket | * | |
| Number: 2:05-cv-04508; and only | * | |
| regarding Mildred Osborne on behalf of | * | |
| Melissa Davis and Paula Howard on | * | |
| behalf of Frank Radcliff; | * | |
| | * | |
| *Villafranca, Enrique v. Merck & Co., Inc.*; | * | |
| Docket Number: 2:05-cv-02372; | * | |
| | * | |
| *Bryant, Bardy v. Merck & Co., Inc.*; | * | |
| Docket Number: 2:05-cv-05768; and only | * | |
| regarding Ruth Alexander on behalf of | * | |
| Jane Doyle; | * | |
| | * | |
| *Hundley, Larry O. v. Merck & Co., Inc.*; | * | |
| Docket Number: 2:06-cv-03461; | * | |
| | * | |
| *Donelson, Burgess v. Merck & Co., Inc.*; | * | |
| Docket Number: 2:06-cv-03699; | * | |
| | * | |
| *Stone, Ann B. v. Merck & Co., Inc.*; | * | |
| Docket Number: 2:06-cv-03590; | * | |
| | * | |
| *Lopez, Gloria v. Merck & Co., Inc.*; | * | |
| Docket Number: 2:06-cv-03873; | * | |
| | * | |
| *Segui, Margarita v. Merck & Co., Inc.*; | * | |
| Docket Number: 2:06-cv-03901; | * | |
| | * | |

|  |  |
|---|---|
| | * |
| *Walker, Constance v. Merck & Co., Inc.*; Docket Number: 2:06-cv-04210; | * |
| | * |
| | * |
| *Peterson, Betty J. v. Merck & Co., Inc.*; Docket Number: 2:06-cv-04249; | * |
| | * |
| | * |
| *Hove, John v. Merck & Co., Inc.*; Docket Number: 2:06-cv-05529; | * |
| | * |
| | * |
| *McWaters, Kristina v. Merck & Co.*, Inc.; Docket Number: 2:06-cv-05493; | * |
| | * |
| | * |
| *Booker, Leroy v. Merck & Co., Inc.*; Docket Number: 2:06-cv-00315; | * |
| | * |
| | * |
| *Warmann, Gene v. Merck & Co., Inc.*; Docket Number: 2:05-cv-06740; | * |
| | * |
| | * |
| *Turner, Dana v. Merck & Co., Inc.*; Docket Number: 2:05-cv-06259; and | * |
| | * |
| | * |
| *Curtis, Willie v. Merck & Co., Inc.*; Docket Number: 2:05-cv-05152. | * |
| | * |
| * * * * * * * * * * * * * * * * | * |

### PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 27th day of July, 2007, immediately following the monthly status conference, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 16th day of July, 2007.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 23rd day of July, 2007.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE