# Exhibit A

**Exhibit A**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Case Name | Docket Number | Plaintiffs | Firm | Original PPF Due Date | Date of 1st Deficient Notice | Ex. | Date of 2nd Deficient Notice | Ex. |
|---|---|---|---|---|---|---|---|---|
| Heidrick, Michelle L. v. Merck & Co., Inc. | 2:06-cv-04306-EEF-DEK | Michelle L. Heidrick | Blizzard McCarthy and Nabers LLP | October 29, 2006 | December 19, 2006 | B | March 1, 2007 | K |
| Blair, Ruby v. Merck & Co., Inc. | 2:06-cv-06817-EEF-DEK | Ruby Blair | Fibich Hampton and Leebron LLP | December 13, 2006 | January 31, 2007 | C | March 20, 2007 | L |
| Bradley, Joann v. Merck & Co., Inc. | 2:06-cv-06816-EEF-DEK | JoAnn Bradley | Fibich Hampton and Leebron LLP | December 13, 2006 | January 31, 2007 | C | March 20, 2007 | M |
| Carmichael, Patricia v. Merck & Co., Inc. | 2:06-cv-06823-EEF-DEK | Patricia Carmichael | Fibich Hampton and Leebron LLP | December 13, 2006 | January 31, 2007 | C | March 20, 2007 | N |
| Davenport, Daisy v. Merck & Co., Inc. | 2:06-cv-06814-EEF-DEK | Daisy Davenport | Fibich Hampton and Leebron LLP | December 13, 2006 | January 31, 2007 | C | March 20, 2007 | O |
| Freeman, Hazel D. v. Merck & Co., Inc. | 2:06-cv-06803-EEF-DEK | Hazel D. Freeman | Fibich Hampton and Leebron LLP | December 13, 2006 | January 31, 2007 | C | March 20, 2007 | P |
| Hinson, John R v. Merck & Co., Inc. | 2:06-cv-06812-EEF-DEK | John R. Hinson | Fibich Hampton and Leebron LLP | December 13, 2006 | January 31, 2007 | C | March 20, 2007 | Q |
| Taylor, Theodore E. v. Merck & Co., Inc. | 2:06-cv-06826-EEF-DEK | Theodore E. Taylor | Fibich Hampton and Leebron LLP | December 13, 2006 | January 31, 2007 | C | March 20, 2007 | R |
| White, Jerry v. Merck & Co., Inc. | 2:06-cv-06827-EEF-DEK | Jerry White | Fibich Hampton and Leebron LLP | December 13, 2006 | January 31, 2007 | C | March 20, 2007 | S |
| Jimenez, Alexis O. v. Merck & Co., Inc. | 2:06-cv-07001-EEF-DEK | Alexis Omar Jimenez OBO Angel Manuel Jimenez (d) | Goforth Lewis Sanford LLP | December 12, 2006 | January 31, 2007 | D | March 20, 2007 | T |
| Edner, Valencia v. Merck & Co., Inc. | 2:06-cv-06746-EEF-DEK | Valencia Edner OBO Marjorie Robinson (d) | Kershaw Cutter and Ratinoff | December 12, 2006 | January 31, 2007 | E | March 20, 2007 | U |
| Marhon, Michael Jr. v. Merck & Co., Inc. | 2:06-cv-06733-EEF-DEK | Michael Marhon, Jr. OBO Nancy A. Marhon (d) | Kershaw Cutter and Ratinoff | December 12, 2006 | January 31, 2007 | F | March 20, 2007 | V |
| Hashrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988-EEF-DEK | Jackie Hauk OBO Barbara Ann McDonald (d) | Miller and Associates | November 29, 2006 | January 24, 2007 | G | March 20, 2007 | W |
| Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK | Beverly Brodell, Jamie Campbell, Jacqueline A. Hauk, Lora L. Ranch and Pebbles Smith OBO Barbara A. McDonald | Blizzard McCarthy and Nabers LLP | December 13, 2006 | January 31, 2007 | H | May 8, 2007 | X |
| Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK | Angela Schweibinz | Miller and Associates | December 13, 2006 | February 9, 2007 | I | March 20, 2007 | Y |
| Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK | Jean Schwarz | Miller and Associates | December 13, 2006 | February 9, 2007 | I | March 20, 2007 | Z |
| Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK | Linda Whitson | Miller and Associates | December 13, 2006 | February 9, 2007 | I | March 20, 2007 | AA |
| Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK | Lora Lee Mason* | Miller and Associates | December 13, 2006 | February 9, 2007 | I | March 20, 2007 | BB |
| Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK | Marie Hoefert | Miller and Associates | December 13, 2006 | February 9, 2007 | I | March 20, 2007 | CC |

## Exhibit A

### Plaintiffs Who Failed To Provide Plaintiff Profile Forms

| Case Name | Docket Number | Plaintiffs | Firm | Original PPF Due Date | Date of 1st Deficient Notice | Ex. | Date of 2nd Deficient Notice | Ex. |
|---|---|---|---|---|---|---|---|---|
| Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK | Susan Maher | Miller and Associates | December 13, 2006 | February 9, 2007 | | March 20, 2007 | DD |
| Henry, William H. v. Merck & Co., Inc. | 2:06-cv-06517-EEF-DEK | William H. Henry | Robert Pagniello Law | December 11, 2006 | January 31, 2007 | | March 20, 2007 | EE |
| * Lora Lee Mason is also named as a Plaintiff in *Lora Mason v. Merck & Co., Inc.* (2:06-cv-03370). Concurrently with the filing of this Rule to Show Cause, Merck is also filing a Rule to Show Cause to dismiss Mason's claims in that action. | | | | | | | | |
| Kilis, Mary v. Merck & Co., Inc. | 2:06-cv-03868-EEF-DEK | Mary Kilis OBO Manuel Kilis (d) | Matthews and Guild PA | | December 19, 2006 | | March 1, 2007 | |
| Allen, Martha F. v. Merck & Co., Inc. | 2:06-cv-06923-EEF-DEK | Martha Frances Allen | Matthews and Guild PA | | January 31, 2007 | | March 20, 2007 | |
| Bates, Brett v. Merck & Co., Inc. | 2:06-cv-06931-EEF-DEK | Brett Bates | Matthews and Guild PA | | January 31, 2007 | | March 20, 2007 | |
| Ellison, Mary v. Merck & Co., Inc. | 2:06-cv-06928-EEF-DEK | Mary Ellison | Matthews and Guild PA | | January 31, 2007 | | March 20, 2007 | |