# Exhibit B



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 19, 2006

**VIA TELECOPY (713-844-3755)**

Rebecca B. King, Esq.
Blizzard McCarthy and Nabers LLP
440 Louisiana
Suite 1710
Houston, TX 77002

   Re: *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Michelle L. Heidrick v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-04306-EEF-DEK*

Dear Ms. King:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Michelle L. Heidrick. Pretrial Order No. 18C required Ms. Heidrick to serve this PPF no later than October 29, 2006, and Merck has not consented to any extension of time in which to respond.

   Please produce a completed PPF for Michelle L.. Heidrick no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

           Very truly yours,

           /s/ *John N. Poulos*

           John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

M007A48462

```
** TX STATUS REPORT **          AS OF   DEC 19 2006 14:37   PAGE.01

                                           HUGHES HUBBARD

     DATE  TIME       TO/FROM        MODE    MIN/SEC   PGS   JOB#   STATUS
 12  12/19 14:36    7138443755 EC--S  01'32"  006      206    OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 19, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Rebecca B. King, Esq. | Blizzard McCarthy and Nabers LLP | 713-844-3755 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B611445