# Exhibit C



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 31, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-751-0030)**

Kenneth T. Fibich, Esq.
Fibich Hampton & Leebron, LLP
1401 McKinney
Suite 1800
Houston, TX 77010

    Re:    *In re Vioxx® Products Liability Litigation*
           *MDL No. 1657*

Dear Mr. Fibich:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a large number of plaintiffs in the above referenced action. The chart below lists the full name of each injured party, the appropriate plaintiffs, case name, docket number, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

|  | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 1 | Biddy, Calvin | Calvin Biddy | Biddy, Calvin v. Merck & Co., Inc. | 2:06-cv-06822 | 12/13/06 |
| 2 | Blair, Ruby | Ruby Blair | Blair, Ruby v. Merck & Co., Inc. | 2:06-cv-06817 | 12/13/06 |
| 3 | Bradley, JoAnn | JoAnn Bradley | Bradley, JoAnn v. Merck & Co., Inc. | 2:06-cv-06816 | 12/13/06 |
| 4 | Burroghas, James L. | James L. Burroghas | Burroghas, James L. v. Merck & Co., Inc. | 2:06-cv-06824 | 12/13/06 |
| 5 | Carmichael, Patricia | Patricia Carmichael | Carmichael, Patricia v. Merck & Co., Inc. | 2:06-cv-06823 | 12/13/06 |
| 6 | Chaney, Pat | Pat Chaney | Chaney, Pat v. Merck & Co., Inc. | 2:06-cv-06825 | 12/13/06 |
| 7 | Chladek, Paulette | Paulette Chladek | Chladek, Paulette v. Merck & Co., Inc. | 2:06-cv-06819 | 12/13/06 |
| 8 | Cleveland, Lavern | Lavern Cleveland | Cleveland, Lavern v. Merck & Co., Inc. | 2:06-cv-06818 | 12/13/06 |
| 9 | Cooperwood, James | James Cooperwood | Cooperwood, James v. Merck & Co., Inc. | 2:06-cv-06809 | 12/13/06 |
| 10 | Cuevas, Roy | Roy Cuevas | Cuevas, Roy v. Merck & Co., Inc. | 2:06-cv-06837 | 12/13/06 |

New York ▪ Washington, D.C. ▪ Los Angeles ▪ Miami ▪ Jersey City ▪ Paris ▪ Tokyo

M0093352009



# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 11 | Darden, Christine | Christine Darden | Darden, Christine v. Merck & Co., Inc. | 2:06-cv-06813 | 12/13/06 |
| 12 | Davenport, Daisy | Daisy Davenport | Davenport, Daisy v. Merck & Co., Inc. | 2:06-cv-06814 | 12/13/06 |
| 13 | Dixon, Ralph | Ralph Dixon | Dixon, Ralph v. Merck & Co., Inc. | 2:06-cv-06821 | 12/13/06 |
| 14 | Duncan, Barbara | Barbara Duncan | Duncan, Barbara v. Merck & Co., Inc. | 2:06-cv-06820 | 12/13/06 |
| 15 | Fatherree, Shirley J. | Shirley J. Fatherree | Fatherree, Shirley v. Merck & Co., Inc. | 2:06-cv-06804 | 12/13/06 |
| 16 | Ferdinand, Randy Sr. | Randy Ferdinand, II, and Randy Ferdinand, Sr. | Ferdinand, Randy II v. Merck & Co., Inc. | 2:06-cv-06810 | 12/13/06 |
| 17 | Freeman, Hazel D. | Hazel D. Freeman | Freeman, Hazel D. v. Merck & Co., Inc. | 2:06-cv-06803 | 12/13/06 |
| 18 | Gaddis, Bettie | Bettie Gaddis | Gaddis, Bettie v. Merck & Co., Inc. | 2:06-cv-06811 | 12/13/06 |
| 19 | Hinson, John R. | John R. Hinson | Hinson, John R v. Merck & Co., Inc. | 2:06-cv-06812 | 12/13/06 |
| 20 | Joiner, Charles | Charles Joiner and Mary Joiner | Joiner, Mary v. Merck & Co., Inc. | 2:06-cv-06815 | 12/13/06 |
| 21 | Lewis, Lewanna F. | Lewanna F. Lewis | Lewis, Lewanna F. v. Merck & Co., Inc. | 2:06-cv-06805 | 12/13/06 |
| 22 | Martin, Khristen | Khristen Martin | Martin, Khristen v. Merck & Co., Inc. | 2:06-cv-06808 | 12/13/06 |
| 23 | Maxey, Robert Jr. | Robert Maxey, Jr. | Maxey, Robert Jr. v. Merck & Co., Inc. | 2:06-cv-06828 | 12/13/06 |
| 24 | McCall, Ronald | Ronald McCall | McCall, Ronald v. Merck & Co., Inc. | 2:06-cv-06807 | 12/13/06 |
| 25 | McCrory, Robert A. Sr. | Robert A. McCrory, Sr. | McCrory, Robert A., Sr. v. Merck & Co., Inc. | 2:06-cv-06806 | 12/13/06 |
| 26 | Taylor, Theodore E. | Theodore E. Taylor | Taylor, Theodore E. v. Merck & Co., Inc. | 2:06-cv-06826 | 12/13/06 |
| 27 | White, Jerry | Jerry White | White, Jerry v. Merck & Co., Inc. | 2:06-cv-06827 | 12/13/06 |

M009352010



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M009352011

```
** TX STATUS REPORT **        AS OF  JAN 31 2007 10:34   PAGE.01

                                              HUGHES HUBBARD

     DATE  TIME      TO/FROM        MODE   MIN/SEC   PGS   JOB#   STATUS
 07  01/31 10:32   17137510030 EC--S   01'16"   004   162   OK
```



## Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 31, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Kenneth T. Fibich, Esq. | Fibich Hampton & Leebron, LLP | 713-751-0030 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M009352012