# Exhibit D



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 31, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-650-1669)**

Marcus Stevenson, Esq.
Goforth Lewis Sanford LLP
1111 Bagby
Suite 2200
Houston, TX 77002

    Re: *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Alexis O. Jimenez v. Merck & Co., Inc.*
       *Docket No. 2:06-cv-07001-EEF-DEK*

Dear Mr. Stevenson:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Angel Manuel Jimenez. Pretrial Order No. 18C required your clients, plaintiffs Alexis Omar Jimenez and Angel Manuel Jimenez, to serve this PPF no later than December 12, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Angel Manuel Jimenez no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

              Very truly yours,

              */s/ John N. Poulos*

              John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

M00BC07140

```
** TX STATUS REPORT **              AS OF   JAN 31 2007 11:13   PAGE.01

                                         HUGHES HUBBARD

       DATE  TIME    TO/FROM         MODE   MIN/SEC    PGS   JOB#  STATUS
  23   01/31 11:12 Office Bridge IF200  EC--S   01'03"   003   181   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 31, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Marcus Stevenson, Esq. | Goforth Lewis Sanford LLP | 713-650-1669 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00BC07141