# Exhibit E



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 31, 2007

**BY FIRST CLASS MAIL & TELECOPY (916-669-4499)**

David E. Smith, Esq.
Kershaw Cutter and Ratinoff
980 Ninth Street
19th Floor
Sacramento, CA 95841

> Re:   *In re Vioxx® Products Liability Litigation*
>       *MDL No. 1657*
>       *Valencia Edner v. Merck & Co., Inc.*
>       Docket No. 2:06-cv-06746-EEF-DEK

Dear Mr. Smith:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Marjorie Robinson. Pretrial Order No. 18C required your clients, plaintiffs Valencia Edner and Marjorie Robinson, to serve this PPF no later than December 12, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Marjorie Robinson no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M0091 43824

```
** TX STATUS REPORT **            AS OF   JAN 31 2007 12:22   PAGE.01
                                         HUGHES HUBBARD

    DATE  TIME      TO/FROM        MODE    MIN/SEC   PGS   JOB#  STATUS
32  01/31 12:19   19166694499 EC--S  03'04"   012   008    OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 31, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| David E. Smith, Esq. | Kershaw Cutter and Ratinoff | 916-669-4499 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0091143825