# Exhibit H



# Hughes Hubbard
A New York Limited Liability Partnersh..

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 31, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-844-3763)**

Rebecca B. King, Esq.
Blizzard McCarthy & Nabers, LLP
440 Louisiana
Suite 1710
Houston, TX 7700_

Re: *In re Vioxx® Products Liability Litigation*
    *MDL No. 1657*

Dear Ms. King:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a large number of plaintiffs in the above referenced action. The chart below lists the full name of each injured party, the appropriate plaintiffs, case name, docket number, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 1 | Baker, Karen R. | Karen R. Baker | Baker, Karen R. v. Merck & Co., Inc. | 2:06-cv-06765 | 12/12/06 |
| 2 | Bowling, Melvin | Melvin Bowling | Bowling, Melvin v. Merck & Co., Inc. | 2:06-cv-06904 | 12/13/06 |
| 3 | Brooks Ward, Rosalind | Rosalind Brooks Ward | Brooks Ward, Rosalind v. Merck & Co., Inc. | 2:06-cv-06177 | 12/5/06 |
| 4 | Brown, George D. | George D. Brown | Brown, George D. v. Merck & Co., Inc. | 2:06-cv-06887 | 12/12/06 |
| 5 | Bush, Ronald L. | Ronald L. Bush | Bush, Ronald v. Merck & Co., Inc. | 2:06-cv-06900 | 12/13/06 |
| 6 | Washington, Nora M. | Anissa R. Campbell, Sara F. Gibson, William P. Gibson, Gregory E. Washington and Nora M. Washington | Campbell, Anissa R. v. Merck & Co., Inc. | 2:06-cv-06780 | 12/12/06 |
| 7 | Coble, Michael L. | Michael L. Coble | Coble, Michael L. v. Merck & Co., Inc. | 2:06-cv-06150 | 12/4/06 |
| 8 | Collier, Annie R. | Annie R. Collier | Collier, Annie R. v. Merck & Co., Inc. | 2:06-cv-06910 | 12/13/06 |

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M00AB06693



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

|    | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|----|---|---|---|---|---|
| 9  | Davison, Mary L. | Mary L. Davison | Davison, Mary L. v. Merck & Co., Inc. | 2:06-cv-06909 | 12/13/06 |
| 10 | Evenson, Dorothy A. | Dorothy A. Evenson | Evenson, Dorothy A. v. Merck & Co., Inc. | 2:06-cv-06152 | 12/4/06 |
| 11 | Fuller, Bobbie J. | Bobbie J. Fuller | Fuller, Bobbie J. v. Merck & Co., Inc. | 2:06-cv-06899 | 12/13/06 |
| 12 | Gray, Deloris | Deloris Gray | Gray, Deloris v. Merck & Co., Inc. | 2:06-cv-06179 | 12/5/06 |
| 13 | Hansen, Larry M. | Diane L. Hansen and Larry M. Hansen | Hansen, Diane L. v. Merck & Co., Inc. | 2:06-cv-06905 | 12/13/06 |
| 14 | Harris, Donna J. | Donna J. Harris | Harris, Donna J. v. Merck & Co., Inc. | 2:06-cv-06772 | 12/12/06 |
| 15 | Harthcock, Shirley | Shirley Harthcock | Harthcock, Shirley v. Merck & Co., Inc. | 2:06-cv-06771 | 12/12/06 |
| 16 | McDonald, Barbara A. | Beverly Brodell, Jamie Campbell, Jacqueline A. Hauk, Barbara A. McDonald, Lora L. Ranch and Pebbles Smith | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906 | 12/13/06 |
| 17 | Hawk, Betty L. | Betty L. Hawk | Hawk, Betty L. v. Merck & Co., Inc. | 2:06-cv-06768 | 12/12/06 |
| 18 | Heasley, Joseph E. | Joseph E. Heasley | Heasley, Joseph E. v. Merck & Co., Inc. | 2:06-cv-06911 | 12/13/06 |
| 19 | Heffner, Linda A. | Linda A. Heffner | Heffner, Linda A. v. Merck & Co., Inc. | 2:06-cv-06764 | 12/12/06 |
| 20 | Henson, Betty R. | Betty R. Henson | Henson, Betty R. v. Merck & Co., Inc. | 2:06-cv-06902 | 12/13/06 |
| 21 | Hollins, John A. | John A. Hollins | Hollins, John A. v. Merck & Co., Inc. | 2:06-cv-06769 | 12/12/06 |
| 22 | Hull, Barbara A. | Barbara A. Hull | Hull, Barbara A. v. Merck & Co., Inc. | 2:06-cv-06175 | 12/5/06 |
| 23 | Jones, Lynn | Lynn Jones | Jones, Lynn v. Merck & Co., Inc. | 2:06-cv-06778 | 12/12/06 |
| 24 | Kennel, Linda S. | Linda S. Kennel | Kennel, Linda S. v. Merck & Co., Inc. | 2:06-cv-06912 | 12/13/06 |
| 25 | Lamonica, John V. | John V. Lamonica | Lamonica, John v. Merck & Co., Inc. | 2:06-cv-06153 | 12/4/06 |
| 26 | Levesque, Jacqueline A. | Jacqueline A. Levesque | Levesque, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06893 | 12/13/06 |
| 27 | Lloyd, Debra M. | Debra M. Lloyd | Lloyd, Debra M. v. Merck & Co., Inc. | 2:06-cv-06183 | 12/5/06 |

