# Exhibit I


## Hughes
## Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 9, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Erwin Wusstig v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06958-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a number of plaintiffs in the above referenced case. The chart below lists the full name of each injured party, the appropriate plaintiffs, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

|   | INJURED PARTY NAME | PLAINTIFFS | ORIGINAL PPF DUE DATE |
|---|---|---|---|
| 1 | Capps, Ronald | Ronald Capps | December 13, 2006 |
| 2 | Hernandez, Elena | Elena Hernandez | December 13, 2006 |
| 3 | Hoefert, Marie | Marie Hoefert | December 13, 2006 |
| 4 | Maher, Susan | Susan Maher | December 13, 2006 |
| 5 | Mason, Lora Lee | Lora Lee Mason | December 13, 2006 |
| 6 | Schwarz, Jean | Jean Schwarz | December 13, 2006 |
| 7 | Schweibinz, Angela | Angela Schweibinz | December 13, 2006 |
| 8 | Whitson, Linda | Linda Whitson | December 13, 2006 |

Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MO09356924

```
** TX STATUS REPORT **              AS OF   FEB 09 2007 10:52   PAGE.01

                                        HUGHES HUBBARD


        DATE   TIME   TO/FROM     MODE   MIN/SEC   PGS   JOB#   STATUS
   16   02/09 10:51   17035198084 EC---S 00'41"    002   246    OK
```



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 9, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller & Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M009356925