# Exhibit M



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-751-0030)**

Kenneth Thomas Fibich, Esq.
Fibich Hampton and Leebron LLP
1401 McKinney
Suite 1800
Houston, TX 77010

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Joann Bradley v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06816-EEF-DEK*

Dear Mr. Fibich:

     We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for JoAnn Bradley. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required Ms. Bradley to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

     Please produce a completed PPF for JoAnn Bradley no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M00C822345

```
** TX STATUS REPORT **              AS OF   MAR 20 2007 15:51   PAGE.01

                                            HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
     21 03/20 15:48     17137510030 EC--S  03'46"   015   016   OK
```



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Kenneth Thomas Fibich, Esq. | Fibich Hampton and Leebron LLP | 713-751-0030 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00C822346

# Exhibit N



Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-751-0030)**

Kenneth Thomas  Fibich, Esq.
Fibich Hampton and Leebron LLP
1401 McKinney
Suite 1800
Houston, TX 77010

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Patricia Carmichael v. Merck & Co., Inc.*
> <u>*Docket No. 2:06-cv-06823-EEF-DEK*</u>

Dear Mr. Fibich:

     We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Patricia Carmichael.  Merck's initial notice letter was sent on January 31, 2007.  Pretrial Order No. 18C required Ms. Carmichael to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

     Please produce a completed PPF for Patricia Carmichael no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

     Very truly yours,

     */s/ John N. Poulos*

     John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MDE0601081

```
** TX STATUS REPORT **              AS OF  MAR 20 2007 15:51   PAGE.01

                                                    HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE  MIN/SEC  PGS  JOB#  STATUS
   21   03/20 15:48    17137510030   EC--5  03'46"   015  016   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Kenneth Thomas Fibich, Esq. | Fibich Hampton and Leebron LLP | 713-751-0030 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE601082

# Exhibit O



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-751-0030)**

Kenneth Thomas Fibich, Esq.
Fibich Hampton and Leebron LLP
1401 McKinney
Suite 1800
Houston, TX 77010

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Daisy Davenport v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06814-EEF-DEK*

Dear Mr. Fibich:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Daisy Davenport. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required Ms. Davenport to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Daisy Davenport no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MODED20551

```
** TX STATUS REPORT **          AS OF   MAR 20 2007 15:51   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE   MIN/SEC  PGS  JOB#  STATUS
   21   03/20 15:48   17137510030 EC--S    03'46"  015  016   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Kenneth Thomas Fibich, Esq. | Fibich Hampton and Leebron LLP | 713-751-0030 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODED20552

# Exhibit P



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-751-0030)**

Kenneth Thomas  Fibich, Esq.
Fibich Hampton and Leebron LLP
1401 McKinney
Suite 1800
Houston, TX 77010

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Hazel D. Freeman v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06803-EEF-DEK*

Dear Mr. Fibich:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Hazel D Freeman.  Merck's initial notice letter was sent on January 31, 2007.  Pretrial Order No. 18C required Ms. Freeman to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Hazel D Freeman no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MODE125125

```
** TX STATUS REPORT **          AS OF   MAR 20 2007 15:51   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   21   03/20 15:48     17137510030  EC—S   03'45"    015   016   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Kenneth Thomas Fibich, Esq. | Fibich Hampton and Leebron LLP | 713-751-0030 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 1 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE125126

# Exhibit Q



Hughes Hubbard

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-751-0030)**

Kenneth Thomas Fibich, Esq.
Fibich Hampton and Leebron LLP
1401 McKinney
Suite 1800
Houston, TX 77010

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *John R Hinson v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06812-EEF-DEK*

Dear Mr. Fibich:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for John R Hinson. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required Mr. Hinson to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for John R Hinson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MDB641214

```
** TX STATUS REPORT **           AS OF   MAR 20 2007 15:31   PAGE.01

                                         HUGHES HUBBARD

         DATE  TIME      TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
    14   03/20 15:29     17137510030 EC--S 01'34"   006  008   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Kenneth Thomas Fibich, Esq. | Fibich Hampton and Leebron LLP | 713-751-0030 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B641215

# Exhibit R



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-751-0030)**

Kenneth Thomas Fibich, Esq.
Fibich Hampton and Leebron LLP
1401 McKinney
Suite 1800
Houston, TX 77010

Re:    *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Theodore E. Taylor v. Merck & Co., Inc.*
       *Docket No. 2:06-cv-06826-EEF-DEK*

Dear Mr. Fibich:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Theodore E Taylor. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required Mr. Taylor to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Theodore E Taylor no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M009297528

```
** TX STATUS REPORT **              AS OF   MAR 20 2007 15:31   PAGE.01

                                            HUGHES HUBBARD


     DATE TIME        TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
 14  03/20 15:29    17137510030 EC--S   01'34"   006  008    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Kenneth Thomas Fibich, Esq. | Fibich Hampton and Leebron LLP | 713-751-0030 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M009297529

# Exhibit S

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-751-0030)**

Kenneth Thomas Fibich, Esq.
Fibich Hampton and Leebron LLP
1401 McKinney
Suite 1800
Houston, TX 77010

Re:     ***In re Vioxx® Products Liability Litigation***
        ***MDL No. 1657***
        ***Jerry White v. Merck & Co., Inc.***
        ***Docket No. 2:06-cv-06827-EEF-DEK***

Dear Mr. Fibich:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jerry White. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required Mr. White to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jerry White no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M0092975 41

