# Exhibit Q



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-751-0030)**

Kenneth Thomas Fibich, Esq.
Fibich Hampton and Leebron LLP
1401 McKinney
Suite 1800
Houston, TX 77010

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*John R Hinson v. Merck & Co., Inc.*
*Docket No. 2:06-cv-06812-EEF-DEK*

Dear Mr. Fibich:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for John R Hinson. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required Mr. Hinson to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for John R Hinson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

M00B641214

```
** TX STATUS REPORT **        AS OF  MAR 20 2007 15:31   PAGE.01

                                     HUGHES HUBBARD

     DATE   TIME    TO/FROM           MODE   MIN/SEC   PGS   JOB#   STATUS
14   03/20  15:29   171375100030 EC--S        01'34"   006   008    OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Kenneth Thomas Fibich, Esq. | Fibich Hampton and Leebron LLP | 713-751-0030 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B641215