# Exhibit W



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

Michael J. Miller, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

   Re: *In re Vioxx® Products Liability Litigation*
     *MDL No. 1657*
     *Charles Hasbrouck v. Merck & Co., Inc.*
     *Docket No. 2:06-cv-05988-EEF-DEK*

Dear Mr. Miller:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Barbara Ann McDonald. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required your clients, plaintiffs Jackie Hauk and Barbara Ann McDonald, to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

   Please produce a completed PPF for Barbara Ann McDonald no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

          Very truly yours,

          /s/ *John N. Poulos*

          John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

M00AD36834

```
** TX STATUS REPORT **           AS OF  MAR 20 2007 15:39   PAGE.01

                                        HUGHES HUBBARD

    DATE  TIME    TO/FROM            MODE    MIN/SEC   PGS   JOB#   STATUS
18  03/20 15:37   17035198084 EC--S  02'23"  009       011   OK
```

# Hughes Hubbard
*A New York Limited Liability Partnership*

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Christopher J Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 9

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00AD36835