# Exhibit 1

**Exhibit 1**

**Plaintiffs Who Provided Grossly Deficient or Incomplete Plaintiff Profile Forms**

| Case Name | Docket Number | Plaintiffs | Firm | Date Gross PPF Served or Last Updated | Ex. | Date 1st Wave DL Sent | Ex. | Date 2nd Wave DL Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Goodman, Ava R. | Matthews & Associates | 01/05/06 | 2 | 03/23/06 | 38 | 08/14/06 | 62 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Heno, Raymond J. | Matthews & Associates | 01/05/06 | 3 | 03/23/06 | 38 | 08/14/06 | 63 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Holland, Effie L. | Matthews & Associates | 01/05/06 | 4 | 03/23/06 | 38 | 08/14/06 | 64 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Ledet, Stephen P. | Matthews & Associates | 01/05/06 | 5 | 03/23/06 | 38 | 08/14/06 | 65 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Massey, Clifford | Matthews & Associates | 01/05/06 | 6 | 03/23/06 | 38 | 08/14/06 | 66 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | McKinley, John E. | Matthews & Associates | 01/05/06 | 7 | 03/23/06 | 38 | 08/14/06 | 67 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Morris, Keith OBO Morris, Willie | Matthews & Associates | 01/05/06 | 8 | 03/23/06 | 38 | 08/14/06 | 68 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Patin, Glenn G., Jr. | Matthews & Associates | 01/05/06 | 9 | 03/23/06 | 38 | 08/14/06 | 69 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Petite, Tony OBO Petite, Audrey A. Doyle (d) | Matthews & Associates | 01/05/06 | 10 | 03/23/06 | 38 | 08/14/06 | 70 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Broussard, Mary OBO Prejean, Lee Youlanda | Matthews & Associates | 01/05/06 | 11 | 03/23/06 | 38 | 08/14/06 | 71 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Prudhomme, Geraldine | Matthews & Associates | 01/05/06 | 12 | 03/23/06 | 38 | 08/14/06 | 72 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Stacy, Ricky G. | Matthews & Associates | 01/05/06 | 13 | 03/23/06 | 38 | 08/14/06 | 73 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Wesley, Pinkie OBO Wesley, Carrie J. (d) | Matthews & Associates | 01/05/06 | 14 | 03/23/06 | 38 | 08/14/06 | 74 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Faciane, Barbara E. | Matthews & Associates | 01/04/06 | 15 | 05/18/06 | 39 | 08/14/06 | 75 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Etienne, Bremella H. OBO Honore, Bernadine | Matthews & Associates | 01/04/06 | 16 | 05/10/06 | 40 | 08/14/06 | 76 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Horton, Wallace | Matthews & Associates | 01/04/06 | 17 | 05/18/06 | 41 | 08/14/06 | 77 |

**Exhibit 1**
**Plaintiffs Who Provided Grossly Deficient or Incomplete Plaintiff Profile Forms**

| Case Name | Docket Number | Plaintiffs | Firm | Date Gross PPF Served or Last Updated | Ex. | Date 1st Wave DL Sent | Ex. | Date 2nd Wave DL Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Glapion, Abigail R. OBO Robertson, Cora D. | Matthews & Associates | 01/04/06 | 18 | 05/18/06 | 42 | 08/14/06 | 78 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Simmons-Trepagnier, Vivian | Matthews & Associates | 01/04/06 | 19 | 05/10/06 | 43 | 08/14/06 | 79 |
| Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK | Weston, Serena J. OBO Williams, Henry | Matthews & Associates | 01/13/06 | 20 | 06/20/06 | 44 | 08/14/06 | 80 |
| Ballard, Lucille v. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK | Haywood, Juanita M | Matthews & Associates | 01/13/06 | 21 | 07/07/06 | 45 | 08/14/06 | 81 |
| Ballard, Lucille v. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK | Lamb, Bettye OBO Lamb, Chester | Matthews & Associates | 12/15/05 | 22 | 05/05/06 | 46 | 08/14/06 | 82 |
| Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Haynes, Larry V. | Matthews & Associates | 01/13/06 | 23 | 07/07/06 | 47 | 08/14/06 | 83 |
| Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Leamon, Geneva L. | Matthews & Associates | 12/14/05 | 24 | 05/05/06 | 48 | 08/14/06 | 84 |
| Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Powell, Rico | Matthews & Associates | 12/20/05 | 25 | 05/11/06 | 49 | 08/14/06 | 85 |
| Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Winkelman, David J. | Matthews & Associates | 12/14/05 | 26 | 05/05/06 | 50 | 08/14/06 | 86 |
| Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | Baker, Miranda | Carey & Danis | 05/10/06 | 27 | 01/03/06 | 51 | 12/15/06 | 87 |
| Black, Carver v. Merck & Co., Inc. | 2:05-cv-03802-EEF-DEK | Hunt, Marilyn | Carey & Danis | 12/15/05 | 28 | 04/21/06 | 52 | 08/14/06 | 88 |
| Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK | Cook, Barbara Sue | Carey & Danis | 11/14/05 | 29 | 01/03/06 | 53 | 04/17/06 | 89 |
| Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK | Robinson, Sarah | Carey & Danis | 07/12/06 | 30 | 05/26/06 | 54 | 12/15/06 | 90 |
| Liotto, Barbara v. Merck & Co., Inc. | 2:05-cv-04323-EEF-DEK | Oliphant, Olena | Carey & Danis | 12/09/05 | 31 | 01/03/06 | 55 | 04/17/06 | 91 |
| Liotto, Barbara v. Merck & Co., Inc. | 2:05-cv-04323-EEF-DEK | Williams, Elenor | Carey & Danis | 12/09/05 | 32 | 01/03/06 | 56 | 04/17/06 | 92 |
| Pueser, Kathryn v. Merck & Co., Inc. | 2:05-cv-03806-EEF-DEK | Davolt, Paul Allen | Carey & Danis | 11/30/05 | 33 | 01/03/06 | 57 | 08/14/06 | 93 |
| Underwood, Sammy L. v. Merck & Co., Inc. | 2:05-cv-02571-EEF-DEK | Grimm, Elizabeth Dawn | Carey & Danis | 11/30/05 | 34 | 01/03/06 | 58 | 04/17/06 | 94 |

Exhibit 1

Plaintiffs Who Provided Grossly Deficient or Incomplete Plaintiff Profile Forms

| Case Name | Docket Number | Plaintiffs | Firm | Date Gross PPF Served or Last Updated | Ex. | Date 1st Wave DL Sent | Ex. | Date 2nd Wave DL Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Boudreaux, Joan v. Merck & Co., Inc. | 2:05-cv-04443-EEF-DEK | Palmer, Frances | Daniel E. Becnel Jr. | 01/18/06 | 35 | 06/19/06 | 59 | 08/14/06 | 95 |
| Davis, Leonce v. Merck & Co., Inc. | 2:04-cv-02937-EEF-DEK | Davis, Leonce | Daniel E. Becnel Jr. | 12/07/05 | 36 | 03/31/06 | 60 | 08/14/06 | 96 |
| Ivers, Deloris v. Merck & Co., Inc. | 2:05-cv-02946-EEF-DEK | Crabbe, Jill OBO Riddick, Donald (d) | Kaiser Firm | 12/19/05 | 37 | 03/31/06 | 61 | 08/14/06 | 97 |