# Exhibit 23

FILE
10251413
Jan 13 2006
12:19PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: | Plaintiff: <u>Larry V. Haynes</u> (name) |
| Civil Action No: | |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: <u>Larry Haynes</u>

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:
      Court: _____ Date of Appointment: _____

   6. What is your relationship to deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

Page 1

774182v.1

M0062091166

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?  Yes __X__  No _____  If *"yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? <u>Unknown at this time.</u>

   b. When do you claim this injury occurred? <u>Unknown at this time.</u>

   c. Who diagnosed the condition? <u>Unknown at this time.</u>

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____ No _____ X <u>Unknown at this time.</u>
   If *"yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No _____ X <u>Unknown at this time.</u>
   If *"yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a Consequence of VIOXX®?
   Yes _____ No _____ Unknown at this time. X
   If *"yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: _____
   b. To your understanding, condition for which treated: _____
   c. When treated: _____
   d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: <u>Larry V. Haynes</u>

B. Maiden or other names used or by which you have been known: <u>Unknown at this time.</u>

C. Social Security Number: <u>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</u>

D. Address: <u>1450 Lumber Rd, Henry, TN 38231</u>

Page 2

774182v.1

M006209167

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates Of Residence |
|---|---|
| 1450 Lumber Rd. Henry, TN 38231 | Unknown at this time. |
|  |  |

F. Driver's License Number and State Issuing License: Unknown at this time.

G. Date of Place and Birth: 9/22/1946 POB: Unknown at this time.

H. Sex:      Male _x_       Female _____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Unknown at this time. |  |  |  |

J. Employment Information.

1. Current employer (if not current employed, last employer)

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Unknown at this time. |  |  |  |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Unknown at this time. |  |  |  |
|  |  |  |  |

3. Are you making a wage loss claim for either your present or previous employment?
   Yes _____ No _____ Unknown at this time. X

   If "yes," state your annual income at the time of the injury alleged in Section 1(C):
   _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard?   Yes _____ No _____ Unknown at this time. X

If "yes," were you ever rejected or discharged from military service for any reason relating to

Page 3

774182v.1

M006209168

your physical, psychiatric or emotional condition? Yes _____ No _____

L.   Insurance / Claim Information:

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes _____ No _____ <u>Unknown at this time. X</u> If *"yes,"* to the best of your knowledge, please state:

   a. Year claim was filed: _____

   b. Nature of disability: _____

   c. Approximate period of disability: _____

   2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes _____ No _____ <u>Unknown at this time. X</u>
   If *"yes,"* set forth when and the reason. _____

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____ No _____ <u>Unknown at this time. X</u>
   If *"yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes _____ No _____ <u>Unknown at this time. X</u>
   If *"yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): <u>Unknown at this time.</u>

B. Has your spouse filed a loss of consortium claim in this action? Yes _____ No <u>X</u>

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?
Yes _____ No _____ Don't Know _X_____ If "yes," identify each such person below and provide the information requested.

   Name: _____
   Current Age (or Age at Death): _____
   Type of Problem: _____
   If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: Unknown at this time.

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. N/A

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? Unknown at this time.

B. On which dates did you begin to take, and stop taking, VIOXX®?
   Start Date:    Unknown at this time.           Stop Date: Unknown at this time.

C. Did you take VIOXX® continuously during that period?
           Yes _____ No _____ Don't Recall _____ Unknown at this time. X

D. To your understanding, for what condition were you prescribed VIOXX®? Unknown at this time.

E. Did you renew your prescription for VIOXX®?
           Yes _____ No _____ Don't Recall _____ Unknown at this time. X

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: Unknown at this time.

G. Which form of VIOXX® did you take (check all that apply)?
   _____ 12.5 mg Tablet (round, cream, MRK 74)
   _____ 12.5 mg Oral Suspension
   _____ 25 mg Tablet (round, yellow, MRK 110)

Page 5

774182v.1

    _____ 25 mg Oral Suspension
    _____ 50 mg Tablet (round, orange, MRK 114)
      X     <u>Unknown at this time.</u>

H. How many times per day did you take VIOXX®? <u>Unknown at this time.</u>

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No _____ Don't Recall _____ Unknown at this time. X

J. Instructions or Warnings:

    1. Did you receive any written or oral information about VIOXX® before you took it? Yes _____ No _____ Don't Recall _____ Unknown at this time. X

    2. Did you receive any written or oral information about VIOXX® while you took it? Yes _____ No _____ Don't Recall _____ Unknown at this time. X

    3. If *"yes,"*

        a. When did you receive that information? <u>Unknown at this time.</u>

        b. From whom did you receive it? <u>Unknown at this time.</u>

        c. What information did you receive? <u>Unknown at this time.</u>

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? <u>Unknown at this time.</u>

## V.  MEDICAL BACKGROUND

A. Height: <u>Unknown at this time.</u>

B. Current Weight: <u>Unknown at this time.</u>
Weight at the time of the injury, illness, or disability described in Section I(C): <u>Unknown at this time.</u>

C. Smoking/Tobacco Use History: Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.

    _____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

Page 6

774182v.1

M0062091 71

_____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
    a. Date on which smoking/tobacco use ceased: _____
    b. Amount smoked or used: on average _____ per day for _____ years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff
    a. Amount smoked or used: on average _____ per day for _____ years.

_____ Smoked different amounts at different times.

__X__ Unknown at this time.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _____ No _____ Unknown at this time. X If "yes," fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:
    _____ drinks per week,
    _____ drinks per month,
    _____ drinks per year, _or_
Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?
Yes ____ No ____ Don't Recall ____ Unknown at this time. X

If _"yes"_, identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

    1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Unknown at this time. | | | | |
| | | | | |

* _This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided._

    2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| Unknown at this time. | | | |

Page 7

774182v.1

M006209172

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

*\* This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

   3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _____ No _____ Don't Recall _____ Unknown at this time. X If *"yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Unknown at this time. |  |  |  |  |
|  |  |  |  |  |

*\* This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _____ No __X__

B. Decedent's death certificate (if applicable). Yes _____ No _____

C. Report of autopsy of decedent (if applicable). Yes _____ No _____

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

List the name and address of each of the following:

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Unknown at this time. |  |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|

Page 8

774182v.1

M006209173

| Unknown at this time. | | |
|---|---|---|
| | | |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Unknown at this time. | | | |
| | | | |
| | | | |

\* *This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Unknown at this time. | | | |
| | | | |
| | | | |

\* *This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Unknown at this time. | | |
| | | |
| | | |

\* *This is all I can recall at this time. Please see medical records for more detailed information. An authorization has been provided.*

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Unknown at this time. | |
| | |
| | |

\* *This is all I can recall at this time. Please see medical records for more detailed information.*