# Exhibit 27

IN RE: VIOXX® PRODUCTS )
LIABILITY LITIGATION )
)
_____ )   MDL Docket No. 1657
)
)   Plaintiff: __Miranda Baker____
THIS RELATES TO: )              (name)
)
Civil Action No.: )
)
2:05-cv-04326-EEF-DEK_____ )

## AMENDED PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I.   CASE INFORMATION

A. Name of person completing this form: __Miranda Baker_____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

　　1. Social Security Number: _____

　　2. Maiden Or Other Names Used or By Which You Have Been Known: _____

　　3. Address: _____

　　4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

　　5. If you were appointed as a representative by a court, state the:

　　　　Court: _____   Date of Appointment: _____

　　6. What is your relationship to the deceased or represented person or person claimed to be injured? _____

　　7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

3494.1

1

M006218455

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?  Yes **X**  No ___  *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? **Heart Attack** _____

   _____

   b. When do you claim this injury occurred? **Plaintiff will supplement upon receipt of the medical records.** _____

   c. Who diagnosed the condition? **Dr. James Eicoltz** _____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question?  Yes _____  No **X**  *If "yes,"* when and who diagnosed the condition at that time? _____

   _____

   _____

   e. Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past?  Yes _____  No **X**  *If "yes,"* set forth the injury or condition; whether or not you already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

   _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes **X**  No _____
   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom you have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: **Plaintiff did not receive treatment from a physician.** _____

   b. To your understanding, condition for which treated: _____

   _____

   c. When treated: _____

   d. Medications prescribed or recommended by provider: _____

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: **Miranda Baker** _____

M006218456

B.   Maiden or other names used or by which you have been known: **Looper, Newton, Devine, Baker**

C.   Social Security Number: **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**

D.   Address **1106 Hutchins Dr. Apt B., Mayfield, KY 42066**

E.   Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 1040 Starr Lane | N/A |
| 416 North 16th Street | N/A |
| 27 Madison Street | N/A |
| Value Lodge Motel | N/A |

F.   Driver's License Number and State Issuing License: **N/A**

G.   Date and Place of Birth: **Mayfield, KY**

H.   Sex:  Male_____  Female **X**____

I.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Jetton Jr. High | Around 1973 | | Did not graduate |
| | | | |

J.   Employment Information.

1.   Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/ Job Duties |
|---|---|---|---|
| No. | | | |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|

M006218457

| No. | | | |
|-----|--|--|--|

    3.  Are you making a wage loss claim for either your present or previous employment?
Yes _____ No **X** _____

       *If "yes,"* state your annual income at the time of the injury alleged in Section I(C):

       _____

K.    Military Service Information: Have you ever served in the military, including the military reserve or National Guard?   Yes ___ No **X** _____

    *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes ___ No ___

L.    Insurance / Claim Information:

    1.  Have you ever filed a worker's compensation and/or **social security disability (SSI or SSD)** claim? Yes **X** ___ No ___ *If "yes,"* to the best of your knowledge please state:

        a.  Year claim was filed: **Around 1984; Social Security disability** _____
        _____ .

        b.  Nature of disability: **Epilepsy** _____

        c.  Approximate period of disability: **Present** _____

    2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?  Yes ___ No **X** _____   *If "yes,"* set forth when and the reason. _____

       _____
       _____

    3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes ___ No **X** ___   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

       _____
       _____
       _____

M.    As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?  Yes ___ No **X** _____  *If "yes,"* set forth where, when and the felony and/or crime. _____

M00621846

### III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): **Johnny Baker, married: 11-24-98, Robert Devine: Married 2-1985, Robert Newton: Married summer of 1980**

B. Has your spouse filed a loss of consortium claim in this action?   Yes ___ No **X**

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis, (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ___ No ___ Don't Know **X** ___ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____
_____

### IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? **Dr. James Eicoltz**

B. On which dates did you begin to take, and stop taking, VIOXX®? **Plaintiff to supplement upon receipt of the medical records.**

C. Did you take VIOXX® continuously during that period?

Yes **X** No ___ Don't Recall _____

3494.1

5

M006218459

D. To your understanding, for what condition were you prescribed VIOXX®? **Arthritis**

E. Did you renew your prescription for VIOXX®?   Yes **X**   No ___ Don't Recall ___

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: **No.**

G. Which form of VIOXX® did you take (check all that apply)?
____ 12.5 mg Tablet (round, cream, MRK 74)
____ 12.5 mg Oral Suspension
____ 25 mg Tablet (round, yellow, MRK 110)
____ 25 mg Oral Suspension
____ 50 mg Tablet (round, orange, MRK 114)

