# Exhibit 28

IN RE: VIOXX® PRODUCTS ) 
LIABILITY LITIGATION )   MDL Docket No. 1657
)
_____ )
)   Plaintiff: <u>**Marilyn Hunt**</u>
THIS RELATES TO: )              (name)
Black et al v. Merck & Co., Inc. et al )
Civil Action No.: )
2:05-cv-03802-EEF-DEK )
)
_____ )

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: __**Marilyn Hunt**_____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____   Date of Appointment: _____

   6. What is your relationship to the deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

8606.1

C. Social Security Number: <u>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</u>

D. Address <u>P.O. Box 691, Caruthersville, MO 63830</u>

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 1824 Lincoln, P.O. Box 691, Caruthersville, MO 63830 | 1999- present |
| 1000 Daeoc Rd., Caruthersville, MO 63830 | At least 1995-1999 |

F. Driver's License Number and State Issuing License: <u>486684816, MO</u>

G. Date and Place of Birth: <u>4/7/55, Memphis, TN</u>

H. Sex: Male_____ Female <u>X</u>

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Caruthersville High School | 1968-1972 | general | High school diploma |
|  |  |  |  |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/ Job Duties |
|---|---|---|---|
| Pemiscot Memorial Health Systems | Hwy 61 & Reed, Hayti, Missouri 63851 | 2000-8/2003 | housekeeping |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of | Occupation/Job |
|---|---|---|---|

8606.1

|  |  | Employment | Duties |
|---|---|---|---|
| Southeast Missouri Transportation System | Poplar Bluff, MO | 1998-2000 | Van driver |
| Wal-Mart | State Hwy 84 West, Caruthersville, MO 63830 | 1995-1998 | Cashier/stocker |

3. Are you making a wage loss claim for either your present or previous employment? Yes **X** No ____

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): **$7.00/hr, 40 hr/wk.**

K. Military Service Information: Have you ever served in the military, including the military reserve or National Guard? Yes ____ No **X**

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ____

L. Insurance / Claim Information:

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes **X** No ____ *If "yes,"* to the best of your knowledge please state:

      a. Year claim was filed: **2002**

      b. Nature of disability: **Heart problems**

      c. Approximate period of disability: **2002- present**

   2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes **X** No ____ *If "yes,"* set forth when and the reason. **See above**

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No **X** *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. ____

8606.1

M0029'70946

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ___ No _X___ *If "yes,"* set forth where, when and the felony and/or crime. _____

### III.  FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): __N/A__

B. Has your spouse filed a loss of consortium claim in this action? Yes ___ No ___

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis, (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ___ No ___ Don't Know _X___ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: __N/A__

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. __N/A__

### IV.  VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? __Dr. Tim McPherson, Dr. John Nwora, Dr. Muhammad Azharuddin__

B. On which dates did you begin to take, and stop taking, VIOXX®? __See medical/pharmacy records.__

8606.1

M0029970947

C. Did you take VIOXX® continuously during that period?

Yes __X__ No ___ Don't Recall ___

D. To your understanding, for what condition were you prescribed VIOXX®? **Arthritis**

E. Did you renew your prescription for VIOXX®?   Yes **X** No ___ Don't Recall ___

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: **See medical records.**

G. Which form of VIOXX® did you take (check all that apply)?
   ___ 12.5 mg Tablet (round, cream, MRK 74)
   ___ 12.5 mg Oral Suspension
   **X** 25 mg Tablet (round, yellow, MRK 110)
   ___ 25 mg Oral Suspension
   ___ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?
   **Once each day.**

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®   Yes ___ No **X** Don't Recall ___

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it?
      Yes ___ No ___ Don't Recall **X**

   2. Did you receive any written or oral information about VIOXX® while you took it?
      Yes ___ No ___ Don't Recall **X**

   3. *If "yes,"*

      a. When did you receive that information? _____

      b. From whom did you receive it? _____

      c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? **None**

8606.1

M0029T0948

## V. MEDICAL BACKGROUND

A. Height: <u>5'5"</u>

B. Current Weight: <u>288</u>
   Weight at the time of the injury, illness, or disability described in Section I©:
   <u>330</u>

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   <u>X</u>  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.

   ___  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.
   a. Date on which smoking/tobacco use ceased: _____
   b. Amount smoked or used: on average _____ per day for _____ years.

   ___  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco /snuff.
   a. Amount smoked or used: on average _____ per day for _____ years.

   ___  Smoked different amounts at different times.

D. Drinking History. Do you now or have you in the past drank alcohol (beer, wine, whiskey, et.)? Yes___ No <u>X</u> *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

   _____ drinks per week,

   _____ drinks per month,

   _____ drinks per year, *or*

   Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury?   Yes ___ No <u>X</u> Don't Recall ____

   *If "yes,"* identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

8606.1

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| See medical records | | | | |
| | | | | |

2. Treatments/Interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| See medical records | | | |
| | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes __X__ No ___ Don't Recall ___ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| ECG | 4/3/04 | Arshad | See medical records | Chest pain |
| Stress test | 5/11/04 | Arshad | Pemiscot Memorial Health System | Chest pain |
| Chest x-ray | 4/03/04 | Arshad | Pemiscot Memorial Health System | Chest pain |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated "yes," please attach the documents and things to your responses to this profile form.

{Plaintiff will make available for inspection and copying.}

8606.1

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes ___ No ___

B. Decedent's death certificate (if applicable). Yes ___ No ___

C. Report of autopsy of decedent (if applicable). Yes ___ No ___

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Abdullah Arshad | 907 East Reed Street, Hayti, MO 63851 |
| | |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| See above | | |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Pemiscot Memorial Health systems | Hwy 61 and Reed St., Hayti, MO 63851 | 8/25/04; 12/25/04; 4/2/04; See medical records | Chest pain |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Pemiscot Primary Care Center | 907 East Reed St., Hayti, MO 63851 | See medical records | Routine check ups, testing |
| Stern Cardiovascular | 80 Humphreys Center, Suite 200, | 5/17/02 | Left heart catheterization |

8606.1

M002970951

| Center | Memphis, TN 38120 | | |
|--------|-------------------|---|---|
|        |                   |   |   |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | |
|------|---------|---|
| Dr. Steve Gubin | Box 201, 106 W 12th Street, Caruthersville, MO 63830 | |
| Dr. John Nwora | Plaintiff will supplement | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Wal-Mart Pharmacy | State Hwy 84 West, Caruthersville, MO 63830 |
| | |

G. If you have submitted a claim for social security disability benefits in the last ten(10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Social Security Administration | 902 North By Pass, Kennett, MO 63857 |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | |
| | |

8606.1

M002970952

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Marilyn Hunt_          _Marilyn Hunt_          _09-13-05_
Signature                Print Name              Date

M002970953