# Exhibit 29

IN RE: VIOXX® PRODUCTS )
LIABILITY LITIGATION )   MDL Docket No. 1657
                                                 )
_____ )
                                                 )   Plaintiff:   <u>**Barbara Sue Cook**</u>
THIS RELATES TO:                      )                    (name)
Fife et al v. Merk & Co., Inc. et al  )
   Civil Action No.:                )
4:05-cv-00880-CDP                    )
_____ )

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: __Sue Cook__

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____   Date of Appointment: _____

   6. What is your relationship to the deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

5824.1

M002838886

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes **X** No ___ *If "yes,"*

    a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? **High blood pressure, related cardiovascular problems and mental anguish.**

    b. When do you claim this injury occurred? **See medical records**

    c. Who diagnosed the condition? **Dr. Kathleen Alm**

    d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ___ No **X** *If "yes,"* when and who diagnosed the condition at that time? ___

    e. Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ___ No **X** *If "yes,"* set forth the injury or condition; whether or not you already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. ___

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes **X** No ___
*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom you have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: **N/A**

    b. To your understanding, condition for which treated: **N/A**

    c. When treated: **N/A**

    d. Medications prescribed or recommended by provider: **N/A**

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: **Sue Cook**

B. Maiden or other names used or by which you have been known: **Mosier**

5824.1

M002838887

C. Social Security Number: **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**

D. Address **22385 Hwy B, Lebanon, MO 65536**

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 22385 Hwy B, Lebanon, MO 65536 | 2000- present |
| 3908 Hans, Independence, MO 64050 | 1978-2000 |
|  |  |

F. Driver's License Number and State Issuing License: **K141193004; Missouri**

G. Date and Place of Birth: **1/4/40; Lebanon, Missouri**

H. Sex: Male_____ Female**X**_____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Lebanon High School | 1954-57 | General | High School Diploma |
|  |  |  |  |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/ Job Duties |
|---|---|---|---|
| Independence Adult Education | 3501 S. Noland, Independence, MO 64055 | 11/1976-06/1994 | Secretarial |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|

5824.1

| N/A | | | |
|---|---|---|---|

3. Are you making a wage loss claim for either your present or previous employment? Yes ___ No **X**

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or National Guard?   Yes ___ No **X**

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes ___ No ___

L. Insurance / Claim Information:

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes ___ No **X**   *If "yes,"* to the best of your knowledge please state:

      a. Year claim was filed: _____

      b. Nature of disability: _____

      c. Approximate period of disability: _____

   2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ___ No **X**   *If "yes,"* set forth when and the reason. _____

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ___ No **X**   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ___ No **X**   *If "yes,"* set forth where, when and the felony and/or crime. _____

### III.   FAMILY INFORMATION

5824.1

M002838889

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): **Marvin Cook, 7/17/37, retired, 1/20/57**

B. Has your spouse filed a loss of consortium claim in this action?   Yes ___ No **X**

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis, (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes **X** No ___ Don't Know ___ *If "yes,"* identify each such person below and provide the information requested.

Name: **Frank Biggs**

Current Age (or Age at Death): **90's**

Type of Problem: **arteriosclerosis, heart failure**

If Applicable, Cause of Death: **heart failure**

D. If applicable, for each of your children, list his/her name, age and address: **N/A**

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. **N/A**

### IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you?   **Dr. Kathleen Alm**

B. On which dates did you begin to take, and stop taking, VIOXX®? **See medical/pharmacy records.**

C. Did you take VIOXX® continuously during that period?

   Yes **X** No ___ Don't Recall ___

D. To your understanding, for what condition were you prescribed VIOXX®? **Neck pain**

5824.1

M002838890

E. Did you renew your prescription for VIOXX®?   Yes **X**   No ___   Don't Recall ___

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: **Dr. Alm, 25 mg., prior to prescription.**

G. Which form of VIOXX® did you take (check all that apply)?
   ___ 12.5 mg Tablet (round, cream, MRK 74)
   ___ 12.5 mg Oral Suspension
   **X** 25 mg Tablet (round, yellow, MRK 110)
   ___ 25 mg Oral Suspension
   ___ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?
   **Once each day**

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®   Yes ___   No **X**   Don't Recall ___

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it?
      Yes ___ No ___ Don't Recall **X**

   2. Did you receive any written or oral information about VIOXX® while you took it?
      Yes ___ No ___ Don't Recall **X**

   3. *If "yes,"*

      a. When did you receive that information? _____

      b. From whom did you receive it? _____

      c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? **Tylenol, as needed**

## V. MEDICAL BACKGROUND

A. Height: **5"7'**

B. Current Weight: **200**

5824.1

Weight at the time of the injury, illness, or disability described in Section I©:
__**170**__

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

__**X**__  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.

___  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.
    a. Date on which smoking/tobacco use ceased: _____
    b. Amount smoked or used: on average _____ per day for _____ years.

___  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco /snuff.
    a. Amount smoked or used: on average _____ per day for _____ years.

___  Smoked different amounts at different times.

D. Drinking History. Do you now or have you in the past drank alcohol (beer, wine, whiskey, et.)?  Yes___  No __**X**__  *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury?   Yes___  No __**X**__  Don't Recall ____

*If "yes,"* identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

2. Treatments/Interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes **X** No ___ Don't Recall ___ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Chest X-ray | 10/24/04 | Dr. Dale Edward Korn | St. John's Breech Regional Medical Center, Lebanon | Abdominal pain |
| Ct scan | 10/24/04 | Dr. Dale Edward Korn | St. John's Breech Regional Medical Center | Abdominal pain |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "**yes**" or "**no**." Where you have indicated "**yes**," please attach the documents and things to your responses to this profile form.

**{Plaintiff will make available for inspection and copying.}**

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes ___ No ___

5824.1

M002838893

B. Decedent's death certificate (if applicable). Yes ___ No ___

C. Report of autopsy of decedent (if applicable). Yes ___ No ___

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Stephen Harriman | 510 E. Hwy 32, Lebanon, MO 65536 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Kathleen Alm | Jackson County Medical, 17221 East 23rd, Independence, MO 64057 | 1990-2004 |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| St. John's Breech Regional Medical Center | 100 Hospital Drive, Lebanon, MO 65536 | 10/23/04-10/24/04 | Abdominal pain, Vomiting, diarrhea |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| St. John's Breech Regional Medical Center | 100 Hospital Drive, Lebanon, MO 65536 | 8/13/03 | Blood work |
| | | | |
| | | | |

5824.1

M002838894

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | |
|---|---|---|
| Dr. Kathleen Alm | 17221 East 23rd, Independence, MO 64057 | See medical records |
| Dr. Stephen Harriman | 510 E. Hwy 32, Lebanon, MO 65536 | See medical records |
| Dr. Dale Korn | Breech Regional Medical Center, 100 Hospital Drive, Lebanon, MO 65536 | See medical records |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| K-Mart Pharmacy | 4023 S. Noland Rd. Independence, MO 64055 |
| Smitty's Pharmacy | 601 S. Jefferson, Lebanon, MO 65536 |
| Merk- Medco Health | P.O. Box 660373, Dallas, TX 75266 |

G. If you have submitted a claim for social security disability benefits in the last ten(10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |
| | |

5824.1

M002838895

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| Sue Cook | Sue Cook | 9-10-05 |
|---|---|---|
| Signature | Print Name | Date |

M002838896