# Exhibit 35



Jan 18 2006
10:37AM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br>Civil Action No: | Plaintiff: France Palmer<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: _____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number: _____

2. Maiden Or Other Names Used or By Which You Have Been Known: _____

3. Address: _____

4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5. If you were appointed as a representative by a court, state the:

    Court: _____   Date of Appointment: _____

6. What is your relationship to deceased or represented person or person claimed to be injured? _____

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

M005721318

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes ✓  No____  *If "yes,"*

    a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? __Stroke__

    b. When do you claim this injury occurred? ____

    c. Who diagnosed the condition? ____

    d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ____ No ____ *If "yes,"* when and who diagnosed the condition at that time? ____

    e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ____ No ____ *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. ____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes ____ No ____

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: ____

    b. To your understanding, condition for which treated: ____

    c. When treated: ____

    d. Medications prescribed or recommended by provider: ____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: __Frances Palmer__

B. Maiden or other names used or by which you have been known: ____

C. Social Security Number: __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__

D. Address: __4601 Lafon Drive, New Orleans, La 70126__

M005721319

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
|  |  |
|  |  |

F. Driver's License Number and State Issuing License: _____

G. Date of Place and Birth: 2/6/1924

H. Sex: Male ____ Female ✓

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
|  |  |  |  |

J. Employment Information.

  1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |

  2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

  3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No ____

  *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ____ No ____

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ____ No ____

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes ____ No ____ *If "yes,"* to the best of your knowledge please state:

    a. Year claim was filed: _____

    b. Nature of disability: _____

    c. Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ____ No ____ *If "yes,"* set forth when and the reason. _____
_____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No ____ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____
_____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____ No ____ *If "yes,"* set forth where, when and the felony and/or crime. _____

## III. FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____

B. Has your spouse filed a loss of consortium claim in this action? Yes ____ No ____

M005721321

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _____ Don't Know _____ *If "yes,"* identify each such person below and provide the information requested.

    Name: _____

    Current Age (or Age at Death): _____

    Type of Problem: _____

    If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? _____

B. On which dates did you begin to take, and stop taking, VIOXX®? _____

C. Did you take VIOXX® continuously during that period?
Yes _____ No _____ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? _____

E. Did you renew your prescription for VIOXX®? Yes _____ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
    _____ 12.5 mg Tablet (round, cream, MRK 74)
    _____ 12.5 mg Oral Suspension
    _____ 25 mg Tablet (round, yellow, MRK 110)
    _____ 25 mg Oral Suspension
    _____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?
_____

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ____ No ____ Don't Recall _____

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes ___ No _____ Don't Recall _____

2. Did you receive any written or oral information about VIOXX® while you took it? Yes ___ No _____ Don't Recall _____

3. *If "yes,"*

    a. When did you receive that information?_____

    b. From whom did you receive it?_____

    c. What information did you receive? ____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____

## V. MEDICAL BACKGROUND

A. Height: _____

B. Current Weight: _____
Weight at the time of the injury, illness, or disability described in Section I(C): _____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    ____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
    ____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
        a. Date on which smoking/tobacco use ceased: _____
        b. Amount smoked or used: on average_____ per day for _____ years.
    ____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
        a. Amount smoked or used: on average _____ per day for _____ years.
    ____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes ____ No ____ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes ____ No ____ Don't Recall ____

*If "yes"*, identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |
|                        |      |                    |          |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ____ No ____ Don't Recall ____ *If "yes,"* answer the following:

M00572l324

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| | | | | |
| | | | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes √   No ____

B. Decedent's death certificate (if applicable). Yes ____   No ____

C. Report of autopsy of decedent (if applicable). Yes ____   No ____

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.   Your current family and/or primary care physician:

| Name | Address |
|---|---|
| | |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| | | |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

M005721325

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |
|      |         |                    |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____     _____     _____
Signature                  Print Name                 Date

M0057213227

1. Mary Coalson
    a. Maiden/Other name: Louis
    b. Injury Suffered: GI Bleeds
    c. Date of Injury: 2000
    d. Prescriber Name: Donald Bruma
    e. Prescriber Address: 16463 Boones Ferry Rd # 4, Lake Oswego, OR
    f. Sample Provider Name: None
    g. Sample Provider Address: None

2. Cheri Pinkerton
    a. Prescriber Name: Dr. Jeremy Rower
    b. Prescriber Address: 4921 Parkview Place, St. Louis, MO
    c. Sample Provider Name: Same
    d. Sample Provider Address: Same

3. Louisa Escobar
    a. Prescriber Address: Unknown

4. Claude Sterling
    a. Injury Suffered: Kidney Failure

5. Geraldine Wray
    a. Sample Provider Name: No Samples
    b. Sample Provider Address: No Samples

6. James Benoit
    a. Injury Suffered: Heart Failure
    b. Prescriber Address: Joseph Freeman, 23515 Railroad Avenue, Plaquemine, LA,
    c. Sample Provider Name: Same
    d. Sample Provider Address: Same

7. Robert Parrott
    a. Prescriber Name: James Finley

8. Peggy April
    a. Maiden/Other Name: Stewart
    b. Date of Injury: 4/11/2003

9. Alvina Bordelon
    a. Prescriber Name: Joseph Puente
    b. Prescriber Address: 3800 Houma Blvd, Metairie, LA
    c. Sample Provider Name: No Sample
    d. Sample Provider Address: No Sample

M0072332607

10. Joan Boudreaux
    a. Maiden/Other name: Morris
    b. Injury Suffered: DVT
    c. Prescriber Name: Unknown
    d. Prescriber Address: Unknown
    e. Sample Provider Name: Unknown
    f. Sample Provider Address: Unknown

