# Exhibit 37

7676840
Dec 19 2005
2:10PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION § | MDL Docket No. 1657 |
| § § | |
| THIS RELATES TO: § | Plaintiff: <u>Jill L. Crabbe</u> |
| § § | (Name) |
| Civil Action No: § | |
| § | |
| 2:05-cv-02946 § § § | |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.  CASE INFORMATION

A. Name of person completing this form: <u>Jill L. Crabbe</u>

B. If you are completing this questionnaire on behalf of someone else (e.g., a deceased person's estate or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: <u>4817 Cherry Hill Court S., Apt. #1, Columbus, OH, 43228</u>

   4. State the name of the person that you are representing, and in what capacity you are representing that person? <u>Jill L. Crabbe as Representative for Donald L. Riddick</u>

   5. If you were appointed as a representative by a court, state the:

   Court: <u>N/A</u>

   Date of Appointment: <u>N/A</u>

   6. What is your relationship to the deceased, represented person or person claimed to be injured? <u>Donald L. Riddick is the Father of Jill L. Crabbe</u>

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: <u>04/25/2004</u>

774182v.1

M005837254

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _____ No __X__

   *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? __N/A__

   b. When do you claim this injury occurred? __N/A__

   c. Who diagnosed the condition? __N/A__

   d. Did you ever suffer this type of injury prior to the date set forth in answer "1-b"? Yes _____ No __N/A__

      *If "yes,"* when and who diagnosed the condition at that time? __N/A__

   e. Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____ No __N/A__

      *If "yes,"* state the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any.

      __N/A__

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes __X__ No _____

   *If "yes,"* list each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) that treated you for psychological, psychiatric or emotional problems during the last ten (10) years:

   **I have not sought professional treatment.**

   a. Name and address of each person who treated you : N/A

   b. To your understanding, condition for which treated : N/A

   c. When treated : N/A

   d. Medications prescribed or recommended by provider : N/A

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: **Donald L. Riddick**

B. Maiden or other names used or by which you have been known:

C. Social Security Number: **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**

D. Address: **DECEASED**

E. Identify each address where you have lived in the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
|   |   |

F. Driver's License Number and State Issuing License:

Number: _ State: _____

G. Date of Place and Birth: **6/12/1941**

H. Sex: Male __X__ Female ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and any diplomas or degrees that you earned:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
|   |   |   |   |

J. Employment Information.

   1. Current employer (if not currently employed, list last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|   |   |   |   |

   2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|   |   |   |   |

3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No _____

   *If "yes,"* state your **annual income at the time of the injury** alleged in Section I(C): _____

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No _____

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No _____

L. Insurance / Claim Information:

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes ____ No _____

      *If "yes,"* to the best of your knowledge please state:

      a. Year claim was filed: _____

      b. Nature of disability (type of injury) : _____

      c. Approximate period of disability: _____

   2. Have you ever been out of work for **more than thirty (30) days** for reasons related to your health (other than pregnancy)? Yes _____ No _____

      *If "yes,"* state when and the reason you missed work: _____

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes _____ No _____

      *If "yes,"* state, to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____ No _____

   *If "yes,"* state where, when and what felony and/or crime was committed. _____

774182v.1

M005837257

### III. FAMILY INFORMATION

A. List for **each** marriage: the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):

    1. Name of Spouse:

    2. Spouse's DOB:

    3. Spouse's Occupation:

    4. Date of Marriage:

    5. Date Marriage Ended:

    6. How Marriage Ended:

B. Has your spouse filed a loss of consortium claim in this action?
Yes _____ No __X__

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _____ No _____ Don't Know _____

*If "yes,"* identify each such person below and provide the information requested.

N/A

D. If applicable, for each of your children, list his/her name, age and address:

**Child-1**

    1. Name: **Heidi Griggs**

    2. Age:

    3. Address: **2499 Hoose Dr, Grove City, OH, 43123**

**Child-2**

    1. Name: **Mahlon Riddick**

    2. Age:

    3. Address: **5342 Cherry Bud Ct, Cols, OH, 43228**

**Child-3**

    1. Name: **Justin Riddick**

   2. Age:

   3. Address: **5342 Cherry Bud Ct, Cols, OH, 43228**

**Child-4**

   1. Name: **Jill Crabbe**

   2. Age:

   3. Address: **4817 Cherry Hill Court S., Apt. #1, Cols, OH, 43228**

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV.  VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you?  <u>Dr. Glenn Auckenman, 2231 N. High St, Columbus, OH 43210</u>

B. On which dates did you **begin and stop** taking, VIOXX®? _____

C. Did you take VIOXX® continuously during that period? Yes ____ No ____ Don't Recall ____

D. To your understanding, for what condition were you prescribed VIOXX®? _____

E. Did you renew your prescription for VIOXX®?

   Yes ____ No ____ Don't Recall ____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _____

G. Which form of VIOXX® did you take (check all that apply)?
   - ____ 12.5 mg Tablet (round, cream, MRK 74)
   - ____ 12.5 mg Oral Suspension
   - **X** 25 mg Tablet (round, yellow, MRK 110)
   - ____ 25 mg Oral Suspension
   - ____ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? **Twice a day**

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ____ No ____ Don't Recall ____

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took

it? Yes __X__ No _____ Don't Recall _____

2. Did you receive any written or oral information about VIOXX® while you took it? Yes __X__ No _____ Don't Recall ____

3. *If "yes,"*

   a. When did you receive that information? _

   b. From whom did you receive it? __

   c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____

## V. MEDICAL BACKGROUND

A. Height: _____

B. Current Weight: _____
   Weight at the time of the injury, illness, or disability described in Section I(C): _____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   _____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   _____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

       a. Date on which smoking/tobacco use ceased: ____

       b. Amount smoked or used: on average _ per day for years.

