# Exhibit 38

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

March 23, 2006

**VIA TELECOPY AND MAIL**

Jason C. Webster, Esq.
Abraham, Watkins, Nichols, Sorrels,
Matthews & Friend
800 Commerce Street
Houston, Texas 77002-1776

Re: In re Vioxx® Products Liability Litigation

Dear Mr. Webster:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for the following list of plaintiffs are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

| | | | |
|---|---|---|---|
| 1 | Ivis D. Bennett | 14 | Jeanne T. Matthews |
| 2 | Marie M. Brown | 15 | Willie Morris |
| 3 | Ann Burrell | 16 | John E. McKinley |
| 4 | Nakeisha A. Carr | 17 | Glenn G. Patin, Sr. |
| 5 | Eddison Collins | 18 | Audrey Petite |
| 6 | Eve S. Dalmas | 19 | Lee Youlanda Prejean |
| 7 | Ava R. Goodman | 20 | Geradline Prudhomme |
| 8 | Rodney Harper | 21 | Sylvia Ross |
| 9 | Raymond J. Heno | 22 | Louis W. Ruffin |
| 10 | Effie L. Holland | 23 | Ricky G. Stacy |
| 11 | Harry W. Larks | 24 | Carrie J. Wesley |
| 12 | Stephen P. Ledet | 25 | Rose M. Wynder |
| 13 | Clifford Massey | | |

One Battery Park Plaza   47, Avenue Georges Mandel   350 South Grand Avenue   201 South Biscayne Boulevard   Akasaka Tokyu Building 6F   1775 I Street, N.W.
New York, New York        75116 Paris, France         Los Angeles, California  Miami, Florida              2-14-3 Nagata-cho, Chiyoda-ku  Washington, D.C.
10004-1482                (33) (1) 44.05.80.00        90071-3442               33131-4332                  Tokyo 100-0014 Japan         20006-2401
212-837-6000                                          213-613-2800             305-358-1666                (81) (3) 3539-2771           202-721-4600

M006052070

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Jason C. Webster, Esq.                                                                 Page 2

        Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

        Very truly yours,
HUGHES HUBBARD & REED LLP

\s\ *John N. Poulos*
John N. Poulos

JNP/zcr

cc: Russ M. Herman, Esq.

1034470_1.doc

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                        TIME   : 03/23/2006 21:24
                                        NAME   : HUGHES HUBBARD
                                        FAX#   : 2019465738
                                        TEL#   :
                                        SER.#  : 000005100038


    DATE,TIME              03/23  21:24
    FAX NO./NAME           10007341835171322250827
    DURATION               00:00:36
    PAGE(S)                03
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner


## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Jason C. Webster, Esq. | **DATE:** | March 23, 2006 |
| **FIRM:** | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | **FAX NO:** | 713-225-0827 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

M00605207Z