# Exhibit 39

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 18, 2006

**VIA FACSIMILE & U.S. MAIL**

Davis P. Matthews, Esq.
Abraham, Watkins, Nichols,
   Sorrels, Matthews & Friend
800 Commerce Street
Houston, Texas 77002-1776

      Re:     **In re Vioxx® Products Liability Litigation**

Dear Mr. Matthews:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for Barbara E. Faciane is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/mjh
cc:   Russ M. Herman, Esq.

One Battery Park Plaza   47, Avenue Georges Mandel   350 South Grand Avenue   201 South Biscayne Boulevard   Akasaka Tokyu Building 6F   1775 I Street, N.W.
New York, New York   75116 Paris, France   Los Angeles, California   Miami, Florida   2-14-3 Nagata-cho, Chiyoda-ku   Washington, D.C.
10004-1482   (33) (1) 44.05.80.00   90071-3442   33131-4332   Tokyo 100-0014 Japan   20006-2401
212-837-6000                                     213-613-2800   305-358-1666   (81) (3) 3539-2771   202-721-4600

M00635679B

```
** TX STATUS REPORT **          AS OF   MAY 18 2006 14:32   PAGE.01

                                            HUGHES HUBBARD

      DATE  TIME    TO/FROM           MODE   MIN/SEC   PGS   JOB#  STATUS
  17  05/18 14:32   713 225 0827 EC---S      00'33"    002   099   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** David P. Matthews, Esq.  **DATE:** May 18, 2006

**FIRM:** Abraham Watkins Nichols, Sorrels, Matthews & Friend  **FAX NO:** 713-225-0827

**CITY:** _____  **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   1

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.  **TEL NO:** 201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1035391_1.DOC

M00635799