# Exhibit 40

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 10, 2006

**VIA TELECOPY AND MAIL**

David P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
800 Commerce Street
Houston, Texas 77002

      Re:    **In Re Vioxx® Products Liability Litigation**

Dear Mr. Matthews:

      We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for *Bernadine D. Honore* is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

            Very truly yours,
            HUGHES HUBBARD & REED LLP

            John N. Poulos

JNP/jmg
cc: Russ M. Herman, Esq.

---

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

M0006672300

```
** TX STATUS REPORT **           AS OF   MAY 10 2006 18:17   PAGE.01

                                          HUGHES HUBBARD

      DATE  TIME       TO/FROM       MODE   MIN/SEC   PGS   JOB#   STATUS
  05  05/10 18:17   713 225 0827 EC--S  00'33"   002   034    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| TO: | David P. Matthews, Esq. | DATE: | May 10, 2006 |
| FIRM: | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | FAX NO: | 713-225-0827 |
| CITY: | Houston | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| FROM: | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1032922_1.DOC

M006672301