# Exhibit 43

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 10, 2006

**VIA TELECOPY AND MAIL**

David P. Matthews, Esq.
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend
800 Commerce Street
Houston, Texas 77002

   Re:  **In Re Vioxx® Products Liability Litigation**

Dear Mr. Matthews:

   We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for *Vivian Simmons-Trepagnier* is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

   Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Thank you for your attention to this matter.

         Very truly yours,
         HUGHES HUBBARD & REED LLP

         John N. Poulos

JNP/jmg
cc: Russ M. Herman, Esq.

One Battery Park Plaza  47, Avenue Georges Mandel  350 South Grand Avenue  201 South Biscayne Boulevard  Akasaka Tokyu Building 6F  1775 I Street, N.W.
New York, New York  75116 Paris, France  Los Angeles, California  Miami, Florida  2-14-3 Nagata-cho, Chiyoda-ku  Washington, D.C.
10004-1482  (33) (1) 44.05.80.00  90071-3442  33131-4332  Tokyo 100-0014 Japan  20006-2401
212-837-6000  213-613-2800  305-358-1666  (81) (3) 3539-2771  202-721-4600

M006B20953

```
** TX STATUS REPORT **              AS OF  MAY 10 2006 18:22   PAGE.01

                                                 HUGHES HUBBARD

       DATE  TIME       TO/FROM        MODE    MIN/SEC   PGS   JOB#   STATUS
  09   05/10 18:22    713 225 0827   EC--S     00'33"    002   039    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | David P. Matthews, Esq. | **DATE:** | May 10, 2006 |
| **FIRM:** | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | **FAX NO:** | 713-225-0827 |
| **CITY:** | Houston | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

**MESSAGE:**

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1032922_1.DOC

M0006B20954