# Exhibit 44

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 20, 2006

**VIA TELECOPY AND MAIL**

David P. Matthews, Esq.
Abraham, Watkins, Nichols,
  Sorrels, Matthews & Friend
800 Commerce Street
Houston, TX 77022

Re:   In Re Vioxx® Products Liability Litigation

Dear Mr. Matthews:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for *Barbara J. Wiltche* and *Henry Williams* are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the aforementioned within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/mm
cc: Russ M. Herman, Esq.

One Battery Park Plaza    47, Avenue Georges Mandel    350 South Grand Avenue    201 South Biscayne Boulevard    Akasaka Tokyu Building 6F    1775 I Street, N.W.
New York, New York        75116 Paris, France           Los Angeles, California   Miami, Florida                2-14-3 Nagata-cho, Chiyoda-ku  Washington, D.C.
10004-1482                (33) (1) 44.05.80.00          90071-3442                33131-4332                    Tokyo 100-0014 Japan           20006-2401
212-837-6000                                            213-613-2800              305-358-1666                  (81) (3) 3539-2771             202-721-4600

M006B39258

```
** TX STATUS REPORT **          AS OF  JUN 20 2006 11:32  PAGE.01

                                                 HUGHES HUBBARD

     DATE  TIME     TO/FROM        MODE   MIN/SEC  PGS  JOB#  STATUS
 29  06/20 11:32    713 225 0827 EC--S    00'33"   002  108   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street  
Suite 3601  
Jersey City, New Jersey 07302-3918  
Telephone: 201-536-9220  
Fax: 201-536-0799

Wilfred P. Coronato  
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** David P. Matthews, Esq.           **DATE:** June 20, 2006

**FIRM:** Abraham Watkins Nichols,        **FAX NO:** 713-225-0827
         Sorrels, Matthews & Friend

**CITY:**                                 **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.            **TEL NO:** 201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1035391_1.DOC

M006B39259