Exhibit 46

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 5, 2006

**VIA TELECOPY AND MAIL**

Jason C. Webster, Esq.
Abraham, Watkins, Nichols, Sorrels,
Matthews & Friend
800 Commerce Street
Houston, Texas 77002-1776

Re:    In re Vioxx® Products Liability Litigation

Dear Mr. Webster:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for Chester Lamb is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the aforementioned PPF within twenty (20) days.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/zcr

cc: Russ M. Herman, Esq.

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

MOO6073234

```
** TX STATUS REPORT **              AS OF  MAY 05 2006 19:00   PAGE.01

                                            HUGHES HUBBARD
```

```
        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   07   05/05 18:59      713 225 0827 EC--S  01'28"    006   106    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Jason C. Webster, Esq. | **DATE:** | 5/5/2006 |
| **FIRM:** | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | **FAX NO:** | 713.225.0827 |
| **CITY:** | Houston | **TEL NO:** | 713.222.7211 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   **6**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos        **TEL NO:**   201.536.9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1039024_1.DOC

M000073235

# Hughes Hubbard & Reed LLP

— A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Jason C. Webster, Esq. | **DATE:** | 5/5/2006 |
| **FIRM:** | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | **FAX NO:** | 713.225.0827 |
| **CITY:** | Houston | **TEL NO:** | 713.222.7211 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos | **TEL NO:** | 201.536.9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1039024_1.DOC

M000607/3236