# Exhibit 47

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

July 7, 2006

**VIA TELECOPY AND MAIL**

David P. Matthews, Esq.
Abraham, Watkins, Nichols,
Sorrels, Matthews & Friend
800 Commerce Street
Houston, TX 77022

Re:     In Re Vioxx® Products Liability Litigation

Dear Mr. Matthews:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for *Michael J. LaFavers, Larry V. Hanes, Alethea D. Bordelon, Ernestine Collins, Dallas W. Bowling, Evelyn Forcell, Robert K. Ford, Frances I. Gregory, Juanita M. Haywood, Leroy Lumpkin, Jr., and Shanita R. Johnson* are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/mm

cc: Russ M. Herman, Esq.
1067494_1.DOC

M001914116

```
** TX STATUS REPORT **              AS OF  JUL 07 2006 14:02   PAGE.01

                                                HUGHES HUBBARD

    DATE  TIME     TO/FROM          MODE   MIN/SEC   PGS   JOB#   STATUS
01  07/07 14:02    713 225 0827 EC--S      00'35"    002   067    OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | David P. Matthews, Esq. | **DATE:** | July 7, 2006 |
| **FIRM:** | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | **FAX NO:** | 713-225-0827 |
| **CITY:** | Houston | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1032922_1.DOC

M001914117