# Exhibit 48

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 5, 2006

**VIA TELECOPY AND MAIL**

Jason C. Webster, Esq.
Abraham, Watkins, Nichols, Sorrels,
Matthews & Friend
800 Commerce Street
Houston, Texas 77002-1776

      Re:    In re Vioxx® Products Liability Litigation

Dear Mr. Webster:

      We are writing to inform you that the Plaintiff Profile Form ("PPF") for Geneva L. Leamon is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the aforementioned PPF within twenty (20) days.

      Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/zcr
cc: Russ M. Herman, Esq.

One Battery Park Plaza   47, Avenue Georges Mandel   350 South Grand Avenue   201 South Biscayne Boulevard   Akasaka Tokyu Building 6F   1775 I Street, N.W.
New York, New York   75116 Paris, France   Los Angeles, California   Miami, Florida   2-14-3 Nagata-cho, Chiyoda-ku   Washington, D.C.
10004-1482   (33) (1) 44.05.80.00   90071-3442   33131-4332   Tokyo 100-0014 Japan   20006-2401
212-837-6000      213-613-2800   305-358-1666   (81) (3) 3539-2771   202-721-4600

M006357060

```
** TX STATUS REPORT **           AS OF  MAY 08 2006 11:22   PAGE.01

                                                     HUGHES HUBBARD

     DATE  TIME    TO/FROM        MODE    MIN/SEC   PGS   JOB#   STATUS
 20  05/08 11:20   713 225 0827 EC--S     01'28"    006   150    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Jason C. Webster, Esq. | **DATE:** | May 5, 2006 |
| **FIRM:** | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | **FAX NO:** | 713-225-0827 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1035152_1.DOC

# Hughes Hubbard & Reed LLP

New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Jason C. Webster, Esq.　　　　DATE: May 5, 2006

**FIRM:** Abraham, Watkins, Nichols, Sorrels, Matthews & Friend　　FAX NO: 713-225-0827

**CITY:** 　　　　TEL NO:

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.　　　　TEL NO: 201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1035152_1.DOC