# Exhibit 50

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 5, 2006

**VIA TELECOPY AND MAIL**

Jason C. Webster, Esq.
Abraham, Watkins, Nichols, Sorrels,
Matthews & Friend
800 Commerce Street
Houston, Texas 77002-1776

   Re:  In re Vioxx® Products Liability Litigation

Dear Mr. Webster:

  We are writing to inform you that the Plaintiff Profile Form ("PPF") for **David J. Winkelman** is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the aforementioned PPF within twenty (20) days.

  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

  Thank you for your attention to this matter.

         Very truly yours,
         HUGHES HUBBARD & REED LLP

         John N. Poulos

JNP/zcr
cc: Russ M. Herman, Esq.

One Battery Park Plaza / New York, New York 10004-1482 / 212-837-6000
47, Avenue Georges Mandel / 75116 Paris, France / (33) (1) 44.05.80.00
350 South Grand Avenue / Los Angeles, California 90071-3442 / 213-613-2800
201 South Biscayne Boulevard / Miami, Florida 33131-4332 / 305-358-1666
Akasaka Tokyu Building 6F / 2-14-3 Nagata-cho, Chiyoda-ku / Tokyo 100-0014 Japan / (81) (3) 5539-2771
1775 I Street, N.W. / Washington, D.C. 20006-2401 / 202-721-4600

M006357059

```
** TX STATUS REPORT **              AS OF  MAY 08 2006 11:22   PAGE.01

                                              HUGHES HUBBARD

     DATE  TIME      TO/FROM        MODE    MIN/SEC  PGS   JOB#   STATUS
20   05/08 11:20     713 225 0827 EC--S     01'28"   006   150    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Jason C. Webster, Esq. | DATE: | May 5, 2006 |
| **FIRM:** | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | FAX NO: | 713-225-0827 |
| **CITY:** | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1035152_1.DOC

# Hughes Hubbard & Reed LLP

New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Jason C. Webster, Esq.   **DATE:** May 5, 2006

**FIRM:** Abraham, Watkins, Nichols, Sorrels, Matthews & Friend   **FAX NO:** 713-225-0827

**CITY:**    **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.   **TEL NO:** 201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1035152_1.DOC