# Exhibit 54

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

May 26, 2006

**VIA TELECOPY AND MAIL**

Jeffrey J. Lowe, Esq.
Carey & Danis, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105

Re:    **In re Vioxx® Products Liability Litigation**

Dear Mr. Lowe:

We are writing to inform you that the Plaintiff Profile Form ("PPF") for *Sarah Robinson* is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/dlm

cc: Russ M. Herman, Esq.

| One Battery Park Plaza | 47, Avenue Georges Mandel | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 1775 I Street, N.W. |
|---|---|---|---|---|---|
| New York, New York | 75116 Paris, France | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Washington, D.C. |
| 10004-1482 | (33) (1) 44.05.80.00 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 20006-2401 |
| 212-837-6000 | | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 202-721-4600 |

M005075653

```
** TX STATUS REPORT **              AS OF  MAY 26 2006 16:24  PAGE.01

                                          HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   09   05/26 16:23     314 678 3401 EC--S   00'33"   002   202   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Jeffrey J. Lowe, Esq.                 **DATE:**  May 26, 2006

**FIRM:**  Jeffrey J. Lowe, P.C.              **FAX NO:**  314-678-3401

**CITY:**                                      **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos                     **TEL NO:**  201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1034668_1.DOC

M005075654