# Exhibit 55

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

January 3, 2006

**VIA TELECOPY AND MAIL**

David W. Bauman, Esq.
Carey & Danis, L.L.C.
8235 Forsyth Blvd. Suite 1100
St. Louis, MO 63105

Jeffery J. Lowe, Esq.
Jeffery J. Lowe, P.C.
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

   Re:  In re: Vioxx® Products Liability Litigation

Dear Mr. Bauman & Mr. Lowe:

   We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for the following list of plaintiffs are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

| | | | |
|---|---|---|---|
| 1 | Abram, Joann | 44 | Ebbs, Jerry |
| 2 | Adams, Eva Lucille | 45 | Eckard, Richard |
| 3 | Allen, Fred | 46 | Edwards, Jarald |
| 4 | Arrington, Gary | 47 | Edwards, John |
| 5 | Atchinson, Brenda | 48 | Elliot, Jack |
| 6 | Austin, Lavenia | 49 | Elpers, Toni |
| 7 | Bailey, Shirley | 50 | Fedie, Billie |
| 8 | Baker, Miranda | 51 | Fife, Sam |
| 9 | Behrens, Leigh | 52 | Fletcher, Wilma |
| 10 | Bell, Raymond | 53 | Everett, Obe |

One Battery Park Plaza   47, Avenue Georges Mandel   350 South Grand Avenue   201 South Biscayne Boulevard   Akasaka Tokyu Building 6F   1775 I Street, N.W.
New York, New York   75116 Paris, France   Los Angeles, California   Miami, Florida   2-14-3 Nagata-cho, Chiyoda-ku   Washington, D.C.
10004-1482   (33) (1) 44.05.80.00   90071-3442   33131-4332   Tokyo 100-0014 Japan   20006-2401
212-837-6000     213-613-2800   305-358-1666   (81) (3) 3539-2771   202-721-4600

M007A08713

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

David W. Bauman, Esq.  
Jeffery J. Lowe, Esq.

Page 2

| 11 | Bellis, Mascale Eugene | 54 | Floyd, James |
|---|---|---|---|
| 12 | Billups, Lizzie | 55 | Fox, Rebecca |
| 13 | Boudreaux, O'Neil | 56 | Fraley, Gerald G. |
| 14 | Bowen, Donald | 57 | Frankhouser, Larry |
| 15 | Brandon, Billy | 58 | Galbreath, Charlotte |
| 16 | Brightman, Virgina | 59 | Gilkey, Mary |
| 17 | Brisco, Gladys | 60 | Gilliam, Kitty |
| 18 | Brock, Marilyn | 61 | Gilmore, Volean |
| 19 | Bullard, Margaret | 62 | Gourley, Barbara |
| 20 | Calvert, Rick | 63 | Green, Dorothy |
| 21 | Campbell, Helen | 64 | Greer, James |
| 22 | Cantrell, Mary Ann | 65 | Grimm, Elizabeth Dawn |
| 23 | Carter, Eva | 66 | Gullet, James |
| 24 | Casey, Melanie | 67 | Hammond, Hilton |
| 25 | Chapa, Vicki | 68 | Harris, Minnie |
| 26 | Chavez, Rosanna | 69 | Hembree, Violet |
| 27 | Chilcutt, Robert | 70 | Holt, Norman |
| 28 | Chism, Maggie | 71 | Hopper, Neil |
| 29 | Colson, Terry | 72 | Huff, Paula |
| 30 | Cook, Barbara Sue | 73 | Jaycox, Robert |
| 31 | Creel, Ina | 74 | Lawson, John |
| 32 | Davidson, Elizabeth | 75 | Lewis, Jacquline |
| 33 | Davis, Alvino | 76 | Lillibridge, Fannie |
| 34 | Davis, Dennis | 77 | Liotto, Barbara Lynn |
| 35 | Davis, Peggy | 78 | Litteral, Richard |
| 36 | Davolt, Paul Allen | 79 | McCorry, Pearlene |
| 37 | Dean, Frances | 80 | Nance, Susan |
| 38 | Debnam, Terri | 81 | Oliphant, Olena |
| 39 | Deters, Patricia | 82 | Reed, Cynthia Ann |
| 40 | Devine, David | 83 | Sullivan, Mozell |
| 41 | Dodd, Theresa | 84 | Tenison, Nickey |
| 42 | Duckett, Jerry | 85 | Williams, Elenor |
| 43 | Duncan, Eddie Ray | 86 | Wishoun, Alice |

M007A08714

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

David W. Bauman, Esq.  Page 3
Jeffery J. Lowe, Esq.

      Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/zcr

cc: Russ M. Herman, Esq.
cc: Stephen G. Strauss, Esq.

M007A08715

```
                          JOB STATUS REPORT

                                      TIME  : 01/03/2006 14:28
                                      NAME  :
                                      FAX#  :
                                      TEL#  :
                                      SER.# : 000005100038

    DATE,TIME              01/03  14:27
    FAX NO./NAME           100073418351314721 0905
    DURATION               00:00:33
    PAGE(S)                04
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 3, 2006 |

| TO | Firm/City | Fax No. | Tel No. |
|---|---|---|---|
| David W. Bauman, Esq. | Carey & Danis, L.L.C. | 314-721-0905 | |
| Jeffery J. Lowe, Esq. | Jeffery J. Lowe, P.C. | 314-678-3401 | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

```
                    JOB STATUS REPORT

                              TIME  : 01/03/2006 14:30
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038

   DATE,TIME           01/03  14:29
   FAX NO./NAME        10007341835131467834 01
   DURATION            00:00:53
   PAGE(S)             04
   RESULT              OK
   MODE                STANDARD
                       ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 3, 2006 |

| TO | Firm/City | Fax No. | Tel No. |
|---|---|---|---|
| David W. Bauman, Esq. | Carey & Danis, L.L.C. | 314-721-0905 | |
| Jeffery J. Lowe, Esq. | Jeffery J. Lowe, P.C. | 314-678-3401 | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS: