# Exhibit 56

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

January 3, 2006

**VIA TELECOPY AND MAIL**

David W. Bauman, Esq.
Carey & Danis, L.L.C.
8235 Forsyth Blvd. Suite 1100
St. Louis, MO 63105

Jeffery J. Lowe, Esq.
Jeffery J. Lowe, P.C.
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

     Re:    In re: Vioxx® Products Liability Litigation

Dear Mr. Bauman & Mr. Lowe:

     We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for the following list of plaintiffs are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

| 1  | Abram, Joann      | 44 | Ebbs, Jerry      |
|----|-------------------|----|------------------|
| 2  | Adams, Eva Lucille| 45 | Eckard, Richard  |
| 3  | Allen, Fred       | 46 | Edwards, Jarald  |
| 4  | Arrington, Gary   | 47 | Edwards, John    |
| 5  | Atchinson, Brenda | 48 | Elliot, Jack     |
| 6  | Austin, Lavenia   | 49 | Elpers, Toni     |
| 7  | Bailey, Shirley   | 50 | Fedie, Billie    |
| 8  | Baker, Miranda    | 51 | Fife, Sam        |
| 9  | Behrens, Leigh    | 52 | Fletcher, Wilma  |
| 10 | Bell, Raymond     | 53 | Everett, Obe     |

One Battery Park Plaza           47, Avenue Georges Mandel     350 South Grand Avenue    201 South Biscayne Boulevard    Akasaka Tokyu Building 6F        1775 I Street, N.W.
New York, New York              75116 Paris, France            Los Angeles, California    Miami, Florida                   2-14-3 Nagata-cho, Chiyoda-ku    Washington, D.C.
10004-1482                      (33) (1) 44.05.80.00           90071-3442                 33131-4332                       Tokyo 100-0014 Japan             20006-2401
212-837-6000                                                   213-613-2800               305-358-1666                     (81) (3) 3539-2771               202-721-4600

M007A08713

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

David W. Bauman, Esq.  
Jeffery J. Lowe, Esq.

Page 2

| 11 | Bellis, Mascale Eugene | 54 | Floyd, James |
|----|------------------------|----|--------------|
| 12 | Billups, Lizzie | 55 | Fox, Rebecca |
| 13 | Boudreaux, O'Neil | 56 | Fraley, Gerald G. |
| 14 | Bowen, Donald | 57 | Frankhouser, Larry |
| 15 | Brandon, Billy | 58 | Galbreath, Charlotte |
| 16 | Brightman, Virgina | 59 | Gilkey, Mary |
| 17 | Brisco, Gladys | 60 | Gilliam, Kitty |
| 18 | Brock, Marilyn | 61 | Gilmore, Volean |
| 19 | Bullard, Margaret | 62 | Gourley, Barbara |
| 20 | Calvert, Rick | 63 | Green, Dorothy |
| 21 | Campbell, Helen | 64 | Greer, James |
| 22 | Cantrell, Mary Ann | 65 | Grimm, Elizabeth Dawn |
| 23 | Carter, Eva | 66 | Gullet, James |
| 24 | Casey, Melanie | 67 | Hammond, Hilton |
| 25 | Chapa, Vicki | 68 | Harris, Minnie |
| 26 | Chavez, Rosanna | 69 | Hembree, Violet |
| 27 | Chilcutt, Robert | 70 | Holt, Norman |
| 28 | Chism, Maggie | 71 | Hopper, Neil |
| 29 | Colson, Terry | 72 | Huff, Paula |
| 30 | Cook, Barbara Sue | 73 | Jaycox, Robert |
| 31 | Creel, Ina | 74 | Lawson, John |
| 32 | Davidson, Elizabeth | 75 | Lewis, Jacquline |
| 33 | Davis, Alvino | 76 | Lillibridge, Fannie |
| 34 | Davis, Dennis | 77 | Liotto, Barbara Lynn |
| 35 | Davis, Peggy | 78 | Litteral, Richard |
| 36 | Davolt, Paul Allen | 79 | McCorry, Pearlene |
| 37 | Dean, Frances | 80 | Nance, Susan |
| 38 | Debnam, Terri | 81 | Oliphant, Olena |
| 39 | Deters, Patricia | 82 | Reed, Cynthia Ann |
| 40 | Devine, David | 83 | Sullivan, Mozell |
| 41 | Dodd, Theresa | 84 | Tenison, Nickey |
| 42 | Duckett, Jerry | 85 | Williams, Elenor |
| 43 | Duncan, Eddie Ray | 86 | Wishoun, Alice |

M007A08714

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

David W. Bauman, Esq.  
Jeffery J. Lowe, Esq.

Page 3

      Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Thank you for your attention to this matter.

Very truly yours,  
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/zcr

cc: Russ M. Herman, Esq.  
cc: Stephen G. Strauss, Esq.

```
                    JOB STATUS REPORT

                              TIME  : 01/03/2006 14:28
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038

    DATE,TIME              01/03  14:27
    FAX NO./NAME           100073418351314721095
    DURATION               00:00:33
    PAGE(S)                04
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 3, 2006 |

| TO | Firm/City | Fax No. | Tel No. |
|---|---|---|---|
| David W. Bauman, Esq. | Carey & Danis, L.L.C. | 314-721-0905 | |
| Jeffery J. Lowe, Esq. | Jeffery J. Lowe, P.C. | 314-678-3401 | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

```
JOB STATUS REPORT
```

```
TIME    : 01/03/2006 14:30
NAME    :
FAX#    :
TEL#    :
SER.#   : 000005100038
```

```
DATE,TIME         01/03  14:29
FAX NO./NAME      10007341835131 46783401
DURATION          00:00:53
PAGE(S)           04
RESULT            OK
MODE              STANDARD
                  ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 3, 2006 |

| TO | Firm/City | Fax No. | Tel No. |
|---|---|---|---|
| David W. Bauman, Esq. | Carey & Danis, L.L.C. | 314-721-0905 | |
| Jeffery J. Lowe, Esq. | Jeffery J. Lowe, P.C. | 314-678-3401 | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS: