# Exhibit 57

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

January 3, 2006

**VIA TELECOPY AND MAIL**

David W. Bauman, Esq.
Carey & Danis, L.L.C.
8235 Forsyth Blvd. Suite 1100
St. Louis, MO 63105

Jeffery J. Lowe, Esq.
Jeffery J. Lowe, P.C.
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

Re:   In re: Vioxx® Products Liability Litigation

Dear Mr. Bauman & Mr. Lowe:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for the following list of plaintiffs are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

| 1 | Abram, Joann | 44 | Ebbs, Jerry |
|---|---|---|---|
| 2 | Adams, Eva Lucille | 45 | Eckard, Richard |
| 3 | Allen, Fred | 46 | Edwards, Jarald |
| 4 | Arrington, Gary | 47 | Edwards, John |
| 5 | Atchinson, Brenda | 48 | Elliot, Jack |
| 6 | Austin, Lavenia | 49 | Elpers, Toni |
| 7 | Bailey, Shirley | 50 | Fedie, Billie |
| 8 | Baker, Miranda | 51 | Fife, Sam |
| 9 | Behrens, Leigh | 52 | Fletcher, Wilma |
| 10 | Bell, Raymond | 53 | Everett, Obe |

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

MUU/AU0/13

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

David W. Bauman, Esq.  
Jeffery J. Lowe, Esq.

Page 2

| 11 | Bellis, Mascale Eugene | 54 | Floyd, James |
|---|---|---|---|
| 12 | Billups, Lizzie | 55 | Fox, Rebecca |
| 13 | Boudreaux, O'Neil | 56 | Fraley, Gerald G. |
| 14 | Bowen, Donald | 57 | Frankhouser, Larry |
| 15 | Brandon, Billy | 58 | Galbreath, Charlotte |
| 16 | Brightman, Virgina | 59 | Gilkey, Mary |
| 17 | Brisco, Gladys | 60 | Gilliam, Kitty |
| 18 | Brock, Marilyn | 61 | Gilmore, Volean |
| 19 | Bullard, Margaret | 62 | Gourley, Barbara |
| 20 | Calvert, Rick | 63 | Green, Dorothy |
| 21 | Campbell, Helen | 64 | Greer, James |
| 22 | Cantrell, Mary Ann | 65 | Grimm, Elizabeth Dawn |
| 23 | Carter, Eva | 66 | Gullet, James |
| 24 | Casey, Melanie | 67 | Hammond, Hilton |
| 25 | Chapa, Vicki | 68 | Harris, Minnie |
| 26 | Chavez, Rosanna | 69 | Hembree, Violet |
| 27 | Chilcutt, Robert | 70 | Holt, Norman |
| 28 | Chism, Maggie | 71 | Hopper, Neil |
| 29 | Colson, Terry | 72 | Huff, Paula |
| 30 | Cook, Barbara Sue | 73 | Jaycox, Robert |
| 31 | Creel, Ina | 74 | Lawson, John |
| 32 | Davidson, Elizabeth | 75 | Lewis, Jacquline |
| 33 | Davis, Alvino | 76 | Lillibridge, Fannie |
| 34 | Davis, Dennis | 77 | Liotto, Barbara Lynn |
| 35 | Davis, Peggy | 78 | Litteral, Richard |
| 36 | Davolt, Paul Allen | 79 | McCorry, Pearlene |
| 37 | Dean, Frances | 80 | Nance, Susan |
| 38 | Debnam, Terri | 81 | Oliphant, Olena |
| 39 | Deters, Patricia | 82 | Reed, Cynthia Ann |
| 40 | Devine, David | 83 | Sullivan, Mozell |
| 41 | Dodd, Theresa | 84 | Tenison, Nickey |
| 42 | Duckett, Jerry | 85 | Williams, Elenor |
| 43 | Duncan, Eddie Ray | 86 | Wishoun, Alice |

M007A08714

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

David W. Bauman, Esq.                                                  Page 3
Jeffery J. Lowe, Esq.

        Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Thank you for your attention to this matter.

                                                                          Very truly yours,
                                                                          HUGHES HUBBARD & REED LLP

                                                                          John N. Poulos

JNP/zcr

cc: Russ M. Herman, Esq.
cc: Stephen G. Strauss, Esq.

```
                          JOB STATUS REPORT

                                              TIME  : 01/03/2006 14:28
                                              NAME  :
                                              FAX#  :
                                              TEL#  :
                                              SER.# : 000005100038


    DATE,TIME              01/03  14:27
    FAX NO./NAME           100073418351314721 0905
    DURATION               00:00:33
    PAGE(S)                04
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 3, 2006 |

| TO | Firm/City | Fax No. | Tel No. |
|---|---|---|---|
| David W. Bauman, Esq. | Carey & Danis, L.L.C. | 314-721-0905 | |
| Jeffery J. Lowe, Esq. | Jeffery J. Lowe, P.C. | 314-678-3401 | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

M007A08716

Case 2:05-md-01657-EEF-DEK   Document 11547-57   Filed 06/29/07   Page 6 of 6

```
                    JOB STATUS REPORT

                                  TIME  : 01/03/2006 14:30
                                  NAME  :
                                  FAX#  :
                                  TEL.# :
                                  SER.# : 000005100038

DATE,TIME          01/03 14:29
FAX NO./NAME       10007341835131467B3401
DURATION           00:00:53
PAGE(S)            04
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 3, 2006 |

| TO | Firm/City | Fax No. | Tel No. |
|---|---|---|---|
| David W. Bauman, Esq. | Carey & Danis, L.L.C. | 314-721-0905 | |
| Jeffery J. Lowe, Esq. | Jeffery J. Lowe, P.C. | 314-678-3401 | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

M007A08717