# Exhibit 58

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

January 3, 2006

**VIA TELECOPY AND MAIL**

David W. Bauman, Esq.
Carey & Danis, L.L.C.
8235 Forsyth Blvd. Suite 1100
St. Louis, MO 63105

Jeffery J. Lowe, Esq.
Jeffery J. Lowe, P.C.
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

    Re:    In re: Vioxx® Products Liability Litigation

Dear Mr. Bauman & Mr. Lowe:

    We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for the following list of plaintiffs are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the following within twenty (20) days.

| 1 | Abram, Joann | 44 | Ebbs, Jerry |
| 2 | Adams, Eva Lucille | 45 | Eckard, Richard |
| 3 | Allen, Fred | 46 | Edwards, Jarald |
| 4 | Arrington, Gary | 47 | Edwards, John |
| 5 | Atchinson, Brenda | 48 | Elliot, Jack |
| 6 | Austin, Lavenia | 49 | Elpers, Toni |
| 7 | Bailey, Shirley | 50 | Fedie, Billie |
| 8 | Baker, Miranda | 51 | Fife, Sam |
| 9 | Behrens, Leigh | 52 | Fletcher, Wilma |
| 10 | Bell, Raymond | 53 | Everett, Obe |

One Battery Park Plaza, New York, New York 10004-1482, 212-837-6000
47, Avenue Georges Mandel, 75116 Paris, France, (33) (1) 44.05.80.00
350 South Grand Avenue, Los Angeles, California 90071-3442, 213-613-2800
201 South Biscayne Boulevard, Miami, Florida 33131-4332, 305-358-1666
Akasaka Tokyu Building 6F, 2-14-3 Nagata-cho, Chiyoda-ku, Tokyo 100-0014 Japan, (81) (3) 3539-2771
1775 I Street, N.W., Washington, D.C. 20006-2401, 202-721-4600

M007A08713

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

David W. Bauman, Esq.  
Jeffery J. Lowe, Esq.

Page 2

| | | | |
|---|---|---|---|
| 11 | Bellis, Mascale Eugene | 54 | Floyd, James |
| 12 | Billups, Lizzie | 55 | Fox, Rebecca |
| 13 | Boudreaux, O'Neil | 56 | Fraley, Gerald G. |
| 14 | Bowen, Donald | 57 | Frankhouser, Larry |
| 15 | Brandon, Billy | 58 | Galbreath, Charlotte |
| 16 | Brightman, Virgina | 59 | Gilkey, Mary |
| 17 | Brisco, Gladys | 60 | Gilliam, Kitty |
| 18 | Brock, Marilyn | 61 | Gilmore, Volean |
| 19 | Bullard, Margaret | 62 | Gourley, Barbara |
| 20 | Calvert, Rick | 63 | Green, Dorothy |
| 21 | Campbell, Helen | 64 | Greer, James |
| 22 | Cantrell, Mary Ann | 65 | Grimm, Elizabeth Dawn |
| 23 | Carter, Eva | 66 | Gullet, James |
| 24 | Casey, Melanie | 67 | Hammond, Hilton |
| 25 | Chapa, Vicki | 68 | Harris, Minnie |
| 26 | Chavez, Rosanna | 69 | Hembree, Violet |
| 27 | Chilcutt, Robert | 70 | Holt, Norman |
| 28 | Chism, Maggie | 71 | Hopper, Neil |
| 29 | Colson, Terry | 72 | Huff, Paula |
| 30 | Cook, Barbara Sue | 73 | Jaycox, Robert |
| 31 | Creel, Ina | 74 | Lawson, John |
| 32 | Davidson, Elizabeth | 75 | Lewis, Jacquline |
| 33 | Davis, Alvino | 76 | Lillibridge, Fannie |
| 34 | Davis, Dennis | 77 | Liotto, Barbara Lynn |
| 35 | Davis, Peggy | 78 | Litteral, Richard |
| 36 | Davolt, Paul Allen | 79 | McCorry, Pearlene |
| 37 | Dean, Frances | 80 | Nance, Susan |
| 38 | Debnam, Terri | 81 | Oliphant, Olena |
| 39 | Deters, Patricia | 82 | Reed, Cynthia Ann |
| 40 | Devine, David | 83 | Sullivan, Mozell |
| 41 | Dodd, Theresa | 84 | Tenison, Nickey |
| 42 | Duckett, Jerry | 85 | Williams, Elenor |
| 43 | Duncan, Eddie Ray | 86 | Wishoun, Alice |

M007A08714

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

David W. Bauman, Esq.  Page 3
Jeffery J. Lowe, Esq.

   Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

  Thank you for your attention to this matter.

          Very truly yours,
          HUGHES HUBBARD & REED LLP

          John N. Poulos

JNP/zcr

cc: Russ M. Herman, Esq.
cc: Stephen G. Strauss, Esq.

```
              JOB STATUS REPORT

                              TIME  : 01/03/2006 14:28
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : 000005100038

  DATE,TIME              01/03  14:27
  FAX NO./NAME           10007341835131472100905
  DURATION               00:00:33
  PAGE(S)                04
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 3, 2006 |

| TO | Firm/City | Fax No. | Tel No. |
|---|---|---|---|
| David W. Bauman, Esq. | Carey & Danis, L.L.C. | 314-721-0905 | |
| Jeffery J. Lowe, Esq. | Jeffery J. Lowe, P.C. | 314-678-3401 | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

```
JOB STATUS REPORT

                                    TIME  : 01/03/2006 14:30
                                    NAME  :
                                    FAX#  :
                                    TEL.# :
                                    SER.# : 000005100038


DATE,TIME          01/03  14:29
FAX NO./NAME       1000734183513146783401
DURATION           00:00:53
PAGE(S)            04
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 3, 2006 |

| TO | Firm/City | Fax No. | Tel No. |
|---|---|---|---|
| David W. Bauman, Esq. | Carey & Danis, L.L.C. | 314-721-0905 | |
| Jeffery J. Lowe, Esq. | Jeffery J. Lowe, P.C. | 314-678-3401 | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

M007A08717