# Exhibit 59

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 19, 2006

**VIA TELECOPY AND MAIL**

Daniel E. Becnel, Jr., Esq.
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
425 W. Airline Hwy., Suite B
LaPlace, LA 70068

    Re:    In re Vioxx® Products Liability Litigation

Dear Mr. Becnel:

    We are writing to inform you that the Plaintiff Profile Form ("PPF") for *Frances Palmer* is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses within twenty (20) days.

    Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

    Thank you for your attention to this matter.

    Very truly yours,
    HUGHES HUBBARD & REED LLP

    John N. Poulos

JNP/dlm

cc: Russ M. Herman, Esq.
1060171_1.DOC

| One Battery Park Plaza | 47, Avenue Georges Mandel | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 1775 I Street, N.W. |
|---|---|---|---|---|---|
| New York, New York | 75116 Paris, France | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Washington, D.C. |
| 10004-1482 | (33) (1) 44.05.80.00 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 20006-2401 |
| 212-837-6000 | | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 202-721-4600 |

M006683228

```
** TX STATUS REPORT **        AS OF  JUN 19 2006 12:02  PAGE.01
                                           HUGHES HUBBARD

      DATE  TIME      TO/FROM          MODE   MIN/SEC   PGS   JOB#  STATUS
  29  06/19 12:01   19855366445 EC--S  00'52"  002   005   OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Daniel E. Becnel, Jr., Esq. | **DATE:** | June 19, 2006 |
| **FIRM:** | Law Offices of Daniel E. Becnel, Jr. | **FAX NO:** | 985-536-6445 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.   **TEL NO:** 201-536-9220

**MESSAGE:**

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1013186_1

M0066683229