# Exhibit 60

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

March 31, 2006

**VIA TELECOPY AND MAIL**

Daniel E. Becnel, Esq.
The Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, Louisiana 70084

Re:   In Re Vioxx® Products Liability Litigation

Dear Mr. Becnel:

   We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for Leonce Davis is grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the aforementioned within twenty (20) days.

   Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

/s/ John N. Poulos
John N. Poulos

JNP/jmg
cc:   Russ M. Herman, Esq.

One Battery Park Plaza    47, Avenue Georges Mandel    350 South Grand Avenue    201 South Biscayne Boulevard    Akasaka Tokyu Building 6F    1775 I Street, N.W.
New York, New York        75116 Paris, France          Los Angeles, California   Miami, Florida                2-14-3 Nagata-cho, Chiyoda-ku Washington, D.C.
10004-1482                (33) (1) 44.05.80.00         90071-3442                33131-4332                    Tokyo 100-0014 Japan         20006-2401
212-837-6000                                           213-613-2800              305-358-1666                  (81) (3) 5539-2771           202-721-4600

M006642240

```
** TX STATUS REPORT **        AS OF  MAR 31 2006 14:15   PAGE.01

                                         HUGHES HUBBARD

    DATE  TIME       TO/FROM        MODE   MIN/SEC   PGS   JOB#   STATUS
 04 03/31 14:15    19855366445 EC—S  00'34"   002    056    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| TO: | Daniel E. Becnel, Jr., Esq. | DATE: | March 31, 2006 |
| FIRM: | Law Offices of Daniel E. Becnel, Jr. | FAX NO: | 985-536-6445 |
| CITY: | | TEL NO: | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| FROM: | John N. Poulos, Esq. | TEL NO: | 201-536-9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NY 1013196_1.DOC