# Exhibit 61

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

March 31, 2006

**VIA TELECOPY AND MAIL**

Grant Kaiser, Esq.
The Kaiser Firm LLP
8441 Gulf Fwy Ste 600
Houston, Texas 77017

Re: In Re Vioxx® Products Liability Litigation

Dear Mr. Kaiser:

We are writing to inform you that the Plaintiff Profile Forms ("PPFs") for Carl Burns, Mildred Jones, Jill L. Crabbe, and Shirley Victor are grossly deficient. Basic information is not provided and other information is incomplete or unclear. Pursuant to Pre-Trial Order 18B, please provide complete responses to the aforementioned within twenty (20) days.

Merck reserves its right to move to dismiss the referenced actions for plaintiff's failure to properly respond to the PPF pursuant to Pretrial Order 18B. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Thank you for your attention to this matter.

Very truly yours,
HUGHES HUBBARD & REED LLP

/s/ *John N. Poulos*
John N. Poulos

JNP/zcr
cc: Russ M. Herman, Esq.

One Battery Park Plaza      47, Avenue Georges Mandel     350 South Grand Avenue     201 South Biscayne Boulevard     Akasaka Tokyu Building 6F     1775 I Street, N.W.
New York, New York          75116 Paris, France           Los Angeles, California    Miami, Florida                    2-14-3 Nagata-cho, Chiyoda-ku  Washington, D.C.
10004-1482                  (33) (1) 44.05.80.00          90071-3442                 33131-4332                        Tokyo 100-0014 Japan           20006-2401
212-837-6000                                              213-613-2800               305-358-1666                      (81) (3) 3539-2771             202-721-4600

M005D39382

** TX STATUS REPORT ** AS OF MAR 31 2006 14:06 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 02 | 03/31 | 14:05 | TKLF Fax | EC—S | 00'40" | 002 | 053 | OK |

Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO: Grant Kaiser DATE: March 31, 2006

FIRM: The Kaiser Firm FAX NO:

CITY: TEL NO: 713-223-0440

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM: John N. Poulos TEL NO: 201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1035326_1.DOC