# Exhibit 72

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (713-225-0827) & FIRST CLASS MAIL**

David P. Matthews, Esq.
Abraham Watkins Nichols Sorrels Matthews & Friend
800 Commerce Street
Houston, TX 77002

        ***Re:***    *In re Vioxx® Products Liability Litigation*

Dear Mr. Matthews:

      We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Geraldine Prudhomme continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated March 23, 2006. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

                                    Very truly yours,

                                      */s/ John N. Poulos*

                                      John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

M00880 0649

```
*************************
***   TX REPORT       ***
*************************

TRANSMISSION OK

TX/RX NO            0525
RECIPIENT ADDRESS   17132250827
DESTINATION ID
ST. TIME            08/14 14:15
TIME USE            06'17
PAGES SENT          15
RESULT              OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| David P. Matthews, Esq. | Abraham Watkins Nichols Sorrels Matthews & Friend | 713-225-0827 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.