# Exhibit 83

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (713-225-0827) & FIRST CLASS MAIL**

David P. Matthews, Esq.
Abraham Watkins Nichols Sorrels Matthews & Friend
800 Commerce Street
Houston, TX 77002

      *Re:*    *In re Vioxx® Products Liability Litigation*

Dear Mr. Matthews:

      We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Larry V. Haynes continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated July 07, 2006. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

M0088O0661

```
**********************
***   TX REPORT    ***
**********************

TRANSMISSION OK

TX/RX NO              0237
RECIPIENT ADDRESS     17132250827
DESTINATION ID
ST. TIME              08/14 13:58
TIME USE              02'38
PAGES SENT            15
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| David P. Matthews, Esq. | Abraham Watkins Nichols Sorrels Matthews & Friend | 713-225-0827 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.