# Exhibit 88

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (314-678-3401) & FIRST CLASS MAIL**

Jeffrey J. Lowe, Esq.
Carey & Danis
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

    *Re:*  *In re Vioxx® Products Liability Litigation*

Dear Mr. Lowe:

    We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Marilyn Hunt continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated April 21, 2006. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

              Very truly yours,

              */s/ John N. Poulos*

              John N. Poulos

cc:  Russ M. Herman, Esq. (via e-mail)

M0050092818

08/14/2006 14:46 FAX 12124224726   HUGHES HUBBARD LLP                                                              ☒001
Case 2:05-md-01657-EEF-DEK   Document 11547-88   Filed 06/29/07   Page 3 of 3

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0240
RECIPIENT ADDRESS     13146783401
DESTINATION ID
ST. TIME              08/14 14:43
TIME USE              03'25
PAGES SENT            11
RESULT                OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey J. Lowe, Esq. | Carey & Danis | 314-678-3401 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.