# Exhibit 89

# Hughes Hubbard & Reed LLP

### ¸A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 17, 2006

**VIA TELECOPY AND MAIL**

David W. Bauman, Esq.
Carey & Danis, L.L.C.
8235 Forsyth Blvd. Suite 1100
St. Louis, MO 63105

Jeffery J. Lowe, Esq.
Jeffery J. Lowe, P.C.
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

      Re:    In re:  Vioxx® Products Liability Litigation

Dear Mr. Bauman & Mr. Lowe:

      We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced
action. This letter is to notify you that critical responses to the following Plaintiff Profile Forms
("PPFs") continue to remain outstanding and that you have not yet responded to Merck's initial
letter identifying these gross deficiencies.

| | |
|---|---|
| 1.   Abram, Joann | 16. Grimm, Dawn |
| 2.   Baker, Miranda | 17. Hammond, Hilton |
| 3.   Boudreaux, ONeil | 18. Harris, Minnie |
| 4.   Brock, Marilyn | 19. Hembree, Violet |
| 5.   Casey, Melanie | 20. Hopper, Neal |
| 6.   Chapa, Vicky | 21. Jaycox, Robert |

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

M005D45094

# Hughes Hubbard & Reed LLP

**A New York Limited Liability Partnership**

Grant Kaiser, Esq.                                                                                         Page 2

| 7.   Chilcutt, Robert | 22. Liotto, Barbara |
|---|---|
| 8.   Cook, Sue | 23. Litteral, Richard |
| 9.   Davidson, Elizabeth | 24. McCorry, Pearlene |
| 10. Dean, Frances | 25. Nance, Susan |
| 11. Debnam, Teri | 26. Oliphant, Olena |
| 12. Duckett, Jerry | 27. Reed, Cynthia Ann |
| 13. Duncan, Eddie Ray | 28. Tenison, Nickey |
| 14. Floyd, James | 29. Williams, Elenor |
| 15. Greer, James | |

Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/zcr

cc: Russ M. Herman, Esq.

M005D45095

JOB STATUS REPORT

```
TIME  : 04/17/2006 15:16
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          04/17  15:15
FAX NO./NAME       10007341835131467B3401
.DURATION          00:00:42
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

M005D45096

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 04/17/2006 15:11
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL#  :
                                    SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────────┐
│                                                                        │
│       DATE,TIME              04/17  15:11                               │
│       FAX NO./NAME           10007341835131472100905                   │
│       DURATION               00:00:26                                  │
│       PAGE(S)                03                                         │
│       RESULT                 OK                                         │
│       MODE                   STANDARD                                  │
│                              ECM                                       │
│                                                                        │
└──────────────────────────────────────────────────────────────────────┘
```

M005D45097

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Jeffrey J. Lowe, Esq.
David W. Bauman, Esq.

**DATE:** April 17, 2006

**FIRM:** The Law Office of Jeffrey J. Lowe, P.C.
Carey & Danis, L.L.C.

**FAX NO:** 314.678.3401
314.721.0905

**CITY:** St. Louis

**TEL NO:** 314.678.3400

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos

**TEL NO:** 201.536.9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1039765_1.DOC

M005D45098