# Exhibit 90



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 15, 2006

**VIA U.S. MAIL & TELECOPY (504-523-8893)**

Jeffrey J. Lowe, Esq.
Carey & Danis, L.L.C
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

Re: *In re Vioxx® Products Liability Litigation*
    *MDL No. 1657*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that the following Plaintiff Profile Forms ("PPFs") remain grossly deficient. The chart below lists the full case name, docket number, and full name of each injured party. The chart also lists the applicable deadline each plaintiff had to serve a completed PPF and the dates Merck distributed previous notice letters regarding these cases.

| | INJURED PARTY NAME | CASE CAPTION | DOCKET NUMBER | ORIGINAL PPF DUE DATE | DATE OF MERCK'S NOTICE LETTER |
|---|---|---|---|---|---|
| 1 | Cantrell, Mary Ann | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK | 12/12/2005 | 1/3/2006 |
| 2 | Allen, Fred Jr. | Adams, Eva v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | 12/12/2005 | 1/3/2006 |
| 3 | Baker, Miranda | Adams, Eva v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | 12/12/2005 | 1/3/2006 |
| 4 | Bell, Raymond D. | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | 2/18/2006 | 1/3/2006 |
| 5 | Washington, Darrell Asberry | Walls, Juanita C. v. Merck & Co., Inc. | 2:05-cv-04461-EEF-DEK | 12/14/2005 | 12/21/2005 |
| 6 | Atkins, Brian | Acosta, Ella M. v. Merck & Co., Inc. | 2:05-cv-04457-EEF-DEK | 12/14/2005 | 12/20/2005 |
| 7 | Newsum, Jamie | Hill, Daryl v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK | 12/12/2005 | 5/11/06 |
| 8 | Ray, Billy | McCarter, Louise v. Merck & Co., Inc. | 2:05-cv-03812-EEF-DEK | 12/30/2005 | 5/26/2006 |
| 9 | Robinson, Sarah R. | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK | 12/30/2005 | 5/26/2006 |

M008B39228

Jeffrey J. Lowe, Esq.                                                                      2

| 10 | Duncan, Eddie Ray | OBannon, Barbara v. Merck & Co., Inc. | 2:05-cv-03809-EEF-DEK | 11/30/2005 | 1/3/2006 |
|----|-------------------|---------------------------------------|------------------------|------------|----------|
| 11 | Chism, Maggie     | Liotto, Barbara v. Merck & Co., Inc.  | 2:05-cv-04323-EEF-DEK | 12/12/2005 | 1/3/2006 |

      Please produce a complete and full responsive PPF for each of the above referenced individuals no later than ten (10) days from the date of this letter. This is Merck's second notice letter regarding these plaintiffs. If plaintiffs do not serve complete and responsive PPFs within the time requested, Merck may seek to dismiss these actions with prejudice for plaintiffs' failure to respond to discovery.

      Very truly yours,

      John N. Poulos

cc:   Russ M. Herman, Esq. (via electronic mail)

JNP/zcr

```
** TX STATUS REPORT **        AS OF  DEC 15 2006 17:58   PAGE.01

                                     HUGHES HUBBARD

      DATE  TIME      TO/FROM        MODE  MIN/SEC  PGS  JOB#  STATUS
  24  12/15 17:57   314 678 3401 EC--S     00'49"   003  128   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-596-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO: Jeffrey J. Lowe, Esq.          DATE: December 15, 2006

FIRM: Carey & Danis, LLC           FAX NO: 314-678-3401

CITY: St. Louis                    TEL NO: _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM: John N. Poulos               TEL NO: 201-536-9220

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1034668_1.DOC

M008B39230