# Exhibit 91

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 17, 2006

**VIA TELECOPY AND MAIL**

David W. Bauman, Esq.
Carey & Danis, L.L.C.
8235 Forsyth Blvd. Suite 1100
St. Louis, MO 63105

Jeffery J. Lowe, Esq.
Jeffery J. Lowe, P.C.
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

Re: In re: Vioxx® Products Liability Litigation

Dear Mr. Bauman & Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that critical responses to the following Plaintiff Profile Forms ("PPFs") continue to remain outstanding and that you have not yet responded to Merck's initial letter identifying these gross deficiencies.

| | |
|---|---|
| 1. Abram, Joann | 16. Grimm, Dawn |
| 2. Baker, Miranda | 17. Hammond, Hilton |
| 3. Boudreaux, ONeil | 18. Harris, Minnie |
| 4. Brock, Marilyn | 19. Hembree, Violet |
| 5. Casey, Melanie | 20. Hopper, Neal |
| 6. Chapa, Vicky | 21. Jaycox, Robert |

One Battery Park Plaza   47, Avenue Georges Mandel   350 South Grand Avenue   201 South Biscayne Boulevard   Akasaka Tokyu Building 6F   1775 I Street, N.W.
New York, New York         75116 Paris, France                 Los Angeles, California         Miami, Florida                          2-14-3 Nagata-cho, Chiyoda-ku   Washington, D.C.
10004-1482                        (33) (1) 44.05.80.00              90071-3442                           33131-4332                               Tokyo 100-0014 Japan                    20006-2401
212-837-6000                                                                213-613-2800                         305-358-1666                           (81) (3) 3539-2771                          202-721-4600

M005D45094

# Hughes Hubbard & Reed LLP

*A New York Limited Liability Partnership

Grant Kaiser, Esq.                                                                                                           Page 2

| | |
|---|---|
| 7. Chilcutt, Robert | 22. Liotto, Barbara |
| 8. Cook, Sue | 23. Litteral, Richard |
| 9. Davidson, Elizabeth | 24. McCorry, Pearlene |
| 10. Dean, Frances | 25. Nance, Susan |
| 11. Debnam, Teri | 26. Oliphant, Olena |
| 12. Duckett, Jerry | 27. Reed, Cynthia Ann |
| 13. Duncan, Eddie Ray | 28. Tenison, Nickey |
| 14. Floyd, James | 29. Williams, Elenor |
| 15. Greer, James | |

Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/zcr

cc: Russ M. Herman, Esq.

M005D45095

JOB STATUS REPORT

TIME   : 04/17/2006 15:16
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038

| | |
|---|---|
| DATE,TIME | 04/17  15:15 |
| FAX NO./NAME | 10007341835131 46703401 |
| DURATION | 00:00:42 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

M00SD45096

JOB STATUS REPORT

```
TIME   : 04/17/2006 15:11
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME        04/17 15:11
FAX NO./NAME     100073418351314721 0905
DURATION         00:00:26
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```

M005D45097

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Jeffrey J. Lowe, Esq.<br>David W. Bauman, Esq. | **DATE:** | April 17, 2006 |
| **FIRM:** | The Law Office of Jeffrey J. Lowe, P.C.<br>Carey & Danis, L.L.C. | **FAX NO:** | 314.678.3401<br>314.721.0905 |
| **CITY:** | St. Louis | **TEL NO:** | 314.678.3400 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos | **TEL NO:** | 201.536.9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1039765_1.DOC

M005D45098