# Exhibit 93

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (314-678-3401) & FIRST CLASS MAIL**

Jeffrey J. Lowe, Esq.
Carey & Danis
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

> **Re:**    *In re Vioxx® Products Liability Litigation*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Paul Allen Davolt continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated January 03, 2006. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Russ M. Herman, Esq. (via e-mail)

M006E69160

08/14/2006  14:42  FAX  12124224726          HUGHES HUBBARD LLP

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO                 0528
        RECIPIENT ADDRESS        13146783401
        DESTINATION ID
        ST. TIME                 08/14 14:37
        TIME USE                 05'21
        PAGES SENT               15
        RESULT                   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey J. Lowe, Esq. | Carey & Danis | 314-678-3401 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.