# Exhibit 94

# Hughes Hubbard & Reed LLP

.A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 17, 2006

**VIA TELECOPY AND MAIL**

David W. Bauman, Esq.
Carey & Danis, L.L.C.
8235 Forsyth Blvd. Suite 1100
St. Louis, MO 63105

Jeffery J. Lowe, Esq.
Jeffery J. Lowe, P.C.
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

Re:   In re: Vioxx® Products Liability Litigation

Dear Mr. Bauman & Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that critical responses to the following Plaintiff Profile Forms ("PPFs") continue to remain outstanding and that you have not yet responded to Merck's initial letter identifying these gross deficiencies.

| | |
|---|---|
| 1.  Abram, Joann | 16. Grimm, Dawn |
| 2.  Baker, Miranda | 17. Hammond, Hilton |
| 3.  Boudreaux, ONeil | 18. Harris, Minnie |
| 4.  Brock, Marilyn | 19. Hembree, Violet |
| 5.  Casey, Melanie | 20. Hopper, Neal |
| 6.  Chapa, Vicky | 21. Jaycox, Robert |

One Battery Park Plaza  New York, New York  10004-1482  212-837-6000
47, Avenue Georges Mandel  75116 Paris, France  (33) (1) 44.05.80.00
350 South Grand Avenue  Los Angeles, California  90071-3442  213-613-2800
201 South Biscayne Boulevard  Miami, Florida  33131-4332  305-358-1666
Akasaka Tokyu Building 6F  2-14-3 Nagata-cho, Chiyoda-ku  Tokyo 100-0014 Japan  (81) (3) 3539-2771
1775 I Street, N.W.  Washington, D.C.  20006-2401  202-721-4600

M005D45094

# Hughes Hubbard & Reed LLP

*A New York Limited Liability Partnership*

Grant Kaiser, Esq.                                                                                          Page 2

| | |
|---|---|
| 7. Chilcutt, Robert | 22. Liotto, Barbara |
| 8. Cook, Sue | 23. Litteral, Richard |
| 9. Davidson, Elizabeth | 24. McCorry, Pearlene |
| 10. Dean, Frances | 25. Nance, Susan |
| 11. Debnam, Teri | 26. Oliphant, Olena |
| 12. Duckett, Jerry | 27. Reed, Cynthia Ann |
| 13. Duncan, Eddie Ray | 28. Tenison, Nickey |
| 14. Floyd, James | 29. Williams, Elenor |
| 15. Greer, James | |

Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

Very truly yours,
HUGHES HUBBARD & REED LLP

John N. Poulos

JNP/zcr

cc: Russ M. Herman, Esq.

M005D45095

JOB STATUS REPORT

```
TIME   : 04/17/2006 15:16
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME          04/17  15:15
FAX NO./NAME       100073418351314678340l
DURATION           00:00:42
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

M005D45096

JOB STATUS REPORT

```
TIME   : 04/17/2006 15:11
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME         04/17  15:11
FAX NO./NAME      10007341835131 47210905
DURATION          00:00:26
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM
```

M005D450 97

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Jeffrey J. Lowe, Esq.<br>David W. Bauman, Esq. | **DATE:** | April 17, 2006 |
| **FIRM:** | The Law Office of Jeffrey J. Lowe, P.C.<br>Carey & Danis, L.L.C. | **FAX NO:** | 314.678.3401<br>314.721.0905 |
| **CITY:** | St. Louis | **TEL NO:** | 314.678.3400 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos | **TEL NO:** | 201.536.9220 |

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1039765_1.DOC

M005D45098