# Exhibit 95

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 14, 2006

**BY TELECOPY (985-536-6445) & FIRST CLASS MAIL**

Daniel E. Becnel Jr.
Daniel E. Becnel Jr.
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084

    **Re:**  *In re Vioxx® Products Liability Litigation*

Dear Becnel:

    We represent Defendant Merck & Co., Inc. ("Merck") in the above-referenced action. This letter is to notify you that additional responses to the Plaintiff Profile Form ("PPF") for Frances Palmer continue to remain outstanding and that you have not yet responded to Merck's initial letter regarding these gross deficiencies dated June 19, 2006. Please address these deficiencies and produce a completed PPF no later than ten (10) days from the date of this letter in order to avoid a motion seeking appropriate relief.

                   Very truly yours,

                   */s/ John N. Poulos*

                   John N. Poulos

cc:  Russ M. Herman, Esq. (via e-mail)

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

    TRANSMISSION OK

    TX/RX NO                    0529
    RECIPIENT ADDRESS           19855366445
    DESTINATION ID
    ST. TIME                    08/14 14:47
    TIME USE                    00'58
    PAGES SENT                  4
    RESULT                      OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 14, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Daniel E. Becnel Jr. | Daniel E. Becnel Jr. | 985-536-6445 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M0065541 22