UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Anderson, Johnny E. v. Merck & Co.,* | * | **JUDGE KNOWLES** |
| *Inc.;* Docket Number: 2:05-cv-04762; | * | |
| and only regarding Ava R. Goodman, | * | |
| Raymond J. Heno, Effie L. Holland, | * | |
| Stephen P. Ledet, Clifford Massey, John | * | |
| E. McKinley, Keith Morris on behalf of | * | |
| Willie Morris, Glenn G. Patin Jr., Tony | * | |
| Petite on behalf of Audrey A. Doyle | * | |
| Petite, Mary Broussard on behalf of Lee | * | |
| Youlanda Prejean, Geraldine | * | |
| Prudhomme, Ricky G. Stacy, Pinkie | * | |
| Wesley on behalf of Carrie J. Wesley, | * | |
| Barbara E. Faciane, Bremella H. Etienne | * | |
| on behalf of Bernadine Honore, Wallace | * | |
| Horton, Abigail R. Glapion on behalf of | * | |
| Cora D. Robertson, Vivian  Simmons- | * | |
| Trepagnier, and Serena J. Weston on | * | |
| behalf of Henry Williams; | * | |
| | * | |
| *Ballard, Lucille v. Merck & Co., Inc.;* | * | |
| Docket Number: 2:05-cv-04767; and | * | |
| only regarding Juanita M. Haywood, and | * | |
| Bettye Lamb on behalf of Chester Lamb; | * | |
| | * | |
| *Cable, Linda M. v. Merck & Co., Inc.;* | * | |
| Docket Number: 2:05-cv-04759; and | * | |
| only regarding Larry V. Haynes, Geneva | * | |
| L. Leamon, Rico Powell, and David J. | * | |
| Winkelman; | * | |
| | * | |
| *Adams, Eva L. v. Merck & Co., Inc.;* | * | |
| Docket Number: 2:05-cv-04326; and | * | |
| only regarding Miranda Baker; | * | |
| | * | |
| | * | |

|  |  |
|---|---|
| | * |
| *Black, Carver v. Merck & Co., Inc.;* Docket Number: 2:05-cv-03802; and only regarding Marilyn Hunt; | * * * |
| | * |
| *Fife, Sam v. Merck & Co., Inc.;* Docket Number: 2:05-cv-06348; and only regarding Barbara Sue Cook; | * * * |
| | * |
| *Harris, Marlene v. Merck & Co., Inc.;* Docket Number: 2:05-cv-02580; and only regarding Sarah Robinson; | * * * |
| | * |
| *Liotto, Barbara v. Merck & Co., Inc.;* Docket Number: 2:05-cv-04323; and only regarding Olena Oliphant and Elenor Williams; | * * * * |
| | * |
| *Pueser, Kathryn v. Merck & Co., Inc.;* Docket Number: 2:05-cv-03806; and only regarding Paul Allen Davolt; | * * * |
| | * |
| *Underwood, Sammy L. v. Merck & Co., Inc.;* Docket Number: 2:05-cv-02571; and only regarding Elizabeth Dawn Grimm; | * * * * |
| | * |
| *Boudreaux, Joan v. Merck & Co., Inc.;* Docket Number: 2:05-cv-04443; and only regarding Frances Palmer; | * * * |
| | * |
| *Davis, Leonce v. Merck & Co., Inc.;* Docket Number: 2:04-cv-02937; | * * |
| | * |
| *Ivers, Deloris v. Merck & Co., Inc.;* Docket Number: 2:05-cv-02946; and only regarding Jill Crabbe on behalf of Donald Riddick. | * * * * |
| | * |
| * * * * * * * * * * * * * * * * | * |

**PROPOSED ORDER TO SHOW CAUSE WHY CASES
SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 27th day of July, 2007, at 2007 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 16th day of July, 2007.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 23rd day of July, 2007.

NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE