UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS | : | MDL Docket No. 1657 |
| LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTIONS AND NOTICES OF MOTIONS FOR VOLUNTARY DISMISSAL AND PROPOSED ORDERS

COMES NOW, Plaintiffs (listed on Exhibit A and attached to this Notice), and file this their Notice of Withdrawal of Plaintiffs' Motions and Notices of Motions for Voluntary Dismissal and Proposed Orders which were previously filed in this Court (see attached Exhibit A).

A copy of this Notice has been forwarded to Defendant's liaison counsel.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs (listed on Exhibit A and attached to this Notice) respectfully request that the Court allow Plaintiffs to withdraw Plaintiffs' Motions and Notices of Motions for Voluntary Dismissal and Proposed Orders (as reflected on Exhibit A attached hereto).

RESPECTFULLY SUBMITTED,

LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-888-6002
361-888-6651 FAX NUMBER

BY:  /s/ Douglas A. Allison
Douglas A. Allison
State Bar No. 01083500
Federal No. 10252

         JACK MODESETT, III, ATTORNEY AT LAW
         500 N. Water Street, Suite 1200
         Corpus Christi, Texas 78471
         TEL: (361) 887-6449

BY:  /s/ Jack Modesett, III
     Jack Modesett III
     State Bar No. 14244337
     Federal ID No.: 13730

## CERTIFICATE OF CONFERENCE

I have conferred with Defendant's liaison counsel and there are no objections to this Notice.

BY:  /s/ Douglas A. Allison
     Douglas A. Allison

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing *Notice of Withdrawal of Plaintiffs' Motions and Notices of Motions for Voluntary Dismissal and Proposed Orders* has been served on liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of June, 2007.

         /s/ Douglas A. Allison
         Douglas A. Allison