| CASE STYLE | DOCKET NO. | DATE MOTION WAS FILED |
|---|---|---|
| *Jesus Avila v. Merck & Co., Inc., et al* | 07-948 | 6-20-07 |
| *Barbara Baxter v. Merck & Co., Inc., et al* | 07-944 | 6-20-07 |
| *Dominga Castro v. Merck & Co., Inc., et al* | 07-912 | 6-20-07 |
| *Emma Cuellar v. Merck & Co., Inc., et al* | 07-934 | 6-20-07 |
| *Josefa R. Garces v. Merck & Co., Inc., et al* | 06-9421 | 6-20-07 |
| *Lucia Gonzalez v. Merck & Co., Inc., et al* | 07-921 | 6-20-07 |
| *Paula Gonzalez v. Merck & Co., Inc., et al* | 06-11128 | 6-20-07 |
| *Estela Guerra v. Merck & Co., Inc., et al* | 07-927 | 6-20-07 |
| *Maria Dolores Herrera v. Merck & Co., Inc., et al* | 07-926 | 6-20-07 |
| *Elma Martinez v. Merck & Co., Inc., et al* | 07-941 | 6-20-07 |
| *Gloria Mascorro v. Merck & Co., Inc., et al* | 07-936 | 6-20-07 |
| *Noemi Guzman Mata v. Merck & Co., Inc., et al* | 07-925 | 6-21-07 |
| *Hortencia Rosalez v. Merck & Co., Inc., et al* | 07-929 | 6-21-07 |
| *Adoralida Salinas v. Merck & Co., Inc., et al* | 06-05601 | 6-21-07 |

# EXHIBIT "A"