UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                           MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION

GERALD D. BARNETT

VERSUS                                                 REF NO. 06-485

MERCK & CO., INC.                                      SECTION: L

## J U D G M E N T

    Considering the Court's Order and Reasons dated August 30, 2006 and the Court's Order & Reasons dated June 5, 2007, as well as the Notice of Plaintiff's Acceptance of Remittitur, dated June 20, 2007, accordingly:

    IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Gerald D. Barnett, and against defendant, Merck & Co., Inc., in the amount of One Million, Six Hundred Thousand and no/100 (1,600,000.00) Dollars, which sum represents Six Hundred Thousand and no/100 ($600,000.00) Dollars in compensatory damages, and One Million and no/100 ($1,000,000.00) Dollars in punitive damages plus legal interest from the date of judgment and costs.

    New Orleans, Louisiana, this  28th  day of June, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE