UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Betty J. Peterson v. Merck & Co., Inc., et al.*, Cause No. 06-6777

## ORDER GRANTING WITHDRAWAL OF COUNSEL

After considering the Motion to Withdraw of Plaintiff Betty J. Peterson's counsel of record, Scott Nabers, Edward Blizzard, Rebecca King, Holly M. Wheeler and Blizzard, McCarthy & Nabers, LLP, and Ken Bailey and Bailey, Perrin & Bailey LLP, the Court

GRANTS the motion to withdraw and orders Scott Nabers, Edward Blizzard, Rebecca King, Holly M. Wheeler and Blizzard, McCarthy & Nabers, LLP, and Ken Bailey and Bailey, Perrin & Bailey LLP, withdrawn as counsel of record for the Plaintiff, Betty J. Peterson.

Signed this _____ day of _____, 2007.

_____
Judge Eldon E. Fallon