UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Betty J. Peterson v. Merck & Co., Inc., et al.,* Cause No. 06-04249

## PLAINTIFF COUNSELS' MOTION TO WITHDRAW AS COUNSEL

Edward Blizzard, Scott Nabers, Rebecca King, Holly M. Wheeler and Blizzard, McCarthy & Nabers, LLP, and Ken Bailey and Bailey, Perrin & Bailey LLP, respectfully move for leave to withdraw as counsel in the matter of Betty J. Peterson ("Peterson").

On June 28, 2007, defendant Merck & Co. ("Merck") moved the court for entry of an order to show cause why certain plaintiffs' claims should not be dismissed with prejudice for failure to complete their Plaintiff Profile Forms. Peterson is among those plaintiffs.

Counsels' office has made multiple unsuccessful attempts to contact Peterson in order to have her complete her Plaintiff Profile Form. Attempted contact by telephone was made on May 4, 2006, January 10, 2007, twice on February 9, 2001, and March 14, 2007. Letters were sent to Peterson on August 1, 2006, August 31, 2006, November 27,

2006, December 14, 2006, December 20, 2006, January 8, 2007, and February 9, 2007. Peterson has failed to respond to counsel's letters, has returned mail from counsel's office, and will not accept telephone calls from counsel. Counsel has advised Plaintiff in writing that Merck has moved to dismiss her claims due to her failure to complete the Plaintiff Profile Form. However, counsel feels Peterson will continue to refuse contact and that it is no longer in the best interests of Peterson that they remain as counsel.

For these reasons, Scott Nabers, Edward Blizzard, Rebecca King, Holly M. Wheeler and Blizzard, McCarthy & Nabers, LLP, and Ken Bailey and Bailey, Perrin & Bailey LLP, respectfully request that they be allowed to withdraw as counsel in the above referenced matter.

Peterson's last known address is 11363 Maple Avenue, Hesperia, CA 92345. Her telephone number is (760) 949-5591.

Should the Court grant this motion and an Order is entered, counsel will promptly make the change in the Case & Party Management feature of LexisNexis File & Serve in compliance with PTO 8(B).

        Respectfully submitted,

        Blizzard, McCarthy & Nabers, LLP

        _____
        Edward Blizzard
        Texas Bar No. 02495000
        J. Scott Nabers
        Texas Bar No. 14769250
        Rebecca King
        Texas Bar No. 24027110
        Holly M. Wheeler
        Texas Bar. No. 24006035
        440 Louisiana, Suite 1710
        Houston, TX 77002
        Telephone: 713.844.3750

                Telecopier: 713.844.3755

**OF COUNSEL:**

Ken Bailey
Bailey Perrin & Bailey, LLP
State Bar No. 01543500
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713.425.7100
Direct Telecopier: 713.425.7249
Main Telecopier: 713.425.7101

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis-Nexis File and Serve Advanced, in accordance with Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 29th day of June, 2007.

_____
Holly M. Wheeler