UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　　　Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Betty J. Peterson v. Merck & Co., Inc., et al.,* Cause No. 06-04249

---

### ORDER GRANTING WITHDRAWAL OF COUNSEL

---

After considering the Motion to Withdraw of Plaintiff Betty J. Peterson's counsel of record, Scott Nabers, Edward Blizzard, Rebecca King, Holly M. Wheeler and Blizzard, McCarthy & Nabers, LLP, and Ken Bailey and Bailey, Perrin & Bailey LLP, the Court

GRANTS the motion to withdraw and orders Scott Nabers, Edward Blizzard, Rebecca King, Holly M. Wheeler and Blizzard, McCarthy & Nabers, LLP, and Ken Bailey and Bailey, Perrin & Bailey LLP, withdrawn as counsel of record for the Plaintiff, Betty J. Peterson.

Signed this _____ day of _____, 2007.

_____
Judge Eldon E. Fallon