UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | *  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  DANIEL E. KNOWLES, III<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * **  *

**THIS DOCUMENT RELATES TO:** *Debra Ann Longenberger v. Merck & Co., Inc.,* **Case No. 05-6369**

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Debra Ann Longenberger be and the same are hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____27th_____ day of _____June_____, 2007.

_____
UNITED STATES DISTRICT JUDGE