UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
Docket No: 07-948

Plaintiff: <u>Jesus Avila</u>

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of the claims of the plaintiff listed above against defendants Merck & Co., Inc., Amerisource, Inc., Bergen Brunswig Drug Company d/b/a Amerisourcebergen and Manual A. Salinas, M.D. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 27th day of June, 2007.

_____
DISTRICT JUDGE

1