UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1657 |
| | : |
| | : SECTION: L |
| | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

........................................................................

**THIS DOCUMENT RELATES TO:**
Civil Action No: 07-2109                    Plaintiff: <u>San Juanita Mares Solis, et al</u>
........................................................................

### JACK MODESETT AND DOUGLAS A. ALLISON'S MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF

Jack Modesett and Douglas A. Allison ask this court to allow them to withdraw as attorneys for Plaintiff in this case.

### INTRODUCTION

1. Plaintiffs are SAN JUANITA MARES LEJIA, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF SANTA ANITA MARES SOLIS (DECEASED) JOSE LERMA, ROBERTO SALDIVAR, PEDRO VILLARREAL, AND JOSE GUADALUPE VILLARREAL . Defendants are  MERCK & CO., INC., AMERISOURCEBERGEN CORPORATION, DONALD VARGAS, M.D. AND HERMAN KEILLOR, M.D.

2. On or about September 27, 2006, Plaintiffs sued Defendants for medical malpractice, negligence, gross negligence, breach of warranty, strict products liability, misrepresentation, and fraud in the 1979th District Court of Cameron County, Texas.

### ARGUMENT AND AUTHORITIES

3. There is good cause for this court to grant this motion to withdraw.  More specifically, Plaintiff's counsels (hereinafter referred to as "Movants") have not been able to get

1

the benefit of cooperation from their client.  In fact, the client has refused (and continues to refuse) to communicate with Movants (and their staff).  Moreover, Plaintiff's counsels, in good faith, cannot recommend the continued assertion of this case in light of evidence that has been discovered since the filing of this suit (upon consideration of the core criteria outlined and entered by this Honorable Court).

4. Movants have attempted to contact their client regarding either voluntarily dismissing his claims in this matter, or allowing Movants to withdraw as his attorneys.  These efforts to contact and communicate with client have be ongoing since on or before May 27, 2007.  Movants have left messages for Plaintiff on May 23, 2007, June 12, 2007, June 26, 2007, June 29, 2007 and July 2, 2007, however, Movants have not received a response from Plaintiff.  Movants have no alternative but to ask this Court to allow them to withdraw as counsel of record.

5. Movants have delivered a copy of this motion to Plaintiff by both certified mail and regular mail.

6. Plaintiff's last known home address and telephone number are 10529 Clark Rd., La Feria, TX 78559, (956) 797-1119 and (956) 778-7195 (respectively).

7. There are no known setting and no known deadlines pending in this case.

8. This withdrawal will not delay these proceedings or unfairly prejudice Plaintiff, or any party to this suit.

## **CONCLUSION**

9. For the reasons set forth above, Movants, Jack Modesett and Douglas A. Allison, ask this court to grant their motion to withdraw as attorneys for Plaintiffs.

Respectfully submitted,

/s/ Douglas A. Allison
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-888-6002
361-888-6651 FAX NUMBER

/s/ Jack Modesett, III
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure via electronic mailing and/or certified U.S. mail, return receipt requested on this the 2nd day of July, 2007.

/s/ Douglas A. Allison
Douglas A. Allison