**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**VIOXX PRODUCTS LIABILITY**          **MULTI DISTRICT**

**VERSUS**                            **NO: 05md1657**

                                      **SECTION: L (3)**

# ATTACHMENT TO DOCUMENT 11566 UNDER SEAL

____Fee_____
____Process_____
X___Dktd_____DO_____
____CtRmDep_____
    Doc.No.____11566__