UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                      *     MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION      *
                                                  *     SECTION: L(3)
                                                  *
                                                  *     JUDGE FALLON
                                                  *     MAG. JUDGE KNOWLES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Considering the Notice of Withdrawal of Plaintiffs' Motions and Notices of Motions for Voluntary Dismissal (Rec. Doc. 11548), IT IS ORDERED that the following motions are DENIED AS MOOT:

1. Jesus Avila's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11418);

2. Barbara Baxter's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11419);

3. Dominga Castro's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11420);

4. Lucia Gonzalez's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11421);

5. Emma Cuellar's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11422);

6. Josefa Garces's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11423);

7. Paula Gonzalez's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11424);

8. Estela Guerra's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11425);

9. Maria Dolores Herrera's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11426);

10. Elma Martinez's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11427);

11. Gloria Mascorro's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11428);

12. Noemi Guzman Mata's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11430);

13. Hortencia Rosalez's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11433);

14. Adoralida Salinas's Motion and Notice of Motion for Voluntary Dismissal (Rec. Doc. 11435).

New Orleans, Louisiana, this  2nd  day of  July , 2007.

_____
UNITED STATES DISTRICT JUDGE