FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 18 PM 1:41

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL Docket No. 1657 |
| | * | |
| | * | Eldon E. Fallon |
| THIS RELATES TO: | * | U.S. District Judge |
| Stone v. Merck and Co., Inc. | * | |
| Civil Action No: 2:06-CV-00973 | * | Daniel E. Knowles, III |
| | * | U.S. District Magistrate Judge |
| | * | |
| | * | Plaintiff: Eleanor R. Stone |

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

1. Plaintiff Eleanor R. Stone files this motion seeking an order to substitute Andrew M. Stone and the Stone Law Firm, LLC as the attorney/firm in charge for Plaintiff in place of Harlan S. Stone, Esq. and Stone & Stone. The address and telephone number for Andrew M. Stone is as follows:

   Andrew M. Stone
   Stone Law Firm, LLC
   1400 Allegheny Building
   429 Forbes Avenue
   Pittsburgh, PA 15219
   Tel: 412-391-2005
   Fax: 412-391-0853
   astone@stone-law-firm.com

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. The substitution of counsel is agreed to and consented to by Plaintiff Eleanor R. Stone.



Fee_____
Process_____
X Dktd_____
  CtRmDep___
  Doc. No.___

WHEREFORE, Plaintiff Eleanor R. Stone respectfully requests that the Court grant this motion along with such other further and different relief as this Court may deem just and proper.

Dated: 6/13/07

Respectfully submitted,

**STONE & STONE**

_____
Harlan S. Stone, Esq.
828 Frick Building
437 Grant Street
Pittsburgh, PA 15219
Tel: 412-391-2005
Fax: 412-3910853

**Withdrawing Attorney-In-Charge
For Plaintiff**

Dated: 6/13/07

Respectfully submitted,

**STONE LAW FIRM, LLC**

_____
Andrew M. Stone, Esq.
1400 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: 412-391-2005
Fax: 412-391-0853

**Substituting Attorney-In-Charge
For Plaintiff**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * | MDL Docket No. 1657 |
| | * | Eldon E. Fallon |
| THIS RELATES TO: | * | U.S. District Judge |
| Stone v. Merck and Co., Inc. | * | |
|     Civil Action No: 2:06-CV-00973 | * * | Daniel E. Knowles, III U.S. District Magistrate Judge |
| | * * | Plaintiff: Eleanor R. Stone |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion To Substitute Counsel** has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-trial Order No. 8(b), and that the foregoing was filed with the Clerk of the United States District Court for the Eastern District of Louisiana on this 14th day of June, 2007.

Andrew M. Stone, Esq.
Pa ID # 35176
Attorney For Plaintiff
STONE LAW FIRM
1400 Allegheny Building
429 Forbes Avenue
Pittsburgh, Pa. 15219
412-391-2005
412-391-0853
astone@stone-law-firm.com