UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 20 AM 6: 47

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * | MDL Docket No. 1657 |
| | * | Eldon E. Fallon |
| THIS RELATES TO: | * | U.S. District Judge |
| Stone v. Merck and Co., Inc. | * | |
| Civil Action No: 2:06-CV-00973 | * | Daniel E. Knowles, III |
| | * | U.S. District Magistrate Judge |
| | * | |
| | * | Plaintiff: Eleanor R. Stone |

## ORDER OF COURT

This 19th day of June, 2007, upon consideration of the foregoing Motion For Substitution Of Counsel, it is hereby ordered that the appearance of Harlan S. Stone, Esq. is withdrawn and the appearance of Andrew M. Stone, Esq. is entered on behalf of the Plaintiff, Eleanor R. Stone. The contact information for Andrew M. Stone, Esq. is as follows:

Andrew M. Stone, Esq.
STONE LAW FIRM
1400 Allegheny Bldg.
429 Forbes Avenue
Pittsburgh, Pa. 15219

Tel: 412-391-2005
Fax: 412-391-0853
astone@stone-law-firm.com

UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____