IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2007 JUN 25 PM 3: 19
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL Docket No. 1657 |
| This document relates to the following: ) ) Stamper, et al. v. Merck & Co., Inc. ) Case No. 2:05--CV—4321 ) Ronnie Bailey v. Merck & Co., Inc. ) Case No 2:05-CV-6156 ) Reva Battles, Administratrix for the Estate ) of Bennie Battles v. Merck & Co., Inc. ) Case No 2:05 -CV- 4321 ) Gerrald Boyd v. Merck & Co., Inc. ) Case No 2:05 -CV- 6529 ) Marcus D. Fitzgerald v. Merck & Co., Inc. ) Case No 2:05 -CV- 6137 ) Jerry Gill v. Merck & Co., Inc. ) Case No 2:05 -CV- 6139 ) Howard Gulley v. Merck & Co., Inc. ) Case No 2:05 -CV- 6508 ) Everett Hack v. Merck & Co., Inc. ) Case No 2:05 -CV- 6528 ) Carolyn Hurt Administratrix for the Estate ) Of Nancy Hampton v. Merck & Co., Inc. ) Case No 2:05 -CV- 6135 ) Anne Happy v. Merck & Co., Inc. ) Case No 2:05 -CV- 6143 ) Linda Horton v. Merck & Co., Inc. ) Case No 2:05 -CV- 6155 ) Helen Hubbard v. Merck & Co., Inc. ) Case No 2:05 -CV- 6142 ) Otis Johnson v. Merck & Co., Inc. ) Case No 2:05 -CV- 6153 ) Wendall G. Johnson v. Merck & Co., Inc. ) Case No 2:05 -CV- 6141 ) Kristie Miller, Administratrix for the Estate ) Of Darrell Long v. Merck & Co., Inc. ) Case No 2:05 -CV- 6523 ) Stanley Long v. Merck & Co., Inc. ) Case No 2:05 -CV- 6510 ) Mary Ann Nolan v. Merck & Co., Inc. ) Case No 2:05 -CV- 6146 ) Roy Puckett, Administrator for the Estate of ) Josephine Puckett v. Merck & Co., Inc. ) Case No 2:06 -CV- 04157 ) | "L" |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

| | |
|---|---|
| Lucille Reed v. Merck & Co., Inc. | ) |
| Case No 2:05 -CV- 6140 | ) |
| Brenda Kay Risner v. Merck & Co., Inc. | ) |
| Case No 2:05 -CV- 6147 | ) |
| Norlena Slone v. Merck & Co., Inc. | ) |
| Case No 2:05 -CV- 6511 | ) |
| Myrtle Suttles v. Merck & Co., Inc. | ) |
| Case No 2:05 -CV- 6132 | ) |
| Kathleen Weinberg v. Merck & Co., Inc. | ) |
| Case No 2:05 -CV- 6136 | ) |
| Joann Wright v. Merck & Co., Inc. | ) |
| Case No 2:05 -CV- 6133 | ) |
| | ) |
| | ) |

## MOTION TO WITHDRAW
## AND
## SUBSTITUTE COUNSEL OF RECORD

TO:   Clerk of United States District Court, Eastern District of Louisiana
      and
      All Counsel Of Record

COMES NOW, Seth J. Johnston, who respectfully files his Motion to Withdraw and Substitute Joe F. Childers of Getty & Childers as Counsel of Records as to the above referenced Plaintiffs. In support of said Motion would show this Honorable Court as follows:

1.   Seth J. Johnston has left the employment of the law firm of Getty & Childers, PLLC.

2.   Joe F. Childers is a partner in the law firm of GETTY & CHILDERS, PLLC and joins Richard A. Getty as co-counsel for the above referenced Plaintiffs.

The pertinent information for Joe F. Childers is as follows:

> GETTY & CHILDERS, PLLC
> 1900 Lexington Financial Center
> 250 West Main Street
> Lexington, Kentucky 40507
> Telephone: (859) 259-1900
> Facsimile: (859) 259-1909
> jchilders@gettychilders.com

FOR THE REASON as outlined above, Seth J. Johnston requests that this Court grant his Motion to Withdraw and Substitute Joe F. Childers as attorney for the above referenced Plaintiffs.

Respectfully submitted:

*/s/ Seth J. Johnston*
SETH J. JOHNSTON

MILLER & WELLS PLLC
300 East Main Street, Suite 360
Lexington, Kentucky 40507
Telephone: (859) 281-0077

**ATTORNEY WITHDRAWING FOR PLAINTIFFS**

*/s/ Joe F. Childers*
JOE F. CHILDERS

GETTY & CHILDERS, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909
jchilders@gettychilders.com

**ATTORNEY SUBSTITUTING FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw and Substitute Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 20 day of June, 2007.

*/s/ Joe F. Childers*
JOE F. CHILDERS

**ATTORNEY SUBSTITUTING FOR PLAINTIFFS**

lacpld0037