IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 27 PM 4: 19

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL Docket No. 1657 |
| This document relates to the following: ) | |
| Stamper, et al. v. Merck & Co., Inc. ) Case No. 2:05--CV---4321 ) | |
| Ronnie Bailey v. Merck & Co., Inc. ) Case No 2:05-CV-6156 ) | |
| Reva Battles, Administratrix for the Estate ) of Bennie Battles v. Merck & Co., Inc. ) Case No 2:05 -CV- 4321 ) | |
| Gerrald Boyd v. Merck & Co., Inc. ) Case No 2:05 -CV- 6529 ) | |
| Marcus D. Fitzgerald v. Merck & Co., Inc. ) Case No 2:05 -CV- 6137 ) | |
| Jerry Gill v. Merck & Co., Inc. ) Case No 2:05 -CV- 6139 ) | |
| Howard Gulley v. Merck & Co., Inc. ) Case No 2:05 -CV- 6508 ) | |
| Everett Hack v. Merck & Co., Inc. ) Case No 2:05 -CV- 6528 ) | |
| Carolyn Hurt Administratrix for the Estate ) Of Nancy Hampton v. Merck & Co., Inc. ) Case No 2:05 -CV- 6135 ) | |
| Anne Happy v. Merck & Co., Inc. ) Case No 2:05 -CV- 6143 ) | |
| Linda Horton v. Merck & Co., Inc. ) Case No 2:05 -CV- 6155 ) | |
| Helen Hubbard v. Merck & Co., Inc. ) Case No 2:05 -CV- 6142 ) | |
| Otis Johnson v. Merck & Co., Inc. ) Case No 2:05 -CV- 6153 ) | |
| Wendall G. Johnson v. Merck & Co., Inc. ) Case No 2:05 -CV- 6141 ) | |
| Kristie Miller, Administratrix for the Estate ) Of Darrell Long v. Merck & Co., Inc. ) Case No 2:05 -CV- 6523 ) | |
| Stanley Long v. Merck & Co., Inc. ) Case No 2:05 -CV- 6510 ) | |
| Mary Ann Nolan v. Merck & Co., Inc. ) Case No 2:05 -CV- 6146 ) | |
| Roy Puckett, Administrator for the Estate of ) Josephine Puckett v. Merck & Co., Inc. ) Case No  2:06 -CV- 04157 ) | |

___ Fee_____
___ Process____
X  Dktd_____
✓  CtRmDep____
___ Doc. No.___

Lucille Reed v. Merck & Co., Inc.  )
Case No 2:05 -CV- 6140  )
Brenda Kay Risner v. Merck & Co., Inc.  )
Case No 2:05 -CV- 6147  )
Norlena Slone v. Merck & Co., Inc.  )
Case No 2:05 -CV- 6511  )
Myrtle Suttles v. Merck & Co., Inc.  )
Case No 2:05 -CV- 6132  )
Kathleen Weinberg v. Merck & Co., Inc.  )
Case No 2:05 -CV- 6136  )
Joann Wright v. Merck & Co., Inc.  )
Case No 2:05 -CV- 6133  )
)
)

## ORDER

IT IS ORDERED that the Motion to Withdraw of Seth Johnston and substitute Joe Childers as Counsel of Record for the above referenced Plaintiffs is GRANTED and said Motion is hereby deemed as filed.

New Orleans, Louisiana, this the 26th day of June, 2007.

Honorable Eldon E. Fallon
United States District Court Judge