UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1657 |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| * * * * * * * * * * * | | |

**SECOND APPLICATION FOR PAYMENT OF FEES
AND EXPENSES OF SPECIAL MASTER AND SPECIAL COUNSEL**

NOW INTO COURT, come Special Master Professor Paul R. Rice, and Brent B. Barriere, appearing herein through Phelps Dunbar LLP, as Special Counsel to the Special Master, and respectfully give notice of their Second Application for Payment of Fees and Expenses incurred by them through June 30, 2007, attached as Exhibit "A." Consistent with this Court's Order of May 21, 2007, interested parties have ten (10) days from the date hereof in which to file objection to either fees or expenses requested. Objections must be in writing, specify the particular services or expenses to which objection is lodged and be served upon the undersigned. In the event no objection is filed and served timely, the Application will be deemed approved, and payment will be disbursed to the Special Master and Special Counsel.

NO.99788257.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  /s/  Brent B. Barriere
     Brent B. Barriere (Bar Roll No. 2818)
     Barbara L. Arras (Bar Roll No. 17908)
     Canal Place
     365 Canal Street • Suite 2000
     New Orleans, Louisiana 70130-6534
     Telephone: (504) 566-1311
     Telecopier: (504) 568-9130

     SPECIAL COUNSEL TO SPECIAL
     MASTER PROFESSOR PAUL RICE

**CERTIFICATE OF SERVICE**

    I do hereby certify that a copy of the foregoing pleading has been served upon all parties by electronically uploading the same in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of July, 2007.

        /s/     Brent B. Barriere

NO.99788257.1