

# PHELPS DUNBAR LLP

— COUNSELORS AT LAW —

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

Vioxx Products Liability Litigation
MDL No: 1657 - Judge Fallon

June 30, 2007
**Invoice Number: 656467**

For Professional Services Rendered Through June 30, 2007

Description Of Matter:   Services Rendered
Special Counsel to Vioxx Special Master

**Our File Number:** 23947-0001

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/14/07 | A. Johnson | Memorandum to Ms. Arras; Create database for privilege logs and upload data; memorandum to Ms. Heater re: need for electronic copy of privilege log for Merck selections | 0.50 | 55.00 |
| 05/16/07 | A. Jordan | Office conference with Ms. Arras and database development re logging special master assessments | 2.50 | 162.50 |
| 05/24/07 | A. Johnson | Preparation of reports on boxes 1, 9, 19, 7 and 8; e-mail to Ms. Heater re: edits and create duplicate check reports | 2.00 | 220.00 |
| 05/24/07 | A. Jordan | Preparation of database for image import re multiple box deliveries | 0.50 | 32.50 |
| 05/25/07 | A. Johnson | Preparation of reports on Boxes 1 and 9; preparation of duplicate check report for Ms. Heater and e-mail to Ms. Heater and Ms. Arras re: same | 1.00 | 110.00 |
| 05/29/07 | A. Jordan | Build endorsed single page image sets for Vioxx 525 and 606 series | 1.50 | 97.50 |
| 06/01/07 | B. Arras | Telephone conference with Mr. | 0.30 | 75.00 |



EXHIBIT

A

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 656467

June 30, 2007
Page Number 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | Munno and Mr. Wittmann; meeting with Ms. Heater about problems with "600" document database | | |
| 06/01/07 | B. Arras | Meeting with Professor Rice and Mr. Barriere re: Mechanics of review of "600" documents selected by Plaintiff Steering Committee (PSC) | 0.30 | 75.00 |
| 06/01/07 | B. Arras | Proof of Special Master Initial Assessment of documents entries in Boxes 3 and 4 and deal with problem documents | 3.50 | 875.00 |
| 06/01/07 | B. Arras | Edit and revise cover letter for boxes 2 and 10; finalize production of Special Master initial assessments for boxes 2 and 10 | 0.30 | 75.00 |
| 06/01/07 | B. Barriere | Review of documents and related materials from Merck | 3.50 | 1,050.00 |
| 06/01/07 | D. Battaglia | Entering Special Master opinions re: privilege log | 4.00 | 140.00 |
| 06/01/07 | L. Rose | Input Special Master's assessment into Concordance database | 3.70 | 518.00 |
| 06/01/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents; resolve discrepancies; enter revisions to Special Master comments / Special Counsel comments | 8.00 | 960.00 |
| 06/01/07 | T. Douglas | Preparation of fee application | 1.00 | 65.00 |
| 06/02/07 | B. Barriere | Review of documents; multiple meetings with Professor Rice to discuss initial assessments with respect to specific documents | 6.00 | 1,800.00 |
| 06/02/07 | D. Battaglia | Entering Special Master opinions re: privilege log | 8.00 | 280.00 |
| 06/02/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual | 8.50 | 1,020.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 656467

