UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
    *Avant, et al. v. Merck & Co., Inc., et al.*, No. 07-900
    *Batiz, et al. v. Merck & Co., Inc., et al.*, No. 07-901
    *Chapman, et al. v. Merck & Co., Inc., et al.*, No. 07-902
    *Coon, et al. v. Merck & Co., Inc., et al.*, No. 07-903
    *Cox, et al. v. Merck & Co., Inc., et al.*, No. 07-904

## ORDER

On March 31, 2007, Plaintiffs' counsel in the above-captioned cases emanating from Nevada filed five separate Motions to Enlarge Time to Effect Service on Individual Defendants (Rec. Docs. 11224, 11225, 11226, 11227, and 11228).  Accordingly, IT IS ORDERED that Merck shall file its response, if any, to these motions within fifteen (15) days.

New Orleans, Louisiana, this  28th  day of  June , 2007.

                                                     */s/ Eldon E. Fallon*
                                              UNITED STATES DISTRICT JUDGE