UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | * | MDL Docket No. 1657 |
| | * | Section: L |
| * * * * * * | * | Judge Fallon |
| | | Magistrate Judge Knowles |
| THIS DOCUMENT RELATES TO: | * | |
| Civil Action No. 06-cv-05540 | * | Plaintiff Thomas L. Beck |

### ORDER

Upon consideration of the Consent Motion to Withdraw and Strike the Appearance of Patrick J. Madigan on Behalf of Thomas L. Beck filed by Plaintiff in the above-captioned matter, it is this 22nd day of June, 2007, hereby ORDERED that the Court withdraw and strike the appearance of Patrick J. Madigan as his Counsel with regard to this matter.

_____
Judge
United States District Court

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____