**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L<br><br>JUDGE FALLON |
| This Document Relates to All Cases | MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the Motion for Leave to File Supplemental Brief in Support of

Motion for a Protective Order by the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the PSC is granted leave of court to file the attached

Supplemental Brief in Support of Motion for a Protective Order .

New Orleans, Louisiana this 27th day of _____June_____, 2007.

_____
Honorable Eldon E. Fallon
U.S. District Judge