UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX® PRODUCTS       :     MDL Docket No. 1657
LIABILITY LITIGATION       :

                                :    SECTION: L

                                :

                                :    JUDGE FALLON

                                :    MAG. JUDGE KNOWLES

.............................................................................

THIS DOCUMENT RELATES TO:
*Divine Garcia v. Merck & Co., Inc., et al*
Docket No: 06-489

.............................................................................

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of the claims of the plaintiff listed above against defendants Merck

& Co., Inc., Amerisourcebergen Drug Corporation and Scott Robinson, M.D. in the above-styled

lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject to the

terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 27th day of       June      , 2007.

_____
DISTRICT JUDGE

1