UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS | : | MDL Docket No. 1657 |
| LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

...................................................................................

THIS DOCUMENT RELATES TO:
*Abdon Gonzalez v. Merck & Co., Inc., et al*
Docket No: 06-345

...................................................................................

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of the claims of the plaintiff listed above against defendants Merck

& Co., Inc., Amerisourcebergen Drug Corporation and Pedro Mcdougal, M.D. in the above-styled

lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject to the

terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 27th day of _____June_____, 2007.

_____
DISTRICT JUDGE

1