# Herman, Herman, Katz & Cotlar

L.L.P.
Attorneys at Law

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892    Facsimile: (504) 561-6024
http://www.hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†

Stephen J. Herman
Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene‡
John S. Creevy
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

This Firm and its Partners Are Also
Partners in Herman, Mathis, Casey,
Kitchens & Gerel, LLP

July 2, 2007

**VIA E-MAIL**

Honorable Eldon E. Fallon
c/o United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

RE:   MDL No. 1657 - Section L
      *In Re:* **Vioxx Products Liability Litigation**

Dear Judge Fallon:

We received correspondence dated June 23, 2007 from *pro se* claimant, Bobby A. Williams. We are passing this on so that the Court and Merck will be advised of updated contact information for this *pro se* claimant.

Sincerely,

LEONARD A. DAVIS

LAD:lmf
Enclosure
cc:   Phillip A. Wittmann, Esq.
      Dorothy Wimberly, Esq.

W:\25000-29999\27115-000\COR LTR Judge Fallon re pro se claimant Bobby A Williams 2007-7-2.wpd

6/23/07

RE: Williams v. Merck & Company
In re: Vioxx Product Litigation
   MDL 1657

Dear Mr Fleeman:
   Please notice plaintiff Williams
change of address as follows:

   Bobby A. Williams
   P.O. Box 7370
   Ann Arbor, MI 48103-7370

Thank you
   /s/ Bobby A. Williams