UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1657 |
| | : |
| | : SECTION: L |
| | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Lillian Murphree v. Merck & Co., Inc., et al*
Docket No: 07-02119

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of the claims of the plaintiffs listed above against Merck & Co., Inc., Amerisourcebergen Drug Corporation and Benjamin Fano, M.D. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this 29th day of June, 2007.

_____
DISTRICT JUDGE

1