UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : | MDL Docket No. 1657 |
| | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

..................................................................

**THIS DOCUMENT RELATES TO:**
Docket No: 06-3359                                   Plaintiff: <u>Ignacio Hernandez</u>

..................................................................

### ORDER

IT IS **ORDERED** that the Second Amended Motion to Withdraw and Substitute the Law Office of Douglas A. Allison as Counsel of Record as to Plaintiff, Ignacio Hernandez is **GRANTED** and that said Second Amended Motion to Withdraw and Substitute the Law Office of Douglas A. Allison as counsel of record is hereby deemed as filed.

New Orleans, Louisiana, this the 29th day of June, 2007.

_____
United States District Court Judge

1