UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE ELDON E. FALLON |
| Joan O'Bryan, now deceased | ) ) | |
| Case No.  2:06-CV-2070 | ) ) | |

**DEFENDANT'S MOTION TO FILE SUPPLEMENTAL AUTHORITY**

Comes now the Defendants, Daska P. Mehta, M.D., Daniel G. Meece, M.D., Center for Arthritis and Osteoporosis, PSC, and Bardstown Internal Medicine, PSC, by and through counsel, and move this Honorable Court to allow them to file Supplemental Authority in support of their Motion for Relief from an Order and Objection to Plaintiff's Motion to Substitute.

As this Court is aware, Plaintiff in the above matter previously moved to substitute parties under Fed. R. Civ. P. 25.  The Motion was ruled on within two (2) days as it was viewed, undoubtedly, by the Court as a simple perfunctory matter.  However, moving Defendants wanted to object to the Motion for Substitution of Parties and have since filed a Motion with this Court for Relief from the Order granting Plaintiff's Motion for Substitution of Parties, and tendered therewith a copy of their proposed argument against the substitution of parties, which was primarily a state substantive law versus federal procedural law argument (also known as an Erie R. Co.  v. Thompkins[1] argument).  Plaintiff filed a response to Defendants' Motion for Relief from the Order

---

[1] 304 U.S. 64 (1938)

1

and the Court has now been put on notice that this matter is ripe for a ruling. However, due to the unique position of this particular case, this matter exists in both MDL 1657 and MDL 1699 as the Plaintiff made claims against both Merck and Pfizer and against these moving Defendants, who are the physicians that allegedly prescribed the Cox-II drugs that are the subject matter of the above MDL courts. Because of this somewhat unique situation, both Courts (this Honorable Court and the MDL 1699 Court presided over by Hon. Charles Breyer in the Northern District of California) have the opportunity to examine the propriety of Plaintiff's Motion for Substitution of Parties.

Judge Charles Breyer has now issued his ruling on this matter and has Denied the Plaintiff's Motion for Substitution of Parties and has Dismissed this Plaintiff's claims residing in MDL 1699 for the failure to abide by a substantive Kentucky law regarding the limitation on substitution of parties as embodied in KRS 395.278. [*See* Order Denying Plaintiff's Motion for Substitution of Parties, filed in MDL 1699 In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, filed July 5, 2007, attached as Exhibit "A".]

The case law for relief from an order suggests that one of the factors to be considered is the likelihood that if the Order is set aside, that the defendant will be able to mount a successful defense. Because this is one of the factors for this Court to consider, these moving Defendants anticipate that this Honorable Court would consider the reasoning of its brethren Court that has considered the exact same argument as before this Court presently.

Therefore, Defendants, Daska P. Mehta, M.D., Daniel G. Meece, M.D., Center for Arthritis and Osteoporosis, PSC, and Bardstown Internal Medicine, PSC, respectfully

2

request that they be allowed to file the additional and supplemental authority that is attached as Exhibit "A" hereto, for aid in the Court's decision regarding the Defendant's Motion for Relief from Order granting Substitution of Parties and Tendered Objection to the Plaintiff's Motion for Substitution of Parties.

                Respectfully submitted,

                LYNN, FULKERSON, NICHOLS & KINKEL, PLLC

                267 West Short Street
                Lexington, Kentucky  40507
                Tel. No. (859) 253-0523

                /s/ David A. Trevey
                MELANIE S. MARRS
                DAVID A. TREVEY (KBA #90535)
                ATTORNEYS FOR DEFENDANTS, DASHKA P. MEHTA M.D., DANIEL G. MEECE, M.D., CENTER FOR OSTEOPOROSIS AND ARTHRITIS, PSC AND BARDSTOWN INTERNAL MEDICINE, PSC

## CERTIFICATE OF SERVICE

        I hereby certify that the above and foregoing Motion for Relief from Order has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and email or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 7th day of July, 2007.


_____/s/ **David A. Trevey**_____
MELANIE S. MARRS
DAVID A. TREVEY (KBA #90535)
LYNN, FULKERSON, NICHOLS & KINKEL, PLLC
267 West Short Street
Lexington, Kentucky  40507
Tel. No. (859) 253-0523

3

ATTORNEYS FOR DEFENDANTS, DASHKA P. MEHTA M.D., DANIEL G. MEECE, M.D., CENTER FOR OSTEOPOROSIS AND ARTHRITIS, PSC AND BARDSTOWN INTERNAL MEDICINE, PSC