**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN re: VIOXX PRODUCTS<br>    LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE ELDON E. FALLON |
| Joan O'Bryan, now deceased | ) ) | |
| Case No.  2:06-CV-2070 | ) ) | |

**ORDER ALLOWING FILING OF SUPPLEMENTAL AUTHORITY**

On Motion of the Defendants, Daska P. Mehta, M.D., Daniel G. Meece, M.D., Center for Arthritis and Osteoporosis, PSC, and Bardstown Internal Medicine, PSC, by and through counsel, and the Court being sufficiently advised;  IT IS HEREBY ORDERED:

1) That the Defendants' Motion to File Supplemental Authority in support of their Motion for Relief from the Court's Order Substituting Parties is hereby GRANTED.

2) That the Clerk of this Court shall file the Order attached as Exhibit "A" to Defendant's Motion as Supplemental Authority from the Honorable Charles Breyer, presiding over MDL 1699 In re Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, for use in the Court's consideration of the Defendant's Motion.

                                                              _____
                                                               Judge Eldon E. Fallon,
                                                                United States District Court
                                                                Eastern District of Louisiana

Tendered by:

Melanie S. Marrs
David A. Trevey (KBA No. 90535)
Lynn, Fulkerson, Nichols & Kinkel
267 West Short Street
Lexington, KY 40507
(859)253-0523