UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JUN 25  PM 12: 11
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Fryer v. Merck & Co., Inc.*, 05-995

## ORDER

The Court is in receipt of the attached "Petition for Motion of Inquiry" from the Plaintiff.

The Court issues this Order to enter the correspondence into the record and to direct Plaintiffs' Liaison Counsel to contact the Plaintiff to inform him of the status of MDL 1657.

New Orleans, Louisiana, this __25th__ day of June, 2007.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Moses B. Fryer
1200 Glenwood Ave., S.E. #707
Atlanta, GA 30316-1951

Russ M. Herman
820 O'Keefe Ave.
New Orleans, LA 70113

Leonard A. Davis
820 O'Keefe Ave.
New Orleans, LA 70113

___ Fee_____
___ Process___
 X  Dktd_____
 ✓  CtRmDep___
___ Doc. No.___