RECEIVED JUN 4 2007 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA.

| | |
|---|---|
| MOSES B. FRYER (PETITIONER) | (MDL NO. 1657): |
| -VS- | * THIS DOCUMENT RELATES TO: |
| MERCK, PLOUGH & SCHERING PHARMACEUTICALS, ET AL. | FRYER-V-MERCK & CO. INC. #05-995 |

## "PETITION FOR MOTION OF INQUIRY."

I, Moses B. Fryer, known herein thus petition, supra and infra as the Petitioner. Thus, supra cited case has truely been on thus Honorable Court Records for a while, I'm not rushing, nor prushing thus court whatsoever.

For I am only inquiring upon the status of thus case, and the U.S. District Court's Judicial, and it's Jural standings hereof.

I, M (Sixty-Seven yrs. old and cannot obtain Legal Representation, due to my set low monthly income of (SSI) due to my disabilites. Thus said case were originally filed in US. District Co/No. Dist. of GA Atlanta, GA. on (Dec. 06, 2004), and I

AM A COMMON LAYMAN And NOT VERSED IN LAW, buT I AM Highly EducATed, And MUST PROTecT My CONSTITUTIONAL RighTs TO THE besT OF My AbiLiTy. I'M ALSO FORWARdiNG Copies OF THUS SAME PROceedings TO THE DEFENdANTS ATTORNEys IN THEIR (New JERSey) OFFice, Via CeRTiFied U.S. MAiL.

I, did NOT Lose My Life As MANy OTHeRs has, buT My PhysiCiANs CAughT My SysTems IN TiMe, WITH (TWO) SuRgeRies AS I've FoRwARded, SuRgeRy Records ANd PhARMACies where GOTTEN My PReSCRipTiONs. AS THUS hONORAbLE CouRT has Copies OF THese SAME MedicAL Recs.

/s/ Moses B, Fryer
Apt 707 Moses B. FRYER PRO Se.
1200 GLEnwOod Ave, SE
ATLANTA, GA. 30316-1951
PH. # 404-635-0952

SWORN & SubsCribed BEFORE ME THIS 1 dAy June          2007

My CoMMisSion ExpiRes

/s/ 12-2010
NOTARy PubLic

## *CERTIFICATE OF SERVICE*

I, MOSES B. FRYER KNOW HEREIN AS THE PETITIONER, AND I DULY SWEAR THAT ALL HEREIN IS THE TRUTH TO VERY BEST OF MY KNOWLEDGE, AND I AM A BORN (U.S.A.) CITIZEN, AND OF LEGAL AGE HEREOF. COPIES OF THUS (PETITION FOR MOTION OF INQUIRY) I'VE ALSO SENT THE TO DEFENDANTS ATTORNEYS TO → HUGHES, HUBBARD & REED, LLP (SUITE 3601) 101 HUDSON ST, JERSEY CITY, NEW JERSEY #07302-3910 VIA CERTIFIED U.S. MAIL & CORRECT ADDRESS. AND ALSO TO THE U.S. DIST. CO. EASTERN DIST. OF LOUISIANA, NEW ORLEANS, LA. #70130

/S/ Moses B. Fryer
Moses B. FRYER, /PRO SE.

SWORN & SUBSCRIBED BEFORE ME THUS 1 DAY OF June
MY COMMISSION EXPIRES 12.

/S/ Willie R. Stephens
NOTARY PUBLIC



Hon. Judge: Eldon C. Fallon, (Court) &
United States District Court
Eastern District of Louisiana
New Orleans, Louisiana # 70130

Moses B. Fryer # (707):
1200 Glenwood Ave, SE
Atlanta, GA 30316-1951