IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 1657 |
| | | Section L |
| This Document Relates To: | ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| 06-10891 | ) | |
| 07-158 | ) | |
| 07-159 | ) | |
| 07-729 | ) | |
| 07-730 | ) | |
| 07-731 | ) | |

## NOTICE OF APPEARANCE

YOU WILL PLEASE TAKE NOTICE that the undersigned hereby files his notice of appearance as counsel of record for the plaintiffs in the above captioned cases.

BOWERS ORR L.L.P.

_[signature]_

JOSEPH E. THOENSEN
SC FED ID #9542
8910 Two Notch Road, Suite 400
Columbia, SC 29223
Telephone: (803) 788-5220
Facsimile: (803) 788-6767
E-Mail: jthoensen@bowersorr.com

June 20, 2007

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX PRODUCTS | ) | MDL No. 1657 |
|       LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| This Document Relates To: | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
|     06-10891 | ) | |
|     07-158 | ) | |
|     07-159 | ) | |
|     07-729 | ) | |
|     07-730 | ) | |
|     07-731 | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Liason Counsel Russ Herman and Phillip Pittman, by US Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order 8(B) and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established by MDL 1657 on this 20th day of June, 2007.

JOSEPH E. THOENSEN
SC FED ID #9542
Attorney for Plaintiffs
Bowers Orr L.L.P.
8910 Two Notch Road, Suite 400
Columbia, SC 29223
Telephone:  (803) 788-5220
Facsimile:   (803) 788-6767
E-Mail:  jthoensen@bowersorr.com

1