## EXHIBIT A TO SUBPOENA FOR PRODUCTION
## OF DOCUMENTS TO LISA RARICK, M.D.

### DEFINITIONS

The following definitions apply to each of the requests for documents set forth

herein and are deemed to be incorporated in each of said requests:

1."DOCUMENT" means paper and electronic writings, drawings, graphs, charts,

photographs, phono-records, and other data compilations from which information can be

obtained and translated through electronic means.  If a DOCUMENT was prepared in

several copies or if additional copies were thereafter made, and if ANY such copies were

not identical or are no longer identical by reason of notation or modification of ANY kind

whatsoever, including notations on the front or back of ANY pages thereof, then EACH

such copy must be produced.  Consistent with the above definition, the term

DOCUMENT shall include, without limitation, any computer-generated, computer-

stored, or otherwise maintained or reproduced COMMUNICATION or representation,

any data compilation in any form, whether composed of letters, words, numbers, pictures,

sounds, bytes, e-mails, electronic signals or impulses, electronic data, active files, deleted

files, file fragments, or any combination thereof.

2.  "MERCK" means Merck & Co., Inc. and ANY of its corporations, businesses,

subsidiaries, divisions, subdivisions, affiliates, predecessors, officers,

directors, employees, representatives, independent contractors, or agents,

including attorneys and accountants.

3.  "YOU," or "YOUR" means YOU and ANY employees, representatives,

independent contractors, or agents, including attorneys and accountants,

within your control.  It also includes Lisa Rarick, M.D and "RAR Consulting, LLC."

4. "PERSON" or "PERSONS" means natural persons, proprietorships, joint ventures, partnerships, corporations, trusts, groups, associations, organizations, governmental agencies, and ALL other entities.

5. "COMMUNICATION" means EVERY manner of transmitting or receiving information, opinions, or thoughts, whether orally, in writing, or otherwise, between two or more PERSONS.

6. "IDENTIFY" with respect to PERSONS, means to give, to the extent known, the PERSON's full name, present or last known address, and when referring to a natural PERSON, additionally, the present or last known place of employment.  Once a PERSON has been identified in accordance with this paragraph, only the name of that PERSON need be listed in response to subsequent discovery requesting the identification of that PERSON.

7. "AND" and "OR" are to be considered conjunctively and disjunctively.  The singular form of a noun or pronoun includes the plural form and vice versa. "OR" is understood to include and encompass "AND."

8. "ANY" is understood to include and encompass "ALL."  The word "ALL" also includes "EACH" and vice versa.

9. "VIOXX" means Vioxx (rofecoxib) in any form, whether tablet, suspension, or otherwise.

10. Reference to a drug by its generic name (e.g., rofecoxib) or its trade name (i.e., VIOXX) means both the active pharmaceutical ingredient (API) and any

and all drug products which contain that API, irrespective of whether or not

such drug product is a "new drug" or "new animal drug," instant release or

extended release or sustained release, or approved or unapproved by FDA,

under the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. 321 et seq. and

any predecessor or non-final derivation of the drug that later became VIOXX.

11. Whenever a reference to a business entity appears, the reference shall mean

the business entity, its affiliated companies, partnerships, divisions,

subdivisions, directors, officers, EMPLOYEES, agents, clients, or other

representatives of affiliated third parties.

12. Use of the phrase "United States Food and Drug Administration," "National

Institutes of Health," or reference to any Federal agency or agencies includes

agencies or divisions of all state and local political subdivisions as well as the

foreign equivalents of Federal, state or local agencies including but not limited

to all foreign governments or agencies thereof including but not limited to the

European Union Committee for Proprietary Medicinal Products (CPMP), the

United Kingdom's Medicines Control Agency (MCA), France, Canada,

Ireland, Australia and Japan.

## INSTRUCTIONS

1.      ALL DOCUMENTS shall be produced that respond to ANY part, clause,

or sentence of ANY paragraph of these requests.

2.      The DOCUMENTS to be produced pursuant to these requests specifically

embrace, in addition to DOCUMENTS within YOUR possession, custody or control,

DOCUMENTS within the possession, custody or control of ANY of YOUR agents,

accountants, representatives or attorneys. Such DOCUMENTS also embrace originals, and identical copies (whether different from the original because of notes made thereon or otherwise) of the DOCUMENTS described in these requests.

3.     YOU shall produce ALL DOCUMENTS in a form which renders the DOCUMENTS susceptible to copying either by photocopy or otherwise.

4.     Requests that are stated in the present tense include the past tense and those in the past tense include the present tense.

