# Exhibit A

Exhibit A

Plaintiffs Who Failed To Provide Plaintiff Profile Forms

| Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|
| Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | Whitt, Ver | 12/12/2005 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | Woodall, Letha | 12/12/2005 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK | Mantley, Anthony | 9/12/2006 | 1/16/2007 | 5/4/2007 | 3/8/2007 | 4/9/2007 |
| Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | Johnson, Larry | 7/10/2006 | 5/5/2006 | 3/1/2007 | 3/8/2007 | 4/9/2007 |
| Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | Montgomery, Cherie | 2/18/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | Eppinger, Julia | 4/6/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | Hayes, John | 4/6/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Barnett, Lillian | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Hamton, Raymond | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Hicks, William Lowe | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Matthew, Kathleen | 1/10/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Royster, Wendell | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Stiles, Priscilla | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Ward, Elizabeth Jane | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK | McGinnis, Dorathea** | 9/12/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK | Williams, Merritt | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Black, Carver v. Merck & Co., Inc. | 2:05-cv-03802-EEF-DEK | Sydow, Janet | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | Atkinson, Susan | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |

Exhibit A

## Plaintiffs Who Failed To Provide Plaintiff Profile Forms

| Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|
| Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | Simpson, Larry | 1/10/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | Stroup, Danny | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | Wren, William | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | Ainsworth, Oliver | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | Cover, Bob | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | Davis, Jack | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | Christ, Darrel | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | Richardson, Jimmy | 9/12/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | Scott, Myrtle | 9/12/2006 | 1/16/2007 | 5/4/2007 | 3/8/2007 | 4/9/2007 |
| Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | Collins, Eunice | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | Collins, Lonia | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | Franklin, Nicholas | 5/1/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | Linchey, James | 3/8/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | Mueller, Barbara | 3/8/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | Duenne, Helen | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | Kemp, Betty | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | Clark, John | 2/8/2006 | 1/5/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | Cook, Gary | 2/8/2006 | 8/2/2006 | 3/1/2007 | 3/8/2007 | 4/9/2007 |

Exhibit A

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|
| Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | Vincent, Stephen | 2/8/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | Cross, Richard | 12/5/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | Ellis, Earnestine | 12/5/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | McMorris, Vernida | 12/5/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | Newman, Francis | 12/5/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | ONeal, Eugene | 12/5/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | Santiago, Alfredo | 12/5/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | Carrow, Norman | 5/1/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | Jackson, Paul | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | Pruitt, Costameka | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | Watts, Zola | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK | Cannon, Annette Johnson | 2/18/2006 | 5/5/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK | Solis, Elizabeth | 2/18/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Ganser, Dorothy v. Merck & Co., Inc. | 2:05-cv-05300-EEF-DEK | Ganser, Dorothy | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Ganser, Dorothy v. Merck & Co., Inc. | 2:05-cv-05300-EEF-DEK | Woodward, Terry | 1/10/2006 | 8/2/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Daniels, Clell | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Frank, Mary | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Geiger, Fredrick | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |

Exhibit A

Plaintiffs Who Failed To Provide Plaintiff Profile Forms

| Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|
| Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Monagan, James | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Queen, Mary | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Scott, Elisha | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Wims, Dolores | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | Gustin, Barbara | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | Kent, James | 1/14/2006 | 1/26/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | Nothdurft, David | 12/30/2005 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK | Pebbles, Carla | 12/30/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK | Varvel, Catherine | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK | Lenhardt, Ronald Sr | 1/14/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | Cooper, Sandy | 2/4/2006 | 11/1/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | Goldstein, Richard | 2/4/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | Harris, Ronnie | 2/4/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | McGinnis, Dorathea** | 2/4/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | Mills, Virgie | 2/4/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Hubbard, Norma v. Merck & Co., Inc. | 2:05-cv-03813-EEF-DEK | Spadoni, Barbara | 1/14/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Hubbard, Norma v. Merck & Co., Inc. | 2:05-cv-03813-EEF-DEK | Stock, Paul | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | Clothier, Helen | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |

