# Exhibit B

**From:** Riester, Zane
**Sent:** Thursday, March 08, 2007 6:05 PM
**To:** Casey F. Flynn
**Cc:** Sarah Hale; lbean@careydanis.com; Lowe, Jeffrey J.; Poulos, John
**Subject:** RE: Spam:RE: Spam:FW: Outstanding PPFs

Casey -

Attached please find our proposed letter and agreement regarding 30-day extensions for the 400+ plaintiffs I forwarded to you last week. I tried to incorporate the issues you raised during our phone calls and hopefully we can finalize this by early next week. I am also including an updated list of deficient plaintiffs. I removed the plaintiffs listed below and incorporated all plaintiffs into one spreadsheet which is also attached.

Give me a call tomorrow to discuss any concerns.

Thanks again.

Zane



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 8, 2007

VIA TELECOPY AND MAIL

Jeffrey J. Lowe, Esq.
Carey & Danis, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

      Re:      Deficiency Notices for MDL 1657 Vioxx Litigation

Dear Mr. Lowe:

      Pursuant to our discussions over the last week, please allow this letter to serve as our agreement setting a final Plaintiff Profile Form ("PPF") deadline for a large number of defaulting Plaintiffs represented by Jeffrey J. Lowe PC and/or Carey & Danis, LLC who have not yet served a complete and verified Plaintiff Profile Form ("PPFs"), signed and dated Authorizations, and all responsive PPF-related documents, as required by Pre Trial Order No. 18C ("PTO 18C") and Pre Trial Order No. 8B ("PTO 8B").

      As detailed below, all of the Plaintiffs listed in Exhibit A will receive this final thirty (30) day extension. No other extensions will be granted. Exhibit A includes each Plaintiff's name, the case name, the civil action number, and the original PPF due date for each defaulting Plaintiff. All of the Plaintiffs referenced in Exhibit A have received, by letter notice, at least one 20-day extension as required by PTO 18C and many of the PPFs identified in Exhibit A are now more than a year overdue.

      IT IS HEREBY AGREED:

1. Pursuant to the terms of this agreement, each Plaintiff identified in Exhibit A is hereby provided one final extension of thirty (30) days from the above date of this letter to either: (a) serve a complete and verified PPF, signed and dated Authorizations, and all responsive PPF-related medical records and other documents as mandated by PTOs 18C and 8B; or (b) complete and sign a

2

Stipulations, in the form annexed hereto, representing that they have not suffered a cardiovascular event as defined by PTO 18C, and therefore are not obligated by PTO 18C to serve a verified PPF; or (3) complete and sign a Stipulation and Consent Order of dismissal without prejudice in the form annexed hereto.

2. In the event that any Plaintiff identified in Exhibits A fails to serve within 30 days from the date of this letter a verified PPF, signed and dated Authorizations, and all responsive PPF-related documents pursuant to Paragraph 1(a) above, an executed Stipulation pursuant to Paragraph 1(b) above, or a Stipulation and Consent Order of dismissal without prejudice pursuant to Paragraph 1(c) above, Merck will move immediately to dismiss these cases with prejudice, without further warning or notice.

If this accurately sets forth the agreement between Jeffrey J. Lowe PC, Carey & Danis, LLC, and our firm, please sign below where indicated and return same to our office. By signing you will be acknowledging your authority to sign on behalf of each Plaintiff in Exhibit A and on behalf of both Jeffery J. Lowe PC and Carey & Danis, LLC. Thank you for your continued courtesies.

Very truly yours,

John N. Poulos, Esq.

By: _____

JNP/zcr

NY Letter to J. Lowe