# Exhibit C

**CAREY & DANIS, LLC**
ATTORNEYS AT LAW
www.careydanis.com

SUITE 1100 · 8235 FORSYTH BOULEVARD · ST. LOUIS, MISSOURI 63105 · (314) 725-7700 · (800) 721-2519 · FAX: (314) 721-0905

March 12, 2007

**VIA FACSIMILE AND U.S. FIRST CLASS MAIL**

Zane Riester
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910

    Re: Your proposed letter of March 8, 2007

Dear Zane,

    We accept your 30-day extension from March 8, 2007 for those plaintiffs identified in Exhibit A. We do not agree with the terms set forth in paragraph 1 and 2 of your March 8 letter. We will complete the Plaintiff Profile Forms to the best of our ability based on the information we have. Furthermore, we intend to dismiss cases using the form for dismissal you provided. We will do this within the same 30-day time frame.

    As Casey Flynn told you over the phone, we will not agree to any stipulation that a plaintiff's case is not a cardiovascular event as that term is used in Pre-Trial Order 18(c).

                                        Thank You,

                                        Sarah Hale and Casey Flynn

Cc: Jeff Lowe, Casey Flynn, Linda Bean

35709.1

M00EB06580