# Exhibit D



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

**Hughes Hubbard**

A New York Limited Liability Partnership

March 15, 2007

<u>**VIA REGULAR MAIL AND EMAIL**</u>

Casey Flynn, Esq.
Sarah Hale, Esq.
Jeffrey J. Lowe, Esq.
Carey & Danis, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

    Re:   PPF Extensions and Final Deadline

Dear Counsel:

    I am writing to confirm Merck's agreement to provide a thirty (30) day extension beginning on March 8, 2007 for all Plaintiffs to submit their complete and verified PPFs, signed Authorizations, and all responsive PPF-related documents pursuant to Pre Trial Order 18C ("PTO 18C"). (See Exhibit A) In your letter dated March 12, 2007 and in conversations with my colleague Zane Riester you have suggested that you do not have all necessary information to complete many of the PPFs in Exhibit A. If this is indeed the case, please be advised that you have had more than enough time to identify and obtain all relevant information from Plaintiffs in order to submit complete and verified PPFs pursuant to PTO 18C. Moreover, it has been your obligation to acquire this information by the time these PPFs were first due, which in some cases was over a year and a half ago.

    This letter will also confirm your agreement that, as to any Plaintiff who voluntarily dismisses their case, you will complete and sign the Stipulation and Consent Order of Dismissal in the form provided here to within the same thirty (30) day period.

    Additionally, Merck does not understand why you would object to signing the Non-Cardiovascular Event Stipulation ("Non-CV Stipulation") in the form previously provided if many of the Plaintiffs identified in Exhibit A are not claiming to have suffered a cardiovascular event as defined by PTO 18 C ("Cardiovascular Event"). By signing the Non-CV Stipulation , Plaintiff is only representing that he or she has not suffered a cardiovascular event *at this time*. The Non-CV Stipulation, annexed to Merck's March 8, 2007 letter, eliminates the concern expressed by Mr. Flynn with regard to not wanting to stipulate to something that may occur in the future. Please be aware, however, that for all Plaintiffs who do not provide this

M0C0816935

2

representation, Merck can only assume, based on the allegations in their individual complaints, that these Plaintiffs have suffered a Cardiovascular Event and therefore each Plaintiff will be providing a PPF, signed Authorizations, and all responsive PPF related documents within the thirty (30) day extension period.

Accordingly, please be advised that Merck will move to dismiss the claims of any Plaintiff with respect to whom you have not, within the thirty (30 ) day extension period, either: (a) served a complete and verified PPF, signed authorizations, and all responsive PPF related documents; (b) completed and signed the Non-CV Stipulation; or (3) completed and signed a Stipulation and Consent Order of dismissal without prejudice.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

John N. Poulos

JNP/soa

Enclosure

M0DC81693B

**Exhibit A**

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Abbott, Theresa | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Abdelbary, Hassan | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK | 9/12/06 |
| Abernathy, Barbara | Douglas, Earlie v. Merck & Co., Inc. | 2:05-cv-05308-EEF-DEK | 1/10/06 |
| Adams, Laverna | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK | 5/1/06 |
| Ainsworth, Oliver | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | 9/12/06 |
| Akin, Linda | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Albright, Norma | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Albright, Rita | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Alderman, Steven | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Allen, Ralph | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK | 1/10/06 |
| Ammons, Sylzia | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | 9/12/06 |
| Anderson, Carol | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Anderson, Sandra | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Andrews, Martha | Likins, George v. Merck & Co., Inc. | 2:06-cv-00787-EEF-DEK | 5/1/06 |
| Angel, Lash | Angel, Lash v. Merck & Co., Inc. | 2:05-cv-06386-EEF-DEK | 2/19/06 |
| Arthur, Billie Jo | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK | 9/19/06 |
| Atkinson, Susan | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | 4/6/06 |
| Avers, Doris | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | 5/1/06 |
| Ballard, Marcella | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | 9/12/06 |
| Ballard, Marcella | Womack, Larry v. Merck & Co., Inc. | 2:06-cv-06653-EEF-DEK | 12/12/06 |
| Banks, Charlie | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Barbar, Bertha | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Barnett, Lillian | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Bastress, Paul | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |

