# Exhibit E



## CAREY & DANIS, LLC
ATTORNEYS AT LAW
www.careydanis.com

SUITE 1190 · 8235 FORSYTH BOULEVARD · ST. LOUIS, MISSOURI 63105 · (314) 725-7700 · (800) 721-2519 · FAX: (314) 721-0905

April 9, 2007

*VIA FACSIMILE
AND FIRST CLASS MAIL*

John N. Poulos
Zane Reister
101 Hudson Street
Suite 3601
Jersey City, N.J. 07302-3908
Fax: (201) 536-0799

    Re:    *Plaintiff Profile Forms*

Dear John:

    Plaintiffs agree to a Rule 41(a)(1) stipulated dismissal without prejudice pursuant to the form stipulated dismissal you provided for the following plaintiffs:

Allen, Ralph (Kisty, Andrew v. Merck & Co., Inc.)
Bess, Letty (Bess, Letty v. Merck & Co., Inc.)
Bledsoe Bass, Mary (Butler, Charlesetta v. Merck & Co., Inc.)
Bowling, Amos (Copeland, Vanita v. Merck & Co., Inc.)
Capps, Curtis (Aldin, 06-03382);
Chastain, Sherry (Rogers, Irene v. Merck & Co., Inc.)
Dellostritto, Michael (Erickson, Greg v. Merck & Co., Inc.)
Dotson, Curtis (Sterling, Roberta v. Merck & Co., Inc.)
Douglas, Lonnie (Dodson, Wanda v. Merck & Co., Inc.)
Fuchs, Werner (Aldin, Rich v. Merck & Co., Inc.)
Higgins, Hugh L (Kassing, Dorothy v. Merck & Co., Inc.)
Joplin, Teresa (Lawson, Brian v. Merck & Co., Inc.)
Kell, Virginia (Kell, Virginia v. Merck & Co., Inc.)
Levi, Janelyn (Romero, Joe v. Merck & Co., Inc.)
Neff, Dorothy (Douglas, Earlie v. Merck & Co., Inc.)
Nunn, Phillip (Walker, Willie M. v. Merck & Co., Inc.)
Pomeroy, Robert (Hodges, John v. Merck & Co., Inc.)

37245.1

M00BD27444

Romines, Shirley (Molder, Margaret v. Merck & Co., Inc.)
Rundles, Linnie (Boswell, Mattie v. Merck & Co., Inc.);
Sullivan, Daniel (Geiger, Fredrick v. Merck & Co., Inc.)
Thomas, Cindy (Copeland, Vanita v. Merck & Co., Inc.)
Williams, Debra (Durant, Robert v. Merck & Co., Inc.)
Williams, Elizabeth (Zide, Martin v. Merck & Co., Inc.)

Let us know whether you want us to prepare the stipulation or whether you will prepare the stipulation.

The following plaintiff profile forms have been completed and uploaded:

Akin, Linda (Zimmermann, Thelma v. Merck & Co., Inc.)
Angel, Lash (Angel, Lash v. Merck & Co., Inc.)
Avers, Doris (Gustin, Barbara v. Merck & Co., Inc.)
Banks, Charlie (McKee, Randy v. Merck & Co., Inc.)
Barbar, Bertha (McCarthy, Elizbeth v. Merck & Co., Inc.)
Barrall, James (Devito, Matthew v. Merck & Co. Inc.)
Beshears, Mildred (Maxwell, Martha v. Merck & Co., Inc.)
Blake, Joan (Mason, Lora v. Merck & Co., Inc.)
Bohizic, Mary (Durant, Robert v. Merck & Co., Inc.)
Brazzon, Robb (Neeley, Robert v. Merck & Co., Inc.)
Brown, Lorraine (Zimmermann, Thelma v. Merck & Co., Inc.)
Brown, Willa (McDonald, James v. Merck & Co., Inc.)
Burton, Lois (Aldridge, Harriet v. Merck & Co., Inc.)
Campbell, Shirley (Zimmermann, Thelma v. Merck & Co., Inc.)
Campbell, Wilma (Harris, Ronnie v. Merck & Co., Inc.)
Cannon, Derrick (Zook, Shirley v. Merck & Co., Inc.)
Castleberry, Cynthia (Montgomery, Ronald v. Merck & Co., Inc.)
Cline, Nick (Burrahm, Betty v. Merck & Co. Inc.)
Cloy, Robert (Durant, Robert v. Merck & Co., Inc.)
Cocoran, Dorothy (Maxwell, Martha v. Merck & Co., Inc.)
Coleman, Katheryn (Maxwell, Martha v. Merck & Co., Inc.)
Cook, Katherine (Durant, Robert v. Merck & Co., Inc.)
Cook, Love (McDonald, James v. Merck & Co., Inc.)
Cook, Nina (Cook, Nina v. Merck & Co., Inc.)
Cooper, Jerry (Angel, Lash v. Merck & Co., Inc.)
Cooper, Marie (Aldridge, Harriet v. Merck & Co., Inc.)
Copeland, Donald (Copeland, Vanita v. Merck & Co., Inc.)
Copeland, Thelma (Kell, Virginia et al vs Merck & Co Inc.)
Council, Lisa (Durant, Robert v. Merck & Co., Inc.)
Crank, Charlotte (Burrahm, Betty v. Merck & Co. Inc.)
Crum, Gerald (Layman, Robert v. Merck & Co., Inc.)
Delaney, Jeremiah (Christ, Darrel v. Merck & Co., Inc.)
Desrosier, Aleah (McKee, Randy v. Merck & Co., Inc.)
Dorrell, Stacy (Horn, Dennis v. Merck & Co., Inc.)

