# Exhibit F



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 13, 2007

**VIA TELECOPY AND EMAIL**

Casey Flynn, Esq.
Sarah Hale, Esq.
Jeffrey J. Lowe, Esq.
Carey & Danis, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

        Re:    <u>Final PPF Extensions</u>

Dear Counsel:

I am writing in response to your letter dated April 9, 2007. As you are aware, on March 8, 2007 Merck provided approximately 460 Plaintiffs represented by Carey & Danis, LLC and Jeffrey J. Lowe, P.C. a thirty (30) day extension through April 9, 2007 to provide either: (a) a complete and verified Plaintiff Profile Form ("PPF"), signed Authorizations, and all responsive PPF-related documents pursuant to Pre-Trial Order 18C ("PTO 18C"); (b) a completed and signed Non-CV Stipulation; or (3) a completed and signed Stipulation and Consent Order of dismissal without prejudice.

As indicated from your April 9, 2007 letter, these cases now fall primarily into four distinct categories. Category 1 includes the 23 Plaintiffs whose cases you've agreed to dismiss; Category 2 includes the approximately 209 Plaintiffs for whom you provided PPFs for; Category 3 includes the 97 Plaintiffs for whom you requested an additional thirty (30) day extension who have still not provided PPFs; and Category 4 includes the 161 Plaintiffs that received an extension on March 8, 2007 but were not addressed in your said letter. To date, the Plaintiffs in Category 4 have not provided a PPF or dismissed their claims. Merck will address each of these categories in turn.

**1. PLAINTIFFS TO BE DISMISSED**

Merck agrees to dismiss the claims of the 23 Plaintiffs listed in your letter without prejudice and has attached hereto a stipulation of dismissal for these Plaintiffs. Please sign the attached dismissal and return it to our office within ten (10) days.

## 2. PLAINTIFFS WHO PROVIDED PPFS

With regard to the approximately 209 PPFs provided, Merck has conducted an initial review of these PPFs and has determined that 18 of these recently submitted PPFs are completely non-responsive and grossly deficient. For your convenience, a full list of these Plaintiffs and cases has been attached to this letter as Exhibit A. As Merck previously noted in past deficiency letters, Plaintiffs in the MDL Vioxx litigation have a duty to provide "complete and verified" PPFs. Moreover, in December, Judge Fallon once again reiterated his directive to Plaintiffs' counsel regarding the "necessity of providing all the information" required in the PPF. These Plaintiffs' PPFs, however, demonstrate a total disregard for the requirements of PTO 18C.

By way of example, in the PPF completed by Leonetta Brown on behalf of Lorraine Williams, Ms. Brown failed to provide: the name of the doctor that diagnosed Ms. Williams' condition, whether she suffered this type of injury before, any conditions of Ms. Williams that may have worsened, and the dates of recovery, if any. Plaintiff also fails to provide answers to many of the questions in Sections II, III, and IV. Specifically, Plaintiff fails to provide the dates Ms. Williams took Vioxx, the name of her prescribing physician, and the type of Vioxx she was prescribed. Finally, nearly all of the responses in Sections V & VII of the PPF are either incomplete or non-responsive. Plaintiff's failure to provide essential information regarding Ms. Williams' claim and to respond to each and every question in full, as required by PTO 18C, is representative of the overall non-responsiveness of the PPFs in Exhibit B. In all of these PPFs, basic and essential information such as the nature of the Plaintiff's injury, their Vioxx use dates, medical background, and the names and addresses of Plaintiffs' prescribing physicians and medical providers were either not included or incomplete.

Accordingly, please be advised that Merck fully expects you to supplement these grossly deficient PPFs by providing PPFs that are complete and fully responsive to each and every question. If you fail to serve complete and responsive PPFs within ten (10) days from the date of this letter, Merck will move to dismiss these cases with prejudice, without further warning.

Furthermore, in your letter, you indicate that PPFs for the following Plaintiffs "have been completed and uploaded". However, we have been unable to locate them on Lexis-Nexis File & Serve("LNFS").

