# Exhibit G



## CAREY & DANIS, LLC
ATTORNEYS AT LAW
www.careydanis.com

SUITE 1100 · 8235 FORSYTH BOULEVARD · ST. LOUIS, MISSOURI 63105 · (314) 725-7700 · (800) 721-2519 · FAX: (314) 721-0905

May 4, 2007

*VIA FACSIMILE*
*AND FIRST CLASS MAIL*

Zane Reister
101 Hudson Street
Suite 3601
Jersey City, N.J. 07302-3908
Fax: (201) 536-0799

       Re:   *April 13, 2007 letter*

Dear Zane:

     In response to your April 13, 2007 letter, we would like to provide the following information regarding plaintiffs for whom we did not submit Plaintiff Profile Forms (PPFs). We do not believe, based on information presently in our possession, that the plaintiffs identified below had cardiovascular events as that term is defined in Pretrial Order 18(C). Pretrial Order 18(C) indicates that plaintiffs' answers are the equivalent of answers to interrogatories under Fed.R.Civ.P. 33 and shall be supplemented in accordance with Fed.R.Civ.P. 26. The plaintiffs identified below reserve the right to file a PPF claiming a cardiovascular event as defined by Pretrial Order 18(C) if in the course of discovery it is determined that these plaintiffs suffered a cardiovascular event as that term is defined in Pretrial Order 18(C) as required by the Federal Rules. See generally Fed.R.Civ.P. 26(e).

     Consequently, no PPFs are presently due on the following cases:

- Adams, Laverna
- Arthur, Billie Jo
- Blake, Jim
- Brazee, Cynthia
- Carmichael, Frank
- Chavis, Maricelle
- Dawson, Tyrone
- Esser, Ruth
- Ezell, Glendia
- Ferrario, Joann

38466.1

MDDE340014

- Frazier, Deloris
- Hallman, Martha
- Hamm, Melinda
- Houser, Candice
- Irwin, Michelle
- Johnson, Mackie
- Kaeser, Ralph
- Keating, Vicki
- Layman, Robert
- Lichtenberg, Philip
- Marbry, Terry
- Moore, Ruth
- Newport, Annette
- Obannon, Barbara
- Obst, Lawrence
- OConnor, Elizabeth
- Pearson, Mary
- Pinter, Raymond
- Poe, Dorris
- Richardson, Elizabeth
- Robertson, Carol
- Savinske, Dan
- Scott, Gerald
- Siders, Franklin
- Smith, Carolyn Ann
- Sphar, Ron
- Staley, Pamela
- Steiner, Doris
- Strittmatter, Ronald
- Tatum, Jessie
- Thomas, Reta Mae
- Trinidad, Loretta
- Truss, Robert
- Turner, Mildred
- Upton, Thomas
- Underwood, Sammy
- Waddell, Judy
- Waggoner, Jackie
- Wheeler, Dorothy
- Wood, Helen
- Zide, Martin

We would like a 30-day extension on the following PPFs:

38466.1

M00E340015

- Ainsworth, Oliver
- Cowsert, Betty Jean
- Ganser, Dorothy
- Geary, Larry
- Hill, Robert
- Holley, Shawn
- Howen, Daniel T.
- Hutcheson, Deborah
- Kelm, Ron
- ONeal, Eugene
- Peters, Elaine
- Scott, Elisha
- Scott, Myrtle
- Sydow, Janet
- Walter, Ida
- Williams, Elizabeth
- Wolfe, Sharon
- Woodward, Terry
- Alderman, Steven
- Atkinson, Susan
- Barnett, Lillian
- Berry, Joyce
- Cannon, Annette Johnson
- Cardona, Tracy
- Carrow, Norman
- Collins, Eunice
- Collins, Lonia
- Cooper, Sandy
- Cross, Richard
- Daughery, Linda
- Dillingham, Leonard
- Dunn, James
- Eads, Justin
- Ellis, Earnestine
- Frank, Mary
- Franklin, Nicholas
- Geiger, Frederick
- Gustin, Barbara
- Hicks, William Lowe
- Hines, Mary
- Hoppers, Bobbette
- Ince, Charles
- Jackson, Paul
- Johnlikes, Theodore

M0DE340016

- Johnson, Vanessa
- Joyce, Tammy
- Kiehl, Dorothy
- Lashley, Nancy
- Lichey, James
- Loving, Albert
- Mantley, Anthony
- Matthew, Kathleen
- Metcalf, Willie
- Miller, Shirley
- Mills, Fonda
- Monagan, James
- Montgomery, Cherie
- Mueller, Barbara
- Nesbitt, Bertha
- Newcomb, Daniel
- Pebbles, Carla
- Polk, Arnette
- Ponder, Ella May
- Pruitt, Costameka
- Queen, Mary
- Reddel, Mark
- Richardson, Jimmy
- Royster, Wendell
- Santiago, Alfredo
- Satterfield, Joann
- Scherer, Opal
- Simpson, Larry
- Solis, Elizabeth
- Spadoni, Barbara
- Stibbe, Gary
- Stiles, Priscilla
- Stock, Paul
- Stroup, Danny
- Tharp, James
- Treat, Leola
- Trice, Carol Sue
- Waggoner, Gary
- Wagner, Robyn
- Walker, Willie Mae
- Ward, Elizabeth Jane
- Watts, Zola
- Wells, Claude
- Wheeler, Virgie

M0DE340017

- Wilson, Henry
- Wims, Dolores
- Wolfe, Robert
- Wood, Paul
- Woods, Richard
- Wren, William
- Writer, Charles
- Anderson, Carol
- Anderson, Sandra
- Burns, Julie
- Eads, Justin
- Ciavarella, Catherine
- Clothier, Helen
- Fitzgerald, John R
- McGinnis, Dorathea
- Nerbonne, Raymond
- Orock, Patty
- Powell, Martha
- Ramsay, William
- Scott, Alta

As always, thank you for your courtesies in this matter.

Very truly yours,

Casey Flynn and Sarah Hale

Cc: Jeff Lowe, Lynn Carlisle, Linda Bean, File

38466.1

MODE340018