UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657  SECTION L |
| WILLIMINA WHEATON, on behalf of all surviving heirs and on behalf of ROSIE L. WHEATON, Deceased,<br><br>         Plaintiff,<br>v.<br><br>MERCK & CO., INC., a foreign corporation,<br><br>         Defendant. | * * * * * * * * * * * | CASE NO. 05-0957<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III<br><br>PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |

**(THIS DOCUMENT RELATES TO:  Janet Sue Morgan, et al. vs. Merck & Co.; Civil Action No. 3:03cv435)**

## SUGGESTION OF DEATH

**COMES NOW** Williminia Wheaton, on behalf of all surviving heirs and on behalf of Rosie L. Wheaton, deceased, by and through counsel of record, and hereby suggests upon the record the death of Plaintiff, Rosie Wheaton, who died on or about March 19, 2005.  See Rule 25(a)(1), Fed.R.Civ.P.

**RESPECTFULLY SUBMITTED** this the   6th    day of July, 2007.


          /s/ Benjamin L. Locklar
**ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)**
**BENJAMIN L. LOCKLAR (Ala. Bar No. LOC009)**

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36104-4160
(334) 269-2343
(334) 954-7555

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the   6th    day of July, 2007.

| | |
|---|---|
| Richard C. Stanley | Phillip A. Wittman |
| Bryan C. Reuter | Dorothy H. Wimberly |
| Thomas P. Owen, Jr. | Carmelite M. Bertaut |
| **STANLEY, FLANAGAN** | **STONE PIGMAN WALTHER**. |
|   **& REUTER, LLC** |    **WITTMAN, LLC** |
| 909 Poydras Street | 546 Carondelet Street |
| Suite 2500 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70112 | (504) 581-3200 |
| (504) 523-1580 | (504) 581-3361 FAX |
| (504) 524-0069 – FAX | |

         /s/ Benjamin L. Locklar           
**OF COUNSEL**