UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1657 |
| | * | SECTION L |
| | * | |
| | * | |
| WILLIMINA WHEATON, on behalf of all surviving heirs and on behalf of ROSIE L. WHEATON, Deceased, | * * * | CASE NO. 05-0957 |
| | * | JUDGE ELDON E. FALLON |
| Plaintiff, | * | |
| v. | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation, | * * | |
| | * | PLAINTIFF DEMANDS TRIAL |
| Defendant. | * | BY STRUCK JURY |

**(THIS DOCUMENT RELATES TO: Janet Sue Morgan, et al. vs. Merck & Co.; Civil Action No. 3:03cv435)**

## SUGGESTION OF DEATH

**COMES NOW** Williminia Wheaton, on behalf of all surviving heirs and on behalf of Rosie L. Wheaton, deceased, by and through counsel of record, and hereby suggests upon the record the death of Plaintiff, Rosie Wheaton, who died on or about March 19, 2005. See Rule 25(a)(1), Fed.R.Civ.P.

**RESPECTFULLY SUBMITTED** this the   6th   day of July, 2007.

             /s/ Benjamin L. Locklar             
**ANDY D. BIRCHFIELD (Ala. Bar No. BIR006)**
**BENJAMIN L. LOCKLAR (Ala. Bar No. LOC009)**

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36104-4160
(334) 269-2343
(334) 954-7555

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the   6th    day of July, 2007.

| | |
|---|---|
| Richard C. Stanley | Phillip A. Wittman |
| Bryan C. Reuter | Dorothy H. Wimberly |
| Thomas P. Owen, Jr. | Carmelite M. Bertaut |
| **STANLEY, FLANAGAN** | **STONE PIGMAN WALTHER**. |
| **& REUTER, LLC** | **WITTMAN, LLC** |
| 909 Poydras Street | 546 Carondelet Street |
| Suite 2500 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70112 | (504) 581-3200 |
| (504) 523-1580 | (504) 581-3361 FAX |
| (504) 524-0069 – FAX | |

_____/s/ Benjamin L. Locklar_____
**OF COUNSEL**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Suggestion of Death has been served on Liason Counsel, Russ Herman and Phillip Whittman, by U.S. Mail or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No: 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 6th day of July, , 2007.

    /s/ Benjamin L. Locklar
ANDY BIRCHFIELD, JR.
(BIR006)
BENJAMIN L. LOCKLAR
(LOC0009)
Attorneys for Plaintiff
**Beasley, Allen, Crow, Methvin,
Portis, & Miles, P.C.
234 Commerce Street
Montgomery, Alabama  36104
Telephone:    334-269-2343
Facsimile:    334 – 954-7555
Andy.Birchfield@beasleyallen.com
Ben.Locklar@bealseyallen.com**