UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| *Jack F. Kenny, et al. v. Merck & Co., Inc. et al.*, No. 2:06-cv-011281-EEF-DEK | MAG. JUDGE KNOWLES |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck") and Plaintiffs Jack F. Kenny and Linda Kenny ("Plaintiffs"), through their respective undersigned counsel, as follows:

1. This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Each party is to bear its own costs and attorneys' fees.

- 2 -

Dated: 6/7/07

KERSHAW CUTTER & RATINOFF, LLP

_____
William A. Kershaw
David E. Smith
980 Ninth Street, 19th Floor
Sacramento, CA 95814
Telephone: 916.448.9800
Attorneys for Plaintiffs

Dated: 6/26/07

REED SMITH LLP

_____
Steven J. Boranian
R. Euna Kim
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of July, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2