BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: VIOXX® ) MDL Docket No. 1657
)
PRODUCTS LIABILITY LITIGATION ) Section L
)
This document relates to: ) Judge Fallon
*Himmel, et al. v. Merck & Co., Inc., et al.* )
(Index No. 05-6353) ) Mag. Judge Knowles
*Jaglieski v. Merck & Co., Inc., et al.* )
(Index No. 05-6351) )
*Morrison, et al. v. Merck & Co., Inc., et al.* )
(Index No. 05-6352) )
*Regan, et al. v. Merck & Co., Inc., et al.* )
(Index No. 05-6354) )
)

### STIPULATION AND ORDER TO DISMISS CERTAIN DEFENDANTS

Plaintiffs and defendants hereby stipulate that the following defendants be dismissed from each of the above-listed cases with prejudice, each party to bear their own fees and costs:

1. Nancy Moredock; and
2. Ken Hutchinson.

Plaintiffs and defendants further stipulate that the following unserved defendants be dismissed from each of the above-listed cases, each party to bear their own fees and costs:

1. Nancy Nielsen;
2. Fred Auzenne (incorrectly sued as "Fred Avuene");
3. Lisa Davis;
4. Kerry Edwards;

5. Deborah Lee (incorrectly sued as "Debbie Lee"); and

6. Gerald Shaw (incorrectly sued as "Jerry Shaw").

| | |
|---|---|
| WHITE MEANY & WETHERALL, LLP<br><br>By: *(signature)*<br>J. Stewart White, No. 1039<br>3185 Lakeside Drive<br>Reno, NV 89509<br>Phone: 775-828-9999<br>Fax: 775-828-9998<br><br>Attorneys for Plaintiffs | STONE PIGMAN WALTHER WITTMAN L.L.C.<br><br>By: *(signature)*<br>Phillip A. Wittmann, 13625<br>Anthony M. DiLeo, 4942<br>Dorothy H. Wimberly, 18509<br>Carmelite M. Bertaut, 3054<br>546 Carondelet Street<br>New Orleans, Louisiana 70130<br>Phone: 504-581-3200<br>Fax: 504-581-3361<br><br>Defendants' Liaison Counsel<br><br>Kristina Pickering, No. 992<br>Denise Barton, No. 5579<br>Robert R. McCoy, No. 9121 MORRIS PICKERING & PETERSON<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>Phone: 702-474-9400<br>Fax: 702-474-9422<br><br>Counsel for Defendants<br>Merck & Co., Inc., Kerry Edwards, Nancy Moredock, Mary Tracey Philippi, Gerald Shaw, Karen Shouse, Ladon Silva, Serge Burnet, Tina Damore, Julie Wurch, and Nicole Lorenzi |

## ORDER

IT IS SO ORDERED. The above-named defendants are hereby dismissed without prejudice.

_____
JUDGE

DATED_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order to Dismiss Certain Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of July, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2