### BEFORE THE JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: VIOXX® | ) MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) Section L |
| This document relates to: | ) Judge Fallon |
| *Mayfield, et al. v. Merck & Co., Inc., et al.* (Index No. 07-2103) | ) Mag. Judge Knowles |
| *Wyman, et al. v. Merck & Co., Inc., et al.* (Index No. 07-2104) | ) |

### STIPULATION AND ORDER TO DISMISS CERTAIN DEFENDANTS

Plaintiffs and defendants hereby stipulate that the following defendants be dismissed from each of the above-listed cases with prejudice, each party to bear their own fees and costs:

1. Nancy Moredock; and
2. Ken Hutchinson.

WHITE MEANY &
WETHERALL, LLP

By: _____
Stewart White, No. 1039
3185 Lakeside Drive
Reno, NV 89509
Phone: 775-828-9999
Fax: 775-828-9998

Attorneys for Plaintiffs

STONE PIGMAN WALTHER
WITTMAN L.L.C.

By: _____
Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

Kristina Pickering, No. 992
Denise Barton, No. 5579
Robert R. McCoy, No. 9121 MORRIS
PICKERING & PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Phone: 702-474-9400
Fax: 702-474-9422

Counsel for Defendants
Merck & Co., Inc., Kerry Edwards, Nancy Moredock, Mary Tracey Philippi, Gerald Shaw, Karen Shouse, Ladon Silva, Serge Burnet, Tina Damore, Julie Wurch, and Nicole Lorenzi

## ORDER

IT IS SO ORDERED. The above-named defendants are hereby dismissed with prejudice.

_____
JUDGE

DATED_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order to Dismiss Certain Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of July, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2