UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | MDL No. 1657 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| **This Document Relates to:** | |
| *Mayfield, et al. v. Merck & Co., Inc.,* Case No. 07-2103 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| *Wyman, et al. v. Merck & Co., Inc.* Case No. 07-2104 | |

## ORDER OF DISMISSAL

Considering the foregoing Stipulation and Order to Dismiss Certain Defendants,

IT IS ORDERED that all claims of plaintiffs in the above-listed cases against defendants Nancy Moredock and Ken Hutchinson be and they hereby are dismissed with prejudice, each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

875870v.1