## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Otis W. Mercer v. Merck & Co., Inc.*<br>(E.D. La. Index No. 2:06-cv-11006-EEF-DEK) | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Otis W. Mercer ("Plaintiff"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiff agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx® ("Vioxx"), such lawsuit will be filed in a United States District Court, and

2. Plaintiff further agrees that in the event he re-files such lawsuit, any discovery that has taken place in *In re VIOXX Products Liab. Litig.* (MDL-1647), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff as though Plaintiff had been a party and had an opportunity to participate in that discovery.

3. In compliance with PreTrial Order No. 8A, the undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, they will make the change

directly on File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are non counterclaims or third-party claims. Each party will bear its own costs and counsel fees.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

| | |
|---|---|
| *Joshua C. Ezrin (by SG)* | *Dorothy H. Wimberly* |
| William M. Audet | Phillip A. Wittmann |
| Susanne N. Scovern | Dorothy H. Wimberly |
| Joshua C. Ezrin | STONE, PIGMAN, WALTHER & |
| Adel A. Nadji | WITTMAN, LLC |
| AUDET & PARTNERS, LLP | 546 Carondelet Street |
| 221 Main Street, Suite 1460 | New Orleans, LA 70130 |
| San Francisco, CA 94105 | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | |

SO ORDERED:

_____
Honorable Eldon E. Fallon
United States Senior District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of July, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2