Appeal De novo

Lead 05-1657
Case 06-1493

Motion for Records

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED JUL -5 2007

LORETTA G. WHYTE
Clerk

Dear Judge Falon and Clerk Of The Court

I would note that I may have several lawyers/attorney and state and federal agencys as witnesses etc..
I need the clerk of the court to send my entire case file to: 1931 Bagley Saginaw MI. 48601 and to Mark Lanier Rhonda Harshbarger at 6810 FM 1960 West Houston Texas 77069 phone (713) 659-5200 if under the hippa or FOIA law this is pertinent information. I filed a case on Dow chemical for 21 million for on going injuries

Signed,

Edward Earl Thomas

TENDERED FOR FILING

JUL -5 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee____
Process____
X Dktd____
X CtRmDep____
Doc. No.____

6-26-2007

This is pertinent information.




To: Clerk of the Court
U.S. District Court
500 Poydras St. room
C-151 New Orleans LA

From: [handwritten]
2300 N. Jefferson #7
Saginaw, MI.
48601

FIRST CLASS

ReadyPost
Utility Mailer