*Supplemental Brief*
*Appeal be no do*
*Motion to Amend*

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUL - 5 2007

LORETTA G. WHYTE
Clerk

Lead 05-1657
Case 06-1493

Dear Judge Falon and
Clerk of the court

I made a motion to amend a complaint from 50,000,000 to 300,000,000 I just wrote to see if the case has been amended, if not please amend. Then there is a motion of declaration.

Signed,

Edward Earl Thomas

6-26-2007

TENDERED FOR FILING
JUL - 5 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

This is pertinent information.

___ Fee _____
___ Process _____
X   Dktd _____
X   CtRmDep _____
___ Doc. No. _____

