Appeal De novo

Motion for Amends

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUL -5 2007

LORETTA G. WHYTE
Clerk

Lead 05-1657
Case 06-1493

Dear Judge Falon

I know I put a motion for protection, motion on that the dam defendant can not watch the plaintiff, supplemental damage. I have not got a response. I believe I am being watched witnesses are scared we plaintiff(s) need supplemental help now I have filed a 21 million suit on Dow chemical. I am now contacting a therapist(s) one Mary Peacock (616) 979-4800 then a chemistry lab (s) MSR Technologies and or Commonweal (415) 868-0970. Then there is a motion of declaration.

Signed,

Edward Earl Thomas

6-29-2006

TENDERED FOR FILING
JUL -5 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee____
Process____
X Dktd____
___ CtRmDep____
X Doc. No.____

```
MidMichigan Medical Center - Midland           Copy from Wellness

Pat: THOMAS,EDWARD E      (000000419650) Age/Sex: 40  M  Loc:     -00 (ER )

S7545   COLL: 06/23/07 14:26  REC: 06/23/07 14:29  PHYS: ALLEN JEFFERY L  MD
  TROPONIN LEVEL
      TROPONIN I LEVEL                  <0.03          (<0.04)      ng/ml    ST
                          T2C1
      TROP REF RANGE NOTE:              >0.5 NG/ML  AMI CUTOFF
                                                                STAT


>>> 1 9967256    419650  8544890       TROPONIN I
```

```
MidMichigan Medical Center - Midland              Copy from Wellness


Pat: THOMAS,EDWARD E      (000000419650) Age/Sex: 40  M  Loc:     -00 (ER )

S7545   COLL: 06/23/07 14:26  REC: 06/23/07 14:29  PHYS: ALLEN JEFFERY L  MD
  CK-MB BATTERY
    CK-MB,SERUM                    1.0            (0.6-6.3)     ng/mL
    RELATIVE INDEX                 0.8            (0-4.0)       %



>>> 1 9967256    419650  8544921      CK-MB FRACTION ONLY
```

```
MidMichigan Medical Center - Midland                Copy from Wellness

Pat: THOMAS,EDWARD E        (000000419650) Age/Sex: 40  M  Loc:    -00 (ER  )

S7546   COLL: 06/23/07 14:26  REC: 06/23/07 14:30  PHYS: ALLEN JEFFERY L  MD
  PRECAUTION TUBE
    XMATCH SPECIMEN EXPIRATION         06/26/2007                              ST


>>> 1 9967256    419650  8544891      SPEC COLL VENIPUN
```

```
MidMichigan Medical Center - Midland          Copy from Wellness


Pat: THOMAS,EDWARD E        (000000419650) Age/Sex: 40  M  Loc:     -00 (ER  )

S7545    COLL: 06/23/07 14:26  REC: 06/23/07 14:29  PHYS: ALLEN JEFFERY L  MD
HEMOGRAM
 HEMOGRAM
   WBC COUNT                   5.2           (4.8-10.8)    K/UL        ST
   RBC COUNT                   4.94          (3.6-6.1)     M/UL        ST
   HEMOGLOBIN                  14.9          (14-18)       GM/DL       ST
   HEMATOCRIT                  45.4          (42-48)       %           ST
   MCV                         91.9          (80-100)      FL          ST
   MCH                         30.1          (27-33)       PG          ST
   MCHC                        32.7          (32-37)       %           ST
   RBC DIST WIDTH              13.9          (11.5-14.5)               ST
   PLATELET COUNT              229           (150-450)     K/UL        STAT
                    T2C1
 WBC DIFFERENTIAL
   DIFFERENTIAL TYPE           AUTOMATED                               ST
   AUTO LYMPH                  30            (25-45)       %           ST
   AUTO MONO                   9             (0-14)        %           ST
   AUTO GRAN                   59            (36-76)       %           ST
   EOSINOPHIL (AUTO)           2             (0-5)         %           ST
   BASOPHIL (AUTO)             1             (0-2)         %           ST
   ABSOLUTE NEUTROPHILS        3.0                         K/UL        ST


>>> 1  9967256     419650   8544887       CBC
```

```
MidMichigan Medical Center - Midland                    Copy from Wellness

Pat: THOMAS,EDWARD E        (000000419650) Age/Sex: 40  M  Loc:    -00 (ER )

S7545   COLL: 06/23/07 14:26  REC: 06/23/07 14:29  PHYS: ALLEN JEFFERY L  MD
  HEPATITIS PANEL 1
    HEPATITIS B SURF ANTIBODY        **INDETERMINATE. Unable to determine if Anti
                                     present at levels consistent with immunity. Patient's
                                     immune status should be further assessed.
                                              (NEG2)
    HEPATITIS B SURF ANTIGEN          NEGATIVE        (NEG2)
    HEPATITIS B CORE ANTIBODY         NEGATIVE        (NEG2)
    HEPATITIS A ANTIBODY, TOTAL       NEGATIVE        (NEG2)
    HEPATITIS C ANTIBODY              NEGATIVE        (NEG2)


>>> 1 9967256     419650  8544898    HEPATITIS 1 PANEL
```

