UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GEORGE SIMPSON** | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 05-06276 |
| | * | MDL 1657 |
| **MERCK& CO., INC.** | * | |
| | * | SECTION "L" |
| | * | |
| | * | MAGISTRATE (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW

On Motion of Allan Berger with the law firm of Allan Berger & Associates, P.L.C., and on suggesting to the court that he has hereto represented the plaintiff in this case, but that he is no longer counsel for plaintiff and desires to withdraw from this cause. Petitioner, George Simpson, has notified counsel that he no longer wishes him to represent him and that he has obtained other counsel. His new attorney of record is John D. Sileo, who has left the law office of Allan Berger and Associates and is now located at 320 N. Carrollton Ave., Suite 200, New Orleans, Louisiana, 70119. Please see Mr. Simpson's letter attached.

Respectfully submitted,
ALLAN BERGER & ASSOCIATES, PLC

_S/Allan Berger_
**Allan Berger (La. Bar No. 2977)**
473 Canal St.
New Orleans, LA  70119-5972
(504) 486-9481
E-mail: aberger@allan-berger.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been filed with the Clerk of Court this 20th day of June, 2007 by using the CM/ECF system which will send a notice of electronic filing to all parties.

S/Allan Berger
ALLAN BERGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGE SIMPSON | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 05-06276 |
| | * | MDL 1657 |
| MERCK& CO., INC. | * | |
| | * | SECTION "L" |
| | * | |
| | * | MAGISTRATE (3) |

## ORDER

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that Allan Berger of Allan Berger & Associates, P.L.C. be permitted to withdraw from this case and that his name be erased from the court records thereof as counsel for plaintiff.

Signed at New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE

# THE TRUITT LAW FIRM

A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
251 HIGHWAY 21
MADISONVILLE, LOUISIANA 70447-9677
E-MAIL: MAIL@TRUITTLAW.COM

TELEPHONE:
(985) 792-1062

FACSIMILE:
(985) 792-1065

NEW ORLEANS OFFICE:

433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

WRITER'S E-MAIL:
btruitt@truittlaw.com

April 17, 2007

*Via facsimile only (504) 483-8130*
Allan Berger, Esq.
**ALLAN BERGER & ASSOCIATES, PLC**
320 N Carrolton Avenue, Suite 200
New Orleans, Louisiana 70119

    RE:   Vioxx litigation

Dear Mr. Berger:

    This is to advise that our firm referred two files, George Simpson and Emma Hughens, to Jack Sileo for handling in the Vioxx litigation. We would appreciate it if these files would be transferred to Mr. Sileo at Chip Forstall's office for further handling, now that he is no longer with your firm.

    Your anticipated attention in this matter is greatly appreciated. In the meantime, if you have any questions, please do not hesitate to contact me.

With kindest regards,

JACK E. TRUITT

JET/hl
cc:   John D. Sileo, Esq.
      *(Via facsimile only (504) 483-3447)*