UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GEORGE SIMPSON** | * | **CIVIL ACTION** |
| | * | |
| **versus** | * | **NO. 05-06276** |
| | * | **MDL 1657** |
| **MERCK& CO., INC.** | * | |
| | * | **SECTION "L"** |
| | * | |
| | * | **MAGISTRATE (3)** |

*************************************************************************

### ORDER

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that Allan Berger of Allan Berger & Associates, P.L.C. be permitted to withdraw from this case and that his name be erased from the court records thereof as counsel for plaintiff.

Signed at New Orleans, Louisiana, this _____ day of _____, 2007.

_____
J U D G E