# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFONSO PETTI | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 06-10460 |
| | * | MDL 1657 |
| MERCK & CO., INC. | * | |
| | * | SECTION "L" |
| | * | |
| | * | MAGISTRATE (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW

On Motion of Allan Berger with the law firm of Allan Berger & Associates, P.L.C., and on suggesting to the court that he has hereto represented the plaintiff in this case, but that he is no longer counsel for plaintiff and desires to withdraw from this cause. Petitioner, Alfonso Petti, has notified counsel that he no longer wishes him to represent him and that he has obtained other counsel. His new attorney of record is John D. Sileo, who has left the law office of Allan Berger and Associates and is now located at 320 N. Carrollton Ave., Suite 200, New Orleans, Louisiana, 70119.

Respectfully submitted,
ALLAN BERGER & ASSOCIATES, PLC

S/Allan Berger
**Allan Berger (La. Bar No. 2977)**
473 Canal St.
New Orleans, LA 70119-5972
(504) 486-9481
E-mail: aberger@allan-berger.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been filed with the Clerk of Court this 20th day of June, 2007, by using the CM/ECF system which will send a notice of electronic filing to all parties.

                                                                                 S/Allan Berger
                                                                             ALLAN BERGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALFONSO PETTI** | * | **CIVIL ACTION** |
| | * | |
| versus | * | **NO. 06-10460** |
| | * | **MDL 1657** |
| MERCK& CO., INC. | * | |
| | * | **SECTION "L"** |
| | * | |
| | * | **MAGISTRATE (3)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that Allan Berger of Allan Berger & Associates, P.L.C. be permitted to withdraw from this case and that his name be erased from the court records thereof as counsel for plaintiff.

Signed at New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE

February 28, 2007


Allan Berger
4173 Canal Street
New Orleans La. 70119


Dear Mr. Berger:

Please release my file to Mr, Jack Sileo and do not communicate with me any further.


A. F. Petti, MD