United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

STANLEY BETHEA,

          PLAINTIFF

July 3, 2007

CASE NO: 05-6775 F(3)

**U. S. DISTRICT COURT**
**Eastern District of Louisiana**

VS.

MERCK + Co. Inc.

FILED   JUL - 6 2007

**LORETTA G. WHYTE** WP
Clerk

Notice For Hearing

Plaintiff is asking the court for
a Hearing on July 11, 2007 to re-
ceive a certified by the district
court In accordance with 28 U.S.C. §
1292(b) to Appeal court order
that Not Final dated June 18, 2007
By Judge Fallon, Melancon v. Texaco,
Inc. 659 F.2d 551, 553 (5th Cir. 1981)

Sincerely yours

Stanley Bethea

STANLEY BETHEA

TENDERED FOR FILING

JUL - 6 2007

U.S. DISTRICT COURT
District of Louisiana

Fee ____
Process ____
X  Dktd ____
X  CtRmDep ____
Doc No. ____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE NOTICE OF A HEARING to APPEAL COURT ORDER OF JUNE 18, 2007 WAS SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING

JOSHUA G. SCHILLER, ESQ
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

And

DOROTHY H. WIMBERLY, 18509
STONE PIGMAN WALTHER
546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130

Stanley Bethea

STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

HARRISBURG PA 171

03 JUL 2007   PM 3

USA 41

STANLEY BETHEA
BOX 704, 171/08
P. O., HBG, PA.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CLERK OF COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA.