ORIGINAL

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 17 PM 3:05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | Section L |
| This document relates to: Constance Ruyle, et al., v. Merck & Co., Inc., No. 05-3381 | Judge Fallon |
| | Mag. Judge Knowles |

## JOINT MOTION TO SUBSTITUTE COUNSEL

Richard H. Greener of the firm of Greener Banducci Shoemaker P.A. and LaDawn Marsters, Esq. hereby move this court to substitute LaDawn Marsters as attorney of record for the Plaintiff Constance Ruyle in the place and stead of Greener Banducci Shoemaker P.A.

Pursuant to this motion, all parties are requested in the future to serve all pleadings and documentation on Plaintiff Constance Ruyle by addressing same to:

LaDawn Marsters
Attorney at Law
2075 N. 13th
Boise, ID 83702
(208) 371-1549 (phone)
ladawn@marsterslaw.com

JOINT MOTION TO SUBSTITUTE COUNSEL – P. 1

Dated this 28th day of February, 2006

Richard H. Greener, ISB #1191
rgreener@greenerlaw.com
Fredric V. Shoemaker, ISB #1687
fshoemaker@greenerlaw.com
Greener Banducci Shoemaker P.A.
815 W. Washington Street
Boise, Idaho 83702
(208) 319-2600 (phone)
(208) 319-2601 (fax)

Dated this 2nd day of March, 2006

LaDawn Marsters
Attorney at Law
2075 N. 13th Street
Boise, ID 83702
(208) 371-1549

JOINT MOTION TO SUBSTITUTE COUNSEL – P. 2

M005075862

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing "Joint Motion to Substitute Counsel" has been served on the following individuals by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 7th day of March, 2006.:

Phillip A. Wittman
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

Wilfred P. Coronato
Hughes Hubbard & Reed LLP
101 Hudson Street, suite 3601
Jersey City, NJ 07302-3908

James Pepper
Dechert, LLP
2929 Arch Street
Philadelphia, PA 19104-2808

Susan Giamportone
Womble Carlyle Sandridge & Rice PLLC
2530 Meridian Parkway, Suite 400
Durham NC 27713

Stephen R. Thomas
Tyler Y. Anderson
Moffatt, Thomas, Barrett, Rock & Fields, Chtd.
101 S. Capitol Blvd., Tenth Floor
P.O. Box 829
Boise, ID 83701

_____
RICHARD H. GREENER

**JOINT MOTION TO SUBSTITUTE COUNSEL –Page 3**
17534-001 154084

M005075863

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below.
To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction**.
To exit File & Serve, click **Return to My File & Serve**.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 10733592 |
| **Submitted by:** | Kimberly Aulenbacher, Greener Banducci Shoemaker PA |
| **Authorized by:** | Richard H Greener, Greener Banducci Shoemaker PA |
| **Authorize and file on:** | Mar 7 2006 10:33AM CST |
| | |
| **Court:** | LA US District Court Eastern Division E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical |
| **Case Number:** | MC MDL-1657 |
| **Case Name:** | In Re: VIOXX Products Liability Litigation MDL No 1657 |
| | |
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 18361-003 |

**Documents List**
**1 Document(s)**
**Attached Document, 1 Pages   Document ID: 5337067**   View Original   View PDF
**Document Type:**   **Access:**   **Transaction Fee:**   **Linked:**
Motion   Secure Public   $0.00
**Document title:**
JOINT MOTION TO SUBSTITUTE COUNSEL (Constance Ruyle)

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Ruyle, Constance | Interested Party | Greener, Richard H | Greener Banducci Shoemaker PA | Attorney in Charge |

⊞ **Recipients (25069)**

⊞ Service List (25069)

⊟ Additional Recipients (0)

⊞ **Case Parties**

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]

M005075864