IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION,**<br><br>This pleading applies to the following cases:<br><br>**Adams, Eva Lucille et al v. Merck & Co Inc**, 2:05-4326 for Miranda Baker<br><br>**Black, Carver et al v. Merck & Co Inc et al**, 2:05-cv-03802 for Marilyn Hunt<br><br>**Fife, Sam et al**, 2:05-6348 for Barbara Sue Cook<br><br>**Marlene Harris et al v. Merck & Co., Inc. et al**, 2:05-cv-02580 for Sarah Robinson<br><br>**Barbara Liotto, et al v. Merck & Co., Inc. et al**, 2:05-cv-04323 for Olena Oliphant and Elenor Williams<br><br>**Pueser et al v. Merck & Co Inc et al**, 2:05-cv-03806 for Paul Allen Davolt<br><br>**Underwood et al v. Merck & Co Inc et al**, 2:05-cv-02571 for Elizabeth Dawn Grimm | Cause No.<br><br>MDL No. 1657 |

### ORDER

Defendant Merck's motion to dismiss the above-styled cases for providing grossly deficient plaintiff profile forms is hereby denied.

_____
United States District Judge Eldon Fallon