IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

In re: VIOXX PRODUCTS LIABILITY LITIGATION,

This pleading applies to the following cases:

**Adams, Eva Lucille et al v. Merck & Co Inc**. 2:05-4326 for Miranda Baker

**Black, Carver et al v. Merck & Co Inc et al**, 2:05-cv-03802 for Marilyn Hunt

**Fife, Sam et al**, 2:05-6348 for Barbara Sue Cook

**Marlene Harris et al v. Merck & Co., Inc. et al**, 2:05-cv-02580 for Sarah Robinson

**Barbara Liotto, et al v. Merck & Co., Inc. et al**, 2:05-cv-04323 for Olena Oliphant and Elenor Williams

**Pueser et al v. Merck & Co Inc et al**, 2:05-cv-03806 for Paul Allen Davolt

**Underwood et al v. Merck & Co Inc et al**, 2:05-cv-02571 for Elizabeth Dawn Grimm

Cause No.

MDL No. 1657

## ORDER

Defendant Merck's motion to dismiss the above-styled cases for providing grossly deficient plaintiff profile forms is hereby denied.

_____
United States District Judge Eldon Fallon