UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX® | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| This document relates to Sam Ashcraft v. | * | |
| Merck & Co., Inc.; Case No. 2:05cv04514 | * | JUDGE FALLON |
| | * | |
| | * | Plaintiff:  Patsy Hardiman |
| | | OBO Gary Hardiman |

## ORDER TO WITHDRAW AS COUNSEL

The Court considered Benjamin L. Locklar and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.'s Motion to Withdraw as Counsel for Plaintiff Patsy Hardiman OBO Gary Hardiman and decided to grant the motion.

It is **ORDERED** that Benjamin L. Locklar and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. are no longer counsel of record for Plaintiff Patsy Hardiman OBO Gary Hardiman and until further notice, all future notices, Orders, and Motions should be served directly to the Plaintiff Patsy Hardiman, 73 Longbranch Road, Lawrenceburg, Tennessee 38464, telephone (931) 766-7948.

**SIGNED** this _____ day of July, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE