UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| This document relates to Sam Ashcraft v. | * | |
| Merck & Co., Inc.; Case No. 2:05cv04514 | * | JUDGE FALLON |
| | * | |
| | * | Plaintiff: Mildred Mace OBO Leonard Mace |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Plaintiff's counsel hereby requests leave to withdraw in this matter. This cause is currently pending in a rule to show cause filed by the defendant. Plaintiff's counsel has attempted on numerous occasions to obtain the information needed in order to submit a timely filed Plaintiff Profile Form; however, plaintiff has failed to provide the information requested (or has failed to return telephone calls or correspondence requesting the information). Plaintiff's counsel has informed the plaintiff that her case would likely be dismissed for her failure to provide the information requested. Plaintiff's counsel further notified the plaintiff that they reserved the right to withdraw from representation in this cause for her failure to comply with counsel's requests for information.

Upon entry of this motion, all further notices, orders, and motions, shall be served directly upon the plaintiff at her last known address: 590 Fish Pond Road, Chuckey, Tennessee 37641.

1

Respectfully submitted,

/s/ Benjamin L. Locklar
Andy Birchfield (BIR006)
P. Leigh O'Dell (ODE006)
Benjamin L. Locklar (LOC009)
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama  36104
(334) 269-2343 - Phone
(334) 954-7555 – Fax
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail and upon all partied by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Nos. 8 and 8A, on this 13th day of July, 2007.

/s/ Benjamin L. Locklar
**OF COUNSEL**