UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1657 |
| | * | SECTION: L |
| This document relates to Sam Ashcraft v. Merck & Co., Inc.; Case No. 2:05cv04514 | * * * | JUDGE FALLON |
| | * | Plaintiff: Mildred Mace OBO Leonard Mace |

## ORDER TO WITHDRAW AS COUNSEL

The Court considered Benjamin L. Locklar and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.'s Motion to Withdraw as Counsel for Plaintiff Mildred Mace OBO Leonard Mace and decided to grant the motion.

It is **ORDERED** that Benjamin L. Locklar and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. are no longer counsel of record for Plaintiff Mildred Mace OBO Leonard Mace and until further notice, all future notices, Orders, and Motions should be served directly to the Plaintiff Mildred Mace, 590 Fish Pond Road, Chuckey, Tennessee 37641, telephone (423) 317-9089.

**SIGNED** this _____ day of July, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE