UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| This document relates to Pat Geasley v. | * | |
| Merck & Co., Inc.; Case No. 2:05cv04508 | * | JUDGE FALLON |
| | * | |
| | * | Plaintiff: Mildred Osborne OBO Melissa Davis |

**ORDER TO WITHDRAW AS COUNSEL**

The Court considered Benjamin L. Locklar and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.'s Motion to Withdraw as Counsel for Plaintiff Mildred Osborne OBO Melissa Davis and decided to grant the motion.

It is **ORDERED** that Benjamin L. Locklar and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. are no longer counsel of record for Plaintiff Mildred Osborne OBO Melissa Davis and until further notice, all future notices, Orders, and Motions should be served directly to the Plaintiff Mildred Osborne, 163 Price Road, Johnson City, Tennessee 37604, telephone (423) 741-0493.

**SIGNED** this _____ day of July, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE