UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION | * <br> * <br> * | MDL NO. 1657 <br> <br> SECTION: L |
| This document relates to Pat Geasley v. <br> Merck & Co., Inc.; Case No. 2:05cv04508 | * <br> * <br> * <br> * | <br> JUDGE FALLON <br> <br> Plaintiff: Paula Howard <br> OBO Frank Radcliff |

## ORDER TO WITHDRAW AS COUNSEL

The Court considered Benjamin L. Locklar and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.'s Motion to Withdraw as Counsel for Plaintiff Paula Howard OBO Frank Radcliff and decided to grant the motion.

It is **ORDERED** that Benjamin L. Locklar and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. are no longer counsel of record for Plaintiff Paula Howard OBO Frank Radcliff and until further notice, all future notices, Orders, and Motions should be served directly to the Plaintiff Paula Howard, 48 Hunter Circle, Rossville, Georgia 30741, telephone (423) 296-6042.

**SIGNED** this _____ day of July, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE