884049v.1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Carmichael, Patricia v. Merck & Co.,* | * | **JUDGE KNOWLES** |
| *Inc.;* Docket Number: 2:06-cv-06823; | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiff Patricia Carmichael in the above-captioned

case be and they hereby are dismissed without prejudice, subject to the terms and conditions of

the stipulation, and with each party to bear his or her own costs.

 

 

 

_____
DISTRICT JUDGE

NY 884049_1