UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Murphree v. Merck & Co., Inc., et al.*, 07-2119

## ORDER

In light of the Court's Order dated June 29, 2007 granting the parties' stipulation of dismissal, IT IS ORDERED that the Plaintiff's previous Motion to Dismiss (Rec. Doc. 11359) is DENIED AS MOOT.

New Orleans, Louisiana, this  16th  day of  July , 2007.

_____
UNITED STATES DISTRICT JUDGE