UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX * MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION *
 * SECTION: L(3)
 *
 * JUDGE FALLON
 * MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Jenkins, et al. v. Merck & Co., Inc.*, 05-4416

## ORDER

IT IS ORDERED that the Plaintiff's Motion to Dismiss (Rec. Doc. 11656) is GRANTED and that Shelby Moser's claims are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, subject to the following conditions:  (1) If the Plaintiff desires to re-file her claims, she must do so in federal court; (2) In the event the Plaintiff re-files, any discovery that has taken place or will take place in this MDL proceeding can be used in the Plaintiff's re-filed suit, as though the Plaintiff had been a party and had an opportunity to participate in that discovery; and (3) Pursuant to Pretrial Order No. 8B, Plaintiff's counsel shall make the necessary changes to party status on LexisNexis File & Serve.

    New Orleans, Louisiana, this   16th   day of   July  , 2007.

                                                                                       _____
                                                                                       UNITED STATES DISTRICT JUDGE