UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court having been notified that the Plaintiffs' Steering Committee has withdrawn its Motion to Alter or Amend This Court's Minute Entry of June 28, 2007 (Rec. Doc. 11636), IT IS ORDERED that this motion is DENIED AS MOOT.

New Orleans, Louisiana, this 13th day of July, 2007.

                                              UNITED STATES DISTRICT JUDGE