UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GEORGE SIMPSON** | * | CIVIL ACTION |
| | * | |
| **versus** | * | NO. 05-06276 |
| | * | MDL 1657 |
| **MERCK& CO., INC.** | * | |
| | * | SECTION "L" |
| | * | |
| | * | MAGISTRATE (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that Allan Berger of Allan Berger & Associates, P.L.C. be permitted to withdraw from this case and that his name be erased from the court records thereof as counsel for plaintiff.

Signed at New Orleans, Louisiana, this __13th__ day of _____July_____, 2007.

_____
J U D G E