UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * MDL No. 1657 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| **This Document Relates to:** | |
| *Timothy McKenzie, et al. v. Merck & Co., Inc., Case No. 2:05-cv-5822* | * MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Order of Dismissal Without Prejudice and Without Costs as to Plaintiff Timothy McKenzie Only,

IT IS ORDERED that all claims of plaintiff Timothy McKenzie against defendant Merck & Co., Inc. in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs. The claims of the remaining plaintiffs remain in full force and effect.

NEW ORLEANS, LOUISIANA, this 13th day of July, 2007.

_____
DISTRICT JUDGE

875870v.1