UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * * * | MDL No. 1657 |
| | | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| **This Document Relates to:** *Mayfield, et al. v. Merck & Co., Inc.,* Case No. 07-2103 *Wyman, et al. v. Merck & Co., Inc.* Case No. 07-2104 | * * * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Considering the foregoing Stipulation and Order to Dismiss Certain Defendants,

IT IS ORDERED that all claims of plaintiffs in the above-listed cases against defendants Nancy Moredock and Ken Hutchinson be and they hereby are dismissed with prejudice, each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 13th day of July, 2007.

_____
DISTRICT JUDGE

875870v.1