UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | *  MDL No. 1657 <br> * <br> *  SECTION L <br> * <br> *  JUDGE ELDON E. FALLON <br> * <br> *  MAGISTRATE JUDGE <br> *  DANIEL E. KNOWLES, III <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

**THIS DOCUMENT RELATES TO:** *Emilia Rivera-Melendez v. Merck & Co., Inc.*, a/k/a and sometime d/b/a Merck Sharpe & Dohme (I.A.) Corp., a New Jersey Corporation, Case No. 05-4520.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Emilia Rivera-Melendez ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Merck, subject to the following conditions:

1. Plaintiff Emilia Rivera-Melendez agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff Emilia Rivera-Melendez further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX*

*Products Liab. Litig.* (MDL No. 1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular Plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiffs Emilia Rivera-Melendez agrees to the above-stated conditions and wishes to dismiss her claims and the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiff's counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Emilia Rivera-Melendez and the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully Submitted by:

Dated: July 6, 2007

Michael B. Lynch, Fla. Bar No. 0668478
Eduardo Rodriguez, Esq., Fla. Bar No. 0165654
Matthew D. Pardy, Esq., Fla. Bar No. 0039438
Of
KIM, PARDY & RODRIGUEZ, P.A.
Post Office Box 3747
Orlando, Florida 32802-3747
Telephone: (407) 481-0066
Telecopier: (407) 481-7939

Attorneys for Plaintiff Emilia Rivera-Melendez

Dated: July 16, 2007

*[signature]*

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
    Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
    Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 16th day of July, 2007.

*[signature]*