UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>  Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Betty J. Peterson v. Merck & Co., Inc., et al.,* Cause No. 06-04249

---

# PLAINTIFF'S RESPONSE TO DEFENDANT'S RULE TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO RESPOND TO THE PLAINTIFF PROFILE FORM

---

TO THE HONORABLE COURT:

COMES NOW, BETTY PETERSON, plaintiff herein, and responds to the Defendant's Rule to Show Cause why Plaintiff's case should not be dismissed, and respectfully shows unto the Court as follows:

On June 28, 2007, Defendant filed its Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18(c). Plaintiff Peterson is among the plaintiffs addressed in Defendant's motion. On June 29, 2007, the undersigned counsel filed a Motion to Withdraw as Counsel. That motion is pending. On July 6, 2007, the Court entered an Order to Show Cause Why Cases Should Not Be Dismissed with Prejudice.

Counsel and Plaintiff are aware of the obligation imposed by Pre-Trial Order 18(c) to provide Defendant with a Plaintiff Profile Form ("PPF"). Counsel has not ignored that obligation. However,

at this time, counsel has been unable to secure a completed PPF from the Plaintiff due to various communication issues that are detailed in counsel's pending Motion to Withdraw.

Counsel respectfully requests an Order from the court granting Plaintiff an additional twenty (20) days to complete and serve her PPF. Defendant will not be prejudiced by the allowance of an additional twenty (20) days.

                    Respectfully submitted,

                    Blizzard, McCarthy & Nabers, LLP

                    Edward Blizzard
                    Texas Bar No. 02495000
                    J. Scott Nabers
                    Texas Bar No. 14769250
                    Rebecca King
                    Texas Bar No. 24027110
                    Holly M. Wheeler
                    Texas Bar. No. 24006035
                    440 Louisiana, Suite 1710
                    Houston, TX 77002
                    Telephone: 713.844.3750
                    Telecopier: 713.844.3755

**OF COUNSEL:**

Ken Bailey
Bailey Perrin & Bailey, LLP
State Bar No. 01543500
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713.425.7100
Direct Telecopier: 713.425.7249
Main Telecopier: 713.425.7101

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Defendant's Rule to Show Cause Why Case Should Not Be Dismissed with Prejudice for Failure to Respond to the Plaintiff Profile Form has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis-Nexis File and Serve Advanced, in accordance with Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of Jule, 2007.

_____
Holly M. Wheeler