UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THOMAS BECK**  **MDL**

**VERSUS**  **NO: 1657**

**MERCK & CO INC**  **SECTION: L**

**DOCUMENT REMOVED. PLAINTIFF PROFILE FORMS ARE NEVER FILED IN THE RECORD, THEY ARE CONSIDERED DISCOVERY DOCUMENTS AND ARE SEALED INFORMATION.**

**DESCRIPTION:** Plaintiff Profile Forms

**FILED BY:** Robert Lynott

**FILE DATE:** 7/17/07