A CERTIFIED TRUE COPY

JUL 1 3 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUL 1 3 2007

LORETTA G. WHYTE
DOCKET NO. 1657   CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 7 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-105)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,243 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee____
___ Process____
X  Dktd____
✓  CtRmDep____
___ Doc. No.____

## SCHEDULE CTO-105 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

EDLA
SEC.L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **FLORIDA SOUTHERN** | | |
| FLS  2  07-14174 | Joan M. Petty v. Merck Corp. | 07-3724 |
| ~~FLS   9  07-80509~~ | ~~George David Murphy v. Merck & Co., Inc., et al.~~ OPPOSED 7/12/07 | |
| **MARYLAND** | | |
| MD  1  07-1495 | Gary Oxendine v. Merck & Co., Inc. | 07-3725 |
| **MISSOURI WESTERN** | | |
| MOW  4  07-406 | Flenard Whitley, et al. v. Merck & Co., Inc. | 07-3726 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  07-4773 | Drusilla Bharath v. Merck & Co., Inc. | 07-3727 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  07-2269 | Rosalind Swepson v. Merck & Co., Inc. | 07-3728 |
| PAE  2  07-2315 | Paula Zurek, et al. v. Merck & Co., Inc., et al. | 07-3729 |
| **WASHINGTON EASTERN** | | |
| ~~WAE  2  07-3034~~ | ~~Gypsy D. Gonzalez, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 7/12/07 | |
| **WASHINGTON WESTERN** | | |
| WAW  2  07-840 | Ruth Looney, et al. v. Merck & Co., Inc. | 07-3730 |
| **WISCONSIN EASTERN** | | |
| WIE  2  07-488 | David Meixelsperger, et al. v. Merck & Co., Inc. | 07-3731 |

## INVOLVED COUNSEL LIST (CTO-105)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Paul Hamilton Beattie
Law Office of Paul H. Beattie
250 Trails End Lane
Yakima, WA 98908

Lawrence Bruce Franklin
Law Offices of Lawrence B. Franklin
819 Walnut
Kansas City, MO 64106

Amy N. Hanson
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98111-3926

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Scott D. Levensten
Levensten Law Firm
1325 Spruce Street
Philadelphia, PA 19107

Kevin R. Martin
Cannon & Dunphy, S.C.
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008

Joan M. Petty
1525 Lake Clay Drive
Lake Placid, FL 33852

Richard D. Schuler
Schuler, Halvorson & Weisser, P.A.
1615 Forum Place
Barristers Building, Suite 4D
West Palm Beach, FL 33401-2317

Harold S. Stevens
Quintairos, Prieto, Wood & Boyer
1 E. Broward Boulevard
Suite 1400
Fort Lauderdale, FL 33301

David A. Thorner
Thorner Kennedy & Gano
101 South 12th Avenue
P.O. Box 1410
Yakima, WA 98907-1410

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Catherine Whitfield
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Kim A. Williams
Williamson & Williams
811 1st Avenue
Suite 620
Seattle, WA 98104

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

Glenn Adam Zuckerman
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10005

## INVOLVED JUDGES LIST (CTO-105)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

~~Hon. Daniel T.K. Hurley~~
~~U.S. District Judge~~
~~352 Paul G. Rogers Federal Building &~~
~~U.S. Courthouse~~
~~701 Clematis Street~~
~~W. Palm Beach, FL 33401~~

Hon. William D. Quarles, Jr.
United States District Judge
Edward A. Garmatz Federal Building &
    U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Sarah W. Hays
U.S. Magistrate Judge
6672 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Shira Ann Scheindlin
U.S. District Judge
1620 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
20613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

~~Hon. Lonny R. Suko~~
~~U.S. District Judge~~
~~Post Office Box 2726~~
~~Yakima, WA 98907-2726~~

Hon. Robert S. Lasnik
Chief Judge, U.S. District Court
15128 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. William E. Callahan, Jr.
U.S. Magistrate Judge
449 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

## INVOLVED CLERKS LIST (CTO-105)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

~~James R. Larsen, Clerk~~
~~U.S. District Court~~
~~P.O. Box 1493~~
~~Spokane, WA 99210~~

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 13, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-105)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 27, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:   Judge Eldon E. Fallon
     Transferor Judges:  (See Attached List of Judges)
     Transferor Clerks:  (See Attached List of Clerks)

JPML Form 36A