UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX®

**PRODUCTS LIABILITY LITIGATION**

This document relates to: Constance Ruyle, et al., v. Merck & Co., Inc., No. 05-3381

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## ORDER TO SUBSTITUTE COUNSEL

Pursuant to the joint motion of Richard H. Greener of the firm of Greener Banducci Shoemaker P.A. and LaDawn Marsters, Esq., the court hereby orders that LaDawn Marsters is substituted as attorney of record for the Plaintiff Constance Ruyle in the place and stead of Greener Banducci Shoemaker P.A.

Pursuant to this motion, all parties shall in the future to serve all pleadings and documentation on Plaintiff Constance Ruyle by addressing same to:

> LaDawn Marsters
> Attorney at Law
> 2075 N. 13th
> Boise, ID 83702
> (208) 371-1549 (phone)
> ladawn@marsterslaw.com

Dated this 13th day of July, 2007

Judge Eldon Fallon
United States District Court for the
Eastern District of Louisiana