UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

**THIS DOCUMENT RELATES TO:** *Albin Jeansonne v. Merck & Co., Inc.*, Case No. 05-4485

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and the instant lawsuit of Plaintiff Albin Jeansonne be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Dismissal Without Prejudice, each party to bear their own costs.

New Orleans, Louisiana, this __13th__ day of __July__, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE

4