UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | * * * * | MDL No. 1657 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| **This Document Relates to:** | * | |
| *Jack F. Kenny, et al. v. Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Case No. 2:06-cv-11281* | * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the above-captioned case be and it hereby is dismissed with prejudice, each party to bear his or her own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this 13th day of July, 2007.

_____
DISTRICT JUDGE

875870v.1