UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx Marketing, Sales Practices & Products Liability Litigation | MDL No. 1657 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| **This Document Relates to:** | |
| *Himmel, et al. v. Merck & Co., Inc.*, Case No. 2:05-cv-6353 | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| *Jaglieski v. Merck & Co., Inc.*, Case No. 05-6351 | |
| *Morrison, et al. v. Merck & Co., Inc.* Case No. 05-6352 | |
| *Regan, et al. v. Merck & Co., Inc.* Case No. 05-6354 | |

## ORDER OF DISMISSAL

Considering the foregoing Stipulation and Order to Dismiss Certain Defendants,

IT IS ORDERED that all claims of plaintiffs in the above-listed cases against defendants Nancy Moredock and Ken Hutchinson be and they hereby are dismissed with prejudice, each party to bear his or her own costs.

IT IS FURTHER ORDERED that unserved defendants Nancy Nielsen, Fred Auzenne (incorrectly sued as "Fred Avuene"), Lisa Davis, Kerry Edwards, Deborah Lee (incorrectly sued as "Debbie Lee"), and Gerald Shaw (incorrectly sued as "Jerry Shaw"), be and they hereby are dismissed without prejudice.

NEW ORLEANS, LOUISIANA, this 13th day of July, 2007.

_____
DISTRICT JUDGE

875870v.1