UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. | : | |

**THIS DOCUMENT RELATES TO:**
    ***Bethea v. Merck & Co., Inc.*, 05-6775**

<u>ORDER</u>

IT IS ORDERED that the Plaintiff's Notice for Hearing (Rec. Doc. 11657) is DENIED.

The Plaintiff's previously-denied motion to remand does not involve a "controlling question of

law as to which there is substantial ground for difference of opinion."  28 U.S.C. § 1292(b).

Accordingly, an immediate appeal from the Court's order denying the Plaintiff's motion will not

"materially advance the ultimate termination of the litigation."  *Id.*


New Orleans, Louisiana, this 13th day of __July__, 2007.

_____
    UNITED STATES DISTRICT JUDGE


Clerk is directed to serve the following by mail:

Stanley Bethea
P.O. Box 704
HBG, PA 17108