UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

………………………………………………..

THIS DOCUMENT RELATES TO:
*Smith, et. Al. v. Merck & Co., Inc.*, **2:06-cv-00917**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Eugene Chambers. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims Eugene Chambers, are dismissed, without prejudice. Seth Sharrock Webb shall update Lexis Nexis File & Serve to reflect these changes.

Dated this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE