UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| *John Hove v. Merck & Co., Inc.;* Docket | * | MAGISTRATE |
| Number: 2:06-cv-5529 | * | JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * | * | |

### NOTICE OF WITHDRAWAL OF RULE TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE AS TO *HOVE* CASE

On June 28, 2007, Defendant Merck & Co., Inc. ("Merck"), filed a rule to show cause why certain cases, including the claims of the plaintiff referenced above, should not be dismissed with prejudice for failure to comply with Pre-Trial Order 18C. The above-listed plaintiff subsequently submitted a completed Plaintiff Profile Form and records to Merck. Accordingly, Merck hereby gives notice to the Court that it is withdrawing its rule against the above-listed plaintiff only.  Merck intends to proceed with its rule against the remaining plaintiffs identified in the rule.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

NY 884737_1

884737v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Withdrawal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of July, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel