IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| | JUDGE FALLON |
| BETTYE MAGEE, et al.<br>PLAINTIFFS | MAGISTRATE JUDGE KNOWLES |
| VS. | |
| MERCK & CO, INC., et al.<br>DEFENDANTS | THIS DOCUMENT RELATES TO:<br>2:05cv494 |

## MOTION TO DISMISS PRAVIN PATEL, M.D.

COMES NOW Dr. Pravin Patel, M.D. ("Dr. Patel"), one of the Defendants herein, by and through undersigned counsel, and submits this motion to dismiss. In support thereof, Dr. Patel would show unto the Court the following, to-wit:

1. Plaintiffs initiated this action on December 26, 2002, in the Circuit Court of Forrest County, Mississippi, being Civil Action No. CI02-0430, seeking compensatory and punitive damages for injuries allegedly received as a result of their ingestion of the drug Vioxx and/or Celebrex.[1]

2. Although numerous plaintiffs and defendants are joined in this matter, the only plaintiff identified as making a claim against Dr. Patel was Eone Virgil.

---

[1] This action was subsequently removed to the United States District Court for the Southern District of Mississippi, bearing civil action no. 2:03CV249PG, where it was then transferred to this Court for consolidated pre-trial proceedings as part of the Vioxx MDL.



3.	Because Ms. Virgil only made allegations regarding her ingestion of the drug Celebrex (and not Vioxx), the Judicial Panel on Multidistrict Litigation separated Ms. Virgil's claims and remanded them to the United States District Court for the Southern District of Mississippi. See Separation of Claims and Conditional Remand Order (Attached as Exhibit "A"). Ms. Virgil's claims were subsequently transferred to the United States District Court for the Northern District of California for consolidated pretrial proceedings in the Celebrex MDL.

4.	On October 23, 2006, the United States District Court for the Northern District of California entered an Agreed Order of Dismissal With Prejudice, which dismissed all claims against Dr. Patel. A copy of the Court's order is attached as Exhibit "B".

5.	Because no other plaintiff has asserted any claim against Dr. Patel in this litigation, Dr. Patel should be dismissed from this action with prejudice.

WHEREFORE, PREMISES CONSIDERED, Dr. Pravin Patel, M.D. respectfully requests that this Court grant this motion and dismiss him from this action with prejudice.

This the 1st day of May, 2007.

Respectfully submitted,

PRAVIN PATEL, M.D.

BY: /s/ Kenneth D. McLean
EUGENE R. NAYLOR (MSB #3757)
KENNETH D. McLEAN (MSB #100624)

OF COUNSEL:

WISE CARTER CHILD & CARAWAY, P.A.
600 Heritage Building
401 East Capitol Street
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: (601) 968-5500
Facsimile: (601) 968-5593

## CERTIFICATE OF SERVICE

I, Kenneth D. McLean, one of the attorneys for Pravin Patel, M.D., do hereby certify that I have this day filed a true and correct copy of the above and foregoing on the LexisNexis File and Serve system which has sent notice of this filing to all interested counsel of record.

This the 1st day of May, 2007.

/s/ Kenneth D. McLean
KENNETH D. McLEAN

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888

http://www.jpml.uscourts.gov

June 1, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN - 6 2005
J.T. NOBLIN, CLERK
BY_____ DEPUTY

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

*Bettye J. Magee, et al. v. Merck & Co., Inc., et al.*, E.D. Louisiana, C.A. No. 2:05-494
(S.D. Mississippi, C.A. No. 2:03-249)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional remand order filed by the Panel in the above-captioned matter on May 13, 2005. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

Please note that transmittal of the order was stayed fifteen (15) days to give any party an opportunity to oppose the remand. The fifteen-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

Pursuant to Rule 7.6(g) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
    Deputy Clerk

Enclosures

cc:   Transferee Judge: Judge Eldon E. Fallon
       Transferor Clerk:  J.T. Noblin

**EXHIBIT**
"A"

JPML Form 41

Case 2:03-cv-00249-KS-JMR   Document 144   Filed 06/03/2005   Page 2 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 13 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*Bettye J. Magee, et al. v. Merck & Co., Inc., et al.,* E.D. Louisiana, C.A. No. 2:05-494
(S.D. Mississippi, C.A. No. 2:03-249)

### SEPARATION OF CLAIMS AND CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that the above-captioned action (*Magee*), which was transferred by the Panel to the Eastern District of Louisiana in the MDL-1657 initial transfer order on February 16, 2005, contains i) claims relating to ingestion of the prescription drug Vioxx that are appropriate for inclusion in MDL-1657, and ii) claims relating to ingestion of the prescription drug Celebrex that are not appropriate for inclusion in MDL-1657.

IT IS THEREFORE ORDERED that all claims of plaintiffs Paula Kahl, Vera Ray, Maggie Mae Gross, Lue Ella Jones, Dorothy Clark, Alice Snow, Jeffery Dubose, Cleotis Mister, Dianne H. Baer, Mary Mays, Freddie Triplett, Johnny Stewart, David Blackmon, Hattie Qualls, Enoe Virgil, Helen Collins, Ossie Wilks, Asa Small, Sr., Annie Gilliom, Evelyn Baskin and Janet Kerr in *Magee* and the Celebrex claims only of plaintiffs Jessie R. Buie, Verylee Watson, Walter Taylor, Melissa Griffin and Diane Slaughter in *Magee* be separated and remanded to the United States District Court for the Southern District of Mississippi pursuant to 28 U.S.C. § 1407(a).

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Louisiana.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Louisiana with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN -1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL 1699<br>M:05-cv-016990CRB |
| BETTYE MAGEE, et al.            PLAINTIFFS)<br>VS.<br>MERCK & CO, INC., et al.<br>                                    DEFENDANTS) | THIS DOCUMENT RELATES TO:<br>3:06cv00159CRB |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the motion, *ore tenus,* of the Plaintiffs and Defendants Pravin Patel, M.D., Cooper Terry, M.D., Robert Pickering, M.D., Craig Clark, M.D., Guy Vise, M.D., Tabor Drugs, and Mississippi Emergency Associates, P.A. to dismiss these Defendants with prejudice, and the Court having duly considered the same, and noting the agreement between the parties, finds that the motion is well-taken and should be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiffs' Complaint, as well as any and all amendments thereto, including any and all claims asserted therein, or which may or might have been asserted therein, against Defendants Pravin Patel, M.D., Cooper Terry, M.D., Robert Pickering, M.D., Craig Clark, M.D., Guy Vise, M.D., Tabor Drugs, and Mississippi Emergency Associates, P.A., are hereby dismissed with prejudice, with each party to bear their own costs, and the Court finding no just cause for delay, declares this Order final pursuant to Rule 54(b)



of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this the 20th day of __October__, 2006.



_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

 s/Charles E. Gibson, III
Charles E. Gibson, III
GIBSON LAW FIRM
Post Office Box 3493
Jackson, Mississippi 39207-3493
Telephone: (601) 957-6010
Facsimile: (601) 957-6065

*Counsel for Plaintiffs*

 s/Kenneth D. McLean
Kenneth D. McLean, Esq.
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: (601) 968-5500
Facsimile: (601) 968-5593

*Counsel for Defendants Pravin Patel, M.D.,*
*Cooper Terry, M.D., Robert Pickering, M.D.,*
*Craig Clark, M.D., Guy Vise, M.D., Tabor Drugs,*
*and Mississippi Emergency Associates, P.A.*