THIS DOCUMENT CONTAINS PRIVILEGED & CONFIDENTIAL MATERIAL
SUBMITTED IN CAMERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL NO. 1657 ) ) SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) JUDGE FALLON ) MAG. JUDGE KNOWLES ) SPECIAL MASTER RICE ) |

## MOTION AND ORDER FOR LEAVE TO FILE MOTION TO ADOPT IN PART THE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS AND MERCK'S OBJECTIONS THERETO IN CAMERA AND UNDER SEAL

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file the attached Motion to Adopt in Part the Special Master's Report and Recommendations and Merck's Objections Thereto, including the accompanying Indices I, IA, II, and III *in camera* and under seal. The filing is involves privilege document rulings, is confidential and under seal, and is **not** to be filed of record or provided to anyone other than Judge Fallon.

Dated: July 18, 2007

Respectfully submitted,

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: (504) 581-3200
Fax: (504) 581-3361

Charles W. Cohen
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, N.Y. 10004-1482

John H. Beisner
Jessica D. Miller
O'MELVENY & MYERS, LLP
1625 Eye Street, N.W.
Washington, D.C. 20009

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005
Attorneys for Merck & Co., Inc.