THIS DOCUMENT CONTAINS PRIVILEGED & CONFIDENTIAL MATERIAL
SUBMITTED IN CAMERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL<br>CASES | ) <br>) MDL NO. 1657<br>)<br>) SECTION: L<br>)<br>) JUDGE　　　　　　　FALLON<br>) MAG. JUDGE KNOWLES<br>) SPECIAL MASTER RICE<br>) |

ORDER

Considering the foregoing Motion,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to

file the motion and indices attached hereto under seal.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2007.

_____
DISTRICT JUDGE

LA2:781540.1

790227v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL<br>CASES | )<br>)  MDL NO. 1657<br>)<br>)  SECTION: L<br>)<br>)  JUDGE FALLON<br>)  MAG. JUDGE KNOWLES<br>)  SPECIAL MASTER RICE<br>) |

**MERCK & CO., INC.'S MOTION TO ADOPT IN PART THE SPECIAL MASTER'S
REPORT AND RECOMMENDATIONS AND MERCK'S OBJECTIONS THERETO**

ENTIRE ATTACHMENT IS UNDER SEAL AND *IN CAMERA*