UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES | * | MDL NO. 1657 |
| PRACTICES, and PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| WILLIMINA WHEATON, on behalf of | * | CASE NO. 05-0957 |
| all surviving heirs and on behalf of | * | |
| ROSIE L. WHEATON, Deceased, | * | |
| | * | JUDGE ELDON E. FALLON |
| Plaintiff, | * | |
| v. | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign | * | |
| corporation, | * | |
| | * | PLAINTIFF DEMANDS TRIAL |
| Defendant. | * | BY STRUCK JURY |

(THIS DOCUMENT RELATES TO:  Janet Sue Morgan, et al. vs. Merck & Co.; Civil Action No. 3:03cv435)

## CERTIFICATE OF COMPLIANCE

In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certifies that as soon as the Order of granting the Unopposed Motion for Leave to Amend Complaint is entered by the Court he will make the change directly on File & Serve to reflect the amended complaint in the above-referenced case.

    /s/ Benjamin L. Locklar_____
Andy D. Birchfield, Jr.
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
 & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama   36103
(334) 269-2343
(334) 954-7555 - Fax
Attorneys for the Plaintiff

1