UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIMINIA WHEATON, on behalf of all surviving heirs, and on behalf of ROSIE L. WHEATON, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> MERCK & COMPANY, INC., et al., <br><br> Defendants. | MDL Docket No. 1657 <br><br> In re: VIOXX PRODUCTS LIABILITY LITIGATION <br><br> CASE NO. 05-00496 |

(THIS DOCUMENT RELATES TO: Janet Sue Morgan, et al. vs. Merck & Co, Inc.; Civil Action No. 3:03cv435, MDL no. 05-0957)

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND MOTION TO SUBSTITUTE PLAINTIFF

**COMES NOW** the Plaintiff, Willimina Wheaton, pursuant to Rules 15(a) and 25(a), *F.R.Civ.P.*, and respectfully requests this Court for leave to amend the Complaint previously filed in this cause by substituting "Willimina Wheaton, on behalf of all surviving heirs and on behalf of Rosie L. Wheaton, Deceased," for Rosie L. Wheaton, and by amending the Complaint to appropriately state causes of action against the Defendant Merck & Co., Inc. as a result of Rosie L. Wheaton's death.

1.  This cause was originally filed in the United States District Court, Southern District of Mississippi, Jackson Division, on June 13, 2003 and was transferred to the U.S. District Court for the Eastern District of Louisiana. Rosie L. Wheaton was a named Plaintiff in the lawsuit styled *Janet Sue Morgan, et al. vs. Merck & Co, Inc.; Civil Action No. 3:03cv435*. Rosie L. Wheaton died March 19, 2005. Willimina Wheaton is Rosie L. Wheaton's daughter.

1

2.	A suggestion of death has been filed on the record and this motion to substitute Plaintiff is brought within ninety (90) days in accordance with Rule 25(a)(1), *F.R.Civ.P.*

3.	Rosie L. Wheaton is survived by her children: Willimina Wheaton, Mary L. Townsend, Deloise Johnson, Nannie Ross, Elva Fountain, William E. Wheaton, Annie J. Snow, Earnest E. Wheaton, Samuel E. Wheaton, and James R. Wheaton.  Willimina Wheaton brings this action on behalf of all surviving heirs, for injuries suffered to and for the death of Rosie L. Wheaton, as permitted under Mississippi law.

4.	The amended complaint filed herewith more completely and correctly sets forth the claims recoverable under Mississippi law as a result of the injuries caused to and the death of Rosie L. Wheaton, resulting from her ingestion of Vioxx® (Rofecoxib), and more completely and correctly sets forth the claims of the survivors, as named above.

5.	Rule 15(a), *Fed.R.Civ.P.*, states that leave to amend shall be freely granted when justice so requires.  Plaintiff, through her counsel, has acted timely to amend the complaint to set forth the proper identity of the Plaintiff and to bring all claims recoverable on behalf of the surviving heirs as a result of the death of Rosie L. Wheaton, deceased.

6.	A trial date has not been set in this cause.

7.	Defendant Merck will not be unduly prejudiced by the amendment of the Complaint in this case.

8.	Defendant Merck has no objection to the motion for leave to amend complaint and the motion to substitute but specifically reserves and it not waiving (a) any affirmative defenses, including, but not limited to, any statute-of-limitations defenses,

3

regarding the original complaint or any amended complaint and (b) any arguments regarding whether any amendment or substitution relates back.

**RESPECTFULLY SUBMITTED** this the 19th day of July, 2007.

By: ___/s/ Benjamin L. Locklar_____
**ANDY D. BIRCHFIELD, JR. (BIR006)**
**BENJAMIN L. LOCKLAR (LOC009)**
**Attorneys for the Plaintiffs**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
 **METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 – Fax

**CERTIFICATE OF SERVICE**

   I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the 19th day of July, 2007.

| | |
|---|---|
| Richard C. Stanley | Phillip A. Wittman |
| Bryan C. Reuter | Dorothy H. Wimberly |
| Thomas P. Owen, Jr. | Carmelite M. Bertaut |
| **STANLEY, FLANAGAN** | **STONE PIGMAN WALTHER.** |
|  **& REUTER, LLC** |  **WITTMAN, LLC** |
| 909 Poydras Street | 546 Carondelet Street |
| Suite 2500 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70112 | (504) 581-3200 |
| (504) 523-1580 | (504) 581-3361 FAX |
| (504) 524-0069 – FAX | |

         /s/ Benjamin L. Locklar
       **OF COUNSEL**

**BEASLEY, ALLEN, CROW, METHVIN,**
  **PORTIS, & MILES, P.C.**
234 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
(334) 954-7555 - FAX
**Andy.Birchfield@beasleyallen.com**
**Ben.Locklar@bealseyallen.com**