UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1657  SECTION L |
| WILLIMINA WHEATON, on behalf of all surviving heirs, and on behalf of ROSIE L. WHEATON, Deceased, | * * * * | CASE NO. 05-00496 |
| Plaintiff, | * | JUDGE ELDON E. FALLON |
| v. | * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation, | * * * | PLAINTIFF DEMANDS TRIAL |
| Defendant. | * | BY STRUCK JURY |

(THIS DOCUMENT RELATES TO:  Janet Sue Morgan, et al. vs. Merck & Co.; Civil Action No. 3:03cv435, MDL 05-0957)

### ORDER

(Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff)

**THIS CAUSE** comes before the Court on *Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff* submitted by the Plaintiff, Willimina Wheaton, on behalf of all surviving heirs and on behalf of Rosie L. Wheaton, deceased, pursuant to Rules 15(a) and 25(a) of the Federal Rules of Civil Procedure.  Along with the *Motion for Leave to Amend the Complaint and Motion to Substitute Plaintiff*, the Plaintiff has submitted the proposed amended complaint.

It is hereby **ORDERED** that Rosie L. Wheaton's *Motion for Leave to Amend Complaint and Motion to Substitute Plaintiff* be **GRANTED**.  The Clerk of the Court is directed to receive the Amended Complaint and to show it as filed.

**DONE** this the ___ day of July, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE