UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657 <br><br> SECTION L |
| WILLIMINIA WHEATON, on behalf of all surviving heirs and on behalf of ROSIE L. WHEATON, Deceased, | * * * * * | CASE NO. 05-00496 |
| Plaintiff, | * | JUDGE ELDON E. FALLON |
| v. | * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation, | * * * | PLAINTIFF DEMANDS TRIAL |
| Defendant. | * | BY STRUCK JURY |

(THIS DOCUMENT RELATES TO: Janet Sue Morgan, et al. vs. Merck & Co.; Civil Action No. 3:03cv435, MDL No. 05-0957)

## FIRST AMENDED COMPLAINT

**COMES NOW** the Plaintiff, Willimina Wheaton, on behalf of all surviving heirs and on behalf of Rosie L. Wheaton, Deceased, and amends the previously filed complaint as follows:

### IDENTIFICATION OF PARTIES

1. Plaintiff Willimina Wheaton is the surviving daughter of Rosie L. Wheaton and, at all times material hereto, was a resident of Newton County, Mississippi. As a direct and proximate result of the death of Rosie L. Wheaton and the negligence and the other actions and/or omissions of Defendant Merck as more fully set forth in the Complaint, as amended, Rosie L. Wheaton was injured and harmed as set forth herein.

2. Rosie L. Wheaton died on March 19, 2005. At the time of her death, Rosie L. Wheaton was a resident of Louin County, Mississippi. Rosie L. Wheaton was survived by her children, Willimina Wheaton, Mary L. Townsend, Deloise Johnson, Nannie Ross, Elva Fountain,

1

William E. Wheaton, Annie J. Snow, Earnest E. Wheaton, Samuel E. Wheaton, and James R. Wheaton. Rosie L. Wheaton was not survived by a spouse.

3. Plaintiff Willimina Wheaton is bringing this action on behalf of all surviving heirs and on behalf of Rosie L. Wheaton, deceased.

4. In all other respects, the identity and location of the named parties set forth in the original Complaint shall remain unchanged.

## PROCEEDINGS AND FACTUAL BACKGROUND

5. This cause was originally brought as part of a consolidated complaint, filed in the United States District Court, Southern District of Mississippi, Jackson Division. The complaint in this cause was, and continues to be, styled as: *Janet Sue Morgan, et al. v. Merck & Co., Inc* (Civil Action No. 3:03-cv-435). Rosie L. Wheaton was named as a plaintiff in that complaint.

6. Rosie L. Wheaton died on March 19, 2005. Willimina Wheaton, on behalf of all surviving heirs, and on behalf of Rosie L. Wheaton, is the proper plaintiff to bring this action in Rosie L. Wheaton's place and stead and on behalf of all surviving heirs.

7. As more specifically set forth in the original complaint in this cause, Rosie L. Wheaton was injured and harmed as the direct and proximate result of her ingestion of a dangerous product, namely, VIOXX® (rofecoxib). Further, Rosie L. Wheaton died as the proximate result of her ingestion of VIOXX® (rofecoxib) and/or her Vioxx-related injuries suffered by her during her life. In addition to the injuries alleged in the original complaint, Rosie L. Wheaton died from a renal failure as the result of her ingestion of VIOXX®.

8. As a direct and proximate result of the conduct of Defendant Merck, the breaches of implied and expressed warranties, the fraudulent misrepresentations, and/or the defective nature of VIOXX®, as more specifically described herein, Rosie L. Wheaton suffered bodily injury and harm, resulting in pain, anguish, and ultimate death. Rosie L. Wheaton, or those on her behalf, also incurred significant hospital and medical expenses, funeral and administration

expenses, loss of earning capacity, shortened life expectancy, and loss of enjoyment of life. Her surviving heirs also lost the love and affection of Rosie L. Wheaton.

9. Plaintiff adopts Counts I through V as set forth in the original Complaint, specifically as they relate to Rosie L. Wheaton, and adopt those counts herein.

### COUNT VI – WRONGFUL DEATH

10. Plaintiff realleges and restates those paragraphs above and all paragraphs of the original Complaint as if set forth fully herein.

11. Plaintiff Willimina Wheaton brings this action on behalf of all surviving heirs, and on behalf of Rosie L. Wheaton, and others, seeking damage for the wrongful death of Rosie L. Wheaton caused as the result of Rosie L. Wheaton's ingestion of the dangerous product, VIOXX®.

