| PLAINTIFF | FIRST NAMED PLAINTIFF |
|---|---|
| Alderman, Steven | Shirley Zook |
| Atkinson, Susan | Charlotte Bohlke |
| Barnett, Lillian | Letty Bess |
| Berry, Joyce | Andrew Kisty |
| Cannon, Annette Johnson | Sam Fife |
| Cardona, Tracy | Steve Pickard |
| Carrow, Norman | Elder, Michael |
| Collins, Eunice | Nina Cook |
| Collins, Lonia | Nina Cook |
| Cooper, Sandy | Ronnie Harris |
| Cowsert, Lois | Ginger Hugo |
| Cross, Richard | Robert Durant |
| Daughery, Linda | Arthur Mullins |
| Dillingham, Leonard | Martha Maxwell |
| Dunn, James | James McDonald |
| Ellis, Earnestine | Robert Durant |
| Frank, Mary | Fredrick Geiger |
| Franklin, Nicholas | Nina Cook |
| Ganser, Dorothy | Dorothy Ganser |
| Geiger, Fredrick | Fredrick Geiger |
| Gustin, Barbara | Barbara Gustin |
| Hicks, William Lowe | Letty Bess |
| Hoppers, Bobbette | Arthur Mullins |
| Ince, Charles | Theresa Tuma |
| Jackson, Paul | Elder, Michael |
| Johnlikes, Theodore | Fulton Lacy |
| Johnson, Vanessa | Geraldine Moore |
| Joyce, Tammy | Fulton Lacy |
| Lashley, Nancy | Ginger Hugo |
| Linchey, James | Russell Curtis |
| Loving, Albert | Geraldine Moore |
| Matthew, Kathleen | Letty Bess |
| Mills, Fonda | Lora Mason |
| Monagan, James | Fredrick Geiger |
| Montgomery, Cherie | Harriet Aldridge |
| Mueller, Barbara | Russell Curtis |
| Newcomb, Daniel | Shirley Zook |
| Oneal, Eugene | Robert Durant |
| Pebbles, Clara | Aurthur Hale |
| Peters, Elaine | Barbara Middleton |
| Polk, Arnette | Theresa Tuma |
| Ponder, Ella May | Fulton Lacy |
| Pruitt, Costameka | Elder, Michael |
| Queen, Mary | Fredrick Geiger |
| Reddel, Mark | Edna McGhee |
| Reddel, Mark | Gloria Singleton |
| Richardson, Jimmy | Darrel Christ |
| Royster, Wendell | Letty Bess |
| Santiago, Alfredo | Robert Durant |
| Satterfield, Joann | Steve Pickard |
| Scherer, Opal | Earlene McBride |

A

| | |
|---|---|
| Scott, Myrtle | Darrel Christ |
| Simpson, Larry | Charlotte Bohlke |
| Soils, Elizabeth | Sam Fife |
| Spadoni, Barbara | Norma Hubbard |
| Stibbe, Gary | Guy Robertson |
| Stiles, Priscilla | Letty Bess |
| Stroup, Danny | Charlotte Bohlke |
| Sydow, Janet | Carver Black |
| Treat, Leola | Earlene McBride |
| Trice, Carol Sue | Renee Lockett |
| Waggoner, Gary | David Moultrie |
| Wagner, Robyn | Robyn Wagner |
| Walker, Willie Mae | Willie M. Walker |
| Walter, Ida | Ricardo Laura |
| Ward, Elizabeth Jane | Letty Bess |
| Watts, Zola | Elder, Michael |
| Wells, Claude | Earlene McBride |
| Wheeler Virgie | Greg Miller |
| Willson, Henry | Randy McKee |
| Wims, Dolores | Fredrick Geiger |
| Wolfe, Robert | Willie M. Walker |
| Wolfe, Sharon | Carol Thomas |
| Woods, Richard | Elizbeth McCarthy |
| Woodward, Terry | Dorothy Ganser |
| Wren, William | Charlotte Bohlke |
| Writer, Charles | Andrew Kisty |
| Mantley, Anthony | Rich Aldin, et al |
| Stock, Paul | Norma Hubbard |
| Wood, Paul | Steve Pickard |