| PLAINTIFF | FIRST NAMED PLAINTIFF |
|---|---|
| Albright,Rita | Martha Maxwell |
| Bowman, Jimmy | Ida Lands |
| Braley, Katherine | Martha Maxwell |
| Christ, Darrel | Darrel Christ |
| Clothier, Helen | Ginger Hugo |
| Cover, Bob | Betty Burrahm |
| Davis, Jack | Betty Burrahm |
| Eads, Justin | Robert Layman |
| Geary, Barry | Thelma Zimmermann |
| Henry, Melvin | Joseph Rasor |
| Hines, Mary | Mildred Randolph |
| Horka, Mary | Loretta Roles |
| Kelm, Ron | Brian Lawson |
| Lenhardt, Ronald Sr | Marlene Harris |
| McCullough, Tammy | Robert Layman |
| Miller, Shirley | Carol Thomas |
| Miska, Melissa | Roberta Sterling |
| Moore, Geraldine | Geraldine Moore |
| Scarbrough, James | Elizbeth McCarthy |
| Scott, Alta | Brian Lawson |
| Scott, Elisha | Fredrick Geiger |
| Snyder, Richard | Ida Lands |
| Steele, James | James Steele |
| Stewart, David | Geraldine Moore |
| Thomas, Benjamin Sr | Barbara Middleton |
| Vincent, Stephen | Wanda Dodson |
| Walker, Roger | Ginger Hugo |
| Williams, Merritt | Patty Bird |

B