| PLAINTIFF | FIRST NAMED PLAINTIFF |
|---|---|
| Ainsworth, Oliver | Betty Burrahm |
| Shepherd, Betty Jean | Ginger Hugo |

D