IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS<br>LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>) | MDL DOCKET NO. 1657<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| O'DELL S. GLASS<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.   2:06-cv-01607 |

## ORDER ON MOTION TO WITHDRAW

On July 16, 2007, Plaintiff's counsel, Elisabeth French and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., filed a Motion to Withdraw as counsel for the Plaintiff, O'Dell Glass. The Motion to Withdraw is hereby granted.

In New Orleans, Louisiana, this the _____ day of _____, 2007.

_____
DISTRICT JUDGE