**CERTIFICATE OF SERVICE**