IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY ACTION | MDL NO. 1657 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| E. LEON JACKSON, ET AL | CIVIL NO. 2:05-CV-04425 |
| VERSUS | JUDGE E. FALLON |
| MERCK & CO., INC. | MAGISTRATE KNOWLES |

### MOTION TO SUBSTITUTE COUNSEL BY PLAINTIFFS

_____

NOW INTO COURT, through undersigned counsel, comes plaintiffs E. LEON JACKSON, III, JOHN B. JACKSON, DEBORAH JACKSON, JUDITH JOHNSON, PAULINE JACKSON, and ROBERT R. JACKSON, who move this Honorable Court to substitute Christopher J. Hickey, Esq., Brent Coon & Associates, 1220 West 6th St. Suite #303, Cleveland, OH 44113, (216) 241-1872, Ohio State Bar # 0065416, as attorney for plaintiffs in place of Richard P. Bullock, Esq., and Donni E. Young, Esq., who are no longer associated with Brent Coon & Associates.

RESPECTFULLY SUBMITTED

| | |
|---|---|
| EARLY LUDWICK & SWEENEY | BRENT COON & ASSOCIATES |
| One Century Tower, 11th Floor | 1220 West 6th Street, Suite 303 |
| 265 Church Street | Cleveland, OH 4113 |
| New Haven, CT 06510 | (215) 241-1872 |
| (203) 777-7799 | |
| | |
| By:   s/ Richard P. Bullock            | By:   s/ Christopher J. Hickey, Esq. |
|        La. Bar Roll No. 20,733 |        Ohio Bar Roll No. 065416 |
|        s/ Donni E. Young | |
|        La. Bar Roll No. 19,843 | |

**CERTIFICATE OF SERVICE**
_____

    I HEREBY certify that the above and foregoing was served on all parties through the court's electronic service system by filing same with CM/ECF this same date.
    New Haven, CT, this 20th day of July, 2007.

                                                                         S/ Richard P. Bullock