IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS                          MDL NO. 1657
LIABILITY ACTION

**************************************************

E. LEON JACKSON, ET AL                        CIVIL NO. 2:05-CV-04425

VERSUS                                        JUDGE E. FALLON

MERCK & CO., INC.                             MAGISTRATE KNOWLES

## ORDER TO SUBSTITUTE COUNSEL BY PLAINTIFFS

_____

Considering the above and foregoing motion to substitute counsel by plaintiffs;

LET Christopher J. Hickey, Esq., Brent Coon & Associates, 1220 West 6th St. Suite

#303, Cleveland, OH 44113, (216) 241-1872, Ohio State Bar # 0065416, be substituted as

attorney for plaintiffs in place of Richard P. Bullock, Esq., and Donni E. Young, Esq.

Signed in Chambers, this _____ day of _____, 2007.

_____
JUDGE, U.S. DISTRICT COURT