IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY ACTION | MDL NO. 1657 |

*********************************************

| | |
|---|---|
| BETTY J. ZITO , ET AL | CIVIL NO. 2:05-CV-04426 |
| VERSUS | JUDGE E. FALLON |
| MERCK & CO., INC. | MAGISTRATE KNOWLES |

## MOTION TO SUBSTITUTE COUNSEL
## BY PLAINTIFFS
_____

NOW INTO COURT, through undersigned counsel, comes plaintiffs BETTY ZITO and TAMMY ZITO MONK, who move this Honorable Court to substitute Christopher J. Hickey, Esq., Brent Coon & Associates, 1220 West 6th St. Suite #303, Cleveland, OH 44113, (216) 241-1872, Ohio State Bar # 0065416, as attorney for plaintiffs in place of Richard P. Bullock, Esq., and Donni E. Young, Esq., who are no longer associated with Brent Coon & Associates.

RESPECTFULLY SUBMITTED

| | |
|---|---|
| EARLY LUDWICK & SWEENEY | BRENT COON & ASSOCIATES |
| One Century Tower, 11th Floor | 1220 West 6th Street, Suite 303 |
| 265 Church Street | Cleveland, OH 4113 |
| New Haven, CT 06510 | (215) 241-1872 |
| (203) 777-7799 | |
| | |
| By:   s/ Richard P. Bullock | By:   s/ Christopher J. Hickey, Esq. |
|         La. Bar Roll No. 20,733 |         Ohio Bar Roll No. 065416 |
|         s/ Donni E. Young | |
|         La. Bar Roll No. 19,843 | |

## CERTIFICATE OF SERVICE

    I HEREBY certify that the above and foregoing was served on all parties through the court's electronic service system by filing same with CM/ECF this same date.
    New Haven, CT, this 20th day of July, 2007.

                                                  S/ Richard P. Bullock