IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY ACTION | MDL NO. 1657 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CLYDE T. HUTCHINSON , ET AL | CIVIL NO. 2:05-CV-04517 |
| VERSUS | JUDGE E. FALLON |
| MERCK & CO., INC. | MAGISTRATE KNOWLES |

### MOTION TO SUBSTITUTE COUNSEL BY PLAINTIFFS

_____

NOW INTO COURT, through undersigned counsel, comes plaintiffs CLYDE T. HUTCHINSON and EARNESTINE HUTCHINSON, who move this Honorable Court to substitute Christopher J. Hickey, Esq., Brent Coon & Associates, 1220 West 6th St. Suite #303, Cleveland, OH 44113, (216) 241-1872, Ohio State Bar # 0065416, as attorney for plaintiffs in place of Richard P. Bullock, Esq., and Donni E. Young, Esq., who are no longer associated with Brent Coon & Associates.

RESPECTFULLY SUBMITTED

| | |
|---|---|
| EARLY LUDWICK & SWEENEY<br>One Century Tower, 11th Floor<br>265 Church Street<br>New Haven, CT 06510<br>(203) 777-7799 | BRENT COON & ASSOCIATES<br>1220 West 6th Street, Suite 303<br>Cleveland, OH 4113<br>(215) 241-1872 |
| By:   s/ Richard P. Bullock<br>      La. Bar Roll No. 20,733<br>      s/ Donni E. Young<br>      La. Bar Roll No. 19,843 | By:   s/ Christopher J. Hickey, Esq.<br>      Ohio Bar Roll No. 065416 |

## CERTIFICATE OF SERVICE

    I HEREBY certify that the above and foregoing was served on all parties through the court's electronic service system by filing same with CM/ECF this same date.
    New Haven, CT, this 20th day of July, 2007.

                                          S/ Richard P. Bullock