**THIS DOCUMENT CONTAINS PRIVILEGED & CONFIDENTIAL MATERIAL
SUBMITTED IN CAMERA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br>SPECIAL MASTER RICE |

### ORDER

Considering the foregoing Motion,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file the motion and indices attached hereto under seal.

NEW ORLEANS, LOUISIANA, this 19th day of July, 2007.

_____
DISTRICT JUDGE



LA2:781540.1

790227v.1