| PLAINTIFF | FIRST NAMED PLAINTIFF |
|---|---|
| Albright, Norma | Fulton Lacy |
| Bastress, Paul | Michael Lindsey |
| Bonnett, Etta Spotted War | Loretta Trinidad |
| Brewer, Douglas | Ricardo Laura |
| Brislenn, Jeffery | Robert Neeley |
| Calvert, Terrie | Virginia Kell |
| Carey, Joyce | Elizbeth McCarthy |
| Clark, John | Wanda Dodson |
| Conners, David | Furman Stinnett |
| Cook, Gary | Wanda Dodson |
| Dabbs, Leroy | Clarence Means |
| Daniels, Clell | Fredrick Geiger |
| Dillard, Glenda | Martha Maxwell |
| Douglas, Lonnie | Wanda Dodson |
| Duenne, Helen (D) | Tyrone Dawson |
| Eggleston, Robert | Loretta Roles |
| Eppinger, Julia | Mary Benson |
| Ferrari, Barry | Michael Lindsey |
| Ficke, Barbara | Fredrick Geiger |
| Fincher, Vernon | Ida Lands |
| Gardner, Robert | Evelyn Light |
| Gifford, Raymond | Gloria Jackson |
| Goldstein, Richard | Ronnie Harris |
| Gordon, Paul | Elizbeth McCarthy |
| Greer, Donna | Elizbeth McCarthy |
| Harris, Ronnie | Ronnie Harris |
| Hartman, Raymond | Letty Bess |
| Hayes, John | Mary Benson |
| Hinds, William | Roberta Sterling |
| Jackson, Alonial | Brian Lawson |
| Jeffries, Leonard | Irene Rogers |
| Johnson, Larry | Harriet Aldridge |
| Jonasen, Mary Jane | Ida Lands |
| Kemp, Betty | Tyrone Dawson |
| Kent, James | Charles Hagler |
| Lack, Michael | Randy McKee |
| Landman, Ronald | Ida Lands |
| Mason, Lora | Lora Mason |
| McDaniels, Etta Lee | Ginger Hugo |
| McGinnis, Dorathea | Patty Bird |
| McGinnis, Dorathea | Ronnie Harris |
| McMorris, Vernida | Robert Durant |
| McRay, Daryl | Elizbeth McCarthy |
| Mills, Virgie | Ronnie Harris |
| Newman, Francis | Robert Durant |
| Nothdurft, David | Charles Hagler |
| Odoniel, Marcia (D) | Shirley Zook |
| Parsons, Dennis | Elizbeth McCarthy |
| Perkins, Betty | Mona Swint |
| Quallis, Jerry | Robert Neeley |
| Rhone, Darnell | Fulton Lacy |

C

| | |
|---|---|
| Ring, Vicky | Mary Stewart |
| Rolfsness, Tamasailau | Theresa Tuma |
| Salamon, Edward (D) | Albert Tiberio |
| Smith Vestoris | Elizbeth McCarthy |
| Smoke, EJ | Thelma Zimmermann |
| Sprouse, Lewis (D) | Randy McKee |
| Stevens, Charles | Elizbeth McCarthy |
| Teter, Russel | Mary Miles |
| Tidwell, Kimberly | Velma Trammel |
| Varvel, Catherine | Aurthur Hale |
| Waxler, Mary Anne | Michael Lindsey |
| Whitelaw, Jacqueline | Joe Romero |
| Whitt, Ver | Eva Adams, et al |
| Wilhelm, Benjamin (D) | Fulton Lacy |
| Wilhelm, Catherine (D) | Fulton Lacy |
| Williams, Elizabeth | Martin Zide |
| Williams, Thelma | Earlene McBride |
| Woodall, Letha | Eva Adams, et al |