UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Wusstig, Erwin L. v. Merck & Co., Inc.*, | * | KNOWLES |
| Docket Number: 2:06-cv-06958; and only | * | |
| regarding Angela Schweibinz, Jean | * | |
| Schwarz, Linda Whitson, Marie Hoefert, | * | |
| Lora Lee Mason and Susan Maher. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 20th day of July, 2007.

*[signature: Eldon E. Fallon]*

DISTRICT JUDGE