IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 1657 SECTION L |
| ) ) BETTYE MAGEE, et al. ) PLAINTIFFS) ) VS. ) ) MERCK & CO, INC., et al. ) DEFENDANTS) ) | JUDGE FALLON MAGISTRATE JUDGE KNOWLES THIS DOCUMENT RELATES TO: 2:05cv494 |

## MOTION TO DISMISS ROBERT PICKERING, M.D.

COMES NOW Dr. Pickering, M.D. ("Dr. Pickering"), one of the Defendants herein, by and through undersigned counsel, and submits this motion to dismiss. In support thereof, Dr. Pickering would show unto the Court the following, to-wit:

1. Plaintiffs initiated this action on December 26, 2002, in the Circuit Court of Forrest County, Mississippi, being Civil Action No. CI02-0430, seeking compensatory and punitive damages for injuries allegedly received as a result of their ingestion of the drug Vioxx and/or Celebrex.[1]

2. Although numerous plaintiffs and defendants are joined in this matter, plaintiffs' complaint and all amended complaints fail to state a claim against Dr. Pickering upon which relief

---

[1] This action was subsequently removed to the United States District Court for the Southern District of Mississippi, bearing civil action no. 2:03CV249PG, where it was then transferred to this Court for consolidated pretrial proceedings as part of the Vioxx MDL.



can be granted.

3.  None of the allegations in plaintiffs' complaint or any amended complaint assert any contact between any named plaintiff and Dr. Pickering nor do the complaints set forth any alleged actionable conduct attributable to Dr. Pickering. Other than the naming of Dr. Clark in the style of the case and in the listing of defendants, the complaints contain no reference to Dr. Pickering. Further, the complaints otherwise fail to state any claim against Dr. Pickering upon which relief can be granted.

WHEREFORE, PREMISES CONSIDERED, Dr. Robert Pickering, M.D., moves the Court to dismiss plaintiffs' complaint and all amendments thereto and this proceeding as filed against him in its entirety with prejudice.

This the 1st day of May, 2007.

Respectfully submitted,

DR. ROBERT PICKERING, M.D.

BY: _____
EUGENE R. NAYLOR (MSB #3757)
KENNETH D. McLEAN (MSB #100624)

OF COUNSEL:

WISE CARTER CHILD & CARAWAY, P.A.
600 Heritage Building
401 East Capitol Street
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: (601) 968-5500
Facsimile: (601) 968-5593

## CERTIFICATE OF SERVICE

I, Kenneth D. McLean, one of the attorneys for Dr. Robert Pickering, M.D., do hereby certify that I have this day filed a true and correct copy of the above and foregoing on the LexisNexis File and Serve system which has sent notice of this filing to all interested counsel of record.

This the 1st day of May, 2007.

KENNETH D. McLEAN