IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| | JUDGE FALLON |
| BETTYE MAGEE, et al. PLAINTIFFS | MAGISTRATE JUDGE KNOWLES |
| VS. | |
| MERCK & CO, INC., et al. DEFENDANTS | THIS DOCUMENT RELATES TO: 2:05cv494 |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the motion of Defendant Cooper Terry, M.D., to dismiss Defendant Terry with prejudice, and the Court having duly considered the same, finds that the motion is well-taken and should be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiffs' Complaint, as well as any and all amendments thereto, including any and all claims asserted therein, or which may or might have been asserted therein, against Defendant Cooper Terry, M.D., are hereby dismissed with prejudice, with all parties to bear their own expenses, fees, and costs.

SO ORDERED AND ADJUDGED this the 16th day of July, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

*[signature]*

Kenneth D. McLean (MSB #100624)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: (601) 968-5500
Facsimile: (601) 968-5593

*Counsel for Cooper Terry, M.D.*