UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 18 PM 2:09

LORETTA G. WHYTE
CLERK

In Re: VIOXX®                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                    Section L

This Document Relates To: Annie                  Judge Fallon
Bradford, et al v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-cv-02328)               Mag. Judge Knowles

/

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25 (a) (1)

Plaintiff Brenda K. Wilson, and this plaintiff only, suggests upon the record, pursuant to Federal Rule of Civil Procedure 25 (a) (1), the death of Brenda K. Wilson during the pendency of this action.

John Climaco (OH 0011456)
CLIMACO LEFKOWITZ PECA
WILCOX GAROFOLI, LPA
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: (216) 522-0265

Attorneys for Plaintiffs

Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: July 16, 2007.

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

## Certificate of Service

I hereby certify that the above and foregoing **Suggestion of Death Upon the Record under Rule 25 (a) (1)** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of July, 2007.

Grant Kaiser