UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * ** *

**THIS DOCUMENT RELATES TO:** *Ronald Duane Gillette et al. v. Merck & Co., Inc.*, No. 05-5442 (Scott L. Foor only)

### ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Partial Dismissal With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Scott L. Foor be and the same are hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

4