UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> This cases Relates to: **CASE NO. 07-903** ) <br> ) <br> NORMA COON, a Nevada resident; HOWARD ) <br> COON, a Nevada resident; CAROL LOMMEN, a ) <br> Nevada resident; ROSELL RADCLIFF, ) <br> a Nevada Resident; JOAN REYES, a Nevada ) <br> resident; ARMANDO REYES, a Nevada resident ) <br> RAYMOND SELLEK, a Nevada resident; ) <br> PATRICIA SELLEK, a Nevada resident; HEINZ ) <br> BIRKENMAIER, a Nevada resident, MARY B. ) <br> MENARD-ROLDAN, a Nevada resident, RENE ) <br> ROLDAN, a Nevada resident, ) <br>                  Plaintiffs ) <br> vs. ) <br> MERCK & COMPANY, INC., a corporation; ) <br> MERCK & COMPANY, INC., d/b/a MERCK- ) <br> MEDCO RX SERVICES OF WASHINGTON; ) <br> MEDCO HEALTH SOLUTIONS, INC.; MEDCO ) <br> HEALTH SOLUTIONS OF SPOKANE, INC.; ) <br> CAREMARK TEXAS MAIL PHARMACY, LLC, ) <br> d/b/a CAREMARK; CAREMARK FLORIDA ) <br> MAIL PHARMACY, LLC d/b/a CAREMARK; ) <br> LISA DAVIS, a Nevada resident; MISTY ) <br> KUPERMAN, a Nevada resident; ) <br> RICKY GULATI, a Nevada resident; FRED ) <br> AVUENE, a Nevada resident; SERGE BRUNRY, ) <br> a Nevada resident; DEBBIE LEE, a Nevada ) <br> resident; KAREN SHOUSE, a Nevada resident; ) <br> NANCY MOREDOCK, a Nevada ) <br> resident; JERRY SHAW, a Nevada resident; ) <br> KERRY EDWARDS, a Nevada resident; TINA ) <br> DIMORE, a Nevada resident; TRACEY PHILLIPI, ) <br> a Nevada resident; JULIE WURCH, a Nevada ) <br> resident; LADON SILVEA, a Nevada resident; ) <br> ROE INDIVIDUAL PHARMACISTS 1 to 50; ) <br> ROE BUSINESS ENTITIES 1 to 100, inclusive, ) <br> and DOES 1 to 50, inclusive, ) <br>                  Defendants. ) | **MDL DOCKET NO. 1657** <br><br> **SECTION L** <br><br><br> **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE** <br><br> **DANIEL E. KNOWLES, III** |

## SUGGESTION OF DEATH

COME NOW Plaintiffs, by and through their attorneys of record, MAINOR, EGLET, COTTLE and hereby suggests upon the record of death of Plaintiff, JOAN REYES who died on or about November 15, 2005.  See Rule 25(a)(1), Fed.R.Civ.P.

Dated this 24th day of July, 2007.

By: _____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiffs

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B), the following document was served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

### SUGGESTION OF DEATH

DATED this 24th day of July, 2007

/s/ *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.