# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| This cases Relates to: **CASE NO. 07-903** | **MDL DOCKET NO. 1657** |
| NORMA COON, a Nevada resident; HOWARD COON, a Nevada resident; CAROL LOMMEN, a Nevada resident; ROSELL RADCLIFF, a Nevada Resident; JOAN REYES, a Nevada resident; ARMANDO REYES, a Nevada resident RAYMOND SELLEK, a Nevada resident; PATRICIA SELLEK, a Nevada resident; HEINZ BIRKENMAIER, a Nevada resident, MARY B. MENARD-ROLDAN, a Nevada resident, RENE ROLDAN, a Nevada resident,<br>Plaintiffs<br>vs.<br>MERCK & COMPANY, INC., a corporation; MERCK & COMPANY, INC., d/b/a MERCK-MEDCO RX SERVICES OF WASHINGTON; MEDCO HEALTH SOLUTIONS, INC.; MEDCO HEALTH SOLUTIONS OF SPOKANE, INC.; CAREMARK TEXAS MAIL PHARMACY, LLC, d/b/a CAREMARK; CAREMARK FLORIDA MAIL PHARMACY, LLC d/b/a CAREMARK; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; RICKY GULATI, a Nevada resident; FRED AVUENE, a Nevada resident; SERGE BRUNRY, a Nevada resident; DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; JERRY SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DIMORE, a Nevada resident; TRACEY PHILLIPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVEA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, and DOES 1 to 50, inclusive,<br>Defendants. | **SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE**<br><br>**DANIEL E. KNOWLES, III** |

## SUGGESTION OF DEATH

COME NOW Plaintiffs, by and through their attorneys of record, MAINOR, EGLET, COTTLE and hereby suggests upon the record of death of Plaintiff, HOWARD COON, who died on or about January 25, 1996. See Rule 25(a)(1), Fed.R.Civ.P.

Dated this 24th day of July, 2007.

By: /s/ Robert W. Cottle
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiffs

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B), the following document was served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

## **SUGGESTION OF DEATH**

DATED this 24th day of July, 2007

/s/ *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.

3