# EXHIBIT B

EXHIBIT B

CLOSED

# United States District Court
# District of Nevada (Las Vegas)
# CIVIL DOCKET FOR CASE #: 2:06-cv-01313-RCJ-PAL

Avant et al v. Merck & Company, Inc. et al
Assigned to: Judge Robert C. Jones
Referred to: Magistrate Judge Peggy A. Leen
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 10/18/2006
Date Terminated: 02/14/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Albertine Avant**      represented by   **Robert W. Cottle**
                                           Mainor Eglet Cottle
                                           400 S Fourth Street
                                           Sixth Floor
                                           Las Vegas, NV 89101
                                           702-450-5400
                                           Fax: 702-450-5451
                                           Email: rcottle@mainorlawyers.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Robert T Eglet**
                                           Mainor Eglet Cottle
                                           400 S Fourth Street
                                           Sixth Floor
                                           Las Vegas, NV 89101
                                           702-450-5400
                                           Fax: 702-450-5451
                                           Email: lmalin@mainorlawyers.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe Cavin**            represented by   **Robert W. Cottle**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Robert T Eglet**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

|  |  |  |
|---|---|---|
| **Ernest Macias** | represented by | **Robert W. Cottle**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert T Eglet**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

|  |  |  |
|---|---|---|
| **Gloria Macias** | represented by | **Robert W. Cottle**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert T Eglet**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

|  |  |  |
|---|---|---|
| **Lynell Michels** | represented by | **Robert W. Cottle**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert T Eglet**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

|  |  |  |
|---|---|---|
| **Merck & Company, Inc.** | represented by | **Denise Barton**<br>Morris Pickering & Peterson<br>900 Bank Of America Plaza<br>300 S. Fourth Street<br>Las Vegas, NV 89101-<br>(702) 474-9400<br>Fax: (702) 474-9422<br>Email:<br>bkv@morrislawgroup.com,dab@morrislawgroup.com<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kristina Pickering** |

        Morris Pickering & Peterson
        900 Bank Of America Plaza
        300 S. Fourth Street
        Las Vegas, NV 89101-
        702-474-9400
        Fax: 702-474-9422
        Email: jmh@morrislawgroup.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Robert R. McCoy**
        Morris Pickering & Peterson
        900 Bank Of America Plaza
        300 S. Fourth Street
        Las Vegas, NV 89101-
        702-474-9400
        Fax: 702-474-9422
        Email: rrm@morrislawgroup.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**American Drug Stores, Inc.**
*doing business as*
Sav-On

**Defendant**

**Albertson's, Inc.**
*doing business as*
Sav-On

**Defendant**

**American Drug Stores, LLC**

**Defendant**

**New Albertson's, Inc.**

**Defendant**

**Albertson's, LLC**

**Defendant**

**Supervalu, Inc.**

**Defendant**

**Lisa Davis**

**Defendant**

**Misty Kuperman**     represented by  **Robert R. McCoy**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**
Ricky Gulati     represented by    **Robert R. McCoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Fred Avuene

**Defendant**
Serge Brunry     represented by    **Robert R. McCoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Debbie Lee

**Defendant**
Karen Shouse     represented by    **Robert R. McCoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Nancy Moredock     represented by    **Robert R. McCoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Jerry Shaw     represented by    **Robert R. McCoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Kerry Edwards     represented by    **Robert R. McCoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Tina Dimore     represented by    **Robert R. McCoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Tracey Phillipi            represented by    **Robert R. McCoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Julie Wurch            represented by    **Robert R. McCoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Ladon Silvea            represented by    **Robert R. McCoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

