# EXHIBIT C

# EXHIBIT C

# MORRIS PICKERING PETERSON & TRACHOK
### ATTORNEYS AT LAW

900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101
TELEPHONE 702/474-9400
FACSIMILE 702/474-9422
WEBSITE: morrislawgroup.com

ROBERT R. McCOY
Direct dial: (702) 759-8341
E-Mail: rrm@morrislawgroup.com

December 29, 2006

**VIA FACSIMILE**
#702- 450-5451

Robert Cottle
Mainor Eglet Cottle
400 South Fourth St., Suite 600
Las Vegas, NV 89101

Re:  Vioxx® Litigation
     Service of Process on Lisa Davis

Dear Mr. Cottle:

I write concerning the summonses you recently served in the *Avant, Batiz, Booth, Chapman, Coon, Cox, Fitzgerald, Maestro, Morris*, and *Williams* cases. The Lisa Davis that you served on December 19, 2006 (at 1801 N. Michael Way, Las Vegas, Nevada 89108) is not associated with Merck & Co., Inc.

Because you served the wrong Lisa Davis, please withdraw these ten complaints as to her. Please confirm by January 5, 2006 that you will do so and not look to this person to answer or move.

Sincerely,

Robert R. McCoy

RRM/pac

cc:   Steven E. Guinn (*via facsimile*)

```
************ -COMM. JOURNAL- ***************** DATE DEC-29-2006 ***** TIME 13:42 ********

        MODE = MEMORY TRANSMISSION        START=DEC-29 13:39   END=DEC-29 13:42

        FILE NO.=905

   STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.              PAGES     DURATION
   NO.           ABBR NO.

   001   OK      a            *1606H2814H005H4505451#           002/002   00:00:39
   002   OK      a            17753221865H                      002/002   00:00:41


****************************************** -MORRIS PICKERING- ***** -   702 474 9422- ********
```

| | |
|---|---|
| **FAX TRANSMISSION**<br>FAX: (702) 474-9422 | **MORRIS PICKERING**<br>**PETERSON & TRACHOK**<br>Attorneys at Law<br>900 Bank of America Plaza<br>300 S. Fourth Street<br>Las Vegas, Nevada 89101<br>(702) 474-9400 |

DATE: December 29, 2006                          TIME: 1:38pm

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

NAME: Robert cottle                              FAX # 702-450-5451

      Steven E. Guinn                         # 775-322-1865

FROM: Robert R. McCoy                            FILE #: 2814-005

CLIENT/MATTER: Merck/Vioxx

NUMBER OF PAGES: -2- (including this cover page)

DOCUMENT(S) TRANSMITTED: Letter of today's date

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT: Patty C. at (702) 759-8326.

CONFIRMATION #:            CONFIRMED BY:

MESSAGE:

IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CALL US COLLECT AND MAIL IT TO THE ABOVE ADDRESS. THANK YOU.

THIS TRANSMISSION IS CONFIDENTIAL AND INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT DISSEMINATE, DISTRIBUTE OR COPY THIS COMMUNICATION.