# EXHIBIT D

# EXHIBIT D

# MORRIS PICKERING PETERSON & TRACHOK
### ATTORNEYS AT LAW

900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101
TELEPHONE 702/474-9400
FACSIMILE 702/474-9422
WEBSITE: morrislawgroup.com

ROBERT R. McCOY
Direct dial: (702) 759-8341
E-Mail: rrm@morrislawgroup.com

January 18, 2007

**VIA FACSIMILE**
#702- 450-5451

Robert Cottle
Aaron O'Brien
Mainor Eglet Cottle
400 South Fourth St., Suite 600
Las Vegas, Nevada 89101

      Re:    Vioxx® Litigation
                  Service of Process on Lisa Davis

Gentlemen:

      I wrote to you on December 29, 2006 concerning the summonses you served on a Lisa Davis at 1801 N. Michael Way, Las Vegas, Nevada 89108 in the *Avant, Batiz, Booth, Chapman, Coon, Cox, Fitzgerald, Maestro, Morris,* and *Williams* cases. In that letter, I informed you that your process server had served a Lisa Davis who is not affiliated with Merck, and asked you to withdraw those summonses as to the Lisa Davis that was served. I still have not heard from you in response to that request.

      I am now informed that you have also served the wrong Fred Auzenne and the wrong Deborah Lee in these same ten cases. Neither the Fred Auzenne you served at 9001 Shale Street, Las Vegas, Nevada 89123, nor the "Debbie Lee" you served at 95 Mill Street, Ely, Nevada 89301, are associated with Merck.

      In the interest of avoiding the expense of motion practice, please confirm that you will withdraw these summonses, and that you will not look for these three individuals to answer or move. If I do not hear from you by January 24, we will move to quash service.

                                     Sincerely,

                                       Robert R. McCoy

RRM/pac
cc:    Steven E. Guinn (*via facsimile*)

```
*************** -COMM. JOURNAL- ****************** DATE JAN-18-2007 **** TIME 08:45 *********

        MODE = MEMORY TRANSMISSION            START=JAN-18 08:43     END=JAN-18 08:45

        FILE NO.=288

   STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.              PAGES      DURATION
   NO.           ABBR NO.

   001   OK        *          *1606#2814#005#4505451#           002/002    00:00:40
   002   OK        *          17753221865#                      002/002    00:00:43


****************************************** -MORRIS PICKERING- **** -   702 474 9422- *********
```

# FAX TRANSMISSION
## FAX: (702) 474-9422

## MORRIS PICKERING & PETERSON
Attorneys at Law
900 Bank of America Plaza
300 S. Fourth Street
Las Vegas, Nevada 89101
(702) 474-9400

DATE: January 18, 2007                         TIME: 8:51am

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

NAME: Robert Cottle                            FAX # 702-450-5451
      Steven E. Guinn                          # 775-322-1865
FROM: Robert R. McCoy                          FILE #: 2814-005

CLIENT/MATTER: Merck/Vioxx

NUMBER OF PAGES: -2- (including this cover page)

DOCUMENT(S) TRANSMITTED: Letter of today's date

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT: Patty C. at (702) 759-8326.

CONFIRMATION #:            CONFIRMED BY:
MESSAGE:

IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CALL US COLLECT AND MAIL IT TO THE ABOVE ADDRESS. THANK YOU.

THIS TRANSMISSION IS CONFIDENTIAL AND INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT DISSEMINATE, DISTRIBUTE OR COPY THIS COMMUNICATION.