# EXHIBIT F

# EXHIBIT F

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEVADA__

ALBERTINE AVANT, a Nevada resident;
JOE CAVIN, a Nevada resident; ERNEST
MACIAS, a Nevada resident; GLORIA
MACIAS, a Nevada resident; LYNNELL
MICHELS, a Nevada resident;

**SUMMONS IN A CIVIL CASE**

Plaintiff,

CASE NUMBER: 2:06-cv-01313-RCJ-PAL

V.

MERCK & COMPANY, INC., a corporation;
AMERICAN DRUG STORES, INC.; AMERICAN DRUG
STORES, INC., d/b/a SAV-ON; ALBERTSON'S, INC.;
ALBERTSON'S, INC., d/b/a SAV-ON; AMERICAN
DRUG STORES, LLC; NEW ALBERTSON'S INC.;
ALBERTSON'S, LLC; SUPERVALU, INC.; LISA
DAVIS, a Nevada resident; MISTY KUPERMAN, a
Nevada resident; RICKY GULATI, a Nevada resident;
FRED AVUENE; a Nevada resident; SERGE
BRUNRY, a Nevada resident; DEBBIE LEE, a
Nevada resident; KAREN SHOUSE, a Nevada
resident; NANCY MOREDOCK, a Nevada resident;
JERRY SHAW, a Nevada resident; KERRY
EDWARDS, a Nevada resident; TINA DIMORE,
a Nevada resident; TRACEY PHILLIPI, a Nevada
resident; JULIE WURCH, a Nevada resident;
LADON SILVEA, a Nevada resident; ROE
INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS
ENTITIES 1 to 100, inclusive, and DOES 1 to 50,
inclusive,

TO: (Name and address of defendant)

DEBBIE LEE
957 Mill St. Ely, NV. 89301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT W. COTTLE, ESQ.
**MAINOR EGLET COTTLE**
400 South Fourth Street 6th Floor
Las Vegas, Nevada 89101

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                                DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

_____

_____

☐   Other (*specify*): _____

_____

_____

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

**STATEMENT OF SERVICE FEES**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                *Date*                         *Signature of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*Address of Server*

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  1-21-07 |
| NAME OF SERVER (PRINT)  Darren Wallace | TITLE  Deputy |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
957 Mill st, Ely, NV 89301

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-4-07          Darren Wallace 438
              Date             Signature of Server

                               1785 Great Basin Blvd, Ely, NV
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.