# Exhibit 1

**Exhibit 1**

**Plaintiffs With Outstanding Plaintiff Profile Forms Who are Likely Claiming a Cardiovascular Injury**

| # | Case Name | Docket Number | Vioxx user/ Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension | Injury allegation |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | Montgomery, Cherie | 2/18/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clots, stint placement, bypass surgery |
| 2 | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Barnett, Lillian | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |
| 3 | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Hicks, William Lowe | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Heart problems and trouble breathing |
| 4 | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Royster, Wendell | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Four bypass surgeries |
| 5 | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | Atkinson, Susan | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |
| 6 | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | Richardson, Jimmy | 9/12/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 | Blood clots and related injuries |
| 7 | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | Scott, Myrtle | 9/12/2006 | 1/16/2007 | 5/4/2007 | 3/8/2007 | 4/9/2007 | Congestive heart failure and related injuries. |
| 8 | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | Collins, Eunice | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart Disease |
| 9 | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | Collins, Lonia | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |
| 10 | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | Linchey, James | 3/8/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart; cardiovascular problems. |
| 11 | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK | Mueller, Barbara | 3/8/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart and cardiovascular problems |
| 12 | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | Cross, Richard | 12/5/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 | Blood Clots Leading to open Heart surgery and related injuries |
| 13 | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | Ellis, Earnestine | 12/5/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |
| 14 | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | Santiago, Alfredo | 12/5/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 | Heart and cardiovascular problems |
| 15 | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | Jackson, Paul | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |
| 16 | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | Pruitt, Costameka | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |
| 17 | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | Watts, Zola | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |
| 18 | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK | Cannon, Annette Johnson | 2/18/2006 | 5/5/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |
| 19 | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK | Solis, Elizabeth | 2/18/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart/cardiovascular problems |
| 20 | Ganser, Dorothy v. Merck & Co., Inc. | 2:05-cv-05300-EEF-DEK | Ganser, Dorothy | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | "Injured" |
| 21 | Ganser, Dorothy v. Merck & Co., Inc. | 2:05-cv-05300-EEF-DEK | Woodward, Terry | 1/10/2006 | 8/2/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Blood clots and heart and CV problems |
| 22 | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Frank, Mary | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |

Exhibit 1

Plaintiffs With Outstanding Plaintiff Profile Forms Who are Likely Claiming a Cardiovascular Injury

| | Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension | Injury allegation |
|---|---|---|---|---|---|---|---|---|---|
| 23 | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Geiger, Fredrick | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Injuries |
| 24 | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Monagan, James | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 | Heart and cardiovascular problems |
| 25 | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Queen, Mary | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 | Heart and cardiovascular problems |
| 26 | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Wims, Dolores | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 | Heart and cardiovascular injuries |
| 27 | Gustin, Barbara v. Merck & Co., Inc. | 2:06-cv-00795-EEF-DEK | Gustin, Barbara | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Blockage in her heart, which required that a stint to be placed in |
| 28 | Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK | Pebbles, Carla | 12/30/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Severe coronary artery disease, unstable angina, triple bypass surgery |
| 29 | Hubbard, Norma v. Merck & Co., Inc. | 2:05-cv-03813-EEF-DEK | Spadoni, Barbara | 1/14/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Heart and cardiovascular problems |
| 30 | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | Cowsert, Betty Jean Dryer Lois | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Congestive Heart Failure |
| 31 | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK | Berry, Joyce | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |
| 32 | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK | Writer, Charles | 1/10/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Heart, and CV problems |
| 33 | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Johnlikes, Theodore | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Blockage, which required open heart surgery |
| 34 | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Ponder, Ella May | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart and cardiovascular problems |
| 35 | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK | Walter, Ida | 1/10/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Heart and cardiovascular problems |
| 36 | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | Mills, Fonda | 9/12/2006 | 1/16/2007 | 5/4/2007 | 3/8/2007 | 4/9/2007 | Congestive heart failure |
| 37 | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | Dillingham, Leonard | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |
| 38 | McBride, Earlene v. Merck & Co., Inc. | 2:06-cv-03420-EEF-DEK | Wells, Claude | 1/14/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Heart blockage |
| 39 | McCarthy, Elizzbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Woods, Richard | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 | Blockage requiring open heart surgery |
| 40 | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390-EEF-DEK | Dunn, James | 9/19/2006 | 12/14/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood Clots and related injuries |
| 41 | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | Wilson, Henry | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 | Heart and cardiovascular injuries |
| 42 | Miller, Greg B. v. Merck & Co., Inc. | 2:05-cv-05292-EEF-DEK | Wheeler, Virgie | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | No Injury on Complaint |
| 43 | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | Loving, Albert | 12/6/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | "Damaged" |
| 44 | Moultrie, David v. Merck & Co., Inc. | 2:05-cv-05311-EEF-DEK | Waggoner, Gary | 1/10/2006 | 8/2/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Blood clot and cardiovascular problems |

**Exhibit 1**

**Plaintiffs With Outstanding Plaintiff Profile Forms Who are Likely Claiming a Cardiovascular Injury**

| | Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension | Injury allegation |
|---|---|---|---|---|---|---|---|---|---|
| 45 | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK | Daughery, Linda | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Blockage and Heart and Cardiovascular Problems |
| 46 | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | Cardona, Tracy | 6/26/2006 | 1/11/2007 | N/A | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular Problems |
| 47 | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | Satterfield, Joann | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular problems |
| 48 | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK | Wood, Paul | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Heart and Cardiovascular problems |
| 49 | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | Ince, Charles | 12/15/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Shortness of breath and had a angioplasty |
| 50 | Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK | Walker, Willie Mae | 1/14/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Cardiovascular problems |
| 51 | Walker, Willie M. v. Merck & Co., Inc. | 2:05-cv-03137-EEF-DEK | Wolfe, Robert | 1/14/2006 | 11/1/2006 | N/A | 3/8/2007 | 4/9/2007 | Blockage requiring bypass surgery [no date given] |
| 52 | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | Newcomb, Daniel | 1/10/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | Blood clots in leg, heart and cardiovascular problems |