# Exhibit 2

**Exhibit 2**

**Plaintiffs With Outstanding Plaintiff Profile Forms Who are Not Claiming a Cardiovascular Injury**

| # | Case Name | Docket Number | Vioxx user/ Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension | Injury allegation |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Matthew, Kathleen | 1/10/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | Heart Murmur |
| 2 | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Stiles, Priscilla | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Kidney problems |
| 3 | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Ward, Elizabeth Jane | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Chest and leg pain |
| 4 | Black, Carver v. Merck & Co., Inc. | 2:05-cv-03802-EEF-DEK | Sydow, Janet | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clots |
| 5 | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | Stroup, Danny | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clots |
| 6 | Bohlke, Charlotte v. Merck & Co., Inc. | 2:05-cv-05313-EEF-DEK | Wren, William | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blocked artery |
| 7 | Cook, Nina v. Merck & Co., Inc. | 2:06-cv-00786-EEF-DEK | Franklin, Nicholas | 5/1/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 | Blood Clots in his leg |
| 8 | Elder, Michael v. Merck & Co., Inc. | 2:06-cv-00785-EEF-DEK | Carrow, Norman | 5/1/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 | Blood Clots and Pulmonary Embolism |
| 9 | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | Cooper, Sandy | 2/4/2006 | 11/1/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clots |
| 10 | Hubbard, Norma v. Merck & Co., Inc. | 2:05-cv-03813-EEF-DEK | Stock, Paul | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood Clots |
| 11 | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | Lashley, Nancy | 5/1/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 | Blood clots and pulmonary embolisms |
| 12 | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Joyce, Tammy | 5/1/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 | Pulmonary embolism |
| 13 | Lockett, Renee v. Merck & Co., Inc. | 2:05-cv-03804-EEF-DEK | Trice, Carol Sue | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clots |
| 14 | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | Scherer, Opal | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clots in feet |
| 15 | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | Treat, Leola | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clots in her leg |
| 16 | McGhee, Edna v. Merck & Co., Inc. | 2:05-cv-02573-EEF-DEK | Reddel, Mark | 12/30/2005 | 11/1/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clots, left leg |
| 17 | Middleton, Barbara v. Merck & Co., Inc. | 2:05-cv-03416-EEF-DEK | Peters, Elaine | 12/30/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Pulmonary embolism |
| 18 | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | Johnson, Vanessa | 12/6/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clot in thigh |
| 19 | Mullins, Arthur v. Merck & Co., Inc. | 2:05-cv-05302-EEF-DEK | Hoppers, Bobbette | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood Clots |
| 20 | Robertson, Guy v. Merck & Co., Inc. | 2:05-cv-06058-EEF-DEK | Stibbe, Gary | 2/4/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clots |
| 21 | Singleton, Gloria v. Merck & Co., Inc. | 2:05-cv-02576-EEF-DEK | Reddel, Mark | 12/30/2005 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 | Blood clots, left leg |
| 22 | Thomas, Carol v. Merck & Co., Inc. | 2:05-cv-02570-EEF-DEK | Wolfe, Sharon | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | 65-70% blockage in one artery, elevated blood pressure |

**Exhibit 2**

**Plaintiffs With Outstanding Plaintiff Profile Forms Who are Not Claiming a Cardiovascular Injury**

| | Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension | Injury allegation |
|---|---|---|---|---|---|---|---|---|---|
| 23 | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | Polk, Arnette | 12/30/2005 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clots in her legs, shortness of breath |
| 24 | Wagner, Robyn v. Merck & Co., Inc. | 2:05-cv-03138-EEF-DEK | Wagner, Robyn | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood clots |
| 25 | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | Alderman, Steven | 1/10/2006 | 11/1/2006 | N/A | 3/8/2007 | 4/9/2007 | Blood Clots |