# Exhibit 4

**Exhibit 4**

**Plaintiffs Who Provided Grossly Deficient Plaintiff Profile Forms**

| | Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension | Status | Ex. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK | Christ, Darrel | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 | No Injury or Vioxx Usage Dates; Incomplete Information in Section V(F) and Section VII | 5 |
| 2 | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK | Lenhardt, Ronald Sr | 1/14/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | No Injury or Vioxx Usage Dates; Incomplete Information in Section V(F) and Section VII | 6 |
| 3 | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | Walker, Roger | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | No Injury or Vioxx Usage Dates; Incomplete Information in Section IV, V(F), and VII | 7 |
| 4 | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | McCullough, Tammy | 9/12/2006 | 1/16/2007 | 5/4/2007 | 3/8/2007 | 4/9/2007 | No Injury Date; Incomplete Information in Section II, IV, V(F), and VII | 8 |
| 5 | Moore, Geraldine v. Merck & Co., Inc. | 2:05-cv-04611-EEF-DEK | Moore, Geraldine | 1/5/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 | No Injury or Vioxx Usage Dates; Incomplete Information in Section IV, V(F), and VII | 9 |
| 6 | Rasor, Joseph v. Merck & Co., Inc. | 2:06-cv-03368-EEF-DEK | Henry, Melvin | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 | No Authorizations; Incomplete Information in Section II, V, V(F), and VII | 10 |
| 7 | Steele, James v. Merck & Co., Inc. | 2:05-cv-05291-EEF-DEK | Steele, James Jr | 4/6/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 | No Injury or Vioxx Usage Dates; Incomplete Information in Section V(F) and Section VII | 11 |