# Exhibit 5

LEXISNEXIS FILE & SERVE
15160971
E-SERVICE
Jun 8 2007
10:58AM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>THIS RELATES TO: )<br>Christ et al. v. Merck & Co., Inc. et al. )<br>Civil Action No.: 2:06-cv-3384 )<br>)<br>) | MDL Docket No. 1657<br><br><br>Plaintiff:___**Darrel G. Christ**___<br>(name) |

### PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

#### I.   CASE INFORMATION

A. Name of person completing this form:_____**Darrel G. Christ**_____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____    Date of Appointment: _____

   6. What is your relationship to the deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?
      Yes **X** No ___ *If "yes,"*

      a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®?_____**Heart attack and related physical injuries**_____

39962.1

    b.   When do you claim this injury occurred?  **Plaintiff will supplement**

    c.   Who diagnosed the condition?  **Doctors at Memorial Herman Southwest**

    d.   Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ____ No ____ *If "yes,"* when and who diagnosed the condition at that time? **Plaintiff will supplement**

    e.   Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ____ No ____ *If "yes,"* set forth the injury or condition; whether or not you already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. **Plaintiff will supplement**

D.   Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes **X** No ____
*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom you have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a.   Name and address of each person who treated you: **Plaintiff will supplement**

    b.   To your understanding, condition for which treated: **Mental anguish and emotional distress**

    c.   When treated: **Plaintiff will supplement**

    d.   Medications prescribed or recommended by provider: **Plaintiff will supplement**

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.   Name: **Darrel Christ**
B.   Maiden or other names used or by which you have been known: **N/A**
C.   Social Security Number: **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**
D.   Address: **720 Viole Street, Eunice, LA 70535**

E.   Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 720 Viole Street<br>Eunice, LA 70535 | Plaintiff will supplement |
|  |  |
|  |  |

F.   Driver's License Number and State Issuing License: **4163147  LA**
G.   Date and Place of Birth: **5/9/1958    Eunice, LA**
H.   Sex: Male **X** Female

39962.1

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| University of Louisiana | 1978 | Accounting | Certificate |
| | | | |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/ Job Duties |
|---|---|---|---|
| Grand Casino Coushatta | 777 Coushatta Drive Kinder, Louisiana 70648 | 2000 – 2003 | Human Resources Director |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Grand Casino Coushatta | 777 Coushatta Drive Kinder, Louisiana 70648 | 2000 – 2003 | Human Resources Director |

3. Are you making a wage loss claim for either your present or previous employment?
Yes **X** No ____

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C):
**$75,000**

K. Military Service Information: Have you ever served in the military, including the military reserve or National Guard?   Yes ____ No **X**

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes ____ No ____

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes **X** No ____ *If "yes,"* to the best of your knowledge please state:

    a. Year claim was filed: **1999**

    b. Nature of disability: **Heart problems; Chronic Fatigue Syndrome**

    c. Approximate period of disability: **Permanent**

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes **X** No ____ *If "yes,"* set forth when and the reason. **1999**

39962.1

**– 2000; 2003 – present; Plaintiff will supplement**

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ___   No **X**   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ___   No **X**   *If "yes,"* set forth where, when and the felony and/or crime. ____

### III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): **Sandra Christ, Married 1/20/1962 until divorce 1/15/2005**

B. Has your spouse filed a loss of consortium claim in this action?   Yes ___   No **X**

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis, (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ___ No **X** Don't Know ___
*If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: **Plaintiff will supplement**

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. **Plaintiff will supplement**

### IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you?   **Dr. Victor Knapp; Dr. Elizabeth McClain**

39962.1

B. On which dates did you begin to take, and stop taking, VIOXX®? __**Plaintiff will supplement**__

C. Did you take VIOXX® continuously during that period?

   Yes **X** No___ Don't Recall ___

D. To your understanding, for what condition were you prescribed VIOXX®? **Back pain**

E. Did you renew your prescription for VIOXX®?

   Yes **X** No ___ Don't Recall ___

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: **Dr. Victor Knapp; Dr. Elizabeth McClain**

G. Which form of VIOXX® did you take (check all that apply)?
   ___ 12.5 mg Tablet (round, cream, MRK 74)
   ___ 12.5 mg Oral Suspension
   ___ 25 mg Tablet (round, yellow, MRK 110)
   ___ 25 mg Oral Suspension
   **X** 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?
   **Twice daily**

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®     Yes ___ No **X** Don't Recall ___

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it?
      Yes ___ No **X** Don't Recall ___

   2. Did you receive any written or oral information about VIOXX® while you took it?
      Yes ___ No **X** Don't Recall ___

   3. *If "yes,"*

      a. When did you receive that information? _____

      b. From whom did you receive it? _____

      c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®?     **Ibuprofen**

39962.1

## V. MEDICAL BACKGROUND

A. Height: **6'2"**

B. Current Weight: **188**
Weight at the time of the injury, illness, or disability described in Section I(C): **195**

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

___ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.

___ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.
   a. Date on which smoking/tobacco use ceased:_____
   b. Amount smoked or used: on average _____ per day for _____ years.

**X** Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco /snuff.
   a. Amount smoked or used: on average **½ pack** per day for **10** years.

___ Smoked different amounts at different times.

D. Drinking History. Do you now or have you in the past drunk alcohol (beer, wine, whiskey, et.)?
Yes___ No **X** *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury?
Yes ___ No **X** Don't Recall ___

*If "yes,"* identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

   1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

39962.1

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Stents | Angina | Plaintiff will supplement | Dr. Victor Knapp | Memorial Herman Southwest |
| Stomach/ Esophagus surgery | Reflux | 2000 | Dr. Victor Knapp | Memorial Herman Southwest |

2. Treatments/Interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| Plaintiff will supplement | | | |
| | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes **X** No ___ Don't Recall ___ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Plaintiff will supplement | | | | |
| | | | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "**yes**" or "**no**." Where you have indicated "**yes**," please attach the documents and things to your responses to this profile form.

**Plaintiff will supplement**

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.   Yes ___ No ___

B. Decedent's death certificate (if applicable).   Yes ___ No ___

C. Report of autopsy of decedent (if applicable).   Yes ___ No ___

39962.1

### VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Plaintiff will supplement | |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Victor Knapp | 2211 North Fry Rd. Katy, TX 77449 | Plaintiff will supplement |
| Dr. Fernando Allemany | 138 Lazaro Boulevard Opelousas, LA | Plaintiff will supplement |
| Dr. Elizabeth McLain | 450 Moosa Boulevard Eunice, LA | Plaintiff will supplement |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Memorial Herman Southwest | 7600 Beechnut Houston, Texas 77074 | Plaintiff will supplement | Plaintiff will supplement |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr. Victor Knapp | 2211 North Fry Rd. Katy, TX 77449 | Plaintiff will supplement |
| Dr. Fernando Allemany | 138 Lazaro Boulevard Opelousas, LA | Plaintiff will supplement |
| Dr. Elizabeth McLain | 450 Moosa Boulevard Eunice, LA | Plaintiff will supplement |

39962.1

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Plaintiff will supplement | |
| | |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Social Security Administration | 5455 Bankers Ave.<br>Baton Rouge, LA 70808 |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Plaintiff will supplement | |
| | |

39962.1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____  Daniel G. Christ                    _____
Signature                                   Print Name                                    Date

6721.1