# Exhibit 6

LEXISNEXIS® FILE & SERVE
15567563
E-SERVICE
Jul 13 2007
12:42PM

IN RE:  VIOXX® PRODUCTS     )
LIABILITY LITIGATION        )     **MDL Docket No. 1657**
                         )
                         )
                         )     Plaintiff:__ **Ronald Lenhardt Sr.** __
**THIS RELATES TO:**        )                  (name)
**Harris, et al. v Merck & Co. et al.**    )
     **Civil Action No.: 2:05-cv-02580**  )
                         )
                         )

## PLAINTIFF PROFILE FORM

      Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®.  Please attach as many sheets of paper as necessary to fully answer these questions.

## I.    CASE INFORMATION

A.  Name of person completing this form:  **Ronald Lenhardt, Sr.** _____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1.  Social Security Number: _____

    2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

    3.  Address: _____

    4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

    5.  If you were appointed as a representative by a court, state the:

        Court: _____  Date of Appointment: _____

    6.  What is your relationship to the deceased or represented person or person claimed to be injured? _____

    7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____
        _____

C.  Claim Information

    1.Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?
        Yes **X** No ___  *If "yes,"*

      a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®?  **Heart attack and other related cardiovascular injuries** _____
      _____

41674.1

   b.  When do you claim this injury occurred?___**Plaintiff will supplement**_____

   c.  Who diagnosed the condition?___**Dr. Patel**_____

   d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question?   Yes _____   No **X** *If "yes,"* when and who diagnosed the condition at that time? _____

   e.  Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past?   Yes _____   No **X** *If "yes,"* set forth the injury or condition; whether or not you already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes ____ No **X**
*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom you have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a.  Name and address of each person who treated you:_____ _____

   b.  To your understanding, condition for which treated: _____ _____

   c.  When treated: _____

   d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name:___**Ronald Lenhardt, Sr.**_____

B.  Maiden or other names used or by which you have been known: **None**_____

C.  Social Security Number:__**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**_____

D.  Address:__**725 Reavis Barracks Road, St. Louis, MO 63125**_____

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| **4147 Old State Road, De Soto, MO 63020** | **Plaintiff will supplement** |

F.  Driver's License Number and State Issuing License:__**494748945, MO**_____

G.  Date and Place of Birth:__**6/21/1963, St. Louis, MO**_____

H.  Sex:  Male __**X**__ Female_____

41674.1

I.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Normandy High School | 1981 | General | No |

J.   Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/ Job Duties |
|---|---|---|---|
| All American Appliance Service | 8800 Olive, St. Louis, MO 63130 | 1/15/07 to the present | Appliance tech |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| IFW Systems | 6800 Hall St, St. Louis, MO | 2/15/16 to 1/15/07 | Supervisor |

3. Are you making a wage loss claim for either your present or previous employment?
Yes _____ No __X__

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C):

_____

K.   Military Service Information:   Have you ever served in the military, including the military reserve or National Guard?   Yes __ No __X__

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes _____ No __

L.   Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes __ No __X__ *If "yes,"* to the best of your knowledge please state:

a.  Year claim was filed: _____

b.  Nature of disability: _____

c.  Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes **X**  No ___   *If "yes,"* set forth when and the reason. **Out three months for heart attack**

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ___ No **X**  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

_____

_____

M.   As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?       Yes ___ No **X**  *If "yes,"* set forth where, when and the felony and/or crime. __

_____

_____

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): **Patricia Lenhardt** _____

_____

B. Has your spouse filed a loss of consortium claim in this action?   Yes ___ No **X**

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis, (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ___ No ___ Don't Know **X** *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: **Plaintiff will supplement** _____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.

_____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? **Dr. Greg Baker** _____

B.  On which dates did you begin to take, and stop taking, VIOXX®? **Plaintiff will supplement**

_____

C.  Did you take VIOXX® continuously during that period?

Yes **X** No___ Don't Recall ___

D.  To your understanding, for what condition were you prescribed VIOXX®? **Pain**_____

_____

E.  Did you renew your prescription for VIOXX®?

Yes __ No **X** Don't Recall ____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: **Dr. Greg Baker** _____

G.  Which form of VIOXX® did you take (check all that apply)?

___ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
**X** 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_____ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?
**Twice daily** _____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®     Yes ___ No **X** Don't Recall ____

J.  Instructions or Warnings:

1.  Did you receive any written or oral information about VIOXX® before you took it?
Yes **X** No ___ Don't Recall __

2.  Did you receive any written or oral information about VIOXX® while you took it?
Yes **X** No ___ Don't Recall __

3.  *If "yes,"*

a.  When did you receive that information? **With the samples** _____

    b.   From whom did you receive it? __Dr. Greg Baker_____

    c.   What information did you receive? __What came in sample_____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? __None__ _____

## V.  MEDICAL BACKGROUND

A.  Height:__5'11___

B.  Current Weight: __240___

    Weight at the time of the injury, illness, or disability described in Section I(C):__235_

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    ___Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.

    ___ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.
        a.  Date on which smoking/tobacco use ceased:_____
        b.  Amount smoked or used: on average _per day for _____ years.

    __X__    Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco /snuff.
        a.  Amount smoked or used: on average __1 pack___ per day for ___10___ years.

    ____    Smoked different amounts at different times.

D.  Drinking History.  Do you now or have you in the past drunk alcohol (beer, wine, whiskey, et.)?
    Yes ___ No __X__ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

    _____drinks per week,

    _____drinks per month,

    _____drinks per year, *or*

    Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury?
    Yes ___ No __X__ Don't Recall ____

    *If "yes,"* identify each substance and state when you first and last used it. _____ _____
    _____

Case 2:05-md-01657-EEF-DEK   Document 11764-7   Filed 07/24/07   Page 8 of 11

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

   1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Stent Placement | Plaintiff will supplement | 6/2005 | Dr. Greg Baker | Jefferson Memorial Hospital |
| | | | | |

   2. Treatments/Interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| | | | |

   3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes __X__ No ___ Don't Recall ____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Plaintiff will supplement | | | | |
| | | | | |
| | | | | |

## VI. DOCUMENTS

   Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated "yes," please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.       Yes __ No **X**

B. Decedent's death certificate (if applicable).       Yes __ No **N/A**

C. Report of autopsy of decedent (if applicable).       Yes ___ No **N/A**

41674.1

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

A. Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Dr. Greg Baker | 8969 Watson, St. Louis, MO 63119 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Listed above | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Jefferson Memorial Hospital | 1400 US Highway 61 South, P.O. Box 350, Crystal City, MO 63019 | Various Dates | Various |
| Missouri Baptist Hospital | 3015 North Ballas Road, St. Louis, MO 63131 | Various Dates | Various |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Stuart Higano | 3009 North Ballas Road, St. Louis, MO 63131 | 2005 |
| Dr. Patel | 1400 US Hwy 61, Festus, MO 63028 | 2004 |
| | | |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Walgreen's Pharmacy | 1901 East Voorhees Road, P.O. Box 4039, MS #735, Danville, IL 61834 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

41674.1

| Name | Address |
|------|---------|
|      |         |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Ronald Lenhardt Sr._          _Ronald Lenhardt Sr._          _6·17·07_
Signature                        Print Name                       Date

6721.1