# Exhibit 8

15589904

E-SERVICE

Jul 16 2007
3:50PM

IN RE: VIOXX® PRODUCTS
LIABILITY LITIGATION

THIS RELATES TO:
Layman et al v. Merck & Co., Inc. et al
    Civil Action No.: 2:06-cv-3372

)
)
)
)
)
)
)
)
)
)

MDL Docket No. 1657

Plaintiff:___ **Tammy McCullough**
              (name)

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I.    CASE INFORMATION

A.  Name of person completing this form: _____**Tammy McCullough**_____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1.  Social Security Number: _____

   2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

   3.  Address: _____

   4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5.  If you were appointed as a representative by a court, state the:

      Court: _____  Date of Appointment: _____

   6.  What is your relationship to the deceased or represented person or person claimed to be injured? _____

   7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?
        Yes **X** No ___ *If "yes,"*

    a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____**Kidney damage and related physical injuries**_____

    b.  When do you claim this injury occurred?___**Plaintiff will supplement**_____

    c.  Who diagnosed the condition?_____**Plaintiff will supplement**_____

    d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question?   Yes _____   No **X**  *If "yes,"* when and who diagnosed the condition at that time? _____

    e.  Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past?   Yes _____  No **X**  *If "yes,"* set forth the injury or condition; whether or not you already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes **X**  No __
*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom you have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a.  Name and address of each person who treated you:__**Plaintiff will supplement**_____

    b.  To your understanding, condition for which treated: **Mental anguish and emotional distress**_____

    c.  When treated: _____**Plaintiff will supplement**_____

    d.  Medications prescribed or recommended by provider: **Plaintiff will supplement**_____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name:_____**Tammy McCullough**_____

B.  Maiden or other names used or by which you have been known:   **Plaintiff will supplement**___

C.  Social Security Number:_____**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**_____

D.  Address:_____ **3505 Harris Drive, Fort Smith, AR 72904**_____

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
| --- | --- |
| **3505 Harris Drive Fort Smith, AR 72904** | **Plaintiff will supplement** |

F.  Driver's License Number and State Issuing License:_____**Plaintiff will supplement**_____

G.  Date and Place of Birth: _____**9/23/1964, Plaintiff will supplement**_____

H.  Sex:  Male ____Female **X**_____

I.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Plaintiff will supplement | | | |

J.   Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/ Job Duties |
|---|---|---|---|
| N/A | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No __

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C):

_____

K.   Military Service Information:   Have you ever served in the military, including the military reserve or National Guard?   Yes __ No **X**

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes ____ No __

L.   Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes **X** No __ *If "yes,"* to the best of your knowledge please state:

   a.   Year claim was filed:   **Plaintiff will supplement**

   b.   Nature of disability:_____

   c.   Approximate period of disability:_____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes __ No ___   *If "yes,"* set forth when and the reason. _____**Plaintiff will supplement**_____
_____

42123.1

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?    Yes ___ No **X**   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____

_____

_____

M.    As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?    Yes ___ No **X**   *If "yes,"* set forth where, when and the felony and/or crime. __

_____

_____

## III.    FAMILY INFORMATION

A.    List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):   **Frank McCullough, DOB 4/1955, Married until his death 5/16/00, Plaintiff will supplement additional information**

B.    Has your spouse filed a loss of consortium claim in this action?    Yes ___  No **X**

C.    To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis, (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ___ No ___ Don't Know ___ *If "yes,"* identify each such person below and provide the information requested.

Name:_____

Current Age (or Age at Death):_____

Type of Problem:_____

If Applicable, Cause of Death:_____

D.    If applicable, for each of your children, list his/her name, age and address: **Joshua Marino, Checota Benton, Plaintiff will supplement additional information**

E.    If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____**N/A**_____

## IV.    VIOXX® PRESCRIPTION INFORMATION

A.    Who prescribed VIOXX® for you?_____**Doctors at Altec Medical Center; Dr. Beachy**

B.    On which dates did you begin to take, and stop taking, VIOXX®?__**About 1999 – about 2002**

C.    Did you take VIOXX® continuously during that period?

Yes **X** No___ Don't Recall ___

D. To your understanding, for what condition were you prescribed VIOXX®?___**Pain, inflammation**

E. Did you renew your prescription for VIOXX®?

Yes **X** No ___ Don't Recall ____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: **Plaintiff will supplement**

