# Exhibit 9

LEXISNEXIS FILE & SERVE
15377845
Jun 27 2007
10:05AM

IN RE: VIOXX® PRODUCTS ) 
LIABILITY LITIGATION ) MDL Docket No. 1657
)
)
) Plaintiff: **Geraldine Moore**
THIS RELATES TO: ) (name)
)
Civil Action No.: )
)
_____ )

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: **Geraldine Moore**

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

 1. Social Security Number: _____

 2. Maiden Or Other Names Used or By Which You Have Been Known: _____

 3. Address: _____

 4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

 5. If you were appointed as a representative by a court, state the:

    Court: _____ Date of Appointment: _____

 6. What is your relationship to the deceased or represented person or person claimed to be injured? _____

 7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

 1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?
    Yes **X** No ___ *If "yes,"*

    a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? **Stroke and related physical injuries**

40496.1

   b. When do you claim this injury occurred? _____

   c. Who diagnosed the condition? _____**Dr. Hoyt**_____

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question?   Yes _____   No **_X_**   *If "yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past?   Yes _____   No **_X_**   *If "yes,"* set forth the injury or condition; whether or not you already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes **_X_**   No _____
*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom you have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you:  **Plaintiff will supplement**

   b. To your understanding, condition for which treated:  **Mental anguish and emotional distress**

   c. When treated:  **Plaintiff will supplement**

   d. Medications prescribed or recommended by provider:  **Plaintiff will supplement**

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name:  **Geraldine Moore**
B. Maiden or other names used or by which you have been known:  **Busch**
C. Social Security Number:  **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**
D. Address:  **326 Shaw Road, P.O. Box 33, Olean, MO 65064**

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 326 Shaw Road<br>P.O. Box 33<br>Olean, MO 65064 | 1990 – present |

F. Driver's License Number and State Issuing License:  **L156002002 MO**
G. Date and Place of Birth:  **1/21/1935**   **Shannon, MO**
H. Sex: Male _____   Female **_X_**

40496.1

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| High School | 1952 | Plaintiff will supplement | Plaintiff will supplement |
| | | | |

J. Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/ Job Duties |
|---|---|---|---|
| Wal-Mart | Osage Beach, MO | 2002 – 2003 | Jewelry associate |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Plaintiff will supplement | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes ____ No __X__

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _____

K. Military Service Information:   Have you ever served in the military, including the military reserve or National Guard?   Yes ___ No __X__

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes ___ No ___

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes __X__ No ___ *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: **Plaintiff will supplement**

   b. Nature of disability: **Back injury**

   c. Approximate period of disability: **Permanent**

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ___ No __X__   *If "yes,"* set forth when and the reason. _____

40496.1

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes **X**   No ___   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted.   **Car accident; Plaintiff will supplement additional information**

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ___   No **X**   *If "yes,"* set forth where, when and the felony and/or crime.

### III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):   **Plaintiff will supplement**

B. Has your spouse filed a loss of consortium claim in this action?   Yes ___   No **X**

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis, (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?   Yes **X**   No ___   Don't Know ___
*If "yes,"* identify each such person below and provide the information requested.

Name:   **Walter Busch**

Current Age (or Age at Death):   **77**

Type of Problem:   **Strokes**

If Applicable, Cause of Death:   **Stroke**

D. If applicable, for each of your children, list his/her name, age and address:   **Plaintiff will supplement**

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.   **N/A**

### IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you?   **Dr. Hadley Hoyt**

40496.1

B. On which dates did you begin to take, and stop taking, VIOXX®? **Plaintiff will supplement**

C. Did you take VIOXX® continuously during that period?

Yes **X** No___ Don't Recall___

D. To your understanding, for what condition were you prescribed VIOXX®? **Knee pain**

E. Did you renew your prescription for VIOXX®?

Yes___ No___ Don't Recall **X**

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: **Dr. Hoyt, 50 mg; Plaintiff will supplement**

G. Which form of VIOXX® did you take (check all that apply)?
___ 12.5 mg Tablet (round, cream, MRK 74)
___ 12.5 mg Oral Suspension
**X** 25 mg Tablet (round, yellow, MRK 110)
___ 25 mg Oral Suspension
**X** 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?
**Plaintiff will supplement**

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®   Yes___ No **X** Don't Recall___

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it?
Yes___ No **X** Don't Recall___

2. Did you receive any written or oral information about VIOXX® while you took it?
Yes___ No **X** Don't Recall___

3. *If "yes,"*

   a. When did you receive that information? _____

   b. From whom did you receive it? _____

   c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____ **Plaintiff will supplement**

40496.1

## V. MEDICAL BACKGROUND

A. Height: __5'4 ½__

B. Current Weight: __150__
   Weight at the time of the injury, illness, or disability described in Section I(C):  __Plaintiff will supplement__

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   __X__ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.

   ___ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.
   a. Date on which smoking/tobacco use ceased:_____
   b. Amount smoked or used: on average _____ per day for _____ years.

   ___ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco /snuff.
   a. Amount smoked or used: on average _____ per day for _____ years.

   ___ Smoked different amounts at different times.

D. Drinking History. Do you now or have you in the past drunk alcohol (beer, wine, whiskey, et.)?
   Yes___ No __X__ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

   _____drinks per week,

   _____drinks per month,

   _____drinks per year, *or*

   Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury?
   Yes ___ No __X__ Don't Recall ___

   *If "yes,"* identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

   1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

40496.1

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| N/A | | | | |

2. Treatments/Interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| N/A | | | |
| | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes __**X**__ No ___ Don't Recall ___ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| **Plaintiff will supplement** | | | | |
| | | | | |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking **"yes"** or **"no."** Where you have indicated **"yes,"** please attach the documents and things to your responses to this profile form.

**Plaintiff will supplement**

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.   Yes ___ No ___

B. Decedent's death certificate (if applicable).   Yes ___ No ___

C. Report of autopsy of decedent (if applicable).   Yes ___ No ___

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Hadley Hoyt | 54 Hospital Drive<br>Osage Beach, MO 65065 |

40496.1

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Hadley Hoyt | 54 Hospital Drive<br>Osage Beach, MO 65065 | Plaintiff will supplement |
|  |  |  |
|  |  |  |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Plaintiff will supplement |  |  |  |
|  |  |  |  |
|  |  |  |  |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Lake of the Ozarks General Hospital | 54 Hospital Drive<br>Osage Beach, MO 65065 | Plaintiff will supplement | Plaintiff will supplement |
|  |  |  |  |
|  |  |  |  |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr. David Hockman | 400 Keene Street<br>Columbia, MO 65201 | Plaintiff will supplement |
| Dr. Kevin Byrne | 5816 Highway 54<br>Osage Beach, MO 65065 | Plaintiff will supplement |
| Dr. Otis Moseley | 56 Hospital Drive<br>Osage Beach, MO 65065 | Plaintiff will supplement |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Plaintiff will supplement |  |
|  |  |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

40496.1

| Name | Address |
|---|---|
| **Plaintiff will supplement** | |

    H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| **Plaintiff will supplement** | |
| | |

40496.1

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

*Geraldine Moore*         GERALDINE MOORE         May-8-07
Signature                 Print Name              Date

6721.1