# Exhibit 10

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS RELATES TO: ) <br> ) <br>   Civil Action No.: ) <br> ) <br> _____) | MDL Docket No. 1657 <br><br> Plaintiff: ___**Melvin Henry**___ <br>                      (name) |

Jun 14 2007 3:39PM

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.   CASE INFORMATION

A. Name of person completing this form: ___**Melvin Henry**___

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1. Social Security Number: _____

   2. Maiden Or Other Names Used or By Which You Have Been Known: _____

   3. Address: _____

   4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5. If you were appointed as a representative by a court, state the:

      Court: _____  Date of Appointment: _____

   6. What is your relationship to the deceased or represented person or person claimed to be injured? _____

   7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

38611.1

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?
Yes **X** No ___ *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? **Heart attack and related physical injuries**

   b. When do you claim this injury occurred? **About 6/2003**

   c. Who diagnosed the condition? **Dr. Borneo**

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ___ No **X** *If "yes,"* when and who diagnosed the condition at that time? _____

   e. Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ___ No ___ *If "yes,"* set forth the injury or condition; whether or not you already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. **Plaintiff will supplement**

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes **X** No ___
*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom you have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you: **Plaintiff will supplement**

   b. To your understanding, condition for which treated: **Mental anguish and emotional distress**

   c. When treated: **Plaintiff will supplement**

   d. Medications prescribed or recommended by provider: **Plaintiff will supplement**

II. **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A. Name: **Melvin Henry**
B. Maiden or other names used or by which you have been known: _____
C. Social Security Number: **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**
D. Address: **6004 Bronco, Hobbs, NM 88240**

38611.1

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 6004 Bronco<br>Hobbs, NM 88240 | **Plaintiff will supplement** |
|  |  |
|  |  |

F.  Driver's License Number and State Issuing License: __**Plaintiff will supplement**__
G.  Date and Place of Birth: __**1/31/1939**__ __**Plaintiff will supplement**__
H.  Sex:  Male __**X**__ Female _____

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Plaintiff will supplement |  |  |  |
|  |  |  |  |

J.  Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/ Job Duties |
|---|---|---|---|
| Plaintiff will supplement |  |  |  |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Plaintiff will supplement |  |  |  |

3. Are you making a wage loss claim for either your present or previous employment?
   Yes ____ No ____          **Plaintiff will supplement**

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C):
   _____

K.  Military Service Information:   Have you ever served in the military, including the military reserve or National Guard?   Yes ___ No ____   **Plaintiff will supplement**

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes ___ No ___

38611.1

L.  Insurance / Claim Information:   **Plaintiff will supplement**

   1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes ___ No ___   *If "yes,"* to the best of your knowledge please state:

      a. Year claim was filed: _____

      b. Nature of disability: _____

      c. Approximate period of disability: _____

   2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes ___ No ___   *If "yes,"* set forth when and the reason. _____
      **Plaintiff will supplement**

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ___ No ___   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____ **Plaintiff will supplement**

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ___ No ___   *If "yes,"* set forth where, when and the felony and/or crime. __
   **Plaintiff will supplement**

### III.   FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____ **Plaintiff will supplement**

B.  Has your spouse filed a loss of consortium claim in this action?   Yes ___ No ___
   **Plaintiff will supplement**

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis, (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?   Yes ___ No ___ Don't Know __X__
   *If "yes,"* identify each such person below and provide the information requested.

38611.1

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____
   _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.
   **Plaintiff will supplement**

### IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? __**Dr. Selma Wilson**__

B. On which dates did you begin to take, and stop taking, VIOXX®? __**About 8/2001 – 9/2004**__

C. Did you take VIOXX® continuously during that period?

   Yes ___ No ___ Don't Recall **X**

D. To your understanding, for what condition were you prescribed VIOXX®? __**Pain**__

E. Did you renew your prescription for VIOXX®?

   Yes ___ No ___ Don't Recall **X**

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: __**Plaintiff will supplement**__

G. Which form of VIOXX® did you take (check all that apply)?
   ___ 12.5 mg Tablet (round, cream, MRK 74)
   ___ 12.5 mg Oral Suspension
   **X** 25 mg Tablet (round, yellow, MRK 110)
   ___ 25 mg Oral Suspension
   ___ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?
   __**Plaintiff will supplement**__

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®   Yes ___ No ___ Don't Recall **X**

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it?

38611.1

Yes ___ No ___ Don't Recall __X__

2. Did you receive any written or oral information about VIOXX® while you took it?
Yes ___ No ___ Don't Recall __X__

3. *If "yes,"*

   a. When did you receive that information? _____

   b. From whom did you receive it? _____

   c. What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____**Plaintiff will supplement**_____

## V. MEDICAL BACKGROUND

A. Height: _____

B. Current Weight: _____
Weight at the time of the injury, illness, or disability described in Section I(C): _____

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   __X__ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.

   ___ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.
   a. Date on which smoking/tobacco use ceased: _____
   b. Amount smoked or used: on average _____ per day for _____ years.

   ___ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco /snuff.
   a. Amount smoked or used: on average _____ per day for _____ years.

   ___ Smoked different amounts at different times.

D. Drinking History. Do you now or have you in the past drunk alcohol (beer, wine, whiskey, et.)?
Yes ___ No ___ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

   _____ drinks per week,          **Plaintiff will supplement**

   _____ drinks per month,

38611.1

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury?
Yes ___ No ___ Don't Recall ___ **Plaintiff will supplement**

*If "yes,"* identify each substance and state when you first and last used it. _____
_____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Quadruple bypass | Blockage | 1998 | Plaintiff will supplement | Plaintiff will supplement |

2. Treatments/Interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| Plaintiff will supplement | | | |
| | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes ___ No ___ Don't Recall __X__ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| | | | | |
| | | | | |

38611.1

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "**yes**" or "**no**." Where you have indicated "**yes**," please attach the documents and things to your responses to this profile form.

**Plaintiff will supplement**

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes ___ No ___

B. Decedent's death certificate (if applicable).  Yes ___ No ___

C. Report of autopsy of decedent (if applicable).  Yes ___ No ___

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| **Plaintiff will supplement** | |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| **Dr. Selma Wilson** | 4102 24th Street, Lubbock, TX 79410 | **Plaintiff will supplement** |
| **Dr. Nathan Wilson** | 4642 N. Loop 289 Suite 101 Lubbock, TX 79416 | **Plaintiff will supplement** |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| **Lea Regional Medical Center** | 5419 N. Lovington Hwy Hobbs, NM 88240 | 7/2003 | **Heart attack** |
| **Covenant Medical Center** | 3615 19th Street Lubbock, TX 79410 | 7/2003 | **Heart attack** |
| | | | |

38611.1

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Lea Regional Medical Center | 5419 N. Lovington Hwy Hobbs, NM 88240 | 7/2003 | Heart attack |
| Covenant Medical Center | 3615 19th Street Lubbock, TX 79410 | 7/2003 | Heart attack |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr. Selma Wilson | 4102 24th Street, Lubbock, TX 79410 | Plaintiff will supplement |
| Dr. Nathan Wilson | 4642 N. Loop 289 Suite 101 Lubbock, TX 79416 | Plaintiff will supplement |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Kmart Pharmacy | 2220 N. Grimes Street Hobbs, NM 88240 |
| | |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Plaintiff will supplement | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Plaintiff will supplement | |

38611.1