# Exhibit 12

**Exhibit 12**

**Plaintiffs To Be Dismissed With Prejudice**

| | Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|---|
| 1 | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | Whitt, Ver | 12/12/2005 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 2 | Adams, Eva L. v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK | Woodall, Letha | 12/12/2005 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 3 | Aldridge, Harriet v. Merck & Co., Inc. | 2:05-cv-06346-EEF-DEK | Johnson, Larry | 7/10/2006 | 5/5/2006 | 3/1/2007 | 3/8/2007 | 4/9/2007 |
| 4 | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | Eppinger, Julia | 4/6/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 5 | Benson, Mary v. Merck & Co., Inc. | 2:05-cv-05307-EEF-DEK | Hayes, John | 4/6/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 6 | Bess, Letty v. Merck & Co., Inc. | 2:05-cv-05301-EEF-DEK | Hamton, Raymond | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 7 | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373-EEF-DEK | McGinnis, Dorathea | 9/12/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 8 | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | Duenne, Helen | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 9 | Dawson, Tyrone v. Merck & Co., Inc. | 2:06-cv-00788-EEF-DEK | Kemp, Betty | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 10 | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | Clark, John | 2/8/2006 | 1/5/2006 | N/A | 3/8/2007 | 4/9/2007 |
| 11 | Dodson, Wanda v. Merck & Co., Inc. | 2:05-cv-06194-EEF-DEK | Cook, Gary | 2/8/2006 | 8/2/2006 | 3/1/2007 | 3/8/2007 | 4/9/2007 |
| 12 | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | McMorris, Vernida | 12/5/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 13 | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK | Newman, Francis | 12/5/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 14 | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654-EEF-DEK | Daniels, Clell | 12/12/2006 | 1/31/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 15 | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | Kent, James | 1/14/2006 | 1/26/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 16 | Hagler, Charles v. Merck & Co., Inc. | 2:05-cv-03415-EEF-DEK | Nothdurft, David | 12/30/2005 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 17 | Hale, Arthur v. Merck & Co., Inc. | 2:05-cv-02579-EEF-DEK | Varvel, Catherine | 1/14/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| 18 | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | Goldstein, Richard | 2/4/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |

**Exhibit 12**

**Plaintiffs To Be Dismissed With Prejudice**

| | Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|---|
| 19 | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | Harris, Ronnie | 2/4/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 20 | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | McGinnis, Dorathea | 2/4/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 21 | Harris, Ronnie v. Merck & Co., Inc. | 2:05-cv-05824-EEF-DEK | Mills, Virgie | 2/4/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 22 | Hugo, Ginger v. Merck & Co., Inc. | 2:06-cv-00797-EEF-DEK | McDaniels, Etta Lee | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 23 | Jackson, Gloria v. Merck & Co., Inc. | 2:06-cv-01896-EEF-DEK | Gifford, Raymond | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 24 | Kell, Virginia v. Merck & Co., Inc. | 2:05-cv-05306-EEF-DEK | Calvert, Terrie | 1/10/2006 | 8/2/2006 | N/A | 3/8/2007 | 4/9/2007 |
| 25 | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Albright, Norma | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 26 | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Rhone, Darnell | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 27 | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Wilhelm, Benjamin | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 28 | Lacy, Fulton v. Merck & Co., Inc. | 2:06-cv-00790-EEF-DEK | Wilhelm, Catherine | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 29 | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | Fincher, Vernon | 10/15/2006 | 1/24/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 30 | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | Jonasen, Mary Jane | 10/15/2006 | 1/24/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 31 | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK | Landman, Ronald | 10/15/2006 | 1/24/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 32 | Lara, Ricardo v. Merck & Co., Inc. | 2:05-cv-05309-EEF-DEK | Brewer, Douglas | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 33 | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977-EEF-DEK | Jackson, Alonial | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 34 | Light, Evelyn v. Merck & Co., Inc. | 2:06-cv-00789-EEF-DEK | Gardner, Robert | 5/1/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 35 | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | Bastress, Paul | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 36 | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | Ferrari, Barry | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |

