IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY ACTION | MDL NO. 1657 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GEORGE MILLER AND MARY MILLER | CIVIL NO. 2:05-cv-04141 |
| VERSUS | JUDGE E. FALLON |
| MERCK & CO., INC. | MAGISTRATE KNOWLES |

## MOTION TO SUBSTITUTE COUNSEL
## BY PLAINTIFFS

_____

NOW INTO COURT, through undersigned counsel, comes plaintiffs GEORGE MILLER and MARY MILLER, who move this Honorable Court to substitute Christopher J. Hickey, Esq., Brent Coon & Associates, 1220 West 6th St. Suite #303, Cleveland, OH 44113, (216) 241-1872, Ohio State Bar # 0065416, as attorney for plaintiffs in place of Richard P. Bullock, Esq., and Donni E. Young, Esq., who are no longer associated with Brent Coon & Associates.

RESPECTFULLY SUBMITTED

| | |
|---|---|
| EARLY LUDWICK & SWEENEY<br>One Century Tower, 11th Floor<br>265 Church Street<br>New Haven, CT 06510<br>(203) 777-7799 | BRENT COON & ASSOCIATES<br>1220 West 6th Street, Suite 303<br>Cleveland, OH 4113<br>(215) 241-1872 |
| By: __s/ Richard P. Bullock_____<br>     La. Bar Roll No. 20,733 | By: __s/ Christopher J. Hickey, Esq.<br>     Ohio Bar Roll No. 065416 |
| __s/ Donni E. Young__<br>     La. Bar Roll No. 19,843 | |

**CERTIFICATE OF SERVICE**
 _____

    I HEREBY certify that the above and foregoing was served on all parties through the court's electronic service system by filing same with CM/ECF this same date.
    New Haven, CT, this 20th day of July, 2007.

                                            S/ Richard P. Bullock