IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY ACTION | MDL NO. 1657 |

*************************************************

| | |
|---|---|
| GEORGE MILLER AND MARY MILLER | CIVIL NO. 2:05-cv-04141 |
| | JUDGE E. FALLON |
| VERSUS | |
| MERCK & CO., INC. | MAGISTRATE KNOWLES |

**ORDER TO SUBSTITUTE COUNSEL BY PLAINTIFFS**
_____

Considering the above and foregoing motion to substitute counsel by plaintiffs;

LET Christopher J. Hickey, Esq., Brent Coon & Associates, 1220 West 6th St. Suite #303, Cleveland, OH 44113, (216) 241-1872, Ohio State Bar # 0065416, be substituted as attorney for plaintiffs in place of Richard P. Bullock, Esq., and Donni E. Young, Esq.

Signed in Chambers, this \_\_\_\_ day of _____, 2007.

_____
JUDGE, U.S. DISTRICT COURT