UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **VIOXX PRODUCTS LIABILITY LITIGATION** | ) | MDL Docket No. 1657 |
| _____ | ) | Section L |
| Frances Palmer        Plaintiff | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| vs. | ) | |
| Merck, Inc.        Defendants | ) | |
| | ) | |
| Civ. Action No. 05-4443 | ) | |

**ORDER**

_____**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Withdraw as Counsel of Record filed by Becnel Law Firm, L.L.C., and Daniel E. Becnel, Jr., and Kevin P. Klibert is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff, Frances Palmer, must find new counsel within _____ days of this Order or continue pro se.

**SO ORDERED ON THIS _____ DAY OF _____, 2007, IN NEW ORLEANS, LOUISIANA.**

_____
**JUDGE ELDON FALLON**