UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION



| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | § § § § | MDL DOCKET NO. 1657<br><br>SECTION: "L" |
| This document relates to:<br><br>PATRICIA HERNANDEZ<br><br>v.<br><br>MERCK & CO., INC.<br>(JOSEPH MARTINEZ-O'HARA, M.D.),<br>ET AL. | § § § § § § § § § § | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES<br><br>MDL Case No. 2:07-cv-00913-EEF-DEK<br><br>Southern District of Texas<br><br>C.A. No. 1:06-cv-00151 |

### JOSEPH MARTINEZ-OHARA, M.D.'S MOTION
### FOR SUBSTITUTION OF COUNSEL

1. Defendant, Joseph Martinez-O'Hara, M.D. files this Motion to Substitute Jay H. Henderson and the law firm of Cruse, Scott, Henderson & Allen, L.L.P., as counsel for Joseph Martinez-O'Hara, M.D., in place of Charles E. Sweetman, Cary M. Toland, and the law firm of Sweetman, Sabo & Toland, L.L.P.

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. This substitution of counsel is agreed to by Joseph Martinez-O'Hara, M.D.

Joseph Martinez-O'Hara, M.D., respectfully requests that the Court grant this Motion and all other just relief.

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep___
___ Doc. No.___

Respectfully submitted,

_____
Charles E. Sweetman
Withdrawing Attorney for Defendant
Joseph Martinez-O'Hara, M.D.

OF COUNSEL:

Cary M. Toland
Sweetman, Sabo & Toland, L.L.P.
855 East Harrison
Brownsville, Texas 78520
Sweetman SBN.: 19574500
Toland SBN.: 00785112
(956) 544-4606 (Telephone)
(956) 541-2117 (Telecopier)


_____
Jay H. Henderson
Substituting Attorney for Defendant
Joseph Martinez-O'Hara, M.D.

OF COUNSEL:

Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Henderson SBN.: 09424050
(713) 650-6600 (Telephone)
(713) 650-1720 (Telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Substitution of Counsel for Joseph Martinez-O'Hara, M.D., has been served on all Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 16th day of July, 2007.

John H. Modesett, III
500 N. Water, Suite 1200
Corpus Christi, TX 78471

Douglas Alan Allison
500 N. Water St., Suite 1200
Corpus Christi, TX 78471

Richard L. Josephson
Travis J. Sales
Maryanne Lyons
William Zachary Hughes
Baker & Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995

Ramona Martinez
Cowles and Thompson PC
901 Main St., Ste 4000
Dallas, Texas 75202

Russ M. Herman
Lenny Davis
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Phillip A. Wittmann
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130

Jay H. Henderson

3