UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 25  AM 10: 45

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § MDL DOCKET NO. 1657 |
| | § SECTION: "L" |
| This document relates to: | § JUDGE ELDON E. FALLON |
| PATRICIA HERNANDEZ | § MAGISTRATE JUDGE KNOWLES |
| v. | § MDL Case No. 2:07-cv-00913-EEF-DEK |
| MERCK & CO., INC. (JOSEPH MARTINEZ-O'HARA, M.D.), ET AL. | § Southern District of Texas |
| | § C.A. No. 1:06-cv-00151 |

## ORDER GRANTING SUBSTITION OF COUNSEL

The Court considered Defendant, Joseph Martinez-O'Hara, M.D.'s Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Charles E. Sweetman, Cary M. Toland and the law firm of Sweetman, Sabo & Toland, L.L.P., are granted leave to withdraw as counsel of record for Defendant, Joseph Martinez-O'Hara, M.D., and that they are relieved from all responsibility as counsel of record in this cause.

It is also ORDERED that Jay H. Henderson and the law firm of Cruse, Scott, Henderson and Allen, L.L.P., are now substituted as counsel of record for Defendant, Joseph Martinez-O'Hara, M.D.

Signed this 19th day of July, 2007.

Judge Presiding

Fee____
Proc____
X Dkt____
CtR____
Doc____

4