U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 25 2007
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN B. STONE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO: |
| | ) 2:06-cv-03590 |
| MERCK & CO., INC. | ) |
| Defendant. | ) |

## MOTION OF WITHDRAWAL OF JONATHAN W. JOHNSON AS COUNSEL FOR PLAINTIFF

COMES NOW Jonathan W. Johnson, Counsel for Plaintiff Ann B. Stone, and files this motion to withdraw from representing Ms. Stone in the above-styled action.

Pursuant to Uniform Local Rule 83.1(E), Attorney Johnson request an Order permitting his withdrawal as counsel of record, showing as follows:

1. That the above-named attorneys wish to withdraw;

2. That prior notice of Mr. Johnson's intentions to request permission to withdraw from representing Ms. Stone in the above-styled case has been sent to the client via written correspondence at her current address.

3. That the Motion of Withdrawal has been properly served upon opposing counsel; and

4. That the Court will retain jurisdiction of this action.

Respectfully submitted this 26th day of March, 2007.

Jonathan W. Johnson
Georgia Bar No: 394830


JOHNSON & BENJAMIN LLP
730 Peachtree Street - Suite 750
Atlanta, Georgia 30308
Phone:   (404) 969-4110
Fax:      (404) 969-4142

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN B. STONE, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO: 2:06-cv-03590 |
| MERCK & CO., INC. | |
| Defendant. | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **"Motion of Withdrawal"** upon counsel of record in this matter by depositing a copy of the same in the United States mail with adequate postage thereon, addressed as follows:

Jeffrey K. Douglas, Esq.
Morris, Manning & Martin, LLP - 1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044

Michael P. McIlhinney, Esq.
DECHERT LLP - Cira Centre - 2929 Arch Street
Philadelphia, PA 19104-2808

Ann Stone
8425 Glenwoods Terrace
Riverdale, Georgia 30274

Respectfully submitted this 10 day of **March, 2007**.

Jonathan W. Johnson
Georgia Bar No: 394830

Johnson & Benjamin, LLP
730 Peachtree St., Suite 750
Atlanta, Georgia 30308
ph: (404) 969-4110/fax (404) 969-4142