IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN B. STONE, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>MERCK & CO., INC. )<br>)<br>Defendant. ) | CIVIL ACTION NO:<br>2:06cv-03590 |

## ORDER

THE COURT hereby GRANTS this Motion of Withdrawal of Jonathan W. Johnson, Counsel for Plaintiff Ann B. Stone, pursuant to Uniform Local Rule 83.1(E) and upon consideration of said Motion.

SO ORDERED this \_\_\_ day of _____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT