UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) | MDL: Docket No. 1657 |
| _____ | ) | Section L |
| Frances Palmer  Plaintiff | ) | JUDGE FALLON |
| | ) | |
| vs. | ) | MAG. JUDGE KNOWLES |
| | ) | |
| Merck, Inc.  Defendants | ) | |
| Civ. Action No. 05-4443 | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The Becnel Law Firm, L.L.C. and its attorneys, Daniel E. Becnel, Jr., and Kevin P. Klibert, hereby move the Court for an Order permitting the firm to withdraw as counsel for Frances Palmer. The Becnel Law Firm, L.L.C., and its attorneys, Daniel E. Becnel, Jr., and Kevin P. Klibert, have made numerous attempts to contact plaintiff, without success.

Plaintiff's last known address is 4601 Lafron Drive, New Orleans, Louisiana 70160.

Opposing counsel has been notified and consents to this withdrawal.

Dated: July 25, 2007.

                                                s/ Kevin P. Klibert
                                              Daniel E. Becnel, Jr. (Bar # 2926)
                                              Becnel Law Firm, L.L.C.
                                              106 W. 7th Street
                                              P.O. Drawer H
                                              Reserve, LA 70084
                                              (985) 536-1186
                                              (985) 536-6995 Fax

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Motion to Withdraw as Counsel of Record was served upon all parties through CM/ECF or via U.S.P.S. for those parties not registered on the electronic service list.

       s/ Kevin P. Klibert
       KEVIN P. KLIBERT