UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) **MDL DOCKET NO. 1657** ) |
| This document relates to: *Avant, et al. v. Merck & Co., Inc., et.al.* (Index No. 07-900) *Batiz, et al. v. Merck & Co., Inc., et.al.* (Index No. 07-901) *Chapman, et al. v. Merck & Co., Inc., et.al.* (Index No. 07-902) *Coon, et al. v. Merck & Co., Inc., et. al.* (Index No. 07-903) *Cox, et al. v. Merck & Co., Inc., et. al.* (Index No. 07-904) | ) **SECTION L** ) ) **JUDGE FALLON** ) ) **MAGISTRATE JUDGE** ) **DANIEL E. KNOWLES, III** ) ) ) ) ) ) |

## PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME TO EFFECT SERVICE ON INDIVIDUAL DEFENDANTS

COME NOW Plaintiffs, by and through their attorneys of record, MAINOR, EGLET, COTTLE and hereby presents this court with an Order extending the time for the service of the Summons and Complaint herein on Defendants Debbie Lee, Lisa Davis and Fred Auzenne, past the 120 day statutory deadline. The Court having considered Plaintiffs' Motion and all papers and pleadings on file herein; finds and concludes as follows:

NOW THEREFORE, IT IS HEREBY ORDERED:

PLAINTIFFS, requests that the Court issue an Order in all five cases referenced above that Defendants, Debbie Lee, Lisa Davis, and Fred Auzenne Answer the *Complaint* in the above referenced cases or, in the alternative, grant Plaintiffs an additional 60 days from the date of the Courts Order, within which Plaintiffs' may complete service of process by

/ / / /

/ / / /

1

publication pursuant to F.R.C.P.4(e)(1on the following Defendants: Debbie Lee, Lisa Davis, and Fred Auzenne, Jr.

DATED this _____ day of _____, 2007.

_____
JUDGE FALLON