EXHIBIT "1"

EXHIBIT "1"



FILED

MAY 14   12 19 PM '07

CLERK OF THE COURT

1  **AFFD**
ROBERT W. COTTLE, ESQ.
2  Nevada Bar No. 4576
AARON M. O'BRIEN, ESQ.
3  Nevada Bar No. 8863
4  **MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
5  Las Vegas, NV 89101
(702) 450-5400
6  Attorney for Plaintiffs

7

8             **DISTRICT COURT**

9          **CLARK COUNTY, NEVADA**

10

11  RICHARD BOOTH, a Nevada resident; KEN VU,
a Nevada resident; ARCHIE DANIEL, a Nevada resident
KURT SCHLOSS, a Nevada resident; JOHN
12  KATSIBUBAS, a Nevada resident,
13  APRIL KATSIBUBAS, a Nevada resident,

14             Plaintiffs

15  vs.                     CASE NO. A527873

16  MERCK & COMPANY, INC., a corporation;
WAL-MART STORES, INC.; LONGS DRUG STORES    DEPT NO. X
17  CALIFORNIA, INC.; COSTCO WHOLESALE
CORPORATION; AMERICAN
18  DRUG STORES, INC., d/b/a JEWEL-OSCO; LISA
DAVIS, a Nevada resident; MISTY KUPERMAN, a
19  Nevada resident; NEERAJ GULATI, a Nevada resident;
FRED AUZENNE, a Nevada resident; SERGE
20  BRUNET, a Nevada resident; DEBBIE LEE, a
21  Nevada resident; KAREN SHOUSE, a Nevada
resident; NANCY MOREDOCK, a Nevada resident;
22  GERALD SHAW, a Nevada resident; KERRY
23  EDWARDS, a Nevada resident; TINA DAMORE,
a Nevada resident; TRACEY PHILIPPI, a Nevada
24  resident; JULIE WURCH, a Nevada resident;
LADON SILVA, a Nevada resident; ROE INDIVIDUAL
25  PHARMACISTS 1 to 50; ROE BUSINESSENTITIES
1 to 100, inclusive 1 to 100, inclusive, and DOES 1 to 50,
26  inclusive,
27            Defendants.

28

MAINOR EGLET COTTLE
TRIAL LAWYERS

CLERK OF THE COURT
MAY 14 2007
RECEIVED

## AFFIDAVIT OF SERVICE BY PUBLICATION
## ON DEFENDANT LISA DAVIS

AS ORDERED by the Court, Defendant, LISA DAVIS has been served by publication of the Summons at least once a week for four (4) consecutive weeks in the Las Vegas Review Journal located in Clark County, Nevada. In addition thereto, a copy of the Summons and Complaint has been mailed to the Defendant, first class mail, postage prepaid, addressed to the Defendant's last known address.

DATED this 14th day of May, 2007.

MAINOR EGLET COTTLE

By:_____
AARON M. O'BRIEN, ESQ
Nevada Bar No. 8863
400 South Fourth Street, 6th Floor
Las Vegas, Nevada 89101
(702) 450-5400
Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P.5(b), I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were via U.S. Postal service at Las Vegas, Nevada , in a sealed envelope, with first class postage prepaid, on the date and to the addressee(s) shown below:

**AFFIDAVIT OF SERVICE BY PUBLICATION**
**ON DEFENDANT LISA DAVIS**

Kristina Pickering, Esq.
Denise Barton, Esq.
Robert R. McCoy, Esq.
**MORRIS PICKERING & PETERSON**
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone (702) 474-9400
Attorneys for Defendants, MERCK & Co., Inc.

