# EXHIBIT A

## FACSIMILE TRANSMISSION
## RECORD



From: Sandra Folkendt

Division of Anti-Inflammatory, Analgesic, and Ophthalmic Drug Products, HFD-550

Phone 301-827-2090
Fax　　301-827-2531

Date: 5/18/01

| To: | Name: Robert Silverman, M.D.<br>Company:　　Merck<br>City:　　　　　State:<br>Phone #:　(610) 397-2944 | Regulatory Affairs<br>**MAY 18 2001**<br>R. E. Silverman |
|---|---|---|

FAX #:　(610) 397-2516

Number of Pages (INCLUDING COVER PAGE): 2

Please telephone (301) 827-2090 IMMEDIATELY if re-transmission is necessary.

**THIS DOCUMENT IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.**
If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any view, disclosure, copying, or other action based on the content of this communication is NOT authorized. If you have received this document in error, please notify us immediately by telephone and return it to us at the above address by mail. Thank you.

Hi Bob,

The following comments are in regard to your proposed Safety update for NDA 21-042/S-007:

In general, your proposed summary of the Safety Update is acceptable. Please make sure that:
1. All ongoing and completed studies of rofecoxib are included in this safety update.
2. Analyses of CV events are presented for each individual study included in the safety update.
3. When analyses of rofecoxib vs. non-naproxen NSAIDs are made, also include

MRK-AAF0003971

analyses of comparisons of rofecoxib to each individual NSAID.

Please call me if you have any questions.

Thanks. Sandy

MRK-AAF0003972