# EXHIBIT B

Robert E. Silverman, M.D., Ph.D.  
Senior Director  
Regulatory Affairs

Merck & Co., Inc.  
P.O. Box 4  
West Point PA 19486  
Tel 610 397 2944  
    215 652 5000  
Fax 610 397 2516

May 25, 2001



Jonca Bull, M.D., Acting Director  
Division of Anti-Inflammatory, Analgesic, and  
    Ophthlamologic Drug Products

c/o Central Document Room  
Food and Drug Administration  
Center for Drug Evaluation and Research  
12229 Wilkins Avenue  
Rockville, MD 20852

### NDA 21-042/S-007: VIOXX™ (Rofecoxib Tablets)

### Response to FDA Request For Information / Request for FDA Comment

Reference is made to the above supplemental New Drug Application (sNDA); an approvable letter from FDA on April 6, 2001, a letter from Merck Research Laboratories (MRL), a Division of Merck & Co., Inc., sent on May 11, 2001, that contained a proposed Table of Contents for the requested safety update report, and the Agency's response received by telefax on May 18, 2001.

By this letter, MRL is providing a response to the Agency's May 18 comments and requesting a prompt teleconference to ensure a timely resolution of any outstanding issues regarding the contents of the requested report.

**FDA Comment #1:** Please make sure that all ongoing and completed studies of rofecoxib are included in this safety update.

**MRL Response:**
The proposed report will provide new data from all major studies with rofecoxib that have been completed (that is, have data which has been unblinded to treatment assignment). As well, important CV event data from some ongoing studies (i.e., Alzheimer's Studies) will be unblinded in a limited fashion for the updated CV analyses (Part 1 of the proposed report).

It is proposed that the safety report will not provide information from six short term studies. These studies, all with six weeks or less exposure to drug, represent, in total, an approximate 3% addition (based on patient-years of exposure) to the database that the Agency will have with MRL's proposed report. These studies examine short term comparisons to other NSAIDs; several were performed outside the U.S. Although the studies are "complete", they are still in

MRK-AAF0003986

Central Document Room
NDA 21-042/S-007: VIOXX™ (Rofecoxib Tablets)
Page 2

the data analyses/report preparation process. The inclusion of these studies in the safety report will add several weeks to the report preparation timeline due to the logistical/operational tasks which would need to be completed to bring the data into the report.

In light of the minimal information in these studies and the disproportionate impact they would have on MRL's ability to complete the safety report, we would renew our proposal to provide data in the safety report from completed studies not previously reported to FDA which were more than 6 weeks in duration. Dr. Silverman will call the Agency to solicit the Agency's concurrence on this plan.

**FDA Comment #2:** Please make sure that analyses of CV events are presented for each individual study included in the safety update.

**MRL Response:**
The Agency's request will be incorporated into the report.

**FDA Comment #3:** Please make sure that when analyses of rofecoxib vs. non-naproxen NSAIDs are made, also include analyses of comparisons of rofecoxib to each individual NSAID.

**MRL Response:**
The Agency's request will be incorporated into the report.

All information is in an electronic format as indicated in the Table of Contents for this submission.

This response is formatted as required in Title 21 paragraph 314.50 of the Code of Federal Regulations and is being submitted in accordance with the January 1999, *Guidance for Industry – Providing Regulatory Submissions in Electronic Format – NDAs*. As an attachment to this letter, Merck Research Laboratories (MRL), a division of Merck & Co., Inc., is providing one Compact Disk (CD) which contains the response. All documents requiring signatures for certification are included as paper for archival purposes.

All of the information is contained on one CD and is not more than 100MB. We have taken precautions to ensure that the contents of this CD are free of computer viruses (Norton Anti-Virus 4.0, Symantec Corp., 1991-1997) and we authorized the use of anti-virus software, as appropriate.

A list of reviewers from the Division of Anti-Inflammatory, Analgesic, and Ophthalmologic Drug Products who should be provided access to this electronic submission on their desktops may be obtained from Ms. Sandra Folkendt, Regulatory Project Manager, Division of Division of Anti-Inflammatory, Analgesic, and Ophthalmologic Drug Products.

MRK-AAF0003987

*Central Document Room*
NDA 21-042/S-007: VIOXX™ (Rofecoxib Tablets)
Page 3

We consider the information included in this submission to be a confidential matter, and request that the Food and Drug Administration not make its content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

Questions concerning this submission should be directed to Robert E. Silverman, M.D., Ph.D. (610-397-2944) or, in my absence, to Bonnie J. Goldmann, M.D. (610-397-2383).

Sincerely,

Robert E. Silverman, M.D., Ph.D.
Senior Director, Regulatory Affairs

Enclosure: CD

Federal Express    4957 8111 2294

Desk Copy:   Ms. Sandra Folkendt, Regulatory Project Manager  (cover letter)
             HFD-550, Room N322

Q:\Lesher\Vioxx\NDA Subs\BullNDA21-042May25-01 v2.doc

MRK-AAF0003988