# EXHIBIT D

To:         Gertz, Barry J.; Dixon, Wendy L.
From:       Kornowski, Sophie
Cc
Bcc:
Date:       2001-07-25 02:44:22
Subject:    RE: CDSP MK-966, Protocol 906-01

---

I think we should find a moment to discuss the implication for the etori CDSP about to start. Should we have a phone call about it? let me know how you think we should proceed. (Barry, the analysis from Andreas is an informal draft not for circulation)
thank you
s
----Original Message----
From:   Gertz, Barry J.
Sent:   Tuesday, July 24, 2001 6:35 PM
To:     Kornowski, Sophie
Subject:        RE: CDSP MK-966, Protocol 906-01

thanks- I'll get back to you after I have a chance to review it in detail.
Barry
----Original Message----
From:   Kornowski, Sophie
Sent:   Tuesday, July 24, 2001 6:32 PM
To:     Dixon, Wendy L.; Gertz, Barry J.
Subject:        FW: CDSP MK-966, Protocol 906-01


the negative data discussed
S

----Original Message----
From:   Moan, Andreas
Sent:   Monday, July 23, 2001 1:33 PM
To:     Vandormael, Kristel; Gabriel, Munir A.
Cc:     Malbecq, William; Kornowski, Sophie
Subject:        RE: CDSP MK-966, Protocol 906-01

Thank you Kristel,
this is a very serious result and you will hardly be surprised by the idea of keeping this VERY TIGHT for the moment. I have informed Sophie and the time until Friday will allow us to prepare. Thanks for your rapid communication Kristel.

<< File: Memo_prelim.doc >>
Best regards,

Andreas
Phone: 1-908-423-3182
Mobile: 1-908-432-0724
Fax   : 1-908-423-1797
Maildrop: WS2BC-30

----Original Message----
From:   Vandormael, Kristel
Sent:   Monday, July 23, 2001 12:19 PM
To:     Gabriel, Munir A.; Moan, Andreas
Cc:     Malbecq, William

**P1.2497**

MRK-NJ0199459

Subject:      CDSP MK-966, Protocol 906-01
Importance:   High

Andreas, Munir,
As discussed earlier, preliminary results for the switch study will officially be issued on Friday, July 27.  However, I would like to inform you at this moment that results are not as expected - key efficacy and safety results are summarized in the attached document.  Please note that the information included in this document is confidential; apart from both of you and William, other individuals have not been made aware of the study results.

Best regards,
Kristel

<< File: Memo_prelim.doc >>

---

MRK-NJ0199460