# EXHIBIT E




# MEMO

**TO:** A. Moan; M. Gabriel

**CC:** W. Malbecq

**FROM:** Kristel Vandormael

**SUBJECT:** Preliminary Statistical Analysis of CDSP MK-966, Protocol 906-01

**DATE:** July 23, 2001

---

## CONFIDENTIAL

*The information included in this document is confidential - please handle with discretion.*

A preliminary statistical analysis is currently being performed for MK-966, Protocol 906-01, an active comparator-controlled, parallel-group, 4-week, double-blind study, conducted under in-house blinding procedures, to further evaluate the safety and tolerability and to compare the clinical efficacy of rofecoxib vs. celecoxib in the treatment of osteoarthritis of the knee or hip. Results of this preliminary statistical analysis will officially be issued on July 27 as was discussed and agreed upon.

The current memo is being issued to inform you that results are not in line with what is expected, both in terms of efficacy and safety. The study was intended to show that rofecoxib 25 mg is superior to celecoxib 200 mg in reducing pain at night while in bed in patients who had an inadequate clinical response to treatment with celecoxib prior to randomization into the study - the anticipated treatment difference being equal to 10 mm on the VAS. However, the data of this trial does not support this hypothesis - the data show a similar efficacy profile for rofecoxib and celecoxib with regard to both the primary and the secondary efficacy variables. The main efficacy results are summarized in Table 1.

1



Restricted
Confidential
limited access

Table 1

Summary of efficacy results - primary and secondary efficacy endpoints
Mean change from baseline (Flare/randomization)*
Time-weighted average over 4-week treatment period
(Primary Per-Protocol Approach)

|  | Rofecoxib 25 mg | | Celecoxib 200 mg | | Diff in LS Mean (95% C.I.) | | |
|---|---|---|---|---|---|---|---|
|  | Change from baseline | | Change from baseline | | | | |
|  | N | Mean (SD) | N | Mean (SD) | Rofecoxib versus Celecoxib | | P-value |
| Pain at Night While in Bed (WOMAC - VAS) | 227 | -27.2 (21.6) | 224 | -28.4 (20.1) | 0.8 | (-2.7, 4.2) | 0.655 |
| Pain Walking on a Flat Surface (WOMAC - VAS) | 227 | -19.4 (23.4) | 224 | -20.1 (20.8) | -0.0 | (-3.4, 3.3) | 0.977 |
| Patient Global Assessment of Response to Therapy (Likert)* | 227 | -2.32 (0.92) | 223 | -2.40 (0.85) | 0.07 | (-0.09, 0.22) | 0.400 |
| Patient Global Assessment of Disease Status (VAS) | 227 | -20.3 (21.9) | 223 | -20.2 (20.9) | 0.8 | (-2.3, 3.8) | 0.663 |
| Investigator Global Assessment of Response to Therapy (Likert)* | 227 | -2.44 (0.89) | 224 | -2.51 (0.78) | 0.08 | (-0.07, 0.22) | 0.299 |
| Investigator Global Assessment of Disease Status (Likert) | 227 | -0.81 (0.77) | 224 | -0.85 (0.84) | 0.05 | (-0.07, 0.17) | 0.430 |
| WOMAC Pain Subscale (VAS) | 227 | -21.0 (18.8) | 224 | -21.5 (16.0) | 0.5 | (-2.4, 3.3) | 0.743 |
| WOMAC Physical Function Subscale (VAS) | 227 | -19.3 (19.5) | 224 | -19.5 (15.7) | 0.5 | (-2.3, 3.2) | 0.737 |
| WOMAC Stiffness Subscale (VAS) | 227 | -20.6 (22.3) | 224 | -21.0 (20.3) | 0.7 | (-2.5, 3.8) | 0.677 |
| WOMAC Total Score Average (VAS) | 227 | -19.8 (18.7) | 224 | -20.0 (15.4) | 0.5 | (-2.2, 3.2) | 0.730 |
| WOMAC Subscale Average (VAS) | 227 | -20.3 (18.6) | 224 | -20.7 (16.0) | 0.5 | (-2.2, 3.2) | 0.710 |
| * Mean values for the indicated variables instead of mean change from baseline | | | | | | | |

Apart from a similar efficacy profile for both treatments, the study shows a somewhat negative safety profile for rofecoxib compared to celecoxib. More specifically, the proportion of patients with drug-related adverse experiences was higher in the rofecoxib group than in the celecoxib group. Also, the proportion of patients with any type of

MRK-NJ0199452



edema was significantly higher after treatment with rofecoxib. The key safety results are summarized in Tables 2 and 3.

