# EXHIBIT F

NDA 21-042 / S-007    July 30, 2001

VIOXX™
(Rofecoxib Tablets)

Response to FDA Request for Information
Safety Update Report

Information and data submitted herein contains trade
Secrets, or privileged or confidential information, the
Property of Merck & Co., Inc. and government
Agencies are not authorized to make it public without written
Permission from Merck.

MRK-01420159554

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Merck & Co., Inc.
BLA-20
P.O. Box 4
West Point PA 19486-0004
Tel  484 344 2944
Fax 484 344 2516

July 30, 2001

Jonca Bull, M.D., Acting Director
Division of Anti-Inflammatory, Analgesic and
  Ophthalmologic Drug Products
Office of Drug Evaluation V

 MERCK

c/o Central Document Room
Food and Drug Administration
Center for Drug Evaluation and Research
12229 Wilkins Avenue
Rockville, MD  20852

Dear Dr. Bull:

### NDA 21-042 / S-007 VIOXX™ (Rofecoxib Tablets)

#### Response to FDA Request for Information
#### (SAFETY UPDATE REPORT No. 2)

Reference is made to the above cited supplemental New Drug Application (sNDA) submitted as an electronic archive on June 29, 2000; a FDA Approvable letter dated April 6, 2001, requesting an additional safety update report (SUR); a submission dated July, 12, 2001, from Merck Research Laboratories (MRL), a Division of Merck and Co., Inc., containing the first SUR; a fax dated July 5, 2001 and telephone conversations between the FDA and MRL on July 6, 2001 and July 12, 2001 requesting a second SUR related to several short-term clinical studies not included in the first SUR. Further reference is made to a telephone conversation between FDA and MRL during which the Agency requested a third safety update.

By this letter we are submitting the second Safety Update Report in response to the FDA request dated July 5, 2001. This report contains information on serious adverse experiences and discontinuations due to adverse experiences in Protocols 106, 112, 116, 905 and 906.

MRL will provide an additional safety report containing counts tables for discontinuations due to non-serious adverse experiences for all studies included in the first SUR. MRL plans submission of this report by August 6, 2001.

All information is in an electronic format as indicated in the Table of Contents for this submission.

This submission is formatted as required in Title 21 paragraph 314.50 of the Code of Federal Regulations and is being submitted in accordance with the January 1999, *Guidance for Industry – Providing Regulatory Submissions in Electronic Format – NDAs*. As an attachment to this letter, Merck Research Laboratories (MRL), a Division of Merck & Co., Inc., is providing one Compact Disk (CD) which contains the amendment. All documents requiring signatures for certification are included as paper for archival purposes.

Jonca Bull, M.D., Acting Director
NDA 21-042 / S-007 VIOXX™ (Rofecoxib Tablets)
Page 2

All the information is contained on one CD and is not more than 100MB. We have taken precautions to ensure that the contents of the CD are free of computer viruses (Norton AntiVirus® 4.0, Symantec Corp., 1991-1997) and we authorize the use of anti-virus software, as appropriate.

A list of Reviewers from the Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products who should be provided access to this electronic submission from their desktops may be obtained from Ms. Barbara Gould, Project Manager.

We consider the filing of this submission to be a confidential matter, and request that the Food and Drug Administration not make its content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

Questions concerning this submission should be directed to Robert E. Silverman, M.D., Ph.D. (484) 344-2944 or, in my absence, Bonnie J. Goldmann, M.D. (484) 344-2383.

Sincerely,

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Federal Express

Desk Copy (Cover letter only):          Ms. Barbara Gould, Project Manager
                                         HFD- 550, Room N353

Q:\ACLD\VIOXX\VIGOR\Responses\vigorSUR_2_Covltr.doc

MRK-01420159556

## STATEMENT OF ORGANIZATION

### NDA 21-042 / S-007:  VIOXX™ (Rofecoxib Tablets)

### Response to FDA Request for Information

### (SAFETY UPDATE REPORT No. 2)

This submission contains the following paper and/or electronic information:

| ITEM(s) | DESCRIPTION | Contents on Archival CD | Review Aids | Paper Review Copies |
|---------|-------------|-------------------------|-------------|---------------------|
| 1 | Administrative Documentation containing Archival CD* | Yes | No | Blue Binder (1 volume) |
| 9 | Safety Update Report | Yes | No | Tan Binder** (1 Volume-Summary Only)  Green Binder** (1 Volume-Summary Only) |

### TOTAL VOLUMES: 3

*      The Archival CD is provided in Volume 1 (Blue Binder).
**    Includes copy of cover letter

MRK-01420159557

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| | |
|---|---|
| | Form Approved: OMB No. 0910-0338<br>Expiration Date: March 31, 2003<br>See OMB Statement on page 2. |

## APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE

*(Title 21, Code of Federal Regulations, Parts 314 & 601)*

| FOR FDA USE ONLY |
|---|
| APPLICATION NUMBER |

### APPLICANT INFORMATION

| NAME OF APPLICANT<br>Merck & Co., Inc. | DATE OF SUBMISSION<br>*July 30, 2001* |
|---|---|
| TELEPHONE NO. *(Include Area Code)*  *484-344-2944* | FACSIMILE (FAX) Number *(Include Area Code)*  *484-344-2516* |
| APPLICANT ADDRESS *(Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued):*<br><br>Sumneytown Pike<br>P.O. Box 4, BLA-20<br>West Point, PA 19486 | AUTHORIZED U.S. AGENT NAME & ADDRESS *(Number, Street, City, State, ZIP Code, telephone & FAX number)* IF APPLICABLE<br><br>**Robert E. Silverman, M.D., Ph.D.**<br>**Senior Director**<br>**Regulatory Affairs** |

### PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER *(If previously issued)*   21-042

| ESTABLISHED NAME *(e.g., Proper name, USP/USAN name)*<br>Refecoxib | PROPRIETARY NAME *(trade name)* IF ANY   VIOXX™ |
|---|---|
| CHEMICAL/BIOCHEMICAL/BLOOD  PRODUCT NAME *(If any)*<br>4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone | CODE NAME *(If any)*<br>MK-0966 |
| DOSAGE FORM:<br>Tablets | STRENGTHS:<br>12.5 mg, 25 mg , 50mg | ROUTE OF ADMINISTRATION:<br>Oral |

