EXHIBIT "1"

EXHIBIT "1"

FILED

MAY 14   12 19 PM '07

CLERK OF THE COURT

14

1  **AFFD**
   ROBERT W. COTTLE, ESQ.
2  Nevada Bar No. 4576
   AARON M. O'BRIEN, ESQ.
3  Nevada Bar No. 8863
4  **MAINOR EGLET COTTLE**
   400 South Fourth Street, Suite 600
5  Las Vegas, NV 89101
6  (702) 450-5400
   Attorney for Plaintiffs
7
                        DISTRICT COURT
8
                     CLARK COUNTY, NEVADA
9

10  RICHARD BOOTH, a Nevada resident; KEN VU,         )
11  a Nevada resident; ARCHIE DANIEL, a Nevada resident )
    KURT SCHLOSS, a Nevada resident; JOHN              )
12  KATSIBUBAS, a Nevada resident,                     )
    APRIL KATSIBUBAS, a Nevada resident,               )
13                                                     )
14                         Plaintiffs                  )
15  vs.                                                )
                                                       )   CASE NO. A527873
16  MERCK & COMPANY, INC., a corporation;              )
    WAL-MART STORES, INC.; LONGS DRUG STORES           )   DEPT NO. X
17  CALIFORNIA, INC.; COSTCO WHOLESALE                 )
    CORPORATION; AMERICAN                              )
18  DRUG STORES, INC., d/b/a JEWEL-OSCO; LISA          )
    DAVIS, a Nevada resident; MISTY KUPERMAN, a        )
19  Nevada resident; NEERAJ GULATI, a Nevada resident; )
20  FRED AUZENNE, a Nevada resident; SERGE             )
    BRUNET, a Nevada resident; DEBBIE LEE, a           )
21  Nevada resident; KAREN SHOUSE, a Nevada            )
    resident; NANCY MOREDOCK, a Nevada resident;       )
22  GERALD SHAW, a Nevada resident; KERRY              )
23  EDWARDS, a Nevada resident; TINA DAMORE,           )
    a Nevada resident; TRACEY PHILIPPI, a Nevada       )
24  resident; JULIE WURCH, a Nevada resident;          )
    LADON SILVA, a Nevada resident; ROE INDIVIDUAL     )
25  PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES         )
26  1 to 100, inclusive 1 to 100, inclusive, and DOES 1 to 50, )
    inclusive,                                         )
27                         Defendants.                 )
                                                       )
28

MAINOR EGLET COTTLE
TRIAL LAWYERS

RECEIVED
MAY 14 2007
CLERK OF THE COURT

## AFFIDAVIT OF SERVICE BY PUBLICATION ON DEFENDANT LISA DAVIS

AS ORDERED by the Court, Defendant, LISA DAVIS has been served by publication of the Summons at least once a week for four (4) consecutive weeks in the Las Vegas Review Journal located in Clark County, Nevada. In addition thereto, a copy of the Summons and Complaint has been mailed to the Defendant, first class mail, postage prepaid, addressed to the Defendant's last known address.

DATED this 14th day of May, 2007.

MAINOR EGLET COTTLE

By: _____
AARON M. O'BRIEN, ESQ.
Nevada Bar No. 8863
400 South Fourth Street, 6th Floor
Las Vegas, Nevada 89101
(702) 450-5400
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P.5(b), I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were via U.S. Postal service at Las Vegas, Nevada, in a sealed envelope, with first class postage prepaid, on the date and to the addressee(s) shown below:

## AFFIDAVIT OF SERVICE BY PUBLICATION ON DEFENDANT LISA DAVIS

Kristina Pickering, Esq.
Denise Barton, Esq.
Robert R. McCoy, Esq.
**MORRIS PICKERING & PETERSON**
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone (702) 474-9400
Attorneys for Defendants, MERCK & Co., Inc.

Steven E. Guinn, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521
Telephone (775) 322-1170

DATED this 14th day of May, 2007

By: _____
JAMES D. ROUFUS, an employee of
Mainor Eglet & Cottle, Lawyers

3

AFFP  DISTRICT COURT
Clark County, Nevada

AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK)   SS:

Stacey M. Lewis, being 1st duly sworn, deposes and says: That she is the Legal Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers regularly issued, published and circulated in the City of Las Vegas, County of Clark, State of Nevada, and that the advertisement, a true copy attached for,

MAINOR EGLET COTTLE           4505400MAI              1793284

was continuously published in said Las Vegas Review-Journal and / or Las Vegas Sun in 5 edition(s) of said newspaper issued from 03/31/2007 to 04/28/2007, on the following days:

> 03/31/2007
> 04/07/2007
> 04/14/2007
> 04/21/2007
> 04/28/2007



JANET EILEEN STANEK
Notary Public State of Nevada
No. 06-107924-1
My appt. exp. July 28, 2010

