# SIMIEN & SIMIEN

*Attorneys and Counselors at Law*
*Registered Limited Liability Company*

7908 WRENWOOD BOULEVARD
BATON ROUGE, LOUISIANA 70809

Telephone  (225) 932-9221
Facsimile  (225) 932-9286
Web page  www.simien.com

EULIS SIMIEN, JR.
JIMMY SIMIEN
MARK W. SIMIEN
R. BREE ROUTMAN*

BATON ROUGE, LA
LAKE CHARLES, LA

July 25, 2007

_____

*Also licensed in Mississippi and South Carolina*

Honorable Clerk of Court
MDL 1657
500 Poydras Street, Room C-456
New Orleans, LA 70130

Re:     Clarence Vandeneng v. Merck & Co., Inc.
         MDL No. 1657
         Docket No.: 2:07-CV-00961
         Case No. 06-991

Dear Sir or Madam:

Following please find for filing in the above-referenced matter:

1. Stipulation of Dismissal

2. Order of Dismissal without Prejudice

Please file the enclosed documents and submit them to Judge Fallon for his review.  Please return a copy of the filed, stamped documents to our office.  We have enclosed a self-addressed, pre-paid envelope.  Should you have any questions, please contact us at 225-932-9221.

With warm regards, I remain

Sincerely,

*Eulis Simien/br*

Eulis Simien, Jr.

CC: Dorothy Wimberly, Esq.
    John N. Poulos, Esq.
    Clarence Vandeneng

Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiff Clarence Vandeneng

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLARENCE VANDENENG,** | * | **In re: VIOXX PRODUCTS** |
| | * | **LIABILITY LITIGATION** |
| **PLAINTIFF,** | * | **MDL Docket No. 1657** |
| | * | |
| **v.** | * | **DOCKET NO. 2:07-CV-00961** |
| | * | |
| **MERCK & CO., INC. a foreign** | * | **SECTION L-MAGISTRATE 3** |
| **Corporation,** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **DEFENDANT.** | * | **MAGISTRATE JUDGE** |

**(Related Matter: Hilda Smart, et. al., v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana, Case No. 06-991)**

## STIPULATION OF DISMISSAL

On this, the _____ day of July, 2007, it is hereby **STIPULATED, ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action, for Plaintiff Clarence Vandeneng only, be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. This Dismissal should not affect any other Plaintiff in the lawsuit filed on behalf of Clarence Vandeneng and pertains to Clarence Vandeneng only. Should he seek to re-file, Plaintiff Clarence Vandeneng will re-file in the federal Multi-District Litigation ("MDL") and not in state court.

This Stipulation is filed on behalf of Plaintiff Clarence Vandeneng, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

In compliance with PTO 8B, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court, they will make the change directly on File & Serve to reflect the dismissal without prejudice on the above-referenced case(s).

**APPROVED AND SO ORDERED**

_____
Eldon E. Fallon
United States District Judge

**DATED** this ____ day of _____, 2007.

**SIMIEN & SIMIEN, L.L.C.**

____/s/ Eulis Simien, Jr._____
Eulis Simien, Jr.
Attorney for the Plaintiff

**DATED** this 25th day of July, 2007.

**STONE PIGMAN WALTHER
     WITTMAN LLC**
*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

**DATED** this 25th day of July, 2007.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the procedures established in MDL 1657, on this 25th day of July, 2007.

                                    __/s/ Eulis Simien, Jr._____
                                    Eulis Simien, Jr.
                                    Attorney for the Plaintiff