UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BERNADINE FRANKLIN | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| PLAINTIFF, | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 07-686 |
| | * | |
| MERCK & CO., INC. a foreign Corporation, | * | SECTION L-MAGISTRATE 3 |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |
| | * | |

(Related Matter: Rene Bellon, et. al., v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana, Case No. 06-992)

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Bernadine Franklin only. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Bernadine Franklin only, are dismissed, without prejudice, subject to the terms and conditions of the Stipulation.

Dated this ____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE