UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| *Villafranca, Enrique v. Merck & Co.,* | * | MAGISTRATE |
| *Inc.*; Docket Number: 2:05-cv-02372; | * | JUDGE KNOWLES |
| | * | |
| *Segui, Margarita v. Merck & Co., Inc.*; | * | |
| Docket Number: 2:06-cv-03901; | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

**NOTICE OF WITHDRAWAL OF RULE TO SHOW CAUSE WHY CASES
SHOULD NOT BE DISMISSED WITH PREJUDICE AS TO ADDITIONAL CASES**

On June 28, 2007, Defendant Merck & Co., Inc. ("Merck"), filed a rule to show cause why certain cases, including the claims of the plaintiffs referenced above, should not be dismissed with prejudice for failure to comply with Pre-Trial Order 18C. The above-listed plaintiffs subsequently submitted a completed Plaintiff Profile Form and records to Merck. Accordingly, Merck hereby gives notice to the Court that it is withdrawing its rule against the above-listed plaintiffs only.  Merck intends to proceed with its rule against the remaining plaintiffs identified in the rule.

          Respectfully submitted,
          */s/ Dorothy H. Wimberly*
          Phillip A. Wittmann, 13625
          Dorothy H. Wimberly, 18509
          Carmelite M. Bertaut, 3054
          STONE PIGMAN WALTHER
          WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana 70130
          Phone: 504-581-3200
          Fax:    504-581-3361
          Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Withdrawal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of July, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel