# SIMIEN & DELPHIN

*Attorneys and Counselors at Law*
*Registered Limited Liability Company*

7908 WRENWOOD BOULEVARD
BATON ROUGE, LOUISIANA 70809

Telephone (225) 932-9221
Facsimile (225) 932-9286
Web page www.simien.com

BATON ROUGE, LA
LAKE CHARLES, LA

MARK A. DELPHIN†
EULIS SIMIEN, JR.
JIMMY SIMIEN
MARK W. SIMIEN
R. BREE ROUTMAN*

July 25, 2007

---

† *Also licensed in Texas*
\* *Also licensed in Mississippi and South Carolina*

Honorable Clerk of Court
MDL 1657
500 Poydras Street
New Orleans, LA 70130

Re:   Barbara Hargrove v. Merck & Co., Inc.
      MDL No. 1657
      Docket No.: 2:07-CV-00961

Dear Sir or Madam:

Following please find for filing in the above-referenced matter:

1. Motion for Voluntary Dismissal Without Prejudice

2. Order of Dismissal without Prejudice

Please file the enclosed documents and return a copy of the filed, stamped documents to our office. We have enclosed a self-addressed, pre-paid envelope. Should you have any questions, please contact us at 225-932-9221.

With warm regards, I remain

Sincerely,

*Eulis Simien/br*

Eulis Simien, Jr.

CC: Dorothy Wimberly, Esq.

John N. Poulos, Esq.

1  Eulis Simien, Jr. (LA State Bar No. 12077)
   Email: Eulis@simien.com
2  Simien & Simien, L.L.C.
   7908 Wrenwood Boulevard
3  Baton Rouge, LA 70809
   (225) 932-9221 telephone
4  (334) 954-7555 facsimile
5
   Attorneys for Plaintiffs Barbara Hargrove only
6
   _____

7               **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF LOUISIANA**
8

9  **BARBARA HARGROVE,**              *      **In re:  VIOXX PRODUCTS**
                                      *      **LIABILITY LITIGATION**
10                                    *      **MDL Docket No. 1657**
                                      *
11      **PLAINTIFF,**                *
                                      *
12          **v.**                    *      **DOCKET NO. 07-961**
                                      *
13 **MERCK & CO., INC. a foreign**    *
   **Corporation,**                   *
14                                    *      **JUDGE ELDON E. FALLON**
        **DEFENDANT.**                *      **MAGISTRATE JUDGE**
15                           *

16 **(Related Matter:  Hilda Smart, et. al., v. Merck & Co., Inc., United States District Court for**
   **the Eastern District of Louisiana, Case No. 06-991)**
17 _____

18

19          **MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

20          Plaintiff, Barbara Hargrove, by and through her undersigned counsel, hereby requests that

21 this Court enter an Order voluntarily dismissing defendant Merck & Co, Inc., without prejudice,

22 with each party bearing its own costs and attorneys' fees.  The parties could not agree to the terms

23 of this dismissal, as the defendants asked to include additional language that, if the plaintiff elects

24 to re-file her lawsuit, she must do so in this MDL.   Undersigned counsel no longer represents the

25 plaintiff and cannot agree to that term on her behalf.

26

27

28

                                                        MOTION TO FILE AFFIDAVIT UNDER SEAL

WHEREFORE, the undersigned requests that this Court enter an Order dismissing the plaintiff's claims without prejudice against Merck & Co, Inc., with each party bearing its own costs and attorneys' fees.

Dated: July 25, 2007          **SIMIEN & SIMIEN, L.L.C.**

                       _/s/ Eulis Simien, Jr._
                       Eulis Simien, Jr. (LA State Bar No. 12077)
                       Email: Eulis@simien.com
                       Simien & Simien, L.L.C.
                       7908 Wrenwood Boulevard
                       Baton Rouge, LA 70809
                       (225) 932-9221 telephone
                       (334) 954-7555 facsimile

                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the procedures established in MDL 1657, on this 25th day of July, 2007.

                       Phillip A. Wittmann
                       Dorothy H. Wimberly
                       STONE PIGMAN WALTHER WITTMANN
                       546 Carondelet Street
                       New Orleans, Louisiana 70130
                       Phone: 504-581-3200
                       Fax:     504-581-3361

                       Defendants' Liaison Counsel

Dated: July 25, 2007                    _/s/ Eulis Simien, Jr._
                                 Eulis Simien, Jr.
                                 Attorney for the Plaintiff

MOTION TO FILE AFFIDAVIT