Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiffs Barbara Hargrove only

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARBARA HARGROVE, | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| | * | MDL Docket No. 1657 |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | DOCKET NO. 07-961 |
| | * | |
| MERCK & CO., INC. a foreign | * | |
| Corporation, | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |
| | * | |

(Related Matter: Hilda Smart, et. al., v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana, Case No. 06-991)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY ORDERED, pursuant to the above Motion, that the claims of plaintiff Barbara Hargrove is dismissed without prejudice.

Dated: _____, 2007

_____
Eldon E. Fallon
United States District Judge