# SIMIEN & DELPHIN

*Attorneys and Counselors at Law*
*Registered Limited Liability Company*

7908 WRENWOOD BOULEVARD
BATON ROUGE, LOUISIANA 70809

Telephone (225) 932-9221
Facsimile (225) 932-9286
Web page www.simien.com

MARK A. DELPHIN†
EULIS SIMIEN, JR.
JIMMY SIMIEN
MARK W. SIMIEN
R. BREE ROUTMAN*

BATON ROUGE, LA
LAKE CHARLES, LA

July 25, 2007

† *Also licensed in Texas*
\* *Also licensed in Mississippi and South Carolina*

Honorable Clerk of Court
MDL 1657
500 Poydras Street
New Orleans, LA 70130

Re:   Bernadine Poche v. Merck & Co., Inc.
      MDL No. 1657
      Docket No.: 07-686

Dear Sir or Madam:

Following please find for filing in the above-referenced matter:

1. Stipulation of Dismissal

2. Order of Dismissal without Prejudice

Please file the enclosed documents and return a copy of the filed, stamped documents to our office. We have enclosed a self-addressed, pre-paid envelope. Should you have any questions, please contact us at 225-932-9221.

With warm regards, I remain

Sincerely,

*Eulis Simien/br*

Eulis Simien, Jr.

CC: Dorothy Wimberly, Esq.
    John N. Poulos, Esq.

Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiffs Bernadine Poche only

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BERNADINE POCHE, | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| | * | MDL Docket No. 1657 |
| PLAINTIFF, | * | |
| v. | * | DOCKET NO. 07-961 |
| MERCK & CO., INC. a foreign Corporation, | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |

(Related Matter: Hilda Smart, et. al., v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana, Case No. 06-991)

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Bernadine Poche, by and through her undersigned counsel, hereby requests that this Court enter an Order voluntarily dismissing defendant Merck & Co, Inc., without prejudice, with each party bearing its own costs and attorneys' fees. The parties could not agree to the terms of this dismissal, as the defendants asked to include additional language that, if the plaintiff elects to re-file her lawsuit, she must do so in this MDL. Undersigned counsel no longer represents the plaintiff and cannot agree to that term on her behalf.

WHEREFORE, the undersigned requests that this Court enter an Order dismissing the plaintiff's claims without prejudice against Merck & Co, Inc., with each party bearing its own costs and attorneys' fees.

Dated: July 25, 2007          **SIMIEN & SIMIEN, L.L.C.**

                                           /s/ Eulis Simien, Jr.
Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the procedures established in MDL 1657, on this 25th day of July, 2007.

                                           Phillip A. Wittmann
Dorothy H. Wimberly
STONE PIGMAN WALTHER WITTMANN
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Dated: July 25, 2007               /s/ Eulis Simien, Jr.
Eulis Simien, Jr.
Attorney for the Plaintiff