UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **VIOXX PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | MDL Docket No. 1657 |
| _____ | ) | Section L |
| Frances Palmer | ) ) | |
| Plaintiff, | ) | JUDGE FALLON |
| | ) ) | MAG. JUDGE KNOWLES |
| vs. | ) ) | |
| Merck, Inc | ) ) | |
| Defendants. | ) ) | |
| Civ. Action No. 05-4443 | ) ) | |

**MOTION TO WITHDRAW AS COUNSEL**

The Becnel Law Firm, L.L.C. and its attorneys Daniel E. Becnel, Jr. and Kevin P. Klibert, hereby move the Court for an Order permitting the firm to withdraw as counsel for Frances Palmer. The Becnel Law Firm, LLC and its attorneys Daniel E. Becnel and Kevin P. Klibert have made numerous attempts to contact the plaintiff, without success.

Plaintiff's last known address is 4601 Lafron Drive, New Orleans, LA 70160.

Opposing counsel has been notified and consents to this withdrawal.

Dated: July 26, 2007

                                                                         s / Kevin P. Klibert
Daniel E. Becnel, Jr. (Bar #2926) TC
Kevin P. Klibert (Bar#26954)
**Becnel Law Firm, LLC**
106 W. Seventh St.
PO Drawer H
Reserve, LA 70084
985.536.1186
985.536.6995 fax

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Motion to Withdraw as Counsel of Record was served upon all parties, through CM/ECF or via U.S.P.S. for those parties not registered on the electronic service list on this 26th day of July, 2007.

                                            /s/ Kevin P. Klibert  
                                        KEVIN P. KLIBERT