UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: **VIOXX PRODUCTS LIABILITY LITIGATION** ) ) _____ ) ) Frances Palmer ) Plaintiff, ) ) vs. ) ) Merck, Inc ) ) Defendants. ) ) Civ. Action No. 05-4443 ) ) | **MDL Docket No. 1657** **Section L** **JUDGE FALLON** **MAG. JUDGE KNOWLES** |

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Withdraw as Counsel of Record filed by the Becnel Law Firm, L.L.C. and Daniel E. Becnel, Jr. and Kevin P. Klibert is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Frances Palmer must find new counsel within ____ days of this order or continue pro se.

**SO ORDERED ON THIS ____ DAY OF _____, 2007, IN NEW ORLEANS, LOUISIANA.**

                                                          _____
                                                          **JUDGE ELDON FALLON**