UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Joan M. Petty v. Merck Corporation, et al.* | * | |
| (E.D. La. Index No. CA-07-3724-L) | * | MAG. JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT MERCK & CO.'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendant Merck & Co., Inc. ("Merck") respectfully moves for a fourteen-day enlargement of time, through and including August 9, 2007, in which to respond to Plaintiff's Complaint. In support of this Motion, Merck states:

1. Plaintiff Joan Petty commenced this action by filing a complaint ("Complaint") purporting to state claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO") in the United States District Court for the Southern District of Florida on June 7, 2007.

2. Defendant Merck was formally served with the Complaint on July 6, 2007.

3. On July 13, 2007, the Judicial Panel on Multidistrict Litigation filed in this Court the one hundred fifth conditional transfer order, which includes this case.

4. Pursuant to the Federal Rules of Civil Procedure, Merck's response to the Complaint is currently due July 26, 2007.

5. Due to the nature of the allegations in the Complaint, Merck reasonably requires additional time, through and including August 9, 2007, to prepare an appropriate response.

886313v.1

6. This request is not being made for any improper purpose. Moreover, no party will be prejudiced by the granting of this Motion.

7. Plaintiff's counsel has agreed to the requested enlargement.

## MEMORANDUM OF LAW

It is within this Court's sound discretion to grant Merck an enlargement of time in which to respond to Plaintiff's Complaint. *See, e.g.*, Fed. R. Civ. P. 6(b). A proposed order granting this unopposed motion is attached hereto as **Exhibit A**.

WHEREFORE, Defendant Merck respectfully requests that the Court exercise its discretion and grant an enlargement of time, up to and including August 9, 2007, within which Merck may serve its response to Plaintiff's Complaint.

Dated: July 26, 2007.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendant's Liaison Counsel

Patricia E. Lowry
Barbara Bolton Litten
Maria Jose Moncada
Squire, Sanders & Dempsey L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Phone: 561-650-7200
Fax:    561-655-1509

*Attorneys for Defendant Merck & Co.*

886313v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion For Enlargement of Time To Respond to Plaintiff's Complaint by Merck & Co. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of July, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

886313v.1