UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| *Joan M. Petty v. Merck Corporation, et al.* | * | |
| (E.D. La. Index No. CA-07-3724-L) | * | MAG. JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING DEFENDANT MERCK & CO.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS CAUSE having come before the Court on Defendant Merck & Co. Inc.'s ("Merck") Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint ("Unopposed Motion for Enlargement of Time"), and the Court having reviewed the record and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Defendant Merck's Unopposed Motion for Enlargement of Time is hereby **GRANTED**.

2. Defendant Merck shall have up to and including August 9, 2007 to serve its response to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers at New Orleans, Louisiana this _____ day of _____, 2007.

_____
HONORABLE ELDON E. FALLON

*Copies furnished to:*
All counsel of record on attached service list

886315v.1

## SERVICE LIST

### Joan M. Petty v. Merck Corporation, et al.
### E.D. La. Index No. CA- 07-3724 –L

Russ Herman
HERMAN, HERMAN, KATZ & COTLER
820 O'Keefe Avenue
New Orleans, LA 70113
Plaintiff's Liaison Counsel

Robert J. Fenstersheib
Michael A. Kaiser
LAW OFFICES OF ROBERT J. FENSTERSHEIB &
ASSOCIATES, P.A.
520 West Hallandale Boulevard
Hallandale, FL 33009
Telephone:  (954) 456-2488
Facsimile:  (954) 456-2588

*Attorneys for Plaintiff Joan M. Petty*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendant's Liaison Counsel

Patricia E. Lowry
Barbara Bolton Litten
Maria Jose Moncada
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Phone: 561-650-7200
Fax:    561-655-1509

*Attorneys for Defendant Merck & Co.*

2

886315v.1