UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | : | MDL Docket No. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| This document relates to: *Gladys V. Davis, a/k/a Gladys V. Miller v. Merck & Co., Inc.* (E.D. La. 07-1476) | : : : | JUDGE FALLON MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL

It is STIPULATED and AGREED by and between the parties that, pursuant to Fed. R. Civ. P. 41(a)(1), the action captioned above is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs and counsel fees.

By: _____        _____
Date:  7.24.07                          Date:  7/1/87

Joseph K. Hetrick                       Ralph J. Johnston, Jr.
A. Elizabeth Balakhani                  Johnston & Johnston
Dechert LLP                             Suite 308
Cira Centre                             Pierce Officenter
2929 Arch Street                        250 Pierce Street
Philadelphia, PA 19104-2808             Kingston, PA 18704
Phone: (215) 994-4000                   Phone: (570) 288-7101
Fax: (215) 994-2222                     Fax: (570) 288-8340

Attorneys for Defendant Merck & Co., Inc.    Attorney for Plaintiff

Phillip A. Whittmann, 13625
Dorothy H. Wimberly, 18509
Camelite M. Bertaut, 3054
Stone Pigman Walther Whittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of July, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel