## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Gladys V. Davis, a/k/a Gladys V. Miller* | * | JUDGE KNOWLES |
| *v. Merck & Co., Inc.;* Docket Number: | * | |
| 07-1476 | * | |
| | * | |

* * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Gladys V. Davis, a/k/a Gladys V. Miller in the above-captioned case be and they hereby are dismissed with prejudice, with each party to bear his or her own costs.

_____
DISTRICT JUDGE

NY 884049_1.DOC

884049v.1