UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Ruyle v. Merck & Co., Inc., 05-3381* | * | **JUDGE KNOWLES** |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## ORDER GRANTING LEAVE TO FILE AMENDED ANSWER

Considering the foregoing Stipulation to File Amended Answer,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file its amended answer.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
DISTRICT JUDGE

NY 884049_1.DOC

884049v.1