BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: VIOXX® | ) MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) Section L |
| This document relates to: *Avant, et al. v. Merck & Co., Inc., et al.* (Index No. 07-900); *Batiz, et al. v. Merck & Co., Inc., et al.* (Index No. 07-901); *Chapman, et al. v. Merck & Co., Inc., et al.* (Index No. 07-902); *Coon, et al. v. Merck & Co., Inc., et al.* (Index No. 07-903); *Cox, et al. v. Merck & Co., Inc., et al.* (Index No. 07-904); *Fitzgerald, et al. v. Merck & Co., Inc., et al.* (Index No. 07-2099); *Maestro, et al. v. Merck & Co., Inc., et al.* (Index No. 07-2100); *Morris, et al. v. Merck & Co., Inc., et al.* (Index No. 07-2101); *Williams, et al. v. Merck & Co., Inc., et al.* (Index No. 07-2102) | ) Judge Fallon  ) Mag. Judge Knowles |

## STIPULATION AND ORDER TO DISMISS DEFENDANT NANCY MOREDOCK

Plaintiffs and defendants hereby stipulate that defendant Nancy Moredock be dismissed from each of the above-listed cases with prejudice, each party to bear their own fees and costs.

MAINOR EGLET COTTLE

By: _____
Robert Cottle, No. 4576
Anthony Ashby, No. 4911
400 South Fourth Street
Suite 600
Las Vegas, Nevada 89101

Attorneys for Plaintiffs

STONE PIGMAN WALTHER
WITTMAN L.L.C.

By: _____
Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

Kristina Pickering, No. 992
Denise Barton, No. 5579
Robert R. McCoy, No. 9121
MORRIS PICKERING & PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Phone: 702-474-9400
Fax: 702-474-9422

Counsel for Defendants Merck & Co., Inc., Kerry Edwards, Nancy Moredock, Mary Tracey Philippi, Gerald Shaw, Karen Shouse, Ladon Silva, Serge Burnet, Tina Damore, Julie Wurch, and Nicole Lorenzi

LAXALT & NOMURA, LTD.

By: _____
Steven E. Guinn, No. 5341
Holly Parker, No. 10181
9600 Gateway Drive
Reno, Nevada 89521

Attorneys for Pharmacy Defendants

## ORDER

IT IS SO ORDERED. The above-named defendant is hereby dismissed with prejudice.

_____
JUDGE

DATED_____

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of July, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel