UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Avant, et al. v. Merck & Co., Inc.;07-900; Batiz, et al. v. Merck & Co., Inc., 07-901; Chapman, et al. v. Merck & Co., Inc., 07-902; Coon, et al. v. Merck & Co., Inc., 07-903; Cox, et al. v. Merck & Co., Inc., 07-904; Fitzgerald, et al. v. Merck & Co., Inc., 07-2099; Maestro, et al. v. Merck & Co., Inc., 07-2100; Morris, et al. v. Merck & Co., Inc., 07-2101; Williams, et al. v. Merck & Co., Inc., 07-2102* | * | JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation to Dismiss Defendant Nancy Moredock,

IT IS ORDERED that all claims against defendant Nancy Moredock in the above-referenced cases be and they hereby are dismissed with prejudice, each party to bear his or her own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
DISTRICT JUDGE

NY 884049_1.DOC

884049v.1