Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiff Larry LeBouef

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LARRY LEBOUEF** | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| **PLAINTIFF,** | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 07-686 |
| | * | |
| **MERCK & CO., INC. a foreign Corporation,** | * | SECTION L-MAGISTRATE 3 |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| **DEFENDANT.** | * | MAGISTRATE JUDGE |
| | * | |

### STIPULATION OF DISMISSAL

On this, the _____ day of July, 2007, it is hereby **STIPULATED, ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action, for Plaintiff Larry LeBouef only, be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. This Dismissal should not affect any other Plaintiff in the lawsuit filed on behalf of Larry LeBouef and pertains to Larry LeBouef only. Should he seek to re-file, Plaintiff Larry LeBouef will re-file in the federal Multi-District Litigation ("MDL") and not in state court.

This Stipulation is filed on behalf of Plaintiff Larry LeBouef, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

1

In compliance with PTO 8B, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court, they will make the change directly on File & Serve to reflect the dismissal without prejudice on the above-referenced case(s).

**APPROVED AND SO ORDERED**

_____
Eldon E. Fallon
United States District Judge

**DATED** this 27th day of July, 2007.

**SIMIEN & SIMIEN, L.L.C.**

___/s/ Eulis Simien, Jr._____
Eulis Simien, Jr.
Attorney for the Plaintiff

**DATED** this 27th day of July, 2007.

**STONE PIGMAN WALTHER WITTMAN LLC**
*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

**DATED** this 27th day of July, 2007.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the procedures established in MDL 1657, on this 27th day of July, 2007.

          /s/ Eulis Simien, Jr.
Eulis Simien, Jr.
Attorney for the Plaintiff