UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: VIOXX PRODUCTS LIABILITY
LITIGATION

MDL Docket NO. 1657

JUDGE ELDON E. FALLON

LOIS WRIGHT, et al.,

Plaintiff,

**STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE
AND WITHOUT COSTS**

vs.

MERCK & CO., INC., a foreign corporation,

CASE NO. 2:05-cv-04448-EEF-DEK

Defendant.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and

counsel for Defendants that the Complaint of Plaintiff LOIS WRIGHT only, originally filed in

the US District Court, Eastern District of Louisiana, New Orleans Division, Case Number

2:05-cv-04448-EEF-DEK, and then later transferred to the MDL No. 1657, *In Re: Vioxx*

*Products Liability Litigation,* may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff

will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 7/10/07

By: X

Lois Wright

Dated: 7/23/07

By:

Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
BOWERSOX LAW FIRM, P.C.
111 SW Columbia St., Suite 1000
Portland, OR 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833

Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
*Attorneys for Plaintiff Lois Wright*

Dated: 7/27/07

By:

Phillip A. Wittmann, Esq.
Stone, Pigman, Walther & Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been

served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by

hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis

File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing

in accord with the procedures established in MDL 1657, on this 27th day of July, 2007.

> */s/ Dorothy H. Wimberly*
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana 70130
> Phone: 504-581-3200
> Fax:    504-581-3361
> dwimberly@stonepigman.com
>
> Defendants' Liaison Counsel