Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiffs Rene Bellon, Adolph Dunn, Harold Horton, Celestine Lewis, Joyce Spears and Terry Vitrano only

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENE BELLON, ADOLPH DUNN, HAROLD HORTON, CELESTINE LEWIS, JOYCE SPEARS, TERRY VITRANO<br><br>PLAINTIFFS,<br><br>v.<br><br>MERCK & CO., INC. a foreign Corporation,<br><br>DEFENDANT. | * * * * * * * * * * * * * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION<br>MDL Docket No. 1657<br><br><br><br><br>CASE NO. 07-686<br><br>SECTION L-MAGISTRATE 3<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Rene Bellon, Adolph Dunn, Harold Horton, Celestine Lewis, Joyce Spears, and Terry Vitrano, by and through their undersigned counsel, hereby request that this Court enter an Order voluntarily dismissing defendant Merck & Co, Inc., without prejudice, with each party bearing its own costs and attorneys' fees. The parties could not agree to the terms of this dismissal, as the defendants asked to include additional language that, if the plaintiffs elect to re-file their lawsuit, they must do so in this MDL. Undersigned counsel no longer represents the plaintiffs and cannot agree to that term on their behalves.

WHEREFORE, the undersigned requests that this Court enter an Order dismissing the plaintiffs' claims without prejudice against Merck & Co, Inc., with each party bearing its own costs and attorneys' fees.

Dated: July 27, 2007

**SIMIEN & SIMIEN, L.L.C.**

___/s/ Eulis Simien, Jr._____
Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the procedures established in MDL 1657, on this 28th day of July, 2007.

Phillip A. Wittmann
Dorothy H. Wimberly
STONE PIGMAN WALTHER WITTMANN
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Dated: July 27, 2007

___/s/ Eulis Simien, Jr._____
Eulis Simien, Jr.
Attorney for the Plaintiff