Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiffs Rene Bellon, Adolph Dunn, Harold Horton, Celestine Lewis, Joyce Spears and Terry Vitrano only

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENE BELLON, ADOLPH DUNN, HAROLD HORTON, CELESTINE LEWIS, JOYCE SPEARS, TERRY VITRANO | * * * * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION MDL Docket No. 1657 |
| PLAINTIFFS, | * * | |
| v. | * * | CASE NO. 07-686 |
| MERCK & CO., INC. a foreign Corporation, | * * * | SECTION L-MAGISTRATE 3 |
| DEFENDANT. | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED, pursuant to the above Motion, that the claims of plaintiffs Rene Bellon, Adolph Dunn, Harold Horton, Celestine Lewis, Joyce Spears, and Terry Vitrano are dismissed without prejudice.

Dated: _____, 2007

_____
Eldon E. Fallon
United States District Judge