IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>         LIABILITY LITIGATION | MDL DOCKET NO. 1657<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| MARSHA MURPHY<br><br>       Plaintiff, | CASE NO.   2:06-cv-01460 |
| v.<br><br>MERCK & CO., INC., et al.<br><br>       Defendants. | |

## MOTION TO WITHDRAW

PLEASE TAKE NOTICE, that Elisabeth French, on behalf of herself and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., hereby moves this Court for an order allowing her to withdraw as counsel of record for the plaintiff, MARSHA MURPHY.

This request is in no way intended to alter, change and/or affect the claims of any and all other named plaintiffs as previously set forth in the original complaint and any amendments thereto.

This motion is and will be based on the grounds that counsel has, despite due diligence, been unable to obtain the cooperation of the plaintiff since approximately March 10, 2006. Specifically,

counsel has been unable to obtain a response to their request for cooperation necessary to prosecute the action on her behalf.

**This Motion is due to be granted based upon the following:**

1. On March 10, 2006, via U. S. Mail, Plaintiff was forwarded a copy of Plaintiff's Profile Form and Authorizations. Plaintiff was provided with a pre-addressed, postage-paid envelope for responses, and was asked to respond as soon as possible.

2. On August 18, 2006, via U.S. Mail, Plaintiff was forwarded a letter requesting that Plaintiff contact counsel regarding the Plaintiff Profile Form and informing her that her case could be dismissed.

3. On January 18, 2007, via U.S. Mail, Plaintiff was forwarded a letter notifying her that it was imperative to the case that counsel receive the completed Plaintiff Profile Form.

6. To date, Plaintiff has failed to respond, or contact counsel.

As a result of the plaintiff's lack of cooperation and communication, despite numerous attempts, counsel is unable to effectively prosecute this action on Plaintiff's behalf and seeks an order relieving them of any further responsibility for the prosecution of this action.

Pittman, Dutton, Kirby & Hellums, P.C. has diligently represented Marsha Murphy to the best of their abilities throughout the duration of this action. Their efforts have, however, been hampered by their inability to obtain cooperation from the plaintiff.

Counsel cannot comply with the Orders issued by this Court or take any other meaningful action without the cooperation of the plaintiff and requests, therefore, that they be allowed to withdraw as counsel of record forthwith.

Respectfully submitted,

Dated: _____July 30 2007_____

/s/ Elisabeth French
Elisabeth French (ASB-3527-T81E)
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, Alabama 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711
Email: PHDKH@pittmanhooks.com

**Counsel for Plaintiff,
Marsha Murphy**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re:  VIOXX PRODUCTS<br>LIABILITY LITIGATION | ) <br>) <br>) <br>) <br>) <br>) | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| MARSHA MURPHY<br><br>           Plaintiff, | ) <br>) <br>) | CASE NO.    2:06-cv-01460 |
| v.<br><br>MERCK & CO., INC., et al.<br><br>           Defendants. | ) <br>) <br>) <br>) <br>) <br>) | |

### ORDER ON MOTION TO WITHDRAW

On July 18, 2007, Plaintiff's counsel, Elisabeth French and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., filed a Motion to Withdraw as counsel for the Plaintiff, Marsha Murphy.  The Motion to Withdraw is hereby granted.

In New Orleans, Louisiana, this the _____ day of _____, 2007.

_____
DISTRICT JUDGE