UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS | : | MDL Docket No. 1657 |
| LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

..................................................................................

**THIS DOCUMENT RELATES TO:**
Civil Action No: 07-949                                                                 **Plaintiff: Ina Tellez**

..................................................................................

### JACK MODESETT, III, AND DOUGLAS A. ALLISON'S MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF

Jack Modesett, III, and Douglas A. Allison ask this court to allow them to withdraw as attorneys for Plaintiff in this case.

### INTRODUCTION

1. Plaintiff is INA M. TELLEZ. Defendants are MERCK & CO., INC.; AMERISOURCE, INC.; BERGEN BRUNSWIG DRUG COMPANY d/b/a AMERISOURCEBERGEN; and JOSEF EDWARD HOLME, M.D.

2. On or about August 28, 2006, Plaintiff sued Defendants for medical malpractice, negligence, gross negligence, breach of warranty, strict products liability, misrepresentation, and fraud in the 53RD District Court of Travis County, Texas.

### ARGUMENT AND AUTHORITIES

3. There is good cause for this court to grant this motion to withdraw. More specifically, Plaintiff's counsels (hereinafter referred to as "Movants") have not been able to get the benefit of cooperation from their client. In fact, the client has refused (and continues to refuse) to communicate with Movants (and their staff). Moreover, Plaintiff's counsels, in good

1

faith, cannot recommend the continued assertion of this case in light of evidence that has been discovered since the filing of this suit (upon consideration of the core criteria outlined and entered by this Honorable Court).

4. Movants have made numerous attempts to contact their client either by telephone, mail, or traveling to Plaintiff's last known residence regarding either voluntarily dismissing her claims in this matter, or allowing Movants to withdraw as her attorneys. However, to date, Movants have been unable to communicate with Plaintiff regarding her case and therefore, have no alternative but to ask this Court to allow them to withdraw as counsel of record.

5. Movants have delivered a copy of this motion to Plaintiff by both certified mail and regular mail.

6. Plaintiff's last known address and telephone number are 2314 Wickersham Lane, Apt. 400, Austin, Texas 78741; 512-385-6355 (respectively).

7. There are no known setting and no known deadlines pending in this case.

8. This withdrawal will not delay these proceedings or unfairly prejudice Plaintiff, or any party to this suit.

## CONCLUSION

9. For the reasons set forth above, Movants, Jack Modesett, III, and Douglas A. Allison, ask this court to grant their motion to withdraw as attorneys for Plaintiff.

Respectfully submitted,

 /s/ Douglas A. Allison
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471

        361-888-6002
        361-888-6651 FAX NUMBER

        /s/ Jack Modesett, III
        Jack Modesett III
        State Bar No. 14244337
        Federal ID No.: 13730
        500 N. Water Street, Suite 1200
        Corpus Christi, Texas 78471
        TEL: (361) 887-6449
        FAX: (361) 885-7983

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure via electronic mailing and/or certified U.S. mail, return receipt requested on this the 31st day of July, 2007.

        /s/ Douglas A. Allison
        Douglas A. Allison