IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| **In re:  VIOXX PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | **MDL DOCKET NO. 1657** |
| | ) | |
| | ) | **JUDGE FALLON** |
| | ) | **MAG. JUDGE KNOWLES** |
| | ) | |
| MARSHA MURPHY | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.    2:06-cv-01460 |
| | ) | |
| v. | ) | |
| | ) | |
| MERCK & CO., INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION TO WITHDRAW

On July 31, 2007, Plaintiff's counsel, Tom Dutton and the law firm of Pittman, Dutton,

Kirby & Hellums, P.C., filed a Motion to Withdraw as counsel for the Plaintiff, Marsha Murphy.

The Motion to Withdraw is hereby granted.


In New Orleans, Louisiana, this the _____ day of _____, 2007.


_____
DISTRICT JUDGE