**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  VIOXX                                          *       MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION       *
                                                 *       SECTION: L(3)
                                                 *
                                                 *       JUDGE FALLON
                                                 *       MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *All Cases*

**ORDER**

For the reasons stated on the record at today's hearing, IT IS ORDERED that the

following motions to withdraw as counsel of record for various plaintiffs subject to Merck's

rules to show cause why cases should not be dismissed are DENIED:

1.      Plaintiff Counsels' Motion to Withdraw as Counsel (Rec. Doc. 11550);

2.      Plaintiff Counsels' Motion to Withdraw as Counsel (Rec. Doc. 11551);

3.      Motion for Leave to Withdraw as Counsel (Rec. Doc. 11668);

4.      Motion for Leave to Withdraw as Counsel (Rec. Doc. 11669);

5.      Motion for Leave to Withdraw as Counsel (Rec. Doc. 11670);

6.      Motion for Leave to Withdraw as Counsel (Rec. Doc. 11671);

7.      Motion of Withdrawal of Jonathan W. Johnson as Counsel for Plaintiff (Rec. Doc. 11780).

New Orleans, Louisiana, this __27th__ day of __July__, 2007.

_____
UNITED STATES DISTRICT JUDGE