UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1657 |
| | : SECTION: L |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
*Richard Rodriguez v. Merck & Co., Inc., et al*
Docket No: 07-953

## SUGGESTION OF DEATH OF PLAINTIFF

Lori Rodriguez, the surviving spouse of deceased Plaintiff, Richard Rodriguez, informs and **suggests** to the Court that on March 10, 2007, Plaintiff Richard Rodriguez died (attached is a copy of the death certificate). Lori Rodriguez, the surviving spouse of deceased Plaintiff, Richard Rodriguez, is a natural heir and preferred personal representative of the Estate of Richard Rodriguez, deceased. Plaintiff Richard Rodriguez's causes of action are ones which survive, and the judgment recovered in this cause on behalf of Plaintiff Richard Rodriguez would be assets in his hands. There is no formal administration or execution of this estate that is required by law (generally, or as a pre-requisite to the continuation of the causes of action as originally filed by Plaintiff Richard Rodriguez). Therefore, Lori Rodriguez, the surviving spouse of deceased Plaintiff, Richard Rodriguez, requests that the suit be continued in the name of Plaintiff Lori Rodriguez, as personal representative of the Estate of Richard Rodriguez, deceased, as Plaintiff.

Respectfully submitted,

_____
Douglas A. Allison
State Bar No. 01083500
Federal ID No. 10252
LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: 361-888-5002
FAX: 361-888-6651

_____
Jack Modesett III
State Bar No. 14244337
Federal ID No.: 13730
500 N. Water Street, Suite 1200
Corpus Christi, Texas 78471
TEL: (361) 887-6449
FAX: (361) 885-7983

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Suggestion of Death of Plaintiff has been served on liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of July, 2007.

_____
Douglas A. Allison