# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN PATRICIO
## JUSTICE OF THE PEACE, PCT 6

**STATE OF TEXAS — CERTIFICATE OF DEATH**

| Field | Value |
|---|---|
| 1. Legal Name of Deceased | Richard D. Rodriguez |
| 2. Date of Death | March 10, 2007 |
| 3. Sex | Male |
| 4. Date of Birth | May 23, 1947 |
| 5. Age | 59 |
| 6. Birthplace | San Antonio, Texas |
| 7. Social Security Number | 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 |
| 8. Marital Status | Married |
| 9. Surviving Spouse | Lori Garcia |
| 10a. Residence Street Address | 321 Reynolds Avenue |
| 10c. City or Town | Taft |
| 10d. County | San Patricio |
| 10e. State | Texas |
| 10f. Zip Code | 78390 |
| 10g. Inside City Limits? | Yes |
| 11. Father's Name | Francisco Rodriguez |
| 12. Mother's Name Prior to First Marriage | Ramona Reyna |
| 13. Place of Death | ER/Outpatient |
| 14. County of Death | San Patricio |
| 15. City/Town, Zip | Aransas Pass, 78336 |
| 16. Facility Name | North Bay Hospital |
| 17. Informant's Name & Relationship | Lori Rodriguez (Wife) |
| 18. Mailing Address of Informant | 321 Reynolds, Taft, Texas 78390 |
| 19. Method of Disposition | Burial |
| 20. Funeral Director | Noelia Rudel 10380 |
| 21. Section | 42 |
| Lot | Side # 1419 |
| 22. Place of Disposition | Ft. Sam Houston Cemetery |
| 23. Location | San Antonio, Texas |
| 24. Name of Funeral Facility | Colonial Funeral Home |
| 25. Address of Funeral Facility | P.O. Box 166, Taft, Texas 78390 |
| 26. Certifier | Certifying Physician |
| 28. Date Certified | 03/21/07 |
| 29. License Number | K1358 |
| 30. Time of Death | 8:55 A.M. |
| 31. Printed Name/Address of Certifier | Jose Benamu, M.D., 1155 Gregory, Taft, Texas 78390 |
| 32. Title of Certifier | Medical Doctor |

**33. Part I — Cause of Death:**
- a. Immediate Cause: Acute Myocardial Infarction
- b. Due to: Coronary Artery disease
- c. Due to: Diabetes Mellitus

**Part 2.** Other significant conditions: Renal failure

| 34. Autopsy Performed? | No |
| 36. Manner of Death | Natural |
| 37. Did Tobacco Contribute | No |

| 42a. Registrar File No. | 05-0027-07 |
| 42b. Date Received | 3-29-07 |
| 42c. Registrar | Charlene L. Lewis, By: Linda Kay Becker, Deputy Registrar |

**IF DECEASED SERVED IN U.S. ARMED FORCES:**

| Field | Value |
|---|---|
| Served? | YES |
| Organization | U.S. Army |
| Serial Number | 18 726 902 |
| Next of Kin | Lori Rodriguez (Wife) |
| Post Office Address | 103 E. Kleberg, Kingsville, Texas 78363 |

JP6- 4765

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT REPRODUCTION OF THE ORIGINAL RECORD AS RECORDED IN THIS OFFICE ISSUED UNDER AUTHORITY OF SECTION 191.051, HEALTH AND SAFETY CODE.

Date Issued: March 29, 2007

Charlene L. Lewis, Justice of the Peace, PCT 6
San Patricio County, Texas


