UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document related to: | * | |
| | * | MAGISTRATE |
| Thompson, Kim, et. al. v. Merck & Co., | * | JUDGE KNOWLES |
| Inc.; Docket Number 2:06-cv-11283 | * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF MOTION AND EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD AND SUPPORTING DECLARATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs' counsel, Kershaw, Cutter & Ratinoff, LLP, hereby moves to withdraw as counsel of record in this matter. Despite diligent efforts to contact plaintiffs, plaintiffs' counsel has been unable to make contact with plaintiffs, and thus representation has become unreasonably difficult.

This motion is made pursuant to Louisiana District Court Rules, Rule 9.13, and in compliance with Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Art. 16. This motion is made ex parte as allowed by Louisiana District Court Rules, Rule 9.13(d)(3), because no conference, hearing or

trial is scheduled in this case. This motion is based on this notice of motion and ex parte motion, and the attached declaration of David E. Smith.

Respectfully submitted,

*[signature]*

William A. Kershaw
David E. Smith
Stuart C. Talley
Kershaw, Cutter & Ratinoff, LLP
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Counsel for Plaintiffs Kim Thompson,
Georgette L. Temple, and Kenneth Roberts
