UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document related to: | * | |
| | * | MAGISTRATE |
| Thompson, Kim, et. al. v. Merck & Co., | * | JUDGE KNOWLES |
| Inc.; Docket Number 2:06-cv-11283 | * | |
| * * * * * * * * * * * * * * * * * * | | |

## DECLARATION OF DAVID E. SMITH

I, David E. Smith, declare as follows:

1. I am an attorney at law, licensed to practice before all courts of the state of California, and I am a partner at the law firm of Kershaw, Cutter & Ratinoff, attorneys of record in this action.

2. Plaintiffs filed this lawsuit in the Los Angeles JCCP. The lawsuit named Kim L. Thompson, Georgette L. Temple, and Kenneth Roberts as plaintiffs and surviving heirs of Etta L. Temple.

3. Plaintiff Kim L. Thompson was the primary contract in this case. Her last known street address and mailing address was 137 Platinum Ct., Vallejo, CA 94589. Plaintiff Georgette L. Temple's last known address was 860 31st Street, Richmond, CA 94804. Plaintiff Kenneth Roberts's last known address was 300 Petal Drive, #5, Petal, MS 39465. This information has also been provided to the clerk of court in accordance with Louisiana District Court Rules, Rule 9.13(c)(1).

4. Plaintiffs' counsel attempted to contact their client, Kim L. Thompson, by mail at her last known address on or about 02/27/2007. This letter requested information including medical release forms, and a completed Plaintiff Profile Form. Plaintiffs' counsel received no response.

5. On or about 06/14/2007, plaintiffs' co-counsel, Dreyer, Babich, Buccola, & Callaham, LLP, informed Plaintiffs' counsel that they had attempted to contact Kim L. Thompson at her last known address, requesting a Plaintiff Profile Form. This letter was also returned by the post office.

6. Plaintiff Kim L. Thompson's last known telephone number was (707) 553-1455.

7. Plaintiffs' counsel have attempted to reach Kim L. Thompson by phone at her last known telephone number. This number was disconnected.

8. Plaintiffs' counsel also attempted to contact Kim L. Thompson's siblings, Georgette L. Temple, and Kenneth Roberts, but reached only disconnected telephone lines.

9. In compliance with Louisiana District Court Rules, Rule 9.13(a), Plaintiffs' counsel wrote and mailed an additional letter to Plaintiffs' last known address on or about 07/25/2007, which attempted to notify Plaintiffs in writing that the case is in the discovery stage, that their Plaintiffs Profile Forms are needed in order to proceed, and that Plaintiffs' counsel would move withdraw as counsel of record for Plaintiffs due to lack of communication. Copies of these letters are attached herewith.

10. No conference, hearing, or trial is currently scheduled in this action.

11.     Despite diligent efforts, Plaintiffs' counsel have been completely unable to contact Plaintiffs, and attorney-client communications have completely broken down.

12.     This motion complies with Rule 1.16 of the Rules of professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Art. 16 because the break down in attorney-client communication has rendered it unreasonably difficult for Plaintiffs' counsel to continue representation of Plaintiffs.

I declare under penalty of perjury, and according to the laws of the states of Louisiana and California, that the foregoing is true and correct and if called as a witness I could and would competently testify thereto. Executed on this ___23___ day of July, 2007 in Sacramento, California.

_____
David E. Smith
Kershaw, Cutter & Ratinoff, LLP
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Counsel for Plaintiffs Kim Thompson,
Georgette L. Temple, and Kenneth Roberts

3



KERSHAW | CUTTER & RATINOFF | LLP

July 25, 2007

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Kim L. Thompson
137 Platinum Ct.
Vallejo, CA 94589

      Re:    Vioxx MDL Action

Dear Ms. Thompson:

      This letter is to inform you of the status of your case against Merck, Inc., and to inform you that Kershaw, Cutter & Ratinoff has been compelled to withdraw from representing you as counsel of record in this action.

      This lawsuit is currently in the discovery phase. During discovery, both plaintiffs and defendants exchange information in order to better understand the facts and issues of the case. As we noted in the February 27, 2007 letter we sent you, your Plaintiff Profile Form and Medical Release Forms were an integral part of this process, and we required you to provide us with this information.

      Because we have been unable to contact you or receive this information, we have no choice but to move to withdraw from representing you and your siblings as counsel of record in this case. The motion to withdraw will be filed in the United States Court for the Eastern District of Louisiana.

      If you wish to continue to pursue this lawsuit, it is imperative that you seek new counsel immediately. This can be a time sensitive issue, and we encourage you to seek new counsel without delay if you choose to pursue this matter.

      If you should have any questions, please feel free to contact me.

