UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document related to: | * | |
| | * | MAGISTRATE |
| Thompson, Kim, et. al. v. Merck & Co., | * | JUDGE KNOWLES |
| Inc.; Docket Number 2:06-cv-11283 | * | |
| * * * * * * * * * * * * * * * * * * | | |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Withdraw As Counsel of Record filed by Kershaw, Cutter & Ratinoff, LLP and Dreyer, Babich, Buccola, & Callaham, is **GRANTED**.

Dated: _____, 2007        _____
                                                                  U.S. DISTRICT JUDGE