UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Young, Mary v. Merck & Co., Inc.*, | * | **KNOWLES** |
| Docket Number: 2:06-cv-11106. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
**DISTRICT JUDGE**