**MINUTE ENTRY**
**FALLON, J.**
**JULY 27, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO:**
    *ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide a Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 11541) came before the Court on this date for oral argument. Phillip Wittmann argued the motion on behalf of Merck, Leonard Davis argued on behalf of the Plaintiffs' Steering Committee, and Buffy Martines argued on behalf of several individual Plaintiffs.

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11541) is DENIED AS MOOT IN PART with respect to those Plaintiffs for whom Merck has withdrawn its Rule:

    1.    *Cavins v. Merck & Co., Inc.*, No. 06-6564;

    2.    *Franklin v. Merck & Co., Inc.*, No. 06-7054;

    3.    *Gunik v. Merck & Co., Inc.*, No. 06-7027;

    4.    *Hauser v. Merck & Co., Inc.*, No. 06-6284;

1

JS10(00:20)

5.  *Hudson v. Merck & Co., Inc.*, No. 06-7011;

6.  *Jones v. Merck & Co., Inc.*, No. 06-6917;

7.  *Kincaid v. Merck & Co., Inc.*, No. 06-7057;

8.  *Kuehn v. Merck & Co., Inc.*, No. 06-7055;

9.  *Kyser v. Merck & Co., Inc.*, No. 06-6551;

10. *Lapikas v. Merck & Co., Inc.*, No. 06-6190;

11. *Maull v. Merck & Co., Inc.*, No. 06-7025;

12. *McCormick v. Merck & Co., Inc.*, No. 06-7023;

13. *Poindexter v. Merck & Co., Inc.*, No. 06-6916;

14. *Powers v. Merck & Co., Inc.*, No. 06-7026;

15. *Savron v. Merck & Co., Inc., et al.*, 06-6545;

16. *Sheppard v. Merck & Co., Inc.*, 06-6195;

17. *Signer v. Merck & Co., Inc.*, 06-6535;

18. *Sims v. Merck & Co., Inc.*, 06-6985;

19. *Smith v. Merck & Co., Inc.*, 06-6543;

20. *Stabley v. Merck & Co., Inc.*, 06-6536;

21. *Suggs v. Merck & Co., Inc.*, 06-7012;

22. *Tavis v. Merck & Co., Inc.*, 06-7020;

23. *Taylor v. Merck & Co., Inc.*, 06-6538;

24. *Thomas v. Merck & Co., Inc.*, 06-6991;

25. *Thomason v. Merck & Co., Inc.*, 06-6990;

26. *Walker v. Merck & Co., Inc.*, 06-7053;

27.     *Walters v. Merck & Co., Inc.*, 06-6993.


IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11541) is CONTINUED IN PART until September 6, 2007, following the next monthly status conference, with respect to the following Plaintiffs:

1.      *Davis v. Merck & Co., Inc.*, No. 06-7029;

2.      *Hill v. Merck & Co., Inc.*, 06-7062;

3.      *Reser v. Merck & Co., Inc.*, 06-6989;

4.      *Shaw v. Merck & Co., Inc.*, 06-6988;

5.      *Stevenson v. Merck & Co., Inc.*, 06-6537.

