**MINUTE ENTRY**
**FALLON, J.**
**JULY 27, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
   *ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide a Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 11545) came before the Court on this date for oral argument. Phillip Wittmann argued the motion on behalf of Merck, and Leonard Davis argued on behalf of the Plaintiffs' Steering Committee.

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11545) is DENIED AS MOOT IN PART with respect to the following Plaintiffs for whom Merck has withdrawn its Rule:

1.   *Hove v. Merck & Co., Inc.*, No. 06-5529;

2.   *Villafranca v. Merck & Co., Inc.*, 05-2372;

3.   *Segui v. Merck & Co., Inc.*, 06-3901;

4.   *Turner v. Merck & Co., Inc.*, 05-6259.

JS10(00:10)

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11545) is CONTINUED IN PART, until September 6, 2007, following the next monthly status conference, with respect to the following Plaintiffs:

1. *Peterson v. Merck & Co., Inc.*, No. 06-4249;

2. *McWaters v. Merck & Co., Inc.*, 06-5493;

3. *Warmann v. Merck & Co., Inc.*, 05-6740.

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11545) is GRANTED IN PART with respect to the following Plaintiffs, whose claims are hereby DISMISSED WITH PREJUDICE for the reasons stated on the record at today's hearing:

1. *Ashcraft v. Merck & Co., Inc.*, No. 05-4514 (regarding Patsy Hardiman and Mildred Mace);

2. *Geasley v. Merck & Co., Inc.*, 05-4508 (regarding Mildred Osborne and Paula Howard);

3. *Bryant v. Merck & Co., Inc.*, 05-5768 (regarding Ruth Alexander);

4. *Hundley v. Merck & Co., Inc.*, 06-3461;

5. *Donelson v. Merck & Co., Inc.*, 06-3699;

6. *Stone v. Merck & Co., Inc.*, 06-3590;

7. *Lopez v. Merck & Co., Inc.*, 06-3873;

8. *Walker v. Merck & Co., Inc.*, 06-4210;

9. *Booker v. Merck & Co., Inc.*, 06-315;

10. *Curtis v. Merck & Co., Inc.*, 05-5152.