UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



In Re: VIOXX®                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                    Section L

This Document Relates To:
Joyce Calloway, et al.                           Judge Fallon
v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:06-cv-9335)                Mag. Judge Knowles

_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Drew Ranier of RANIER, GAYLE & ELLIOT, LLC,

Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of

WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and

Grant Kaiser of THE KAISER FIRM, LLP, counsel of record for Plaintiffs, JOYCE

CALLOWAY, INDIVIDUALLY  AND AS THE REPRESENTATIVE OF THE ESTATE OF

EARL CALLOWAY, DECEDENT, CHARLOTTE SMITH, MARGIE MCDADE AND

VANESSA BOLDING, moves this Court for an order allowing them to withdraw as counsel of

record for Plaintiffs, JOYCE CALLOWAY, INDIVIDUALLY   AND AS THE

REPRESENTATIVE OF THE ESTATE OF EARL CALLOWAY, DECEDENT, CHARLOTTE

SMITH, MARGIE MCDADE AND VANESSA BOLDING, in the above-captioned multidistrict

litigation. The plaintiffs and counsel disagree over further handling of this claim, and counsel

seeks to withdraw pursuant to the terms of the Attorney-Client Contract. Counsel has advised

Plaintiffs of their intent to withdraw and Plaintiffs consents to the withdrawal.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last

known mailing address. Joyce Calloway and Vanessa Bolding's last known address is 631

Rosewood Drive, Waller, Texas 77484, 936-857-3408. Margie McDade's last known address is

_____ Fee_____
_____ Process_____
X /Dktd _____
_____ CtRmDep_____
_____ Doc. No._____

20598 Pine Meadow Apt 48, Hempstead, Texas 77445, Phone number unknown. Charlotte

Smith's address is unknown.


   Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change

in party/counsel status as soon as the Order is entered.

Dated:

   July 16, 2007                          Respectfully submitted,

WALTER UMPHREY                      JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 20380000        Texas State Bar No. 21600300
PROVOST UMPHREY LAW FIRM, L.L.P.    WILLIAMS BAILEY LAW FIRM, L.L.P.
490 Park                            8441 Gulf Freeway, Suite 600
Beaumont, Texas 77701               Houston, Texas 77017
Telephone: 409-835-6000             Telephone: 713-230-2200
Facsimile: 409-383-8888             Facsimile: 713-643-6226

MIKAL WATTS                         DREW RANIER
Texas State Bar No. 20981820        Louisiana Bar No. 8320
THE WATTS LAW FIRM, L.L.P.          RANIER, GAYLE & ELLIOT, L.L.C.
Tower II Building, 14th Floor       1419 Ryan Street
555 North Carancahua Street         Lake Charles, Louisiana 70601
Corpus Christi, Texas 78478         Telephone: 337-494-7171
Telephone: 361-887-0500             Facsimile: 337-494-7218
Facsimile: 361-887-0055

                                    GRANT KAISER
                                    Texas State Bar No. 11078900
                                    THE KAISER FIRM, L.L.P.
                                    8441 Gulf Freeway, Suite 600
                                    Houston, Texas 77017-5001
                                    Telephone: 713-223-0000
                                    Facsimile: 713-223-0440

## Certificate of Service

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this _____ day of _____, 2007.

Grant Kaiser