**MINUTE ENTRY**
**FALLON, J.**
**JULY 27, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide a Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 11546) came before the Court on this date for oral argument. Phillip Wittmann argued the motion on behalf of Merck, and Leonard Davis argued on behalf of the Plaintiffs' Steering Committee.

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11546) is DENIED AS MOOT IN PART with respect to the following Plaintiffs for whom Merck has withdrawn its Rule:

1. *Heidrick v. Merck & Co., Inc.*, No. 06-4306;

2. *Blair v. Merck & Co., Inc.*, No. 06-6817;

3. *Bradley v. Merck & Co., Inc.*, No. 06-6816;

4. *Carmichael v. Merck & Co., Inc.*, No. 06-6823;

1

JS10(00:10)

5. *Davenport v. Merck & Co., Inc.*, No. 06-6814;

6. *Hinson v. Merck & Co., Inc.*, No. 06-6812;

7. *Taylor v. Merck & Co., Inc.*, No. 06-6826;

8. *White v. Merck & Co., Inc.*, No. 06-6827;

9. *Edner v. Merck & Co., Inc.*, No. 06-6746;

10. *Marhon v. Merck & Co., Inc.*, No. 06-6733;

11. *Hasbrouck v. Merck & Co., Inc.*, No. 06-5988 (regarding Jackie Hauk);

12. *Hauk v. Merck & Co., Inc.*, No. 06-6906;

13. *Wusstig v. Merck & Co., Inc.*, No. 06-6958 (regarding Angela Schweibinz, Jean Schwarz, Linda Whitson, Lora Lee Mason, Marie Hoefert, and Susan Maher);

14. *Henry v. Merck & Co., Inc.*, No. 06-6517.[1]

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11546) is CONTINUED IN PART, until September 6, 2007, following the next monthly status conference, with respect to the following Plaintiff:

1. *Jimenez v. Merck & Co., Inc.*, No. 06-7001.

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11546) is GRANTED IN PART with respect to the

---

[1] Although not included in the caption to Merck's Rule, the following four cases were inadvertently included in the chart attached to the Rule as Exhibit A: *Kilis v. Merck & Co., Inc.*, No. 06-3868; *Allen v. Merck & Co., Inc.*, No. 06-6923; *Bates v. Merck & Co., Inc.*, No. 06-6931; and *Ellison v. Merck & Co., Inc.*, No. 06-6928. Accordingly, IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11546) is DENIED AS MOOT IN PART with respect to these four plaintiffs as well.

following Plaintiff, whose claims are hereby DISMISSED WITH PREJUDICE for the reasons stated on the record at today's hearing:

    1.    *Freeman v. Merck & Co., Inc.*, No. 06-6803.

