**MINUTE ENTRY**
**FALLON, J.**
**JULY 27, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO:**
   *ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Providing Grossly Deficient Plaintiff Profile Forms in Contravention of Pre-Trial Order No. 18C (Rec. Doc. 11547) came before the Court on this date for oral argument. Phillip Wittmann argued the motion on behalf of Merck, Leonard Davis argued on behalf of the Plaintiffs' Steering Committee, and Casey Flynn argued on behalf of several individual Plaintiffs.

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11547) is DENIED AS MOOT IN PART with respect to the following Plaintiffs for whom Merck has withdrawn its Rule:

1. *Anderson, et al. v. Merck & Co., Inc.*, No. 05-4762 (regarding Stephen P. Ledet, Glenn G. Patin, Jr., Ricky G. Stacy, Barbara E. Faciane, Vivian Simmons-Trepagnier, and Serena J. Weston);

2. *Ballard v. Merck & Co., Inc.*, No. 05-4767 (regarding Juanita M. Haywood and Bettye Lamb);

3. *Cable v. Merck & Co., Inc.*, No. 05-4759 (regarding Larry V. Haynes and Geneva

JS10(00:20)

       L. Leamon);

4. *Black v. Merck & Co., Inc.*, No. 05-3802 (regarding Marilyn Hunt);

5. *Fife v. Merck & Co., Inc.*, No. 05-6348 (regarding Barbara Sue Cook);

6. *Liotto v. Merck & Co., Inc.*, No. 05-4323 (regarding Olena Oliphant);

7. *Pueser v. Merck & Co., Inc.*, No. 05-3806 (regarding Paul Allen Davolt);

8. *Underwood v. Merck & Co., Inc.*, No. 05-2571 (regarding Elizabeth Dawn Grimm);

9. *Ivers v. Merck & Co., Inc.*, No. 05-2946 (regarding Jill Crabbe).

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11547) is CONTINUED IN PART, until September 6, 2007, following the next monthly status conference, with respect to the following Plaintiffs:

1. *Anderson, et al. v. Merck & Co., Inc.*, No. 05-4762 (regarding Ava R. Goodman, Raymond J. Heno, Effie L. Holland, Clifford Massey, John E. McKinley, Keith Morris, Tony Petite, Mary Broussard, Geraldine Prudhomme, Pinkie Wesley, Bremella H. Etienne, Wallace Horton, and Abigail R. Glapion);

2. *Cable v. Merck & Co., Inc.*, No. 05-4759 (regarding Rico Powell and David J. Winkelman);

3. *Adams v. Merck & Co., Inc.*, No. 05-4326 (regarding Miranda Baker);

4. *Harris v. Merck & Co., Inc.*, No. 05-2580 (regarding Sarah Robinson);

5. *Liotto v. Merck & Co., Inc.*, No. 05-4323 (regarding Elenor Williams);

6. *Boudreaux v. Merck & Co., Inc.*, No. 05-4443 (regarding Frances Palmer);

7. *Davis v. Merck & Co., Inc.*, No. 04-2937.

