**MINUTE ENTRY**
**FALLON, J.**
**JULY 27, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
   *ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide a Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 11635) came before the Court on this date for oral argument.  Phillip Wittmann argued the motion on behalf of Merck, Leonard Davis argued on behalf of the Plaintiffs' Steering Committee, and Casey Flynn argued on behalf of the individual Plaintiffs.

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11635) is DENIED AS MOOT IN PART with respect to the following Plaintiffs for whom Merck has withdrawn its Rule:

   1.   *Bird v. Merck & Co., Inc.*, No. 06-3373 (regarding Merritt Williams);

   2.   *Burrahm v. Merck & Co., Inc.*, No. 06-3380 (regarding Bob Cover);

   3.   *Hugo v. Merck & Co., Inc.*, No. 06-797 (regarding Helen Clothier);

   4.   *Lands v. Merck & Co., Inc.*, No. 06-4063 (regarding Jimmy Bowman and Richard

1

JS10(00:20)

      Snyder);

5. *Lawson v. Merck & Co., Inc.*, No. 06-1977 (regarding Ron Kelm and Alta Scott);

6. *Maxwell v. Merck & Co., Inc.*, No. 06-1975 (regarding Rita Albright and Katherine Braley);

7. *McCarthy v. Merck & Co., Inc.*, No. 06-3172 (regarding James Scarbrough);

8. *Middleton v. Merck & Co., Inc.*, No. 05-3416 (regarding Benjamin Thomas, Sr.);

9. *Moore v. Merck & Co., Inc.*, No. 05-4611 (regarding David Stewart);

10. *Randolph v. Merck & Co., Inc.*, No. 06-3465 (regarding Mary Hines);

11. *Roles v. Merck & Co., Inc.*, No. 06-3366 (regarding Mary Horka);

12. *Sterling v. Merck & Co., Inc.*, No. 06-791 (regarding Melissa Miska).

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11546) is CONTINUED IN PART, until September 6, 2007, following the next monthly status conference, with respect to all remaining Plaintiffs identified in the Rule.[1]

---

[1] In his opposition to Merck's Rule, Plaintiffs' counsel divided the cases subject to the Rule into four categories. At today's hearing, the Court allowed counsel sixty (60) days to address the cases on his Exhibit A, and thirty (30) days to address the cases on his Exhibits B, C, and D. Nevertheless, the Court would like to hear from the parties following the next monthly status conference on all remaining Plaintiffs identified in the Rule.