UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 31 PM 3:00

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To:<br>Tina R. Hitch, Individually and as the Representive of the Estate if Kathleen N. Phalen, et al.<br>v. Merck & Co., Inc., et al.<br>(E.D. La. Index No. 2:06-cv-01058) | Judge Fallon<br><br>Mag. Judge Knowles |

_____/

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiffs, Tina R. Hitch, individually and as the representative of the Estate of Kathleen N. Phalen, deceased et al's Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiffs, Tina R. Hitch, individually and as the representative of the Estate of Kathleen N. Phalen, deceased et al.

IT IS SO ORDERED.

July 30, 2007
Date

Judge Eldon E. Fallon
United States District Court Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____