Leila H. Watson
Elizabeth A. Ellis
**CORY WATSON CROWDER
& DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
205-328-2200
**Attorneys for Plaintiffs**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 23 PM 4:40

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) | MDL NO. 1657 SECTION: L |

---

| | | |
|---|---|---|
| LUCILLE HENRY, | ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | Case No: 2:05 CV 5884 |
| MERCK & CO., INC., | ) ) ) | MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF |
| Defendant. | ) | |

Now come Leila H. Watson and Elizabeth Ellis and the law firm of Cory, Watson, Crowder & DeGaris, P.C., and respectfully move to withdraw as counsel for plaintiff, and for that states:

1.  The decision of counsel to withdraw has been thoroughly discussed with the Plaintiff, and the reasons for the withdrawal are known to Plaintiff.

2.  Plaintiff has been given their complete file and all copies of the court documents, including a copy of this Motion to Withdraw as Counsel. Plaintiff has been provided with a copy of the Plaintiff's Profile Form. All contact information for the Plaintiff is provided in the certificate of service hereto.



3. Plaintiff will need some time to find new counsel. Allowing Plaintiff time to find new counsel should not prejudice Defendant, and should not delay this proceeding. There are no motions pending before this Court relating to this specific case, and the case is current on all Case Management Orders. However, to ensure that Plaintiff is given an opportunity to retain and orient new counsel, the undersigned counsel requests that no adverse action be taken against Plaintiff for sixty days from the Order relieving them.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Counsel respectfully request that this Honorable Court would grant the motion and allow undersigned counsel and their firm to withdraw from this case as counsel for Plaintiff, and would order that no adverse motion be filed against the Plaintiff for sixty days from the date of any order allowing the withdrawal.

Leila H. Watson (ASB-3023-S74L)
Elizabeth A. Ellis (ASB-3521-A63E)
CORY, WATSON, CROWDER & DEGARIS, P.C.
Attorney for the Plaintiffs
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone No.: 205-328-2200
Fax No.: 205-324-7896
Email: lwatson@cwcd.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to the Federal Rules of Civil Procedure a true and correct copy has been served on the following counsel of record on this 20th day of July, 2007, either by e-mail to the registered participants in ECF or by U.S. Mail to the non-registered counsel of record:

Fred M. Haston, III, Esquire
Anne Marie Seibel, Esquire
Andrew B. Johnson, Esquire
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
205-521-8000
205-521-8800 (facsimile)

Lucille Henry
3091 McMinnville Highway
Sparta, TN 38583
931-657-2511 (Phone)

Leila H. Watson