```
                                                                    FILED
                                                              U.S. DISTRICT COURT
                                                            EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2007 JUL 31  PM 2: 59

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 1657<br>SECTION: L |

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| LUCILLE HENRY, | ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | Case no.: 2:05 CV 5884 |
| MERCK & CO., INC., | ) ) ) | ORDER ALLOWING PLAINTIFF'S COUNSEL TO WITHDRAW |
| Defendant. | ) | |

This matter came before the Court on Motion of Leila H. Watson, Elizabeth Ellis and the law firm of Cory, Watson, Crowder & DeGaris, P.C. to withdraw as Plaintiff's counsel. Accepting the representations of counsel as true, the Motion is hereby GRANTED. Plaintiff's counsel is ordered to serve a copy of this Order upon the Plaintiff. No adverse action shall be taken against the Plaintiff for sixty (60) days to allow them to retain new counsel. All other requirements and deadlines of the Pretrial Orders, including service of completed Plaintiff Profile Forms, shall remain in full force and effect.

DONE AND ORDERED THIS 30 DAY OF July, 2007.

_____
UNITED STATES DISTRICT JUDGE

```
Fee_____
Process___
X Dkt_____
  CtRmDep__
  Doc. No.__
```