# United States District Court

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL KOPALYAN, ET AL | **SUMMONS IN A CIVIL CASE** |
| V. | Case Number: 07-2701 L (3) C/W MDL 1657 |
| MERCK & CO., INC., ET AL | |

TO: (Name and address of defendant)

PMSI, Inc.
d/b/a Florida PMSI, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert W. Cottle
400 S. Fourth Street, Suite 600
Las Vegas, NV  89101

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**                                                          **July 18, 2007**
Clerk                                                                                Date

(By) Deputy Clerk

RETURN

# AFFIDAVIT

State of Nevada        )
                       ss.
County of Washoe       )

MATTHEW BAKER, being first duly sworn deposes and says:

That affiant is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #322, and not a party to, nor interested in the within action affiant received the documents on Jul 19 2007 11:40AM and on Jul 19 2007 2:35PM affiant personally served a copy of the
SUMMONS IN A CIVIL CASE; PERSONAL INJURY EXEMPTION RQUESTED

on FAYE MARTIN OF THE OFFICE OF CORPORATION TRUST COMPANY OF NEVADA, RESIDENT AGENT FOR PMSI, INC. D/B/A FLORIDA, PMSI INC.

6100  NEIL RD STE 500
RENO, NV 89511

Affiant does hereby affirm under penalty of perjury that the assertions of this affidavit are true.

_____
MATTHEW BAKER

Signed and sworn to before me on Jul 23 2007
by MATTHEW BAKER

_____
Notary Public



JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2008

Reno/Carson
Messenger
Service, Inc.
License #322

185 Martin St
Reno, NV 89509
775-322-2424

RNPERSI 02/07/00

0236142 - LAWS1

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

DANIEL KOPALYAN, ET AL          **SUMMONS IN A CIVIL CASE**

V.          Case Number: 07-2701 L (3) C/W MDL 1657

MERCK & CO., INC., ET AL

TO: (Name and address of defendant)

PMSI, Inc.
d/b/a Florida PMSI, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert W. Cottle
400 S. Fourth Street, Suite 600
Las Vegas, NV   89101

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**          **July 18, 2007**
Clerk          Date

(By) Deputy Clerk