# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2007 JUL 25 PM 3:29
LORETTA G. WHYTE
CLERK

**NELLO VITTORINI**

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06 CV 9735

**WILLIAM MONACO, M.D., and**

L  MDL 1657

**MERCK & CO., INC.**

TO: (Name and address of defendant)

William Monaco, M.D.

7255 W. Grand Ave.

Elmwood Park, IL 60707

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Romanucci & Blandin, LLC
33 N. LaSalle Street
Suite 2000
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 1 2 2007

LORETTA G. WHYTE
CLERK                                                             DATE

(BY) DEPUTY CLERK

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                         Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TYPE LAW   SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS   DISTRICT 194

SHERIFF'S NUMBER 192108-001D   CASE NUMBER 06CV9735   DEPUTY: CASCIARO 3090

FILED DT 06-12-2007   RECEIVED DT 06-28-2007   DIE DT 07-13-2007   MULTIPLE SERVICE   1
DEFENDANT                           ATTORNEY
MONACO, WILLIAM M.D.                ROMANUCCI & BLANDIN, LLC
7255 W GRAND AV                     33 N. LA SALLE ST.
ELMWOOD PARK IL. 60707              CHICAGO IL. 60602
                                    312 458-1000

PLAINTIFF VITTORINI, NELLO

SERVICE INFORMATION: CF

**FOREIGN**

************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
.....3 SERVICE ON: CORPORATION___ COMPANY___ BUSINESS___ PARTNERSHIP___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)   THOMAS J. DART, SHERIFF, BY: M. Casciaro 3090 DEPUTY

   1  SEX___ M/F   RACE___   AGE___
   2  NAME OF DEFENDANT MONACO, WILLIAM M.D.
      WRIT SERVED ON _MSA2_____
      THIS _13_ DAY OF _Jul_, 20_07_  TIME ___:___ A.M./P.M.

   ADDITIONAL REMARKS _____

************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.   closed no hrs

TYPE OF BLDG  _2 S. Brk_____        ATTEMPTED SERVICES

NEIGHBORS NAME  _Finegold_____        DATE        TIME A.M./P.M.

   ADDRESS _____    7-13-07     730AM 3090

      REASON NOT SERVED:
                        07 EMPLOYER REFUSAL    _____ ___:___ ___
   01 MOVED             08 RETURNED BY ATTY    _____ ___:___ ___
 X 02 NO CONTACT        09 DECEASED            _____ ___:___ ___
   03 EMPTY LOT         10 BLDG DEMOLISHED     _____ ___:___ ___
   04 NOT LISTED        11 NO REGISTERED AGT.  _____ ___:___ ___
   05 WRONG ADDRESS     12 OTHER REASONS       _____ ___:___ ___
   06 NO SUCH ADDRESS   13 OUT OF COUNTY       _____ ___:___ ___
                                               _____ ___:___ ___

FEE  .00   MILEAGE  .00   TOTAL  .00                             SG20