UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
  *Arnold v. Merck & Co., Inc.*, No. 05-2627
  *Gomez v. Merck & Co., Inc.*, No. 05-1163

### ORDER

IT IS ORDERED that the Merck's Motion to Alter or Amend the Court's July 3, 2007 Order Denying Merck's Motion for Summary Judgment to Include Certification for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) (Rec. Doc. 11658) shall be heard on August 9, 2007, at 9:00 a.m., with oral argument.

New Orleans, Louisiana, this  31st  day of  July , 2007.

_____
UNITED STATES DISTRICT JUDGE