UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to ALL MEDICAL MONITORING COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657* | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

Considering the Motion for Leave to File Third Notice of Supplemental Authority of the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the PSC is granted leave of court to file the attached Third Notice of Supplemental Authority relating to all medical monitoring class action complaints pending or subject to transfer to MDL 1657.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
Honorable Eldon E. Fallon
U.S. District Judge

1