IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX PRODUCTS LIABILITY ACTION | MDL NO. 1657 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BETTY J. ZITO, ET AL | CIVIL NO. 2:05-CV-04426 |
| VERSUS | JUDGE E. FALLON |
| MERCK & CO., INC. | MAGISTRATE KNOWLES |

**ORDER TO SUBSTITUTE COUNSEL BY PLAINTIFFS**

Considering the above and foregoing motion to substitute counsel by plaintiffs;

LET Christopher J. Hickey, Esq., Brent Coon & Associates, 1220 West 6th St. Suite #303, Cleveland, OH 44113, (216) 241-1872, Ohio State Bar # 0065416, be substituted as attorney for plaintiffs in place of Richard P. Bullock, Esq., and Donni E. Young, Esq.

Signed in Chambers, this 25th day of July, 2007.

_____
JUDGE, U.S. DISTRICT COURT