Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiff Clarence Vandeneng

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLARENCE VANDENENG, | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| PLAINTIFF, | * | MDL Docket No. 1657 |
| | * | |
| v. | * | DOCKET NO. 2:07-CV-00961 |
| | * | |
| MERCK & CO., INC. a foreign Corporation, | * | SECTION L-MAGISTRATE 3 |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |

(Related Matter: Hilda Smart, et. al., v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana, Case No. 06-991)

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Clarence Vandeneng only. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Clarence Vandeneng only, are dismissed, without prejudice, subject to the terms and conditions of the Stipulation.

Dated this 27th day of July, 2007.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

3