## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BERNADINE FRANKLIN | * | In re:  VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| PLAINTIFF, | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 07-686 |
| | * | |
| MERCK & CO., INC. a foreign | * | SECTION L-MAGISTRATE 3 |
| Corporation, | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |
| | * | |

(Related Matter:  Rene Bellon, et. al., v. Merck & Co., Inc., United States District
Court for the Eastern District of Louisiana, Case No. 06-992)

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Motion for Dismissal, without

prejudice, of the claims of the Plaintiff, Bernadine Franklin only.  After considering the

motion, the Court concludes it should be **GRANTED**.  The Court, therefore, orders that

the claims of Bernadine Franklin only, are dismissed, without prejudice, subject to the

terms and conditions of the Stipulation.

Dated this 27th day of _____ July _____, 2007.


ELDON E. FALLON
UNITED STATES DISTRICT JUDGE