UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Gladys V. Davis, a/k/a Gladys V. Miller* | * | JUDGE KNOWLES |
| *v. Merck & Co., Inc.;* Docket Number: | * | |
| 07-1476 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Gladys V. Davis, a/k/a Gladys V. Miller in

the above-captioned case be and they hereby are dismissed with prejudice, with each party to

bear his or her own costs.

7/31/07

_____
DISTRICT JUDGE