# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Ruyle v. Merck & Co., Inc., 05-3381* | * | JUDGE KNOWLES |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

### ORDER GRANTING LEAVE TO FILE AMENDED ANSWER

Considering the foregoing Stipulation to File Amended Answer,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file its amended answer.

New Orleans, Louisiana, this 31st day of July, 2007.

_____
DISTRICT JUDGE

NY 884049_1.DOC

884049v.1