UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| *Avant, et al. v. Merck & Co., Inc.;* 07-900; *Batiz, et al. v. Merck & Co., Inc.,* 07-901; *Chapman, et al. v. Merck & Co., Inc.,* 07-902; *Coon, et al. v. Merck & Co., Inc.,* 07-903; *Cox, et al. v. Merck & Co., Inc.,* 07-904; *Fitzgerald, et al. v. Merck & Co., Inc.,* 07-2099; *Maestro, et al. v. Merck & Co., Inc.,* 07-2100; *Morris, et al. v. Merck & Co., Inc.,* 07-2101; *Williams, et al. v. Merck & Co., Inc.,* 07-2102 | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation to Dismiss Defendant Nancy Moredock,

IT IS ORDERED that all claims against defendant Nancy Moredock in the above-referenced cases be and they hereby are dismissed with prejudice, each party to bear his or her own costs.

New Orleans, Louisiana, this 31st day of July, 2007.

_____
DISTRICT JUDGE

NY 884049_1.DOC

884049v.1