## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Jean M. Gasner v. Merck & Co., Inc.;* | * | JUDGE KNOWLES |
| 05-3494; *Frederick D. Foutz v. Merck &* | * | |
| *Co., Inc.,* 05-3510 | * | |
| | * | |

* * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiffs Jean M. Gasner and Frederick D. Foutz in the above-captioned cases be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 31st day of July, 2007.

_____
DISTRICT JUDGE

NY 884049_1.DOC

884049v.1