UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Rita B. Barker, et al. v. Merck & Co.,* | * | JUDGE KNOWLES |
| *Inc.;* Docket Number: 2:05-cv-6535 | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Toby Bell, on behalf of Annie Bell, deceased, Walter Cooper, Jonathan Davis, Etta R. James, James Lee Underhill, and Wanda F. Weaver, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims of Toby Bell, on behalf of Annie Bell, deceased, Walter Cooper, Jonathan Davis, Etta R. James, James Lee Underhill, and Wanda F. Weaver against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs, subject to the following conditions:

1.      Toby Bell, on behalf of Annie Bell, deceased, Walter Cooper, Jonathan Davis, Etta R. James, James Lee Underhill, and Wanda F. Weaver agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.      Toby Bell, on behalf of Annie Bell, deceased, Walter Cooper, Jonathan Davis, Etta R. James, James Lee Underhill, and Wanda F. Weaver further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United

Case 2:05-md-01657-EEF-DEK   Document 11880   Filed 08/02/07   Page 2 of 3

States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Toby Bell, on behalf of Annie Bell, deceased, Walter Cooper, Jonathan Davis, Etta R. James, James Lee Underhill, and Wanda F. Weaver, as though they had been a party and had had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of Toby Bell, on behalf of Annie Bell, deceased, Walter Cooper, Jonathan Davis, Etta R. James, James Lee Underhill, and Wanda F. Weaver against Merck & Co., Inc., in the above-captioned case.

Respectfully submitted,

/s/ Sara J. Fendia
Sara J. Fendia
Fibich, Hampton & Leebron
1402 McKinney, Suite 1800
Houston, TX  77010
Phone: 713-751-0025

Counsel for Plaintiffs Toby Bell, on behalf of Annie Bell, deceased, Walter Cooper, Jonathan Davis, Etta R. James, James Lee Underhill, and Wanda F. Weaver

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA  70130
Phone: 504-581-3200

Counsel for Defendant Merck & Inc.

NY 884040_1

2

884040v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of August, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel