Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiff Larry LeBouef

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LARRY LEBOUEF** | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| **PLAINTIFF,** | * | MDL Docket No. 1657 |
| | * | |
| v. | * | CASE NO. 07-686 |
| | * | |
| **MERCK & CO., INC. a foreign Corporation,** | * | SECTION L-MAGISTRATE 3 |
| | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **DEFENDANT.** | * | **MAGISTRATE JUDGE** |
| | * | |

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Larry Lebouef only. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Larry Lebouef only, are dismissed, without prejudice, subject to the terms and conditions of the Stipulation.

Dated this 31st day of July, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1