UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Lois Wright, et al. v. Merck & Co., Inc.,* | * | JUDGE KNOWLES |
| 05-4448 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiff Lois Wright in the above-captioned case be and it hereby is dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs. The claims of the remaining plaintiffs in the above-captioned case continue in full force and effect.

NEW ORLEANS, LOUISIANA, this 31st day of July, 2007.

_____
DISTRICT JUDGE

NY 884049_1.DOC

884049v.1