Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiffs Antoinette Smith, Betty Grayer, Jeanette Videau, Pearly Fleming, Sarah Matthews and Laura Sumly, Surviving Children of Henrietta Marks

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTOINETTE SMITH, BETTY GRAYER, JEANETTE VIDEA, PEARLY FLEMING, SARAH MATTHEWS, LAURA SUMLEY, AS SURVIVING CHILDREN FOR HENRIETTA MARKS, <br><br> PLAINTIFF, <br><br> v. <br><br> MERCK & CO., INC. a foreign Corporation, <br><br> DEFENDANT. | * * * * * * * * * * * * * * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION <br><br> MDL Docket No. 1657 <br><br> CASE NO. 07-686 <br><br> SECTION L-MAGISTRATE 3 <br><br> JUDGE ELDON E. FALLON MAGISTRATE JUDGE |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

The law firms of Simien & Simien, L.L.C. and Simien & Delphin, L.L.C., through Eulis Simien, Jr., Esq.,, hereby move the Court for an Order permitting the firm to withdraw as counsel for Lela Mae Collins due to irreconcilable differences with the plaintiffs' heirs.

Plaintiffs' heirs last known addresses are: Antoinette Smith (2426 Guilford Drive, Baton Rouge, Louisiana, 70808), Betty Grayer (9418 Wild Valley Road, Baton Rouge, Louisiana, 70810), Jeanette Videau (9453 Wild Valley Road, Baton Rouge, Louisiana, 70810), Pearly Fleming (2846 Lexington Drive, Baton Rouge, Louisiana 70808), Sarah Matthews (1233 Arcadia

Drive, Baton Rouge, Louisiana, 70810) and Laura Sumly (2427 Bernwood Lane, Baton Rouge, Louisiana, 70816).

Dated: August 2, 2007

**SIMIEN & SIMIEN, L.L.C.**

/s/ Eulis Simien, Jr.
Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the procedures established in MDL 1657, on this 2nd day of August, 2007.

Phillip A. Wittmann
Dorothy H. Wimberly
STONE PIGMAN WALTHER WITTMANN
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

Dated: August 2, 2007

/s/ Eulis Simien, Jr.
Eulis Simien, Jr.
Attorney for the Plaintiff