Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiffs Antoinette Smith, Betty Grayer, Jeanette Videau, Pearly Fleming, Sarah Matthews and Laura Sumly, Surviving Children of Henrietta Marks

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTOINETTE SMITH, BETTY GRAYER, JEANETTE VIDEA, PEARLY FLEMING, SARAH MATTHEWS, LAURA SUMLEY, AS SURVIVING CHILDREN FOR HENRIETTA MARKS, <br><br> PLAINTIFF, <br><br> v. <br><br> MERCK & CO., INC. a foreign Corporation, <br><br> DEFENDANT. | In re: VIOXX PRODUCTS LIABILITY LITIGATION <br><br><br><br> MDL Docket No. 1657 <br><br> CASE NO. 07-686 <br><br> SECTION L-MAGISTRATE 3 <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE |

### ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Motion to Withdraw as Counsel of Record filed by Simien & Simien, L.L.C. and Simien & Delphin, L.L.C is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiffs Antoinette Smith, Betty Grayer, Jeanette Videau, Pearly Fleming, Sarah Matthews and Laura Sumly, Surviving Children of Henrietta Marks must find new counsel within _____ days of this order or continue pro se.

- 3 -

**SO ORDERED ON THIS _____ DAY OF _____, 2007 IN NEW ORLEANS, LOUISIANA.**

Dated: _____, 2007

_____
**Eldon E. Fallon**
**United States District Judge**

- 4 -