Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiff Lela Mae Collins

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LELA MAE COLLINS, | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| | * | MDL Docket No. 1657 |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO. 07-686 |
| | * | |
| MERCK & CO., INC. a foreign Corporation, | * | SECTION L-MAGISTRATE 3 |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |
| | * | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The law firms of Simien & Simien, L.L.C. and Simien & Delphin, L.L.C., through Eulis Simien, Jr., Esq.,, hereby move the Court for an Order permitting the firm to withdraw as counsel for Lela Mae Collins due to irreconcilable differences with the plaintiffs' heirs.

Plaintiffs' heirs last known addresses are: Ida Glover (daughter) and William Collins (son), 12310 Secretariat Court, Houston, TX 77071; Evelyn Ivey (daughter), 50 West Elmwood Drive, Monroe, LA, 71203.

Dated: August 2, 2007        **SIMIEN & SIMIEN, L.L.C.**

　　　　　　　　　　　　　　/s/ Eulis Simien, Jr.
　　　　　　　　　　　　　　Eulis Simien, Jr. (LA State Bar No. 12077)
　　　　　　　　　　　　　　Email: Eulis@simien.com
　　　　　　　　　　　　　　Simien & Simien, L.L.C.

7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the procedures established in MDL 1657, on this 2nd day of August, 2007.

Phillip A. Wittmann
Dorothy H. Wimberly
STONE PIGMAN WALTHER WITTMANN
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Dated: August 2, 2007

___/s/ Eulis Simien, Jr._____
Eulis Simien, Jr.
Attorney for the Plaintiff