Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiff Lela Mae Collins

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LELA MAE COLLINS, | * | In re: VIOXX PRODUCTS LIABILITY LITIGATION |
| | * | MDL Docket No. 1657 |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO. 07-686 |
| | * | |
| MERCK & CO., INC. a foreign Corporation, | * | SECTION L-MAGISTRATE 3 |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |
| | * | |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Motion to Withdraw as Counsel of Record filed by Simien & Simien, L.L.C. and Simien & Delphin, L.L.C is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiff Lela Mae Collins must find new counsel within _____ days of this order or continue pro se.

SO ORDERED ON THIS _____ DAY OF _____, 2007 IN NEW ORLEANS, LOUISIANA.

Dated: _____, 2007

_____
Eldon E. Fallon
United States District Judge