Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

Attorneys for Plaintiff Hilda Smart

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HILDA SMART, | * | In re: VIOXX PRODUCTS |
| | * | LIABILITY LITIGATION |
| | * | MDL Docket No. 1657 |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO. 07-961 |
| | * | |
| MERCK & CO., INC. a foreign Corporation, | * | SECTION L-MAGISTRATE 3 |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| DEFENDANT. | * | MAGISTRATE JUDGE |
| | * | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The law firms of Simien & Simien, L.L.C. and Simien & Delphin, L.L.C., through Eulis Simien, Jr., Esq.,, hereby move the Court for an Order permitting the firm to withdraw as counsel for Hilda Smart due to irreconcilable differences with the plaintiff.

Plaintiff's last known address is Hilda Smart, 4545 Lavey Lane, Baker, Louisiana, 70714.

Dated: August 2, 2007

SIMIEN & SIMIEN, L.L.C.

/s/ Eulis Simien, Jr.
Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PTO 8B in accordance with the procedures established in MDL 1657, on this 2nd day of August, 2007.

        Phillip A. Wittmann
        Dorothy H. Wimberly
        STONE PIGMAN WALTHER WITTMANN
        546 Carondelet Street
        New Orleans, Louisiana 70130
        Phone: 504-581-3200
        Fax:   504-581-3361

        Defendants' Liaison Counsel

Dated: August 2, 2007                      /s/ Eulis Simien, Jr.
                                          Eulis Simien, Jr.
                                          Attorney for the Plaintiff