1
2  Eulis Simien, Jr. (LA State Bar No. 12077)
   Email:  Eulis@simien.com
3  Simien & Simien, L.L.C.
   7908 Wrenwood Boulevard
4  Baton Rouge, LA 70809
   (225) 932-9221 telephone
5  (334) 954-7555 facsimile

6  Attorneys for Plaintiff Hilda Smart

7
   ## UNITED STATES DISTRICT COURT
8  ## EASTERN DISTRICT OF LOUISIANA

9  **HILDA SMART,**                         *       **In re:  VIOXX PRODUCTS**
                                            *       **LIABILITY LITIGATION**
10                                          *       **MDL Docket No. 1657**
                                            *
11    **PLAINTIFF,**                        *
                                            *
12         **v.**                           *       **CASE NO. 07-961**
                                            *
13 **MERCK & CO., INC. a foreign**          *       **SECTION L-MAGISTRATE 3**
   **Corporation,**                         *
14                                          *       **JUDGE ELDON E. FALLON**
                                            *       **MAGISTRATE JUDGE**
15    **DEFENDANT.**                        *
                                            *
16
                                    **ORDER**
17
18         **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that the Motion to

19 Withdraw as Counsel of Record filed by Simien & Simien, L.L.C. and Simien & Delphin, L.L.C

   is GRANTED.
20
           **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Plaintiff Hilda
21
   Smart must find new counsel within _____ days of this order or continue pro se.
22
           **SO ORDERED ON THIS _____ DAY OF _____, 2007 IN**
23
   **NEW ORLEANS, LOUISIANA.**
24
25         **Dated:** _____, 2007

26
                                    _____
27                                  **Eldon E. Fallon**
                                    **United States District Judge**
28