EXHIBIT C



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| Polly Watson, Merck & Co., Inc., No. 2:05-cv-04319 | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff: Mildred Grisbaum | * | |

**CONSENT ORDER WITH STIPULATION THAT PLAINTIFF HAS NOT CLAIMED AND WILL NOT CLAIM IN THE FUTURE THAT HE/SHE SUFFERED, PRIOR TO THE DATE OF ENTRY OF PRETRIAL ORDER NO. 24, A CARDIOVASCULAR EVENT AS DEFINED BY PRETRIAL ORDER NO. 18C**

WHEREAS, on June 14, 2007, this Court issued Pretrial Order No. 24 ("PTO 24") setting final due dates for Louisiana Plaintiffs, Plaintiffs represented by Louisiana Counsel, and Pro Se Plaintiffs who have not provided a Plaintiff Profile Form ("PPF") as required by Pretrial Order No.18C ("PTO 18C"); and directing that each of these Plaintiffs, within ninety (90) days from the date of entry of PTO 24, to either (i) serve a verified PPF, signed and undated Authorizations, and all responsive PPF-related documents as required by PTO 18C, or (ii) serve a Stipulation that he or she has not claimed, and will not claim in the future, to have suffered, prior to the date of

1

the entry of PTO 24, a myocardial infarction, ischemic stroke, or a death ("cardiovascular event") as defined by PTO 18C; and

WHEREAS, the above-captioned Plaintiff ("Plaintiff") asserts that he or she has not claimed, and will not in the future claim, to have suffered, prior to the date of the entry of PTO 24, a cardiovascular event as defined by PTO 18C; and

WHEREAS, Plaintiff agrees that he or she will not re-file any suit based on any similar claims related to Vioxx against Merck, any of its subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court or forum or amend his or her current Complaint to allege that he or she suffered prior to the date of entry of PTO 24 a cardiovascular event as defined by PTO 18C;

NOW, THEREFORE, IT IS HEREBY STIPULATED and AGREED by and between the undersigned parties that:

1. Plaintiff has not claimed and will not claim in the future that he or she suffered, prior to the date of the entry of PTO 24, a cardiovascular event as defined by PTO 18C.

2. Plaintiff will not re-file any suit based on any similar claims related to Vioxx against Merck, any of its subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court or forum or amend his or her current Complaint to allege that he or she suffered prior to the date of entry of PTO 24, a cardiovascular event as defined by PTO 18C.

Dated: June 26, 2007.

2

[For Plaintiff Represented by Counsel]  
FIRM

By: *Wanda J Edwards*  
Attorney: WANDA EDWARDS  
Address: 519 Florida Ave. SW  
Denham Springs, LA 70726  
*Attorneys for Plaintiff*

STONE PIGMAN WALTHER WITTMANN  
LLC

By: *Phil Wittmann*  
Phillip A. Wittmann  
546 Carondelet St.  
New Orleans, LA 70130

*Attorneys for Defendant,*  
*Merck & Co., Inc.*

[For Pro Se Plaintiff]  
PLAINTIFF NAME

Sign: _____  
Plaintiff Name  
Address

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above referenced plaintiff is barred from claiming to have suffered, prior to the date of the entry of PTO 24, a cardiovascular event as defined by PTO 18C pursuant to the terms of the stipulation set forth above, without cost as to any party as against the other.

IT IS SO ORDERED.

ENTERED this __31__ day of __July__, 2007.

*Eldon E. Fallon*  
Hon. Eldon Fallon, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of July, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

82647v.2