UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 31 PM 3: 00

LORETTA G. WHYTE
CLERK

In Re: VIOXX®   MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION   Section L

This Document Relates To:
Joyce Calloway, et al.   Judge Fallon
v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:06-cv-9335)   Mag. Judge Knowles

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiffs, JOYCE CALLOWAY, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF EARL CALLOWAY, DECEDENT, ~~CHARLOTTE SMITH~~, MARGIE MCDADE AND VANESSA BOLDING'S Motion to be well-taken, and that same should be granted.

*See Local Rule 83.2.11 - no address for this plainti[ff]*

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiffs, Joyce Calloway, Individually and as the representative of the estate of Earl Calloway, decedent, ~~Charlotte Smith~~, Margie McDade and Vanessa Bolding.

IT IS SO ORDERED.

July 30, 2007
Date

Judge Eldon E. Fallon
United States District Court Judge

___ Fee _____
___ Process _____
X Dkt'd _____
✓ CtRmDep _____
___ Doc. No. _____