IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re:  VIOXX PRODUCTS          ) | | |
|        LIABILITY LITIGATION      ) | MDL DOCKET NO. 1657 | |
| ) | | |
| ) | JUDGE FALLON | |
| ) | MAG. JUDGE KNOWLES | |
| ) | | |
| MARSHA MURPHY                        ) | | |
| ) | | |
|     Plaintiff,          ) | CASE NO.    2:06-cv-01460 | |
| ) | | |
| v.                                                ) | | |
| ) | | |
| MERCK & CO., INC., et al.          ) | | |
| ) | | |
|     Defendants.          ) | | |

**ORDER ON MOTION TO WITHDRAW**

On July 31, 2007, Plaintiff's counsel, Tom Dutton and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., filed a Motion to Withdraw as counsel for the Plaintiff, Marsha Murphy. The Motion to Withdraw is hereby granted.

In New Orleans, Louisiana, this the __1st__ day of _____August_____, 2007.

_____
DISTRICT JUDGE