# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Vioxx®                           *        MDL Docket No. 1657
                                        *
**PRODUCTS LIABILITY**                  *        **SECTION L**
**LITIGATION**                          *
                                        *        **JUDGE FALLON**
This document relates to:               *
                                        *        **MAGISTRATE JUDGE**
*Young, Mary v. Merck & Co., Inc.*,     *        **KNOWLES**
Docket Number: 2:06-cv-11106.           *
                                        *
* * * * * * * * * * * * * * * *         *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____ August _____, 2007.

_____

**DISTRICT JUDGE**