UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Miller v. Merck & Co., Inc., et al.*, 06-5595

## ORDER

The Court recently received a Plaintiff Profile Form from Mr. Miller in the above-captioned matter. As these materials should not have been provided to the Court, IT IS ORDERED that they be forwarded to Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, as identified in Pre-Trial Order No. 18C.

New Orleans, Louisiana, this 2nd day of August, 2007.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve a copy of this Order on the following by mail:

Gerald Miller
#35867
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 57117

1