UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                        :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    :   SECTION: L
                                     :   JUDGE FALLON
                                     :   MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Thomas v. Merck & Co., Inc.*, **06-1493**

## ORDER

The Court recently received several medical records regarding Mr. Thomas from Jackson & Bigelow, MD-PC, Ophthalmology. As these materials should not have been provided to the Court, IT IS ORDERED that they be forwarded to Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, as identified in Pre-Trial Order No. 18C.

New Orleans, Louisiana, this  2nd  day of August, 2007.

                                              UNITED STATES DISTRICT JUDGE

Clerk is directed to serve a copy of this Order on the following by mail:

Edward Earl Thomas
2300 South Jefferson
Apt. 7
Saginaw, MI  48061