UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Anderson, Johnny E. et al. v. Merck & Co., Inc.*, Docket Number: 2:05-cv-04762; and only regarding Ava R. Goodman, Raymond J. Heno, Effie L. Holland, Clifford Massey, John E. McKinley, Keith Morris on behalf of Willie Morris, Mary Broussard on behalf of Lee Youlanda Prejean, and Pinkie Wesley on behalf of Carrie J. Wesley. | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 3rd day of August, 2007.

*[signature: Eldon E. Fallon]*

DISTRICT JUDGE