FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 25 PM 3:42

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| O'DELL S. GLASS<br><br>　　　　Plaintiff, | CASE NO.　2:06-cv-01607 |
| v. | |
| MERCK & CO., INC., et al.<br><br>　　　　Defendants. | |

### ORDER ON MOTION TO WITHDRAW

DENIED
see Local Rule
83.2.11

On July 16, 2007, Plaintiff's counsel, Elisabeth French and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., filed a Motion to Withdraw as counsel for the Plaintiff, O'Dell Glass. The Motion to Withdraw is hereby granted.

In New Orleans, Louisiana, this the _____ day of _____, 2007.

_____
DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___