## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| *This document relates to*: | * | **JUDGE FALLON** |
| | * | |
| DAVID DUNAGAN and MARY | * | **MAG. JUDGE KNOWLES** |
| DUNAGAN (06-10639) | * | |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

### STIPULATION AND ORDER OF DISMISSAL *WITH* PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between

Plaintiffs David Dunagan and Mary Dunagan, and Defendant Merck & Co., Inc., through

their respective undersigned counsel, as follows:

    1.    This case having been resolved upon the agreement of Plaintiffs to

voluntarily dismiss with prejudice their claims against Defendant in the above-captioned

case and the agreement of Defendant not to seek from Plaintiffs their fees and costs, this

case is hereby dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P.

41(a)(1)(ii).

    2.    Plaintiffs further agree not to re-file any suit based on any similar claims

related to Vioxx against Defendant, any of their subsidiaries, agents, distributors,

employees, sales representatives, or against any pharmacy in any other court or forum.

    3.    Each party is to bear its own costs and attorneys' fees.

4.     Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims of plaintiffs in the above-captioned case.

Dated: ~~May~~ Aug 2, 2007

*AGREED TO AND ACCEPTED BY*:

THE JOYCE LAW FIRM

By

Stephen P. Joyce
26 North Main Street
Sherburne, New York 13460
(607) 674-4770

Attorneys for Plaintiffs

HUGHES HUBBARD & REED LLP

By

Vilia B. Hayes
One Battery Park Plaza
New York, New York 10004
(212) 837-6888

Attorneys for Defendants Merck & Co, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal *With*

Prejudice been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and

e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same

to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the

foregoing was electronically filed with the Clerk of Court of the United States District Court for

the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of

August, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel