UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| *This document relates to*: | * | **JUDGE FALLON** |
| | * | |
| WARREN A. CANARY | * | |
| (06-10651) | * | **MAG. JUDGE KNOWLES** |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## STIPULATION AND ORDER OF DISMISSAL *WITH* PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Warren A. Canary, and Defendant Merck & Co., Inc., through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiff to voluntarily dismiss with prejudice his claims against Defendant in the above-captioned case and the agreement of Defendant not to seek from Plaintiff his fees and costs, this case is hereby dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Plaintiff further agrees not to re-file any suit based on any similar claims related to Vioxx against Defendant, any of their subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court or forum.

3. Each party is to bear its own costs and attorneys' fees.

4. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court, Defendants'

Liaison Counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims of plaintiff in the above-captioned case.

Dated: ~~May~~ Aug 2, 2007

*AGREED TO AND ACCEPTED BY*:

| THE JOYCE LAW FIRM | HUGHES HUBBARD & REED LLP |
|---|---|
| By _____ | By _____ |
| Stephen P. Joyce | Vilia B. Hayes |
| 26 North Main Street | One Battery Park Plaza |
| Sherburne, New York 13460 | New York, New York 10004 |
| (607) 674-4770 | (212) 837-6888 |
| Attorneys for Plaintiff | Attorneys for Defendants Merck & Co, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal *With Prejudice* been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of August, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2