UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| BONNIE J. GALLOWAY (06-10641) | * | JUDGE KNOWLES |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |
| | * | |

ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal *With* Prejudice,

IT IS ORDERED that the claims of plaintiff Bonnie J. Galloway in the above-captioned

case be and it hereby is dismissed *with* prejudice, each party to bear his or her own costs and

attorneys' fees.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
DISTRICT JUDGE

887611v.1