UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| LULA DAVIS and WILLIAM DAVIS | * | JUDGE KNOWLES |
| (06-10638) | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal *With* Prejudice,

IT IS ORDERED that the claims of plaintiffs Lula Davis and William Davis in the above-captioned case be and they hereby are dismissed *with* prejudice, each party to bear his or her own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
DISTRICT JUDGE

887611v.1