

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1657

*IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation*

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-107)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,271 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG - 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-107 - TAG-ALONG ACTIONS
## MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA SOUTHERN** | | |
| CAS 3 07-1189 | Patrick McQuery v. Merck & Co., Inc., et al. | 07-3960 |
| CAS 3 07-1190 | Elisia Del Rosario v. Merck & Co., Inc., et al. | 07-3961 |
| CAS 3 07-1192 | Resvi Alfonso v. Merck & Co., Inc., et al. | 07-3962 |
| CAS 3 07-1193 | Dolores Silva v. Merck & Co., Inc., et al. | 07-3963 |
| CAS 3 07-1195 | Rodalfo B. Jacobs v. Merck & Co., Inc., et al. | 07-3964 |
| CAS 3 07-1196 | Tommy F. Hilliard v. Merck & Co., Inc., et al. | 07-3965 |
| CAS 3 07-1198 | Daniel Weldy v. Merck & Co., Inc., et al. | 07-3966 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 07-60857 | Victor Doria v. Merck & Co., Inc. | 07-3967 |
| FLS 9 07-80552 | Louis Dimartini v. Merck & Co., Inc., et al. | 07-3968 |
| FLS 9 07-80571 | Nina J. Greggs, et al. v. Merck & Co., Inc., et al. | 07-3969 |
| **SOUTH CAROLINA** | | |
| SC 2 07-1779 | Simon F. Bula, et al. v. Merck & Co., Inc. | 07-3970 |
| SC 4 07-1801 | Johnny H. Hughes, et al. v. Merck & Co., Inc. | 07-3971 |

# INVOLVED COUNSEL LIST (CTO-107)
## MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

Robert F. Arentz
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Erik T. Atkisson
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2550

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Reginald C. Brown, Jr.
Hyman Law Firm
P.O. Box 1770
Florence, SC 29503

Dan Cytryn
Cytryn & Santana
8100 North University Drive
Suite 202
Tamarac, FL 33321

Natale Fata
Fata Law Firm
P.O. Box 16620
Surfside Beach, SC 29587

Lowell W. Finson
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Marion S. Fowler, III
Fowler Law Firm
P.O. Box 1719
Lake City, SC 29560

Millard Lane Fretland
Conroy, Simberg, Ganon, Krevans & Abel
125 W. Romana Street
Suite 150
Pensacola, FL 32502

Wendi J. Frisch
Morris, Polich & Purdy, LLP
1055 West 7th Street
24th Floor
Los Angeles, CA 90017

H. Blair Hahn
Richardson Patrick Westbrook & Brickman, LLC
P.O. Box 1007
Mt Pleasant, SC 29465

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

John E. Herndon, Jr.
Conroy, Simberg, Ganon, Krevans & Abel
325 John Knox Road
Atrium Building, Suite 105
Tallahassee, FL 32303

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

John Brian T. Murray
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Richard D. Schuler
Schuler, Halvorson & Weisser, P.A.
1615 Forum Place
Barristers Building, Suite 4D
West Palm Beach, FL 33401-2317

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

## INVOLVED JUDGES LIST (CTO-107)
## MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

Hon. Roger T. Benitez
U.S. District Judge
4145 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Barry Ted Moskowitz
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
940 Front Street, Suite 5160
San Diego, CA 92101

Hon. Dana M. Sabraw
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
940 Front Street, Suite 2160
San Diego, CA 92101

Hon. Thomas J. Whelan
U.S. District Judge
3155 Edward J. Schwartz U.S. Courthouse
940 Front Street, Suite 3155
San Diego, CA 92101

Hon. William P. Dimitrouleas
U.S. District Judge
205F U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33332

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building & U.S. Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry, Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

**INVOLVED CLERKS LIST (CTO-107)**
**MDL NO. 1657**
**IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation**

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Larry W. Propes, Clerk
P.O. Box 835
Charleston, SC 29402-9835

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

August 2, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- IN RE Vioxx Marketing, Sales Practices and Products Liability Litigiation

(See Attached CTO-107)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 17, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/
Docket Specialist

cc:   Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A