## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>        Products Liability Litigation | MDL No. 1675 |
| This Document Relates To:<br><br>        07-CV-02939<br>        Cummings, et al. v. Merck & Co., et al. | SECTION: L<br><br>JUDGE: FALLON<br>MAGISTRATE: KNOWLES |

### MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW, Plaintiff, Marion Cummings, and seeks leave of the Court to amend her Complaint in order to reflect the death of Carman Cummings.

1. On March 20, 2007, the original complaint was filed in this matter on behalf of the plaintiffs. The Notice of Removal was filed on April 10, 2007, and the case was ultimately transferred to the Multi-District Litigation on May 31, 2007.

2. During the process of preparing the plaintiff profile form in this action, counsel for the plaintiffs learned that Carman Cummings had died in December of 2006 as a result of the injuries he suffered as a result of his use of the drug Vioxx.

66450.1

3. Accordingly, Plaintiff Marion Cummings seeks leave to amend the Complaint to properly reflect her status as representative of the wrongful death beneficiaries of Carman Cummings. A copy of Marion Cummings's proposed amended complaint is attached hereto and marked as Exhibit A.

4. This case was recently transferred to the MDL and no discovery or other action has occurred. The defendant will not be prejudiced in any way by the amendment of the complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Marion Cummings respectfully requests that the Court grant her motion, and give her leave to file the proposed Amended Complaint attached hereto, and for any other relief proper in the premises.

RESPECTFULLY SUBMITTED, this the 7th day of August, 2007.

/s/Donald Alan Windham, Jr.
Attorney for Plaintiffs,
Carman Cummings and Marion Cummings

**OF COUNSEL:**

Donald Alan Windham, Jr.
BALCH & BINGHAM LLP
401 East Capitol Street
Suite 200
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466

66450.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of August, 2007.

/s/Donald Alan Windham, Jr.
Donald Alan Windham, Jr.
MS Bar # 100909
Attorney for Plaintiff
BALCH & BINGHAM LLP
401 East Capitol Street, Suite 200
Jackson, MS 39201
Telephone: 601-961-9900
Facsimile: 601-961-4466
awindham@balch.com