# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>**Products Liability Litigation**<br><br>**This Document Relates To:**<br><br>07-CV-02939<br>Cummings, et al. v. Merck & Co., et al. | **MDL No. 1675**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br>**MAGISTRATE: KNOWLES** |

## ORDER GRANTING LEAVE TO AMEND

THIS CAUSE HAVING COME ON FOR CONSIDERATION of Plaintiffs' Motion for Leave to Amend, and the Court having fully considered same, finds Plaintiffs' Motion well taken and grants them leave to file the Amended Complaint attached thereto.

IT IS THEREFORE ORDERED AND ADJUDGED, that Plaintiffs are granted leave to file the Proposed Amended Complaint attached to their Motion for Leave to Amend Complaint.

THIS ____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

67548.1