UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1657 |
| | : |
| | : SECTION: L |
| | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

...................................................................

**THIS DOCUMENT RELATES TO:**
*Lori Rodriguez, et al v. Merck & Co., Inc., et al*
**Docket No: 07-953**

...................................................................

## PLAINTIFFS' MOTION FOR
## LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW, LORI RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RICHARD RODRIGUEZ, DECEASED; LUIS ANGEL RODRIGUEZ, INDIVIDUALLY; RUBEN RODRIGUEZ, INDIVIDUALLY; NAOMI FRANCO, INDIVIDUALLY; AND RACHEL RODRIGUEZ, INDIVIDUALLY (hereinafter referred to as Plaintiffs), and submit this their Motion for Leave to File First Amended Complaint, and would respectfully show as follows:

1.      This is a civil action brought on behalf of the above-styled Plaintiffs against MERCK & CO., INC.; AMERISOURCE, INC.; BERGEN BRUNSWIG DRUG COMPANY d/b/a AMERISOURCEBERGEN (hereinafter sometimes referred to as the "Drug Defendants"); AND GERARDO ZAVALA, M.D. (hereinafter sometimes referred to as Physician Defendant), and Plaintiff RICHARD RODRIGUEZ was prescribed and used the prescription medication Vioxx® (Rofecoxib). This drug caused the Plaintiffs to suffer harm, injuries, and legal damages. Vioxx® caused the untimely death of RICHARD RODRIGUEZ (DECEASED).

2. Plaintiffs seek leave to amend the complaint to add wrongful death allegations as Plaintiff Richard Rodriguez died on March 10, 2007, and to name Richard Rodriguez' surviving spouse, Lori Rodriguez, as Plaintiff, Individually and on Behalf of the Estate of Richard Rodriguez, Deceased; Luis Angel Rodriguez, Individually; Ruben Rodriguez, Individually; Naomi Franco, Individually; and Rachel Rodriguez, Individually. No other substantive revisions are being made in the amended complaint.

3. A true and correct copy of Plaintiffs' First Amended Complaint is attached hereto as Exhibit 1. Additionally, Plaintiffs are filing, subject to court approval of this motion, Plaintiffs' First Amended Complaint at this time.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that after considering the foregoing instrument, the Court grant Plaintiffs leave to file their First Amended Complaint by signing the attached Order Granting Leave to File Plaintiffs' First Amended Complaint, and for such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

LAW OFFICES OF DOUGLAS A. ALLISON
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-888-6002
361-888-6651 FAX NUMBER

BY: _____
Douglas A. Allison
State Bar No. 01083500

LAW OFFICES OF JACK MODESETT III
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471
361-882-3737
361-885-7983 FAX NUMBER

BY: /s/ Jack Modesett III
Jack Modesett III
State Bar No. 14244337

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I certify that on July 31, 2007, I attempted to confer with counsel for Defendants via telephone.

/s/ Douglas A. Allison
Douglas A. Allison

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion for Leave to File First Amended Complaint has been served on liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of August, 2007.

/s/ Douglas A. Allison
Douglas A. Allison