UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *Adams, Eva L. v. Merck & Co., Inc.*;2:05-cv-04326; only regarding Whitt, Ver and Woodall, Letha | * * * * | |
| *Aldridge, Harriet v. Merck & Co., Inc.*;2:05-cv-06346; only regarding Johnson, Larry | * * * * | |
| *Benson, Mary v. Merck & Co., Inc.*;2:05-cv-05307; only regarding Eppinger, Julia and Hayes, John | * * * * | |
| *Bess, Letty v. Merck & Co., Inc.*;2:05-cv-05301; only regarding Hampton, Raymond | * * * * | |
| *Bird, Patty v. Merck & Co. Inc.*;2:06-cv-03373; only regarding McGinnis, Dorathea | * * * * | |
| *Dawson, Tyrone v. Merck & Co., Inc.*;2:06-cv-00788; only regarding Duenne, Helen and Kemp, Betty | * * * * | |
| *Dodson, Wanda v. Merck & Co., Inc.*;2:05-cv-06194; only regarding Clark, John; Cook, Gary; and Douglas, Lonnie | * * * * | |
| *Durant, Robert v. Merck & Co., Inc.*;2:06-cv-06239; only regarding McMorris, Vernida and Newman, Francis | * * * * | |

| | *|
|---|---|
| *Geiger, Fredrick v. Merck & Co., Inc.*;2:06-cv-06654; only regarding Daniels, Clell and Ficke, Barbara | * |
| *Hagler, Charles v. Merck & Co., Inc.*;2:05-cv-03415; only regarding Kent, James and Nothdurft, David | * |
| *Hale, Arthur v. Merck & Co., Inc.*;2:05-cv-02579; only regarding Varvel, Catherine | * |
| *Harris, Ronnie v. Merck & Co., Inc.*;2:05-cv-05824; only regarding Goldstein, Richard; Harris, Ronnie; McGinnis, Dorathea; and Mills, Virgie | * |
| *Hugo, Ginger v. Merck & Co., Inc.*;2:06-cv-00797; only regarding McDaniels, Etta Lee | * |
| *Jackson, Gloria v. Merck & Co., Inc.*;2:06-cv-01896; only regarding Gifford, Raymond | * |
| *Kell, Virginia v. Merck & Co., Inc.*;2:05-cv-05306; only regarding Calvert, Terrie | * |
| *Lacy, Fulton v. Merck & Co., Inc.*;2:06-cv-00790; only regarding Albright, Norma; Rhone, Darnell; Wilhelm, Benjamin; and Wilhelm, Catherine | * |
| *Lands, Ida v. Merck & Co., Inc.*;2:06-cv-04063; only regarding Fincher, Vernon; Jonasen, Mary Jane; and Landman, Ronald | * |
| *Lara, Ricardo v. Merck & Co., Inc.*;2:05-cv-05309; only regarding Brewer, Douglas | * |
| *Lawson, Brian v. Merck & Co., Inc.*;2:06-cv-01977; only regarding Jackson, Alonial | * |

2

*Light, Evelyn v. Merck & Co., Inc.*;2:06-cv-00789; only regarding Gardner, Robert

*Lindsey, Michael v. Merck & Co., Inc.*;2:06-cv-03171; only regarding Bastress, Paul; Ferrari, Barry; and Waxler, Mary Anne

*Mason, Lora v. Merck & Co., Inc.*;2:06-cv-03370; only regarding Mason, Lora

*Maxwell, Martha v. Merck & Co., Inc.*;2:06-cv-01975; only regarding Dillard, Glenda

*McBride, Earlene v. Merck & Co., Inc.*;2:05-cv-03420; only regarding Williams, Thelma

*McCarthy, Elizbeth v. Merck & Co., Inc.*;2:06-cv-03172; only regarding Gordon, Paul; Greer, Donna; McRay, Daryl; Parsons, Dennis; Smith, Vestoris; and Stevens, Charles

*McKee, Randy v. Merck & Co., Inc.*;2:06-cv-03379; only regarding Lack, Michael and Sprouse, Lewis

*Means, Clarence v. Merck & Co., Inc.*;2:06-cv-03371; only regarding Dabbs, Leroy

*Miles, Mary v. Merck & Co., Inc.*;2:05-cv-03810; only regarding Teter, Russel

*Neeley, Robert v. Merck & Co., Inc.*;2:06-cv-03381; only regarding Brislenn, Jeffrey and Quallis, Jerry

