UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Adams, Eva L. v. Merck & Co., Inc.*;2:05-cv-04326; only regarding Whitt, Ver and Woodall, Letha | * | KNOWLES |
| | * | |
| *Aldridge, Harriet v. Merck & Co., Inc.*;2:05-cv-06346; only regarding Johnson, Larry | * | |
| | * | |
| *Benson, Mary v. Merck & Co., Inc.*;2:05-cv-05307; only regarding Eppinger, Julia and Hayes, John | * | |
| | * | |
| *Bess, Letty v. Merck & Co., Inc.*;2:05-cv-05301; only regarding Hampton, Raymond | * | |
| | * | |
| *Bird, Patty v. Merck & Co. Inc.*;2:06-cv-03373; only regarding McGinnis, Dorathea | * | |
| | * | |
| *Dawson, Tyrone v. Merck & Co., Inc.*;2:06-cv-00788; only regarding Duenne, Helen and Kemp, Betty | * | |
| | * | |
| *Dodson, Wanda v. Merck & Co., Inc.*;2:05-cv-06194; only regarding Clark, John; Cook, Gary; and Douglas, Lonnie | * | |
| | * | |
| *Durant, Robert v. Merck & Co., Inc.*;2:06-cv-06239; only regarding McMorris, Vernida and Newman, Francis | * | |

*Geiger, Fredrick v. Merck & Co., Inc.*;2:06-cv-06654; only regarding Daniels, Clell and Ficke, Barbara

*Hagler, Charles v. Merck & Co., Inc.*;2:05-cv-03415; only regarding Kent, James and Nothdurft, David

*Hale, Arthur v. Merck & Co., Inc.*;2:05-cv-02579; only regarding Varvel, Catherine

*Harris, Ronnie v. Merck & Co., Inc.*;2:05-cv-05824; only regarding Goldstein, Richard; Harris, Ronnie; McGinnis, Dorathea; and Mills, Virgie

*Hugo, Ginger v. Merck & Co., Inc.*;2:06-cv-00797; only regarding McDaniels, Etta Lee

*Jackson, Gloria v. Merck & Co., Inc.*;2:06-cv-01896; only regarding Gifford, Raymond

*Kell, Virginia v. Merck & Co., Inc.*;2:05-cv-05306; only regarding Calvert, Terrie

*Lacy, Fulton v. Merck & Co., Inc.*;2:06-cv-00790; only regarding Albright, Norma; Rhone, Darnell; Wilhelm, Benjamin; and Wilhelm, Catherine

*Lands, Ida v. Merck & Co., Inc.*;2:06-cv-04063; only regarding Fincher, Vernon; Jonasen, Mary Jane; and Landman, Ronald

*Lara, Ricardo v. Merck & Co., Inc.*;2:05-cv-05309; only regarding Brewer, Douglas

*Lawson, Brian v. Merck & Co., Inc.*;2:06-cv-01977; only regarding Jackson, Alonial

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

9

| | |
|---|---|
| *Light, Evelyn v. Merck & Co., Inc.*;2:06-cv-00789; only regarding Gardner, Robert | * * * * |
| *Lindsey, Michael v. Merck & Co., Inc.*;2:06-cv-03171; only regarding Bastress, Paul; Ferrari, Barry; and Waxler, Mary Anne | * * * * * |
| *Mason, Lora v. Merck & Co., Inc.*;2:06-cv-03370; only regarding Mason, Lora | * * * |
| *Maxwell, Martha v. Merck & Co., Inc.*;2:06-cv-01975; only regarding Dillard, Glenda | * * * * |
| *McBride, Earlene v. Merck & Co., Inc.*;2:05-cv-03420; only regarding Williams, Thelma | * * * * |
| *McCarthy, Elizbeth v. Merck & Co., Inc.*;2:06-cv-03172; only regarding Gordon, Paul; Greer, Donna; McRay, Daryl; Parsons, Dennis; Smith, Vestoris; and Stevens, Charles | * * * * * * |
| *McKee, Randy v. Merck & Co., Inc.*;2:06-cv-03379; only regarding Lack, Michael and Sprouse, Lewis | * * * * |
| *Means, Clarence v. Merck & Co., Inc.*;2:06-cv-03371; only regarding Dabbs, Leroy | * * * * |
| *Miles, Mary v. Merck & Co., Inc.*;2:05-cv-03810; only regarding Teter, Russel | * * * |
| *Neeley, Robert v. Merck & Co., Inc.*;2:06-cv-03381; only regarding Brislenn, Jeffrey and Quallis, Jerry | * * * * |
| *Rogers, Irene v. Merck & Co., Inc.*;2:05-cv-05312; only regarding Jeffries, Leonard | * * * * * |

| | |
|---|---|
| *Roles, Loretta v. Merck & Co., Inc.*; 2:06-cv-03366; only regarding Eggleston, Robert | * * * * |
| *Romero, Joe v. Merck & Co., Inc.*; 2:06-cv-03385; only regarding Whitelaw, Jacqueline | * * * * |
| *Sterling, Roberta v. Merck & Co., Inc.*; 2:06-cv-00791; only regarding Hinds, William | * * * * |
| *Stewart, Mary v. Merck & Co., Inc.*; 2:05-cv-02575; only regarding Ring, Vicky | * * * * |
| *Stinnett, Furman v. Merck & Co., Inc.*; 2:06-cv-00548; only regarding Connor, David | * * * * |
| *Swint, Mona v. Merck & Co., Inc.*; 2:05-cv-06347; only regarding Perkins, Betty | * * * |
| *Tiberio, Albert v. Merck & Co., Inc.*; 2:06-cv-01418; only regarding Salamon, Edward | * * * * |
| *Trammel, Velma v. Merck & Co., Inc.*; 2:06-cv-10773; only regarding Tidwell, Kimberly | * * * * |
| *Trinidad, Loretta v. Merck & Co., Inc.*; 2:05-cv-05310; only regarding Bonnett, Etta Spotted War | * * * * |
| *Tuma, Theresa v. Merck & Co., Inc.*; 2:05-cv-02566; only regarding Rolfsness, Tamasailau | * * * * |
| *Zide, Martin v. Merck & Co., Inc.*; 2:06-cv-00796; only regarding Williams, Elizabeth | * * * * * * * |

11

| | |
|---|---|
| *Zimmermann, Thelma v. Merck & Co., Inc.*;2:06-cv-01972; only regarding Smoke, EJ | * * * |
| * * * * * * * * * * * * * * * * | * |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____

**DISTRICT JUDGE**