## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| | * | **MAGISTRATE** |
| FREDERICK D. EMHOF and LINDA | * | **JUDGE KNOWLES** |
| EMHOF (06-10640) | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal *With* Prejudice,

IT IS ORDERED that the claims of plaintiffs Frederick D. Emhof and Linda Emhof in

the above-captioned case be and they hereby are dismissed *with* prejudice, each party to bear his

or her own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this 8th day of August , 2007.

_____
DISTRICT JUDGE

887611v.1