**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

IN RE:  VIOXX                                   *       MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION      *
                                          *       SECTION: L(3)
                                          *
                                          *       JUDGE FALLON
                                          *       MAG. JUDGE KNOWLES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Flippin, et al. v. Merck & Co., Inc., et al.*, No. 05-1797

**ORDER**

At the last monthly status conference, the State Liaison Committee brought the above-captioned case to the Court's attention.  Accordingly, IT IS ORDERED that the Plaintiffs' Motion to Remand, which was filed on March 25, 2005 in the United States District Court for the Western District of Tennessee (C.A. 1-05-1068) before this case was transferred into the MDL, shall be heard on September 6, 2007, with oral argument, following the next monthly status conference.  IT IS FURTHER ORDERED that the Defendants shall file any opposition no later than August 28, 2007, and that the Plaintiffs shall file any reply no later than September 4, 2007.

New Orleans, Louisiana, this   8th   day of   August  , 2007.

_____
UNITED STATES DISTRICT JUDGE