**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 9, 2007**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**IN RE: VIOXX**                                        MDL NO. 1657
      **PRODUCTS LIABILITY LITIGATION**

                                                **SECTION: L**

                                                **JUDGE FALLON**
                                                **MAG. JUDGE KNOWLES**

**BEFORE JUDGE ELDON E. FALLON**
**Case Manager: Gaylyn Lambert**
**Court Reporter: Pinkey Ferdinand**

**Appearances:**
**Arnold Levin, Esq., Russ Herman, Esq., Leonard Davis, Esq., Andy Birchfield, Esq.**
**for the Plaintiff Steering Committee**
**Kathryn Snapka, Esq. for Alicia Gomez**
**John Beisner, Esq. and Jessica Miller, Esq. for Merck & Co.**

**Motion of defendant, Merck & Co., Inc., to Alter or Amend the Court's July 3, 2007 Order**
**Denying Merck's Motion for Summary Judgment to Include Certification for Interlocutory**
**Review Pursuant to 28 USC 1292(b):      (11658)**

**Argument - TAKEN UNDER SUBMISSION.**

| JS-10:     :40 |
|----------------|