1   Q.   YES, DURING THE LAST MONTH.

2   A.   WELL, SINCE HE HAD THAT LAST CATHETERIZATION, I HAVEN'T

3   BEEN OVER THERE AS MUCH; BUT AS FAR AS HIS GENERAL CONDITION, I

4   THINK I USED THE TERM "HE IS JUST NOT QUITE HITTING ON ALL

5   CYLINDERS." HE JUST DOESN'T SEEM TO HAVE THE ENERGY LEVEL HE

6   SHOULD HAVE.

7        MR. ROBINSON:  THANK YOU, JOHN.  THANK YOU VERY MUCH.

8   I APPRECIATE YOU COMING DOWN.

9        THE COURT:  ANY CROSS?

10        MR. GOLDMAN:  ONLY BRIEF, JUDGE.

11                      CROSS-EXAMINATION

12   BY MR. GOLDMAN:

13   Q.   GOOD AFTERNOON, SIR.

14   A.   THANK YOU.

15   Q.   YOU MENTIONED THAT YOU USED TO GO SHAG-DANCING WITH YOUR

16   BROTHER?

17   A.   YES.

18   Q.   CAN YOU DESCRIBE WHAT SHAG-DANCING IS, SIR.

19   A.   IF YOU DON'T SEE IT, IT'S A LITTLE HARD TO DESCRIBE, BUT

20   IT'S -- IT'S WHAT THEY HAVE A BASIC -- IT'S JUST A MOVEMENT

21   THAT GOES UP BACK AND FORTH.  IT'S EIGHT LITTLE STEPS TO SIX

22   BEATS OF MUSIC.  YOU DON'T MOVE YOUR BODY FROM THE HIPS DOWN --

23   OR YOU DO MOVE YOUR BODY FROM THE HIPS DOWN, BUT YOU DON'T MOVE

24   IT FROM THE HIPS UP.  IT'S A DANCE THAT CAN BE DANCED TO ANY

25   TYPE OF TEMPO MUSIC.  YOU CAN DANCE IT SLOW OR YOU CAN DANCE IT

1    OF DUTY, SO TO SPEAK, I HELD SEVERAL JOBS BECAUSE ONCE WE MOVED

2    I, YOU KNOW, HAD TO QUIT MY JOB AND THEN FIND ANOTHER.  WHEN WE

3    LIVED IN MINNESOTA, I WAS A GROUP SUPERVISOR WITH NATIONAL CAR

4    RENTAL RESERVATIONS HEADQUARTERS.  THEN WE MOVED TO SAN JUAN,

5    PUERTO RICO AFTER THAT, AND I WORKED WITH A FIRM CALLED EXPERT

6    LECTURES.  WE PUT -- WELL, I WAS A LIAISON WITH ABOUT

7    THREE-FOURTHS OF THE WORLD'S CRUISE SHIPS.  I HELPED STAFF THE

8    CRUISE LINES WITH SOME ENTERTAINMENT.  AND WHAT I MEAN BY THAT

9    IS I WOULD PUT GOLF PROFESSIONALS ON, TENNIS PROFESSIONALS,

10   ARTS AND CRAFTS TEACHERS, CHILDREN'S COUNSELORS, BRIDGE

11   INSTRUCTORS, BACKGAMMON, BASICALLY JUST TO SUPPLEMENT THE

12   CRUISE STAFF, AND I GOT TO GO FREE WHEN I WANTED TO GO.

13   Q.    MAYBE YOU CAN JUST GIVE US A SUMMARY OF YOUR VIEW OF JERRY

14   WHEN HE WAS WORKING WITH THE FBI.

15   A.    VERY, VERY HARD WORKING.  OF COURSE, THERE WERE LONG

16   HOURS, LOTS OF PAPERWORK.  A VARIETY OF CASES HE WORKED ON, BUT

17   HE COULDN'T TELL ME A LOT OF THINGS HE USED TO DO AND I KNEW

18   BETTER THAN TO ASK, BUT HE REALLY ENJOYED HIS WORK THERE.  I

19   KNOW IT WAS SOME DAYS COULD BE VERY STRESSFUL, BUT EVERY JOB

20   HAS ITS STRESS POINTS.  HE ENJOYED IT, AND I'M GLAD THAT HE

21   ENJOYED IT.  HE GOT MANY, MANY COMMENDATIONS BECAUSE OF THE

22   FINE WORK HE DID.  VERY GOOD AGENT.

23   Q.    IN TERMS OF THE KIND OF PERSON HE WAS BEFORE HIS HEART

24   ATTACK IN TERMS OF TAKING CARE OF HIS HOME, DETAILS,

25   ORGANIZATION, THAT TYPE OF THING, CAN YOU TELL US ABOUT THAT

1   THING?

2   A.   BEFORE THE HEART ATTACK?

3   Q.   YES.

4   A.   WELL, HIS ENERGY LEVEL WAS VERY HIGH.  HE HAS ALWAYS BEEN

5   VERY ORGANIZED.  HE WOULD HELP ME IN THE HOME AND ALSO DO A LOT

6   OF YARD WORK, PARTICULARLY WHEN WE LIVED IN ATLANTA.  WE HAD A

7   LOT OF GRASS.  WE DON'T HAVE ANY GRASS.  WE HAVE WOOD CHIPS

8   NOW.  HE DID A LOT OF ACTIVITIES THAT HE CAN'T REALLY DO -- HE

9   DOESN'T HAVE THE ENERGY LEVEL TO DO WHAT HE DID, IN MY OPINION,

10  ANYWAY.  A LOT OF TIMES I HAVE TO LIFT ANYTHING HEAVY OR GET

11  SOMEONE ELSE TO HELP ME DO SOME CHORES BECAUSE HE HAS SOME NECK

12  AND BACK PROBLEMS, AS WELL, SO HE DOESN'T DO HEAVY LIFTING OR

13  ANYTHING LIKE THAT.

14  Q.   BEFORE HIS HEART ATTACK DID HE DO HEAVY LIFTING?

15  A.   NOT TO ANY GREAT DEGREE BECAUSE HE STILL DID HAVE NECK AND

16  BACK PROBLEMS.

17        MR. ROBINSON:  I HAVE NOTHING FURTHER, YOUR HONOR.

18  THANK YOU VERY MUCH.

19        THE COURT:  ANY CROSS?

20                    CROSS-EXAMINATION

21  BY MR. GOLDMAN:

22  Q.   HELLOS, MRS. BARNETT.  ARE YOU DOING OKAY?

23  A.   YEAH, THANK YOU.

24  Q.   YOU HAVE BEEN MARRIED TO MR. BARNETT FOR ABOUT 34 YEARS;

25  RIGHT?

```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3
 4
 5    IN RE: VIOXX PRODUCTS          *   MDL DOCKET NO. 1657
      LIABILITY LITIGATION           *
 6                                    *
                                      *
 7    THIS DOCUMENT RELATES TO        *   AUGUST 8, 2006, 8:30 A.M.
                                      *
 8                                    *
      GERALD BARNETT V. MERCK         *   CASE NO. 06-CV-485-L
 9      & CO., INC.                   *
      * * * * * * * * * * * * * * *
10
11
                            VOLUME VIII
12                 JURY TRIAL BEFORE THE
                   HONORABLE ELDON E. FALLON
13                 UNITED STATES DISTRICT JUDGE
14
      APPEARANCES:
15
16    FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                  BY:  MARK P. ROBINSON JR., ESQ.
17                                620 NEWPORT CENTER DRIVE
                                  NEWPORT BEACH, CALIFORNIA 92660
18
19    FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                    PORTIS & MILES
20                                BY:  ANDY D. BIRCHFELD JR., ESQ.
                                  234 COMMERCE STREET
21                                POST OFFICE BOX 4160
                                  MONTGOMERY, ALABAMA 36103
22
23    FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                    PALENCHAR & SCOTT
24                                BY:  PHILIP S. BECK, ESQ.
                                       ANDREW L. GOLDMAN, ESQ.
25                                54 W. HUBBARD STREET, SUITE 300
                                  CHICAGO, ILLINOIS 60601
```

