UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Adams, Eva L. v. Merck & Co.,* | * | KNOWLES |
| *Inc.*;2:05-cv-04326; only regarding | * | |
| Whitt, Ver and Woodall, Letha | * | |
| | * | |
| *Aldridge, Harriet v. Merck & Co.,* | * | |
| *Inc.*;2:05-cv-06346; only regarding | * | |
| Johnson, Larry | * | |
| | * | |
| *Benson, Mary v. Merck & Co., Inc.*;2:05- | * | |
| cv-05307; only regarding Eppinger, Julia | * | |
| and Hayes, John | * | |
| | * | |
| *Bess, Letty v. Merck & Co., Inc.*;2:05-cv- | * | |
| 05301; only regarding Hampton, | * | |
| Raymond | * | |
| | * | |
| *Bird, Patty v. Merck & Co. Inc.*;2:06-cv- | * | |
| 03373; only regarding McGinnis, | * | |
| Dorathea | * | |
| | * | |
| *Dawson, Tyrone v. Merck & Co.,* | * | |
| *Inc.*;2:06-cv-00788; only regarding | * | |
| Duenne, Helen and Kemp, Betty | * | |
| | * | |
| *Dodson, Wanda v. Merck & Co.,* | * | |
| *Inc.*;2:05-cv-06194; only regarding | * | |
| Clark, John; Cook, Gary; and Douglas, | * | |
| Lonnie | * | |
| | * | |
| *Durant, Robert v. Merck & Co.,* | * | |
| *Inc.*;2:06-cv-06239; only regarding | * | |
| McMorris, Vernida and Newman, | * | |
| Francis | * | |
| | * | |
| | * | |
| | * | |

| | |
|---|---|
| *Geiger, Fredrick v. Merck & Co., Inc.*;2:06-cv-06654; only regarding Daniels, Clell and Ficke, Barbara | * * * * |
| *Hagler, Charles v. Merck & Co., Inc.*;2:05-cv-03415; only regarding Kent, James and Nothdurft, David | * * * * |
| *Hale, Arthur v. Merck & Co., Inc.*;2:05-cv-02579; only regarding Varvel, Catherine | * * * * |
| *Harris, Ronnie v. Merck & Co., Inc.*;2:05-cv-05824; only regarding Goldstein, Richard; Harris, Ronnie; McGinnis, Dorathea; and Mills, Virgie | * * * * * |
| *Hugo, Ginger v. Merck & Co., Inc.*;2:06-cv-00797; only regarding McDaniels, Etta Lee | * * * * |
| *Jackson, Gloria v. Merck & Co., Inc.*;2:06-cv-01896; only regarding Gifford, Raymond | * * * * |
| *Kell, Virginia v. Merck & Co., Inc.*;2:05-cv-05306; only regarding Calvert, Terrie | * * * |
| *Lacy, Fulton v. Merck & Co., Inc.*;2:06-cv-00790; only regarding Albright, Norma; Rhone, Darnell; Wilhelm, Benjamin; and Wilhelm, Catherine | * * * * * |
| *Lands, Ida v. Merck & Co., Inc.*;2:06-cv-04063; only regarding Fincher, Vernon; Jonasen, Mary Jane; and Landman, Ronald | * * * * * |
| *Lara, Ricardo v. Merck & Co., Inc.*;2:05-cv-05309; only regarding Brewer, Douglas | * * * * |
| *Lawson, Brian v. Merck & Co., Inc.*;2:06-cv-01977; only regarding Jackson, Alonial | * * * * |

9

| | |
|---|---|
| *Light, Evelyn v. Merck & Co., Inc.*;2:06-cv-00789; only regarding Gardner, Robert | * * * * |
| *Lindsey, Michael v. Merck & Co., Inc.*;2:06-cv-03171; only regarding Bastress, Paul; Ferrari, Barry; and Waxler, Mary Anne | * * * * * |
| *Mason, Lora v. Merck & Co., Inc.*;2:06-cv-03370; only regarding Mason, Lora | * * * |
| *Maxwell, Martha v. Merck & Co., Inc.*;2:06-cv-01975; only regarding Dillard, Glenda | * * * * |
| *McBride, Earlene v. Merck & Co., Inc.*;2:05-cv-03420; only regarding Williams, Thelma | * * * * |
| *McCarthy, Elizbeth v. Merck & Co., Inc.*;2:06-cv-03172; only regarding Gordon, Paul; Greer, Donna; McRay, Daryl; Parsons, Dennis; Smith, Vestoris; and Stevens, Charles | * * * * * * |
| *McKee, Randy v. Merck & Co., Inc.*;2:06-cv-03379; only regarding Lack, Michael and Sprouse, Lewis | * * * * |
| *Means, Clarence v. Merck & Co., Inc.*;2:06-cv-03371; only regarding Dabbs, Leroy | * * * * |
| *Miles, Mary v. Merck & Co., Inc.*;2:05-cv-03810; only regarding Teter, Russel | * * * |
| *Neeley, Robert v. Merck & Co., Inc.*;2:06-cv-03381; only regarding Brislenn, Jeffrey and Quallis, Jerry | * * * * |
| *Rogers, Irene v. Merck & Co., Inc.*;2:05-cv-05312; only regarding Jeffries, Leonard | * * * * * |

| | |
|---|---|
| *Roles, Loretta v. Merck & Co., Inc.*;2:06-cv-03366; only regarding Eggleston, Robert | * * * * |
| *Romero, Joe v. Merck & Co., Inc.*;2:06-cv-03385; only regarding Whitelaw, Jacqueline | * * * * |
| *Sterling, Roberta v. Merck & Co., Inc.*;2:06-cv-00791; only regarding Hinds, William | * * * * |
| *Stewart, Mary v. Merck & Co., Inc.*;2:05-cv-02575; only regarding Ring, Vicky | * * * * |
| *Stinnett, Furman v. Merck & Co., Inc.*;2:06-cv-00548; only regarding Connor, David | * * * * |
| *Swint, Mona v. Merck & Co., Inc.*;2:05-cv-06347; only regarding Perkins, Betty | * * * |
| *Tiberio, Albert v. Merck & Co., Inc.*;2:06-cv-01418; only regarding Salamon, Edward | * * * * |
| *Trammel, Velma v. Merck & Co., Inc.*; 2:06-cv-10773; only regarding Tidwell, Kimberly | * * * * |
| *Trinidad, Loretta v. Merck & Co., Inc.*;2:05-cv-05310; only regarding Bonnett, Etta Spotted War | * * * * |
| *Tuma, Theresa v. Merck & Co., Inc.*;2:05-cv-02566; only regarding Rolfsness, Tamasailau | * * * * |
| *Zide, Martin v. Merck & Co., Inc.*;2:06-cv-00796; only regarding Williams, Elizabeth | * * * * * * * * |

11

*Zimmermann, Thelma v. Merck & Co.,*     *
*Inc.*;2:06-cv-01972; only regarding      *
Smoke, EJ                                  *
* * * * * * * * * * * * * * * *           *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 9th day of August, 2007.

*[signature: Eldon E. Fallon]*

**DISTRICT JUDGE**

12