A CERTIFIED TRUE COPY

AUG - 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG - 6 2007

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 19 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 1657

*IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-108)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,279 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

## SCHEDULE CTO-108 - TAG-ALONG ACTIONS
## MDL NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA SOUTHERN** | | |
| CAS  3  07-1194 | Guadalupe Silva v. Merck & Co., Inc., et al. | 07-3991 |
| **FLORIDA MIDDLE** | | |
| FLM  8  07-1182 | Gloria Pelham Bassler v. Merck & Co., Inc. | 07-3992 |
| FLM  8  07-1183 | Pauline G. Riley v. Merck & Co., Inc. | 07-3993 |
| FLM  8  07-1184 | Martha M. Gilbert v. Merck & Co., Inc. | 07-3994 |
| **MASSACHUSETTS** | | |
| MA  3  07-30123 | Kenneth Chapman, Jr., etc. v. Merck & Co., Inc. | 07-3995 |
| **MARYLAND** | | |
| MD  1  07-1740 | Sheila Fisher v. Merck & Co., Inc. | 07-3996 |
| **MISSISSIPPI NORTHERN** | | |
| MSN  3  07-82 | Rosie Mae Townsend v. Merck & Co., Inc., et al. | 07-3997 |
| MSN  4  07-100 | Josephine Coker, et al. v. Merck & Co., Inc., et al. | 07-3998 |
| MSN  4  07-101 | Jacqueline Blackshire, et al. v. Merck & Co., Inc., et al. | 07-3999 |
| MSN  4  07-102 | Sarah Golden, et al. v. Merck & Co., Inc., et al. | 07-4000 |
| MSN  4  07-103 | Thelma Edwards, et al. v. Merck & Co., Inc., et al. | 07-4001 |
| **NEW YORK WESTERN** | | |
| NYW  6  07-6333 | Freda Brody v. Merck & Co., Inc., et al. | 07-4002 |
| NYW  6  07-6337 | Mary Ellen Pilarski v. Merck & Co., Inc., et al. | 07-4003 |
| NYW  6  07-6338 | Benno Mair v. Merck & Co., Inc., et al. | 07-4004 |
| NYW  6  07-6339 | Albert Damerau v. Merck & Co., Inc., et al. | 07-4005 |
| **SOUTH CAROLINA** | | |
| SC  1  07-1850 | Bernice Sheffield, et al. v. Merck & Co., Inc. | 07-4006 |
| SC  4  07-1842 | Hoyt Turbeville, et al. v. Merck & Co., Inc. | 07-4007 |
| SC  4  07-1843 | Isaree Parker, et al. v. Merck & Co., Inc. | 07-4008 |
| SC  4  07-1929 | Lessie S. Rabon, etc. v. Merck & Co., Inc. | 07-4009 |
| SC  8  07-1858 | Franklin Still, et al. v. Merck & Co., Inc. | 07-4010 |

## INVOLVED COUNSEL LIST (CTO-108)
## MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Peter F. Catania
Catania & Catania, P.A.
101 E. Kennedy Boulevard
Suite 2400
Tampa, FL 33602

Matthew W. Christian
Christian & Davis
P.O. Box 332
Greenville, SC 29602

James V. Doyle, Jr.
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street, North
Birmingham, AL 35203

Amy Lea Drushal
Trenam Kemker
101 E. Kennedy Boulevard
Suite 2700
P.O. Box 1102
Tampa, FL 33601-1102

Lowell W. Finson
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Kathleen M. Fitzferald-Losito
Fitzgerald & Fitzgerald
1391 Main Street
Springfield, MA 01103

Marion S. Fowler, III
Fowler Law Firm
P.O. Box 1719
Lake City, SC 29560

H. Blair Hahn
Richardson Patrick Westbrook &
Brickman, LLC
P.O. Box 1007
Mt Pleasant, SC 29465

Charles C. Harrell
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P. O. Box 171443
Memphis, TN 38187-1443

Anthony C. Hayes
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-1070

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Alyson B. Jones
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

James Kevin Littleton
Littleton Law Office
P.O. Box 1155
Greenwood, MS 38935

Theodore V. Mayer
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

John Brian T. Murray
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

Catherine H. Wicker
Foley Hoag, LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

## INVOLVED JUDGES LIST (CTO-108)
## MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

Hon. M. James Lorenz
U.S. District Judge
5145 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Michael A. Ponsor
U.S. District Judge
Federal Building, 5th Floor
1550 Main Street
Springfield, MA 01103

Hon. William D. Quarles, Jr.
United States District Judge
Edward A. Garmatz Fed. Bldg. & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Glen H. Davidson
Senior U.S. District Judge
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1324

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

## INVOLVED CLERKS LIST (CTO-108)
## MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

David Crews, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

David Crews, Clerk
U.S. District Court
305 Main Street
Room 329
Greenville, MS 38701

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

August 6, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- IN RE Vioxx Marketing, Sales Practices and Products Liability Litigiation

(See Attached CTO-108)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 19, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

cc:   Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A