Case 2:05-md-01657-EEF-DEK   Document 12018   Filed 08/08/07   Page 1 of 6

A CERTIFIED TRUE COPY
AUG - 8 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  AUG - 8 2007
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUL 23 2007
FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1657

### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-109)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,279 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG - 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# SCHEDULE CTO-109 - TAG-ALONG ACTIONS
## MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 3 07-625 | Linda Cook, et al. v. Merck & Co., Inc., et al. | 07-4076 |
| FLM 6 07-1169 | Mary K. Novak, et al. v. Merck & Co., Inc., et al. | 07-4077 |
| FLM 6 07-1170 | Liliana Silva, etc. v. Merck & Co., Inc., et al. | 07-4078 |
| FLM 8 07-1185 | Frank Wheeler v. Merck & Co., Inc. | 07-4079 |
| **FLORIDA SOUTHERN** | | |
| FLS 9 07-80461 | Peggie Stickel, et al. v. Merck & Co., Inc. | 07-4080 |
| **NEW YORK EASTERN** | | |
| NYE 1 07-2828 | Joseph Chionchio, et al. v. Merck & Co., Inc. | 07-4081 |
| **PENNSYLVANIA MIDDLE** | | |
| PAM 3 07-1290 | John Ault, et al. v. Merck & Co., Inc. | 07-4082 |
| **SOUTH CAROLINA** | | |
| SC 3 07-2058 | Roy Williams, et al. v. Merck & Co., Inc. | 07-4083 |
| SC 4 07-1928 | Jo Ella Sweat, et al. v. Merck & Co., Inc. | 07-4084 |
| SC 4 07-2055 | Judy Weatherford, et al. v. Merck & Co., Inc. | 07-4085 |
| SC 4 07-2147 | Mary Lou Ard v. Merck & Co., Inc. | 07-4086 |
| SC 6 07-1893 | Robert Towers, et al. v. Merck & Co., Inc. | 07-4087 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 2 07-43 | Verda Williams v. Merck & Co., Inc. | 07-4088 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

August 8, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- IN RE Vioxx Marketing, Sales Practices and Products Liability Litigiation

(See Attached CTO-109)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 23, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

cc:   Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A

## INVOLVED COUNSEL LIST (CTO-109)
## MDL NO. 1657
## IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

Elizabeth A. Balakhani  
Dechert LLP  
Cira Centre  
2929 Arch Street  
Philadelphia, PA 19104-2808  

Daniel J. Barrett  
228 South Main Street  
Athens, PA 18810  

Reginald C. Brown, Jr.  
Hyman Law Firm  
P.O. Box 1770  
Florence, SC 29503  

Peter F. Catania  
Catania & Catania, P.A.  
101 E. Kennedy Blvd.  
Suite 2400  
Tampa, FL 33602  

Amy Lea Drushal  
Trenam Kemker  
101 E. Kennedy Blvd.  
Suite 2700  
P.O. Box 1102  
Tampa, FL 33601-1102  

Marion S. Fowler, III  
Fowler Law Firm  
P.O. Box 1719  
Lake City, SC 29560  

H. Blair Hahn  
Richardson Patrick Westbrook & Brickman, LLC  
P.O. Box 1007  
Mt Pleasant, SC 29465  

Russ M. Herman  
Herman, Herman, Katz & Cotlar, L.L.P.  
820 O'Keefe Avenue  
New Orleans, LA 70113-1116  

Jeffrey A. Holmstrand  
McDermott & Bonenberger, PLLC  
53 Washington Avenue  
Wheeling, WV 26003-0316  

Darla L. Keen  
Lytal, Reiter, Clark, Fountain & Williams, LLP  
515 North Flagler Drive  
Tenth Floor  
P.O. Box 4056  
West Palm Beach, FL 33402-4056  

Norman C. Kleinberg  
Hughes, Hubbard & Reed, LLP  
One Battery Park Plaza  
New York, NY 10004-1482  

Michael A. London  
Douglas & London, P.C.  
111 John Street  
Suite 1400  
New York, NY 10038  

Floyd L. Matthews, Jr.  
Matthews & Guild, P. A.  
2237 Riverside Avenue  
Jacksonville, FL 32204  

John Brian T. Murray  
Squire, Sanders & Dempsey, LLP  
1900 Phillips Point West  
777 South Flagler Drive  
West Palm Beach, FL 33401-6198  

William H. Ogle  
Mayfield & Ogle  
444 Seabreeze Blvd.  
Suite 750  
Daytona Beach, FL 32118  

Verda Williams  
14 Parkway Drive  
Williamson, WV 25661  

Phillip A. Wittmann  
Stone, Pigman, Walther & Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130-3588

## INVOLVED JUDGES LIST (CTO-109)
## MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

Hon. Timothy J. Corrigan
U.S. District Judge
11-100 United States Courthouse
300 N. Hogan Street
Jacksonville, FL 32202

Hon. Anne C. Conway
U.S. District Judge
646 George C. Young U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
611 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. James S. Moody, Jr
U.S. District Judge
13A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Hon. John Gleeson
U.S. District Judge
727 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Thomas I. Vanaskie
United States District Court
401 William J. Nealon Federal Building
& United States Courthouse
235 North Washington Avenue
Scranton, PA 18503

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street
Room 2303
Bluefield, WV 24701

## INVOLVED CLERKS LIST (CTO-109)
## MDL NO. 1657
## IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Mary E. D'Andrea, Clerk
U.S. District Court
P.O. Box 1148
Scranton, PA 18501-1148

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546