## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX     :

          :   MDL Docket NO. 1657

PRODUCTS LIABILITY LITIGATION :

          :   SECTION L

This document relates to:   :

          :   JUDGE FALLON

  LENE ARNOLD    :   MAG. JUDGE KNOWLES

          :

    v.     :

          :

  MERCK & CO., INC.   :

          :

  Case No. 05-2627   :

          :

    and    :

          :

  ALICIA GOMEZ   :

          :

    v.     :

          :

  MERCK & CO., INC.   :

          :

  Case No. 05-1163   :

          :

## O R D E R

  Considering the Motion for Leave to File Notice of Supplemental Authority Re: Merck's Motion and Memorandum to Alter or Amend the Court's July 3, 2007 Order Denying Merck's Motion for Summary Judgment to Include Certification for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) of Plaintiffs, Lene Arnold and Alicia Gomez;

  IT IS ORDERED BY THE COURT that Plaintiffs, Lene Arnold and Alicia Gomez, are granted leave of court to file the attached Notice of Supplemental Authority Re: Merck's Motion

and Memorandum to Alter or Amend the Court's July 3, 2007 Order Denying Merck's Motion for Summary Judgment to Include Certification for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b).

New Orleans, Louisiana this _____ day of _____, 2007.


_____
Honorable Eldon E. Fallon
U.S. District Judge