# EXHIBIT B



# STATE OF MISSISSIPPI
## OFFICE OF THE GOVERNOR

August 7, 2007

HALEY BARBOUR
GOVERNOR

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

  Re: *In Re: Vioxx Products Liability Litigation*
    MDL 1657

Dear Mr. Davis:

As we discussed on August 1st, we have done some preliminary work to determine how to respond to the subpoena issued to Governor Barbour in the Vioxx litigation.

You have subpoenaed Governor Barbour to testify at a deposition regarding consultation by the FDA in connection with the inclusion of language on preemption of state law claims in FDA's proposed labeling rule (00N-1269) (the "labeling rule"). Governor Barbour does not have any recollection of being consulted by the FDA or any other person or organization in connection with the labeling rule, nor does he have any recollection of being briefed by any member of his staff on the labeling rule. The Governor's healthcare policy advisor was contacted in connection with the labeling rule. This advisor, who is no longer employed by the Governor's office, has informed our office that she does not recall discussing the labeling rule with the Governor.

As I am sure you are aware, the demands on the time of any sitting governor are significant. For this and other reasons, courts routinely impose a heightened burden on a party seeking to depose a sitting governor. Because of this heightened burden, Governor Barbour's lack of personal knowledge, and the fact that Governor Barbour is not a party to this lawsuit, we do not believe that requiring Governor Barbour to participate in a deposition in this case is appropriate.

If you insist on continuing with your subpoena to depose Governor Barbour, we are prepared to move to quash the subpoena. We would be willing to discuss alternative ways of responding to the subpoena. Please let me know as soon as possible whether you would like to discuss alternatives or if it will be necessary for us to move to quash the subpoena.

            Sincerely,

            H. Colby Lane
            Counsel to Governor Haley Barbour

HCL/gr

POST OFFICE BOX 139 • JACKSON, MISSISSIPPI 39205 • TELEPHONE: (601) 359-3150 • FAX: (601) 359-3741 • www.governorbarbour.com

AUG-07-2007 09:54    6013593741    P.02