IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | )<br>) MDL NO. 1657<br>)<br>) SECTION: L<br>)<br>) JUDGE FALLON<br>) MAG. JUDGE KNOWLES<br>) SPECIAL MASTER RICE<br>) |

**MERCK & CO., INC.'S MOTION TO ADOPT IN PART THE SPECIAL MASTER'S THIRD REPORT AND RECOMMENDATIONS AND MERCK'S OBJECTIONS THERETO**

Defendant Merck & Co., Inc. ("Merck") respectfully submits this motion to adopt in part the Special Master's Third Report and Recommendations ("Third Report") on privilege issues, as well as its objections to the Third Report.

The Special Master submitted his final Report and Recommendations on Merck's privileged documents on July 3, 2007, culminating an intensive two-month review process. Merck agreed with the vast majority of the Special Master's final recommendations. However, the Company substantively disagreed with the Special Master's rulings as to certain documents, and believed that the Special Master's rulings on certain documents were technically incorrect. Merck submitted a letter to the Special Master identifying those documents as to which Merck believed the Special Master's rulings were incorrect as a technical matter on July 18, 2007. Merck also submitted a list of the documents to this Court *in camera* as Index III to Merck's original Motion to Adopt in Part.  In the index, Merck explained its privilege claims as to each of those errata documents.

The Special Master has reviewed the documents listed on the errata chart and issued a supplemental report on those documents (*i.e.*, the Special Master's Third Report).  Merck agrees

with almost all of the recommendations regarding the privileged status of the documents set forth in the Report.  However, Merck objects to the Special Master's findings with respect to four of those documents.[1]  Merck's explanations for its privilege claims as to these four documents are attached hereto as Amended Index III.  ***This index replaces Index III to Merck's original Motion to Adopt In Part***.

## CONCLUSION

For the foregoing reasons, Merck respectfully requests that the Court adopt the majority of the Special Master's Third Report and Recommendations and reject the Special Master's recommendations for the documents listed in Amended Index III.

Dated:  August 13, 2007

Respectfully submitted,

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  (504) 581-3200
Fax:  (504) 581-3361

Charles W. Cohen
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, N.Y. 10004-1482

John H. Beisner
Jessica D. Miller
O'MELVENY & MYERS, LLP
1625 Eye Street, N.W.
Washington, D.C. 20009

---

[1]  Merck contests the Special Master's ruling on only four additional documents not originally included on Merck's Index of Contested Documents (Index I to Merck's original Motion to Adopt In Part The Special Master's Report).  However, Merck also contests the Special Master's rulings on two documents – Documents 518 and 1420 – that were included on both the errata index and Index I of Merck's original submission to the Court.  Because the objections to these documents are already before the Court, Merck does not include them again in this supplemental filing.

888296v.1

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005
Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Adopt in Part the Special Master's Third Report and Recommendations and Merck's Objections thereto has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of August, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

888296v.1