IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| O'DELL S. GLASS<br><br>          Plaintiff, | ) ) ) ) | CASE NO.    2:06-cv-01607 |
| v.<br><br>MERCK & CO., INC., et al.<br><br>          Defendants. | ) ) ) ) ) ) | |

**REVISED MOTION TO WITHDRAW**

PLEASE TAKE NOTICE, that Tom Dutton, on behalf of himself and the law firm of Pittman, Dutton, Kirby & Hellums, P.C., hereby moves this Court for an order allowing him to withdraw as counsel of record for the plaintiff, O'DELL S. GLASS.

This request is in no way intended to alter, change and/or affect the claims of any and all other named plaintiffs as previously set forth in the original complaint and any amendments thereto.

This motion is and will be based on the grounds that counsel has, despite due diligence, been unable to obtain the cooperation of the plaintiff since approximately March 10, 2006. Specifically,

counsel has been unable to obtain a response to their request for cooperation necessary to prosecute the action on her behalf.

**This Motion is due to be granted based upon the following:**

1. On March 10, 2006, via U. S. Mail, Plaintiff was forwarded a copy of Plaintiff's Profile Form and Authorizations. Plaintiff was provided with a pre-addressed, postage-paid envelope for responses, and was asked to respond as soon as possible.

2. On May 19, 2006, via U.S. Mail, Plaintiff was forwarded another copy of Plaintiff's Profile Form and Authorizations. Plaintiff was once again provided with a pre-addressed, postage-paid envelope for responses and was asked to respond as soon as possible.

3. On June 14, 2006 and on June 16, 2006, via U. S. Mail, Plaintiff was forwarded letters requesting the completed Plaintiff's Profile Form and authorizations.

4. On February 20, 2007, via Certified U. S. Mail, Plaintiff was notified that it was imperative to the case that counsel receive the Plaintiff Profile Form and that failure to respond may result in dismissal of the case.

5. On May 10, 2007, via Certified U.S. Mail, Plaintiff was forwarded a letter indicating that this was a final attempt to have the Plaintiff Profile Form completed and that a motion would be filed within 15 days of the letter if counsel did not receive a response from the Plaintiff.

6. To date, Plaintiff has failed to respond, or contact counsel.

As a result of the plaintiff's lack of cooperation and communication, despite numerous attempts, counsel is unable to effectively prosecute this action on Plaintiff's behalf and seeks an order relieving them of any further responsibility for the prosecution of this action.

Pittman, Dutton, Kirby & Hellums, P.C. has diligently represented O'Dell Glass to the best of their abilities throughout the duration of this action. Their efforts have, however, been hampered by their inability to obtain cooperation from the plaintiff.

Counsel cannot comply with the Orders issued by this Court or take any other meaningful action without the cooperation of the plaintiff and requests, therefore, that they be allowed to withdraw as counsel of record forthwith.

Respectfully submitted,

Dated: ____August 14, 2007____

/s/ Tom Dutton
Tom Dutton
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, Alabama 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711
Email: PHDKH@pittmanhooks.com

**Counsel for Plaintiff,
O'Dell Glass**

**Plaintiff's address:**

O'Dell Glass
199 North Industrial Road
Headland, AL 36345