IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| **In re: VIOXX PRODUCTS**<br>**LIABILITY LITIGATION** | )<br>)<br>)<br>)<br>)<br>) | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| O'DELL S. GLASS<br><br>        Plaintiff, | )<br>)<br>) | CASE NO.    2:06-cv-01607 |
| v.<br><br>MERCK & CO., INC., et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

## ORDER ON MOTION TO WITHDRAW

On August 14, 2007, Plaintiff's counsel, Tom Dutton and the law firm of Pittman,

Dutton, Kirby & Hellums, P.C., filed a Motion to Withdraw as counsel for the Plaintiff, O'Dell

Glass. The Motion to Withdraw is hereby granted.

In New Orleans, Louisiana, this the _____ day of _____, 2007.

_____
DISTRICT JUDGE