**CHART II – COURT'S RULINGS ON MERCK'S OBJECTIONS TO THE SPECIAL MASTER'S RECOMMENDATIONS CONTAINED IN HIS APPENDIX I – PART B**

| Special Master Final Document Number | Bates | Special Master Initial Document Number | Special Master Final Assessment | Special Master Final Basis | Court's Ruling | Court's Reasoning |
|---|---|---|---|---|---|---|
| 1 | MRK-AAC0051588-MRK-AAC0051588 | 6:19 | Denied in part; Granted in part | Denied - Confidential communications with a lawyer generally are not revealed throughout the e-mail thread.<br><br>Granted - First message, sentence beginning with "I was..." and ending with "...data set." | Denied in part; Granted in part | For the reasons given by the Special Master. |
| 90 | MRK-AKU0031296-MRK-AKU0031296 | 6:450 | Denied in part; Granted in part | Granted - Sentence beginning with ""We are planning...", and "It would be great ....".<br><br>Denied - Remainder. Scheduled meeting is not privileged information about the attorney-client relationship. | Denied in part; Granted in part | For the reasons given by the Special Master. |

**CHART II – COURT'S RULINGS ON MERCK'S OBJECTIONS TO THE SPECIAL MASTER'S RECOMMENDATIONS CONTAINED IN HIS APPENDIX I – PART B**

| Special Master Final Document Number | Bates | Special Master Initial Document Number | Special Master Final Assessment | Special Master Final Basis | Court's Ruling | Court's Reasoning |
|---|---|---|---|---|---|---|
| 126 | MRK-ACR0012722-MRK-ACR0012722<br><br>Near Duplicate As To Which Merck Seeks Similar Ruling:<br><br>Appendix B Final # 251 | 6:250 | Denied | Frazier does not appear to be giving legal advice or assistance.  He is bringing a vice president up to date regarding press inquiries and gathering information about whether the source of the story has been contacted.  The lawyer initiated the contact and, at this juncture, does not appear to be giving advice. | Granted | General counsel giving advice and direction. |
| 350 | MRK-AAD0106930-MRK-AAD0106932 | 6:76 | Granted in part; Denied in part | Redaction on p. 106931, denied from beginning through "disease."  Granted from "but Joanne... | Granted in part; Denied in part | For the reasons given by the Special Master. |

**CHART II – COURT'S RULINGS ON MERCK'S OBJECTIONS TO THE SPECIAL MASTER'S
RECOMMENDATIONS CONTAINED IN HIS APPENDIX I – PART B**

| Special Master Final Document Number | Bates | Special Master Initial Document Number | Special Master Final Assessment | Special Master Final Basis | Court's Ruling | Court's Reasoning |
|---|---|---|---|---|---|---|
| 437 | MRK-AAD0172199-MRK-AAD0172200<br><br>Duplicate and Near Duplicate As To Which Merck Seeks Similar Ruling:<br><br>Appendix B Final # 481<br>Appendix B Final # 482 | 6:101 | Denied | This is a schedule for prep sessions on new label from non-lawyer to non-lawyer, with copies to attorneys. While lawyer's names are in time slots, no confidential information about communications to attorney or advice from attorney is revealed. Message sent to many and copied to lawyers. It was not sent primarily for obtaining legal advice. | Denied | For the reasons given by the Special Master. |