# Exhibit 1

**Exhibit 1**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms, Authorizations, or Responsive Documents**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Due Date | Plaintiff's Counsel | Date 1st Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Hull, Barbara A | Barbara A Hull | Hull, Barbara A. v. Merck & Co., Inc. | 2:06-cv-06175-EEF-DEK | 12/5/06 | Blizzard McCarthy and Nabers LLP | 1/31/07 | 2 | 6/28/07 | 42 |
| Forbes, Diane | Diane Forbes | Craig, Peggie v. Merck & Co., Inc. | 2:06-cv-03136-EEF-DEK | 8/29/06 | Carey and Danis LLC | 9/12/06 | 3 | 12/21/06 | 43 |
| Wilkerson, Virginia | Virginia Wilkerson | Craig, Peggie v. Merck & Co., Inc. | 2:06-cv-03136-EEF-DEK | 8/29/06 | Carey and Danis LLC | 9/12/06 | 4 | 12/21/06 | 44 |
| Wolfe, Sheldon | Sheldon Wolfe | Craig, Peggie v. Merck & Co., Inc. | 2:06-cv-03136-EEF-DEK | 8/29/06 | Carey and Danis LLC | 9/12/06 | 5 | 12/21/06 | 45 |
| Gant, Betty Jean | Betty Jean Gant | Gant, Betty J. v. Merck & Co., Inc. | 2:06-cv-00792-EEF-DEK | 5/1/06 | Carey and Danis LLC | 9/12/06 | 6 | 12/21/06 | 46 |
| Morris, Norma | Norma Morris | Gant, Betty J. v. Merck & Co., Inc. | 2:06-cv-00792-EEF-DEK | 5/1/06 | Carey and Danis LLC | 9/12/06 | 7 | 12/21/06 | 47 |
| Udell, Theo | Theo Udell | Gant, Betty J. v. Merck & Co., Inc. | 2:06-cv-00792-EEF-DEK | 5/1/06 | Carey and Danis LLC | 9/12/06 | 8 | 12/21/06 | 48 |
| Boring, Ellis | Ellis Boring | Latham, Jane v. Merck & Co., Inc. | 2:06-cv-00793-EEF-DEK | 5/1/06 | Carey and Danis LLC | 9/12/06 | 9 | 12/21/06 | 49 |
| Rodgers, Juanita | Juanita Rodgers | Latham, Jane v. Merck & Co., Inc. | 2:06-cv-00793-EEF-DEK | 5/1/06 | Carey and Danis LLC | 9/12/06 | 10 | 12/21/06 | 50 |
| Williams, Joan | Joan Williams | Latham, Jane v. Merck & Co., Inc. | 2:06-cv-00793-EEF-DEK | 5/1/06 | Carey and Danis LLC | 9/12/06 | 11 | 12/21/06 | 51 |
| Kroenlein, Donald | Donald Kroenlein | Allen, Barbara v. Merck & Co., Inc. | 2:06-cv-01897-EEF-DEK | 6/26/06 | Carey and Danis LLC | 9/12/06 | 12 | 12/21/06 | 52 |
| Sample, Edna May | Edna May Sample | Allen, Barbara v. Merck & Co., Inc. | 2:06-cv-01897-EEF-DEK | 6/26/06 | Carey and Danis LLC | 9/12/06 | 13 | 12/21/06 | 53 |
| Holmes, Hertha | Hertha Holmes | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973-EEF-DEK | 6/26/06 | Carey and Danis LLC | 9/12/06 | 14 | 12/21/06 | 54 |
| Hunter, Jennie | Jennie Hunter | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973-EEF-DEK | 6/26/06 | Carey and Danis LLC | 9/12/06 | 15 | 12/21/06 | 55 |
| Aikens, Terry | Terry Aikens | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK | 6/26/06 | Carey and Danis LLC | 9/12/06 | 16 | 12/21/06 | 56 |
| Joyner Clarke, Sharon | Sharon Joyner Clarke | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK | 6/26/06 | Carey and Danis LLC | 9/12/06 | 17 | 12/21/06 | 57 |
| Rhea, Miki | Lacey Coy | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK | 6/26/06 | Carey and Danis LLC | 9/12/06 | 18 | 12/21/06 | 58 |
| Satterfield, Donald | Donald Satterfield | Lacey, Roy v. Merck & Co., Inc. | 2:06-cv-01976-EEF-DEK | 6/26/06 | Carey and Danis LLC | 9/12/06 | 19 | 12/21/06 | 59 |
| Pittman, Gary Lee | Gary Lee Pittman and Wanda Kay Pittman | Pittman Gary L. v. Merck & Co., Inc. | 2:06-cv-00422-EEF-DEK | 4/12/06 | David H. Johnson Law | 8/15/06* | 20 | 9/28/06* | 60 |
| Birdine, Carlton | Carlton Birdine | Bajon, Stephen R. v. Merck & Co., Inc. | 2:06-cv-03865-EEF-DEK | 10/27/06 | Edgar Law | 2/21/07 | 21 | 5/4/07 | 61 |
| Dover, Thomas I. | Doris Dover | Calcavecchia, Leo v. Merck & Co., Inc. | 2:06-cv-07081-EEF-DEK | 12/13/06 | Gallagher Law Firm | 2/21/07 | 22 | 5/8/07 | 62 |

