# Exhibit 25



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 14, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

James C. Hayes, III, Esq.
James C. Hayes III, Attorney at Law
1180 Riverfront Center
Amsterdam, NY 12010

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Margaret Witzke v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02295-EEF-DEK*

Dear Mr. Hayes:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Margaret E. Witzke. Pretrial Order No. 18C required Ms. Witzke to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Margaret E. Witzke no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0E419828



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James C. Hayes, III, Esq.
1180 Riverfront Center
Amsterdam, NY 12010

2. Article Number
*(Transfer from service label)*
7006 0810 0002 4853 1146

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

M0OE419629

# Exhibit 26



# Hughes
# Hubbard
**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (860-979-0064)**

Michael J. Culkin, Esq.
Law Offices of Jason L. McCoy
280 Talcottville Road
Vernon, CT 06066

> **Re:**  **In re Vioxx® Products Liability Litigation**
> **MDL No. 1657**
> **Nancy Debiasio v. Merck & Co., Inc.**
> **Docket No. 2:06-cv-03071-EEF-DEK**

Dear Mr. Culkin:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nancy Debiasio. Pretrial Order No. 18C required Ms. Debiasio to serve this PPF no later than August 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Nancy Debiasio no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ▪   Washington, D.C.   ▪   Los Angeles   ▪   Miami   ▪   Jersey City   ▪   Paris   ▪   Tokyo

M0DC812901

```
** TX STATUS REPORT **          AS OF   FEB 21 2007 11:29   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE    MIN/SEC  PGS   JOB#  STATUS
03      02/21 11:28     8609790064 EC--S     00'41"   002   009   OK
```

# Hughes
# Hubbard
**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Michael J. Culkin, Esq. | Law Offices of Jason L. McCoy | 860-979-0064 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00C812902

# Exhibit 27



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Re:  *In re Vioxx® Products Liability Litigation*
     *MDL No. 1657*

Dear Mr. Lowe:

 We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a large number of plaintiffs in the action referenced above. The chart below lists the full name of each injured party, the appropriate plaintiffs, case name, docket number, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 1 | Capps, Curtis | Curtis Capps | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382 | 9/12/06 |
| 2 | Hudson, Pauline | Carl Hudson and Pauline Hudson | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376 | 9/12/06 |
| 3 | Osborne, Perry | Perry Osborne | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376 | 10/12/06 |
| 4 | Redden, Patricia | Patricia Redden | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376 | 9/12/06 |
| 5 | Vozniak, Chester | Chester Vozniak | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376 | 9/12/06 |
| 6 | Yoho, Angela | Angela Yoho | Baldwin, Paul v. Merck & Co., Inc. | 2:06-cv-03376 | 9/12/06 |
| 7 | Rengel, Gregory | Roseanne Rengel | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373 | 9/12/06 |
| 8 | Skipper, Patsy | Patsy Skipper | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373 | 9/12/06 |
| 9 | Thoma, Delores | Delores Thoma | Bird, Patty v. Merck & Co. Inc. | 2:06-cv-03373 | 9/12/06 |
| 10 | Ashton, Earl | Earl Ashton | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375 | 9/12/06 |

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00E100932



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 11 | Brown, Peter | Peter Brown | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375 | 9/12/06 |
| 12 | Halbrooks, Danny | Danny Halbrooks | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375 | 9/12/06 |
| 13 | Rickett, Nancy | Nancy Rickett | Burke, Arthur v. Merck & Co., Inc. | 2:06-cv-03375 | 9/12/06 |
| 14 | Rochell, Doyle | Doyle Rochell | Burrahm, Betty v. Merck & Co. Inc. | 2:06-cv-03380 | 9/12/06 |
| 15 | McNew, Donald | Donald McNew | Butler, Samella v. Merck & Co., Inc. | 2:06-cv-01973 | 6/26/06 |
| 16 | Engleman, Francis | Francis Engleman | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384 | 9/12/06 |
| 17 | Newcomer, Vera | Barbara Shepard | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384 | 9/12/06 |
| 18 | Ainsworth, Richard | Richard Ainsworth | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 19 | Baugher, Rebecca | Rebecca Baugher | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 20 | Braeuninger, Karan | Karan Braeuninger | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 21 | Branson, Larry Sr. | Larry Branson, Sr. | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 22 | Brooks, Joseph Jr. | Joseph Brooks, Jr. | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 23 | Burns, Lottie | Lottie Burns | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 24 | Christian, Joe | Joe Christian | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 25 | Creviston, Norma | Delbert Creviston | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 26 | Dowling, Agnes | Agnes Dowling | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 27 | Dwyer, Roberta | Roberta Dwyer | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 28 | Fondren, John | John Fondren | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 29 | Forrister, Verne | Verne Forrister | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 30 | Gaston, Frank Jr. | Frank Gaston, Jr. | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 31 | Hacker, Cris Jr. | Cris Hacker, Jr. | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |

MODE10933



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 32 | Hall, Robert | Robert Hall | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 33 | Hannah, Berry | Berry Hannah | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 34 | Haralson, Maurine | Maurine Haralson | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 35 | Hardisty, Anna | Anna Hardisty | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 36 | Herrin, Bonnie | Bonnie Herrin | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 37 | Herrin, Robert | Robert Herrin | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 38 | Lapointe, Joseph | Joseph Lapointe | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 39 | Lesser, Louise | Louise Lesser | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 40 | Lillge, Sharon | Sharon Lillge | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 41 | Lucero, Joe | Joe Lucero | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 42 | Martin, Barbara | Barbara Martin | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 43 | Mathers, Ronald | Ronald Mathers | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 44 | May, Janet | Janet May | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 45 | McDaniel, Marvis | Marvis McDaniel | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 46 | Morgan, Walter | Walter Morgan | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 47 | Palasta, Flora | Flora Palasta | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 48 | Peace, Shandra | Shandra Peace | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 49 | Petrus, Michael | Michael Petrus | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 50 | Potts, Timothy | Timothy Potts | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 51 | Rainbolt, Milton | Milton Rainbolt | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 52 | Renaud, Margaret | Margaret Renaud | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MOEE100934



## Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 53 | Rowland, Deana | Deana Rowland | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 54 | Russo, Mary | Mary Russo | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 55 | Shanahan, Frances | Frances Shanahan | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 56 | Warden, Karen | Karen Warden | Christian, Joe v. Merck & Co., Inc. | 2:06-cv-06652 | 12/12/06 |
| 57 | Dryer, Bernadette | Bernadette Dryer | Dryer, Bernadette v. Merck & Co., Inc. | 2:06-cv-02103 | 6/28/06 |
| 58 | Foster, Ava Jack | Martha Foster | Dryer, Bernadette v. Merck & Co., Inc. | 2:06-cv-02103 | 6/28/06 |
| 59 | Champion, James | James Champion | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654 | 12/12/06 |
| 60 | Collins, Ruebin | Jeanette Collins | Geiger, Fredrick v. Merck & Co., Inc. | 2:06-cv-06654 | 12/12/06 |
| 61 | Gray, Roy | Roy Gray | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369 | 9/12/06 |
| 62 | Jessup, Frank | Frank Jessup | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369 | 9/12/06 |
| 63 | Morgan, Harold | Harold Morgan | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369 | 9/12/06 |
| 64 | Smith, Rosa | Rosa Smith | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369 | 9/12/06 |
| 65 | Frasher, Rosemary | Rosemary Frasher | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240 | 12/5/06 |
| 66 | Fuell, Peggy | Peggy Fuell | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240 | 12/5/06 |
| 67 | Hopper, Judith | Judith Hopper | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240 | 12/5/06 |
| 68 | Jenkins, Eula | Eula Jenkins | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240 | 12/5/06 |
| 69 | Knox, Clarence | Lorene Knox | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240 | 12/5/06 |
| 70 | McVay, Theresa | Theresa McVay | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240 | 12/5/06 |
| 71 | Millet, Thomas | Mary Millet | Hopper, Judith v. Merck & Co., Inc. | 2:06-cv-06240 | 12/5/06 |
| 72 | Stevens, Helen | John Stevens | Johnson, Shirley v. Merck & Co., Inc. | 2:06-cv-03143 | 8/29/06 |
| 73 | Hemphill, Raymond | Raymond Hemphill | Keeney, Kevin v. Merck & Co., Inc. | 2:06-cv-03142 | 8/29/06 |

4

M0DE100935



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 74 | Keeney, Kevin | Kevin Keeney | Keeney, Kevin v. Merck & Co., Inc. | 2:06-cv-03142 | 8/29/06 |
| 75 | Winfield, Robert | Robert Winfield | Keeney, Kevin v. Merck & Co., Inc. | 2:06-cv-03142 | 8/29/06 |
| 76 | Hier, Dolores | Dolores Hier | Kopes, Maria v. Merck & Co., Inc. | 2:06-cv-03141 | 8/29/06 |
| 77 | Kopes, Maria | Maria Kopes | Kopes, Maria v. Merck & Co., Inc. | 2:06-cv-03141 | 8/29/06 |
| 78 | Korn, Ruth Ann | Ruth Ann Korn | Kopes, Maria v. Merck & Co., Inc. | 2:06-cv-03141 | 8/29/06 |
| 79 | Williams, Bertha | Willa Payne | Kopes, Maria v. Merck & Co., Inc. | 2:06-cv-03141 | 8/29/06 |
| 80 | Witcher, Priscilla | Priscilla Witcher | Kopes, Maria v. Merck & Co., Inc. | 2:06-cv-03141 | 8/29/06 |
| 81 | McFarland, Lila | Lila McFarland | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063 | 10/15/06 |
| 82 | Parada, Rosa Anne | Rosa Anne Parada | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063 | 10/15/06 |
| 83 | Skaggs, Charlotte | Charlotte Skaggs | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063 | 10/15/06 |
| 84 | Taylor, Alma | Alma Taylor | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063 | 10/15/06 |
| 85 | Trammel, Jean | Jean Trammel | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063 | 10/15/06 |
| 86 | Anderson, Leslie | Leslie Anderson | Lawson, Brian v. Merck & Co., Inc. | 2:06-cv-01977 | 6/26/06 |
| 87 | Powell, Christine | Christine Powell | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372 | 9/12/06 |
| 88 | Williams, Jerry | Jerry Williams | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372 | 9/12/06 |
| 89 | Corcoran, Walt | Walt Corcoran | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171 | 8/30/06 |
| 90 | Dominguez, Anthony | Anthony Dominguez | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171 | 8/30/06 |
| 91 | Rumsburg, Linda | Linda Rumsburg | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171 | 8/30/06 |
| 92 | Boggs, Mary | Mary Boggs | Malone, Lennie v. Merck & Co., Inc. | 2:06-cv-03383 | 9/12/06 |
| 93 | Medero, Lorraine | Lorraine Medero | Malone, Lennie v. Merck & Co., Inc. | 2:06-cv-03383 | 9/12/06 |
| 94 | Medro, Lorraine | Lorraine Medro | Malone, Lennie v. Merck & Co., Inc. | 2:06-cv-03383 | 9/12/06 |

New York ■ Washington. D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

MODE1O0936



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 95 | Bersosa, Luz | Luz Bersosa | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 96 | Brown, Stephen | Stephen Brown | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 97 | Cooper, Ella | Ella Cooper | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 98 | Faulk, Alberta | Alberta Faulk | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 99 | Frank, Willie | Willie Frank | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 100 | Haywood, Carolyn | Carolyn Haywood | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 101 | Jester, Steven | Steven Jester | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 102 | Ligon, Wanda | John Ligon | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 103 | Macias, Jose | Jose Macias | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 104 | Mattix, Patricia | Patricia Mattix | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 105 | Melendez, Lupe | Lupe Melendez | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 106 | Powell, Edgar | Christine Powell | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 107 | Vieth, Blanche | Stella Olson | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 108 | Watson, Alice | Alice Watson | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 109 | Williams, J. W. | J. W. Williams | Manley, Cynthia v. Merck & Co., Inc. | 2:06-cv-03378 | 9/12/06 |
| 110 | White, Monnyeen | Jerome White | McDonald, James v. Merck & Co., Inc. | 2:06-cv-03390 | 9/19/06 |
| 111 | Neeley, Robert | Robert Neeley | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381 | 9/12/06 |
| 112 | Deatherage, Vada | Lawrence Deatherage | Nobles, Marie v. Merck & Co., Inc. | 2:06-cv-02102 | 6/28/06 |
| 113 | Cartwright, Pat | Pat Cartwright | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974 | 6/26/06 |
| 114 | Clark, Earnest | Earnest Clark | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974 | 6/26/06 |
| 115 | Richardson, Gary | Gary Richardson | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974 | 6/26/06 |

