# Exhibit 50



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

A New York Limited Liability Partnership

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Carey and Danis LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Jane Latham v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00793-EEF-DEK*

Dear Mr. Lowe:

     We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Juanita Rodgers. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Rodgers to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

     Please produce a completed PPF for Juanita Rodgers no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

     Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M002C56593

```
        ***********************
        ***   TX REPORT   ***
        ***********************


    TRANSMISSION OK

    TX/RX NO              0811
    RECIPIENT ADDRESS     13146783401
    DESTINATION ID
    ST. TIME              12/21 18:57
    TIME USE              05'46
    PAGES SENT             15
    RESULT                OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey Lowe, Esq. | Carey and Danis LLC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M02C56596

# Exhibit 51



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Carey and Danis LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

     Re:  *In re Vioxx® Products Liability Litigation*
         *MDL No. 1657*
         *Jane Latham v. Merck & Co., Inc.*
         *Docket No. 2:06-cv-00793-EEF-DEK*

Dear Mr. Lowe:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Joan Williams. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Williams to serve this PPF no later than May 1, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Joan Williams no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

           Very truly yours,

           */s/ John N. Poulos*

           John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
    Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M00A190561

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO            0811
RECIPIENT ADDRESS   13146783401
DESTINATION ID
ST. TIME            12/21 18:57
TIME USE            05'46
PAGES SENT          15
RESULT              OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey Lowe, Esq. | Carey and Danis LLC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M002C56595

Exhibit 52

**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Barbara Allen v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-01993-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Donald Kroenlein. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Mr. Kroenlein to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Donald Kroenlein no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M002CS6591

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0815
RECIPIENT ADDRESS     13146783401
DESTINATION ID
ST. TIME              12/21 19:39
TIME USE              05'48
PAGES SENT            15
RESULT                OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00CC01836

# Exhibit 53



**Hughes Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Barbara Allen v. Merck & Co., Inc.*
> <u>*Docket No. 2:06-cv-01993-EEF-DEK*</u>

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Edna May Sample. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Sample to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Edna May Sample no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MC09268760

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

      TRANSMISSION OK

      TX/RX NO              0815
      RECIPIENT ADDRESS     13146783401
      DESTINATION ID
      ST. TIME              12/21 19:39
      TIME USE              05'48
      PAGES SENT            15
      RESULT               OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M0OCC01836

# Exhibit 54



**Hughes Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Samella Butler v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-02069-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Hertha Holmes. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Holmes to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Hertha Holmes no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M009286709

12/21/2006 18:18 FAX  12124224726          HUGHES HUBBARD LLP                    ☑001

```
                          ********************
                          ***   TX REPORT   ***
                          ********************


        TRANSMISSION OK

        TX/RX NO              0808
        RECIPIENT ADDRESS     13146783401
        DESTINATION ID
        ST. TIME              12/21 18:12
        TIME USE              05'52
        PAGES SENT            15
        RESULT                OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M002C56584

# Exhibit 55

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Samella Butler v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-02069-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jennie Hunter. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Hunter to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jennie Hunter no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M009268761

12/21/2006 18:18 FAX  12124224726          HUGHES HUBBARD LLP                      ☑001

```
                        *********************
                  ***    TX REPORT    ***
                        *********************


         TRANSMISSION OK

         TX/RX NO              0808
         RECIPIENT ADDRESS     13146783401
         DESTINATION ID
         ST. TIME              12/21 18:12
         TIME USE              05'52
         PAGES SENT            15
         RESULT                OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  \15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M002C56584

# Exhibit 56

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

> Re:   *In re Vioxx® Products Liability Litigation*
>       *MDL No. 1657*
>       *Roy Lacey v. Merck & Co., Inc.*
>       *Docket No. 2:06-cv-02072-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Terry Aikens. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Aikens to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Terry Aikens no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0814 |
| RECIPIENT ADDRESS | 13146783401 |
| DESTINATION ID | |
| ST. TIME | 12/21 19:31 |
| TIME USE | 05'48 |
| PAGES SENT | 15 |
| RESULT | OK |

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  1 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED. PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00A610231

# Exhibit 57



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

      Re:      ***In re Vioxx® Products Liability Litigation***
               ***MDL No. 1657***
               ***Roy Lacey v. Merck & Co., Inc.***
               ***Docket No. 2:06-cv-02072-EEF-DEK***

Dear Mr. Lowe:

          We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Sharon Joyner Clarke. Merck's initial notice letter was sent on September 12, 2006. Pretrial Order No. 18C required Ms. Clarke to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

          Please produce a completed PPF for Sharon Joyner Clarke no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

          Very truly yours,

          */s/ John N. Poulos*

          John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

