# Exhibit 66



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 4, 2007

**BY FIRST CLASS MAIL & TELECOPY (860-979-0064)**

Michael J. Culkin, Esq.
Law Offices of Jason L. McCoy
280 Talcottville Road
Vernon, CT 06066

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Nancy Debiasio v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-03071-EEF-DEK*

Dear Mr. Culkin:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nancy Debiasio. Merck's initial notice letter was sent on February 21, 2007. Pretrial Order No. 18C required Ms. Debiasio to serve this PPF no later than August 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Nancy Debiasio no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **              AS OF  MAY 04 2007 10:13   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM    MODE   MIN/SEC   PGS   JOB#  STATUS
   01  05/04 10:13    8609790064  EC--S   00'41"   002   150   OK
```

# Hughes
# Hubbard
**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 4, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Michael J. Culkin, Esq. | Law Offices of Jason L. McCoy | 860-979-0064 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE147090

# Exhibit 67



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 4, 2007

**BY FIRST CLASS MAIL & TELECOPY (314-678-3401)**

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe, P.C.
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Re:    *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Robert Layman v. Merck & Co., Inc.*
*Docket No. 2:06-cv-03372-EEF-DEK*

Dear Mr. Lowe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Christine Powell. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required Ms. Powell to serve this PPF no later than September 12, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Christine Powell no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MODE206344

** TX STATUS REPORT **         AS OF   MAY 04 2007 10:28    PAGE.01

                                           HUGHES HUBBARD

          DATE  TIME       TO/FROM      MODE  MIN/SEC  PGS   JOB#  STATUS
    07   05/04 10:24     314 678 3401  EC--S  03'44"   015   165   OK

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 4, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffrey J. Lowe, Esq. | Jeffrey J. Lowe, P.C. | 314-678-3401 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE206345

# Exhibit 68



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 4, 2007

**BY FIRST CLASS MAIL & TELECOPY (409-838-0167)**

Keith Kebodeaux, Esq.
Keith Kebodeaux Law
2905 Toccoa Street
Beaumont, TX 77703

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *John T. Jr. Anderson v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02407-EEF-DEK*

Dear Mr. Kebodeaux:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Victoria Lane Foster. Merck's initial notice letter was sent on February 21, 2007. Pretrial Order No. 18C required Ms. Foster to serve this PPF no later than July 19, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Victoria Lane Foster no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MDDE6029564

```
** TX STATUS REPORT **          AS OF   MAY 04 2007 09:38   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME          TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
18    05/04 09:37    1 409 838 0167 EC--S    01'07"    004   133    OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 4, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Keith Kebodeaux, Esq. | Keith Kebodeaux Law | 409-838-0167 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DE6008566

# Exhibit 69



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 4, 2007

**BY FIRST CLASS MAIL & TELECOPY (409-838-0167)**

Keith Kebodeaux, Esq.
Keith Kebodeaux Law
2905 Toccoa Street
Beaumont, TX 77703

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *John T. Jr. Anderson v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02407-EEF-DEK*

Dear Mr. Kebodeaux:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Norma Langham. Merck's initial notice letter was sent on February 21, 2007. Pretrial Order No. 18C required Ms. Langham to serve this PPF no later than July 19, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Norma Langham no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MODE608563

** TX STATUS REPORT **          AS OF   MAY 04 2007 09:38   PAGE.01

HUGHES HUBBARD

| | DATE TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|
| 18 | 05/04 09:37 | 1 409 838 0167 | EC--S | 01'07" | 004 | 133 | OK |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 4, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Keith Kebodeaux, Esq. | Keith Kebodeaux Law | 409-838-0167 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E6085696

# Exhibit 70



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-292-2755)**

Richard N. Laminack, Esq.
Laminack Pirtle and Martines
440 Louisiana
Suite 1250
Houston, TX 77002

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Gerald R. Bolds v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06277-EEF-DEK*

Dear Mr. Laminack:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gerald R. Bolds. Merck's initial notice letter was sent on February 21, 2007. Pretrial Order No. 18C required Mr. Bolds to serve this PPF no later than December 6, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Gerald R. Bolds no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MODF401524

\*\* TX STATUS REPORT \*\*       AS OF  MAY 08 2007 10:21  PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 20 | 05/08 | 10:20 | 7132922755 | EC--S | 01'20" | 005 | 153 | OK |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Richard N. Laminack, Esq. | Laminack Pirtle and Martines | 713-292-2755 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F401525

# Exhibit 71



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (305-371-6221)**

Mark D. Swanson, Esq.
Mark D. Swanson, Attorney at Law
169 E. Fiagler Street
#1433
Miami, FL 33131

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Josephine Frias v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-08823-EEF-DEK*

