UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Gene Warmann. v. Merck & Co., Inc.;* | * | JUDGE KNOWLES |
| Docket Number: 2:05-cv-6740 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Gene Warmann, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims of Gene Warmann against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs, subject to the following conditions:

1. Gene Warmann agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Gene Warmann further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Gene Warmann, as though he had been a party and had had an opportunity to participate in that discovery.

NY 887274_1

887274v.1

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of Gene Warmann against Merck & Co., Inc., in the above-captioned case.

Respectfully submitted,

| | |
|---|---|
| /s/Heidi L. Leopold | /s/ Dorothy H. Wimberly |
| James M. Martin | Phillip A. Wittmann, 13625 |
| Heidi L. Leopold | Dorothy H. Wimberly, 18509 |
| Martin, Malec & Leopold, P.C. | Stone Pigman Walther Wittmann, L.L.C. |
| 1007 Olive -- 5th Floor | 546 Carondelet St. |
| St. Louis, MO  63101 | New Orleans, LA  70130 |
| Phone: 314-231-3323 | Phone: 504-581-3200 |
| | |
| Counsel for Plaintiff Gene Warmann | Counsel for Defendant Merck & Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of August, 2007.

> */s/ Dorothy H. Wimberly*
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana  70130
> Phone:  504-581-3200
> Fax:     504-581-3361
> dwimberly@stonepigman.com
>
> Defendants' Liaison Counsel