CLAYEO C. ARNOLD, PLC   Fax:916-924-1829         Aug 13 2007 03:25pm   P002/003

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Donna Goncar v. Merck & Co., Inc., et al.*, No. 2:06-cv-10995 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck"), Defendant McKesson Corporation ("McKesson") and Plaintiff Donna Goncar, through their respective undersigned counsel, as follows:

1. This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). This stipulation is made without prejudice to plaintiff's right to re-file a suit based on any claims arising out of alleged personal injuries related to her use of Vioxx against Merck, any of its subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy, provided that she commences such action in federal court and in no other forum.

2. Each party is to bear its own costs and attorneys' fees.

CLAYEO C. ARNOLD, PLC Fax:916-924-1829          Aug 13 2007 03:25pm P003/003

Dated: August 13, 2007

CLAYEO C. ARNOLD

Larry Paikoff *for Clayeo Arnold*
608 University Ave.
Sacramento, CA 95825
Telephone: 916.924.3100
Facsimile: 916.924.1829

Attorneys for Plaintiff

Dated: August 13, 2007

REED SMITH LLP

Steven J. Boranian
Dana A. Blanton
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated: August 14, 2007

MORRIS, POLICH, AND PURDY LLP

Anthony G. Brazil
Megan S. Wynne
Wendi J. Frisch
1055 West Seventh Street,
24th Floor
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for Defendant McKesson Corporation

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

DOCSOAK-9861481.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of August, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2