888543v.1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** Vioxx® | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| *Case Name:* Marvin Adler, et al. | * | |
| PLAINTIFFS | * | |
| vs. | * | |
| MERCK & CO., INC., also d/b/a/ MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOME, GmbH | * | |
| DEFENDANT | * | |
| Docket Number: 06-7082 Sect. L Mag. 3 | * | |

* * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITHOUT
## PREJUDICE AS TO PLAINTIFF JEAN YOST ONLY

Plaintiff, Jean Yost *only* and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of her respective claims against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs, subject to the following conditions:

   1.   Plaintiff Yost agrees that, in the event she or a representative on her behalf re-file a lawsuit against Merck that contains claims relating to Vioxx®, they shall so do only in the United States District Court for the Eastern District of Louisiana, without joining any parties

whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall not oppose transfer to MDL 1657; and

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657, the MDL proceeding venued in the United States District Court for the Eastern District of Louisiana) and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said Plaintiff, as though Plaintiff had been a party and had had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of this Plaintiff against Merck & Co., Inc., in the above-captioned case.

Respectfully submitted,

| PLAINTIFF COUNSEL | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
|---|---|
| By: /s/ Sheri R. Coursey | By: /s/ Dorothy H. Wimberly |
| BRADFORD D. MYLER, ESQ.<br>SHERI R. COURSEY, ESQ.<br>The Law Offices of Bradford D. Myler and Associates<br>P.O. Box 970039<br>1278 South 800 East<br>Orem, Utah 84097<br>Utah Bar No. 7089 (Mr. Myler)<br>Utah Bar No.11356 (Ms.Coursey)<br><br>Attorneys for Plaintiffs<br>*Counsel for Plaintiff Listed in Caption Above* | Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Phone: 504-581-3200<br><br>*Counsel for Defendant Merck & Co., Inc.* |

888543v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of August, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

888543v.1