## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMA BROUSSARD, RACHEL BROUSSARD, and JASON BROUSSARD | * * * * | MDL No. 1657 |
| | | SECTION L(3) |
| VERSUS | * * | JUDGE FALLON |
| MERCK AND COMPANY, INC., WAL-MART PHARMACY, ECKERD PHARMACY, SCHOLAR PHARMACY, and WALGREENS | * * * | MAGISTRATE JUDGE KNOWLES |

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Eckerd Pharmacy, defendant herein, through undersigned counsel, moves this Honorable Court to substitute Thomas P. Anzelmo (LA No. 2533) and Darcy E. Decker (LA No. 30469), of the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, P.C. as its counsel of record and withdraw Wade B. Reese (TX No. 16712500) and Christopher P. Peirce (TX No. 24046604) of Tucker, Taunton, Snyder and Slade, P.C. as counsel of record. Future notices should be sent to Thomas P. Anzelmo and Darcy E. Decker at the following address:

> THOMAS P. ANZELMO T.A.
> DARCY E. DECKER
> McCRANIE, SISTRUNK, ANZELMO,
> HARDY, MAXWELL & McDANIEL
> 3445 N. Causeway Blvd., Suite 800
> Metairie, Louisiana 70002

Telephone: (504) 831-0946
Facsimile: (504) 831-2492
e-mail: tanzelmo@mcsalaw.com
E-mail: ddecker@mcsalaw.com

Respectfully submitted,

Wade B. Reese (TX No. 16712500)
Christopher P. Peirce (TX No. 24046604)
Tucker Taunton Snyder & Slade, P.C.
13370 Richmond Avenue, Suite 1400
Houston, Texas 77042
Telephone: (713) 961-5800
Facsimile: (713) 993-2308

THOMAS P. ANZELMO T.A. (LA No. 2533)
DARCY E. DECKER (LA No. 30469)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitue has been served on Liason Counsel, Russ Herman and Phillip Whittmann, by US Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 15 day of August, 2007.

Wade B. Reese (TX No. 16712500)
Christopher P. Peirce (TX No. 24046604)
Tucker Taunton Snyder & Slade, P.C.
13370 Richmond Avenue, Suite 1400
Houston, Texas 77042
Telephone: (713) 961-5800
Facsimile: (713) 993-2308