

# PHELPS DUNBAR LLP
— COUNSELORS AT LAW —

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

Vioxx Products Liability Litigation
MDL No: 1657 – Judge Fallon

August 14, 2007
Invoice Number: 660787

## REMITTANCE ADVICE

Description Of Matter:  Services Rendered
Special Counsel to Vioxx Special Master

Our File Number: 23947-0001

Total For Invoice Dated August 14, 2007:

| | | |
|---|---|---|
| Total Fees | $ | 20,891.00 |
| Total Disbursements | | 1,130.54 |
| Total Of Invoice | $ | 22,021.54 |

Please enclose this Remittance Advice with your payment.

If payment is made by wire transfer, please remit payment to:   JP Morgan Chase Bank, N.A.
New Orleans, Louisiana
ABA Number: 021000021
Account Number: 707716080
ACH Number: 065400137

INVOICE DUE UPON RECEIPT



EXHIBIT A

# PHELPS DUNBAR LLP

· COUNSELORS AT LAW ·

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

Vioxx Products Liability Litigation
MDL No: 1657 - Judge Fallon

August 14, 2007
Invoice Number: 660787

For Professional Services Rendered Through July 31, 2007

Description Of Matter:   Services Rendered
                         Special Counsel to Vioxx Special Master

Our File Number: 23947-0001

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/07 | N. Heater | Continue entering revisions to Special Master assessments for challenged documents; e-mail discrepancies to Special Master for review / revision; check all challenged Doc numbers from The 600 (apply Bates number) to see if any duplicate Bates images appear in the Box 1-10 set and enter appropriate assessment from The 600 to same | 8.40 | 1,008.00 |
| 07/02/07 | A. Johnson | Preparation of report on Special Master Rulings; office conference with Ms. Heater re: reports on ruling and e-mail to Ms. Heater with Adobe and Excel versions | 0.60 | 66.00 |
| 07/02/07 | B. Arras | Several telephone conferences with Professor Rice re: missing rulings and finalizing production to Judge Fallon | 0.30 | 75.00 |
| 07/02/07 | B. Arras | Edit and revise detailed Appendix II index; cross reference with all documents to verify inclusion in index and boxes being sent to Judge Fallon | 6.80 | 1,700.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 660787

August 14, 2007
Page Number 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/07 | B. Barriere | Multiple conferences with Ms. Arras re: logistics; telephone conference with Professor Rice; organize and revise materials for fee application. | 1.00 | 300.00 |
| 07/02/07 | N. Heater | Finalize entries of rulings for documents e-mailed by Marisa Wheeler (for 10-A and for documents in the The 600); visually assess databases in Concordance for Bates number duplicates (to assess for discrepancies between same Bates numbers); coordinate with Ms. Johnson exporting of data from Concordance into .pdf and .xls formats (saved on disc); assist Ms. Arras with assembling documents for Appendix II for delivery to Judge Fallon; accompany courier to Judge Fallon's chambers to deliver opinion, boxes and sealed transcript (part of Appendix II) | 10.00 | 1,200.00 |
| 07/03/07 | B. Arras | Telephone conference with Mr. Cohen about third party documents and Special Master's request for clean copy | 0.20 | 50.00 |
| 07/03/07 | B. Arras | E-mails from court and Merck re: release of data in excel spreadsheet format; telephone conference with Mr. Grabill, Judge Fallon's law clerk, and study Judge Fallon's ruling | 0.40 | 100.00 |
| 07/08/07 | B. Barriere | Multiple communications from Merck counsel re: responses to privilege opinion. | 0.50 | 150.00 |
| 07/09/07 | B. Arras | Pursue funding of Special Master account | 0.10 | 25.00 |
| 07/10/07 | B. Arras | Telephone conference with Mr. Cohen at Hughes Hubbard re: tracking down clean copies of third party documents DBB, etc.; shipping to Mr. Cohen | 0.60 | 150.00 |
| 07/11/07 | B. Arras | Edit and revise Special Master | 0.80 | 200.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-40001
Invoice Number: 660787

