# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| 06-6175; 06-3136; 06-792; 06-793; 06-1897; 06-1973; 06-1976; 06-422; 06-3865; 06-7081; 06-333; 05-2295; 06-3071; 06-3372; 06-2407; 06-6277; 06-8823; 06-6601; 05-6736; 05-5987; 06-3620; 06-11312; 06-8415; 05-532; 06-11310; 05-2017; and 05-495 | * | JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 6th day of September, 2007, immediately following the monthly status scheduled to commence at 9:00 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 29th day of August, 2007.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 4th day of September, 2007.

888480v.1

NEW ORLEANS, LOUISIANA, this 15th day of    August   , 2007.

                                                ELDON E. FALLON
                                              UNITED STATES DISTRICT JUDGE

888480v.1