THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | MDL Docket No. 1657 |
| | ) | |
| VIOXX PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| VIRGINIA OLLER, ET AL V. | ) | |
| MERCK & CO., INC., 05-1102 | ) | MAG. JUDGE KNOWLES |

## ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF
## PLAINTIFF MARGARET ANN RUBLESKY

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiff Margaret Ann Rublesky filed herein,

IT IS ORDERED that the claims of Plaintiff Margaret Ann Rublesky be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 15th day of August, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE