UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION L |
| | * | |
| | * | |
| | * | |
| This document relates to *Arnold Frumin and* | * | JUDGE FALLON |
| *Betsey Frumin, h/w/ v. Merck & Co., Inc.,* | * | |
| *et. al.* | * | MAG. JUDGE KNOWLES |
| (E.D. La. 06- 11320) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNCONTESTED MOTION OF DAVID ANSTICE FOR LEAVE TO FILE AMENDED ANSWER TO CORRECT TYPOGRAPHICAL ERRORS

NOW INTO COURT, comes Defendants' Liaison Counsel, who hereby requests that the Court allow an amendment to the Answer, Affirmative Defenses and Jury Demand of David Anstice, which was filed on or about December 15, 2006, to correct typographical errors therein, for the reasons set forth below:

On or about November 6, 2006, plaintiffs Arnold Frumin and Betsey Frumin, husband and wife, filed their complaint in the United States District Court for the Eastern District of Pennsylvania. Thereafter, plaintiffs served defendant David Anstice therewith.

On or about December 15, 2006, David Anstice filed and served his Answer, Affirmative Defenses and Jury Demand of Defendant David Anstice in the United States District Court for the Eastern District of Pennsylvania.

On or about December 22, 2006, this action was transferred to the Multi-District Litigation in Louisiana, Docket No. 2:05-md-01657-EEF-DEK, and assigned the individual Civil Docket Number E.D. La. 06- 11320.

888816v.1

David Anstice now desires to amend his Answer, Affirmative Defenses and Jury Demand to correct typographical errors, to the form set forth in the attached Exhibit "A."

Defense counsel has communicated with plaintiffs' counsel, who has no objection to this motion.

WHEREFORE, defendant David Anstice respectfully requests that he be permitted to amend his Answer, Affirmative Defenses and Jury Demand to the form attached hereto as Exhibit "A."

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone (504) 581-3200
Facsimile (504) 581-3361

Kevin F. Berry, Esq.
William J. Winning, Esq.
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA  19103
Phone: (215) 665-4611
Fax: (215) 701-2343

**Attorneys for Defendant
David W. Anstice**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing UNCONTESTED MOTION OF DAVID ANSTICE FOR LEAVE TO FILE AMENDED ANSWER TO CORRECT TYPOGRAPHICAL ERRORS has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of August, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel