# Hughes
# Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

July 10, 2007

VIA FEDERAL EXPRESS

Jeffrey N. Lüthi, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

   Re: In re: Vioxx® Marketing, Sales Practices and Products
      Liability Litigation, MDL Docket No. 1657

Dear Sir and Madam:

  Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's 246th notification of potential "tag-along actions" and includes cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are enclosed.

1. *Silva v. Merck & Co., Inc. et al.*, C.A. No. 3:07-cv-01194 (S.D. Cal.)
2. *Bassler v. Merck & Co., Inc.*, C.A. No. 8:07-cv-01182 (M.D. Fla.)
3. *Gilbert v. Merck & Co., Inc.*, C.A. No. 8:07-cv-01184 (M.D. Fla.)
4. *Riley v. Merck & Co., Inc.*, C.A. No. 8:07-cv-01183 (M.D. Fla.)
5. *Fisher v. Merck & Co., Inc.*, C.A. No. 1:07-cv-01740 (D. Md.)
6. *Chapman v. Merck & Co., Inc.*, C.A. No. 3:07-cv-30123 (D. Mass.)
7. *Blackshire et al., v. Merck & Co., Inc. et al.*, C.A. No. 4:07-cv-00101 (N.D. Miss.)
8. *Coker et al., v. Merck & Co., Inc. et al.*, C.A. No. 4:07-cv-00100 (N.D. Miss.)
9. *Edwards et al., v. Merck & Co., Inc. et al.*, C.A. No. 4:07-cv-00103 (N.D. Miss.)
10. *Golden et al., v. Merck & Co., Inc. et al.*, C.A. No. 4:07-cv-00102 (N.D. Miss.)
11. *Townsend v. Merck & Co., Inc. et al.*, C.A. No. 3:07-cv-00082 (N.D. Miss.)
12. *Damerau v. Merck & Co., Inc.*, C.A. No. 6:07-cv-06339 (W.D. N.Y.)
13. *Mair v. Merck & Co., Inc. et al.*, C.A. No. 6:07-cv-06338 (W.D. N.Y.)

M00DA28306

14. *Parker et al., v. Merck & Co., Inc.*, C.A. No. 4:07-cv-01843 (D. S.C.)
15. *Sheffield et al., v. Merck & Co., Inc.*, C.A. No. 1:07-cv-01850 (D. S.C.)
16. *Still et al., v. Merck & Co., Inc.*, C.A. No. 8:07-cv-01858 (D. S.C.)
17. *Turbeville et al., v. Merck & Co., Inc.*, C.A. No. 4:07-cv-01842 (D. S.C.)

There is one new case that involves claims relating to prescription drugs other than Vioxx.

1. *Apfel v. Merck & Co., Inc. et al.*, C.A. No. 1:07-cv-03726 (N.D. Ill.)

Additionally, pursuant to J.P.M.L. Rule 7.2(f), we hereby notify the Panel of the following development pertaining to an action that is currently the subject of Panel consideration.

1. *Singer v. Merck & Co., Inc. et al.*, C.A. No. 4:07-cv-01198 (E.D. Mo.) was dismissed on July 3, 2007.

Respectfully submitted,

Shawn McEnnis

SM/eas

Enclosures

M00DA28307