IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOSEPHINE COKER, CHARLIE
CRISS, AND ROSE PURNELL,                                              PLAINTIFFS,

VS.                                              CIVIL ACTION NO. 4:07CV100-P-B

MERCK & COMPANY, INC.;
MISTY AUSTIN, ANDREA ELIZABETH
BEAVERS, DAN SHEALS, WILLIAM
UMPHLETT, AND JOHN DOES 1-20,                                         DEFENDANTS.

## ORDER OF REMAND

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Motion to Remand [11] is **GRANTED**; therefore,

(2) This case is **REMANDED** to the Circuit Court of Leflore County, Mississippi from whence it came; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 14th day of August, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE