UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | ) | MDL DOCKET NO: 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| In Re: Kyrkostas v. Merck et al | Case No. 9:07-cv-80309 | |

## ORDER ON MOTION TO WITHDRAW AS PLANTIFFS' COUNSEL

Considering the Plaintiffs' counsel, Richard D. Schuler, Esquire and Schuler, Halvorson & Weisser, P.A.'s Motion to Withdraw as counsel of record for the Plaintiffs, it is hereby ordered that the Motion of Richard D. Schuler to withdraw as counsel of record for the Plaintiffs, WILLIAM G. KYRKOSTAS and CATHY KYRKOSTAS, is hereby granted.

DONE AND ORDERED in Chambers at New Orleans, Louisiana this _____ day of _____, 2007.

_____
Judge Eldon Fallon
United States District Judge

Copies furnished counsel of record:

PLowry@ssd.com
JBMurray@ssd.com
SShullman@sssd.com
SQUIRE SANDERS & DEMPSEY LLP
Attorneys for Defendant, Merck

mfretland@conroysimberg.com
eherndon@conroysimberg.com
CONROY SIMBERG GANON KREVANS & ABEL
Attorneys for Walgreen Co.

rschuler@shw-law.com
SCHULER HALVORSON & WEISSER
Attorneys for Plaintiffs

1

## SERVICE LIST

Case Style   Kyrkostas v. Merck & Walgreens
Case No.    9:07-cv-80309-KAM Kenneth A. Marra
United States District Court, Southern District of Florida

Patricia E. Lowry
Florida Bar No. 332569
PLowry@ssd.com
John B.T. Murray, Jr.
Florida Bar No. 962759
JBMurray@ssd.com
Sarah L. Shullman
Florida Bar No. 888451
SShullman@ssd.com
SQUIRE, SANDERS & DEMPSEY, LLP
1900 Phillips Point
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
**Attorneys for Defendant Merck & Co., Inc.**

Millard L. Fretland, Esquire
Florida Bar No. 371671
mfretland@conroysimberg.com
CONROY, SIMBERG, GANON, KREVANS,
BEL, LURVEY, MORROW & SCHEFER, P.A.
125 West Romana Street, Suite 150
Pensacola, FL  32502
Telephone:  850-436-6605
Facsimile:  850-436-2102

John Edward Herndon, Jr., Esquire
Email:  eherndon@conroysimberg.com
CONROY SIMBERG GANON KREVANS & ABEL
325 John Knox Road, Suite 105
Tallahassee, FL  32303
Telephone:  850-383-9103
Facsimile:  850-383-9109

Attorneys for Walgreen Co.