UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx Marketing, Sales Practices & Products Liability Litigation

MDL No. 1657

SECTION L

This Document Relates to:
*Mathes v. Merck & Co., Inc.*
Case no. 2:06-cv-9767

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
DANIEL E. KNOWLES, III

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AGREED ORDER SETTING ASIDE DISMISSAL OF PLAINTIFF MRS. DONALD FULLER ON BEHALF OF THE ESTATE AND WRONGFUL DEATH BENEFICIARIES OF DONALD FULLER, DECEASED

THIS CAUSE is before the Court upon the parties' joint motion that the Order of Dismissal against Plaintiff Mrs. Donald Fuller on Behalf of the Estate and Wrongful Death Beneficiaries of Donald Fuller, Deceased, be set aside. Due to a clerical error in the Stipulation of Dismissal Without Prejudice, the Plaintiff was dismissed in error. The Court notes the agreement of the parties and being otherwise fully advised in the premises, does find it is well taken, and hereby sets aside the Order of Dismissal against Plaintiff Fuller.

IT IS THEREFORE ORDERED AND ADJUDGED that the Order of Dismissal against Plaintiff Mrs. Donald Fuller on behalf of the Estate and Wrongful Death Beneficiaries of Donald Fuller, Deceased, is set aside.

ORDERED AND ADJUDGED this the 13th day of August, 2007.

DISTRICT JUDGE

\_\_ Fee_____
\_\_ Process_____
X\_ Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No_____

Agreed to by:

*[signature: Staci O'Neal]*

Staci B. O'Neal (MSB # 99910)
O'Neal Law Firm
214 Key Drive, Suite 1100
Madison, MS 39110

One of the Attorneys for Plaintiff
Mrs. Donald Fuller on Behalf of
the Estate and Wrongful Death
Beneficiaries of Donald Fuller, Deceased

*[signature: Alyson Jones]*

Christy D. Jones (MSB # 3192)
Alyson B. Jones (MSB # 101456)
Charles C. Harrell (MSB # 3135)
Anita Modak-Truran (MSB # 99422)
J. Kennedy Turner, III (MSB # 8140)
Butler, Snow, O'Mara,
Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225

Attorneys for Defendant
Merck & Co., Inc.