UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Case Name:* Marvin Adler, et al. | * | |
| PLAINTIFFS | * | |
| vs. | * | |
| MERCK & CO., INC., also d/b/a/ MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOME, GmbH | * | |
| DEFENDANT | * | |
| Docket Number: 06-7082 Sect. L Mag. 3 | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff Jean Yost against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation. The claims of the remaining plaintiffs continue in effect.

NEW ORLEANS, LOUISIANA, this 16th day of August, 2007.

*[signature: Eldon E. Fallon]*

**DISTRICT JUDGE**

888543v.1