UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL Docket No. 2:05-md-01657-EEF-DEK<br><br>SECTION L |
| This document relates to *Arnold Frumin and Betsey Frumin, h/w/ v. Merck & Co., Inc., et. al.* (E.D. La. 06- 11320) | : : : : | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**O R D E R**

Upon consideration of Motion of David Anstice For Leave To File Amended Answer To Correct Typographical Errors;

IT IS ORDERED BY THE COURT that the Amended Answer, Affirmative Defenses and Jury Demand, attached as Exhibit "A" to defendant David Anstice's Uncontested Motion be and is hereby allowed and that Exhibit "A" shall be substituted hereinafter.

NEW ORLEANS, Louisiana, this 17th day of August, 2007.

_____
Eldon E. Fallon
United States District Judge

888818v.1