UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Bellon, et al. v. Merck & Co., Inc.*, 07-686

## ORDER

IT IS ORDERED that the Motion for Voluntary Dismissal (Rec. Doc. 11811) filed by Rene Bellon, Adolph Dunn, Harold Horton, Celestine Lewis, Joyce Spears, and Terry Vitrano is GRANTED and that these individual Plaintiffs' claims are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, subject to the following conditions:  (1) If the Plaintiffs desire to re-file their claims, they must do so in federal court; (2) In the event the Plaintiffs re-file, any discovery that has taken place or will take place in this MDL proceeding can be used in the Plaintiffs' re-filed suit, as though the Plaintiffs had been parties and had an opportunity to participate in that discovery; and (3) Pursuant to Pretrial Order No. 8B, Plaintiffs' counsel shall make the necessary changes to party status on LexisNexis File & Serve.

New Orleans, Louisiana, this  17th  day of  August , 2007.

_____
UNITED STATES DISTRICT JUDGE