# Exhibit 3

## PUBLIC RELATIONS AGENCY AGREEMENT
Ogilvy Public Relations Worldwide

PUBLIC RELATIONS AGENCY AGREEMENT by and between Merck & Co., Inc., a New Jersey corporation ("Merck"), having offices at Sumneytown Pike, West Point, Pennsylvania 19486-0004 and Ogilvy Public Relations Worldwide (the "Agency"), having its principal place of business at 708 Third Avenue, New York, New York 10017.

Background. Merck desires to utilize the professional services of the Agency in order to obtain the benefit and unique experience and ability of the Agency. The Agency is willing to render such professional services and to devote its best efforts to Merck upon the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the mutual promises herein contained, the parties hereto, each intending to be legally bound hereby, agree as follows:

1.   Professional Services. Merck agrees to retain the Agency to provide the professional services set forth on Exhibit "A" attached hereto and incorporated herein (the "Professional Services"). The Agency agrees to provide the Professional Services and warrants that the performance of the Professional Services shall be of the highest professional quality and shall be accomplished in compliance with all applicable laws and regulations, in conformity with generally accepted professional standards and in accordance with any terms and conditions set forth on Exhibit "A".

2.   Compensation.

(a)   As full compensation for all Professional Services performed under this Agreement, Merck shall pay the Agency in accordance with the fee schedule set forth on Exhibit "B" attached hereto and incorporated herein based on the number of hours provided by the Agency in the fulfillment of its duties under this Agreement. The total amount paid under this agreement is not to exceed $7,795,000 reflecting the Merck discount (see Exhibit C), broken down as follows:

- Fosamax®:       $2,900,000
- Propecia®:      $2,295,000
- Vioxx®:         $1,400,000
- Zocor®:         $1,200,000

The Agency shall make all reasonable efforts to deliver to Merck, within fifteen days after the end of each calendar month, an itemized invoice for Professional Services provided during the preceding month. The hourly rates shall be based on the rates set forth in Exhibits "B" and "C." Invoices shall be sent to Merck & Co., Inc., WP35T1-2, P.O. Box 307, West Point, PA 19486-0307, Attn Kevin Stauffer. All hourly charges shall be supported by accurate time records maintained by the Agency and made available for inspection by Merck during normal business hours and upon reasonable advance notice by Merck. If requested by Merck, the Agency agrees to participate in a third party audit of fees and charges.

PA990760034

MO00720710

(b)    The fee schedule set forth on Exhibits "B" and "C" shall remain in effect unless the Agency gives Merck 30 days advance notice of a proposed change in the fee schedule. Merck shall have 15 days from the date of such notice to reject any such changes in the fee schedule. The Agency agrees to bill Merck only for time for those individuals directly involved in the execution or design of public relations activities. The Agency agrees that the individuals listed as "Key Employees" in Exhibit "A" shall be chiefly responsible for providing the Professional Services hereunder during the term of this Agreement unless Merck agrees in writing to a change in the "Key Employees" listed in Exhibit "A".

3.    Expenses. The Agency will be reimbursed by Merck for authorized and reasonable expenses incurred by the Agency in connection with the performance of the services rendered by the Agency hereunder. Reimbursable expenses include "direct expenses" and "allocable expenses." "Direct expenses" are expenditures which are directly and exclusively identifiable to service done for Merck pursuant to this Agreement, including, but not limited to, air and ground transportation, postage, videotapes and dubs, reprint expenses, clipping services, photography and reasonable use of messengers, express delivery services and facsimile charges. The Agency will invoice Merck at cost with no mark-up for direct expenses. "Allocable expenses" are expenditures not exclusively identifiable to Merck but which are incurred in performance of the Agency's duties hereunder. Allocable expenses include, but are not limited to, office supplies, subscriptions, reasonable and necessary business entertainment of editors, writers, etc. and certain agreed to telephone costs incurred in performance of the services hereunder. Allocable expenses do not include the Agency's general overhead expenditures. Notwithstanding anything to the contrary contained herein, Merck shall not reimburse the Agency for (a) secretarial or word processing services, except for reasonable use of overtime services; (b) any other staff services; including but not limited to, mail room, office services or accounting; (c) photocopying in excess of five cents per page; (d) meals (other than reasonable and necessary expenses incurred for meals while traveling or during business entertainment of the news media); or (e) general overhead expenses. Facsimile transmissions and other direct expenses will be billed at cost. Facsimile transmissions, Federal Express and other overnight delivery services should be used only when necessary, such as when the use of electronic mail or regular mail is impractical. When the Agency uses non-Agency staff members, such as free-lancers, to carry out certain activities under this Agreement, the Agency will compute the fee billable to Merck by multiplying its actual incurred costs by a factor of 2.0. All invoices shall itemize expenses. The Agency shall maintain complete and accurate records to support the expenses charged to Merck and shall make such records available to Merck for inspection during normal business hours and upon reasonable advance notice by Merck. If requested by Merck, the Agency agrees to participate in a third party audit of the expenses.

4.    Payment Procedure and Schedule.

(a)    The Agency shall submit invoices to Merck on a monthly basis, which shall cover the time spent by the Agency on each assignment and all expenses for the Agency's services under this Agreement for the preceding month. All invoices should be submitted to Merck & Co., Inc., WP35T1-2, P.O. Box 307, West Point, PA 19486-0307, Attn: Kevin Stauffer or to such other person as Merck shall designate in writing. Merck will make all reasonable efforts to pay all invoices within 60 days after receipt of the invoice.

M006720711

(b)     The Agency will refund or credit to Merck any and all discounts, including but not limited to, rebates, commissions, differentials, and discounts received by the Agency as a result of quantity or special purchases.

(c)     The Agency agrees that it must manage its time so that program spending will not exceed the program budgets agreed upon by the Agency and Merck. To ensure against budget overruns, the Agency will provide Merck with a monthly reconciliation that compares actual invoiced fees and expenses against program budgets. The Agency will advise Merck and obtain Merck's written approval in the event that the cost of fulfilling the Agency's obligations under this Agreement for any particular program is likely to deviate by more than five percent from the program budget agreed upon by the Agency and Merck.

(d)     Merck expects to be charged a reasonable fee for the Agency's Professional Services. The fee shall be based upon the product of the amount of time reasonably and productively devoted to the matter and the billing rates of the professionals involved. The Agency executive who is in charge of servicing Merck shall review the Agency's invoice and determine that the fee is consistent with these guidelines before forwarding it to Merck. Merck agrees to pay the Agency for time reasonably spent in preparing or reviewing bills.

5.     Taxes and Benefits; Insurance.

(a)     The Agency acknowledges and agrees that it will be solely responsible for paying all salaries, wages, benefits and other compensation which its employees may be entitled to receive in connection with performing the Professional Services. The compensation to be paid the Agency under this Agreement includes, and the Agency shall be liable for, all taxes, excises, assessments and other charges levied by any government agency on, or because of, the Professional Services performed hereunder.

(b)     The Agency shall maintain Workers' Compensation/Employer's Liability insurance, disability insurance and Comprehensive General Liability insurance in amounts which are customary in the industry in which the Agency is engaged.

6.     Title and Duties. The Agency is retained by Merck solely for the purposes set forth herein. The Agency shall not have the power to bind Merck nor shall it or any of its employees make any such representation. The Agency's relation to Merck shall be that of an independent contractor solely responsible for the manner and means by which it carries out its duties hereunder. The Agency and its employees shall not be construed for any purpose to be an employee subject to the control and direction of Merck.

7.     Time Requirements. During the term of this Agreement, the Agency shall devote such time and attention to its duties hereunder as is reasonably required, in the sole discretion of Merck, to provide satisfactory Professional Services to Merck in accordance with the terms of this Agreement.

8.     Confidential Information.

(a)     The Agency acknowledges and agrees that it will have access to, or become acquainted with, Confidential Information of Merck. For the purposes of this Agreement, "Confidential Information" shall mean any information of Merck, whether or not

- 3 -

developed by the Agency, including but not limited to, information which relates to all ideas, designs, methods, discoveries, improvements, products, documents or other results of the Professional Services, trade secrets, product data and specifications, proprietary rights, business affairs, product developments, customer information or employee information. Confidential Information does not include any information that:

> (i)     the Agency can prove was known to it prior to the date of this Agreement and any other agreement between the parties hereto, without an obligation to keep it confidential;

> (ii)    the Agency can prove was lawfully obtained from a third party without any obligation of confidentiality; or

> (iii)   is or becomes part of the public domain through no act or violation of any obligation of the Agency.

> (b)     The Agency acknowledges and agrees that the Confidential Information constitutes valuable trade secrets of Merck. The Agency shall keep all Confidential Information in confidence and shall not, at any time during or after the term of this Agreement, without Merck's prior written consent, disclose or otherwise make available, directly or indirectly, any item of Confidential Information to anyone other than the Agency's employees who need to know the same in the performance of the Professional Services. The Agency shall use the Confidential Information only in connection with the performance of the Professional Services hereunder and for no other purpose. The Agency shall inform its employees of the trade secret, proprietary and confidential nature of the Confidential Information.

