UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |

| | |
|---|---|
| In Re:  Kyrkostas v. Merck et al | Case No.  07-2931 |

## AMENDED MOTION TO WITHDRAW AS PLANTIFFS' COUNSEL

COMES NOW Richard D. Schuler and the law firm of Schuler, Halvorson & Weisser, P.A., and move this Honorable Court for an order allowing them to withdraw as counsel for the Plaintiffs, WILLIAM G. KYRKOSTAS and CATHY KRYKOSTAS, and in support thereof would state as follows:

1. Irreconcilable differences have arisen between Plaintiffs' counsel and the clients and as such, Plaintiffs' counsel cannot continue to pursue this matter on behalf of the Plaintiffs.

2. The matter has not been set for trial and therefore, the Plaintiffs will have adequate opportunity to retain new counsel to pursue this matter on their behalf.  Plaintiffs have been notified of all deadlines and pending court appearances.

WHEREFORE, Richard D. Schuler and the law firm of Schuler, Halvorson & Weisser, P.A. would move this Honorable Court for an order allowing him and his firm to withdraw as counsel for the Plaintiffs and to grant such other relief as the court deems appropriate.

## CERTIFICATE OF SERVICE

I hereby certify that these documents have been served as indicated below as well as to the Plaintiffs and that the foregoing has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in

1

MDL 1657, and to counsel of record via Lexis/Nexis File and Serve this  20th  day of  August , 2007.

Respectfully submitted,

SCHULER HALVORSON & WEISSER P.A.
Barristers Building, Suite 4-D
1615 Forum Place
West Palm Beach, FL 33401
Telephone: (561) 689-8180
Facsimile: (561-684-9683)
Attorneys for Plaintiff

RICHARD D. SCHULER
rschuler@shw-law.com
FLORIDA BAR NO: 158226

## SERVICE LIST

Case Style  Kyrkostas v. Merck & Walgreens
Case No.   9:07-cv-80309-KAM Kenneth A. Marra
United States District Court, Southern District of Florida

*Via Lexis/Nexis File & Serve to:*

Patricia E. Lowry
Florida Bar No. 332569
PLowry@ssd.com
John B.T. Murray, Jr.
Florida Bar No. 962759
JBMurray@ssd.com
Sarah L. Shullman
Florida Bar No. 888451
SShullman@ssd.com
SQUIRE, SANDERS & DEMPSEY, LLP
1900 Phillips Point
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
**Attorneys for Defendant Merck & Co., Inc.**

2

Millard L. Fretland, Esquire
Florida Bar No. 371671
mfretland@conroysimberg.com
CONROY, SIMBERG, GANON, KREVANS,
BEL, LURVEY, MORROW & SCHEFER, P.A.
125 West Romana Street, Suite 150
Pensacola, FL 32502
Telephone: 850-436-6605
Facsimile: 850-436-2102

John Edward Herndon, Jr., Esquire
Email: eherndon@conroysimberg.com
CONROY SIMBERG GANON KREVANS & ABEL
325 John Knox Road, Suite 105
Tallahassee, FL 32303
Telephone: 850-383-9103
Facsimile: 850-383-9109

**Attorneys for Walgreen Co.**

*Via Certified Mail/Return Receipt Requested to:*

William G. Kyrkostas & Cathy Kyrkostas
9430 Boca River Circle, Apt. 70
Boca Raton, FL 33434
Telephone: (561) 302-8214