UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |

| | |
|---|---|
| **In Re: Kyrkostas v. Merck et al** | Case No. 07-2931 |

### ORDER ON AMENDED MOTION TO WITHDRAW AS PLANTIFFS' COUNSEL

Considering the Plaintiffs' counsel, Richard D. Schuler, Esquire and Schuler, Halvorson & Weisser, P.A.'s Motion to Withdraw as counsel of record for the Plaintiffs, it is hereby ordered that the Motion of Richard D. Schuler to withdraw as counsel of record for the Plaintiffs, WILLIAM G. KYRKOSTAS and CATHY KYRKOSTAS, is hereby granted.

DONE AND ORDERED in Chambers at New Orleans, Louisiana this _____ day of _____, 2007.

                                                                                                                                                Judge Eldon Fallon
                                                                                                                                                United States District Judge

Copies furnished counsel of record:

PLowry@ssd.com
JBMurray@ssd.com
SShullman@sssd.com
SQUIRE SANDERS & DEMPSEY LLP
Attorneys for Defendant, Merck

mfretland@conroysimberg.com
eherndon@conroysimberg.com
CONROY SIMBERG GANON KREVANS & ABEL
Attorneys for Walgreen Co.

1

rschuler@shw-law.com
SCHULER HALVORSON & WEISSER
Attorneys for Plaintiffs

William G. Kyrkostas & Cathy Kyrkostas
9430 Boca River Circle, Apt. 70
Boca Raton, FL  33434