# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    Products Liability Litigation | MDL No. 1675 |
| This Document Relates To:<br><br>    07-CV-02939<br>    Cummings, et al. v. Merck & Co., et al. | SECTION: L<br><br>JUDGE: FALLON<br>MAGISTRATE: KNOWLES |

## ORDER GRANTING LEAVE TO AMEND

THIS CAUSE HAVING COME ON FOR CONSIDERATION of Plaintiffs' Motion for Leave to Amend, and the Court having fully considered same, finds Plaintiffs' Motion well taken and grants them leave to file the Amended Complaint attached thereto.

IT IS THEREFORE ORDERED AND ADJUDGED, that Plaintiffs are granted leave to file the Proposed Amended Complaint attached to their Motion for Leave to Amend Complaint.

THIS 17th day of August, 2007.

_____
United States District Judge

67548.1