UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | : | MDL Docket No. 1657 |
| | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Lori Rodriguez, et al v. Merck & Co., Inc., et al*
**Docket No: 07-953**

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

On the **17th** day of **August**, 2007, the Court considered Plaintiffs' Motion for Leave to file First Amended Complaint. After considering the motion, the court GRANTS the motion allowing Plaintiffs' First Amended Complaint to be filed.

SIGNED the **17th** day of **August**, 2007.

_____
PRESIDING JUDGE