UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
*Boudreaux, et al. v. Merck & Co., Inc.*, 05-4443

## ORDER

IT IS ORDERED that the Motions to Withdraw as Counsel of Record (Rec. Docs. 11773 & 11798) are DENIED.  The Court will entertain counsel's request to withdraw if it is accompanied by a motion to enroll or substitute new counsel for Mr. Palmer.

New Orleans, Louisiana, this  17th  day of  August , 2007.

                                                                   UNITED STATES DISTRICT JUDGE