UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Smart, et al. v. Merck & Co., Inc.*, 07-961

## ORDER

IT IS ORDERED that the Motions to Withdraw as Counsel of Record (Rec. Docs. 11888 & 11891) are DENIED.  The Court will entertain counsel's requests to withdraw if they are accompanied by motions to enroll or substitute new counsel for the plaintiffs.

New Orleans, Louisiana, this  17th  day of  August , 2007.

_____
UNITED STATES DISTRICT JUDGE