UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
    *Bellon, et al. v. Merck & Co., Inc.*, **07-686**

## ORDER

IT IS ORDERED that the Motion to Withdraw as Counsel of Record (Rec. Doc. 11889) is DENIED. The Court will entertain counsel's request to withdraw if it is accompanied by a motion to enroll or substitute new counsel for Ms. Collins.

New Orleans, Louisiana, this  17th  day of  August , 2007.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE