UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Glass, et al. v. Merck & Co., Inc.*, 06-1607

## ORDER

IT IS ORDERED that the Revised Motion to Withdraw (Rec. Doc. 12022) is DENIED. The Court will entertain counsel's request to withdraw if it is accompanied by a motion to enroll or substitute new counsel for the plaintiff.

New Orleans, Louisiana, this  17th  day of  August , 2007.

                                                 *Eldon E. Fallon*
                                         UNITED STATES DISTRICT JUDGE