UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Patricia A. Creel et al. v. Merck & Co., Inc.,* **Case No. 06-6411 (Plaintiff Mary Jackson, Individually and as Administrator of the Estate of Robert W. Jackson, Only)**

## STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiff Mary Jackson, Individually and as Administrator of the Estate of Robert W. Jackson ("Plaintiff"), and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiff's claims in the instant lawsuit against Merck, subject to the following conditions:

1. Plaintiff Mary Jackson, Individually and as Administrator of the Estate of Robert W. Jackson, agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff Mary Jackson, Individually and as Administrator of the Estate of Robert W. Jackson, further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Marketing, Sales Practices and Products Liab. Litig.* (MDL No. 1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff Mary Jackson, Individually and as Administrator of the Estate of Robert W. Jackson, agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiff's counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Mary Jackson, Individually and as Administrator of the Estate of Robert W. Jackson, in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully Submitted by:

Dated: __August 15,__ , 2007

_____

Eric M. Terry, Esq.
David Miceli, Esq.
SIMMONSCOOPER LLC
707 Berkshire Blvd.
PO Box 521
East Alton, IL 62024
Phone:  618-259-2222
Fax: 619-259-2251
eterry@simmonscooper.com

Hanly Conroy Bierstein Sheridan,
Fisher & Hayes LLP
112 Madison Avenue - 7th Floor
New York, NY  10016-7416
Phone:  212-784-6400

Attorneys for Plaintiff Mary Jackson, Individually and
as Administrator of the Estate of Robert W. Jackson

Dated: __Aug. 20__ , 2007

_____

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen Jr.,28181
        Of
STANLEY, FLANAGAN & REUTER, LLC
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Phone: 504-523-1580
Fax: 504-524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
        Of
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Attorneys for Merck & Co., Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Partial Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 20th day of August, 2007.

4