UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

**THIS DOCUMENT RELATES TO:** *Patricia A. Creel et al. v. Merck & Co., Inc.,* **Case No. 06-6411 (Plaintiff Mary Jackson, Individually and as Administrator of the Estate of Robert W. Jackson, Only)**

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Mary Jackson, Individually and as Administrator of the Estate of Robert W. Jackson, be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE