UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMA BROUSSARD, RACHEL BROUSSARD, and JASON BROUSSARD | * * * * | MDL No. 1657 |
| | | SECTION L(3) |
| VERSUS | * * | JUDGE FALLON |
| MERCK AND COMPANY, INC., WAL-MART PHARMACY, ECKERD PHARMACY, SCHOLAR PHARMACY, and WALGREENS | * * * | MAGISTRATE JUDGE KNOWLES |

### ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Considering the above and foregoing Motion;

IT IS ORDERED that Thomas P. Anzelmo and Darcy E. Decker of the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, P.C. be substituted as counsel of record for defendant, Eckerd Pharmacy, in the above entitled cause, and that Wade B. Reese and Christopher P. Peirce are withdrawn as counsel of record for defendant, Eckerd Pharmacy.

New Orleans, Louisiana this __16th__ day of __August__, 2007.

_____
UNITED STATES DISTRICT JUDGE