UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Avant, et al. v. Merck & Co., Inc., et al.*, No. 07-900
    *Batiz, et al. v. Merck & Co., Inc., et al.*, No. 07-901
    *Chapman, et al. v. Merck & Co., Inc., et al.*, No. 07-902
    *Coon, et al. v. Merck & Co., Inc., et al.*, No. 07-903
    *Cox, et al. v. Merck & Co., Inc., et al.*, No. 07-904

**ORDER**

On March 31, 2007, Plaintiffs' counsel in the above-captioned cases emanating from Nevada filed five separate Motions to Enlarge Time to Effect Service on Individual Defendants (Rec. Docs. 11224, 11225, 11226, 11227, and 11228). Merck opposes these motions, arguing that the individual defendants should be dismissed from these cases for failure to complete service.

"Under [R]ule 4(m), when a plaintiff fails to serve a defendant within the 120-day period, the district court has two choices: It may either 'dismiss the action without prejudice . . . *or* direct that service be effected within a specified time.'" *Thompson v. Brown*, 91 F.3d 20, 21 (5th Cir. 1996) (quoting Fed. R. Civ. P. 4(m)). In this case, the Court finds that an extension of the 120-day period is unwarranted. Accordingly, IT IS ORDERED that the Plaintiffs' Motions to

1

Enlarge Time to Effect Service on Individual Defendants (Rec. Docs. 11224, 11225, 11226, 11227, and 11228) are DENIED and that the Plaintiffs' claims in the above-captioned cases against Fred Auzenne, Lisa Davis, and Deborah Lee are hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this  21st  day of  August , 2007.

_____
UNITED STATES DISTRICT JUDGE