UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .................................................... | : | |

**THIS DOCUMENT RELATES TO:**
  *Miller v. Merck & Co., Inc., et al.*, **06-5595**

## ORDER

IT IS ORDERED that the Plaintiff's renewed motions for the appointment of counsel (Rec. Docs. 10089 & 10140) are DENIED. However, paper copies of all relevant orders have been delivered to the Plaintiff in above-captioned case. Moreover, the Court recently forwarded certain medical records it received to the appropriate party identified in Pre-Trial Order No. 18C. *See* Rec. Doc. 11906. The Court will continue to provide written notice to this Plaintiff of any developments of which he should be aware.

New Orleans, Louisiana, this 21st day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Gerald Miller
#35867
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 57117