United States District Court
Eastern District of Louisiana
New Orleans, LA 7____

RECEIVED AUG 10 2007 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED AUG 17 2007 LORETTA G. WHYTE CLERK

Stanley Bethea,
          Plaintiff

Vs.

Merck + Co. Inc,
          Defendant

CASE NO. 05-6775 L(3)

## Motion For Leave To File Interlocutory Appeal

Plaintiff is asking the Court for leave to file Interlocutory Appeal to the Court Order dated June 18, 2007. Plaintiff did request certification under 28 U.S.C. §1292(b) did not hear from the Court on July 3, 2007.

Stanley Bethea

Stanley Bethea
P.O. Box 704
HBG, PA. 17108

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
___ Doc. No.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE MOTION FOR LEAVE TO FILE INTERLOCUTORY APPEAL WAS SERVED BY FIRST-CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

Joshua G. Schiller, ESQ
2929 Arch Street
Philadelphia, PA 19104-2808

And

Dorothy H. Wimberly, 18509
Stone Pigman Walther
546 Carondelet Street
New Orleans, Louisiana 70130

*Stanley Bethea*

STANLEY BETHEA
P.O. Box 704
HBG, PA. 17108

STANLEY BEYHER
P.O. Box 704
HBG, PA 17108

HARRISBURG PA 171
06 AUG 2007 PM
USA 41

United States District Court
Judge Fallon
Eastern District Of Louisiana
500 Poydras Street Room C456
New Orleans, LA 70130

U.S. MARSHAL

7013 0431 3 0026