Submitted Brief
Appeal De novo

FILED AUG - 6 2007

LORETTA G. WHYTE
Clerk

Motion

Lead 05-1657 Case 06-1493
L (3)

Dear Judge Eldon E. Fallon

Merk knowingly misrepresented or failed to disclose a material fact(s) to the doctor, and inadequate warning(s) concealing drug(s) safety and effectiveness.

Now at the Saginaw County Mental Health 500 Hancock Saginaw Michigan 48602 the agency for two years refused to give me a therapist until now at (989) 799-2100 in Saginaw; in previous motion I said I would contact therapist Mary Peacock at (616) 979-4800 out-of-town. If mental health staff or records are needed I would asked that the staff not be used unless approved by myself cause of mischief.

Lawyer may be needed on criminal and civil laws in Michigan like Philip Sturtz (989) 799-470, Debra freid (989) 792-2543, Bob O'farrell (989) 790-4843, James Gust (989) 793-2280, Scott Isles (989) 839-0467, Michael Lovansky (989) 790-4843, and Mike Haras then prosecutor Mike Thomas (victims rights), (989) 758-2470.

Signed
Edward Earl Thomas
7-31-2007

pertinent information.

TENDERED FOR FILING
AUG - 6 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee____
Process____
X Dktd____
X CtRmDep____
Doc. No.____

