UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Bianchino, Frederick and Paula v.* | * | **KNOWLES** |
| *Merck & Co., Inc.*, Docket Number: | * | |
| 2:05-cv-02954. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Frederick Bianchino, Jr. and Paula Bianchino and Defendant, Merck & Co.,
Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all
of their respective claims against Merck & Co., Inc. in the above-styled lawsuits, each party to
bear its own costs, subject to the following conditions:

1.     Plaintiffs agree that, in the event they or a representative on their behalf re-file a
lawsuit against Merck that contains claims relating to Vioxx®, they shall so do only in the
United States District Court for the Eastern District of Louisiana, without joining any parties
whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall
not oppose transfer to MDL 1657; and

2.     Plaintiffs further agree that in the event they re-file such lawsuit, any discovery
that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657, the
MDL proceeding venued in the United States District Court for the Eastern District of Louisiana)
and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said

Plaintiffs, as though Plaintiffs had been a party and had had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of these plaintiffs against Merck & Co., Inc., in the above-captioned case.

Respectfully submitted,

PERLSTEIN LAW OFFICES

By: ~~\[signature\]~~

Paul M. Perlstein
Perlstein Law Offices
P.O. Box 834
Doylestown, PA 18901-0834
Phone: 215-348-3700

*Counsel for Plaintiffs Listed in Caption Above*

STONE PIGMAN WALTHER
WITTMANN, L.L.C.

By: */s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Defendant Merck & Co., Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been

served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by

hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis

File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing

in accord with the procedures established in MDL 1657, on this 22nd day of August, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel