| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO: ROSIE JOAN TRAHAN and CHARLES C. TRAHAN, SR.<br><br>Civil Action No: 06-11310 | Plaintiff: Rosie Joan Trahan<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections 1, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A.   Name of person completing this form: Rosie Joan Trahan _____

B.   If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.   Social Security Number: _____

2.   Maiden Or Other Names Used or By White You Have Been Known: _____

3.   Address: _____

4.   State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.   If you were appointed as a representative by a court, state the:

   Court: _____   Date of Appointment: _____

6.   What is your relationship to deceased or represented person or person claimed to be injured? _____

7.   If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____



C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?    Yes _X_    No _____    *If "yes,"*

    a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? Heart Attack

    b. When do you claim this injury occurred? February 8, 2001

    c. Who diagnosed the condition? Dr. Murray Whitaker

    d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question?   Yes ___    No _X_    *If "yes,"* when and who diagnosed the condition at that time? _____

    e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past?   Yes ___    No _X_    *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
Yes ___   No _X_
*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and address of each person who treated you: _____

    b. To you understanding, condition for which treated: _____

    c. When treated: _____

    d. Medications prescribed or recommended by provider: _____

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: Rosie Joan Trahan

B. Maiden or other names used or by which you have been known: McCormack

C. Social Security Number: [redacted]

D. Address: [redacted]

E.  Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| [redacted] | 1961 - present |
|  |  |

F.  Driver's License Number and State Issuing License [redacted] MS

G.  Date of Place and Birth [redacted] Vicksburg, MS

H.  Sex:   Male _____   Female  X

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| St. Francis Academy | 1937-1950 | general | diploma |

J.  Employment Information.

   1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupational / Job Duties |
|---|---|---|---|
| The Collection Gift Shop | 1100 Washington St., Vicksburg, MS | 1979 - 1983 | bookkeeper |

   2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupational / Job Duties |
|---|---|---|---|
| None |  |  |  |
|  |  |  |  |

   3.  Are you making a wage loss claim for either your present or previous employment?
       Yes _____   No  X

       *If "yes,"* state your annual income at the time of the injury alleged in Section I(C): _____

K.  Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____   No  X

   If "yes," were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____   No  X

L.  Insurance / Claim Information:

1.  Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim: Yes ____ No _X_ *If "yes,"* to the best of your knowledge please state:

    a.  Year claim was filed: _____

    b.  Nature of disability: _____

    c.  Approximate period of disability: _____

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ____ No _X_ *If "yes,"* set forth when and the reason: _____
    _____
    _____

3.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No _X_ *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names or adverse parties, and a brief description for the claims asserted. _____
    _____
    _____

M.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____ No _X_ *If "yes,"* set forth where, when and the felony and/or crime. _____

### III. FAMILY INFORMATION

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): Charles Curtis Trahan, Sr.; DOB: 2/23/32; DOM: 11/3/56; Retired U.S. Army Corp. Of Engineers

B.  Has your spouse filed a loss of consortium claim in this action? Yes ____ No _X_

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes _X_ No ____ Don't Know ____ *If "yes,"* identify each such person below and provide the information requested.

    Name: Joe McCormack - Brother

    Current Age (or Age at Death): 85

    Type of Problem: massive heart attack

    If Applicable, Cause of Death: massive heart attack

D.  If applicable, for each of your children, list his/her name, age and address: Charles Curtis Trahan, Jr. (Chuck), son, age - 50, 2409 Sanatoga Rd., Pottstown, PA 19464; Kenneth Wayne Trahan, son, age - 47, 3604 Clear Brook Circle, Fort Worth, TX 76;   Elizabeth Marie Trahan Gwin (Lisa), daughter, age - 46, 15 Indian Hills Dr., Vicksburg, MS 39180; Stephan Athony Trahan, deceased

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. None

## IV.  VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? Dr. Linda Rockhold

B.  On which dates did you begin to take, and stop taking, VIOXX®? 8/24/99 - 2/01

C.  Did you take VIOXX® continuously during that period?
Yes __X__   No _____   Don't Recall _____

D.  To your understanding, for what condition were you prescribed VIOXX®? Arthritis

E.  Did you renew your prescription for VIOXX®?  Yes __X__   No _____   Don't Recall _____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: do not recall

G.  Which form of VIOXX® did you take (check all that apply)?
__X__  12.5 mg Tablet (round, cream, MRK 74)
_____  12.5 mg Oral Suspension
__X__  25 mg Tablet (round, yellow, MRK 110)
_____  25 mg Oral Suspension
_____  50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®? 1 time a day

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®?
Yes _____   No __X__   Don't Recall _____

J.  Instructions or Warnings:

1.  Did you receive any written or oral information about VIOXX® before you took it?
Yes _____   No _____   Don't Recall __X__

2.  Did you receive any written or oral information about VIOXX® while you took it?
Yes _____   No _____   Don't Recall __X__

3.  *If "yes,"*

    a.  When did you receive that information? _____

    b.  From whom did you receive it? _____

    c.  What information did you receive? _____

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? None

## V. MEDICAL BACKGROUND

A. Height: 5' 2 1/2"

B. Current Weight: 120
Weight at the time of the injury, illness, or disability described in Section I(C): 120

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    __X__ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    _____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
        a. Date on which smoking/tobacco used ceased: _____
        b. Amount smoked or used: on average _____ per day for _____ years.

