RIVER REGION HEALTH SYSTEM

Vicksburg, MS 39180

## DISCHARGE SUMMARY

| | |
|---|---|
| NAME: | TRAHAN, JOAN M |
| HOSPITAL #: | 00047261 |
| DOB: | |
| SS #: | |
| ADMISSION DATE: | 02/08/2001 |
| DISCHARGE DATE: | 02/12/2001 |
| DOCTOR: | J. RUSSELL BARNES, M.D. |

ADMISSION DIAGNOSIS: Acute anterior miocardia infarction.
History of hyperlipidemia.

DISCHARGE DIAGNOSIS: Acute anterior miocardia infarction.
History of hyperlipidemia.

HOSPITAL COURSE: Ms. Trahan is a sixty-eight year old white female who presents in the Emergency Room complaining of chest pains and some nausea. Chest pain seems to radiate to both arms. When seen in the Emergency Room she did appear somewhat uncomfortable. Her vital signs were fairly stable. EKG revealed fairly marked ST segment elevation across her precordial leads, more in V1-V3 than her lateral leads. Dr. Hewitt and Dr. Whitaker saw her in consultation and decided to activate her in the Emergency Room. This was done and she was transferred to CCU. She tolerated the Activase well. EKG really did not show any marked changes as far as ST segment's elevation was concerned; however, she did have good pain relief. She was maintained on the Activase protocol. She had a little post infusion ectopy and Dr. Whitaker started her on Lidocaine. He also gave her some IV Lasix. Chest x-ray; however, was unremarkable for any signs of heart failure. She was weaned off Lidocaine fairly quickly. She had no further chest pains while in CCU. Her cardiac isoenzymes; however, did bump up pretty good to indicate infarction. Her CPK actually went up in the 1600 range. Again, she has had no problems while in the hospital. Her vital signs have been stable. She was started on Lopressor. Heart rate was initially in the 100's but has gradually come down in the 80's. Dr. Whitaker feels like she needs to be cathed at St. Dominic's in case any type of intervention needs to be done at that time. Arrangements were made and she was transferred to St. Dominic Hospital on 2-12-2001 by ambulance. Cardia cath will be



EXHIBIT "2"

| PATIENT: TRAHAN, JOAN M | DISCHARGE SUMMARY |
|---|---|
| MR #: 00047261 | Page 1 of 2 |

TRAHAN, JOAN M
00047261
Page 2 of 2

done by Dr. Whitaker at St. Dominic's.  Further recommendations will be made after we see the results of the cardiac cath.  Prognosis from this is guarded at present.

J. RUSSELL BARNES, M.D.

D: 02/13/2001  8:40 A
T: 02/14/2001  8:13 A/mw
JOB #004386  DOC #85955

cc:   J. RUSSELL BARNES, M.D.

| PATIENT: TRAHAN, JOAN M | DISCHARGE SUMMARY |
|---|---|
| MR #: 00047261 | Page 2 of 2 |

```
DATE:  Wed Oct 30 05:29:22 2002
PATIENT NAME:  TRAHAN, JOAN
ACCT NO:   1091885
SEX:   F
LOC:   2N02160
DOB:   ████████
ROOM NO:   0216
PHYSICIAN ID:   00792
PHYSICIAN:  KENNEDY, RONALD E., M.D.
DISCHARGE DATE:   20010219
SPECIMEN DATE/TIME:   20021026
ITEM #/DESCRIPTION:   TX
```

## ST. DOMINIC-JACKSON MEMORIAL HOSPITAL
## JACKSON, MISSISSIPPI
## DISCHARGE SUMMARY

```
NAME: TRAHAN, JOAN                                    MR#: 672526
ATTENDING: MURRAY P. WHITAKER, M.D.                   ACCT#: 1091885
DICTATING: RONALD E. KENNEDY, M.D.
REFERRING PHYS: MURRAY P. WHITAKER, M.D.              ROOM#: 2N-0208-0
ADMIT DATE: 02/12/2001                                DISCHARGE DATE: 02/19/2001
DOB: ████████              AGE: 68Y                   SEX: F
                                                      PATIENT TYPE: I
```

The patient is a 68-year-old female with history of myocardial infarction. She has multivessel coronary artery disease and is followed by Dr. Barnes.

The patient underwent coronary artery bypass grafting with grafts placed to the right, ramus, obtuse marginal, and internal mammary artery to left anterior descending coronary artery. Following this procedure, the patient was ultimately discharged on 02/19/01. Laboratory values were returning to normal limits. At the time of discharge, the patient was convalescing satisfactorily. Wounds were healing adequately.

FINAL DIAGNOSES:
1. Arteriosclerotic heart disease with angina pectoris.
2. History of myocardial infarction.

OPERATION PERFORMED:
As described above.

DISCHARGE INSTRUCTIONS: The patient is to follow up with Dr. Barnes and Dr. Whitaker. Return appointment with me in one month or as needed.

```
NAME: TRAHAN, JOAN                                    ROOM#: 2N-0208-0
DOCTOR: MURRAY P. WHITAKER, M.D.                      MR#: 672526
                   DISCHARGE SUMMARY                  ACCT#: 1091885
```

```
                    PRINTED BY: RHARRIEN
                    DATE       4/11/2006
```