IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROSIE JOAN TRAHAN and
CHARLES C. TRAHAN, SR.                                          PLAINTIFFS

VS.                                           CAUSE NO.: 5:06cv149 DCB-JMR

MERCK & CO., INC., DARLENE ROBERSON
AND DOES 1-5                                                    DEFENDANTS

## *PLAINTIFFS' MOTION TO REMAND*

COME NOW Plaintiffs, Rosie Joan Trahan and Charles C. Trahan, Sr., and file this their Motion to Remand, as follows:

1.      On October 23, 2006, Plaintiffs filed their Complaint in the Circuit Court of Warren County, Mississippi against Defendants, Merck & Co., Inc., Darlene Roberson, and Does 1-5.

2.      Plaintiffs are adult resident citizens of the State of Mississippi who reside in Vicksburg, Warren County, Mississippi.

3.      Defendant, Darlene Roberson, is an adult resident citizen of the State of Mississippi who resides in Newton County, Mississippi.

4.      Merck & Co., Inc., filed a Notice of Removal on November 13, 2006, claiming that this Court has jurisdiction under 28 U.S.C. § 1332. Merck argues that the Mississippi Defendant, Darlene Roberson, should be disregarded for determining diversity jurisdiction because she was improperly joined.

EXHIBIT "4"

5.  Merck argues that Plaintiffs' claims require that Darlene Roberson make misrepresentations and/or omissions of fact directly to Rosie Trahan. This argument fails pursuant to Mississippi law. A medical sales representative, such as Darlene Roberson, can be held liable for misrepresentations and/or omissions of facts made directly to a patient's treating physician where it can be shown that the sales representative participated directed, personally, and/or actively in the alleged tortious conduct raised. *Wyeth Labs, Inc. v. Fortenberry*, 530 So. 688 (Miss. 1988); *Walker v. Medtronic, Inc.*, 2003 WL 21517997 (N.D. Miss. June 4, 2004).

6.  Plaintiffs specifically deny all allegations asserted in Defendant's Notice of Removal.

7.  In support of this Motion, Plaintiffs rely on the pleadings and their Memorandum Brief in Support of Motion to Remand served simultaneously with this Motion.

DATED this the __29th__ day of __November__, 2006.

        Respectfully submitted,

        DRUG LITIGATION LIABILITY GROUP, PLLC
        Comprised of:

        Liston/Lancaster, PLLC
        126 North Quitman Avenue
        Post Office Box 645
        Winona, MS 38967

        David H. Nutt & Associates, P.C
        605 Crescent Blvd., Suite 200
        Ridgeland, MS 39157

        Pittman, Germany, Roberts & Welsh, L.L.P.
        Post Office Box 22985
        Jackson, MS 39225-2985

By: _____
ATTORNEYS FOR PLAINTIFFS

OF COUNSEL TO RECEIVE PLEADINGS:

C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS & WELSH, LLP
P. O. Box 22985
Jackson, MS 39225-2985
(601) 948-6200 - phone
(601) 948-6187 - fax

## CERTIFICATE OF SERVICE

I, C. Victor Welsh, III, do hereby certify that a true and correct copy of *Plaintiffs' Motion to Remand* has been served by United States mail, postage prepaid, and by electronic filing with the Clerk of Court using the ECF system:

Christy D. Jones
Charles C. Harrell
Anita Modak-Truran
Alyson B. Jones
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 East Capitol Street
Post Office Box 22567
Jackson, MS 39225-2567
(601) 948-5711 - phone
(601) 985-4500 - fax

DATED this the 29th day of November, 2006.

_____
C. VICTOR WELSH, III