# DRUG LIABILITY LITIGATION GROUP, PLLC
[A law partnership comprised of Professional Corporations]

DAVID NUTT, P.A.
LISTON/LANCASTER, PLLC
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.

---

June 21, 2007

**_VIA FACSIMILE & U.S. MAIL_**
(201) 536-0799
John N. Poulos, Esquire
HUGHES & HUBBARD
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910

Re:   In Re Vioxx® Products Liability Litigation; MDL No. 1657
      *Rosie Joan Trahan and Charles C. Trahan, Sr. vs. Merck & Co., Inc., et al.*
      USDC, Eastern District, LA; No. 2:06cv11310(EEF)(DEK), Section L - Division 3

Dear John:

I have been trying to return your call for the last couple of weeks to discuss the above matter pending in the Vioxx MDL litigation. When I contact your office, I get a message that your mailbox is full. I have also called and left messages on the cell phone number identified in your voice mail.

I did speak with Dawn Baria about the position which Merck took at the most recent status conference regarding Mrs. Trahan PPF form.

I understand that you may be stretched on other matters regarding Vioxx MDL. Therefore, if you do not have time to speak with me about this matter, please have someone else from your office give me a call so that we can discuss how best to resolve my client's jurisdictional challenge for filing a PPF form.

Thank you for your prompt attention to this matter.

Sincerely yours,

Drug Liability Litigation Group, PLLC

C. VICTOR WELSH, III

CVWIII/ksp
cc:   Phillip A. Wittman
      Russ M. Herman
      Dawn Baria
      Mrs. Rosie J. Trahan
      William Liston
      Meg McAlister
      Christy D. Jones

PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
POST OFFICE BOX 22985
410 SOUTH PRESIDENT STREET
JACKSON, MISSISSIPPI 39225-2985
TELEPHONE (601) 948-6200 • FACSIMILE (601) 948-6187


EXHIBIT "6"