

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 17, 2007

*[Handwritten note: John: It is 7:20 p.m. I just returned from trial out of town. I have been trying to reach you for weeks. I leave for Boston at 7:00 a.m. Call me on my cell. 601.260.4200   Vic]*

**BY FIRST CLASS MAIL & TELECOPY (601-948-6187)**

C. Victor Welsh, III, Esq.
Pittman Germany Roberts & Welsh, LLP
P.O. Box 22985
410 South President Street
Jackson, MS 39225

Re:   *In re Vioxx® Products Liability Litigation*
      MDL No. 1657
      *Rosie J. Trahan v. Merck & Co., Inc.*
      Docket No. 2:06-cv-11310-EEF-DEK

Dear Mr. Welsh:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Rosie Joan Trahan. Merck's initial notice letter was sent on April 25, 2007. Pre-Trial Order No. 18C required your clients, plaintiffs Charles C. Trahan, Sr. and Rosie Joan Trahan, to serve this PPF no later than March 7, 2007. It is also our understanding that you have filed a motion to remand this action. Pursuant to Judge Fallon's specific mandate at the May 2007 status conference, all plaintiffs "must abide with Pre-Trial Order 18C regardless of whether or not they have a remand motion pending."

Please produce a completed PPF for Rosie Joan Trahan no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ John N. Poulos

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

**EXHIBIT "7"**