## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:    VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)    **MDL DOCKET NO. 1657**<br>) |
| This document relates to:<br>*Avant, et al. v. Merck & Co., Inc., et.al.*<br>(Index No. 07-900) (Macias) | )    **SECTION L**<br>)<br>)    **JUDGE FALLON**<br>)<br>)    **MAGISTRATE JUDGE**<br>)    **DANIEL E. KNOWLES, III**<br>) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR ERNEST MACIAS AND GLORIA MACIAS ONLY

COME NOW Plaintiffs, ERNEST MACIAS and GLORIA MACIAS by and through their attorney of record, ROBERT W. COTTLE, ESQ., moves this Honorable Court, pursuant to Local Rule 83.2.11 for an order allowing him to withdraw as counsel of record for Plaintiffs, ERNEST MACIAS and GLORIA MACIAS in the above-captioned multidistrict litigation. This motion is made and based upon Local Rule 83.2.11, the Memorandum of Points and Authorities which follow and attached affidavit of counsel.

## MEMORANDUM OF POINTS AND AUTHORITIES

*Local Rule 83.2.11* states in pertinent part:

The original counsel of record shall be held to represent
the party for whom he or she appears unless the court
permits him or her to withdraw from the case. He or she
may obtain permission only upon joint motion to substitute
counsel or upon a written motion served on opposing
counsel and the client before the court acts. If other counsel is
not thereby substituted, the motion to withdraw shall contain
the present address of the client and the client's telephone
number if the client can be reached by telephone. The motion
shall be accompanied by a certificate of service, including a
statement that the client has been notified of all deadlines
and pending court appearances, on both the client by certified
mail and opposing counsel, or an affidavit stating why service
has not been made.

1

The plaintiffs and counsel disagree over further handling of this claim, and counsel seeks to withdraw pursuant to the terms of the Attorney-Client Contract. Counsel has advised Plaintiffs of their intent to withdraw and Plaintiffs have been given the opportunity to obtain alternative counsel. A trial date has not been set in this matter. Further, there are no hearings currently pending before this court.

Written notice of the filing of this Motion was sent via certified mail to Plaintiffs last known mailing address. Plaintiffs last known address is 7950 W. Flamingo Bldg. #5-2019 Las Vegas, NV 89147.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of the change in party/counsel status as soon as the Order is entered.

Dated this 23rd day of August, 2007.

By: _____
  ROBERT W. COTTLE, ESQ.
  Nevada Bar No. 4576
  **MAINOR EGLET COTTLE**
  400 South Fourth Street, Suite 600
  Las Vegas, NV 89101
  (702) 450-5400
  Attorney for Plaintiffs

2

# AFFIDAVIT OF ROBERT W. COTTLE, ESQ.

STATE OF NEVADA              )
                             ) ss.
COUNTY OF CLARK              )

ROBERT W. COTTLE, ESQ., being first duly sworn, deposes and says:

1.     That Affiant is a Partner with the law firm of MAINOR EGLET COTTLE, attorneys for the Plaintiffs in this matter;

2.     I am counsel of record for Plaintiffs ERNEST MACIAS and GLORIA MACIAS in this matter and am authorized to practice law in the State of Nevada;

3.     The Complaint in this matter was filed in the Eighth Judicial District Court of Clark County, Nevada on September 8, 2006;

4.     That plaintiffs and counsel disagree over further handling of this claim and plaintiffs has been given the opportunity to obtain alternative counsel; on behalf of myself and my law firm we seek to withdraw pursuant to the terms of the Attorney-Client Contract;

5.     That written notice of the filing of this Motion was sent via certified mail to Plaintiffs last known mailing address at 7950 W. Flamingo Bldg. #5-2019, Las Vegas, NV  89147 Plaintiffs telephone number is (702) 364-8817;

6.     That Plaintiffs have been informed no trial date has been set for this matter and there are no pending hearings;

Further Affiant sayeth naught.

DATED this 23rd day of August, 2007.

_____
ROBERT W. COTTLE, ESQ.

SUBSCRIBED and SWORN to before me this 23rd day of August, 2007.

_____
NOTARY PUBLIC

Notary Public – State of Nevada
County of Clark
JEWELENE NELSON
My Appointment Expires
November 18, 2008
No. 96-5119-1

3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B), the following document was served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR ERNEST MACIAS AND GLORIA MACIAS ONLY**

DATED this 23rd day of August, 2007

/s/    Robert W. Cottle
ROBERT W. COTTLE, ESQ.

4