UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) | **MDL DOCKET NO. 1657** |
| ) | |
| This document relates to: ) | **SECTION L** |
| *Avant, et al. v. Merck & Co., Inc., et.al.* ) | |
| (Index No. 07-900) (Macias) ) | **JUDGE FALLON** |
| ) | |
| ) | **MAGISTRATE JUDGE** |
| ) | **DANIEL E. KNOWLES, III** |
| ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR ERNEST MACIAS AND GLORIA MACIAS ONLY

Upon due consideration of the foregoing Motion to Withdraw as Counsel of Record, and for good cause shown, the Court finds that Movants' motion should be in all things GRANTED. It is therefore:

ORDERED that Robert W. Cottle, Esq., and the Law Firm of Mainor Eglet Cottle, Lawyers are withdrawn as Counsel in the above referenced case for Plaintiffs ERNEST MACIAS and GLORIA MACIAS only.

Signed on this _____ day of _____, 2007

_____
**HONORABLE JUDGE FALLON**

RESPECTFULLY SUBMITTED BY:

*/s/ Robert W. Cottle*
_____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
**MAINOR EGLET COTTLE**
400 South Fourth Street, 6th Floor
Las Vegas, Nevada 89101
(702) 450-5400
Attorneys for Plaintiffs

1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B), the following document was served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR ERNEST MACIAS AND GLORIA MACIAS ONLY**

DATED this 23rd day of August, 2007

/s/ *Robert W. Cottle*
ROBERT W. COTTLE, ESQ.