IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | MAGISTRATE |
| ROSIE JOAN TRAHAN, and | * | |
| CHARLES C. TRAHAN. SR | * | JUDGE KNOWLES |
| | * | |
| V. | * | CAUSE NO: 06-11310 |
| | * | |
| MERCK & CO., INC. and | * | |
| DARLENE ROBERSON | | |

***PLAINTIFFS', ROSIE JOAN TRAHAN AND CHARLES C. TRAHAN'S,
MOTION TO TRANSFER CASE BACK TO U. S. DISTRICT COURT
\*\*\*\*\*\*\*\*<u>EXPEDITED HEARING REQUESTED</u>\*\*\*\*\*\*\*\****

COME NOW Plaintiffs, Rosie Joan Trahan and Charles C. Trahan, Sr. ("the Trahans"), and file this their Motion to Transfer Case Back to U. S. District, and, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, request an expedited hearing so that this matter can be heard with other matters that will be pending before this Court on September 6, 2007.  In support of their Motion, the Trahans would show as follows:

1.

This action was originally filed in Mississippi State Court before it was unlawfully removed to Federal Court by Merck.  In Federal Court, this case was assigned the following Cause No.: 5:06cv149 DCB-JMR.  Shortly after removal, the Trahans filed their Motion to Remand.  Before the Federal District Court of Mississippi could hear the Trahans' Motion to Remand, this matter was transferred to this MDL Court where it was assigned its current cause number.

2.

Once this matter was placed in the MDL, the Trahans again filed their Motion to Remand. To date, Merck has not filed a response, or otherwise attempted to prove a jurisdictional basis.

3.

The sole basis for Merck's removal was the alleged fraudulent/improper joinder of Merck's sales representative, Defendant Darlene Roberson. On August 16, 2007, Merck lost an identical jurisdictional argument in Federal District Court in the Northern District of Mississippi. In *Coker v. Merck & Co., Inc.*, 2007 WL 2363398 (N.D. Miss. Aug. 16, 2007), the Northern District of Mississippi remanded a case to Mississippi State Court that had been filed against Merck and four (4) of its sales representatives. A copy of the *Coker* opinion is attached at Exhibit "1". In *Coker*, the Mississippi District Court considered a fraudulent joinder argument by Merck which is identical to the argument which Merck makes in the instant case. The Merck sales representatives were named as defendants in *Coker* based upon allegations that they had participated in secreting the harmful effects of VIOXX through a program such as "VIOXX obstacle Dodge Ball" and "JeapordXX." *Id.* at p.3. After considering Merck's claims of improper joinder, the Northern District Court of Mississippi found that Merck had not met its burden of establishing Federal Court jurisdiction. Therefore, because there existed a possibility of recovery against the resident Merck sales representatives, the case was remanded. *Id.*

4.

In the instant case, the Trahans have asserted an identical cause of action against Merck's sales representative, Defendant Darlene Roberson. Pursuant to the Northern District Court's ruling in *Coker*, this case must be remanded.

5.

Currently, this Court is considering a multitude of issues pending in thousands of cases. This Court's VIOXX MDL plate is full. With all due respect to the substantial efforts made by this Honorable Court in advancing this litigation, the Trahans would respectfully submit that the Federal District Court in Mississippi may be in a better position to expeditiously and efficiently resolve the jurisdictional issue raised in this particular case. For this reason, the Trahans would respectfully request that this Court transfer this matter back to the United States District Court for the Southern District of Mississippi, Western Division, so as to allow the Court to rule on the Trahans' Motion to Remand in light of the Federal District Court's decision in *Coker*.

6.

The Trahans would respectfully request an expedited hearing on this matter so that the Trahans' Motion can be considered by this Court on September 6, 2007, the date on which the Court is scheduled to hear Merck's Rule requesting that the Trahans' case be dismissed, with prejudice.

DATED this the 23rd day of August, 2007.

Respectfully submitted,

DRUG LITIGATION LIABILITY GROUP, PLLC
Comprised of:

Liston/Lancaster, PLLC
126 North Quitman Avenue
Post Office Box 645
Winona, MS 38967

David H. Nutt & Associates, P.C
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157

Pittman, Germany, Roberts & Welsh, L.L.P.
Post Office Box 22985
Jackson, MS 39225-2985


By:   /s/ C. Victor Welsh, III
        ATTORNEYS FOR PLAINTIFFS


OF COUNSEL TO RECEIVE PLEADINGS:

C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
P. O. Box 22985
Jackson, MS 39225-2985
(601) 948-6200 - phone
(601) 948-6187 - fax

-5-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing ***Plaintiffs', Rosie Joan Trahan and Charles C. Trahan's, Motion to Transfer Case Back to U. S. District Court--- Expedited Hearing Requested---*** has been served on Liaison Counsel, Russ Herman and Phillip Whitman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on the 23rd day of August, 2007.

/s/ C. Victor Welsh, III
C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS &
    WELSH, L.L.P.
P. O. Box 22985
Jackson, MS 39225-2985
Phone:   (601) 948-6200
Fax:     (601) 948-6187