# EXHIBIT A



STATE OF INDIANA
## OFFICE OF THE ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR
302 W. WASHINGTON STREET • INDIANAPOLIS IN 46204-2770
www.AttorneyGeneral.IN.gov

**STEVE CARTER**
INDIANA ATTORNEY GENERAL

TELEPHONE: 317.232.6201
FAX: 317.232.7979

August 20, 2007

Writer's direct dial and e-mail:
(317) 232-6304
chad.duran@atg.in.gov

*Via Certified Mail & Facsimile (504) 561-6024*

Leonard A. Davis
Herman, Herman,
Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

RE : *In Re : Vioxx Products Liability Regulation*
Cause No: MDL 1657

Dear Mr. Davis:

I am writing to confirm our telephonic conversation on August 17, 2007. In this conversation, I advised you that the Office of the Indiana Attorney General is representing Governor Daniels in all matters related to the subpoena for his deposition on September 11, 2007 in the above-referenced case. I further advised you that Governor Daniels has no personal knowledge concerning the subject concerning the subject matter of the deposition, FDA's Proposed Labeling Rule OON-1269. Moreover, the Office of the Governor conducted a diligent review to determine whether or not the Governor or his staff consulted with the FDA concerning the rule or issued any comments concerning the rule.

As is evidenced in the three e-mail communications dating from January 2006 enclosed with this letter, HHS and/or FDA did solicit consultation from Indiana's federal representative in early January 2006, but no consultation was forthcoming from the Office of the Governor. These three e-mails are the sole documents in the possession of the Governor or the Office of the Governor that are responsive to the request for production of documents made with the subpoena. As neither the Governor nor his staff participated in consulting with the FDA or commenting on the proposed rule prior to its promulgation, we are requesting that the subpoena for Governor Daniel's deposition be withdrawn along with the request for documents.

In our conversation you advised me that the September 11 2007 deposition would be postponed and that Governor Daniels need not appear for the scheduled deposition. This will allow sufficient time for your review of our request to withdraw the subpoena. This

August 20, 2007
Page 2 of 2

postponement will not prejudice your ability to re-notice the deposition or Governor Daniels' ability to move for a protective order to quash the subpoena. However, I trust we will be able to cooperate to resolve any discovery dispute before it arises

If you have any questions or require additional information, please do not hesitate to contact me. Thank you for your cooperation and assistance.

Sincerely,

Chadwick C. Duran
Deputy Attorney General

Enc.