# EXHIBIT B

**From:** Nicole Stofer
**To:** James Mason
**Date:** 1/4/2006 3:55:11 PM
**Subject:** Re: Call to discuss FDA issue

Jim-

I've already left a message for Laura saying anytime before 10am tomorrow (central) I can visit with her.

I'm awaiting her response - thank you for your help on this. Hope you had a nice holiday.
Take care.
-Nicole

>>> "Mason, James C. (HHS/OS)" <James.Mason@hhs.gov> 1/4/2006 3:33 PM >>>
Hello, Nicole. Per my voicemail message, our Deputy Director for Policy, Laura Caliguiri, would like to speak with you about an upcoming Food and Drug Administration rulemaking. We have been asked to consult with governors' offices and wanted to make sure we had the opportunity to speak with you. Would you have about 15 minutes tomorrow (Thursday) morning, between 8:30 and 10 am CST (9:30-11:00 am EST) to speak with Laura? If that doesn't work, please suggest some other times, and we will see what we can do. Please feel free to respond either to this e-mail or by calling Laura at (202) 690-6060.

Thanks, Nicole. I hope you had a great holiday.

Jim

Jim Mason
Senior Advisor to the Director
Office of Intergovernmental Affairs
U.S. Department of Health and Human Services
phone:  (202) 401-5639
FAX:    (202) 690-5672