# EXHIBIT C

**From:** Nicole Stofer
**To:** Paul Hurst
**Date:** 1/13/2006 5:14:51 PM
**Subject:** Fwd: FDA Proposed Rule on Drug Safety and Preemption of State Law

Paul-

This is the memo outlining the FDA proposed rule that HHS/FDA wanted us to review. I already put a call into FDA and told them we didn't have a position. We didn't have enough time to properly review the issue, etc. but we weren't going to publicly oppose or support FDA.

They were appreciative of us getting back to them and for our candor on the issue.

>>> "Salo, Matt" <MSalo@NGA.ORG> 1/13/2006 4:32 PM >>>
Enclosed please find a brief memo on an issue that we have discussed this week. In short, FDA is seeking to finalize a rule (possibly within the next week) regarding prescription drug labeling. This would be the finalization of a proposed rule first published in December 2000. That proposed rule acknowledged the important role of state law in this area, however, the final rule they intend to publish completely overturns that position and explicitly calls for preemption of state law. This language has been added in the time between 2000 and now, and no state has had the opportunity to review or formally comment on that language.

FDA's consultation process has been to conduct four conference calls, one with myself, one with Joy Wilson of NCSL, one with Nicole Stofer in Governor Barbour's office and one with Governor Daniels' office. To my knowledge, none of these parties were able to see the proposed preemption language.

I would like your guidance on how to proceed.

Matt Salo

Director, Health and Human Services Committee

National Governors Association

444 North Capitol Street, Suite #267

Washington, DC 20001

phone (202) 624-5336