# EXHIBIT D

HHS call — Jim Mason                              1-5-06

Randy Lutter — FDA rule on prescription drug labeling
FDA
+ two
others from       — position on "preemption" in preamble
Chief Counsel's           v. in rule
office

   — States' issue — pre-emption

   — Want feedback quickly

   — fixing amicus briefs — Randy — to review

   — If FDA's position is in preamble, it doesn't
     have the weight of the law behind it — instead
               of being in the rule — compromi[se]

   — NCSL — cse
   — NGA
   — other states, etc.
   — Gov. Daniels' office - DC

   — according to Jim, most won't go on record
     in support, but won't oppose it.

   (— Wanting EHB's reaction as MS gov on this
       fed. policy.)

   — Paul will look @ material once it comes.