# EXHIBIT E

**From:** "Salo, Matt" <MSalo@NGA.ORG>
**To:** Brian DeVallance; Grant Wallace; Jason Brady; Cristy Gallagher; Tom Edwards; Nicole Stofer
**CC:** David Quam; Jennifer Michael; Kathleen Nolan; Raymond Scheppach
**Date:** 1/13/2006 4:36:19 PM
**Subject:** FDA Proposed Rule on Drug Safety and Preemption of State Law

Enclosed please find a brief memo on an issue that we have discussed this week. In short, FDA is seeking to finalize a rule (possibly within the next week) regarding prescription drug labeling. This would be the finalization of a proposed rule first published in December 2000. That proposed rule acknowledged the important role of state law in this area, however, the final rule they intend to publish completely overturns that position and explicitly calls for preemption of state law. This language has been added in the time between 2000 and now, and no state has had the opportunity to review or formally comment on that language.

FDA's consultation process has been to conduct four conference calls, one with myself, one with Joy Wilson of NCSL, one with Nicole Stofer in Governor Barbour's office and one with Governor Daniels' office. To my knowledge, none of these parties were able to see the proposed preemption language.

I would like your guidance on how to proceed.

Matt Salo

Director, Health and Human Services Committee
National Governors Association
444 North Capitol Street, Suite #267
Washington, DC 20001
phone (202) 624-5336
fax (202) 624-5313
msalo@nga.org

**Attachments:** FDA drug safety preemption 1-13-06.doc