# EXHIBIT F



NGA Home
Governors
News Room
Federal Relations
The Center for Best Practices
About

**TJI Archive**

# This Just In

01/19/2006

## This Just In - January 19, 2006

January 19, 2006

- **FDA Finalizes Regulation Preempting State Laws on Drug Safety Labeling**

**FDA Finalizes Regulation Preempting State Laws on Drug Safety**

The Food and Drug Administration (FDA), which regulates the format aı labeling for prescription drugs and biologic products, announced yesterı regulation updating the standards on the safety of these products. Intend the practice of providing information to consumers and health care prov the way towards e-prescribing, the regulation calls for explicit preempti conflicting or contrary state law.

While the FDA has the authority to regulate these substances and provi information, many states have enacted laws that also require the sharir related information and further regulation of product liability. This new preemption contrasts the FDA's prior stance first published as a propos( December 22, 2000, which stated "FDA has determined that this propo: contain policies that have federalism implications or that preempt state

The regulation is expected to be published in the January 24 Federal Re become effective June 30, 2006.

NGA Contact: Matt Salo, 202/624-5336

National Governors Association, 444 N. Capitol St., Suite 267, Washington, D.C. 20001-1512 | (202) 624
Copyright © 2004 National Governors Association. All rights reserved.

0008