FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 20  PM 4: 15

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 15 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
Gypsy D. Gonzalez, et al. v. Merck & Co., Inc., et al.,
E.D. Washington, C.A. No. 2:07-3034

07-4216

SECT. L  MAG. 3

MDL No. 1657

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE SEPTEMBER 27, 2007, HEARING SESSION

A conditional transfer order was filed in this action (*Gonzalez*) on June 27, 2007. Prior to expiration of that order's 15-day stay of transmittal, defendants James E. Lindstrom, M.D., and Yakima Valley Farm Workers Clinic filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that the claims against defendants Lindstrom and Yakima Valley Farm Workers Clinic were dismissed in the Eastern District of Washington by the Honorable Lonny R. Suko in an order filed on August 2, 2007. No other party has opposed transfer of this action.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-105" filed on June 27, 2007, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 15, 2007, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY
AUG 15 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2007 AUG 20 PM 4:14

LORETTA G. WHYTE
CLERK

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

August 15, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

Gypsy D. Gonzalez, et al. v. Merck & Co., Inc., et al., E.D. Washington, C.A. No. 2:07-3034

Dear Ms. Whyte:

A conditional transfer order was filed in the above matter on June 27, 2007. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Regina Hale
Calendar Clerk

Enclosures

cc:   Transferee Judge: Judge Eldon E. Fallon
      Transferor Judge: Judge Lonny R. Suko
      Transferor Clerk: James R. Larsen

JPML Form 68A

INVOLVED COUNSEL
DOCKET NO. 1657
IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Paul Hamilton Beattie
Law Office of Paul H. Beattie
250 Trails End Lane
Yakima, WA  98908

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA  70113-1116

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street, Suite 4100
Seattle, WA  98111-3926

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY  10004-1482

David A. Thorner
Thorner Kennedy & Gano
101 South 12th Avenue
Yakima, WA  98902

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130-3588