A CERTIFIED TRUE COPY
AUG 20 2007
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 20 2007
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2007

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NOS. 1657 AND 1699

*MDL-1657- IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation*
*MDL-1699- IN RE Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*

07-4244

*Jerome Apfel v. Merck & Co., Inc., et al.,* N.D. Illinois, C.A. No. 1:07-3726

SECT. L MAG. 3

### MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-110) WITH SEPARATION, REMAND AND MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-78)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,283 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL-1699 pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,135 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action on this conditional transfer order comprises claims relating to: 1) the prescription drug Vioxx, which involve common questions of fact with the previously transferred MDL-1657 actions; and 2) the prescription drugs Bextra and/or Celebrex, which involve common questions of fact with the previously transferred MDL-1699 actions.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 20 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

-2-

The claims in this action relating to Bextra and/or Celebrex are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to the Northern District of Illinois.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex action is transferred under 28 U.S.C. § 1407 to the Northern District of California *for the reasons stated in the MDL-1699 transfer order of September 6, 2005*, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of: 1) the Clerk of the United States District Court for the Eastern District of Louisiana; and 2) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**INVOLVED COUNSEL LIST (CTO-110)**
**MDL NO. 1657**
**IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation**

**INVOLVED COUNSEL LIST (CTO-78)**
**MDL NO. 1699**
**IN RE Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation**

Thomas J. Andrews
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 2700
Chicago, IL 60603

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Sara J. Gourley
Sidley Austin, LLP
One South Dearborn Street
Bank One Plaza
Chicago, IL 60603

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Louis A. Lehr, Jr.
Arnstein & Lehr
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

Gregory A. Markel
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

Kara Lindsay Rakers
Goldenberg, Miller, Heller, & Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025

Amy W. Schulman
DLA Piper
1251 Avenues of the Americas
45th Floor
New York, NY 10020-1104

Dmitry Shifrin
Bryan Cave, LLP
161 North Clark Street
Suite 4400
Chicago, IL 60601-3206

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Amy W. Schulman
DLA Piper
1251 Avenues of the Americas
45th Floor
New York, NY 10020-1104

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:           [202] 502-2888
http://www.jpml.uscourts.gov

August 20, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-110)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 2, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Thompson
Deputy Clerk

Attachments

cc:   Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judge:    Judge James B. Zagel
      Transferor Clerk:    Michael W. Dobbins

JPML Form 36A