UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　　Product Liability Litigation | MDL NO. 1657<br><br>SECTION:　L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Barbara A. Hull v. Merck & Co., Inc., et al.,* Cause No. 06-6175

---

### PLAINTIFF'S RESPONSE TO DEFENDANT'S RULE TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO RESPOND TO THE PLAINTIFF PROFILE FORM

---

TO THE HONORABLE COURT:

COMES NOW, BARBARA HULL, plaintiff herein, and responds to the Defendant's Rule to Show Cause why Plaintiff's case should not be dismissed, and respectfully shows unto the Court as follows:

On August 14, 2007, Defendant filed its Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18(c). Plaintiff Hull is among the plaintiffs addressed in Defendant's motion. On August 15, 2007, the Court entered an Order to Show Cause Why Cases Should Not Be Dismissed with Prejudice.

Counsel and Plaintiff are aware of the obligation imposed by Pre-Trial Order 18(c) to provide Defendant with a Plaintiff Profile Form ("PPF"). At this time, however, counsel has been unable to secure a completed PPF from the Plaintiff.

Counsel respectfully requests an Order from the court granting Plaintiff an additional ten (10) days to complete and serve her PPF. No trial date has been set and Defendant will not be prejudiced by the allowance of an additional ten (10) days.

Respectfully submitted,

BLIZZARD, MCCARTHY & NABERS, LLP

_____
Edward Blizzard
Texas Bar No. 02495000
J. Scott Nabers
Texas Bar No. 14769250
Rebecca King
Texas Bar No. 24027110
Holly M. Wheeler
Texas Bar. No. 24006035
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone:  713.844.3750
Telecopier:  713.844.3755

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response to Defendant's Rule to Show Cause Why Case Should Not Be Dismissed with Prejudice for Failure to Respond to the Plaintiff Profile Form has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis-Nexis File and Serve Advanced, in accordance with Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24th day of August, 2007.

_____
Holly M. Wheeler