## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Audrey Sapida  v. Merck & Co., Inc.;* | * | **JUDGE KNOWLES** |
| Docket Number: 2:06-cv-8415 | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL *WITHOUT* PREJUDICE

Considering the foregoing Stipulation of Dismissal *Without* Prejudice,

IT IS ORDERED that the claims of plaintiff Audrey Sapida in the above-captioned case

be and they hereby are dismissed *without* prejudice, subject to the terms and conditions of the

attached Stipulation, each party to bear his or her own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.


_____
DISTRICT JUDGE

890049v.1