UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Allen, Johnny et al. v. Merck & Co., Inc.,* | * | KNOWLES |
| Docket Number 2:06:-cv-06601; and | * | |
| Only regarding Mary Louise Borda | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITHOUT PREJUCIDE

Plaintiff, Mary Louise Borda, and defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed.R.Civ.Proc.41(a)(1), to a dismissal without prejudice to all of her respective claims against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs, subject to the following conditions:

1. Mary Louise Borda agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, they shall so do only in the United States District Court for the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28U.S.C.§1332, and they shall not oppose transfer to MDL 1657; and

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx®Products Liab. Litig.* (MDL-1657, the MDL proceeding venued in the United States

District Court for the Eastern District of Louisiana) and that is not specific to a particular plaintiff, can be used in any suck lawsuit re-filed by said Plaintiff, as though Plaintiff had been a party and had had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal in entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of this Plaintiff against Merck & Co., Inc., in the above-captioned case.

4. The claims of the remaining plaintiffs shall remain in full force and effect.

Respectfully submitted,

| THE MASTERS LAW FIRM, lc | STONE PIGMAN WALTHER WITTMANN, LLC |
|---|---|
| By: /s/ Marvin W. Masters | By: /s/ Dorothy H. Wimberly |
| Marvin W. Masters<br>West Virginia Bar No. 2359<br>The Masters Law Firm, lc<br>181 Summers Street<br>Charleston, WV 25301<br>(304) 342-3106 | Phillip A. Wittman, #13625<br>Dorothy H. Wimberly, #18509<br>Stone Pigman Walther Wittmann<br>546 Carondelet Street<br>New Orleans, LA 70130<br>(504) 581-3200 |
| *Counsel for Plaintiff Listed in Caption Above* | *Counsel for Defendant Merck & Co., Inc.* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Allen, Johnny et al. v. Merck & Co., Inc.*, | * | KNOWLES |
| Docket Number 2:06:-cv-06601; and | * | |
| Only regarding Mary Louise Borda | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to hear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____

DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the MC/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of August 2007.

/s/ Marvin W. Masters