UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   VIOXX MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> This document relates to: ) <br> *Coon, et al. v. Merck & Co., Inc., et al.* ) <br> (Index No. 07-903) (Roldan) ) <br> ) <br> ) <br> ) <br> ) | **MDL DOCKET NO. 1657** <br><br> **SECTION L** <br><br> **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE** <br> **DANIEL E. KNOWLES, III** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MARY MENARD-ROLDAN AND RENE ROLDAN ONLY

COME NOW Plaintiffs, MARY MENARD-ROLDAN and RENE ROLDAN by and through their attorney of record, ROBERT W. COTTLE, ESQ., moves this Honorable Court, pursuant to Local Rule 83.2.11 for an order allowing him to withdraw as counsel of record for Plaintiffs, MARY MENARD-ROLDAN and RENE ROLDAN in the above-captioned multidistrict litigation. This motion is made and based upon Local Rule 83.2.11, the Memorandum of Points and Authorities which follow and attached affidavit of counsel.

## MEMORANDUM OF POINTS AND AUTHORITIES

*Local Rule 83.2.11* states in pertinent part:

> The original counsel of record shall be held to represent the party for whom he or she appears unless the court permits him or her to withdraw from the case. He or she may obtain permission only upon joint motion to substitute counsel or upon a written motion served on opposing counsel and the client before the court acts. If other counsel is not thereby substituted, the motion to withdraw shall contain the present address of the client and the client's telephone number if the client can be reached by telephone. The motion shall be accompanied by a certificate of service, including a statement that the client has been notified of all deadlines and pending court appearances, on both the client by certified mail and opposing counsel, or an affidavit stating why service has not been made.

1

The plaintiffs and counsel disagree over further handling of this claim, and counsel seeks to withdraw pursuant to the terms of the Attorney-Client Contract. Counsel has advised Plaintiffs of their intent to withdraw and Plaintiffs have been given the opportunity to obtain alternative counsel. A trial date has not been set in this matter. Further, there are no hearings currently pending before this court.

Written notice of the filing of this Motion was sent via certified mail to Plaintiffs last known mailing address. Plaintiffs last known address is 9025 W. Desert Inn Rd., Unit 158, Las Vegas, Nevada 89117.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of the change in party/counsel status as soon as the Order is entered.

Dated this 23rd day of August, 2007.

By: _____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
(702) 450-5400
Attorney for Plaintiffs

## AFFIDAVIT OF ROBERT W. COTTLE, ESQ.

STATE OF NEVADA      )
                     ) ss.
COUNTY OF CLARK      )

ROBERT W. COTTLE, ESQ., being first duly sworn, deposes and says:

1. That Affiant is a Partner with the law firm of MAINOR EGLET COTTLE, attorneys for the Plaintiffs in this matter;

2. I am counsel of record for Plaintiffs MARY MENARD-ROLDAN and RENE ROLDAN in this matter and am authorized to practice law in the State of Nevada;

3. The Complaint in this matter was filed in the Eighth Judicial District Court of Clark County, Nevada on September 8, 2006;

4. That plaintiffs and counsel disagree over further handling of this claim and plaintiffs have been given the opportunity to obtain alternative counsel; on behalf of myself and my law firm we seek withdraw pursuant to the terms of the Attorney-Client Contract;

5. That written notice of the filing of this Motion was sent via certified mail to Plaintiffs last known mailing address at 9025 W. Desert Inn Rd., Unit 158, Las Vegas, Nevada 89117 Plaintiffs home telephone number is (702) 362-7257;

6. That Plaintiffs have been informed no trial date has been set for this matter and there are no pending hearings;

Further Affiant sayeth naught.

DATED this 23rd day of August, 2007.

ROBERT W. COTTLE, ESQ.

SUBSCRIBED and SWORN to before me this 23rd day of August, 2007.

NOTARY PUBLIC



Notary Public – State of Nevada
County of Clark
JEWELENE NELSON
My Appointment Expires
No. 96-5119-1   November 18, 2008

3

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(B), the following document was served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MARY MENARD-ROLDAN AND RENE ROLDAN ONLY**

DATED this 23rd day of August, 2007

/s/ _Robert W. Cottle_
ROBERT W. COTTLE, ESQ.