U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   AUG 17 2007
LORETTA G. WHYTE
          CLERK

United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

Stanley Bethea,
     Plaintiff

vs.

Merck + Co. Inc,
     Defendant

Aug. 10, 2007
Case No: 05-6775
L(3)

Plaintiff has asked for certification to appeal dated 8-10-07

(a) Plaintiff's complaint will make it on the merits. 28 U.S.C § 1292(b) Hearing date 8-15-07

Respectfully submitted
Stanley Bethea
STANLEY BETHEA

cc: Dorothy H. Wimberly ESQ
    Joshua G. Schiller ESQ

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
    Doc. No. ___



STANLEY BETHEA
P.O. BOX 704
HBG, PA, 17108

U.S. District Court
Eastern District of Louisiana
500 Poydras Street Room C456
New Orleans, Louisiana 70130

RECEIVED AUG 14 2007 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

HARRISBURG PA 171
10 AUG 2007 PM 4 T
USA 41