UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Zelmar Bond. v. Merck & Co., Inc.;* | * | JUDGE KNOWLES |
| Docket Number: 2:05-cv-6736 | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**ORDER OF DISMISSAL *WITHOUT* PREJUDICE**

Considering the foregoing Stipulation of Dismissal *Without* Prejudice,

IT IS ORDERED that the claims of plaintiff Zelmar Bond in the above-captioned case be and they hereby are dismissed *without* prejudice, subject to the terms and conditions of the attached Stipulation, each party to bear his or her own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this 24th day of August, 2007.

_____
DISTRICT JUDGE

889373v.1