## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to: : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| LENE ARNOLD : | |
| : | |
| v. : | |
| : | |
| MERCK & CO., INC. : | |
| : | |
| Case No. 05-2627 : | |
| : | |
| and : | |
| : | |
| ALICIA GOMEZ : | |
| : | |
| v. : | |
| : | |
| MERCK & CO., INC. : | |
| : | |
| Case No. 05-1163 : | |
| : | |

### O R D E R

Considering the Motion for Leave to File Second Notice of Supplemental Authority Re: Merck's Motion and Memorandum to Alter or Amend the Court's July 3, 2007 Order Denying Merck's Motion for Summary Judgment to Include Certification for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) of Plaintiffs, Lene Arnold and Alicia Gomez;

IT IS ORDERED BY THE COURT that Plaintiffs, Lene Arnold and Alicia Gomez, are granted leave of court to file the attached Second Notice of Supplemental Authority Re: Merck's Motion and Memorandum to Alter or Amend the Court's July 3, 2007 Order Denying Merck's

Motion for Summary Judgment to Include Certification for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b).

New Orleans, Louisiana this 24th day of _____ August _____, 2007.

_____
Honorable Eldon E. Fallon
U.S. District Judge