# EXHIBIT D

HHS call - Jim Mason                                    1-5-06

Randy Lutter - FDA rule on prescription drug labeling
FDA
+ two
others from
Chief Counsel's
office
    - position on preemption in preamble
        v. in rule

    - States' issue - pre-emption

    - Want feedback quickly

- fixing amicus briefs - Randy - to review

- If FDA's position is in preamble, it doesn't
have the weight of the law behind it - instead
of being in the rule - compromi[se]

- NCSL - cse
- NGA
- other states, etc.
- Gov's Daniels' office - DC

- According to Jim, most won't go on record
in support, but won't oppose it.

- Wanting EHB's reaction as MS Gov on this
fed. policy.

- Paul will look @ material once it comes.