IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: | MDL Docket No.: 1657 |
|---|---|
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Donald Patterson v. Merck & Co., Inc.*
Case No.: 06-8319

## SUGGESTION OF DEATH

Undersigned counsel for Petitioner Donald Patterson respectfully files this Suggestion of Death and states the following:

On or about July 31, 2007, Donald Patterson, Petitioner in the above-referenced case, died of natural causes, including ischemic cardiomyopathy and arteriosclerotic coronary disease. Mr. Patterson's Death Certificate is attached hereto as Exhibit A.

Respectfully submitted this 28th day of August 2007.

/s/ Sally Berg
Sally P. Berg, Esq.
Moriarty Leyendecker Erben PC
1123 Spruce Street, Suite 200
Boulder, CO 80302
Attorney for Petitioner

1

**CERTIFICATE OF SERVICE**

      I hereby certify on the 28th day of August 2007 that a true and correct copy of the above and foregoing SUGGESTION OF DEATH was filed electronically wth the Court via CM/ECF PACER and served via LexisNexis and by first class mail, postage prepaid to the following named persons:

| | |
|---|---|
| John N. Poulos, Esq.<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302-3910 | *Attorney for Defendant* |
| Phillip A. Wittman, Esq.<br>Stone Pigman Walther Wittman, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | *Defendant's Liason Counsel* |
| Russ M. Herman, Esq.<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | *Plaintiff's Liason Counsel* |

      /s/ Christina Kim
      Christina J. Kim, Paralegal
      Moriarty Leyendecker Erben PC
      1123 Spruce Street, Suite 200
      Boulder, CO 80302

# Exhibit A

# STATE OF COLORADO
## COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT
HOLD TO LIGHT TO VIEW WATERMARK
STATE OF COLORADO
### CERTIFICATE OF DEATH

STATE FILE NUMBER

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Donald McClure PATTERSON
2. SEX: M
3. DATE OF DEATH (Month, Day, Year): July 31, 2007
4. SOCIAL SECURITY NUMBER: 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
5a. AGE - Last Birthday (Years): 58
6. DATE OF BIRTH (Month, Day, Year): November 14, 1948
7. BIRTHPLACE (City and State or Foreign Country): Mount Kisco, NY
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No
9a. PLACE OF DEATH: X Residence
9b. FACILITY NAME: 19463 W. 52nd Ave.
9c. CITY, TOWN, OR LOCATION OF DEATH: Unincorporated
9d. COUNTY OF DEATH: Jefferson
10a. DECEDENT'S USUAL OCCUPATION: Director of Manufacturing
10b. KIND OF BUSINESS/INDUSTRY: Medical Devices
11. MARITAL STATUS: Married
12. SPOUSE: Bonnie L. Stoltzner
13a. RESIDENCE-STATE: Colorado
13b. COUNTY: Jefferson
13c. CITY, TOWN, OR LOCATION: Unincorporated
13d. STREET AND NUMBER: 19463 W. 52nd Ave.
13e. INSIDE CITY LIMITS?: No
13f. ZIP CODE: 80403
14. WAS DECEDENT OF HISPANIC ORIGIN?: No
15. RACE: White
16. DECEDENT'S EDUCATION: 16

**PARENTS**

17. FATHER NAME: Francis M. Patterson
18. MOTHER NAME (Maiden): Harriet E. Peterson
19. INFORMANT-NAME and relationship to deceased: Bonnie S. Patterson - Wife

**DISPOSITION**

20a. METHOD OF DISPOSITION: X Cremation
20b. PLACE OF DISPOSITION: Colorado Wilbert Crematory
20c. LOCATION: Commerce City, Colorado
21a. SIGNATURE OF FUNERAL DIRECTOR: Matt R. Baker F.D.
21b. NAME AND ADDRESS OF FACILITY: Foothills Chapel Cremation & Funeral Service, 1950 Ford Street Golden, CO ZIP 80401
22a. REGISTRAR'S SIGNATURE
22b. DATE FILED: July 31, 2007
23. TIME OF DEATH: APX 2100 hrs
24. DATE PRONOUNCED DEAD: July 31, 2007
25. WAS CORONER NOTIFIED?: Yes

**CERTIFIER**

27. Signature: [signature]
29. DATE SIGNED: July 31, 2007
30. NAME, TITLE AND MAILING ADDRESS OF CERTIFIER/CORONER: Triena M. Harper, Chief Deputy Coroner, 800 Jefferson County Pkwy., Golden, CO ZIP 80401

32. MANNER OF DEATH: Natural

D. Pat 00305

**CAUSE OF DEATH**

34. IMMEDIATE CAUSE:
(a) Consistent with Heart Failure — Interval: unk
(b) Ischemic cardiomyopathy & Arteriosclerotic Coronary Disease — Interval: years

PART II OTHER SIGNIFICANT CONDITIONS: Hypertension, hyperlipidemia, s/p myocardial infarct with CABG x5

35. AUTOPSY: No

DATE ISSUED: AUG 01 2007

Ronald S. Hyman
RONALD S. HYMAN
STATE REGISTRAR

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

0 0 3 4 8 6 8 1 4

REV 07/06