IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | MAGISTRATE |
| ROSIE JOAN TRAHAN, and | * | |
| CHARLES C. TRAHAN. SR | * | JUDGE KNOWLES |
| | * | |
| V. | * | CAUSE NO: 06-11310 |
| | * | |
| MERCK & CO., INC. and | * | |
| DARLENE ROBERSON | | |

*PLAINTIFFS', ROSIE JOAN TRAHAN AND CHARLES C. TRAHAN'S,
MOTION REQUESTING SUGGESTION OF REMAND*

COME NOW Plaintiffs, Rosie Joan Trahan and Charles C. Trahan, Sr. ("the Trahans"), and file this their Motion Requesting Suggestion of Remand, and in support of their Motion, would show as follows:

1.

Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multi District Litigation ("JPML Rule 7.6"), allows a party to request the Panel to consider remand of a claim at or before conclusion of coordinated or consolidated pre-trial proceedings.  JPML Rule 7.6(d) indicates that the Panel will be reluctant to order remand absent a suggestion of remand from the transferee district court.

2.

The sole basis for Merck's removal of this case to Federal Court in Mississippi was the alleged fraudulent/improper joinder of Merck's sales representative, Defendant Darlene Roberson. On August 16, 2007, Merck lost an identical fraudulent/improper joinder argument in Federal

District Court in the Northern District of Mississippi. Attached at Exhibit "1" is the decision of the Mississippi District Court in *Coker v. Merck & Co., Inc.*, 2007 WL 2363398 (N.D. Miss. Aug. 16, 2007). Pursuant to the Mississippi District Court's ruling in *Coker*, this case must be remanded to State Court in Mississippi.

**3.**

The Trahans would respectfully request that this Court enter its ruling recognizing that this matter should be remanded to the United States District Court for the Southern District of Mississippi, Western Division, so as to allow the transferor District Court to rule on the Trahans' Motion to Remand in light of the Federal District Court's decision in *Coker*.

DATED this the 28rd day of August, 2007.

                Respectfully submitted,

                DRUG LITIGATION LIABILITY GROUP, PLLC
                Comprised of:

                Liston/Lancaster, PLLC
                126 North Quitman Avenue
                Post Office Box 645
                Winona, MS 38967

                David H. Nutt & Associates, P.C
                605 Crescent Blvd., Suite 200
                Ridgeland, MS 39157

                Pittman, Germany, Roberts & Welsh, L.L.P.
                Post Office Box 22985
                Jackson, MS 39225-2985

            By:   /s/ C. Victor Welsh, III
                    ATTORNEYS FOR PLAINTIFFS

OF COUNSEL TO RECEIVE PLEADINGS:

C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
P. O. Box 22985
Jackson, MS 39225-2985
(601) 948-6200 - phone
(601) 948-6187 - fax

## *CERTIFICATE OF SERVICE*

I hereby certify that the above and foregoing **Motion Requesting Suggestion to Remand** has been served on Liaison Counsel, Russ Herman and Phillip Whitman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on the 28th day of August, 2007.

/s/ C. Victor Welsh, III
C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS &
    WELSH, L.L.P.
P. O. Box 22985
Jackson, MS 39225-2985
Phone:   (601) 948-6200
Fax:   (601) 948-6187