IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | MAGISTRATE |
| ROSIE JOAN TRAHAN, and | * | |
| CHARLES C. TRAHAN. SR | * | JUDGE KNOWLES |
| | * | |
| V. | * | CAUSE NO: 06-11310 |
| | * | |
| MERCK & CO., INC. and | * | |
| DARLENE ROBERSON | | |

### NOTICE OF HEARING OF
### PLAINTIFFS', ROSIE JOAN TRAHAN AND CHARLES C. TRAHAN'S, MOTION REQUESTING SUGGESTION OF REMAND

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that undersigned counsel will bring on for hearing before this Court Plaintiffs' Motion Requesting Suggestion of Remand before the Honorable Eldon E. Fallon United States District Court Judge, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana at 10:00 a.m. on Thursday, September 6, 2007.

DATED this the 28rd day of August, 2007.

Respectfully submitted,

DRUG LITIGATION LIABILITY GROUP, PLLC
Comprised of:

Liston/Lancaster, PLLC
126 North Quitman Avenue
Post Office Box 645
Winona, MS 38967

David H. Nutt & Associates, P.C
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157

Pittman, Germany, Roberts & Welsh, L.L.P.
Post Office Box 22985
Jackson, MS 39225-2985

By:   /s/ C. Victor Welsh, III
      ATTORNEYS FOR PLAINTIFFS

## *CERTIFICATE OF SERVICE*

I hereby certify that the above and foregoing *Notice of Hearing of Plaintiffs' Motion Requesting Suggestion to Remand* has been served on Liaison Counsel, Russ Herman and Phillip Whitman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on the 28th day of August, 2007.

/s/ C. Victor Welsh, III
C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS &
      WELSH, L.L.P.
P. O. Box 22985
Jackson, MS 39225-2985
Phone:   (601) 948-6200
Fax:     (601) 948-6187

OF COUNSEL TO RECEIVE PLEADINGS:

C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
P. O. Box 22985
Jackson, MS 39225-2985
(601) 948-6200 - phone
(601) 948-6187 - fax