UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | |
| Johnny Allen, et al. v. Merck & Co., Inc. | * | MAGISTRATE JUDGE |
| Civil Action No. 06-6601 | * | KNOWLES |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM OF PLAINTIFFS, ESTATE OF FANNIE GALLOWAY,
ESTATE OF KERMIT KEATHLEY, ESTATE OF JODY TABOR,
ESTATE OF ALICE TAYLOR AND ESTATE OF LAURA PRITT,
IN OPPOSITION TO DEFENDANT MERCK & CO., INC.'S MOTION TO
DISMISS REGARDING FAILURE TO FILE PLAINTIFF PROFILE FORMS**

Now come the Estate of Fannie Galloway, the Estate of Kermit Keathley, the Estate of Jody Tabor, the Estate of Alice Taylor, and the Estate of Laura Pritt, by counsel, in opposition to defendant's motion to dismiss their claims for failure to file Plaintiff Profile Forms pursuant to the Court's Pretrial Order.  Plaintiffs contend that (1) they have attempted in good faith to comply with the time frames, (2) they believed they had an agreement with defense counsel that they had been granted extra time to file the PPFs, (3) they now have complied by filing the PPFs, except for the Estate of Laura Pritt who has filed for voluntary dismissal, and (4) the defendant cannot demonstrate that it has been prejudiced by the short delay in filing the forms.

On May 9, 2007, plaintiffs' counsel emailed defense counsel to discuss same. See **Exhibit A**. The deficiency letter involved some cases that were not heart attack or stroke cases, and plaintiffs' counsel, by letter dated May 14, 2007, wrote defense counsel and advised them of that understanding. See **Exhibit B.**

On May 23, 2007, plaintiffs' counsel had a telephone conference with defense counsel and confirmed the conversation in a letter of same date. See **Exhibit C.** In the letter, plaintiffs' counsel confirmed that, "[l]isted below are seven (7) death cases on which we received delinquency notices and for which we will file PPFs as promptly as we can. You indicated that if we needed some more time to get back in touch with you. We appreciate that opportunity." Id. The subject claims are included in the letter. Plaintiffs believed they had extra time to file the PPFs. Plaintiffs have had difficulty obtaining medical records. Nevertheless, the Estate of Kermit Keathley filed the PPF on August 20, 2007, the Estate of Jody Tabor filed on August 22, 2007, the Estate of Fannie Galloway filed on August 24, 2007, the Estate of Alice Taylor filed on August 22, 2007, and the Estate of Laura Pritt filed a Stipulation of Dismissal without Prejudice on August 24, 2007. See **Exhibits D, E, F, G, and H.**

Therefore, since plaintiffs have exercised good faith, not willful disobedience, and the delay was not due to the lack of effort of the claimants, plaintiffs' cases should not be dismissed. Societe Internationale v. Rogers, 357 U.S. 197, 212 (1958). Further, there has been no prejudice to defendant demonstrated. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217 (9th Cir. 2006.)

Plaintiffs, therefore, respectfully pray that the defendant's motion be denied.

ESTATE OF FANNIE GALLOWAY, ESTATE OF KERMIT KEATHLEY, ESTATE OF JODY TABOR, ESTATE OF ALICE TAYLOR, AND ESTATE OF LAURA PRITT

By Counsel


/s/Marvin W. Masters
WV State Bar I.D. No. 2359
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia  25301
Phone:  (304) 342-3106
*Counsel for Claimants in Case Caption Above*
*f:\4\212\b001.doc*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | |
| Johnny Allen, et al. v. Merck & Co., Inc. | * | **MAGISTRATE JUDGE** |
| Civil Action No. 06-6601 | * | **KNOWLES** |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **"Memorandum of Plaintiffs, Estate of Fannie Galloway, Estate of Kermit Keathley, Estate of Jody Tabor, Estate of Alice Taylor and Estate of Laura Pritt, in Opposition to Defendant Merck & Co., Inc.'s Motion to Dismiss Regarding Failure to File Plaintiff Profile Form"** has been served upon Liaison Counsel, Russ M. Herman and Phillip A. Wittmann, and all others in accordance with LexisNexis File & Serve, this 28th day of August, 2007.

/s/Marvin W. Masters
WV State Bar I.D. No. 2359
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia  25301
(304) 342-3106
mwm@themasterslawfirm.com

4