## Vioxx Products Liability, PPF's

| Delete | Reply | Reply All | Forward | Move/Copy |
|--------|-------|-----------|---------|-----------|

Show Header                                                                    Print   Hide Envelope

From:     Sherri Rasmussen  Add to Address Book
To:       poulos@hugheshubbard.com, mwm@themasterslawfirm.com
Date:     Wednesday, May 09, 2007 8:13:29 AM
Subject:  Vioxx Products Liability, PPF's

Dear Mr. Poulos:

I am trying to schedule a telephone confernece with you and Mr. Masters regarding several letters of deficiencies that you recently sent. Are you available Thursday, May 10th or Friday, May 11th in the afternoon? Kindly advise at your earliest convenience, (304) 342-3106.

Thank you in advance for your time and attention to this matter.

Sherri Rasmussen

CONFIDENTIALITY NOTICE:
This e-mail may contain CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED and which is intended only for the use of the Addressee(s) named above. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail, or the taking of any action in reliance on the contents of this electronic information, is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (304) 342-3106 and permanently delete the original e-mail, any copy and any printout thereof. Thank you.

# EXHIBIT  A



The
ASTERS
Law Firm lc

May 14, 2007

John N. Poulos, Esquire
Hughes, Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey  07302-3910

Dear Mr. Poulos:

Subject:    In Re: Vioxx Products Liability Litigation
            MDL 1657

        We received deficiency letters from you with respect to the plaintiffs listed below. We understood that we were only to file a Plaintiff Profile Form "PPF" and medical authorizations for those clients who claimed injury from myocardial infarction (heart attack) or stroke related to ingestion of Vioxx. These plaintiffs claim Vioxx-related injuries, but *not* from myocardial infarction or stroke.

1.  Gretonda Mosley Shertzer
2.  Sharon Whitten
3.  Evna A. Whitt
4.  Michael Vint
5.  Ed Thornsbury
6.  Charles D. Thompson
7.  Alice Taylor
8.  Jody Tabor
9.  Danny Stumbo
10. Ronald G. Stewart
11. Charles Rutherford
12. David Rively
13. Donna Ratcliff
14. Harry Quesenberry
15. Laura Pritt
16. John Pritt
17. Alonzo C. Price
18. Calvin R. Plybon
19. Dennis A. Pauley
20. Larry A. Mynes
21. Helen Moss

22. Dale E. Monk
23. Ruth A. Moles
24. James Miller
25. Donna Miller
26. Helen McCallister
27. Evelyn G. McBride
28. Cassandra Marcum
29. George Lester
30. Beverly Legg
31. Junie Kirk
32. Charles Kinser
33. Garnett L. Keyser
34. Kermit Keathley
35. Lydia E. Jones
36. Nancy Johnstone
37. Helen G. Hunt
38. Delena Howery
39. Virgie Howard
40. Avon Harless
41. Betty Haines
42. Larry Gollihue

43. Fannie Gallaway
44. Kathleen Farley
45. Sandra W. Donnellan
46. Joseph Conn
47. John H. Chandler
48. Samuel R. Canada
49. Rose M. Bosley
50. Mary Louise Borda
51. Roy Lee Blankenship
52. Kenneth Barker
53. Eliza G. Ballard
54. Manuel Baldwin
55. Gladys Arthur
56. Johnny Allen Adkins
57. William Workman
58. Theresa Wilson
59. Drema G. Wilson
60. Donald R. Williams
61. Karen L. Willett

# EXHIBIT  B

John N. Poulos, Esquire
May 14, 2007
Page 2


We had the understanding that we were *not* to file PPFs. See attached email confirmation from Russ Herman's office dated February 21, 2007. We are willing to file PPFs for these individuals as promptly as we can and follow up with whatever information you may need. If Russ Herman's office is correct, we would like to have confirmation from you as to what procedure we are to follow. If not, we hereby respectfully request an extension of time within which to provide you and your client this information.

We do apologize for any inconvenience that this may have caused you and look forward to working with you in resolving this issue.

