UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Tammy Bailey et al,<br>Plaintiff: Mary H. Walker<br><br>V.<br><br>Merck & Co., Inc.<br><br>Defendant | Case No.: 06-5987<br>MDL: 1657<br><br>JUDGE FALLON |

## PLAINTIFF MARY H. WALKER'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant Merck has moved to dismiss Plaintiff's lawsuit on the grounds that Plaintiff has failed to provide a completed Plaintiff's Fact Sheet. Plaintiff opposes defendant's motion and respectfully requests this Court to deny the motion.

Plaintiff is an elderly woman who suffers from various medical problems including a loss of memory from a stroke she suffered in 2002. Counsel has had a difficult time contacting Plaintiff but has recently spoken with her and has been informed that she wishes to continue with her case and will enlist the help of her husband to help her fill out the Plaintiff's Fact Sheet.

Plaintiff requests that she be given additional time to submit a Fact Sheet to Defendant. Plaintiff submits that she will submit a Fact Sheet on or before September 6, 2007.

1

Respectfully submitted:

*[signature]*

J. Christopher Ide, Esquire
The Miller Firm, LLC
105 N. Alfred Street
Alexandria, Virginia 22314
703-519-8080 - Phone
703-519-8084 – fax
cide@doctoratlaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the above and foregoing **Opposition to Defendant's Motion to Dismiss** was served on Liaison Counsel Russ Herman & Phillip Wittmann by e-mail and prepaid U.S. first class Mail, in addition upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pre-Trial Order No. 8B and that the forgoing was electronically filled with the Clerk of The Court of The United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filling in accord with the procedures established in MDL 1657 on this 28th day of August 2007.

Phillip A. Wittmann
Dorothy A. Wimberly
STONE, PIGMAN WALTHER
WITMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwinberly@stoempigman.com

Defense Liaison Counsel

J. Christopher Ide, Esquire 19307
The Miller Firm, LLC
105 N. Alfred Street
Alexandria, Virginia 22314
(703) 519-8080 - Phone
(703) 519-8084 – Fax
CIde@Doctoratlaw.com