UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *O'Sullivan, Jacqueline v. Merck & Co.,* | * | KNOWLES |
| *Inc.;* Docket No. 2:07-cv-00360. | * | |
| | * | |
| *Ento, Michael D. v. Merck & Co., Inc.;* | * | |
| Docket No. 2:07-cv-00354. | * | |
| | * | |
| *Thompson, Kim L. v. Merck & Co., Inc.;* | * | |
| Docket No. 2:06-cv-11283. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE