|   |   |   |
|---|---|---|
| A CERTIFIED TRUE COPY<br><br>AUG 2 8 2007<br><br>FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION | U.S. DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>FILED  AUG 2 8 2007<br><br>LORETTA G. WHYTE<br>CLERK | JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>AUG 1 0 2007<br><br>FILED<br>CLERK'S OFFICE |

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1657

*IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation*

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-111)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,331 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 2 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## SCHEDULE CTO-111 - TAG-ALONG ACTIONS
## MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM  3  07-662 | Cynthia S. Doty, etc. v. Merck & Co., Inc. | 07-5231 |
| **MARYLAND** | | |
| MD  1  07-1987 | Delores Gooden, et al. v. Merck & Co., Inc. | 07-5232 |
| MD  1  07-2040 | Janice Yeager v. Merck & Co., Inc. | 07-5233 |
| MD  8  07-1916 | Jack Massengale v. Merck & Co., Inc. | 07-5234 |
| **MINNESOTA** | | |
| MN  0  07-3505 | Cynthia Kiernan, et al. v. Merck & Co., Inc., et al. | 07-5235 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  3  07-441 | Peter G. Bower, et al. v. Merck & Co., Inc. | 07-5236 |
| **SOUTH CAROLINA** | | |
| SC  3  07-2605 | Betty Smith v. Merck & Co., Inc. | 07-5237 |
| SC  4  07-2592 | Reginald Skinner, et al. v. Merck & Co., Inc. | 07-5238 |
| SC  8  07-2581 | Charles M. Reedy, III, et al. v. Merck & Co., Inc. | 07-5239 |
| **WISCONSIN EASTERN** | | |
| WIE  2  07-635 | Karen Jackson, et al. v. Merck & Co., Inc. | 07-5240 |

# INVOLVED COUNSEL LIST (CTO-111)
## MDL No. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Luther James Battiste, III
Johnson, Toal & Battiste
P.O. Box 1431
Columbia, SC 29202

Matthew W. Christian
Christian & Davis
P.O. Box 332
Greenville, SC 29602

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Marion S. Fowler, III
Fowler Law Firm
P.O. Box 1719
Lake City, SC 29560

James Chris Fraser
Venable, LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201-2978

Robert B. Guild
Matthews & Guild, P. A.
2237 Riverside Avenue
Jacksonville, FL 32204

H. Blair Hahn
Richardson Patrick Westbrook & Brickman, LLC
P.O. Box 1007
Mt. Pleasant, SC 29465

Anthony C. Hayes
Nelson Mullins Riley & Scarborough LLP
P.O. Box 11070
Columbia, SC 29211-1070

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Michael L. Johnson
Otjen, Van Ert, Lieb & Weir, S.C.
700 North Water Street
Suiet 800
Milwaukee, WI 53202-4206

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Jack Massengale
7105 Steed Court
Hyattsville, MD 20782

Mary E. McAlister
David Nutt & Associates
666 North Street
Suite 102A
Jackson, MS 39202

John Brian T. Murray, Jr.
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Trinette D. Pitts
Pitts & Pitts
633 West Wisconsin Avenue
Suite 1501
Milwaukee, WI 53203

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Avenue, South
Suite 8000
Minneapolis, MN 55415

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Mary E. McAlister
David Nutt & Associates
605 Crescent Boulevard
Suite 200
Ridgeland, MS  39157

## INVOLVED JUDGES LIST (CTO-111)
## MDL No. 1657
## IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

Hon. Virginia Maria Hernandez Covington
U.S. District Judge
U.S. Courthouse
300 N. Hogan Street
Suite 11-350
Jacksonville, FL 32202

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Peter J. Messitte
U.S. District Judge
6500 Cherrywood Lane
Room 475A
Greenbelt, MD 20770

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Daniel P. Jordan, III
U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201-2409

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

Hon. Lynn S. Adelman
U.S. District Judge
204 U.S. Courthouse & Federal Building
517 E. Wisconsin Avenue
Milwaukee, WI 53202

## INVOLVED CLERKS LIST (CTO-111)
## MDL No. 1657
## IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Jon W. Sanfilippo, Clerk
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

<div style="text-align:center">

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

</div>

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:   [202] 502-2888<br>http://www.jpml.uscourts.gov |

<div style="text-align:center">August 28, 2007</div>

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

<div style="text-align:center">(See Attached CTO-111)</div>

Dear Ms. Whyte:

    I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 10, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

    The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**    The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

    A list of involved counsel is attached.

<div style="margin-left:50%">
Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *(signature)*
Docket Specialist
</div>

Attachments

cc:    Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judges:    (See Attached List of Judges)
      Transferor Clerks:    (See Attached List of Clerks)

<div style="text-align:right">JPML Form 36A</div>