UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| LENE ARNOLD | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-2627 | |
| and | |
| ALICIA GOMEZ | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-1163 | |

**THE PSC'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY
RE: MERCK'S MOTION AND MEMORANDUM TO ALTER OR
AMEND THE COURT'S JULY 3, 2007 ORDER DENYING MERCK'S
MOTION FOR SUMMARY JUDGMENT TO INCLUDE CERTIFICATION
FOR INTERLOCUTORY REVIEW PURSUANT TO 28 U.S.C. § 1292(b)**

The Plaintiffs' Steering Committee hereby submits as supplemental authority the following materials:

- A letter from Michael D. Bowman, Director of Policy, the American Legislative Exchange Counsel ("ALEC"), to Leonard Davis, *see* August 21, 2007 Letter from Michael D. Bowman

1

- to Leonard Davis (hereafter "ALEC Letter"), attached hereto as Exhibit "A";

- A letter from Steven C. Gregory, Chief Legal & Compliance Officer, the Council of State Governments ("CSG"), to Leonard Davis, *see* August 22, 2007 Letter from Steven Gregory to Leonard Davis (hereafter "CSG Letter"), attached hereto as Exhibit "B"; and

- A letter from Hugh K. Webster, Counsel for the National Governors Association ("NGA"), *see* August 20, 2007 Letter from Hugh Webster to Leonard Davis (hereafter "NGA Letter"), attached hereto as Exhibit "C".

Each of the above referenced materials have been provided to the PSC in response to subpoenas issued as a result of the gaps identified in the Rule 56(f) affidavit of Plaintiffs' Liaison Counsel, Russ M. Herman. The above materials refute any assertion that the FDA complied with Executive Order 13132,[1] thus, supporting this Court's conclusion that the Final Rule is not entitled to controlling deference.

Both the ALEC Letter and the CSG Letter indicate that neither organization has any documents that are responsive to the PSC's discovery requests. *See* CSG Letter ("After a thorough review of the files located at CSG Headquarters in Lexington, KY, the CSG office in Washington, DC, and all of the CSG regional and satellite offices, it has been determined that none of the documents listed in Schedule A of the aforementioned subpoena are in the possession of CSG, and there is no evidence that any such documents have ever been in the possession of CSG."); *see also* ALEC Letter (ALEC has no documents responsive to the PSC's discovery requests). Given the

---

[1] *See* 64 Fed. Reg. 43255 §4(d)(1999) ("When an agency foresees the possibility of a conflict between State law and Federally protected interests within its area of regulatory responsibility, the agency shall consult, to the extent practicable, with appropriate State and local officials in an effort to avoid such a conflict.").

2

absence of any documents from CSG or ALEC evidencing consultation with FDA, FDA's Consultation Memo[2] appears to misrepresent the degree of consultation with officials and organizations. This conclusion is consistent with the Salo E-mail that was submitted to this Court along with the PSC's Second Notice of Supplemental Authority. *See* Salo E-mail ("FDA's consultation process has been to conduct four conferences calls, one with myself, one with Joy Wilson of NCSL, one with Nicole Stofer in Governor Barbour's office and one with Governor Daniel's office.").[3] Thus, as with FDA's apparent misrepresentation that there was consultation with the Office of Indiana Governor Mitch Daniels, FDA's credibility is similarly strained concerning its assertion that it consulted with CSG and ALEC.

In addition, the NGA Letter provides no additional materials beyond those that have previously been submitted to this Court as supplemental authority, *i.e.*, the NGA Letter provides copies of the NCSL Letter, Exhibit "A" to the PSC's 1st Notice of Supp. Author, and the Salo Memo, Exhibit "G" to the PSC's 2nd Notice of Supp. Author. The absence of any additional materials from NGA further evidences that FDA failed to comply with Executive Order 13132.

Since these supplemental authorities further support this Court's determination that the Final

---

[2] *See* FDA Memorandum "Consultation with State Officials and Organizations" (hereinafter, "FDA Consultation Memo"), attached as Exhibit 41 to Plaintiffs' Response in Opposition to Merck & Co.'s Motion for Summary Judgement.

[3] *See* E-mail correspondence from Matthew Salo, Director, Health and Human Services Committee of the NGA, to Nicole Stofer *et al.*, *see* January 13, 2006 Correspondence from Matthew Salo to Nicole Stofer *et al.* ("Salo E-mail"), Exhibit "E" to the PSC's 2nd Notice of Supp. Author.

Rule should not be accorded deference, the PSC respectfully requests that this Court take them into consideration when determining Merck's 1292(b) motion.

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date: August 30, 2007         By: /s/ Leonard A. Davis
                                                    **Russ M. Herman (Bar No. 6819)**
                                                    Leonard A. Davis (Bar No. 14190)
                                                    Stephen J. Herman (Bar No. 23129)
                                                    ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                                    820 O'Keefe Avenue
                                                    New Orleans, Louisiana 70113
                                                    Telephone: (504) 581-4892
                                                    Facsimile: (504) 561-6024

                                                    **PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire **(on brief)**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**AND**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier

**Counsel for Plaintiff Arnold**

**AND**

Kathryn A. Snapka, Esquire
SNAPKA, TURMAN & WATERHOUSE LLP
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403
(361) 888-7676 (telephone)
(361) 884-8545 (telecopier)

Zollie C. Steakley
TX State Bar No. 24029848
MS State Bar No. 100517
Attorney for Plaintiffs
CAMPBELL~CHERRY~HARRISON~
 DAVIS~DOVE, P.C.
P.O. Drawer 21387
Waco, Texas 76702
(254) 761-3300 (telephone)
(254) 761-3301 (telecopier)

**Counsel for Plaintiff Gomez**

6

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of August, 2007.

    /s/ Leonard A. Davis
    Leonard A. Davis (Bar No. 14190)
    ***Herman, Herman, Katz & Cotlar, LLP***
    820 O'Keefe Avenue
    New Orleans, LA 70113
    PH:   (504) 581-4892
    FAX:  (504) 561-6024
    ldavis@hhkc.com