# Exhibit "B"

 Sharing capitol ideas.                    The Council of State Governments

President Governor Brad Henry, Okla.
Chair Representative Deborah Hudson, Del.
Executive Director Daniel M. Sprague

August 22, 2007

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   Subpoena to The Council of State Governments

Dear Mr. Davis:

I am writing in response to the subpoena issued by the United States Court for the District of Columbia on July 25, 2007 for The Council of State Governments ("CSG") to produce any documents listed in Schedule A of that subpoena. The subpoena was issued in relation to the Notice of Deposition Duces Tecum (Records Only) filed on July 25, 2007 with the United States District Court for the Eastern District of Louisiana in case MDL NO. 1657, VIOXX Products Liability Litigation.

After a thorough review of the files located at CSG Headquarters in Lexington, KY, the CSG office in Washington, DC, and all of the CSG regional and satellite offices, it has been determined that none of the documents listed in Schedule A of the aforesaid subpoena are in the possession of CSG, and there is no evidence that any such documents have ever been in the possession of CSG.

Should you have any questions or concerns, please contact me at 859-244-8040. Thank you.

Respectfully,

Steven C. Gregory
Chief Legal & Compliance Officer

The Council of State Governments
2760 Research Park Drive • P.O. Box 11910 • Lexington, KY 40578-1910 • (859) 244-8000 • Fax (859) 244-8001 • www.csg.org

| Eastern Office | Midwestern Office | Southern Office | Western Office | Washington Office |
|---|---|---|---|---|
| New York | Lombard, Ill. | Atlanta | Sacramento, Calif. | Washington, D.C. |
| (212) 482-2320 | (630) 925-1922 | (404) 633-1866 | (916) 553-4423 | (202) 624-5460 |
| www.csgeast.org | www.csgmidwest.org | www.slcatlanta.org | www.csgwest.org | www.csg.org |

COMMONWEALTH OF KENTUCKY  )
)
COUNTY OF FAYETTE  )

BEFORE ME, the undersigned, _Steven C. Gregory_, known to me to be the person whose name is subscribed to the foregoing document and who acknowledged to me that he executed the same for the purposes and consideration therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 22nd day of August, 2007.

_____
Notary Public in and for the Commonwealth of Kentucky

My Commission Expires: 3/26/2011