UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| 06-333; 06-6601; 05-495; | * | JUDGE KNOWLES |
| 05-6736; and 06-8415 | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

### NOTICE OF WITHDRAWAL OF RULE TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE AS TO NINE PLAINTIFFS

On August 14, 2007, Defendant Merck & Co., Inc. ("Merck"), filed a rule to show cause why certain cases, including the claims of the plaintiffs in the cases referenced above, should not be dismissed with prejudice for failure to comply with Pre-Trial Order 18C. Six of the plaintiffs in the above-listed cases, namely Jerry Melton (05-495), Marjorie Eubanks Davis o/b/o Richard W. Davis (06-333), Shirley Cook o/b/o Estate of Fannie Galloway (06-6601), Joan Keathley o/b/o Estate of Kermit Keathley (06-6601), Regina Tabor o/b/o Estate of Jody Tabor (06-6601), and Orvile Shaffer o/b/o Alice Taylor (06-6601), subsequently submitted a completed Plaintiff Profile Form and records to Merck. Additionally, three plaintiffs, namely Caffie Gibson o/b/o Estate of Laura Pritt (06-6601), Zelmar Bond (05-6736), and Audrey Sapida (06-8415) have filed Stipulations of Dismissal Without Prejudice. Accordingly, Merck hereby gives notice to the Court that it is withdrawing its rule against these nine plaintiffs only. Merck intends to proceed with its rule against the remaining plaintiffs identified in the rule.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

890708v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Withdrawal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of August, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

890708v.1