UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Deborah L. Walls v. Merck & Co., Inc.,* a/k/a and sometime d/b/a Merck Sharpe & Dohme (I.A.) Corp., a New Jersey Corporation, Case No. 06-6592.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and the instant lawsuit of Plaintiff Deborah L. Walls be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Dismissal Without Prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE

4