UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Miller, Doris et al. v. Merck & Co., Inc.,* | * | **KNOWLES** |
| Docket Number: 2:06-cv-11066; and | * | |
| only regarding Linda Burks, Joseph | * | |
| Mandurano, Doris Miller, Danuta | * | |
| Mindrum, and Vanessa Smith. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Linda Burks, Joseph Mandurano, Doris Miller, Danuta Mindrum, and Vanessa

Smith, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc.

41(a)(1), to a dismissal without prejudice all of their respective claims against Merck & Co., Inc.

in the above-styled lawsuits, each party to bear its own costs, subject to the following conditions:

1.      Plaintiffs agree that, in the event they or a representative on their behalf re-file a

lawsuit against Merck that contains claims relating to Vioxx®, they shall so do only in the

United States District Court for the Eastern District of Louisiana, without joining any parties

whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall

not oppose transfer to MDL 1657; and

2.      Plaintiffs further agree that in the event they re-file such lawsuit, any discovery

that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657, the

MDL proceeding venued in the United States District Court for the Eastern District of Louisiana)

and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said Plaintiffs, as though Plaintiffs had been a party and had had an opportunity to participate in that discovery.

3.    Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of these Plaintiffs against Merck & Co., Inc., in the above-captioned case.

4.    The claims of the remaining plaintiffs shall remain in full force and effect.

Respectfully submitted,

EDWARD A. BERMAN, P.C.

By: _Edward A. Berman_

Edward Arthur Berman
Edward A. Berman, PC
55 E. Monroe St.
Ste. 3910
Chicago, IL 60603
312-236-2020

*Counsel for Plaintiffs Listed in Caption Above*

STONE PIGMAN WALTHER
WITTMANN, L.L.C.

By: _/s/ Dorothy H. Wimberly_

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA  70130
Phone: 504-581-3200

*Counsel for Defendant Merck & Co., Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of August, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel