UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Burke, Arthur et al. v. Merck & Co.,* | * | KNOWLES |
| *Inc.;* Docket No. 2:06-cv-03375; only | * | |
| regarding Danny Halbrooks | * | |
| | * | |
| *Deist, Lorene et al. v. Merck & Co., Inc.;* | * | |
| Docket No. 2:06-cv-09200; only | * | |
| regarding Bernard Smith | * | |
| | * | |
| *Manley, Cynthia et al. v. Merck & Co.,* | * | |
| *Inc.;* Docket No. 2:06-cv-03378; only | * | |
| regarding Luz Bersosa | * | |
| | * | |
| *McCarthy, Elizbeth et al. v. Merck &* | * | |
| *Co., Inc.;* Docket No. 2:06-cv-03172; | * | |
| only regarding Joyce Carey | * | |
| | * | |
| *Nobles, Marie et al. v. Merck & Co.,* | * | |
| *Inc.;* Docket No. 2:06-cv-02102; only | * | |
| regarding Lawrence Deatherage on | * | |
| behalf of decedent Vada Deatherage | * | |
| | * | |
| *Pickard, Steve et al. v. Merck & Co.,* | * | |
| *Inc.;* Docket No. 2:06-cv-01974; only | * | |
| regarding Pat Cartwright | * | |
| | * | |
| *Zook, Shirley et al. v. Merck & Co., Inc.;* | * | |
| Docket No. 2:05-cv-05304; only | * | |
| regarding Ronald O'Doniel on behalf of | * | |
| Marcia O'Doneil | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED,

that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-

styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____

**DISTRICT JUDGE**