IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BETTY CARNEGIE, INDIVIDUALLY, AND ON BEHALF OF CLAUDE CARNEGIE, DECEASED<br>Plaintiff | § § § § § § | |
| VS. | § § | Civil Action No. 05-6039 |
| MERCK & CO., INC.<br>Defendant | § § § | |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO. 1657<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>BETTY CARNEGIE, INDIVIUALLY, AND ON BEHALF OF CLAUDE CARNEGIE, DECEASED | § § § § § § § | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

**THE O'QUINN LAW FIRM'S MOTION
TO WITHDRAW AS ATTORNEY IN CHARGE**

TO THE HONORABLE JUDGE OF SAID COURT:

  THE O'QUINN LAW FIRM, JOHN R. LEACH, III, MICHAEL J. LOWENBERG AND ANTHONY E. FARAH, Movants herein, ask that this Court allow them to withdraw as

attorneys in charge for PLAINTIFF BETTY CARNEGIE, PLAINTIFF BETTY CARNEGIE, INDIVIDUALLY AND ON BEHALF OF CLAUDE CARNEGIE, DECEASED. In support of their motion, Movants show the Court the following

1.  Plaintiff is Betty Carnegie, Individually and on behalf of Claude Carnegie, Deceased

2.  Defendant is Merck & Co., Inc.

3.  Plaintiff sued Defendant for Strict Products Liability, Negligence, Misrepresentation and Fraud, Civil Conspiracy, Breach of the Implied Warranty of Merchantability, Breach of the Implied Warranty of Fitness For a Particular Purpose, Breach of Express Warranty, Gross Negligence/Malice, Wrongful Death and Survival.

4.  Discovery is being conducted under this Court's Case Management Order No. 9.

5.  The case is not presently set for trial.

### A.  STATEMENT OF FACTS

6.  Claude Carnegie was prescribed and ingested the drug Vioxx as directed by a physician. He suffered physical injury and damages arising from the prescription of Vioxx. Claude Carnegie was using Vioxx in a manner for which it was intended and/or in a reasonably foreseeable manner.

### B.  ARGUMENT & AUTHORITIES

7.  Pursuant to Louisiana Rules of Professional Conduct 1.16 (b) 4 and 5, there is good cause for this Court to grant the Motion to Withdraw because, Plaintiff and the Firm have philosophical differences as to how to prosecute this case and it is not in the best interest of the client for our representation to continue.

2

8. THE O'Quinn Law Firm has delivered a copy of this Motion to Plaintiff and has notified her in writing, by both certified and regular mail, of her right to object to the Motion.

9. Plaintiff's last known address is 21180 Barber Road, Franklinton, Louisiana 70438.

10. There are no pending settings and deadlines in this case.

### C. CONCLUSION

11. Because Plaintiff and The O'Quinn Law Firm, John R. Leach, III, Michael J. Lowenberg and Anthony E. Farah have philosophical differences as to how best to proceed with the prosecution of her case, The O'Quinn Law Firm, John R. Leach, III, Michael J. Lowenberg and Anthony E. Farah request that they be permitted to withdraw as attorneys in charge.

12. Plaintiff has not advised The O'Quinn Law Firm of a substitute attorney and The O'Quinn Firm requests this withdrawal not only on behalf of The Firm and its attorneys, but also on behalf of Franklin D Azar & Associates, P.C., the referring lawyers who maintained responsibility for the case with the O'Quinn firm.

**D.     PRAYER**

WHEREFORE Movants request that The O'Quinn Law Firm, John R. Leach, III, Michael J. Lowenberg and Anthony E. Farah be allowed to withdraw as the Attorneys-of-Record for Plaintiff and for such other and further relief, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

THE O'QUINN LAW FIRM

By: _____
John R. Leach, III
SBN: 12084500
Michael J. Lowenberg
SBN: 24001164
Anthony E. Farah
SBN: 24007172
440 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 223-1000
(713) 222-6903 (fax)

**ATTORNEYS FOR PLAINTIFF**

4

## **VERIFICATION**

STATE OF TEXAS §
HARRIS COUNTY §

Before me, the undersigned notary, on this day personally appeared MICHAEL J LOWENBERG, a person whose identity is known to me. After I administered an oath to him and upon his oath he stated that he had read The O'Quinn Law Firm's Motion to Withdraw and that the facts stated therein are within his personal knowledge and are true and correct.

_____
MICHAEL J. LOWENBERG

SUBSCRIBED AND SWORN to before me on this 30th day of August, 2007.

SUSAN CASTILLO
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 27, 2010

_____
Notary Public for the State of Texas

3/27/2010
My commission expires

5

## CERTIFICATE OF CONFERENCE

I, Michael J Lowenberg, Attorney with The O'Quinn Law Firm, which represents Plaintiff Betty Carnegie, Individually and on behalf of Claude Carnegie, Deceased, hereby affirm that I conferred via e-mail with Zane Riester, one of the attorneys for Defendant Merck & Co., Inc., and he indicated that Merck will not oppose this motion. Accordingly, as of the sending of this motion, Merck is neutral on this matter.

MICHAEL J. LOWENBERG

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Withdraw and Proposed Order were served on the 4th day of September, 2007 as described below to all counsel of record in accordance with the Federal Rules of Civil Procedure and more specifically, this Court's orders as entered in the MDL No. 1657:

Mr. Wilfred P. Coronato
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
**ATTORNEY FOR DEFENDANT MERCK**

**U.S. and CMRRR # 7006 2150 0004 2827 1854**
Betty Carnegie
21180 Barber Road
Franklinton, LA 70438
**PLAINTIFF**

All Counsel of Record Via LexisNexis File & Serve:

By: MICHAEL J. LOWENBERG