IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BETTY CARNEGIE, INDIVIDUALLY, AND ON BEHALF OF CLAUDE CARNEGIE, DECEASED<br>   Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>   Defendant | §§§§§§§§§§ | Civil Action No. 05-6039 |
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br> BETTY CARNEGIE, INDIVIUALLY, AND ON BEHALF OF CLAUDE CARNEGIE, DECEASED | §§§§§§§§§§§ | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### ORDER ON THE O'QUINN LAW FIRM'S MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

After considering The O'Quinn Law Firm's, John R. Leach, III's, Michael J. Lowenberg's and Anthony E. Farah's Motion to Withdraw as attorneys in charge, the Court is of the opinion that Movants' motion should be in all things GRANTED. It is therefore:

7

ORDERED that Movants The O'Quinn Law Firm, John R. Leach, III, Michael J. Lowenberg and Anthony E. Farah[1] are hereby withdrawn as attorneys in charge for Betty Carnegie, Individually and on behalf of Claude Carnegie, Deceased.

SIGNED on _____, 2007.

                                              **JUDGE ELDON E. FALLON**

---

[1] The withdrawal is intended to and does include the law firm of Franklin D Azar & Associates, P.C. as the referring attorneys who maintained responsibility for this case, notwithstanding the fact that they are not identified on the pleadings.

8