UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MULTIDISTRICT LITIGATION CIVIL ACTION NUMBER 05-1657 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:** <br> <u>Danos v. Merck & Co., Inc.</u> | Civil Action Number: 04-3282 |

MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, come Stephen B. Murray of the Murray Law Firm and Robert J. Diliberto of Diliberto & Kirin, LLC who respectfully request that they be withdrawn as counsel of record in the case of <u>Belinda Danos, et al. v. Merck & Co., Inc.</u>, United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

The Murray Law Firm no longer employs Dominick F. Impastato, III or Robert J. Diliberto, but Dominick F. Impastato, III has been retained by the Plaintiff to independently pursue the case of <u>Belinda Danos, et al. v. Merck & Co., Inc.</u>, United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

The Motion to Withdraw as Counsel of Record is not intended to have any effect of on the representation of the Plaintiff by Dominick F. Impastato, III and all future notices regarding <u>Belinda

Danos, et al. v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282, should be forwarded to Dominick F. Impastato, III at his registered address.

Dominick F. Impastato, III has been contacted regarding this Motion to Withdraw as Counsel of Record and has no opposition to the filing of this Motion to Withdraw as Counsel of Record.

**WHEREFORE**, Stephen B. Murray of the Murray Law Firm and Robert J. Diliberto of Diliberto & Kirin, LLC respectfully request that they be withdrawn as counsel of record in the case of Belinda Danos, et al. v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

Respectfully submitted,

**s/STEPHEN B. MURRAY (# 9858)**
STEPHEN B. MURRAY (# 9858)
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

ROBERT J. DILIBERTO (#24783)
DILIBERTO & KIRIN, LLC
3636 South I-10 Service Road West, Suite 210
Metairie, Louisiana 70001
Telephone: (504) 828-1600
Facsimile: (504) 828-1555

**CERTIFICATE OF SERVICE**

I, **STEPHEN B. MURRAY**, do hereby certify that on September 4, 2007, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic servicing and a copy of the foregoing has been served upon all counsel of record who are not authorized to receive electronic servicing by placing same, properly addressed and first class postage prepaid, in the United States mail.

**s/STEPHEN B. MURRAY (# 9858)**
**STEPHEN B. MURRAY (#9858)**