UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MULTIDISTRICT LITIGATION CIVIL ACTION NUMBER 05-1657 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
|---|---|
| **THIS DOCUMENT RELATES TO:** <br> Danos v. Merck & Co., Inc. | Civil Action Number: 04-3282 |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record**:**

**IT IS HEREBY ORDERED,** that Stephen B. Murray of the Murray Law Firm and Robert J. Diliberto of Diliberto & Kirin, LLC be withdrawn as counsel of record in the case of Belinda Danos, et al. v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**