UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MULTIDISTRICT LITIGATION CIVIL ACTION NUMBER 05-1657 JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
|---|---|
| THIS DOCUMENT RELATES TO: Pilie v. Merck & Co., Inc. | Civil Action Number: 04-3279 |

### ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED,** that Stephen B. Murray of the Murray Law Firm and Robert J. Diliberto of Diliberto & Kirin, LLC be withdrawn as counsel of record in the case of Harold A. Pilie, Jr. v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana Civil Action Number 04-3279.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**