**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | **MULTIDISTRICT LITIGATION CIVIL ACTION NUMBER 05-1657**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| **THIS DOCUMENT RELATES TO:**<br>**White v. Merck & Co., Inc.** | **Civil Action Number: 04-3283** |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED,** that Stephen B. Murray of the Murray Law Firm and Robert

J. Diliberto of Diliberto & Kirin, LLC be withdrawn as counsel of record in the case of Karen White

v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana Civil Action

Number 04-3283.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**