UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE ELDON E. FALLON |
| Joan O'Bryan, now deceased | ) ) | |
| Case No. 2:06-CV-2070 | ) ) | |

**DEFENDANT'S MOTION TO MAKE ORDER FINAL AND APPEALABLE**

Comes now the Defendants, Daska P. Mehta, M.D., Daniel G. Meece, M.D., Center for Arthritis and Osteoporosis, PSC, and Bardstown Internal Medicine, PSC, by and through counsel, and move this Honorable Court to make the Court's Order of August 21, 2007 (Rec. Doc 12092) a Certified Final and Appealable Order under 28 U.S.C. §1292(b), as the question presented in this matter involves substantial ground for difference of opinion, involves a controlling question of law, and may materially advance the ultimate termination of this specific litigation.

THEREFORE, the above Defendants specifically request that this Honorable Court make the August 21, 2007 Order (Rec. Doc 12092) a Certified Final and Appealable Order pursuant to 28 U.S.C. §1292(b) for the purposes of allowing them to appeal the Court's decision.

1

Respectfully submitted,

LYNN, FULKERSON, NICHOLS & KINKEL, PLLC

267 West Short Street
Lexington, Kentucky  40507
Tel. No. (859) 253-0523

_____/s/ David A. Trevey_____
MELANIE S. MARRS
DAVID A. TREVEY (KBA #90535)
ATTORNEYS FOR DEFENDANTS, DASHKA P. MEHTA M.D., DANIEL G.  MEECE, M.D., CENTER FOR OSTEOPOROSIS AND ARTHRITIS, PSC AND BARDSTOWN INTERNAL MEDICINE, PSC

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Relief from Order has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and email or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 4th day of September, 2007.

_____/s/ David A. Trevey_____
MELANIE S. MARRS
DAVID A. TREVEY (KBA #90535)
LYNN, FULKERSON, NICHOLS & KINKEL, PLLC
267 West Short Street
Lexington, Kentucky  40507
Tel. No. (859) 253-0523
ATTORNEYS FOR DEFENDANTS, DASHKA P. MEHTA M.D., DANIEL G. MEECE, M.D., CENTER FOR OSTEOPOROSIS AND ARTHRITIS, PSC AND BARDSTOWN INTERNAL MEDICINE, PSC