UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1657 |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE ELDON E. FALLON |
| Joan O'Bryan, now deceased | ) ) | |
| Case No. 2:06-CV-2070 | ) ) | |

ORDER OF FINALITY

On Motion of the Defendants, Daska P. Mehta, M.D., Daniel G. Meece, M.D., Center for Arthritis and Osteoporosis, PSC, and Bardstown Internal Medicine, PSC, by and through counsel, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED:**

That the Defendants' Motion to make the August 21, 2007 Order (Rec. Doc 12092) a Certified Final and Appealable Order pursuant to U.S.C. §1292(b) is hereby GRANTED.

This the _____ day of September, 2007.

_____
Judge Eldon E. Fallon,
United States District Court
Eastern District of Louisiana

Tendered by:

Melanie S. Marrs
David A. Trevey (KBA No. 90535)
Lynn, Fulkerson, Nichols & Kinkel
267 West Short Street
Lexington, KY 40507
(859)253-0523

1