- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
SEPTEMBER 6, 2007
<u>SUGGESTED AGENDA</u>

I.     State Court Trial Settings

II.    Further Proceedings In The Early Trial Cases

III.   Class Actions

IV.    Discovery Directed to Merck

V.     Discovery Directed to Third Parties

VI.    Deposition Scheduling

VII.   Plaintiff Profile Form and Merck Profile Form

VIII.  State/Federal Coordination -- State Liaison Committee

IX.    *Pro Se* Claimants

- 1 -

| | | |
|---|---|---|
| X. | IMS Data | |
| XI. | Merck's Motion for Summary Judgment | |
| XII. | Tolling Agreements | |
| XIII. | Issues Relating to Pre-Trial Order No. 9 | |
| XIV. | Vioxx Suit Statistics | |
| XV. | Merck Insurance | |
| XVI. | Motion to Conduct Case Specific Discovery | |
| XVII. | Oxford/VICTOR Data | |
| XVIII. | *Flippin* Motion to Remand | |
| XIX. | *Coker* Motion to Vacate | |
| XX. | PSC MDL Trial Package | |
| XXI. | Next Status Conference | |