# Exhibit 5

VALOR



**DEPARTMENT OF HEALTH & HUMAN**

Public Health Service

Food and Drug Administration
Rockville, MD 20857

**TRANSMITTED BY FACSIMILE**

Raymond V. Gilmartin
President and CEO
Merck & Co., Inc.
P.O. Box 1000, UG3BC-10
North Wales, PA 19454-1099

RE:   NDA 21-042
      Vioxx (rofecoxib) tablets
      MACMIS ID # 9456

# WARNING LETTER

Dear Mr. Gilmartin:

This Warning Letter concerns Merck & Co. Inc.'s (Merck) promotional activities and materials for the marketing of Vioxx (rofecoxib) tablets. Specifically, we refer to promotional audio conferences given on behalf of Merck by Peter Holt, MD, a press release, and oral representations made by Merck sales representatives to promote Vioxx. As part of its routine monitoring and surveillance program, the Division of Drug Marketing, Advertising, and Communications (DDMAC) has reviewed your promotional activities and materials and has concluded that they are false, lacking in fair balance, or otherwise misleading in violation of the Federal Food, Drug, and Cosmetic Act (the Act) and applicable regulations. See 21 U.S.C. §§ 331(a) and (b), 352(a), (f), and (n), and 355 (a).

You have engaged in a promotional campaign for Vioxx that minimizes the potentially serious cardiovascular findings that were observed in the Vioxx Gastrointestinal Outcomes Research (VIGOR) study, and thus, misrepresents the safety profile for Vioxx. Specifically, your promotional campaign discounts the fact that in the VIGOR study, patients on Vioxx were observed to have a four to five fold increase in myocardial infarctions (MIs) compared to patients on the comparator non-steroidal anti-inflammatory drug (NSAID), Naprosyn (naproxen).

Although the exact reason for the increased rate of MIs observed in the Vioxx treatment group is unknown, your promotional campaign selectively presents the following hypothetical explanation for the observed increase in MIs. You assert that Vioxx does not increase the risk of MIs and that the VIGOR finding is consistent with naproxen's ability to block platelet aggregation like aspirin. That is a possible explanation, but you fail to disclose that your explanation is hypothetical, has not been demonstrated by substantial evidence, and that there is another reasonable explanation, that Vioxx may have pro-thrombotic properties.

09/17/01   MON 15:51   [TX/RX NO 7886]

P1.0006

MRK-ABA0003277

**Exhibit 5**

301 554 6759   P.03/18

Raymond V. Gilmartin
Merck & Co., Inc.
NDA 21-042

Page 2

You have also engaged in promotional activities that minimize the Vioxx / Coumadin (warfarin) drug interaction, omit important risk information, make unsubstantiated superiority claims against other NSAIDs, and promote Vioxx for unapproved uses and an unapproved dosing regimen. In addition, in misrepresenting the Vioxx / warfarin drug interaction you also misrepresent Vioxx's safety profile by minimizing the potentially serious risk of significant bleeding that can result from using Vinxx and warfarin concomitantly.

Your minimizing these potential risks and misrepresenting the safety profile for Vioxx raise significant public health and safety concerns. Your misrepresentation of the safety profile for Vioxx is particularly troublesome because we have previously, in an untitled letter, objected to promotional materials for Vioxx that also misrepresented Vioxx's safety profile.

## Background

Vioxx is a NSAID with selective cyclooxygenase 2 (COX-2) inhibitory properties. It was approved on May 20, 1999, for the treatment of primary dysmenorrhea, for the management of acute pain in adults, and for relief of the signs and symptoms of osteoarthritis.

Prior to approval, endoscopy studies were submitted to the original NDA database demonstrating that treatment with Vioxx 25 mg or 50 mg daily was associated with a significantly lower percentage of endoscopically apparent gastroduodenal ulcers than treatment with ibuprofen 2400 mg daily. Because the correlation between findings of endoscopic studies and the relative incidence of clinically serious upper gastrointestinal (GI) events was unknown, after approval, Merck sponsored the VIGOR study to obtain information regarding clinically meaningful upper GI events and to develop a large controlled database for overall safety assessment.

The VIGOR study included approximately 4000 patients per treatment arm (Vioxx 50 mg a day or naproxen 1000 mg a day) treated for a median time of 9 months. The primary endpoint of the study was the relative risk of confirmed PUBs (perforations, symptomatic ulcers, and GI bleeds) in patients with rheumatoid arthritis taking Vioxx 50 mg daily (two to four times the approved dosing regimen for Vioxx in osteoarthritis), compared to patients taking naproxen, 1000 mg daily. The study also compared the safety and tolerability of the two treatments in patients with rheumatoid arthritis. The results of the study demonstrated that patients on Vioxx had a significantly lower cumulative incidence of PUB's compared to patients on naproxen (2.08% and 4.49% for Vioxx and naproxen, respectively).

Other important results from the VIGOR study included the unexpected findings that investigator reported serious cardiovascular events occurred in 101 patients (2.5%) in the Vioxx treatment group compared to 46 patients (1.1 %) in the naproxen treatment group, and MIs occurred in 20 patients among 4047 in the Vioxx treatment group (0.5%), compared to four patients among 4029 in the naproxen treatment group (0.1%). These unexpected findings were extensively discussed at the FDA Arthritis Advisory Committee Meeting on February 8, 2001. Although, the reason for these differences is not clear, possible explanations include both an ability of naproxen to function as a cardioprotective agent and a pro-thrombotic property of Vioxx.

MRK-ABA0003278

JUL JJ4 D/JY    P.04/18

Raymond V. Gilmartin                                                    Page 3
Merck & Co., Inc.
NDA 21-042

## Promotional Audio Conferences

We are aware of six promotional audio conferences, presented on behalf of Merck by Peter Holt, MD that are in violation of the Act and its implementing regulations. These audio conferences were held on June 8, 2000, June 13, 2000, June 16, 2000, and three on June 21, 2000, and were moderated by Merck employees.

On December 12, 2000, we sent you a written inquiry about your involvement with and influence on the initiation, preparation, development, and publication of audio conferences given by Dr. Holt. We also asked you to describe the nature of the relationship between you and Dr. Holt. In your response dated January 5, 2001, you stated that, "Dr. Holt entered into a speaker contract with Merck on June 22, 1999." You also stated that, "Merck has determined that we arranged for Dr. Holt to speak at ten audio conferences in 2000. Merck Business Managers provided him with the topic for the audio conferences and, for two of the audio conferences, asked him to address the safety profiles of Vioxx and other NSAIDs."

The promotional audio conferences identified above, arranged by, and presented on behalf of, Merck were false or misleading in that they minimized the MI results of the VIGOR study, minimized the Vioxx / Coumadin drug interaction, omitted important risk information, made unsubstantiated superiority claims, and promoted Vioxx for unapproved uses and an unapproved dosing regimen. Our specific objections follow.

### Minimization of MI Results

Statements made during the promotional audio conferences identified above minimize the potentially serious MI risk that may be associated with Vioxx therapy. For example, in your June 21, 2000, audio conference you begin your discussion of the MI rates observed in the VIGOR study by stating, "When you looked at the MI rate the rate was different for the two groups. The MI rate for Vioxx was 0.4 percent and if you looked at the Naprosyn arm it was 0.1 percent, so there was a reduction in MIs in the Naprosyn group." You then present your explanation as to why the Vioxx treatment arm had an increased rate of MIs compared to the naproxen treatment arm. Specifically, you state that,

> Vioxx is a wonderful, effective, selective COX-2 inhibitor that inhibits COX-2 but at the doses used does not inhibit COX-1. So therefore without the COX-1 inhibition you don't inhibit platelets, you don't prolong bleeding time and therefore it cannot be used as a cardiovascular protective drug. Naprosyn on the other hand is a wonderful platelet inhibitor, prolongs bleeding time and inhibits platelets identically to aspirin. Obviously the binding with Naprosyn is reversible and with aspirin is irreversible, but the effect on platelets and bleeding time is identical in terms of its effect and therefore functions as a wonderful drug for cardiovascular prophylaxis. So basically the MI rates are in sync with what we know about Vioxx and what we know about Naprosyn.

In fact, the situation is not at all clear. There are no adequate and well-controlled studies of naproxen that support your assertion that naproxen's transient inhibition of platelet aggregation is pharmacodynamically comparable to aspirin or clinically effective in decreasing the risk of MIs. Therefore, your representation that naproxen prolongs bleeding time and inhibits platelets identically to aspirin is misleading, and minimizes the potential seriousness of this finding. As you know, the

MRK-ABA0003279

Raymond V. Gilmartin
Merck & Co., Inc.
NDA 21-042

Page 4

reason for the difference between Vioxx and naproxen has not been determined; it is also possible that Vioxx has pro-thrombotic properties. Also, the MI rate that you report for Vioxx is inaccurate; the MI rate for Vioxx in the VIGOR study was 20 MIs among 4047 patients (0.5%), not 0.4%, as you stated.

Your minimization of the seriousness of the MI rates observed in the Vioxx treatment arm of the VIGOR trial is further reinforced in your audio conferences by your discussion of a retrospective analysis of this trial. For example, in your June 21, 2000, audio conference, you state that,

> ...Merck went and pulled out those patients that again were enrolled in VIGOR and asked the question, who were those patients that really needed secondary cardiovascular prophylaxis from the get go, and that ended up being four percent of the study group in VIGOR based on whether there was a prior MI, stroke, TIA, angina, CABG or PTCA....Now if you look at the remaining part of VIGOR, which is 96 percent of the VIGOR population, and once again looked for the MI rate between Naprosyn and Vioxx, there's no statistically significant difference in the MI rate between Naprosyn and Vioxx. In fact, Naprosyn is 0.2 percent and Vioxx is 0.1 percent.

Your claim that the MI rate for naproxen was 0.2 percent and for Vioxx was 0.1 percent is again inaccurate. Contrary to your claim that there was a higher rate of MIs in the naproxen group compared to the Vioxx group, the MI rate for Vioxx in this subpopulation was 12 MIs among 3877 patients (0.3%) as compared to 4 MIs among 3878 patients (0.1%) for naproxen.

Moreover, you again minimize the Vioxx MI rate observed in the VIGOR study by your comparison of this rate to the rate of MIs observed for Celebrex (celecoxib) in the Celebrex Long-Term Arthritis Safety Study (CLASS). For example, in your June 21, 2000, audio conference you state, "Now if you remember the crude MI rate of Vioxx in VIGOR that number was 0.4 percent which is basically the same or in fact a little bit less then the crude MI rate of Celebrex in CLASS which is 0.5 percent." Your claim that the MI rates of Vioxx compared to Celebrex were basically the same, "or in fact a little bit less" is misleading. You are comparing MI rates from two different trials with different patient populations. For example, patients who had angina or congestive heart failure with symptoms that occurred at rest or minimal activity and patients taking aspirin, including low-dose (325 mg or less, daily or every other day) or other antiplatelet agents (e.g., ticlopidine) were excluded from the VIGOR trial. The CLASS trial in contrast, did not exclude patients of this type. The CLASS trial thus may have included patients at a higher risk for MIs.

## Minimization of Vioxx / Coumadin Interaction

Statements made during your promotional audio conferences also minimize the risk of Vioxx therapy in patients who are taking warfarin. For example, in your June 16, 2000, audio conference you stated that, "...if you look at the thromboembolic events it's very clear that these selective COX-2 inhibitors have the benefit of not having platelet aggregation and bleeding time, and therefore, can be used safely in terms of post-op and with Coumadin." Your statement that Vioxx can be used safely with warfarin minimizes the precaution in the PI that states that "...in post-marketing experience, bleeding events have been reported, predominately in the elderly, in association with increases in prothrombin time in patients receiving Vioxx concurrently with warfarin." Your promotion minimizing the risk of using Vioxx and warfarin concurrently is particularly troublesome because Merck was aware of this potentially dangerous drug interaction in 1999, well before these audio conferences occurred. In fact,

MRK-ABA0003280

Raymond V. Gilmartin                                                                 Page 5
Merck & Co., Inc.
NDA 21-042

Merck began disseminating a revised PI in October 1999, which included new information about this risk.

The seriousness of this interaction is further minimized by your suggestion that COX-2 inhibitors, including Vioxx, can be used safely with warfarin because it "has the benefit of not having platelet aggregation and bleeding time." This claim implies that Vioxx is safer than other NSAIDS used in combination with warfarin. However, Vioxx has not been studied in head-to-head trials prospectively designed to assess this specific endpoint. Your superiority claim is therefore misleading.

We note that earlier in your June 16, 2000, promotional audio conference you state, "It can be used in people with Coumadin, although with Coumadin you've got to check their INR three and four days after you add the Cox inhibitor to the Coumadin because there may be a bump in the INR." This disclosure does not correct the overall misleading message, however, nor does it correct your suggestion that Vioxx is safer than other NSAIDs in patients taking warfarin.

Omission of Important Risk Information

Your promotional audio conferences fail to present serious and significant risks associated with Vioxx therapy. For example, your promotional audio conferences fail to state that Vioxx is contraindicated in patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. You also fail to present the gastrointestinal (GI) warning about the possibility of serious GI toxicity such as bleeding, ulceration, or perforation in patients taking Vioxx. Moreover, you fail to present Vioxx's precautions for use in patients who have liver and kidney disease, information about patient populations in which Vioxx's use is not recommended, such as women in late pregnancy, and information about Vioxx's most common adverse events.

Unsubstantiated Superiority Claims

You make several unsubstantiated superiority claims for Vioxx throughout your promotional audio conferences. For example, in your June 16, 2000, audio conference, you claim that, "The importance of [VIGOR and CLASS] is that the data is going to really help change I believe the package inserts for [Vioxx and Celebrex] down the road because it really shows once again that they are safer than non-steroidals." Your suggestion that COX-2 inhibitors, including Vioxx, have an overall safety profile that is superior to other NSAIDs is misleading because such an advantage has not been demonstrated. In fact, in the VIGOR study the incidence of serious adverse events was higher in the Vioxx treatment group than in the naproxen treatment group (9.3% and 7.8% for Vioxx and naproxen, respectively). The results of safety analyses that were pre-specified in the protocol for the VIGOR trial, such as CHF-related adverse events and discontinuations due to edema-related adverse events, hepatic-related adverse events, hypertension-related adverse events, and renal-related adverse events were all numerically higher (in some cases statistically significantly higher) in the Vioxx treatment group than in the naproxen treatment group. Furthermore, your claim that the VIGOR and CLASS trials "show once again that they are safer than non-steroidals" is also misleading because it implies that the results of the VIGOR trial (i.e., patients on Vioxx had a significantly lower cumulative incidence of PUBs than patients on naproxen) can be applied to the entire class of NSAIDs.

In your June 16, 2000, audio conference you state, "...if you look at the thromboembolic events it's very clear that these selective COX-2 inhibitors have the benefit of not having platelet aggregation and

MRK-ABA0003281

Raymond V. Gilmartin                                                          Page 6
Merck & Co., Inc.
NDA 21-042

bleeding time, and therefore, can be used safely in terms of post-op and with Coumadin." This claim
suggests that Vioxx is safer, or has fewer side effects, than other NSAIDs used in the post-operative
setting because COX-2 inhibitors do not affect platelet aggregation and bleeding time. Vioxx has not
been studied, however, in head-to-head trials prospectively designed to assess its safety compared to
other NSAIDS in the post-operative setting. Your superiority claim is therefore misleading.

Further examples of your unsubstantiated superiority claims include your claim that, "In terms of half
life Vioxx has a half life of 17 hours and is truly a once a day drug, whereas Celebrex has a half life of
11 hours and is a BID (twice a day) drug," stated in your June 16, 2000, audio conference. This claim
is misleading because it suggests that Celebrex must be dosed twice a day for all of its approved
indications. In fact, Celebrex is approved for use either twice a day, or once a day, for the treatment of
osteoarthritis. Therefore, your claim that Celebrex is a "BID drug" is misleading.

Promotion of Unapproved Uses

Your audio conferences are misleading because they promote Vioxx for unapproved uses. For
example, in your June 21, 2000, conference, you claim that in the VIGOR study, "...the Vioxx 50
milligrams a day and the Naprosyn, a gram a day, were absolutely equally effective in terms of treating
the patients with rheumatoid arthritis." Your claim is misleading because it suggests that Vioxx is
effective for the treatment of rheumatoid arthritis when this has not been demonstrated. The VIGOR
study was not designed to assess the efficacy of Vioxx for the treatment of rheumatoid arthritis. Your
claim that Vioxx is "absolutely equally effective" to naproxen in treating patients with rheumatoid
arthritis is also misleading because this has not been demonstrated by adequate and well-controlled
clinical studies, and because the VIGOR study was not capable of assessing their comparative
effectiveness.

