UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
   *Trahan v. Merck & Co., Inc.*, 06-11310

### ORDER

IT IS ORDERED that the Plaintiffs' Motion Requesting Suggestion of Remand (Rec. Doc. 12133) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this  5th  day of  September , 2007.

_____
UNITED STATES DISTRICT JUDGE