UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| LENE ARNOLD | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-2627 | |
| and | |
| ALICIA GOMEZ | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-1163 | |

## ORDER

Considering the Motion for Leave to File Third Notice of Supplemental Authority Re: Merck's Motion and Memorandum to Alter or Amend the Court's July 3, 2007 Order Denying Merck's Motion for Summary Judgment to Include Certification for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) of Plaintiffs, Lene Arnold and Alicia Gomez;

IT IS ORDERED BY THE COURT that Plaintiffs, Lene Arnold and Alicia Gomez, are granted leave of court to file the attached Third Notice of Supplemental Authority Re: Merck's Motion and Memorandum to Alter or Amend the Court's July 3, 2007 Order Denying Merck's

Motion for Summary Judgment to Include Certification for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b).

New Orleans, Louisiana this 5th day of September, 2007.

*[signature: Eldon C. Fallon]*

Honorable Eldon E. Fallon
U.S. District Judge