UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *McWaters, Kristina v. Merck & Co.*, | * | JUDGE KNOWLES |
| Inc.; Docket Number: 2:06-cv-05493; | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

### NOTICE OF WITHDRAWAL OF RULE TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE AS TO *MCWATERS* CASE

On June 28, 2007, Defendant Merck & Co., Inc. ("Merck"), filed a rule to show cause why certain cases, including the case referenced above, should not be dismissed with prejudice for failure to provide any response to the Plaintiff Profile Form as required by Pre-Trial Order No. 18C. At the July 27 hearing on Merck's Rule, plaintiff in the above-listed case was provided additional time in which to submit a Plaintiff Profile Form. Plaintiff in the above-listed case subsequently submitted a Plaintiff Profile Form to Merck. Accordingly, Merck hereby gives notice to the Court that it is withdrawing its rule against plaintiff in the above-listed case only. Two other plaintiffs also were granted additional time to submit Plaintiff Profile Forms. One Gene Warmann (05-6740) subsequently filed a Stipulation of Dismissal Without Prejudice. An Order dismissing his case appears in the Record as Doc. No. 12050. The other plaintiff, Betty Peterson (06-4249), has failed to submit a Plaintiff Profile Form and Merck intends to proceed with its rule against her following the status conference on September 6, 2007.

NY 886280_1

886280v.1

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Withdrawal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of September, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel