# Exhibit "A"

# AMERICAN LEGISLATIVE EXCHANGE COUNCIL

August 21, 2007

Leonard A. Davis
Herman, Herman, Katz & Cotlar, L.L.P.
820 O"Keefe Ave.
New Orleans, LA 70113

RE:   Vioxx Product Liability Litigation
      MDL 1657

Dear Sir or Madam:

In response to your Subpoena to the American Legislative Exchange Council you requested us to respond to three questions on schedule A, our answers are as follows:

1. There are no such documents.
2. There are no such documents.
3. There are no such documents.

Sincerely,

Michael D. Bowman
Director of Policy

cc:
Ashcraft & Gerell, LLP
2000 L Street, N.W. Suite 400
Washington, DC 20036