UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Burke, Arthur et al. v. Merck & Co.,* | * | KNOWLES |
| *Inc.;* Docket No. 2:06-cv-03375; only | * | |
| regarding Danny Halbrooks | * | |
| | * | |
| *Deist, Lorene et al. v. Merck & Co., Inc.;* | * | |
| Docket No. 2:06-cv-09200; only | * | |
| regarding Bernard Smith | * | |
| | * | |
| *Manley, Cynthia et al. v. Merck & Co.,* | * | |
| *Inc.;* Docket No. 2:06-cv-03378; only | * | |
| regarding Luz Bersosa | * | |
| | * | |
| *McCarthy, Elizbeth et al. v. Merck &* | * | |
| *Co., Inc.;* Docket No. 2:06-cv-03172; | * | |
| only regarding Joyce Carey | * | |
| | * | |
| *Nobles, Marie et al. v. Merck & Co.,* | * | |
| *Inc.;* Docket No. 2:06-cv-02102; only | * | |
| regarding Lawrence Deatherage on | * | |
| behalf of decedent Vada Deatherage | * | |
| | * | |
| *Pickard, Steve et al. v. Merck & Co.,* | * | |
| *Inc.;* Docket No. 2:06-cv-01974; only | * | |
| regarding Pat Cartwright | * | |
| | * | |
| *Zook, Shirley et al. v. Merck & Co., Inc.;* | * | |
| Docket No. 2:05-cv-05304; only | * | |
| regarding Ronald O'Doniel on behalf of | * | |
| Marcia O'Doneil | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-

styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 5th day of September, 2007.

*Eldon E. Fallon*

**DISTRICT JUDGE**