UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Coker, et al. v. Merck & Co., Inc.*, **07-3998**

## ORDER

IT IS ORDERED that the Defendant's Motion to Vacate Remand Order (Rec. Doc. 12049) is GRANTED.

New Orleans, Louisiana, this  5th  day of  September , 2007.

_____
UNITED STATES DISTRICT JUDGE