# EXHIBIT A

```
                                                          Page 1
 1        IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF LOUISIANA
 2                    - - -
       IN RE:
 3
       VIOXX PRODUCTS          : MDL DOCKET
 4     LIABILITY LITIGATION    : NO. 1657
       ------------------------------------------
 5            SUPERIOR COURT OF CALIFORNIA
                 COUNTY OF LOS ANGELES
 6
       Coordination Proceeding
 7     Special Title
       (Rule 1550(b)
 8     VIOXX CASES             :  JCCP NO. 4247
                               :  Assigned to Hon.
 9                             :  Victoria Chaney
       ------------------------------------------
10     CROSS NOTICED IN VARIOUS OTHER ACTIONS
       ------------------------------------------
11                    - - -
                  March 14, 2006
12                    - - -
13         Oral deposition of MOLLY BUCHHOLZ,
14     held in the offices of Davis & Gilbert,
15     LLP, 1740 Broadway, New York, New York
16     10019, commencing at 10:25 a.m., on the
17     above date, before Denise D. Bach, a
18     Federally Approved Reporter for the
19     United States District Court and a
20     Certified Shorthand Reporter.
21                    - - -
22
              GOLKOW LITIGATION TECHNOLOGIES
23          Four Penn Center, Suite 1210
             1600 John F. Kennedy Boulevard
24          Philadelphia, Pennsylvania 19103
                    (877) DEPS-USA
```

Confidential - Subject to Protective Order

Page 2

```
 1    A P P E A R A N C E S :
 2
 3            ROBINSON, CALCAGNIE & ROBINSON
              BY: MARK P. ROBINSON, JR., ESQUIRE
 4            and ALEXIS MYER, ESQUIRE
              620 Newport Center Drive
 5            7th Floor
              Newport Beach, California 92660
 6            (888) 701-1288
              mrobinson@rcrlaw.net
 7            amyer@rcrlaw.net
              Representing the Plaintiffs
 8            (Appearing via telephone)
 9
              HUGHES HUBBARD & REED LLP
10            BY: DENNIS S. KLEIN, ESQUIRE
              1775 I Street, N.W.
11            Washington, D.C. 20006-2401
              (202) 721-4710
12            klein@hugheshubbard.com
                        and
13            HUGHES HUBBARD & REED LLP
              BY: FRANCESCA GARSON LISK, ESQUIRE
14            One Battery Park Plaza
              New York, New York 10004-1482
15            (212) 837-6000
              lisk@hugheshubbard.com
16            Representing Merck & Company
17
18            DAVIS & GILBERT LLP
              BY: MARC J. RACHMAN, ESQUIRE
19            1740 Broadway
              New York, New York 10019
20            (212) 468-4890
              mrachman@dglaw.com
21            Representing DDB Needham
              Worldwide, Inc. and Ogilvy Public
22            Relations Worldwide, Inc. and the
              Witness
23
24
```

Confidential - Subject to Protective Order

Page 73

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16         Q.    Would you from time to time
17   interact while working on this Vioxx
18   account with Merck attorneys?
19         A.    No.  I never interacted
20   directly.
21         Q.    Okay.
22         A.    Sometimes we worked -- like
23   the only situation in which we would
24   interact with Merck attorneys was, in my
```

1  experience, we contracted with Dorothy
2  Hamill to appear in some of our
3  advertising, but we worked through a
4  third party who worked directly with
5  Merck attorneys.
6          Q.    Okay.  Now, who was that
7  third party?
8          A.    Creative License.
9          Q.    And they would -- Creative
10 License would interact with Merck
11 attorneys?
12         A.    Right.  And Davis Gilbert.
13         Q.    But in terms of -- what did
14 that involve?  What subject matter would
15 have involved getting the content of the
16 ad?
17         A.    You know, that was -- I was
18 just thinking of that.  That was another
19 opportunity that we had to interact with
20 Merck attorneys.  Each brand has what we
21 call a medical/legal board that's made up
22 of a doctor and an attorney.  And they
23 review all of the creative materials to
24 make sure that it's, you know, within

Confidential - Subject to Protective Order

Page 75

```
 1   Merck standards and guidelines and
 2   acceptability before -- long before we
 3   get to air.
 4              So that board meets on a
 5   regular basis and we would have regular
 6   interaction with that attorney.
 7       Q.    Now, was that a Merck
 8   attorney?
 9       A.    Yes.
10       Q.    Do you know who that was?
11       A.    Maybe Marie McGurr.  That's
12   the name that's coming to mind.
13       Q.    How do you spell the last
14   name?
15       A.    I'm going to guess.  I think
16   it's M-C-G-U-R-R or G-U-R-E-R.
17       Q.    Okay.
18       A.    That's the name that comes
19   to mind.  But, I mean, it was a while
20   ago.  Sorry.
21       Q.    Okay. When did the DDB work
22   on Vioxx stop?
23       A.    The brand was pulled from
24   the market September 30th, 2004, and we
```