UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to All Cases* | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *

**PRE-TRIAL ORDER NO. 26**
(Prohibiting Multiple Unrelated Claimants from Joining in One Complaint)

In an effort to maximize judicial economy and efficiency, the Court has allowed multiple unrelated claimants in this MDL to join together and file their claims in a single complaint. As time goes on, however, it has become clear to the Court that this practice has actually created administrative complications and led to certain inefficiencies that would have been avoided had the Court not modified the traditional rule that unrelated claimants must file individual complaints. Accordingly, to eliminate these unnecessary inefficiencies, IT IS HEREBY ORDERED that unrelated claimants shall now be required to file separate complaints.

This Pre-Trial Order applies forthwith, but does not apply retroactively to those claims already filed as part of joint complaints. Moreover, those claimants that have previously joined together to enter into a joint tolling agreement are also unaffected by this Pre-Trial Order, and will be allowed to file a joint complaint should that be necessary.

Dated:  September 5, 2007

_____
Honorable Eldon E. Fallon
United States District Judge