U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP - 5 2007
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG 17 2007
FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY
SEP - 5 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1657

### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

| | EDLA CASE NO. |
|---|---|
| Boyd Joseph Austin, et al. v. Merck & Co., Inc., D. Maryland, C.A. No. 1:07-2093 | 07-5433 |
| Linda Hakim, et al. v. Merck & Co., Inc., E.D. Pennsylvania, C.A. No. 2:07-3261 | 07-5434 |
| Michael R. White, et al. v. Merck & Co., Inc., D. South Carolina, C.A. No. 1:07-2747 | 07-5435 |
| Linden E. Luckey, et al. v. Merck & Co., Inc., W.D. Washington, C.A. No. 2:07-1173 | 07-5436 |

SECTION L 3

### CONDITIONAL TRANSFER ORDER (CTO-112)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,332 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

## INVOLVED COUNSEL LIST (CTO-112)
## MDL No. 1657
## IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Stephen A. Corr
Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA 18901

H. Blair Hahn
Richardson, Patrick, Westbrook & Brickman
P.O. Box 1007
Mt. Pleasant, SC 29465

Amy N. Hanson
Keller Rohrback, L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Kim A. Williams
Williamson & Williams
811 1st Avenue
Suite 620
Seattle, WA 98104

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

September 5, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-112)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 17, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:   Judge Eldon E. Fallon
     Transferor Judges:  Judge William D. Quarles, Jr.; Judge Edmund V. Ludwig;
                         Judge Joseph F. Anderson, Jr.; Judge Ricardo S. Martinez
     Transferor Clerks:  Felicia C. Cannon; Michael E. Kunz; Larry W. Propes; Bruce Rifkin

JPML Form 36A