UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) )  ) MDL DOCKET NO. 1657 ) |
| This document relates to: | ) SECTION L |
| *Avant, et al. v. Merck & Co., Inc., et.al.* (Index No. 07-900) | ) ) JUDGE FALLON |
| *Fitzgerald, et al. v. Merck & Co., Inc., et.al.* (Index No. 07-2099) | ) ) MAGISTRATE JUDGE |
| *Coon, et al. v. Merck & Co., Inc., et.al.* (Index No. 07-903) | ) DANIEL E. KNOWLES, III ) |
| _____ | ) |

## STIPULATION AND ORDER TO DISMISS CERTAIN PLAINTIFFS

Plaintiffs' and defendants' hereby stipulate that the following plaintiffs' be dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1), to a dismissal with prejudice of the above-styled lawsuit as to these plaintiffs' only from each of the above-listed cases with prejudice, each party to bear their own fees and costs:

| | |
|---|---|
| 07-900 | Albertine Avant, et al v. Merck & Co., Inc. *(Joe Cavin only)* |
| 07-903 | Norma Coon, et al v. Merck & Co., Inc. *(Joan Reyes, Armando Reyes and Howard Coon only)* |
| 07-2099 | Charles Fitzgerald, et al v. Merck & Co., Inc. *(Charles Linton and Jeanette Pintar only)* |

MAINOR EGLET COTTLE

*/s/ Robert W. Cottle*
Robert W. Cottle, Esq.
Nevada Bar No. 4576
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
(702) 450-5400
Attorneys for Plaintiffs

STONE PIGMAN WALTHER WITTMAN L.L.C.

*/s/ Phil Wittmann*
Philip A. Wittmann, 13625

546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
Defendant's Liaison Counsel

MAINOR EGLET COTTLE

Robert R. McCoy, Esq.
Nevada Bar No. 9121
MORRIS PICKERING & PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 474.9400
Counsel for Defendants
Merck & Co., Inc., et al and,

Steven E. Guinn, Esq.
Nevada Bar No. 5341
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521
Telephone (775) 322-1170
Attorneys for Defendants
American Drug Stores et al

## ORDER

IT IS SO ORDERED. The above-named plaintiffs are hereby dismissed with prejudice.

_____
JUDGE FALLON

DATED _____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of September, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2