# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MULTIDISTRICT LITIGATION CIVIL ACTION NUMBER 05-1657 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: <br> Danos v. Merck & Co., Inc. | Civil Action Number: 04-3282 |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED,** that Stephen B. Murray of the Murray Law Firm and Robert J. Diliberto of Diliberto & Kirin, LLC be withdrawn as counsel of record in the case of Belinda Danos, et al. v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

**NEW ORLEANS, LOUISIANA**, this ___10th___ day of ___September___, 2007.

_____
**UNITED STATES DISTRICT JUDGE**