UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MULTIDISTRICT LITIGATION<br>CIVIL ACTION NUMBER<br>05-1657<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><u>Doucet v. Merck & Co., Inc.</u> | Civil Action Number: 04-3281 |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED,** that Stephen B. Murray of the Murray Law Firm and Robert J. Diliberto of Diliberto & Kirin, LLC be withdrawn as counsel of record in the case of <u>Leroy Doucet v. Merck & Co., Inc.</u>, United States District Court for the Eastern District of Louisiana Civil Action Number 04-3281.

**NEW ORLEANS, LOUISIANA**, this  10th  day of  September , 2007.

_____
**UNITED STATES DISTRICT JUDGE**