UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    *ALL CASES*

## ORDER

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11546) is DENIED AS MOOT IN PART with respect to the following Plaintiff for whom Merck has withdrawn its Rule:

1. *Jimenez v. Merck & Co., Inc.*, No. 06-7001.

New Orleans, Louisiana, this __6th__ day of __September__, 2007.

_____
UNITED STATES DISTRICT JUDGE