## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: *Bergman v. Merck &* | * | |
| *Co., Inc., et al* (ED LA Index No. 05-4622) | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

N.O.B. Pharmacy, Inc. d/b/a PennMill Pharmacy ("N.O.B."), defendant herein, through undersigned counsel, moves this Honorable Court to substitute Thomas P. Anzelmo (LA No. 2533) and Darcy E. Decker (LA No. 30469), of the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, P.C. as its counsel of record, and withdraw James Baker of O'Connor, O'Connor, Hintz & Deveney LLP as counsel of record. Future notices should be sent to Thomas P. Anzelmo and Darcy E. Decker at the following address:

> THOMAS P. ANZELMO T.A.
> DARCY E. DECKER
> McCRANIE, SISTRUNK, ANZELMO,
> HARDY, MAXWELL & McDANIEL
> 3445 N. Causeway Blvd., Suite 800
> Metairie, Louisiana 70002
> Telephone: (504) 831-0946

Facsimile: (504) 831-2492
e-mail: tanzelmo@mcsalaw.com
E-mail: ddecker@mscalaw.com

                        Respectfully submitted,

*/s/ James E. Baker*

JAMES BAKER
O'CONNOR, O'CONNOR, HINTZ & DEVENEY LLP
One Huntington Quadrangle, Suite 3C01
Melville, NY 11747-4415
Telephone: (631)777-2330
Facsimile: (631)777-2340

*/s/ Thomas P. Anzelmo*

THOMAS P. ANZELMO T.A. (LA No. 2533)
DARCY E. DECKER (LA No. 30469)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitue has been served on Liason Counsel, Russ Herman and Phillip Whittmann, by US Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 11th day of September, 2007.

_____
THOMAS P. ANZELMO T.A. (LA No. 2533)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492