UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: *Bergman v. Merck &* | * | |
| *Co., Inc., et al* (ED LA Index No. 05-4622) | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Considering the above and foregoing Motion;

IT IS ORDERED that Thomas P. Anzelmo and Darcy E. Decker of the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, P.C. be substituted as counsel of record for defendant, N.O.B. Pharmacy LLC d/b/a Penn-Mill Pharmacy, in the above entitled cause, and that James E. Baker is withdrawn as counsel of record for defendant, N.O.B. Pharmacy LLC d/b/a Penn-Mill Pharmacy.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE