**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 6, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
    *ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Providing Grossly Deficient Plaintiff Profile Forms in Contravention of Pre-Trial Order No. 18C (Rec. Doc. 11547) came before the Court again on this date for oral argument. Dorothy Wimberly argued the motion on behalf of Merck, and Leonard Davis argued on behalf of the Plaintiffs' Steering Committee. Francis Flynn also appeared on behalf of certain individual plaintiffs.

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11547) is DENIED AS MOOT IN PART with respect to the following Plaintiffs for whom Merck has withdrawn its Rule:

1. *Anderson, et al. v. Merck & Co., Inc.*, No. 05-4762 (regarding Ava R. Goodman, Raymond J. Heno, Effie L. Holland, Clifford Massey, John E. McKinley, Keith Morris, Tony Petite, Mary Broussard, Geraldine Prudhomme, Pinkie Wesley, Bremella H. Etienne, Wallace Horton, and Abigail R. Glapion);

2. *Cable, et al. v. Merck & Co., Inc.*, No. 05-4759 (regarding David J. Winkelman,

1

Miranda Baker, Sarah Robinson, and Elenor Williams);

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11547) is CONTINUED IN PART, until October 11, 2007, following the next monthly status conference, with respect to the following Plaintiff identified in the Rule:

1. *Cable, et al. v. Merck & Co., Inc.*, No. 05-4759 (regarding Rico Powell);

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11547) is GRANTED IN PART with respect to the following Plaintiffs, whose claims are hereby DISMISSED WITH PREJUDICE for the reasons stated on the record at today's hearing:

1. *Boudreaux, et al. v. Merck & Co., Inc.*, No. 05-4443 (regarding Frances Palmer);

2. *Davis v. Merck & Co., Inc.*, No. 04-2937.

