# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Thomas M. Sayman, et al. v. Merck & Co., Inc.;* Docket Number: 05-3539 | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITHOUT* PREJUDICE

Considering the foregoing Stipulation of Dismissal *Without* Prejudice,

IT IS ORDERED that all claims of plaintiffs in the above-captioned case be and they hereby are dismissed *without* prejudice, each party to bear his or her own costs and attorneys' fees, and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 10th day of September, 2007.

_____
DISTRICT JUDGE

891437v.1