UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| *Avant, et al. v. Merck & Co., Inc., et al.*, Docket Number: 07-900 (Joe Cavin only); | * | |
| *Fitzgerald, et al. v. Merck & Co., Inc., et al.*, Docket No. 07-2099 (Charles Linton and Jeannette Pintar only); | * | |
| *Coon, et al. v. Merck & Co., Inc., et al*, Docket No. 07-903 (Joan Reyes, Armando Reyes and Howard Coon only). | * | |

* * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation and Order to Dismiss Certain Plaintiffs *With* Prejudice,

IT IS ORDERED that the claims of the following plaintiffs be and they hereby are dismissed *with* prejudice, each party to bear his or her own costs and attorneys' fees:

*Albertine Avant, et al. v. Merck & Co., Inc., et al.*, Docket Number: 07-900 (Joe Cavin only);

*Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, Docket No. 07-2099 (Charles Linton and Jeannette Pintar only);

*Norma Coon, et al. v. Merck & Co., Inc., et al*, Docket No. 07-903 (Joan Reyes, Armando Reyes and Howard Coon only).

891437v.1

NEW ORLEANS, LOUISIANA, this 10th day of September, 2007.

_____
DISTRICT JUDGE