UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX ® | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L(3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG JUDGE KNOWLES |
| Viswanathan v. Belin et. al. | : | |
| Civil Action No. 2:05-CV-04673-EEF-DEK | : | May __, 2007 |

### NOTICE OF VOLUNTARY DISMISSAL RE MIDDLESEX CARDIOLOGY ASSOCIATES, P.C. AND KESHAVA AITHAL, M.D.

Please take notice that the Plaintiff herein files a notice of dismissal with prejudice pursuant to Rule 41(a)(1) with respect to the defendants, Middlesex Cardiology Associates, P.C. and Keshava Aithal, M.D.

This case continues pending against all remaining defendants.

**Respectfully submitted,**

PLAINTIFFS,

BY _____
Terence C. Hawkins, Esq.
**205 Church Street, Suite 304**
**New Haven, CT 06510**
**203-498-6065**
**Juris No. 303467**
**thawkins@snet.net**

CERTIFICATE OF SERVICE

I hereby certify that on May ⎯, 2007, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Terence C. Hawkins