# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 AUG 31  PM 4:22
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| RONALD DOOLEY, ET AL. | MDL No. 06-11047 *transferred from No. 06-2165* USDC COLORADO |
| VS. | |
| MERCK & COMPANY, INC. | MDL No. 06-10119 |

## NOTICE OF APPEARANCE

Pursuant to Petrial Order No. 1, dated February 17, 2005, regarding the above referenced MDL matters, the undersigned attorney hereby notifies the Court and counsel that **David L. Friend** and **Kristin Giaquinta** shall appear as counsel of record for Plaintiffs, Ronald Dooley and Julia Dooley in these cases.

Dated: 8/27/07

David L. Friend
Texas Federal Bar No. 20893
Kristin Giaquinta
Texas Federal Bar No. 705450
9442 Capital of Texas Highway N.
Suite 400
Austin, Texas 78759
(512) 320-9100 tel
(512) 320-9101 fax
dfriend@hkllp.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____