U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2007 SEP -4  PM 4: 18
LORETTA G. WHYTE
CLERK

MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiffs in Case No. 2:05cv1167

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx Products Liability Litigation<br><br>Arthur D. Blain, et al.<br><br>Plaintiffs<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br><br>**MOTION TO SUBSTITUTE COUNSEL AND COMBINED MEMORANDUM IN SUPPORT** |
|---|---|

    Plaintiffs through counsel hereby request the court to substitute Stephen F. Edwards of Morgan, Minnock, Rice & James, L.C. for Stephen G. Morgan of Morgan, Minnock, Rice & James, L.C. in Case No. 2:05cv1167. Mr. Edwards seeks to replace Mr. Morgan as an attorney of record in this matter.

    Stephen G. Morgan has recently passed away. Mr. Edwards is an attorney at Mr. Morgan's former firm: Morgan, Minnock, Rice & James, L.C. Mitchel T. Rice of Morgan, Minnock, Rice & James, L.C., will remain an attorney of record in this matter.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

DATED this **30TH** day of August, 2007.

                                      MORGAN, MINNOCK, RICE & JAMES, L.C.

                                      _____
                                      Stephen F. Edwards
                                      Attorneys for Plaintiffs in Case No. 2:05cv1167

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **MOTION AND MEMORANDUM IN SUPPORT OF SUBSTITUTION OF COUNSEL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), on this 30th day of August, 2007.

_____