## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP -4 AM 9: 18

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| BARDY BRADY et al (05-05768) and JOYCE HURST (05-05679)<br>Plaintiffs<br><br>v.<br><br>Merck & Co., Inc.<br><br>Defendant | File Number: MDL 1657<br>Section L<br>05-05768<br>05-05609<br><br>**Notice of Appearance of Co-Counsel** |

### This Document Relates to Case Nos. 05-05768 & 05-05609

Comes Kevin P. Weis, an attorney in good standing, admitted to practice before all the State Courts of the Commonwealth of Kentucky and the United States District Courts for the Eastern and Western Districts of Kentucky and hereby gives notice of his appearance as Plaintiffs' co-counsel in MDL 1657 a/k/a the "Vioxx MDL" in the following matters:

Case No. 05-05768 Bardy Bryant, Chester Day, James Lindell, Joseph Forman, Victoria Carlisle and Ruth Alexander, Administratrix of the Estate of Jane Doyle v. Merck & Co., Inc.

Case No. 05-05609 Joyce Hurst v. Merck & Co., Inc.

Respectfully Submitted,

/s/ Kevin P. Weis
Kevin P. Weis (KY87977)
David B. Gray (KY82993)
*Counsel for Ruth Alexander, Administratrix of the Estate of Jane Doyle*
Goldberg Simpson, PSC
9301 Dayflower Street
Louisville, KY 40059
(502) 589-4440
(502) 581-1344
kweis@goldbergsimpson.com
dgray@goldbergsimpson.com

* ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT *

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certified that the above and foregoing Notice of Appearance of Co-Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No. 8(B), and that the foregoing was delivered overnight via UPS to the Clerk of Court of the United States District Court for the Eastern District of Louisiana for Ed La and will be filed by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 upon completion of the registration process on this the 30th day of August, 2007.

/s/ Kevin P. Weis
Kevin P. Weis (KY87977)
David B. Gray (KY82993)
*Counsel for Ruth Alexander, Administratrix of the Estate of Jane Doyle*
Goldberg Simpson, PSC
9301 Dayflower Street
Louisville, KY 40059
(502) 589-4440
(502) 581-1344
kweis@goldbergsimpson.com
dgray@goldbergsimpson.com

g:\medmal\vioxx cases
81630.002

dbg active\notice of appearance 083007 kpw.doc