UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Petty v. Merck & Co., Inc.*, 07-3724

## ORDER

The above-captioned case has been transferred to this Court by the Judicial Panel on Multidistrict Litigation to join *In re Vioxx Products Liability Litigation*, MDL No. 1657. However, in light of the nature of the plaintiff's claims under the Racketeer Influenced and Corrupt Organizations ("RICO") Act in this case, IT IS ORDERED that the above-captioned case shall not be consolidated with MDL No. 1657, but rather shall remain a stand-alone case on this Court's docket. Accordingly, all future filings in this matter should be made in Civil Action No. 07-3724. IT IS FURTHER ORDERED that the Motion to Dismiss filed by Merck & Co., Inc. on August 9, 2007 on the master MDL docket (Rec. Doc. 12004) shall be re-docketed in Civil Action No. 07-3724. The Court will also docket a number of filings sent in on paper by the plaintiff and which arrived before this matter was formally opened and assigned a local number.

New Orleans, Louisiana, this __12th__ day of __September__, 2007.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Joan M. Petty
1525 Lake Clay Drive
Lake Placid, FL 33852