### UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUTH ALEXANDER, Administratrix of the Estate of Jane Doyle )<br><br>Plaintiff )<br><br>v. )<br><br>Merck & Co., Inc. )<br><br>Defendant ) | File Number: MDL 1657<br>Section L<br>05-5768<br><br><br><br>**Notice of Hearing Pursuant to LR 7.2E** |

#### This Document Relates to Case No. 05-5768

Comes the Plaintiff, Ruth Alexander as Administratrix of the Estate of Jane Doyle, by counsel, pursuant to LR 7.2E and hereby notices the attached Motion for Relief from Dismissal Order Pursuant to FRCP 60(b)(1) for a hearing before the Honorable Judge Eldon E. Fallon for September 26, 2007, at 9:00 a.m. on the Court's Civil docket.

/s/ Kevin P. Weis
Kevin P. Weis (KY87977)
David B. Gray
*Counsel for Ruth Alexander, Administratrix of the Estate of Jane Doyle*
Goldberg Simpson, PSC
9301 Dayflower Street
Louisville, KY 40059
(502) 589-4440
(502) 581-1344
kweis@goldbergsimpson.com
dgray@goldbergsimpson.com

## CERTIFICATE OF SERVICE

I hereby certified that the above and foregoing Plaintiff's Motion for Relief from Dismissal Order Pursuant to FRCP 60(b)(1) and Memorandum in Support has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No. 8(B), and that the foregoing was delivered overnight via UPS to the Clerk of Court of the United States District Court for the Eastern District of Louisiana for Ed La and will be filed by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 upon completion of the registration process on this the 29th day of August, 2007.

/s/ Kevin P. Weis
Kevin P. Weis (KY87977)
David B. Gray
*Counsel for Ruth Alexander, Administratrix of the Estate of Jane Doyle*
Goldberg Simpson, PSC
9301 Dayflower Street
Louisville, KY 40059
(502) 589-4440
(502) 581-1344
kweis@goldbergsimpson.com
dgray@goldbergsimpson.com