UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 AUG 31  AM 9: 24
LORETTA G. WHYTE
CLERK*

| | |
|---|---|
| RUTH ALEXANDER, Administratrix of the Estate of Jane Doyle | File Number: MDL 1657<br>Section L<br>05-05768 |
| Plaintiff | |
| v. | Notice of Appeal |
| Merck & Co., Inc. | |
| Defendant | |

Notice is hereby given that Ruth Alexander, Administratrix of the Estate of Jane Doyle, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Minute Entry Order of Judge Eldon Fallon Dismissing with Prejudice the matter of Ruth Alexander, Administratrix of the Estate of Jane Doyle v. Merck & Co., Inc., Case No. 05-05768, entered in this action on the 1st day of August, 2007. Appellee will be Defendant, Merck & Co., Inc.

Respectfully Submitted,

/s/ Kevin P. Weis
Kevin P. Weis (KY87977)
David B. Gray (KY 87993)
Counsel for Ruth Alexander, Administratrix of the Estate of Jane Doyle
Goldberg Simpson, PSC
9301 Dayflower Street
Louisville, KY 40059
(502) 589-4440
(502) 581-1344
kweis@goldbergsimpson.com
dgray@goldbergsimpson.com

ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT

*$455.00 pd.
Fee____
___ Process____
X  Dktd____
___ CtRmDep____
___ Doc. No.____*

**CERTIFICATE OF SERVICE**

I hereby certified that the above and foregoing Notice of Appeal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No. 8(B), and that the foregoing was delivered overnight via UPS to the Clerk of Court of the United States District Court for the Eastern District of Louisiana for Ed La and will be filed by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 upon completion of the registration process on this the 30th day of August, 2007.

/s/ Kevin P. Weis
Kevin P. Weis (KY87977)
David B. Gray (KY82993)
Counsel for Ruth Alexander, Administratrix of the
Estate of Jane Doyle
Goldberg Simpson, PSC
9301 Dayflower Street
Louisville, KY 40059
(502) 589-4440
(502) 581-1344
kweis@goldbergsimpson.com
dgray@goldbergsimpson.com

g:\medmal\doyle,jane the estate of\notice of appeal 082407.doc