UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Bethea v. Merck & Co., Inc.*, **05-6775**

## ORDER

For the reasons stated in response to similar motions previously filed by the Plaintiff in the above-captioned case, IT IS ORDERED that the Plaintiff's Motion for Leave to File Interlocutory Appeal (Rec. Doc. 12097) and Request for Certification to Appeal (Rec. Doc. 12121) are DENIED. The Plaintiff has moved to have his case remanded no less than four times. On one occasion, the Plaintiff appealed the denial of his motion to remand, but the United States Court of Appeals for the Fifth Circuit dismissed his appeal. Nevertheless, the Plaintiff continues to frivolously move for certification for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). Accordingly, IT IS FURTHER ORDERED that the Plaintiff is forbidden from filing any further documents in this action without prior Court approval.

New Orleans, Louisiana, this __12th__ day of __September__, 2007.

                                                *Eldon C. Fallon*
                                            UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Stanley Bethea
P.O. Box 704
Harrisburg, PA 17108