**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 6, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**
    *ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 12024) came before the Court on this date for oral argument. Dorothy Wimberly argued the motion on behalf of Merck, and Leonard Davis argued on behalf of the Plaintiffs' Steering Committee. Francis Flynn appeared on behalf of certain individual plaintiffs. C. Victor Welsh appeared on behalf of the individual plaintiffs in the *Trahan v. Merck & Co., Inc.* case, No. 06-11310.

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12024) is DENIED AS MOOT IN PART with respect to the following Plaintiffs for whom Merck has withdrawn its Rule:

1.     *Craig, et al. v. Merck & Co., Inc.*, No. 06-3136 (regarding Diane Forbes, Virginia Wilkerson, and Sheldon Wolfe);

2.     *Gant, et al. v. Merck & Co., Inc.*, No. 06-792 (regarding Theo Udell and Betty

JS10(00:20)

Case 2:05-md-01657-EEF-DEK   Document 12238   Filed 09/06/07   Page 2 of 4

Jean Gant);

3.   *Latham, et al. v. Merck & Co., Inc.*, No. 06-793 (regarding Joan Williams and Ellis Boring);

4.   *Allen, et al. v. Merck & Co., Inc.*, No. 06-1897 (regarding Donald Kroenlein and Edna May Sample);

5.   *Butler, et al. v. Merck & Co., Inc.*, No. 06-1973 (regarding Hertha Holmes and Jennie Hunter);

6.   *Lacey, et al. v. Merck & Co., Inc.*, No. 06-1976 (regarding Terry Aikens, Sharon Joyner-Clarke, Miki Rhea, and Donald Satterfield);

7.   *Davis v. Merck & Co., Inc.*, No. 06-333;

8.   *Layman, et al. v. Merck & Co., Inc.*, No. 06-3372 (regarding Christine Powell);

9.   *Allen, et al. v. Merck & Co., Inc.*, No. 06-6601 (regarding Shirley J. Cook, Joan E. Keathley, Regina Tabor, Orville L. Shaffer, and Caffie Gibson);

10.  *Bond v. Merck & Co., Inc.*, No. 05-6736;

11.  *Booth v. Merck & Co., Inc.*, No. 06-3620;

12.  *Barrett v. Merck & Co., Inc.*, No. 06-11312;

13.  *Sapida v. Merck & Co., Inc.*, No. 06-8415;

14.  *Melton v. Merck & Company Inc.*, No. 05-495.

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12024) is CONTINUED IN PART, until October 11, 2007, following the next monthly status conference, with respect to the following Plaintiffs identified in the Rule:

1.   *Hull v. Merck & Co., Inc.*, No. 06-6175;

2.   *Gant, et al. v. Merck & Co., Inc.*, No. 06-792 (regarding Norma Morris);

3. *Latham, et al. v. Merck & Co., Inc.*, No. 06-793 (regarding Juanita Rodgers);

4. *Frias v. Merck & Co., Inc.*, No. 06-8823;

5. *Bailey, et al. v. Merck & Co., Inc.*, No. 06-5987 (regarding Mary H. Walker);

6. *Trahan v. Merck & Co., Inc.*, No. 06-11310.[1]

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12024) is GRANTED IN PART with respect to the following Plaintiffs, whose claims are hereby DISMISSED WITH PREJUDICE for the reasons stated on the record at today's hearing:

1. *Pittman v. Merck & Co., Inc.*, No. 06-422;

2. *Bajon, et al. v. Merck & Co., Inc.*, No. 06-3865 (regarding Carlton Birdine);

3. *Calcavecchia, et al. v. Merck & Co., Inc.*, No. 06-7081 (regarding Doris Dover and Geneva Stewart);

4. *Witzke v. Merck & Co., Inc.*, No. 05-2295;

5. *DeBiasio v. Merck & Co., Inc.*, No. 06-3071;

6. *Anderson, et al. v. Merck & Co., Inc.*, No. 06-2407 (regarding Victoria Lane Foster and Norma Langham);

7. *Bolds v. Merck & Co., Inc.*, No. 06-6277;

8. *Lewis v. Merck & Co., Inc.*, No. 05-532;

---

[1] Following today's hearing, the Court received an opposition to Merck's Rule from several of these plaintiffs with respect to whom Merck's Rule is being continued. Attached to the opposition as exhibits are the plaintiff profile forms that are alleged to be deficient. In light of the continuance, the Court will file the opposition into the record but retain the profile forms *in camera* to protect the plaintiffs' personal information, with the hope that this matter can be amicably resolved between now and October 11, 2007.

9. *Thomas v. Merck & Co., Inc.*, No. 05-2017.

