**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 6, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
   *ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide a Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 11635) came before the Court again on this date for oral argument.  Dorothy Wimberly argued the motion on behalf of Merck, and Leonard Davis argued on behalf of the Plaintiffs' Steering Committee.  Francis Flynn also appeared on behalf of certain individual plaintiffs.

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11635) is CONTINUED IN PART, until October 11, 2007, following the next monthly status conference, with respect to the following Plaintiffs identified in the Rule:

1. All Plaintiffs identified in the Rule and listed on Exhibit A to the Plaintiffs' opposition to Merck's Rule (Rec. Doc. 11730-2).

2. *Zimmermann, et al. v. Merck & Co., Inc.*, No. 06-1972 (regarding Larry Geary);

3. *Geiger, et al. v. Merck & Co., Inc.*, No. 06-6654 (regarding Ruth Jones);

4. *Christ, et al. v. Merck & Co., Inc.*, No. 06-3384 (regarding Darrel Christ);

1

JS10(00:10)

5. *Harris, et al. v. Merck & Co., Inc.*, No. 05-2580 (regarding Ronald Lenhardt, Sr.);

6. *Hugo, et al. v. Merck & Co., Inc.*, No. 06-797 (regarding Ginger Hugo and Roger Walker);

7. *Layman, et al. v. Merck & Co., Inc.*, No. 06-3372 (regarding Tammy McCullough);

8. *Moore, et al. v. Merck & Co., Inc.*, No. 05-4611 (regarding Geraldine Moore);

9. *Rasor, et al. v. Merck & Co., Inc.*, No. 06-3368 (regarding Melvin Henry);

10. *Thomas, et al. v. Merck & Co., Inc.*, No. 05-2570 (regarding Shirley Miller);

11. *Durant, et al. v. Merck & Co., Inc.*, No. 06-6239 (regarding Ruth Jones).[1]

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11635) is DENIED AS MOOT IN PART with respect to all remaining Plaintiffs identified in the Rule, listed on Exhibits B, C, and D to the Plaintiffs' opposition to Merck's Rule (Rec. Docs. 11730-3, 11730-4, 11730-5), and not referenced above, for whom Merck has withdrawn its Rule.



---

[1] Following today's hearing, the Court received an opposition to Merck's Rule from several of these plaintiffs with respect to whom Merck's Rule is being continued. Attached to the opposition as exhibits are the plaintiff profile forms that are alleged to be deficient. In light of the continuance, the Court will file the opposition into the record but retain the profile forms *in camera* to protect the plaintiffs' personal information, with the hope that this matter can be amicably resolved between now and October 11, 2007.