IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

**In re: VIOXX PRODUCTS LIABILITY LITIGATION,**

This pleading applies to the following cases:

**Harris, Marlene et al v. Merck & Co Inc.**, 2:05-2580 for Sarah Robinson and Ronald Lenhardt
**Darrel Christ et al v. Merck & Co Inc.**, 2:06-3384 for Darrel Christ
**Rasor et al v. Merck & Co Inc.**, 2:06-3368 for Melvin Henry
**Layman et al v. Merck & Co Inc.**, 2:06-3372 for Tammy McCullough
**Thomas et al v. Merck & Co Inc.**, 2:05-02570 for Shirley Miller
**Moore et al v. Merck & Co Inc.**, 2:05-04611 for Geraldine Moore
**Geiger et al v. Merck & Co Inc.**, 2:06-6654 for Elisha Scott for Ruth Jones
**Hugo et al v. Merck & Co Inc.**, 2:05-00797 for Roger Walker and and Ginger Hugo for Betty Jean Sheppard
**Gant et al v. Merck & Co Inc.**, 2:06-00792 for Norma Morris
**Latham et al v. Merck & Co Inc.**, 2:06-00793 for Juanita Rodgers

Cause No.

MDL No. 1657

Sect L

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MERCK'S MOTION TO SHOW CAUSE FOR ALLEGEDLY GROSSLY DEFICIENT FACT SHEETS

Merck is claiming that the following plaintiff profile forms are grossly deficient: Sarah Robinson (Exhibit 1), Darrel Christ (Exhibit 2), Melvin Henry (Exhibit 3) Ronald Lenhardt (Exhibit 4); Tammy McCullough (Exhibit 5); Shirley Miller (Exhibit 6); Geraldine Moore (Exhibit 7); Elisha Scott for Ruth Jones

(Exhibit 8); Roger Walker (Exhibit 9); Ginger Hugo for Betty Jean Sheppard (Exhibit 10); Norma Morris (Exhibit 11), Juanita Rodgers (Exhibit 12).

With the exception of Sarah Robinson, Merck informed plaintiffs that these facts sheets were grossly deficient the afternoon before this hearing even though theses fact sheet were served on or about August 8, 2007. Plaintiff sent a letter on August 8, 2007 asking Merck whether these fact sheets were deficient. (Exhibit 14).

The fact sheets for the above identified plaintiffs contain all necessary core criteria as required by Pretrial Order 18(c)[1] and are attached hereto as Exhibits.

Additionally, Sarah Robinson was put into a nursing home after her Vioxx related stroke, and Miranda Baker suffers from a seizure disorder affecting her memory.

This is a **discovery matter** that should be worked out in good faith between both sides, and not a matter that requires the drastic sanction of a dismissal with prejudice. Fed.R.Civ.P. 37(b)(2) and 41(b) require a willful disregard of a discovery order and that the imposition of lesser sanctions would either be futile or not in the best interest of justice before granting a dismissal of plaintiffs' case with prejudice.

---

[1] Pre-Trial Order 18(C) states that the core criteria includes:
1. Type of injury (cardiovascular cases relating to ischemic stroke, myocardial infarction and death);
2. Date (month and year) of Plaintiff's injury;
3. Full name of person who used Vioxx;
4. Maiden or other names of person who used Vioxx;
5. Full address of person who used Vioxx;
6. Full name and full address of prescriber (including suite number, if any); and
7. Full name and full address of sample provider (including suite number, if any).

<u>United States v. 49,000 Currency</u>, 330 F.3d 371, 376 (5th Cir. 2003) (regarding sanctions under Rule 37, the Fifth Circuit has set out the following criteria: (1) the penalized party's discovery violation must be willful and (2) the drastic measure is only to be employed where a lesser sanction would not substantially achieve the desired deterrent effect); <u>Dorsey v. Scott Wetzel Servs., Inc.</u>, 84 F.3d 170, 171 (5th Cir. 1996) (regarding Rule 41, "a dismissal with prejudice is proper only if the record shows the plaintiff engaged in "purposeful delay or contumacious conduct" and the imposition of lesser sanctions would either be futile or not in the best interest of justice"). Indeed, Merck – in its profile forms - also indicate that Merck will supplement information.

For the foregoing reasons, defendant Merck's motion should be denied.

JEFFREY J. LOWE, PC

By: _____
Jeffrey J. Lowe    #10538
Francis J. "Casey" Flynn
Attorney for Plaintiff
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
David Bauman
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served electronically upon all parties to be served electronically on this 5th day of September, 2007:

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VIOXX PRODUCTS LIABILITY

MULTI-DISTRICT

NO: 05md1657

SECTION: L (3)

# EXHIBITS TO DOCUMENT FILED UNDER SEAL

```
___Fee_____
___Process_____
X__Dktd_____DO__
___CtRmDep_____
___Doc.No._____
```