FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP -6 PM 12: 34

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | |
| THIS DOCUMENT RELATES TO: | DOCKET NO. 05-CV-6263 |
| ELLEN VIDLER, CHARLOTTE M. WYRICK, and SANDRA GAYLE, INDIVIDUALLY AND AS NEXT FRIEND OF TIANNA GAYLE, MINOR | MDL NO. 1657 |
| | SECTION: L/3 |
| *Plaintiffs,* | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| VS. | |
| MERCK & CO., INC. | TRANSFEROR COURT: |
| *Defendant.* | U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS<br>CAUSE NO. H-05-3529 |

___ Fee
___ Process
X Dktd
✓ CtRmDep
___ Doc. No

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Tianna Gayle and Sandra Gayle("Gayle"), ONLY, and Defendant, Merck & Co., Inc. ("Merck), hereby stipulate, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Tianna Gayle and Sandra Gayle agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Tianna Gayle and Sandra Gayle further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig.(MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Tianna Gayle and Sandra Gayle, as though Tianna Gayle and Sandra Gayle had been a party and had had an opportunity to participate in that discovery.

Tianna Gayle and Sandra Gayle agree to the above-stated conditions and wish to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

Respectfully Submitted,

MITHOFF LAW FIRM

/s/ Joseph R. Alexander, Jr. / HLS

RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No. 2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

GERRY LOWRY
State Bar No. 12641350
JULIE HARDIN
State Bar No. 24013613
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of September 2007.

Joseph R. Alexander, Jr. / HHS
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Mithoff Law Firm
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)
cliebergot@mithofflaw.com

ATTORNEY FOR PLAINTIFF