## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that the claims of plaintiffs Tianna Gayle and Sandra Gayle be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions set forth in the Stipulation. The Plaintiffs shall make the necessary changes to LexisNexis File and Serve pursuant to Pre-Trial Order 8(B).

NEW ORLEANS, LOUISIANA, this 10th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE