IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| VIOXX PRODUCTS LIBABILITY | * | MDL Docket No. 1657 |
| | * | Case No. 05-3695 |
| LAURIE K. MORELAND-WELCH | * | |
| | * | JUDGE FALLON |
| PLAINTIFF, | * | |
| | * | MAGISTRATE JUDGE |
| v. | * | KNOWLES |
| | * | |
| MERCK & COMPANY, INC., A | * | |
| CORPORATION, | * | |
| | * | |
| DEFENDANT. | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Laurie K. Moreland-Welch and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of her respective claims against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs, subject to the following:

1. Laurie K. Moreland-Welch agrees that, in the event she or a representative on her behalf refiles a lawsuit against Merck that contains claims relating to Vioxx®, they shall do so only in the United States District Court for the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall not oppose transfer to MDL 1657; and

2. Plaintiff further agrees that in the event she refiles such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657, the MDL proceeding venue in the United States District Court for the

1

Eastern District of Louisiana) and that is not specific to a particular plaintiff, can be used in any such lawsuit refilled by said Plaintiff, as though Plaintiff had been a party and had had an opportunity to participate in that discovery.

3. Merck & Co., Inc. agrees that a dismissal of this claim shall not constitute a dismissal of the duplicate filing currently pending in the Superior Court of New Jersey, Atlantic Division, and Laurie K. Moreland-Welch may proceed without prejudice with her New Jersey action.

4. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on Lexisnexis File & Serve to reflect the dismissal without prejudice of the claims of this Plaintiff against Merck & Co., Inc., in the above-styled case.

Respectfully submitted this 14th day of September, 2007.

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

*/s/ Benjamin L. Locklar*

Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
Attorneys for the Plaintiff

STONE PIGMAN WALTHER
WITTMANN LLC

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of September, 2007.

_____
OF COUNSEL