UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
   *Kyrkostas, et al. v. Merck & Co., Inc.*, 07-2931

## ORDER

IT IS ORDERED that counsel's Amended Motion to Withdraw (Rec. Doc. 12069) is DENIED.  The Court will entertain counsel's request to withdraw if it is accompanied by a motion to enroll or substitute new counsel for the plaintiffs.

New Orleans, Louisiana, this   14th   day of   September  , 2007.

_____
UNITED STATES DISTRICT JUDGE