UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:**
    *Bryant, et al. v. Merck & Co., Inc.*, **05-5768**

## <u>ORDER</u>

IT IS ORDERED that the Plaintiff Ruth Alexander's Motion for Relief from Dismissal

Order (Rec. Doc. 12230) is CONTINUED until October 11, 2007, at 9:00 a.m., so that it may be

addressed at the next monthly status conference.

New Orleans, Louisiana, this   14th   day of   September  , 2007.

                                            _____
                                            UNITED STATES DISTRICT JUDGE