UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
                                FILED
                          U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                        2007 SEP 10  PM 2: 32

                        LORETTA G. WHYTE
                              CLERK
```

In Re: VIOXX®                              MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION              Section L

This Document Relates To:  Clifford        Judge Fallon
Hicks, et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-01162)         Mag. Judge Knowles

_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Drew Ranier of RANIER, GAYLE & ELLIOT, LLC,

Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of

WILLIAMS, KHERKER, HART, BOUNDAS LLP, Mikal Watts of THE WATTS LAW FIRM,

LLP, and Grant Kaiser of THE KAISER FIRM, LLP, counsel of record for Plaintiff, CLIFFORD

HICKS, moves this Court for an order allowing them to withdraw as counsel of record for

Plaintiff, Clifford Hicks, in the above-captioned multidistrict litigation.  The plaintiff and counsel

disagree over further handling of this claim, and counsel seeks to withdraw pursuant to the terms

of the Attorney-Client Contract.  Counsel has advised Plaintiff of their intent to withdraw and

Plaintiff consents to the withdrawal.

This withdrawal is intended for Plaintiff, Clifford Hicks, only and does not affect the

representation of any other Plaintiffs in the Original Complaint.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last

known mailing address.  Plaintiff's last known address is 4430 E. State Highway 72, Runge,

Texas 78151, (830) 583-9697.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change

in party/counsel status as soon as the Order is entered.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____
```

Dated:

September 6, 2007

Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Telephone: 409-835-6000
Facsimile: 409-383-8888

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS KHERKER HART BOUNDAS, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: 713-230-2200
Facsimile: 713-643-6226

MIKAL WATTS
Texas State Bar No. 20981820
THE WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Telephone: 361-887-0500
Facsimile: 361-887-0055

DREW RANIER
Louisiana Bar No. 8320
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: 337-494-7171
Facsimile: 337-494-7218


GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: 713-223-0000
Facsimile: 713-223-0440

## Certificate of Service

I hereby certify that the above and foregoing Motion to Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this ___ 6th ___ day of September, 2007.

Grant Kaiser