UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Annie Bradford, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-02328) | Judge Fallon |
| | Mag. Judge Knowles |

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, Clifford Hick's Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS KHERKER HART BOUNDAS, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, Clifford Hicks, only and does not affect the representation of any other Plaintiffs in the Original Complaint.

IT IS SO ORDERED.

_____     _____
Date                         Judge Eldon E. Fallon
                             United States District Court Judge

```
___ Fee_____
___ Process_____
 X  /Dktd_____
 /  CtRmDep_____
___ Doc. No._____
```