UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MULTIDISTRICT LITIGATION<br>CIVIL ACTION NUMBER<br>05-1657<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br><u>Pritchard v. Merck & Co., Inc.</u> | Civil Action Number: 05-1066 |

## NOTICE OF CHANGE OF ADDRESS

**NOW INTO COURT**, comes undersigned counsel, to provide this Notice of Change of Address.

The Murray Law Firm has relocated effective immediately and undersigned counsel's new contact information is as follows:

MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

**WHEREFORE**, undersigned counsel respectfully requests that the Court and all counsel of

1

record be advised of undersigned counsel's new contact information.

>Respectfully submitted,
>
>s/JESSICA W. HAYES (#28927)
>STEPHEN B. MURRAY (# 9858)
>**JESSICA W. HAYES (# 28927)**
>MURRAY LAW FIRM
>650 Poydras Street, Suite 1100
>New Orleans, Louisiana 70130
>Telephone: (504) 525-8100
>Facsimile: (504) 584-5249
>E-mail: smurray@murray-lawfirm.com
>E-mail: jhayes@murray-lawfirm.com

## CERTIFICATE OF SERVICE

I, **JESSICA W. HAYES (# 28927)**, do hereby certify that on September 17, 2007, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic servicing and a copy of the foregoing has been served upon all counsel of record who are not authorized to receive electronic servicing by placing same, properly addressed and first class postage prepaid, in the United States mail.

>s/JESSICA W. HAYES (#28927)
>**JESSICA W. HAYES (# 28927)**

2