UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MULTIDISTRICT LITIGATION CIVIL ACTION NUMBER 05-1657<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO:<br><br>Pritchard v. Merck & Co., Inc. | Civil Action Number: 05-1066 |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT**, comes undersigned counsel, Stephen B. Murray and Jessica W. Hayes of the Murray Law Firm, to file this Motion to Substitute Counsel of Record.

Gano D. Lemoine, III is no longer employed with the Murray Law Firm so Stephen B. Murray and Jessica W. Hayes of the Murray Law Firm request that they be substituted as counsel of record for the Plaintiff in the place of Gano D. Lemoine, III.

**WHEREFORE**, undersigned counsel respectfully requests that the Court grant this Motion to Substitute Counsel of Record.

1

Respectfully submitted,

**s/JESSICA W. HAYES (#28927)**
STEPHEN B. MURRAY (# 9858)
**JESSICA W. HAYES (# 28927)**
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
E-mail: smurray@murray-lawfirm.com
E-mail: jhayes@murray-lawfirm.com

**CERTIFICATE OF SERVICE**

I, **JESSICA W. HAYES (# 28927)**, do hereby certify that on September 17, 2007, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic servicing and a copy of the foregoing has been served upon all counsel of record who are not authorized to receive electronic servicing by placing same, properly addressed and first class postage prepaid, in the United States mail.

**s/JESSICA W. HAYES (#28927)**
**JESSICA W. HAYES (# 28927)**