UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MULTIDISTRICT LITIGATION<br>CIVIL ACTION NUMBER<br>05-1657<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**Pritchard v. Merck & Co., Inc.** | Civil Action Number: 05-1066 |

### {PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL OF RECORD

Considering the foregoing Motion to Substitute Counsel of Record**:**

**IT IS HEREBY ORDERED,** that Stephen B. Murray and Jessica W. Hayes of the Murray Law Firm be substituted as counsel of record for the Plaintiff in the place of Gano D. Lemoine, III.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

1