UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                       *      MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION    *
                                                    *      SECTION: L(3)
                                                    *
                                                    *      JUDGE FALLON
                                                    *      MAG. JUDGE KNOWLES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Bailey, et al. v. Merck & Co., Inc., et al.*, **05-1034**
    *Molder, et al. v. Merck & Co., Inc., et al.*, **05-2929**
    *Brown v. Merck & Co., Inc., et al.*, **05-2562**
    *Kraus v. Merck & Co., Inc., et al.*, **06-11072**
    *Fitzgerald, et al. v. Merck & Co., Inc., et al.*, **07-2099**

## ORDER

A number of motions have been filed in this multidistrict litigation by pharmacies named as defendants and seeking to be dismissed from the above-captioned cases. The Court previously continued these motions without date, so that the issues presented could be addressed in a more uniform fashion. It is now timely and appropriate to address these motions. Accordingly, IT IS ORDERED that the plaintiffs in the above-captioned cases shall file oppositions, if there be any, to the following motions by October 10, 2007:

- Medicine Shoppe International, Inc.'s Motion to Dismiss (Rec. Doc. 779), filed in *Bailey, et al. v. Merck & Co., Inc., et al.*, case No. 05-1034;

- Motion of Defendant Joe's Pharmacy, Inc. to Dismiss (Rec. Docs. 966 & 1046), filed in *Molder, et al. v. Merck & Co., Inc., et al.*, case No. 05-2929;

- American Drug Stores, Inc. d/b/a Osco Drug's Amended Motion to Dismiss (Rec. Doc. 1063), filed in *Brown v. Merck & Co., Inc., et al.*, case No. 05-2562;

- Defendant Walgreen Co.'s Motion to Dismiss (Rec. Doc. 9790), filed in *Kraus v. Merck & Co., Inc., et al.*, case No. 06-11072;

- RxSolutions, Inc.'s Motion to Dismiss (Rec. Doc. 10878), filed in *Fitzgerald, et al. v. Merck & Co., Inc., et al.*, case No. 07-2099.

New Orleans, Louisiana, this  17th  day of  September , 2007.

                                                UNITED STATES DISTRICT JUDGE