UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
  *Ochoa v. Merck & Co., Inc., et al.*, 06-1048
  *Stuart v. Bruah, et al.*, 06-11292
  *Cates v. Merck & Co., Inc., et al.*, 06-10212

**ORDER**

A number of motions have been filed in this multidistrict litigation by physicians named as defendants and seeking to be dismissed from the above-captioned cases.  The Court previously continued these motions without date, so that the issues presented could be addressed in a more uniform fashion.  It is now timely and appropriate to address these motions. Accordingly, IT IS ORDERED that the plaintiffs in the above-captioned cases shall file oppositions, if there be any, to the following motions by October 10, 2007:

- Defendant Ankur Sarkar, M.D.'s Motion to Dismiss (Rec. Doc. 8904), filed in *Ochoa v. Merck & Co., Inc., et al.*, case No. 06-1048;

- Defendant David Bruah, M.D.'s Motion to Dismiss (Rec. Doc. 9962), filed in *Stuart v. Bruah, et al.*, case No. 06-11292;

- Defendant Dr. Richard Valbuena, M.D.'s Motion to Dismiss (Rec. Doc. 10016),

1

filed in *Cates v. Merck & Co., Inc., et al.*, case No. 06-10212.

New Orleans, Louisiana, this   17th   day of   September  , 2007.

                                              UNITED STATES DISTRICT JUDGE