UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Lowe v. PJC Realty MA, Inc, et al.*, 05-6173

## ORDER

IT IS ORDERED that the plaintiff in the above-captioned case shall file an opposition, if there be any, to the following motion by October 10, 2007:

- Defendant PJC Realty MA, Inc.'s Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment (Rec. Doc. 5605), filed in *Lowe v. PJC Realty MA, Inc, et al.*, case No. 05-6173.

   New Orleans, Louisiana, this  17th  day of  September , 2007.

                                             *[signature: Eldon E. Fallon]*
                                    UNITED STATES DISTRICT JUDGE