IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| VIOXX PRODUCTS LIBABILITY | * | MDL Docket No. 1657 |
| | * | Case No. 05-3695 |
| LAURIE K. MORELAND-WELCH | * | |
| | * | JUDGE FALLON |
| PLAINTIFF, | * | |
| | * | MAGISTRATE JUDGE |
| v. | * | KNOWLES |
| | * | |
| MERCK & COMPANY, INC., A | * | |
| CORPORATION, | * | |
| | * | |
| DEFENDANT. | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal, without prejudice, of the claims of the Plaintiff, Laurie K. Moreland-Welch. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Laurie K. Moreland-Welch, are dismissed, without prejudice.

Dated this 17th day of September, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE