# Exhibit A

**Exhibit A**

**Matthews & Associates Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Due Date | Date 1st Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|
| Alvarez, Martha | Myra Rico on behalf of Martha Alvarez | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | F |
| Austin, Leroy | Gerrold Austin on behalf of Leroy Austin | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | G |
| Bekier, Robert P | Diana C Bekier on behalf of Robert Bekier | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | H |
| Booker, Pauline M | Stephan W Booker on behalf of Pauline M Booker | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | I |
| Chancellor, Barbara | Toni Booker on behalf of Barbara Chancellor | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | J |
| Anderson, Elvis P | Elvis P Anderson | Anderson, Elvis v. Merck & Co., Inc. | 2:06-cv-10631-EEF-DEK | 02/11/07 | 04/25/07 | C | 06/29/07 | K |
| Cregar, Clyde | Anna Cregar on behalf of Clyde Cregar | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | L |
| Crowder, Betty G | Daniel R Dove on behalf of Betty G Crowder | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | M |
| Disbennett, Melvin E | Melvin E Disbennett | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 12/13/06* | 04/25/07 | D | 06/29/07 | N |
| Dorce, Maria | Daniel Dorce on behalf of Maria Dorce | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | O |
| Felton, Mary R | Virginia Felton on behalf of Mary R Felton | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | P |
| Frost, Johnnie | D Joyce DeJesus on behalf of Johnnie Frost | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | Q |
| Garcia, Alice | Maria Sanchez on behalf of Alice Garcia | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | R |
| Garlinghouse, Darlene I | Donald Garlinghouse on behalf of Darlene I Garlinghouse | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | S |
| Childress, Annie S | Sarah Mackfield on behalf of Annie S Childress | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | T |
| Gunningham, Naomi D | John R Gunningham on behalf of Naomi D Gunningham | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | U |
| Houchin, Alfred L | Velica Houchin on behalf of Alfred L Houchin | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | V |
| Hudson, Cloatelia | Sharon Simmons on behalf of Cloatelia Hudson | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | W |
| Talerico, Angela T | Karen Spaniol on behalf of Angela T Talerico | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | X |

**Exhibit A**

**Matthews & Associates Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Due Date | Date 1st Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|
| Houde, Roselyn M | Mark Houde on behalf of Roselyn M Houde | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | Y |
| Jones, Margaret J | Billy Quitoriano on behalf of Margaret J Jones | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 12/16/06* | 02/20/07 | B | 05/08/07 | Z |
| Latiker, Charlie | Reginald I. Latiker on behalf of Charlie Latiker | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 12/16/06* | 02/20/07 | B | 05/08/07 | AA |
| Lemke, Bonnie L | Lyle Lemke on behalf of Bonnie L Lemke | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 12/16/06* | 02/20/07 | B | 05/08/07 | BB |
| Logan, Robert G | Adam Logan on behalf of Robert G Logan | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK | 12/16/06* | 02/20/07 | B | 05/08/07 | CC |
| Malone, Zetty V | Robert E Hacker on behalf of Zetty V Malone | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | DD |
| Marshall, Elizabeth L. | Ivory E Marshall on behalf of Elizabeth L Marshall | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | EE |
| Marshalsea, Alice M | Lynda J Marchi on behalf of Alice M Marshalsea | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | FF |
| Martin, Wesley M | Dean Martin on behalf of Wesley M Martin | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | GG |
| Mercer, Jerry A Sr | Susanna L Mercer on behalf of Jerry A Mercer, Sr. | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | HH |
| Moore, Gail | Tajuana Baker on behalf of Gail Moore | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | II |
| Morton, William | Deborah Morgan on behalf of William Morton | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | JJ |
| Nicely, Marilyn J | Michael Lautner on behalf of Marilyn J Nicely | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 12/13/06* | 01/31/07 | E | 06/28/07 | KK |
| Ratcliff, Bessie Lee Jacks | Charlotte Milan on behalf of Bessie Lee Jacks Ratcliff | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | LL |
| Reynolds, Eleanor H | David Reynolds on behalf of Eleanor H Reynolds | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | MM |
| Richards, Ruth K | Robert Richards on behalf of Ruth K Richards | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | NN |
| Richardson, Thomas R | Anitra Richardson on behalf of Thomas R. Richardson | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | OO |
| Riley, Linda S | James Riley on behalf of Linda S Riley | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | 12/13/06* | 02/20/07 | B | 05/08/07 | PP |

* - These plaintiffs also received an initial 30 day extension provided to plaintiffs' original counsel, Abraham, Watkins, Nichols, Sorrels, Matthews & Friend.

