# Exhibit I



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Frank Ackenback v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06943-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Pauline M. Booker. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Stephan W. Booker, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Pauline M. Booker no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

*** TX STATUS REPORT ***                    AS OF   MAY 08 2007 09:18   PAGE.01

                                                HUGHES HUBBARD

        DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    13  05/08 09:14       17135357184 EC--S   03'46"    015   101   OK



### Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit J



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Frank Ackenback v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06943-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Barbara Chancellor. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Toni Booker, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Barbara Chancellor no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **          AS OF  MAY 08 2007 09:18   PAGE.01

                                          HUGHES HUBBARD


        DATE  TIME      TO/FROM     MODE  MIN/SEC  PGS   JOB#  STATUS
    13  05/08 09:14     17135357184 EC--S  03'46"  015   101   OK
```



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|------|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  1 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit K



**Hughes Hubbard** & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett
Houston, TX 77098

>        Re:    ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Elvis Anderson v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-10631-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Elvis P. Anderson. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Anderson to serve this PPF no later than February 11, 2007.

Please produce a completed PPF for Elvis P. Anderson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 12:05   PAGE.01

                                         HUGHES HUBBARD


         DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
    32   06/29 12:04    17135357184  EC--S  00'50"    003   203   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit L



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> *Re:*  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Clara E. Clark v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06942-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Clyde Cregar. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Anna Cregar, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Clyde Cregar no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 09:18   PAGE.01

                                      HUGHES HUBBARD


        DATE  TIME       TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
   13   05/08 09:14      17135357184 EC--S  03'46"    015   101   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit M



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Clara E. Clark v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06942-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty G. Crowder. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Daniel R. Dove, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty G. Crowder no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **              AS OF  MAY 08 2007 09:18   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME         TO/FROM    MODE  MIN/SEC   PGS   JOB#  STATUS
    13  05/08 09:14      17135357184  EC--S  03'46"   015   101   OK
```



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit N



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett
Houston, TX 77098

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Clara E. Clark v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06942-EEF-DEK*

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Melvin E. Disbennett. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Disbennett to serve this PPF no later than December 13, 2006.

Please produce a completed PPF for Melvin E. Disbennett no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 12:05   PAGE.01

                                          HUGHES HUBBARD

        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   32   06/29 12:04     17135357184 EC--S   00'50"    003   203    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit O



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Clara E. Clark v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06942-EEF-DEK*

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Maria Dorce. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Daniel Dorce, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Maria Dorce no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DE4Z2608

```
** TX STATUS REPORT **              AS OF   MAY 08 2007 09:18   PAGE.01

                                          HUGHES HUBBARD


        DATE  TIME          TO/FROM      MODE  MIN/SEC   PGS   JOB#   STATUS
    13  05/08 09:14         17135357184  EC--S 03'46"    015   101    OK
```



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit P



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Clara E. Clark v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06942-EEF-DEK*

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mary R. Felton. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Virginia Felton, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Mary R. Felton no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 09:18   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME        TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
  13   05/08 09:14      17135357184   EC--S   03'46"    015   101   OK
```



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit Q



**Hughes Hubbard**

**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Clara E. Clark v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-06942-EEF-DEK*

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Johnnie Frost. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff D. Joyce DeJesus, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Johnnie Frost no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

MODE422603

```
** TX STATUS REPORT **              AS OF   MAY 08 2007 09:18   PAGE.01

                                          HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   13   05/08 09:14       17135357184  EC--S  03'46"    015   101    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E422604

# Exhibit R



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

Re:     ***In re Vioxx® Products Liability Litigation***
       ***MDL No. 1657***
       ***Clara E. Clark v. Merck & Co., Inc.***
       ***Docket No. 2:06-cv-06942-EEF-DEK***

Dear Mr. Matthews:

       We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Alice Garcia. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Maria Sanchez, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

       Please produce a completed PPF for Alice Garcia no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                        Very truly yours,

                                        */s/ John N. Poulos*

                                        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **           AS OF  MAY 08 2007 10:58   PAGE.01

                                     HUGHES HUBBARD


      DATE TIME         TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
  31  05/08 10:54    17135357184 EC--S   03'47"   015  198   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.