# Exhibit S



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Clara E. Clark v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06942-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Darlene I. Garlinghouse. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Donald Garlinghouse, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Darlene I. Garlinghouse no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 10:58   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME        TO/FROM     MODE  MIN/SEC   PGS   JOB#  STATUS
   31   05/08 10:54      17135357184  EC--S  03'47"   015   198   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDL042613

# Exhibit T



**Hughes Hubbard & Reed** LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Thelma L. Curtis v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06946-EEF-DEK*

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Annie S. Childress. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Sarah Mackfield, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Annie S. Childress no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00D344427

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 10:58   PAGE.01

                                        HUGHES HUBBARD


     DATE TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
31   05/08 10:54     17135357184 EC--S   03'47"    015   198   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  1 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit U



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Thelma L. Curtis v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06946-EEF-DEK*

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Naomi D. Gunningham. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff John R. Gunningham, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Naomi D. Gunningham no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0E020648

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 10:58   PAGE.01

                                        HUGHES HUBBARD

      DATE TIME          TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
 31   05/08 10:54    17135357184 EC--S   03'47"   015   198    OK
```



**Hughes Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit V


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> *Re:*     ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Thelma L. Curtis v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06946-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Alfred L. Houchin. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Velica Houchin, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Alfred L. Houchin no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT **        AS OF   MAY 08 2007 10:58   PAGE.01

HUGHES HUBBARD

|    | DATE  | TIME  | TO/FROM      | MODE  | MIN/SEC | PGS | JOB# | STATUS |
|----|-------|-------|--------------|-------|---------|-----|------|--------|
| 31 | 05/08 | 10:54 | 17135357184  | EC--S | 03'47"  | 015 | 198  | OK     |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE150/45

# Exhibit W



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Thelma L. Curtis v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06946-EEF-DEK***

Dear Mr. Matthews:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Cloatelia Hudson. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Sharon Simmons, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Cloatelia Hudson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M00F600504

** TX STATUS REPORT **          AS OF   MAY 08 2007 10:58   PAGE.01

                                        HUGHES HUBBARD


        DATE TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   31   05/08 10:54    17135357184  EC--S   03'47"   015   198   OK



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F600505

# Exhibit X



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Thelma L. Curtis v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-06946-EEF-DEK*

Dear Mr. Matthews:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Angela T. Talerico. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Karen Spaniol, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Angela T. Talerico no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M0DE020650

```
** TX STATUS REPORT **              AS OF   MAY 08 2007 10:58   PAGE.01

                                           HUGHES HUBBARD


           DATE  TIME       TO/FROM      MODE   MIN/SEC  PGS  JOB#  STATUS
     31   05/08 10:54     17135357184  EC---S  03'47"   015  198   OK
```

# Hughes
# Hubbard
**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODEU20851

# Exhibit Y



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:     ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Amelia Haywood v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06944-EEF-DEK***

Dear Mr. Matthews:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Roselyn M. Houde. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your clients, plaintiffs Mark Houde and Roselyn M. Houde, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Roselyn M. Houde no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

MODE150746

```
  ** TX STATUS REPORT **        AS OF  MAY 08 2007 10:58   PAGE.01

                                        HUGHES HUBBARD


       DATE  TIME       TO/FROM       MODE  MIN/SEC   PGS   JOB#  STATUS
   31  05/08 10:54      17135357184 EC--S  03'47"   015   198   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit Z



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Kenneth Jenkins v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-07116-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Margaret J. Jones. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Billy Quitoriano, to serve this PPF no later than December 16, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Margaret J. Jones no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **            AS OF   MAY 08 2007 10:58   PAGE.01

                                          HUGHES HUBBARD


         DATE  TIME        TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
    31   05/08 10:54     17135357184   EC--S   03'47"  015  198   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit AA



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Kenneth Jenkins v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-07116-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Charlie Latiker. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Reginald L. Latiker, to serve this PPF no later than December 16, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Charlie Latiker no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

M00E422620

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 10:58   PAGE.01

                                        HUGHES HUBBARD


       DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   31  05/08 10:54      17135357184  EC--S   03'47"    015   198    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E422621

# Exhibit BB



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Kenneth Jenkins v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-07116-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Bonnie L. Lemke. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Lyle Lemke, to serve this PPF no later than December 16, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Bonnie L. Lemke no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF  MAY 08 2007 10:58   PAGE.01

                                          HUGHES HUBBARD


      DATE  TIME       TO/FROM     MODE  MIN/SEC  PGS  JOB#  STATUS
   31  05/08 10:54   17135357184  EC--S  03'47"  015   198   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit CC



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Kenneth Jenkins v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-07116-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Robert G. Logan. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Adam Logan, to serve this PPF no later than December 16, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Robert G. Logan no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

```
** TX STATUS REPORT **          AS OF  MAY 08 2007 10:58   PAGE.01

                                          HUGHES HUBBARD


      DATE TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   31  05/08 10:54    17135357184  EC--S   03'47"    015   198   OK
--------------------------------------------------------------------
```



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  1 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit DD



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> *Re:*    ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***James McBride v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06947-EEF-DEK***

Dear Mr. Matthews:

       We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Zetty V. Malone. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Robert E. Hacker, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

       Please produce a completed PPF for Zetty V. Malone no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

