UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Ackenback, Frank v. Merck & Co., Inc.*; | * | JUDGE KNOWLES |
| 2:06-cv-06943; and only regarding: | * | |
| Myra Rico on behalf of Martha Alvarez, | * | |
| Gerrold Austin on behalf of Leroy | * | |
| Austin, Diana C Bekier on behalf of | * | |
| Robert Bekier, Stephan W Booker on | * | |
| behalf of Pauline M Booker, and Toni | * | |
| Booker on behalf of Barbara Chancellor; | * | |
| | * | |
| *Anderson, Elvis v. Merck & Co., Inc.*; | * | |
| 2:06-cv-10631; | * | |
| | * | |
| *Clark, Clara E. v. Merck & Co., Inc.*; | * | |
| 2:06-cv-06942; and only regarding: | * | |
| Anna Cregar on behalf of Clyde Cregar, | * | |
| Daniel R Dove on behalf of Betty G | * | |
| Crowder, Melvin E Disbennett, Daniel | * | |
| Dorce on behalf of Maria Dorce, | * | |
| Virginia Felton on behalf of Mary R | * | |
| Felton, D Joyce DeJesus on behalf of | * | |
| Johnnie Frost, Maria Sanchez on behalf | * | |
| of Alice Garcia, and Donald | * | |
| Garlinghouse on behalf of Darlene I | * | |
| Garlinghouse; | * | |
| | * | |
| *Curtis, Thelma L. v. Merck & Co., Inc.*; | * | |
| 2:06-cv-06946; and only regarding: | * | |
| Sarah Mackfield on behalf of Annie S | * | |
| Childress, John R Gunningham on behalf | * | |
| of Naomi D Gunningham, Velica | * | |
| Houchin on behalf of Alfred L Houchin, | * | |
| Sharon Simmons on behalf of Cloatelia | * | |
| Hudson, and Karen Spaniol on behalf of | * | |
| Angela T Talerico; | * | |

|  |  |
|---|---|
| *Haywood, Amelia v. Merck & Co., Inc.*; 2:06-cv-06944; and only regarding: Mark Houde on behalf of Roselyn M Houde; | * * * * * * |
| *Jenkins, Kenneth v. Merck & Co., Inc.*; 2:06-cv-07116; and only regarding: Billy Quitoriano on behalf of Margaret J Jones, Reginald L Latiker on behalf of Charlie Latiker, Lyle Lemke on behalf of Bonnie L Lemke, and Adam Logan on behalf of Robert G Logan; | * * * * * * * * |
| *McBride, James v. Merck & Co., Inc.*; 2:06-cv-06947; and only regarding: Robert E Hacker on behalf of Zetty V Malone, Ivory E Marshall on behalf of Elizabeth L Marshall, Lynda J Marchi on behalf of Alice M Marshalsea, Dean Martin on behalf of Wesley M Martin, and Susanna L Mercer on behalf of Jerry A Mercer, Sr.; | * * * * * * * * * * |
| *Montalto, Karen A. v. Merck & Co., Inc.*; 2:06-cv-06945; and only regarding: Tajuana Baker on behalf of Gail Moore, Deborah Morgan on behalf of William Morton, Michael Lautner on behalf of Marilyn J Nicely, Charlotte Milan on behalf of Bessie Lee Jacks Ratcliff, David Reynolds on behalf of Eleanor H Reynolds, Robert Richards on behalf of Ruth K Richards, Anitra Richardson on behalf of Thomas R. Richardson, and James Riley on behalf of Linda S Riley. | * * * * * * * * * * * * * * |
| * * * * * * * * * * * * * * * * | * |

## ORDER TO SHOW CAUSE WHY CASES
## SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the

11th day of October, 2007, immediately following the monthly status conference that begins at

9:00 o'clock a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras

2

892893v.1

Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 2nd day of October, 2007.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 8th day of October, 2007.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

892893v.1