# Exhibit A

**Exhibit A**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Original PPF Due Date | Plaintiff's Counsel | Date 1st Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Fletcher, Audrey Mae | Audrey C Fletcher and Gregory Fletcher on behalf of Audrey Mae Fletcher | Fletcher, Audrey C. v. Merck & Co., Inc. | 2:06-cv-10590-EEF-DEK | 02/11/07 | Andrew Dossa Law | 04/25/07 | B | 06/29/07 | GG |
| Ward, Rodney | Kathleen Ward and Rodney Ward | Ward, Rodney v. Merck & Co., Inc. | 2:05-cv-06834-EEF-DEK | 03/08/06 | Aylstock Witkin and Sasser PLC | 06/14/06 | C | 06/28/07 | HH |
| Gardener, Brenda | Brenda Gardener | Bainum, Mary v. Merck & Co., Inc. | 2:06-cv-00204-EEF-DEK | 04/02/06 | Douglas and London PC | 08/15/06 | D | 06/28/07 | II |
| Hopper, Nina | Nina Hopper | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK | 01/09/06 | Douglas and London PC | 08/15/06 | E | 06/28/07 | JJ |
| Allison, Randy | Randy Allison | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 11/15/05 | Foshee and Yafee | 08/15/06 | F | 06/28/07 | KK |
| Barton, Donna | Donna Barton | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 11/15/05 | Foshee and Yafee | 08/15/06 | G | 06/28/07 | LL |
| Mensik, Jimmy | Jimmy Mensik | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 12/30/05 | Foshee and Yafee | 08/15/06 | H | 06/28/07 | MM |
| Thomas, Vivian | Vivian Thomas | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 01/14/06 | Foshee and Yafee | 08/15/06 | I | 06/28/07 | NN |
| Elnatanov, Mordakhay | Mordakhay Elnatanov | Elnatanov, Mordakhay. Merck & Co., Inc. | 2:06-cv-10878-EEF-DEK | 02/25/07 | Georg Abakumov, Attorney at Law | 04/25/07 | J | 06/29/07 | OO |
| Barringer, Jerry | Jerry Barringer | Barringer, Jerry v. Merck & Co., Inc. | 2:06-cv-11064-EEF-DEK | 03/03/07 | Hamilton Law Firm | 04/25/07 | K | 06/29/07 | PP |
| Kurykendall, Valton | Deborah Kurykendall and Valton Kurykendall | Kurykendall, Valton v. Merck & Co., Inc. | 2:06-cv-06938-EEF-DEK | 12/13/06 | James F. Humphreys and Associates LC | 01/31/07 | L | 05/08/07 | QQ |
| Diaz Maira, Paula | Paula Diaz Maira and Joseph Maira | Diaz Maira, Paula v. Merck & Co., Inc. | 2:05-cv-01079-EEF-DEK | 11/30/05 | Joseph B. Maira, Attorney at Law | 11/01/06 | M | 06/28/07 | RR |
| Conley, Angela L. | Angela L Conley | Lovelace, Barbara S. v. Merck & Co., Inc. | 2:05-cv-05863-EEF-DEK | 02/04/06 | Layton Cronin Kaiser and Nicks PA | 11/01/06 | N | 06/28/07 | SS |
| Carter, Yolanda M | Yolanda M Carter | Carter, Yolanda M. v. Merck & Co., Inc. | 2:06-cv-10673-EEF-DEK | 02/11/07 | Michael W. Jackson, Attorney at Law | 04/25/07* | O | 06/29/07* | TT |
| Schwartz, Susan | Susan Schwartz | Bloomberg, Virginia v. Merck & Co., Inc. | 2:05-cv-03578-EEF-DEK | 01/14/06 | Murray and Murray Co LPA | 08/02/06 | P | 06/28/07 | UU |
| Hatter, Ernestine | Ernestine Hatter | Arnold, Freddie W. v. Merck & Co., Inc. | 2:06-cv-01460-EEF-DEK | 05/30/06 | Pittman Hooks Dutton Dirby and Hellums PC | 01/05/07 | Q | 06/29/07 | VV |
| Higgins, Ronald | Christie Higgins and Ronald Higgins | Higgins, Ronald v. Merck & Co., Inc. | 2:05-cv-06131-EEF-DEK | 02/08/06 | Ramey and Hatley | 11/01/06* | R | 06/29/07* | WW |

