# Exhibit M

# Exhibit AA

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (718-368-3938)**

Joseph B. Maira, Esq.
Joseph B. Maira, Attorney at Law
1213 Desmond Court
Brooklyn, NY 11235

Re: **_In re Vioxx® Products Liability Litigation_**
**_MDL No. 1657_**
**_Paula Diaz Maira v. Merck & Co., Inc._**
**_Docket No. 2:05-cv-01079-EEF-DEK_**

Dear Mr. Maira:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Paula Diaz Maira. The deadline for Ms. Maira to serve a complete PPF and medical authorizations passed on November 30, 2005. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Paula Diaz Maira is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Maira.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

_/s/ John N. Poulos_

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M00735889?

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            0656
RECIPIENT ADDRESS   17183683938
DESTINATION ID
ST. TIME            11/01 13:17
TIME USE            01'21
PAGES SENT          3
RESULT              OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Joseph B. Maira, Esq. | Joseph B. Maira, Attorney at Law | 718-368-3938 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00736899

# Exhibit N

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (918-585-3101)**

John Bryan Nicks, Esq.
Layon Cronin Kaiser and Nicks PA
125 West 15th Street
6th Floor
Tulsa, OK 74119

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Barbara S. Lovelace v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-05863-EEF-DEK*

Dear Mr. Nicks:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Angela L Conley. The deadline for Ms. Conley to serve a complete PPF and medical authorizations passed on February 4, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Angela L Conley is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Conley.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

NOV 2 2006

M0DAF21104

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO            0668
RECIPIENT ADDRESS   19185853101
DESTINATION ID
ST. TIME            11/01 13:45
TIME USE            01'32
PAGES SENT          4
RESULT              OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

1o1 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| John Bryan Nicks, Esq. | Layon Cronin Kaiser and Nicks PA | 918-585-3101 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit O



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael W. Jackson, Esq.
Michael W. Jackson, Attorney at Law
2548 N.W. Expressway
Suite 103
Oklahoma City, OK 73112

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Yolanda M. Carter v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10673-EEF-DEK*

Dear Mr. Jackson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Yolanda M Carter. Pretrial Order No. 18C required your client, plaintiff Yolanda M. Carter, to serve this PPF no later than February 11, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Yolanda M Carter no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael W. Jackson, Esq.
Michael W. Jackson, Attorney at Law
2548 N.W. Expressway
Suite 103
Oklahoma City, OK 73112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Michael W. Jackson_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
MICHAEL W JACKSON

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

(postmark: OKLAHOMA CITY OK — 39TH ST. STA. USPS — MAY 14 2007)

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7006 2150 0001 2279 7728

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7006 2150 0001 2279 7728

PS Form 3800, August 2006    See Reverse for Instructions

# Exhibit P

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 2, 2006

**VIA U.S. MAIL & TELECOPY (419-624-0707)**

John T. Murray, Esq.
Murray & Murray Co., LPA
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871

> Re:     *In re Vioxx® Products Liability Litigation*
>          *MDL No. 1657*
>          *Virginia Bloomberg v. Merck & Co., Inc.*
>          *Docket No. 2:05-cv-03578-EEF-DEK*

Dear Mr. Murray:

          We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Susan Schwartz. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

          The deadline for Ms. Schwartz to serve a PPF and medical authorizations passed on January 14, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

          Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

                                   Very truly yours,

                                   */s/ John N. Poulos*

                                   John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
         Russ M. Herman, Esq. (via electronic mail)

M007221246

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            0258
RECIPIENT ADDRESS   14196240707
DESTINATION ID
ST. TIME            08/02 13:35
TIME USE            05'23
PAGES SENT          15
RESULT              OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| John T. Murray, Esq. | Murray & Murray Co., LPA | 419-624-0707 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: **15**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit Q



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 5, 2007

**BY FIRST CLASS MAIL & TELECOPY (205-328-2711)**

Tom Dutton, Esq.
Pittman Hooks Dutton Kirby and Hellums PC
1100 Park Place Tower
Birmingham, AL 35203

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Freddie W. Arnold v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-01460-EEF-DEK*

Dear Mr. Dutton:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ernestine Hatter. The deadline for Ms. Hatter to serve a complete PPF and medical authorizations passed on May 30, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Ernestine Hatter is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Hatter.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0091248S7

```
** TX STATUS REPORT **              AS OF   JAN 05 2007 11:15    PAGE.01

                                          HUGHES HUBBARD


    DATE  TIME      TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
13  01/05 11:14     12053282711   EC--S  00'54"    003   215   OK
```

---

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partner*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 5, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Tom Dutton, Esq. | Pittman Hooks Dutton Kirby and Hellums PC | 205-328-2711 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit R

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Richard D. Hailey, Esq.
Ramey and Hailey
3891 Eagle Creek Parkway
Suite C
Indianapolis, IN 46254

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Ronald Higgins v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-06131-EEF-DEK*

Dear Mr. Hailey:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ronald Higgins. The deadline for your clients, plaintiffs Ronald Higgins and Ronald Higgins, to serve a complete PPF and medical authorizations for Ronald Higgins passed on February 8, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Ronald Higgins is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for your clients, plaintiffs Ronald Higgins and Ronald Higgins.

Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery, among other grounds, should plaintiffs seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X E. Mass     ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

1. Article Addressed to:

Richard D. Hailey, Esq.
Ramey and Hailey
3891 Eagle Creek Parkway
Suite C
Indianapolis, IN 46254

D. Is delivery address different from item 1?   ☑ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)   7005 3110 0004 3714 1360

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To   Richard D. Hailey, Esq.
          Ramey and Hailey
Street, Apt. No. or PO Box No.   3891 Eagle Creek Parkway
City, State, ZIP+4   Suite C
          Indianapolis, IN 46254

PS Form 3800, June 2002     See Reverse for Instructions

7005 3110 0004 3714 1360

# Exhibit S



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 24, 2007

**BY FIRST CLASS MAIL & TELECOPY (405-842-2913)**

D. Sharon Gentry, Esq.
Riggs Abney Neal Turpen Orbison and Lewis
5801 N. Broadway Ave.
Suite 101
Oklahoma City, OK 73118

Re:     *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Benjamin Stepeny v. Merck & Co., Inc.*
<u>*Docket No. 2:06-cv-05574-EEF-DEK*</u>

Dear Ms. Gentry:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ethel M. Stepeny. Pretrial Order No. 18C required Ms. Stepeny to serve this PPF no later than November 12, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Ethel M. Stepeny no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00BC05619

```
** TX STATUS REPORT **        AS OF   JAN 24 2007 13:42   PAGE.01
                                       HUGHES HUBBARD

        DATE TIME       TO/FROM       MODE   MIN/SEC  PGS   JOB#  STATUS
    07  01/24 13:38      5831549      EC--S  03'30"   007   210   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 24, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| M. David Riggs, Esq. | Riggs Abney Neal Turpen Orbison and Lewis | 918-583-1549 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00BC05620

# Exhibit T

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (607-772-1678)**

Ronald R. Benjamin, Esq.
Law Office of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

           **Re:**    ***In re Vioxx® Products Liability Litigation***
                        ***MDL No. 1657***
                        ***Matthew Cavallo v. Merck & Co., Inc.***
                        ***Docket No. 2:05-cv-01513-EEF-DEK***

Dear Mr. Benjamin:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rebecca Whitaker. The deadline for Ms. Whitaker to serve a complete PPF and medical authorizations passed on January 14, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

        Within twenty (20) days from the date of this letter either; (1) confirm in writing that Rebecca Whitaker is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Whitaker.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
       Russ M. Herman, Esq. (via electronic mail)

MOO92493991

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0057
RECIPIENT ADDRESS     16077721678
DESTINATION ID
ST. TIME              11/01 13:25
TIME USE              01'27
PAGES SENT            8
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald R. Benjamin, Esq. | Law Office of Ronald R. Benjamin | 607-772-1678 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 8

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit U

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (607-772-1678)**

Ronald R. Benjamin, Esq.
Law Office of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

> Re: ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Carlo DeVincentiis v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-02297-EEF-DEK***

Dear Mr. Benjamin:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ronald P McKan. The deadline for Mr. McKan to serve a complete PPF and medical authorizations passed on December 30, 2005. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Ronald P McKan is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Mr. McKan.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

MC0580307

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


    TRANSMISSION OK

    TX/RX NO            0057
    RECIPIENT ADDRESS   16077721678
    DESTINATION ID
    ST. TIME            11/01 13:25
    TIME USE            01'27
    PAGES SENT          8
    RESULT              OK
```

# Hughes Hubbard & Reed LLP

## A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald R. Benjamin, Esq. | Law Office of Ronald R. Benjamin | 607-772-1678 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 8

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit V

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (607-772-1678)**

Ronald R. Benjamin, Esq.
Law Office of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Carlo DeVincentiis v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02297-EEF-DEK*

