# Exhibit AA

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 2, 2006

**VIA U.S. MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos & Tullos
P.O. Box 74
Raleigh, MS 39153

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Janet S. Morgan v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00496-EEF-DEK*

Dear Mr. Tullos:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Eunice Chapman. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Chapman to serve a PPF and medical authorizations passed on November 15, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
       Russ M. Herman, Esq. (via electronic mail)

M007221109

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              0202
RECIPIENT ADDRESS     16017824439
DESTINATION ID
ST. TIME              08/02 11:57
TIME USE              05'21
PAGES SENT            14
RESULT                OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| John Raymond Tullos, Esq. | Tullos & Tullos | 601-782-4439 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 14

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit BB

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 2, 2006

**VIA U.S. MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos & Tullos
P.O. Box 74
Raleigh, MS 39153

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Janet S. Morgan v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00496-EEF-DEK*

Dear Mr. Tullos:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Reginald Early. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Early to serve a PPF and medical authorizations passed on November 30, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

```
*********************
***  TX REPORT  ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0202 |
| RECIPIENT ADDRESS | 16017824439 |
| DESTINATION ID | |
| ST. TIME | 08/02 11:57 |
| TIME USE | 05'21 |
| PAGES SENT | 14 |
| RESULT | OK |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| John Raymond Tullos, Esq. | Tullos & Tullos | 601-782-4439 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 14

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit CC

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 2, 2006

**VIA U.S. MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos & Tullos
P.O. Box 74
Raleigh, MS 39153

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Janet S. Morgan v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-00496-EEF-DEK*

Dear Mr. Tullos:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jerry Gough. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Gough to serve a PPF and medical authorizations passed on November 30, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
        Russ M. Herman, Esq. (via electronic mail)

MO08A01952

```
      ***********************
      ***   TX REPORT   ***
      ***********************

   TRANSMISSION OK

   TX/RX NO              0202
   RECIPIENT ADDRESS     16017824439
   DESTINATION ID
   ST. TIME              08/02 11:57
   TIME USE              05'21
   PAGES SENT            14
   RESULT               OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronaro
Resident Partner

| FROM | Telephone No. | Date |
| --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
| --- | --- | --- |
| John Raymond Tullos, Esq. | Tullos & Tullos | 601-782-4439 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 14

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit DD

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 2, 2006

**VIA U.S. MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos & Tullos
P.O. Box 74
Raleigh, MS 39153

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Janet S. Morgan v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00496-EEF-DEK*

Dear Mr. Tullos:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Josephine Halbert. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Halbert to serve a PPF and medical authorizations passed on December 15, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M007221112

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0202
RECIPIENT ADDRESS     16017824439
DESTINATION ID
ST. TIME              08/02 11:57
TIME USE              05'21
PAGES SENT            14
RESULT                OK
```

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| John Raymond Tullos, Esq. | Tullos & Tullos | 601-782-4439 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 14

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit EE

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 2, 2006

**VIA U.S. MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos & Tullos
P.O. Box 74
Raleigh, MS 39153

> Re:   *In re Vioxx® Products Liability Litigation*
>        *MDL No. 1657*
>        *Janet S. Morgan v. Merck & Co., Inc.*
>        *Docket No. 2:05-cv-00496-EEF-DEK*

Dear Mr. Tullos:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Linder Maynor. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Maynor to serve a PPF and medical authorizations passed on December 30, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M007221115

```
        ********************
        ***  TX REPORT  ***
        ********************


   TRANSMISSION OK

   TX/RX NO              0202
   RECIPIENT ADDRESS     16017824439
   DESTINATION ID
   ST. TIME              08/02 11:57
   TIME USE              05'21
   PAGES SENT            14
   RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| John Raymond Tullos, Esq. | Tullos & Tullos | 601-782-4439 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  14

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit FF

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 2, 2006

**VIA U.S. MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos & Tullos
P.O. Box 74
Raleigh, MS 39153

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Janet S. Morgan v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-00496-EEF-DEK***

