# Exhibit OO



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-522-1558)**

Georg Abakumov, Esq.
Georg Abakumov, Attorney at Law
Reserve Square
1701 East 12th Street, Suite G
Cleveland, OH 44114

Re:   *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Mordakhay Elnatanov v. Merck & Co., Inc.*
*Docket No. 2:06-cv-10878-EEF-DEK*

Dear Mr. Abakumov:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Mordakhay Elnatanov. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Elnatanov to serve this PPF no later than February 25, 2007.

Please produce a completed PPF for Mordakhay Elnatanov no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0AD50260

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 13:56   PAGE.01

                                            HUGHES HUBBARD


          DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
     29   06/29 13:55   1 216 522 1558 EC--S  00'35"    002   249   OK
----------------------------------------------------------------------------
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Georg Abakumov, Esq. | Georg Abakumov, Attorney at Law | 216-522-1558 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DAD50261

# Exhibit PP



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (712-732-6202)**

Steve Hamilton, Esq.
Hamilton Law Firm
606 Ontario Street
P.O. Box 188
Storm Lake, IA 50588

> Re:   *In re Vioxx® Products Liability Litigation*
>       *MDL No. 1657*
>       *Jerry Barringer v. Merck & Co., Inc.*
>       *Docket No. 2:06-cv-11064-EEF-DEK*

Dear Mr. Hamilton:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Jerry Barringer. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Barringer to serve this PPF no later than March 3, 2007.

Please produce a completed PPF for Jerry Barringer no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00E-439984

** TX STATUS REPORT **          AS OF   JUN 29 2007 14:27   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    09  06/29 14:27      712 732 6202 EC--S  00'35"    002   019   OK

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Steve Hamilton, Esq. | Hamilton Law Firm | 712-732-6202 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E439985

# Exhibit QQ



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (202-223-3595)**

Thomas F. Urban, Esq.
James F. Humphreys and Associates LC
1200 New Hampshire Ave., N.W.
Suite 510
Washington, DC 20036

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Valton Kurykendall v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06938-EEF-DEK*

