## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *All cases & plaintiffs subject to this* | * | **JUDGE KNOWLES** |
| *Rule are listed in Exhibit A.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 11th day of October, 2007, immediately following the monthly status conference that begins at 9:00 o'clock a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 2nd day of October, 2007.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 8th day of October, 2007.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

                                                                _____
                                                                ELDON E. FALLON
                                                                UNITED STATES DISTRICT JUDGE

Exhibit A

Plaintiffs Who Failed To Provide Plaintiff Profile Forms

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Original PPF Due Date | Plaintiff's Counsel | Date First Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Fletcher, Audrey Mae | Audrey C Fletcher and Gregory Fletcher on behalf of Audrey Mae Fletcher | Fletcher, Audrey C. v. Merck & Co., Inc. | 2:06-cv-10590-EEF-DEK | 02/11/07 | Andrew Dosa Law | 04/25/07 | B | 06/29/07 | GG |
| Ward, Rodney | Kathleen Ward and Rodney Ward | Ward, Rodney v. Merck & Co., Inc. | 2:05-cv-06834-EEF-DEK | 03/08/06 | Aylstock Witkin and Sasser PLC | 06/14/06 | C | 06/28/07 | HH |
| Gardener, Brenda | Brenda Gardener | Bainum, Mary v. Merck & Co., Inc. | 2:06-cv-00204-EEF-DEK | 04/02/06 | Douglas and London PC | 08/15/06 | D | 06/28/07 | II |
| Hopper, Nina | Nina Hopper | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK | 01/09/06 | Douglas and London PC | 08/15/06 | E | 06/28/07 | JJ |
| Allison, Randy | Randy Allison | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 11/15/05 | Foshee and Yafee | 08/15/06 | F | 06/28/07 | KK |
| Barton, Donna | Donna Barton | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 11/15/05 | Foshee and Yafee | 08/15/06 | G | 06/28/07 | LL |
| Mensik, Jimmy | Jimmy Mensik | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 12/30/05 | Foshee and Yafee | 08/15/06 | H | 06/28/07 | MM |
| Thomas, Vivian | Vivian Thomas | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 01/14/06 | Foshee and Yafee | 08/15/06 | I | 06/28/07 | NN |
| Elnatanov, Mordakhay | Mordakhay Elnatanov | Elnatanov, Mordakhay. Merck & Co., Inc. | 2:06-cv-10878-EEF-DEK | 02/25/07 | Georg Abakumov, Attorney at Law | 04/25/07 | J | 06/29/07 | OO |
| Barringer, Jerry | Jerry Barringer | Barringer, Jerry v. Merck & Co., Inc. | 2:06-cv-11064-EEF-DEK | 03/03/07 | Hamilton Law Firm | 04/25/07 | K | 06/29/07 | PP |
| Kurykendall, Valton | Deborah Kurykendall and Valton Kurykendall | Kurykendall, Valton v. Merck & Co., Inc. | 2:06-cv-06938-EEF-DEK | 12/13/06 | James F. Humphreys and Associates LC | 01/31/07 | L | 05/08/07 | QQ |
| Diaz Maira, Paula | Paula Diaz Maira and Joseph Maira | Diaz Maira, Paula v. Merck & Co., Inc. | 2:05-cv-01070-EEF-DEK | 11/30/05 | Joseph B. Maira, Attorney at Law | 11/01/06 | M | 06/28/07 | RR |
| Conley, Angela L | Angela L Conley | Lovelace, Barbara S. v. Merck & Co., Inc. | 2:05-cv-05863-EEF-DEK | 02/04/06 | Layon Cronin Kaiser and Nicks PA | 11/01/06 | N | 06/28/07 | SS |
| Carter, Yolanda M | Yolanda M Carter | Carter, Yolanda M. v. Merck & Co., Inc. | 2:06-cv-10673-EEF-DEK | 02/11/07 | Michael W. Jackson, Attorney at Law | 04/25/07* | O | 06/29/07* | TT |
| Schwartz, Susan | Susan Schwartz | Bloomberg, Virginia v. Merck & Co., Inc. | 2:05-cv-03578-EEF-DEK | 01/14/06 | Murray and Murray Co LPA | 08/02/06 | P | 06/28/07 | UU |
| Hatter, Ernestine | Ernestine Hatter | Arnold, Freddie W. v. Merck & Co., Inc. | 2:06-cv-01460-EEF-DEK | 05/30/06 | Pittman Hooks Dutton Dirby and Hellums PC | 01/05/07 | Q | 06/29/07 | VV |
| Higgins, Ronald | Christie Higgins and Ronald Higgins | Higgins, Ronald v. Merck & Co., Inc. | 2:05-cv-06131-EEF-DEK | 02/08/06 | Ranney and Hailey | 11/01/06* | R | 06/29/07* | WW |

