# Exhibit A

**Exhibit A**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Original PPF Due Date | Plaintiff's Counsel | Date 1st Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Evans, Mary Jo | Mary Jo Evans | Abate, Mildred v. Merck & Co., Inc. | 2:06-cv-02209-EEF-DEK | 08/19/06 | Barnes Firm PC | 05/10/07 | B | 06/29/07 | GG |
| Dozier, Judy | Judy Dozier | Ackerman, Kathleen v. Merck & Co., Inc. | 2:06-cv-02198-EEF-DEK | 08/19/06 | Barnes Firm PC | 05/10/07 | C | 06/29/07 | HH |
| Biscardi, Grazia | Grazia Biscardi | Ahouse, Irene v. Merck & Co., Inc. | 2:06-cv-02216-EEF-DEK | 08/19/06 | Barnes Firm PC | 05/10/07 | D | 06/29/07 | II |
| Davies, Dorothy | Dorothy Davies | Albanese, Marie v. Merck & Co., Inc. | 2:06-cv-02207-EEF-DEK | 08/19/06 | Barnes Firm PC | 05/10/07 | E | 06/29/07 | JJ |
| Coulter, Vervl I | Sharon Coulter and Vervl I Coulter | Allanson, Willard v. Merck & Co., Inc. | 2:06-cv-02213-EEF-DEK | 08/19/06 | Barnes Firm PC | 05/10/07 | F | 06/29/07 | KK |
| Bowers, Pamela | Pamela Bowers and Steven Bowers | Alston, Janie v. Merck & Co., Inc. | 2:06-cv-02217-EEF-DEK | 08/19/06 | Barnes Firm PC | 05/10/07 | G | 06/29/07 | LL |
| Amie, Vernon C | Vernon C Amie | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK | 08/19/06 | Barnes Firm PC | 05/10/07 | H | 06/29/07 | MM |
| Crosland, Larry | Larry Crosland | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK | 08/19/06 | Barnes Firm PC | 05/10/07 | I | 06/29/07 | NN |
| Koerner, Inge G | Inge G Koerner | Bamford, Armeda v. Merck & Co., Inc. | 2:06-cv-01168-EEF-DEK | 04/12/06 | Barnes Firm PC | 06/14/06 | J | 06/28/07 | OO |
| Reeves, Gladys O | Gladys O Reeves | Corey, Marian v. Merck & Co., Inc. | 2:06-cv-01196-EEF-DEK | 04/12/06 | Barnes Firm PC | 06/14/06 | K | 06/28/07 | PP |
| Eddy, Claudia | Claudia Eddy | Czekalski, Cindy v. Merck & Co., Inc. | 2:06-cv-01207-EEF-DEK | 04/12/06 | Barnes Firm PC | 06/14/06 | L | 06/28/07 | QQ |
| McCarthy, Michael | Michael McCarthy | Disalvo, Angelo v. Merck & Co., Inc. | 2:06-cv-01194-EEF-DEK | 04/12/06 | Barnes Firm PC | 06/14/06 | M | 06/28/07 | RR |
| Brown, Billy | Billy Brown | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | N | 06/28/07 | SS |
| Brown, Cal | Cal Brown | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | O | 06/28/07 | TT |
| Brown, Joe Dan | Joe Dan Brown | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | P | 06/28/07 | UU |
| Cloy, Frank | Frank Cloy | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | Q | 06/28/07 | VV |
| Collier, Jimmy | Jimmy Collier | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | R | 06/28/07 | WW |
| Ervin, Mark | Mark Ervin | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | S | 06/28/07 | XX |
| Fields, Clarence | Clarence Fields | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | T | 06/28/07 | YY |
| Garza, Alejandro | Alejandro Garza | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | U | 06/28/07 | ZZ |
| Garza, Irma | Irma Garza | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | V | 06/28/07 | AAA |

**Exhibit A**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Original PPF Due Date | Plaintiff's Counsel | Date 1st Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Godwin, Kaylee | Kaylee Godwin | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | W | 06/28/07 | BBB |
| Griffin, Thomas | Thomas Griffin | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | X | 06/28/07 | CCC |
| Hunt, Edward | Edward Hunt | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | Y | 06/28/07 | DDD |
| Nickerson, Mike | Mike Nickerson | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | Z | 06/28/07 | EEE |
| Parker, Charlie | Charlie Parker | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | AA | 06/28/07 | FFF |
| Parker, Evie | Evie Parker | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | BB | 06/28/07 | GGG |
| Perrine, Brian | Brian Perrine | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | CC | 06/28/07 | HHH |
| Pierce, William | William Pierce | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | DD | 06/28/07 | III |
| Ramsey, John Paul | John Paul Ramsey | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 02/02/06 | EE | 06/28/07 | JJJ |
| Watson, Randall | Randall Watson | Allen, Denise v. Merck & Co., Inc. | 2:05-cv-04738-EEF-DEK | 12/11/05 | Carlile Law Firm LLP | 11/01/06 | FF | 06/28/07 | JJJ (A) |