M00AB06694



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

|    | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|----|---|---|---|---|---|
| 28 | Lumby, Evelyn L. | Evelyn L. Lumby | Lumby, Evelyn L. v. Merck & Co., Inc. | 2:06-cv-06767 | 12/12/06 |
| 29 | Orr, Paula K. | Paula K. Orr | Orr, Paula K. v. Merck & Co., Inc. | 2:06-cv-06896 | 12/13/06 |
| 30 | Repp, Donna M. | Donna M. Repp | Repp, Donna M. v. Merck & Co., Inc. | 2:06-cv-06180 | 12/5/06 |
| 31 | Ineson, Frederick G. Jr. | Pamela J. Callen, Frederick G. Ineson, Jr., John D. Ineson and Lynda M. Ricca | Ricca, Lynda M. v. Merck & Co., Inc. | 2:06-cv-06907 | 12/13/06 |
| 32 | Selander, Carol A. | Carol A. Selander | Selander, Carol A. v. Merck & Co., Inc. | 2:06-cv-06903 | 12/13/06 |
| 33 | Shettles, Bennie D. | Bennie D. Shettles | Shettles, Bennie D. v. Merck & Co., Inc. | 2:06-cv-06779 | 12/12/06 |
| 34 | Stokes, Ned | Ned Stokes | Stokes, Ned v. Merck & Co., Inc. | 2:06-cv-06781 | 12/12/06 |
| 35 | Sulheim, Howard S. | Howard S. Sulheim | Sulheim, Howard S. v. Merck & Co., Inc. | 2:06-cv-06898 | 12/13/06 |
| 36 | Szalai, Nancy S. | Nancy S. Szalai | Szalai, Nancy S. v. Merck & Co., Inc. | 2:06-cv-06913 | 12/13/06 |
| 37 | Thompson, Judy G. | Judy G. Thompson | Thompson, Judy G. v. Merck & Co., Inc. | 2:06-cv-06892 | 12/13/06 |
| 38 | Upshaw, Charles R. | Charles R. Upshaw | Upshaw, Charles R. v. Merck & Co., Inc. | 2:06-cv-06891 | 12/13/06 |
| 39 | Valentin, Rosa L. | Rosa L. Valentin | Valentin, Rosa L. v. Merck & Co., Inc. | 2:06-cv-06766 | 12/12/06 |
| 40 | Weber, Rob L. | Rob L. Weber | Weber, Rob L. v. Merck & Co., Inc. | 2:06-cv-06897 | 12/13/06 |
| 41 | Williams, Richard D. | Richard D. Williams | Williams, Richard D. v. Merck & Co., Inc. | 2:06-cv-06155 | 12/4/06 |

Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M00AB06695

```
** TX STATUS REPORT **            AS OF   JAN 31 2007 15:14   PAGE.01

                                           HUGHES HUBBARD

    DATE  TIME    TO/FROM          MODE   MIN/SEC   PGS   JOB#  STATUS
09  01/31 15:12   7138443755 EC--S  01'32"  004   036   OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 31, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Rebecca B. King, Esq. | Blizzard McCarthy & Nabers, LLP | 713-844-3755 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00AB06696