```
** TX STATUS REPORT **          AS OF   MAR 20 2007 15:31   PAGE.01

                                         HUGHES HUBBARD


       DATE   TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
  14   03/20  15:29     17137510030 EC--S  01'34"    006   008    OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Kenneth Thomas Fibich, Esq. | Fibich Hampton and Leebron LLP | 713-751-0030 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M009297542

# Exhibit T


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-650-1669)**

Shelly A. Sanford, Esq.
Goforth Lewis Sanford LLP
1111 Bagby
Suite 2200
Houston, TX 77002

        *Re:*   *In re Vioxx® Products Liability Litigation*
                *MDL No. 1657*
                *Alex O. Jimenez v. Merck & Co., Inc.*
                *Docket No. 2:06-cv-07001-EEF-DEK*

Dear Ms. Sanford:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Angel Manuel Jimenez. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required your client, plaintiff Alexis Omar Jimenez, to serve this PPF no later than December 12, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Angel Manuel Jimenez no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00E007843

```
** TX STATUS REPORT **          AS OF  MAR 20 2007 14:36  PAGE.01

                                         HUGHES HUBBARD


      DATE  TIME       TO/FROM       MODE  MIN/SEC  PGS  JOB#   STATUS
  23  03/20 14:35 Office Bridge IF200 EC--S 00'45"  002  229    OK
```



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Shelly A. Sanford, Esq. | Goforth Lewis Sanford LLP | 713-650-1669 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDEE007844

# Exhibit U



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (916-669-4499)**

David E. Smith, Esq.
Kershaw Cutter and Ratinoff
980 9th Street,
19th Floor
Sacramento, CA 95814

Re:  *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Valencia Edner v. Merck & Co., Inc.*
       *Docket No. 2:06-cv-06746-EEF-DEK*

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Marjorie Robinson.  Merck's initial notice letter was sent on January 31, 2007.  Pretrial Order No. 18C required your client, plaintiff Valencia Edner, to serve this PPF no later than December 12, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Marjorie Robinson no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

MODE011254

```
** TX STATUS REPORT **            AS OF  MAR 20 2007 15:26  PAGE.01

                                          HUGHES HUBBARD


        DATE TIME      TO/FROM     MODE   MIN/SEC    PGS   JOB#  STATUS
   12   03/20 15:25    19166694499 EC--S  01'05"     004   002   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David E. Smith, Esq. | Kershaw Cutter and Ratinoff | 916-669-4499 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDDE011255

# Exhibit V



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (916-669-4499)**

David E. Smith, Esq.
Kershaw Cutter and Ratinoff
980 9th Street,
19th Floor
Sacramento, CA 95814

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Michael Jr. Marhon v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06733-EEF-DEK*

Dear Mr. Smith:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nancy A Marhon. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required your client, plaintiff Michael Marhon, Jr, to serve this PPF no later than December 12, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Nancy A Marhon no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M00E011252

```
** TX STATUS REPORT **              AS OF   MAR 20 2007 15:26   PAGE.01

                                         HUGHES HUBBARD


       DATE  TIME         TO/FROM       MODE  MIN/SEC   PGS   JOB#  STATUS
   12  03/20 15:25      19166694499   EC--S   01'05"    004   002   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David E. Smith, Esq. | Kershaw Cutter and Ratinoff | 916-669-4499 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DE011253

# Exhibit W



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

Michael J. Miller, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Charles Hasbrouck v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05988-EEF-DEK*

Dear Mr. Miller:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Barbara Ann McDonald. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required your clients, plaintiffs Jackie Hauk and Barbara Ann McDonald, to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Barbara Ann McDonald no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00AD36834

```
** TX STATUS REPORT **          AS OF   MAR 20 2007 15:39   PAGE.01

                                                            HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
   18   03/20 15:37   17035190084  EC--S   02'23"   009   011   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Christopher J Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 9

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00AD3663S

# Exhibit X



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-844-3763)**

Rebecca B. King, Esq.
Blizzard McCarthy and Nabers LLP
440 Louisiana
Suite 1710
Houston, TX 77002

> *Re:*  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Jacqueline A. Hauk v. Merck & Co., Inc.*
> <u>*Docket No. 2:06-cv-06906-EEF-DEK*</u>

Dear Ms. King:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Barbara A. McDonald. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required your clients, plaintiffs Beverly Brodell, Jamie Campbell, Jacqueline A. Hauk, Barbara A. McDonald, Lora L. Ranch and Pebbles Smith, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Barbara A. McDonald no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)

M0DE021065