**Plaintiff does not recall; plaintiff to supplement upon receipt of the medical records.**

H. How many times per day did you take VIOXX®?
   **Plaintiff to supplement upon receipt of the medical records.**

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®   Yes ___ No **X** Don't Recall ____

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it? Yes ___ No _____ Don't Recall **X**

   2. Did you receive any written or oral information about VIOXX® while you took it? Yes ___ No _____ Don't Recall **X**

   3. *If "yes,"*

      a. When did you receive that information? _____

      b. From whom did you receive it? _____

      c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®?  **No.**

3494.1

6

M006218460

## V. <u>MEDICAL BACKGROUND</u>

A. Height: <u>5'7"</u>

B. Current Weight: <u>210</u>
   Weight at the time of the injury, illness, or disability described in Section IⒸ:
   <u>155</u>

C. Smoking/Tobacco Use History: ***Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.***

   ___   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.

   ___   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.
      a.  Date on which smoking/tobacco use ceased: _____
      b.  Amount smoked or used: on average _____ per day for _____ years.

   <u>X</u>   Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco /snuff.
      a.  Amount smoked or used: on average <u>1 Pack</u> per day for <u>the last 30</u> years.

   ___   Smoked different amounts at different times.

D. Drinking History.  Do you now or have you in the past drank alcohol (beer, wine, whiskey, et.)? Yes___ No <u>X</u>  ***If "yes," fill in the appropriate blank*** with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

   _____   drinks per week,

   _____   drinks per month,

   _____   drinks per year, *or*

   Other (describe): _____

E. Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury?    Yes ___ No <u>X</u>  Don't Recall ____

   ***If "yes,"*** identify each substance and state when you first and last used it. _____
   _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

M006218461

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Neck Surgery | | | Dr. Grogan | Lourdes Hospital |
| Colon Reconstruction | | | | Lourdes Hospital |

2. Treatments/Interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| Plaintiff received treatment for her heart attack | Plaintiff to supplement | Plaintiff to supplement | Lourdes Hosptial |
| | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
   Yes **X** No ___ Don't Recall ___ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Chest EKG, MRI | | Dr. Linberry | Lourdes Hospital | |
| EEG | | Dr. Grubbs | Lourdes Hospital | |
| Chest, Side | | Dr. Culbertson | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking **"yes"** or **"no."** Where you have indicated **"yes,"** please attach the documents and things to your responses to this profile form.

3494.1

8

M006218462

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes ___  No __X__

B. Decedent's death certificate (if applicable).  Yes ___ No ___

C. Report of autopsy of decedent (if applicable). Yes ___ No ___

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

A.  Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Dr. John Grubbs | 225 Medical Center Dr Ste 402, Paducah, KY, 42003 |
| | |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Dr. James Eicoltz | 225 Medical Center Dr Ste 402, Paducah, KY, 42003 | |
| Dr. Sean McDonald | 225 Medical Center Dr Ste 402, Paducah, KY, 42003 | |
| Dr. Carl Johnson | Plaintiff to supplement | |
| Dr. Mark Lineberry | Dr. Mark D. Lineberry 5465 Blandville Road, Paducah, Kentucky 42003 | |
| Dr. Culbertson | Lourdes Hospital-Paducah 1530 Lone Oak Rd Paducah, KY 42003 | |
| Dr. John Grubbs | 225 Medical Center Dr Ste 402, Paducah, KY, 42003 | |
| Dr. Philip Anderson | Lourdes Hospital-Paducah 1530 Lone Oak Rd Paducah, KY 42003 | |
| Dr. Brian Vanderboug | Lourdes Hospital-Paducah 1530 Lone Oak Rd Paducah, KY 42003 | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

3494.1

9

MO06218463

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Lourdes Hospital-Paducah | 1530 Lone Oak Rd Paducah, KY 42003 | Plaintiff to supplement | Heart Attack; Bowel Reconstruction; Lung surgery. |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Lourdes Hospital-Paducah | 1530 Lone Oak Rd Paducah, KY 42003 | Plaintiff to supplement | Plaintiff to supplement |
| | | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | |
|---|---|---|
| Dr. Sean McDonald | 225 Medical Center Dr Ste 402, Paducah, KY, 42003 | |
| Dr. John Grubbs | 225 Medical Center Dr Ste 402, Paducah, KY, 42003 | |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| C.V.S. Pharmacy | 538 Lone Oak Rd. |
| Super X Drugs | Lone Oak Rd. Hanah Plaza |
| Walgreens | 521 Lone Oak Rd. |

3494.1

10

M006218464

G. If you have submitted a claim for social security disability benefits in the last ten(10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Social Security | 125 Brett Chase<br>Paducah, KY 42003 |
|  |  |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
|  |  |
|  |  |

3494.1

11

MO06218465