11. James Brown
    a. Date of Injury: 4/19/2000
    b. Prescriber Name: Unknown
    c. Prescriber Address: Unknown

12. Raymond Couvillion
    a. Injury Suffered: Heart Attack
    b. Date of Injury: 6/3/2003
    c. Prescriber Name: Unknown
    d. Prescriber Address: Unknown

13. Donna Daliet
    a. Maiden/Other name: Unknown
    b. Prescriber Name: Unknown
    c. Prescriber Address: Unknown
    d. Sample Provider Name: Unknown
    e. Sample Provider Address: Unknown

14. Sharon Dorsey
    a. Plaintiff Address: 3135 Bogan Walk, Baton Rouge, LA
    b. Maiden/Other name: None
    c. Date of Injury: 4/9/2003
    d. Prescriber Name: Carlton Cauthen
    e. Prescriber Address: 1532 Tulane Ave, New Orleans, LA
    f. Sample Provider Name: None
    g. Sample Provider Address: None

15. Joseph Hanson
    a. Date of Injury: 5/19/2002
    b. Prescriber Name: Dr. Gary Stephenson
    c. Prescriber Address: 1500 Lafayette Street, Westego, LA

16. Lois Hingle
    a. Maiden/Other name: Unknown
    b. Prescriber Name: Unknown
    c. Prescriber Address: Unknown
    d. Sample Provider Name: Unknown

M0072326O8

e. Sample Provider Address: Unknown

17. Jeanne Johnson
    a. Injury Suffered: Pulmonary Emblosim
    b. Date of Injury: 10/29/2001
    c. Prescriber Name: Echolls Williams
    d. Prescriber Address: 1515 Jefferson Hwy, Jefferson, LA

18. Evelyn Mougeot
    a. Maiden/Other name: Merchant and Haydel
    b. Injury Suffered: DVT
    c. Prescriber Name: Maria Margiott
    d. Prescriber Address: Unknown
    e. Sample Provider Name: Same
    f. Sample Provider Address: Same

19. Ronald Neal
    a. Prescriber Name/Address: Gerald Romaguera
    b. Sample Provider Name/Address: 1581 Carol Sue Ave., Gretna, LA

20. Frances Palmer
    a. Maiden/Other name: None
    b. Date of Injury: 9/20/2002
    c. Prescriber Name: John McLachlan
    d. Prescriber Address: 8595 Picardy Ave, Baton Rouge, LA
    e. Sample Provider Name: Same
    f. Sample Provider Address: Same

21. Marie Racca
    a. Prescriber Name/Address: Maureen Lannen, 701 Cypress Street, Sulpher, LA

22. Vernon Rayner
    a. Prescriber Name/Address: Dr. Sudershan Admal, VA Medical Center, Alexandria, LA

23. Nellie Ricks
    a. Maiden/Other name: Knighton
    b. Prescriber Name: Steven Gaudin
    c. Prescriber Address: 105 East Oak Street, Ponchatoula, LA
    d. Sample Provider Name: None
    e. Sample Provider Address: None

24. Wilamenia Thomas
    a. Maiden/Other name: None
    b. Date of Injury: 6/2003

M0072332609

   c. Prescriber Name: Michael Cooper
   d. Prescriber Address: 1101 Audoban Drive, Thibodaux, LA
   e. Sample Provider Name: Same
   f. Sample Provider Address: Same

25. Conrad Williams
    a. Prescriber Name: Rebecca Davis
    b. Prescriber Address: 2120 Driftwood Blvd, Kenner, LA
    c. Sample Provider Name: None
    d. Sample Provider Address: None

26. Clarence Chiszle
    a. Date of Injury: 1/14/2004

27. Leonce Davis
    a. Maiden/Other name: None
    b. Prescriber Name: Unknown
    c. Prescriber Address: Unknown
    d. Sample Provider Name: Unknown
    e. Sample Provider Address: Unknown

28. Howard Falick
    a. Date of Injury: 9/12/2001 and 4/12/2002
    b. Prescriber Name: Christy Montegout
    c. Prescriber Address: 429 W. Airline Hwy, Suite B, LaPlace, LA

29. Mary Gogola
    a. Date of Injury: 5/1/2002
    b. Prescriber Name: Louis Soto
    c. Prescriber Address: 4200 Houma Blvd, Metairie, LA
    d. Sample Provider Name: None
    e. Sample Provider Address: None

30. Linda Hudson
    a. Injury Suffered: Congestive Heart Failure
    b. Date of Injury: 2002
    c. Prescriber Name: Our Lady of the Lake (Does not mention Doctor's name on records)
    d. Prescriber Address: 5000 Hennessy Blvd, Baton Rouge, LA

31. Christine Parr
    a. Prescriber Name: Joseph Jaracovich
    b. Prescriber Address: 4608 Hwy 1, Raceland, LA
    c. Sample Provider Name: Same
    d. Sample Provider Address: Same

M007232610

32. Herman Granier
    a. Maiden/Other Name: None
    b. Injury Suffered: Blood Clot
    c. Date of Injury: 4/20/2001

33. Marva Scott
    a. Maiden/Other name: None
    b. Prescriber Name: Dr. Kevin Joseph
    c. Prescriber Address: 1057 Paul Mallard Blvd, Luling, LA

34. Jessie Wilkinson
    a. Injury Suffered: Heart Failure
    b. Prescriber Address: John Clark, 4545 Bluebonnet Blvd, Baton Rouge, LA

M007232611