   _____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

       a. Amount smoked or used: on average _ per day for years.

   _____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No _____

*If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

    _____ drinks per week,

    _____ drinks per month,

    _____ drinks per year, *or*

774182v.1

M0058371260

Other (describe): <u>N/A</u>

E. **Illicit Drugs.** Have you ever used (even one time) any illicit drugs of any kind **within one (1) year before, or any time after**, you first experienced your alleged VIOXX®-related injury?" Yes _____ No _____ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it.

_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
|  |  |  |  |  |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
|  |  |  |  |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor? Yes _____ No _____ Don't Recall _____

*If "yes,"* answer the following:

774182v.1

M0058372261

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| | | | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* **Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.**

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes _____  No _____

B. Deceased person's death certificate (if applicable).  Yes _____  No _____

C. Report of autopsy of deceased person (if applicable).  Yes _____  No _____

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A. Your **current** family and/or primary care physician:

| Name | Address |
|---|---|
| Deceased | |

B. To the best of your ability, identify each of your **primary care physicians** for the **last ten (10) years**.

| Name | Address | Approximate Dates |
|---|---|---|
| | | |

C. Each hospital, clinic, or healthcare facility where you have received **inpatient treatment or been admitted as a patient during the last ten (10) years.**

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received **outpatient**

*Page 9 of 11*

774182v.1

M005837262

treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |

E. **Each physician** or healthcare provider from whom you have received treatment in the **last ten (10) years.**

| Name | Address | Dates of Treatment |
|---|---|---|
| | | |

F. Each **pharmacy** that has dispensed medication to you in the **last ten (10) years.**

| Name | Address |
|---|---|
| Ohio State University Hospital (Pharmacy) | 410 W. 10th Avenue, Columbus, OH, 43210 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff Profile Form was served on the parties in this action on this __15__ day of December, 2005:

<u>Via United States mail</u>

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302
*Counsel for Defendant*

<u>Via electronic mail</u>
Wilfred P. Coronato at Hughes Hubbard & Reed
Phillip A. Wittmann at Stone Pigman, et al
Aretha D. Davis at Dechert, LLP

(Service by Lexis Nexis attempted but plaintiff not yet entered into **Lexis Nexis system**)

_____
Grant Kaiser

M005837264

# THE VIOXX® LITIGATION CONSORTIUM[1]

**PROVOST ★ UMPHREY**
**LAW FIRM L.L.P.**

**RANIER, GAYLE & ELLIOT**
**L.L.C.**

**WATTS LAW FIRM L.L.P.**

P.O. BOX 86708, HOUSTON, TEXAS 77256-6708
TELEPHONE: 1-800-706-8667 OR 713-403-7800
FACSIMILE: 713-960-6096 EMAIL: INFO@VIOXXGROUP.COM
ATTORNEYS MAY NOT BE CERTIFIED BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

**WILLIAMS ✦ BAILEY**
**LAW FIRM L.L.P.**

**THE KAISER FIRM,**
**L.L.P.**

November 7, 2006

<u>Via US Mail, CMRRR</u>
Mr. Michael P. McIlhinney
Dechert L.L.P.
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

RE:   No. 2:05-cv-02946; *Deloris Ivers, et al. v. Merck & Co., Inc.*; In Re: VIOXX® – MDL Docket No. 1657. (Donald L. Riddick)

Dear Mr. McIlhinney:

In response to your deficiency letter dated October 6, 2006, please find enclosed the supplemental responses for Jill L. Crabbe on behalf of decedent, Donald L. Riddick.

*Section I(C)(1)(a) – Injury Suffered.*

Because Section I clearly states that "**Other than in Sections I**, those questions using the term "You" should refer to the person who used Vioxx" this question was properly answered in the original PPF by responding "NA" since it refers to the person completing the PPF on behalf of the decedent. However, pursuant to our recent agreement that this section refers to the user of Vioxx, the Plaintiff responds as follows: the decedent suffered a heart attack resulting in death.

*Section I(C)(1)(b) – Date of injury.*

Because Section I clearly states that "**Other than in Sections I**, those questions using the term "You" should refer to the person who used Vioxx" this question was properly answered in the original PPF by responding "NA" since it refers to the person completing the PPF on behalf of the decedent. However, pursuant to our recent agreement that this section refers to the user of Vioxx, the Plaintiff responds as follows: the decedent suffered a heart attack on April 17, 2004 and died on April 24, 2006.

---

[1] This is not a partnership of the attorneys specified above; it is a consortium of attorneys working together on the development of the Vioxx® claims.

Mr. John Poulos
November 7, 2006
Page 2

025590

---

### Section II(B) - Maiden/Other Name.

Donald L. Riddick does not have any other names. This information is correct and complete.

### Section II(D) – Plaintiff Address.

As Plaintiff is deceased, he has no current address. This information is correct and complete.

### Section IV(F) – Sample Provider Name and Address.

Plaintiff did not state in the original PPF that the decedent received any samples from any provider, therefore Plaintiff does not have a sample provider name to give. Additionally, the request for the sample provider address goes beyond the scope of the question. Plaintiff has answered this question to the best of her ability and that is all that can be reasonably asked of Plaintiff. This information is correct and complete.

Plaintiff's Profile Form is complete to the best of Jill L. Crabbe's ability on behalf of Donald L. Riddick.

Yours truly,

*[signature]*

Grant Kaiser
The Kaiser Firm, L.L.P.

cc: Wilfred P. Coronato

M00AD15961