June 30, 2007
Page Number 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents; resolve discrepancies; enter revisions to Special Master comments / Special Counsel comments | | |
| 06/02/07 | T. Douglas | Continued review of Special Master comments pertaining to individual documents in various boxes and inputting data into Concordance database | 7.00 | 455.00 |
| 06/04/07 | B. Arras | Dealing with various document entry problems and data base problems | 0.30 | 75.00 |
| 06/04/07 | B. Arras | Proof remaining Special Master assessments in boxes 5 and 6 | 0.80 | 200.00 |
| 06/04/07 | B. Arras | Receipt and review of email from Ms. Heater regarding problems with 76 extra copies on data base but not in boxes; reply from Dechert, cover letter for Special Master assessment in boxes 3 and 4 | 0.80 | 200.00 |
| 06/04/07 | B. Arras | Edit and revise Professor Rice draft Special Master's Opinion on sample documents | 0.50 | 125.00 |
| 06/04/07 | B. Arras | Meeting with Mr. Cohen from Hughes Hubbard regarding Merck response and questions about data issues and documents missing from privilege log | 0.50 | 125.00 |
| 06/04/07 | B. Barriere | Review of multiple boxes; several meetings with Professor Rice re: disputed documents; preliminary review of materials from Merck re: FDA oversight/regulatory issues | 6.00 | 1,800.00 |
| 06/04/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents; resolve discrepancies; enter revisions to | 11.10 | 1,332.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001                                    June 30, 2007
Invoice Number: 656467                                          Page Number 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | Special Master comments / Special Counsel comments (both the initial ten boxes and "The 600") | | |
| 06/04/07 | T. Douglas | Review of Merck documents and inputting determinations made by the Special Master into concordance database | 5.00 | 325.00 |
| 06/05/07 | B. Arras | Drafting letter to Merck specifically requesting payment of next $100,000.00 per D. Wimberly | 0.30 | 75.00 |
| 06/05/07 | B. Arras | Edit and revise draft of Professor Rice's Special Master's opinions on sample documents | 0.20 | 50.00 |
| 06/05/07 | B. Arras | Receipt and review of Merck Appendices to June 5, 2007 brief | 0.50 | 125.00 |
| 06/05/07 | B. Arras | Continuing proof reading data entry documents; recording Professor Rice's and Mr. Barriere's Initial Assessments as to the Merck sample documents and edit cover letter for Mr. Barriere | 4.10 | 1,025.00 |
| 06/05/07 | B. Barriere | Work on document review; multiple meetings with Professor Rice to compare rulings | 8.50 | 2,550.00 |
| 06/05/07 | L. Rose | Input Special Master's assessments into the 600A Concordance database | 6.90 | 966.00 |
| 06/05/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents; resolve discrepancies; enter revisions to Special Master comments / Special Counsel comments (both the initial ten boxes and "The 600") | 9.50 | 1,140.00 |
| 06/05/07 | T. Douglas | Phone call and conversation with Ms. Alysha Jordan, Re: Concordance database error stemming from error in spreadsheet provided by Merck's counsel; | 4.80 | 312.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 656467

June 30, 2007
Page Number 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | Reviewing documents reviewed by Special Master Rice for privilege and inputting data into Concordance database | | |
| 06/06/07 | B. Arras | Edit and revise Professor Rice draft Opinion and Recommendations on sample documents | 0.40 | 100.00 |
| 06/06/07 | B. Arras | Meeting with Professor Rice and Mr. Barriere to discuss protocol for completing Special Master Opinion and review of additional 30,000 or 60,000 documents from Merck | 0.40 | 100.00 |
| 06/06/07 | B. Arras | Proof the data entry for the 600 documents selected by Plaintiff Steering Committee for assessment by Special Master | 2.50 | 625.00 |
| 06/06/07 | B. Arras | Dealing with problems with data entry as to Merck documents | 1.00 | 250.00 |
| 06/06/07 | B. Barriere | Review of boxes of documents designated by PSC; review and comment on most recent draft of opinion; review of Merck written submission; multiple conferences with Professor Rice; conference call with Judge Fallon; telephone conference with Mr. Wittmann | 3.50 | 1,050.00 |
| 06/06/07 | L. Rose | Input Special Master's assessments into Concordance database (600A) | 6.20 | 868.00 |
| 06/06/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents; resolve discrepancies; enter revisions to Special Master comments / Special Counsel comments (both the initial ten boxes and "The 600"); meet with Professor Rice regarding duplicate Bates images contained within the initial ten boxes and "The 600" and resolve discrepancies; enter revisions | 9.30 | 1,116.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001                                      June 30, 2007
Invoice Number: 656467                                          Page Number 6

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/07/07 | B. Arras | Receipt and review of Mr. Wittmann letter advising that Merck has no objection to Judge Higbee permitting Special Master to have a copy of Joanne Lahner's testimony; on camera before Judge Higbee | 0.10 | 25.00 |
| 06/07/07 | B. Arras | Receipt and review Ms. Wimberly's letter and attached revised Joanne Lahner Affidavit and exhibits addressing Merck confidentiality training; forward with email explanation to Professor Rice | 0.40 | 100.00 |
| 06/07/07 | B. Barriere | Review of multiple electronic correspondence/memoranda | 0.50 | 150.00 |
| 06/07/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate Bates number documents; resolve discrepancies; enter revisions to Special Master comments / Special Counsel comments (both the initial ten boxes and "The 600") | 8.80 | 1,056.00 |
| 06/08/07 | B. Arras | Review various correspondence and opinions; draft procedural history of Vioxx Special Master document review | 1.60 | 400.00 |
| 06/08/07 | B. Arras | Final proof of "600"; draft explanatory cover letter, deal with database issues | 1.80 | 450.00 |
| 06/08/07 | N. Heater | Continue review of Special Master comments/Special Counsel comments pertaining to individual documents contained in boxes of Merck records and enter into database; review for duplicate date documents; resolve discrepancies; enter revisions to Special Master comments / Special Counsel comments ("The 600"); final review and meet with Ms. Johnson | 9.00 | 1,080.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001  
Invoice Number: 656467