5.     Privilege/Redaction Log. If ANY DOCUMENTS are within the scope of ANY request for production but are not being produced or are being produced with portions redacted, pursuant to ANY claim of privilege or confidentiality:

a.   State the nature of the privilege claimed (i.e., attorney-client work product, etc.)

b.   State the name of the PERSON or entity claiming privilege and the name of the attorney, if ANY, with respect to whom the privilege is claimed;

c.   State the facts upon which YOU rely as the basis for claiming ANY privilege as to the specific information or DOCUMENT; and

d.   State the name of such DOCUMENT; identify the type of DOCUMENT (i.e., letter, memo, etc.); set forth the subject matter thereof; IDENTIFY the PERSON who prepared it and EACH PERSON (if ANY) who signed it; IDENTIFY EACH PERSON to whom it was directed, circulated or shown; and IDENTIFY EACH PERSON now in possession of the DOCUMENT. If ANY

DOCUMENT is produced in redacted form, the word "redacted" is to

be placed in the redacted section of the DOCUMENT.

6.     Destruction Log.  In the event that ANY DOCUMENT called for by these

requests has been destroyed or discarded, that DOCUMENT is to be identified by stating:

a.     The nature of the DOCUMENT;

b.     ANY addressor or addressee;

c.     ANY indicated or blind copies;

d.     The DOCUMENT's date, subject matter, number of pages, and

attachments OR appendices;

e.     ALL PERSONS to whom the DOCUMENT was distributed,

shown or explained;

f.     Its date of destruction or discard, manner of destruction or discard;

and

g.     The PERSONS authorizing or carrying out such destruction or

discard.

7.     The following DOCUMENT demand is continuing in nature and in the

event YOU become aware of or acquire additional DOCUMENTS responsive hereto,

such additional DOCUMENTS are to be promptly produced.

8.     If YOU are unable to comply fully with ANY of the specific requests,

YOU shall comply with the extent possible AND provide an explanation as to why full

compliance is not possible.

9.     DOCUMENTS are to be produced in their full and unexpurgated form.

Redacted DOCUMENTS shall not constitute compliance with these requests, unless such

DOCUMENTS are redacted pursuant to ANY claim of privilege as set forth in paragraph 5 above.

10.     Unless otherwise indicated, ALL DOCUMENTS requested pertain to the time period from January 1, 1995 to the present.

11.     A confidentiality order has been entered by in this case by the Honorable Eldon Fallon, Judge of the United States District Court for the Eastern District of Louisiana in the matter of <u>In Re: Vioxx Product Liability Litigation</u>, MDL 1957 (E.D.La). A copy of the confidentiality order is attached hereto.

## <u>DOCUMENTS TO BE PRODUCED</u>

1.     ALL DOCUMENTS concerning communications with any counsel for Merck, including Merck Corporate Counsel and any outside counsel[1] (including the staff of all such attorneys) pertaining any of the following issues

A.     Vioxx;

B.     Vioxx Litigation,

C.     Your role as an expert or consulting witness;

D.     Any expert report issued by you for any Vioxx case (state or Federal)

E.     Your role as an expert in FDA scientific and regulatory issues.

---

[1]   Such Counsel includes but are not limed to attorneys, paralegals, and staff of the following firms or entities: Merck Corporate Counsel, Hughes Hubbard and Reed, LLP, Dechert, LLP, Williams and Connolly, LLP, Bartlett, Beck, Herman, Palenchar & Scott, LLP and any other attorney who represents Merck & Co on Matters relating to Vioxx product liability litigation.

[Please note that this request includes all e-mails, letters, memos, or other recordings concerning Vioxx, Vioxx litigation, your role as an expert witness or consultant or the FDA.]

2.   ALL billing records for consulting and expert work you performed concerning Vioxx, Vioxx product liability litigation and any other Vioxx related matter

3.   All billing records for any consulting work performed for Merck for any non-Vioxx pharmaceutical drug or regulatory matter.

4.   All current or past contracts or agreements with Merck and/or Counsel for Merck related to Vioxx or any other matter

5.   All documents communications about Vioxx, Vioxx product liability litigation, COX-2 inhibitors and NSAIDs with any person including:

      a.)   Any past or present employees of the Unites States Food and Drug Administration (including all interactions with the FDA on Vioxx, Co2-2 inhibitors and NSAIDs while employed at the FDA);

      b.)   Any past or present employees of Merck (including Peter Honig) or any other person in Merck's Regulatory Affairs division;

      c.)   Any other person, including any of Merck's scientific or regulatory consultants.

6.   A copy of each *curriculum vitae* used by Lisa F. Rarick, M.D., from 1990 to the present.

7.    A copy of all billing records related to your expert and consulting work for litigation related matters, including, but not limited to the following drugs, Baycol, Rezulin, Hormone Replacement Therapy (HRT), Phenylproanolamine (PPA), Fenfluramine, Dexfenfluramine, Celebrex, Bextra, Propulsid or any other pharmaceutical drug.

8.    Any and all documents which reflect communications about Vioxx, Cox-2 inhibitors and NSAIDs which came into your possession while at the FDA.

9.    Any and all draft expert reports that refer or relate to Vioxx, including any and all reports you have issued for state or federal litigation.

10.    Any and all brochures, pamphlets, advertisements, and any promotional materials relating to Lisa Rarick, M.D. or RAR Consulting, LLC from 2000 to the present.

11.    All writings, notes and memos that you took relating to your review of Vioxx related materials and information.