**Exhibit A**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|
| Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | Cowsert, Betty Jean Dryer Lois | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | Lashley, Nancy | 5/1/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | McDaniels, Etta Lee | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | Shepherd, Betty Jean | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | Walker, Roger | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Jackson, Gloria v. Merck & Co., Inc. | 2:06-cv-01896-EEF-DEK | Gifford, Raymond | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Kell, Virginia v. Merck & Co., Inc. | 2:05-cv-05306-EEF-DEK | Calvert, Terrie | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK | Berry, Joyce | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK | Writer, Charles | 1/10/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Albright, Norma | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Johnlikes, Theodore | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Joyce, Tammy | 5/1/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Ponder, Ella May | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Rhone, Darnell | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Wilhelm, Benjamin | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Wilhelm, Catherine | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | Bowman, Jimmy | 10/15/2006 | 1/24/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | Fincher, Vernon | 10/15/2006 | 1/24/2007 | N/A | 3/8/2007 | 4/9/2007 |

**Exhibit A**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Case Name | Docket Number | Vioxx User / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|
| Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | Jonasen, Mary Jane | 10/15/2006 | 1/24/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | Landman, Ronald | 10/15/2006 | 1/24/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | Snyder, Richard | 10/15/2006 | 1/24/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK | Brewer, Douglas | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK | Walter, Ida | 1/10/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | Jackson, Alonial | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | Kelm, Ron | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | Scott, Alta | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | Eads, Justin | 9/12/2006 | 1/16/2007 | 5/4/2007 | 3/8/2007 | 4/9/2007 |
| Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | McCullough, Tammy | 9/12/2006 | 1/16/2007 | 5/4/2007 | 3/8/2007 | 4/9/2007 |
| Light, Evelyn v. Merck & Co., Inc. | 2:06-cv-00789-EEF-DEK | Gardner, Robert | 5/1/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | Bastress, Paul | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | Ferrari, Barry | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | Waxler, Mary Anne | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Lockett, Renee v. Merck & Co., Inc. | 2:05-cv-03804-EEF-DEK | Trice, Carol Sue | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | Mason, Lora* | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | Mills, Fonda | 9/12/2006 | 1/16/2007 | 5/4/2007 | 3/8/2007 | 4/9/2007 |
| Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | Albright, Rita | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |

**Exhibit A**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|
| Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | Braley, Katherine | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | Dillard, Glenda | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | Dillingham, Leonard | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | Scherer, Opal | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | Treat, Leola | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | Wells, Claude | 1/14/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | Williams, Thelma | 4/7/2006 | 9/28/2006 | N/A | 3/8/2007 | 4/9/2007 |
| McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Carey, Joyce | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Gordon, Paul | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Greer, Donna | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | McRay, Daryl | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Parsons, Dennis | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Scarbrough, James | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Smith, Vestoris | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Stevens, Charles | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Woods, Richard | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK | Dunn, James | 9/19/2006 | 12/14/2006 | N/A | 3/8/2007 | 4/9/2007 |
| McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK | Reddel, Mark | 12/30/2005 | 11/1/2006 | N/A | 3/8/2007 | 4/9/2007 |