M00C816937

**Exhibit A**

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Berry, Joyce | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK | 4/6/06 |
| Beshears, Mildred | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Bess, Letty | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Blake, Jim | Montgomery, Ronald v. Merck & Co., Inc. | 2:06-cv-03374-EEF-DEK | 9/12/06 |
| Blake, Joan | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | 9/12/06 |
| Bledsoe Bass, Mary | Butler, Charlesetta v. Merck & Co., Inc. | 2:05-cv-03817-EEF-DEK | 11/15/05 |
| Bohizic, Mary | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Bonnett, Etta Spotted War | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | 1/10/06 |
| Boswell, Mattie | Boswell, Mattie v. Merck & Co., Inc. | 2:05-cv-06389-EEF-DEK | 2/19/06 |
| Bourassa, Ernest | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK | 9/27/06 |
| Bowling, Amos | Copeland, Vanita v. Merck & Co., Inc. | 2:05-cv-06349-EEF-DEK | 2/18/06 |
| Bowman, Jimmy | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Boyer, Alfred | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| Braley, Katherine | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Brazee, Cynthia | Ricketts, Tom v. Merck & Co., Inc. | 2:06-cv-02153-EEF-DEK | 7/8/06 |
| Brazzon, Robb | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | 9/12/06 |
| Brewer, Douglas | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK | 3/6/06 |
| Brislenn, Jeffrey | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | 9/12/06 |
| Brown, Lorraine | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Burns, Julie | Burns, Julie v. Merck & Co., Inc. | 2:05-cv-04146-EEF-DEK | 11/15/05 |
| Burton, Lois | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | 7/10/06 |
| Calvert, Terrie | Kell, Virginia v. Merck & Co., Inc. | 2:05-cv-05306-EEF-DEK | 1/10/06 |
| Campbell, Shirley | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Campbell, Wilma | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |

M00C816938

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Cannon, Annette Johnson | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK | 2/18/06 |
| Cannon, Derrick | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Cardona, Tracy | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | 6/26/06 |
| Carey, Joyce | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Carmichael, Frank | Douglas, Earlie v. Merck & Co., Inc. | 2:05-cv-05308-EEF-DEK | 1/10/06 |
| Carrow, Norman | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Castleberry, Cynthia | Montgomery, Ronald v. Merck & Co., Inc. | 2:06-cv-03374-EEF-DEK | 9/12/06 |
| Charles, David | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK | 11/15/05 |
| Chastain, Sherry | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK | 1/10/06 |
| Chavis, Maricelle | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | 4/19/06 |
| Christ, Darrel | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | 9/12/06 |
| Ciavarella, Catherine | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Claar, Alden | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Clark, John | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | 2/8/06 |
| Cline, Nick | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | 9/12/06 |
| Clothier, Helen | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Cloy, Robert | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Cochran, Robert | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Cocoran, Dorothy | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Coleman, Katheryn | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Collins, Eunice | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | 5/1/06 |
| Collins, Lonia | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | 5/1/06 |
| Connor, David | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | 4/19/06 |
| Cook, Gary | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | 2/8/06 |

M00C816939

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Cook, Katherine | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Cook, Love | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK | 9/19/06 |
| Cook, Nina | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | 5/1/06 |
| Cooper, Jerry | Angel, Lash v. Merck & Co., Inc. | 2:05-cv-06386-EEF-DEK | 2/19/06 |
| Cooper, Marie | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | 7/10/06 |
| Cooper, Sandy | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| Copeland, Thelma | Kell, Virginia v. Merck & Co., Inc. | 2:05-cv-05306-EEF-DEK | 1/10/06 |
| Council, Lisa | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Cover, Bob | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | 9/12/06 |
| Cowsert, Betty Jean Dryer Lois | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Crank, Charlotte | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | 9/12/06 |
| Cross, Richard | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Crum, Gerald | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | 9/12/06 |
| Curtis, Russel | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Dabbs, Leroy | Means, Clarence v. Merck & Co., Inc. | 2:06-cv-03371-EEF-DEK | 9/12/06 |
| Daniels, Clell | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Daughery, Linda | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK | 1/10/06 |
| Davis, Jack | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | 9/12/06 |
| Dawson, Tyrone | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | 5/1/06 |
| Delaney, Jeremiah | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | 9/12/06 |
| Desrosier, Aleah | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Dillard, Glenda | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Dillingham, Leonard | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Dorrell, Stacy | Horn, Dennis v. Merck & Co., Inc. | 2:06-cv-03367-EEF-DEK | 9/12/06 |