M00BD27445

Dowell, Otis (Durant, Robert v. Merck & Co., Inc.)
Dryden, William (Zook, Shirley v. Merck & Co., Inc.)
Dudley, James (Curtis, Russell v. Merck & Co., Inc.)
Edwards, Constance (Rogers, Irene v. Merck & Co., Inc.)
Elder, Michael (Elder, Michael v. Merck & Co., Inc.)
Eppinger, Julia (Benson, Mary v. Merck & Co., Inc.)
Garcia Galbaldon, Dora (Rasor, Joseph v. Merck & Co., Inc.)
Godden, Ronald II (Geiger, Fredrick v. Merck & Co., Inc.)
Grable, Doris (Lands, Ida v. Merck & Co., Inc.)
Greear, Mary (Adams, Eva L. v. Merck & Co., Inc.)
Green, Kenneth (Maxwell, Martha v. Merck & Co., Inc.)
Griffith, Shirley (Erickson, Greg v. Merck & Co., Inc.)
Grinder, Diana (Middleton, Barbara v. Merck & Co., Inc.)
Groling, Orin (Durant, Robert v. Merck & Co., Inc.)
Guerra, Andres (Geiger, Fredrick v. Merck & Co., Inc.)
Hagler, Charles (Hagler, Charles v. Merck & Co., Inc.)
Harris, Chester (Elder, Michael v. Merck & Co., Inc.)
Harwood, Gwendolyn (Devito, Matthew v. Merck & Co. Inc.)
Haskin, Lucille (McCarthy, Elizbeth v. Merck & Co., Inc.)
Henbest, Eugene (Curtis, Russell v. Merck & Co., Inc.)
Hoover, Sharon (Benson, Mary v. Merck & Co., Inc.)
Hubbell, Wanda (Elder, Michael v. Merck & Co., Inc.)
Hunter, Gregory (Erickson, Greg v. Merck & Co., Inc.)
James, Louise (Durant, Robert v. Merck & Co., Inc.)
Jeter, Crosby (Tiberio, Albert v. Merck & Co., Inc.)
Jones, Ruth (Geiger, Fredrick v. Merck & Co., Inc.)
Jones, Velma (Lands, Ida v. Merck & Co., Inc.)
Key, Delores (Angel, Lash v. Merck & Co., Inc.)
Kobeck, Mildred (Boswell, Mattie v. Merck & Co., Inc.)
Koenig, John (Neeley, Robert v. Merck & Co., Inc.)
Kuhn, Cathleen (Kassing, Dorothy et al v. Merck & Co Inc)
Lacy, Kelly (Angel, Lash v. Merck & Co., Inc.)
Lample, Samuel (Lindsey, Michael v. Merck & Co., Inc.)
Lewis, AD (Angel, Lash v. Merck & Co., Inc.)
Lewis, Anthony (Allen v. Merck & Co., Inc.)
Lewis, Linda (Mason, Lora v. Merck & Co., Inc.)
Liddell, Pamela (Lindsey, Michael v. Merck & Co., Inc.)
Likins, George (Likins, George v. Merck & Co., Inc.)
Logan, Janice (Cook, Nina v. Merck & Co., Inc.)
Lowrance, Eva (Zook, Shirley v. Merck & Co., Inc.)
Luckett, Ann (Gustin, Barbara v. Merck & Co., Inc.)
Madison, Paulette (McCarthy, Elizbeth v. Merck & Co., Inc.)
Malecki, Peggy (Allen v. Merck & Co., Inc.)
Marsh, Helen (Smith v. Merck & Co., Inc.)
Martin, Billie (Lawson, Brian v. Merck & Co., Inc.)
Martin, Royce (Lands, Ida v. Merck & Co., Inc.)