- *Burns, Julie, Burns, Julie v. Merck & Co., Inc.*

- *Edwards, Constance   Rogers, Irene v. Merck & Co., Inc.*

- *Nesbitt, Bertha, Mullins, Arthur v. Merck & Co., Inc.*

- *Tharp, James, Adams, Eva L. v. Merck & Co., Inc.*

Please provide the LNFS numbers for these PPFs within ten (10) days from the date of this letter. Finally, Merck will be drafting deficiency letters for all the additional PPFs and fully expects these letters to be answered in a timely fashion.

M0OC824079

3

### 3. PLAINTIFFS WHO FAILED TO PROVIDE PPFS

I can also confirm Merck's agreement to provide an additional thirty (30) day extension from April 9, 2007 to May 9, 2007 for the 97 Plaintiffs identified in Exhibit B, attached hereto, to submit their complete and verified PPFs, signed Authorizations, and all responsive PPF-related documents pursuant to PTOs 18C and 23. All of these Plaintiffs had previously received a thirty (30) day extension pursuant to Merck's March 8, 2007 letter. Accordingly, please be advised that this is Merck's <u>final</u> extension regarding these Plaintiffs. Merck will file a "*Rule to Show Cause and Incorporated Motion to Dismiss*" the claims of any Plaintiff that has not, within the 30 day extension period, either: (a) served a complete and verified PPF, signed authorizations, and all responsive PPF related documents; (b) completed and signed the Non-CV Stipulation; or (3) completed and signed a Stipulation and Consent Order of dismissal without prejudice in the same form as enclosed.

### 4. PLAINTIFFS NOT ADDRESSED IN YOUR APRIL 9, 2007 LETTER.

Finally, on March 8, 2007 Merck granted extensions for 161 Plaintiffs that do not appear to have been addressed in your April 9, 2006 letter. A full list of these Plaintiffs is attached hereto as Exhibit C. We will also be providing these Plaintiffs with the same thirty (30) day extension as the Plaintiffs in Category 3.

Thank you for your courtesy and cooperation in this matter and please let me know if you have any questions.

Very truly yours,

Zane C. Riester

Enclosures

## <u>EXHIBIT A : Grossly Deficient PPFs</u>

| Plaintiff Name | Case Caption | Docket Number | Original PPF |
|---|---|---|---|
| Hamilton, Francis | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Williams, Lorraine (d) - Brown, Leonetta | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11444-EEF-DEK | 3/4/07 |
| Cook, Katherine | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Hunter, Gregory | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK | 9/27/06 |
| Crum, Gerald | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | 9/12/06 |
| Cooper, Marie | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | 7/10/06 |
| Madison, Paulette | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Theis, Richard | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK | 1/10/06 |
| Talbert, Maurice | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK | 7/1/06 |
| Jones, Ruth | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/5/06 |
| Mead, Herman | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Lemons, Faith | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK | 9/27/06 |
| Elder, Michael | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Young, Barbara | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Luckett, Ann | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | 5/1/2006 |
| Young, Willis Ben - Young, Doris Lee | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | 4/7/2006 |
| Lewis, Anthony | Allen, John v. Merck & Co., Inc. | 2:05-cv-05294-EEF-DEK | 1/10/2006 |
| Periman, Pauline (d) - Culp, Norma | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | 4/7/2006 |