http://wellness.midmichigan.net/Cache/a_5TNt_.htm

6/26/2007

MidMichigan Medical Center - Midland                    Copy from Wellness

Pat: THOMAS,EDWARD E        (000000419650) Age/Sex: 40  M  Loc:      -00 (ER )
S7545    COLL: 06/23/07 14:26  REC: 06/23/07 14:29  PHYS: ALLEN JEFFERY L  MD
CPK
  CPK                                    129           (55-170)      U/L         ST
    CPK

>>> 1 9967256     419650  8544889 .       CK (ADD MB IF >100)

http://wellness.midmichigan.net/Cache/a_5RK7.htm

6/26/2007

```
MidMichigan Medical Center - Midland                Copy from Wellness

Pat: THOMAS,EDWARD E       (000000419650) Age/Sex: 40  M  Loc:     -00 (ER  )

S7610   COLL: 06/23/07 17:22  REC: 06/23/07 17:23  PHYS: ALLEN JEFFERY L  MD
URINE MACROSCOPIC
  URINE MACROSCOPIC
    APPEARANCE                           CLEAR
                            YELLOW                                      ST
    URINE GLUCOSE                        NEGATIVE       (NEG)           ST
    BILIRUBIN                            NEGATIVE       (NEG)           ST
    URINE ACETONE                      **1+            (NEG)           ST
    SPECIFIC GRAVITY                     >=1.030        (1.005-1.035)   ST
    BLOOD                                NEGATIVE       (NEG)           ST
    URINE PH                             5.5            (5-7)           ST
    PROTEIN                              NEGATIVE       (NEG)  STAT
    URINE NITRITE                        NEGATIVE       (NEG)           ST
    URINE ESTERASE                       NEGATIVE       (NEG)           ST
    SPECIMEN TYPE                        VOID                           ST

>>> 1 9967256     419650  8544948      URINALYSIS DIPSTICK
```

http://wellness.midmichigan.net/Cache/a_5RNA.htm                    6/26/2007

Copy from Wellness

MidMichigan Medical Center - Midland

Pat: THOMAS,EDWARD E     (000000419650) Age/Sex: 40  M  Loc:    -00 (ER  )
S7545   COLL: 06/23/07 14:26  REC: 06/23/07 14:29  PHYS: ALLEN JEFFERY L  MD

| Test | | Value | Range | Units | |
|---|---|---|---|---|---|
| COMPREHENSIVE METABOLI | | | | | ST |
| GLUCOSE FASTING | | 85 | (65-100) | mg/dL | ST |
| BLOOD UREA NITROGEN | T2C1 | 11 | (9-21) | MG/DL | ST |
| SERUM CREATININE | | 0.9 | (0.8-1.5) | mg/dL | ST |
| CALCIUM | | 9.5 | (8.4-10.2) | MG/DL | ST |
| SODIUM | | 141 | (137-145) | MMOL/L | ST |
| POTASSIUM | | 3.6 | (3.6-5.0) | MMOL/L | ST |
| CHLORIDE | | 103 | (98-109) | MMOL/L | ST |
| CO2 | | 29 | (22-31) | MMOL/L | ST |
| PROTEIN, TOTAL | | 7.1 | (6.0-8.0) | GM/DL | ST |
| ALBUMIN | | 4.4 | (3.5-5.0) | GM/DL | ST |
| BILIRUBIN,TOTAL | | 0.6 | (0.2-1.3) | MG/DL | ST |
| ALK PHOSPHATASE | | 69 | (38-126) | U/L | ST |
| SGOT (AST) | | 15 | (5-40) | U/L | ST |
| SGPT (ALT) | | 20 | (7-56) | U/L | ST |
| eGFR | | >60 | (>59) | mL/min/1.7 | ST |

If patient is African American, multiply eGFR by 1.210

COMP METABOLIC PANEL

>>> 1 9967256    419650   8544888

6/26/200

http://wellness.midmichigan.net/Cache/a_5RK6.htm