12. As a direct and proximate result of the conduct of Defendant Merck, the breaches of implied and expressed warranties, the fraudulent misrepresentations, and/or the defective nature of VIOXX®, Rosie L. Wheaton suffered bodily injury and harm, resulting in pain and anguish, and ultimate death.

13. In addition to the damages detailed herein, Plaintiff Willimina Wheaton on behalf of all surviving heirs, and on behalf of Rosie L. Wheaton, deceased, seeks compensation for all pecuniary and compensatory damages incurred or lost as a result of Rosie L. Wheaton's death.

14. Defendant Merck's conduct rose to the level of conscious, wanton, reckless, and intentional disregard for the rights and safety of others, including Rosie L. Wheaton.

**WHEREFORE**, Plaintiff, Willimina Wheaton, demands a money judgment against Defendant Merck in the form of compensatory and punitive damages, as a jury deems reasonable and just, plus the costs and expenses of these proceedings.

### COUNT VII – ACTION BROUGHT ON BEHALF OF
### All SURVIVING HEIRS OF ROSIE L. WHEATON

15. Plaintiff realleges and restates those paragraphs above and all paragraphs of the original Complaint as if set forth fully herein.

16. The children of Rosie L. Wheaton, who are named above, were all proximately injured, harmed, and damaged as the result of the death of Rosie L. Wheaton. Said children lost the love, support, maintenance, and consortium of their mother, Rosie L. Wheaton.

17. Willimina Wheaton, on behalf of all surviving heirs, and on behalf of Rosie L. Wheaton, hereby brings this action seeking all damages recoverable under Mississippi law as a result of the death of his mother, Rosie L. Wheaton.

**WHEREFORE,** the Plaintiff, Willimina Wheaton, on behalf of all surviving heirs, and on behalf of Rosie L. Wheaton, demands a money judgment against Defendant Merck in the form of compensatory and punitive damages, as a jury deems reasonable and just, plus the costs and expenses of these proceedings.

**DAMAGES**

18. In addition to the damages claimed and the recovery sought in the original Complaint, Willimina Wheaton, on behalf of all surviving heirs, and on behalf of Rosie L. Wheaton, seeks the following additional damages, pursuant to Mississippi law:

   a. The Estate of Rosie L. Wheaton and the surviving heirs of Rosie L. Wheaton have incurred medical and/or funeral expenses due to the decedent's injury or death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

   b. Willimina Wheaton, on behalf of all surviving heirs and on behalf of Rosie L. Wheaton, seeks all other damages recoverable under law and related to the death of Rosie L. Wheaton, including hospital and medical expenses, loss of earning capacity, shortened life expectancy, and loss of enjoyment of life.

   c. Willimina Wheaton, on behalf of all other legal heirs of Rosie L. Wheaton, seeks recovery as the survivors of Rosie L. Wheaton, deceased.

4

19. In all other respects, Plaintiff Willimina Wheaton adopts and incorporates the original Complaint as if set forth fully herein.

## **DEMAND FOR JURY TRIAL**

**PLAINTIFF RESTATES HIS DEMAND FOR A TRIAL BY STRUCK JURY ON ALL ISSUES PRESENTED.**

Signed this __19th__ day of July, 2007.

By: __/s/ Benjamin L. Locklar_____
    **ANDY D. BIRCHFIELD, JR. (BIR006)**
    **BENJAMIN L. LOCKLAR (LOC009)**
    **Attorneys for the Plaintiffs**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
 **METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 – Fax

5

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the __19th__ day of July, 2007.

| | |
|---|---|
| Richard C. Stanley | Phillip A. Wittman |
| Bryan C. Reuter | Dorothy H. Wimberly |
| Thomas P. Owen, Jr. | Carmelite M. Bertaut |
| **STANLEY, FLANAGAN** | **STONE PIGMAN WALTHER.** |
|   **& REUTER, LLC** |   **WITTMAN, LLC** |
| 909 Poydras Street | 546 Carondelet Street |
| Suite 2500 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70112 | (504) 581-3200 |
| (504) 523-1580 | (504) 581-3361 FAX |
| (504) 524-0069 – FAX | |

                                  ____/s/ Benjamin L. Locklar_____
                                  **OF COUNSEL**

**BEASLEY, ALLEN, CROW, METHVIN,**
  **PORTIS, & MILES, P.C.**
234 Commerce Street
Montgomery, Alabama  36104
(334) 269-2343
(334) 954-7555 - FAX
**Andy.Birchfield@beasleyallen.com**
**Ben.Locklar@bealseyallen.com**