American Drug Stores, LLC-2

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2006 | 1 | PETITION FOR REMOVAL by Merck & Company, Inc. from Eighth Judicial District Court, Case Number A527871, (Filing fee $ 350 receipt number 376267), filed by Merck & Company, Inc.. (Attachments: # 1 Exhibit A & B# 2 Civil Cover Sheet)(McCoy, Robert) (Entered: 10/18/2006) |
| 10/18/2006 | 2 | DEMAND for Trial by Jury by Defendant Merck & Company, Inc.. (McCoy, Robert) (Entered: 10/18/2006) |
| 10/18/2006 | 3 | CERTIFICATE of Interested Parties *Disclosure Statement* by Defendant Merck & Company, Inc.. (McCoy, Robert) (Entered: 10/18/2006) |
| 10/19/2006 | | Case assigned to Judge Robert C. Jones and Peggy A. Leen. (GEW) (Entered: 10/19/2006) |
| 10/19/2006 | 4 | MINUTE ORDER IN CHAMBERS of the Honorable Robert C. Jones, U.S. District Judge on 10/19/2006. By Deputy Clerk: Grace Walters. IT IS ORDERED that all parties removing actions to this court must, WITHIN 15 DAYS, file and serve a signed Statement including: date complaint served; date summons served; on diversity jurisdiction cases, names of served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendants evidence of the amount in controversy; if filed more than 30 days after service, the reason removal has taken place at this time and the date you first received a paper identifying the |

| | | |
|---|---|---|
| | | basis for removal;<br>if action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court;<br>name of any defendant known to have been served before removal filed who did not join in removal and reasons they did not;<br>all defendants who joined in removal may file statement jointly.<br>IT IS FURTHER ORDERED that counsel shall, WITHIN 30 DAYS, file a Joint Status Report including:<br>list of pending motions and/or other matters which require the attention of this court and copies of same;<br>statement by counsel of action required to be taken by this court. Removing defendant shall serve a copy of this Order on all other parties to the action no later than the time they file and serve a copy of the Statement required by this Order. A party who learns that the Statement(s) filed pursuant to this Order contain(s) incorrect information shall promptly notify this court in writing. Statement due by 11/3/2006. Status Report due by 11/18/2006. (GEW) (Entered: 10/19/2006) |
| 10/19/2006 | 5 | MOTION to Stay *Pending Decision on Transfer by the Judicial Panel on Multidistrict Litigation* by Defendant Merck & Company, Inc.. (Attachments: # 1 Exhibit A - C# 2 Exhibit D - F# 3 Exhibit G - K# 4 Exhibit L - P# 5 Exhibit Q - U)(McCoy, Robert) (Entered: 10/19/2006) |
| 10/20/2006 | 6 | ANSWER to 1 Complaint by Defendant Merck & Company, Inc.. Certificate of Interested Parties due by 10/30/2006. Discovery Plan due by 12/4/2006.(McCoy, Robert) Modified on 10/23/2006 to create relationship (GEW). (Entered: 10/20/2006) |
| 10/20/2006 | 7 | NOTICE by Defendant Merck & Company, Inc. *of Related Cases* (McCoy, Robert) (Entered: 10/20/2006) |
| 10/24/2006 | 8 | CERTIFICATE of Interested Parties *in Compliance with FRCP 7.1 and LR 10-6* by Plaintiff Albertine Avant. (Cottle, Robert) (Entered: 10/24/2006) |
| 11/03/2006 | 9 | RESPONSE to 5 MOTION to Stay *Pending Decision on Transfer by the Judicial Panel on Multidistrict Litigation*; filed by Plaintiff Albertine Avant. (Attachments: # 1 Exhibit 1-5# 2 Exhibit 6-15)(Cottle, Robert) (Entered: 11/03/2006) |
| 11/03/2006 | 10 | STATUS REPORT/STATEMENT *Concerning Removal* by Defendant Merck & Company, Inc.. (Attachments: # 1 Exhibit A)(McCoy, Robert) (Entered: 11/03/2006) |
| 11/03/2006 | 11 | NOTICE by Defendant Merck & Company, Inc. *of Service of Order* (Attachments: # 1 Exhibit A)(McCoy, Robert) (Entered: 11/03/2006) |
| 11/15/2006 | 12 | (copy) ORDER (CTO-72) Staying transfer of case to Eastern District of Louisiana for 15 days for opposition. (see doc for details) Signed by MDL Panel on 11/7/06. (GEW) (Entered: 11/17/2006) |
| 11/17/2006 | 13 | MOTION to Remand to State Court by Plaintiff Albertine Avant. |