G. Which form of VIOXX® did you take (check all that apply)? **Plaintiff will supplement**

___12.5 mg Tablet (round, cream, MRK 74)
____12.5 mg Oral Suspension
____25 mg Tablet (round, yellow, MRK 110)
____25 mg Oral Suspension
____50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?
**Plaintiff will supplement**

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®     Yes ___ No **X** Don't Recall _____

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it?
Yes ___ No ___ Don't Recall **X**

2. Did you receive any written or oral information about VIOXX® while you took it?
Yes ___ No ____ Don't Recall **X**

3. *If "yes,"*

a. When did you receive that information? _____

b. From whom did you receive it? _____

c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? ____**N/A**

42123.1

## V.  **MEDICAL BACKGROUND**

A.  Height: **5'3"**

B.  Current Weight: **160 lbs.**

Weight at the time of the injury, illness, or disability described in Section I(C): **160 lbs.**

C.  Smoking/Tobacco Use History: ***Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.***

___Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.

___Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.
   a.  Date on which smoking/tobacco use ceased:_____
   b.  Amount smoked or used: on average ___ per day for ___ years.

**X** Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco /snuff.
   a.  Amount smoked or used: on average **1 pack** per day for **20** years.

___  Smoked different amounts at different times.

D.  Drinking History.  Do you now or have you in the past drunk alcohol (beer, wine, whiskey, et.)?
   Yes **X** No ___ ***If "yes," fill in the appropriate blank*** with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____drinks per week,

_____drinks per month,

_____drinks per year, ***or***

Other (describe): _____**None – past 14 years**_____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury?
   Yes ___ No **X** Don't Recall ____

   ***If "yes,"*** identify each substance and state when you first and last used it. _____
   _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

   1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

42123.1

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Kidney Stone Removal | Kidney problems | Plaintiff will supplement | Plaintiff will supplement | Plaintiff will supplement |
| Mitral Valve prolapse | Plaintiff will supplement | Plaintiff will supplement | Plaintiff will supplement | Plaintiff will supplement |

2.  Treatments/Interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
|  |  |  |  |

3.  To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
    Yes __**X**__  No ___  Don't Recall ____  *If "yes,"* answer the following:

    **Plaintiff will supplement**

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## VI.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "**yes**" or "**no**." Where you have indicated "**yes**," please attach the documents and things to your responses to this profile form.  **Plaintiff will supplement**

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.          Yes ___ No ___

B.  Decedent's death certificate (if applicable).     Yes ___ No ___

C.  Report of autopsy of decedent (if applicable).    Yes ___  No ___

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

A.  Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Allen Beachy | 9101 Jenny Lind Road Fort Smith, AR 72904 |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Dr. Allen Beachy | 9101 Jenny Lind Road Fort Smith, AR 72904 | Plaintiff will supplement |
| | | |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| St. Edwards Mercy Medical Center | P.O. Box 17000 Fort Smith, AR 72917 | Various dates 2001 – present | Kidney problems |
| | | | |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| A Hec Family Medical Center | 612 S 12th St Fort Smith, AR 72901 | Various dates 1996 - 2001 | Plaintiff will supplement |
| Cooper Clinic | 7610 Dallas Street Fort Smith, AR 72901 | Plaintiff will supplement | Plaintiff will supplement |
| | | | |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Dr. Allen Beachy | 9101 Jenny Lind Road Fort Smith, AR 72904 | Plaintiff will supplement |
| | | |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Anderson's Discount Pharmacy | 700 Lexington Ave. Fort Smith, AR 72901 |
| Wal-Mart Pharmacy | Wal-Mart Stores, Inc. Legal Dept. 702 SW 8th Street Bentonville, AR 72716 |
| K-Mart Pharmacy | 7434 Rogers Ave. Fort Smith, AR 72903 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A | |

42123.1

## CERTIFICATION

.I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____     TAmmyMᶜCullough_____
Signature                                                Print Name                                    Date