**Exhibit 12**

**Plaintiffs To Be Dismissed With Prejudice**

| | Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|---|
| 37 | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK | Waxler, Mary Anne | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 38 | Mason, Lora v. Merck & Co., Inc. | 2:06-cv-03370-EEF-DEK | Mason, Lora | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 39 | Maxwell, Martha v. Merck & Co., Inc. | 2:06-cv-01975-EEF-DEK | Dillard, Glenda | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 40 | McBride, Earlene v. Merck & Co., Inc. | 2:05-cv-03420-EEF-DEK | Williams, Thelma | 4/7/2006 | 9/28/2006 | N/A | 3/8/2007 | 4/9/2007 |
| 41 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Carey, Joyce | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 42 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Gordon, Paul | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 43 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Greer, Donna | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 44 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | McRay, Daryl | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 45 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Parsons, Dennis | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 46 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Smith, Vestoris | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 47 | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK | Stevens, Charles | 8/30/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 48 | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | Lack, Michael | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 49 | McKee, Randy v. Merck & Co., Inc. | 2:06-cv-03379-EEF-DEK | Sprouse, Lewis | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 50 | Means, Clarence v. Merck & Co., Inc. | 2:06-cv-03371-EEF-DEK | Dabbs, Leroy | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 51 | Miles, Mary v. Merck & Co., Inc. | 2:05-cv-03810-EEF-DEK | Teter, Russel | 1/14/2006 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 52 | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | Brislenn, Jeffrey | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 53 | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK | Quallis, Jerry | 9/12/2006 | 1/16/2007 | 5/4/2007 | 3/8/2007 | 4/9/2007 |
| 54 | Rogers, Irene v. Merck & Co., Inc. | 2:05-cv-05312-EEF-DEK | Jeffries, Leonard | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |

**Exhibit 12**

**Plaintiffs To Be Dismissed With Prejudice**

| | Case Name | Docket Number | Vioxx user / Plaintiff | Original PPF Due Date | Date of 1st Deficient Notice | Date of 2nd Deficient Notice | Date of 1st 30 day Extension | Date of 2nd 30 day Extension |
|---|---|---|---|---|---|---|---|---|
| 55 | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK | Eggleston, Robert | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 56 | Romero, Joe v. Merck & Co., Inc. | 2:06-cv-03385-EEF-DEK | Whitelaw, Jacqueline | 9/12/2006 | 1/16/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 57 | Sterling, Roberta v. Merck & Co., Inc. | 2:06-cv-00791-EEF-DEK | Hinds, William | 5/1/2006 | 9/21/2006 | 11/1/2006 | 3/8/2007 | 4/9/2007 |
| 58 | Stewart, Mary v. Merck & Co., Inc. | 2:05-cv-02575-EEF-DEK | Ring, Vicky | 12/30/2005 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 59 | Stinnett, Furman v. Merck & Co., Inc. | 2:06-cv-00548-EEF-DEK | Connor, David | 4/19/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 60 | Swint, Mona v. Merck & Co., Inc. | 2:05-cv-06347-EEF-DEK | Perkins, Betty | 7/1/2006 | N/A | N/A | 3/8/2007 | 4/9/2007 |
| 61 | Tiberio, Albert v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | Salamon, Edward | 5/31/2006 | 1/5/2007 | N/A | 3/8/2007 | 4/9/2007 |
| 62 | Trinidad, Loretta v. Merck & Co., Inc. | 2:05-cv-05310-EEF-DEK | Bonnett, Etta Spotted War | 1/10/2006 | 2/15/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 63 | Tuma, Theresa v. Merck & Co., Inc. | 2:05-cv-02566-EEF-DEK | Rolfsness, Tamasailau | 12/30/2005 | 2/16/2006 | 9/28/2006 | 3/8/2007 | 4/9/2007 |
| 64 | Zide, Martin v. Merck & Co., Inc. | 2:06-cv-00796-EEF-DEK | Williams, Elizabeth | 5/1/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 65 | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK | Smoke, EJ | 6/26/2006 | 9/12/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |
| 66 | Zook, Shirley v. Merck & Co., Inc. | 2:05-cv-05304-EEF-DEK | ODoniel, Marcia | 1/10/2006 | 10/10/2006 | 12/21/2006 | 3/8/2007 | 4/9/2007 |