Steven E. Guinn, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521
Telephone (775) 322-1170

DATED this 14th day of May, 2007

By: _____
JAMES D. ROUFUS, an employee of
Mainor Eglet & Cottle, Lawyers

3

AFFP   **DISTRICT COURT**
Clark County, Nevada

### AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK)  SS:

Stacey M. Lewis, being 1st duly sworn, deposes and says: That she is the Legal Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers regularly issued, published and circulated in the City of Las Vegas, County of Clark, State of Nevada, and that the advertisement, a true copy attached for,

MAINOR EGLET COTTLE          4505400MAI          1793284

was continuously published in said Las Vegas Review-Journal and / or Las Vegas Sun in 5 edition(s) of said newspaper issued from 03/31/2007 to 04/28/2007, on the following days:

03/31/2007
04/07/2007
04/14/2007
04/21/2007
04/28/2007

JANET EILEEN STANEK
Notary Public State of Nevada
No. 06-107924-1
My appt. exp. July 28, 2010

Signed: 

SUBSCRIBED AND SWORN BEFORE ME THIS, THE

_____ day of _____, 2007.

Notary Public

SUMM
Case No. A527873 Dept X
DISTRICT-COURT
CLARK COUNTY, NEVADA
RICHARD BOOTH, a Nevada resident; KEN VII, a Nevada resident ARCHIE DANIEL, a Nevada resident; KURT SCHLOSS, a Nevada resident; JOHN KATSIBUBAS, a Nevada resident, APRIL KATSIBUBAS, a Nevada resident, Plaintiffs vs. MERCK & COMPANY, INC., a corporation; WAL-MART STORES, INC.; LONGS DRUG STORES CALIFORNIA, INC.; COSTCO WHOLESALE CORPORATION; AMERICAN DRUG STORES. INC., d/b/a JEWEL-OSCO; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; RICKY GULATI, a Nevada resident; FRED AVIUENE, a Nevada resident; SERGE BRUNRY, a Nevada resident, DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; JERRY SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DIMORE, a Nevada resident; TRACEY PHILLIPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVEA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, and DOES 1 to 50, Inclusive, Defendants.
SUMMONS
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT: A civil Complaint has been filed by the plaintiff against you for the relief set forth in the Complaint.
Lisa Davis
1801 N. Michael Way
Las Vegas, Nevada 89108
Complaint for
Bodily Injury
1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
Issued at the direction of:
Aaron O'Brien, Esq.
Nevada Bar No. 4576
400 S. Fourth Street, 6th Floor, Las Vegas, Nevada 89101 (702) 450-5400
CHARLES J. SHORT,
CLERK OF COURT
BY: CHRISTINA GREENE
Deputy Clerk
Date Mar 28 2007
County Courthouse
200 Lewis Avenue
Las Vegas, Nevada 89155
PUB:Mar.31, Apr.7,14,21,28, 2007 LV Review-Journal

ORIGINAL

17

FILED

MAY 14  12 18 PH '07

CLERK OF THE COURT

1   **AFFD**
    ROBERT W. COTTLE, ESQ.
2   Nevada Bar No. 4576
3   AARON M. O'BRIEN, ESQ.
    Nevada Bar No. 8863
4   **MAINOR EGLET COTTLE**
    400 South Fourth Street, Suite 600
5   Las Vegas, NV 89101
6   (702) 450-5400
    Attorney for Plaintiffs
7
                            **DISTRICT COURT**
8
9                       **CLARK COUNTY, NEVADA**