Table 2 presents a summary of all clinical adverse experiences that occurred during the treatment period or up to 14 days after the end of treatment.

Table 2

Clinical Adverse Experience Summary

| Number (%) of patients: | Rofecoxib 25 mg (N=227) | | Celecoxib 200 mg (N=227) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| With one or more adverse experiences | 61 | (26.9) | 48 | (21.1) |
| With drug-related[†] adverse experiences | 26 | (11.5) | 12 | (5.3) * |
| With serious adverse experiences | 0 | | 2 | (0.9) |
| With serious drug-related[†] adverse experiences | 0 | | 0 | |
| Who died | 0 | | 0 | |
| Discontinued due to adverse experiences | 5 | (2.2) | 2 | (0.9) |
| Discontinued due to drug-related[†] adverse experiences | 3 | (1.3) | 0 | |
| Discontinued due to serious adverse experiences | 0 | | 2 | (0.9) |
| Discontinued due to serious drug-related[†] adverse experiences | 0 | | 0 | |

[†] Determined by the investigator to be possibly, probably, or definitely drug related.
* p-value < 0.05

Table 3

Summary of clinical adverse experiences of specific interest

| Number (%) of patients: | Rofecoxib 25 mg (N=227) | | Celecoxib 200 mg (N=227) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| With one or more **edema** adverse experiences | 12 | (5.3) | 2 | (0.9) * |
| With drug-related[†] **edema** adverse experiences | 8 | (3.5) | 2 | (0.9) |
| With one or more **hypertension** adverse experiences | 6 | (2.6) | 1 | (0.4) |
| With drug-related[†] **hypertension** adverse experiences | 4 | (1.8) | 0 | |
| With one or more **gastrointestinal** adverse experiences | 21 | (9.3) | 16 | (7.0) |
| With drug-related[†] **gastrointestinal** adverse | 10 | (4.4) | 6 | (2.6) |

3



|  | Rofecoxib 25 mg (N=227) | | Celecoxib 200 mg (N=227) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| Number (%) of patients: experiences | | | | |
| † Determined by the investigator to be possibly, probably, or definitely drug related. * p-value < 0.05 | | | | |

Edema adverse experiences include: "edema", "lower extremity edema", "peripheral edema", "ophthalmic edema".

4

MRK-NJ0199454



Restricted
Confidential
limited access

As the results of this trial are not supporting the hypotheses specified in the protocol and are not consistent with results shown in earlier trials comparing rofecoxib and celecoxib (CDP studies 106, 112 and 116), we tried to investigate in detail whether something could have gone wrong during the setup of the process. The following steps were considered and investigated but no apparent issues were identified.

1. The unblinding of the CTS database was verified with the allocation schedule (#7594) and found to be consistent.
2. The different output files (TSO, VAX, IBM, SAS) of the allocation schedule that are created when the schedule is generated were compared and found to contain identical information.
3. Certificates of Study Composition were obtained from PR&D for each of the 4 R-88's that were submitted for the trial. For 2 PR&D numbers, the re-test date of the rofecoxib and celecoxib supplies had passed during the study but information was provided by CDSP documenting that supplies had been re-tested and the RED had been extended appropriately (confirmation memo from ReevalBX available).
4. Re-analysis of the study data was done by an independent statistician (France Vrijens) and confirmed the results summarized earlier.

In our attempt to find an explanation for the unexpected study results, we were not able to identify potential deficiencies during the trial setup. Your further input is therefore highly appreciated.


Best regards,

Kristel Vandormael

MRK-NJ0199455