(PROPOSED) INDICATION(S) FOR USE:
Acute and chronic treatment of the signs and symptoms of osteoarthritis, relief of pain and treatment of primary dysmenorrhea

### APPLICATION INFORMATION

APPLICATION TYPE *(check one)*   ☑ NEW DRUG APPLICATION (21 CFR 314.50)   ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)

☐ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE   ☑ 505 (b)(1)   ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                                                              Holder of Approved Application

TYPE OF SUBMISSION *(check one)*   ☐ ORIGINAL APPLICATION   ☐ AMENDMENT TO A PENDING APPLICATION   ☐ RESUBMISSION

☐ PRESUBMISSION   ☐ ANNUAL REPORT   ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT   ☐ EFFICACY SUPPLEMENT

☐ LABELING SUPPLEMENT   ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   ☑ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION:

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY   ☐ CBE   ☐ CBE-30   ☐ Prior Approval (PA)

REASON FOR SUBMISSION
*Response to FDA Request for Information (Safety Update Report No. 2)*

PROPOSED MARKETING STATUS *(check one)*   ☑ PRESCRIPTION PRODUCT (Rx)   ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED  *1*           THIS APPLICATION IS   ☐ PAPER   ☑ PAPER AND ELECTRONIC   ☐ ELECTRONIC

**ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)**
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

Created by Media Arts/USDHHS. (301) 443-2454  EF

MRK-01420159558

| | This application contains the following items: *(Check all that apply)* | |
|---|---|---|
| ✓ | 1. Index | |
| | 2. Labeling *(check one)*        ☐ Draft Labeling        ☐ Final Printed Labeling | |
| | 3. Summary (21 CFR 314.50 (c)) | |
| | 4. Chemistry section | |
| | A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) | |
| | B. Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) | |
| | C. Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) | |
| | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) | |
| | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) | |
| | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) | |
| | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) | |
| ✓ | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) | |
| | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) | |
| | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) | |
| | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) | |
| | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) | |
| | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or (j)(2)(A)) | |
| | 15. Establishment description (21 CFR Part 600, if applicable) | |
| | 16. Debarment certification (FD&C Act 306 (k)(1)) | |
| | 17. Field copy certification (21 CFR 314.50 (k)(3)) | |
| | 18. User Fee Cover Sheet (Form FDA 3397) | |
| | 19. Financial Information (21 CFR Part 54) | |
| | 20. OTHER *(Specify)* | |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.
The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.
Warning: A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE Robert E. Silverman, M.D., Ph.D. Senior Director, Regulatory Affairs | DATE July 30, 2001 |
|---|---|---|
| ADDRESS *(Street, City, State, and ZIP Code)* Sumneytown Pike, P.O. Box 4, BLA-20 West Point, PA 19486 | | Telephone Number 484-344-2944 |

Public reporting burden for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
Food and Drug Administration
CBER, HFM-99
1401 Rockville Pike
Rockville, MD 20852-1448

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

FORM FDA 356h (4/00)                                                                 PAGE 2

MRK-01420159559

**Safety Update Report 2**
**Table Of Contents**

sNDA 21-042/S-007

| Description | Review Copy Volume Number | Archive Copy Folder/File Name |
|---|---|---|
| Clinical Study Reports | -- | n/a |
| Summary | 1 | update/summary.pdf |
| Other Studies and Information | -- | n/a |
| Publications | -- | n/a |

MRK-01420159560

Safety Update Report

# Safety Update Report

MRK-01420159561

Response to FDA Request for Additional Safety Data

## TABLE OF CONTENTS

| | PAGE |
|---|---|
| 1. Introduction | 1 |
| 2. Protocol 106 | 2 |
| 3. Protocol 112 | 5 |
| 4. Protocol 116 | 10 |
| 5. Protocol 905 | 14 |
| 6. Protocol 906 | 16 |
| 7. Summary of Thrombotic Cardiovascular Serious Adverse Experiences | 18 |
| 8. Conclusions | 20 |
| List of Attachments | 21 |

MRK-01420159562

Response to FDA Request for Additional Safety Data

-1-

## 1.   Introduction

As requested in the Approvable letter for the rofecoxib VIGOR supplement, a Safety Update Report (SUR) was submitted to the Food and Drug Administration (FDA) on 13-Jul-2001. The SUR summarized serious clinical adverse experiences, with a focus on cardiovascular events. By prior agreement with the FDA, that SUR did not include data from 5 short-term studies (Protocols 106, 112, 116, 905, 906). On 05-Jul-2001, the FDA requested information about serious adverse experiences and discontinuations due to adverse experiences in those 5 trials. This report has been prepared in response to this request.

Table 1 lists the 5 studies included in this report. The maximum duration of therapy was 6 weeks. Three of the trials included a placebo control, although in 2 of those studies the number of patients randomized to rofecoxib or active control was approximately 3 times greater than to placebo. Overall, the exposure to rofecoxib in these 5 studies was a small fraction (<8%) of the large exposure summarized in the SUR submitted on 13-Jul-2001.

Table 1

List of Studies Included

| Protocol Number | Short Title | Duration | Treatments (Total Daily Dose) | Number Evaluable for Safety |
|---|---|---|---|---|
| 106 | Ostearthritis Versus Celecoxib and Acetaminophen (Parallel Design) | 6 weeks | Rofecoxib 12.5 mg<br>Rofecoxib 25 mg<br>Celecoxib 200 mg<br>Acetaminophen 4000 mg | 96<br>95<br>97<br>94 |
| 112 | Osteoarthritis Versus Celecoxib (Parallel Design) | 6 weeks | Rofecoxib 12.5 mg<br>Rofecoxib 25 mg<br>Celecoxib 200 mg<br>Placebo | 456<br>459<br>456<br>150 |
| 116 | Osteoarthritis Versus Celecoxib (Parallel Design) | 6 weeks | Rofecoxib 25 mg<br>Celecoxib 200 mg<br>Placebo | 471<br>460<br>151 |
| 905 | Urinary Sodium Excretion and Renal Function (Crossover Design) | 4 weeks | Rofecoxib 25 mg<br>Naproxen 1000 mg<br>Celecoxib 200 mg<br>Placebo | 17<br>17<br>17<br>16 |
| 906 | Osteoarthritis Patients With Inadequate Response to Celecoxib (Parallel Design) | 4 weeks | Rofecoxib 25 mg<br>Celecoxib 200 mg | 227<br>227 |

MRK-01420159563

Response to FDA Request for Additional Safety Data

-2-

1.  **Introduction (Cont.)**

The sections that follow summarize the serious clinical and laboratory adverse experiences in each of the 5 studies. Nonserious adverse experiences that resulted in discontinuation of study medication are also summarized. Narratives for the serious adverse experiences are provided as Attachments. An overview of the serious cardiovascular adverse experiences in the 5 studies is also presented.