Signed: _____

SUBSCRIBED AND SWORN BEFORE ME THIS, THE

____ day of _____ May _____, 2007.

_____
Notary Public

---

SUMM
Case No. A527873 Dept X
DISTRICT-COURT
CLARK COUNTY, NEVADA
RICHARD BOOTH, a Nevada resident; KEN VU, a Nevada resident ARCHIE DANIEL, a Nevada resident; KURT SCHLOSS, a Nevada resident; JOHN KATSIBUBAS, a Nevada resident, APRIL KATSIBUBAS, a Nevada resident, Plaintiffs vs. MERCK & COMPANY, INC., a corporation; WAL-MART STORES, INC.; LONGS DRUG STORES CALIFORNIA, INC.; COSTCO WHOLESALE CORPORATION; AMERICAN DRUG STORES, INC., d/b/a JEWEL-OSCO; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; RICKY GULATI, a Nevada resident; FRED AVUENE, a Nevada resident; SERGE BRUNRY, a Nevada resident, DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; JERRY SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DIMORE, a Nevada resident; TRACEY PHILLIPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVEA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, and DOES 1 to 50, inclusive, Defendants.
SUMMONS
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT: A civil Complaint has been filed by the plaintiff against you for the relief set forth in the Complaint-
Lisa Davis
1801 N. Michael Way
Las Vegas, Nevada 89108
Complaint for
Bodily Injury
1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
Issued at the direction of:
Aaron O'Brien, Esq.
Nevada Bar No. 4576
400 S. Fourth Street, 6th Floor, Las Vegas, Nevada 89101 (702) 450-5400
CHARLES J. SHORT,
CLERK OF COURT
BY: CHRISTINA GREENE
Deputy Clerk
Date Mar 28 2007
County Courthouse
200 Lewis Avenue
Las Vegas, Nevada 89155
PUB:Mar.31, Apr.7,14,21,28, 2007 LV Review-Journal

☐ ORIGINAL

17

FILED

MAY 14  12 18 PH '07

CLERK OF THE COURT

AFFD
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
AARON M. O'BRIEN, ESQ.
Nevada Bar No. 8863
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
(702) 450-5400
Attorney for Plaintiffs

# DISTRICT COURT

## CLARK COUNTY, NEVADA

RICHARD BOOTH, a Nevada resident; KEN VU, a Nevada resident; ARCHIE DANIEL, a Nevada resident KURT SCHLOSS, a Nevada resident; JOHN KATSIBUBAS, a Nevada resident, APRIL KATSIBUBAS, a Nevada resident,

Plaintiffs

vs.

MERCK & COMPANY, INC., a corporation; WAL-MART STORES, INC.; LONGS DRUG STORES CALIFORNIA, INC.; COSTCO WHOLESALE CORPORATION; AMERICAN DRUG STORES, INC., d/b/a JEWEL-OSCO; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; NEERAJ GULATI, a Nevada resident; FRED AUZENNE, a Nevada resident; SERGE BRUNET, a Nevada resident; DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; GERALD SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DAMORE, a Nevada resident; TRACEY PHILIPPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive 1 to 100, inclusive, and DOES 1 to 50, inclusive,

Defendants.

CASE NO. A527873

DEPT NO. X

CLERK OF THE COURT
MAY 14 2007
RECEIVED

## AFFIDAVIT OF SERVICE BY PUBLICATION ON DEFENDANT FRED AUZENNE

AS ORDERED by the Court, Defendant, FRED AUZENNE has been served by publication of the Summons at least once a week for four (4) consecutive weeks in the Las Vegas Review Journal located in Clark County, Nevada. In addition thereto, a copy of the Summons and Complaint has been mailed to the Defendant, first class mail, postage prepaid, addressed to the Defendant's last known address.

DATED this 14th day of May, 2007.

MAINOR EGLET COTTLE

By: _____
AARON M. O'BRIEN, ESQ.
Nevada Bar No. 8863
400 South Fourth Street, 6th Floor
Las Vegas, Nevada 89101
(702) 450-5400
Attorneys for Plaintiff

2

# CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P.5(b), I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were via U.S. Postal service at Las Vegas, Nevada, in a sealed envelope, with first class postage prepaid, on the date and to the addressee(s) shown below:

## AFFIDAVIT OF SERVICE BY PUBLICATION ON DEFENDANT FRED AUZENNE

Kristina Pickering, Esq.
Denise Barton, Esq.
Robert R. McCoy, Esq.
**MORRIS PICKERING & PETERSON**
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone (702) 474-9400
Attorneys for Defendants, MERCK & Co., Inc.