Regards,

David E. Smith

DES/ns

980 9th Street, 19th Floor, Sacramento, CA 95814
Tel 916.448.9800, Toll Free 888.285.3333, Fax 916.669.4499
www.kcrlegal.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kim L. Thompson
137 Platinum Ct.
Vallejo, CA 94589

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7007 0220 0000 4982 4388

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $   .41
Certified Fee   2.65
Return Receipt Fee (Endorsement Required)   2.15
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $   5.21

Postmark Here
Mailed 7/25/2007

Sent To: Kim L. Thompson
Street, Apt. No.; or PO Box No. 137 Platinum Ct
City, State, ZIP+4  Vallejo, CA 94589

7007 0220 0000 4982 4388

PS Form 3800, August 2006   See Reverse for Instructions



KERSHAW | CUTTER & RATINOFF | LLP

July 25, 2007

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Georgette L. Temple
860 31st Street
Richmond, CA 94804

    Re:    Vioxx MDL Action

Dear Ms. Temple:

    This letter is to inform you of the status of your case against Merck, Inc., and to inform you that Kershaw, Cutter & Ratinoff has been compelled to withdraw from representing you as counsel of record in this action.

    As you may know, your sister, Kim L. Thompson, retained our law firm to represent her in a wrongful death suit relating to the death of Etta Temple. The lawsuit named Kim L. Thompson, Kenneth Roberts, and yourself as plaintiffs and surviving heirs of Ms. Etta Temple.

    This lawsuit is currently in the discovery phase. During discovery, both plaintiffs and defendants exchange information in order to better understand the facts and issues of the case. As we noted in the February 27, 2007 letter we sent our primary contact, Kim L. Thompson, your Plaintiff Profile Form and Medical Release Forms were an integral part of this process, and were necessary to move forward in this case.

    Because we have been unable to contact you or Kim L. Thompson, and because we are unable to receive this information, we have no choice but to move to withdraw from representing you and your siblings as counsel of record in this case. The motion to withdraw will be filed in the United States Court for the Eastern District of Louisiana.

980 9th Street, 19th Floor, Sacramento, CA 95814
Tel 916.448.9800, Toll Free 888.285.3333, Fax 916.669.4499
www.kcrlegal.com

Georgette L. Temple
July 25, 2007
Page 2

    If you wish to continue to pursue this lawsuit, it is imperative that you seek new counsel immediately. This can be a time sensitive issue, and we encourage you to seek new counsel without delay if you choose to pursue this matter.

    If you should have any questions, please feel free to contact me.

Regards,

David E. Smith

DES/ns

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark Here

mailed 7/25/2007

Sent To: Georgette L. Temple
Street, Apt. No.; or PO Box No. 860 31st St.
City, State, ZIP+4 Richmond, CA 94804

7007 0220 0000 4982 4401

PS Form 3800, June 2002  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Georgette L. Temple
860 31st St.
Richmond, CA 94804

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 0220 0000 4982 4401

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



KERSHAW | CUTTER & RATINOFF | LLP

July 25, 2007

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Kenneth Roberts
300 Petal Drive, #5
Petal, MS 39465

  Re: Vioxx MDL Action

Dear Mr. Roberts:

  This letter is to inform you of the status of your case against Merck, Inc., and to inform you that Kershaw, Cutter & Ratinoff has been compelled to withdraw from representing you as counsel of record in this action.

  As you may know, your sister, Kim L. Thompson retained our law firm to represent her in a wrongful death suit relating to the death of Etta Temple. The lawsuit named Kim L. Thompson, Georgette L. Temple, and yourself as plaintiffs and surviving heirs of Ms. Etta Temple.

  This lawsuit is currently in the discovery phase. During discovery, both plaintiffs and defendants exchange information in order to better understand the facts and issues of the case. As we noted in the February 27, 2007 letter we sent our primary contact, Kim L. Thompson, your Plaintiff Profile Form and Medical Release Forms were an integral part of this process, and were necessary to move forward in this case.

  Because we have been unable to contact you or Kim L. Thompson, and because we are unable to receive this information, we have no choice but to move to withdraw from representing you and your siblings as counsel of record in this case. The motion to withdraw will be filed in the United States Court for the Eastern District of Louisiana.

980 9th Street , 19th Floor, Sacramento, CA 95814
Tel 916.448.9800, Toll Free 888.285.3333, Fax 916.669.4499
www.kcrlegal.com

Kenneth Roberts
July 25, 2007
Page 2

    If you wish to continue to pursue this lawsuit, it is imperative that you seek new counsel immediately. This can be a time sensitive issue, and we encourage you to seek new counsel without delay if you choose to pursue this matter.

    If you should have any questions, please feel free to contact me.

Regards,

David E. Smith

DES/ns

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kenneth Roberts
   300 Petal Drive, #5
   Petal, MS 39465

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X

B. Received by (Printed Name)        C. Date of Delivery

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0220 0000 4982 4395

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .41 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.21 |

Postmark Here
mailed 7/25/2007

Sent To  Kenneth Roberts
Street, Apt. No.; or PO Box No.  300 Petal Drive #5
City, State, ZIP+4  Petal, MS 39465

7007 0220 0000 4982 4395

PS Form 3800, August 2006    See Reverse for Instructions