*Rogers, Irene v. Merck & Co., Inc.*;2:05-cv-05312; only regarding Jeffries, Leonard

| | |
|---|---|
| *Roles, Loretta v. Merck & Co., Inc.*; 2:06-cv-03366; only regarding Eggleston, Robert | * |
| *Romero, Joe v. Merck & Co., Inc.*; 2:06-cv-03385; only regarding Whitelaw, Jacqueline | * |
| *Sterling, Roberta v. Merck & Co., Inc.*; 2:06-cv-00791; only regarding Hinds, William | * |
| *Stewart, Mary v. Merck & Co., Inc.*; 2:05-cv-02575; only regarding Ring, Vicky | * |
| *Stinnett, Furman v. Merck & Co., Inc.*; 2:06-cv-00548; only regarding Connor, David | * |
| *Swint, Mona v. Merck & Co., Inc.*; 2:05-cv-06347; only regarding Perkins, Betty | * |
| *Tiberio, Albert v. Merck & Co., Inc.*; 2:06-cv-01418; only regarding Salamon, Edward | * |
| *Trammel, Velma v. Merck & Co., Inc.*; 2:06-cv-10773; only regarding Tidwell, Kimberly | * |
| *Trinidad, Loretta v. Merck & Co., Inc.*; 2:05-cv-05310; only regarding Bonnett, Etta Spotted War | * |
| *Tuma, Theresa v. Merck & Co., Inc.*; 2:05-cv-02566; only regarding Rolfsness, Tamasailau | * |
| *Zide, Martin v. Merck & Co., Inc.*; 2:06-cv-00796; only regarding Williams, Elizabeth | * |

4

*Zimmermann, Thelma v. Merck & Co.,*    \*
*Inc.*;2:06-cv-01972; only regarding    \*
Smoke, EJ    \*
                                                  \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs listed above and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of their respective claims against Merck & Co., Inc. in the above-styled lawsuits, each party to bear its own costs, subject to the following conditions:

1. Plaintiffs listed above agree that, in the event they or a representative on their behalf re-file a lawsuit against Merck that contains claims relating to Vioxx®, they shall so do only in the United States District Court for the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall not oppose transfer to MDL 1657; and

2. Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657, the MDL proceeding venued in the United States District Court for the Eastern District of Louisiana) and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said Plaintiffs, as though Plaintiffs had been a party and had had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison

5

Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of these Plaintiffs against Merck & Co., Inc., in the above-captioned case.

4. The claims of the remaining plaintiffs shall remain in full force and effect.

Respectfully submitted,

| | |
|---|---|
| JEFFREY J. LOWE, P.C. | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: /s/ Jeffrey J. Lowe | By: /s/ Dorothy H. Wimberly |
| Jeffrey J. Lowe<br>Jeffrey J. Lowe, P.C.<br>8235 Forsyth Blvd.<br>Ste. 1100<br>St. Louis, MO 63105<br>Phone: 314-678-3400 | Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Phone: 504-581-3200 |
| *Counsel for Plaintiffs Listed in Caption Above* | *Counsel for Defendant Merck & Co., Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of August, 2007.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Adams, Eva L. v. Merck & Co.,* | * | KNOWLES |
| *Inc.*;2:05-cv-04326; only regarding | * | |
| Whitt, Ver and Woodall, Letha | * | |
| | * | |
| *Aldridge, Harriet v. Merck & Co.,* | * | |
| *Inc.*;2:05-cv-06346; only regarding | * | |
| Johnson, Larry | * | |
| | * | |
| *Benson, Mary v. Merck & Co., Inc.*;2:05- | * | |
| cv-05307; only regarding Eppinger, Julia | * | |
| and Hayes, John | * | |
| | * | |
| *Bess, Letty v. Merck & Co., Inc.*;2:05-cv- | * | |
| 05301; only regarding Hampton, | * | |
| Raymond | * | |
| | * | |
| *Bird, Patty v. Merck & Co. Inc.*;2:06-cv- | * | |
| 03373; only regarding McGinnis, | * | |
| Dorathea | * | |
| | * | |
| *Dawson, Tyrone v. Merck & Co.,* | * | |
| *Inc.*;2:06-cv-00788; only regarding | * | |
| Duenne, Helen and Kemp, Betty | * | |
| | * | |
| *Dodson, Wanda v. Merck & Co.,* | * | |
| *Inc.*;2:05-cv-06194; only regarding | * | |
| Clark, John; Cook, Gary; and Douglas, | * | |
| Lonnie | * | |
| | * | |
| *Durant, Robert v. Merck & Co.,* | * | |
| *Inc.*;2:06-cv-06239; only regarding | * | |
| McMorris, Vernida and Newman, | * | |
| Francis | * | |
| | * | |
| | * | |
| | * | |