1    GOING TO PUT -- CARBS ARE GOING TO PUT WEIGHT ON YOU AND, OF

2    COURSE, FAT IS GOING TO RAISE YOUR CHOLESTEROL.

3    Q.    NOW, DID YOU HAVE PERIODS WHERE YOUR WEIGHT WOULD

4    FLUCTUATE UP A CERTAIN NUMBER TO A CERTAIN WEIGHT?

5    A.    YES.

6    Q.    AND DO YOU HAVE A RANGE OF WHAT YOUR WEIGHT WAS DURING

7    THAT PERIOD OF TIME FROM THE CARDIOLITE TO YOUR HEART ATTACK?

8    A.    YEAH.  YOU KNOW, I'VE ALWAYS WATCHED IT, BUT IT'S -- I HAD

9    A RANGE OF -- I TRIED TO KEEP IN IT THE LOW 160'S, AND -- BUT

10   AT ONE TIME IT GOT TO 184, AND THAT WAS ALARMING.  AND IT

11   DIDN'T STAY THERE LONG.  I GOT IT BACK DOWN PRETTY QUICK.

12          BUT -- AND DURING THAT PERIOD, AND I THINK ONE TIME

13   SINCE THAT, IT GOT INTO THE LOW 180'S, AND AGAIN I GOT IT BACK

14   DOWN.

15   Q.    DO YOU REMEMBER WHAT YOUR WEIGHT WAS AT THE TIME OF YOUR

16   HEART ATTACK?

17   A.    YES, I DO.  BECAUSE I HAD JUST --

18   Q.    MAYBE JUST TELL ME WHAT THE WEIGHT WAS.

19   A.    ABOUT 167.

20   Q.    THE MEDICAL RECORDS SAID 171.  DO YOU KNOW WHY?

21   A.    THAT'S WITH CLOTHES ON.

22   Q.    AFTER YOUR HEART ATTACK, DID YOU PARTICIPATE IN A PROGRAM

23   OF REHABILITATION?

24   A.    YES, I DID.

25   Q.    TELL THE JURY ABOUT THAT.

1    A.    AFTER YOU'RE SUFFICIENTLY HEALED -- BECAUSE YOU HAVE A

2    LARGE INCISION IN YOUR CHEST AND ANOTHER ONE THE WHOLE LENGTH

3    OF YOUR LEG, SO IT TOOK ABOUT SIX WEEKS BEFORE I COULD START

4    REHAB.  AND THAT'S AT A HOSPITAL.  AND THEY START YOU OUT ON

5    VERY LOW EXERCISE, VERY SLOW WALK ON A TREADMILL.  AND YOU'RE

6    HOOKED UP WITH HEART MONITORS, SO -- AND THERE IS TWO NURSES

7    THERE ALL THE TIME, AND THEY MONITOR THE HEART RATES.  IT WOULD

8    PROBABLY BE FIVE, SIX, SEVEN OF US IN THERE TOGETHER.

9            AND THEN THEY HAD WORKOUT -- YOU KNOW, WEIGHT

10   MACHINES, LIKE ANY GYMNASIUM, AND THEY HAVE A PROGRAM AND THEY

11   MONITOR YOU VERY CLOSE.  AND WHAT THEY DO IS JUST TRY TO BUILD

12   UP YOUR MUSCLES AGAIN THROUGH YOUR CHEST AND IN YOUR LEGS,

13   BUILD UP YOUR ENDURANCE, THAT SORT OF THING.

14           IT'S A VERY SLOW AND VERY MONITORED PROGRAM.  YOU

15   FEEL VERY SAFE BECAUSE YOU'RE HOOKED UP TO HEART MONITORS, AND

16   IF ANYTHING GOES WRONG, THEY ARE RIGHT THERE.  AND IT'S IN A

17   HOSPITAL.

18   Q.    I'M GOING TO TRY TO SPEED THIS UP.  AFTER THE REHAB, DID

19   YOU PROGRESS UP UNTIL JULY OF 2003?

20   A.    YES.  UH-HUH (AFFIRMATIVE RESPONSE).

21   Q.    AND DID YOU, DID YOU HAVE A CARDIOLITE EXAM IN JULY OF

22   2003?

23   A.    YES, UH-HUH (AFFIRMATIVE RESPONSE).