## Exhibit 1

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms, Authorizations, or Responsive Documents**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Due Date | Plaintiff's Counsel | Date 1st Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Stewart, Travis | Geneva Stewart | Calcavecchia, Leo v. Merck & Co., Inc. | 2:06-cv-07081-EEF-DEK | 12/13/06 | Gallagher Law Firm | 2/21/07 | 23 | 5/8/07 | 63 |
| Davis, Richard William | James W Davis, Marjorie Eubank Davis and Mark Davis | Davis, Marjorie E. v. Merck & Co., Inc. | 2:06-cv-00333-EEF-DEK | 4/10/06 | Houssiere Durant and Houssiere LLP | 8/15/06 | 24 | 9/28/06 | 64 |
| Witzke, Margaret E | Margaret E Witzke | Witzke, Margaret v. Merck & Co., Inc. | 2:05-cv-02295-EEF-DEK | 1/14/06 | James C. Hayes III | 12/14/06* | 25 | 5/4/07 | 65 |
| Debiasio, Nancy | Nancy Debiasio | Debiasio, Nancy v. Merck & Co., Inc. | 2:06-cv-03071-EEF-DEK | 8/29/06 | Jason L. McCoy Law | 2/21/07 | 26 | 5/4/07 | 66 |
| Powell, Christine | Christine Powell | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK | 9/12/06 | Jeffrey J. Lowe PC | 2/20/07 | 27 | 5/4/07 | 67 |
| Foster, Victoria Lane | Victoria Lane Foster | Anderson, John T. Jr. v. Merck & Co., Inc. | 2:06-cv-02407-EEF-DEK | 7/19/06 | Keith Kebodeaux Law | 2/21/07 | 28 | 5/4/07 | 68 |
| Langham, Norma | Norma Langham | Anderson, John T. Jr. v. Merck & Co., Inc. | 2:06-cv-02407-EEF-DEK | 7/19/06 | Keith Kebodeaux Law | 2/21/07 | 29 | 5/4/07 | 69 |
| Bolds, Gerald R | Gerald R Bolds | Bolds, Gerald R. v. Merck & Co., Inc. | 2:06-cv-06277-EEF-DEK | 12/6/06 | Laminack Pirtle and Martines | 2/21/07 | 30 | 5/8/07 | 70 |
| Frias, Josephine | Martin Frias, Melissa Frias, Matthew Hetichand and Mitchell Hetichand | Frias, Josephine v. Merck & Co., Inc. | 2:06-cv-08823-EEF-DEK | 1/3/07 | Mark D. Swanson | 3/22/07* | 31 | 5/8/07 | 71 |
| Gallaway, Fannie | Shirley J Cook | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK | 12/11/06 | Masters Law Firm | 2/20/07 | 32 | 5/8/07 | 72 |
| Keathley, Kermit | Joan E Keathley | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK | 12/11/06 | Masters Law Firm | 2/20/07 | 32 | 5/8/07 | 73 |
| Pritt, Laura | Caffie Gibson | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK | 12/11/06 | Masters Law Firm | 2/20/07 | 32 | 5/8/07 | 74 |
| Tabor, Jody | Regina Tabor | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK | 12/11/06 | Masters Law Firm | 2/20/07 | 32 | 5/8/07 | 75 |
| Taylor, Alice | Orville L Shaffer | Allen, Johnny v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK | 12/11/06 | Masters Law Firm | 2/20/07 | 32 | 5/8/07 | 76 |
| Bond, Zelmar | Zelmar Bond | Bond, Zelmar v. Merck & Co., Inc. | 2:05-cv-06736-EEF-DEK | 3/8/06 | Menees Whitney Burnet and Trog | 11/1/06 | 33 | 5/4/07 | 77 |
| Walker, Mary H | Mary H Walker | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK | 11/29/06 | Miller and Associates | 2/20/07 | 34 | 5/4/07 | 78 |
| Booth, Catherine Ann | Warren K Booth, Jr | Booth, Warren K. v. Merck & Co., Inc. | 2:06-cv-03620-EEF-DEK | 9/25/06 | OBrien and OBrien LLP | 12/14/06* | 35 | 5/4/07* | 79 |
| Barrett, Thomas P | Brian Barrett, Colleen Barrett, Mary C Barrett, Thomas Barrett, Jr and Timothy Barrett | Barrett, Mary C. v. Merck & Co., Inc. | 2:06-cv-11312-EEF-DEK | 3/7/07 | Paul M. Kaufman | 4/25/07 | 36 | 6/29/07 | 80 |