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MDE100937



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 116 | Steward, Wilburn | Clara Steward | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974 | 6/26/06 |
| 117 | Thomason, Patti | Patti Thomason | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974 | 6/26/06 |
| 118 | Arrington, Lela | Lela Arrington | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465 | 9/13/06 |
| 119 | Bearden, Issac | Issac Bearden | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465 | 9/13/06 |
| 120 | Burns, Stella Mae | Stella Mae Burns | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465 | 9/13/06 |
| 121 | Clark, Ginnie | Ginnie Clark | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465 | 9/13/06 |
| 122 | James, Rachel | Rachel James | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465 | 9/13/06 |
| 123 | McKnight, Thelma | Thelma McKnight | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465 | 9/13/06 |
| 124 | Murphy, Beatrice | Carolyn Hudnall | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465 | 9/13/06 |
| 125 | Myrick, Vera | Vera Beth Parker | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465 | 9/13/06 |
| 126 | Rancifer, Kenneth | Kenneth Rancifer | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465 | 9/13/06 |
| 127 | Walker Karper, Sheila | Sheila Walker Karper | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465 | 9/13/06 |
| 128 | Baker, Patsy | Patsy Baker | Sanchez, Theodore v. Merck & Co., Inc. | 2:06-cv-02002 | 6/28/06 |
| 129 | Sanchez, Theodore | Theodore Sanchez | Sanchez, Theodore v. Merck & Co., Inc. | 2:06-cv-02002 | 6/28/06 |
| 130 | Barazoto, Joseph | Joseph Barazoto | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377 | 9/12/06 |
| 131 | Bisson, Jack | Jack Bisson | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377 | 9/12/06 |
| 132 | Daman, Alyce | Alyce Daman | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377 | 9/12/06 |
| 133 | Gravance, Richard | Bernadette Gravance | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377 | 9/12/06 |
| 134 | Ingram, Lonnie | Lonnie Ingram | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377 | 9/12/06 |
| 135 | Roybal, Mary | Mary Roybal | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377 | 9/12/06 |
| 136 | Veit, Frank | Frank Veit | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377 | 9/12/06 |

New York ■ Washington. D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M00E100938



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 137 | Vigil, Susie | Susie Vigil | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377 | 9/12/06 |
| 138 | Weber, Sandra | Sandra Weber | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377 | 9/12/06 |
| 139 | Patterson, William | William Patterson | Womack, Larry v. Merck & Co., Inc. | 2:06-cv-06653 | 12/12/06 |

Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M00E100939

```
** TX STATUS REPORT **            AS OF  FEB 20 2007 17:33   PAGE.01

                                          HUGHES HUBBARD

        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    06  02/20 17:29   314 678 3401 EC--S   03'41"    009   223   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 20, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe, PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   9

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE100940

# Exhibit 28



**Hughes Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (409-838-0167)**

Keith Kebodeaux, Esq.
Law Office of Keith Kebodeaux
2905 Toccoa Street
Beaumont, TX 77703

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***John T. Anderson, Jr. v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-02407-EEF-DEK***

Dear Mr. Kebodeaux:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Victoria Lane Foster. Pretrial Order No. 18C required Ms. Foster to serve this PPF no later than July 19, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Victoria Lane Foster no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00BD16779

```
** TX STATUS REPORT **          AS OF   FEB 21 2007 11:54   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS  JOB#  STATUS
   15   02/21 11:53   1 409 838 0167 EC--S  01'07"    004  037   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Keith Kebodeaux, Esq. | Law Office of Keith Kebodeaux | 409-838-0167 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00BD16780

# Exhibit 29



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (409-838-0167)**

Keith Kebodeaux, Esq.
Law Office of Keith Kebodeaux
2905 Toccoa Street
Beaumont, TX 77703

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *John T. Anderson, Jr. v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02407-EEF-DEK*

Dear Mr. Kebodeaux:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Norma Langham. Pretrial Order No. 18C required Ms. Langham to serve this PPF no later than July 19, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Norma Langham no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M00BD167281

```
** TX STATUS REPORT **          AS OF   FEB 21 2007 11:54   PAGE.01

                                        HUGHES HUBBARD

        DATE  TIME      TO/FROM     MODE    MIN/SEC   PGS  JOB# STATUS
    15  02/21 11:53   1 409 838 0167 EC--S   01'07"   004  037  OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Keith Kebodeaux, Esq. | Law Office of Keith Kebodeaux | 409-838-0167 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00BD16782

# Exhibit 30



# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-292-2755)**

Richard N. Laminack, Esq.
Laminack Pirtle and Martines
440 Louisiana
Suite 1250
Houston, TX 77002

Re:    *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Gerald R. Bolds v. Merck & Co., Inc.*
       *Docket No. 2:06-cv-06277-EEF-DEK*

Dear Mr. Laminack:

       We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gerald R. Bolds. Pretrial Order No. 18C required Mr. Bolds to serve this PPF no later than December 6, 2006, and Merck has not consented to any extension of time in which to respond.

       Please produce a completed PPF for Gerald R. Bolds no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

       Very truly yours,

       */s/ John N. Poulos*

       John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M00BD16783