```
                       ***********************
                   ***    TX REPORT    ***
                       ***********************

         TRANSMISSION OK

         TX/RX NO            0814
         RECIPIENT ADDRESS   13146783401
         DESTINATION ID
         ST. TIME            12/21 19:31
         TIME USE            05'48
         PAGES SENT          15
         RESULT              OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  1 ≤

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00A610231

# Exhibit 58



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Roy Lacey v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02072-EEF-DEK*

Dear Mr. Lowe:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Miki Rhea.  Merck's initial notice letter was sent on September 12, 2006.  Pretrial Order No. 18C required your clients, plaintiffs Lacy Coy and Miki Rhea, to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Miki Rhea no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery.  If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M009843058

```
**********************
***  TX REPORT  ***
**********************

TRANSMISSION OK

TX/RX NO              0814
RECIPIENT ADDRESS     13146783401
DESTINATION ID
ST. TIME              12/21 19:31
TIME USE              05'48
PAGES SENT            15
RESULT               OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  1 ⩽

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00A610231

# Exhibit 59



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

December 21, 2006

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey Lowe, Esq.
Jeffrey J. Lowe PC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Roy Lacey v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-02072-EEF-DEK*

Dear Mr. Lowe:

         We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Donald Satterfield.  Merck's initial notice letter was sent on September 12, 2006.  Pretrial Order No. 18C required Mr. Satterfield to serve this PPF no later than June 26, 2006, and Merck has not consented to any extension of time in which to respond.

         Please produce a completed PPF for Donald Satterfield no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                        Very truly yours,

                                        /s/ John N. Poulos

                                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M005C24628

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                 0814
RECIPIENT ADDRESS        13146783401
DESTINATION ID
ST. TIME                 12/21 19:31
TIME USE                 05'48
PAGES SENT               15
RESULT                   OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Jeffrey Lowe, Esq. | Jeffrey J. Lowe PC | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED. PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00A610231

# Exhibit 60

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

David H. Johnson, Esq.
Law Offices of David H. Johnson
3100 Broadway
1209 Pentower Office Center
Kansas City, MO 64111

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Gary L. Pittman v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-00422-EEF-DEK*

Dear Mr. Johnson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gary Lee Pittman. Merck's initial letter was sent on August 15, 2006. Pretrial Order No. 18C required Gary Lee Pittman to serve this PPF no later than April 12, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Gary Lee Pittman no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

MOOA903341

UNITED STATES POSTAL SERVICE

9/28/06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

DVD KEARNY NJ 070

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Dru A. Wilk_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DRU A. WILBER   10/2/06

1. Article Addressed to:

David H. Johnson, Esq.
Law Offices of David H. Johnson
3100 Broadway
1209 Pentower Office Center
Kansas City, MO 64111

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service)   7005 3110 0004 3713 9947

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

rtified Mail Provides:
A mailing receipt
A unique identifier for your mailpiece
A record of delivery kept by the Postal Service for two years

portant Reminders:
Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.

Certified Mail is not available for any class of international mail.

NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.

For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.

For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".

If a postmark on the Certified Mail receipt is desired, please present the arti-cle at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

MPORTANT: Save this receipt and present it when making an inquiry.
nternet access to delivery information is not available on mail
ddressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To David H. Johnson, Esq.
Street, Apt. No.; Law Offices of David H. Johnson
or PO Box No. 3100 Broadway
City, State, 1209 Pentower Office Center
ansas City, MO 64111

PS Form 3800, June 2002   See Reverse for Instruction

7005 3110 0004 3713 9947

# Exhibit 61



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 4, 2007

**BY FIRST CLASS MAIL & TELECOPY (707-545-3040)**

Donald S. Edgar, Esq.
Law Offices of Donald S. Edgar
408 College Ave.
Santa Rosa, CA 95401

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Stephen R. Bajon v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-03865-EEF-DEK***

Dear Mr. Edgar:

　　　　We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Carlton Birdine. Merck's initial notice letter was sent on February 21, 2007. Pretrial Order No. 18C required Mr. Birdine to serve this PPF no later than October 7, 2006, and Merck has not consented to any extension of time in which to respond.

　　　　Please produce a completed PPF for Carlton Birdine no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

　　　　Very truly yours,

　　　　*/s/ John N. Poulos*

　　　　John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
　　　Russ M. Herman, Esq. (via e-mail)

M0XE608532