Dear Mr. Swanson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Josephine Frias. Merck's initial notice letter was sent on March 22, 2007. Pretrial Order No. 18C required your clients, plaintiffs Martin Frias, Melissa Frias, Matthew Heitelband and Mitchell Heitelband, to serve this PPF no later than January 3, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Josephine Frias no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)

M0ES3774S

** TX STATUS REPORT **                     AS OF   MAY 08 2007 09:27   PAGE.01

                                            HUGHES HUBBARD

        DATE  TIME        TO/FROM     MODE   MIN/SEC   PGS   JOB#   STATUS
   20   05/08 09:26       3053716221  EC---S  00'56"   002   109    OK



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Mark D. Swanson, Esq. | Mark D. Swanson, Attorney at Law | 305-371-6221 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE337746

# Exhibit 72



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (304-342-3189)**

Marvin W. Masters, Esq.
The Masters Law Firm LC
181 Summers Street
Charleston, WV 25301

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Johnny Allen Adkins v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06601-EEF-DEK*

Dear Mr. Masters:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Fannie Gallaway. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Shirley J. Cook, to serve this PPF no later than December 11, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Fannie Gallaway no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MOOF214098

```
** TX STATUS REPORT **                    AS OF  MAY 08 2007 10:53   PAGE.01

                                                    HUGHES HUBBARD


         DATE  TIME      TO/FROM        MODE   MIN/SEC    PGS    JOB#  STATUS
    30   05/08 10:49     13043423189 EC--S    03'55"    015    194   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Marvin W. Masters, Esq. | The Masters Law Firm LC | 304-342-3189 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDOF214099

# Exhibit 73



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (304-342-3189)**

Marvin W. Masters, Esq.
The Masters Law Firm LC
181 Summers Street
Charleston, WV 25301

> Re:     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Johnny Allen Adkins v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06601-EEF-DEK*

Dear Mr. Masters:

       We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Kermit Keathley. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Joan E. Keathley, to serve this PPF no later than December 11, 2006, and Merck has not consented to any extension of time in which to respond.

       Please produce a completed PPF for Kermit Keathley no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MOOF214102

```
** TX STATUS REPORT **          AS OF  MAY 08 2007 11:09   PAGE.01
                                           HUGHES HUBBARD

        DATE  TIME      TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
   02   05/08 11:05     13043423189 EC--S  03'55"    015   205   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Marvin W. Masters, Esq. | The Masters Law Firm LC | 304-342-3189 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  1 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F214103

# Exhibit 74



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (304-342-3189)**

Marvin W. Masters, Esq.
The Masters Law Firm LC
181 Summers Street
Charleston, WV 25301

> *Re:*     ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Johnny Allen Adkins v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06601-EEF-DEK***

Dear Mr. Masters:

         We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Laura Pritt. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Caffie Gibson, to serve this PPF no later than December 11, 2006, and Merck has not consented to any extension of time in which to respond.

         Please produce a completed PPF for Laura Pritt no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

         Very truly yours,

         */s/ John N. Poulos*

         John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M00CF05959

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 11:34   PAGE.01
                                        HUGHES HUBBARD
```

```
        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    09  05/08 11:30    13043423189   EC--S   03'56"   015   217   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Marvin W. Masters, Esq. | The Masters Law Firm LC | 304-342-3189 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDOCF0G960

# Exhibit 75



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (304-342-3189)**

Marvin W. Masters, Esq.
The Masters Law Firm LC
181 Summers Street
Charleston, WV 25301

Re:    *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Johnny Allen Adkins v. Merck & Co., Inc.*
       <u>*Docket No. 2:06-cv-06601-EEF-DEK*</u>

Dear Mr. Masters:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jody Tabor. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Regina Tabor, to serve this PPF no later than December 11, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jody Tabor no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MODD056618

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 11:34   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   09   05/08 11:30    13043423189  EC--S   03'56"   015   217     OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Marvin W. Masters, Esq. | The Masters Law Firm LC | 304-342-3189 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00D056619

# Exhibit 76



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (304-342-3189)**

Marvin W. Masters, Esq.
The Masters Law Firm LC
181 Summers Street
Charleston, WV 25301

> *Re:      In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Johnny Allen Adkins v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06601-EEF-DEK*

Dear Mr. Masters:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Alice Taylor. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Orville L. Shaffer, to serve this PPF no later than December 11, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Alice Taylor no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M00F214112

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 11:34   PAGE.01

                                            HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
    09  05/08 11:30      13043423189  EC--S   03'56"    015   217    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Marvin W. Masters, Esq. | The Masters Law Firm LC | 304-342-3189 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F214113