August 14, 2007
Page Number 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | opinion for third party documents | | |
| 07/11/07 | B. Arras | Receipt and review of Mr. Davis' letter and Mr. Cohen's response; billing issues; letter re: funding Special Master account to Merck and PSC | 2.80 | 700.00 |
| 07/12/07 | B. Arras | E-mail to Mr. Cohen requesting electronic formats for third party document and reply | 0.20 | 50.00 |
| 07/12/07 | B. Arras | E-mail to Prof. Rice; edits to opinion and reply | 0.30 | 75.00 |
| 07/12/07 | B. Arras | Study and review of third party document privilege logs | 0.80 | 200.00 |
| 07/12/07 | B. Arras | Receipt and review of emails from Merck regarding redactions | 0.20 | 50.00 |
| 07/16/07 | B. Arras | E-mail to Professor Rice 2nd opinion regarding the 3rd party documents; receipt and review of e-mail from Judge Fallon's clerk about Merck redactions | 0.40 | 100.00 |
| 07/16/07 | B. Arras | Receipt and review of correspondence from Merck re: 35 documents; study for basis of issues alleged | 0.70 | 175.00 |
| 07/16/07 | B. Arras | Telephone conference with Professor Rice | 0.20 | 50.00 |
| 07/16/07 | B. Arras | Edit and revise Professor Rice's 2nd opinion | 1.10 | 275.00 |
| 07/16/07 | B. Arras | Telephone conference with Mr. Cohen at Hughes Hubbard about 3rd party documents and approximately 35 documents from 2,000 that were duplicates or contained other errors in opinion | 0.20 | 50.00 |
| 07/17/07 | B. Arras | Telephone conference with Mr. Cohen re: when Prof. Rice would be reviewing documents identified in Mr. Wittman's letter of July 16, 2007 | 0.20 | 50.00 |
| 07/17/07 | B. Arras | Study and review of Merck letter with itemized issues with certain | 0.50 | 125.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001  
Invoice Number: 660787

August 14, 2007  
Page Number 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | documents; meeting with Ms. Heater re: logistical issues posed by getting copies of relevant documents to Prof. Rice | | |
| 07/18/07 | B. Arras | Edit and revise Special Master Second Opinion | 0.40 | 100.00 |
| 07/18/07 | B. Arras | Receipt and review of various e-mails from Prof. Rice; letter from PSC; meeting with Ms. Heater re: scanning documents from initial 2000 documents for Prof. Rice's re-review in response to Merck 7/16/07 letter | 0.50 | 125.00 |
| 07/19/07 | B. Arras | Receipt and review of Merck's Motion for Leave to File Opposition Under Seal and Plaintiff's Response and Plaintiff's Opposition | 0.30 | 75.00 |
| 07/19/07 | B. Arras | Edit and revise 2nd Opinion of Special Master and review of scanned documents for Professor Rice's review | 2.80 | 700.00 |
| 07/19/07 | B. Arras | E-mail from Professor Rice; e-mail to and reply from Mr. Cohen (with Privilege Logs for 3rd party documents attached) re: delivery of un-redacted 3rd party documents to Professor Rice; reply to Professor Rice | 0.30 | 75.00 |
| 07/19/07 | N. Heater | Review correspondence from Mr. Wittman (7/16/07); cross reference document numbers with previous rulings to locate, pull / scan referenced documents and rulings for transmission to Professor Rice for review / comment / revision | 4.00 | 480.00 |
| 07/20/07 | B. Arras | Receipt and review of Professor Rice's Draft 3 edit to Special Master 2nd Opinion; receipt and review of packets of material being forwarded for Professor Rice's review after Merck comments | 2.10 | 525.00 |
| 07/20/07 | N. Heater | Review correspondence from Wittman (7/16/07) and continue to | 6.00 | 720.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001  
Invoice Number: 660787

August 14, 2007  
Page Number 5

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| | | pull / scan referenced documents and rulings for transmission to Professor Rice for review / comment / revision | | |
| 07/23/07 | B. Arras | Receipt and review of a clean unredacted or rather better redacted set of Ogilvy and DDB third party documents | 0.40 | 100.00 |
| 07/23/07 | B. Arras | Study Professor Rice's changes to rulings on certain documents and original Order and Recommendations in order to determine best way to present and report these changes on the record; meeting with Ms. Heater to discuss options | 1.80 | 450.00 |
| 07/23/07 | B. Arras | Receipt and review of emails from Professor Rice re: changes to Second Special Master Opinion | 0.60 | 150.00 |
| 07/23/07 | B. Arras | Telephone conference with Mr. Grabill in Judge Fallon's chambers about the court's preference for presenting these changed rulings | 0.20 | 50.00 |
| 07/23/07 | B. Arras | Study and review of numerous replies from Prof. Rice to Mr. Wittmann's letter of July 16; match numerous emails with objections | 0.80 | 200.00 |
| 07/23/07 | N. Heater | Review Special Master's e-mail replies with revised rulings on certain documents; discuss with Ms. Arras manner in which to reflect revised rulings on amended recommendation | 1.40 | 168.00 |
| 07/24/07 | A. Johnson | Edit databases to track amendments to Special Master rulings and office conference with Ms. Heater re: same | 0.50 | 55.00 |
| 07/24/07 | A. Jordan | Edit VIOXX600 SM RECOMMENDATION and VIOXX SM RECOMMENDATION database structure. | 1.00 | 65.00 |
| 07/24/07 | B. Arras | Proof latest draft of Second | 0.20 | 50.00 |