9.     <u>Merck Property.</u>

> (a)     All documents, papers, drawings, magnetic media and other tangible property made, or compiled by, or made available to the Agency and any copies thereof, whether or not they contain Confidential Information, are and shall be the property of Merck and shall be delivered to Merck by the Agency immediately upon demand.

> (b)     Merck shall own and control all worldwide rights, title and interest in and to all work, ideas, designs, methods, discoveries, improvements, products or other results that are created, developed, written, conceived or made by the Agency or its employees in connection with the Professional Services (the "Work Product"). The Agency agrees to make full disclosure of all Work Product to Merck. The Agency also agrees that all Work Product shall be considered "works made for hire" within the meaning of the copyright laws of the United States and that Merck is and shall be the sole author of the Work Product, and sole owner of all rights therein. In the event any of the Work Product is deemed not to be a "work made for hire," then the Agency hereby assigns to Merck all worldwide rights, title and interest in and to the Work Product, including, but not limited to, all patentable inventions, trade secrets and all works subject to copyright. The Agency agrees to: (i) execute all documents and perform all acts deemed necessary by Merck to evidence Merck's ownership of the Work Product; and (ii) assist Merck in obtaining, registering, maintaining and defending, at Merck's sole expense, all patents, copyrights, trade secret rights and other proprietary rights in and to the Work Product in any and

- 4 -

MO06720713

all countries as may be determined by Merck. The Agency hereby irrevocably appoints Merck as the Agency's attorney-in-fact for the purpose of executing such documents in the Agency's name. The Agency represents and warrants that it has the right to grant to Merck sole right, title and interest in and to the Work Product and that ownership or use of the Work Product by Merck will not constitute an infringement of any third party patent, copyright, trade secret or other proprietary right, to the extent that Merck has not provided or changed such work product.

10.  Equitable Relief. The Agency acknowledges and agrees that the restrictions set forth in Sections 8 and 9 hereof are reasonable and necessary to protect the legitimate interests of Merck and that Merck would not have entered into this Agreement in the absence of such restrictions, and that any violation or threatened violation of any provision of Section 8 or 9 will result in irreparable injury to Merck. The Agency also acknowledges and agrees that in the event of a violation or threatened violation of any provision of Section 8 or 9, Merck shall be entitled to preliminary and permanent injunctive relief, without the necessity of proving irreparable injury or actual damages and without the necessity of having to post a bond, as well as an equitable accounting of all earnings, profits and other benefits arising from any such violation, which rights shall be cumulative and in addition to any other rights or remedies to which Merck may be entitled. In the event that any of the provisions of Section 8 hereof should ever be adjudicated to exceed limitations permitted by applicable law in any jurisdiction, then such provisions shall be deemed reformed in such jurisdiction to the maximum limitations permitted by applicable law.

11.  Term. This Agreement may be terminated by either party hereto on thirty days prior written notice. Notwithstanding the foregoing provisions, Merck may immediately terminate this Agreement if the Agency breaches any provision of this Agreement or if the Agency fails to perform the Professional Services to the satisfaction of Merck. Upon termination of this Agreement the Agency shall immediately deliver to Merck all Work Product, documents or other property of Merck, including drafts of such material.

12.  Indemnification.

(a)  The Agency shall indemnify and hold harmless Merck from and against any and all claims, liabilities, demands, causes of action, damages, losses and expenses, including, without limitation, reasonable attorneys' fees and costs of suit, arising out of or in connection with:

(i)  any actual or alleged negligent or willful act or omission of the Agency or any of the Agency's employees, agents or subcontractors;

(ii)  any actual or alleged violation by the Agency or any of the Agency's employees of any law, statute, ordinance or regulation;

(iii)  any infringement or alleged infringement of any Work Product upon any patent right, copyright, trade secret right or other proprietary right of any third party; or

(iv)  any determination or allegation that the Agency or any of its employees is an employee of Merck.

- 5 -

MOO6720714

(b)    Merck agrees to indemnify and hold harmless the Agency from and against all claims, damages, expenses, including reasonable attorneys' fees, or liabilities which the Agency may incur based on: (1) information, representations, reports or data furnished by Merck to the Agency to the extent that such material is furnished, prepared, approved by Merck and used by the Agency; or (2) the nature or use of any of Merck's products or services by third parties, unless such claims arise because of the Agency's failure to perform its obligations under this Agreement. The Agency agrees to give Merck prompt notice of any such claims, damages, expenses or liabilities and shall cooperate fully with Merck in the handling or defense of such matters. The rights and obligations of this Section 12 shall survive the term of this Agreement.

13.    <u>Personal Service Contract.</u>  Except as provided below, neither party shall assign this Agreement or any of its rights or obligations hereunder without the prior written consent of the other party.

14.    <u>Approvals.</u>

(a)    All public relations materials are subject to written approval by Merck. Merck reserves the right to make changes to the public relations materials as Merck deems necessary to conform those materials to its product labeling, applicable laws and regulations and Merck policy. It is expected that the Agency will have a working knowledge of any applicable product labeling, laws and regulations and Merck policy. Merck reserves the right not to pay for multiple drafts of public relations materials if the need for such drafts is caused by the Agency's neglect to follow the applicable product labeling, laws, regulations and Merck policy, as such policy has been previously defined by Merck.

(b)    It is Merck policy that no Agency can include references to Merck as a client or references to any of Merck products, including but not limited to, advertisements, interviews, presentations to prospective clients, articles, or promotional materials, without the prior written approval of Merck. Any breach of this provision shall be grounds for immediate termination of this Agreement by Merck.

(c)    The Agency shall secure all necessary written consents, authorizations, and approvals from third parties for use in public relations materials and the Agency shall obtain a valid and binding written release from any and all persons whose likenesses, names, photographs or biographical information are utilized in public relations materials and shall provide Merck with a copy of each such written release.

15.    <u>Exclusivity.</u>  The Agency agrees that during any period in which the Agency renders services to Merck under this Agreement, the Agency will not contemporaneously render services, relating to the same therapeutic product category or disease entity, any other disease entity affecting the same organ system, or any therapeutic area under investigation in publicly disclosed research involving the represented product, to any other client without Merck's prior written consent.

16.    <u>Arbitration.</u>  Any controversy, claim, or dispute arising out of or relating to this Agreement, or the breach thereof, shall be settled through good faith negotiation between the parties. Only if such efforts are not successful, shall such controversy, claim or dispute be resolved by arbitration before three arbitrators. If the arbitration is initiated by Merck, it shall be

M006720715

held at Merck's offices in West Point, Pennsylvania. If the arbitration is initiated by the Agency, it shall be held at the Agency's offices in New York, New York. Such arbitration shall be in accordance with the then applying rules of the American Arbitration Association. Judgment upon the award rendered through arbitration may be entered in any court having competent jurisdiction.

17.     Waiver. The waiver by either party of any breach or failure to enforce any of the terms and conditions of this Agreement at any time shall not in any way affect, limit or waive either party's rights thereafter to enforce and compel strict compliance with every term and condition of this Agreement.

18.     Governing Law. This Agreement and the rights and obligations of the parties hereunder shall be governed by and construed under and in accordance with the laws of the Commonwealth of Pennsylvania without regard to principles of conflicts of laws.

19.     Notices. Any notice, request, demand, waiver, approval or other communication which is required or permitted to be given hereunder shall be in writing and shall be deemed given if delivered personally or sent by telegram or telecopy (with transmission confirmed) or by certified or registered mail, return receipt requested with postage prepaid, or by Federal Express or an equivalent overnight delivery service, addressed to the parties at their respective addresses first set forth above or to such other addresses as either party may designate in writing to the other. Such notice, request, demand, waiver, consent, approval or other communication shall be deemed to have been given as of the date so delivered, telegraphed or telecopied, or on the fifth day after deposit in the United States mail, or on the second day after deposit with Federal Express or an equivalent overnight delivery service.

20.     Headings. The headings in this Agreement are for convenience only and do not in any way limit or amplify the terms or conditions of this Agreement.

21.     Entire Agreement. This Agreement constitutes the entire agreement between the parties hereto with respect to the subject matter hereof and all prior agreements with respect thereto are superseded hereby. No amendment or modifications hereof shall be binding unless in writing and duly executed by authorized representatives of both parties.

22.     Severability. The provisions of this Agreement shall be severable, and if any provision of this Agreement is held to be invalid or unenforceable, it shall be construed to have the broadest interpretation which would render it valid and enforceable. Invalidity or unenforceability of one provision shall not affect any other provision of this Agreement.

23.     Survival. The respective rights and obligations of the parties hereunder shall indefinitely survive the termination of this Agreement to the extent necessary to the intended preservation of such rights and obligations.

24.     No Benefit to Others. The provisions set forth in this Agreement are for the sole benefit of the parties hereto and their successors and assigns, and they shall not be construed as conferring any rights on any other persons.

- 7 -

25.     Counterparts.  This Agreement may be executed in one or more counterpart copies, each of which shall be deemed an original and all of which shall together be deemed to constitute one agreement.

M006720717

IN WITNESS WHEREOF, the parties hereto, each by a duly authorized representative, have executed this Agreement as of the date first written above.