    _____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
        a. Amount smoked or used: on average _____ per day for _____ years.

    _____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes __X__ No _____ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

    __2__ drinks per week,

    _____ drinks per month,

    _____ drinks per year, *or*

    Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury? Yes ___ No __X__ Don't Recall _____

    *If "yes,"* identify each substance and state when you first and last used it. _____

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

    1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| bypass surgery | heart attack | 2/01 | Dr. Murray Whitaker | St. Dominics |
|  |  |  |  |  |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| dopplar test | 12/06 | Dr. Murray Whitaker | River Region |
| stress test | 2005 | Dr. Murray Whitaker | River Region |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor? Yes _X_ No ____ Don't Recall ____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| chest x-ray | do not recall | Dr. Tom Mitchell (retired) | Mercy Hospital | colds, etc. |
| CT scan | 8/3/07 | Dr. Russell Barnes | River Region | hit head |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes _X_ No ____

B. Decedent's death certificate (if applicable). Yes ____ No ____    N/A

C. Report of autopsy of decedent (if applicable). Yes ____ No ____    N/A

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. J. Russell Barnes | 1907 Mission 66, Vicksburg, MS 39180 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. J. Russell Barnes | 1907 Mission 66, Vicksburg, MS 39180 | mid 80's - present |
| Dr. Tom Mitchell | retired | 1956 - mid 80's |

C.   Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Mercy Hospital (Now Parkview Hospital | McAuley Dr., Vicksburg, MS 39180 | 1955 | tonsils |
| Mercy Hospital (Now Parkview Hospital | McAuley Dr., Vicksburg, MS 39180 | 1957; 1959; 1960; 1961 | child birth |
| Mercy Hospital (Now Parkview Hospital) | McAuley Dr., Vicksburg, MS 39180 | 1963 | miscarriage |
| University Medical Center | 2500 N. State St., Jackson, MS | 1981 | fibromyagia, spur on 6th vertebra - cervical disc. |
| Parkview Hospital (Now River Region) | McAuley Dr., Vicksburg, MS 39180 | 2/8/01 | heart attack |
| St. Dominic's Hospital | 969 Lakeland Dr., Jackson, MS 39216 | 2/12/01 - 2/19/01 | heart surgery |

D.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Parkview Hospital (Now River Region) | McAuley Dr., Vicksburg, MS 39180 | 3/12/95 | left shoulder fracture |
| Dermatology Clinic | 1202 Mission Park Dr., Vicksburg, MS 39180 | do not recall first date; last date 3/20/06 | removal of small skin cancer |

E.   Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr. Murray Whitaker | 2100 Hwy 61 N., Vicksburg, MS 39183-8211 | 2001 - present |
| Dr. Linda Rockhold | 971 Lakeland Dr., Ste. 1157, Jackson, MS 39216 | do not recall first date - present |
| Dr. Ronald Kennedy | 501 Marshall St., Jackson, MS 39202 | 2001 |
| Dr. Tom Mitchell | retired | 1956 - mid 80's |
| Dr. J. Russell Barnes | 1907 Mission 66, Vicksburg, MS 39180 | mid 80's - present |
| Dr. Shawn W. Panzer | Mission 66, Vicksburg, MS 39180 | 7/14/04 - present |

| | | |
|---|---|---|
| Dr. Robert Clingan | 1202 Mission Park Dr., Vicksburg, MS 39180 | do not recall first date - present |
| Dr. Donald Hall | 3303 Indiana Ave., Vicksburg, MS 39180 | do not recall first date - present |
| Dr. Edwin Boleware | 311 Fairways Dr., Vicksburg, MS 39183-6912 | 10/5/95 |
| Dr. Charles Marascalco | 101 Platte Rd., Vicksburg, MS 39183-8606 | 9/19/97 |
| Dr. Richard Brownstein | do not recall | 1/6/00; 1/27/00 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Durst Discount Drugs | 3117 Halls Ferry Rd., Vicksburg, MS 39180 |
| MEDCO | One Millennium Dr., Willingboro, NJ |
| MERCK-MEDCO RX Services | 6225 Annie Oakley Dr., Las Vegas, NV 89120 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| None | |
| | |
| | |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| None | |
| | |

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents, requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody or control of my lawyers, and that I supplied the authorizations attached to this declaration.

_____  _____  _____
Signature                                                  Print Name                                                Date