Very truly yours,

Marvin W. Masters


MWM:klh
Enclosure
cc:   Russ M. Herman, Esquire
      Phillip A. Whittmann, Esquire
f:\4\212\c055.doc

## RE: Vioxx Litigation

| ✗ Delete | ↩ Reply | ↩ Reply All | ↪ Forward | ▣ Move/Copy |
|---|---|---|---|---|

Show Header                                                           Print   Hide Envelope

From:      Regina Valenti  Add to Address Book
To:        Sherri Rasmussen
Date:      Wednesday, February 21, 2007 8:08:45 PM
Subject:   RE: Vioxx Litigation

Sherri – I spoke with Candice today and advised her that PPFs are only required on heart attack and stroke cases. In order to clear up any confusion with the defendants, all that is required is a letter stating that the cases you have not filed on (list them individually) are not heart attack and /or stroke cases. They cannot assume this because you may just be late with your PPF. So, as long as you advise them that you are not alleging heart attack or stroke, they know what cases are late. Let me know if you have any other questions.

*Regina L. Valenti*
Paralegal To Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
201 St. Charles Avenue, Suite 4310, New Orleans, LA 70170
Direct Line: (504) 799-6455 / Phone: (504) 581-4892 / Fax: (504) 561-6024

<<http://www.hhkc.com/>>
This Firm and its Partners are also Partners in Herman, Mathis, Casey, Kitchens & Gerel, LLP
*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Sherri Rasmussen [mailto:sherri@themasterslawfirm.com]
**Sent:** Wednesday, February 21, 2007 9:50 AM
**To:** Regina Valenti
**Subject:** Vioxx Litigation

Regina:

Would you kindly contact me or my assistant, Candice, (800-342-3106) at your very earliest convenience. We have a couple of questions regarding the PPF.

Thanks, Sherri Rasmussen

CONFIDENTIALITY NOTICE:
This e-mail may contain CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED and which is intended only for the use of the Addressee(s) named above. If you

are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail, or the taking of any action in reliance on the contents of this electronic information, is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (304) 342-3106 and permanently delete the original e-mail, any copy and any printout thereof. Thank you.

The *M*ASTERS
Law Firm lc

May 23, 2007

John N. Poulos, Esquire
Hughes, Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910

# EXHIBIT C

Dear Mr. Poulos:

Subject:    In Re: Vioxx Products Liability Litigation
            MDL 1657

      This is to confirm our conversation of today in which we discussed delinquency notices of the below named plaintiffs. The following 56 names are plaintiffs who claim injury from Vioxx, but not due to myocardial infarction, ischemic stroke and/or death. Therefore, it is not necessary for us to file Plaintiff Profile Forms at this time. We will file PPFs pursuant to the Pretrial Order for non-MI, ischemic stroke or death cases.

| | | |
|---|---|---|
| 1. Gretonda Mosley Shertzer | 20. Ruth A. Moles | 39. Kathleen Farley |
| 2. Sharon Whitten | 21. James Miller | 40. Sandra W. Donnellan |
| 3. Evna A. Whitt | 22. Donna Miller | 41. Joseph Conn |
| 4. Michael Vint | 23. Helen McCallister | 42. John H. Chandler |
| 5. Ed Thornsbury | 24. Evelyn G. McBride | 43. Samuel R. Canada |
| 6. Charles D. Thompson | 25. Cassandra Marcum | 44. Rose M. Bosley |
| 7. Danny Stumbo | 26. George Lester | 45. Roy Lee Blankenship |
| 8. Ronald G. Stewart | 27. Beverly Legg | 46. Kenneth Barker |
| 9. Charles Rutherford | 28. Junie Kirk | 47. Eliza G. Ballard |
| 10. David Rively | 29. Charles Kinser | 48. Manuel Baldwin |
| 11. Donna Ratcliff | 30. Garnett L. Keyser | 49. Gladys Arthur |
| 12. Harry Quesenberry | 31. Lydia E. Jones | 50. Johnny Allen Adkins |
| 13. John Pritt | 32. Nancy Johnstone | 51. William Workman |
| 14. Alonzo C. Price | 33. Helen G. Hunt | 52. Theresa Wilson |
| 15. Calvin R. Plybon | 34. Delena Howery | 53. Drema G. Wilson |
| 16. Dennis A. Pauley | 35. Virgie Howard | 54. Donald R. Williams |
| 17. Larry A. Mynes | 36. Avon Harless | 55. Karen L. Willet |
| 18. Helen Moss | 37. Betty Haines | 56. Gracie Maxine Pernell |
| 19. Dale E. Monk | 38. Larry Gollihue | |

      Listed below are seven (7) death cases on which we received delinquency notices and for which we will file PPFs as promptly as we can. You indicated that if we needed some more time to get back in touch with you. We appreciate that opportunity.