Your promotional audio conferences are also misleading because they suggest that Vioxx is safe and
effective for other unapproved uses such as the prevention of cancer and invasive cancer, and for the
treatment of Alzheimer's disease and gout. Examples of claims that promote Vioxx for unapproved
uses, include, but are not limited to, your claims in your June 16, 2000 audio conference that,
"...COX-2 seems to be able to interfere with...programmed cell death. Therefore, you get this
increased cell growth which allows polps to form, cancer and then invasive cancer. And by blocking
COX-2 you can actually prevent the development of colon polyps, cancer and invasive cancer."
Additional examples include your claims that "So we tried it [Vioxx] after Vioxx was released and
really within one or two pills acute attacks of gout were being shut down," and "Specifically, if you
looked at potential uses of these drugs, the most exciting right now I guess in two areas, one is
Alzheimer's disease...."

**Press Release**

We have identified a Merck press release entitled, "Merck Confirms Favorable Cardiovascular Safety
Profile of Vioxx," dated May 22, 2001, that is also false or misleading for similar reasons stated above.
Additionally, your claim in the press release that Vioxx has a "favorable cardiovascular safety profile,"
is simply incomprehensible, given the rate of MI and serious cardiovascular events compared to
naproxen. The implication that Vioxx's cardiovascular profile is superior to other NSAIDs is
misleading; in fact, serious cardiovascular events were twice as frequent in the VIOXX treatment
group (101 events, 2.5%) as in the naproxen treatment group (46 events, 1.1%) in the VIGOR study.

MRK-ABA0003282

301 590 6759    P.08/10

Raymond V. Gilmartin                                                          Page 7
Merck & Co., Inc.
NDA 21-042

## Oral Representations

Merck sales representatives have engaged in false or misleading promotional activities that also
minimize the potentially serious MI results observed in the VIGOR trial. Specifically, Merck sales
representatives made false or misleading statements to DDMAC reviewers at two different
professional meetings. At your exhibit booth during the 119th Annual Meeting of the Maryland
Pharmacists Association (MPhA), in Ocean City, Maryland, June 9 – June 12, 2001, your
representative stated that the increased MI rate seen in patients on Vioxx in the VIGOR study is due to
the fact that naproxen works just like aspirin (i.e., inhibits clotting and platelet aggregation). In
addition, during the Annual Meeting of the American Society of Health-Systems Pharmacists (ASHP),
in Los Angeles, California, June 3 – June 6, 2001, your representative stated that Vioxx had a greater
MI rate in the VIGOR trial because naproxen is cardioprotective, having platelet effects similar to
aspirin. These statements made by your sales representatives are misleading for the reasons stated
above.

## Conclusions and Requested Actions

The promotional activities and materials described above minimize the potentially serious
cardiovascular findings that were observed in the VIGOR study, minimize the Vioxx / Coumadin drug
interaction, omit crucial risk information associated with Vioxx therapy, contain unsubstantiated
comparative claims, and promote unapproved uses. On December 16, 1999, we also objected to your
dissemination of promotional materials for Vioxx that misrepresented Vioxx's safety profile, contained
unsubstantiated comparative claims, and lacked fair balance.

Due to the seriousness of these violations, and the fact that your violative promotion of Vioxx has
continued despite our prior written notification regarding similar violations, we request that you
provide a detailed response to the issues raised in this Warning Letter on or before October 1, 2001.
This response should contain an action plan that includes a comprehensive plan to disseminate
corrective messages about the issues discussed in this letter to the audiences that received these
misleading messages. This corrective action plan should also include:

1. Immediately ceasing all violative promotional activities, and the dissemination of violative
   promotional materials for Vioxx.

2. Issuing a "Dear Healthcare provider" letter to correct false or misleading impressions and
   information. This proposed letter should be submitted to us for review prior to its release. After
   agreement is reached on the content and audience, the letter should be disseminated by direct mail
   to all healthcare providers who were, or may have been exposed to the violative promotion.

3. A written statement of your intent to comply with "1" and "2" above.

Your written response should be received no later than October 1, 2001. If you have any questions or
comments, please contact Lesley Frank, Ph.D., JD, by facsimile at (301) 594-6771, or at the Food and
Drug Administration, Division of Drug Marketing, Advertising and Communications, HFD-42, Rm.
17B-20, 5600 Fishers Lane, Rockville, MD 20857. We remind you that only written communications
are considered official.

09/17/01  MON 15:51  [TX/RX NO 7886]

MRK-ABA0003283

301 594 6759   P.09/10

Raymond V. Gilmartin                                                        Page 8
Merck & Co., Inc.
NDA 21-042

In all future correspondence regarding this particular matter, please refer to MACMIS ID #9456 in
addition to the NDA number.

The violations discussed in this letter do not necessarily constitute an exhaustive list. We are
continuing to evaluate other aspects of your promotional campaign for Vioxx, and may determine that
additional remedial messages will be necessary to fully correct the false or misleading messages
resulting from your violative conduct.

Failure to respond to this letter may result in regulatory action, including seizure or injunction, without
further notice.

                                        Sincerely,

                                        *{See appended electronic signature page}*

                                        Thomas W. Abrams, R.Ph., MBA
                                        Director
                                        Division of Drug Marketing,
                                         Advertising, and Communications

MRK-ABA0003284

# Exhibit 6

| LEGAL_ID | REDACTED | CUSTOMER | CALL_DT | REP | CURR_REP_NAME | WIN |
|---|---|---|---|---|---|---|
| 502237 | | SUMROK, DANIEL | 8/20/1999 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 11/21/2000 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 9/21/2000 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 8/7/2000 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 7/20/2000 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 6/29/2000 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 4/26/2000 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 1/14/2000 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 10/21/1999 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 4/24/2002 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 4/3/2002 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 3/12/2002 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 1/9/2002 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 12/11/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 11/12/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 10/17/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 9/17/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 8/21/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 7/26/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 6/27/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 5/30/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 4/4/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 3/8/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 1/22/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 1/4/2001 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 9/20/2004 | FRONABARGER, CASSANDRA | FRONABARGER, CASSANDRA | 10152919 |
| 502237 | | SUMROK, DANIEL | 7/30/2004 | FRONABARGER, CASSANDRA | FRONABARGER, CASSANDRA | 10152919 |
| 502237 | | SUMROK, DANIEL | 1/27/2004 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 1/6/2004 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 12/16/2003 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 11/25/2003 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 11/5/2003 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 10/6/2003 | SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 6/27/2003 | SOOD, VINAY | SOOD, VINAY | 10086415 |

Confidential - Subject To Protective Order

MRK-MPF0159707

Exhibit 6

| | REDAC TED | | | | |
|---|---|---|---|---|---|
| 502237 | | SUMROK, DANIEL | 8/4/2003 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 5/14/2003 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 4/22/2003 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 4/1/2003 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 3/11/2003 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 1/7/2003 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 11/21/2002 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 11/1/2002 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 9/17/2002 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 6/25/2002 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 6/5/2002 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 9/7/2004 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 8/9/2004 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 4/19/2004 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 3/8/2004 SOOD, VINAY | SOOD, VINAY | 10086415 |
| 502237 | | SUMROK, DANIEL | 6/16/2003 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 2/14/2003 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 12/10/2002 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 11/20/2002 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 9/16/2002 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 8/26/2002 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 7/17/2002 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 5/13/2002 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 4/23/2002 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 3/11/2002 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 11/28/2001 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 10/3/2001 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 8/7/2001 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 6/12/2001 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 4/19/2001 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 3/22/2001 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 3/7/2001 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 1/24/2001 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 2/14/2001 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | | SUMROK, DANIEL | 1/3/2001 BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |

Confidential - Subject To Protective Order

MRK-MPF0159708

MRK-MPF01159709

| | REDACTED | | | |
|---|---|---|---|---|
| 502237 | SUMROK, DANIEL | 11/20/2000 | BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | SUMROK, DANIEL | 8/7/2000 | BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | SUMROK, DANIEL | 6/29/2000 | BUCK, STEPHANIE | ISON, STEPHANIE | 10100794 |
| 502237 | SUMROK, DANIEL | 10/26/1999 | LEWIS, BRIAN | LEWIS, BRIAN | 10065337 |
| 502237 | SUMROK, DANIEL | 9/17/1999 | LEWIS, BRIAN | LEWIS, BRIAN | 10065337 |
| 502237 | SUMROK, DANIEL | 8/25/1999 | LEWIS, BRIAN | LEWIS, BRIAN | 10065337 |
| 502237 | SUMROK, DANIEL | 8/4/1999 | LEWIS, BRIAN | LEWIS, BRIAN | 10065337 |
| 502237 | SUMROK, DANIEL | 7/15/1999 | LEWIS, BRIAN | LEWIS, BRIAN | 10065337 |
| 502237 | SUMROK, DANIEL | 2/21/2001 | AKIN, BRADLEY | AKIN, BRADLEY | 10076979 |
| 502237 | SUMROK, DANIEL | 11/30/1999 | AKIN, BRADLEY | AKIN, BRADLEY | 10076979 |
| 502237 | SUMROK, DANIEL | 9/27/1999 | AKIN, BRADLEY | AKIN, BRADLEY | 10076979 |
| 502237 | SUMROK, DANIEL | 7/29/1999 | AKIN, BRADLEY | AKIN, BRADLEY | 10076979 |
| 502237 | SUMROK, DANIEL | 5/2/2002 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 4/10/2002 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 2/5/2002 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 1/3/2002 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 12/4/2001 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 11/6/2001 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 10/9/2001 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 5/22/2001 | AKIN, BRADLEY | AKIN, BRADLEY | 10076979 |
| 502237 | SUMROK, DANIEL | 2/9/2004 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 11/17/2003 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 10/8/2003 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 9/16/2003 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 8/25/2003 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 11/6/2002 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 10/17/2002 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 9/25/2002 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 9/4/2002 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 5/22/2002 | SMITH, RONALD | SMITH, RONALD | 10129474 |
| 502237 | SUMROK, DANIEL | 1/30/2004 | ENGLISH, LEE | ENGLISH, LEE | 10119528 |
| 502237 | SUMROK, DANIEL | 1/6/2004 | ENGLISH, LEE | ENGLISH, LEE | 10119528 |
| 502237 | SUMROK, DANIEL | 11/26/2003 | ENGLISH, LEE | ENGLISH, LEE | 10119528 |
| 502237 | SUMROK, DANIEL | 11/4/2003 | ENGLISH, LEE | ENGLISH, LEE | 10119528 |
| 502237 | SUMROK, DANIEL | 10/16/2003 | ENGLISH, LEE | ENGLISH, LEE | 10119528 |

Confidential - Subject To Protective Order

| | REDACTED | | | | |
|---|---|---|---|---|---|
| 502237 | | SUMROK, DANIEL | 9/2/2003 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 8/11/2003 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 7/21/2003 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 6/9/2003 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 5/22/2003 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 4/28/2003 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 3/17/2003 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 2/26/2003 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 2/4/2003 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 12/3/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 10/22/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 9/10/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 8/20/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 7/30/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 7/8/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 6/18/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 5/29/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 4/16/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 3/26/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 2/12/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 2/1/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 1/2/2002 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 11/6/2001 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 10/10/2001 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 9/6/2001 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 8/6/2001 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 5/16/2001 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 4/19/2001 | ENGLISH, LEE | 10119528 |
| 502237 | | SUMROK, DANIEL | 7/29/2004 | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 7/2/2004 | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 5/28/2004 | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 5/5/2004 | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 3/23/2004 | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 3/8/2004 | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 2/10/2004 | RICHARDS, MICHAEL | 10129531 |

Confidential - Subject To Protective Order

MRK-MPF0159710

MRK-MPF01159711

Confidential - Subject To Protective Order

| | | | | |
|---|---|---|---|---|
| 502237 | REDACTED TED | | | |
| 502237 | SUMROK, DANIEL | 10/1/2001 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 9/28/2000 SPENCER, JUSTIN | SPENCER, JUSTIN | 10084816 |
| 502237 | SUMROK, DANIEL | 8/16/2000 SPENCER, JUSTIN | SPENCER, JUSTIN | 10084816 |
| 502237 | SUMROK, DANIEL | 12/8/1999 SPENCER, JUSTIN | SPENCER, JUSTIN | 10084816 |
| 502237 | SUMROK, DANIEL | 9/16/1999 SPENCER, JUSTIN | SPENCER, JUSTIN | 10084816 |
| 502237 | SUMROK, DANIEL | 12/1/2003 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 10/21/2003 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 9/29/2003 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 7/8/2003 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 6/17/2003 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 3/3/2003 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 2/11/2003 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 10/14/2002 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 9/23/2002 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 9/3/2002 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 8/13/2002 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 6/11/2002 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 4/11/2002 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 11/28/2001 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 10/31/2001 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 10/1/2001 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 1/15/2002 MILLER, DENISE | MILLER, DENISE | 10070986 |
| 502237 | SUMROK, DANIEL | 9/24/2001 MILLER, DENISE | MILLER, DENISE | 10070986 |
| 502237 | SUMROK, DANIEL | 6/7/2001 MILLER, DENISE | MILLER, DENISE | 10070986 |
| 502237 | SUMROK, DANIEL | 5/10/2001 MILLER, DENISE | MILLER, DENISE | 10070986 |
| 502237 | SUMROK, DANIEL | 5/20/2004 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 4/7/2004 RICHARDS, MICHAEL | RICHARDS, MICHAEL | 10129531 |
| 502237 | SUMROK, DANIEL | 8/11/2003 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | SUMROK, DANIEL | 7/21/2003 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | SUMROK, DANIEL | 4/28/2003 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | SUMROK, DANIEL | 2/3/2003 INGRAM, SHAY | INGRAM, SHAY | 10068727. |
| 502237 | SUMROK, DANIEL | 10/21/2002 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | SUMROK, DANIEL | 10/13/1999 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | SUMROK, DANIEL | 8/4/1999 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | SUMROK, DANIEL | 4/18/2000 INGRAM, SHAY | INGRAM, SHAY | 10068727 |

| | REDACTED | | | | |
|---|---|---|---|---|---|
| 502237 | | SUMROK, DANIEL | 1/27/2000 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 1/4/2000 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 11/3/1999 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 7/8/2002 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 6/18/2002 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 4/16/2002 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 3/26/2002 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 2/14/2002 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 1/15/2002 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 9/24/2001 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 7/9/2001 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 6/4/2001 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 2/8/2001 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 1/16/2001 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 12/4/2000 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 11/13/2000 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 10/23/2000 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 8/3/2000 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 7/11/2000 INGRAM, SHAY | INGRAM, SHAY | 10068727 |
| 502237 | | SUMROK, DANIEL | 4/4/2001 BARNES, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 1/9/2002 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 12/12/2001 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 11/14/2001 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 9/13/2001 BARNES, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 8/15/2001 BARNES, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 7/19/2001 BARNES, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 5/30/2001 BARNES, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 5/22/2001 BARNES, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 12/11/2003 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 10/21/2003 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 9/29/2003 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 8/18/2003 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 7/29/2003 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 7/8/2003 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 6/16/2003 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |

Confidential - Subject To Protective Order

MRK-MPF01159712

| | REDACTED | | | | |
|---|---|---|---|---|---|
| 502237 | | SUMROK, DANIEL | 5/27/2003 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 3/25/2003 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 2/11/2003 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 11/20/2002 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 7/17/2002 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 5/13/2002 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 4/1/2002 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 3/15/2002 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 2/18/2002 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 2/3/2004 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 1/12/2004 MCALLISTER, MELISSA | MCALLISTER, MELISSA | 10074787 |
| 502237 | | SUMROK, DANIEL | 1/7/2003 HARRIS, KRISTIN | HARRIS, KRISTIN | 10140262 |
| 502237 | | SUMROK, DANIEL | 5/15/2003 HARRIS, KRISTIN | HARRIS, KRISTIN | 10140262 |
| 502237 | | SUMROK, DANIEL | 4/22/2003 HARRIS, KRISTIN | HARRIS, KRISTIN | 10140262 |
| 502237 | | SUMROK, DANIEL | 4/1/2003 HARRIS, KRISTIN | HARRIS, KRISTIN | 10140262 |
| 502237 | | SUMROK, DANIEL | 3/11/2003 HARRIS, KRISTIN | HARRIS, KRISTIN | 10140262 |
| 502237 | | SUMROK, DANIEL | 2/9/2004 HARRIS, KRISTIN | HARRIS, KRISTIN | 10140262 |
| 502237 | | SUMROK, DANIEL | 1/23/2004 HARRIS, KRISTIN | HARRIS, KRISTIN | 10140262 |
| 502237 | | SUMROK, DANIEL | 11/18/2003 HARRIS, KRISTIN | HARRIS, KRISTIN | 10140262 |
| 502237 | | SUMROK, DANIEL | 10/8/2003 HARRIS, KRISTIN | HARRIS, KRISTIN | 10140262 |
| 502237 | | SUMROK, DANIEL | 9/16/2003 HARRIS, KRISTIN | HARRIS, KRISTIN | 10140262 |
| 502237 | | SUMROK, DANIEL | 8/26/2003 HARRIS, KRISTIN | HARRIS, KRISTIN | 10140262 |

Confidential - Subject To Protective Order

MRK-MPF0159713

# Exhibit 7

ARCHIVE COPY -CP19314833-5-8376

TEL: 800 672 6372
FAX: 800 637 2568

24-39-8401

September 11, 2001

Daniel Sumrok, M.D.
22700 Hwy. 22
Mc Kenzie, TN 38201

Dear Doctor Sumrok:

Our Medical Representative, Lee English, has referred your request for information regarding VIOXX
(rofecoxib tablets and oral suspension).    Your inquiry concerned your request for information regarding the
cardiovascular effects of COX-2 inhibitors. The following selections summarize information pertaining to your
inquiry.