# Exhibit B



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*

Dear Mr. Matthews:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a large number of plaintiffs in the action referenced above. The chart below lists the full name of each injured party, the appropriate plaintiffs, case name, docket number, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 1 | Alvarez, Martha | Myra Rico | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943 | 12/13/06 |
| 2 | Austin, Leroy | Gerrold Austin | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943 | 12/13/06 |
| 3 | Barnes, Ruth O. | Patricia A. Barnes | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943 | 12/13/06 |
| 4 | Baucham, Pauline | Michael Baucham | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943 | 12/13/06 |
| 5 | Bekier, Robert P. | Diana C. Bekier | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943 | 12/13/06 |
| 6 | Booker, Pauline M. | Stephan W. Booker | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943 | 12/13/06 |
| 7 | Boston, Fred L. | Alfreda Battle | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943 | 12/13/06 |
| 8 | Cecil, Joyce A. | Clifford J. Cecil | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943 | 12/13/06 |
| 9 | Chancellor, Barbara | Toni Booker | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943 | 12/13/06 |
| 10 | Cregar, Clyde | Anna Cregar | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942 | 12/13/06 |



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 11 | Crowder, Betty G. | Daniel R. Dove | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942 | 12/13/06 |
| 12 | Dorce, Maria | Daniel Dorce | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942 | 12/13/06 |
| 13 | Felton, Mary R. | Virginia Felton | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942 | 12/13/06 |
| 14 | Fritsche, Mary F. | Mary L. Melton | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942 | 12/13/06 |
| 15 | Frost, Johnnie | D. Joyce DeJesus | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942 | 12/13/06 |
| 16 | Garcia, Alice | Maria Sanchez | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942 | 12/13/06 |
| 17 | Garlinghouse, Darlene I. | Donald Garlinghouse | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942 | 12/13/06 |
| 18 | Bounds, Eunice J. | Susan Bounds | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946 | 12/13/06 |
| 19 | Childress, Annie S. | Sarah Mackfield | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946 | 12/13/06 |
| 20 | Cox, Flemmon | Linda Cox | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946 | 12/13/06 |
| 21 | Gunningham, Naomi D. | John R. Gunningham | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946 | 12/13/06 |
| 22 | Helms, Earl M. | Earl M. Helms | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946 | 12/13/06 |
| 23 | Houchin, Alfred L. | Velica Houchin | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946 | 12/13/06 |
| 24 | Hudson, Cloatelia | Sharon Simmons | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946 | 12/13/06 |
| 25 | McGaskey, Helen K. | Helen K. McGaskey and Oscar McGaskey | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946 | 12/13/06 |
| 26 | Talerico, Angela T. | Karen Spaniol | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946 | 12/13/06 |
| 27 | Higgins, Othell | Bridgett Higgins and Othell Higgins | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944 | 12/13/06 |
| 28 | Houde, Roselyn M. | Mark Houde and Roselyn M. Houde | Haywood, Amelia v. Merck & Co., Inc. | 2:06-cv-06944 | 12/13/06 |
| 29 | Jones, Margaret J. | Billy Quitoriano | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116 | 12/16/06 |
| 30 | Kincade, Dale S. | Patrick Kincade | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116 | 12/16/06 |
| 31 | Latiker, Charlie | Reginald L. Latiker | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116 | 12/16/06 |