       Very truly yours,

       */s/ John N. Poulos*

       John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 11:16   PAGE.01

                                          HUGHES HUBBARD


            DATE  TIME      TO/FROM       MODE   MIN/SEC   PGS   JOB#   STATUS
      04   05/08 11:12     17135357184   EC--S   03'47"   015   206    OK
```



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DCF05686

# Exhibit EE



**Hughes Hubbard & Reed LLP**
101 Hudson Street,  Suite 3601
Jersey  City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

Re: ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***James McBride v. Merck & Co., Inc.***
***Docket No. 2:06-cv-06947-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Elizabeth L. Marshall.  Merck's initial notice letter was sent on February 20, 2007.  Pretrial Order No. 18C required your client, plaintiff Ivory E. Marshall, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Elizabeth L. Marshall no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **              AS OF   MAY 08 2007 11:16   PAGE.01

                                       HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
   04   05/08 11:12       17135357184  EC--S 03'47"    015   206   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit FF



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *James McBride v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06947-EEF-DEK*

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Alice M. Marshalsea. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Lynda J. Marchi, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Alice M. Marshalsea no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF   MAY 08 2007 11:16    PAGE.01

                                            HUGHES HUBBARD


      DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
  04  05/08 11:12     17135357184 EC--S  03'47"    015   206   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit GG


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***James McBride v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06947-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Wesley M. Martin. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Dean Martin, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Wesley M. Martin no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 11:16   PAGE.01

                                           HUGHES HUBBARD

      DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
  04  05/08 11:12     17135357184  EC--S   03'47"    015   206   OK
```



**Hughes Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E0Z71080

# Exhibit HH



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *James McBride v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06947-EEF-DEK*

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jerry A. Mercer, Sr.. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Susanna L. Mercer, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jerry A. Mercer, Sr. no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF  MAY 08 2007 11:16   PAGE.01
                                         HUGHES HUBBARD


             DATE  TIME     TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
     04     05/08 11:12    17135357184  EC--S   03'47"    015   206   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit II



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Karen A. Montalto v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06945-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gail Moore. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Tajuana Baker, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Gail Moore no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF   MAY 08 2007 11:16   PAGE.01

                                         HUGHES HUBBARD


       DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
 04    05/08 11:12      17135357184 EC--S   03'47"    015   206   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0CF05884

# Exhibit JJ



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Karen A. Montalto v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06945-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for William Morton. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Deborah Morgan, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for William Morton no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MX0CP-03881

```
** TX STATUS REPORT **          AS OF  MAY 08 2007 11:16   PAGE.01

                                        HUGHES HUBBARD


         DATE  TIME    TO/FROM      MODE   MIN/SEC  PGS  JOB#  STATUS
   04   05/08 11:12   17135357184 EC--S  03'47"   015  206   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DCF05882

# Exhibit KK



Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett
Houston, TX 77098

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Karen A. Montalto v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-06945-EEF-DEK*

Dear Mr. Matthews:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Marilyn J Nicely.  Merck's initial notice letter was sent on TBD.  Pretrial Order No. 18C ("PTO 18C") required your client, plaintiff Michael Lautner, to serve this PPF no later than January 12, 2007.

    Please produce a completed PPF for Marilyn J Nicely no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                            Very truly yours,

                            */s/ John N. Poulos*

                            John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **            AS OF  JUN 28 2007 18:20   PAGE.01

                                        HUGHES HUBBARD

         DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
03      06/28 18:19    17135357184  EC--S    00'35"    002   133   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NMJUED15003

# Exhibit LL



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Karen A. Montalto v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06945-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Bessie Lee Jacks Ratcliff. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Charlotte Milan, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Bessie Lee Jacks Ratcliff no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **                AS OF   MAY 08 2007 11:16   PAGE.01

                                           HUGHES HUBBARD


           DATE TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
     04   05/08 11:12   17135357184   EC--S   03'47"   015   206   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit MM



**Hughes Hubbard & Reed LLP**
101 Hudson Street,  Suite 3601
Jersey  City,  New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Karen A. Montalto v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06945-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Eleanor H. Reynolds.  Merck's initial notice letter was sent on February 20, 2007.  Pretrial Order No. 18C required your client, plaintiff David Reynolds, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Eleanor H. Reynolds no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M00D056523

```
** TX STATUS REPORT **              AS OF   MAY 08 2007 11:16   PAGE.01

                                       HUGHES HUBBARD


        DATE  TIME        TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
   04   05/08 11:12       17135357184  EC--S   03'47"    015   206   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit NN



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Karen A. Montalto v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06945-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ruth K. Richards. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your client, plaintiff Robert Richards, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Ruth K. Richards no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF  MAY 08 2007 11:16   PAGE.01

                                   HUGHES HUBBARD


        DATE  TIME    TO/FROM      MODE   MIN/SEC  PGS   JOB#  STATUS
   04   05/08 11:12   17135357184  EC--S  03'47"   015   206   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00D056583

# Exhibit OO



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Karen A. Montalto v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06945-EEF-DEK***

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Thomas R. Richardson. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your clients, plaintiffs Anitra Richardson and Thomas R. Richardson, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Thomas R. Richardson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF  MAY 08 2007 11:16   PAGE.01
                                        HUGHES HUBBARD
```

| | DATE  TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|
| 04 | 05/08 11:12 | 17135357184 | EC--S | 03'47" | 015 | 206 | OK |



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DCF05955

# Exhibit PP



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

A New York Limited Liability Partnership

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-535-7184)**

David P. Matthews, Esq.
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Karen A. Montalto v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-06945-EEF-DEK*

Dear Mr. Matthews:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Linda S. Riley. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required your clients, plaintiffs James Riley and Linda S. Riley, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Linda S. Riley no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **            AS OF  MAY 08 2007 11:16   PAGE.01

                                          HUGHES HUBBARD


          DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    04   05/08 11:12     17135357184   EC--S  03'47"    015   206   OK
```



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David P. Matthews, Esq. | Matthews & Associates | 713-535-7184 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  1 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DC-F05958