**Exhibit A**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Original PPF Due Date | Plaintiff's Counsel | Date 1st Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Stepeny, Ethel M | Benjamin Stepeny on behalf of Ethel M Stepeny | Stepeny, Benjamin v. Merck & Co., Inc. | 2:06-cv-05574-EEF-DEK | 11/12/06 | Riggs Abney Neal Turpen Orbison and Lewis | 01/24/07 | S | 03/20/07 | XX |
| Whitaker, Rebecca | Rebecca Whitaker | Cavallo, Matthew v. Merck & Co., Inc. | 2:05-cv-0151-EEF-DEK | 01/14/06 | Law Office of Ronald R. Benjamin | 11/01/06 | T | 06/28/07 | YY |
| McKan, Ronald P | Ronald P McKan | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | 12/30/05 | Law Office of Ronald R. Benjamin | 11/01/06 | U | 06/28/07 | ZZ |
| Mills, Rochelle V | Rochelle V Mills and Roger Mills | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | 12/30/05 | Law Office of Ronald R. Benjamin | 11/01/06 | V | 06/28/07 | AAA |
| Birdow, Demper | Demper Birdow | Birdow, Demper v. Merck & Co., Inc. | 2:06-cv-09360-EEF-DEK | 01/16/07 | Rubin and Machado LTD | 03/22/07 | W | 05/08/07 | BBB |
| Adlawan, Carlos | Carlos Adlawan | Adlawan, Carlos v. Merck & Co., Inc. | 2:06-cv-11011-EEF-DEK | 03/03/07 | Law Offices of Steven A. Fabbro | 04/25/07 | X | 06/29/07 | CCC |
| Christensen, Susan | Marjorie Christensen on behalf of Susan Christensen | Christensen, Susan v. Merck & Co., Inc. | 2:06-cv-11010-EEF-DEK | 03/03/07 | Law Offices of Steven A. Fabbro | 04/25/07 | Y | 06/29/07 | DDD |
| Anthony, Stephen | Tracy Brown on behalf of Strephen Anthony | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/15/05 | Tullos and Tullos | 08/02/06 | Z | 06/29/07 | EEE |
| Chapman, Eunice | Eunice Chapman | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/15/05 | Tullos and Tullos | 08/02/06 | AA | 06/29/07 | FFF |
| Early, Reginald | Reginald Early | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/30/05 | Tullos and Tullos | 08/02/06 | BB | 06/29/07 | GGG |
| Gough, Jerry | Jerry Gough | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/30/05 | Tullos and Tullos | 08/02/06 | CC | 06/29/07 | HHH |
| Halbert, Josephine | Josephine Halbert | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 12/15/05 | Tullos and Tullos | 08/02/06 | DD | 06/29/07 | III |
| Maynor, Linder | Linder Maynor | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 12/30/05 | Tullos and Tullos | 08/02/06 | EE | 06/29/07 | JJJ |
| Smith, James | James Smith | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 01/14/06 | Tullos and Tullos | 08/02/06 | FF | 06/29/07 | JJJ (A) |

\* - Notice sent via certified and 1st class mail.

# Exhibit B



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (510-865-7245)**

Andrew Alexander Dosa, Esq.
Law Offices of Andrew Dosa
1516 Oak Street
Suite 310
Alameda, CA 94501

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Audrey C. Fletcher v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-10590-EEF-DEK*

Dear Mr. Dosa:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Audrey Mae Fletcher. Pretrial Order No. 18C required your clients, plaintiffs Audrey C. Fletcher and Gregory Fletcher, to serve this PPF no later than February 11, 2007, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Audrey Mae Fletcher no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                    Very truly yours,

                                    */s/ John N. Poulos*

                                    John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DE608548

```
** TX STATUS REPORT **           AS OF  APR 25 2007 14:58  PAGE.01

                                      HUGHES HUBBARD


        DATE  TIME      TO/FROM    MODE   MIN/SEC   PGS   JOB#  STATUS
   06   04/25 14:57 Andrew Dosa    EC--S  00'43"    002   139   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Andrew Alexander Dosa, Esq. | Law Offices of Andrew Dosa | 510-865-7245 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E608549

# Exhibit C

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 14, 2006

**VIA U.S. MAIL & TELECOPY (850-916-7449)**

Brian F. Alystock, Esq.
Aylstock Witkin and Sasser PLC
55 Baybridge Drive
P.O. Box 1147
Gulf Breeze, FL 32561

Re:      *In re Vioxx® Products Liability Litigation*
         *MDL No. 1657*
         *Rodney Ward v. Merck & Co., Inc.*
         *Docket No. 2:05-cv-06834-EEF-DEK*

Dear Mr. Alystock:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rodney Ward. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

        The deadline for Mr. Ward to serve a PPF and medical authorizations passed on March 08, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

                              Very truly yours,

                              */s/ John N. Poulos*

                              John N. Poulos

cc:      Phillip A. Wittmann, Esq. (via electronic mail)
         Russ M. Herman, Esq. (via electronic mail)

M00730079B