Dear Mr. Benjamin:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rochelle V Mills. The deadline for Ms. Mills to serve a complete PPF and medical authorizations passed on December 30, 2005. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Rochelle V Mills is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Mills.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

```
                    ************************
                    ***   TX REPORT   ***
                    ************************


    TRANSMISSION OK

    TX/RX NO              0057
    RECIPIENT ADDRESS     16077721678
    DESTINATION ID
    ST. TIME              11/01 13:25
    TIME USE              01'27
    PAGES SENT            8
    RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald R. Benjamin, Esq. | Law Office of Ronald R. Benjamin | 607-772-1678 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 8

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit W



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 22, 2007

**BY FIRST CLASS MAIL & TELECOPY (312-327-1841)**

Richard J. Rosenblum, Esq.
Rubin and Machado LTD
120 W. Madison Street
Suite 400
Chicago, IL 60602

Re:     ***In re Vioxx® Products Liability Litigation***
        ***MDL No. 1657***
        ***Demper Birdow v. Merck & Co., Inc.***
        ***Docket No. 2:06-cv-09360-EEF-DEK***

Dear Mr. Rosenblum:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Demper Birdow. Pretrial Order No. 18C required Ms. Birdow to serve this PPF no later than January 16, 2007, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Demper Birdow no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York    ■    Washington, D.C.    ■    Los Angeles    ■    Miami    ■    Jersey City    ■    Paris    ■    Tokyo

M0DE007808

```
** TX STATUS REPORT **          AS OF  MAR 22 2007 14:00  PAGE.01

                                       HUGHES HUBBARD


     DATE TIME      TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
 04  03/22 13:59    3123271841 EC--S  00'34"   002  217   OK
```

## Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 22, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Richard J. Rosenblum, Esq. | Rubin and Machado LTD | 312-327-1841 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DE007809

# Exhibit X



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (415-391-6856)**

Steven A. Fabbro, Esq.
Law Offices of Steven A. Fabbro
101 Montgomery Street
27th Floor
San Francisco, CA 94104

Re:  *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Carlos Adlawan v. Merck & Co., Inc.*
*Docket No. 2:06-cv-11011-EEF-DEK*

Dear Mr. Fabbro:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Carlos Adlawan. Pretrial Order No. 18C required Mr. Adlawan to serve this PPF no later than March 3, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Carlos Adlawan no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00F401413

```
** TX STATUS REPORT **              AS OF   APR 25 2007 16:32   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    28  04/25 16:28     415 391 6856 EC--S  03'40"    015   250   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Steven A. Fabbro, Esq. | Law Offices of Steven A. Fabbro | 415-391-6856 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F40/1414

# Exhibit Y


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (415-391-6856)**

Steven A. Fabbro, Esq.
Law Offices of Steven A. Fabbro
101 Montgomery Street
27th Floor
San Francisco, CA 94104

Re:  *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Susan Christensen v. Merck & Co., Inc.*
*Docket No. 2:06-cv-11010-EEF-DEK*

Dear Mr. Fabbro:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Susan Christensen.  Pretrial Order No. 18C required Ms. Christensen to serve this PPF no later than March 3, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Susan Christensen no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MDEG20210

```
** TX STATUS REPORT **              AS OF   APR 25 2007 16:32   PAGE.01

                                          HUGHES HUBBARD

        DATE TIME      TO/FROM      MODE   MIN/SEC    PGS    JOB#  STATUS
    28  04/25 16:28    415 391 6856 EC--S  03'40"     015    250   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Steven A. Fabbro, Esq. | Law Offices of Steven A. Fabbro | 415-391-6856 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE020211

# Exhibit Z

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

December 14, 2005

**VIA TELECOPY (601-782-4439)**

John R. Tullos, Esq.
Tullos & Tullos
P.O. Box 74
Raleigh, MS 39153

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Janet S. Morgan v. Merck & Co., Inc.***
> ***Docket No. 2:05-CV-00496-EEF-DEK***

Dear Mr. Tullos:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Stephen Anthony.  As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records."  The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for your client, plaintiff Tracy Brown, to serve a PPF and medical authorizations for Stephen Anthony passed on November 15, 2005.  This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

NY 1006647_1.DOC

M007227300

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 12/14/2005 10:13
                                    NAME  :
                                    FAX#  :
                                    TEL # :
                                    SER.# : 000005100038

  ┌──────────────────────────────────────────────────────────────┐
  │ DATE,TIME              12/14  10:12                           │
  │ FAX NO./NAME           10007341835160170824439               │
  │ DURATION               00:00:32                              │
  │ PAGE(S)                02                                    │
  │ RESULT                 OK                                    │
  │ MODE                   STANDARD                             │
  │                        ECM                                  │
  └──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 14, 2005 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| John R. Tullos, Esq. | Tullos & Tullos | 601-782-4439 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M007227301

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 14, 2005 |

| TO | Firm | Fax No. |
|---|---|---|
| John R. Tullos, Esq. | Tullos & Tullos | 601-782-4439 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1006647_1.DOC

M007227302