Dear Mr. Tullos:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for James Smith. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Smith to serve a PPF and medical authorizations passed on January 14, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M007221119

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                0202
RECIPIENT ADDRESS       16017824439
DESTINATION ID
ST. TIME                08/02 11:57
TIME USE                05'21
PAGES SENT              14
RESULT                  OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| John Raymond Tullos, Esq. | Tullos & Tullos | 601-782-4439 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 14

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit GG



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (510-865-7245)**

Andrew Alexander Dosa, Esq.
Law Offices of Andrew Dosa
1516 Oak Street
Suite 310
Alameda, CA 94501

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Audrey C. Fletcher v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10590-EEF-DEK*

Dear Mr. Dosa:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Audrey Mae Fletcher.  Merck's initial notice letter was sent on April 25, 2007.  Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Audrey C. Fletcher and Gregory Fletcher, to serve this PPF no later than February 11, 2007.

Please produce a completed PPF for Audrey Mae Fletcher no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery.  If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00893131₈

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 17:50   PAGE.01

                                              HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
    01  06/29 17:49     510865T245 EC--S    01'12"    002   132   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Andrew Alexander Dosa, Esq. | Law Offices of Andrew Dosa | 510-865-7245 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B931319

# Exhibit HH



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (850-916-7449)**

Brian F. Aylstock, Esq.
Aylstock Witkin and Sasser PLC
55 Baybridge Drive
PO Box 1147
Gulf Breeze, FL 32561

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Rodney Ward v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-06834-EEF-DEK***

Dear Mr. Aylstock:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Rodney Ward. Merck's initial notice letter was sent on June 14, 2006. Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Kathleen Ward and Rodney Ward, to serve this PPF no later than March 8, 2006.

Please produce a completed PPF for Rodney Ward no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. **(via e-mail)**
      Russ M. Herman, Esq. (via e-mail)

M0DE615847

** TX STATUS REPORT **                    AS OF   JUN 28 2007 19:16   PAGE.01

                                          HUGHES HUBBARD

```
        DATE  TIME      TO/FROM     MODE  MIN/SEC   PGS   JOB#  STATUS
  24   06/28 19:16     8509167449  EC--S   00'36"   002   183   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian F. Aylstock, Esq. | Aylstock Witkin and Sasser PLC | 850-916-7449 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E6T5848

# Exhibit II



**Hughes**
**Hubbard**
. A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (212-931-9979)**

Michael A. London, Esq.
Douglas and London PC
111 John Street
14th Floor
New York, NY 10038

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Mary Bainum v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-00204-EEF-DEK*

Dear Mr. London:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Brenda Gardener. Merck's initial notice letter was sent on August 15, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Gardener to serve this PPF no later than April 22, 2006.

Please produce a completed PPF for Brenda Gardener no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0UE2039868

```
** TX STATUS REPORT **           AS OF   JUN 28 2007 17:44   PAGE.01
                                         HUGHES HUBBARD


       DATE  TIME        TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
    20 06/28 17:42       2125667501  EC--S  01'59"   008  112   OK
```

# Hughes
# Hubbard
**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Michael A. London, Esq. | Douglas and London PC | 212-931-9979 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 8

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E209869

# Exhibit JJ



# Hughes Hubbard
.A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (212-931-9979)**

Michael A. London, Esq.
Douglas and London PC
111 John Street
14th Floor
New York, NY 10038

Re:  *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*David Fullington v. Merck & Co., Inc.*
<u>*Docket No. 2:05-cv-05164-EEF-DEK*</u>

Dear Mr. London:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Nina Hopper. Merck's initial notice letter was sent on August 15, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Hopper to serve this PPF no later than January 29, 2006.

Please produce a completed PPF for Nina Hopper no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M010300040

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:44   PAGE.01
                                        HUGHES HUBBARD

        DATE  TIME      TO/FROM      MODE    MIN/SEC   PGS   JOB#  STATUS
   20   06/28 17:42   2125667501  EC--S    01'59"    008   112   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Michael A. London, Esq. | Douglas and London PC | 212-931-9979 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  8

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M01030004I

# Exhibit KK



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
401 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (405-632-3036)**

Eliot D. Yafee, Esq.
Foshee and Yafee
12231 S. May Ave.
PO Box 890420
Oklahoma City, OK 73189

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Melissa Rizvi v. Merck & Co., Inc.*
> <u>*Docket No. 2:05-cv-01793-EEF-DEK*</u>

Dear Mr. Yafee:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Randy Allison. Merck's initial notice letter was sent on August 15, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Allison to serve this PPF no later than November 15, 2005.

Please produce a completed PPF for Randy Allison no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0105000535