Dear Mr. Urban:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Valton Kurykendall. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required your clients, plaintiffs Deborah Kurykendall and Valton Kurykendall, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Valton Kurykendall no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00D344433

```
** TX STATUS REPORT **           AS OF  MAY 08 2007 10:31   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
   24   05/08 10:29     2022233595  EC--S  01'35"    006   159   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Thomas F. Urban, Esq. | James F. Humphreys and Associates LC | 202-223-3595 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M000344434

# Exhibit RR



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (718-368-3938)**

Joseph B. Maira, Esq.
Joseph B. Maira
1213 Desmond Court
Brooklyn, NY 11235

> **Re:**    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Paula Diaz Maira v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01079-EEF-DEK*

Dear Mr. Maira:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Paula Diaz Maira.  Merck's initial notice letter was sent on November 1, 2006.  Pretrial Order No. 18C ("PTO 18C") required Ms. Maira to serve this PPF no later than November 30, 2005.

Please produce a completed PPF for Paula Diaz Maira no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MDEC036126

** TX STATUS REPORT **          AS OF   JUN 28 2007 18:09   PAGE.01

HUGHES HUBBARD

|    | DATE  | TIME  | TO/FROM      | MODE  | MIN/SEC | PGS | JOB# | STATUS |
|----|-------|-------|--------------|-------|---------|-----|------|--------|
| 28 | 06/28 | 18:08 | 17183683938  | EC--S | 00'49"  | 003 | 126  | OK     |

# Hughes Hubbard

.A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Joseph B. Maira, Esq. | Joseph B. Maira | 718-368-3938 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E036127

# Exhibit SS


**Hughes Hubbard** A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (918-585-3101)**

John Bryan Nicks, Esq.
Layon Cronin Kaiser and Nicks PA
125 West 15th Street
6th Floor
Tulsa, OK 74119

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Barbara S. Lovelace v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-05863-EEF-DEK***

Dear Mr. Nicks:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Angela L Conley. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Conley to serve this PPF no later than December 8, 2006.

Please produce a completed PPF for Angela L Conley no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0DE086128

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 18:19   PAGE.01

                                        HUGHES HUBBARD

        DATE   TIME      TO/FROM       MODE   MIN/SEC   PGS   JOB#   STATUS
     02  06/28  18:18    9185853101   EC--S   01'03"    004   132    OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| John Bryan Nicks, Esq. | Layon Cronin Kaiser and Nicks PA | 918-585-3101 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE036129

# Exhibit TT



**Hughes Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael W. Jackson, Esq.
Michael W. Jackson, Attorney at Law
2548 N.W. Expressway
Suite 103
Oklahoma City, OK 73112

> Re:    ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Yolanda M. Carter v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-10673-EEF-DEK***

Dear Mr. Jackson:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Yolanda M Carter.  Merck's initial notice letter was sent on April 25, 2007.  Pretrial Order No. 18C ("PTO 18C") required your client, plaintiff Yolanda M. Carter, to serve this PPF no later than February 11, 2007.

    Please produce a completed PPF for Yolanda M Carter no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

    Very truly yours,

    */s/ John N. Poulos*

    John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
    Russ M. Herman, Esq. (via e-mail)

MDE035679

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Michael W. Jackson_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery  7-6-07

1. Article Addressed to:

Mr. Michael W. Jackson, Esq.
Michael W. Jackson, Attorney at Law
2548 N.W. Expressway
Suite 103
Oklahoma City, OK 73134

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer fr     7006 2150 0001 2279 8220

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7006 2150 0001 2279 8220

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To  _Michael Jackson_
Street, Apt. No.;  _2548 N.W Expressway Ste 103_
or PO Box No.
City, State, ZIP+4  _Oklahoma City, OK 73102_

PS Form 3800, August 2006     See Reverse for Instructions

# Exhibit UU



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (419-624-0707)**

John T. Murray, Esq.
Murray and Murray Co LPA
111 East Shoreline Drive
PO Box 19
Sandusky, OH 44871

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Virginia Bloomberg v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-03578-EEF-DEK***

Dear Mr. Murray:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Susan Schwartz. Merck's initial notice letter was sent on August 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Schwartz to serve this PPF no later than January 14, 2006.

Please produce a completed PPF for Susan Schwartz no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF  JUN 28 2007 18:55  PAGE.01

                                            HUGHES HUBBARD


        DATE TIME      TO/FROM     MODE  MIN/SEC  PGS  JOB#  STATUS
   13   06/28 18:54    419-624-0707 EC--S  01'02"  003  145   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| John T. Murray, Esq. | Murray and Murray Co LPA | 419-624-0707 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit VV



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (205-328-2711)**

Tom Dutton, Esq.
Pittman Hooks Dutton Kirby and Hellums PC
1100 Park Place Tower
Birmingham, AL 35203

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Freddie W. Arnold v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-01460-EEF-DEK*

Dear Mr. Dutton:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Ernestine Hatter. Merck's initial notice letter was sent on January 5, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Hatter to serve this PPF no later than May 30, 2006.

Please produce a completed PPF for Ernestine Hatter no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00ED98518

```
** TX STATUS REPORT **           AS OF  JUN 29 2007 16:12   PAGE.01

                                          HUGHES HUBBARD

      DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
 13   06/29 16:11    12053282711  EC--S   00'49"   003   081   OK
```


Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | Firm | Fax No. |
|---|---|---|
| Tom Dutton, Esq. | Pittman Hooks Dutton Kirby and Hellums PC | 205-328-2711 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00ED98519

# Exhibit WW



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Richard D. Hailey, Esq.
Ramey and Hailey
3891 Eagle Creek Parkway
Suite C
Indianapolis, IN 46254

Re: *In re Vioxx® Products Liability Litigation*
   *MDL No. 1657*
   *Ronald Higgins v. Merck & Co., Inc.*
   <u>*Docket No. 2:05-cv-06131-EEF-DEK*</u>

Dear Mr. Hailey:

  We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Ronald Higgins. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Christie Higgins and Ronald Higgins, to serve this PPF no later than February 8, 2006.

  Please produce a completed PPF for Ronald Higgins no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

    Very truly yours,

    */s/ John N. Poulos*

    John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
  Russ M. Herman, Esq. (via e-mail)

M0DE035578

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Brent Rames_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

   **Richard D. Hailey, Esq.**
   **Ramey and Hailey**
   **3891 Eagle Creek Parkway**
   **Suite C**
   **Indianapolis, IN 46254**

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer   7006 2150 0001 2279 8213

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7006 2150 0001 2279 8213

**Richard D. Hailey, Esq.**
**Ramey and Hailey**
Sent To
**3891 Eagle Creek Parkway**
Street, Apt. No.; or PO Box No.   **Suite C**
City, State, ZIP+4   **Indianapolis, IN 46254**

PS Form 3800, August 2006     See Reverse for Instructions

# Exhibit XX



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (405-842-2913)**

D. Sharon Gentry, Esq.
Riggs Abney Neal Turpen Orbison and Lewis
5801 N. Broadway Ave.
Ste. 101
Oklahoma City, OK 73118

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Benjamin Stepeny v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05574-EEF-DEK*

Dear Mr. Gentry:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ethel M Stepeny. Merck's initial notice letter was sent on January 24, 2007. Pretrial Order No. 18C required your client, plaintiff Benjamin Stepeny, to serve this PPF no later than , and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Ethel M Stepeny no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0E316041

** TX STATUS REPORT **          AS OF  MAR 20 2007 15:05   PAGE.01

                                        HUGHES HUBBARD

        DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
   05   03/20 15:04               8422913 EC--S   00'34"  002   248   OK

# Hughes
# Hubbard
A New York Limited Liability Partnership



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 20, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| D. Sharon Gentry, Esq. | Riggs Abney Neal Turpen Orbison and Lewis | 405-842-2913 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE316042

# Exhibit YY



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (607-772-1678)**

Ronald R. Benjamin, Esq.
Ronald R. Benjamin Law
126 Riverside Drive
PO Box 607
Binghampton, NY 13902

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Matthew Cavallo v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-01513-EEF-DEK***

Dear Mr. Benjamin:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Rebecca Whitaker. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Whitaker to serve this PPF no later than January 14, 2006.

Please produce a completed PPF for Rebecca Whitaker no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00E199639