Exhibit A

Plaintiffs Who Failed To Provide Plaintiff Profile Forms

| Vioxx User | Relevant Plaintiff | Case Caption | Docket Number | Original PPF Due Date | Plaintiff's Counsel | Date 1st Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Stepeny, Ethel M | Benjamin Stepeny on behalf of Ethel M Stepeny | Stepeny, Benjamin v. Merck & Co., Inc. | 2:06-cv-05574-EEF-DEK | 11/12/06 | Riggs Abney Neal Turpen Orbison and Lewis | 01/24/07 | S | 03/20/07 | XX |
| Whitaker, Rebecca | Rebecca Whitaker | Cavallo, Matthew v. Merck & Co., Inc. | 2:05-cv-01513-EEF-DEK | 01/14/06 | Law Office of Ronald R. Benjamin | 11/01/06 | T | 06/28/07 | YY |
| McKau, Ronald P | Ronald P McKan | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | 12/30/05 | Law Office of Ronald R. Benjamin | 11/01/06 | U | 06/28/07 | ZZ |
| Mills, Rochelle V | Rochelle V Mills and Roger Mills | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | 12/30/05 | Law Office of Ronald R. Benjamin | 11/01/06 | V | 06/28/07 | AAA |
| Birdow, Demper | Demper Birdow | Birdow, Demper v. Merck & Co., Inc. | 2:06-cv-09360-EEF-DEK | 01/16/07 | Rubin and Machado LTD | 03/22/07 | W | 05/08/07 | BBB |
| Adlawan, Carlos | Carlos Adlawan | Adlawan, Carlos v. Merck & Co., Inc. | 2:06-cv-11011-EEF-DEK | 03/03/07 | Law Offices of Steven A. Fabbro | 04/25/07 | X | 06/29/07 | CCC |
| Christensen, Susan | Marjorie Christensen on behalf of Susan Christensen | Christensen, Susan v. Merck & Co., Inc. | 2:06-cv-11010-EEF-DEK | 03/03/07 | Law Offices of Steven A. Fabbro | 04/25/07 | Y | 06/29/07 | DDD |
| Anthony, Stephen | Tracy Brown on behalf of Stephen Anthony | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/15/05 | Tullos and Tullos | 12/14/05 | Z | 06/29/07 | EEE |
| Chapman, Eunice | Eunice Chapman | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/15/05 | Tullos and Tullos | 08/02/06 | AA | 06/29/07 | FFF |
| Early, Reginald | Reginald Early | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/30/05 | Tullos and Tullos | 08/02/06 | BB | 06/29/07 | GGG |
| Gough, Jerry | Jerry Gough | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/30/05 | Tullos and Tullos | 08/02/06 | CC | 06/29/07 | HHH |
| Halbert, Josephine | Josephine Halbert | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 12/15/05 | Tullos and Tullos | 08/02/06 | DD | 06/29/07 | II |
| Maynor, Linder | Linder Maynor | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 12/30/05 | Tullos and Tullos | 08/02/06 | EE | 06/29/07 | JJJ |
| Smith, James | James Smith | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 01/14/06 | Tullos and Tullos | 08/02/06 | FF | 06/29/07 | JJJ (A) |

* - Notice sent via certified and 1st class mail.