# Exhibit B



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> Re: ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Mildred Abate v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-02209-EEF-DEK***

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mary Jo Evans. Pretrial Order No. 18C required Ms. Evans to serve this PPF no later than August 19, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Mary Jo Evans no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00F214202

```
** TX STATUS REPORT **              AS OF  MAY 10 2007 12:12   PAGE.01

                                         HUGHES HUBBARD


       DATE TIME      TO/FROM     MODE  MIN/SEC   PGS   JOB#  STATUS
  26  05/10 12:08   716-854-6291 EC--S  04'41"   015   141   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F214203

# Exhibit C



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

Re:  ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Kathleen Ackerman v. Merck & Co., Inc.***
***Docket No. 2:06-cv-02198-EEF-DEK***

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Judy Dozier. Pretrial Order No. 18C required Ms. Dozier to serve this PPF no later than August 19, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Judy Dozier no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00CF0S974

```
** TX STATUS REPORT **              AS OF  MAY 10 2007 12:12   PAGE.01

                                         HUGHES HUBBARD


         DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
    26   05/10 12:08     716-854-6291 EC--S  04'41"    015   141    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00CF05975

# Exhibit D



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Irene Ahouse v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02216-EEF-DEK*

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Grazia Biscardi. Pretrial Order No. 18C required Ms. Biscardi to serve this PPF no later than August 19, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Grazia Biscardi no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MODE020686

```
** TX STATUS REPORT **              AS OF   MAY 10 2007 13:23   PAGE.01

                                            HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    06  05/10 13:19      716-854-6291 EC--S  04'40"    015   169   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Bruodige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE02089/

# Exhibit E



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> **Re:**    ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Marie Albanese v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-02207-EEF-DEK***

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Dorothy Davies. Pretrial Order No. 18C required Ms. Davies to serve this PPF no later than August 19, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Dorothy Davies no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York    ■    Washington, D.C.    ■    Los Angeles    ■    Miami    ■    Jersey City    ■    Paris    ■    Tokyo

M00E609754

```
** TX STATUS REPORT **          AS OF  MAY 10 2007 13:23   PAGE.01

                                        HUGHES HUBBARD


         DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
    06   05/10 13:19     716-854-6291 EC--S  04'40"   015   169   OK
```



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0EE809755

# Exhibit F



## Hughes
## Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

Re:     ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Willard Allanson v. Merck & Co., Inc.***
***Docket No. 2:06-cv-02213-EEF-DEK***

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Vervl I. Coulter. Pretrial Order No. 18C required your clients, plaintiffs Sharon Coulter and Vervl I. Coulter, to serve this PPF no later than August 19, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Vervl I. Coulter no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **          AS OF   MAY 10 2007 13:23   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   06   05/10 13:19     716-854-6291 EC--S  04'40"   015   169   OK
```



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F501766

# Exhibit G



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Janie Alston v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-02217-EEF-DEK***

Dear Mr. Goldstein:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Pamela Bowers. Pretrial Order No. 18C required your clients, plaintiffs Pamela Bowers and Steven Bowers, to serve this PPF no later than August 19, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Pamela Bowers no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M0E610255

** TX STATUS REPORT **        AS OF   MAY 10 2007 13:23   PAGE.01

                                          HUGHES HUBBARD

                DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#   STATUS
        06      05/10 13:19    716-854-6291 EC--S  04'40"    015   169    OK

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DE610256

# Exhibit H



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Vernon Amie v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-02219-EEF-DEK***

Dear Mr. Goldstein:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Vernon C. Amie. Pretrial Order No. 18C required Mr. Amie to serve this PPF no later than August 19, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Vernon C. Amie no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

    Very truly yours,

    */s/ John N. Poulos*

    John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M0DE610198

```
** TX STATUS REPORT **            AS OF  MAY 10 2007 13:14   PAGE.01

                                        HUGHES HUBBARD

        DATE TIME     TO/FROM      MODE  MIN/SEC   PGS  JOB#  STATUS
     04 05/10 13:09   716-854-6291 EC--S 04'37"    015  167   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E60199

# Exhibit I



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Arthur W. Ballantyne v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02195-EEF-DEK*

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Larry Crosland. Pretrial Order No. 18C required Mr. Crosland to serve this PPF no later than August 19, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Larry Crosland no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0DE610237