```
** TX STATUS REPORT **              AS OF   MAY 08 2007 12:22    PAGE.01

                                          HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE   MIN/SEC    PGS   JOB#  STATUS
    13  05/08 12:19     17138443755  EC--S   02'29"    011   227   OK
```

**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | | |
|---|---|---|
| **FROM** | **Telephone No.** | **Date** |
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Rebecca B. King, Esq. | Blizzard McCarthy and Nabers LLP | 713-844-3755 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: \ \

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE021066

# Exhibit Y



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

Christopher J Ide, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

*Re:*      *In re Vioxx® Products Liability Litigation*
           *MDL No. 1657*
           *Erwin Wusstig v. Merck & Co., Inc.*
           *Docket No. 2:06-cv-06958-EEF-DEK*

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Angela Schweibinz. Merck's initial notice letter was sent on February 9, 2007. Pretrial Order No. 18C required Ms. Schweibinz to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Angela Schweibinz no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                Very truly yours,

                                */s/ John N. Poulos*

                                John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M0JA625818

```
** TX STATUS REPORT **          AS OF  MAR 20 2007 15:39   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   18   03/20 15:37    17035190084 EC-S   02'23"   009   011    OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Christopher J Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 9

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDLIA625819

# Exhibit Z



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

Christopher J Ide, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Erwin Wusstig v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-06958-EEF-DEK*

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jean Schwarz. Merck's initial notice letter was sent on February 9, 2007. Pretrial Order No. 18C required Ms. Schwarz to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Jean Schwarz no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                Very truly yours,

                                */s/ John N. Poulos*

                                John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0E322163

```
** TX STATUS REPORT **              AS OF  MAR 20 2007 15:39  PAGE.01

                                           HUGHES HUBBARD


      DATE  TIME      TO/FROM        MODE   MIN/SEC   PGS   JOB#   STATUS
  18  03/20 15:37    17035198084 EC--S    02'23"    009   011    OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Christopher J Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 9

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E322164

Exhibit AA


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

Christopher J Ide, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Erwin Wusstig v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-06958-EEF-DEK*

Dear Mr. Ide:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Linda Whitson. Merck's initial notice letter was sent on February 9, 2007. Pretrial Order No. 18C required Ms. Whitson to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Linda Whitson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00E322161

```
** TX STATUS REPORT **          AS OF  MAR 20 2007 15:39  PAGE.01

                                            HUGHES HUBBARD


          DATE  TIME      TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
      18  03/20 15:37     17035198084 EC--S  02'23"    009   011   OK
```

# Hughes Hubbard

**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Christopher J Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 9

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0ES322162

# Exhibit BB



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

Christopher J Ide, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Erwin Wusstig v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06958-EEF-DEK***

Dear Mr. Ide:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Lora Lee Mason. Merck's initial notice letter was sent on February 9, 2007. Pretrial Order No. 18C required Ms. Mason to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

   Please produce a completed PPF for Lora Lee Mason no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Very truly yours,

   */s/ John N. Poulos*

   John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MJ0E3Z17J61

```
** TX STATUS REPORT **          AS OF  MAR 20 2007 15:39  PAGE.01

                                          HUGHES HUBBARD


       DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
  18   03/20 15:37     17035198084 EC---S   02'23"    009   011    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Christopher J Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 9

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0ES322166

# Exhibit CC



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

Christopher J Ide, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Erwin Wusstig v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06958-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Marie Hoefert. Merck's initial notice letter was sent on February 9, 2007. Pretrial Order No. 18C required Ms. Hoefert to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Marie Hoefert no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M009297545

```
** TX STATUS REPORT **              AS OF   MAR 20 2007 15:39   PAGE.01

                                          HUGHES HUBBARD


        DATE  TIME    TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
   18   03/20 15:37   17035190084 EC--S  02'23"    009   011   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Christopher J Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 9

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M009297546

# Exhibit DD



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

Christopher J Ide, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Erwin Wusstig v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-06958-EEF-DEK*

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Susan Maher. Merck's initial notice letter was sent on February 9, 2007. Pretrial Order No. 18C required Ms. Maher to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Susan Maher no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M002218879

```
** TX STATUS REPORT **              AS OF   MAR 20 2007 15:39   PAGE.01

                                       HUGHES HUBBARD


       DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   18  03/20 15:37    17035190064 EC--S   02'23"    009   011   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Christopher J Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 9

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M002218080

# Exhibit EE



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (770-982-2544)**

Jeffery Charles Renz, Esq.
Robert Pagniello Law
2088 East Main Street
Snellville, GA 30078

Re:      *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *William H. Henry v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-06517-EEF-DEK*

Dear Mr. Renz:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for William H Henry. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required Mr. Henry to serve this PPF no later than December 11, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for William H Henry no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                Very truly yours,

                                */s/ John N. Poulos*

                                John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M0DEE007847

** TX STATUS REPORT **                    AS OF   MAR 20 2007 15:25   PAGE.01

                                                              HUGHES HUBBARD


        DATE  TIME      TO/FROM        MODE   MIN/SEC   PGS   JOB#  STATUS
   11   03/20 15:24    17709822544    EC--S   00'35"    002   255   OK

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffery Charles Renz, Esq. | Robert Pagniello Law | 770-982-2544 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE0078848