June 30, 2007  
Page Number 7

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | to finalize The 600 for export | | |
| 06/09/07 | N. Heater | Review Merck responses to first set of Special Master assessments for Boxes 7 and 8 and pull / flag all items / documents designated by Merck for re-evaluation by Special Master | 7.40 | 888.00 |
| 06/11/07 | B. Arras | Drafting Procedural history for Special Master's opinion | 2.30 | 575.00 |
| 06/11/07 | B. Barriere | Document review. | 5.00 | 1,500.00 |
| 06/11/07 | B. Barriere | Meeting with Professor Rice; review of Merck materials; review of revised assessment | 1.50 | 450.00 |
| 06/11/07 | N. Heater | Continue pulling items / documents for review by Professor Rice pertaining to Merck responses; enter revisions into database for Box 1-10 "left-overs" | 7.70 | 924.00 |
| 06/12/07 | B. Arras | Meeting with Mr. Barriere and Professor Rice and telephone conferences with Mr. Herman and Judge Fallon discussing issues regarding Joanne Lahner at Merck; review various attachments | 1.30 | 325.00 |
| 06/12/07 | B. Barriere | Review of revised documents and recommended specific rulings; multiple conferences regarding materials submitted by Merck; review and comment on most recent draft of opinion | 5.50 | 1,650.00 |
| 06/12/07 | N. Heater | Review Merck responses to set of Special Master assessments for Boxes 1 and 9 and pull / flag all items / documents designated by Merck for re-evaluation by Special Master; pull related items for review; prepare correspondence re: "The 600" problem 13 items | 7.60 | 912.00 |
| 06/13/07 | B. Arras | Receipt and review of next set of Merck commentary for Boxes 2 and 10; meeting with Professor Rice and Ms. Heater | 2.10 | 525.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001                                          June 30, 2007
Invoice Number: 656467                                               Page Number 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/13/07 | B. Arras | Edit and revise Procedural History for Special Master's Opinion | 1.70 | 425.00 |
| 06/13/07 | B. Barriere | Meeting with Professor Rice; review and edit of current draft form of opinion | 1.20 | 360.00 |
| 06/13/07 | N. Heater | Continue pulling items / documents for review by Professor Rice pertaining to Merck responses; enter revisions into database; review e-mail from Wheeler re: "The 600" documents (problem 13) | 8.60 | 1,032.00 |
| 06/14/07 | B. Arras | Edit and revise cover letter for last batch of initial assessments | 0.20 | 50.00 |
| 06/14/07 | B. Arras | Proofread over 70 miscellaneous documents contained in sixth and final set of initial assessments | 0.60 | 150.00 |
| 06/14/07 | B. Arras | Extensive edit and revisions to Opinion by Special Master Rice | 1.70 | 425.00 |
| 06/14/07 | B. Barriere | Edits on draft opinion; meeting with Professor Rice; telephone conference with Mr. Cohen | 1.00 | 300.00 |
| 06/14/07 | B. Barriere | Work with Professor Rice; edits to opinion; review of documents subject to reevaluation | 2.20 | 660.00 |
| 06/14/07 | N. Heater | Review Merck responses to set of Special Master assessments for Boxes 2 and 10 and pull / flag all items / documents designated by Merck for re-evaluation by Special Master; finalize "left-over" export (74 items from Boxes 1-10) and prepare correspondence | 8.70 | 1,044.00 |
| 06/15/07 | B. Arras | Edit and revise Professor Rice's Opinion | 1.70 | 425.00 |
| 06/15/07 | B. Barriere | Meeting with Professor Rice re: FDA issue | 0.20 | 60.00 |
| 06/15/07 | B. Barriere | Meeting with Professor Rice re: status of Merck responses | 0.60 | 180.00 |
| 06/15/07 | N. Heater | Review Merck responses to set of Special Master assessments for Boxes 3 and 4 and pull / flag all | 6.10 | 732.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 656467