Exhibit A

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|
| McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | Lack, Michael | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | Sprouse, Lewis | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | Wilson, Henry | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Means, Clarence v. Merck & Co., Inc. | 2:06-cv-03371-EEF-DEK | Dabbs, Leroy | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Middleton, Barbara v. Merck & Co., Inc. | 2:05-cv-03416-EEF-DEK | Peters, Elaine | 12/30/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Middleton, Barbara v. Merck & Co., Inc. | 2:05-cv-03416-EEF-DEK | Thomas, Benjamin Sr | 1/14/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Miles, Mary v. Merck & Co., Inc. | 2:05-cv-03810-EEF-DEK | Teter, Russel | 1/14/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Miller, Greg B. v. Merck & Co., Inc. | 2:05-cv-05292-EEF-DEK | Wheeler, Virgie | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | Johnson, Vanessa | 12/6/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | Loving, Albert | 12/6/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | Moore, Geraldine | 1/5/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | Stewart, David | 12/6/2005 | 1/26/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK | Waggoner, Gary | 1/10/2006 | 8/2/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK | Daughery, Linda | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK | Hoppers, Bobbette | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | Brislenn, Jeffrey | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | Quallis, Jerry | 9/12/2006 | 1/16/2007 | 5/4/2007 | 3/8/2007 | 4/9/2007 |
| Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | Cardona, Tracy | 6/26/2006 | 1/11/2007 | N/A | 3/8/2007 | 4/9/2007 |

Exhibit A

Plaintiffs Who Failed To Provide Plaintiff Profile Forms

| Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|
| Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | Satterfield, Joann | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | Wood, Paul | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK | Hines, Mary | 9/13/2006 | 12/14/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK | Henry, Melvin | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Robertson, Guy v. Merck & Co., Inc. | 2:05-cv-06058-EEF-DEK | Stibbe, Gary | 2/4/2006 | 11/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK | Jeffries, Leonard | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK | Eggleston, Robert | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK | Horka, Mary | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Romero, Joe v. Merck & Co., Inc. | 2:06-cv-03385-EEF-DEK | Whitelaw, Jacqueline | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Singleton, Gloria v. Merck & Co., Inc. | 2:05-cv-02576-EEF-DEK | Reddel, Mark | 12/30/2005 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Steele, James v. Merck & Co., Inc. | 2:05-cv-05291-EEF-DEK | Steele, James Jr | 4/6/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | Hinds, William | 5/1/2006 | 9/21/2006 | 11/1/2006 | 3/8/2007 | 4/9/2007 |
| Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | Miska, Melissa | 5/1/2006 | 9/21/2006 | 11/1/2006 | 3/8/2007 | 4/9/2007 |
| Stewart, Mary v. Merck & Co., Inc. | 2:05-cv-02575-EEF-DEK | Ring, Vicky | 12/30/2005 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | Connor, David | 4/19/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Swint, Mona v. Merck & Co., Inc. | 2:06-cv-06347-EEF-DEK | Perkins, Betty | 7/1/2006 | N/A | N/A | 3/8/2007 | 4/9/2007 |
| Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | Miller, Shirley | 12/30/2005 | 2/14/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | Wolfe, Sharon | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |

**Exhibit A**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|
| Tiberio, Albert v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | Salamon, Edward | 5/31/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | Bonnett, Etta Spotted War | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | Ince, Charles | 12/15/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | Polk, Arnette | 12/30/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | Rolfsness, Tamasailau | 12/30/2005 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| Wagner, Robyn v. Merck & Co., Inc. | 2:05-cv-03138-EEF-DEK | Wagner, Robyn | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK | Walker, Willie Mae | 1/14/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK | Wolfe, Robert | 1/14/2006 | 11/1/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Zide, Martin v. Merck & Co., Inc. | 2:06-cv-00796-EEF-DEK | Williams, Elizabeth | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | Geary, Larry | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | Smoke, EJ | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | Alderman, Steven | 1/10/2006 | 11/1/2006 | N/A | 3/8/2007 | 4/9/2007 |
| Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | Newcomb, Daniel | 1/10/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | ODoniel, Marcia | 1/10/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |

* Lora Lee Mason is also named as a Plaintiff in Erwin Wusstig v. Merck & Co., Inc. (2:06-cv-06958). Concurrently with the filing of this Rule to Show Cause, Merck is also filing a Rule to Show Cause to dismiss Mason's claims in that action.

** Dorathea McGinnis is named as a plaintiff in both Patty Bird v. Merck & Co. Inc. (2:06-cv-03373) and Ronnie Harris v. Merck & Co., Inc. (2:05-cv-05824)