MDOC81694O

**Exhibit A**

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Dotson, Curtis | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | 5/1/06 |
| Douglas, Lonnie | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | 2/8/06 |
| Dowell, Otis | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Drury, Patsy | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | 5/1/06 |
| Dryden, William | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Dudley, James | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Duenne, Helen | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | 5/1/06 |
| Dunn, James | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK | 9/19/06 |
| Eads, Justin | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | 9/12/06 |
| Edwards, Constance | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK | 1/10/06 |
| Eggleston, Robert | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK | 9/12/06 |
| Elder, Michael | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Ellis, Earnestine | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| England, Elaine | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK | 9/12/06 |
| Eppinger, Julia | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | 4/6/06 |
| Ervin, Clarence | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Esser, Ruth | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | 1/10/06 |
| Ezell, Glendia | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | 5/1/06 |
| Ferrari, Barry | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Ferrario, Joann | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | 5/1/06 |
| Fincher, Vernon | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Fitzgerald, John R | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Frank, Mary | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Franklin, Nicholas | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | 5/1/06 |

M00C8I6941

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Frazier, Deloris | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | 5/1/06 |
| Freeman, Roy | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Ganser, Dorothy | Ganser, Dorothy v. Merck & Co., Inc. | 2:05-cv-05300-EEF-DEK | 1/10/06 |
| Gardner, Robert | Light, Evelyn v. Merck & Co., Inc. | 2:06-cv-00789-EEF-DEK | 5/1/06 |
| Geary, Larry | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Geiger, Fredrick | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Gifford, Raymond | Jackson, Gloria v. Merck & Co., Inc. | 2:06-cv-01896-EEF-DEK | 6/26/06 |
| Godden, Ronald II | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Goldstein, Richard | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| Gordon, Paul | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Grable, Doris | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Graham, Marjorie | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Greear, Mary | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | 1/11/06 |
| Green, Kenneth | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Greer, Donna | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Griffith, Shirley | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK | 9/27/06 |
| Grinder, Diana | Middleton, Barbara v. Merck & Co., Inc. | 2:05-cv-03416-EEF-DEK | 12/30/05 |
| Groling, Orin | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Guerra, Andres | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Gustin, Barbara | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | 5/1/06 |
| Hagler, Charles | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | 1/14/06 |
| Haley, Waunita | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Hallman, Martha | Hallman, Martha v. Merck & Co., Inc. | 2:05-cv-06388-EEF-DEK | 2/19/06 |
| Hamilton, Francis | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |

M00C816942

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Hamm, Melinda | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | 1/10/06 |
| Hamton, Raymond | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Hargis, Lonnie | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK | 3/6/06 |
| Harris, Chester | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Harris, Ronnie | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| Haskin, Lucille | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Hayes, John | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | 4/6/06 |
| Haywood, Dorothy | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | 2/18/06 |
| Henbest, Eugene | Curtis, Russell v. Merck & Co., Inc. | 2:06-cv-06735-EEF-DEK | 3/8/06 |
| Henry, Fred | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | 4/19/06 |
| Henry, Melvin | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK | 9/12/06 |
| Hicks, William Lowe | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Higgins, Hugh L | Kassing, Dorothy v. Merck & Co., Inc. | 2:05-cv-05303-EEF-DEK | 1/10/06 |
| Hill, Robert M | Ball, William v. Merck & Co., Inc. | 2:05-cv-04131-EEF-DEK | 12/29/05 |
| Hinds, William | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | 5/1/06 |
| Hines, Mary | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK | 9/13/06 |
| Holley, Shawn | Ball, William v. Merck & Co., Inc. | 2:05-cv-04131-EEF-DEK | 12/29/05 |
| Hoover, Sharon | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | 4/6/06 |
| Hoppers, Bobbette | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK | 1/10/06 |
| Horka, Mary | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK | 9/12/06 |
| Houser, Candice | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK | 5/1/06 |
| Howard, Mary | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Howen, Daniel T | Ball, William v. Merck & Co., Inc. | 2:05-cv-04131-EEF-DEK | 12/29/05 |
| Hubbell, Wanda | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |

M00C816943

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Hunter, Gregory | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK | 9/27/06 |
| Hutcheson, Deborah | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Ince, Charles | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | 12/15/05 |
| Irwin, Michelle | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK | 5/1/06 |
| Jackman, Richard | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Jackson, Alonial | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | 6/26/06 |
| Jackson, Paul | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| James, Ed | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK | 9/27/06 |
| Jeffries, Leonard | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK | 4/6/06 |
| Jeter, Crosby | Tiberio, Albert v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | 5/31/06 |
| Johnlikes, Theodore | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Johnson, Larry | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | 7/10/06 |
| Johnson, Mackie | Likins, George v. Merck & Co., Inc. | 2:06-cv-00787-EEF-DEK | 5/1/06 |
| Johnson, Vanessa | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | 12/6/05 |
| Jonasen, Mary Jane | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Jones, Velma | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Joyce, Tammy | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Kaeser, Ralph | Light, Evelyn v. Merck & Co., Inc. | 2:06-cv-00789-EEF-DEK | 5/1/06 |
| Keating, Vicki | Copeland, Vanita v. Merck & Co., Inc. | 2:05-cv-06349-EEF-DEK | 2/18/06 |
| Kell, Virginia | Kell, Virginia v. Merck & Co., Inc. | 2:05-cv-05306-EEF-DEK | 1/10/06 |
| Kelm, Ron | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | 6/26/06 |
| Kemp, Betty | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | 5/1/06 |
| Kent, James | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | 1/14/06 |
| Key, Delores | Angel, Lash v. Merck & Co., Inc. | 2:05-cv-06386-EEF-DEK | 2/19/06 |

M00C816944

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Kiehl, Dorothy | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Klubek, Frank | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Kobeck, Mildred | Boswell, Mattie v. Merck & Co., Inc. | 2:05-cv-06389-EEF-DEK | 2/19/06 |
| Koenig, John | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | 9/12/06 |
| Kubisiak, Janet | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK | 9/12/06 |
| Kuhn, Cathleen | Kassing, Dorothy v. Merck & Co., Inc. | 2:05-cv-05303-EEF-DEK | 1/10/06 |
| Lack, Michael | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Lacy, Kelly | Angel, Lash v. Merck & Co., Inc. | 2:05-cv-06386-EEF-DEK | 2/19/06 |
| Lample, Samuel | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Landman, Ronald | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Lashley, Nancy | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Layman, Robert | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | 9/12/06 |
| Lemons, Faith | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK | 9/27/06 |
| Lenhardt, Ronald Sr | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK | 1/14/06 |
| Levi, Janelyn | Romero, Joe v. Merck & Co., Inc. | 2:06-cv-03385-EEF-DEK | 9/12/06 |
| Lewis, AD | Angel, Lash v. Merck & Co., Inc. | 2:05-cv-06386-EEF-DEK | 2/19/06 |
| Lewis, Anthony | Allen, John v. Merck & Co., Inc. | 2:05-cv-05294-EEF-DEK | 1/10/06 |
| Lichtenberg, Philip | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | 5/1/06 |
| Liddell, Pamela | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Likins, George | Likins, George v. Merck & Co., Inc. | 2:06-cv-00787-EEF-DEK | 5/1/06 |
| Linchey, James | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Logan, Janice | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | 5/1/06 |
| Love, Sharon | Womack, Larry v. Merck & Co., Inc. | 2:06-cv-06653-EEF-DEK | 12/12/06 |
| Loving, Albert | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | 12/6/05 |