M00BD27446

Mason, Thomas (Lands, Ida v. Merck & Co., Inc.)
McCarthy, Elizbeth (McCarthy, Elizbeth v. Merck & Co., Inc.)
McCullough, Lynn (Harris, Ronnie v. Merck & Co., Inc.)
Mcginn, William (Curtis, Russell v. Merck & Co., Inc.)
McGregor, Ellen (Lindsey, Michael v. Merck & Co., Inc.)
McKibben, Judy (Douglas, Earlie v. Merck & Co., Inc.)
McKiven, Sharon (Dochsteiner, Walter v. Merck & Co., Inc.)
McMain, Mary (Dochsteiner, Walter v. Merck & Co., Inc.)
Mead, Herman (Zimmermann, Thelma v. Merck & Co., Inc.)
Medve, Joseph (Lindsey, Michael v. Merck & Co., Inc.)
Meggers, Harold (Durant, Robert v. Merck & Co., Inc.)
Mifflin, Cheryl (Euell, Jefferson et al vs Merck & Co Inc)
Miller, Josephine (Lacy, Fulton v. Merck & Co., Inc.)
Miller, Michael (Price, Ella et al vs Merck & Co Inc)
Miller, Robert (Womack, Larry et al vs Merck & Co Inc)
Mitchell, Thomas (Burrahm, Betty v. Merck & Co. Inc.)
Montano, Elvin (Swint, Mona et al vs Merck & Co Inc)
Noyes, Michael (McGhee, Edna v. Merck & Co., Inc.)
Olsted, Mary (McCarthy, Elizbeth v. Merck & Co., Inc.)
Percival, Clarence I. (Elder, Michael v. Merck & Co., Inc.)
Periman, Pauline (Hagler, Charles v. Merck & Co., Inc.)
Pippin, Robert (Mullins, Arthur v. Merck & Co., Inc.)
Ryan, Debra Gibson (Douglas, Earlie v. Merck & Co., Inc.)
Short, Elizabeth (Lawson, Brian v. Merck & Co., Inc.)
Singleton, Mary (Geiger, Fredrick v. Merck & Co., Inc.)
Sizemore, Harvey (McGhee, Edna v. Merck & Co., Inc.)
Theis, Richard (Kisty, Andrew v. Merck & Co., Inc.)
Thorne, Grace (Curtis, Russell v. Merck & Co., Inc.)
Townes, Rosalyn (Euell, Jefferson et al vs Merck & Co Inc)
Trump, Anna (Miller, Greg et al vs Merck & Co Inc)
Welch, Robert (Mason, Lora v. Merck & Co., Inc.)
Wideman, Sharon (Benson, Mary v. Merck & Co., Inc.)
Williams, Lorraine (Helton v. Merck & Co., Inc.)
Williams, Oscar (Euell, Jefferson et al vs Merck & Co Inc)
Wofford, Betty (Curtis, Russell v. Merck & Co., Inc.)
Woods, Donna (Rogers, Irene v. Merck & Co., Inc.)
Woods, Jack (Curtis, Russell v. Merck & Co., Inc.)
Young, Barbara (Bess, Letty et al vs Merck & Co Inc)
Young, Lejuana (Young v. Merck & Co Inc.)
Zimmerman, Thelma (Zimmermann, Thelma v. Merck & Co., Inc.)
Abbott, Theresa (Geiger, Fredrick v. Merck & Co., Inc.);
Abdelbary, Hassan (Bird, Patty v. Merck & Co. Inc.);
Abernathy, Barbara (Douglas, Earlie v. Merck & Co., Inc.);
Ballard, Marcella by Cheryl Watts    Layman, Robert v. Merck & Co., Inc.
Ballard, Marcella by Cheryl Watts    Womack, Larry v. Merck & Co., Inc.
Barnes, Kelsey    Elder, Michael v. Merck & Co., Inc.