M00C824083

## EXHIBIT B: Plaintiffs Receiving Extensions

| Member Plaintiff | Case Caption | Docket Number | Date |
|---|---|---|---|
| Albright, Norma | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Albright, Rita | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Bastress, Paul | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Bonnett, Etta Spotted War | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | 1/10/06 |
| Bowman, Jimmy | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Boyer, Alfred | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| Braley, Katherine | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Brewer, Douglas | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK | 3/6/06 |
| Brislenn, Jeffrey | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | 9/12/06 |
| Calvert, Terrie | Kell, Virginia v. Merck & Co., Inc. | 2:05-cv-05306-EEF-DEK | 1/10/06 |
| Carey, Joyce | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Christ, Darrel | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | 9/12/06 |
| Clark, John | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | 2/8/06 |
| Connor, David | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | 4/19/06 |
| Cook, Gary | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | 2/8/06 |
| Cover, Bob | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | 9/12/06 |
| Dabbs, Leroy | Means, Clarence v. Merck & Co., Inc. | 2:06-cv-03371-EEF-DEK | 9/12/06 |
| Daniels, Clell | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Davis, Jack | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | 9/12/06 |
| Dillard, Glenda | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Drury, Patsy | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | 5/1/06 |
| Duenne, Helen | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | 5/1/06 |

MDOC824084

| Eggleston, Robert | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK | 9/12/06 |
|---|---|---|---|
| Eppinger, Julia | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | 4/6/06 |
| Ferrari, Barry | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Fincher, Vernon | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Gardner, Robert | Light, Evelyn v. Merck & Co., Inc. | 2:06-cv-00789-EEF-DEK | 5/1/06 |
| Gifford, Raymond | Jackson, Gloria v. Merck & Co., Inc. | 2:06-cv-01896-EEF-DEK | 6/26/06 |
| Goldstein, Richard | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| Gordon, Paul | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Greer, Donna | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Hamton, Raymond | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Harris, Ronnie | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| Hayes, John | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | 4/6/06 |
| Henry, Melvin | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK | 9/12/06 |
| Hinds, William | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | 5/1/06 |
| Horka, Mary | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK | 9/12/06 |
| Jackson, Alonial | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | 6/26/06 |
| Jeffries, Leonard | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK | 4/6/06 |
| Johnson, Larry | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | 7/10/06 |
| Jonasen, Mary Jane | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Kemp, Betty | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | 5/1/06 |
| Kent, James | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | 1/14/06 |
| Klubek, Frank | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Lack, Michael | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Landman, Ronald | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Lenhardt, Ronald Sr | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK | 1/14/06 |
| Loyd, Mateel Alice | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |

| | | | |
|---|---|---|---|
| Mason, Lora | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | 9/12/06 |
| McCullough, Tammy | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | 9/12/06 |
| McDaniels, Etta Lee | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| McGinnis, Dorathea | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| McMorris, Vernida | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| McRay, Daryl | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Mills, Virgie | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| Miska, Melissa | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | 5/1/06 |
| Moore, Geraldine | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | 1/5/06 |
| Moore, Nicole | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Morton, Lee | Horn, Dennis v. Merck & Co., Inc. | 2:06-cv-03367-EEF-DEK | 9/12/06 |
| Newman, Francis | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Nothdurft, David | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | 4/7/06 |
| ODoniel, Marcia | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Parsons, Dennis | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Perkins, Betty | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK | 7/1/06 |
| Perkins, Lois | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | 4/7/06 |
| Quallis, Jerry | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | 9/12/06 |
| Rhone, Darnell | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Ring, Vicky | Stewart, Mary v. Merck & Co., Inc. | 2:05-cv-02575-EEF-DEK | 12/30/05 |
| Rogers, Irene | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK | 4/7/06 |
| Rolfsness, Tamasailau | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | 4/7/06 |
| Salamon, Edward | Tiberio, Albert v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | 5/31/06 |
| Scarbrough, James | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Shepherd, Betty Jean | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Smith, Melvin | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | 5/1/06 |