| | | |
|---|---|---|
| | | Responses due by 12/5/2006. (Attachments: # 1 # 2)(Cottle, Robert) (Entered: 11/17/2006) |
| 11/17/2006 | 14 | REPLY to Response to 5 MOTION to Stay *Pending Decision on Transfer by the Judicial Panel on Multidistrict Litigation*; filed by Defendant Merck & Company, Inc.. (Attachments: # 1 Exhibit V - Y# 2 Exhibit Z - DD# 3 Exhibit EE - FF)(McCoy, Robert) (Entered: 11/17/2006) |
| 11/21/2006 | 15 | STATUS REPORT *Joint* by Defendant Merck & Company, Inc.. (McCoy, Robert) (Entered: 11/21/2006) |
| 11/28/2006 | 16 | NOTICE of Hearing on 5 MOTION to Stay *Pending Decision on Transfer by the Judicial Panel on Multidistrict Litigation*, 13 MOTION to Remand to State Court:Oral argument on the referenced motions is set for 1/8/2007 @ 09:00 AM in LV, NV, Courtroom 7D, before Judge Robert C. Jones. **(no image attached)**(BJP, ) (Entered: 11/28/2006) |
| 12/01/2006 | 18 | TRANSMITTAL from MDL re notice of opposition to conditional transfer order. (MAJ) (Entered: 12/06/2006) |
| 12/01/2006 | 19 | TRANSMITTAL from MDL re stay of conditional transfer order. (MAJ) (Entered: 12/06/2006) |
| 12/05/2006 | 17 | RESPONSE to 13 MOTION to Remand to State Court; filed by Defendant Merck & Company, Inc.. *Opposition* Replies due by 12/19/2006. (Attachments: # 1 Exhibit A-F# 2 Exhibit G-J)(McCoy, Robert) (Entered: 12/05/2006) |
| 12/19/2006 | 20 | REPLY to Response to 13 MOTION to Remand to State Court; filed by Plaintiff Albertine Avant. (Attachments: # 1)(Cottle, Robert) (Entered: 12/19/2006) |
| 12/22/2006 | 21 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Tina Dimore. Tina Dimore served on 12/18/2006, answer due 1/7/2007. (Cottle, Robert) (Entered: 12/22/2006) |
| 12/27/2006 | 41 | COURESTY COPY of Response filed with the MDL Panel by Defendant Merck & Company, Inc. (GEW) (Entered: 01/04/2007) |
| 12/28/2006 | 22 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Ladon Silvea. Ladon Silvea served on 12/19/2006, answer due 1/8/2007. (Cottle, Robert) (Entered: 12/28/2006) |
| 12/28/2006 | 23 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Lisa Davis. Lisa Davis served on 12/19/2006, answer due 1/8/2007. (Cottle, Robert) (Entered: 12/28/2006) |
| 12/28/2006 | 24 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Serge Brunry. Serge Brunry served on 12/19/2006, answer due 1/8/2007. (Cottle, Robert) (Entered: 12/28/2006) |
| 12/28/2006 | 25 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Fred Avuene. Fred Avuene served on 12/20/2006, answer due 1/9/2007. |