10
    RICHARD BOOTH, a Nevada resident; KEN VU,          )
11  a Nevada resident; ARCHIE DANIEL, a Nevada resident )
    KURT SCHLOSS, a Nevada resident; JOHN              )
12  KATSIBUBAS, a Nevada resident,                     )
13  APRIL KATSIBUBAS, a Nevada resident,               )
                                                        )
14                          Plaintiffs                  )
                                                        )
15  vs.                                                 )     CASE NO. A527873
                                                        )
16  MERCK & COMPANY, INC., a corporation;              )     DEPT NO. X
    WAL-MART STORES, INC.; LONGS DRUG STORES           )
17  CALIFORNIA, INC.; COSTCO WHOLESALE                 )
    CORPORATION; AMERICAN                              )
18  DRUG STORES, INC., d/b/a JEWEL-OSCO; LISA          )
    DAVIS, a Nevada resident; MISTY KUPERMAN, a        )
19  Nevada resident; NEERAJ GULATI, a Nevada resident; )
20  FRED AUZENNE, a Nevada resident; SERGE             )
    BRUNET, a Nevada resident; DEBBIE LEE, a           )
21  Nevada resident; KAREN SHOUSE, a Nevada            )
    resident; NANCY MOREDOCK, a Nevada resident;       )
22  GERALD SHAW, a Nevada resident; KERRY              )
23  EDWARDS, a Nevada resident; TINA DAMORE,           )
    a Nevada resident; TRACEY PHILIPPI, a Nevada       )
24  resident; JULIE WURCH, a Nevada resident;          )
    LADON SILVA, a Nevada resident; ROE INDIVIDUAL     )
    PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES         )
    1 to 100, inclusive 1 to 100, inclusive, and DOES 1 to 50, )
    inclusive,                                          )
                            Defendants.                 )
28  _____ )

MAINOR EGLET COTTLE
TRIAL LAWYERS

CLERK OF THE COURT
MAY 14 2007
RECEIVED

## AFFIDAVIT OF SERVICE BY PUBLICATION
## ON DEFENDANT FRED AUZENNE

AS ORDERED by the Court, Defendant, FRED AUZENNE has been served by publication of the Summons at least once a week for four (4) consecutive weeks in the Las Vegas Review Journal located in Clark County, Nevada. In addition thereto, a copy of the Summons and Complaint has been mailed to the Defendant, first class mail, postage prepaid, addressed to the Defendant's last known address.

DATED this 14th day of May, 2007.

MAINOR EGLET COTTLE

By: _____
AARON M. O'BRIEN, ESQ.
Nevada Bar No. 8863
400 South Fourth Street, 6th Floor
Las Vegas, Nevada 89101
(702) 450-5400
Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P.5(b), I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were via U.S. Postal service at Las Vegas, Nevada , in a sealed envelope, with first class postage prepaid, on the date and to the addressee(s) shown below:

### AFFIDAVIT OF SERVICE BY PUBLICATION ON DEFENDANT FRED AUZENNE

Kristina Pickering, Esq.
Denise Barton, Esq.
Robert R. McCoy, Esq.
**MORRIS PICKERING & PETERSON**
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone (702) 474-9400
Attorneys for Defendants, MERCK & Co., Inc.

Steven E. Guinn, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521
Telephone (775) 322-1170

DATED this 14th day of May, 2007

By: _____
JAMES D. ROUFUS, an employee of
Mainor Eglet & Cottle, Lawyers

MAINOR EGLET COTTLE
TRIAL LAWYERS

3

AFFP  DISTRICT COURT
Clark County, Nevada

### AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK)  SS:

Stacey M. Lewis, being 1st duly sworn, deposes and says: That she is the Legal
Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers
regularly issued, published and circulated in the City of Las Vegas, County of Clark,
State of Nevada, and that the advertisement, a true copy attached for,

MAINOR EGLET COTTLE            4505400MAI            1794363

was continuously published in said Las Vegas Review-Journal and / or Las Vegas
Sun in 5 edition(s) of said newspaper issued from 03/31/2007 to 04/28/2007, on the
following days:

> 03/31/2007
> 04/07/2007
> 04/14/2007
> 04/21/2007
> 04/28/2007

JANET EILEEN STANEK
Notary Public State of Nevada
No. 06-107924-1
My appt. exp. July 28, 2010