2.  **Protocol 106**

This randomized, double-blind, parallel-group study compared the safety and efficacy of rofecoxib 12.5 mg, rofecoxib 25 mg, celecoxib 200 mg, and acetaminophen 4000 mg (total daily dose) for the treatment of osteoarthritis of the knee or hip. Eligible patients were randomized to receive either rofecoxib 12.5 mg (N=96), rofecoxib 25 mg (N=95), celecoxib 200 mg (N=97), or acetaminophen (N=94) for 6 weeks. Concomitant use of low-dose aspirin was permitted for cardioprotection.

Serious Adverse Experiences

A total of 4 patients had serious clinical adverse experiences: rofecoxib 12.5 mg, 2 patients (2.1%) and rofecoxib 25 mg, 2 patients (2.1%). None of the serious adverse experiences were fatal, and all were considered by the investigators to be definitely not related to study medication. A listing of patients with serious clinical adverse experiences is in Table 2 and narratives for those patients are in Attachment 1.

There were no serious laboratory adverse experiences.

MRK-01420159564

Response to FDA Request for Additional Safety Data

-3-

2.  **Protocol 106 (Cont.)**

Table 2

Listing of Patients With Nonfatal Serious Clinical Adverse Experiences
Protocol 106

| Study Number | AN | Gender | Race | Age | Relative Day of Onset | Adverse Experience | Duration of Adverse Experience | Intensity | Drug Relationship | Action Taken | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rofecoxib 12.5 mg** | | | | | | | | | | | |
| 106-028 | 1167 | F | White | 67 | 41 | Orthopnea | Continuing | Severe | Definitely not | No action with test drug | Not recovered |
| 106-008 | 1369 | F | White | 49 | 16 | Breast malignant neoplasm Hepatic malignant neoplasm Bone malignant neoplasm | Continuing | Severe | Definitely not | Discontinued PRx | Not recovered |
| **Rofecoxib 25 mg** | | | | | | | | | | | |
| 106-008 | 1088 | M | White | 76 | 49 | Cerebrovascular accident | 4.0 days | Mild | Definitely not | No action with test drug | Recovered |
| 106-010 | 1111 | F | Black | 46 | 20 | Chronic obstructive pulmonary disease | 7.0 days | Severe | Definitely not | Discontinued PRx | Recovered |

PRx = Primary therapy (double-blind study medication).

MRK-01420159565

Response to FDA Request for Additional Safety Data

-4-

## 2.  Protocol 106 (Cont.)

### Discontinuations Due to Adverse Experiences

A total of 23 patients (6.0%) discontinued treatment due to a clinical adverse experience. Two patients (ANs 1111 and 1369) discontinued due to a serious clinical adverse experience (see Table 2). There were 21 patients who discontinued due to a nonserious clinical adverse experience: rofecoxib 12.5 mg, 6 patients (6.3%); rofecoxib 25 mg, 5 patients (5.3%); celecoxib 200 mg, 4 patients (4.1%); and acetaminophen, 6 patients (6.4%). Nonserious clinical adverse experiences resulting in discontinuation are summarized by body system and treatment group in Table 3. There was 1 nonserious cardiovascular adverse experience that prompted discontinuation (tachycardia in the rofecoxib 25-mg group).

Table 3

Number (%) of Patients With Specific Clinical Adverse Experiences
Summary of Nonserious Clinical Adverse Experiences Causing Discontinuation,
by Body System

Protocol 106

|  | Acetaminophen 4000 mg (N=94) | | Celecoxib 200 mg (N=97) | | Rofecoxib 12.5 mg (N=96) | | Rofecoxib 25 mg (N=95) | |
|---|---|---|---|---|---|---|---|---|
|  | n | (%) | n | (%) | n | (%) | n | (%) |
| Patients with one or more adverse experiences | 6 | (6.4) | 4 | (4.1) | 6 | (6.3) | 5 | (5.3) |
| Patients with no adverse experience | 88 | (93.6) | 93 | (95.9) | 90 | (93.8) | 90 | (94.7) |
| **Body as a Whole/Site Unspecified** | **3** | **(3.2)** | **0** | **(0.0)** | **2** | **(2.1)** | **1** | **(1.1)** |
| Abdominal pain | 2 | (2.1) | 0 | (0.0) | 1 | (1.0) | 0 | (0.0) |
| Asthenia/fatigue | 0 | (0.0) | 0 | (0.0) | 1 | (1.0) | 0 | (0.0) |
| Lower extremity edema | 1 | (1.1) | 0 | (0.0) | 0 | (0.0) | 1 | (1.1) |
| **Cardiovascular System** | **0** | **(0.00)** | **0** | **(0.00)** | **0** | **(0.00)** | **1** | **(1.1)** |
| Tachycardia | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 1 | (1.1) |
| **Digestive System** | **1** | **(1.1)** | **3** | **(3.1)** | **3** | **(3.1)** | **3** | **(3.2)** |
| Diarrhea | 1 | (1.1) | 2 | (2.1) | 3 | (3.1) | 2 | (2.1) |
| Dyspepsia | 0 | (0.0) | 1 | (1.0) | 0 | (0.0) | 0 | (0.0) |
| Nausea | 0 | (0.0) | 1 | (1.0) | 1 | (1.0) | 1 | (1.1) |
| **Musculoskeletal System** | **2** | **(2.1)** | **0** | **(0.0)** | **0** | **(0.0)** | **0** | **(0.0)** |
| Cartilage trauma | 1 | (1.1) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) |
| Knee pain | 1 | (1.1) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) |
| **Nervous System** | **1** | **(1.1)** | **0** | **(0.0)** | **1** | **(1.0)** | **0** | **(0.0)** |
| Headache | 1 | (1.1) | 0 | (0.0) | 1 | (1.0) | 0 | (0.0) |
| **Skin and Skin Appendages** | **0** | **(0.0)** | **1** | **(1.0)** | **0** | **(0.0)** | **0** | **(0.0)** |
| Contact dermatitis | 0 | (0.0) | 1 | (1.0) | 0 | (0.0) | 0 | (0.0) |

/MK-0966/OR/BW2401.DOC VERSION 2.2 APPROVED                    26-Jul-2001

MRK-01420159566

Response to FDA Request for Additional Safety Data

-5-

### 2. Protocol 106 (Cont.)

Two patients discontinued treatment with acetaminophen due to nonserious laboratory adverse experiences (increased serum creatinine; increased ALT, AST, and alkaline phosphatase). There were no patients on rofecoxib or celecoxib who discontinued treatment due to a laboratory adverse experience.