Steven E. Guinn, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521
Telephone (775) 322-1170

DATED this 14th day of May, 2007

By: _____
JAMES D. ROUFUS, an employee of
Mainor Eglet & Cottle, Lawyers

3

AFFP  DISTRICT COURT
Clark County, Nevada

AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK)   SS:

Stacey M. Lewis, being 1st duly sworn, deposes and says: That she is the Legal Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers regularly issued, published and circulated in the City of Las Vegas, County of Clark, State of Nevada, and that the advertisement, a true copy attached for,

MAINOR EGLET COTTLE          4505400MAI          1794363

was continuously published in said Las Vegas Review-Journal and / or Las Vegas Sun in 5 edition(s) of said newspaper issued from 03/31/2007 to 04/28/2007, on the following days:

03/31/2007
04/07/2007
04/14/2007
04/21/2007
04/28/2007



JANET EILEEN STANEK
Notary Public State of Nevada
No. 06-107924-1
My appt. exp. July 28, 2010

Signed: _____

SUBSCRIBED AND SWORN BEFORE ME THIS, THE _____ day of May, 2007.

_____
Notary Public

---

SUMM
Case No. A527873 Dept X
DISTRICT COURT
CLARK COUNTY, NEVADA
RICHARD BOOTH, a Nevada resident; KEN VU, a Nevada resident; ARCHIE DANIEL, a Nevada resident; KURT SCHLOSS, a Nevada resident; JOHN KATSIBUBAS, a Nevada resident, APRIL KATSIBUBAS, a Nevada resident, Plaintiffs vs. MERCK & COMPANY, INC., a corporation; WAL-MART STORES, INC.; LONGS DRUG STORES CALIFORNIA, INC.; COSTCO WHOLESALE CORPORATION; AMERICAN DRUG STORES, INC., d/b/a JEWEL-OSCO; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; RICKY GULATI, a Nevada resident; FRED AVUENE, a Nevada resident; SERGE BRUNRY, a Nevada resident, DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; JERRY SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DIMORE, a Nevada resident; TRACEY PHILLIPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVEA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, and DOES 1 to 50; inclusive, Defendants.
SUMMONS
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT: A civil Complaint has been filed by the plaintiff against you for the relief set forth in the Complaint
Fred Auzenne
9001 Shale Street
Las Vegas, Nevada 89123
Complaint for
Bodily Injury
1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
Issued at the direction of:
Aaron O'Brien, Esq.
Nevada Bar No. 4576
400 S. Fourth Street, 6th Floor, Las Vegas, Nevada 89101 (702) 450-5400
CHARLES J. SHORT,
CLERK OF COURT
BY: CHRISTINA GREENE
Deputy Clerk
Date Mar 28 2007
County Courthouse
200 Lewis Avenue
Las Vegas, Nevada 89155
PUB: Mar. 31; Apr. 7, 14, 21, 28, 2007 LV Review-Journal

ORIGINAL

FILED
MAY 14 12 19 PM '07
CLERK OF THE COURT

RECEIVED
MAY 14 2007
CLERK OF THE COURT

AFFD
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
AARON M. O'BRIEN, ESQ.
Nevada Bar No. 8863
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
(702) 450-5400
Attorney for Plaintiffs

## DISTRICT COURT

## CLARK COUNTY, NEVADA

RICHARD BOOTH, a Nevada resident; KEN VU, )
a Nevada resident; ARCHIE DANIEL, a Nevada resident )
KURT SCHLOSS, a Nevada resident; JOHN )
KATSIBUBAS, a Nevada resident, )
APRIL KATSIBUBAS, a Nevada resident, )
 )
           Plaintiffs )
vs. )
 )   CASE NO. A527873
MERCK & COMPANY, INC., a corporation; )
WAL-MART STORES, INC.; LONGS DRUG STORES )   DEPT NO. X
CALIFORNIA, INC.; COSTCO WHOLESALE )
CORPORATION; AMERICAN )
DRUG STORES, INC., d/b/a JEWEL-OSCO; LISA )
DAVIS, a Nevada resident; MISTY KUPERMAN, a )
Nevada resident; NEERAJ GULATI, a Nevada resident; )
FRED AUZENNE, a Nevada resident; SERGE )
BRUNET, a Nevada resident; DEBBIE LEE, a )
Nevada resident; KAREN SHOUSE, a Nevada )
resident; NANCY MOREDOCK, a Nevada resident; )
GERALD SHAW, a Nevada resident; KERRY )
EDWARDS, a Nevada resident; TINA DAMORE, )
a Nevada resident; TRACEY PHILIPPI, a Nevada )
resident; JULIE WURCH, a Nevada resident; )
LADON SILVA, a Nevada resident; ROE INDIVIDUAL )
PHARMACISTS 1 to 50; ROE BUSINESSENTITIES )
1 to 100, inclusive 1 to 100, inclusive, and DOES 1 to 50, )
inclusive, )
           Defendants. )
 )

## AFFIDAVIT OF SERVICE BY PUBLICATION ON DEFENDANT DEBBIE LEE

AS ORDERED by the Court, Defendant, DEBBIE LEE has been served by publication of the Summons at least once a week for four (4) consecutive weeks in the Las Vegas Review Journal located in Clark County, Nevada. In addition thereto, a copy of the Summons and Complaint has been mailed to the Defendant, first class mail, postage prepaid, addressed to the Defendant's last known address.