| | |
|---|---|
| *Geiger, Fredrick v. Merck & Co., Inc.*;2:06-cv-06654; only regarding Daniels, Clell and Ficke, Barbara | * * * * |
| *Hagler, Charles v. Merck & Co., Inc.*;2:05-cv-03415; only regarding Kent, James and Nothdurft, David | * * * * |
| *Hale, Arthur v. Merck & Co., Inc.*;2:05-cv-02579; only regarding Varvel, Catherine | * * * * |
| *Harris, Ronnie v. Merck & Co., Inc.*;2:05-cv-05824; only regarding Goldstein, Richard; Harris, Ronnie; McGinnis, Dorathea; and Mills, Virgie | * * * * * |
| *Hugo, Ginger v. Merck & Co., Inc.*;2:06-cv-00797; only regarding McDaniels, Etta Lee | * * * * |
| *Jackson, Gloria v. Merck & Co., Inc.*;2:06-cv-01896; only regarding Gifford, Raymond | * * * * |
| *Kell, Virginia v. Merck & Co., Inc.*;2:05-cv-05306; only regarding Calvert, Terrie | * * * |
| *Lacy, Fulton v. Merck & Co., Inc.*;2:06-cv-00790; only regarding Albright, Norma; Rhone, Darnell; Wilhelm, Benjamin; and Wilhelm, Catherine | * * * * * |
| *Lands, Ida v. Merck & Co., Inc.*;2:06-cv-04063; only regarding Fincher, Vernon; Jonasen, Mary Jane; and Landman, Ronald | * * * * * |
| *Lara, Ricardo v. Merck & Co., Inc.*;2:05-cv-05309; only regarding Brewer, Douglas | * * * * |
| *Lawson, Brian v. Merck & Co., Inc.*;2:06-cv-01977; only regarding Jackson, Alonial | * * * * |

9

| | |
|---|---|
| *Light, Evelyn v. Merck & Co., Inc.*;2:06-cv-00789; only regarding Gardner, Robert | * * * * |
| *Lindsey, Michael v. Merck & Co., Inc.*;2:06-cv-03171; only regarding Bastress, Paul; Ferrari, Barry; and Waxler, Mary Anne | * * * * * |
| *Mason, Lora v. Merck & Co., Inc.*;2:06-cv-03370; only regarding Mason, Lora | * * * |
| *Maxwell, Martha v. Merck & Co., Inc.*;2:06-cv-01975; only regarding Dillard, Glenda | * * * * |
| *McBride, Earlene v. Merck & Co., Inc.*;2:05-cv-03420; only regarding Williams, Thelma | * * * * |
| *McCarthy, Elizbeth v. Merck & Co., Inc.*;2:06-cv-03172; only regarding Gordon, Paul; Greer, Donna; McRay, Daryl; Parsons, Dennis; Smith, Vestoris; and Stevens, Charles | * * * * * * |
| *McKee, Randy v. Merck & Co., Inc.*;2:06-cv-03379; only regarding Lack, Michael and Sprouse, Lewis | * * * * |
| *Means, Clarence v. Merck & Co., Inc.*;2:06-cv-03371; only regarding Dabbs, Leroy | * * * * |
| *Miles, Mary v. Merck & Co., Inc.*;2:05-cv-03810; only regarding Teter, Russel | * * * |
| *Neeley, Robert v. Merck & Co., Inc.*;2:06-cv-03381; only regarding Brislenn, Jeffrey and Quallis, Jerry | * * * * |
| *Rogers, Irene v. Merck & Co., Inc.*;2:05-cv-05312; only regarding Jeffries, Leonard | * * * * * |

| | |
|---|---|
| *Roles, Loretta v. Merck & Co., Inc.*;2:06-cv-03366; only regarding Eggleston, Robert | * * * * |
| *Romero, Joe v. Merck & Co., Inc.*;2:06-cv-03385; only regarding Whitelaw, Jacqueline | * * * * |
| *Sterling, Roberta v. Merck & Co., Inc.*;2:06-cv-00791; only regarding Hinds, William | * * * * |
| *Stewart, Mary v. Merck & Co., Inc.*;2:05-cv-02575; only regarding Ring, Vicky | * * * * |
| *Stinnett, Furman v. Merck & Co., Inc.*;2:06-cv-00548; only regarding Connor, David | * * * * |
| *Swint, Mona v. Merck & Co., Inc.*;2:05-cv-06347; only regarding Perkins, Betty | * * * |
| *Tiberio, Albert v. Merck & Co., Inc.*;2:06-cv-01418; only regarding Salamon, Edward | * * * * |
| *Trammel, Velma v. Merck & Co., Inc.*; 2:06-cv-10773; only regarding Tidwell, Kimberly | * * * * |
| *Trinidad, Loretta v. Merck & Co., Inc.*;2:05-cv-05310; only regarding Bonnett, Etta Spotted War | * * * * |
| *Tuma, Theresa v. Merck & Co., Inc.*;2:05-cv-02566; only regarding Rolfsness, Tamasailau | * * * * |
| *Zide, Martin v. Merck & Co., Inc.*;2:06-cv-00796; only regarding Williams, Elizabeth | * * * * * * * |

| | |
|---|---|
| *Zimmermann, Thelma v. Merck & Co., Inc.*;2:06-cv-01972; only regarding Smoke, EJ | * * * |
| * * * * * * * * * * * * * * * * | * |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
**DISTRICT JUDGE**

12