24   Q.    DO YOU REMEMBER WHAT THE RESULT WAS THERE?

25   A.    I DID REAL WELL ON THAT.

1           I MEAN, YOU'VE GOT TO USE COMMON SENSE.  THERE ARE

2     SOME ACTIVITIES I DON'T DO ANYMORE BECAUSE IT WOULD BE

3     DANGEROUS, BUT I'M GOING TO DO THE SAME ACTIVITIES.  I MIGHT DO

4     IT ON A LOWER LEVEL.  I KNOW -- YOU KNOW, YOU CAN READ YOUR

5     BODY, AND I KNOW AFTER THE HEART ATTACK I'VE BEEN DOING THINGS

6     AT A LOWER LEVEL, BUT I'M STILL DOING THEM.

7           SO I'M NOT GOING TO CHANGE MY LIFE UNLESS I REALLY

8     HAVE TO.

9     Q.    AND IN TERMS OF -- LET ME ASK YOU THIS:  DO YOU HAVE ANY

10    CONCERNS OR WORRIES ABOUT YOUR FUTURE?

11    A.    MY BIGGEST ONE WOULD BE MY FAMILY, PARTICULARLY MY WIFE,

12    BECAUSE SHE REALLY DEPENDS ON ME A LOT.  AND I CAN'T IMAGINE

13    HER -- YOU KNOW, REALLY WHAT LIFE WOULD BE LIKE FOR HER, YOU

14    KNOW, IF I WASN'T HERE.  AND SO YEAH, I THINK ABOUT THAT.

15          THAT WOULD BE -- IT'S MY BIGGEST WORRY IS, YOU KNOW,

16    MY MOM, HOW IS SHE GOING TO HANDLE IT, THE BROTHERS?  BUT MY

17    WIFE, PARTICULARLY, BECAUSE SHE'S MORE VULNERABLE.  SHE'S VERY

18    DEPENDENT ON ME.

19    Q.    SO ARE YOU -- WHAT'S YOUR INTENT TO TRY AND DO WITH

20    MEDICINES AND LIPITOR AND THINGS?

21    A.    I MEAN, I'M GOING TO DO WHAT I CAN.  WHAT CAN YOU DO?

22    YOU'VE GOT TO WATCH WHAT YOU EAT.  YOU HAVE TO KEEP EXERCISING

23    AND TAKE THE PROPER DRUGS.  I MEAN, I DON'T KNOW ANYTHING ELSE

24    YOU CAN DO.  YOU GOT TO DO IT RELIGIOUSLY, I THINK.

25    Q.    ARE YOU GOING TO CONTINUE DOING THAT?

1    Q.    HE IS A PLAINTIFF'S EXPERT.  HE IS NOT TESTIFYING HERE,

2    THOUGH; RIGHT?

3    A.    CORRECT.

4    Q.    SO WE HAVE GONE THROUGH THE BIO-PLAUSIBILITY.  WE HAVE

5    GONE THROUGH THE STUDIES.  NOW I WANT TO TALK ABOUT JERRY

6    BARNETT'S CLINICAL PICTURE.  I'M NOT GOING TO REPEAT EVERYTHING

7    WE HEARD FROM DR. POPMA YESTERDAY, BUT I DO WANT TO GET YOUR

8    OPINIONS HERE.  LET'S GO TO THE NEXT SLIDE.  WHY DON'T YOU TELL

9    US WHAT THIS SLIDE PURPORTS TO SHOW.

10   A.    THIS SLIDE DEPICTS THE CLINICAL TIME LINE OF JERRY

11   BARNETT -- AND YOU'VE HEARD SOME OF THIS FROM HIM -- THAT

12   12-30-99, HE HAS SAMPLES OF VIOXX; HAS HIS PRESCRIPTION FILLED

13   JANUARY 10, 2000; AND THEN HAS A STRESS TEST ON JANUARY 24,

14   2000.

15   Q.    OKAY.

16   A.    AND THEN I DON'T KNOW WHERE YOU WANT ME TO STOP.  BUT 31

17   MONTHS LATER, HE THEN HAS A HEART ATTACK, SEPTEMBER 6, 2002.

18   Q.    NOW, YESTERDAY THE JURY SAW THIS SLIDE WITHOUT THE VIOXX

19   31 MONTHS.  IS THAT SIGNIFICANT TO YOU?