**Exhibit 1**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms, Authorizations, or Responsive Documents**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Due Date | Plaintiff's Counsel | Date 1st Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Sapida, Audrey | Audrey Sapida | Sapida, Audrey v. Merck & Co., Inc. | 2:06-cv-08415-EEF-DEK | 12/31/06 | Payne Welsh Klingersmith PLLC | 1/31/07 | 37 | 3/20/07 | 81 |
| Lewis, Brenda | Brenda Lewis, Darylene Lewis, Quenida Lewis and Trienida Lewis | Lewis, Brenda v. Merck & Co., Inc. | 2:05-cv-00532-EEF-DEK | 12/15/05 | Pearson and Campbell PC | 1/26/06 | 38 | 6/28/07 | 82 |
| Trahan, Rosie Joan | Charles C Trahan, Sr and Rosie Joan Trahan | Trahan, Rosie J. v. Merck & Co., Inc | 2:06-cv-11310-EEF-DEK | 3/7/07 | Pittman Germany Roberts and Welsh LLP | 4/25/07 | 39 | 7/17/07 | 83 |
| Moore, Joseph | Joseph Leon Moore and Evelyn Thomas | Thomas, Evelyn v. Merck & Co., Inc. | 2:05-cv-02017-EEF-DEK | 12/30/05 | Rubin and Machado LTD | 2/22/06** | 40 | 9/28/06* | 84 |
| Melton, Jerry | Jerry Melton | Melton, Jerry v. Merck & Co., Inc. | 2:05-cv-00495-EEF-DEK | 12/30/05 | Sweet and Freese PLLC | 4/7/06 | 41 | 9/28/06 | 85 |

* Notice sent via certified and 1st class mail

** Notice sent via 1st class mail only

# Exhibit 2



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 31, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-844-3763)**

Rebecca B. King, Esq.
Blizzard McCarthy & Nabers, LLP
440 Louisiana
Suite 1710
Houston, TX 77002

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***

Dear Ms. King:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a large number of plaintiffs in the above referenced action. The chart below lists the full name of each injured party, the appropriate plaintiffs, case name, docket number, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 1 | Baker, Karen R. | Karen R. Baker | Baker, Karen R. v. Merck & Co., Inc. | 2:06-cv-06765 | 12/12/06 |
| 2 | Bowling, Melvin | Melvin Bowling | Bowling, Melvin v. Merck & Co., Inc. | 2:06-cv-06904 | 12/13/06 |
| 3 | Brooks Ward, Rosalind | Rosalind Brooks Ward | Brooks Ward, Rosalind v. Merck & Co., Inc. | 2:06-cv-06177 | 12/5/06 |
| 4 | Brown, George D. | George D. Brown | Brown, George D. v. Merck & Co., Inc. | 2:06-cv-06887 | 12/12/06 |
| 5 | Bush, Ronald L. | Ronald L. Bush | Bush, Ronald v. Merck & Co., Inc. | 2:06-cv-06900 | 12/13/06 |
| 6 | Washington, Nora M. | Anissa R. Campbell, Sara F. Gibson, William P. Gibson, Gregory E. Washington and Nora M. Washington | Campbell, Anissa R. v. Merck & Co., Inc. | 2:06-cv-06780 | 12/12/06 |
| 7 | Coble, Michael L. | Michael L. Coble | Coble, Michael L. v. Merck & Co., Inc. | 2:06-cv-06150 | 12/4/06 |
| 8 | Collier, Annie R. | Annie R. Collier | Collier, Annie R. v. Merck & Co., Inc. | 2:06-cv-06910 | 12/13/06 |