```
** TX STATUS REPORT **              AS OF   FEB 21 2007 11:53   PAGE.01

                                        HUGHES HUBBARD


       DATE TIME       TO/FROM       MODE   MIN/SEC   PGS   JOB#   STATUS
   14  02/21 11:51    7132922755  EC--S   01'04"    004   036    OK
```

## Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Richard N. Laminack, Esq. | Laminack Pirtle and Martines | 713-292-2755 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00BD16784

# Exhibit 31



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 22, 2007

**BY CERTIFIED AND REGULAR MAIL**

Mark D. Swanson, Esq.
Mark D. Swanson, Attorney at Law
169 E. Fiagler Street
#1433
Miami, FL 33131

>      Re:     *In re Vioxx® Products Liability Litigation*
>              *MDL No. 1657*
>              *Josephine Frias v. Merck & Co., Inc.*
>              <u>*Docket No. 2:06-cv-08823-EEF-DEK*</u>

Dear Mr. Swanson:

         We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Josephine Frias.  Pretrial Order No. 18C required your clients, plaintiffs Martin Frias, Melissa Frias, Matthew Heitelband and Mitchell Heitleband, to serve this PPF no later than January 3, 2007, and Merck has not consented to any extension of time in which to respond.

         Please produce a completed PPF for Josephine Frias no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery.  If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                    Very truly yours,

                    */s/ John N. Poulos*

                    John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M008919785

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARK D. SWANSON, ESQ.
169 E. FIAGLER STREET
#1433
MIAMI, FL 33131

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2150 0001 2279 8398

PS Form 3811, February 2004   Domestic Return Receipt   *NOPP7 3/20/07*   102595-02-M-1540



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

MARK D. SWANSON, ESQ.
169 E. FIAGLER STREET
#1433
MIAMI, FL 33131

7006 2150 0001 2279 8398

PS Form 3800, August 2006   See Reverse for Instructions

# Exhibit 32



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (304-342-3189)**

Marvin W. Masters, Esq.
The Masters Law Firm LC
181 Summers Street
Charleston, WV 25301

Re:    *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Johnny Allen Adkins v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-06601-EEF-DEK*

Dear Mr. Masters:

         We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced
above.  This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and
appropriate medical authorizations for a large number of plaintiffs in the above referenced case.
The chart below lists the full name of each injured party, the appropriate plaintiffs, and the
applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

|   | INJURED PARTY NAME | PLAINTIFFS | ORIGINAL PPF DUE DATE |
|---|---|---|---|
| 1 | Adkins, Johnny Allen | Johnny Allen Adkins and Patricia Adkins | December 11, 2006 |
| 2 | Arthur, Gladys | Gladys Arthur | December 11, 2006 |
| 3 | Baldwin, Manuel | Manuel Baldwin and Patsy Baldwin | December 11, 2006 |
| 4 | Ballard, Eliza G. | Eliza G. Ballard and Michael J. Ballard | December 11, 2006 |
| 5 | Barker, Kenneth | Kenneth Barker and Pamela L. Barker | December 11, 2006 |
| 6 | Bays, Larry L. | Ellen Bays and Larry L. Bays | December 11, 2006 |
| 7 | Blankenship, Roy Lee | Roy Lee Blankenship | December 11, 2006 |
| 8 | Borda, Mary Louise | Anthony B. Borda and Mary Louise Borda | December 11, 2006 |
| 9 | Bosley, Rose M. | Rose M. Bosley | December 11, 2006 |
| 10 | Brock, Della | Della Brock | December 11, 2006 |
| 11 | Canada, Samuel R. | Patricia Canada and Samuel R. Canada | December 11, 2006 |
| 12 | Chandler, John H. | John H. Chandler and Judith Chandler | December 11, 2006 |
| 13 | Channell, Don | Don Channell | December 11, 2006 |
| 14 | Conn, Joseph | Hazel Conn and Joseph Conn | December 11, 2006 |

MODE10O949



Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | ORIGINAL PPF DUE DATE |
|---|---|---|---|
| 15 | Cunningham, Paul | Doris Cunningham | December 11, 2006 |
| 16 | DeWeese Barnett, Sheila | Sheila DeWeese Barnett | December 11, 2006 |
| 17 | Donnellan, Sandra W. | James Donnellan and Sandra W Donnellan | December 11, 2006 |
| 18 | Evans, Nora | Nora Evans | December 11, 2006 |
| 19 | Farley, Kathleen | Kathleen Farley and Lawrence E. Farley | December 11, 2006 |
| 20 | Foster, Gail | Gail Foster | December 11, 2006 |
| 21 | French, Phillip | Carol French and Phillip French | December 11, 2006 |
| 22 | Gallaway, Fannie | Shirley J. Cook | December 11, 2006 |
| 23 | Gollihue, Larry F. | Larry F. Gollihue and Maude S. Gollihue | December 11, 2006 |
| 24 | Haines, Betty | Betty Haines | December 11, 2006 |
| 25 | Harless, Avon F. Jr. | Avon F. Harless, Jr. and Connie Sue Harless | December 11, 2006 |
| 26 | Hatfield, William | William Hatfield | December 11, 2006 |