```
** TX STATUS REPORT **                AS OF   MAY 04 2007 10:09   PAGE.01

                                          HUGHES HUBBARD


         DATE  TIME       TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
    29   05/04 10:08      7075453040 EC--S    00'35"    002   146   OK
```



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 4, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Donald S. Edgar, Esq. | Law Offices of Donald S. Edgar | 707-545-3040 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE508533

Exhibit 62



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-222-0066)**

Michael T. Gallagher, Esq.
The Gallagher Law Firm
Two Shell Plaza
777 Walker, Suite 2500
Houston, TX 77002

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Leo Calcavecchia v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-07081-EEF-DEK***

Dear Mr. Gallagher:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Thomas L. Dover. Merck's initial notice letter was sent on February 21, 2007. Pretrial Order No. 18C required your client, plaintiff Doris Dover, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Thomas L. Dover no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00E150738

*** TX STATUS REPORT ***       AS OF   MAY 08 2007 10:00   PAGE.01

                                        HUGHES HUBBARD

|  | DATE TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|
| 11 | 05/08 09:59 | 713 222 0066 | EC--S | 00'49" | 003 | 141 | OK |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Michael T. Gallagher, Esq. | The Gallagher Law Firm | 713-222-0066 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDEG150739

# Exhibit 63



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-222-0066)**

Michael T. Gallagher, Esq.
The Gallagher Law Firm
Two Shell Plaza
777 Walker, Suite 2500
Houston, TX 77002

>          *Re:*     *In re Vioxx® Products Liability Litigation*
>                    *MDL No. 1657*
>                    *Leo Calcavecchia v. Merck & Co., Inc.*
>                    *Docket No. 2:06-cv-07081-EEF-DEK*

Dear Mr. Gallagher:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Travis Stewart. Merck's initial notice letter was sent on February 21, 2007. Pretrial Order No. 18C required your client, plaintiff Geneva Stewart, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Travis Stewart no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

MODEL50740

```
** TX STATUS REPORT **            AS OF   MAY 08 2007 10:00   PAGE.01

                                          HUGHES HUBBARD


          DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
     11   05/08 09:59   713 222 0066 EC--S   00'49"    003   141    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Michael T. Gallagher, Esq. | The Gallagher Law Firm | 713-222-0066 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE1507/41

# Exhibit 64

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (713-626-3709)**

Charles R. Houssiere, III, Esq.
Houssiere Durant and Houssiere LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Majorie E. Davis v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-00333-EEF-DEK***

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Richard William Davis. Merck's initial letter was sent on August 15, 2006. Pretrial Order No. 18C required Marjorie Eubank Davis to serve this PPF no later than April 10, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Richard William Davis no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Russ M. Herman, Esq. (via e-mail)

M00AA21867

```
                    *********************
                ***    TX REPORT    ***
                    *********************

     TRANSMISSION OK

     TX/RX NO              0452
     RECIPIENT ADDRESS     17136263709
     DESTINATION ID
     ST. TIME              09/28 11:54
     TIME USE              03'03
     PAGES SENT            5
     RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Charles R. Houssiere, III, Esq. | Houssiere Durant and Houssiere LLP | 713-626-3709 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit 65



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 4, 2007

**BY FIRST CLASS MAIL & TELECOPY (518-842-1203)**

James C. Hayes, Esq.
Law Offices of James C. Hayes III
1180 Riverfront Center
Amsterdam, NY 12010

>   Re:   *In re Vioxx® Products Liability Litigation*
>         *MDL No. 1657*
>         *Margaret Witzke v. Merck & Co., Inc.*
>         *Docket No. 2:05-cv-02295-EEF-DEK*

Dear Mr. Hayes:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Margaret E Witzke.  Merck's initial notice letter was sent on December 14, 2006.  Pretrial Order No. 18C required Ms. Witzke to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Margaret E Witzke no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00E018931

```
** TX STATUS REPORT **              AS OF   MAY 04 2007 10:12   PAGE.01

                                            HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
    32  05/04 10:11        5188421203  EC--S  00'39"   002   149   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 4, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| James C. Hayes, Esq. | Law Offices of James C. Hayes III | 518-842-1203 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE018932