# Exhibit 77



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 4, 2007

**BY FIRST CLASS MAIL & TELECOPY (314-821-9798)**

Harvey C. Meenes, Esq.
Menees Whitney Burnet and Trog
121 West Adams
Kirkwood, MO 63122

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Zelmar Bond v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-06736-EEF-DEK*

Dear Mr. Meenes:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Zelmar Bond. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C required Ms. Bond to serve this PPF no later than March 8, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Zelmar Bond no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York  ▪  Washington, D.C.  ▪  Los Angeles  ▪  Miami  ▪  Jersey City  ▪  Paris  ▪  Tokyo

MODE147087

```
** TX STATUS REPORT **          AS OF  MAY 04 2007 11:15   PAGE.01

                                        HUGHES HUBBARD

     DATE  TIME      TO/FROM      MODE    MIN/SEC   PGS   JOB#  STATUS
 19  05/04 11:15    13148219798  EC--S    00'34"    002   200   OK
```

## Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 4, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Harvey C. Meenes, Esq. | Menees Whitney Burnet and Trog | 314-821-9798 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E147088

# Exhibit 78



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 4, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Tammy Bailey v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05987-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mary H Walker.  Merck's initial notice letter was sent on February 20, 2007.  Pretrial Order No. 18C required Ms. Walker to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Mary H Walker no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MDL0020194

```
** TX STATUS REPORT **            AS OF  MAY 04 2007 09:11   PAGE.01

                                            HUGHES HUBBARD


       DATE  TIME      TO/FROM     MODE  MIN/SEC   PGS  JOB#  STATUS
    13 05/04 09:07 (540) 672-3055  EC--S  03'51"   015  126   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 4, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDL0620195

# Exhibit 79



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 4, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Stephen L. O'Brien, Esq.
O'Brien and O'Brien LLP
168 Smithtown Blvd.
Nesconset, NY 11767

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Warren K. Booth v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-03620-EEF-DEK*

Dear Mr. O'Brien:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Catherine Ann Booth. Merck's initial notice letter was sent on December 14, 2006. Pretrial Order No. 18C required your client, plaintiff Warren K Booth, Jr., to serve this PPF no later than September 25, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Catherine Ann Booth no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M0DE337739

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Montalvo_ ☑ Agent ☐ Addressee

B. Received by (Printed Name) M. Montalvo   C. Date of Delivery 5/7/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

_Stephen L. O'Brien, Esq._
_168 Smithtown Blvd._
_Nesconset, N.Y. 11767_

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 2150 0001 2279 7933

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7006 2150 0001 2279 7933

Sent To _Stephen L. O'Brien, Esq._
Street, Apt. No.; or PO Box No. _168 Smithtown Blvd._
City, State, ZIP+4 _Nesconset, NY 11767_

PS Form 3800, August 2006     See Reverse for Instructions

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Hughes Hubbard & Reed LLP**
**101 Hudson Street, Suite 3601**
**Jersey City, NJ 07302-3910**



_No RPF 5/4/07_

# Exhibit 80



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com


Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-696-6364)**

Paul M. Kaufman, Esq.
Paul M. Kaufman, Attorney at Law
801 Terminal Tower
50 Public Square
Cleveland, OH 44113

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Mary C. Barrett v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-11312-EEF-DEK*

Dear Mr. Kaufman:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Thomas P. Barrett. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Brian Barrett, Colleen Barrett, Mary C. Barrett, Thomas Barrett, Jr. and Timothy Barrett, to serve this PPF no later than March 7, 2007.

Please produce a completed PPF for Thomas P. Barrett no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

60966130WDM

```
** TX STATUS REPORT **          AS OF  JUN 29 2007 15:31   PAGE.01

                                         HUGHES HUBBARD

      DATE  TIME      TO/FROM      MODE    MIN/SEC   PGS  JOB# STATUS
   29 06/29 15:30    216 696 6364  EC--S   00'36"   002   056  OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | Firm | **Fax No.** |
|---|---|---|
| Paul M. Kaufman, Esq. | Paul M. Kaufman, Attorney at Law | 216-696-6364 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 81



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (412-829-1021)**

Peter J. Payne, Esq.
Payne Welsh Klingensmith PLLC
Penn Plaza
Suite 208
Turtle Creek, PA 15145

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Audrey Sapida v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-08415-EEF-DEK*