# PHELPS DUNBAR LLP

Our File Number. 23947-0001
Invoice Number: 660787

August 14, 2007
Page Number 6

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Opinion | | |
| 07/24/07 | B. Arras | Receipt and review of emails from Professor Rice re: issues relabeled to "Second Opinion" returned to Third Party documents | 0.90 | 225.00 |
| 07/24/07 | B. Arras | Preparation of Amended Appendix 1 A and B Rulings; computer details related to reflecting amended rulings as to 40 documents | 0.80 | 200.00 |
| 07/24/07 | B. Arras | E-mails to and from Professor Rice about Amended First Special Master Ruling Appendix 1 A and B | 0.30 | 75.00 |
| 07/24/07 | B. Arras | Edit and revise Special Masters Second Opinion Draft 7/20/07; email to Professional Rice with comments | 0.40 | 100.00 |
| 07/24/07 | B. Barriere | Receipt and review of multiple materials received in last weeks; meeting with Ms. Arras re: status. | 0.50 | 150.00 |
| 07/25/07 | B. Arras | Receipt and review of draft Amended Rulings | 0.40 | 100.00 |
| 07/25/07 | B Arras | Telephone conference with Mr. Wittmann and emails re: wire transfer | 0.20 | 50.00 |
| 07/25/07 | B. Barriere | Document review and related conference. | 2.50 | 750.00 |
| 07/26/07 | B. Arras | Study and review of Amended Rulings and Special Master Third Opinion | 0.80 | 200.00 |
| 07/26/07 | B. Arras | Edit and revise Special Master Second Opinion about Third Party documents to ready for filing with court; conform to form used for first opinion | 1.10 | 275.00 |
| 07/26/07 | B. Arras | Meeting with Mr. Barriere in advance of status conference 7/27 | 0.20 | 50.00 |
| 07/26/07 | B. Arras | Telephone conference with Mr. Grabill and Professor Rice | 0.20 | 50.00 |
| 07/26/07 | B. Barriere | Review of all third party documents; outline comments on | 6.50 | 1,950.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001  
Invoice Number: 660787

August 14, 2007  
Page Number 7

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | each; draft, edit and revise opinion with respect to third party documents; multiple conferences with Ms. Arras and Professor Rice. | | |
| 07/26/07 | N. Heater | Coordinate with Ms. Jordan database set-up for the 3rd party document rulings; review rulings in Special Master report and compare documents against rulings; note documents without rulings and notify Special Master; scan and e-mail to Special Master for review; receive reply and enter rulings; edit report re: Bates number corrections to documents | 4.50 | 540.00 |
| 07/27/07 | B. Arras | Study and review of Prof. Rice latest edits of second opinion | 0.80 | 200.00 |
| 07/27/07 | B. Arras | Telephone conference with Prof. Rice and meeting with Mr. Barriere re review of third party documents | 0.90 | 225.00 |
| 07/27/07 | B. Barriere | Prepare for and attend status conference; monthly meeting; revise additional opinions as to third party documents and document rulings as to which Merck has asserted claims of inconsistency; multiple conferences with Ms. Arras and Heater; several conference calls with Ms. Arras and Professor Rice. | 5.00 | 1,500.00 |
| 07/27/07 | N. Heater | Continue e-mailing documents to Professor Rice for review / re-evaluation / re-assessment; coordinate with Litigation support; revise entries (new field data); compare entries with interim draft opinion version | 5.70 | 684.00 |
| 07/30/07 | B. Arras | Edit and revise latest draft of Third Report and check rulings on individual documents | 1.40 | 350.00 |
| 07/30/07 | B. Arras | Edit and revise latest draft of Second Report | 0.90 | 225.00 |
| 07/30/07 | B. Arras | E-mail to and from Prof. Rice re: finalizing the Second Report and | 0.90 | 225.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001  
Invoice Number: 660787