Merck & Co., Inc.
Public Affairs Department

Signature: _____

    Jan D. Weiner
    Executive Director

Date: _Aug 25, 1999_

Ogilvy Public Relations Worldwide

Signature: _____

    Robert Seltzer
    President and Chief Executive Officer

Date: _June 8, 1999_

Merck & Co., Inc.
USHH Marketing

Signature: _____

    Peter G. Ernster
    Senior Vice President

Date: _6/4/99_

M06720718

EXHIBIT "A"

## Professional Services/List of Agency Employees

Professional Services to be provided:

Public relations support services to be provided for the period beginning January 4, 1999 through December 31, 1999.  The services to be provided by Ogilvy Public Relations Worldwide include the following:

Public relations services to support informational programs targeted at professional and lay audiences and relating to broad communications efforts for Public Affairs.  Although the Agency's primary role will be to assist and counsel Merck USHH Public Affairs in its interactions with various news media, the Agency also agrees to provide, at Merck's request, other public relations services, including but not limited to, consulting, formulating public relations plans, preparing press materials, developing corporate and business communications, and planning public and government affairs activities.

Key Employees:  The Agency agrees to provide continuing program oversight, strategic advice, program direction and client contact on a day-to-day basis by the following individuals:

| | |
|---|---|
| Tom Beall | Bob Brody |
| Charles Butler | Todd Cooper |
| Beth Kramli | Janet Peterson |
| Sherry Pudloski | Megan Svensen |
| Sarah Steven | Joanne Symons |
| Jeanne Traflet | Jennifer Wayman |
| Kym White | |

Other Associated Employees:  The Agency agrees to provide assistance on day-to-day activities by the following individuals:

| | |
|---|---|
| Geraldine Broggy | Barbara Broughton |
| Jade Cantor | Yen Cheong |
| Christina Corso | Urvi Dalal |
| Susan Duffy | Liz Esdel |
| Erin Hill | Jennifer Horowitz |
| Tania Lee | Ellen Leheny |
| Jackie Loeb | Rose Ann Macario |
| Eric May | Heather McAllister |
| Michael Mills | Lee-Ann Murphy |
| Jessica Priego | Susan Quintin |
| Lisa Scher | |

A-1

MO06720719

## EXHIBIT "B"

### Agency's Compensation

Merck shall pay the Agency for its performance of the Professional Services in accordance with the following schedule of rates, not to exceed a total budget of $7,795,000, including out-of-pocket expenses:

### OGILVY PUBLIC RELATIONS
### FOSAMAX® TEAM

| Name/Title | Regular Rate |
|---|---|
| Kym White, Managing Director | $300.00 |
| Tom Beall, Managing Director | $300.00 |
| Joanne Symons, Consultant | $300.00 |
| Sherry Pudloski, Senior Vice President | $265.00 |
| Michael Mills, Senior Counselor | $250.00 |
| Jackie Loeb, Vice President | $225.00 |
| Jennifer Wayman, Vice President | $225.00 |
| Bob Brody, Vice President | $225.00 |
| Megan Svensen, Vice President | $205.00 |
| Jeanne Traflet, Account Supervisor | $155.00 |
| Sarah Steven, Account Supervisor | $135.00 |
| Heather McAllister, Senior Account Executive | $135.00 |
| Jessica Priego, Senior Account Executive | $130.00 |
| Urvi Dalal, Account Executive | $150.00 |
| Erin Hill, Account Executive | $105.00 |
| Susan Duffy, Assistant Account Executive | $100.00 |
| Geraldine Broggy, Account Coordinator | $65.00 |
| Eric May, Account Coordinator | $60.00 |

B-1

M00672072O

## PROPECIA TEAM

| Name/Title | Regular Rate |
|---|---|
| Kym White, Managing Director | $300.00 |
| Sherry Pudloski, Senior Vice President | $265.00 |
| Michael Mills, Senior Counselor | $250.00 |
| Jackie Loeb, Vice President | $225.00 |
| Beth Kramli, Vice President | $225.00 |
| Bob Brody, Vice President | $225.00 |
| Charles Butler, Account Director | $195.00 |
| Lee-Ann Murphy, Senior Account Executive | $145.00 |
| Jennifer Horowitz, Senior Account Executive | $145.00 |
| Lisa Scher, Account Executive | $115.00 |
| Jade Cantor, Assistant Account Executive | $100.00 |
| Rose Ann Macario, Account Coordinator | $60.00 |

## VIOXX TEAM

| Name/Title | Regular Rate |
|---|---|
| Kym White, Managing Director | $300.00 |
| Sherry Pudloski, Senior Vice President | $265.00 |
| Jackie Loeb, Vice President | $225.00 |
| Bob Brody, Vice President | $225.00 |
| Todd Cooper, Vice President | $200.00 |
| Janet Peterson, Account Supervisor | $185.00 |
| Ellen Leheny, Senior Account Executive | $110.00 |
| Christina Corso, Account Executive | $110.00 |
| Susan Quintin, Assistant Account Executive | $100.00 |
| Elizabeth Esdel, Account Coordinator | $60.00 |

B-2

M006720721

## ZOCOR TEAM

| Name/Title | Regular Rate |
|---|---|
| Kym White, Managing Director | $300.00 |
| Sherry Pudloski, Senior Vice President | $265.00 |
| Jackie Loeb, Vice President | $225.00 |
| Bob Brody, Vice President | $225.00 |
| Megan Svensen, Vice President | $205.00 |
| Barbara Broughton, Senior Account Executive | $150.00 |
| Tania Lee, Account Executive | $115.00 |
| Yen Cheong, Assistant Account Executive | $90.00 |
| Geraldine Broggy, Account Coordinator | $65.00 |

# # #

B-3

M0067207221

EXHIBIT "C"

## Merck Discount

The Agency shall submit all invoices to reflect the Merck discount. All invoices shall be submitted on a monthly basis and shall cover the time spent by the Agency on each assignment and all expenses for the Agency's services under this Agreement for the preceding month. All invoices must include a subtotal of all monthly fees. The Merck discount will be immediately deducted from all monthly fee subtotals to yield the total amount due to the Agency. This discount will be directly applied to all monthly invoices and shall not take the form of any credit or rebate to Merck.

Merck Discount:  8%

C-1

M06720723

February 12, 1999

# 1999 PUBLIC AFFAIRS
# BUDGET FOR FOSAMAX

| ACTIVITIES | FEE | OOP | TOTAL |
|---|---|---|---|
| **PATIENT EVALUATION** | | | |
| <u>SWIO National Activities</u> | $54,000 | $21,000 | $75,000 |
| *Monitoring BMMA Implementation* Monitor carrier policies and compliance, implementation; advocate for interim/permanent ICD-9 code for estrogen deficiency; organize letter writing campaign to carriers, HCFA (if necessary); mount consumer action campaigns in targeted states (note: state campaigns will require more funding – see "unfunded activities"); update HCFA, HHS, others as necessary. Continue to distribute SWIO turn-key education kit on BMMA to educate Medicare beneficiaries on osteoporosis and the new Medicare benefit | | | |
| <u>SWIO State Advocacy</u> | $292,500 | $107,500 | $400,000 |
| *Planning and Counsel* Interact with SWIO organizations, report to Merck, develop customized state plans/activities; includes working with states with education programs and gubernatorial offices to encourage testing; create SWIO organizations in pull-through states; exhibiting at state legislator, ASTCDPD, SWIO member state conferences ($5,000/month) | $50,000 | $10,000 | $60,000 |

M00672072 4

Note:  Following is a preliminary outline of target states and budgets; Final state activities will be determined and funds allocated when target states are selected and approved.

| | | | |
|---|---|---|---|
| **California:**  Grassroots support for pending establishment of an osteoporosis education program and funds to support it; pull-through of program once established; focus on testing messages and BMMA promotion | $35,000 | $15,000 | $50,000 |
| **New York:**  Lobby governor for support of appropriation; initialize grassroots support for appropriation | $35,000 | $15,000 | $50,000 |
| **Florida:**  Organize grassroots support for appropriation; conduct BMMA pull-through | $40,000 | $20,000 | $60,000 |
| **Texas:**  Focus the established program on testing messages; initiate BMMA pull-through | $45,000 | $20,000 | $65,000 |
| **Illinois:**  Work with established osteoporosis program on pull-through, focus on testing messages and BMMA promotion; Work with gov's spouse's women's health initiative | $35,000 | $10,000 | $45,000 |
| **Pennsylvania:**  Conduct pull-through for already established osteoporosis program; work with state dept. on testing messages and BMMA promotion. | $30,000 | $10,000 | $40,000 |
| **North Carolina:**  Focus state program on testing messages and BMMA promotion | $22,500 | $7,500 | $30,000 |
| **ASTCDPD** | --- | $50,000 | $50,000 |

Continue to promote BMD testing through the Women's Health Council of the Association of State and Territorial Chronic Disease Program Directors