John N. Poulos, Esquire
May 23, 2007
Page 2

1. Estate of Mary Borda
2. Estate of Fannie Gallaway
3. Estate of Kermit Keathley
4. Estate of Laura Pritt
5. Estate of Pete Spano, II
6. Estate of Jody Tabor
7. Estate of Alice Taylor

Thank you very much for your assistance and cooperation.

Very truly yours,

Marvin W. Masters

MWM:klh
cc:    Russ M. Herman, Esquire
       Phillip A. Whittmann, Esquire
f:\4\212\c056.doc

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 16013012 |
| **Submitted by:** | Marvin Masters, Masters Law Firm LC |
| **Authorized by:** | Marvin Wayne Masters, Masters Law Firm LC |
| **Authorize and file on:** | Aug 20 2007 3:12PM CDT |

# EXHIBIT D

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(4) |
| **Case Number:** | 2:06cv06601 |
| **Case Name:** | Allen, Johnny et al vs Merck & Co Inc |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Private |
| **Billing Reference:** | 4/212 |

**Documents List**
5 Document(s)

**Attached Document, 25 Pages  Document ID: 10923818**                    PDF Format  |  Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
Plaintiff Profile Form (Estate of Kermit Keathley)

**Attached Document, 1 Pages  Document ID: 10923839**                    PDF Format  |  Original Format
Related Document ID: 10923818

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 1 - Medical Records Index

**Attached Document, 1 Pages  Document ID: 10923851**                    PDF Format  |  Original Format
Related Document ID: 10923818

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 2 - Death Certificate

**Attached Document, 1 Pages  Document ID: 10923861**                    PDF Format  |  Original Format
Related Document ID: 10923818

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 3 - Executor Appointment

**Attached Document, 1 Pages  Document ID: 10923884**                    PDF Format  |  Original Format
Related Document ID: 10923818

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Exhibit 4 - Social Security Document

Expand All

- **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Keathley, Joan E | Plaintiff | Masters, Marvin Wayne | Masters Law Firm LC | Attorney in Charge |

- **Recipients (4)**

  - Service List (4)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|

| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Giamportone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Mavroudis/973004, Dimitrios | Dechert LLP-Philadelphia | Co-Counsel | E-Service |

⊟ Additional Recipients (0)

⊞ **Case Parties**



LexisNexis   About LexisNexis | Terms & Conditions · Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 16044162 |
| **Submitted by:** | Marvin Masters, Masters Law Firm LC |
| **Authorized by:** | Marvin Wayne Masters, Masters Law Firm LC |
| **Authorize and file on:** | Aug 22 2007 1:54PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(4) |
| **Case Number:** | 2:06cv06601 |
| **Case Name:** | Allen, Johnny et al vs Merck & Co Inc |

# EXHIBIT E

| | |
|---|---|
| **Transaction Option:** | Serve Only - Private |
| **Billing Reference:** | 4212 |