I.      **The VIGOR Trial**
II.     **The CLASS Trial**
III.    **Unpublished Data Analyzing the Cardiovascular Safety of Rofecoxib as Presented to the FDA
        Arthritis Advisory Committee February 8, 2001**
IV.     **NSAIDs as Cardioprotective Agents**
V.      **Phase IIb/III Clinical Trials Data Base for VIOXX**
VI.     **Discontinuation Rates in the Phase IIb/III Clinical Trials for VIOXX.**
VII.    **Clinical Trials for VIOXX vs. Celecoxib**

### I. The VIGOR Trial

Bombardier et al. [1] conducted the **VIOXX Gastrointestinal Outcomes Research Trial (VIGOR)** involving 8076
patients with rheumatoid arthritis (RA) in whom VIOXX (rofecoxib) 50 mg once daily (n=4047) was compared with
naproxen 500 mg twice daily (n=4029). Use of aspirin, anticoagulants or antiplatelet agents was not allowed in the
study. Patients treated with VIOXX had a significantly lower incidence of all primary and secondary gastrointestinal
endpoints. There was no statistically significant difference between these patient groups (rofecoxib 50 mg once
daily versus naproxen 500 mg b.i.d.) with regard to the incidence of cerebrovascular accidents (0.2% vs. 0.2%,
respectively), deaths due to cardiovascular events (0.2% vs. 0.2%, respectively), and all deaths (0.5% vs. 0.4%,
respectively).  The incidence of myocardial infarction (MI) was 0.5 % for patients treated with rofecoxib 50 mg
once daily and 0.1% for naproxen-treated patients (500 mg b.i.d). This difference in MI rates was statistically
significant.  Analyzing the data as events per 100 patient-years, the MI rate for VIOXX was 0.74 per 100 patient-
years and 0.15 per 100 patient-years for naproxen.

The lower incidence of MIs in patients treated with naproxen compared with patients treated with rofecoxib is
consistent with naproxen's ability to block thromboxane $A_2$ synthesis and platelet aggregation. [2] Rofecoxib does
not block platelet aggregation and, therefore, would not be expected to have similar effects in reducing
cardiovascular events. As stated in the prescribing information, VIOXX is not a substitute for aspirin for
cardiovascular prophylaxis.  A case-control study among rheumatoid arthritis patients in the UK General Practice
Research Database examined the risk of thromboembolic events with the use of naproxen (defined as a prescription
within the past 30 days). In that study of 811 rheumatoid arthritis patients who had thromboembolic events and 2292
gender- and age-matched rheumatoid arthritis controls without thromboembolic events, use of naproxen was
associated with a decreased risk of major thromboembolic events, compared to no naproxen usage in the past year
(adjusted odds ratio 0.6, 95% confidence interval 0.4-0.9). [3]

**Exhibit 7**

MRK-MPFV0124339

In a recent article discussing the cardiovascular effects of COX-2 selective inhibitors. Mukherjee et al. [4] analyzed the results of the VIGOR trial, and noted that the rate of myocardial infarction in rheumatoid arthritis patients treated with VIOXX was greater than in patients treated with naproxen. The authors also noted that the annualized event rate of myocardial infarction in these rheumatoid arthritis patients treated with VIOXX was greater than in a control population taken from a recently published meta-analysis of four randomized controlled trials of aspirin for primary prophylaxis of coronary heart disease by Sanmuganathan et al. [5] . This meta-analysis characterized the absolute risk of myocardial infarction in control groups from these four trials as ranging from 0.36 %/year to 1.33 %/year with a weighted mean absolute risk of 0.52 %/year. In the VIGOR trial, the rate of myocardial infarction in rheumatoid arthritis patients (a population at elevated risk for cardiovascular thrombotic events) treated with VIOXX was 0.74 %/year.

Unlike the VIGOR trial, the data used in the meta-analysis from Sanmuganathan et al. [5] did not analyze populations of rheumatoid arthritis patients, but analyzed the control population from four randomized controlled trials of aspirin for primary prevention. Sangumanathan et al. [5] analyzed data from a study of general practice patients with cardiovascular risk factors [6], two studies from populations of healthy male physicians [7], [8] , and a study of patients receiving therapy for hypertension [9] . The patients in these four studies [6,7,8,9] (used in the meta-analysis from Sangumanathan et al [5] and cited by Mukherjee et al. [4]) had varying cardiovascular risks. Therefore, the patients included in that meta-analysis could have cardiovascular risk that was different from the rheumatoid arthritis population in VIGOR.

VIOXX is not indicated for the treatment of rheumatoid arthritis. The MI rate among rheumatoid arthritis patients treated with VIOXX in the VIGOR Trial is consistent with the cardiovascular event rate seen with rheumatoid arthritis patients in general. Rheumatoid arthritis is an independent risk factor for ischemic heart disease [10-30]. In the UK General Practice Research Database, patients with rheumatoid arthritis were 45% more likely to die from cardiovascular disease and 55% more likely to suffer a myocardial infarction compared with non-arthritis patients, adjusting for age and gender.[3]

*Blood pressure and cardiovascular adverse experiences*

No association was seen between hypertension adverse experiences and confirmed thrombotic cardiovascular events in VIGOR. Only 4 patients on rofecoxib reported a hypertension adverse experience prior to a thrombotic adverse experience (1 DVT, 2 CVA, 1 MI). In the patients treated with rofecoxib, the changes from baseline blood pressure were similar in patients who had cardiovascular events compared with patients who did not have cardiovascular events.

## II. The Class Trial

There are no head-to-head studies comparing the rates of cardiovascular thromboembolic events with VIOXX and celecoxib, and therefore the two drugs cannot be directly compared. However, in a separate GI outcomes study, the Celebrex Long Term Safety Study (CLASS) [31] involving a patient population comprised of both osteoarthritis and rheumatoid arthritis patients, celecoxib was compared with the NSAIDs diclofenac and ibuprofen. The incidence of myocardial infarction for the first 6-months of the trial was cited as 0.3% in patients taking celecoxib and 0.3% in patients taking NSAIDs. The complete trial, lasting thirteen months, was presented to the FDA February 7, 2001 and reported the incidence of myocardial infarction as 0.5% in patients taking celecoxib, 0.3% in patients taking diclofenac, and 0.5% in patients taking ibuprofen. Use of low dose aspirin (up to 325 mg) was allowed in this study and was used by approximately 21% of the patients. The MI rates for the subgroups of patients with rheumatoid arthritis in the CLASS trial are presented below.

MRK-MPFV0124340



**Myocardial Infarction Rate in Rheumatoid Arthritis Patients (CLASS)**

Ibuprofen 800 mg TID, Diclofenac 75 mg BID
Whelton et al, ACR 2000

### III. Unpublished Data (Merck Research Laboratories) Analyzing the Cardiovascular Safety of Rofecoxib as Presented to the FDA Advisory Committee Feb 8, 2001

*Cardiovascular Safety of Rofecoxib in Studies of Patients with Alzheimer's Disease and Mild Cognitive Impairment*

A combined analysis of two large placebo-controlled studies in patients with Alzheimer's Disease or mild cognitive impairment (Merck Research Laboratories, unpublished data, presented to the FDA Arthritis Advisory Committee Feb. 8, 2001) was conducted to compare the effects of rofecoxib 25 mg once daily to placebo. The results represent the data from this ongoing trial, as of September 2000. This data is from more than 1000 high-risk elderly patients diagnosed with either Alzheimer's disease or mild cognitive impairment receiving therapy for a median duration of 12.5 months (approximately 1200 patient-years per treatment group). The Alzheimer's studies were conducted in elderly patients, over 60% of whom were male, and the majority had more than 2 risk factors for CV disease

*Use of Low Dose Aspirin in Studies of Patients with Alzheimer's Disease and Mild Cognitive Impairment*

Patients who were taking aspirin or other antiplatelet agents for cardiovascular protection, and patients in whom aspirin or other antiplatelet agents were indicated for cardiovascular-protective effect in the opinion of the study investigator, were to be excluded from enrollment in both of these studies. However, because these patients are elderly and may be at risk for atherosclerotic cardiovascular disease complications, therapy with aspirin or clopidogrel has been allowed if, during the study period, the investigator determined that it was indicated. A sensitivity analysis that excluded patients who had used aspirin or clopidogrel prior to the study start was performed as part of the meta-analysis. Although the number of patient years for "aspirin users" was low, because of the potential for aspirin use to confound the results of the analysis, a subgroup analysis was conducted only in patients who were not taking aspirin/clopidogrel prior to study start. This subgroup analysis, which included >88% of the events, provided consistent results with the primary approach.

As shown below, the incidence of investigator reported cardiovascular thrombotic events was similar between the patients treated with rofecoxib 25 mg once daily and the patients receiving placebo (rofecoxib: 2.8 cardiovascular thrombotic events/100 patient-years, placebo: 3.2 cardiovascular thrombotic events/100 patient-years). For an updated version of this data (as of March 2001), please see Supplement A.

MRK-MPFV0124341

### Investigator-reported Cardiovascular Thrombotic Events in Patients with Alzheimer's Disease or Mild Cognitive Impairment

|  | Rofecoxib 25 mg qd (n=1041) | Placebo (n=1050) |
|---|---|---|
| Number of Cardiovascular Events | 32 | 40 |
| Rates per 100 patient-years | 2.8 | 3.3 |



Investigator Reported Thrombotic Cardiovascular Events in the Alzheimer's Studies

These data were also evaluated in the context of the APTC (Antiplatelet Trialists' Collaboration) Endpoint [32], the most common and widely accepted endpoint used to quantify the overall cardiovascular impact of antithrombotic compounds in cardiovascular trials. The APTC endpoint measures fatal and irreversible morbid cardiovascular events and is the combined incidence of cardiovascular and unknown cause of death (including hemorrhagic deaths), myocardial infarctions and cerebrovascular accidents. The APTC endpoint is considered the gold standard endpoint for the analyses of cardiovascular thrombotic events. The relative risk of experiencing an APTC event during treatment with a comparator agent relative to treatment with rofecoxib in the Alzheimer's studies, the VIGOR rheumatoid arthritis study and the Phase IIB/III osteoarthritis studies, is shown in the table below. The confirmed APTC cardiovascular events in the Alzheimer's studies as of March 2001 are shown in Supplement B. The comparator NSAIDs for the Phase IIb/III osteoarthritis studies included diclofenac, ibuprofen, and nabumetone. Only the VIGOR study (which involved a homogeneous population of 8000 patients with rheumatoid arthritis) favors the comparator agent (naproxen).

MRK-MPFV0124342

## Relative Risk of APTC Events in Rofecoxib Studies



Relative Risk of APTC Endpoint with 95% CI

|  | Favors Comparator | Favors Rofecoxib | |
| --- | --- | --- | --- |
| RA: VIGOR<br>Naproxen<br>vs. rofecoxib 50 mg | | | 0.51 (0.29, 0.91)<br>Pt. Years = 5396 |
| OA: Phase IIb / III<br>Non-naproxen NSAIDs<br>vs. rofecoxib 12.5 / 25 / 50 mg | | | 1.44 (0.65, 3.17)<br>Pt. Years = 2365 |
| Alzheimer's<br>Placebo<br>vs. rofecoxib 25 mg | | | 1.54 (0.84, 2.82)<br>Pt. Years = 2367 |

0.2   0.5   1.0   2.0   5.0

Relative Risk of Comparator to Rofecoxib

*Meta-analysis of Phase IIb-V Studies for Cardiovascular Safety*

A meta-analysis of cardiovascular events (Merck Research Laboratories, unpublished data, presented to the FDA Arthritis Advisory Committee Feb. 8, 2001) was performed on all Phase IIb-V clinical trials with rofecoxib of 4 weeks or longer that were completed by September 2000 including the interim data from the Alzheimer's studies presented above. The APTC endpoint was examined on data from over 28,000 patients (>14,000 patient-years). Because this meta-analysis combined studies of varying duration and dose of rofecoxib, a series of sensitivity analyses were done at the request of the FDA to evaluate whether either of these variables impacted the overall results. The two graphs that follow display the information obtained from this meta-analysis.

The graph below demonstrates the relative risk of an APTC event in patients treated with naproxen, non-naproxen NSAIDs (ibuprofen, diclofenac, nabumetone) or placebo in all clinical trials of 4 weeks or longer with rofecoxib (an updated version of this graph is presented in Supplement C). The results of this meta-analysis demonstrate that the risk of sustaining an APTC event was similar when rofecoxib was compared with placebo and when rofecoxib was compared with non-naproxen NSAIDs (ibuprofen, diclofenac, nabumetone). In contrast, there was a reduced relative risk of an APTC event in patients treated with naproxen compared with rofecoxib.

## Relative Risk of an APTC Event in Patients Treated with Placebo or NSAIDs vs. Rofecoxib



|  | Favors Comparator | Favors Rofecoxib | |
| --- | --- | --- | --- |
| Naproxen<br>vs. rofecoxib | | | 0.59 (0.37, 0.94)<br>Pt. Years = 8364 |
| Non-naproxen NSAIDs<br>vs. rofecoxib | | | 1.27 (0.64, 2.50)<br>Pt. Years = 2918 |
| Placebo<br>vs. rofecoxib | | | 1.19 (0.73, 1.96)<br>Pt. Years = 3867 |

0.2   0.5   1.0   2.0   5.0

Relative Risk of Comparator to Rofecoxib

In studies of at least 4 weeks duration.

The same type of analysis using the APTC endpoint was performed for all Phase II-V studies of at least 6 months duration. The 6 month time point was chosen in order to ensure that studies of short duration did not unduly influence the results. Naproxen reduced the risk for sustaining an APTC endpoint relative to rofecoxib.



Relative Risk of an APTC Event in Patients Treated with Placebo or NSAIDs vs. Rofecoxib
In Studies of at Least 6 Months Duration

### IV. NSAIDs as Cardioprotective Agents

At least three non-selective NSAIDs have been demonstrated to exhibit a cardioprotective effect: naproxen, flurbiprofen, and indobufen. All three NSAIDs are potent inhibitors of platelet-derived thromboxane.

A. Flurbiprofen: In patients successfully treated for acute myocardial infarction with thrombolysis and/or angioplasty, flurbiprofen 50 mg twice daily for six months led to a >50% reduction in the primary endpoint, recurrent MI or reocclusion of the infarct-related coronary artery.[33]

B. Indobufen: This NSAID has been recently reviewed and highly endorsed [34] for its use in the management of atherothrombotic disorders. The efficacy of indobufen has been evaluated in multiple clinical trials for the:
   • Secondary prevention of thromboembolic events (TIA, stroke, atrial fibrillation with systemic embolism, MI) in at risk patients.[35,36,37,38]
   • Maintenance of graft patency following coronary artery bypass surgery.[39,40,41]
   • Treatment of intermittent claudication.[42,43,44,45]

C. Naproxen: In addition to the VIGOR trial [1] where naproxen reduced the risk of myocardial infarction vs. rofecoxib in rheumatoid arthritis patients, naproxen has also been demonstrated to reduce the risk of acute thromboembolic events in rheumatoid arthritis patients in the UK General Practice Research Database. [3]

### V. Phase IIB/III Clinical Trials Data Base for VIOXX

Daniels et al. [46] reported the overall incidence of cardiovascular thromboembolic adverse events in patients treated with rofecoxib, NSAIDs, and placebo. The safety data were reviewed from nine osteoarthritis clinical trials in which the following treatment groups were enrolled: rofecoxib (n=3595), NSAIDs (n=1565), and placebo (n=783). The average duration of treatment was 5.5 months, with a maximum duration of 86 weeks. The osteoarthritis patients (mean age, 62; range 39 to 93 years) had a mean duration of disease of 10 years and 70% were female. They had the following cardiovascular conditions before enrollment: hypercholesterolemia (11%), hypertension (39%), coronary artery disease (5%), diabetes (7%), and current tobacco use (14%). This review included events pertaining to the cardiac (i.e., myocardial infarction, angina), central nervous (i.e., cerebrovascular

MRK-MPFV0124344

accident, transient ischemic attack), and peripheral vascular (i.e., arterial embolism) systems. The results are shown in the tables below.