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 32 | Lemke, Bonnie L. | Lyle Lemke | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116 | 12/16/06 |
| 33 | Logan, Robert G. | Adam Logan | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116 | 12/16/06 |
| 34 | Enriquez, Nemesia Santiago | Iris M. Santiago Enriquez | Marieti, Edgardo R. v. Merck & Co., Inc. | 2:06-CV-07041 | 12/12/06 |
| 35 | Sanders, Gibson W. Wilson | Marta Wilson Oliver | Marieti, Edgardo R. v. Merck & Co., Inc. | 2:06-CV-07041 | 12/12/06 |
| 36 | Malone, Zetty V. | Robert E. Hacker | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947 | 12/13/06 |
| 37 | Marshall, Elizabeth L. | Ivory E. Marshall | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947 | 12/13/06 |
| 38 | Marshalsea, Alice M. | Lynda J. Marchi | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947 | 12/13/06 |
| 39 | Martin, Wesley M. | Dean Martin | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947 | 12/13/06 |
| 40 | McMorris, Clara L. | Jacqueline McMorris | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947 | 12/13/06 |
| 41 | Mercer, Jerry A. Sr. | Susanna L. Mercer | McBride, James v. Merck & Co., Inc. | 2:06-cv-06947 | 12/13/06 |
| 42 | Moore, Gail | Tajuana Baker | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 43 | Morton, William | Deborah Morgan | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 44 | O'Neal, Mary A. | Mary A. O'Neal | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 45 | Pivonka, Richard A. | Richard A. Pivonka | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 46 | Pospisil, Carol | Carol Pospisil | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 47 | Poston, Raymond D. | Raymond D. Poston | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 48 | Powell, Bettye R. | Laquita R. Lowery | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 49 | Ratcliff, Bessie Lee Jacks | Charlotte Milan | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 50 | Reynolds, Eleanor H. | David Reynolds | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 51 | Richards, Ruth K. | Robert Richards | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 52 | Richardson, Thomas R. | Anitra Richardson and Thomas R. Richardson | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

# Hughes
# Hubbard
**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 53 | Riley, Linda S. | James Riley and Linda S. Riley | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 54 | Rodriguez, Jaime | Jaime Rodriguez | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 55 | Savage, William E. | William E. Savage | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 56 | Senters, Linda J. | William Senters | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 57 | Sexton, Aubrey C. | Aubrey C. Sexton | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 58 | Spriggs, Sheila A. | Martin Spriggs | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 59 | Squires, Stephen R. | Lynn M. Squires | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 60 | Stacey, David E. | David E. Stacey | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 61 | Stone, James | Peggy Stone | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 62 | Thames, Charlie M. | Otis C. Thames | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 63 | Todd, William E. | William E. Todd | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 64 | Turner, Sarah J. | Sarah J. Turner | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 65 | Vann, Jim P. | Jim P. Vann | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 66 | Vernon, Louise | Louise Vernon | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 67 | Weeks, James Jr. | James Weeks, Jr. | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 68 | Young, Ralph L. | Robert N. Young | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |
| 69 | Zelina, Joyce D. | Robert B. Zelina | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115 | 12/16/06 |

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo


**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery.  If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

5

```
** TX STATUS REPORT **          AS OF   FEB 20 2007 17:14   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
    31  02/20 17:12     17135357184  EC--S  02'14"  006  217   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 20, 2007 |

| **TO** | Firm | Fax No. |
|---|---|---|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDL9185355

# Exhibit C



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett
Houston, TX 77098

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Elvis Anderson v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10631-EEF-DEK*

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Elvis P. Anderson. Pretrial Order No. 18C required Mr. Anderson to serve this PPF no later than February 11, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Elvis P. Anderson no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **          AS OF  APR 25 2007 16:02  PAGE.01

                                        HUGHES HUBBARD
```

```
     DATE  TIME      TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
19   04/25 16:01   17135357184 EC--S   01'31"   006  221   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit D



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett
Houston, TX 77098

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Clara E. Clark v. Merck & Co., Inc.*
*Docket No. 2:06-cv-06942-EEF-DEK*

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Melvin E. Disbennett. Pretrial Order No. 18C required Mr. Disbennett to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Melvin E. Disbennett no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ *John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **              AS OF   APR 25 2007 16:02   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC  PGS   JOB#  STATUS
   19   04/25 16:01     17135357184  EC--S  01'31"   006   221   OK
```



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit E


**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 31, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-225-0827)**

David P. Matthews, Esq.
Abraham Watkins Nichols Sorrels Matthews and Friend
800 Commerce Street
Houston, TX 77002