```
**********************
***   TX REPORT   ***
**********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0125 |
| RECIPIENT ADDRESS | 18509167449 |
| DESTINATION ID | |
| ST. TIME | 06/14 11:25 |
| TIME USE | 00'22 |
| PAGES SENT | 2 |
| RESULT | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Brian F. Alystock, Esq. | Aylstock Witkin and Sasser PLC | 850-916-7449 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M007300799

# Exhibit D

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 15, 2006

**VIA FIRST CLASS MAIL & TELECOPY (212-931-9979)**

Michael A. London, Esq.
Douglas and London PC
111 John Street
14th Floor
New York, NY 10038

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Mary Bainum v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-00204-EEF-DEK***

Dear Mr. London:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Brenda Gardener. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Gardener to serve a PPF and medical authorizations passed on April 2, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

```
        ************************
        ***    TX REPORT    ***
        ************************

    TRANSMISSION OK

    TX/RX NO             0250
    RECIPIENT ADDRESS    12129319979
    DESTINATION ID
    ST. TIME             08/15 12:46
    TIME USE             04'00
    PAGES SENT           15
    RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 15, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Michael A. London, Esq. | Douglas and London PC | 212-931-9979 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit E

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 15, 2006

**VIA FIRST CLASS MAIL & TELECOPY (212-931-9979)**

Michael A. London, Esq.
Douglas and London PC
111 John Street
14th Floor
New York, NY 10038

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *David Fullington v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-05164-EEF-DEK*

Dear Mr. London:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nina Hopper. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Hopper to serve a PPF and medical authorizations passed on January 9, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M005093205

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                  0250
RECIPIENT ADDRESS         12129319979
DESTINATION ID
ST. TIME                  08/15 12:46
TIME USE                  04'00
PAGES SENT                15
RESULT                    OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 15, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Michael A. London, Esq. | Douglas and London PC | 212-931-9979 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit F

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 15, 2006

**VIA FIRST CLASS MAIL & TELECOPY (405-632-3036)**

D. Eliot Yaffe, Esq.
Foshee & Yafee
12231 S. May Avenue
P.O. Box 890420
Oklahoma City, OK 73189

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Melissa Rizvi v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-01793-EEF-DEK*

Dear Mr. Yaffe:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Randy Allison. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

        The deadline for Mr. Allison to serve a PPF and medical authorizations passed on November 15, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M008504338

```
                     **********************
                 ***   TX REPORT   ***
                     **********************


        TRANSMISSION OK

        TX/RX NO            0255
        RECIPIENT ADDRESS   14056323036
        DESTINATION ID
        ST. TIME            08/15 12:51
        TIME USE            01'13
        PAGES SENT          7
        RESULT             OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 15, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| D. Eliot Yaffe, Esq. | Foshee & Yafee | 405-632-3036 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M008504359

# Exhibit G

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 15, 2006

**VIA FIRST CLASS MAIL & TELECOPY (405-632-3036)**

D. Eliot Yaffe, Esq.
Foshee & Yafee
12231 S. May Avenue
P.O. Box 890420
Oklahoma City, OK 73189

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Melissa Rizvi v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01793-EEF-DEK*

Dear Mr. Yaffe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Donna Barton. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Barton to serve a PPF and medical authorizations passed on November 15, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
       Russ M. Herman, Esq. (via electronic mail)

M00/22/010

Case 2:05-md-01657-EEF-DEK   Document 12272-1   Filed 09/18/07   Page 21 of 36

```
                    *********************
               ***     TX REPORT     ***
                    *********************

          TRANSMISSION OK

          TX/RX NO              0255
          RECIPIENT ADDRESS     14056323036
          DESTINATION ID
          ST. TIME             08/15 12:51
          TIME USE             01'13
          PAGES SENT            7
          RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 15, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| D. Eliot Yaffe, Esq. | Foshee & Yaffe | 405-632-3036 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M008504539

# Exhibit H

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 15, 2006

**VIA FIRST CLASS MAIL & TELECOPY (405-632-3036)**

D. Eliot Yaffe, Esq.
Foshee & Yafee
12231 S. May Avenue
P.O. Box 890420
Oklahoma City, OK 73189

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Melissa Rizvi v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01793-EEF-DEK*

Dear Mr. Yaffe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jimmy Mensik. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Mensik to serve a PPF and medical authorizations passed on December 30, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

Case 2:05-md-01657-EEF-DEK   Document 12272-1   Filed 09/18/07   Page 24 of 36