```
** TX STATUS REPORT **          AS OF  JUN 28 2007 18:44   PAGE.01
                                      HUGHES HUBBARD
```

```
        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   08   06/28 18:43    4056323036  EC--S   01'27"    005   139   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Eliot D. Yafee, Esq. | Foshee and Yafee | 405-632-3036 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M01050053 6

# Exhibit LL



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (405-632-3036)**

Eliot D. Yafee, Esq.
Foshee and Yafee
12231 S. May Ave.
PO Box 890420
Oklahoma City, OK 73189

> **Re:** **_In re Vioxx® Products Liability Litigation_**
> **_MDL No. 1657_**
> **_Melissa Rizvi v. Merck & Co., Inc._**
> **_Docket No. 2:05-cv-01793-EEF-DEK_**

Dear Mr. Yafee:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Donna Barton. Merck's initial notice letter was sent on August 15, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Barton to serve this PPF no later than November 15, 2005.

Please produce a completed PPF for Donna Barton no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
    Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DED97919

```
** TX STATUS REPORT **            AS OF   JUN 28 2007 18:44   PAGE.01

                                           HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
  08   06/28 18:43    4056323036    EC--S   01'27"    005   139   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Eliot D. Yafee, Esq. | Foshee and Yafee | 405-632-3036 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit MM



**Hughes Hubbard**

**Hughes**
**Hubbard**

. A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (405-632-3036)**

Eliot D. Yafee, Esq.
Foshee and Yafee
12231 S. May Ave.
PO Box 890420
Oklahoma City, OK 73189

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Melissa Rizvi v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01793-EEF-DEK*

Dear Mr. Yafee:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Jimmy Mensik. Merck's initial notice letter was sent on August 15, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Mensik to serve this PPF no later than December 30, 2005.

Please produce a completed PPF for Jimmy Mensik no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M01050037

** TX STATUS REPORT **                    AS OF   JUN 28 2007 18:44   PAGE.01

                                                HUGHES HUBBARD


        DATE  TIME        TO/FROM        MODE   MIN/SEC   PGS   JOB#  STATUS
   08   06/28 18:43      4056323036    EC--S   01'27"   005   139   OK

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Eliot D. Yafee, Esq. | Foshee and Yafee | 405-632-3036 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MU1U5U53B

# Exhibit NN



# Hughes
# Hubbard
. A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

## BY FIRST CLASS MAIL & TELECOPY (405-632-3036)

Eliot D. Yafee, Esq.
Foshee and Yafee
12231 S. May Ave.
PO Box 890420
Oklahoma City, OK 73189

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Melissa Rizvi v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01793-EEF-DEK*

Dear Mr. Yafee:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Vivian Thomas. Merck's initial notice letter was sent on August 15, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Thomas to serve this PPF no later than January 14, 2006.

Please produce a completed PPF for Vivian Thomas no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0EE209699

```
** TX STATUS REPORT **            AS OF   JUN 28 2007 18:44   PAGE.01

                                          HUGHES HUBBARD


       DATE  TIME       TO/FROM     MODE  MIN/SEC  PGS  JOB#  STATUS
   08  06/28 18:43      4056323036  EC--S  01'27"  005  139   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Eliot D. Yafee, Esq. | Foshee and Yafee | 405-632-3036 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E210000