```
** TX STATUS REPORT **            AS OF  JUN 28 2007 18:01  PAGE.01

                                          HUGHES HUBBARD


          DATE  TIME      TO/FROM      MODE    MIN/SEC  PGS  JOB#  STATUS
    23   06/28 18:00     6077721678  EC--S   01'04"   004   121   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald R. Benjamin, Esq. | Ronald R. Benjamin Law | 607-772-1678 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE199540

# Exhibit ZZ



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (607-772-1678)**

Ronald R. Benjamin, Esq.
Ronald R. Benjamin Law
126 Riverside Drive
PO Box 607
Binghampton, NY 13902

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Carlo DeVincentiis v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02297-EEF-DEK*

Dear Mr. Benjamin:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Ronald P McKan. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. McKan to serve this PPF no later than December 30, 2005.

Please produce a completed PPF for Ronald P McKan no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DEC06120

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 18:01   PAGE.01

                                        HUGHES HUBBARD

         DATE  TIME      TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
    23  06/28 18:00    6077721678  EC--S  01'04"   004   121   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ronald R. Benjamin, Esq. | Ronald R. Benjamin Law | 607-772-1678 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDE003612

# Exhibit AAA



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (607-772-1678)**

Ronald R. Benjamin, Esq.
Ronald R. Benjamin Law
126 Riverside Drive
PO Box 607
Binghampton, NY 13902

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Carlo DeVincentiis v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02297-EEF-DEK*

Dear Mr. Benjamin:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Rochelle V Mills. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Rochelle V Mills and Roger Mills, to serve this PPF no later than December 30, 2005.

Please produce a completed PPF for Rochelle V Mills no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00E036118

```
** TX STATUS REPORT **          AS OF  JUN 28 2007 18:01   PAGE.01
                                        HUGHES HUBBARD

         DATE  TIME     TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
  23   06/28 18:00      6077721678  EC--S   01'04"   004   121   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Ronald R. Benjamin, Esq. | Ronald R. Benjamin Law | 607-772-1678 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DEO36119

# Exhibit BBB



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (312-327-1841)**

Richard J. Rosenblum, Esq.
Rubin and Machado LTD
120 W. Madison Street
Suite 400
Chicago, IL 60602

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Demper Birdow v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-09360-EEF-DEK***

Dear Mr. Rosenblum:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Demper Birdow. Merck's initial notice letter was sent on March 22, 2007. Pretrial Order No. 18C required Ms. Birdow to serve this PPF no later than January 16, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Demper Birdow no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00E608574

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 09:36   PAGE.01

                                        HUGHES HUBBARD
```

```
        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    26  05/08 09:35    3123271841 EC--S    00'35"    002   115   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Richard J. Rosenblum, Esq. | Rubin and Machado LTD | 312-327-1841 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E608575

# Exhibit CCC



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (415-391-6856)**

Steven A. Fabbro, Esq.
Law Offices of Steven A. Fabbro
101 Montgomery Street
27th Floor
San Francisco, CA 94104

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Carlos Adlawan v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-11011-EEF-DEK***

Dear Mr. Fabbro:

 We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Carlos Adlawan. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Adlawan to serve this PPF no later than March 3, 2007.

 Please produce a completed PPF for Carlos Adlawan no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

 Very truly yours,

 */s/ John N. Poulos*

 John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
    Russ M. Herman, Esq. (via e-mail)

M00F40489

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 16:24   PAGE.01

                                            HUGHES HUBBARD


        DATE  TIME        TO/FROM        MODE   MIN/SEC   PGS   JOB#  STATUS
  19   06/29 16:23     415 391 6856  EC--S   01'09"   005   092   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Steven A. Fabbro, Esq. | Law Offices of Steven A. Fabbro | 415 391-6856 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F404870

# Exhibit DDD



Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (415-391-6856)**

Steven A. Fabbro, Esq.
Law Offices of Steven A. Fabbro
101 Montgomery Street
27th Floor
San Francisco, CA 94104

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Susan Christensen v. Merck & Co., Inc.*
> <u>*Docket No. 2:06-cv-11010-EEF-DEK*</u>

Dear Mr. Fabbro:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Susan Christensen. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Christensen to serve this PPF no later than March 3, 2007.

Please produce a completed PPF for Susan Christensen no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00F404863

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 16:24     PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   19   06/29 16:23    415 391 6856  EC--S  01'09"    005   092   OK
```

## Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Steven A. Fabbro, Esq. | Law Offices of Steven A. Fabbro | 415 391-6856 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F404864

# Exhibit EEE



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos and Tullos
PO Box 74
Raleigh, MS 39153

    *Re:*  ***In re Vioxx® Products Liability Litigation***
       ***MDL No. 1657***
       ***Janet S. Morgan v. Merck & Co., Inc.***
       ***Docket No. 2:05-cv-00496-EEF-DEK***

Dear Mr. Tullos:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Stephen Anthony. Merck's initial notice letter was sent on December 14, 2005. Pretrial Order No. 18C ("PTO 18C") required your client, plaintiff Tracy Brown, to serve this PPF no later than November 15, 2005. It is also our understanding that you have filed a motion to remand this action. Pursuant to Judge Fallon's specific mandate at the May 2007 status conference, all plaintiffs "must abide with Pre-Trial Order 18C regardless of whether or not they have a remand motion pending."

   Please produce a completed PPF for Stephen Anthony no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

       Very truly yours,

       */s/ John N. Poulos*

       John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
  Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M0DE035620

** TX STATUS REPORT **       AS OF   JUN 29 2007 17:01   PAGE.01

HUGHES HUBBARD

|    | DATE  | TIME  | TO/FROM        | MODE  | MIN/SEC | PGS | JOB# | STATUS |
|----|-------|-------|----------------|-------|---------|-----|------|--------|
| 29 | 06/29 | 16:58 | 601 782 4439   | EC--S | 02'37"  | 010 | 118  | OK     |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| John Raymond Tullos, Esq. | Tullos and Tullos | 601-782-4439 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   ４ ０

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE035621

# Exhibit FFF



**Hughes Hubbard** & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos and Tullos
PO Box 74
Raleigh, MS 39153

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Janet S. Morgan v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00496-EEF-DEK*

Dear Mr. Tullos:

     We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Eunice Chapman. Merck's initial notice letter was sent on August 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Chapman to serve this PPF no later than November 15, 2005. It is also our understanding that you have filed a motion to remand this action. Pursuant to Judge Fallon's specific mandate at the May 2007 status conference, all plaintiffs "must abide with Pre-Trial Order 18C regardless of whether or not they have a remand motion pending."

     Please produce a completed PPF for Eunice Chapman no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

     Very truly yours,

     */s/ John N. Poulos*

     John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
    Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MODE035582

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 17:01   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE    MIN/SEC   PGS   JOB#  STATUS
  29  06/29 16:58      601 782 4439  EC--S    02'37"    010   118   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| John Raymond Tullos, Esq. | Tullos and Tullos | 601-782-4439 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: ᐧ ◯

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E035583

# Exhibit GGG



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos and Tullos
PO Box 74
Raleigh, MS 39153

Re: *In re Vioxx® Products Liability Litigation*
   *MDL No. 1657*
   *Janet S. Morgan v. Merck & Co., Inc.*
   <u>*Docket No. 2:05-cv-00496-EEF-DEK*</u>

Dear Mr. Tullos:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Reginald Early. Merck's initial notice letter was sent on August 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Early to serve this PPF no later than November 30, 2005. It is also our understanding that you have filed a motion to remand this action. Pursuant to Judge Fallon's specific mandate at the May 2007 status conference, all plaintiffs "must abide with Pre-Trial Order 18C regardless of whether or not they have a remand motion pending."