```
** TX STATUS REPORT **            AS OF  MAY 10 2007 12:49   PAGE.01
                                          HUGHES HUBBARD

        DATE TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
     02 05/10 12:44   716-854-6291  EC--S   04'38"   015   152   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NYJLE01/1230

# Exhibit J

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 14, 2006

**VIA U.S. MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Armeda Bamford v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-01168-EEF-DEK*

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Inge G Koerner. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Koerner to serve a PPF and medical authorizations passed on April 12, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M006365204

```
********************
***  TX REPORT   ***
********************


TRANSMISSION OK

TX/RX NO            0134
RECIPIENT ADDRESS   17168546291
DESTINATION ID
ST. TIME            06/14 12:55
TIME USE            05'05
PAGES SENT          15
RESULT              OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 14, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit K

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 14, 2006

**VIA U.S. MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Marian Corey v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-01196-EEF-DEK*

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gladys O Reeves. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Reeves to serve a PPF and medical authorizations passed on April 12, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
        Russ M. Herman, Esq. (via electronic mail)

M006363019

06/14/2006 13:00 FAX  12124224726          HUGHES HUBBARD LLP                     @001

```
                    ***********************
                ***     TX REPORT     ***
                    ***********************


        TRANSMISSION OK

        TX/RX NO              0134
        RECIPIENT ADDRESS     17168546291
        DESTINATION ID
        ST. TIME              06/14 12:55
        TIME USE              05'05
        PAGES SENT            15
        RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MDL063632U

# Exhibit L

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 14, 2006

**VIA U.S. MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> Re:   *In re Vioxx® Products Liability Litigation*
>       *MDL No. 1657*
>       *Cindy Czekalski v. Merck & Co., Inc.*
>       *Docket No. 2:06-cv-01207-EEF-DEK*

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Claudia Eddy. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Eddy to serve a PPF and medical authorizations passed on April 12, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M006363194

06/14/2006 13:00 FAX 01 2524 2472 9      HUGHES HUBBARD      ☐ 001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO             0134
RECIPIENT ADDRESS    17168546291
DESTINATION ID
ST. TIME             06/14 12:55
TIME USE             05'05
PAGES SENT           15
RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Ioi Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit M

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 14, 2006

**VIA U.S. MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> **Re:**     ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Angelo Disalvo v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-01194-EEF-DEK***

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Michael McCarthy. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. McCarthy to serve a PPF and medical authorizations passed on April 12, 2006. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

MUU6565039

```
                    *********************
               ***    TX REPORT    ***
                    *********************


      TRANSMISSION OK

      TX/RX NO              0134
      RECIPIENT ADDRESS     17168546291
      DESTINATION ID
      ST. TIME              06/14 12:55
      TIME USE              05'05
      PAGES SENT            15
      RESULT               OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit N

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> <u>*Docket No. 2:05-cv-04738-EEF-DEK*</u>

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Billy Brown.  As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records."  The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Brown to serve a PPF and medical authorizations passed on December 15, 2005.  This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M005164563

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME : 02/02/2006 11:25
NAME : HUGHES HUBBARD
FAX# : 2019465738
TEL # :
SER. # : 000005100030
```

```
DATE,TIME              02/02  11:25
FAX NO./NAME           10007341835190393300235
DURATION               00:00:32
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Hughes Hubbard & Reed LLP

## A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005164564

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

I0I Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M005164565

# Exhibit O

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re:     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Cal Brown. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Brown to serve a PPF and medical authorizations passed on December 15, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

MOO5164548

```
┌─────────────────────────┐
│   JOB STATUS REPORT      │
└─────────────────────────┘
```

```
TIME   : 02/02/2006 11:26
NAME   : HUGHES HUBBARD
FAX#   : 2019465730
TEL#   :
SER.#  : 000005100038
```

```
┌──────────────────────────────────────────────────────────────┐
│                                                                │
│   DATE,TIME              02/02 11:26                           │
│   FAX NO./NAME           10007341835190390380235              │
│   DURATION               00:00:37                              │
│   PAGE(S)                02                                     │
│   RESULT                 OK                                     │
│   MODE                   STANDARD                              │
│                          ECM                                   │
│                                                                │
└──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005164549

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

M005164550