June 30, 2007
Page Number 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | items / documents designated by Merck for re-evaluation by Special Master; revise assessments per Special Master instructions (selected items) | | |
| 06/18/07 | B. Arras | Edit and revise Special Master Opinion | 2.70 | 675.00 |
| 06/18/07 | B. Arras | Edit and revise Procedural History insert to Special Master's Opinion | 1.10 | 275.00 |
| 06/18/07 | B. Arras | Receipt and review of Merck's document list for boxes 5 and 6 | 0.40 | 100.00 |
| 06/18/07 | B. Arras | Meeting with Professor Rice and Ms. Heater to discuss final opinion format | 0.30 | 75.00 |
| 06/18/07 | B. Barriere | Meeting with Professor Rice; several conferences re: Ms. Lahner's sealed testimony; office conference with Ms. Arras re: opinion insert | 1.00 | 300.00 |
| 06/18/07 | B. Barriere | Work with Professor Rice on review of Merck objections | 1.00 | 300.00 |
| 06/18/07 | N. Heater | Continue entering revisions to Special Master assessments into Special Master Recommendation database; review for discrepancies / errors; continue pulling items for Special Master review from various boxes (submission sets) | 13.00 | 1,560.00 |
| 06/19/07 | B. Arras | Receipt and review of Merck's response to Boxes 5 and 6 Initial Assessments | 0.60 | 150.00 |
| 06/19/07 | B. Barriere | Telephone conference with Professor Rice and Mr. Wittmann | 0.50 | 150.00 |
| 06/19/07 | N. Heater | Continue entering revisions to Special Master assessments into Special Master Recommendation database; review for discrepancies / errors; continue pulling items for Special Master review from various boxes (submission sets) | 9.00 | 1,080.00 |
| 06/20/07 | B. Arras | Meeting with Ms. Heater to plan data entry for Special Master's | 0.50 | 125.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 656467

June 30, 2007
Page Number 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | "Recommendations" and discuss status of Special Master review of all documents in boxes 1-10; study document labeling system | | |
| 06/20/07 | B. Barriere | Meeting re: status of opinion. | 0.20 | 60.00 |
| 06/20/07 | L. Rose | Conference with Ms. Heater regarding input of Special Master recommendations into Concordance database, enter data. | 5.80 | 812.00 |
| 06/20/07 | N. Heater | Continue entering revisions to Special Master assessments into Special Master Recommendation database; review for discrepancies / errors; continue pulling items for Special Master review from various boxes (submission sets) | 7.50 | 900.00 |
| 06/21/07 | B. Arras | Receipt and review of Merck response to Initial Assessments for PSC "600" and Box 10A; review status of data entry; email to Professor Rice | 1.20 | 300.00 |
| 06/21/07 | B. Barriere | Edit and revise most recent version of opinion; review of materials provided by New Jersey court | 1.50 | 450.00 |
| 06/21/07 | L. Rose | Enter Special Master's recommendations into database; conference with Ms. Heater to deliver comments | 5.50 | 770.00 |
| 06/21/07 | N. Heater | Continue entering revisions to Special Master assessments into Special Master Recommendation database; review for discrepancies / errors; continue pulling items for Special Master review from various boxes (submission sets) | 8.60 | 1,032.00 |
| 06/22/07 | B. Arras | Proof read Special Master Final Recommendations Boxes 7 and 8 | 4.10 | 1,025.00 |
| 06/22/07 | L. Rose | Conferences with Ms. Heater; review recommendations and input Special Master's recommendation into Concordance database | 5.70 | 798.00 |
| 06/22/07 | N. Heater | Continue entering revisions to Special Master assessments into | 9.20 | 1,104.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001