M00C816945

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Lowrance, Eva | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Loyd, Mateel Alice | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Luckett, Ann | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | 5/1/06 |
| Lumley, Clarence | Tiberio, Albert v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | 5/31/06 |
| Maclin, Thelma | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Malecki, Peggy | Allen, John v. Merck & Co., Inc. | 2:05-cv-05294-EEF-DEK | 1/10/06 |
| Malizia, Vincent | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Manasco, Charles | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Mantley, Anthony | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK | 9/12/06 |
| Marbry, Terry | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK | 12/30/05 |
| Martin, Billie | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | 6/26/06 |
| Martin, Royce | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Mason, Lora | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | 9/12/06 |
| Mason, Thomas | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Matthew, Kathleen | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| May, Gail | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | 5/1/06 |
| McCarthy, Elizbeth | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| McCauley, John | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | 9/12/06 |
| McCullough, Lynn | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| McCullough, Tammy | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | 9/12/06 |
| McDaniels, Etta Lee | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Mcginn, William | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| McGinnis, Dorathea | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| McGinnis, Dorathea | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK | 9/12/06 |

M00C8169946

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| McGregor, Ellen | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| McKibben, Judy | Douglas, Earlie v. Merck & Co., Inc. | 2:05-cv-05308-EEF-DEK | 1/10/06 |
| McKiven, Sharon | Dochsteiner, Walter v. Merck & Co., Inc. | 2:05-cv-02930-EEF-DEK | 4/7/06 |
| McMain, Mary | Dochsteiner, Walter v. Merck & Co., Inc. | 2:05-cv-02930-EEF-DEK | 4/7/06 |
| McMorris, Vernida | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| McRay, Daryl | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Mead, Herman | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Medve, Joseph | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Metcalf, Vernon | Womack, Larry v. Merck & Co., Inc. | 2:06-cv-06653-EEF-DEK | 12/12/06 |
| Metcalf, Willie | Womack, Larry v. Merck & Co., Inc. | 2:06-cv-06653-EEF-DEK | 12/12/06 |
| Mifflin, Cheryl | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK | 5/1/06 |
| Miller, Josephine | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Miller, Michael | Price, Ella v. Merck & Co., Inc. | 2:05-cv-03852-EEF-DEK | 12/30/05 |
| Miller, Robert | Womack, Larry v. Merck & Co., Inc. | 2:06-cv-06653-EEF-DEK | 12/12/06 |
| Miller, Shirley | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | 12/30/05 |
| Miller, Wallace | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Mills, Fonda | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | 9/12/06 |
| Mills, Virgie | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| Miska, Melissa | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | 5/1/06 |
| Monagan, James | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Montano, Elvin | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK | 2/18/06 |
| Montgomery, Cherie | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | 2/18/06 |
| Moore, Geraldine | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | 1/5/06 |
| Moore, Nicole | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |

M00C816947

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Moore, Ruth | Kell, Virginia v. Merck & Co., Inc. | 2:05-cv-05306-EEF-DEK | 1/10/06 |
| Moorman, Orrell | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Morton, Lee | Horn, Dennis v. Merck & Co., Inc. | 2:06-cv-03367-EEF-DEK | 9/12/06 |
| Mosely, Jessie | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK | 9/27/06 |
| Moses, Ted | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | 6/26/06 |
| Mueller, Barbara | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Neece, Michael | Allen, John v. Merck & Co., Inc. | 2:05-cv-05294-EEF-DEK | 1/10/06 |
| Neff, Dorothy | Douglas, Earlie v. Merck & Co., Inc. | 2:05-cv-05308-EEF-DEK | 1/10/06 |
| Nelson, Larris | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK | 9/12/06 |
| Nerbonne, Raymond | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Nesbitt, Bertha | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK | 4/7/06 |
| Newcomb, Daniel | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Newman, Francis | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Newman, Williard | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Newport, Annette | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | 12/30/05 |
| Newson, Lillie | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | 6/26/06 |
| Norman, Tommia | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Nothdurft, David | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | 4/7/06 |
| Novack, Stuart | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | 5/1/06 |
| Noyes, Michael | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK | 4/7/06 |
| Nunn, Phillip | Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK | 12/30/05 |
| OBannon, Barbara | OBannon, Barbara v. Merck & Co., Inc. | 2:05-cv-03809-EEF-DEK | 12/30/05 |
| Obst, Lawrence | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | 12/30/05 |
| OConnor, Elizabeth | McDaniel, Jeffrey v. Merck & Co., Inc. | 2:05-cv-03811-EEF-DEK | 12/30/05 |