Boswell, Mattie        Boswell, Mattie v. Merck & Co., Inc.
Burns, Julie (Burns, Julie v. Merck & Co., Inc.)
Cochran, Robert by Joan Cochran    Curtis (Russell v. Merck & Co., Inc.)
Curtis, Russel Curtis (Russell v. Merck & Co., Inc.)
England, Elaine (Roles, Loretta v. Merck & Co., Inc.)
Erikson, Greg (Roles, Loretta v. Merck & Co., Inc.)
Graham, Marjorie by Sandi Phillips  (McCarthy, Elizabeth v. Merck & Co., Inc.)
Haley, Waunita        (Geiger, Fredrick v. Merck & Co., Inc.)
Hamilton, Francis by Ronnie Hamilton (McCarthy, Elizbeth v. Merck & Co., Inc.)
Hargis, Lonnie (Lara, Ricardo v. Merck & Co., Inc.)
Haywood, Dorothy (Aldridge, Harriet v. Merck & Co., Inc.)
Henry, Fred (Stinnett, Furman v. Merck & Co., Inc.)
Howard, Mary by Ashlei Howard   (Curtis, Russell v. Merck & Co., Inc.)
James, Ed (Erickson, Greg v. Merck & Co., Inc.)
Kubisiak, Janet       Bird (Patty v. Merck & Co. Inc.)
Love, Sharon by Blake Love (Womack, Larry v. Merck & Co., Inc.)
Lumley, Clarence by Lynn Wallace (Tiberio, Albert v. Merck & Co., Inc.)
Mollonix, Karen Sue (Rice, Cheryl v. Merck & Co., Inc.)
Moorman, Orrell     McCarthy (Elizbeth v. Merck & Co., Inc.)
Mosely, Jessie (Erickson, Greg v. Merck & Co., Inc.)
Moses, Ted    (Lawson, Brian v. Merck & Co., Inc.)
Neece, Michael        (Allen, John v. Merck & Co., Inc.)
Nelson, Larris (Aldin, Rich v. Merck & Co., Inc.)
Lemons, Faith by Remi Fatoke (Erickson, Greg v. Merck & Co., Inc.)
Love, Sharon by Blake Love (Womack, Larry v. Merck & Co., Inc.)
Lumley, Clarence by Lynn Wallace (Tiberio, Albert v. Merck & Co., Inc.)
Mollonix, Karen Sue Rice, Cheryl v. Merck & Co., Inc.
Moorman, Orrell      McCarthy, Elizbeth v. Merck & Co., Inc.
Mosely, Jessie (Erickson, Greg v. Merck & Co., Inc.)
Moses, Ted    (Lawson, Brian v. Merck & Co., Inc.)
Neece, Michael       (Allen, John v. Merck & Co., Inc.)
Nelson, Larris (Aldin, Rich v. Merck & Co., Inc.)
Nesbitt, Bertha       (Mullins, Arthur v. Merck & Co., Inc.)
Newman, Willard     (McKee, Randy v. Merck & Co., Inc.)
Newson, Lillie(Lawson, Brian v. Merck & Co., Inc.)
Peters, David  (Curtis, Russell v. Merck & Co., Inc.)
Powell, Alberta       (Jackson, Gloria v. Merck & Co., Inc.)
Powell, Martha       (McCarthy, Elizbeth v. Merck & Co., Inc.)
Prescott, Willie      (Durant, Robert v. Merck & Co., Inc.)
Provines, Marilyn    (Walker, Willie M. v. Merck & Co., Inc.)
Ragsdale, Billy by Mary Ragsdale    (Erickson, Greg v. Merck & Co., Inc.)
Rhoades, Carlene    (Lacy, Fulton v. Merck & Co., Inc.)
Rhone, Stella (Lacy, Fulton v. Merck & Co., Inc.)
Rice, Richard (Lindsey, Michael v. Merck & Co., Inc.)
Richards, Wanda     (Andrews, Vernon v. Merck & Co., Inc.)