M00C824086

| | | | |
|---|---|---|---|
| Smith, Vestoris | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Smoke, EJ | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Snyder, Richard | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Sprouse, Lewis | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Steele, James Jr | Steele, James v. Merck & Co., Inc. | 2:05-cv-05291-EEF-DEK | 4/6/06 |
| Stevens, Charles | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Stewart, David | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | 1/5/06 |
| Teter, Russel | Miles, Mary v. Merck & Co., Inc. | 2:05-cv-03810-EEF-DEK | 4/7/06 |
| Thomas, Benjamin Sr | Middleton, Barbara v. Merck & Co., Inc. | 2:05-cv-03416-EEF-DEK | 4/7/06 |
| Tiberio, Shirley | Tiberio, Albert v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | 5/31/06 |
| Vanover, Jacqueline | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Varvel, Catherine | Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK | 1/14/06 |
| Vincent, Stephen | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | 2/8/06 |
| Walker, Roger | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Waxler, Mary Anne | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Whitelaw, Jacqueline | Romero, Joe v. Merck & Co., Inc. | 2:06-cv-03385-EEF-DEK | 9/12/06 |
| Whitt, Ver | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | 4/7/06 |
| Wilhelm, Benjamin | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Wilhelm, Catherine | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Williams, Dorothy | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Williams, Merritt | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK | 9/12/06 |
| Williams, Thelma | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | 4/7/06 |
| Woodall, Letha | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | 4/7/06 |

M0C824087

## EXHIBIT C: Plaintiffs Not Addressed in April 9, 2007 Response

| Moving Plaintiff | Case Caption | Docket Number | Date Filed |
|---|---|---|---|
| Adams, Laverna | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK | 5/1/06 |
| Ainsworth, Oliver | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380-EEF-DEK | 9/12/06 |
| Alderman, Steven | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Anderson, Carol | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Anderson, Sandra | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Arthur, Billie Jo | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK | 9/19/06 |
| Atkinson, Susan | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | 4/6/06 |
| Barnett, Lillian | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Berry, Joyce | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK | 4/6/06 |
| Blake, Jim | Montgomery, Ronald v. Merck & Co., Inc. | 2:06-cv-03374-EEF-DEK | 9/12/06 |
| Brazee, Cynthia | Ricketts, Tom v. Merck & Co., Inc. | 2:06-cv-02153-EEF-DEK | 7/8/06 |
| Burns, Julie | Burns, Julie v. Merck & Co., Inc. | 2:05-cv-04146-EEF-DEK | 11/15/05 |
| Cannon, Annette Johnson | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK | 2/18/06 |
| Cardona, Tracy | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | 6/26/06 |
| Carmichael, Frank | Douglas, Earlie v. Merck & Co., Inc. | 2:05-cv-05308-EEF-DEK | 1/10/06 |
| Carrow, Norman | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Charles, David | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK | 11/15/05 |
| Chavis, Maricelle | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | 4/19/06 |
| Ciavarella, Catherine | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Claar, Alden | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | 10/15/06 |
| Clothier, Helen | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Collins, Eunice | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | 5/1/06 |

| | | | |
|---|---|---|---|
| Collins, Lonia | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | 5/1/06 |
| Cooper, Sandy | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | 2/4/06 |
| Cowsert, Betty Jean Dryer Lois | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Cross, Richard | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Daughery, Linda | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK | 1/10/06 |
| Dawson, Tyrone | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | 5/1/06 |
| Dillingham, Leonard | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | 6/26/06 |
| Dunn, James | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK | 9/19/06 |
| Eads, Justin | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | 9/12/06 |
| Edwards, Constance | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK | 1/10/06 |
| Ellis, Earnestine | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Ervin, Clarence | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Esser, Ruth | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | 1/10/06 |
| Ezell, Glendia | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | 5/1/06 |
| Ferrario, Joann | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | 5/1/06 |
| Fitzgerald, John R | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Frank, Mary | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Franklin, Nicholas | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | 5/1/06 |
| Frazier, Deloris | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | 5/1/06 |
| Ganser, Dorothy | Ganser, Dorothy v. Merck & Co., Inc. | 2:05-cv-05300-EEF-DEK | 1/10/06 |
| Geary, Larry | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | 6/26/06 |
| Geiger, Fredrick | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Gustin, Barbara | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | 5/1/06 |
| Hallman, Martha | Hallman, Martha v. Merck & Co., Inc. | 2:05-cv-06388-EEF-DEK | 2/19/06 |
| Hamm, Melinda | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | 1/10/06 |
| Hicks, William Lowe | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |

M00C824089

| Hill, Robert M | Ball, William v. Merck & Co., Inc. | 2:05-cv-04131-EEF-DEK | 12/29/05 |
|---|---|---|---|
| Hines, Mary | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK | 9/13/06 |
| Holley, Shawn | Ball, William v. Merck & Co., Inc. | 2:05-cv-04131-EEF-DEK | 12/29/05 |
| Hoppers, Bobbette | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK | 1/10/06 |
| Houser, Candice | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK | 5/1/06 |
| Howen, Daniel T | Ball, William v. Merck & Co., Inc. | 2:05-cv-04131-EEF-DEK | 12/29/05 |
| Hutcheson, Deborah | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Ince, Charles | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | 12/15/05 |
| Irwin, Michelle | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK | 5/1/06 |
| Jackson, Paul | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Johnlikes, Theodore | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Johnson, Mackie | Likins, George v. Merck & Co., Inc. | 2:06-cv-00787-EEF-DEK | 5/1/06 |
| Johnson, Vanessa | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | 12/6/05 |
| Joyce, Tammy | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Kaeser, Ralph | Light, Evelyn v. Merck & Co., Inc. | 2:06-cv-00789-EEF-DEK | 5/1/06 |
| Keating, Vicki | Copeland, Vanita v. Merck & Co., Inc. | 2:05-cv-06349-EEF-DEK | 2/18/06 |
| Kelm, Ron | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | 6/26/06 |
| Kiehl, Dorothy | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Lashley, Nancy | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | 5/1/06 |
| Layman, Robert | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | 9/12/06 |
| Lichtenberg, Philip | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | 5/1/06 |
| Linchey, James | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Loving, Albert | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | 12/6/05 |
| Mantley, Anthony | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK | 9/12/06 |
| Marbry, Terry | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK | 12/30/05 |
| Matthew, Kathleen | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |

M00C824090

| McGinnis, Dorathea | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK | 9/12/06 |
| Metcalf, Willie | Womack, Larry v. Merck & Co., Inc. | 2:06-cv-06653-EEF-DEK | 12/12/06 |
| Miller, Shirley | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | 12/30/05 |
| Mills, Fonda | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | 9/12/06 |
| Monagan, James | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Montgomery, Cherie | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | 2/18/06 |
| Moore, Ruth | Kell, Virginia v. Merck & Co., Inc. | 2:05-cv-05306-EEF-DEK | 1/10/06 |
| Mueller, Barbara | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Nerbonne, Raymond | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Nesbitt, Bertha | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK | 4/7/06 |
| Newcomb, Daniel | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | 1/10/06 |
| Newport, Annette | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | 12/30/05 |
| OBannon, Barbara | OBannon, Barbara v. Merck & Co., Inc. | 2:05-cv-03809-EEF-DEK | 12/30/05 |
| Obst, Lawrence | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | 12/30/05 |
| OConnor, Elizabeth | McDaniel, Jeffrey v. Merck & Co., Inc. | 2:05-cv-03811-EEF-DEK | 12/30/05 |
| ONeal, Eugene | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Orock, Patty | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | 8/30/06 |
| Pearson, Mary | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | 12/30/05 |
| Pebbles, Carla | Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK | 12/30/05 |
| Peters, Elaine | Middleton, Barbara v. Merck & Co., Inc. | 2:05-cv-03416-EEF-DEK | 12/30/05 |
| Pinter, Raymond | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | 1/10/06 |
| Poe, Dorris | Euell, Jefferson v. Merck & Co., Inc. | 2:06-cv-00794-EEF-DEK | 5/1/06 |
| Polk, Arnette | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | 12/30/05 |
| Ponder, Ella May | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | 5/1/06 |
| Powell, Martha | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Pruitt, Costameka | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |

M00C824091

| | | | |
|---|---|---|---|
| Queen, Mary | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Ramsay, William | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | 3/8/06 |
| Raper, Sharon K | Underwood, Sammy L. v. Merck & Co., Inc. | 2:05-cv-02571-EEF-DEK | 12/30/05 |
| Reddel, Mark | Singleton, Gloria v. Merck & Co., Inc. | 2:05-cv-02576-EEF-DEK | 12/30/05 |
| Reddel, Mark | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK | 12/30/05 |
| Richardson, Elizabeth | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | 9/12/06 |
| Richardson, Jimmy | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | 9/12/06 |
| Robertson, Carol | Likins, George v. Merck & Co., Inc. | 2:06-cv-00787-EEF-DEK | 5/1/06 |
| Royster, Wendell | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Santiago, Alfredo | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | 12/5/06 |
| Satterfield, Joann | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | 6/26/06 |
| Savinske, Dan | Kassing, Dorothy v. Merck & Co., Inc. | 2:05-cv-05303-EEF-DEK | 1/10/06 |
| Scherer, Opal | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | 1/14/06 |
| Scott, Alta | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | 6/26/06 |
| Scott, Elisha | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Scott, Gerald | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK | 1/14/06 |
| Scott, Myrtle | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | 9/12/06 |
| Siders Guy, Franklin | Boswell, Mattie v. Merck & Co., Inc. | 2:05-cv-06389-EEF-DEK | 2/19/06 |
| Simpson, Larry | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | 1/10/06 |
| Smith, Carolyn Ann | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK | 1/14/06 |
| Solis, Elizabeth | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK | 2/18/06 |
| Spadoni, Barbara | Hubbard, Norma v. Merck & Co., Inc. | 2:05-cv-03813-EEF-DEK | 1/14/06 |
| Sphar, Ron | OBannon, Barbara v. Merck & Co., Inc. | 2:05-cv-03809-EEF-DEK | 1/14/06 |
| Staley, Pamela | Cavins, Jane v. Merck & Co., Inc. | 2:05-cv-03816-EEF-DEK | 1/14/06 |
| Steiner, Doris | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK | 1/14/06 |
| Stibbe, Gary | Robertson, Guy v. Merck & Co., Inc. | 2:05-cv-06058-EEF-DEK | 2/4/06 |

| | | | |
|---|---|---|---|
| Stiles, Priscilla | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Stock, Paul | Hubbard, Norma v. Merck & Co., Inc. | 2:05-cv-03813-EEF-DEK | 1/14/06 |
| Strittmatter, Ronald | Anderson, Arline v. Merck & Co., Inc. | 2:05-cv-02572-EEF-DEK | 1/14/06 |
| Stroup, Danny | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | 1/10/06 |
| Sydow, Janet | Black, Carver v. Merck & Co., Inc. | 2:05-cv-03802-EEF-DEK | 1/14/06 |
| Tatum, Jessie | Robertson, Guy v. Merck & Co., Inc. | 2:05-cv-06058-EEF-DEK | 2/4/06 |
| Tharp, James | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | 1/11/06 |
| Thomas, Reta Mae | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | 1/14/06 |
| Treat, Leola | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | 1/14/06 |
| Trice, Carol Sue | Lockett, Renee v. Merck & Co., Inc. | 2:05-cv-03804-EEF-DEK | 1/14/06 |
| Trinidad, Loretta | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | 1/10/06 |
| Truss, Robert | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | 1/10/06 |
| Turner, Mildred Marlene | Lockett, Renee v. Merck & Co., Inc. | 2:05-cv-03804-EEF-DEK | 1/14/06 |
| Underwood, Sammy L | Underwood, Sammy L. v. Merck & Co., Inc. | 2:05-cv-02571-EEF-DEK | 1/14/06 |
| Upton, Thomas | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Waddell, Judy | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK | 1/14/06 |
| Waggoner, Gary | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK | 1/10/06 |
| Waggoner, Jackie | Butler, Charlesetta v. Merck & Co., Inc. | 2:05-cv-03817-EEF-DEK | 1/14/06 |
| Wagner, Robyn | Wagner, Robyn v. Merck & Co., Inc. | 2:05-cv-03138-EEF-DEK | 1/14/06 |
| Walker, Willie Mae | Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK | 1/14/06 |
| Walter, Ida | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK | 1/10/06 |
| Ward, Elizabeth Jane | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | 1/10/06 |
| Watts, Zola | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | 5/1/06 |
| Wells, Claude | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | 1/14/06 |
| Wheeler, Dorothy | Young, Lejuana v. Merck & Co., Inc. | 2:05-cv-03805-EEF-DEK | 1/14/06 |
| Wheeler, Virgie | Miller, Greg B. v. Merck & Co., Inc. | 2:05-cv-05292-EEF-DEK | 1/10/06 |