|  |  |  |
|---|---|---|
|  |  | (Cottle, Robert) (Entered: 12/28/2006) |
| 12/29/2006 | 26 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Ricky Gulati. Ricky Gulati served on 12/24/2006, answer due 1/13/2007. (Cottle, Robert) (Entered: 12/29/2006) |
| 12/29/2006 | 27 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Kerry Edwards. Kerry Edwards served on 12/23/2006, answer due 1/12/2007. (Cottle, Robert) (Entered: 12/29/2006) |
| 12/29/2006 | 28 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Karen Shouse. Karen Shouse served on 12/20/2006, answer due 1/9/2007. (Cottle, Robert) (Entered: 12/29/2006) |
| 12/29/2006 | 29 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Julie Wurch. Julie Wurch served on 12/28/2006, answer due 1/17/2007. (Cottle, Robert) (Entered: 12/29/2006) |
| 01/02/2007 | 30 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Nancy Moredock. Nancy Moredock served on 12/28/2006, answer due 1/17/2007. (Cottle, Robert) (Entered: 01/02/2007) |
| 01/02/2007 | 31 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Supervalu, Inc.. Supervalu, Inc. served on 12/28/2006, answer due 1/17/2007. (Cottle, Robert) (Entered: 01/02/2007) |
| 01/02/2007 | 32 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant New Albertson's, Inc.. New Albertson's, Inc. served on 12/28/2006, answer due 1/17/2007. (Cottle, Robert) (Entered: 01/02/2007) |
| 01/02/2007 | 33 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Albertson's, LLC. Albertson's, LLC served on 12/28/2006, answer due 1/17/2007. (Cottle, Robert) (Entered: 01/02/2007) |
| 01/03/2007 | 34 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant ALBERTSON'S, INC.. ALBERTSON'S, INC. served on 12/28/2006, answer due 1/17/2007. (Cottle, Robert) (Entered: 01/03/2007) |
| 01/03/2007 | 35 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant American Drug Stores, Inc. d/b/a Sav-On. American Drug Stores, Inc. d/b/a Sav-On served on 12/28/2006, answer due 1/17/2007. (Cottle, Robert) (Entered: 01/03/2007) |
| 01/03/2007 | 36 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Albertson's, Inc. d/b/a Sav-On. Albertson's, Inc. d/b/a Sav-On served on 12/28/2006, answer due 1/17/2007. (Cottle, Robert) (Entered: 01/03/2007) |
| 01/03/2007 | 37 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant American Drug Stores, Inc.. American Drug Stores, Inc. served on 12/28/2006, answer due 1/17/2007. (Cottle, Robert) (Entered: 01/03/2007) |
| 01/03/2007 | 38 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant |

|  |  |  | American Drug Stores, LLC. American Drug Stores, LLC served on 12/28/2006, answer due 1/17/2007. (Cottle, Robert) (Entered: 01/03/2007) |
|---|---|---|---|
| 01/03/2007 | 39 | | SUMMONS Returned Executed by Plaintiff Albertine Avant. American Drug Stores, LLC-2 served on 12/28/2006, answer due 1/17/2007. (Cottle, Robert) (Entered: 01/03/2007) |
| 01/03/2007 | 40 | | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Misty Kuperman. Misty Kuperman served on 1/2/2007, answer due 1/22/2007. (Cottle, Robert) (Entered: 01/03/2007) |
| 01/08/2007 | 42 | | MINUTES OF PROCEEDINGS - Motion Hearing held on 1/8/2007 before Judge Robert C. Jones. Crtrm Administrator: *B. J. Price*; Pla Counsel: *Robert Cottle & Aaron O'Brien*; Def Counsel: *Robert McCoy, Kristina Pickering & Steven Guinn*; Court Reporter/FTR #: *Lilia Abarca de Carter*; Time of Hearing: *9:16 a.m.*. RE: 13 MOTION to Remand to State Court filed by Albertine Avant., 5 MOTION to Stay *Pending Decision on Transfer by the Judicial Panel on Multidistrict Litigation* filed by Merck & Company, Inc.,: The Court hears the arguments of Counsel. IT IS HEREBY ORDERED this matter is taken under submission and the Court will issue a written ruling. **(no image attached)** (BJP, ) (Entered: 01/08/2007) |
| 01/08/2007 | 43 | | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Tracey Phillipi. Tracey Phillipi served on 1/4/2007, answer due 1/24/2007. (Cottle, Robert) (Entered: 01/08/2007) |
| 01/08/2007 | 44 | | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Jerry Shaw. Jerry Shaw served on 1/6/2007, answer due 1/26/2007. (Cottle, Robert) (Entered: 01/08/2007) |
| 01/08/2007 | 45 | | ANSWER to Complaint re 1 Petition for Removal by Defendants Misty Kuperman, Ricky Gulati, Serge Brunry, Karen Shouse, Nancy Moredock, Jerry Shaw, Kerry Edwards, Tina Dimore, Julie Wurch, Ladon Silvea. Certificate of Interested Parties due by 1/18/2007. Discovery Plan/Scheduling Order due by 2/22/2007.(McCoy, Robert) (Entered: 01/08/2007) |
| 01/09/2007 | 46 | | CERTIFICATE of Interested Parties *Disclosure Statement* by Defendants Misty Kuperman, Ricky Gulati, Serge Brunry, Karen Shouse, Nancy Moredock, Jerry Shaw, Kerry Edwards, Tina Dimore, Julie Wurch, Ladon Silvea. (McCoy, Robert) (Entered: 01/09/2007) |
| 01/10/2007 | 47 | | SUPPLEMENT to 5 MOTION to Stay *Pending Decision on Transfer by the Judicial Panel on Multidistrict Litigation,* 13 MOTION to Remand to State Court, 20 Reply to Response to Motion, 14 Reply to Response to Motion, ; *Additional Authorities* by Defendants Merck & Company, Inc., Misty Kuperman, Ricky Gulati, Serge Brunry, Karen Shouse, Nancy Moredock, Jerry Shaw, Kerry Edwards, Tina Dimore, Julie Wurch, Ladon Silvea. (Attachments: # 1 Exhibit GG Lame Bull v. Merck & Co.# 2 Exhibit HH In the Matter of Civil Actions Against Merck & Co.) (McCoy, Robert) (Entered: 01/10/2007) |