Signed: _____

SUBSCRIBED AND SWORN BEFORE ME THIS, THE

_____ day of _____, 2007.

_____
Notary Public

SUMM
Case No. A527873 Dept X
DISTRICT COURT
CLARK COUNTY, NEVADA
RICHARD BOOTH, a Neva-
da resident; KEN VU, a Ne-
vada resident  ARCHIE
DANIEL, a Nevada resi-
dent; KURT SCHLOSS, a
Nevada resident; JOHN
KATSIBUBAS, a Nevada
resident; APRIL KATSI-
BUBAS, a Nevada resident,
Plaintiffs vs. MERCK &
COMPANY, INC., a corpo-
ration;         WAL-MART
STORES,    INC.;   LONGS
DRUG STORES CALIFORNIA,
INC.; COSTCO WHOLESALE
CORPORATION;     AMERI-
CAN DRUG STORES, INC.,
d/b/a JEWEL-OSCO; LISA
DAVIS, a Nevada resident;
MISTY KUPERMAN, a Ne-
vada resident; RICKY GU-
LATI, a Nevada resident;
FRED AVUENE, a Nevada
resident; SERGE BRUNRY, a
Nevada resident, DEBBIE
LEE, a Nevada resident;
KAREN SHOUSE, a Nevada
resident; NANCY MORE-
DOCK, a Nevada resident;
JERRY SHAW, a Nevada
resident;   KERRY    ED-
WARDS, a Nevada resi-
dent; TINA DIMORE, a Ne-
vada resident; TRACEY
PHILLIPI, a Nevada resi-
dent; JULIE WURCH, a Ne-
vada resident; LADON SIL-
VEA, a Nevada resident;
ROE INDIVIDUAL PHARMA-
CISTS 1 to 50; ROE BUSI-
NESS ENTITIES 1 to 100, in-
clusive, and DOES 1 to 50;
inclusive, Defendants.
SUMMONS
NOTICE! YOU HAVE BEEN
SUED. THE COURT  MAY
DECIDE   AGAINST   YOU
WITHOUT   YOUR   BEING
HEARD UNLESS YOU RE-
SPOND WITHIN 20 DAYS.
READ THE INFORMATION
BELOW.
TO THE DEFENDANT: A civ-
il Complaint has been filed
by the plaintiff against
you for the relief set forth
in the Complaint
Fred Auzennc
9001 Shale Street
Las Vegas, Nevada 89123
Complaint for
Bodily Injury
1. If you intend to defend
this lawsuit, within  20
days after this Summons
is served on you exclusive
of the day of service, you
must do the following: a.
File with the Clerk of this
Court, whose address is
shown below, a formal
written response to the
Complaint in accordance
with the rules of the Court.
b. Serve a copy of your re-
sponse upon the attorney
whose name and address
is shown below. 2. Unless
you respond, your default
will be entered upon ap-
plication of the plaintiff
and this Court may enter a
judgment against you for
the relief demanded in the
Complaint, which  could
result in the taking of
money or property or oth-
er relief requested in the
Complaint. 3. If you intend
to seek the advice of an
attorney in this matter,
you should do so prompt-
ly so that your response
may be filed on time.
Issued at the direction of:
Aaron O'Brien, Esq.
Nevada Bar No. 4576
400 S. Fourth Street, 6th
Floor, Las Vegas, Nevada
89101 (702) 450-5400
CHARLES J. SHORT,
CLERK OF COURT
BY: CHRISTINA GREENE
Deputy Clerk
Date Mar 28 2007
County Courthouse
200 Lewis Avenue
Las Vegas, Nevada 89155
PUB: Mar. 31; Apr. 7, 14, 21,
28, 2007 LV Review-Journal