### 3. Protocol 112

This randomized, double-blind, placebo-controlled, parallel-group study compared the safety and efficacy of rofecoxib 12.5 mg, rofecoxib 25 mg, and celecoxib 200 mg (total daily dose) for treatment of osteoarthritis of the knee or hip. Eligible patients were randomized to receive either rofecoxib 12.5 mg (N=456), rofecoxib 25 mg (N=459), celecoxib 200 mg (N=456), or placebo (N=150) for 6 weeks. Concomitant use of low-dose aspirin was permitted for cardioprotection.

Serious Adverse Experiences

A total of 16 patients had serious clinical adverse experiences: rofecoxib 12.5 mg, 3 patients (0.7%); rofecoxib 25 mg, 5 patients (1.1%); celecoxib 200 mg, 3 patients (0.7%); and placebo, 5 patients (3.3%). None of the adverse experiences were fatal, and all but 3 were considered by the investigators to be not related to study medication. A listing of patients with serious clinical adverse experiences is in Table 4, and narratives for those patients are in Attachment 1.

There were no serious laboratory adverse experiences.

MRK-01420159567

Response to FDA Request for Additional Safety Data

-6-

3. **Protocol 112 (Cont.)**

Table 4

Listing of Patients With Nonfatal Serious Clinical Adverse Experiences
Protocol 112

| Study Number | AN | Relative Day of Onset | Adverse Experience | Duration of Adverse Experience | Intensity | Drug Relationship | Action Taken |
|---|---|---|---|---|---|---|---|
| **Rofecoxib 12.5 mg** | | | | | | | |
| 112-012 | 1058 | 28 | Concussion | | Moderate | Probably not | None |
| | | 24 | Contusion | 5.0 days | Moderate | Probably not | Discontinued PRx |
| 112-021 | 1995 | 27 | Subdural hematoma | | Severe | Definitely not | Discontinued PRx |
| 112-068 | 1563 | 14 | Hip osteoarthritis | 15.0 days | Moderate | Definitely not | Discontinued PRx |
| | | | Multiple myeloma | | | | |
| **Rofecoxib 25 mg** | | | | | | | |
| 112-036 | 1752 | 30 | Diabetic vascular disease | 34.0 days | Severe | Definitely not | Discontinued PRx |
| 112-050 | 1366 | 45 | Gastroenteritis | 4.0 days | Severe | Definitely not | None |
| 112-151 | 2123 | 7 | Lower extremity edema | 5.0 days | Severe | Probably not | Discontinued PRx |
| 112-120 | 2593 | 11 | Basal cell carcinoma | 33.0 days | Mild | Definitely not | None |
| 112-146 | 2948 | 42 | Atrial fibrillation | | Mild | Possibly | None |
| **Celecoxib 200 mg** | | | | | | | |
| 112-030 | 1290 | 51 | Coronary artery disease | | Severe | Definitely not | None |
| 112-032 | 2521 | 16 | Epistaxis | 3.0 days | Moderate | Possibly | None |
| | | 19 | Unstable angina | 3.0 days | Moderate | Possibly | Discontinued PRx |
| | | 19 | Angina pectoris | 3.0 days | Severe | Definitely not | None |
| 112-072 | 1321 | 3 | Coronary artery disease | | Severe | Definitely not | Discontinued PRx |
| | | 3 | Myocardial infarction | 24.0 hours | Severe | Definitely not | Discontinued PRx |

MRK-01420159568

Response to FDA Request for Additional Safety Data

-7-

3. **Protocol 112** (Cont.)

Table 4 (Cont.)

Listing of Patients With Nonfatal Serious Clinical Adverse Experiences
Protocol 112

| Study Number | AN | Relative Day of Onset | Adverse Experience | Duration of Adverse Experience | Intensity | Drug Relationship | Action Taken |
|---|---|---|---|---|---|---|---|
| Placebo | | | | | | | |
| 112-013 | 2925 | 14 | Ankle fracture | 65.0 days | Severe | Definitely not | None |
| 112-062 | 2034 | 10 | Aneurysm (iliac) | 14.0 days | Moderate | Definitely not | None |
| 112-131 | 1852 | 21 | Basal cell carcinoma | | Moderate | Definitely not | Discontinued PRx |
| 112-159 | 2115 | 23 | Soft tissue infection | 7.0 days | Severe | Probably not | None |
| 112-160 | 3108 | 10 | Myalgia | | Severe | Definitely not | Discontinued PRx |

PRx = Primary therapy (double-blind study medication).

/MK-0966/OR/BW2401.DOC VERSION 2.2 APPROVED—26-Jul-2001

MRK-01420159569

Response to FDA Request for Additional Safety Data

-8-

3.  **Protocol 112** (Cont.)

Discontinuations Due to Adverse Experiences

A total of 74 patients (4.9%) discontinued treatment due to a clinical adverse experience. Nine patients discontinued due to a serious clinical adverse experience (see Table 4). There were 65 patients who discontinued with a nonserious clinical adverse experience: rofecoxib 12.5 mg—20 patients (4.4%), rofecoxib 25 mg—23 patients (5.0%), celecoxib 200 mg—17 patients (3.7%), placebo—5 patients (3.3 %).  Table 5 summarizes the nonserious clinical adverse experiences resulting in discontinuation by body system and treatment group.   Six patients had nonserious cardiovascular adverse experiences resulting in discontinuation.  Four patients on rofecoxib 25 mg and 1 on celecoxib had increased blood pressure, while 1 patient on rofecoxib 12.5 mg had palpitations.