DATED this 14th day of May, 2007.

MAINOR EGLET COTTLE

By: _____
AARON M. O'BRIEN, ESQ.
Nevada Bar No. 8863
400 South Fourth Street, 6th Floor
Las Vegas, Nevada 89101
(702) 450-5400
Attorneys for Plaintiff

2

# CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P.5(b), I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were via U.S. Postal service at Las Vegas, Nevada, in a sealed envelope, with first class postage prepaid, on the date and to the addressee(s) shown below:

## AFFIDAVIT OF SERVICE BY PUBLICATION ON DEFENDANT DEBBIE LEE

Kristina Pickering, Esq.
Denise Barton, Esq.
Robert R. McCoy, Esq.
**MORRIS PICKERING & PETERSON**
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone (702) 474-9400
Attorneys for Defendants, MERCK & Co., Inc.

Steven E. Guinn, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521
Telephone (775) 322-1170

DATED this 14th day of May, 2007

By: _____
JAMES D. ROUFUS, an employee of
Mainor Eglet & Cottle, Lawyers

3

AFFP   DISTRICT COURT
Clark County, Nevada

AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK)   SS:

Stacey M. Lewis, being 1st duly sworn, deposes and says: That she is the Legal Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers regularly issued, published and circulated in the City of Las Vegas, County of Clark, State of Nevada, and that the advertisement, a true copy attached for,

MAINOR EGLET COTTLE          4505400MAI                1794252

was continuously published in said Las Vegas Review-Journal and / or Las Vegas Sun in 5 edition(s) of said newspaper issued from 03/31/2007 to 04/28/2007, on the following days:

> 03/31/2007
> 04/07/2007
> 04/14/2007
> 04/21/2007
> 04/28/2007

Signed: _____

SUBSCRIBED AND SWORN BEFORE ME THIS, THE
_____ day of _____, 2007.

_____
Notary Public

---

SUMM
Case No. A527873 Dept X
DISTRICT COURT
CLARK COUNTY, NEVADA
RICHARD BOOTH, a Nevada resident; KEN VU, a Nevada resident; ARCHIE DANIEL, a Nevada resident; KURT SCHLOSS, a Nevada resident; JOHN KATSIBUBAS, a Nevada resident, APRIL KATSIBUBAS, a Nevada resident, Plaintiffs vs. MERCK & COMPANY, INC., a corporation; WAL-MART STORES, INC.; LONGS DRUG STORES CALIFORNIA, INC.; COSTCO WHOLESALE CORPORATION; AMERICAN DRUG STORES, INC., d/b/a JEWEL-OSCO; LISA DAVIS, a Nevada resident; MISTY KUPERMAN, a Nevada resident; RICKY GULATI, a Nevada resident; FRED AVUENE, a Nevada resident; SERGE BRUNRY, a Nevada resident, DEBBIE LEE, a Nevada resident; KAREN SHOUSE, a Nevada resident; NANCY MOREDOCK, a Nevada resident; JERRY SHAW, a Nevada resident; KERRY EDWARDS, a Nevada resident; TINA DIMORE, a Nevada resident; TRACEY PHILLIPI, a Nevada resident; JULIE WURCH, a Nevada resident; LADON SILVEA, a Nevada resident; ROE INDIVIDUAL PHARMACISTS 1 to 50; ROE BUSINESS ENTITIES 1 to 100, inclusive, and DOES 1 to 50, inclusive, Defendants.
SUMMONS
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT: A civil Complaint has been filed by the plaintiff against you for the relief set forth in the Complaint
Debbie Lee
957 Mill Street
Ely, Nevada 89301
Complaint for
Bodily Injury
1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
Issued at the direction of:
Aaron O'Brien, Esq.
Nevada Bar No. 4576
400 S. Fourth Street, 6th Floor, Las Vegas, Nevada 89101 (702) 450-5400
CHARLES J. SHORT,
CLERK OF COURT
BY: CHRISTINA GREENE
Deputy Clerk
Date Mar 28 2007
County Courthouse
200 Lewis Avenue
Las Vegas, Nevada 89155
PUB: Mar. 31, Apr. 7, 14, 21, 28, 2007 LV Review-Journal