20   A.    IT'S VERY SIGNIFICANT.  31 MONTHS ON VIOXX IS CERTAINLY A

21   LONG TIME.  MY INTERPRETATION OF THE STRESS TEST AT THIS POINT

22   IS THAT HE HAD MILD LATERAL WALL ISCHEMIA AND, 31 MONTHS LATER,

23   NOW HAS PLAQUE BUILDUP IN SIX CORONARY ARTERIES IN JUST 31

24   MONTHS.  I'VE NEVER SEEN THAT HAPPEN IN MY CAREER.

25   Q.    I THINK THE JURORS HEARD A LOT ABOUT THAT FROM DR. POPMA,

```
 1   BUT DO YOU BELIEVE THAT THAT'S EXPLAINED BY TRADITIONAL RISK

 2   FACTORS?

 3   A.   NO.  I THINK IT'S VERY IMPORTANT TO STRESS HERE JERRY

 4   BARNETT HAS A VERY MILDLY ABNORMAL STRESS TEST, EXERCISE TEST.

 5   SO IF YOU WANT TO SAY HE HAD STRESS, HE HAD FAMILY HISTORY, HE

 6   HAD ALL OF THESE RISK FACTORS, HE HAD THEM BY THE TIME HE -- ON

 7   1-24-00, IF THEY WERE THERE AND THEY WERE CREATING MAJOR

 8   PROBLEMS, WHY WASN'T IT SEEN AT THE TIME OF HIS STRESS TEST?

 9   BECAUSE THE STRESS TEST SHOWED JUST MILD LATERAL WALL ISCHEMIA.

10   WHAT THAT MEANS IS THAT THERE WAS JUST SLIGHT DECREASE IN BLOOD

11   FLOW TO ONE PART OF HIS HEART.  SO IF ALL OF THESE RISK FACTORS

12   WERE PLAYING A ROLE --

13        MR. BECK:  YOUR HONOR, I'M GOING TO OBJECT.  THIS IS

14   CUMULATIVE OF WHAT WE HEARD ALL DAY YESTERDAY.

15        THE COURT:  I UNDERSTAND.  I'LL OVERRULE THE

16   OBJECTION.  THIS IS AN EXPERT WITNESS.

17   BY MR. ROBINSON:

18   Q.   GO RIGHT AHEAD, DOCTOR.  YOU GOT CUT OFF.

19   A.   SO, IF ALL OF THESE RISK FACTORS WERE PLAYING A ROLE, WHY

20   DIDN'T IT SHOW UP ON THE STRESS TEST JANUARY 24, 2000?  INDEED,

21   VIRTUALLY EVERYTHING THAT I HAVE LOOKED AT IN EVALUATING WHAT

22   THAT STRESS TEST MEANS INDICATES THAT HIS RISKS OF HAVING A

23   HEART ATTACK OVER THE NEXT THREE YEARS OR SO IS IN THE RANGE OF

24   1 TO 2 PERCENT.  IT'S VERY SMALL.  YET, 31 MONTHS LATER, HE

25   COMES IN WITH A HEART ATTACK AND I CAN'T EXPLAIN THAT WITH
```