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 9 | Davison, Mary L. | Mary L. Davison | Davison, Mary L. v. Merck & Co., Inc. | 2:06-cv-06909 | 12/13/06 |
| 10 | Evenson, Dorothy A. | Dorothy A. Evenson | Evenson, Dorothy A. v. Merck & Co., Inc. | 2:06-cv-06152 | 12/4/06 |
| 11 | Fuller, Bobbie J. | Bobbie J. Fuller | Fuller, Bobbie J. v. Merck & Co., Inc. | 2:06-cv-06899 | 12/13/06 |
| 12 | Gray, Deloris | Deloris Gray | Gray, Deloris v. Merck & Co., Inc. | 2:06-cv-06179 | 12/5/06 |
| 13 | Hansen, Larry M. | Diane L. Hansen and Larry M. Hansen | Hansen, Diane L. v. Merck & Co., Inc. | 2:06-cv-06905 | 12/13/06 |
| 14 | Harris, Donna J. | Donna J. Harris | Harris, Donna J. v. Merck & Co., Inc. | 2:06-cv-06772 | 12/12/06 |
| 15 | Harthcock, Shirley | Shirley Harthcock | Harthcock, Shirley v. Merck & Co., Inc. | 2:06-cv-06771 | 12/12/06 |
| 16 | McDonald, Barbara A. | Beverly Brodell, Jamie Campbell, Jacqueline A. Hauk, Barbara A. McDonald, Lora L. Ranch and Pebbles Smith | Hauk, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06906 | 12/13/06 |
| 17 | Hawk, Betty L. | Betty L. Hawk | Hawk, Betty L. v. Merck & Co., Inc. | 2:06-cv-06768 | 12/12/06 |
| 18 | Heasley, Joseph E. | Joseph E. Heasley | Heasley, Joseph E. v. Merck & Co., Inc. | 2:06-cv-06911 | 12/13/06 |
| 19 | Heffner, Linda A. | Linda A. Heffner | Heffner, Linda A. v. Merck & Co., Inc. | 2:06-cv-06764 | 12/12/06 |
| 20 | Henson, Betty R. | Betty R. Henson | Henson, Betty R. v. Merck & Co., Inc. | 2:06-cv-06902 | 12/13/06 |
| 21 | Hollins, John A. | John A. Hollins | Hollins, John A. v. Merck & Co., Inc. | 2:06-cv-06769 | 12/12/06 |
| 22 | Hull, Barbara A. | Barbara A. Hull | Hull, Barbara A. v. Merck & Co., Inc. | 2:06-cv-06175 | 12/5/06 |
| 23 | Jones, Lynn | Lynn Jones | Jones, Lynn v. Merck & Co., Inc. | 2:06-cv-06778 | 12/12/06 |
| 24 | Kennel, Linda S. | Linda S. Kennel | Kennel, Linda S. v. Merck & Co., Inc. | 2:06-cv-06912 | 12/13/06 |
| 25 | Lamonica, John V. | John V. Lamonica | Lamonica, John V. v. Merck & Co., Inc. | 2:06-cv-06153 | 12/4/06 |
| 26 | Levesque, Jacqueline A. | Jacqueline A. Levesque | Levesque, Jacqueline A. v. Merck & Co., Inc. | 2:06-cv-06893 | 12/13/06 |
| 27 | Lloyd, Debra M. | Debra M. Lloyd | Lloyd, Debra M. v. Merck & Co., Inc. | 2:06-cv-06183 | 12/5/06 |