| 27 | Hensley, Phillip | Phillip Hensley | December 11, 2006 |
| 28 | Howard, Virgie | Virgie Howard | December 11, 2006 |
| 29 | Howery, Delena | Delena Howery | December 11, 2006 |
| 30 | Hunt, Helen G. | Helen G. Hunt | December 11, 2006 |
| 31 | Jarrell, Tressa | John L. Jarrell and Tressa Jarrell | December 11, 2006 |
| 32 | Jividen, Jane T. | Jane T. Jividen and Joel E. Jividen | December 11, 2006 |
| 33 | Johnstone, Nancy | Nancy Johnstone | December 11, 2006 |
| 34 | Jones, Lydia E. | David T. Jones, Sr. and Lydia E. Jones | December 11, 2006 |
| 35 | Joseph, Edward | Betty F. Joseph and Edward Joseph | December 11, 2006 |
| 36 | Keathley, Kermit | Joan E. Keathley | December 11, 2006 |
| 37 | Keyser, Garnett Louise | Garnett Louise Keyser and Moses G. Keyser | December 11, 2006 |
| 38 | Kinser, Charles Sr. | Charles Kinser, Sr. and Linda J. Kinser | December 11, 2006 |
| 39 | Kirk, Junie | Junie Kirk and William E. Kirk | December 11, 2006 |
| 40 | Legg, Beverly | Beverly Legg | December 11, 2006 |
| 41 | Leggett, Elsie | Elsie Leggett | December 11, 2006 |
| 42 | Lester, George | George Lester | December 11, 2006 |
| 43 | Lewis, Carl L. | Mary B. Jackson Lewis and Carl L. Lewis | December 11, 2006 |
| 44 | Lilly, Ronnie | Susie Lilly | December 11, 2006 |
| 45 | Lynch, Gerald | Elva Lynch and Gerald Lynch | December 11, 2006 |
| 46 | Marcum, Cassandra | Cassandra Marcum and Danny G. Marcum | December 11, 2006 |

MODE100950



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

**Hughes Hubbard**

A New York Limited Liability Partnership

| | INJURED PARTY NAME | PLAINTIFFS | ORIGINAL PPF DUE DATE |
|---|---|---|---|
| 47 | McBride, Evelyn G. | Evelyn G. McBride and William E. McBride | December 11, 2006 |
| 48 | McCallister, Helen | Helen McCallister | December 11, 2006 |
| 49 | Miller, Donna S. | Billy Miller and Donna S. Miller | December 11, 2006 |
| 50 | Miller, James | James Miller and Kathy S. Miller | December 11, 2006 |
| 51 | Moles, Ruth Ann | Ruth Ann Moles and William D. Moles | December 11, 2006 |
| 52 | Monk, Dale E. | Dale E. Monk and Sally Jo Monk | December 11, 2006 |
| 53 | Moss, Helen | Helen Moss | December 11, 2006 |
| 54 | Mounts, Teddy Ray | Nancy Mounts and Teddy Ray Mounts | December 11, 2006 |
| 55 | Mynes, Larry A. | Larry A. Mynes and Sharon Mynes | December 11, 2006 |
| 56 | Oliver, Freda | Earl C. Oliver and Paul E. Oliver | December 11, 2006 |
| 57 | Pack, Dixie | Dixie Pack | December 11, 2006 |
| 58 | Pauley, Dennis A. | Betty Lou Pauley | December 11, 2006 |
| 59 | Perry, Sherman | Nawatha Perry | December 11, 2006 |
| 60 | Plybon, Calvin R. | Barbara Plybon and Calvin R. Plybon | December 11, 2006 |
| 61 | Plybon, Felicia | Felicia Plybon and Timothy Plybon | December 11, 2006 |
| 62 | Price, Alonzo C. | Alonzo C. Price | December 11, 2006 |
| 63 | Pritt, John | John Pritt and Mary Pritt | December 11, 2006 |
| 64 | Pritt, Laura | Caffie Gibson | December 11, 2006 |
| 65 | Quesenberry, Harry | Harry Quesenberry and Judy Quesenberry | December 11, 2006 |
| 66 | Ratcliff, Donna | Allen E. Ratcliff and Donna Ratcliff | December 11, 2006 |
| 67 | Ray, Dorothy | Dorothy Ray | December 11, 2006 |
| 68 | Rively, David | David Rively | December 11, 2006 |
| 69 | Roach, James | Christi Roach and James Roach | December 11, 2006 |
| 70 | Rutherford, Charles | Carol Rutherford and Charles Rutherford | December 11, 2006 |
| 71 | Stewart, Ronald G. | Deborah S. Stewart and Ronald G. Stewart | December 11, 2006 |
| 72 | Stumbo, Danny | Danny Stumbo and Nancy Stumbo | December 11, 2006 |
| 73 | Sutton, Irene | Bob Harper | December 11, 2006 |
| 74 | Tabor, Jody | Regina Tabor | December 11, 2006 |
| 75 | Taylor, Alice | Orville L. Shaffer | December 11, 2006 |
| 76 | Thompson, Charles D. | Charles D. Thompson | December 11, 2006 |

MDDE100951



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | ORIGINAL PPF DUE DATE |
|---|---|---|---|
| 77 | Thornsbury, Ed | Ed Thornsbury and Mary Ann Thornsbury | December 11, 2006 |
| 78 | Tolliver, Blanch | Blanch Tolliver | December 11, 2006 |
| 79 | Tschop, Gladys S. | Gladys S. Tschop | December 11, 2006 |
| 80 | Vint, Michael | Donna Vint and Michael Vint | December 11, 2006 |
| 81 | Walker, Fred | Vonda Walker | December 11, 2006 |
| 82 | White, Daisy | Daisy White | December 11, 2006 |
| 83 | Whitt, Evna A. | Suzanne E. Hill and Evna A. Whitt | December 11, 2006 |
| 84 | Whitten, Sharon | Sharon Whitten | December 11, 2006 |
| 85 | Willett, Karen L. | Karen L. Willett | December 11, 2006 |
| 86 | Williams, Donald R. | Donald R. Williams and Geraldine Williams | December 11, 2006 |
| 87 | Wilson, Drema G. | Clarence P. Wilson and Drema G. Wilson | December 11, 2006 |
| 88 | Wilson, Theresa | Theresa Wilson | December 11, 2006 |
| 89 | Winter, Ronald | Donna Winter | December 11, 2006 |
| 90 | Workman, William | William Workman | December 11, 2006 |

Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

MODE100962