Dear Mr. Payne:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Audrey Sapida. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required Ms. Sapida to serve this PPF no later than December 31, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Audrey Sapida no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M008919638

```
** TX STATUS REPORT **                AS OF   MAR 20 2007 15:04   PAGE.01

                                         HUGHES HUBBARD


        DATE TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    04  03/20 15:03     412 823 8100 EC--S  00'35"    002   246   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Peter J. Payne, Esq. | Payne Welsh Klingensmith PLLC | 412-829-1021 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B919639

Exhibit 82



## Hughes
## Hubbard
,A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (409-838-6139)**

Thomas J. Pearson, Esq.
Pearson and Campbell PC
2394 Calder Ave.
Beaumont, TX 77702

> Re:   *In re Vioxx® Products Liability Litigation*
>        *MDL No. 1657*
>        *Brenda Lewis v. Merck & Co., Inc.*
>        *Docket No. 2:05-cv-00532-EEF-DEK*

Dear Mr. Pearson:

  We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Brenda Lewis. Merck's initial notice letter was sent on January 26, 2006. Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Brenda Lewis, Darylene Lewis, Quenida Lewis and Trienida Lewis, to serve this PPF no later than December 15, 2005.

  Please produce a completed PPF for Brenda Lewis no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 18:15   PAGE.01

                                         HUGHES HUBBARD

      DATE  TIME        TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
  31  06/28 18:14      4098386139  EC--S   00'36"   002   128   OK
```

# Hughes
# Hubbard
#### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas J. Pearson, Esq. | Pearson and Campbell PC | 409-838-6139 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E615881

# Exhibit 83



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 17, 2007

**BY FIRST CLASS MAIL & TELECOPY (601-948-6187)**

C. Victor Welsh, III, Esq.
Pittman Germany Roberts & Welsh, LLP
P.O. Box 22985
410 South President Street
Jackson, MS 39225

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Rosie J. Trahan v. Merck & Co., Inc.*
> <u>*Docket No. 2:06-cv-11310-EEF-DEK*</u>

Dear Mr. Welsh:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Rosie Joan Trahan. Merck's initial notice letter was sent on April 25, 2007. Pre-Trial Order No. 18C required your clients, plaintiffs Charles C. Trahan, Sr. and Rosie Joan Trahan, to serve this PPF no later than March 7, 2007. It is also our understanding that you have filed a motion to remand this action. Pursuant to Judge Fallon's specific mandate at the May 2007 status conference, all plaintiffs "must abide with Pre-Trial Order 18C regardless of whether or not they have a remand motion pending."

Please produce a completed PPF for Rosie Joan Trahan no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M01051330B

```
   ** TX STATUS REPORT **          AS OF   JUL 17 2007 08:57   PAGE.01

                                          HUGHES HUBBARD


         DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   13   07/17 08:56      601 948 6187 EC--S  01'06"    003   044   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 17, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| C. Victor Welsh, III, Esq. | Pittman Germany Roberts & Welsh, LLP | 601-948-6187 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M01051309

# Exhibit 84

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Richard Rosenblum, Esq.
Rubin & Machado, Ltd.
120 W. Madison Street
Suite 400
Chicago, IL 60604

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Evelyn Thomas v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-02017-EEF-DEK*

Dear Mr. Rosenblum:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Joseph Moore.  Merck's initial letter was sent on February 22, 2006.  Pretrial Order No. 18C required Joseph Moore, Joseph Leon Moore and Evelyn Thomas to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Joseph Moore no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                Very truly yours,

                                */s/ John N. Poulos*

                                John N. Poulos

cc:     Russ M. Herman, Esq. (via e-mail)

M00A903351

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Rosenblum, Esq.
Rubin & Machado, Ltd.
120 W. Madison Street
Suite 400
Chicago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
10-3-1

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7008 3710 0004 3714 0226

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To   Richard Rosenblum, Esq.
Street, Apt. No.;   Rubin & Machado, Ltd.
or PO Box No.   120 W. Madison Street
Suite 400
City, State, ZIP+4   Chicago, IL 60604

PS Form 3800, June 2002   See Reverse for Instructions

7008 3710 0004 3714 0226

---

UNITED STATES POSTAL SERVICE

9/28/06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

# Exhibit 85

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

September 28, 2006

**BY FIRST CLASS MAIL & TELECOPY (601-965-8719)**

Richard A. Freese, Esq.
Sweet and Freese
Morgan Keegan Center 2900 Hwy. 280

Suite 240
Birmingham, AL 35223

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Jerry Melton v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00495-EEF-DEK*

Dear Mr. Freese:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jerry Melton. Merck's initial letter was sent on April 7, 2006. Pretrial Order No. 18C required Jerry Melton to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jerry Melton no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action with prejudice for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Russ M. Herman, Esq. (via e-mail)

MO09E31880

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              0469
RECIPIENT ADDRESS     16019658719
DESTINATION ID
ST. TIME              09/28 12:44
TIME USE              00'25
PAGES SENT            2
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Richard A. Freese, Esq. | Sweet and Freese | 601-965-8719 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.