August 14, 2007  
Page Number 8

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Recommendation | | |
| 07/30/07 | B. Barriere | Several conferences with Professor Rice; review of multiple disputed documents; final review of opinion for release. | 2.20 | 660.00 |
| 07/30/07 | N. Heater | Prepare packets of amended rulings with previous rulings and documents to e-mail to Special Master with questions regarding amended rulings / notes re: application to duplicates / near duplicates | 3.50 | 420.00 |
| 07/31/07 | B. Arras | Receipt and review of next draft of Special Master Report #3; telephone conference with Prof. Rice; receipt and review of emails re: rulings on certain documents | 1.30 | 325.00 |
| 07/31/07 | B. Arras | Finalize Second Report of Special Master; email to Mr. Grabill for Judge Fallon to issue an order; receipt and review of email accepting Report | 0.20 | 50.00 |
| 07/31/07 | B. Barriere | Final revisions to report; related meetings with Professor Rice and Ms. Arras. | 1.00 | 300.00 |

**TOTAL FEES**  $  20,891.00

## Summary By Timekeeper

| Timekeeper | Hours | Billed Per Hour | Billed Amount |
|---|---|---|---|
| B. Barriere | 19.20 | 300.00 | 5,760.00 |
| B. Arras | 38.90 | 250.00 | 9,725.00 |
| N. Heater | 43.50 | 120.00 | 5,220.00 |
| A. Johnson | 1.10 | 110.00 | 121.00 |
| A. Jordan | 1.00 | 65.00 | 65.00 |
| Totals | 103.70 | $ | 20,891.00 |

Disbursements Through July 31, 2007

| | | |
|---|---|---|
| 07/23/07 | Meals - - Brent B Barriere D @ Rib Room Restaurant, 05/23/07 | 139.08 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001  
Invoice Number: 660787

August 14, 2007  
Page Number 9

| | | |
|---|---|---|
| Courier | | 60.36 |
| Online Research Database Charges | | 17.20 |
| Photocopies Internal | | 20.75 |
| Steno Service | | 858.80 |
| Telephone Long Distance | | 34.35 |
| **TOTAL DISBURSEMENTS** | $ | 1,130.54 |
| **TOTAL FEES AND DISBURSEMENTS** | $ | 22,021.54 |

Please include the enclosed Remittance Advice with your payment, and if you are paying any of the past due invoices listed above, please include the Remittance Advice for each of those invoices.

# Time Sheet
# VIOXX LITIGATION
# Paul R. Rice
July, 2007

During the month of July, 2007, I devoted 73 hours and fifteen minutes to work in the Consolidate Vioxx Cases. The following is a breakdown by day.

7/1/07
1:45 PM  2:00 PM, e-mail with Heater re questions about 600
4:00 PM – 4:15 PM,
5:00 PM – 5:45 PM,
6:30 PM – 6:45 PM,                                                                 1:30

July 2, 2007
1:45 PM – 3:00 PM, e-mail exchanges with N. Heater re four attachments that were not ruled upon.
6:00 PM  6:15 PM, telephone with Arras re filing and getting remarked documents from the third party disseminations.   1:30

July 3, 2007
12:45 PM – 4:00 PM, working on second master's opinion
6:30 PM – 8:15 PM                                                                  5:00

July 4, 2007
6:15 AM – 7:45 AM, second opinion
10:30 AM – 11:45 AM
12:45 PM – 2:00 PM
2:30 PM – 4:00 PM
8:00 PM  8:30 PM                                                                   6:00

July 5, 2007
7:00 AM  8:30 AM, second opinion, reading cases
3:30 PM – 4:30 PM, second opinion                                                  2:30

July 6, 2007
5:45 AM -- 7:15 AM, second opinion
8:45 AM – 9:15 AM
11:15 AM – 11:45 AM
3:00 PM – 5:00 PM,                                                                 4:30

-1-

July 7, 2007
6:30 AM – 7:30 AM, second opinion
11:00 AM – 12:15 PM
2:45 PM – 5:00 PM,                                                          4:30

July 8, 2007
2:45 PM – 4:30 PM, second opinion
7:00 PM – 8:30 PM,                                                          3:15

July 9, 2007
6:00 AM – 6:45 AM, second opinion
7:30 PM – 8:30 PM, e-mail correspondence with Barriere's
secretary, reading correspondence from parties, e-mail to Judge
Fallon.                                                                    1:45

July 10, 2007
9:15 AM – 9:45 AM, editing and e-mail communications to
Barriere's secretary
11:15 PM – 11:30 PM, e-mail to Arras re formatting, spread
sheet, third-party documents, and proofing                                  :45