M00672072S

## PATIENT EVALUATION (CONTINUED)

### NATIONAL CAMPAIGN

### Media Campaign

| | | | |
|---|---|---|---|
| **Spokespersons** | $30,000 | $424,000 | $454,000 |
| Honorarium for Debbie Reynolds covering national plus 5-city media tour (6 days total), travel days, media training, b-roll shoot, national media | ---- | $400,000 | $400,000 |
| Research on well-known spokesperson; coordination, participation in meetings with representatives; includes costs for Greg Coram | $15,000 | $12,000 | $27,000 |
| Identifying and arranging physicians in 6 cities | $15,000 | $3,000 | $18,000 |
| Physician honorarium for 1 day in each of 6 cities (assumes $1,500 per day) | --- | $9,000 | $9,000 |
| **Sponsorship Payment to NOF/OWL** | --- | $50,000 | $50,000 |
| Payment to NOF, OWL for acting as SWIO coordinators ($25,000 per organization) | | | |

M0067207726

## PATIENT EVALUATION (CONTINUED)

| | | | |
|---|---|---|---|
| **Media Tour** | $164,000 | $237,000 | $401,000 |
| Conduct national media outreach, media tour in 5 cities plus national outlet (6 total), includes media outreach in local markets, tapes, transcripts, compilation reel and reports | $120,000 | $60,000 | $180,000 |
| Conduct SMT and develop b-roll package, includes vendor fees, beta dubs | $20,000 | $65,000 | $85,000 |
| Conduct media training for Debbie Reynolds, 6 local spokespersons, physician honoraria ($1,500 per day). | $6,000 | $40,000 | $46,000 |
| Travel/lodging in 6 cities, including coordination of arrangements, meals and expenses for 2 Ogilvy staffers | $18,000 | $72,000 | $90,000 |
| **Materials Development/Distribution** | $35,000 | $15,000 | $50,000 |
| Develop/distribute press kit, including: profile of celebrity, press release, osteoporosis fact sheet, SWIO backgrounder, physician bios, black and white photo(s) | | | |

## PATIENT EVALUATION (CONTINUED)

| | | | |
|---|---|---|---|
| Governors' Spouses Program | $187,000 | $210,000 | $397,000 |
| Work with hi-profile spouses to involve them in partnership activities including public service announcements, posters, testing days at state capitols, and osteoporosis testing/presentations | $30,000 | $7,500 | $37,500 |
| Develop, distribute osteoporosis materials including state/spouse-specific PSAs, posters (3 states) | $87,000 | $170,000 | $257,000 |
| Coordinate state Capitol testing days in to 2 key states; publicize through media; offer BMD testing at event, photograph for media; materials; one Ogilvy staffer at each event (assumes BMD testing paid for out of separate budget) | $50,000 | $27,500 | $77,500 |
| Develop, distribute osteoporosis presentations for Govs' spouses to use in their states (5 states) | $20,000 | $5,000 | $25,000 |
| National Testing Week | $85,000 | $233,000 | $318,000 |
| Prevention Advertorial: 4-page advertorial in the Masters edition, 1 million reprints, editorial copy on osteoporosis in the magazine, coordination with Spirit of Women hospitals for testing events, collateral materials, including posters, press release, reprints | $15,000 | $193,000 | $208,000 |
| Prevention Survey: Conduct national media outreach on Prevention survey; do SMT, community news feature using survey results, highlight activities through SWIO groups (assumes news release prepared by Prevention) | $70,000 | $40,000 | $110,000 |

M006720728

## TREATMENT CHOICE

| | | | |
|---|---|---|---|
| **Medical Meeting/Publication Support** | **$150,000** | **$100,000** | **$250,000** |
| *Medical Meeting*<br>Develop materials, conduct extensive media outreach for ASBMR and ACR (includes meeting attendance; does not include PR Newswire) | $75,000 | $50,000 | $125,000 |
| *Publication Support*<br>Develop strategies, messages, materials and conduct consumer, business, trade media outreach to support publication of clinical study data; publications could include FOSIT, FIT GI safety, FIT hospitalization, male osteoporosis, 5-yr treatment data, FIT 4-year label (does not include PR Newswire) | $75,000 | $50,000 | $125,000 |
| **New Indication** | **$55,000** | **$20,000** | **$75,000** |
| Update strategy, messages, materials, distribution (does not include VNR) | $15,000 | $8,000 | $23,000 |
| Provide honoraria for national spokesperson(s) for day of launch (assumes 1 spokesperson at $1,500/day) | — | $2,000 | $2,000 |
| Conduct extensive media outreach including trades, business, and consumer outlets | $40,000 | $10,000 | $50,000 |
| **Managing Competition, Safety** | **$50,000** | **$25,000** | **$75,000** |
| Develop spokesperson contacts; media train as necessary; prepare strategy, responses, brief, cultivate top-tier reporters; monitor competitor activities | | | |
| **Consumer Media Outreach** | **$25,000** | **$5,000** | **$30,000** |
| Media outreach to targeted consumer outlets; develop special features | | | |

MDL0672072 9

## ACCOUNT STANDARDS

| | | | |
|---|---|---|---|
| **SWIO Coalition Building** | $45,000 | $5,000 | $50,000 |

Brief NOF, OWL, member groups on past success, future plans; continue to manage relationships with NOF and OWL; coordinate communications, activities among members; organize SWIO Task Forces, convene meetings and/or conference calls to implement specific activities, as needed; draft and distribute periodic member updates

| | | | |
|---|---|---|---|
| **Special Projects/Opportunities Assessment** | $150,000 | $50,000 | $200,000 |

Provide ongoing counsel/assistance for Public Affairs efforts outside current activities; identify and evaluate communications opportunities; attend client meetings

| | | | |
|---|---|---|---|
| **Administration** | $50,000 | $25,000 | $75,000 |

Process monthly invoices; draft activity reports; includes copies, phone, fax, courier services, etc.

| | | | |
|---|---|---|---|
| **Media Monitoring** | $50,000 | $50,000 | $100,000 |

Includes regular review of publications, ad-hoc media research, financial tracking to ensure brand positioning, purchase of media reports/transcripts

M006720730

| | | | |
|---|---|---|---|
| **PROGRAM TOTAL** | $1,422,500 | $1,627,500 | $3,050,000 |

**DWJ Costs**
b-roll, SMT for celebrity campaign; $90,000
SMT for Prevention survey

**Greg Coram Costs**
media training physicians in 6 cities, $60,000
training for Debbie Reynolds,
recruitment trip to LA; media training
for physicians on safety issues

| | | | |
|---|---|---|---|
| **TOTAL OGILVY BUDGET FOR FOSAMAX** | $1,422,500 | $1,477,500 | $2,900,000 |

MO06720731

# ADDITIONAL UNFUNDED ACTIVITIES

| ACTIVITIES | FEE | OOP | TOTAL |
|---|---|---|---|

## PATIENT EVALUATION

| | FEE | OOP | TOTAL |
|---|---|---|---|
| **SWIO National Activities**<br>***Monitoring BMMA Implementation: Targeted State Grassroots Campaigns***<br><br>As necessary, in targeted states that refuse to comply with BMMA, mount full-scale grassroots consumer action campaigns (assumes campaigns in 3 states at $60,000 per state) | $120,000 | $60,000 | $180,000 |
| **SWIO State Advocacy** | $37,500 | $7,500 | $45,000 |
| **Ohio:** TBD | $12,500 | $2,500 | $15,000 |
| **Georgia:** TBD | $12,500 | $2,500 | $15,000 |
| **New Jersey:** TBD | $12,500 | $2,500 | $15,000 |
| **Extending the Florida Model**<br>Develop a model program based on FL's Project Osteoporosis; conduct extensive outreach to targeted states' departments of elder affairs; send introductory mailings; develop, disseminate turn-key kits to demonstrate tactics and evaluation tools; hold SWIO-sponsored meeting at annual meeting of elder affairs secretaries/officials | $62,000 | $18,000 | $80,000 |
| **Expanding BMD Coverage: MCOs**<br><br>Develop materials, quality standards for NCQA guidelines; identify MCOs to target; set up meetings and mount grassroots campaigns to 3 largest MCOs; repackage TBG MCO materials, acknowledge and publicize MCOs that offer BMD; sponsor SWIO exhibits at MCO meetings | $80,000 | $20,000 | $100,000 |

M006720732

| | | | |
|---|---|---|---|
| **SWIO Testing Program** <br> Work with Merck to create a system for linking testing machines for SWIO member meetings; coordinate testing programs nationwide at up to 5 key meetings; 1 Ogilvy staffer for 3 days/event (assumes machines paid for out of separate budget | $75,000 | $50,000 | $125,000 |
| **National Testing Week** <br> Mailing of advertorial to other Rodale Press subscribers 50+ | TBD | TBD | TBD |
| Coordinate testing day proclamations state-by-state; hold briefings to update govt. agencies and SWIO groups on N.O.R.A. | $75,000 | $25,000 | $100,000 |
| Distribute Prevention collateral materials to non-Spirit of Women hospitals in 15 markets | TBD | TBD | TBD |
| **Education Initiative** <br> Develop an educational video/workshop on osteoporosis, BMD and BMMA; partner with Alliance for Aging Research/Senior Network/ National Council on the Aging/other groups to distribute; promote activities through SWIO senior groups | $125,000 | $125,000 | $250,000 |
| **Prime Time Placements** <br> Work to place Fosamax on prime time television programs. Includes evaluation of appropriate television shows, providing background information to show executives, coordinating story line development, reviewing scripts, working with show consultant, vendor fee, initial consultation fee, securing show, organizational meeting. *Cost assumes successful placement. Does not include media extensions to promote show.* | $25,000 | $65,000 | $90,000 |

M0067201733

**1999 PUBLIC AFFAIRS FOR PROPECIA®
PROGRAM OVERVIEW**

## Hats Off Charity Challenge for Propecia

*A year-long contest among professional baseball players to increase awareness of men's hair loss and Propecia and to raise money for the players' favorite charities.* A group of five to seven Major League Baseball players with male pattern hair loss will be recruited to participate in a contest to stop further hair loss or regrow hair with Propecia. A physician "umpire" will evaluate the players at the beginning and end of the contest.