**Documents List**
**7 Document(s)**

**Attached Document, 21 Pages   Document ID: 10960772**

PDF Format | Original Format

**Document Type:**
Plaintiff Profile Form

**Access:**
Sealed, electronic

**Statutory Fee:** $0.00

**Linked:**

**Document title:**
Plaintiff Profile Form (Estate of Jody Tabor)

**Attached Document, 1 Pages   Document ID: 10960781**
Related Document ID: 10960772

PDF Format | Original Format

**Document Type:**
Exhibits

**Access:**
Sealed, electronic

**Statutory Fee:** $0.00

**Linked:**

**Document title:**
Attachment 1 - Medical Records Index

**Attached Document, 1 Pages   Document ID: 10960790**
Related Document ID: 10960772

PDF Format | Original Format

**Document Type:**
Exhibits

**Access:**
Sealed, electronic

**Statutory Fee:** $0.00

**Linked:**

**Document title:**
Attachment 2 - Death Certificate

**Attached Document, 1 Pages   Document ID: 10960797**
Related Document ID: 10960772

PDF Format | Original Format

**Document Type:**
Exhibits

**Access:**
Sealed, electronic

**Statutory Fee:** $0.00

**Linked:**

**Document title:**
Attachment 3 - Appointment Papers

**Attached Document, 5 Pages   Document ID: 10960806**
Related Document ID: 10960772

PDF Format | Original Format

**Document Type:**
Exhibits

**Access:**
Sealed, electronic

**Statutory Fee:** $0.00

**Linked:**

**Document title:**
Attachment 4 - Autopsy Report

**Attached Document, 17 Pages   Document ID: 10960826**
Related Document ID: 10960772

PDF Format | Original Format

**Document Type:**
Exhibits

**Access:**
Sealed, electronic

**Statutory Fee:** $0.00

**Linked:**

**Document title:**
Attachment 5 - Medical Records (Lincoln Primary Care Center)

**Attached Document, 8 Pages   Document ID: 10960843**
Related Document ID: 10960772

PDF Format | Original Format

**Document Type:**
Exhibits

**Access:**
Sealed, electronic

**Statutory Fee:** $0.00

**Linked:**

**Document title:**

Attachment 6 - Medical Records (The Village Medical Center)

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Tabor, Regina | Plaintiff | Masters, Marvin Wayne | Masters Law Firm LC | Attorney in Charge |

⊟ **Recipients (4)**

⊟ Service List (4)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Giampontone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Mavroudis/973004, Dimitrios | Dechert LLP-Philadelphia | Co-Counsel | E-Service |

⊟ Additional Recipients (0)

⊞ **Case Parties**



 LexisNexis

About LexisNexis | Terms & Conditions : Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.

# LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 16077460 |
| **Submitted by:** | Marvin Masters, Masters Law Firm LC |
| **Authorized by:** | Marvin Wayne Masters, Masters Law Firm LC |
| **Authorize and file on:** | Aug 24 2007 1:22PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(4) |
| **Case Number:** | 2:06cv06601 |
| **Case Name:** | Allen, Johnny et al vs Merck & Co Inc |

# EXHIBIT F

| | |
|---|---|
| **Transaction Option:** | Serve Only - Private |
| **Billing Reference:** | 4212 |

## Documents List
### 9 Document(s)

**Attached Document, 21 Pages   Document ID: 10999437**

PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
Plaintiff Profile Form (Estate of Fannie Galloway)

**Attached Document, 1 Pages   Document ID: 10999449**
Related Document ID: 10999437

PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 1 - Medical Records Index

**Attached Document, 1 Pages   Document ID: 10999462**
Related Document ID: 10999437

PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 2 - Death Certificate

**Attached Document, 1 Pages   Document ID: 10999475**
Related Document ID: 10999437

PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 3 - Letter of Administration

**Attached Document, 50 Pages   Document ID: 10999518**
Related Document ID: 10999437

PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 4 - Medical Records (Raleigh General Hospital 1 of 5)

**Attached Document, 50 Pages   Document ID: 10999550**
Related Document ID: 10999437

PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 5 - Medical Records (Raleigh General Hospital 2 of 5)

**Attached Document, 50 Pages   Document ID: 10999571**
Related Document ID: 10999437

PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**

Attachment 6 - Medical Records (Raleigh General Hospital 3 of 5)
**Attached Document, 50 Pages   Document ID: 10999630**
Related Document ID: 10999437

PDF Format  |  Original Format

**Document Type:**
Exhibits

**Access:**
Sealed, electronic

**Statutory Fee:**
$0.00

**Linked:**

**Document title:**
Attachment 7 - Medical Records (Raleigh General Hospital 4 of 5)

**Attached Document, 9 Pages   Document ID: 10999670**
Related Document ID: 10999437

PDF Format  |  Original Format

**Document Type:**
Exhibits

**Access:**
Sealed, electronic

**Statutory Fee:**
$0.00

**Linked:**

**Document title:**
Attachment 8 - Medical Records (Raleigh General Hospital 5 of 5)

Expand All

**Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Cook, Shirley J | Plaintiff | Masters, Marvin Wayne | Masters Law Firm LC | Attorney in Charge |