**All Cardiovascular Thromboembolic Events  (Events / 100 patient-years)**

| Placebo (n=783) | Rofecoxib (n=3595) | NSAIDs (n=1565) |
|---|---|---|
| 2.9 | 3.0 | 3.0 |

**All Cardiovascular Thromboembolic Events by Dose (Events / 100 patient-years)**

| Placebo | Rofecoxib | | | Ibuprofen | Diclofenac | Nabumetone |
|---|---|---|---|---|---|---|
| | 12.5 mg | 25 mg | 50 mg | 2400 mg | 150 mg | 1500 mg |
| (n =783) | (n=1215) | (n=1614) | (n=526) | (n=847) | (n=590) | (n=128) |
| 2.9 | 3.2 | 2.6 | 3.3 | 2.6 | 3.1 | 3.9 |

**Specific Cardiovascular Thromboembolic AE's (Events/100 Patient-Years)**

| | Placebo (n=783) | Rofecoxib (n=3595) | NSAIDs (n=1565) |
|---|---|---|---|
| Myocardial Infarction | 1.4 | 0.6 | 0.5 |
| CVA/TIA | 0.7 | 1.0 | 0.5 |
| Angina/Unstable Angina | 0.7 | 1.0 | 1.4 |

**Events/100 Patient-Years**

| | Rofecoxib (n=3595) | NSAIDs (n=1565) | Placebo (n=783) |
|---|---|---|---|
| Total Mortality | 0.1 | 1.1 | 0.0 |
| Cardiovascular Mortality | 0.1 | 0.8 | 0.0 |

The authors concluded that in this analysis of over 5,000 osteoarthritis patients:

The risk for cardiovascular thromboembolic events in patients treated with rofecoxib was no greater than in those treated with NSAIDs.

There was no dose relationship in the incidence of cardiovascular events with rofecoxib.

The incidence of specific events such as angina, MI, and CVA were similar among the treatment groups.

Both the overall mortality for any cause and the cardiovascular mortality was lower in the rofecoxib group compared with the NSAID group.

## VI. Discontinuation Rates in the Phase IIb/III Clinical Trials for VIOXX

An analysis of the incidence of treatment discontinuations from nine OA controlled studies of 6 weeks to 6 months duration showed that in patients treated with VIOXX the discontinuation rate due to hypertension was less than 0.1%, and the discontinuation rate for lower extremity edema was 0.2%. (Unpublished Data, Merck Research Laboratories).

## VII. Clinical Trials for VIOXX vs. Celecoxib

Geba et al. ([47] and unpublished data, Merck & Co., Inc.) conducted the VIOXX, Acetaminophen, Celebrex Trial (VACT), a double-blind, randomized, multicenter study that compared the efficacy and safety of rofecoxib 12.5 mg once daily (n=96), rofecoxib 25 mg once daily (n=95), celecoxib 200 mg once daily (n=97), and acetaminophen 1000 mg q.i.d. (n=94) in patients with osteoarthritis of the knee. The mean age of the patients enrolled was $62.1 \pm 11$ years, approximately 68% of the study participants were female, and 85.3% were Caucasian. Over 81% of the enrolled patients had a duration of osteoarthritis of greater than 2 years and were currently using a nonsteroidal anti-inflammatory drug (NSAID) or acetaminophen. One hundred and sixty patients (41%) at study entry had a history of hypertension. Patients with hypertension were randomized as follows: rofecoxib 12.5 mg once daily (n=35), rofecoxib 25 mg once daily (n=37), celecoxib 200 mg once daily (n=41) and acetaminophen 1000 mg q.i.d. (n=47). The average age of a hypertensive patient was 65.6 (range 39-91). Exclusion criteria included patients taking confounding concurrent medication, patients with confounding health problems, renal dysfunction (serum Cr>2.0 mg/dL), patients with an allergy or hypersensitivity to NSAIDs or sulfonamides, and patients with imminent joint replacement.

As shown in the tables below, there were no significant differences in the rates of hypertension or edema between the groups (rofecoxib 12.5 mg once daily, rofecoxib 25 mg once daily, celecoxib 200 mg once daily, and acetaminophen 1000 mg q.i.d.) after 6 weeks of treatment.

### Number of Patients Reporting Cardiovascular Adverse Experiences *

|                          | Rofecoxib 12.5 mg qd (n=96) | Rofecoxib 25 mg qd (n=95) | Celecoxib 200 mg qd (n=97) | Acetaminophen 1000 mg q.i.d. (n=94) |
|--------------------------|---------|---------|---------|---------|
| Edema-Related Events**   | 4       | 8       | 2       | 4       |
| Hypertension             | 2       | 1       | 1       | 3       |
| Congestive Heart failure | 0       | 0       | 0       | 0       |

*Cumulative

**Edema-related events are cumulative investigator-reported AEs including the following: edema, lower extremity edema, peripheral edema, and fluid retention.

The majority of edema-related adverse experiences occurred early in the trial, as shown in the table below.

### Number (%) of Patients Reporting Cardiovascular Adverse Experiences from Days 35-49

|                          | Rofecoxib 12.5 mg qd (n=91) n (%) | Rofecoxib 25 mg qd (n=92) n (%) | Celecoxib 200 mg qd (n=94) n (%) | Acetaminophen 1000 mg q.i.d. (n=84) n (%) |
|--------------------------|---------|---------|---------|---------|
| Edema –Related Events*   | 3 (3.1) | 2 (2.1) | 2 (2.1) | 1 (1.1) |
| Hypertension             | 0 (0)   | 1 (1.1) | 1 (1.0) | 1 (1.1) |
| Congestive Heart Failure | 0 (0)   | 0 (0)   | 0 (0)   | 0 (0)   |

*Edema-related events are cumulative investigator-reported AEs including the following: edema, lower extremity edema, peripheral edema, and fluid retention.

MRK-MPFV0124346

Number of Patients (%) Discontinuing the Trial due to Cardiovascular Adverse Experiences

|  | Rofecoxib 12.5 mg qd (n=96) n (%) | Rofecoxib 25 mg qd (n=95) n (%) | Celecoxib 200 mg qd (n=97) n (%) | Acetaminophen 1000 mg q.i.d. (n=94) n (%) |
|---|---|---|---|---|
| Discontinuation due to edema | 0 (0) | 1(1.1) | 0 (0) | 1(1.1) |
| Discontinuation due to hypertension | 0 (0) | 0 (0) | 0 (0) | 0 (0) |
| Discontinuation due to congestive heart failure | 0 (0) | 0 (0) | 0 (0) | 0 (0) |

Eighteen percent of the acetaminophen-treated patients discontinued due to lack of efficacy compared to 9.3%, 7.4% and 8.5% of the patients receiving celecoxib 200 mg once daily, rofecoxib 12.5 mg once daily, and rofecoxib 25 mg once daily, respectively. There were no statistically significant differences between the number of patients who discontinued due to any adverse experience or any serious adverse event.

Whelton et al. [48] conducted a 6-week, randomized, parallel-group, double-blind, Pharmacia-sponsored trial comparing the cardiorenal effects of the maximum chronic osteoarthritis dose of rofecoxib, 25 mg once daily (n=399) with celecoxib 200 mg once daily (n=411) in osteoarthritic patients who were ≥65 years of age and taking antihypertensive agents. Celecoxib is indicated for osteoarthritis (at 200 mg daily administered as either a single 200 mg dose or 100 mg twice a day), and rheumatoid arthritis (at either 100 mg twice a day or 200 mg twice a day). Patients were included in the study if they had taken the same fixed dose of antihypertensive medication(s) on a regular basis for at least 3 consecutive months prior to screening. In addition, patients were required to have a seated diastolic blood pressure of 95 mmHg or less and seated systolic blood pressure of 160 mmHg or less at screening and at the baseline visit. Cuff blood pressure, as opposed to ambulatory blood pressure, was selected for blood pressure measurements. All patients met the ACR criteria for a diagnosis of osteoarthritis.

The primary endpoints were the development of edema, changes in systolic blood pressure, and changes in diastolic blood pressure as measured at any time point in the study. Endpoints were measured at baseline, and after 1, 2, and 6 weeks of treatment. "At the discretion of the investigators, the dose and/or type of diuretic or antihypertensive medication could be changed at any time during the study."

The mean age of the patients in either group was 74 years and 66% were female. The mean systolic and diastolic blood pressure at baseline was 137-138 and 76, respectively. The cardiovascular profile of the study patients (celecoxib group vs. group treated with VIOXX, respectively) included angina (16.3% vs. 19.8%), coronary artery disease (18% vs. 17%), congestive heart failure (5.1% vs. 5.5%), and history of myocardial infarction (8.0% vs. 9.3%). Of the 411 patients treated with celecoxib 200 mg once daily, 49% were on diuretics and 40.3% were on ACE inhibitors. Of the 399 patients treated with VIOXX 25 mg once daily, 47.6% of the patients were on diuretics and 29.1% were on ACE inhibitors. Statistically more patients treated with celecoxib, 200 mg once daily, were on ACE inhibitors compared with the group treated with VIOXX 25 mg once daily (40% vs. 29%, respectively; p=0.002).

The results of the study are detailed in the table below. Thirty-eight of the patients (9.5%) treated with VIOXX 25 mg once daily, experienced edema at some point during the trial compared with 20 patients (4.9%) in the group treated with celecoxib 200 mg once daily (p=0.014). Seventeen percent of the patients treated with VIOXX 25 mg once daily, experienced an increase in systolic blood pressure compared with 11% of the patients treated with celecoxib 200 mg once daily (p=0.032). The mean change in systolic blood pressure (from baseline, at week 6) was 2.6 mm Hg for patients treated with VIOXX 25 mg once daily, and -0.5 mm Hg for patients treated with celecoxib 200 mg once daily (p=0.007). A subgroup analysis of these data, conducted by White, Whelton, Bello and Fort [49] demonstrated that 90.5% (n=361) of the patients treated with rofecoxib 25 mg once daily had an increase in systolic blood pressure of approximately 1 mm Hg. This subgroup of patients was the patient group without clinically significant edema (defined as an increase of ≥1 grade from baseline occurring on a 5-point scale of 0-4+, accompanied by a 3% weight gain). Six patients in each group (1.9%) developed clinically significant serum renal laboratory values. In each instance, these abnormalities represented only minor increase in serum creatinine, blood urea nitrogen, or serum potassium. The discontinuation rate was 9% for both groups.

MRK-MPFV0124347

## Patients Experiencing Clinically Important Changes in Hypertension or Edema

| | Rofecoxib 25 mg qd (n=399) | Celecoxib 200 mg qd (n=411) |
|---|---|---|
| Number (%) patients who experienced edema | 38 (9.5) | 20 (4.9) [1] |
| Number (%) patients with an increase in systolic blood pressure | 66 (17) | 45 (11) [2] |
| Number (%) patients with an increase in diastolic blood pressure | 9 (2.3) | 6 (1.5) |
| Mean change in systolic blood pressure from baseline at week 6 | 2.6 mm Hg | -0.5 mm Hg* |

[1]$p=0.014$, [2]$p=0.032$, *$p=0.007$ compared with rofecoxib.

The authors concluded that patients receiving celecoxib 200 mg daily experienced less edema and destabilization of blood pressure control compared with those patients receiving the highest chronic osteoarthritis dose of rofecoxib, 25 mg once daily. The authors suggest that patients taking antihypertensive therapy and receiving cyclooxygenase-2-specific inhibitors should be monitored for the development of cardiorenal events.

The above information is supplied to you as a professional service in response to your specific request. Merck does not recommend the use of its products in any manner other than as described in the prescribing information. Enclosed for your convenience is prescribing information for VIOXX.

Sincerely,

Jeffrey M. Melin, M.D., F.A.C.P.
Associate Director
Medical Services

Enclosures: Circular, References

1. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. Nov 23, 2000;343(21): 1520-1528.

2. Van Hecken A, Schwartz JI, Depre M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol. Oct 2000;40(10): 1109-1120.

3. Watson DJ, Rhodes T. Higher incidence of thromboembolic events among patients with rheumatoid arthritis vs. osteoarthritis and vs. no arthritis in the General Practice Research Database (GPRD). Ann Rheum Dis. Jul, 2001;60(Suppl 1): OP0109.

4. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA. Aug 22- 29, 2001;286(8): 954-959.

5. Sanmuganathan PS, Ghahramani P, Jackson PR, et al. Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived from meta-analysis of randomised trial. Heart. 2001;85: 265-271.

6. The Medical Research Council's General Practice Research Framework. Thrombosis prevention trial: randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary prevention of ischaemic heart disease in men at increased risk. Lancet. Jan 24, 1998;351(9098): 233-241.

7. Peto R, Gray R, Collins R, et al. Randomised trial of prophylactic daily aspirin in British male doctors. Br Med J. Jan 30, 1988;296: 313-316.

8. Steering Committee. Steering Committee of the Physicians' Health Study Research Group. Final report on the aspirin component of the ongoing Physicians' Health Study. N Engl J Med. Jul 20, 1989;321(3): 129-135.

9. Hansson L, Zanchetti A, Carruthers SG, et al. Effects of intensive blood-pressure lowering and low-dose aspirin in patients with hypertension: principal results of the Hypertension Optimal Treatment (HOT) randomised trial. HOT Study Group. Lancet. June 13, 1998;351(9118): 1755-1762.

10. Riise T, Jacobsen BK, Gran JT, et al. Total mortality in increased in rheumatoid arthritis. A 17-year prospective study. Clin Rheumatol. 2001;20(2): 123-127.

11. Minaur NJ, Jacoby RK, Cosh JA, et al. A 40 year prospective study of function and disease activity, mortality and cause of death in early rheumatoid arthritis. Rheumatology. 2000;39(Suppl 1): 65.

12. Banks MJ, Flint EJ, Forsey PR, et al. Risk factors for ischaemic heart disease (IHD) in rheumatoid arthritis (RA). Rheumatology. 2000;39(Suppl 1): 71.

13. Pincus T, Sokka T, Wolfe F. Premature mortality in patients with rheumatoid arthritis: Evolving concepts. Arthritis Rheum. Jun, 2001;44(6): 1234-1236.

14. McEntegart A, Capell HA, Creran D, et al. Cardiovascular risk factors, including thrombotic variables, in a population with rheumatoid arthritis. Rheumatology. Jun, 2001;40(6): 640-644.

15. Banks M, Flint J, Bacon PA, et al. Rheumatoid arthritis in an indepedent risk factor for ischaemic heart disease. Arthritis Rheum. Sep 2000;43(9 Suppl): 1909.

16. del Rincon I, Williams K, Stern MP, et al. High incidence of cardiovascular events in a rheumatoid arthritis cohort not explained by traditional cardiac risk factors. Arthritis Rheum. Sep 2000;43(9 Suppl): 1910.

17. Minaur N, Jacoby RK, Cosh JA, et al. Prospective study of rheumatoid arthritis: function, disease activity and mortality after 40 years. Arthritis Rheum. Sep 2000;43(9 Suppl): 1913.

MRK-MPFV0124349

18. Turesson C, O'Fallon WM, Crowson CS, et al. Occurrence of extra-articular disease manifestations is associated with excess mortality in a population based cohort of patients with rheumatoid arthritis. Arthritis Rheum. Sep 2000;43(9 Suppl): 1914.

19. Wallberg-Jonsson S, Cederfelt M, Rantapaa Dahlqvist S. Hemostatic factors and cardiovasular disease in active rheumatoid arthritis: an 8 year follow-up study. J Rheumatol. Jan, 2000;27(1): 71-75.

20. Myllykangas-Luosujarvi RA, Aho K, Isomaki HA. Mortality in rheumatoid arthritis. Semin Arthritis Rheum. Dec, 1995;25(3): 193-202.

21. Wolfe F, Mitchell DM, Sibley JT, et al. The mortality of rheumatoid arthritis. Arthritis Rheum. Apr, 1994;37(4): 481-494.