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a large number of plaintiffs in the above referenced action. The chart below lists the full name of each injured party, the appropriate plaintiffs, case name, docket number, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 1 | Anderson, Robert E. | Robert E. Anderson | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943 | 12/13/06 |
| 2 | Covey, Verla J. | Verla J. Covey | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942 | 12/13/06 |
| 3 | Harris, Mary A. | Mary A. Harris | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942 | 12/13/06 |
| 4 | Campbell, Patricia A. | Patricia A. Campbell | Curtis, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06946 | 12/13/06 |
| 5 | Johnson, David L. | David L. Johnson | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116 | 12/16/06 |
| 6 | Johnson, Nellie J. | Nellie J. Johnson | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116 | 12/16/06 |
| 7 | Johnson, Pauline | Pauline Johnson | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116 | 12/16/06 |
| 8 | Newton, Dorothy P. | Dorothy P. Newton | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 9 | Nicely, Marilyn J. | Michael Lautner and Marilyn J. Nicely | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 10 | Nicholson, Bessie M. | Bessie M. Nicholson | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 11 | Nix, James S. | James S. Nix | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 12 | Norris, Ethel I. | Ethel I. Norris and Janet N. Osborne | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 13 | Norseworthy, Margie A. | Margie A. Norseworthy | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 14 | Nowell, James E. | James E. Nowell | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 15 | Ochoa, Marcelina G. | Marcelina G. Ochoa | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 16 | O'Donnell, Victoria M. | Victoria M. O'Donnell | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 17 | Owenby, Carla J. | Carla J. Owenby | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 18 | Owens, Johnny | Johnny Owens | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 19 | Page, Martha P. | Martha P. Page | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 20 | Parker, Edith E. | Edith E. Parker and Rosylan M. Parker | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 21 | Parker, Marvin | Marvin Parker | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 22 | Patrick, Carol A. | Carol A. Patrick | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 23 | Patton, Marvin R. | Marvin R. Patton | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 24 | Pena, Conrado N. | Conrado N. Pena | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 25 | Perez, Barbara | Barbara Perez | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 26 | Pettyjohn, L.J. | L.J. Pettyjohn | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 27 | Pingle, Craig A. | Craig A. Pingle | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 28 | Pitts, Betty J. | Betty J. Pitts | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 29 | Popp, Elizabeth | Elizabeth Popp | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 30 | Prudhomme, Ronald L. | Ronald L. Prudhomme | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |
| 31 | Quinones, Ramon | Ramon Quinones | Montalto, Karen A. v. Merck & Co., Inc. | 2:06-cv-06945 | 12/13/06 |

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo



## Hughes
## Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

      Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery.  If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

               Very truly yours,

               */s/ John N. Poulos*

               John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
       Russ M. Herman, Esq. (via electronic mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **          AS OF  JAN 31 2007 10:24   PAGE.01
                                        HUGHES HUBBARD
```

```
        DATE TIME       TO/FROM      MODE  MIN/SEC  PGS   JOBH  STATUS
    05  01/31 10:23     713 225 0627 EC--S  01'18"   004   160   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
bugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | January 31, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Abraham Watkins Nichols Sorrels Matthews and Friend | 713-225-0827 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit F



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

       Re:   ***In re Vioxx® Products Liability Litigation***
             ***MDL No. 1657***
             ***Frank Ackenback v. Merck & Co., Inc.***
             ***Docket No. 2:06-cv-06943-EEF-DEK***

Dear Mr. Matthews:

          We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Martha Alvarez. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Myra Rico, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

          Please produce a completed PPF for Martha Alvarez no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                              Very truly yours,

                              */s/ John N. Poulos*

                              John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 09:18   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME      TO/FROM     MODE  MIN/SEC  PGS  JOB#  STATUS
   13   05/08 09:14     17135357184 EC--S 03'46"   015  101   OK
```



# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit G



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

　　　　　*Re:*　　*In re Vioxx® Products Liability Litigation*
　　　　　　　　*MDL No. 1657*
　　　　　　　　*Frank Ackenback v. Merck & Co., Inc.*
　　　　　　　　*Docket No. 2:06-cv-06943-EEF-DEK*

Dear Mr. Matthews:

　　　　　We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Leroy Austin. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Gerrold Austin, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

　　　　　Please produce a completed PPF for Leroy Austin no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

　　　　　　　　　　Very truly yours,

　　　　　　　　　　*/s/ John N. Poulos*

　　　　　　　　　　John N. Poulos

cc:　　Phillip A. Wittmann, Esq. (via e-mail)
　　　　Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

```
    ** TX STATUS REPORT **              AS OF   MAY 08 2007 09:18   PAGE.01

                                              HUGHES HUBBARD


         DATE  TIME        TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
    13   05/08 09:14     17135357184   EC--S   03'46"   015   101   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  1 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit H



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Frank Ackenback v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06943-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Robert P. Bekier. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Diana C. Bekier, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Robert P. Bekier no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF  MAY 08 2007 09:18   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME        TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
  13  05/08 09:14    17135357184  EC--S  03'46"   015  101   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

**Hughes Hubbard**
A New York Limited Liability Partnership

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.