```
          *********************
     ***    TX REPORT    ***
          *********************

     TRANSMISSION OK

     TX/RX NO              0255
     RECIPIENT ADDRESS     14056323036
     DESTINATION ID
     ST. TIME              08/15 12:51
     TIME USE              01'13
     PAGES SENT              7
     RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 15, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| D. Eliot Yaffe, Esq. | Foshee & Yafee | 405-632-3036 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit I

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 15, 2006

**VIA FIRST CLASS MAIL & TELECOPY (405-632-3036)**

D. Eliot Yaffe, Esq.
Foshee & Yafee
12231 S. May Avenue
P.O. Box 890420
Oklahoma City, OK 73189

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Melissa Rizvi v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01793-EEF-DEK*

Dear Mr. Yaffe:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Vivian Thomas. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Thomas to serve a PPF and medical authorizations passed on January 14, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

Case 2:05-md-01657-EEF-DEK   Document 12272-1   Filed 09/18/07   Page 27 of 36

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

        TRANSMISSION OK

        TX/RX NO            0255
        RECIPIENT ADDRESS   14056323036
        DESTINATION ID
        ST. TIME            08/15 12:51
        TIME USE            01'13
        PAGES SENT          7
        RESULT              OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 15, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| D. Eliot Yaffe, Esq. | Foshee & Yaffe | 405-632-3036 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit J



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-522-1558)**

Georg Abakumov, Esq.
Georg Abakumov, Attorney at Law
Reserve Square
1701 East 12th Street, Suite G
Cleveland, OH 44114

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Mordakhay Elnatanov v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10878-EEF-DEK*

Dear Mr. Abakumov:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mordakhay Elnatanov. Pretrial Order No. 18C required Mr. Elnatanov to serve this PPF no later than February 25, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Mordakhay Elnatanov no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

MIU0925383

```
** TX STATUS REPORT **          AS OF   APR 25 2007 15:10   PAGE.01

                                        HUGHES HUBBARD


        DATE TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    16  04/25 15:10   1 216 522 1558 EC--S  00'34"   002   152   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Georg Abakumov, Esq. | Georg Abakumov, Attorney at Law | 216-522-1558 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit K



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (712-732-6202)**

Steve Hamilton, Esq.
Hamilton Law Firm
606 Ontario Street
P.O. Box 188
Storm Lake, IA 50588

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Jerry Barringer v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-11064-EEF-DEK*

Dear Mr. Hamilton:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jerry Barringer. Pretrial Order No. 18C required Mr. Barringer to serve this PPF no later than March 3, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jerry Barringer no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DE019205

```
** TX STATUS REPORT **        AS OF  APR 25 2007 16:13   PAGE.01

                                         HUGHES HUBBARD


       DATE  TIME      TO/FROM      MODE  MIN/SEC   PGS  JOB#  STATUS
   23  04/25 16:11     7127326202 EC--S  01'59"   008  224   OK
```

## Hughes
## Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Steve Hamilton, Esq. | Hamilton Law Firm | 712-732-6202 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   8

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE019206

# Exhibit L



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 31, 2007

**BY FIRST CLASS MAIL & TELECOPY (202-223-3595)**

Thomas F. Urban, Esq.
James F. Humphreys and Associates LC
1200 New Hampshire Ave., N.W.
Suite 510
Washington, DC 20036

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Valton Kurykendall v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-06938-EEF-DEK*

Dear Mr. Urban:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Valton Kurykendall. Pretrial Order No. 18C required your clients, plaintiffs Deborah Kurykendall and Valton Kurykendall, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Valton Kurykendall no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MC09143336

** TX STATUS REPORT **                    AS OF   JAN 31 2007 11:25   PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 30 | 01/31 | 11:23 | 2022233595 | EC--S | 02'34" | 010 | 189 | OK |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 31, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Thomas F. Urban, Esq. | James F. Humphreys and Associates LC | 202-223-3595 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MO0914383?