   Please produce a completed PPF for Reginald Early no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Very truly yours,

   */s/ John N. Poulos*

   John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
  Russ M. Herman, Esq. (via e-mail)

M0DE196830

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 17:01   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE   MIN/SEC  PGS   JOB#  STATUS
   29   06/29 16:58    601 782 4439  EC---S   02'37"   010   118   OK
```

## Hughes
## Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| John Raymond Tullos, Esq. | Tullos and Tullos | 601-782-4439 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4 ○

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE196831

# Exhibit HHH



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos and Tullos
PO Box 74
Raleigh, MS 39153

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Janet S. Morgan v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-00496-EEF-DEK*

Dear Mr. Tullos:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Jerry Gough. Merck's initial notice letter was sent on August 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Gough to serve this PPF no later than November 30, 2005. It is also our understanding that you have filed a motion to remand this action. Pursuant to Judge Fallon's specific mandate at the May 2007 status conference, all plaintiffs "must abide with Pre-Trial Order 18C regardless of whether or not they have a remand motion pending."

        Please produce a completed PPF for Jerry Gough no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                Very truly yours,

                                */s/ John N. Poulos*

                                John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MODE035624

```
** TX STATUS REPORT **           AS OF  JUN 29 2007 17:01   PAGE.01
                                         HUGHES HUBBARD

        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS  JOB#  STATUS
    29  06/29 16:58    601 782 4439  EC--S  02'37"    010  118   OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| John Raymond Tullos, Esq. | Tullos and Tullos | 601-782-4439 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  ꙮ

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE035625

# Exhibit III



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos and Tullos
PO Box 74
Raleigh, MS 39153

> Re:   *In re Vioxx® Products Liability Litigation*
>       *MDL No. 1657*
>       *Janet S. Morgan v. Merck & Co., Inc.*
>       *Docket No. 2:05-cv-00496-EEF-DEK*

Dear Mr. Tullos:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Josephine Halbert. Merck's initial notice letter was sent on August 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Halbert to serve this PPF no later than December 15, 2005. It is also our understanding that you have filed a motion to remand this action. Pursuant to Judge Fallon's specific mandate at the May 2007 status conference, all plaintiffs "must abide with Pre-Trial Order 18C regardless of whether or not they have a remand motion pending."

Please produce a completed PPF for Josephine Halbert no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00E035622

```
** TX STATUS REPORT **          AS OF  JUN 29 2007 17:01   PAGE.01
                                       HUGHES HUBBARD

        DATE  TIME      TO/FROM       MODE    MIN/SEC   PGS   JOB#  STATUS
    29  06/29 16:58    601 782 4439   EC--S   02'37"    010   118   OK
```

# Hughes
# Hubbard
**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| John Raymond Tullos, Esq. | Tullos and Tullos | 601-782-4439 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: ___

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E035623

# Exhibit JJJ



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos and Tullos
PO Box 74
Raleigh, MS 39153

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Janet S. Morgan v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-00496-EEF-DEK***

Dear Mr. Tullos:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Linder Maynor. Merck's initial notice letter was sent on August 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Maynor to serve this PPF no later than December 30, 2005. It is also our understanding that you have filed a motion to remand this action. Pursuant to Judge Fallon's specific mandate at the May 2007 status conference, all plaintiffs "must abide with Pre-Trial Order 18C regardless of whether or not they have a remand motion pending."

Please produce a completed PPF for Linder Maynor no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ John N. Poulos

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DE035618

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 17:01   PAGE.01

                                        HUGHES HUBBARD


       DATE TIME          TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
   29  06/29 16:58      601 782 4439 EC--S   02'37"    010   118   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| John Raymond Tullos, Esq. | Tullos and Tullos | 601-782-4439 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE035619

# Exhibit JJJ (A)



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (601-782-4439)**

John Raymond Tullos, Esq.
Tullos and Tullos
PO Box 74
Raleigh, MS 39153

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Janet S. Morgan v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00496-EEF-DEK*

Dear Mr. Tullos:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for James Smith. Merck's initial notice letter was sent on August 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Smith to serve this PPF no later than January 14, 2006. It is also our understanding that you have filed a motion to remand this action. Pursuant to Judge Fallon's specific mandate at the May 2007 status conference, all plaintiffs "must abide with Pre-Trial Order 18C regardless of whether or not they have a remand motion pending."

    Please produce a completed PPF for James Smith no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00AD50264

** TX STATUS REPORT **                    AS OF   JUN 29 2007 17:01   PAGE.01

                                               HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
    29  06/29 16:58     601 782 4439  EC--S   02'37"    010   118    OK

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| John Raymond Tullos, Esq. | Tullos and Tullos | 601-782-4439 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  ꙗ ◯

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DAD50285