June 30, 2007

Invoice Number: 656467

Page Number 11

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | Special Master Recommendation database; review for discrepancies / errors; continue pulling items for Special Master review from various boxes (submission sets); commence identifying and flagging items from The 600 which are being challenged, for Special Master review | | |
| 06/24/07 | B. Arras | Proofing Boxes 1 and 9; study Merck's "Amended" responses in Box 5 and "the 600" | 4.50 | 1,125.00 |
| 06/24/07 | B. Barriere | Meeting with Ms. Arras and Professor Rice; review of transcript of in-camera testimony. | 1.30 | 390.00 |
| 06/24/07 | D. Battaglia | Entering Special Master opinions re: objections to initial assessment | 6.00 | 210.00 |
| 06/24/07 | N. Heater | Continue identification and flagging of items from The 600 which are being challenged, for Special Master review; continue entering revisions to Special Master assessments for challenged documents | 10.50 | 1,260.00 |
| 06/25/07 | B. Arras | Proof documents in Boxes 8, 4 and 2 for data entries; note numerous revisions | 5.50 | 1,375.00 |
| 06/25/07 | J. d'Entremont | Review, proof reading and analysis of draft Special Master's report | 2.00 | 340.00 |
| 06/25/07 | L. Rose | Conferences with Ms. Arras, Ms. Heater and Professor Rice regarding Special Master's recommendations; input Special Master's recommendations into Concordance database | 7.70 | 1,078.00 |
| 06/25/07 | N. Heater | Continue entering revisions to Special Master assessments for challenged documents; bring discrepancies to Special Master for review | 10.50 | 1,260.00 |
| 06/26/07 | B. Arras | Edit and revise Professor Rice Special Master Opinion; pull all correspondence; prepare Appendix | 5.20 | 1,300.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 656467

June 30, 2007
Page Number 12

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | II | | |
| 06/26/07 | B. Barriere | Multiple conferences re: release of opinion | 0.30 | 90.00 |
| 06/26/07 | L. Rose | Conferences with Professor Rice and Ms. Heater regarding Special Master's recommendations; enter Special Master's recommendations into Concordance database | 9.00 | 1,260.00 |
| 06/26/07 | N. Heater | Continue entering revisions to Special Master assessments for challenged documents; bring discrepancies to Special Master for review | 10.80 | 1,296.00 |
| 06/27/07 | B. Arras | Search for all correspondence and emails between parties to produce to court; attempt to identify in camera documents individually; meet with Professor Rice re: Judge Fallon's instructions for producing final opinion | 3.90 | 975.00 |
| 06/27/07 | D. Battaglia | Preparation and review of documents relating to Special Master's recommendations to Judge Fallon; organize and index documents to be attached to recommendations. Gather, organize and photocopy correspondence, e-mail transmissions, orders and all data in support of Special Master's recommendations | 8.00 | 280.00 |
| 06/27/07 | L. Rose | Conferences with Ms. Heater regarding input of Special Master's recommendations for the 600; obtain log and document listings for the various sets; input Special Master's recommendations into Concordance database. | 4.00 | 560.00 |
| 06/27/07 | N. Heater | Continue entering revisions to Special Master assessments for challenged documents; bring discrepancies to Special Master for review | 4.30 | 516.00 |
| 06/28/07 | B. Arras | Telephone conference with Mr. Wittman re: production of final | 0.10 | 25.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 656467

June 30, 2007
Page Number 13

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | recommendations of Special Master | | |
| 06/28/07 | B. Arras | Continue to collect all emails and correspondence; organize appendices | 2.80 | 700.00 |
| 06/28/07 | B. Arras | Meeting with Professor Rice re: outcome of hearing with Judge Fallon and receipt of further information about details of production of voluminous documents to court as Appendix 2 | 0.80 | 200.00 |
| 06/28/07 | B. Arras | Telephone conference with Mr. Cohen re: issues relating to confidentiality of Merck documents to be produced to court | 0.10 | 25.00 |
| 06/28/07 | B. Barriere | Attend hearing/monthly status conference; follow up conference with Professor Rice; review of materials to be disbursed to court and liaison counsel; telephone conference with Mr. Wittmann | 3.50 | 1,050.00 |
| 06/28/07 | C. Richard | Collate exhibits for submission to Court; Preparation of Application for Payment of Fees and Expenses | 0.80 | 80.00 |
| 06/28/07 | D. Battaglia | Preparation and review of documents relating to Special Master's recommendations to Judge Fallon; organize and index documents to be attached to recommendations. Gather, organize and photocopy correspondence, e-mail transmissions, orders and all data in support of Special Master's recommendations | 8.00 | 280.00 |
| 06/28/07 | L. Rose | Enter Special Master's recommendations into Concordance database; conferences with Ms. Heater regarding Special Master's assessments, scan documents and assessments to pdf and e-mail for clarification | 7.50 | 1,050.00 |
| 06/28/07 | N. Heater | Continue entering revisions to Special Master assessments for challenged documents; bring | 11.10 | 1,332.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 656467