M0DC816948

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| ODoniel, Marcia | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Olsted, Mary | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| ONeal, Eugene | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Orange, Anna | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Orock, Patty | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Parsons, Dennis | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Pearson, Mary | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | 12/30/05 |
| Pebbles, Carla | Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK | 12/30/05 |
| Periman, Pauline | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | 4/7/06 |
| Perkins, Betty | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK | 7/1/06 |
| Perkins, Lois | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | 4/7/06 |
| Peters, David | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Peters, Elaine | Middleton, Barbara v. Merck & Co., Inc. | 2:05-cv-03416-EEF-DEK | 12/30/05 |
| Pinter, Raymond | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | 1/10/06 |
| Pippin, Robert | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK | 4/7/06 |
| Poe, Dorris | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK | 5/1/06 |
| Polk, Arnette | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | 12/30/05 |
| Ponder, Ella May | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Powell, Alberta | Jackson, Gloria v. Merck & Co., Inc. | 2:06-cv-01896-EEF-DEK | 6/26/06 |
| Powell, Martha | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Prescott, Willie | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Provines, Marilyn | Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK | 12/30/05 |
| Pruitt, Costameka | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Quallis, Jerry | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | 9/12/06 |

M00C81694I

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Queen, Mary | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Ramsay, William | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Raper, Sharon K | Underwood, Sammy L. v. Merck & Co., Inc. | 2:05-cv-02571-EEF-DEK | 12/30/05 |
| Reddel, Mark | Singleton, Gloria v. Merck & Co., Inc. | 2:05-cv-02576-EEF-DEK | 12/30/05 |
| Reddel, Mark | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK | 12/30/05 |
| Rhoades, Carolene | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Rhone, Darnell | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Rhone, Stella | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Rice, Richard | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Richards, Wanda | Andrews, Vernon v. Merck & Co., Inc. | 2:05-cv-02569-EEF-DEK | 4/7/06 |
| Richardson, Elizabeth | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | 9/12/06 |
| Richardson, Jimmy | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | 9/12/06 |
| Riggins, Barbara | Middleton, Barbara v. Merck & Co., Inc. | 2:05-cv-03416-EEF-DEK | 4/7/06 |
| Ring, Vicky | Stewart, Mary v. Merck & Co., Inc. | 2:05-cv-02575-EEF-DEK | 12/30/05 |
| Roark, Linda | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | 9/12/06 |
| Robertson, Carol | Likins, George v. Merck & Co., Inc. | 2:06-cv-00787-EEF-DEK | 5/1/06 |
| Rogers, Irene | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK | 4/7/06 |
| Rolfsness, Tamasailau | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | 4/7/06 |
| Rolland, Mae | Molder, Margaret v. Merck & Co., Inc. | 2:05-cv-02929-EEF-DEK | 12/30/05 |
| Romero, Joe | Romero, Joe v. Merck & Co., Inc. | 2:06-cv-03385-EEF-DEK | 9/12/06 |
| Romines, Shirley | Molder, Margaret v. Merck & Co., Inc. | 2:05-cv-02929-EEF-DEK | 12/30/05 |
| Ross, Sharon | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Royster, Wendell | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Ryan, Debra Gibson | Douglas, Earlie v. Merck & Co., Inc. | 2:05-cv-05308-EEF-DEK | 1/10/06 |

M0DC816950

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Sabat, John | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Salamon, Edward | Tiberio, Albert v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | 5/31/06 |
| Santiago, Alfredo | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Satterfield, Joann | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | 6/26/06 |
| Savinske, Dan | Kassing, Dorothy v. Merck & Co., Inc. | 2:05-cv-05303-EEF-DEK | 1/10/06 |
| Scarbrough, James | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Scharpf, Joanne | Montgomery, Ronald v. Merck & Co., Inc. | 2:06-cv-03374-EEF-DEK | 9/12/06 |
| Scherer, Opal | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | 1/14/06 |
| Schmidt, Phil | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK | 9/12/06 |
| Schrefsler, William | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | 9/12/06 |
| Schwukert, Janice | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Scott, Alta | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | 6/26/06 |
| Scott, Elisha | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Scott, Gerald | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK | 1/14/06 |
| Scott, Myrtle | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | 9/12/06 |
| Scott, William | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Seamans, Helen | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Shepherd, Betty Jean | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Shepherd, Robert | Angel, Lash v. Merck & Co., Inc. | 2:05-cv-06386-EEF-DEK | 2/19/06 |
| Short, Elizabeth | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | 6/26/06 |
| Siders Guy, Franklin | Boswell, Mattie v. Merck & Co., Inc. | 2:05-cv-06389-EEF-DEK | 2/19/06 |
| Silvester, Frances | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Simpson, Larry | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | 1/10/06 |
| Singleton, Mary | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |

M0OC81695I

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Sizemore, Harvey | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK | 4/7/06 |
| Smith, Carolyn Ann | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK | 1/14/06 |
| Smith, Marie | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | 5/1/06 |
| Smith, Melvin | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | 5/1/06 |
| Smith, Robert | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | 6/26/06 |
| Smith, Ronald Wayne | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | 6/26/06 |
| Smith, Vestoris | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Smithton, Edward | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | 2/8/06 |
| Smoke, EJ | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Snyder, Richard | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Solis, Elizabeth | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK | 2/18/06 |
| Spadoni, Barbara | Hubbard, Norma v. Merck & Co., Inc. | 2:05-cv-03813-EEF-DEK | 1/14/06 |
| Spates, Mark | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK | 9/12/06 |
| Sphar, Ron | OBannon, Barbara v. Merck & Co., Inc. | 2:05-cv-03809-EEF-DEK | 1/14/06 |
| Sprouse, Lewis | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Staley, Pamela | Cavins, Jane v. Merck & Co., Inc. | 2:05-cv-03816-EEF-DEK | 1/14/06 |
| Stallworth, Brenda Ann | Boswell, Mattie v. Merck & Co., Inc. | 2:05-cv-06389-EEF-DEK | 2/19/06 |
| Steele, James Jr | Steele, James v. Merck & Co., Inc. | 2:05-cv-05291-EEF-DEK | 4/6/06 |
| Steiner, Doris | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK | 1/14/06 |
| Steinmeyer, Patricia | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | 5/1/06 |
| Sternberg, Paul | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Stevens, Charles | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Stewart, David | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | 1/5/06 |
| Stibbe, Gary | Robertson, Guy v. Merck & Co., Inc. | 2:05-cv-06058-EEF-DEK | 2/4/06 |

M00C816952

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Stiles, Priscilla | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Stock, Paul | Hubbard, Norma v. Merck & Co., Inc. | 2:05-cv-03813-EEF-DEK | 1/14/06 |
| Stokes, Doug | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | 5/1/06 |
| Strittmatter, Ronald | Anderson, Arline v. Merck & Co., Inc. | 2:05-cv-02572-EEF-DEK | 1/14/06 |
| Stroup, Danny | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | 1/10/06 |
| Sydow, Janet | Black, Carver v. Merck & Co., Inc. | 2:05-cv-03802-EEF-DEK | 1/14/06 |
| Sykes, WC | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK | 1/14/06 |
| Talbert, Maurice | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK | 7/1/06 |
| Tatum, Jessie | Robertson, Guy v. Merck & Co., Inc. | 2:05-cv-06058-EEF-DEK | 2/4/06 |
| Teter, Russel | Miles, Mary v. Merck & Co., Inc. | 2:05-cv-03810-EEF-DEK | 4/7/06 |
| Tharp, James | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | 1/11/06 |
| Theis, Richard | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK | 1/10/06 |
| Thomas, Benjamin Sr | Middleton, Barbara v. Merck & Co., Inc. | 2:05-cv-03416-EEF-DEK | 4/7/06 |
| Thomas, Cindy | Copeland, Vanita v. Merck & Co., Inc. | 2:05-cv-06349-EEF-DEK | 2/18/06 |
| Thomas, Reta Mae | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | 1/14/06 |
| Thompson, Robert | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Thorne, Grace | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Tiberio, Shirley | Tiberio, Albert v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | 5/31/06 |
| Tio, Julio | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Townes, Rosalyn | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK | 5/1/06 |
| Treat, Leola | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | 1/14/06 |
| Trice, Carol Sue | Lockett, Renee v. Merck & Co., Inc. | 2:05-cv-03804-EEF-DEK | 1/14/06 |
| Trinidad, Loretta | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | 1/10/06 |
| Trump, Anna | Miller, Greg B. v. Merck & Co., Inc. | 2:05-cv-05292-EEF-DEK | 1/10/06 |