Riggins, Barbara    (Middleton, Barbara v. Merck & Co., Inc.)
Ring, Vicky   (Stewart, Mary v. Merck & Co., Inc.)
Roark, Linda   (Neeley, Robert v. Merck & Co., Inc.)
Rolland, Mae   (Molder, Margaret v. Merck & Co., Inc.)
Romero, Joe   (Romero, Joe v. Merck & Co., Inc.)
Ross, Sharon   (Zook, Shirley v. Merck & Co., Inc.)
Sabat, John   (Lindsey, Michael v. Merck & Co., Inc.)
Scharpf, Joanne   (Montgomery, Ronald v. Merck & Co., Inc.)
Schreffler, William   (Mason, Lora v. Merck & Co., Inc.)
Schweikert, Janice   (Zook, Shirley v. Merck & Co., Inc.)
Scott, William by Cynthia (Scott    Zimmermann, Thelma v. Merck & Co., Inc.)
Seamans, Helen   (Lindsey, Michael v. Merck & Co., Inc.)
Shepherd, Robert   (Angel, Lash v. Merck & Co., Inc.)
Silvester, Frances   (Lindsey, Michael v. Merck & Co., Inc.)
Smith, Marie   (Cook, Nina v. Merck & Co., Inc.)
Smith, Melvin by Carmen Smith (Cook, Nina v. Merck & Co., Inc.)
Smith, Robert (Lawson, Brian v. Merck & Co., Inc.)
Smith, Ronald Wayne (Pickard, Steve v. Merck & Co., Inc.)
Smithson, Edward   (Dodson, Wanda v. Merck & Co., Inc.)
Spates, Mark   (Rasor, Joseph v. Merck & Co., Inc.)
Sprouse, Lewis by Diane Sprouse   (McKee, Randy v. Merck & Co., Inc.)
Stallworth, Brenda Ann   (Broswell, Mattie v. Merck & Co., Inc.)
Sternberg, Paul   Zook (Shirley v. Merck & Co., Inc.)
Stokes, Doug (Sterling, Roberta v. Merck & Co., Inc.)
Stokes, Shirley (Durant, Robert v. Merck & Co., Inc.)
Sykes, WC   (McGhee, Edna v. Merck & Co., Inc.)
Talbert, Maurice by Jeffrey Talbert   (Swint, Mona v. Merck & Co., Inc.)
Taylor, Jerry   (Copeland, Vanita v. Merck & Co., Inc.)
Tharp, James   (Adams, Eva L. v. Merck & Co., Inc.)
Thompson, Robert   (Zook, Shirley v. Merck & Co., Inc.)
Tio, Julio   (Lands, Ida v. Merck & Co., Inc.)
Wagner, Paul (Miles, Mary v. Merck & Co., Inc.)
White, Le Rotha   (Zimmermann, Thelma v. Merck & Co., Inc.)
Wilbur, Milo by Marvell Wilbur (Hugo, Ginger v. Merck & Co., Inc.)
Wiley, Melba (Lacy, Fulton v. Merck & Co., Inc.)
Williams, Carole Mae (Pickard, Steve v. Merck & Co., Inc.)
Witt, Clara   (Rice, Cheryl v. Merck & Co., Inc.)
Womack, Larry   (Womack, Larry v. Merck & Co., Inc.)
Young, Barbara   (Bess, Letty v. Merck & Co., Inc.)
York, Deloris   (Neeley, Robert v. Merck & Co., Inc.)
Young, Willis by Doris Young (Hagler, Charles v. Merck & Co., Inc.)
Zook, Shirley (Zook, Shirley v. Merck & Co., Inc.)

Plaintiffs request a 30-day extension for the following plaintiffs. We have made numerous attempts to get these plaintiffs to complete their plaintiff profile forms, and are still continuing our efforts.