M00C824093

| Williams, Elizabeth | Zide, Martin v. Merck & Co., Inc. | 2:06-cv-00796-EEF-DEK | 5/1/06 |
|---|---|---|---|
| Wilson, Henry | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | 9/12/06 |
| Wims, Dolores | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | 12/12/06 |
| Wolfe, Robert | Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK | 1/14/06 |
| Wolfe, Sharon | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | 1/14/06 |
| Wood, Helen | Wood, Helen v. Merck & Co., Inc. | 2:05-cv-03799-EEF-DEK | 1/14/06 |
| Wood, Paul | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | 6/26/06 |
| Woods, Richard | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | 8/30/06 |
| Woodward, Terry | Ganser, Dorothy v. Merck & Co., Inc. | 2:05-cv-05300-EEF-DEK | 1/10/06 |
| Wren, William | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | 1/10/06 |
| Writer, Charles | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK | 1/10/06 |
| Zide, Martin | Zide, Martin v. Merck & Co., Inc. | 2:06-cv-00796-EEF-DEK | 5/1/06 |

M00C82409.4

# Exhibit G

## CAREY & DANIS, LLC
### ATTORNEYS AT LAW
www.careydanis.com

SUITE 1100  ·  8235 FORSYTH BOULEVARD · ST. LOUIS, MISSOURI 63105 · (314) 725-7700 · (800) 721-2519 · FAX: (314) 721-0905

May 4, 2007

*VIA FACSIMILE*
*AND FIRST CLASS MAIL*

Zane Reister
101 Hudson Street
Suite 3601
Jersey City, N.J. 07302-3908
Fax: (201) 536-0799

      Re:    *April 13, 2007 letter*

Dear Zane:

     In response to your April 13, 2007 letter, we would like to provide the following information regarding plaintiffs for whom we did not submit Plaintiff Profile Forms (PPFs). We do not believe, based on information presently in our possession, that the plaintiffs identified below had cardiovascular events as that term is defined in Pretrial Order 18(C). Pretrial Order 18(C) indicates that plaintiffs' answers are the equivalent of answers to interrogatories under Fed.R.Civ.P. 33 and shall be supplemented in accordance with Fed.R.Civ.P. 26. The plaintiffs identified below reserve the right to file a PPF claiming a cardiovascular event as defined by Pretrial Order 18(C) if in the course of discovery it is determined that these plaintiffs suffered a cardiovascular event as that term is defined in Pretrial Order 18(C) as required by the Federal Rules. See generally Fed.R.Civ.P. 26(e).

     Consequently, no PPFs are presently due on the following cases:

- Adams, Laverna
- Arthur, Billie Jo
- Blake, Jim
- Brazee, Cynthia
- Carmichael, Frank
- Chavis, Maricelle
- Dawson, Tyrone
- Esser, Ruth
- Ezell, Glendia
- Ferrario, Joann