| | | |
|---|---|---|
| 01/11/2007 | 48 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Debbie Lee. Debbie Lee served on 1/4/2007, answer due 1/24/2007. (Cottle, Robert) (Entered: 01/11/2007) |
| 01/24/2007 | 49 | ORDER granting 5 Motion to Stay. Proceedings in this case are STAYED pending a final decision by the MDL Panel regarding a possible transfer or ninety (90) days, whichever comes first. Signed by Judge Robert C. Jones on 1/24/07. (AAB) (Entered: 01/24/2007) |
| 01/25/2007 | 50 | SUMMONS Returned Executed by Plaintiff Albertine Avant, Defendant Merck & Company, Inc.. Merck & Company, Inc. served on 1/2/2007, answer due 1/22/2007. (Cottle, Robert) (Entered: 01/25/2007) |
| 01/30/2007 | 51 | NOTICE by Defendants Merck & Company, Inc., Misty Kuperman, Ricky Gulati, Serge Brunry, Karen Shouse, Nancy Moredock, Jerry Shaw, Kerry Edwards, Tina Dimore, Julie Wurch, Ladon Silvea *of Change of Firm Name* (McCoy, Robert) (Entered: 01/30/2007) |
| 02/01/2007 | 52 | First MOTION to Compel *RE:LOCATION OF DEFENDANTS FOR PURPOSE OF SERVICE OF PROCESS* by Plaintiff Albertine Avant. Responses due by 2/19/2007. (Attachments: # 1 Exhibit Exhibits "1-4") (Cottle, Robert) (Entered: 02/01/2007) |
| 02/07/2007 | 53 | ANSWER to Complaint re 1 Petition for Removal by Defendant Tracey Phillipi. Certificate of Interested Parties due by 2/17/2007. Discovery Plan/Scheduling Order due by 3/24/2007.(McCoy, Robert) (Entered: 02/07/2007) |
| 02/09/2007 | 54 | ANSWER to Complaint re 1 Petition for Removal by Defendant American Drug Stores, Inc. d/b/a Sav-On. Certificate of Interested Parties due by 2/19/2007. Discovery Plan/Scheduling Order due by 3/26/2007. (Guinn, Steven) (Entered: 02/09/2007) |
| 02/09/2007 | 55 | CERTIFICATE of Interested Parties by Defendant American Drug Stores, Inc. d/b/a Sav-On. (Guinn, Steven) (Entered: 02/09/2007) |
| 02/13/2007 | 56 | (copy) ORDER from MDL Panel transferring case to Eastern District of Louisiana. (see doc for details). Signed by MDL Panel on 2/8/07. (GEW) (Entered: 02/14/2007) |
| 02/14/2007 | 57 | (cc) ORDER TRANSFERRING CASE from Eastern District of Louisiana assigning case number EDLA 07-900. Signed by MDL Panel on 2/8/07. (GEW) (Entered: 02/14/2007) |
| 02/14/2007 | 58 | TRANSMITTAL to Eastern District of Louisiana re 57 Order transferring case to MDL 1657. (case sent on CD w/cc of docket sheet). (GEW) (Entered: 02/14/2007) |
| 02/14/2007 | | Case transferred to District of Eastern District of Louisiana. Original file, certified copy of transfer order, and docket sheet sent. (GEW) (Entered: 02/14/2007) |