ORIGINAL

FILED

MAY 14   12 19 PM '07

CLERK OF THE COURT

1  **AFFD**
   ROBERT W. COTTLE, ESQ.
2  Nevada Bar No. 4576
   AARON M. O'BRIEN, ESQ.
3  Nevada Bar No. 8863
4  **MAINOR EGLET COTTLE**
   400 South Fourth Street, Suite 600
5  Las Vegas, NV 89101
   (702) 450-5400
6  Attorney for Plaintiffs
7
                    **DISTRICT COURT**
8
               **CLARK COUNTY, NEVADA**
9
10
   RICHARD BOOTH, a Nevada resident; KEN VU,        )
11 a Nevada resident; ARCHIE DANIEL, a Nevada resident )
   KURT SCHLOSS, a Nevada resident; JOHN            )
12 KATSIBUBAS, a Nevada resident,                    )
13 APRIL KATSIBUBAS, a Nevada resident,              )
                                                      )
14                      Plaintiffs                    )
                                                      )
15 vs.                                                )   CASE NO. A527873
                                                      )
16 MERCK & COMPANY, INC., a corporation;            )   DEPT NO. X
   WAL-MART STORES, INC.; LONGS DRUG STORES          )
17 CALIFORNIA, INC.; COSTCO WHOLESALE               )
   CORPORATION; AMERICAN                             )
18 DRUG STORES, INC., d/b/a JEWEL-OSCO; LISA        )
   DAVIS, a Nevada resident; MISTY KUPERMAN, a       )
19 Nevada resident; NEERAJ GULATI, a Nevada resident; )
   FRED AUZENNE, a Nevada resident; SERGE            )
20 BRUNET, a Nevada resident; DEBBIE LEE, a          )
   Nevada resident; KAREN SHOUSE, a Nevada           )
21 resident; NANCY MOREDOCK, a Nevada resident;      )
   GERALD SHAW, a Nevada resident; KERRY             )
22 EDWARDS, a Nevada resident; TINA DAMORE,          )
   a Nevada resident; TRACEY PHILIPPI, a Nevada      )
23 resident; JULIE WURCH, a Nevada resident;         )
   LADON SILVA, a Nevada resident; ROE INDIVIDUAL    )
24 PHARMACISTS1 to 50; ROE BUSINESSENTITIES         )
   1 to 100, inclusive1 to 100, inclusive, and DOES 1 to 50, )
25 inclusive,                                         )
                       Defendants.                    )
26 _____)
27
28

MAINOR EGLET COTTLE
TRIAL LAWYERS

CLERK OF THE COURT

RECEIVED
MAY 14 2007

1

2

## AFFIDAVIT OF SERVICE BY PUBLICATION
## ON DEFENDANT DEBBIE LEE

3      AS ORDERED by the Court, Defendant, DEBBIE LEE has been served by

4   publication of the Summons at least once a week for four (4) consecutive weeks in the Las

5   Vegas Review Journal located in Clark County, Nevada. In addition thereto, a copy of the

6   Summons and Complaint has been mailed to the Defendant, first class mail, postage prepaid,

7   addressed to the Defendant's last known address.

8      DATED this 14th day of May, 2007.

9

10

                                MAINOR EGLET COTTLE

11

12

13   By: _____
                    AARON M. O'BRIEN, ESQ.

14                  Nevada Bar No. 8863
                    400 South Fourth Street, 6th Floor

15                  Las Vegas, Nevada 89101
                    (702) 450-5400

16                  Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P.5(b), I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were via U.S. Postal service at Las Vegas, Nevada , in a sealed envelope, with first class postage prepaid, on the date and to the addressee(s) shown below:

**AFFIDAVIT OF SERVICE BY PUBLICATION**
**ON DEFENDANT DEBBIE LEE**

Kristina Pickering, Esq.
Denise Barton, Esq.
Robert R. McCoy, Esq.
**MORRIS PICKERING & PETERSON**
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone (702) 474-9400
Attorneys for Defendants, MERCK & Co., Inc.

Steven E. Guinn, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521
Telephone (775) 322-1170

DATED this 14th day of May, 2007

By: _____
JAMES D. ROUFUS, an employee of
Mainor Eglet & Cottle, Lawyers

3

AFFP   DISTRICT COURT
       Clark County, Nevada

       AFFIDAVIT OF PUBLICATION

       STATE OF NEVADA)
       COUNTY OF CLARK)   SS:

Stacey M. Lewis, being 1st duly sworn, deposes and says:  That she is the Legal
Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers
regularly issued, published and circulated in the City of Las Vegas, County of Clark,
State of Nevada, and that the advertisement, a true copy attached for,