**Table 5**

**Number (%) of Patients With Specific Clinical Adverse Experiences**
**Summary of Nonserious Clinical Adverse Experiences Causing Discontinuation,**
**by Body System—Protocol 112**

| | Rofecoxib 12.5 mg (N=456) | | Rofecoxib 25 mg (N=459) | | Celecoxib 200 mg (N=456) | | Placebo (N=150) | |
|---|---|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) | n | (%) |
| Patients with one or more adverse experiences | 20 | (4.4) | 23 | (5.0) | 17 | (3.7) | 5 | (3.3) |
| Patients with no adverse experience | 436 | (95.6) | 436 | (95.0) | 439 | (96.3) | 145 | (96.7) |
| **Body as a Whole/Site Unspecified** | **7** | **(1.5)** | **9** | **(2.0)** | **8** | **(1.8)** | **0** | |
| Abdominal pain | 2 | (0.4) | 2 | (0.4) | 0 | | 0 | |
| Abnormal feeling | 0 | | 1 | (0.2) | 0 | | 0 | |
| Asthenia/fatigue | 1 | (0.2) | 0 | | 2 | (0.4) | 0 | |
| Chest pain | 1 | (0.2) | 1 | (0.2) | 0 | | 0 | |
| Dizziness | 0 | | 0 | | 4 | (0.9) | 0 | |
| Drug reaction | 1 | (0.2) | 0 | | 0 | | 0 | |
| Facial edema | 1 | (0.2) | 0 | | 0 | | 0 | |
| Fever | 0 | | 1 | (0.2) | 0 | | 0 | |
| Fluid retention | 0 | | 0 | | 2 | (0.4) | 0 | |
| Hot flashes | 0 | | 1 | (0.2) | 0 | | 0 | |
| Inflammation | 0 | | 1 | (0.2) | 0 | | 0 | |
| Lower extremity edema | 2 | (0.4) | 4 | (0.9) | 1 | (0.2) | 0 | |
| Malaise | 0 | | 1 | (0.2) | 0 | | 0 | |
| Peripheral edema | 2 | (0.4) | 1 | (0.2) | 0 | | 0 | |
| Upper extremity edema | 0 | | 1 | (0.2) | 0 | | 0 | |
| Upper respiratory infection | 0 | | 1 | (0.2) | 0 | | 0 | |
| **Cardiovascular System** | **1** | **(0.2)** | **4** | **(0.9)** | **1** | **(0.2)** | **0** | |
| Blood pressure increased | 0 | | 4 | (0.9) | 1 | (0.2) | 0 | |
| Palpitation | 1 | (0.2) | 0 | | 0 | | 0 | |

MRK-01420159570

Response to FDA Request for Additional Safety Data

-9-

3.  **Protocol 112** (Cont.)

Table 5 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
Summary of Nonserious Clinical Adverse Experiences Causing Discontinuation,
by Body System—Protocol 112

| | Rofecoxib 12.5 mg (N=456) | | Rofecoxib 25 mg (N=459) | | Celecoxib 200 mg (N=456) | | Placebo (N=150) | |
|---|---|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) | n | (%) |
| **Digestive System** | **4** | **(0.9)** | **9** | **(2.0)** | **4** | **(0.9)** | **2** | **(1.3)** |
| Acid reflux | 0 | | 0 | | 1 | (0.2) | 0 | |
| Anorectal hemorrhage | 1 | (0.2) | 0 | | 0 | | 0 | |
| Dental infection | 0 | | 1 | (0.2) | 0 | (0) | 0 | |
| Diarrhea | 1 | (0.2) | 5 | (1.1) | 0 | | 1 | (0.7) |
| Epigastric discomfort | 0 | | 1 | (0.2) | 0 | | 0 | |
| Gastroenteritis | 0 | | 1 | (0.2) | 0 | | 0 | |
| Gastroesophageal reflux disease | 1 | (0.2) | 0 | | 0 | | 0 | |
| Nausea | 1 | (0.2) | 2 | (0.4) | 2 | (0.4) | 1 | (0.7) |
| Oral ulcer | 0 | | 0 | | 1 | (0.2) | 0 | |
| **Endocrine System** | **0** | | **1** | **(0.2)** | **0** | | **1** | **(0.7)** |
| Diabetes mellitus | 0 | | 1 | (0.2) | 0 | | 1 | (0.7) |
| **Eyes, Ears, Nose, and Throat** | **0** | | **1** | **(0.2)** | **0** | | **0** | |
| Nasal congestion | 0 | | 1 | (0.2) | 0 | | 0 | |
| **Musculoskeletal System** | **5** | **(1.1)** | **2** | **(0.4)** | **3** | **(0.7)** | **2** | **(1.3)** |
| Arm fracture | 1 | (0.2) | 0 | | 0 | | 0 | |
| Back pain | 1 | (0.2) | 1 | (0.2) | 0 | | 0 | |
| Heel pain | 0 | | 0 | | 0 | | 1 | (0.7) |
| Hip pain | 1 | (0.2) | 0 | | 0 | | 0 | |
| Knee pain | 1 | (0.2) | 0 | | 1 | (0.2) | 0 | |
| Muscular cramp | 0 | | 1 | (0.2) | 0 | | 0 | |
| Muscular weakness | 1 | (0.2) | 0 | | 1 | (0.2) | 0 | |
| Musculoskeletal pain | 0 | | 0 | | 1 | (0.2) | 0 | |
| Range of motion decreased | 1 | (0.2) | 0 | | 0 | | 0 | |
| Spondylosis | 0 | | 0 | | 0 | | 1 | (0.7) |
| **Nervous System** | **2** | **(0.4)** | **2** | **(0.4)** | **1** | **(0.2)** | **1** | **(0.7)** |
| Bell's palsy | 1 | (0.2) | 0 | | 0 | | 0 | |
| Headache | 1 | (0.2) | 1 | (0.2) | 0 | | 0 | |
| Tremor | 0 | | 1 | (0.2) | 0 | | 0 | |
| Trigeminal neuralgia | 0 | | 0 | | 1 | (0.2) | 0 | |
| **Psychiatric Disorder** | **1** | **(0.2)** | **0** | | **0** | | **0** | |
| Nervousness | 1 | (0.2) | 0 | | 0 | | 0 | |
| **Respiratory System** | **1** | **(0.2)** | **1** | **(0.2)** | **0** | | **0** | |
| Bronchitis | 0 | | 1 | (0.2) | 0 | | 0 | |
| Dyspnea | 1 | (0.2) | 0 | | 0 | | 0 | |
| **Skin and Skin Appendages** | **3** | **(0.7)** | **3** | **(0.7)** | **4** | **(0.9)** | **0** | |
| Pruritus | 0 | | 1 | (0.2) | 0 | | 0 | |
| Rash | 2 | (0.4) | 2 | (0.4) | 4 | (0.9) | 0 | |
| Urticaria | 1 | (0.2) | 0 | | 0 | | 0 | |

MRK-01420159571

Response to FDA Request for Additional Safety Data

-10-

### 3.   Protocol 112 (Cont.)

Five patients discontinued treatment due to nonserious laboratory adverse experiences: 2 patients on rofecoxib (increased ALT and AST; glycosuria, pyuria, and hematuria), and 3 patients on celecoxib (increased ALT and/or AST).