1   ANYTHING ELSE BUT VIOXX.

2   Q.   LET'S MOVE TO THE NEXT SLIDE -- NO, LET ME GO BACK TO THAT

3   LAST SLIDE.   COUNSEL BROUGHT OUT ON CROSS WITH DR. POPMA -- WAS

4   THIS A SMALL HEART ATTACK AS HEART ATTACKS GO?

5   A.   YES, THIS WAS A SMALL HEART ATTACK.   HE WAS VERY FORTUNATE

6   THAT IT ONLY AFFECTED A SMALL AREA OF HIS HEART, BUT THE KEY

7   HERE IS ONLY A SMALL AREA HAD THE DOCUMENTED HEART DAMAGE.   BUT

8   WE KNOW BY HIS HEART CATHETERIZATION AT THIS POINT THAT NOW

9   HE'S GOT SIX CORONARY ARTERIES THAT HAVE PLAQUE BUILDUP IN IT.

10  IF HE'S GOT SIX CORONARY ARTERIES THAT HAVE PLAQUE BUILDUP, WHY

11  DIDN'T IT SHOW UP BACK HERE?

12        WITH ALL THE FBI STRESS AND ALL THE THINGS THAT -- I

13  WON'T GO THROUGH ALL OF THOSE THAT YOU HEARD YESTERDAY, BUT

14  IT'S INCONCEIVABLE TO ME THAT IF THEY HAD PLAYED A ROLE TO

15  CREATE ALL OF THIS PLAQUE BUILDUP, THAT HE HAS A STRESS TEST

16  THAT SHOWS MILD REDUCED BLOOD FLOW, MILD REDUCED BLOOD FLOW.

17        THE COURT:   ALL RIGHT.   LET'S MOVE ON, COUNSEL.   THIS

18  WITNESS HAS SAID THIS TWICE NOW.

19  BY MR. ROBINSON:

20  Q.   BASICALLY, JUST QUICKLY, HOW WOULD YOU INTERPRET THE

21  CHOLESTEROL DATA JUST WITH ONE QUESTION AND ANSWER?

22  A.   CHOLESTEROL, UNQUESTIONABLY, IS A RISK FACTOR.   THE BAD

23  CHOLESTEROL, PARTICULARLY THE HDL, IS VERY IMPORTANT.

24        THIS SHOWS A PLOT OF MR. BARNETT'S HDL OVER TIME.

25  CERTAINLY, IT'S ELEVATED AND THAT'S A RISK FACTOR, AND THAT CAN

1    ELECTROCARDIOGRAM HE HAD WHEN HE CAME IN WITH HIS HEART ATTACK.

2    IDENTICAL.

3              SO I HAD TO PUT ALL OF THIS TOGETHER WITH A CHANGE

4    THAT'S OBJECTIVE, DOCUMENTED.  HE CAME TO INDIANAPOLIS.  HE WAS

5    SCHEDULED LIKE ANY OTHER PATIENT.  NO ONE KNEW ANYTHING ABOUT

6    THE TRIAL LITIGATION, WHAT MY ROLE WAS.  HE HAD THESE TESTS.

7    THEY WERE READ BY THE SCIENTISTS INVOLVED IN THOSE STUDIES.

8    THESE WERE THEIR RESULTS, AND THEN I HAD TO PUT IT ALL

9    TOGETHER.

10   Q.  SO, IN OTHER WORDS, YOU DIDN'T DO THE TEST.  YOU HAD

11   SOMEBODY ELSE DOING THE TESTS.

12   A.  ABSOLUTELY.  NOW, I LOOKED AT THE TESTS AFTER THEY HAD

13   DONE THEM AND AFTER THEY HAD WRITTEN THEIR DECISIONS.  I DIDN'T

14   CHANGE ANYTHING.  I DIDN'T INFLUENCE THEM.  THOSE ARE THE

15   DECISIONS THAT THEY CAME UP WITH.

16             THEY SAID TWO OCCLUDED VEIN GRAFTS, NEW WALL MOTION

17   ABNORMALITY -- THAT IS ABNORMAL SQUEEZE -- WHEN IT HAD BEEN

18   NORMAL JULY OF '03.  AND I SAID I DON'T KNOW HOW ELSE TO

19   EXPLAIN IT EXCEPT THAT THE VEIN GRAFTS HAVE CLOSED AND HE

20   PROBABLY HAD A HEART ATTACK AT THIS POINT.

21             NOW, AS YOU KNOW THE LAWYERS SAY "POSSIBLE," MEANING

22   49 PERCENT.  I SAID "PROBABLE 51 PERCENT."  CAN I SAY 100

23   PERCENT HE HAD A HEART ATTACK THEN?  NO, I CAN'T SAY THAT.  CAN

24   I SAY 100 PERCENT THAT HE CHANGED FROM '03 TO '06?  ABSOLUTELY.

25   BUT I'M TRYING TO REASON WHEN DID THE CHANGE OCCUR.  MORE

Page 1727

1    LIKELY THAN NOT, THAT WAS THE CHANGE.  SO NO, I DIDN'T

2    FABRICATE SOMETHING FOR LITIGATION.

3    Q.    THE LAST THING ON THIS EXHIBIT IS 7-10-06.  WHAT DOES THAT

4    SHOW?

5    A.    YES.  NOW, JERRY HAS WHAT'S CALLED UNSTABLE ANGINA.  LET

6    ME BACK UP JUST FOR A MOMENT.  WHEN I SEE HIM IN MAY OF 2006,

7    HE'S DOING PRETTY FINE DESPITE HAVING THE VEIN GRAFT, THE

8    OCCLUSION.  SO THERE'S NOTHING EMERGENT THAT HAS TO BE DONE.

9    HE DOESN'T HAVE TO GO HAVE A HEART CATHETERIZATION RIGHT AWAY.

10   Q.    DID YOU THINK YOUR CARDIOLITE TEST THAT HE -- WITH THOSE

11   TWO OCCLUDED GRAFTS, DID HE FUDGE ON THE TEST AND NOT GIVE HIS

12   ALL, OR WHATEVER SOME OF THE QUESTIONS WERE?

13   A.    NO.  THIS IS EXTREMELY IMPORTANT.  WHEN HE HAS HIS STRESS

14   TEST IN '03, HIS EXERCISE HEART RATE BECAUSE HE IS ON THE BETA

15   BLOCKER IS ROUGHLY THE SAME AS HIS EXERCISE HEART RATE IN MAY

16   OF '06.  SO HE ACHIEVED ABOUT 66 PERCENT OF HIS MAXIMUM HEART