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00AB06694



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

**Hughes**
**Hubbard**
A New York Limited Liability Partnership

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 28 | Lumby, Evelyn L. | Evelyn L. Lumby | Lumby, Evelyn L. V. Merck & Co., Inc. | 2:06-cv-06767 | 12/12/06 |
| 29 | Orr, Paula K. | Paula K. Orr | Orr, Paula K. v. Merck & Co., Inc. | 2:06-cv-06896 | 12/13/06 |
| 30 | Repp, Donna M. | Donna M. Repp | Repp, Donna M. v. Merck & Co., Inc. | 2:06-cv-06180 | 12/5/06 |
| 31 | Ineson, Frederick G. Jr. | Pamela J. Callen, Frederick G. Ineson, Jr., John D. Ineson and Lynda M. Ricca | Ricca, Lynda M. v. Merck & Co., Inc. | 2:06-cv-06907 | 12/13/06 |
| 32 | Selander, Carol A. | Carol A. Selander | Selander, Carol A. v. Merck & Co., Inc. | 2:06-cv-06903 | 12/13/06 |
| 33 | Shettles, Bennie D. | Bennie D. Shettles | Shettles, Bennie D. v. Merck & Co., Inc. | 2:06-cv-06779 | 12/12/06 |
| 34 | Stokes, Ned | Ned Stokes | Stokes, Ned v. Merck & Co., Inc. | 2:06-cv-06781 | 12/12/06 |
| 35 | Sulheim, Howard S. | Howard S. Sulheim | Sulheim, Howard S. v. Merck & Co., Inc. | 2:06-cv-06898 | 12/13/06 |
| 36 | Szalai, Nancy S. | Nancy S. Szalai | Szalai, Nancy S. v. Merck & Co., Inc. | 2:06-cv-06913 | 12/13/06 |
| 37 | Thompson, Judy G. | Judy G. Thompson | Thompson, Judy G. v. Merck & Co., Inc. | 2:06-cv-06892 | 12/13/06 |
| 38 | Upshaw, Charles R. | Charles R. Upshaw | Upshaw, Charles R. v. Merck & Co., Inc. | 2:06-cv-06891 | 12/13/06 |
| 39 | Valentin, Rosa L. | Rosa L. Valentin | Valentin, Rosa L. v. Merck & Co., Inc. | 2:06-cv-06766 | 12/12/06 |
| 40 | Weber, Rob L. | Rob L. Weber | Weber, Rob L. v. Merck & Co., Inc. | 2:06-cv-06897 | 12/13/06 |
| 41 | Williams, Richard D. | Richard D. Williams | Williams, Richard D. v. Merck & Co., Inc. | 2:06-cv-06155 | 12/4/06 |

   Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery.  If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

     Very truly yours,

     ***/s/ John N. Poulos***

     John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via electronic mail)
    Russ M. Herman, Esq. (via electronic mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

```
** TX STATUS REPORT **          AS OF   JAN 31 2007 15:14   PAGE.01

                                          HUGHES HUBBARD


      DATE  TIME       TO/FROM    MODE   MIN/SEC   PGS   JOB#  STATUS
  09  01/31 15:12      7138443755 EC--S  01'32"    004   036   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 31, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Rebecca B. King, Esq. | Blizzard McCarthy & Nabers, LLP | 713-844-3755 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00AB06996

# Exhibit 3

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Re:  **In re Vioxx® Products Liability Litigation**
     **MDL No. 1657**
     **Peggie Craig v. Merck & Co., Inc.**
     **Docket No. 2:06-cv-03136-EEF-DEK**

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Diane Forbes.  Pretrial Order No. 18C required Ms. Forbes to serve this PPF no later than August 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Diane Forbes no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

M008625450

```
** TX STATUS REPORT **          AS OF   SEP 13 2006 18:14  PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
   26 09/13 18:11     314 678 3401 EC--S 03'23"    015   072   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008E06043

# Exhibit 4

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

> **Re:**  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Peggie Craig v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-03136-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Virginia Wilkerson. Pretrial Order No. 18C required Ms. Wilkerson to serve this PPF no later than August 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Virginia Wilkerson no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

M009E13584

```
** TX STATUS REPORT **          AS OF   SEP 13 2006 18:14   PAGE.01
                                        HUGHES HUBBARD

        DATE  TIME     TO/FROM    MODE  MIN/SEC   PGS   JOB#  STATUS
   26   09/13 18:11    314 678 3401  EC--S   03'23"   015   072   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008EL06043

# Exhibit 5

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Peggie Craig v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-03136-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Sheldon Wolfe. Pretrial Order No. 18C required Mr. Wolfe to serve this PPF no later than August 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Sheldon Wolfe no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MO09804321