```
** TX STATUS REPORT **          AS OF  FEB 20 2007 17:22  PAGE.01

                                          HUGHES HUBBARD


     DATE TIME      TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
02   02/20 17:20   13043423189  EC—S  01'53"   005   220   OK
```



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Marvin W. Masters, Esq. | The Masters Law Firm LC | 304-342-3189 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE100953

# Exhibit 33

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 20I-536-9220
Fax: 20I-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-821-9798)**

Harvey C. Menees, Esq.
Menees Whitney Burnet and Trog
121 West Adams
Kirkwood, MO 63122

    Re:  ***In re Vioxx® Products Liability Litigation***
        ***MDL No. 1657***
        ***Zelmar Bond v. Merck & Co., Inc.***
        ***Docket No. 2:05-cv-06736-EEF-DEK***

Dear Mr. Menees:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Zelmar Bond. The deadline for Mr. Bond to serve a complete PPF and medical authorizations passed on March 8, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

    Within twenty (20) days from the date of this letter either; (1) confirm in writing that Zelmar Bond is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Mr. Bond.

    Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via electronic mail)
    Russ M. Herman, Esq. (via electronic mail)

M00735 0832

11/01/2006 13:55 FAX  12124224726        HUGHES HUBBARD LLP                    ☐ 001

```
                    *********************
                    ***   TX REPORT   ***
                    *********************


TRANSMISSION OK

TX/RX NO              0674
RECIPIENT ADDRESS     13148219798
DESTINATION ID
ST. TIME              11/01 13:54
TIME USE              00'25
PAGES SENT            2
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Harvey C. Menees, Esq. | Menees Whitney Burnet and Trog | 314-821-9798 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M007358933

# Exhibit 34



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

Re:     ***In re Vioxx® Products Liability Litigation***
        ***MDL No. 1657***

Dear Mr. Ide:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a number of plaintiffs in the action referenced above. The chart below lists the full name of each injured party, the appropriate plaintiffs, case name, docket number, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

|   | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 1 | Hunt, Linda | Linda Hunt | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999 | 11/29/06 |
| 2 | Trevino, Rebecca | Rebecca Trevino | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999 | 11/29/06 |
| 3 | Alvarado, Martha | Martha Alvarado | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980 | 11/29/06 |
| 4 | Long, Larry | Larry Long | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980 | 11/29/06 |
| 5 | Waters, Calvin | Calvin Waters | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980 | 11/29/06 |
| 6 | Herring, Marcia | Ronnie Oliver Herring | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |
| 7 | Smith, Billy | Billy Smith | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |
| 8 | Tierce, Glynn | Glynn Tierce | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |
| 9 | Tolliver, Abe | Abe Tolliver | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |
| 10 | Walker, Mary H. | Mary H. Walker | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |

MODE1O0941



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 11 | Young, Otis | Otis Young | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |
| 12 | Leflore, Ronnie | Mary Leflore | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989 | 11/29/06 |
| 13 | Blackmon, Brenda | Brenda Blackmon | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 14 | Bradshaw, Pat | Pat Bradshaw | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 15 | Darr, Marjorie E. | Marjorie E. Darr | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 16 | Estep, Gus | Gus Estep | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 17 | George, Betty B. | Betty B. George | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 18 | Gonzalas, Raymond | Raymond Gonzalas | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 19 | Hawkins, Margaret | Margaret Hawkins | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 20 | Drake, Buford | Buford Drake | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 21 | Foshee, Jimmie | Jimmie Foshee | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 22 | Griffith, Rickey | Rickey Griffith | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 23 | Henson, Dana B. | Dana B. Henson | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 24 | Layton, Gloria | Gloria Layton | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 25 | McCleese, Jimmy | Jimmy McCleese | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 26 | Mitchem, Robbin | Robbin Mitchem | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 27 | Patchin, Evanna | Evanna Patchin | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 28 | Ratliff, Connie | Connie Ratliff | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 29 | Riester, Mary | Mary Riester | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 30 | Davis, Dale | Dale Davis | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 31 | Hotchkiss, Pamela | Pamela Hotchkiss | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MDE1C0942



## Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 32 | Johnson, Mike | Pamela Hotchkiss | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 33 | Lingar, Patricia | Patricia Lingar | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 34 | Mansfield, Jean Ann | Jean Ann Mansfield | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 35 | Nelmark, Margaret | Margaret Nelmark | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 36 | Perry, Nathaniel | Nathaniel Perry | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 37 | Damon, Mary | Mary Damon | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 38 | Emberton, Carmlita | Carmlita Emberton | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 39 | Gipson, Vivian | Vivian Gipson | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 40 | Hernandez, Joseph | Joseph Hernandez | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 41 | McMullen, Anthony | Anthony McMullen | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 42 | McNabb, Alan | Alan McNabb | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 43 | Stone, Ethel | Ethel Stone | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 44 | Watson, Christine F. | Christine F. Watson | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 45 | Worthington, Roberta | Roberta Worthington | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 46 | Jackson, Kathy | Kathy Jackson | Gladden, Keith v. Merck & Co., Inc. | 2:06-cv-05996 | 11/29/06 |
| 47 | Sanders, Roxanne | Roxanne Sanders | Gladden, Keith v. Merck & Co., Inc. | 2:06-cv-05996 | 11/29/06 |
| 48 | Collier Stein, Jeannine | Jeannine Collier Stein | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988 | 11/29/06 |
| 49 | Leonard, Kathleen | John Leonard and Kathleen Leonard | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988 | 11/29/06 |
| 50 | Thouvenell, Arthur | Arthur Thouvenell | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988 | 11/29/06 |
| 51 | Webb, Donna | Donna Webb | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988 | 11/29/06 |
| 52 | Riley, Darlene | Darlene Riley | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986 | 11/29/06 |

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MODEL090943



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 53 | Dunson, Roger | Roger Dunson | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964 | 12/12/06 |
| 54 | Tilbury, Debbie | Debbie Tilbury | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964 | 12/12/06 |
| 55 | Sturgeon, Elmer E. | Elmer E. Sturgeon | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958 | 12/13/06 |

Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

MDE1O0944

```
** TX STATUS REPORT **          AS OF   FEB 20 2007 17:11   PAGE.01

                                        HUGHES HUBBARD
```

|    | DATE TIME    | TO/FROM       | MODE  | MIN/SEC | PGS | JOB# | STATUS |
|----|--------------|---------------|-------|---------|-----|------|--------|
| 29 | 02/20 17:08  | 17035198084   | EC--S | 00'01"  | 000 | 216  | INC    |
| 30 | 02/20 17:09  | 17035198084   | EC--S | 01'59"  | 005 | 216  | OK     |