July 11, 2007
3:15 PM – 3:30 PM, e-mail correspondence with Fallon chambers
regarding recent letter from L. Davis, e-mail correspondence with
Arras re funding letter.
5:15 PM – 5:30 PM, e-mail to Arras regarding format of second
opinion and individual privilege claims.
6:00 PM – 6:30 PM, revising opinion                                         1:00

July 12, 2007
7:00 PM – 8:15 PM, e-mail to Arras re draft opinion, revising
opinion and another e-mail to Arras.                                        1:15

July 15, 2007
6:00 PM – 7:15 PM, addressing problems with individual documents
in opinion.
8:00 PM – 9:00 PM, entering individual rulings by Bates numbers             2:15

July 16, 2007
6:00 AM – 7:45 AM, editing individual rulings, matching with log
1:45 PM – 3:15, Arras edits to second opinion, inconsistencies and
errors in the first opinion raised by Phil Wittmann, telephone
call with Arras regarding Wittman letter and Cohen telephone call.          3:15

July 18, 2007
6:15 AM – 6:45 AM, e-mail communications to Arras re third party documents and corrections to rulings in first opinion.
12:30 PM – 1:45 PM, e-mail attachments from Heater re letter of Wittmann and suggested corrections
2:30 PM – 3:00 PM,
5:30 PM – 6:00 PM,
7:00 PM – 7:30 PM, document from Heater, e-mail to Arras re second opinion and readable redaction.
10:00 PM – 10:15 PM, document from Heater                                   3:30

July 19, 2007
12:30 PM – 12:45 PM, parties filing with court and Heater documents for examination
5:15 PM – 6:45 PM, Heater documents, edits to second opinion
8:45 PM – 10:30 PM, Heater documents                                        3:30

July 20, 2007
9:45 AM – 11:30 AM, DDS documents remarked, revising opinion
12:45 PM – 1:15 PM, Heater documents re Wittmann letter
6:45 PM - 7:00 PM, final edits by Barbara Arras of opinion
8:15 PM – 8:30 PM, Heater document re Wittmann letter                       2:45

July 21, 2007
8:15 AM – 9:15 AM, completing document review based on
Wittman letter                                                              1:00

July 23, 2007
12:15 PM – 12:30 PM, e-mail to Arras re second opinion and response to Phil Wittmann
1:45 PM – 2:45 PM, responding to additional e-mails from Heater,
e-mail to Arras re payment from parties and attendance at status call       1:15

July 24, 2007
5:45 PM – 6:15 PM, final edits to opinion and Appendix from Arras            :30

July 25, 2007
5:45 AM – 8:00 AM, working on narrative opinion for documents resubmitted because of claims of factual errors and inconsistencies
8:30 AM – 9:45 AM,
10:00 AM – 10:45 AM,
11:00 AM – 1:30 PM,
1:45 PM – 2:45 PM,
3:15 PM – 5:30 PM,                                                         10:00

July 26, 2007
5:45 AM – 6:30 AM, responding to Heater e-mails
1:30 PM – 2:00 PM, telephone to Arras, responding to Heater questions, reviewing additional documents
2:30 PM – 2:45 PM, telephone call with Barriere re status of opinions and court appearance on Friday.
3:15 PM – 4:15 PM, adding an additional theory to Second Opinion and Recommendation
10:45 PM – 11:30 PM, e-mail to Barriere re announcement at status call, and proposed schedule for finalizing and filing the Master's Second and Third Opinion.                    3:15

July 27, 2007
9:45 AM – 12:00 NOON, e-mail to Arras, editing Second Opinion, conference call for status call in New Orleans, e-mail with Heater re document review
2:45 PM – 5:15 PM, reviewing privilege claims upon which Barriere had questions, conference call with Barriere and Arras    4:45

July 28, 2007
7:45 AM – 8:30 AM, editing opinion                    :45

July 30, 2007
1:00 PM – 1:15 PM, e-mail exchanges with Arras and Heater.
2:30 PM – 3:15 PM, review printout of spreadsheet from Heater
5:00 PM – 5:45, reviewing edits of Barriere and Arras, tele. calls to Barriere's assistant and Brent Barriere re edits.
7:15 PM – 8:30 PM, merging edited opinions             3:00

July 31, 2007
7:15 AM – 7:30 AM, composing additional footnote to opinion and sending to Barriere.                    :15

                TOTAL HOURS FOR JULY                    73:30

At the court ordered rate of $600.00 per hour, total billing for July, 2007    **$44,100.00**