The contest is designed to showcase high-profile users and communicate that it's acceptable for men to be concerned about their hair loss and that Propecia is an easy, effective treatment for male pattern hair loss. Merck will make a donation to a charity chosen by each participating player, and the player with the best results will win an additional donation for his charity at the end of the contest.

The contest will be promoted nationally on three separate occasions. A "kickoff" media event will introduce the program in the summer of 1999. An end-of-the-season video news release in the fall of 1999 will provide an update on the players' progress. The winner will be announced in spring/summer of 2000. In addition, a local event will be conducted in each player's home city featuring the player and his charity.

FEE:  $540,000
OOP:  $216,000

## Men and Their Appearance

*A media relations program based on a survey of different generations of men and their attitudes toward appearance issues including hair loss.* The survey results would be released as part of a branded consumer media outreach effort in conjunction with Father's Day, a time when the broader consumer media pay more attention to men's issues.

A high-profile expert on men's issues and a dermatologist would serve as spokespeople. Program initiatives include interviews via satellite, a drive-time radio media tour, a video news release, a press kit containing a press release, survey fact sheet and *USA Today*-style graphics, and outreach to national and local print media.

FEE:  $162,500
OOP:  $62,500

1

M006720734

**The Male Stress Syndrome**

*A media relations program promoting the re-release of Dr. Georgia Witkin's book The Male Stress Syndrome (3rd ed.)* The tour will focus on issues men have about going to and talking to a doctor and will highlight the benefits of prevention and treatment for conditions including hair loss.  Program initiatives include interviews via satellite, media tours in three top markets for Propecia, drive-time radio media tour and outreach to national and local print media.

FEE:  $185,000
OOP:  $90,000

**Public Affairs at the Local Level**

*A series of initiatives designed to generate media opportunities by expanding physician relationships and providing them with tools to implement local public relations efforts.* The Physicians Tool Kit for Propecia, scheduled to be launched in the second quarter, will provide advocate physicians with tools to build their practice through media relations.  In addition, the physician advocate network will receive regular updates on '99 consumer outreach initiatives for Propecia, such as Men and Their Appearance and The Male Stress Syndrome, to prepare them for possible media requests.

As part of the local market initiatives, Propecia in the Gym creates practice-building opportunities for advocate physicians.  Partnering with a national fitness club, Merck would host hair loss consultation events featuring local market physicians. In 1999, a pilot program will be conducted in a top market and input from the pilot program will be used to develop a turnkey program for implementation by fitness clubs around the country in 2000.

FEE:  $165,000
OOP:  $167,500

**Hair Care Professionals**

*Media relations program, targeted at hair care professionals, designed to reinforce product messages, aid retention and develop a base of neutral-to-active supporters for Propecia.*  In addition to a tailored press kit, consumer outreach press materials, such as Men and Their Appearance and SID press releases, will be adapted and distributed to the hair care trade media.

FEE:  $40,000
OOP:  $10,000

2

MO06720735

## Medical Meetings

*Medical meetings will be leveraged to reinforce the efficacy of Propecia and increase awareness of male pattern hair loss.* The presentation of phototrichogram data at the SID annual meeting (Chicago 5/5-9) and/or AAD summer meeting (NYC, 7/28-8/1) will be supported by a media outreach campaign targeting national and local consumer media as well as professional media.

FEE: $160,000
OOP: $55,000

## Stress About Less VNR

*A video news release highlighting the Stress About Less survey results distributed the week before Valentine's Day.* The unbranded VNR had a Valentine's spin and communicated to men that it's OK to care about/act against hair loss.

FEE: $15,000
OOP: $5,000

## Planning and Counsel/Program Administration/Media Monitoring

Includes general program planning and budgeting, strategic counsel, Merck meetings, internal team meetings, inter-agency meetings, daily media monitoring activities, preparing monthly media reports, activity reports and billing.

FEE: $339,000
OOP: $82,500

3

MDO6720736

**1999 Public Affairs Budget for Vioxx**
**Allocation Total:   $1.8 million**

| Core Event/Activities | Fee | OOP | Vendor | Total |
|---|---|---|---|---|
| **ESTABLISH AS BEST COX-2** | | | | |
| **ASCPT/DDW/Leveraging Science: Differentiating VIOXX** | **$300,000** | **$45,000** | **$155,000** | **$500,000** |
| | $300,000 | $45,000 | $155,000 | $500,000 |
| Development of media plans, consultation on materials development (Merck to develop press releases), contribution to supporting materials and media outreach for medical meetings (4) and publications (3). Includes travel to ACR for 2 Ogilvy staffers. Assumes Merck to develop press releases and 3 VNRs @ $40,000 each.  Includes costs for PRNewswire assuming $1,000 per release pre-launch (3) and $8,000 per release post-launch with labeling (4) | | | | |
| **Advisory Committee Meeting** | **$35,000** | **$7,500** | **$55,000** | **$97,500** |
| Strategy and message development; communications skills training for Merck and outside investigators (3); conduct media outreach in advance of and following meeting; assumes attendance of one Ogilvy staffer | $25,000 | $7,500 | $15,000 | $47,500 |
| Consult on the development of media materials, including VNR/b-roll package | $10,000 | | $40,000 | $50,000 |
| **Approval of VIOXX** | **$274,500** | **$173,000** | **$140,000** | **$587,500** |
| Strategy, plan and message development | $10,000 | | | $10,000 |
| Advise on materials development, including VNR; includes development of supporting materials (e.g., media alerts, pitch letters) for two-tiered announcement | $25,000 | | $40,000 | $65,000 |
| Coordinate communications skills training for national and top-20 market spokespersons. Assumes Ogilvy attendance at 10 sessions, travel expenses of $2,000 per market. | $25,000 | $20,000 | $100,000 | $145,000 |
| Provide honoraria for national and local spokespersons (assumes $1,500 per day for 20 doctors, plus $10,000 for video shoots, telephone briefing, trials site events, and additional appearances) | $1,500 | $40,000 | | $41,500 |

MO0672073?

## 1999 PUBLIC AFFAIRS FOR PROPECIA®
### PROGRAM OVERVIEW

### Hats Off Charity Challenge for Propecia

*A year-long contest among professional baseball players to increase awareness of men's hair loss and Propecia and to raise money for the players' favorite charities.* A group of five to seven Major League Baseball players with male pattern hair loss will be recruited to participate in a contest to stop further hair loss or regrow hair with Propecia. A physician "umpire" will evaluate the players at the beginning and end of the contest.

The contest is designed to showcase high-profile users and communicate that it's acceptable for men to be concerned about their hair loss and that Propecia is an easy, effective treatment for male pattern hair loss. Merck will make a donation to a charity chosen by each participating player, and the player with the best results will win an additional donation for his charity at the end of the contest.

The contest will be promoted nationally on three separate occasions. A "kickoff" media event will introduce the program in the summer of 1999. An end-of-the-season video news release in the fall of 1999 will provide an update on the players' progress. The winner will be announced in spring/summer of 2000. In addition, a local event will be conducted in each player's home city featuring the player and his charity.

FEE:  $540,000
OOP:  $216,000

### Men and Their Appearance

*A media relations program based on a survey of different generations of men and their attitudes toward appearance issues including hair loss.* The survey results would be released as part of a branded consumer media outreach effort in conjunction with Father's Day, a time when the broader consumer media pay more attention to men's issues.

A high-profile expert on men's issues and a dermatologist would serve as spokespeople. Program initiatives include interviews via satellite, a drive-time radio media tour, a video news release, a press kit containing a press release, survey fact sheet and *USA Today*-style graphics, and outreach to national and local print media.

FEE:  $162,500
OOP:  $62,500

1

M00672073B

**The Male Stress Syndrome**

*A media relations program promoting the re-release of Dr. Georgia Witkin's book The Male Stress Syndrome (3rd ed.)* The tour will focus on issues men have about going to and talking to a doctor and will highlight the benefits of prevention and treatment for conditions including hair loss. Program initiatives include interviews via satellite, media tours in three top markets for Propecia, drive-time radio media tour and outreach to national and local print media.

FEE: $185,000
OOP: $90,000

**Public Affairs at the Local Level**

*A series of initiatives designed to generate media opportunities by expanding physician relationships and providing them with tools to implement local public relations efforts.* The Physicians Tool Kit for Propecia, scheduled to be launched in the second quarter, will provide advocate physicians with tools to build their practice through media relations. In addition, the physician advocate network will receive regular updates on '99 consumer outreach initiatives for Propecia, such as Men and Their Appearance and The Male Stress Syndrome, to prepare them for possible media requests.