**Recipients (4)**

Service List (4)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Giamportone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Mavroudis/973004, Dimitrios | Dechert LLP-Philadelphia | Co-Counsel | E-Service |

Additional Recipients (0)

**Case Parties**

 Close

 LexisNexis

About LexisNexis  Terms & Conditions  Privacy  Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 16037329 |
| **Submitted by:** | Marvin Masters, Masters Law Firm LC |
| **Authorized by:** | Marvin Wayne Masters, Masters Law Firm LC |
| **Authorize and file on:** | Aug 22 2007 9:59AM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(4) |
| **Case Number:** | 2:06cv06601 |
| **Case Name:** | Allen, Johnny et al vs Merck & Co Inc |

# EXHIBIT  G

| | |
|---|---|
| **Transaction Option:** | Serve Only - Private |
| **Billing Reference:** | 4212 |

**Documents List**
**10 Document(s)**

**Attached Document, 22 Pages   Document ID: 10953637**                     PDF Format | Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Plaintiff Profile Form | Sealed, electronic | $0.00 | |

**Document title:**
Plaintiff Profile Form (Estate of Alice Taylor)

**Attached Document, 1 Pages   Document ID: 10953650**                     PDF Format | Original Format
Related Document ID: 10953637

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 1 - Medical Records Index

**Attached Document, 1 Pages   Document ID: 10953667**                     PDF Format | Original Format
Related Document ID: 10953637

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 2 - Death Certificate

**Attached Document, 1 Pages   Document ID: 10953681**                     PDF Format | Original Format
Related Document ID: 10953637

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 3 - Administration Papers

**Attached Document, 16 Pages   Document ID: 10953694**                     PDF Format | Original Format
Related Document ID: 10953637

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 4 - Medical Records (RXBytel Pharmacy)

**Attached Document, 50 Pages   Document ID: 10953719**                     PDF Format | Original Format
Related Document ID: 10953637

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 5 - Medical Records (Utaiwan Savannoperat, M.D. 1 of 3)

**Attached Document, 50 Pages   Document ID: 10953746**                     PDF Format | Original Format
Related Document ID: 10953637

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**

Attachment 6 - Medical Records (Utaiwan Savannoparat, M.D. 2 of 3)
**Attached Document, 14 Pages   Document ID: 10953759**
Related Document ID: 10953637                                              PDF Format  |  Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 7 - Medical Records (Utaiwan Savannoparat, M.D. 3 of 3)
**Attached Document, 50 Pages   Document ID: 10953820**
Related Document ID: 10953637                                              PDF Format  |  Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 8 - Medical Records (St. Francis Hospital 1 of 2)
**Attached Document, 34 Pages   Document ID: 10953849**
Related Document ID: 10953637                                              PDF Format  |  Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Sealed, electronic | $0.00 | |

**Document title:**
Attachment 9 - Medical Records (St. Francis Hospital 2 of 2)

Expand All

**Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Shafter, Orville L | Plaintiff | Masters, Marvin Wayne | Masters Law Firm LC | Attorney in Charge |

**Recipients (4)**

**Service List (4)**

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Giamportone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Mavroudis/973004, Dimitrios | Dechert LLP-Philadelphia | Co-Counsel | E-Service |

Additional Recipients (0)

**Case Parties**

Close

 LexisNexis

About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Allen, Johnny et al. v. Merck & Co., Inc.,* | * | **KNOWLES** |
| Docket Number 2:06:-cv-06601; and | * | |
| Only regarding CAFFIE GIBSON | * | |
| for the Estate of LAURA PRITT | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUCIDE

Plaintiff, Caffie Gibson for the Estate of Laura Pritt, and defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed.R.Civ.Proc.41(a)(1), to a dismissal without prejudice to all of her respective claims against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs, subject to the following conditions:

1. Caffie Gibson for the Estate of Laura Pritt agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, they shall so do only in the United States District Court for the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28U.S.C.§1332, and they shall not oppose transfer to MDL 1657; and

# EXHIBIT H

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx®Products Liab. Litig.* (MDL-1657, the MDL proceeding venued in the United States District Court for the Eastern District of Louisiana) and that is not specific to a particular plaintiff, can be used in any suck lawsuit re-filed by said Plaintiff, as though Plaintiff had been a party and had had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal in entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of this Plaintiff against Merck & Co., Inc., in the above-captioned case.