22. Pincus T, Callahan LF. What is the natural history of rheumatoid arthritis. Rheum Dis Clin North Am. Feb, 1993;19(1): 123-151.

23. Kumeda Y, Inaba M, Kurioka Y, et al. Progression of atherosclerosis in common carotid artery (CCA) of patients with rheumatoid arthritis (RA) - thickening of intimamedia thickness (IMT) by ultrasonography. Arthritis Rheum. Sep 2000;43(9 Suppl): 1911.

24. Park YB, Lee SII, Ahn CW, et al. Increased carotid wall thickness in patients with rheumatoid arthritis. Arthritis Rheum. Sep 2000;43(9 Suppl): 1912.

25. Kvalvik AG, Jones MA, Symmons DP. Mortality in a cohort of Norwegian patients with rheumatoid arthritis followed from 197 to 1992. Scand J Rheumatol. 2000;29(1): 29-37.

26. Wallberg-Jonsson S, Johansson H, Ohman ML, et al. Extent of inflammation predicts cardiovascular disease and overall mortality in seropositive rheumatoid arthritis. A retrospective cohort study from disease onset. J Rheumatol. Dec 1999;26(12): 2562-2571.

27. Symmons DP, Jones MA, Scott DL, et al. Longterm mortality outcome in patients with rheumatoid arthritis: early presenters continue to do well. J Rheumatol. Jun, 2001;25(6): 1072-1077.

28. Wallberg-Jonsson S, Ohman ML, Dahlqvist SR. Cardiovascular morbidity and mortality in patients with seropositive rheumatoid arthritis in Northern Sweden. J Rheumatol. Mar 1997;24(3): 445-451.

29. Myllykangas-Luosujarvi R, Aho K, Kautiainen H, et al. Cardiovascular mortality in women with rheumatoid arthritis. J Rheumatol. Jun 1995;22(6): 1065-1067.

30. Myllykangas-Luosujarvi R, Aho K, Kautiainen H, et al. Shortening of life span and causes of excess mortality in a population-based series of subjects with rheumatoid arthritis. Clin Exp Rheumatol. Mar-Apr, 1995;13(2): 149-153.

31. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis. The CLASS Study: a randomized controlled trial. JAMA. Sep 13, 2000;284(10): 1247-1255.

32. Antiplatelet Trialists' Collaboration. Collaborative overview of randomized trials of antiplatelet therapy. I. Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. B M J. Jan 8, 1994;308: 81-106.

33. Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis of angioplasty in acute myocardial infarction. Eur Heart J. Jul 1993;14(7): 957.

34. Bhana N, McClellan K. Indobufen: An Updated Review of its Use in the Management of Atherothrombosis. Drugs Aging. 2001;18(5): 369-388.

MRK-MPFV0124350

35. Battaglia B, Stragliotto E, Heiman F, et al. Indobufen in the secondary prevention of cerebral ischemic attack (TIA): a prospective, randomized, controlled study. Thromb Haemost. 2001;69(6): P1349.

36. Bergamasco B, Benna P, Carolei A, et al. A randomized trial comparing ticlopidine hydrochloride with indobufen for the prevention of stroke in high-risk patients (TISS Study). Ticlopidine indobufen stroke study. Funct Neurol. Jan-Feb 1997;12(1): 33-43.

37. Fornaro G, Rossi P, Mantica PG, et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study. Circulation. Jan, 1993;87(1): 162-164.

38. Morocutti C, Amabile G, Fattaposta F, et al. Indobufen versus warfarin in the secondary prevention of major vascular events in nonrheumatic atrial fibrillation. SIFA (Studio Italiano Fibrillazione Atriale) Investigators. Stroke. May 1997;28(5): 1015-1021.

39. The Sinba Group. Indobufen versus aspirin plus dipyridamole after coronary artery bypass surgery. Coron Artery Dis. 1991;2: 896-906.

40. Rajah SM, Nair U, Rees M, et al. Effects of antiplatelet therapy with indobufen or aspirin-dipyridamole on graft patency one year after coronary artery bypass grafting. J Thorac Cardiovasc Surg. Apr, 1994;107(4): 1146-1153.

41. D'Addato M, Curti T, Bertini D, et al. Indobufen vs acetylsalicylic acid plus dipyridamole in long-term therapy patency after femoropopliteal bypass. Int Angiol. Apr-Jun, 1992;11(2): 106-112.

42. Signorini GP, Salmistraro G, Maraglino G. Efficacy of indobufen in the treatment of intermittent claudication. Angiology. Aug, 1988;39(8): 742-746.

43. Belcaro G, De Simone P. Long-term evaluation of indobufen in peripheral vascular disease. Angiology. Jan, 1991;42(1): 8-14.

44. Panchenko E, Esbkecva A, Dobrovolsky A, et al. Effects of indobufen and pentoxifylline on walking capacity and hemostasis in patients with intermittent claudication: results of six months of treatment. Angiology. Mar, 1997;48(3): 247-254.

45. Tonnesen KH, Albuquerque P, Baitsch G, et al. Double-blind, controlled, multicenter study of indobufen versus placebo in patients with intermittent claudication. Int Angiol. Dec, 1993;12(4): 371-377.

46. Daniels B, Seidenberg B. Cardiovascular safety profile of rofecoxib in controlled clinical trials. Arthritis Rheum. Sep 1999;42(9 Suppl): 435.

47. Geba GP, Weaver AL, Schnitzer TJ, et al. A clinical trial comparing rofecoxib to celecoxib and acetaminophen in the treatment of osteoarthritis (OA): Early efficacy patients. Ann Rheum Dis. Jul 2000;59(Suppl 1): POS291.

48. Whelton A, Fort JG, Puma JA, et al. Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther. Mar-Apr, 2001;8(2): 85-95.

49. White WB, Whelton A, Kent J, et al. Effects of the COX-2 specific inhibitor celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibition. Am J Hypertens. Apr, 2001;14(4 Part 2): P-452.

REFERENCES                                4

MRK-MPFV0124352

**Supplement A:**

The cut-off point for the information presented to the FDA on February 7th, 2001 was September 2000. A more recent analysis of this data is available and is presented below.

**Investigator-reported Cardiovascular Thrombotic Events in Patients with Alzheimer's Disease or Mild Cognitive Impairment as of March 2001**

|  | Rofecoxib 25 mg qd (n=1448) | Placebo (n=1451) |
|---|---|---|
| Number of Cardiovascular Events | 52 | 62 |
| Rates per 100 patient-years | 3.6 | 3.8 |

MRK-MPFV0124353

Supplement B:

## Types of Confirmed APTC Cardiovascular Events in the Alzheimer's Disease Studies as of March 2001

| | Rofecoxib 25 mg qd (n=1448) | | Placebo (n=1451) | |
|---|---|---|---|---|
| | n | % | n | % |
| Total number of patients | 22 | 1.52 % | 30 | 2.1 % |
| | | | | |
| Cardiac Events | 14 | 1.0 % | 16 | 1.1 % |
| Sudden cardiac death | 5 | 0.4 % | 3 | 0.2 % |
| Acute MI | 9 | 0.6 % | 13 | 0.9 % |
| Fatal Acute MI | 2 | 0.1 S | 1 | 0.1 % |
| | | | | |
| Cerebrovascular events | 8 | 0.6 % | 15 | 1.0 % |
| Fatal Hemorrhagic stroke | 2 | 0.1 % | 1 | 0.1 % |
| Fatal ischemic stroke | 1 | 0.1 % | 0 | 0.0 % |
| Hemorrhagic stroke | 3 | 0.2 % | 2 | 0.1 % |
| Ischemic cerebrovascular stroke | 5 | 0.4 % | 13 | 0.9 % |

MRK-MPFV0124354

**Supplement C:**



TEL: 800 672 6372
FAX: 800 637 2568

24-33-9401

October 3, 2001

Daniel Sumrok, M.D.
22700 Highway 22
Mc Kenzie, TN 38201

Dear Doctor Sumrok:

Our Medical Representative, Lee English, has referred your request for information regarding VIOXX
(rofecoxib tablets and oral suspension).    Your inquiry concerned the occurrence of cardiovascular effects in
patients receiving VIOXX.

A search of the medical literature identified studies discussing cardiovascular effects in patients receiving therapy
with VIOXX, a selection of which is summarized below.

Please note that these references are grouped according to the topics listed below.

I.      **Phase IIb/III Clinical Trials for VIOXX**
II.     **The VIOXX Gastrointestinal Outcomes Research Trial**
III.    **Unpublished Data Analyzing the Cardiovascular Safety of Rofecoxib as Presented to the FDA
        Advisory Committee February 8, 2001**
IV.     **NSAIDs as Cardioprotective Agents**
V.      **The Effect of VIOXX on Platelets**

### I. Phase IIb/III Clinical Trials for VIOXX

Daniels et al. [1] reported the overall incidence of cardiovascular thromboembolic adverse events in patients treated
with rofecoxib, NSAIDs, and placebo. The safety data were reviewed from nine osteoarthritis clinical trials in which
the following treatment groups were enrolled: rofecoxib (n=3595), NSAIDs (n=1565), and placebo (n=783). The
average duration of treatment was 5.5 months, with a maximum duration of 86 weeks. The osteoarthritis patients
(mean age, 62; range 39 to 93 years) had a mean duration of disease of 10 years and 70% were female. They had the
following cardiovascular conditions before enrollment: hypercholesterolemia (11%), hypertension (39%), coronary
artery disease (5%), diabetes (7%), and current tobacco use (14%). This review included events pertaining to the
cardiac (i.e., myocardial infarction, angina), central nervous (i.e., cerebrovascular accident, transient ischemic
attack), and peripheral (i.e., arterial embolism) systems. The results are shown tables below.

#### All Cardiovascular Thromboembolic Events  (Events / 100 patient-years)

| Placebo (n=783) | Rofecoxib (n=3595) | NSAIDs (n=1565) |
|---|---|---|
| 2.9 | 3.0 | 3.0 |

**All Cardiovascular Thromboembolic Events by Dose (Events / 100 patient-years)**

| Placebo | | Rofecoxib | | Ibuprofen | Diclofenac | Nabumetone |
|---|---|---|---|---|---|---|
| | 12.5 mg | 25 mg | 50 mg | 2400 mg | 150 mg | 1500 mg |
| (n =783) | (n=1215) | (n=1614) | (n=526) | (n=847) | (n=590) | (n=128) |
| 2.9 | 3.2 | 2.6 | 3.3 | 2.6 | 3.1 | 3.9 |

**Specific Cardiovascular Thromboembolic AE's (Events/100 Patient-Years)**

| | Placebo (n=783) | Rofecoxib (n=3595) | NSAIDs (n=1565) |
|---|---|---|---|
| Myocardial Infarction | 1.4 | 0.6 | 0.5 |
| CVA/TIA | 0.7 | 1.0 | 0.5 |
| Angina/Unstable Angina | 0.7 | 1.0 | 1.4 |

**Events/100 Patient-Years**

| | Rofecoxib (n=3595) | NSAIDs (n=1565) | Placebo (n=783) |
|---|---|---|---|
| Total Mortality | 0.1 | 1.1 | 0.0 |
| Cardiovascular Mortality | 0.1 | 0.8 | 0.0 |

The authors concluded that in this analysis of over 5,000 osteoarthritis patients:

> The risk for cardiovascular thromboembolic events in patients treated with rofecoxib was no greater than in those treated with NSAIDs.

> There was no dose relationship in the incidence of cardiovascular events with rofecoxib.

> The incidence of specific events such as angina, MI, and CVA were similar among the treatment groups.

Both the overall mortality for any cause and the cardiovascular mortality were lower in the rofecoxib group compared with the NSAID group.

## II. The VIOXX Gastrointestinal Outcomes Research Trial

Bombardier et al. [2] conducted the **VIOXX Gastrointestinal Outcomes Research Trial (VIGOR)** involving 8076 patients with rheumatoid arthritis (RA) in whom VIOXX (rofecoxib) 50 mg once daily (n=4047) was compared with naproxen 500 mg twice daily (n=4029). Use of aspirin, anticoagulants or antiplatelet agents was not allowed in the study. Patients treated with VIOXX had a significantly lower incidence of all primary and secondary gastrointestinal endpoints. There was no statistically significant difference between these patient groups (rofecoxib 50 mg once daily versus naproxen 500 mg b.i.d.) with regard to the incidence of cerebrovascular accidents (0.2% vs. 0.2%, respectively), deaths due to cardiovascular events (0.2% vs. 0.2%, respectively), and all deaths (0.5% vs. 0.4%, respectively). The incidence of myocardial infarction (MI) was 0.5 % for patients treated with rofecoxib 50 mg once daily and 0.1% for naproxen-treated patients (500 mg b.i.d). This difference in MI rates was statistically significant. Analyzing the data as events per 100 patient-years, the MI rate for VIOXX was 0.74 per 100 patient-years and 0.15 per 100 patient-years for naproxen.

The lower incidence of MIs in patients treated with naproxen compared with patients treated with rofecoxib is consistent with naproxen's ability to block thromboxane $A_2$ synthesis and platelet aggregation. [3]. Rofecoxib does not block platelet aggregation and, therefore, would not be expected to have similar effects in reducing

MRK-MPFV0124236

cardiovascular events. As stated in the prescribing information, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. A case-control study among rheumatoid arthritis patients in the UK General Practice Research Database examined the risk of thromboembolic events with the use of naproxen (defined as a prescription within the past 30 days). In that study of 811 rheumatoid arthritis patients who had thromboembolic events and 2292 gender- and age-matched rheumatoid arthritis controls without thromboembolic events, use of naproxen was associated with a decreased risk of major thromboembolic events, compared to no naproxen usage in the past year (adjusted odds ratio 0.6, 95% confidence interval 0.4-0.9). [4]

In a recent article discussing the cardiovascular effects of COX-2 selective inhibitors, Mukherjee et al. [5] analyzed the results of the VIGOR trial, and noted that the rate of myocardial infarction in rheumatoid arthritis patients treated with VIOXX was greater than in patients treated with naproxen. The authors also noted that the annualized event rate of myocardial infarction in these rheumatoid arthritis patients treated with VIOXX was greater than in a control population taken from a recently published meta-analysis of four randomized controlled trials of aspirin for primary prophylaxis of coronary heart disease by Sanmuganathan et al [6]. This meta-analysis characterized the absolute risk of myocardial infarction in control groups from these four trials as ranging from 0.36 %/year to 1.33 %/year with a weighted mean absolute risk of 0.52 %/year. In the VIGOR trial, the rate of myocardial infarction in rheumatoid arthritis patients (a population at elevated risk for cardiovascular thrombotic events) treated with VIOXX was 0.74 %/year.

Unlike the VIGOR trial, the data used in the meta-analysis from Sanmuganathan et al [6] did not analyze populations of rheumatoid arthritis patients, but analyzed the control population from four randomized controlled trials of aspirin for primary prevention. Sangumanathan et al [6] analyzed data from a study of general practice patients with cardiovascular risk factors [7] , two studies from populations of healthy male physicians [8,9] , and a study of patients receiving therapy for hypertension [10] . The patients in these four studies [7-10] (used in the meta-analysis from Sangumanathan et al [6] and cited by Mukherjee et al.[5] ) had varying cardiovascular risks. Therefore, the patients included in that meta-analysis could have cardiovascular risk that was different from the rheumatoid arthritis population in VIGOR.

VIOXX is not indicated for the treatment of rheumatoid arthritis.

### Types of Confirmed Cardiovascular Events in the VIGOR Study

| Outcome | Rofecoxib 50 mg once daily (n=4047) | | Naproxen 500 mg b.i.d. (n=4029) | |
|---|---|---|---|---|
| | n | % | N | % |
| Any Cardiovascular Events | 47 | 1.2 | 20 | 0.5 |
| Cardiac Events | 28 | 0.7 | 10 | 0.2 |
| Myocardial infarction | 20 | 0.5 | 4 | 0.1 |
| Unstable angina | 5 | 0.1 | 3 | 0.1 |
| Sudden death | 3 | 0.1 | 4 | 0.1 |
| Cerebrovascular Events | 13 | 0.3 | 9 | 0.2 |
| Hemorrhagic CVA | 2 | 0.0 | 1 | 0.0 |
| Ischemic CVA | 9 | 0.2 | 8 | 0.2 |
| Transient ischemic attack | 2 | 0.0 | 0 | 0.0 |
| Peripheral Events | 6 | 0.1 | 1 | 0.0 |
| Peripheral arterial thrombosis | 1 | 0.0 | 0 | 0.0 |
| Peripheral venous thrombosis | 5 | 0.1 | 1 | 0.0 |

*Blood pressure and cardiovascular adverse experiences*

No association was seen between hypertension adverse experiences and confirmed thrombotic cardiovascular events in VIGOR. Only 4 patients on rofecoxib reported a hypertension adverse experience prior to a thrombotic adverse

experience (1 DVT, 2 CVA, 1 MI). In the patients treated with rofecoxib, the changes from baseline blood pressure were similar in patients who had cardiovascular events compared with patients who did not have cardiovascular events.