June 30, 2007
Page Number 14

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | discrepancies to Special Master for review prior to Special Master departure; download e-mails and attachments sent to Merck interests / received from Merck interests as requested by Judge Fallon for delivery on Monday July 2, 2007 | | |
| 06/29/07 | B. Arras | Assemble documents for Judge Fallon's Appendix II; telephone conference with Professor Rice; proof read data entry for "600" | 5.90 | 1,475.00 |
| 06/29/07 | B. Arras | Edit and revise detailed Index to Appendix II | 1.20 | 300.00 |
| 06/29/07 | B. Arras | Telephone conference with Judge Fallon's clerk regarding details of production | 0.20 | 50.00 |
| 06/29/07 | D. Battaglia | Preparation and review of documents relating to Special Master's recommendations to Judge Fallon; organize and index documents to be attached to recommendations. Gather, organize and photocopy correspondence, e-mail transmissions, orders and all data in support of Special Master's recommendations | 10.00 | 350.00 |
| 06/29/07 | L. Rose | Input Special Master's recommendations into Concordance database; conferences with Ms. Heater; correspond via e-mail with Professor Rice regarding verification of recommendations | 6.00 | 840.00 |
| 06/29/07 | N. Heater | Continue entering revisions to Special Master assessments for challenged documents; e-mail discrepancies / questions to Special Master for review / revision | 9.30 | 1,116.00 |
| 06/30/07 | N. Heater | Continue entering revisions to Special Master assessments for challenged documents; e-mail discrepancies to Special Master for review / revision | 6.70 | 804.00 |

# PHELPS DUNBAR LLP

| Our File Number: 23947-0001 | June 30, 2007 |
|---|---|
| Invoice Number: 656467 | Page Number 15 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| TOTAL FEES | | | $ | 74,485.50 |

### Summary By Timekeeper

| Timekeeper | Hours | Billed Per Hour | | Billed Amount |
|---|---|---|---|---|
| B. Barriere | 54.50 | 300.00 | | 16,350.00 |
| B. Arras | 73.30 | 250.00 | | 18,325.00 |
| J. d'Entremont | 2.00 | 170.00 | | 340.00 |
| T. Douglas | 17.80 | 65.00 | | 1,157.00 |
| C. Richard | 0.80 | 100.00 | | 80.00 |
| N. Heater | 220.80 | 120.00 | | 26,496.00 |
| L. Rose | 68.00 | 140.00 | | 9,520.00 |
| D. Battaglia | 44.00 | 35.00 | | 1,540.00 |
| A. Johnson | 3.50 | 110.00 | | 385.00 |
| A. Jordan | 4.50 | 65.00 | | 292.50 |
| Totals | 489.20 | | $ | 74,485.50 |

Disbursements Through June 30, 2007

| | |
|---|---|
| Courier | 6.00 |
| Online Research Database Charges | 6.08 |
| Photocopies Internal | 1,465.50 |
| Steno Service | 23.56 |
| Telecopy Long Distance | 27.00 |
| Telephone Long Distance | 7.45 |

| TOTAL DISBURSEMENTS | $ | 1,535.59 |
|---|---|---|
| TOTAL FEES AND DISBURSEMENTS | $ | 76,021.09 |

Please include the enclosed Remittance Advice with your payment, and if you are paying any of the past due invoices listed above, please include the Remittance Advice for each of those invoices.

# Time Sheet
# VIOXX LITIGATION
# Paul R. Rice

June, 2007

6/1/07
12:15 PM – 12:45 PM, resolving programming question for opinion
and conflicting results on rulings.
3:00 PM – 4:15 PM, telephone with Wittmann, resolving conflicts,
meeting with Arras and Heater
5:15 PM – 6:00 PM, reading Merck submission
7:15 PM – 9:45 PM, re-examining documents and resolving conflicts          5:00

6/2/07
8:00 AM – 4:00 PM, resolving conflicts and working on opinion
after Merck filing.                                                        8:00

6/3/07
7:30 AM – 11:00 AM, working on opinion                                     3:30