M00C816953

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Truss, Robert | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | 1/10/06 |
| Turner, Mildred Marlene | Lockett, Renee v. Merck & Co., Inc. | 2:05-cv-03804-EEF-DEK | 1/14/06 |
| Underwood, Sammy L | Underwood, Sammy L. v. Merck & Co., Inc. | 2:05-cv-02571-EEF-DEK | 1/14/06 |
| Upton, Thomas | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Vanover, Jacqueline | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Varvel, Catherine | Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK | 1/14/06 |
| Vincent, Stephen | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | 2/8/06 |
| Waddell, Judy | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK | 1/14/06 |
| Waggoner, Gary | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK | 1/10/06 |
| Waggoner, Jackie | Butler, Charlesetta v. Merck & Co., Inc. | 2:05-cv-03817-EEF-DEK | 1/14/06 |
| Wagner, Paul | Miles, Mary v. Merck & Co., Inc. | 2:05-cv-03810-EEF-DEK | 1/14/06 |
| Wagner, Robyn | Wagner, Robyn v. Merck & Co., Inc. | 2:05-cv-03138-EEF-DEK | 1/14/06 |
| Walker, Roger | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Walker, Willie Mae | Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK | 1/14/06 |
| Walter, Ida | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK | 1/10/06 |
| Ward, Elizabeth Jane | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Watts, Zola | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Waxler, Mary Anne | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Wells, Claude | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | 1/14/06 |
| Wheeler, Dorothy | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK | 1/14/06 |
| Wheeler, Virgie | Miller, Greg B. v. Merck & Co., Inc. | 2:05-cv-05292-EEF-DEK | 1/10/06 |
| White, Le Rotha | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Whitelaw, Jacqueline | Romero, Joe v. Merck & Co., Inc. | 2:06-cv-03385-EEF-DEK | 9/12/06 |
| Whitt, Ver | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | 4/7/06 |

M00C816954

**Exhibit A**

| Vioxx User | Case Caption | Docket Number | Due Date |
|---|---|---|---|
| Wideman, Sharon | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | 1/10/06 |
| Wilbur, Milo | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Wiley, Melba | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Wilhelm, Benjamin | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Wilhelm, Catherine | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Williams, Carole Mae | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | 6/26/06 |
| Williams, Debra | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Williams, Dorothy | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Williams, Elizabeth | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Williams, Elizabeth | Zide, Martin v. Merck & Co., Inc. | 2:06-cv-00796-EEF-DEK | 5/1/06 |
| Williams, Merritt | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK | 9/12/06 |
| Williams, Oscar | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK | 5/1/06 |
| Williams, Thelma | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | 4/7/06 |
| Wilson, Henry | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Wims, Dolores | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Wofford, Betty | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Wolfe, Robert | Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK | 1/14/06 |
| Wolfe, Sharon | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | 1/14/06 |
| Wood, Helen | Wood, Helen v. Merck & Co., Inc. | 2:05-cv-03799-EEF-DEK | 1/14/06 |
| Wood, Paul | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | 6/26/06 |
| Woodall, Letha | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | 4/7/06 |
| Woods, Donna | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK | 1/10/06 |
| Woods, Jack | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Woods, Richard | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |

M0DC816955

## Exhibit A

| Vioxx User | Case Caption | Docket Number | Due Date |
| --- | --- | --- | --- |
| Woodward, Terry | Ganser, Dorothy v. Merck & Co., Inc. | 2:05-cv-05300-EEF-DEK | 1/10/06 |
| Wren, William | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | 1/10/06 |
| Writer, Charles | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK | 1/10/06 |
| York, Deloris | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | 9/12/06 |
| Young, Barbara | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Young, Lejuana | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK | 1/14/06 |
| Young, Willis | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | 4/7/06 |
| Zide, Martin | Zide, Martin v. Merck & Co., Inc. | 2:06-cv-00796-EEF-DEK | 5/1/06 |
| Zimmermann, Thelma | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Zook, Shirley | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |

M0OC816956