6

Albright, Norma (Lacy, Fulton v. Merck & Co., Inc.)
Bastress, Paul (Lindsey, Michael v. Merck & Co., Inc.)
Bowman, Jimmy (Lands, Ida v. Merck & Co., Inc.)
Boyer, Alfred (Harris, Ronnie v. Merck & Co., Inc.)
Brislenn, Jeffrey (Neeley, Robert v. Merck & Co., Inc.)
Carey, Joyce (McCarthy, Elizbeth v. Merck & Co., Inc.)
Christ, Darrel (Christ, Darrel v. Merck & Co., Inc.)
Clark, John (Dodson, Wanda v. Merck & Co., Inc.)
Cook, Gary (Dodson, Wanda v. Merck & Co., Inc.)
Cover, Bob (Burrahm, Betty v. Merck & Co. Inc.)
Dabbs, Leroy (Means, Clarence v. Merck & Co., Inc.)
Davis, Jack (Burrahm, Betty v. Merck & Co. Inc.)
Dillard, Glenda (Maxwell, Martha v. Merck & Co., Inc.)
Eggleston, Robert (Roles, Loretta v. Merck & Co., Inc.)
Eppinger, Julia (Benson, Mary v. Merck & Co., Inc.)
Ferrari, Barry (Lindsey, Michael v. Merck & Co., Inc.)
Fincher, Vernon (Lands, Ida v. Merck & Co., Inc.)
Hayes, John (Benson, Mary v. Merck & Co., Inc.)
Henry, Melvin (Rasor, Joseph v. Merck & Co., Inc.)
Horka, Mary (Roles, Loretta v. Merck & Co., Inc.)
Jackson, Alonial (Lawson, Brian v. Merck & Co., Inc.)
Jeffries, Leonard (Rogers, Irene v. Merck & Co., Inc.)
Johnson, Larry (Aldridge, Harriet v. Merck & Co., Inc.)
Jonasen, Mary Jane (Lands, Ida v. Merck & Co., Inc.)
Kent, James (Hagler, Charles v. Merck & Co., Inc.)
Lack, Michael (McKee, Randy v. Merck & Co., Inc.)
Landman, Ronald (Lands, Ida v. Merck & Co., Inc.)
Lenhardt, Ronald Sr (Harris, Marlene v. Merck & Co., Inc.)
Lloyd, Mateel (Geiger, Fredrick v. Merck & Co., Inc.)
Mason, Lora (Mason, Lora v. Merck & Co., Inc.)
McCullough, Tammy (Layman, Robert v. Merck & Co., Inc.)
McDaniels, Etta Lee (Hugo, Ginger v. Merck & Co., Inc.)
McGinnis, Dorathea (Harris, Ronnie v. Merck & Co., Inc.)
McGinnis, Dorathea (Bird, Patty v. Merck & Co. Inc.)
McMorris, Vernida (Durant, Robert v. Merck & Co., Inc.)
Mills, Virgie (Harris, Ronnie v. Merck & Co., Inc.)
Miska, Melissa (Sterling, Roberta v. Merck & Co., Inc.)
Moore, Geraldine (Moore, Geraldine v. Merck & Co., Inc.)
Moore, Nicole (Lindsey, Michael v. Merck & Co., Inc.)
Shepherd, Betty Jean (Hugo, Ginger v. Merck & Co., Inc.)
Smoke, EJ (Zimmermann, Thelma v. Merck & Co., Inc.)
Varvel, Catherine (Hale, Arthur v. Merck & Co., Inc.)
Vincent, Stephen (Dodson, Wanda v. Merck & Co., Inc.)
Albright, Rita by Williams (Albright Maxwell, Martha v. Merck & Co., Inc.)
Bonnett, Etta Spotted War (Trinidad, Loretta v. Merck & Co., Inc.)