38466.1

MODE340014

- Frazier, Deloris
- Hallman, Martha
- Hamm, Melinda
- Houser, Candice
- Irwin, Michelle
- Johnson, Mackie
- Kaeser, Ralph
- Keating, Vicki
- Layman, Robert
- Lichtenberg, Philip
- Marbry, Terry
- Moore, Ruth
- Newport, Annette
- Obannon, Barbara
- Obst, Lawrence
- OConnor, Elizabeth
- Pearson, Mary
- Pinter, Raymond
- Poe, Dorris
- Richardson, Elizabeth
- Robertson, Carol
- Savinske, Dan
- Scott, Gerald
- Siders, Franklin
- Smith, Carolyn Ann
- Sphar, Ron
- Staley, Pamela
- Steiner, Doris
- Strittmatter, Ronald
- Tatum, Jessie
- Thomas, Reta Mae
- Trinidad, Loretta
- Truss, Robert
- Turner, Mildred
- Upton, Thomas
- Underwood, Sammy
- Waddell, Judy
- Waggoner, Jackie
- Wheeler, Dorothy
- Wood, Helen
- Zide, Martin

We would like a 30-day extension on the following PPFs:

38466.1

MODE340015

- Ainsworth, Oliver
- Cowsert, Betty Jean
- Ganser, Dorothy
- Geary, Larry
- Hill, Robert
- Holley, Shawn
- Howen, Daniel T.
- Hutcheson, Deborah
- Kelm, Ron
- ONeal, Eugene
- Peters, Elaine
- Scott, Elisha
- Scott, Myrtle
- Sydow, Janet
- Walter, Ida
- Williams, Elizabeth
- Wolfe, Sharon
- Woodward, Terry
- Alderman, Steven
- Atkinson, Susan
- Barnett, Lillian
- Berry, Joyce
- Cannon, Annette Johnson
- Cardona, Tracy
- Carrow, Norman
- Collins, Eunice
- Collins, Lonia
- Cooper, Sandy
- Cross, Richard
- Daughery, Linda
- Dillingham, Leonard
- Dunn, James
- Eads, Justin
- Ellis, Earnestine
- Frank, Mary
- Franklin, Nicholas
- Geiger, Frederick
- Gustin, Barbara
- Hicks, William Lowe
- Hines, Mary
- Hoppers, Bobbette
- Ince, Charles
- Jackson, Paul
- Johnlikes, Theodore

38466.1

M00E340016

- Johnson, Vanessa
- Joyce, Tammy
- Kiehl, Dorothy
- Lashley, Nancy
- Lichey, James
- Loving, Albert
- Mantley, Anthony
- Matthew, Kathleen
- Metcalf, Willie
- Miller, Shirley
- Mills, Fonda
- Monagan, James
- Montgomery, Cherie
- Mueller, Barbara
- Nesbitt, Bertha
- Newcomb, Daniel
- Pebbles, Carla
- Polk, Arnette
- Ponder, Ella May
- Pruitt, Costameka
- Queen, Mary
- Reddel, Mark
- Richardson, Jimmy
- Royster, Wendell
- Santiago, Alfredo
- Satterfield, Joann
- Scherer, Opal
- Simpson, Larry
- Solis, Elizabeth
- Spadoni, Barbara
- Stibbe, Gary
- Stiles, Priscilla
- Stock, Paul
- Stroup, Danny
- Tharp, James
- Treat, Leola
- Trice, Carol Sue
- Waggoner, Gary
- Wagner, Robyn
- Walker, Willie Mae
- Ward, Elizabeth Jane
- Watts, Zola
- Wells, Claude
- Wheeler, Virgie

M0DE340017

- Wilson, Henry
- Wims, Dolores
- Wolfe, Robert
- Wood, Paul
- Woods, Richard
- Wren, William
- Writer, Charles
- Anderson, Carol
- Anderson, Sandra
- Burns, Julie
- Eads, Justin
- Ciavarella, Catherine
- Clothier, Helen
- Fitzgerald, John R
- McGinnis, Dorathea
- Nerbonne, Raymond
- Orock, Patty
- Powell, Martha
- Ramsay, William
- Scott, Alta

As always, thank you for your courtesies in this matter.

Very truly yours,

Casey Flynn and Sarah Hale

Cc:  Jeff Lowe, Lynn Carlisle, Linda Bean, File

38466.1

M0OE340018