MAINOR EGLET COTTLE            4505400MAI               1794252

was continuously published in said Las Vegas Review-Journal and / or Las Vegas
Sun in 5 edition(s) of said newspaper issued from 03/31/2007 to 04/28/2007, on the
following days:

                03/31/2007
                04/07/2007
                04/14/2007
                04/21/2007
                04/28/2007

Signed: _____

SUBSCRIBED AND SWORN BEFORE ME THIS, THE

___ day of _____, 2007.

_____
Notary Public

SUMM
Case No. A527873 Dept X
DISTRICT COURT
CLARK COUNTY, NEVADA
RICHARD BOOTH, a Neva-
da resident; KEN VU, a Ne-
vada resident   ARCHIE
DANIEL, a Nevada resi-
dent; KURT SCHLOSS, a
Nevada resident;  JOHN
KATSIBUBAS, a Nevada
resident, APRIL KATSI-
BUBAS, a Nevada resident,
Plaintiffs vs. MERCK &
COMPANY, INC., a corpo-
ration;      WAL-MART
STORES,   INC.; LONGS
DRUG STORES CALIFORNIA,
INC.; COSTCO WHOLESALE
CORPORATION;   AMERI-
CAN DRUG STORES, INC.,
d/b/a JEWEL-OSCO; LISA
DAVIS, a Nevada resident;
MISTY KUPERMAN, a Ne-
vada resident; RICKY GU-
LATI, a Nevada resident;
FRED AVUENE, a Nevada
resident; SERGE BRUNRY, a
Nevada resident, DEBBIE
LEE, a Nevada resident;
KAREN SHOUSE, a Nevada
resident; NANCY MORE-
DOCK, a Nevada resident;
JERRY SHAW, a Nevada
resident;  KERRY   ED-
WARDS, a Nevada resi-
dent; TINA DIMORE, a Ne-
vada resident; TRACEY
PHILLIPI, a Nevada resi-
dent; JULIE WURCH, a Ne-
vada resident; LADON SIL-
VEA, a Nevada resident;
ROE INDIVIDUAL PHARMA-
CISTS 1 to 50; ROE BUSI-
NESS ENTITIES 1 to 100, in-
clusive, and DOES 1 to 50,,
Inclusive, Defendants.
SUMMONS
NOTICE! YOU HAVE BEEN
SUED. THE COURT MAY
DECIDE   AGAINST   YOU
WITHOUT   YOUR   BEING
HEARD UNLESS YOU RE-
SPOND WITHIN 20 DAYS.
READ THE INFORMATION
BELOW.
TO THE DEFENDANT: A civ-
il complaint has been filed
by the plaintiff against
you for the relief set forth
in the Complaint
Debbie Lee
957 Mill Street
Ely, Nevada 89301
Complaint for
Bodily Injury
1. If you intend to defend-

this lawsuit, within 20
days after this Summons
is served on you exclusive
of the day of service, you
must do the following: a.
File with the Clerk of this
Court, whose address is
shown below, a formal
written response to the
Complaint in accordance
with the rules of the Court.
b. Serve a copy of your re-
sponse upon the attorney
whose name and address
is shown below. 2. Unless
you respond, your default
will be entered upon ap-
plication of the plaintiff
and this Court may enter a
judgment against you for
the relief demanded in the
Complaint, which could
result in the taking of
money or property or oth-
er relief requested in the
Complaint. 3. If you intend
to seek the advice of an
attorney in this matter,
you should do so prompt-
ly so that your response
may be filed on time.
Issued at the direction of:
Aaron O'Brien, Esq.
Nevada Bar No. 4576
400 S. Fourth Street, 6th
Floor, Las Vegas, Nevada
89101 (702) 450-5400
CHARLES J. SHORT,
CLERK OF COURT
BY: CHRISTINA GREENE
Deputy Clerk
Date Mar 28 2007
County Courthouse
200 Lewis Avenue
Las Vegas 89155
PUB: Mar. 31, Apr. 7, 14, 21,
28, 2007 LV Review-Journal