### 4.   Protocol 116

This randomized, double-blind, placebo-controlled, parallel-group study compared the safety and efficacy of rofecoxib 25 mg and celecoxib 200 mg for the treatment of osteoarthritis of the knee or hip.  Eligible patients were randomized to receive either rofecoxib 25 mg (N=471), celecoxib 200 mg (N=460), or placebo (N=151) for 6 weeks. Concomitant use of low-dose aspirin was permitted for cardioprotection.

Serious Adverse Experiences

A total of 10 patients had serious clinical adverse experiences:  rofecoxib 25 mg, 7 patients (1.5%) and celecoxib 200 mg, 3 patients (0.7%).  None of the adverse experiences were fatal, and all were considered by the investigators to be not related to study medication.  A listing of patients with serious clinical adverse experiences is in Table 6, and narratives for those patients are in Attachment 1.

There were no serious laboratory adverse experiences.

Response to FDA Request for Additional Safety Data

-11-

4.   Protocol 116 (Cont.)

Table 6

Listing of Patients With Nonfatal Serious Clinical Adverse Experiences
Protocol 116

| Study Number | AN | Relative Day of Onset | Adverse Experience | Duration of Adverse Experience | Intensity | Drug Relationship | Action Taken |
|---|---|---|---|---|---|---|---|
| **Rofecoxib 25 mg** | | | | | | | |
| 116-001 | 4017 | 68 | Angina pectoris | 3.0 days | Moderate | Probably not | None |
| | | 61 | Arterial occlusion | 5.0 days | Moderate | Probably not | None |
| | | 35 | Congestive heart failure | 10.0 days | Moderate | Probably not | Discontinued PRx |
| 116-009 | 4168 | 22 | Myocardial infarction | 24.0 hours | Moderate | Definitely not | None |
| 116-046 | 4796 | 21 | Basal cell carcinoma | 16.0 days | Moderate | Probably not | None |
| | | | Cholecystitis | | | | |
| | | | Cholelithiasis | | | | |
| 116-075 | 5314 | 15 | Coronary artery disease | 43.0 days | Moderate | Definitely not | None |
| 116-112 | 5064 | 10 | Prostate-specific antigen increased | | Mild | Definitely not | None |
| 116-126 | 4324 | 29 | Arrhythmia | 5.0 days | Moderate | Definitely not | None |
| | | | Coronary artery occlusion | | | | |
| 116-128 | 4944 | 15 | Angina pectoris | 21.0 days | Mild | Probably not | Discontinued PRx |
| | | 20 | Coronary artery disease | 10.0 days | Severe | Probably not | Discontinued PRx |
| **Celecoxib 200 mg** | | | | | | | |
| 116-029 | 5095 | 47 | Acute myocardial infarction | 5.0 days | Severe | Definitely not | None |
| 116-038 | 5054 | 19 | Acid reflux | 0.1 hour | Severe | Definitely not | Interrupted PRx |
| 116-053 | 4254 | 22 | Allergy | 8.0 hours | Severe | Probably not | Discontinued PRx |

PRx = Primary therapy (double-blind study medication).

/MK-0966/OR/BW2401.DOC VERSION 2.2 APPROVED—26-Jul-2001

MRK-01420159573

Response to FDA Request for Additional Safety Data

-12-

## 4.   Protocol 116 (Cont.)

### Discontinuations Due to Adverse Experiences

A total of 38 patients (3.5%) discontinued treatment due to a clinical adverse experience. Three patients (ANs 4017, 4944, and 4254) discontinued due to a serious clinical adverse experience (see Table 6). There were 35 patients who discontinued due to a nonserious clinical adverse experience: rofecoxib 25 mg, 21 patients (4.5%); celecoxib 200 mg, 12 patients (2.6%), and placebo, 2 patients (1.3 %). Table 7 summarizes the nonserious clinical adverse experiences resulting in discontinuation by body system and treatment group. There was 1 nonserious cardiovascular adverse experience that resulted in discontinuation (a patient on rofecoxib 25 mg with hypertension).

Two patients discontinued treatment due to a nonserious laboratory adverse experience: 1 on rofecoxib (increased ALT, AST, and alkaline phosphatase) and 1 on celecoxib (increased ALT and AST).

Table 7

Number (%) of Patients With Specific Clinical Adverse Experiences
Summary of Nonserious Clinical Adverse Experiences Causing Discontinuation,
by Body System

Protocol 116

| | Rofecoxib 25 mg (N=471) | | Celecoxib 200 mg (N=460) | | Placebo (N=151) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| Patients with one or more adverse experiences | 21 | (4.5) | 12 | (2.6) | 2 | (1.3) |
| Patients with no adverse experience | 450 | (95.5) | 448 | (97.4) | 149 | (98.7) |
| **Body as a Whole/Site Unspecified** | **6** | **(1.3)** | **4** | **(0.9)** | **1** | **(0.7)** |
| Abdominal pain | 2 | (0.4) | 0 | | 0 | |
| Asthenia/fatigue | 0 | | 1 | (0.2) | 1 | (0.7) |
| Chest pain | 1 | (0.2) | 0 | | 0 | |
| Dizziness | 2 | (0.4) | 1 | (0.2) | 0 | |
| Flushing | 0 | | 1 | (0.2) | 0 | |
| Lower extremity edema | 3 | (0.6) | 1 | (0.2) | 0 | |
| Peritoneal adhesion | 0 | | 1 | (0.2) | 0 | |
| **Cardiovascular System** | **1** | **(0.2)** | **0** | | **●** | |
| Hypertension | 1 | (0.2) | 0 | | 0 | |
| **Digestive System** | **9** | **(1.9)** | **4** | **(0.9)** | **1** | **(0.7)** |
| Anorectal hemorrhage | 0 | | 1 | (0.2) | 0 | |
| Colonic benign neoplasm | 0 | | 1 | (0.2) | 0 | |
| Diarrhea | 3 | (0.6) | 1 | (0.2) | 0 | |
| Digestive gas symptoms | 1 | (0.2) | 0 | | 0 | |
| Dyspepsia | 1 | (0.2) | 0 | | 0 | |