17   RATE ON BOTH TESTS:  ON THIS TEST WHEN THERE'S NO LITIGATION

18   GOING ON, AND ON THIS TEST WHEN THERE MAY BE -- THERE IS

19   LITIGATION, BUT HIS EFFORT IS THE SAME.  BUT HE CAN'T GO AS

20   FAR.  HE CAN ONLY GO NINE AND A HALF MINUTES, RATHER THAN 15

21   MINUTES, BECAUSE NOW HE HAS TWO VEIN GRAFTS THAT ARE CLOSED OFF

22   AND HE'S GOT ABNORMAL SQUEEZE.  THAT'S A CHANGE.  HE IS

23   CONSIDERABLY WORSE OFF IN MAY OF '02 THAN BACK IN JULY OF '03.

24   Q.    NOW, BEFORE, LET'S SAY, THE END OF JUNE OF '06 -- YOU

25   HEARD THE TESTIMONY OF DR. KARAVAN -- HE DIDN'T KNOW WHAT YOUR

1   RELAXING AND WHEN THE HEART IS SQUEEZING.  YOU CAN JUST

2   VISUALLY SEE THAT THE INSIDE CHAMBER OF THE HEART IS A LITTLE

3   SMALLER HERE THAN IT IS HERE BECAUSE IT'S SQUEEZED.

4         GO TO THE NEXT SLIDE BECAUSE I'VE DRAWN THINGS.  NOW,

5   THIS IS THE HEART MUSCLE IN THE BOTTOM PART OF HIS WALL, AND

6   THIS IS THE INNER PART OF THE HEART MUSCLE.  THIS IS THE OUTER

7   PART OF THE HEART MUSCLE.  LOOK HOW IT NARROWS OVER HERE.  THIS

8   IS THE DAMAGED AREA THAT JERRY NOW HAS.  THIS IS SCAR.  THIS IS

9   NEVER GOING TO RECOVER.  HE WILL LIVE WITH THIS FOR THE REST OF

10  HIS LIFE.

11        NOW, GO FORWARD ONCE, BECAUSE NOW IT SQUEEZES.  NOW

12  YOU SEE THIS PART GETS THICKER WHILE THIS PART STAYS THIN.  THE

13  NEXT SLIDE SUPERIMPOSES THEM.  SO THIS IS THE RELAXED PART.

14  NOW GO FORWARD ONCE.  NOW, YOU SEE THIS IS THE SQUEEZED PART,

15  AND THIS ONE IS THICKER THAN THIS ONE, WHILE THE SCARRED AREA

16  STAYS THE SAME.

17        CLICK AGAIN.  I MEASURED THE RELAXED AREA THAT'S RED.

18  CLICK AGAIN.  THE SQUEEZED AREA, HEALTHY MUSCLE, IS YELLOW.

19  THAT GETS THICKER.  THAT'S LIKE SQUEEZING YOUR BICEP.  GO

20  FORWARD AGAIN.  THIS IS THE SCARRED AREA THAT'S NARROW.  CLICK

21  AGAIN.  THIS IS THE SCARRED AREA WHEN THE HEART IS CONTRACTING

22  STAYING NARROW.  THIS IS ABSOLUTE, UNEQUIVOCABLE, UNARGUABLE

23  PROOF THAT HE HAS DAMAGED HEART MUSCLE; THAT HE HAS SCAR IN

24  THAT AREA; AND THAT THIS CHANGED FROM '03 TO '06.  SOMETHING

25  HAPPENED, AND MY INTERPRETATION IS THAT IT'S RELATED TO THE

1   OBSTRUCTION OF THE TWO VEIN GRAFTS AND HE INDEED HAD A HEART

2   ATTACK, AND HE NOW HAS TO LIVE WITH THE SCAR.

3   Q.   GO TO THE NEXT SLIDE, PLEASE.  YOU DID A STRESS TEST;

4   RIGHT?

5   A.   I DID.  PROBABLY BLOW UP, YEAH --

6   Q.   WHAT'S THE POINT OF THAT?

7   A.   THE POINT OF THAT IS THIS SUBTLE BASAL INFERIOR

8   HYPOKINESIS.  THIS WAS READ BY OUR EXPERT IN THIS AREA, AND HE

9   CONFIRMS THIS IS AN ABNORMAL AREA OF CONTRACTION AND THAT THIS

10  IS THE SCAR.  IN ADDITION, HE SAYS THAT "THE MILDLY REDUCED

11  PERFUSION IN THE FIFTH INFEROBASAL AND INFEROLATERAL SEGMENTS,

12  WHICH IS PARTIALLY REVERSIBLE, IS SUGGESTIVE OF MILD

13  STRESS-INDUCED ISCHEMIA."

14        "PARTIALLY REVERSIBLE," WHAT DOES THAT MEAN?  IT

15  MEANS THAT, AT REST, THE AREA THAT DIDN'T TAKE UP THE

16  CARDIOLITE DID NOT IMPROVE.  SO IT'S SCARRED.  SO EVEN AT REST,

17  IT WON'T TAKE UP THE CARDIOLITE.  THIS IS WHAT WE CALL A FIXED

18  DEFECT, AND THIS IS CONSISTENT WITH A HEART ATTACK.

19  Q.   DID YOU USE YOUR IMPRISONMENT THE LAST 12 DAYS TO DO SOME

20  OF THIS?

21  A.   I SPENT A LOT OF TIME DOING THAT, YES.

22  Q.   YOU'RE GOING TO CHARGE ME; RIGHT?

23  A.   MY WIFE AGREES WITH ME IT WAS IMPRISONMENT.

24        THE COURT:  LET'S CONTINUE, COUNSEL.

25

1  ATTACK, AND THIS IS WHAT'S CALLED THE RIGHT CORONARY ARTERY.

2  THAT'S THIS BIG ARTERY OVER HERE.

3       YOU SEE THAT THIS ARTERY HAS BLOOD FLOW ALL THE WAY

4  DOWN TO THE VERY DISTAL PART.  THERE'S AN ABNORMALITY HERE AND

5  THERE'S AN ABNORMALITY HERE, AND THIS IS WHERE ONE OF THE BLOOD

6  VESSELS IS CUT OFF.  IF THAT WAS BALANCED ISCHEMIA, THEN THAT

7  SHOULD BE BLOCKED OFF WAY UP HERE.  AGAIN, THAT DOESN'T HOLD TO

8  EXPLAIN HIS NORMAL CARDIOLITE STRESS TEST BACK IN JANUARY 24,

9  2000.