```
** TX STATUS REPORT **              AS OF  SEP 13 2006 18:14  PAGE.01

                                         HUGHES HUBBARD


        DATE TIME     TO/FROM      MODE   MIN/SEC    PGS   JOB#   STATUS
   26   09/13 18:11   314 678 3401 EC--S  03'23"     015   072    OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| | | 314-678-3401 |
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008EC06043

# Exhibit 6

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

> Re: ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Betty J. Gant v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-00792-EEF-DEK***

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Jean Gant. Pretrial Order No. 18C required Ms. Gant to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty Jean Gant no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M008A11727

```
** TX STATUS REPORT **          AS OF  SEP 13 2006 18:05  PAGE.01

                                        HUGHES HUBBARD


       DATE TIME          TO/FROM      MODE   MIN/SEC    PGS   JOB#  STATUS
  21   09/13 18:02     314 678 3401  EC--S    03'09"     014   066   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008E06046

# Exhibit 7

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Betty J. Gant v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-00792-EEF-DEK*

Dear Mr. Lowe:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Norma Morris. Pretrial Order No. 18C required Ms. Morris to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Norma Morris no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                        Very truly yours,

                                        */s/ John N. Poulos*

                                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M002C-30879

** TX STATUS REPORT **          AS OF   SEP 13 2006 18:05 . PAGE.01

HUGHES HUBBARD

|    | DATE  TIME   | TO/FROM        | MODE   | MIN/SEC  | PGS  | JOB#  | STATUS |
|----|--------------|----------------|--------|----------|------|-------|--------|
| 21 | 09/13 18:02  | 314 678 3401   | EC--S  | 03'09"   | 014  | 066   | OK     |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00EE6046

# Exhibit 8

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Betty J. Gant v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00792-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Theo Udell. Pretrial Order No. 18C required Ms. Udell to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Theo Udell no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M001931109

```
** TX STATUS REPORT **          AS OF   SEP 13 2006 18:05   PAGE.01

                                        HUGHES HUBBARD


     DATE  TIME          TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
  21  09/13 18:02       314 678 3401  EC--S  03'09"   014   066   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008E06046

# Exhibit 9

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Jane Latham v. Merck & Co., Inc.*
        Docket No. 2:06-cv-00793-EEF-DEK

Dear Mr. Lowe:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ellis Boring. Pretrial Order No. 18C required Ms. Boring to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Ellis Boring no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                Very truly yours,

                /s/ John N. Poulos

                John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT **          AS OF   SEP 13 2006 10:05   PAGE.01

HUGHES HUBBARD

|    | DATE  TIME   | TO/FROM        | MODE   | MIN/SEC  | PGS | JOB# | STATUS |
|----|--------------|----------------|--------|----------|-----|------|--------|
| 21 | 09/13 10:02  | 314 678 3401   | EC--S  | 03'09"   | 014 | 066  | OK     |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008E06046

# Exhibit 10

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Jane Latham v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-00793-EEF-DEK*

Dear Mr. Lowe:

          We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Juanita Rodgers. Pretrial Order No. 18C required Ms. Rodgers to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

          Please produce a completed PPF for Juanita Rodgers no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                              Very truly yours,

                              */s/ John N. Poulos*

                              John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M007A18125

```
** TX STATUS REPORT **          AS OF   SEP 13 2006 18:05   PAGE.01

                                    HUGHES HUBBARD
```

```
          DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
     21   09/13 18:02    314 678 3401  EC--S  03'09"    014   066    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00BE06046

# Exhibit 11

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Jane Latham v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-00793-EEF-DEK***

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Joan Williams. Pretrial Order No. 18C required Ms. Williams to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Joan Williams no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M006EK6045

```
** TX STATUS REPORT **          AS OF   SEP 13 2006 18:05   PAGE.01

                                        HUGHES HUBBARD

      DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
  21  09/13 18:02    314 678 3401  EC--S  03'09"    014   066   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008E06046

# Exhibit 12

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Iol Hudson Street
Suite 3601
Jersey City, New Jersey 07502-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Barbara Allen v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-01897-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Donald Kroenlein. Pretrial Order No. 18C required Mr. Kroenlein to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Donald Kroenlein no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M001931105

```
** TX STATUS REPORT **            AS OF  SEP 13 2006 18:05   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE    MIN/SEC    PGS   JOB#   STATUS
   21   09/13 18:02    314 678 3401   EC--S   03'09"     014   066    OK
```