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|----------|-------------------|----------|
| John N. Poulos, Esq. | 201-536-9220 | February 20, 2007 |

| **TO** | **Firm** | **Fax No.** |
|--------|----------|-------------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE100945

# Exhibit 35



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 14, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Stephen L. O'Brien, Esq.
O'Brien and O'Brien LLP
168 Smithtown Blvd.
Nesconset, NY 11767

      **Re:**      *In re Vioxx® Products Liability Litigation*
                  *MDL No. 1657*
                  *Warren K. Booth v. Merck & Co., Inc.*
                  *Docket No. 2:06-cv-03620-EEF-DEK*

Dear Mr. O'Brien:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Catherine Ann Booth. Pretrial Order No. 18C required your clients, plaintiffs Catherine Ann Booth and Warren K. Booth, Jr., to serve this PPF no later than September 25, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Catherine Ann Booth no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:      Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MODE419826

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen L. O'Brien, Esq.
O'Brien and O'Brien LLP
168 Smithtown Blvd.
Nesconset, NY 11767

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   S. OLiVA                        12/18/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7006 0810 0002 4853 2471

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

M0E4198627

# Exhibit 36



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-696-6364)**

Paul M. Kaufman, Esq.
Paul M. Kaufman, Attorney at Law
801 Terminal Tower
50 Public Square
Cleveland, OH 44113

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Mary C. Barrett v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-11312-EEF-DEK*

Dear Mr. Kaufman:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Thomas P. Barrett. Pretrial Order No. 18C required your clients, plaintiffs Brian Barrett, Colleen Barrett, Mary C. Barrett, Thomas Barrett, Jr. and Timothy Barrett, to serve this PPF no later than March 7, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Thomas P. Barrett no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00E6086-46

```
** TX STATUS REPORT **          AS OF  APR 25 2007 14:47    PAGE.01

                                        HUGHES HUBBARD


          DATE  TIME        TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
    31    04/25 14:46      216 696 6364  EC--S  00'36"   002   128   OK
```

# Hughes
# Hubbard
**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Paul M. Kaufman, Esq. | Paul M. Kaufman, Attorney at Law | 216-696-6364 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E60847

# Exhibit 37


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 31, 2007

**BY FIRST CLASS MAIL & TELECOPY (412-829-1021)**

Peter J. Payne, Esq.
Payne Welsh Klingensmith PLLC
105 Penn Plaza
Turtle Creek, PA 15145

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Audrey Sapida v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-08415-EEF-DEK*

Dear Mr. Payne:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Audrey Sapida. Pretrial Order No. 18C required Ms. Sapida to serve this PPF no later than December 31, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Audrey Sapida no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00A615021

```
** TX STATUS REPORT **          AS OF   JAN 31 2007 11:50   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE    MIN/SEC   PGS   JOB#   STATUS
    12  01/31 11:49     412 823 8100 EC--S   00'35"    002   213    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | January 31, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Peter J. Payne, Esq. | Payne Welsh Klingensmith PLLC | 412-829-1021 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00A615022

# Exhibit 38

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

January 26, 2006

**VIA TELECOPY (409-838-6139)**

Thomas J. Pearson, Esq.
Pearson & Campbell, PC
2394 Calder Avenue
Beaumont, TX 77702

   Re: *In re Vioxx® Products Liability Litigation*
     *MDL No. 1657*
     *Brenda Lewis v. Merck & Co., Inc.*
     <u>*Docket No. 2:05-cv-00532-EEF-DEK*</u>

Dear Mr. Pearson:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Brenda Lewis. Pretrial Order No. 18B required Ms. Lewis to serve this PPF no later than December 15, 2005, and Merck has not consented to any extension of time in which to respond.

   Please produce a completed PPF for Brenda Lewis no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc: Phillip A. Wittmann, Esq. (via telecopy)
  Russ M. Herman, Esq. (via telecopy)

NY

M006018280

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                        TIME  : 01/26/2006 11:30
                                        NAME  :
                                        FAX#  :
                                        TEL#  :
                                        SER.# : 000005100038


    ┌──────────────────────────────────────────────────────────────┐
    │                                                                │
    │   DATE,TIME          01/26  11:30                              │
    │   FAX NO./NAME       10007341835140983B6139                    │
    │   DURATION           00:00:30                                  │
    │   PAGE(S)            02                                        │
    │   RESULT             OK                                        │
    │   MODE               STANDARD                                  │
    │                      ECM                                       │
    │                                                                │
    └──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas J. Pearson, Esq. | Pearson & Campbell, PC | 409-838-6139 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006018281

Exhibit 39



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (601-948-6187)**

C. Victor Welsh, III, Esq.
Pittman Germany Roberts & Welsh, LLP
P.O. Box 22985
410 South President Street
Jackson, MS 39225

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Rosie J. Trahan v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-11310-EEF-DEK***

Dear Mr. Welsh:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rosie Joan Trahan. Pretrial Order No. 18C required your clients, plaintiffs Charles C. Trahan, Sr. and Rosie Joan Trahan, to serve this PPF no later than March 7, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Rosie Joan Trahan no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M00D94284

```
** TX STATUS REPORT **              AS OF   APR 25 2007 14:46   PAGE.01

                                            HUGHES HUBBARD

        DATE  TIME        TO/FROM      MODE    MIN/SEC   PGS   JOB#   STATUS
    30  04/25 14:45       601 948 6187 EC--S   00'36"    002   127    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| C. Victor Welsh, III, Esq. | Pittman Germany Roberts & Welsh, LLP | 601-948-6187 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00D942285

# Exhibit 40

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 22, 2006

**VIA FIRST CLASS MAIL**

Richard J. Rosenblum, Esq.
Rubin & Machado, Ltd.
120 W. Madison Street
Suite 400
Chicago, IL 60602

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Evelyn Thomas v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-02017-EEF-DEK***

Dear Mr. Rosenblum:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Joseph Moore.  Pretrial Order No. 18B required your client, plaintiff Evelyn Thomas, to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Joseph Moore no later than twenty days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M0086211325