As part of the local market initiatives, Propecia in the Gym creates practice-building opportunities for advocate physicians. Partnering with a national fitness club, Merck would host hair loss consultation events featuring local market physicians. In 1999, a pilot program will be conducted in a top market and input from the pilot program will be used to develop a turnkey program for implementation by fitness clubs around the country in 2000.

FEE: $165,000
OOP: $167,500

**Hair Care Professionals**

*Media relations program, targeted at hair care professionals, designed to reinforce product messages, aid retention and develop a base of neutral-to-active supporters for Propecia.* In addition to a tailored press kit, consumer outreach press materials, such as Men and Their Appearance and SID press releases, will be adapted and distributed to the hair care trade media.

FEE: $40,000
OOP: $10,000

2

M00672073 9

## Medical Meetings

*Medical meetings will be leveraged to reinforce the efficacy of Propecia and increase awareness of male pattern hair loss.* The presentation of phototrichogram data at the SID annual meeting (Chicago 5/5-9) and/or AAD summer meeting (NYC, 7/28-8/1) will be supported by a media outreach campaign targeting national and local consumer media as well as professional media.

FEE:  $160,000
OOP:  $55,000

## Stress About Less VNR

*A video news release highlighting the Stress About Less survey results distributed the week before Valentine's Day.* The unbranded VNR had a Valentine's spin and communicated to men that it's OK to care about/act against hair loss.

FEE:  $15,000
OOP:  $5,000

## Planning and Counsel/Program Administration/Media Monitoring

Includes general program planning and budgeting, strategic counsel, Merck meetings, internal team meetings, inter-agency meetings, daily media monitoring activities, preparing monthly media reports, activity reports and billing.

FEE:  $339,000
OOP:  $82,500

3

MDO6720740

| | | | |
|---|---|---|---|
| Coordinate spokesperson availability for 20 physicians and patients (as appropriate) in local markets, including liaison with PR departments at institutions | $8,500 | $1,500 | $10,000 |
| Coordinate telephone media briefing with 1-2 national investigators and Merck senior researcher; develop media alert, talking points; conduct rehearsal | $10,000 | $1,500 | $11,500 |
| Create photo for distribution to more than 400 outlets via BusinessWire/AP Photo Express | $2,000 | $4,000 | $6,000 |
| Develop radio script and identify physician soundbite for distribution to more than 4,000 local stations, includes follow-up in top 20 markets | $2,500 | $6,000 | $8,500 |
| Develop community news feature for distribution to more than 10,000 local newspapers, senior newsletters and community publications | $5,000 | $10,000 | $15,000 |
| Conduct extensive media outreach, including advance discussions with network news and morning shows, intensive short-lead media contact the day of the announcement and outreach to long-lead consumer and trade reporters following the announcement | $55,000 | $10,000 | $65,000 |
| Conduct trial site briefings in conjunction with investigator institutions; plan program agenda, presentation and work with investigators, hospital PR departments; promote event to local media and coordinate invitations to AIM partners.  Assumes 10 trial sites with $2,500 grant to each.  Assumes Ogilvy staff attendance at 3 top sites. | $75,000 | $50,000 | $125,000 |
| Conduct "Women and Pain" media roundtable for long-lead media; develop plan and agenda for the event; event planning and rehearsal; A/V equipment, technician, catering; recruit speakers, assist with remarks, provide travel and honoraria; agency staffing; develop materials, invitation and conduct media outreach.  Includes travel and honoraria for 3 speakers at $5,000 each. | $55,000 | $30,000 | $85,000 |

MO06720741

## EDUCATE AND MOTIVATE CONSUMERS

| Targeting Vital Partners | $90,000 | $30,000 | | $120,000 |
|---|---|---|---|---|
| Identify influential third parties, create presentation/recommendation, and meet with select groups to discuss relevance of program to their memberships. Includes attendance and travel of two Ogilvy staffers at 8 meetings | $75,000 | $25,000 | | $100,000 |
| Develop media list of primary and secondary groups' newsletters and other communication vehicles; provide materials on VIOXX, conduct follow-up | $15,000 | $5,000 | | $20,000 |

| Taking A.I.M Against Pain | $110,000 | $200,000 | | $310,000 |
|---|---|---|---|---|
| Arrange meeting of representatives of Clinical and Consumer Advisors to outline development of AIM materials to enable consumers to evaluate their pain, offer ways to reduce the burden of their pain and suggest ways for enhancing their quality of life (e.g., pain diary, pain scale). Develop, design materials and circulate for board approval and sign off. Includes logistics, accommodations for 8 participants and two Ogilvy staffers; administrative grant of $15,000 per organization | $60,000 | $140,000 | | $200,000 |
| Develop AIM educational package (program guide, video, brochure); distribute 5,000 kits to AIM member organizations. *Does not include 800# and fulfillment costs for distribution of branded materials upon request, printing of brochure included in media outreach* | $50,000 | $60,000 | | $110,000 |

| Arthritis Education Day: Pain *Prevention* | $35,000 | $5,000 | $350,000 | $390,000 |
|---|---|---|---|---|
| Build partnership with Prevention magazine to create education program in conjunction with the Arthritis Foundation and retail pharmacy outlet (e.g., Wal-Mart); includes advertorial and turn-key education program for implementation by AF chapters in Wal-Mart stores nationwide; costs for program with Prevention estimated | $35,000 | $5,000 | $350,000 | $390,000 |

MO0672074Z

## ACCOUNT STANDARDS

| VIT/Agency Integration Meetings | $40,000 | $20,000 | | $60,000 |
|---|---|---|---|---|
| Prepare for and attend agency integration meetings; includes travel | $40,000 | $20,000 | | $60,000 |

| Opportunities Assessment | $150,000 | $50,000 | | $200,000 |
|---|---|---|---|---|
| Provide ongoing counsel to Public Affairs; identify and evaluate communications opportunities; attend client meetings | $150,000 | $50,000 | | $200,000 |

| Administration | $35,000 | $5,000 | | $40,000 |
|---|---|---|---|---|
| Process monthly invoices; draft activity reports; includes copies, phone, fax, courier services, FedEx | $35,000 | $5,000 | | $40,000 |

| Media Monitoring | $50,000 | $50,000 | | $100,000 |
|---|---|---|---|---|
| Includes daily review of print and broadcast stories, ad-hoc media research, purchase of media reports/transcripts, production of monthly media results reports. | $50,000 | $50,000 | | $100,000 |

| Program Development and Presentation | $60,000 | $15,000 | | $75,000 |
|---|---|---|---|---|
| Includes development of programs and budget for 1999, creation of visuals, presentations; begin planning for 2000 if budget allows | $60,000 | $15,000 | | $75,000 |

| PROGRAM TOTAL | $1,179,500 | $600,500 | $700,000 | $2,480,000 |
|---|---|---|---|---|

M006720743

## ADDITIONAL ACTIVITIES

## ESTABLISH AS BEST COX-2

| Merck's Vision for VIOXX | $20,000 | $5,000 | | $25,000 |
|---|---|---|---|---|
| Identify/assess opportunities for business news; develop materials, including statements, Q&As and conduct media outreach, as appropriate; identify spokesperson contacts | $20,000 | $5,000 | | $25,000 |

## EDUCATE AND MOTIVATE CONSUMERS

| AIMing Far and Wide: Media Outreach | $213,000 | $302,000 | $65,000 | $580,000 |
|---|---|---|---|---|
| Plan development, research on well-known spokesperson; recruitment; media training. Ogilvy to attend | $20,000 | $5,000 | $5,000 | $30,000 |
| Honorarium for nationally-known pain expert spokesperson for 10 days covering national plus 5-city media tour (6 total), travel days, media training, national media. Assumes $10,000 per day | | $100,000 | | $100,000 |
| Conduct national media outreach, media tour in cities plus national outlet (6 total), includes media outreach in local markets, tapes, transcripts, compilation reel and reports | $120,000 | $60,000 | | $180,000 |
| Conduct SMT, develop b-roll/VNR package, dubs | $15,000 | $5,000 | $60,000 | $80,000 |
| Travel/lodging in 6 cities, including coordination of arrangements, meals, expenses for 2 Ogilvy staffers | $18,000 | $72,000 | | $90,000 |
| Develop/distribute press kit including: profile of pain expert, press release, AIM and group fact sheet. Includes printing of 100,000 copies of AIM brochure, shipping to fulfillment house. Does not include fulfillment costs or follow-up mailing of branded information upon request | $40,000 | $60,000 | | $100,000 |

| Attacking Potential Barriers: Third-Party Advocacy | $45,000 | $5,000 | | $50,000 |
|---|---|---|---|---|
| Work with Merck Government Relations and clinical advisors to identify key advocacy groups and problem states; initiate one-on-one recruitment meetings and follow-up strategy session to develop plan to increase access, monitor patient access; activate plan in key states as appropriate | $45,000 | $5,000 | | $50,000 |