4. The claims of the remaining plaintiffs shall remain in full force and effect.

Respectfully submitted,

THE MASTERS LAW FIRM, lc

STONE PIGMAN WALTHER
WITTMANN, LLC

By: /s/ *Marvin W. Masters*

By: _____

Marvin W. Masters
West Virginia Bar No. 2359
The Masters Law Firm, lc
181 Summers Street
Charleston, WV 25301
(304) 342-3106

Phillip A. Wittman, #13625
Dorothy H. Wimberly, #18509
Stone Pigman Walther Wittmann
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200

*Counsel for Plaintiff Listed in Caption
Above*

*Counsel for Defendant Merck & Co.,
Inc.*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Allen, Johnny et al. v. Merck & Co., Inc.,* | * | **KNOWLES** |
| Docket Number 2:06:-cv-06601; and | * | |
| Only regarding CAFFIE GIBSON | * | |
| for the Estate of LAURA PRITT | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to hear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____

**DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the MC/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of August 2007.

/s/ Marvin W. Masters

Other Docum...

MAG-3, MASTER, PROTO, VIOXX

### U. S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Masters, Marvin on 8/24/2007 at 2:42 PM CDT and filed on 8/24/2007

**Case Name:**    In Re: Vioxx Products Liability Litigation
**Case Number:**
**Filer:**    Plaintiff
**Document Number:**

**Docket Text:**
STIPULATION of Dismissal Without prejudice by Plaintiff. (Reference: 2:06-cv-06601)(Masters, Marvin)

**2:05-md-1657 Notice has been electronically mailed to:**

Leonard A. Davis    ldavis@hhkc.com, hlaborde@hhkc.com, lflemming@hhkc.com

Russ M. Herman    rwestenfeld@hhkc.com

Phillip A. Wittmann    pwittmann@stonepigman.com, cmolony@stonepigman.com, jweinstein@stonepigman.com, npaskert@stonepigman.com

**2:05-md-1657 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=8/24/2007] [FileNumber=1965380-0 ] [0e401408525dd4c6ec078955570104f20c80889f206d63422cc98d24c18eeb21c5f c793b59ae731a8fe74ea40191fb39001a353596b2d2fa547f15b8cc9d4da4]]

# LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 16080339 |
| **Submitted by:** | Marvin Masters, Masters Law Firm LC |
| **Authorized by:** | Marvin Wayne Masters, Masters Law Firm LC |
| **Authorize and file on:** | Aug 24 2007 3:03PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(4) |
| **Case Number:** | 2:06cv06601 |
| **Case Name:** | Allen, Johnny et al vs Merck & Co Inc |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Private |
| **Billing Reference:** | 4212 |

**Documents List**
**1 Document(s)**
**Attached Document, 4 Pages   Document ID: 11002984**

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Other Court Filed Documents | Secure Public | $0.00 | |

**Document title:**
Stipulation of Dismissal Without Prejudice (Estate of Laura Pritt)

Expand All

## ~ Sending Parties (1)

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Gibson, Caffie | Plaintiff | Masters, Marvin Wayne | Masters Law Firm LC | Attorney in Charge |

## ~ Recipients (12)

### ~ Service List (12)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Defendants Liaison Counsel | Defendant | Williams, Catherine Michelle Shelly | McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wimberly, Dorothy H | Stone Pigman Walter Wittmann LLC | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walter Wittmann LLC | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Cohen, Charles W | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Owen, Thomas P | Stanley Flanagan & Reuter | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Giamportone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Mavroudis/973004, Dimitrios | Dechert LLP-Philadelphia | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Birchfield, Andy D | Beasley Allen Crow Methvin Portis & Miles PC | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Seeger, Christopher | Seeger Weiss LLP | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Davis, Leonard | Herman Herman Katz & Cotlar LLP | Attorney in Charge | E-Service |
| Service | Plaintiffs Liaison | Plaintiff | Herman, Russ | Herman Herman Katz & | Co-Counsel | E- |

Counsel                                          Cotlar LLP                                          Service

- Additional Recipients (0)

+ **Case Parties**

Close

LexisNexis                2007        All rights reserved.          Customer Support - 1-888-529-7587