Hypertension was reported in 8.5% of the patients treated with VIOXX 50 mg once daily and 5.0% of the patients treated with naproxen 500 mg b.i.d. The percentage of patients who discontinued due to hypertension was 0.6% for patients treated with VIOXX 50 mg once daily and 0.1% for patients treated with naproxen 500 mg b.i.d. These rates for hypertension and edema are consistent with the rates noted with the 50 mg dose in the prescribing information for VIOXX. Lower extremity edema was reported in 4.0% of the patients treated with VIOXX 50 mg once daily and 2.6% of the patients receiving naproxen 500 mg b.i.d. The percentage of patients who discontinued due to lower extremity edema was 0.5% for patients treated with VIOXX 50 mg once daily and 0.2% for patients treated with naproxen 500 mg b.i.d. VIOXX 50 mg once daily is twice the maximum dose allowed for chronic use whereas naproxen 500 mg b.i.d. is the most commonly used dose of naproxen. VIOXX 12.5 mg and 25 mg once daily have been shown to have rates for edema and hypertension which are similar to standard NSAIDs. (Unpublished data, Merck Research Laboratories). Based on the Advantage Trial (shown below), VIOXX 25 mg once daily is equipotent to naproxen 500 mg b.i.d.

### III. Unpublished Data (Merck Research Laboratories) Analyzing the Cardiovascular Safety of Rofecoxib as Presented to the FDA Advisory Committee Feb 8, 2001

*Cardiovascular Safety of Rofecoxib in Studies of Patients with Alzheimer's Disease and Mild Cognitive Impairment*

A combined analysis of two large placebo-controlled studies in patients with Alzheimer's Disease or mild cognitive impairment (Merck Research Laboratories, unpublished data, presented to the FDA Arthritis Advisory Committee Feb. 8, 2001) was conducted to compare the effects of rofecoxib 25 mg once daily to placebo. The results represent the data from this ongoing trial, as of September 2000. This data is from more than 1000 high-risk elderly patients diagnosed with either Alzheimer's disease or mild cognitive impairment receiving therapy for a median duration of 12.5 months (approximately 1200 patient-years per treatment group). The Alzheimer's studies were conducted in elderly patients, over 60% of whom were male, and the majority had more than 2 risk factors for CV disease.

*Use of Low Dose Aspirin in Studies of Patients with Alzheimer's Disease and Mild Cognitive Impairment*

Patients who were taking aspirin or other antiplatelet agents for cardiovascular protection, and patients in whom aspirin or other antiplatelet agents were indicated for cardiovascular-protective effect in the opinion of the study investigator, were to be excluded from enrollment in both of these studies. However, because these patients are elderly and may be at risk for atherosclerotic cardiovascular disease complications, therapy with aspirin or clopidogrel has been allowed if, during the study period, the investigator determined that it was indicated. A sensitivity analysis that excluded patients who had used aspirin or clopidogrel prior to the study start was performed as part of the meta-analysis. Although the number of patient years for "aspirin users" was low, because of the potential for aspirin use to confound the results of the analysis, a subgroup analysis was conducted only in patients who were not taking aspirin/clopidogrel prior to study start. This subgroup analysis, which included >88% of the events, provided consistent results with the primary approach.

As shown below, the incidence of investigator reported cardiovascular thrombotic events was similar between the patients treated with rofecoxib 25 mg once daily and the patients receiving placebo (rofecoxib: 2.8 cardiovascular thrombotic events/100 patient-years, placebo: 3.2 cardiovascular thrombotic events/100 patient-years). For an updated version of this data (as of March 2001), please see Supplement A.

**Investigator-reported Cardiovascular Thrombotic Events in Patients with Alzheimer's Disease or Mild Cognitive Impairment**

|  | Rofecoxib 25 mg qd (n=1041) | Placebo (n=1050) |
|---|---|---|
| Number of Cardiovascular Events | 32 | 40 |
| Rates per 100 patient-years | 2.8 | 3.3 |



Investigator Reported Thrombotic Cardiovascular
Events in the Alzheimer's Studies

These data were also evaluated in the context of the APTC (Antiplatelet Trialists' Collaboration) Endpoint [11] , the most common and widely accepted endpoint used to quantify the overall cardiovascular impact of antithrombotic compounds in cardiovascular trials. The APTC endpoint measures fatal and irreversible morbid cardiovascular events and is the combined incidence of cardiovascular and unknown cause of death (including hemorrhagic deaths), myocardial infarctions and cerebrovascular accidents. The APTC endpoint is considered the gold standard endpoint for the analyses of cardiovascular thrombotic events. The relative risk of experiencing an APTC event during treatment with a comparator agent relative to treatment with rofecoxib in the Alzheimer's studies, the VIGOR rheumatoid arthritis study and the Phase IIB/III osteoarthritis studies, is shown in the table below. The confirmed APTC cardiovascular events in the Alzheimer's studies as of March 2001 are shown in Supplement B. The comparator NSAIDs for the Phase IIb/III osteoarthritis studies included diclofenac, ibuprofen, and nabumetone. Only the VIGOR study (which involved a homogeneous population of 8000 patients with rheumatoid arthritis) favors the comparator agent (naproxen). The MI rate among rheumatoid arthritis patients treated with VIOXX in the VIGOR Trial is consistent with the cardiovascular event rate seen with rheumatoid arthritis patients in general. Rheumatoid arthritis is an independent risk factor for ischemic heart disease [12-33]). In the UK General Practice Research Database, patients with rheumatoid arthritis were 45% more likely to die from cardiovascular disease and 55% more likely to suffer a myocardial infarction compared with non-arthritis patients, adjusting for age and gender[4].

## Relative Risk of APTC Events in Rofecoxib Studies



*Meta-analysis of Phase IIb-V Studies for Cardiovascular Safety*

A meta-analysis of cardiovascular events (Merck Research Laboratories, unpublished data, presented to the FDA Arthritis Advisory Committee Feb. 8, 2001) was performed on all Phase IIb-V clinical trials with rofecoxib of 4 weeks or longer that were completed by September 2000 including the interim data from the Alzheimer's studies presented above. The APTC endpoint was examined on data from over 28,000 patients (>14,000 patient-years). Because this meta-analysis combined studies of varying duration and dose of rofecoxib, a series of sensitivity analyses were done at the request of the FDA to evaluate whether either of these variables impacted the overall results. The two graphs that follow display the information obtained from this meta-analysis.

The graph below demonstrates the relative risk of an APTC event in patients treated with naproxen, non-naproxen NSAIDs (ibuprofen, diclofenac, nabumetone) or placebo in all clinical trials of 4 weeks or longer with rofecoxib (an updated version of this graph is presented in Supplement C). The results of this meta-analysis demonstrate that the risk of sustaining an APTC event was similar when rofecoxib was compared with placebo and when rofecoxib was compared with non-naproxen NSAIDs (ibuprofen, diclofenac, nabumetone). In contrast, there was a reduced relative risk of an APTC event in patients treated with naproxen compared with rofecoxib. Naproxen appears to be cardioprotective compared with all other comparator NSAIDs and rofecoxib.

## Relative Risk of an APTC Event in Patients Treated with Placebo or NSAIDs vs. Rofecoxib



In studies of at least 4 weeks duration.

The same type of analysis using the APTC endpoint was performed for all Phase II-V studies of at least 6 months duration. The 6 month time point was chosen in order to ensure that studies of short duration did not unduly influence the results. This analysis also indicates that naproxen appears to be cardioprotective relative to all other comparator NSAIDs and rofecoxib. Naproxen reduces the risk for sustaining an APTC endpoint relative to the other comparator NSAIDs and rofecoxib.



## Relative Risk of an APTC Event in Patients Treated with Placebo or NSAIDs vs. Rofecoxib
### In Studies of at Least 6 Months Duration

Favors Comparator    Favors Rofecoxib

Naproxen vs. rofecoxib: 0.58 (0.34, 0.98)  Pt. Years = 6920

Non-naproxen NSAIDs vs. rofecoxib: 1.85 (0.86, 4.01)  Pt. Years = 2330

Placebo vs. rofecoxib: 1.54 (0.84, 2.82)  Pt. Years = 2367

Relative Risk of Comparator to Rofecoxib

### IV. NSAIDs as Cardioprotective Agents

At least three non-selective NSAIDs have been demonstrated to exhibit a cardioprotective effect: naproxen, flurbiprofen, and indobufen. All three NSAIDs are potent inhibitors of platelet-derived thromboxane.

A.  Flurbiprofen:  In patients successfully treated for acute myocardial infarction with thrombolysis and/or angioplasty, flurbiprofen 50 mg twice daily for six months led to a >50% reduction in the primary endpoint, recurrent MI or reocclusion of the infarct-related coronary artery.[34]

B.  Indobufen:  This NSAID has been recently reviewed and highly endorsed [35] for its use in the management of atherothrombotic disorders.  The efficacy of indobufen has been evaluated in multiple clinical trials for the:
   - Secondary prevention of thromboembolic events (TIA, stroke, atrial fibrillation with systemic embolism, MI) in at risk patients. [36,37,38,39]
   - Maintenance of graft patency following coronary artery bypass surgery. [40,41,42]
   - Treatment of intermittent claudication.[43,44,45,46]

C.  Naproxen:  In addition to the VIGOR trial [2] where naproxen reduced the risk of myocardial infarction vs. rofecoxib in rheumatoid arthritis patients, naproxen has also been demonstrated to reduce the risk of acute thromboembolic events in rheumatoid arthritis patients in the UK General Practice Research Database [4].

## V. The Effect of VIOXX on Platelets

Greenberg et al. [:] presented data from a double-blind, aspirin interaction study in which 24 patients were randomized to receive placebo (n=12) or rofecoxib 50 mg daily (n=12) for 10 days. On days 4-10, all subjects received open-label aspirin 81 mg once daily. Thromboxane $B_2$ production was inhibited by 98.4% during therapy with both aspirin alone and aspirin plus rofecoxib. Similarly, arachidonic acid-induced platelet aggregation was inhibited by 93.5% during therapy with aspirin alone and by 93.7% during therapy with aspirin plus rofecoxib. Corresponding values for inhibition of collagen-induced platelet aggregation were 90.8% and 86.7%, respectively. The authors concluded that, at steady state, rofecoxib (50 mg/day) did not affect the anti-platelet effects of low-dose aspirin.

Depre et al. [48] conducted a randomized, double-blind, placebo-controlled, parallel group study which evaluated the COX-2 specificity and tolerability of the clinical doses (12.5-25 mg) and the supratherapeutic (i.e., more than tenfold above the clinical dosage range) doses (100-375 mg) of rofecoxib in 32 healthy male volunteers (mean age of 22; mean weight of 73.3 kg). These subjects were divided into four groups (eight subjects/group), and each group was administered placebo (n=2) or rofecoxib (n=6) 25 mg, 100 mg, 250 mg, or 375 mg once daily on day 1 and days 3 through 14. Blood samples drawn at baseline and at specified time points post-dosing were assayed for COX-1 and COX-2 activity. Inhibition of platelet COX-1 activity, as assessed by thromboxane $B_2$ [$TXB_2$] generation in clotting whole blood, was not demonstrated by any dose of rofecoxib compared with placebo (p>0.10 for all comparisons vs. placebo). There were no statistically significant reductions of serum $TXB_2$ by placebo or rofecoxib 25 mg, 100 mg, 250 mg, and 375 mg. As a further assessment of platelet COX-1 activity, bleeding time was assessed 4 hours after the last dose of placebo, rofecoxib 250 mg, and rofecoxib 375 mg. The mean change from baseline bleeding time was similar between placebo and rofecoxib 250 mg and 375 mg (0.49 minute, 0.69 minute, and 0.63 minute, respectively). COX-2 inhibitory activity, as assessed by average inhibition of whole blood lipopolysaccharide-stimulated prostaglandin $E_2$ [$PGE_2$] production, was significantly demonstrated by all doses of rofecoxib compared with placebo (p<0.001 for all comparisons vs. placebo). COX-2 inhibition results on day 14 for placebo and rofecoxib 25 mg, 100 mg, 250 mg, and 375 mg were 0.3%, 67.2%, 95.8%, 92.3% and 95.8%, respectively. Overall, these results indicate that multiple-dose administration of rofecoxib inhibits COX-2 without significant effect on COX-1 over a dosage range of 25 mg to 375 mg. Rofecoxib was well tolerated as mild and transient side effects were reported for multiple doses up to 375 mg. The authors concluded that rofecoxib is a potent and specific inhibitor of COX-2 in humans even at doses more than tenfold higher than those associated with efficacy in patients with osteoarthritis.

Van Hecken et al. ([3] and unpublished data, Merck Research Laboratories) performed a study to assess the effect of NSAIDs on platelet function, patients were treated with VIOXX 12.5 mg qd (n=12), VIOXX 25 mg qd (n=12), naproxen 550 mg b.i.d. (n=8), diclofenac 50 mg t.i.d. (n=8), ibuprofen 800 mg t.i.d. (n=8), meloxicam 15 mg qd (n=12) or placebo (n=16). All treatments were administered for 5 days plus 1 morning dose on Day 6. The effect of treatment on platelet aggregation was determined in vitro (outside of the body) using arachidonic acid as the primary agonist (the agent used to promote platelet aggregation via TxA2 generation). The difference between baseline platelet aggregation and post-treatment platelet aggregation was determined and the weighted average inhibition was calculated (WAI, inhibition of platelet aggregation calculated from the area under the curve from 0 to 8 hours). Aggregation is expressed as the percent inhibition from pre-dose baseline levels.

As shown in the figure below, the WAI of platelet aggregation for both doses of VIOXX and for meloxicam were not significantly different from placebo. Diclofenac, ibuprofen and naproxen significantly inhibited platelet aggregation compared with placebo (p<0.001).

The Effect of NSAID and VIOXX Treatment on Platelet Aggregation



The effect of NSAID treatment on bleeding time was also determined in the same treatment groups. Bleeding time is the *best* test of platelet function because it is an in vivo test and thus not subject to laboratory conditions as is the in vitro WAI study. As shown in the figure below, VIOXX (12.5 and 25 mg), meloxicam and diclofenac treatments showed no significant change in bleeding time from Day 1 to Day 6 compared to placebo. In contrast, ibuprofen and naproxen treatments significantly prolonged mean bleeding time by 1.57 and 2.41 minutes, respectively ($p<0.002$, $p<0.001$).

Change from Pretreatment Bleeding Time



### Prescribing Information for VIOXX

Fluid retention and edema have been observed in some patients taking VIOXX. VIOXX should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure.

Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. The prescribing information

lists adverse experiences, reported without regard to causality, occurring in at least 2% of osteoarthritis patients who received VIOXX at the therapeutically recommended doses of 12.5 mg and 25 mg once daily in nine controlled studies of 6-week to 6-month duration, which included treatment groups with VIOXX, a placebo and/or positive control group. In these clinical studies combined, a total of 783 patients received placebo, 2,829 received VIOXX 12.5 mg once daily or 25 mg once daily, 847 received ibuprofen 2400 mg daily in divided doses, and 498 received diclofenac 150 mg daily in divided doses.

Included among these adverse experiences pertaining to cardiovascular adverse effects were lower extremity edema occurring in 1.1% of placebo-treated patients, in 3.7% of rofecoxib-treated patients, in 3.8% of ibuprofen-treated patients, and in 3.4% of diclofenac-treated patients. Hypertension was observed occurring in 1.3% of placebo-treated patients, in 3.5% of rofecoxib-treated patients, in 3.0% of ibuprofen-treated patients, and in 1.5% of diclofenac-treated patients.

In general safety profile of VIOXX 50 mg once daily in the osteoarthritis clinical trials of up to 6 months (476 patients) was similar to that of VIOXX at the recommended osteoarthritis doses of 12.5 mg and 25 mg once daily, except for a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema (6.3%) and hypertension (8.2%).

In the osteoarthritis studies, the following spontaneous cardiovascular adverse events occurred in greater than 0.1% to 1.9% of patients treated with VIOXX regardless of causality: chest pain, fluid retention, peripheral edema, syncope, angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heart beat, palpitation, premature ventricular contraction, tachycardia, and venous insufficiency.