6/4/07
8:15 AM – 9:15 AM, working on opinion
10:00 AM – 12:00 NOON, resolving conflicts
1:45 PM – 3:30 PM, resolving conflicts and working on opinion
6:00 PM – 9:45 PM, reading briefs filed by Merck                           7:30

6/5/07
8:15 AM – 5:15 PM, new documents omitted from first sample
filing, opinion
6:15 PM – 8:15 PM, reading Lahner deposition transcript
8:30 PM – 9:00 PM, reading appendices to Merck filing                      11:30

6/6/07
8:00 AM -   , revising opinion to answer arguments raised in Merck filing,
reviewing additional late filing by Merck, tele. w/ judge's clerk, tele.
with Judge Fallon re future procedures for universe of privilege claims,
deposition of Lahner this month, deposition transcript of Lahner
from New Jersey (under seal).
5:00 PM – 7:00 PM, submission by Merck, conflicts in 600 submissions,
Merck submission, tele. w/Wittmann & Fallon's chambers.                    10:00

6/7/07
5:00 AM – 5:30 AM, editing opinion in transit to Washington

11:15 PM – 11:45 PM, tele w/Wittmann, e-mail filings from Lahner,
e-mail from Russ Herman re sealed testimony, attempt to reach
Barriere                                                                                          :30

6/8/07
8:00 AM – 8:30 AM, telephone with Barriere re Herman letter to Fallon.              :30

6/10/07
8:00 AM – 8:30 AM, telephone with Barrere re Herman letter to Fallon
regarding examination of sealed Lahner deposition                                  1:00

6/11/07
6:15 AM – 7:00 AM, examining Merck's new filings with documents
7:45 AM – 12:00 NOON,
1:15 PM – 5:30 PM,                                                                  9:15

6/12/07
7:45 AM – 12:00 NOON, examining 3d and 4th boxes of contested rulings,
telephone with Cohen, telephone with Herman, telephone with Fallon
1:15 PM – 5:45 PM, completed boxes 3 & 4, telephone with Wittman                    8:45

6/13/07
9:30 AM – 11:00 AM, Boxes 10 & 12
3:45 PM – 8:00 PM,                                                                  5:45

6/14/07
7:30 AM – 11:30 AM, Boxes 10 & 12, tele with Cohen re responsive
redactions being to extensive
12:15 PM – 6:30 PM, reviewing draft of written opinion with Barriere               10:15

6/15/07
7:45 AM – 12:30 PM, Boxes 10 & 2
1:00 PM – 2:45 PM, completed boxes 10 & 2
7:00 PM – 8:00 PM, editing draft of written opinion, reviewing edits of Arras       7:30

6/16/07
7:00 AM – 9:30 AM, Box 3 objections                                                 2:30

6/17/07
7:30 AM – 9:45 AM, Box 3 objections                                                 2:30

6/18/07
6:45 AM – 10:30 AM, draft opinion, setting schedules and work assignments

-2-

6/28/07
7:30 AM – 7:45 AM, correcting data input,
8:00 AM – 12:00 NOON, notes for status call meeting with Fallon
and parties, meeting with Fallon, resolving questions from paralegals,
meeting with Barbara Arras, tele. Charlie Cohen, meeting with Heater.     4:15

6/29/07
7:30 AM – 7:45 AM, resolving question about disposition on 600
sample documents
3:45 PM – 4:00 PM, resolution of 600 problems
5:15 PM – 5:45 PM, telephone with Arras, Barriere, and resolution
of 600 problems                                                          1:00

6/30/07
7:45 AM – 8:45 AM, reviewing additional document Judge Fallon
asked me to look at1
11:00 AM – 11:45 AM, review additional documents
4:00 PM – 4:15 PM, resolving conflicts found by Nancy Heater
4:15 PM – 4:45 PM, review additional documents                           2:30


                    TOTAL HOURS FOR JUNE                          165:15


At the court ordered rate of $600.00 per hour, total billing for June 30, 2007     **$99,150.00**

# EXPENSES
# Vioxx Litigation
# 5/28/07 – 6/7/07

Airfare:

| | | |
|---|---|---|
| Dulles airport to Louis Armstrong Airport, 5/28/07 | $644.79 | |
| Louis Armstrong Airport to National, 6/07/07 | $159.40 | $804.19 |