Braley, Katherine (Maxwell, Martha v. Merck & Co., Inc.)
Brewer, Douglas (Lara, Ricardo v. Merck & Co., Inc.)
Calvert, Terrie by Misty Wallace (Kell, Virginia v. Merck & Co., Inc.)
Conners, David (Stinnett, Furman v. Merck & Co., Inc.)
Daniels, Clell (Geiger, Fredrick v. Merck & Co., Inc.)
Drury, Patsy (Dawson, Tyrone v. Merck & Co., Inc.)
Duenne, Helen by Melissa Cockrum (Dawson, Tyrone v. Merck & Co., Inc.)
Gardner, Robert (Light, Evelyn v. Merck & Co., Inc.)
Gifford, Raymond (Jackson, Gloria v. Merck & Co., Inc.)
Goldstein, Richard by Julia Vonleggett (Harris, Ronnie v. Merck & Co., Inc.)
Gordon, Paul by Nina Walsh (McCarthy, Elizbeth v. Merck & Co., Inc.)
Greer, Donna (McCarthy, Elizbeth v. Merck & Co., Inc.)
Hamton, Raymond (Bess, Letty v. Merck & Co., Inc.)
Harris, Ronnie (Harris, Ronnie v. Merck & Co., Inc.)
Hinds, William (Sterling, Roberta v. Merck & Co., Inc.)
Kemp, Betty (Dawson, Tyrone v. Merck & Co., Inc.)
Klubek, Frank (McCarthy, Elizbeth v. Merck & Co., Inc.)
McRay, Daryl (McCarthy, Elizbeth v. Merck & Co., Inc.)
Morton, Lee (Horn, Dennis v. Merck & Co., Inc.)
Newman, Francis (Durant, Robert v. Merck & Co., Inc.)
Norman, Tommia (McCarthy, Elizbeth v. Merck & Co., Inc.)
Nothdurft, David (Hagler, Charles v. Merck & Co., Inc.)
ODoniel, Marcia by Ronald O'Doniel (Zook, Shirley v. Merck & Co., Inc.)
Parsons, Dennis by Cathy Parsons (McCarthy, Elizbeth v. Merck & Co., Inc.)
Perkins, Betty (Swint, Mona v. Merck & Co., Inc.)
Perkins, Lois (Bohlke, Charlotte v. Merck & Co., Inc.)
Quallis, Jerry (Neeley, Robert v. Merck & Co., Inc.)
Rhone, Darnell (Lacy, Fulton v. Merck & Co., Inc.)
Ring, Vicky (Stewart, Mary v. Merck & Co., Inc.)
Rogers, Irene (Rogers, Irene v. Merck & Co., Inc.)
Rolfsness, Tamasailau (Tuma, Theresa v. Merck & Co., Inc.)
Salamon, Edward by Julia Salamon (Tiberio, Albert v. Merck & Co., Inc.)
Scarbrough, James (McCarthy, Elizbeth v. Merck & Co., Inc.)
Smith, Melvin by Carmen Smith (Cook, Nina v. Merck & Co., Inc.)
Smith, Vestoris (McCarthy, Elizbeth v. Merck & Co., Inc.)
Snyder, Richard (Lands, Ida v. Merck & Co., Inc.)
Sprouse, Lewis by Diane Sprouse (McKee, Randy v. Merck & Co., Inc.)
Steele, James Jr (Steele, James v. Merck & Co., Inc.)
Stewart, David (Moore, Geraldine v. Merck & Co., Inc.)
Stevens, Charles by Lynda Stevens (McCarthy, Elizbeth v. Merck & Co., Inc.)
Teter, Russel (Miles, Mary v. Merck & Co., Inc.)
Thomas, Benjamin Sr by Marvin Thomas (Middleton, Barbara v. Merck & Co., Inc.)
Tiberio, Shirley (Tiberio, Albert v. Merck & Co., Inc.
Vanover, Jacqueline by Charles Vanover (Curtis, Russell v. Merck & Co., Inc.)
Walker, Roger Hugo, Ginger v. Merck & Co., Inc.

M00BD27451

Waxler, Mary Anne   Lindsey, Michael v. Merck & Co., Inc.
Whitelaw, Jacqueline Romero, Joe v. Merck & Co., Inc.
Whitt, Ver   Adams, Eva L. v. Merck & Co., Inc.
Wilhelm, Benjamin by Patti Stephan (Lacy, Fulton v. Merck & Co., Inc.)
Wilhelm, Catherine by Patti Stephan (Lacy, Fulton v. Merck & Co., Inc.)
Williams, Dorothy (Maxwell, Martha v. Merck & Co., Inc.)
Williams, Merritt (Bird, Patty v. Merck & Co. Inc.)
Williams, Thelma (McBride, Earlene v. Merck & Co., Inc.)
Woodall, Letha (Adams, Eva L. v. Merck & Co., Inc.)

Please let us know whether this extension will be acceptable. We appreciate your courtesies in this matter.

Very truly yours,

Casey Flynn and Sarah Hale

Cc: Jeff Lowe, Lynn Carlisle, Linda Bean, File

9