MRK-01420159574

Response to FDA Request for Additional Safety Data

-13-

## 4. Protocol 116 (Cont.)

### Table 7 (Cont.)

### Number (%) of Patients With Specific Clinical Adverse Experiences
### Summary of Nonserious Clinical Adverse Experiences Causing Discontinuation, by Body System

### Protocol 116

| | Rofecoxib 25 mg (N=471) | | Celecoxib 200 mg (N=460) | | Placebo (N=151) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| Gastric disorder | 1 | (0.2) | 0 | | 0 | |
| Gastroenteritis | 0 | | 1 | (0.2) | 0 | |
| Gastroesophageal reflux disease | 0 | | 1 | (0.2) | 0 | |
| Gastrointestinal distress | 1 | (0.2) | 0 | | 0 | |
| Hematochezia | 1 | (0.2) | 0 | | 0 | |
| Hemorrhoids | 0 | | 1 | (0.2) | 0 | |
| Hiatal hernia | 0 | | 1 | (0.2) | 0 | |
| Intestinal diverticulum | 0 | | 1 | (0.2) | 0 | |
| Nausea | 5 | (1.1) | 0 | (0.0) | 1 | (0.7) |
| Vomiting | 1 | (0.2) | 0 | | 0 | |
| **Eyes, Ears, Nose, and Throat** | **0** | **(0.0)** | **0** | | **0** | |
| Blurred vision | 1 | (0.2) | 0 | | 0 | |
| **Hepatobiliary System** | **0** | | **0** | | **1** | **(0.7)** |
| Biliary disorder | 0 | | 0 | | 1 | (0.7) |
| Cholelithiasis | 0 | | 0 | | 1 | (0.7) |
| **Metabolism and Nutrition** | **0** | | **0** | | **1** | **(0.7)** |
| Appetite change | 0 | | 0 | | 1 | (0.7) |
| **Musculoskeletal System** | **3** | **(0.6)** | **2** | **(0.4)** | **1** | **(0.7)** |
| Back pain | 2 | (0.4) | 0 | | 0 | |
| Bursitis | 1 | (0.2) | 0 | | 0 | |
| Leg pain | 1 | (0.2) | 0 | | 0 | |
| Muscular weakness | 0 | | 0 | | 1 | (0.7) |
| Musculoskeletal pain | 0 | | 1 | (0.2) | 0 | |
| Rib fracture | 0 | | 1 | (0.2) | 0 | |
| **Nervous System** | **3** | **(0.6)** | **1** | **(0.2)** | **0** | |
| Headache | 0 | | 1 | (0.2) | 0 | |
| Migraine | 1 | (0.2) | 0 | | 0 | |
| Paresthesia | 1 | (0.2) | 0 | | 0 | |
| Sleep disorder | 1 | (0.2) | 0 | | 0 | |
| **Psychiatric disorder** | **1** | **(0.2)** | **1** | **(0.2)** | **0** | |
| Anxiety disorder | 0 | | 1 | (0.2) | 0 | |
| Mental Acuity decreased | 1 | (0.2) | 0 | | 0 | |
| **Skin and Skin Appendages** | **5** | **(1.1)** | **2** | **(0.4)** | **0** | |
| Pruritus | 3 | (0.6) | 0 | | 0 | |
| Rash | 2 | (0.4) | 2 | (0.4) | 0 | |
| **Urogenital System** | **1** | **(0.2)** | **0** | | **0** | |
| Impotence | 1 | (0.2) | 0 | | 0 | |

MRK-01420159575

## 5. Protocol 905

This double-blind, placebo-controlled, crossover (N~17) study evaluated the effects of rofecoxib 25 mg, naproxen 1000 mg, celecoxib 400 mg (total daily doses), and placebo on urinary sodium excretion and other parameters of renal function in subjects 60 to 80 years of age consuming a 200-mEq sodium diet. Subjects were housed in a clinical research unit for a baseline week and the first 14 days of treatment. Medication was administered as an outpatient for Days 15 to 28.

Serious Adverse Experiences

One subject had a serious adverse experience (Table 8). A 66-year-old woman developed abdominal pain and vomiting while taking naproxen. Two days after completing the 28 days of therapy, she was hospitalized with a gastric ulcer and decreased hemoglobin. The narrative for this subject is in Attachment 2.

-15-

Response to FDA Request for Additional Safety Data

5.  <u>Protocol 905</u> (Cont.)

Table 8

Listing of Subjects With Nonfatal Serious Clinical Adverse Experiences
Protocol 905

| Study Number | AN | Relative Day of Onset | Adverse Experience | Intensity | Drug Relationship | Action Taken |
|---|---|---|---|---|---|---|
| Naproxen 1000 mg | | | | | | |
| 905-002 | 058 | 30 | Gastric ulcer | Moderate | Possibly | None |

MRK-01420159577

Response to FDA Request for Additional Safety Data

-16-

5.  **Protocol 905** (Cont.)

Discontinuations Due to Adverse Experiences

No subjects discontinued from the study because of a clinical or laboratory adverse experience.

6.  **Protocol 906**

This double-blind, parallel-group, active comparator-controlled study conducted outside the United States compared the efficacy and safety of rofecoxib 25 mg and celecoxib 200 mg in the treatment of osteoarthritis of the knee and hip. Patients with an inadequate response to celecoxib 200 mg were randomized to rofecoxib 25 mg (N=227) or celecoxib 200 mg (N=227) once daily for 4 weeks.

Serious Adverse Experiences

A total of 2 patients had serious clinical adverse experiences: rofecoxib 25 mg, 0 patients and celecoxib 200 mg, 2 patients (0.9%). None of the adverse experiences were fatal, and all were considered by the investigators to be not related to study medication. A listing of patients with serious clinical adverse experiences is in Table 9, and narratives for those patients are in Attachment 2.

There were no serious laboratory adverse experiences.