10       WHAT THIS ALSO SHOWS IS THAT, FROM THIS DATE UNTIL

11  JULY OF '06, NOW THIS VESSEL HAS PROGRESSED.  I MEAN, THE

12  OCCLUSION HAS PROGRESSED.  SO THIS PART NOW IS STOPPED OFF

13  ENTIRELY, AND THAT'S WAY BACK UP HERE.  PREVIOUSLY, HE HAD HAD

14  BLOOD FLOW ALL THE WAY DOWN HERE, AND NOW THIS IS OBSTRUCTED

15  WAY BACK UP HERE.

16  Q.  CAN WE GO TO THE NEXT SLIDE QUICKLY.

17  A.  THIS BASICALLY SHOWS THE SAME THING IN THE DISTAL PART OF

18  THE RIGHT CORONARY ARTERY.

19  Q.  NEXT SLIDE.  WHAT DOES THIS SHOW?

20       MR. BECK:  JUST A MINUTE.  I THINK THE OBJECTION WAS

21  SUSTAINED TO THIS.

22       THE COURT:  RIGHT.  LET'S MOVE ON.

23  BY MR. ROBINSON:

24  Q.  LET'S MOVE ON.  NEXT SLIDE.  WHAT DOES THIS SLIDE SHOW?

25  A.  I WAS ASKED TO ESTIMATE WHAT IMPACT THE HEART DISEASE HAS

Page 1734

1    HAD ON JERRY BARNETT, AND THIS IS A LIFE TABLE CREATED BY THE

2    CDC, THE CENTER FOR DISEASE CONTROL.  IT SHOWS THAT, AT AGE 55,

3    JERRY WOULD HAVE HAD 24 YEARS OF EXPECTED LIFE ACCORDING TO

4    BEING A WHITE MALE.  BUT MY FEELING IS THAT WITH THE EXTENT OF

5    DAMAGE THAT HE HAS, THAT THIS HAS BEEN REDUCED SIGNIFICANTLY BY

6    SOME NINE OR TEN YEARS.  IF YOU GO TO THE NEXT SLIDE, AGAIN,

7    THESE ARE VERY IMPORTANT INFORMATION.

8    Q.   I THINK THE NEXT SLIDE WAS LEFT OUT, SO WE JUST HAVE TO

9    TALK ABOUT IT.

10   A.   OKAY.  WHAT THE NEXT SLIDE SHOWED IS THAT INDIVIDUALS WHO

11   HAVE BYPASS SURGERY, ABOUT 42 PERCENT DIED BY TEN YEARS.  SO

12   ONLY 58 PERCENT ARE ALIVE AT TEN YEARS.  SO I PUT THAT TOGETHER

13   WITH THIS LIFE TABLE AND CAME UP WITH THE FACT THAT I THINK HIS

14   LIFE HAS BEEN SHORTENED BY SOME NINE OR TEN YEARS.

15   Q.   DO YOU BELIEVE THAT VIOXX WAS THE CAUSE OF THAT?

16   A.   I DO.

17           MR. BECK:  OBJECTION, YOUR HONOR, LEADING AND ASKED

18   AND ANSWERED.

19           MR. ROBINSON:  NOT THAT.

20           THE COURT:  HE IS TALKING NOW ABOUT THE LIFE

21   EXPECTANCY.

22           MR. ROBINSON:  RIGHT.

23           THE WITNESS:  YES.

24   BY MR. ROBINSON:

25   Q.   WHY?

1    A.   I CAN COME UP WITH NO OTHER ANSWER.  AS I EXPRESSED TO

2    YOU, ALL OF HIS RISKS WERE TAKEN INTO CONSIDERATION WHEN HE HAS

3    THE FIRST STRESS TEST JANUARY 24, 2000.  IF BEING AN FBI AGENT

4    AND HIS WIFE'S CANCER, ALL OF THESE THINGS, FAMILY HISTORY HAD

5    PLAYED A ROLE, WHATEVER ROLE IT PLAYED, WE SHOULD HAVE SEEN IT

6    ON THE STRESS TEST AT JANUARY 24, 2000.  SO WE START BASICALLY

7    FROM THAT POINT.

8            THEN HE STARTS TAKING THE VIOXX, AND THE ONE MAJOR

9    BIG RISK THAT HE HAD WAS THE ELEVATED LDL, THE BAD CHOLESTEROL.

10   THAT IS BROUGHT UNDER CONTROL BY JULY OF 2000 AND COMES DOWN TO

11   NUMBERS THAT, AS I CITED FROM TWO TRIALS, ACTUALLY PRODUCED

12   REVERSAL OF CORONARY PLAQUE.  SO THE ONLY WAY I CAN ACCOUNT FOR

13   THE PROGRESSION OF THE PLAQUE BUILDUP THAT JERRY BARNETT HAS

14   HAD IS THAT IT HAS TO BE THE VIOXX.

15           MR. ROBINSON:  I HAVE NOTHING FURTHER, YOUR HONOR.

16           THE COURT:  OKAY.  WE'LL TAKE A 15-MINUTE BREAK AT

17   THIS TIME.  COURT WILL STAND IN RECESS.

18           THE DEPUTY CLERK:  EVERYONE RISE.

19           (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

20           THE DEPUTY CLERK:  EVERYONE RISE.

21           THE COURT:  BE SEATED, PLEASE.

22                    CROSS-EXAMINATION

23   BY MR. BECK:

24   Q.   SIR, YOU ARE STILL UNDER OATH.  DOCTOR, I WOULD LIKE TO

25   START WITH A DISCUSSION OF THE VIGOR CLINICAL TRIAL THAT YOU

1   Q.   IS THAT YOUR HANDWRITING?

2   A.   THAT'S MY HANDWRITING.

3   Q.   WOULD THIS CORRELATE WITH THE DICTATED CONSULTATION?

4   A.   YES.

5   Q.   WOULD YOU JUST KINDLY, FOR THE RECORD, DOCTOR, READ YOUR

6   ENTRY?

7   A.   58-YEAR-OLD MALE ADMITTED 9-6 WITH NON-Q WAVE MI.  PEAK