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008E06046

# Exhibit 13

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Barbara Allen v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-01897-EEF-DEK*

Dear Mr. Lowe:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Edna May Sample. Pretrial Order No. 18C required Mr. Sample to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Edna May Sample no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                Very truly yours,

                                */s/ John N. Poulos*

                                John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M00AF00071

```
** TX STATUS REPORT **          AS OF   SEP 13 2006 18:05   PAGE.01
                                        HUGHES HUBBARD

      DATE  TIME          TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   21 09/13 18:02       314 678 3401   EC--S   03'09"   014   066    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MC08E6046

# Exhibit 14

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Samella Butler v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02069-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Hertha Holmes.  Pretrial Order No. 18C required Ms. Holmes to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Hertha Holmes no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M009212585

```
** TX STATUS REPORT **          AS OF   SEP 13 2006 18:14   PAGE.01

                                         HUGHES HUBBARD

        DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
   26   09/13 18:11     314 678 3401 EC--S  03'23"   015   072   OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008E06043

# Exhibit 15

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Samella Butler v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02069-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jennie Hunter. Pretrial Order No. 18C required Mr. Hunter to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jennie Hunter no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00A500592

```
** TX STATUS REPORT **            AS OF   SEP 13 2006 18:14   PAGE.01

                                          HUGHES HUBBARD


         DATE  TIME       TO/FROM      MODE  MIN/SEC    PGS    JOB#  STATUS
   26  09/13 18:11       314 678 3401  EC--S  03'23"   015    072   OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey   07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008E06043

# Exhibit 16

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

     Re:  *In re Vioxx® Products Liability Litigation*
         *MDL No. 1657*
         *Roy Lacey v. Merck & Co., Inc.*
         *Docket No. 2:06-cv-02072-EEF-DEK*

Dear Mr. Lowe:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Terry Aikens. Pretrial Order No. 18C required Mr. Aikens to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Terry Aikens no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

            Very truly yours,

            */s/ John N. Poulos*

            John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
    Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT **          AS OF   SEP 13 2006 18:05    PAGE.01

HUGHES HUBBARD

            DATE  TIME       TO/FROM       MODE    MIN/SEC    PGS    JOB#   STATUS
     21   09/13 18:02      314 678 3401   EC--S    03'09"     014    066    OK

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006ED6046

# Exhibit 17

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

> Re:    ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Roy Lacey v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-02072-EEF-DEK***

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Sharon Joyner Clarke.  Pretrial Order No. 18C required Mr. Clarke to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Sharon Joyner Clarke no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00921Z605

```
** TX STATUS REPORT **          AS OF   SEP 13 2006 16:05   PAGE.01

                                        HUGHES HUBBARD

        DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS  JOB#  STATUS
    21  09/13 16:02       314 678 3401 EC--S  03'09"    014  066   OK
```

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008E06046

# Exhibit 18

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Roy Lacey v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02072-EEF-DEK*

Dear Mr. Lowe:

     We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Miki Rhea. Pretrial Order No. 18C required your clients, plaintiffs Lacy Coy and Miki Rhea, to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

     Please produce a completed PPF for Miki Rhea no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

     Very truly yours,

/s/ John N. Poulos

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
    Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF  SEP 13 2006 18:05   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE   MIN/SEC    PGS   JOB#   STATUS
    21  09/13 18:02    314 678 3401   EC--S   03'09"    014   066    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M008E06046

# Exhibit 19

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 12, 2006

**VIA FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Roy Lacey v. Merck & Co., Inc.*
*Docket No. 2:06-cv-02072-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Donald Satterfield. Pretrial Order No. 18C required Ms. Satterfield to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Donald Satterfield no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   SEP 13 2006 18:05  .PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS  JOB#  STATUS
   21   09/13 18:02   314 678 3401  EC--S  03'09"    014  066   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 12, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00BE6046

# Exhibit 20

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 15, 2006

**VIA CERTIFIED MAIL & FIRST CLASS MAIL**

David H. Johnson, Esq.
David H. Johnson Law
3100 Broadway
1209 Pentower Office Center
Kansas City, MO 64111

> **Re:**  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Gary L. Pittman v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-00422-EEF-DEK***

Dear Mr. Johnson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gary Lee Pittman. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Pittman to serve a PPF and medical authorizations passed on April 12, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M006E71271

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David H. Johnson, Esq.
David H. Johnson Law
3100 Broadway
1209 Pentower Office Center
Kansas City, MO 64111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dru A. Wilber ☐ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
DRU A. WILBER   8/21/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7005 3110 0004 3714 1568

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To  David H. Johnson, Esq.
David H. Johnson Law
Street, Apt. No.; 3100 Broadway
or PO Box No. 1209 Pentower Office Center
City, State, ZIP+4  Kansas City, MO 64111

7005 3110 0004 3714 1568

PS Form 3800, June 2002   See Reverse for Instructions

---

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "*Restricted Delivery*".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)

---

• UNITED STATES POSTAL SERVICE

PP7 8/15/06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302

066

# Exhibit 21



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, jr.
Wilfred P. Coronato
*Resident Partners*

February 21, 2007

**BY FIRST CLASS MAIL & TELECOPY** (707) 578-3040

Donald S. Edgar, Esq.
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Stephen R. Bajon v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-03865-EEF-DEK*

Dear Mr. Edgar:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Carlton Birdine. Pretrial Order No. 18C required Mr. Birdine to serve this PPF no later than October 7, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Carlton Birdine no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00C812843