# Exhibit 41

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (601-965-8719) & US MAIL**

Richard A. Freese, Esq.
Sweet & Freese LLC
2900 Highway 280
Suite 240
Birmingham, AL 35223

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Jerry Melton v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-00495-EEF-DEK*

Dear Mr. Freese:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jerry Melton. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jerry Melton no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

NY

JOB STATUS REPORT

```
TIME  : 04/07/2006 10:24
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME              04/07  10:24
FAX NO./NAME           10007341835160196587 19
DURATION               00:00:21
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

MD06B06417

# Exhibit 42



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-844-3763)**

Rebecca B. King, Esq.
Blizzard McCarthy and Nabers LLP
440 Louisiana
Suite 1710
Houston, TX 77002

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Barbara A. Hull v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06175-EEF-DEK*

Dear Ms. King:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Barbara A Hull. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C ("PTO 18C") required your client, plaintiff Barbara Hull, to serve this PPF no later than December 5, 2006.

Please produce a completed PPF for Barbara A Hull no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00E6915845

```
** TX STATUS REPORT **          AS OF  JUN 28 2007 19:14   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   22   06/28 19:13    7138443755  EC--S   00'35"    002   170   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Rebecca B. King, Esq. | Blizzard McCarthy and Nabers LLP | 713-844-3763 ~~3755~~ |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E615846

# Exhibit 43



**Hughes Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Carey and Danis LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Peggie Craig v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-03136-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Diane Forbes. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Forbes to serve this PPF no later than August 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Diane Forbes no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0D6A88596

12/21/2006 18:18 FAX  12124224726          HUGHES HUBBARD LLP                    ☑001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

          TRANSMISSION OK

          TX/RX NO                0808
          RECIPIENT ADDRESS       13146783401
          DESTINATION ID
          ST. TIME                12/21 18:12
          TIME USE                05'52
          PAGES SENT              15
          RESULT                  OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M002C56584

# Exhibit 44



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Carey and Danis LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Peggie Craig v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-03136-EEF-DEK*

Dear Mr. Lowe:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Virginia Wilkerson. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Wilkerson to serve this PPF no later than August 29, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Virginia Wilkerson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M008E33181

```
                         ***********************
                         ***   TX REPORT   ***
                         ***********************

        TRANSMISSION OK

        TX/RX NO            0808
        RECIPIENT ADDRESS   13146783401
        DESTINATION ID
        ST. TIME            12/21 18:12
        TIME USE            05'52
        PAGES SENT          15
        RESULT              OK
```



**Hughes Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M002C56584

Exhibit 45



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Carey and Danis LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

<div style="margin-left:2em">

**Re:**  ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Peggie Craig v. Merck & Co., Inc.***
***Docket No. 2:06-cv-03136-EEF-DEK***

</div>

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Sheldon Wolfe. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Mr. Wolfe to serve this PPF no later than August 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Sheldon Wolfe no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00A190418

12/21/2006 18:18 FAX  12124224726          HUGHES HUBBARD LLP                        ☒001

```
                         ************************
                         ***   TX REPORT    ***
                         ************************

      TRANSMISSION OK

      TX/RX NO            0808
      RECIPIENT ADDRESS   13146783401
      DESTINATION ID
      ST. TIME            12/21 18:12
      TIME USE            05'52
      PAGES SENT          15
      RESULT              OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M002C56584

# Exhibit 46



**Hughes**
**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Carey and Danis LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Betty J. Gant v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00792-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Jean Gant. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Gant to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty Jean Gant no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M007A51097

```
        **********************
        ***   TX REPORT   ***
        **********************

     TRANSMISSION OK

     TX/RX NO            0190
     RECIPIENT ADDRESS   13146783401
     DESTINATION ID
     ST. TIME            12/21 18:52
     TIME USE            05'45
     PAGES SENT          15
     RESULT              OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit 47



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Carey and Danis LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

    Re:  *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Betty J. Gant v. Merck & Co., Inc.*
       *Docket No. 2:06-cv-00792-EEF-DEK*

Dear Mr. Lowe:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Norma Morris. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Morris to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Norma Morris no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

    Very truly yours,

    */s/ John N. Poulos*

    John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M0DA190553

```
            ********************
            ***   TX REPORT   ***
            ********************


    TRANSMISSION OK

    TX/RX NO              0190
    RECIPIENT ADDRESS     13146783401
    DESTINATION ID
    ST. TIME             12/21 18:52
    TIME USE             05'45
    PAGES SENT            15
    RESULT               OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit 48



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Carey and Danis LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Betty J. Gant v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00792-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Theo Udell. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Mr. Udell to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Theo Udell no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M007A61092

Case 2:05-md-01657-EEF-DEK    Document 12024-2    Filed 08/14/07    Page 84 of 87

```
********************
***  TX REPORT  ***
********************


TRANSMISSION OK

TX/RX NO              0190
RECIPIENT ADDRESS     13146783401
DESTINATION ID
ST. TIME              12/21 18:52
TIME USE              05'45
PAGES SENT            15
RESULT               OK
```



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M007A51099

Exhibit 49

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Carey and Danis LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Re:  *In re Vioxx® Products Liability Litigation*
     *MDL No. 1657*
     *Jane Latham v. Merck & Co., Inc.*
     *Docket No. 2:06-cv-00793-EEF-DEK*

Dear Mr. Lowe:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ellis Boring. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Boring to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Ellis Boring no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

New York  ▪  Washington, D.C.  ▪  Los Angeles  ▪  Miami  ▪  Jersey City  ▪  Paris  ▪  Tokyo

M007885349

```
           **********************
           ***   TX REPORT   ***
           **********************

    TRANSMISSION OK

    TX/RX NO            0811
    RECIPIENT ADDRESS   13146783401
    DESTINATION ID
    ST. TIME            12/21 18:57
    TIME USE            05'46
    PAGES SENT          15
    RESULT              OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey Lowe, Esq. | Carey and Danis LLC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M002C56595