MO06720744

## DRIVE LONG-TERM GROWTH

| | | | | |
|---|---|---|---|---|
| **Communicating the Issue: Pain Management in Elderly** | **$80,000** | **$20,000** | | **$100,000** |
| Develop plans, materials and conduct media outreach as appropriate for studies in the elderly. Coordinate interviews through investigators to identify patients. | $50,000 | $10,000 | | $60,000 |
| Develop materials and conduct media outreach to leverage research demonstrating physician reluctance to prescribe NSAIDs for elderly. Coordinate interviews for third-party thoughtleaders to communicate issue. | $30,000 | $10,000 | | $40,000 |

## ESTABLISH COX-2 INHIBITORS

| | | | | |
|---|---|---|---|---|
| **The "Boomer" Lifestyle: Book Author Tour** | **$165,000** | **$35,000** | **$90,000** | **$290,000** |
| Identify and contact appropriate author, conduct media training; develop press materials including release, fact sheet, messages; conduct SMT/RMT and local market media tours in 3 cities, as well as national media outreach. Assumes 2 Ogilvy staffers accompany author. Travel and accommodations included. Fee for author at $100,000. | $165,000 | $35,000 | $90,000 | $290,000 |
| **Getting on the Small Screen** | **$25,000** | **$5,000** | **$60,000** | **$90,000** |
| Work to develop an NSAID-induced gastropathy storyline on a television program (e.g., ER, Chicago Hope); includes evaluation of appropriate television shows, providing background information to show executives, coordinating story line development, reviewing scripts, working with show consultant, vendor fee, initial consultation fee, securing show, organizational meeting. Cost assumes successful placement. Does not include media extensions to promote show. | $25,000 | $5,000 | $60,000 | $90,000 |

| | | | | |
|---|---|---|---|---|
| **TOTAL UNFUNDED ACTIVITIES** | **$548,000** | **$372,000** | **$215,000** | **$1,135,000** |

MDC6720745

**1999 Public Affairs Budget for Vioxx**
**Allocation Total:   $1.8 million**

| Core Event/Activities | Fee | OOP | Vendor | Total |
|---|---|---|---|---|
| **ESTABLISH AS BEST COX-2** | | | | |
| **ASCPT/DDW/Leveraging Science: Differentiating VIOXX** | **$300,000** | **$45,000** | **$155,000** | **$500,000** |
| | $300,000 | $45,000 | $155,000 | $500,000 |
| Development of media plans, consultation on materials development (Merck to develop press releases), contribution to supporting materials and media outreach for medical meetings (4) and publications (3). Includes travel to ACR for 2 Ogilvy staffers.  Assumes Merck to develop press releases and 3 VNRs @ $40,000 each.  Includes costs for PRNewswire assuming $1,000 per release pre-launch (3) and $8,000 per release post-launch with labeling (4) | | | | |
| **Advisory Committee Meeting** | **$35,000** | **$7,500** | **$55,000** | **$97,500** |
| Strategy and message development; communications skills training for Merck and outside investigators (3); conduct media outreach in advance of and following meeting; assumes attendance of one Ogilvy staffer | $25,000 | $7,500 | $15,000 | $47,500 |
| Consult on the development of media materials, including VNR/b-roll package | $10,000 | | $40,000 | $50,000 |
| **Approval of VIOXX** | **$274,500** | **$173,000** | **$140,000** | **$587,500** |
| Strategy, plan and message development | $10,000 | | | $10,000 |
| Advise on materials development, including VNR; includes development of supporting materials (e.g., media alerts, pitch letters) for two-tiered announcement | $25,000 | | $40,000 | $65,000 |
| Coordinate communications skills training for national and top-20 market spokespersons. Assumes Ogilvy attendance at 10 sessions, travel expenses of $2,000 per market. | $25,000 | $20,000 | $100,000 | $145,000 |
| Provide honoraria for national and local spokespersons (assumes $1,500 per day for 20 doctors, plus $10,000 for video shoots, telephone briefing, trials site events, and additional appearances) | $1,500 | $40,000 | | $41,500 |

M006720746

| | | | |
|---|---|---|---|
| Coordinate spokesperson availability for 20 physicians and patients (as appropriate) in local markets, including liaison with PR departments at institutions | $8,500 | $1,500 | $10,000 |
| Coordinate telephone media briefing with 1-2 national investigators and Merck senior researcher; develop media alert, talking points; conduct rehearsal | $10,000 | $1,500 | $11,500 |
| Create photo for distribution to more than 400 outlets via BusinessWire/AP Photo Express | $2,000 | $4,000 | $6,000 |
| Develop radio script and identify physician soundbite for distribution to more than 4,000 local stations, includes follow-up in top 20 markets | $2,500 | $6,000 | $8,500 |
| Develop community news feature for distribution to more than 10,000 local newspapers, senior newsletters and community publications | $5,000 | $10,000 | $15,000 |
| Conduct extensive media outreach, including advance discussions with network news and morning shows, intensive short-lead media contact the day of the announcement and outreach to long-lead consumer and trade reporters following the announcement | $55,000 | $10,000 | $65,000 |
| Conduct trial site briefings in conjunction with investigator institutions; plan program agenda, presentation and work with investigators, hospital PR departments; promote event to local media and coordinate invitations to AIM partners.  Assumes 10 trial sites with $2,500 grant to each.  Assumes Ogilvy staff attendance at 3 top sites. | $75,000 | $50,000 | $125,000 |
| Conduct "Women and Pain" media roundtable for long-lead media; develop plan and agenda for the event; event planning and rehearsal; A/V equipment, technician, catering; recruit speakers, assist with remarks, provide travel and honoraria; agency staffing; develop materials, invitation and conduct media outreach.  Includes travel and honoraria for 3 speakers at $5,000 each. | $55,000 | $30,000 | $85,000 |

MOO6720747

## EDUCATE AND MOTIVATE CONSUMERS

| Targeting Vital Partners | $90,000 | $30,000 | | $120,000 |
|---|---|---|---|---|
| Identify influential third parties, create presentation/recommendation, and meet with select groups to discuss relevance of program to their memberships. Includes attendance and travel of two Ogilvy staffers at 8 meetings | $75,000 | $25,000 | | $100,000 |
| Develop media list of primary and secondary groups' newsletters and other communication vehicles; provide materials on VIOXX, conduct follow-up | $15,000 | $5,000 | | $20,000 |

| Taking A.I.M Against Pain | $110,000 | $200,000 | | $310,000 |
|---|---|---|---|---|
| Arrange meeting of representatives of Clinical and Consumer Advisors to outline development of AIM materials to enable consumers to evaluate their pain, offer ways to reduce the burden of their pain and suggest ways for enhancing their quality of life (e.g., pain diary, pain scale). Develop, design materials and circulate for board approval and sign off. Includes logistics, accommodations for 8 participants and two Ogilvy staffers; administrative grant of $15,000 per organization | $60,000 | $140,000 | | $200,000 |
| Develop AIM educational package (program guide, video, brochure); distribute 5,000 kits to AIM member organizations. *Does not include 800# and fulfillment costs for distribution of branded materials upon request, printing of brochure included in media outreach* | $50,000 | $60,000 | | $110,000 |

| Arthritis Education Day: Pain *Prevention* | $35,000 | $5,000 | $350,000 | $390,000 |
|---|---|---|---|---|
| Build partnership with Prevention magazine to create education program in conjunction with the Arthritis Foundation and retail pharmacy outlet (e.g., Wal-Mart); includes advertorial and turn-key education program for implementation by AF chapters in Wal-Mart stores nationwide; costs for program with Prevention estimated | $35,000 | $5,000 | $350,000 | $390,000 |

MD060720748

## ACCOUNT STANDARDS

| | | | |
|---|---|---|---|
| **VIT/Agency Integration Meetings** | $40,000 | $20,000 | $60,000 |
| Prepare for and attend agency integration meetings; includes travel | $40,000 | $20,000 | $60,000 |
| **Opportunities Assessment** | $150,000 | $50,000 | $200,000 |
| Provide ongoing counsel to Public Affairs; identify and evaluate communications opportunities; attend client meetings | $150,000 | $50,000 | $200,000 |
| **Administration** | $35,000 | $5,000 | $40,000 |
| Process monthly invoices; draft activity reports; includes copies, phone, fax, courier services, FedEx | $35,000 | $5,000 | $40,000 |
| **Media Monitoring** | $50,000 | $50,000 | $100,000 |
| Includes daily review of print and broadcast stories, ad-hoc media research, purchase of media reports/transcripts, production of monthly media results reports. | $50,000 | $50,000 | $100,000 |
| **Program Development and Presentation** | $60,000 | $15,000 | $75,000 |
| Includes development of programs and budget for 1999, creation of visuals, presentations; begin planning for 2000 if budget allows | $60,000 | $15,000 | $75,000 |

| **PROGRAM TOTAL** | $1,179,500 | $600,500 | $700,000 | $2,480,000 |
|---|---|---|---|---|

MDL672074

## ADDITIONAL ACTIVITIES

### ESTABLISH AS BEST COX-2

| Merck's Vision for VIOXX | $20,000 | $5,000 | | $25,000 |
|---|---|---|---|---|
| Identify/assess opportunities for business news; develop materials, including statements, Q&As and conduct media outreach, as appropriate; identify spokesperson contacts | $20,000 | $5,000 | | $25,000 |