Other serious adverse reactions which occur rarely (less than 0.1%), regardless of causality in patients taking VIOXX: cerebrovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, pulmonary embolism, transient ischemic attack, and unstable angina.

The above information is supplied to you as a professional service in response to your specific request. Merck does not recommend the use of its products in any manner other than as described in the prescribing information. Enclosed for your convenience is prescribing information for VIOXX.

Sincerely,

Jeffrey M. Melin, M.D., F.A.C.P.
Associate Director
Medical Services

Enclosures: Circular, References

1.  Daniels B, Seidenberg B. Cardiovascular safety profile of rofecoxib in controlled clinical trials. Arthritis Rheum. Sep 1999;42(9 Suppl): 435.

2.  Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. Nov 23, 2000;343(21): 1520-1528.

3.  Van Hecken A, Schwartz JI, Depre M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol. Oct 2000;40(10): 1109-1120.

4.  Watson DJ, Rhodes T. Higher incidence of thromboembolic events among patients with rheumatoid arthritis vs. osteoarthritis and vs. no arthritis in the General Practice Research Database (GPRD). Ann Rheum Dis. Jul, 2001;60(Suppl 1): OP0109.

5.  Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA. Aug 22- 29, 2001;286(8): 954-959.

6.  Sanmuganathan PS, Ghahramani P, Jackson PR, et al. Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived from meta-analysis of randomised trial. Heart. 2001;85: 265-271.

7.  The Medical Research Council's General Practice Research Framework. Thrombosis prevention trial: randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary prevention of ischaemic heart disease in men at increased risk. Lancet. Jan 24, 1998;351(9098): 233-241.

8.  Peto R, Gray R, Collins R, et al. Randomised trial of prophylactic daily aspirin in British male doctors. Br Med J. Jan 30, 1988;296: 313-316.

9.  Steering Committee. Steering Committee of the Physicians' Health Study Research Group. Final report on the aspirin component of the ongoing Physicians' Health Study. N Engl J Med. Jul 20, 1989;321(3): 129-135.

10. Hansson L, Zanchetti A, Carruthers SG, et al. Effects of intensive blood-pressure lowering and low-dose aspirin in patients with hypertension: principal results of the Hypertension Optimal Treatment (HOT) randomised trial. HOT Study Group. Lancet. June 13, 1998;351(9118): 1755-1762.

11. Antiplatelet Trialists' Collaboration. Collaborative overview of randomized trials of antiplatelet therapy. I. Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. B M J. Jan 8, 1994;308: 81-106.

12. Riise T, Jacobsen BK, Gran JT, et al. Total mortality in increased in rheumatoid arthritis. A 17-year prospective study. Clin Rheumatol. 2001;20(2): 123-127.

13. Minaur NJ, Jacoby RK, Cosh JA, et al. A 40 year prospective study of function and disease activity, mortality and cause of death in early rheumatoid arthritis. Rheumatology. 2000;39(Suppl 1): 65.

14. Pincus T, Sokka T, Wolfe F. Premature mortality in patients with rheumatoid arthritis: Evolving concepts. Arthritis Rheum. Jun, 2001;44(6): 1234-1236.

15. Minaur N, Jacoby RK, Cosh JA, et al. Prospective study of rheumatoid arthritis: function, disease activity and mortality after 40 years. Arthritis Rheum. Sep 2000;43(9 Suppl): 1913.

16. Alkaabi JK, Ho M, Levison R, et al. The prevalence of macrovascular disease in rheumatoid arthritis (RA). Rheumatology. 2000;39(Suppl 1): 70.

17. Banks MJ, Flint EJ, Forsey PR, et al. Risk factors for ischaemic heart disease (IHD) in rheumatoid arthritis (RA). Rheumatology. 2000;39(Suppl 1): 71.

MRK-MPFV0124245

18. McEntegart A, Capell HA, Creran D, et al. Cardiovascular risk factors, including thrombotic variables, in a population with rheumatoid arthritis. Rheumatology. Jun, 2001;40(6): 640-644.

19. Banks M, Flint J, Bacon PA, et al. Rheumatoid arthritis in an indepedent risk factor for ischaemic heart disease. Arthritis Rheum. Sep 2000;43(9 Suppl): 1909.

20. Kumeda Y, Inaba M, Kurioka Y, et al. Progression of atherosclerosis in common carotid artery (CCA) of patients with rheumatoid arthritis (RA) - thickening of intimamedia thickness (IMT) by ultrasonography. Arthritis Rheum. Sep 2000;43(9 Suppl): 1911.

21. del Rincon I, Williams K, Stern MP, et al. High incidence of cardiovascular events in a rheumatoid arthritis cohort not explained by traditional cardiac risk factors. Arthritis Rheum. Sep 2000;43(9 Suppl): 1910.

22. Park YB, Lee SH, Ahn CW, et al. Increased carotid wall thickness in patients with rheumatoid arthritis. Arthritis Rheum. Sep 2000;43(9 Suppl): 1912.

23. Turesson C, O'Fallon WM, Crowson CS, et al. Occurrence of extra-articular disease manifestations is associated with excess mortality in a population based cohort of patients with rheumatoid arthritis. Arthritis Rheum. Sep 2000;43(9 Suppl); 1914.

24. Wallberg-Jonsson S, Cederfelt M, Rantapaa Dahlqvist S. Hemostatic factors and cardiovasular disease in active rheumatoid arthritis: an 8 year follow-up study. J Rheumatol. Jan, 2000;27(1): 71-75.

25. Kvalvik AG, Jones MA, Symmons DP. Mortality in a cohort of Norwegian patients with rheumatoid arthritis followed from 197 to 1992. Scand J-Rheumatol. 2000;29(1): 29-37.

26. Myllykangas-Luosujarvi RA, Aho K, Isomaki HA. Mortality in rheumatoid arthritis. Semin Arthritis Rheum. Dec, 1995;25(3): 193-202.

27. Wolfe F, Mitchell DM, Sibley JT, et al. The mortality of rheumatoid arthritis. Arthritis Rheum. Apr, 1994;37(4): 481-494.

28. Pincus T, Callahan LF. What is the natural history of rheumatoid arthritis. Rheum Dis Clin North Am. Feb, 1993;19(1): 123-151.

29. Wallberg-Jonsson S, Johansson H, Ohman ML, et al. Extent of inflammation predicts cardiovascular disease and overall mortality in seropositive rheumatoid arthritis. A retrospective cohort study from disease onset. J Rheumatol. Dec 1999;26(12): 2562-2571.

30. Symmons DP, Jones MA, Scott DL, et al. Longterm mortality outcome in patients with rheumatoid arthritis: early presenters continue to do well. J Rheumatol. Jun, 2001;25(6): 1072-1077.

31. Wallberg-Jonsson S, Ohman ML, Dahlqvist SR. Cardiovascular morbidity and mortality in patients with seropositive rheumatoid arthritis in Northern Sweden. J Rheumatol. Mar 1997;24(3): 445-451.

32. Myllykangas-Luosujarvi R, Aho K, Kautiainen H, et al. Cardiovascular mortality in women with rheumatoid arthritis. J Rheumatol. Jun 1995;22(6): 1065-1067.

33. Myllykangas-Luosujarvi R, Aho K, Kautiainen H, et al. Shortening of life span and causes of excess mortality in a population-based series of subjects with rheumatoid arthritis. Clin Exp Rheumatol. Mar-Apr, 1995;13(2): 149-153.

34. Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis of angioplasty in acute myocardial infarction. Eur Heart J. Jul 1993;14(7): 957.

35. Bhana N, McClellan K. Indobufen: An Updated Review of its Use in the Management of Atherothrombosis. Drugs Aging. 2001;18(5): 369-388.

36. Battaglia B, Stragliotto E, Heiman F, et al. Indobufen in the secondary prevention of cerebral ischemic attack (TIA): a prospective, randomized, controlled study. Thromb Haemost. 2001;69(6): P1349.

37. Bergamasco B, Benna P, Carolei A, et al. A randomized trial comparing ticlopidine hydrochloride with indobufen for the prevention of stroke in high-risk patients (TISS Study). Ticlopidine indobufen stroke study. Funct Neurol. Jan-Feb 1997;12(1): 33-43.

38. Fornaro G, Rossi P, Mantica PG, et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study. Circulation. Jan, 1993;87(1): 162-164.

39. Morocutti C, Amabile G, Fattaposta F, et al. Indobufen versus warfarin in the secondary prevention of major vascular events in nonrheumatic atrial fibrillation. SIFA (Studio Italiano Fibrillazione Atriale) Investigators. Stroke. May 1997;28(5): 1015-1021.

40. The Sinba Group. Indobufen versus aspirin plus dipyridamole after coronary artery bypass surgery. Coron Artery Dis. 1991;2: 896-906.

41. Rajah SM, Nair U, Rees M, et al. Effects of antiplatelet therapy with indobufen or aspirin-dipyridamole on graft patency one year after coronary artery bypass grafting. J Thorac Cardiovasc Surg. Apr, 1994;107(4): 1146-1153.

42. D'Addato M, Curti T, Bertini D, et al. Indobufen vs acetylsalicylic acid plus dipyridamole in long-term therapy patency after femoropopliteal bypass. Int Angiol. Apr-Jun, 1992;11(2): 106-112.

43. Signorini GP, Salmistraro G, Maraglino G. Efficacy of indobufen in the treatment of intermittent claudication. Angiology. Aug, 1988;39(8): 742-746.

44. Belcaro G, De Simone P. Long-term evaluation of indobufen in peripheral vascular disease. Angiology. Jan, 1991;42(1): 8-14.

45. Panchenko E, Eshkeeva A, Dobrovolsky A, et al. Effects of indobufen and pentoxifylline on walking capacity and hemostasis in patients with intermittent claudication: results of six months of treatment. Angiology. Mar, 1997;48(3): 247-254.

46. Tonnesen KH, Albuquerque P, Baitsch G, et al. Double-blind, controlled, multicenter study of indobufen versus placebo in patients with intermittent claudication. Int Angiol. Dec, 1993;12(4): 371-377.

47. Greenberg HE, Gottesdiener K, Huntington M, et al. A new cyclooxygenase-2 inhibitor, rofecoxib (VIOXX), did not alter the antiplatelet effects of low-dose aspirin in healthy volunteers. J Clin Pharmacol. 2000;40: 1509-1515.

48. Depre M, Ehrich E, Van hecken A, et al. Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans. Eur J Clin Pharmacol. 2000;56: 167-174.

MRK-MPFV0124247

MRK-MPFV0124248

**Supplement A:**

The cut-off point for the information presented to the FDA on February 7th, 2001 was September 2000. A more recent analysis of this data is available and is presented below.

**Investigator-reported Cardiovascular Thrombotic Events in Patients with Alzheimer's Disease or Mild Cognitive Impairment as of March 2001**

|  | Rofecoxib 25 mg qd (n=1448) | Placebo (n=1451) |
|---|---|---|
| Number of Cardiovascular Events | 52 | 62 |
| Rates per 100 patient-years | 3.6 | 3.8 |

MRK-MPFV0124249

**Supplement B:**

### Types of Confirmed APTC Cardiovascular Events in the Alzheimer's Disease Studies as of March 2001

| | Rofecoxib 25 mg qd (n=1448) | | Placebo (n=1451) | |
|---|---|---|---|---|
| | n | % | n | % |
| Total number of patients | 22 | 1.52 % | 30 | 2.1 % |
| Cardiac Events | 14 | 1.0 % | 16 | 1.1 % |
| Sudden cardiac death | 5 | 0.4 % | 3 | 0.2 % |
| Acute MI | 9 | 0.6 % | 13 | 0.9 % |
| Fatal Acute MI | 2 | 0.1 $ | 1 | 0.1 % |
| Cerebrovascular events | 8 | 0.6 % | 15 | 1.0 % |
| Fatal Hemorrhagic stroke | 2 | 0.1 % | 1 | 0.1 % |
| Fatal ischemic stroke | 1 | 0.1 % | 0 | 0.0 % |
| Hemorrhagic stroke | 3 | 0.2 % | 2 | 0.1 % |
| Ischemic cerebrovascular stroke | 5 | 0.4 % | 13 | 0.9 % |

**Supplement C:**



Relative Risk of an APTC Event in Patients Treated with Placebo or NSAIDs vs. Rofecoxib 3/2001

| | Favors Comparator | Favors Rofecoxib | |
|---|---|---|---|
| Naproxen vs. Rofecoxib | | | 0.59 (0.37, 0.94) Pt Years = 5364 |
| Non-Naproxen NSAIDs vs. Rofecoxib | | | 1.19 (0.61, 2.32) Pt Years = 3951 |
| Placebo vs. Rofecoxib | | | 1.07 (0.65, 1.75) Pt Years = 4617 |

0.2   0.5   1.0   2.0   5.0
Relative Risk of Comparator to Rofecoxib

MRK-MPFV0124251

TEL: 800 672 6372
FAX: 800 637 2568

24-33-0453

June 7, 2002

Daniel Sumrok, M.D.
22700 Hwy. 22
Mc Kenzie, TN 38201

Dear Doctor Sumrok:

Our Executive Professional Representative, Vinay Sood, has referred your request for information regarding
VIOXX (rofecoxib tablets and oral suspension).   Your inquiry concerned the development of cardiovascular
thrombotic events in the elderly patient, placebo-controlled data set for VIOXX.

VIOXX is indicated for relief of the signs and symptoms of osteoarthritis (OA), relief of the signs and symptoms of
rheumatoid arthritis (RA) in adults, the management of acute pain in adults, and the treatment of primary
dysmenorrhea.

A search of the literature has identified the following reference pertaining to your inquiry.

Reicin et al (Unpublished data from Merck Research Laboratories) performed an analysis of pooled safety data from
3 randomized, double-blind, placebo controlled studies with rofecoxib 25 mg once daily in elderly patients (median
age approximately 75 years) to investigate cardiovascular safety.   The adverse event data was pooled from 3 studies
in elderly patients.   The analysis included all serious (regulatory definition) thrombotic cardiovascular adverse
events.   The data was analyzed as three subgroups; 1) investigator-reported serious thrombotic cardiovascular
adverse events, 2) confirmed thrombotic cardiovascular events blindly adjudicated by an external committee
(according to a pre-defined standard operating procedure), and 3) events meeting the criteria of the Antiplatelet
Trialists' Collaboration (APTC).   Event rates per 100 patient-years and ratios of rate with 95% confidence intervals
(95% CI) calculated for each subgroup are shown in the table below.   A relative risk <1.0 indicates a reduced risk
for rofecoxib versus placebo.   Studies 1 and 2 reflect the data detailed in the prescribing information for VIOXX
(see PRECAUTIONS, *Cardiovascular Effects*)

### Incidence of Serious Thrombotic Cardiovascular Adverse Events in Elderly Patients

|  | Rofecoxib 25 mg qd (n=1448) | | Placebo (n=1451) | | Relative Risk* (95 % CI) |
|---|---|---|---|---|---|
|  | # cases/patient year | Rate/100 patient year | # cases/patient year | Rate/100 patient year |  |
| Investigator-reported | 52/1450 | 3.59 | 62/1615 | 3.84 | 0.93 (0.63, 1.37) |
| **Confirmed-adjudicated** | **25/1461** | **1.71** | **39/1634** | **2.39** | **0.72 (0.42, 1.21)** |
| APTC | 22/1461 | 1.51 | 30/1634 | 1.84 | 0.82 (0.45, 1.47) |

*Relative risk of rofecoxib vs. placebo

MRK-MPFV0124380

**Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in Elderly Patients by Study**

|  | | Rofecoxib 25 mg qd | | | Placebo | | | Relative Risk* (95 % CI) |
|---|---|---|---|---|---|---|---|---|
|  | N | Cases/Pt Yr.[†] | Rate[‡] | N | Cases/Pt Yr[†] | Rate[‡] | | |
| Study 1 | 721 | 17/996 | 1.71 | 729 | 23/1098 | 2.09 | | 0.82 (0.41, 1.59) |
| Study 2 | 346 | 4/301 | 1.33 | 346 | 12/366 | 3.28 | | 0.41 (0.10, 1.34) |
| Study 3 | 381 | 4/165 | 2.43 | 376 | 4/169 | 2.36 | | 1.03 (0.19, 5.51) |
| **Total** | **1448** | **25/1461** | **1.71** | **1451** | **39/1634** | **2.39** | | **0.72 (0.42, 1.21)** |

*Relative risk of rofecoxib vs. placebo
[†]Patient-years at risk
[‡]Per 100 patient-years at risk

**Summary of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences by Type of Event**

|  | Rofecoxib 25 mg qd N=1448 | | Placebo N=1451 | |
|---|---|---|---|---|
|  | n | % | n | % |
| Patients with one or more adverse experiences | 25 | 1.7 | 39 | 2.7 |
| Patients with no adverse experience . | 1423 | 98.3 | 14.12 | 97.3 |
| Cardiac Events | 14 | 1.0 | 21 | 1.5 |
| Acute myocardial infarction | 9 | 0.6 | 13 | 0.9 |
| Sudden/unexplained death . | 5 | 0.4 | 3 | 0.2 |
| Unstable angina pectoris | 1 | 0.1 | 8 | 0.6 |
| Cerebrovascular Events | 11 | 0.8 | 16 | 1.1 |
| Ischemic cerebrovascular stroke | 5 | 0.4 | 13 | 0.9 |
| Transient ischemic attack | 6 | 0.4 | 3 | 0.2 |
| Peripheral Events | 0 | 0 | 3 | 0.2 |
| Peripheral arterial thrombosis | 0 | 0 | 1 | 0.1 |
| Peripheral venous thrombosis | 0 | 0 | 2 | 0.1 |

Patients who were taking aspirin or other antiplatelet agents for cardiovascular protection, and patients in whom aspirin or other antiplatelet agents were indicated for cardiovascular-protective effect in the opinion of the study investigator, were to be excluded from enrollment in these studies. However, because these patients were elderly and possibly at risk for complications of atherosclerotic cardiovascular disease, therapy with aspirin or clopidogrel was allowed if, during the study period, the investigator determined that it was indicated. Approximately 8% of patients received anti-platelet therapy, including low-dose aspirin, for cardiovascular prophylaxis. A sensitivity analysis that excluded patients who had used aspirin or clopidogrel during the study was performed as part of the meta-analysis. This subgroup analysis, which included >88% of the events, provided results consistent with the primary approach.