Cab fares:

| | | |
|---|---|---|
| Bethesda, MD to Dulles Airport | $50.00 | |
| National Airport to Bethesda, MD | $40.00 | |
| | | |
| Airport, New Orleans, LA to Wyndham Hotel | $47.00 | |
| Wyndham Hotal to Airport | $40.00 | $177.00 |

Hotel:

| | | |
|---|---|---|
| Total expenses (including room and breakfast) at Wyndam hotel, plus gratuity for maid) | $1,999.48 | |
| Gratuity for maid | $   10.00 | $2,009.48 |

Food:

5/28/07

| | |
|---|---|
| Dinner, Bambu | $   30.56 |

5/29/07

| | |
|---|---|
| Lunch, Attiki Bar & Grill | $   18.26 |
| Dinner, Attiki Bar & Grill | $   20.38 |

5/30/07

| | |
|---|---|
| Lunch, Napolean House | $   12.70 |
| Dinner, Bambu | $   14.38 |

5/31/07

| | |
|---|---|
| Lunch, Attiki Bar & Grill | $   24.73 |
| Dinner, Riomar | $   56.78 |

6/1/07

| | |
|---|---|
| Breakfast, Johnny's PO-Boy | $   10.57 |
| Lunch, Attiki Bar & Grill | $   10.60 |
| Dinner, Attiki Bar & Grill | $   16.05 |

6/2/07

Lunch, Napoleon House                               $    13.72

6/3/07
Lunch, Napoleon House                               $     9.70
Dinner, Attiki Bar & Grill                          $    25.77

6/4/07
Lunch, Commander's Palace                           $    49.70
Cab to and from                                     $    20.00
Dinner, Fiorella's                                  $    53.00

6/5/07
Dinner, Bambu                                       $    33.24

6/6/07
Lunch, with Barriere & Arras at Palace Café         $    61.31
Dinner, Bambu                                       $    27.34    $508.79

**TOTAL EXPENSES**                                         **$3,499.46**

# EXPENSES
## Vioxx Litigation
## 6/10/07 – 6/20/07

Airfare:
| | | |
|---|---|---|
| Dulles airport to Louis Armstrong Airport, 6/10/07 | $105.90 | |
| Louis Armstrong Airport to National, 6/20/07 | $276.40 | $382.30 |

Cab fares:
| | | |
|---|---|---|
| Bethesda, MD to Dulles Airport | $50.00 | |
| National Airport to Bethesda, MD | $35.00 | |
| Airport, New Orleans, LA to Wyndham Hotel | $35.00 | |
| Wyndham Hotal to Airport | $35.00 | $155.00 |

Hotel:
Total expenses (including room and breakfast) at
Wyndam hotel, plus gratuity for maid)                    $1,501.81

Food:
| 6/10/07 | | |
|---|---|---|
| Dinner, Bambu | $ 20.00 | |
| **6/11/07** | | |
| Lunch, Lidorio Restuarant   (w Barriere & Arras) | $ 46.41 | |
| Dinner, Attiki Bar & Grill | $ 19.85 | |
| **6/12/07** | | |
| Lunch, Attiki Bar & Grill | $ 24.63 | |
| Dinner, Bambu | $ 27.34 | |
| **6/13/07** | | |
| Lunch, Palace Café | $ 29.19 | |
| Dinner, Bambu | $ 27.49 | |
| **6/14/07** | | |
| Lunch, Attiki Bar & Grill | $ 19.35 | |
| Dinner, Attiki Bar & Grill | $ 20.94 | |
| **6/15/07** | | |
| Lunch, Bambu | $ 33.43 | |
| **6/16/07** | | |
| Lunch, Mr. B's Bistro | $ 41.07 | |

Dinner, Attiki Bar & Grill                        $ 25.77

6/17/07
Lunch, Napoleon House Cafe                        $ 13.77
Dinner, Attiki Bar & Grill                        $ 16.92

6/18/07
Dinner, Attiki Bar & Grill                        $ 28.50
                                                                          $ 33.24

6/19/07
Dinner, Mortn's Steakhouse                        $ 95.71      $490.24

                    **TOTAL EXPENSES**                          **2,529.35**

Lunch, Mr. B's Bistro  (with Arras and Barriere)          $ 74.38          $295.46


**TOTAL EXPENSES**          **$1,674.11**

**TOTAL EXPENSES FOR JUNE**          **$7,702.92**