MRK-01420159578

-17-

Response to FDA Request for Additional Safety Data

6.  **Protocol 906 (Cont.)**

Table 9

Listing of Patients With Nonfatal Serious Clinical Adverse Experiences
Protocol 906

| Study Number | AN | Relative Day of Onset | Adverse Experience | Relative Day of Discontinuation | Intensity | Drug Relationship | Action Taken |
|---|---|---|---|---|---|---|---|
| **Rofecoxib 25 mg** | | | | | | | |
| None | | | | | | | |
| **Celecoxib 200 mg** | | | | | | | |
| 906-017 | 177 | 5 | Hip osteoarthritis | 8 | Severe | Probably not | Discontinued Rx. |
| 906-023 | 685 | 28 | Abdominal pain Cholelithiasis | 29 | Severe | Definitely not | Discontinued Rx. |

MRK-01420159579

Response to FDA Request for Additional Safety Data

-18-

6.  <u>Protocol 906</u> (Cont.)

<u>Discontinuations Due to Adverse Experiences</u>

Seven patients discontinued treatment due to a clinical adverse experience:  5 on rofecoxib (all nonserious) and 2 on celecoxib (both serious—see Table 9).  The nonserious clinical adverse experiences resulting in discontinuation of the 5 patients on rofecoxib were blurred vision and headache with diarrhea and lower extremity edema, epigastric discomfort, joint effusion, ophthalmic and peripheral edema, and rash.

No patients discontinued treatment due to a laboratory adverse experience.

7.  <u>Summary of Thrombotic Cardiovascular Serious Adverse Experiences</u>

Nine patients in Protocols 106, 112, and 116 had 1 or more serious cardiovascular or cerebrovascular adverse experiences.  These cases were referred for adjudication to the Adjudication Committees per the Standard Operating Procedure (SOP).  Table 10 summarizes the adjudication decisions for these 9 patients, 5 of whom were concurrently using low-dose aspirin.  Five patients had confirmed thromboembolic events (3 on rofecoxib 25 mg and 2 on celecoxib 200 mg), and 4 had nonthromboembolic events. Three patients had APTC (Antiplatelet Trialists' Collaboration) events (1 on rofecoxib 25 mg and 2 on celecoxib 200 mg).  The APTC event (cerebrovascular accident) on rofecoxib occurred in a study that did not have a placebo control (Protocol 106).  The exposure to rofecoxib was approximately 50% greater than to celecoxib in Protocols 106, 112, and 116.  There is no indication from these trials that the cardiovascular safety profiles of rofecoxib and celecoxib are meaningfully different.

The 5 protocols summarized in this report (106, 112, 116, 905, 906) had a relatively short duration of treatment (≤6 weeks) and were not included in the cardiovascular meta-analysis submitted as part of the SUR on 13-Jul-2001.  The overall exposure to rofecoxib was greater than to placebo in the 3 placebo-controlled studies (112, 116, and 905), and there were no confirmed APTC events with rofecoxib in a placebo-controlled study. Inclusion of the minimal rofecoxib data (<160 patient-years at risk) from the additional placebo-controlled studies (Protocols 112, 116, 905) would not meaningfully change the results of the rofecoxib versus placebo analysis contained in the SUR submitted 13-Jul-2001.  That analysis included 38 events during an estimated 2518 patient-years at risk.

Response to FDA Request for Additional Safety Data

## 7.  Summary of Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 10

Summary of Serious Thrombotic Cardiovascular Adverse Experiences
Protocols 106, 112, 116

| Protocol Number | Patient Allocation Number | Treatment | Onset Date | Dictionary Preferred Term | Death | APTC Event | Adjudication Outcome Confirmed as Thromboembolic Event or Nonthromboembolic | Adjudicated Diagnosis (For Adjudicated and Confirmed Thromboembolic Events Only) |
|---|---|---|---|---|---|---|---|---|
| 106 | 1088 | Rofecoxib 25 | 24-Aug-1999 | Cerebrovascular accident | No | Yes | Event | Ischemic CVA Stroke w/o doc |
| 112 | 1290 | Celecoxib 200 | 30-Jun-2000 | Coronary artery disease | No | | Nonthromboembolic event | NA |
| 112 | 1321 | Celecoxib 200 | 07-Apr-2000 | Acute myocardial infarction | No | Yes | Event | Acute MI |
| | | | 23-Apr-2000 | Angina pectoris | No | | Event | NA |
| 112 | 2521† | Celecoxib 200 | 27-May-2000 | Unstable angina | No | | Insufficient data | NA |
| 116 | 4017† | Rofecoxib 25 | 08-Dec-1999 | Myocardial infarction | No | No | Nonthromboembolic event | NA |
| 116 | 4324† | Rofecoxib 25 | 07-Feb-2000 | Coronary artery occlusion | No | | Event | Unstable angina pectoris |
| 116 | 4944† | Rofecoxib 25 | 24-Mar-2000 | Coronary artery disease | No | | Nonthromboembolic event | NA |
| 116 | 5095† | Celecoxib 200 | 28-Apr-2000 | Acute myocardial infarction | No | Yes | Nonthromboembolic event | NA |
| 116 | 5314 | Rofecoxib 25 | 19-Apr-2000 | Coronary artery disease | No | No | Event | Acute MI |
| | | | | | | | Event | Unstable angina pectoris |

NA = Not Applicable.
† On concurrent low-dose aspirin.

MK-0966/OR/BW2401.DOC VERSION 2.2 APPROVED—26-Jul-2001

Response to FDA Request for Additional Safety Data

-20-

## 8.  Conclusions

This report was prepared at the request of the FDA in follow-up to the SUR submitted 13-Jul-2001 in response to the Approvable letter for the VIGOR supplement.  The present report has summarized the serious clinical adverse experiences and discontinuations due to adverse experiences in 5 clinical studies with duration of ≤6 weeks that were not included in the VIGOR SUR submitted on 13-Jul-2001.  Four studies enrolled patients with osteoarthritis, while the fifth enrolled healthy subjects.  The additional number of patients exposed to active treatment and the duration of exposure was limited compared to the previous more extensive experience.  The safety data are consistent with the previously reported data.  There were no meaningful changes to the safety profile of rofecoxib with these new data.  Review of the data from the 5 studies confirms the excellent safety profile of rofecoxib.

MRK-01420159582

Response to FDA Request for Additional Safety Data

-21-

## List of Attachments

1.  WAES reports for serious adverse experiences in Protocols 106, 112, 116.
2.  WAES reports for serious adverse experiences in Protocols 905 and 906.

MRK-01420159583