8   TROPONIN 1.40.  CAP TODAY DEMONSTRATED THE FOLLOWING:

9         NUMBER 1, "50 DISTAL LEFT MAIN"; NUMBER 2, "80

10  PERCENT D1 SMALL VESSEL"; NUMBER 3, "CIRCUMFLEX SMALL WITH

11  DIFFUSE DISEASE"; NUMBER 4, "PROXIMAL 80 PERCENT RI," WHICH IS

12  RAMUS INTERMEDIUS; NUMBER 5, "OCCLUDED PDA"; NUMBER 6, "LV

13  BRANCH 80 PERCENT PROXIMAL STENOSIS"; NUMBER 7, "EJECTION

14  FRACTION APPROXIMATELY 50 PERCENT, LVEDP 6" -- AND LVEDP IS A

15  PRESSURE MEASUREMENT WITHIN THE HEART CHAMBER.

16        "THE PATIENT IS A CANDIDATE FOR CORONARY BYPASS

17  GRAFTING.  PROCEDURE AND ATTENDANT RISK EXPLAINED.  ALL

18  QUESTIONS ANSWERED.  ALTERNATIVE THERAPIES DISCUSSED.  PATIENT

19  VOICED UNDERSTANDING AND WISHES TO PROCEED.  MORTALITY RISK, 2

20  TO 3 PERCENT.  MORBIDITY RISK, 5 TO 10 PERCENT.  PLAN OR

21  TOMORROW A.M.  9-10-02 SECOND CASE."

22  Q.   SO, OBVIOUSLY, SURGERY PROCEEDED; CORRECT?

23  A.   YES.

24  Q.   ALL RIGHT.  LET'S GO TO YOUR OPERATIVE REPORT.  THAT'S

25  EXHIBIT 4.  DOCTOR, IF YOU COULD KINDLY FOR THE JURY EXPLAIN

1    WHAT YOU DID DURING THE SURGERY?

2    A.    WELL, BASICALLY WHAT WE DO DURING THE SURGERY IS MAKE AN

3    INCISION DOWN THE MIDDLE OF THE CHEST, STARTS A LITTLE BIT

4    BELOW THE NOTCH IN YOUR NECK AND GOES JUST TO THE END OF YOUR

5    CHEST WHERE YOU FEEL THE LITTLE BIT OF CARTILAGE AT THE END OF

6    YOUR CHEST.  AT THE SAME TIME THAT IS GOING ON, TYPICALLY, THE

7    PHYSICIAN ASSISTANT IS TAKING VEIN OUT OF ONE OF THE LEGS.  AND

8    BACK IN 2002 THAT WOULD HAVE BEEN DONE WITH AN OPEN INCISION

9    ALL THE WAY UP AND DOWN THE LEG.

10   Q.    SO THAT'S A -- EXCUSE ME -- THAT'S A SURGICAL ASSISTANT?

11   A.    YES.

12   Q.    WOULD THAT HAVE BEEN MR. SCHRECKENGAST?

13   A.    CORRECT.

14   Q.    OKAY.

15   A.    WHILE HE'S DOING THAT, I WOULD TAKE THE MAMMARY ARTERY OFF

16   THE CHEST WALL.  WE LIFTED THE LEFT SIDE OF THE STERNUM UP A

17   LITTLE BIT WITH A RETRACTOR AND THEN TAKE DOWN THE ARTERY OFF

18   THE CHEST WALL.

19        THEN, TYPICALLY, AFTER I HAVE ALL OF THE CONDUIT VEIN

20   ARTERY HARVESTED, WE WILL GO ON THE HEART/LUNG MACHINE BY

21   PUTTING A CANULA IN THEIR AORTA AND A CANULA IN THEIR RIGHT

22   ATRIUM SO THAT WE CAN STOP THEIR HEART.  AND WE PUT A CLAMP ON

23   THEIR AORTA, STOP THE HEART, AND THEN WE'RE GOING TO SEW ON

24   THESE GRAFTS BEYOND THE BLOCKAGE.  WE DON'T DO ANYTHING TO THE

25   BLOCKAGE.  WE GO BEYOND IT.

1   Q.   SO YOU DON'T REMOVE THESE VESSELS?

2   A.   NO.  WE DON'T REMOVE ANY OF THE PLAQUE.  TYPICALLY, WE

3   DON'T DO THAT.  TYPICALLY, WE DON'T DO THAT.

4        THEN AFTER WE FINISH MAKING ALL OF THE CONNECTIONS TO

5   RESTORE BLOOD FLOW.  WE TAKE THE CLAMP OFF THE AORTA AND THE

6   HEART STARTS BEATING, AND WE PUT SOME DRAINS IN, TYPICALLY PUT

7   LITTLE SOME WIRES ON THE SURFACE OF THE HEART TO KEEP THE -- IF

8   THEIR HEART RATE IS A LITTLE SLOW, SO WE CAN KEEP THEM A LITTLE

9   FASTER, AND -- AND THEN CLOSE THEIR CHEST UP AND TAKE THEM BACK

10  TO THE ICU.

11  Q.   NOW, BYPASS WILL NOT HEAL THE AREA OF THE HEART THAT'S

12  ALREADY INJURED; CORRECT?

13  A.   ANY DEAD TISSUE, IT WILL NOT HEAL.  ANY STUNNED TISSUE, IT

14  WILL HEAL.  BUT ANYTHING THAT'S DEAD, ANYTHING THAT'S NOT --

15  HAS CELL DEATH, IT WON'T HEAL THAT.

16  Q.   SORRY.  EXHIBIT 3.  AND ON THAT THERE'S AN ENTRY YOU MADE

17  9-10 AT 1530.  IS THAT YOUR HANDWRITING?

18  A.   YES.

19  Q.   IF YOU COULD KINDLY READ FOR THE JURY WHAT YOUR NOTES SAY.

20  A.   "PREOP DIAGNOSIS, ASCAD."  ATHEROSCLEROTIC CORONARY

21  DISEASE.  "NON-Q WAVE MI.  POSTOPERATIVE DIAGNOSIS SAME."

22  PROCEDURE:  CORONARY BYPASS GRAFTING TIMES FIVE.  LEFT ANTERIOR

23  MAMMARY ARTERY -- SAPHENOUS VEIN GRAFT TO SECOND DIAGONAL.

24  SAPHENOUS VEIN GRAFT TO RAMUS INTERMEDIUS.  NATURAL Y SAPHENOUS

25  VEIN GRAFT TO POSTERIOR DESCENDING AND LEFT VENTRICULAR BRANCH.