```
** TX STATUS REPORT **          AS OF  FEB 21 2007 16:57   PAGE.01

                                        HUGHES HUBBARD


       DATE TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   18  02/21 16:56    707 578 3040 EC--S  00'33"    002   103   OK
```

## Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Donald S. Edgar, Esq. | Edgar Law Firm | (707) 578-3040 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00C812844

# Exhibit 22



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-222-0066)**

Michael T. Gallagher, Esq.
The Gallagher Law Firm
Two Shell Plaza
777 Walker, Suite 2500
Houston, TX 77002

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Leo Calcavecchia v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-07081-EEF-DEK***

Dear Mr. Gallagher:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Thomas L. Dover. Pretrial Order No. 18C required your client, plaintiff Doris Dover, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Thomas L. Dover no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MODB9185G1

```
** TX STATUS REPORT **          AS OF   FEB 21 2007 11:59   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#   STATUS
   17   02/21 11:58    713 222 0066 EC--S  01'04"    004   039    OK
```

# Hughes Hubbard

**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Michael T. Gallagher, Esq. | The Gallagher Law Firm | 713-222-0066 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDL918502

# Exhibit 23



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-222-0066)**

Michael T. Gallagher, Esq.
The Gallagher Law Firm
Two Shell Plaza
777 Walker, Suite 2500
Houston, TX 77002

Re:  *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Leo Calcavecchia v. Merck & Co., Inc.*
*Docket No. 2:06-cv-07081-EEF-DEK*

Dear Mr. Gallagher:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Travis Stewart. Pretrial Order No. 18C required your client, plaintiff Geneva Stewart, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Travis Stewart no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00EB00262

```
** TX STATUS REPORT **          AS OF   FEB 21 2007 11:59   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
   17   02/21 11:58     713 222 0066 EC--S 01'04"   004  039   OK
```

# Hughes
# Hubbard
#### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Michael T. Gallagher, Esq. | The Gallagher Law Firm | 713-222-0066 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODEB00263

# Exhibit 24

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 15, 2006

**VIA FIRST CLASS MAIL & TELECOPY (713-626-3709)**

Charles R. Houssiere, III, Esq.
Houssiere Durant & Houssiere LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:     *In re Vioxx® Products Liability Litigation*
         *MDL No. 1657*
         *Majorie E. Davis v. Merck & Co., Inc.*
         *Docket No. 2:06-cv-00333-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Richard William Davis. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Davis to serve a PPF and medical authorizations for Richard William Davis passed on April 10, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
        Russ M. Herman, Esq. (via electronic mail)

M008504348

```
        ***********************
        ***   TX REPORT   ***
        ***********************

    TRANSMISSION OK

    TX/RX NO              0547
    RECIPIENT ADDRESS     17136263709
    DESTINATION ID
    ST. TIME              08/15 12:56
    TIME USE              02'01
    PAGES SENT            3
    RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 15, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Charles R. Houssiere, III, Esq. | Houssiere Durant & Houssiere LLP | 713-626-3709 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M008504350