### EDUCATE AND MOTIVATE CONSUMERS

| AIMing Far and Wide: Media Outreach | $213,000 | $302,000 | $65,000 | $580,000 |
|---|---|---|---|---|
| Plan development, research on well-known spokesperson; recruitment; media training. Ogilvy to attend | $20,000 | $5,000 | $5,000 | $30,000 |
| Honorarium for nationally-known pain expert spokesperson for 10 days covering national plus 5-city media tour (6 total), travel days, media training, national media. Assumes $10,000 per day | | $100,000 | | $100,000 |
| Conduct national media outreach, media tour in cities plus national outlet (6 total), includes media outreach in local markets, tapes, transcripts, compilation reel and reports | $120,000 | $60,000 | | $180,000 |
| Conduct SMT, develop b-roll/VNR package, dubs | $15,000 | $5,000 | $60,000 | $80,000 |
| Travel/lodging in 6 cities, including coordination of arrangements, meals, expenses for 2 Ogilvy staffers | $18,000 | $72,000 | | $90,000 |
| Develop/distribute press kit including: profile of pain expert, press release, AIM and group fact sheet. Includes printing of 100,000 copies of AIM brochure, shipping to fulfillment house. Does not include fulfillment costs or follow-up mailing of branded information upon request | $40,000 | $60,000 | | $100,000 |

| Attacking Potential Barriers: Third-Party Advocacy | $45,000 | $5,000 | | $50,000 |
|---|---|---|---|---|
| Work with Merck Government Relations and clinical advisors to identify key advocacy groups and problem states; initiate one-on-one recruitment meetings and follow-up strategy session to develop plan to increase access, monitor patient access; activate plan in key states as appropriate | $45,000 | $5,000 | | $50,000 |

MC06720750

## DRIVE LONG-TERM GROWTH

| Communicating the Issue: Pain Management in Elderly | $80,000 | $20,000 | | $100,000 |
|---|---|---|---|---|
| Develop plans, materials and conduct media outreach as appropriate for studies in the elderly. Coordinate interviews through investigators to identify patients. | $50,000 | $10,000 | | $60,000 |
| Develop materials and conduct media outreach to leverage research demonstrating physician reluctance to prescribe NSAIDs for elderly. Coordinate interviews for third-party thoughtleaders to communicate issue | $30,000 | $10,000 | | $40,000 |

## ESTABLISH COX-2 INHIBITORS

| The "Boomer" Lifestyle: Book Author Tour | $165,000 | $35,000 | $90,000 | $290,000 |
|---|---|---|---|---|
| Identify and contact appropriate author, conduct media training; develop press materials including release, fact sheet, messages; conduct SMT/RMT and local market media tours in 3 cities, as well as national media outreach. Assumes 2 Ogilvy staffers accompany author. Travel and accommodations included. Fee for author at $100,000. | $165,000 | $35,000 | $90,000 | $290,000 |

| Getting on the Small Screen | $25,000 | $5,000 | $60,000 | $90,000 |
|---|---|---|---|---|
| Work to develop an NSAID-induced gastropathy storyline on a television program (e.g., ER, Chicago Hope); includes evaluation of appropriate television shows, providing background information to show executives, coordinating story line development, reviewing scripts, working with show consultant, vendor fee, initial consultation fee, securing show, organizational meeting. Cost assumes successful placement. Does not include media extensions to promote show. | $25,000 | $5,000 | $60,000 | $90,000 |

| TOTAL UNFUNDED ACTIVITIES | $548,000 | $372,000 | $215,000 | $1,135,000 |
|---|---|---|---|---|

MDL0672075I

## 1999 ZOCOR PUBLIC AFFAIRS BUDGET

| ACTIVITY | FEE | OOP | TOTAL |
|---|---|---|---|
| **Dan Reeves Media Tour**<br>Conduct consumer media tour in five cities plus national outlet (6 total) with a satellite media tour. Includes tapes, transcripts, compilation reel, reports and footballs. | $308,000<br>$120,000 | $831,000<br>$95,000 | $1,139,000<br>$215,000 |
| Spokesperson and Physician Honoraria (assumes $1500/doctor for media training and tour participation). | $0 | $439,000 | $439,000 |
| Travel/lodging for national plus 5 cities (6 total), for Reeves and 2 Ogilvy staff members. Includes meals and expenses. | $18,000 | $72,000 | $90,000 |
| Conduct 6 events for CHD patients in conjunction with media tour at local HCP hospital.  Includes program development and coordination of logistics. | $60,000 | $10,000 | $70,000 |
| Develop/distribute press kit including press release, cholesterol & CHD undertreatment fact sheets, Reeves' bio, photo and brochure.  Includes media training for Reeves & M.D.'s and printing. | $75,000 | $155,000 | $230,000 |
| Broadcast package development.   Includes vendor fees, travel & lodging for 2 Ogilvy staff, beta dubs. | $20,000 | $55,000 | $75,000 |
| Develop plan, partnership agreement with Reeves and Merck.  Includes coordination of Reeves ACC appearance and speech development. | $15,000 | $5,000 | $20,000 |
| **Report on Cholesterol Care**<br>Development of African American and Hispanic initiative based on QAP data.  Partner with appropriate organization such as the Association of Black Cardiologists. | **$60,000**<br>$20,000 | **$40,000**<br>$20,000 | **$100,000**<br>$40,000 |
| Media outreach to national outlets.  Includes materials development for print only. | $40,000 | $20,000 | $60,000 |
| **Mevacor/AFCAPS Indication**<br>Materials development for print and broadcast outreach. | **$55,000**<br>$25,000 | **$62,500**<br>$2,500 | **$117,500**<br>$27,500 |
| Media outreach to top-tier national reporters, media list development. Includes DWJ fee, phone, fax, | $30,000 | $60,000 | $90,000 |

M006720752

## 1999 ZOCOR PUBLIC AFFAIRS BUDGET

FedEx and PRNewswire.

| | | | |
|---|---|---|---|
| C: HDL, Combined Hyperlipidemia<br>Materials development for print, and online outreach to reporters. | **$60,000**<br>$30,000 | **$40,000**<br>$5,000 | **$100,000**<br>$35,000 |
| Media outreach to top-tier national reporters. Includes onsite expenses for 2 Ogilvy staff, phone, fax, FedEx and PRNewswire. | $30,000 | $35,000 | $65,000 |
| **HDL Indication for Zocor**<br>Materials development for print and broadcast outreach. | **$55,000**<br>$25,000 | **$62,500**<br>$2,500 | **$117,500**<br>$27,500 |
| Media outreach to top-tier national reporters, media list development. Includes DWJ fee, phone, fax, FedEx and PRNewswire. | $30,000 | $60,000 | $90,000 |
| **Impaired Fasting Glucose: Archives Publication (2999)** | **$25,000** | **$25,000** | **$50,000** |
| Develop print materials and conduct national outreach. Includes phone, fax, FedEx and PRNewswire. | $25,000 | $25,000 | $50,000 |
| **American Diabetes Assn. Guidelines**<br>Partner with ADA to publicize new treatment guidelines emphasizing cholesterol control; update ADA materials. *Does not include Web site update.* | **$50,000**<br>$50,000 | **$10,000**<br>$10,000 | **$60,000**<br>$60,000 |
| **AHA: Support the Science**<br>Support Merck related research at AHA as well as position competition. Includes materials development for print, and online reporters. | **$35,000**<br>$25,000 | **$15,000**<br>$5,000 | **$50,000**<br>$30,000 |
| Media outreach to top-tier national reporters. Includes onsite expenses for Ogilvy staff, phone, fax, FedEx and PRNewswire. | $10,000 | $10,000 | $20,000 |
| **Get-to-Goal**<br>Monitor program success, materials development including boilerplate, Q&A | **$10,000**<br>$10,000 | **$5,000**<br>$5,000 | **$15,000**<br>$15,000 |
| **Media Monitoring** | **$50,000** | **$45,000** | **$95,000** |
| **Opportunities Assessment** | **$130,000** | **$20,000** | **$150,000** |
| **BUDGET TOTAL** | **$838,000** | **$1,156,000** | **$1,994,000** |

MD0672075

ADDENDUM A to PUBLIC AFFAIRS CONSULTING AGREEMENT
Between Merck and Ogilvy Public Relations for Cozaar® and Hyzaar®,
Fosamax®, Propecia®, Vioxx®, Zocor®

The below signed parties hereby agree to amend the Public Affairs Consulting
Agreement dated January 4, 1999, between Merck and Ogilvy Public Relations
Worldwide, for $7,795,000 to increase the fee amount to be paid under paragraph 2 of
the Agreement from $7,795,000 to $8,490,000.

Merck & Co., Inc.                                    Ogilvy Public Relations
Worldwide
USHH Public Affairs

Signature: _Jan D. Weiner_____   Signature: _Robert Seltzer_____
           Jan D. Weiner                      Robert Seltzer
           Executive Director                 President and Chief Executive
Officer

Date: _Nov. 5, 1999_____   Date: _11/15/99_____

Merck & Co., Inc.

Signature: _Bradley T Sheares for DWA_
           David W. Anstice
           President
           Human Health – The Americas

Date: _11/12/99_____

- 10 -

M006720754