The authors concluded that in elderly patients, rofecoxib 25 mg once daily had a comparable cardiovascular safety profile compared with placebo.

**Prescribing Information for VIOXX.**

**CLINICAL STUDIES**

*The VIOXX GI Clinical Outcomes Research (VIGOR study)*

Study Design: The VIGOR study was designed to evaluate the comparative GI safety of VIOXX 50 mg once daily (twice the highest dose recommended for chronic use in OA and RA) versus naproxen 500 mg twice daily (common therapeutic dose). The general safety and tolerability of VIOXX 50 mg once daily versus naproxen 500 mg twice

MRK-MPFV0124381

daily was also studied. VIGOR was a randomized, double-blind study (median duration of 9 months) in 8076 patients with rheumatoid arthritis (RA) requiring chronic NSAID therapy (mean age 58 years). Patients were not permitted to use concomitant aspirin or other antiplatelet drugs. Patients with a recent history of myocardial infarction or stroke and patients deemed to require low-dose aspirin for cardiovascular prophylaxis were to be excluded from the study. Fifty-six percent of patients used concomitant oral corticosteroids. The GI safety endpoints (confirmed by a blinded adjudication committee) included:

PUBs-symptomatic ulcers, upper GI perforation, obstruction, major or minor upper GI bleeding.
Complicated PUBs (a subset of PUBs)-upper GI perforation. obstruction or major upper GI bleeding.

The risk reduction for PUBs and complicated PUBs for VIOXX compared with naproxen was approximately 50%.

*Cardiovascular Safety*

The VIGOR study showed a higher incidence of adjudicated serious cardiovascular thrombotic events in patients treated with VIOXX 50 mg once daily as compared to patients treated with naproxen 500 mg twice daily (see Table 1). This finding was largely due to a difference in the incidence of myocardial infarction between the groups. (See Table 2) (See PRECAUTIONS, *Cardiovascular Effects*.). Adjudicated serious cardiovascular events (confirmed by a blinded adjudication committee) included: sudden death, myocardial infarction, unstable angina, ischemic stroke, transient ischemic attack and peripheral venous and arterial thromboses.

### Table 1
### VIGOR-Summary of Patients with Serious Cardiovascular Thrombotic Adverse Events[1] over Time
### COMPARISON TO NAPROXEN

| Treatment Group | Patients Randomized | | 4 months[2] | 8 months[3] | 10 ½ Months[4] |
|---|---|---|---|---|---|
| VIOXX 50 mg | 4047 | Total number of events | 17 | 29 | 45 |
| | | Cumulative Rate[1] | 0.46% | 0.82% | 1.81%* |
| Naproxen 1000 mg | 4029 | Total number of events | 9 | 15 | 19 |
| | | Cumulative Rate[1] | 0.23% | 0.43% | 0.60% |

[1]Confirmed by blinded adjudication committee, [2]Number of patients remaining after 4 months were 3405 and 3395 for VIOXX and naproxen respectively, [3]Number of patients remaining after 8 months were 2806 and 2798 for VIOXX and naproxen respectively, [4]Number of patients remaining were 531 and 514 for VIOXX and naproxen respectively.  †Kaplan-Meier cumulative rate.
* p-value <0.002 for the overall relative risk compared to naproxen by Cox proportional hazard model

### Table 2
### VIGOR- Serious Cardiovascular Thrombotic Adverse Events[1]

| | VIOXX 50 mg (N[2]=4047) n[3] | Naproxen 1000 mg (N[2]=4029) n[3] |
|---|---|---|
| Any CV thrombotic event | 45* | 19 |
| Cardiac Events | 28** | 10 |
| Fatal MI/Sudden death | 5 | 4 |
| Non-fatal MI | 18** | 4 |
| Unstable angina | 5 | 2 |
| Cerebrovascular | 11 | 8 |
| Ischemic stroke | 9 | 8 |
| TIA | 2 | 0 |
| Peripheral | 6 | 1 |

[1]Confirmed by an independent committee blinded to treatment, [2]N=Patients randomized, [3]n=Patients with events
*p-value <0.002 and  **p-value ≤0.006 for relative risk compared to naproxen by Cox proportional hazard model

For cardiovascular data from 2 long-term placebo-controlled studies, see PRECAUTIONS, *Cardiovascular Effects*.

## PRECAUTIONS

### Cardiovascular Effects

The information below should be taken into consideration and caution should be exercised when VIOXX is used in patients with a medical history of ischemic heart disease.

In VIGOR, a study in 8076 patients (mean age 58; VIOXX n=4047, naproxen n=4029) with a median duration of exposure of 9 months, the risk of developing a serious cardiovascular thrombotic event was significantly higher in patients treated with VIOXX 50 mg once daily (n=45) as compared to patients treated with naproxen 500 mg twice daily (n=19). In VIGOR, mortality due to cardiovascular thrombotic events (7 vs 6, VIOXX vs naproxen, respectively) was similar between the treatment groups. (See CLINICAL STUDIES, *Special Studies, VIGOR, Other Safety Findings: Cardiovascular Safety*.) In a placebo-controlled database derived from 2 studies with a total of 2142 elderly patients (mean age 75; VIOXX n=1067, placebo n=1075) with a median duration of exposure of approximately 14 months, the number of patients with serious cardiovascular thrombotic events was 21 vs 35 for patients treated with VIOXX 25 mg once daily versus placebo, respectively. In these same 2 placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 vs 3 for VIOXX versus placebo, respectively. The significance of the cardiovascular findings from these 3 studies (VIGOR and 2 placebo-controlled studies) is unknown. Prospective studies specifically designed to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators or placebo have not been performed.

**Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.** Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, *Special Studies, Platelets*; PRECAUTIONS, *Drug Interactions, Aspirin*.) Prospective, long-term studies on concomitant administration of VIOXX and aspirin evaluating cardiovascular outcomes have not been conducted.

### Information for Patients

Patients should be informed that VIOXX is not a substitute for aspirin for cardiovascular prophylaxis because of its lack of effect on platelets. See CLINICAL STUDIES, *Special Studies, VIGOR* and PRECAUTIONS, *Cardiovascular Effects*.

### Drug Interactions

*Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an increased rate of GI ulceration or other complications, compared to use of VIOXX alone. At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of low-dose (81 mg once daily) aspirin, as assessed by *ex vivo* platelet aggregation and serum $TXB_2$ generation in clotting blood. Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, *Special Studies, Platelets* and PRECAUTIONS, *Cardiovascular Effects*.) Prospective, long-term studies on concomitant administration of VIOXX and aspirin have not been conducted.

## ADVERSE REACTIONS

Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. In these clinical studies combined, a total of 2,829 received VIOXX 12.5 mg once daily or 25 mg once daily.

In the osteoarthritis studies, the following spontaneous adverse events pertaining to the cardiovascular system occurred in >0.1% to 1.9% of patients treated with VIOXX regardless of causality: angina pectoris, atrial

MRK-MPFV0124383

fibrillation, bradycardia, hematoma. irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

The following serious adverse reactions pertaining to the cardiovascular system have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality: cerebrovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, pulmonary edema, pulmonary embolism, transient ischemic attack, unstable angina.

The above information is supplied to you as a professional service in response to your specific request. Merck does not recommend the use of its products in any manner other than as described in the prescribing information. Enclosed for your convenience is prescribing information for VIOXX.

Sincerely,

Jeffrey M. Melin, M.D., F.A.C.P.
Director
Medical Services

Enclosure: Circular

# Exhibit 8





FORMAT FOR
PRINTING
sponsored by

**October 5, 2004**

HEALTH

# Vioxx Lawsuits May Focus On FDA Warning in 2001

**By BARBARA MARTINEZ**
Staff Reporter of THE WALL STREET JOURNAL
*October 5, 2004; Page B1*

### DOW JONES REPRINTS

(R) This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

Keith Stubblefield went to his doctor complaining of headaches and back pain in February 2001. He left the office with samples of Vioxx and a prescription for more. A month later, while cleaning his truck, the 37-year-old had a heart attack. Two days later he died.

Mr. Stubblefield's death is the subject of a lawsuit that his wife and four teenage children filed against Merck & Co last year. A trial jury could hear the case as early as next year.

Merck's removal of Vioxx from the market last week, one of the largest such moves in the history of the drug industry, "means they darn well better settle my case," says Mark Lanier, the Stubblefields' attorney. "I'm going to blaze a trail."

---

**RELATED ARTICLES**

• Despite Vioxx Withdrawal, the Benefits of Medicines Can Outweigh the Risks[1]

• Evaluating Vioxx Alternatives[2]

---

Vioxx's abrupt withdrawal from the market, after a clinical trial linked the drug to heart attacks and stroke, is expected to open the floodgate on lawsuits against Merck. More than 20 million people have taken Vioxx since it was launched in 1999; Vioxx sales reached $2.5 billion last year. The clinical trial found that people taking a low dose of Vioxx, 25 milligrams, for more than 18 months were twice as likely to have a heart attack or stroke as patients taking a placebo.

Researchers have been warning about a connection between Vioxx and increased risk of heart attack and stroke for years. But Merck maintains earlier studies were inconclusive because they lacked the rigor of a placebo-controlled clinical trial. Now that Merck has acknowledged the safety risks, plaintiff's attorneys' cases would seem to be a slam-dunk.

But lawsuits involving drugs alleged to have harmed people are very challenging to win: There are usually many reasons why a person has a heart attack, and proving without a doubt that a single drug is the cause is extremely difficult, says Kenneth M. Labbate, a partner at Ohrenstein & Brown in New York, which defends companies against product-liability cases.

That may be true of the Stubblefield case. Merck has argued in court that Mr. Stubblefield had several risk factors for heart attack well before he ever took Vioxx. For instance, in court filings

**Exhibit 8**

Merck says Mr. Stubblefield's medical records show he smoked cigarettes for more than 20 years, was about 35 pounds overweight, had high blood pressure and didn't exercise regularly. As early as 1999, Mr. Stubblefield complained to his doctor that he was having chest pains, according to one of Merck's court filings.

Merck says it has "strong and meritorious" defenses in cases filed against it, although it won't discuss specifics. Mr. Stubblefield had his Vioxx prescription filled, but it's not clear that he was taking the pills every day, according to court filings.

"Coronary artery disease is one of the leading killers in America, regardless of whether people take Vioxx," says Mr. Labbate, who isn't involved in the suits. He notes that Merck put a long list of warnings on the Vioxx label and has produced extensive research on the drug to the Food and Drug Administration.

> **Drug Dispute Excerpt from an FDA letter to Merck about Vioxx:**
>
> Additionally, your claim in the press release that Vioxx has a "favorable cardiovascular safety profile," is simply incomprehensible, given the rate of MI [myocardial infarction, or heart attack] and serious cardiovascular events compared to naproxen.
>
> Source: FDA warning letter to Raymond Gilmartin of Merck, Sept. 17, 2001

Still, some plaintiffs say they have evidence that Merck has known for some time that Vioxx presented a problem. In particular, they point to a Sept. 17, 2001, warning letter the FDA sent to Merck Chief Executive Raymond Gilmartin. In the eight-page letter, the FDA says Merck engaged "in a promotional campaign for Vioxx that minimizes the potentially serious cardiovascular findings that were observed" in a clinical trial comparing Vioxx to naproxen, a less-expensive painkiller. "Your promotional campaign discounts the fact" that in the trial, "patients on Vioxx were observed to have a four to five-fold increase" in heart attacks, compared with patients on naproxen, the letter said.

Plaintiffs attorneys have seized on the FDA letter, which also chastised Merck for suggesting to physicians that the reason patients taking Vioxx had a higher incidence of heart attacks in the study was that naproxen has heart benefits. Merck has maintained that the reason it didn't know earlier of a link between Vioxx and heart attacks is because naproxen is "heart protective." But the FDA's letter says, "You fail to disclose that your explanation is hypothetical, has not been demonstrated by substantial evidence, and that there is another reasonable explanation, that Vioxx may have pro-thrombotic properties," the clinical term for causing blood clots that could lead to heart attacks.

The letter said a press release titled "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" was "simply incomprehensible," given the rate of heart attacks and "serious cardiovascular events compared to naproxen." As recently as a news conference last week announcing the Vioxx withdrawal, Merck cited naproxen's heart-protective benefits to explain why it found earlier data inconclusive.

"We are comfortable that Merck's disclosures were appropriate," said Tony Plohoros, a Merck spokesman. "We believe our communications adequately reflected our best understanding of the data." In April 2002, a new Vioxx label pointed out the association with higher heart-attack and stroke risk.

Merck could draw legal lessons from the withdrawal of **Bayer AG's** cholesterol-fighting drug

Baycol. In 2001, after Baycol was on the market for three years, the FDA said it had seen "an alarming number" of reports of rhabdomyolysis, a condition in which muscle cells break down. Germany-based Bayer voluntarily pulled Baycol in the U.S. five days later.

More than 10,000 lawsuits were filed against Bayer. In the first case, heard in 2003 in Nueces County Court in Corpus Christi, Texas, Bayer offered to settle for $250,000. But the plaintiff went to court and lost. The verdict set the stage for subsequent settlements on Bayer's terms, including awards that were probably smaller than they would have been had the initial verdict been favorable to the plaintiff.

As of August, Bayer says it had reached 2,825 settlements, agreeing to pay $1.084 billion out of court. Bayer has reached an agreement with most of its insurers, securing $1.2 billion in insurance coverage for the litigation.

Vioxx litigation could result in liability risk for Merck of $10 billion or more, says Steve Scala, an analyst at SG Cowen & Co. Mr. Scala estimates there might eventually be 600,000 lawsuits, with a success rate at trial of 12% and a payout rate of $150,000 per patient. But it is just a guess, he notes.

The endgame is especially difficult to predict in cases that go before juries. In April, a Texas state jury awarded $1 billion to the plaintiff in a suit against **Wyeth** involving a woman who died after taking part of the diet-drug combination known as fen-phen. The jury found the drug led to Cynthia Cappel-Coffey's death after she developed a rare form of high blood pressure. Wyeth says it is appealing.

Little wonder that the first Vioxx cases will be closely watched. The first one set for trial is William Cook v. Merck, scheduled for December in federal court in Birmingham, Ala. Mr. Cook, a 50-year-old retired coal miner, started taking Vioxx in 1999, the year it was approved, for chronic joint pain. In 2000, while working in his yard, he had a heart attack and later had a heart catheterization. Mr. Cook's attorney, Andy Birchfield, says his client never had a history of heart problems.

**Write to** Barbara Martinez at barbara.martinez@wsj.com[3]

**URL for this article:**
http://online.wsj.com/article/0,,SB109693954840136200,00.html

**Hyperlinks in this Article:**
(1) http://online.wsj.com/article/0,,SB109693432643336034,00.html
(2) http://online.wsj.com/article/0,,SB109693435541736038,00.html
(3) mailto:barbara.martinez@wsj.com

Copyright 2004 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.