# Exhibit P

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Joe Dan Brown. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Brown to serve a PPF and medical authorizations passed on December 15, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

MDS16 04536

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘

                                    TIME  : 02/02/2006 11:48
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL#  :
                                    SER.# : 000005100038

    ┌──────────────────────────────────────────────────────────────┐
    │   DATE,TIME              02/02  11:47                          │
    │   FAX NO./NAME           10007341835190390380235              │
    │   DURATION               00:00:33                             │
    │   PAGE(S)                02                                    │
    │   RESULT                 OK                                    │
    │   MODE                   STANDARD                             │
    │                          ECM                                  │
    └──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005164537

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M005164538

# Exhibit Q

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Denise Allen v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-04738-EEF-DEK***

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Frank Cloy. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Cloy to serve a PPF and medical authorizations passed on December 15, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M005600159

```
┌─────────────────────────────┐
│     JOB STATUS REPORT       │
└─────────────────────────────┘
```

```
TIME  : 02/02/2006 12:07
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL.# :
SER.# : 000005100038
```

```
DATE,TIME           02/02  12:07
FAX NO./NAME        10007341035190390300235
DURATION            00:00:32
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005600160

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M005690161

# Exhibit R

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re: ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Denise Allen v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-04738-EEF-DEK***

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jimmy Collier. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Collier to serve a PPF and medical authorizations passed on December 15, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
       Russ M. Herman, Esq. (via electronic mail)

M005600156

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘

                              TIME : 02/02/2006 12:09
                              NAME : HUGHES HUBBARD
                              FAX# : 2019465738
                              TEL.# :
                              SER.# : 000005100038

┌──────────────────────────────────────────────────────────────┐
│   DATE,TIME          02/02  12:08                              │
│   FAX NO./NAME       10007341835190939380235                   │
│   DURATION           00:00:32                                  │
│   PAGE(S)            02                                        │
│   RESULT             OK                                        │
│   MODE               STANDARD                                 │
│                      ECM                                       │
└──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00560157

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M005600158

# Exhibit S

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mark Ervin. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Ervin to serve a PPF and medical authorizations passed on December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M005162279

```
┌─────────────────────────────┐
│      JOB STATUS REPORT       │
└─────────────────────────────┘
```

```
TIME  : 02/02/2006 13:06
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
┌────────────────────────────────────────────────────────────────────────────┐
│  DATE,TIME               02/02  13:05                                         │
│  FAX NO./NAME            10007341B3519039380235                               │
│  DURATION                00:00:32                                             │
│  PAGE(S)                 02                                                   │
│  RESULT                  OK                                                   │
│  MODE                    STANDARD                                            │
│                          ECM                                                 │
└────────────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005162280

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M005162281

# Exhibit T

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Denise Allen v. Merck & Co., Inc.*
*Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Clarence Fields. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Fields to serve a PPF and medical authorizations passed on December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M0051643O4

---

JOB STATUS REPORT

```
TIME  : 02/02/2006 13:54
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          02/02  13:53
FAX NO./NAME       10007341835190393800235
DURATION           00:00:32
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00516430S

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00516430G

# Exhibit U

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Denise Allen v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Alejandro Garza.  As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records."  The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Garza to serve a PPF and medical authorizations passed on December 11, 2005.  This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
        Russ M. Herman, Esq. (via electronic mail)

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 02/02/2006 14:11
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL#  :
                                    SER.# : 000005100038

┌───────────────────────────────────────────────────────────────────────┐
│                                                                         │
│      DATE,TIME              02/02  14:11                                 │
│      FAX NO./NAME           100073418351903930200235                    │
│      DURATION               00:00:32                                    │
│      PAGE(S)                02                                          │
│      RESULT                 OK                                          │
│      MODE                   STANDARD                                    │
│                             ECM                                         │
│                                                                         │
└───────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006300791

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit V

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Denise Allen v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced
above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and
appropriate medical authorizations for Irma Garza. As you know, Pretrial Order No. 18B
required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a
PPF and Authorizations for Release of Records of all healthcare providers and other sources of
information and records." The Order defines "cardiovascular event" as "a myocardial infarction,
an ischemic stroke, or a death."

        The deadline for Ms. Garza to serve a PPF and medical authorizations passed on
December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event
in this action.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's
failure to respond to discovery, among other grounds, should plaintiff seek redress for a
cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
        Russ M. Herman, Esq. (via electronic mail)

M00309079

| JOB STATUS REPORT |
|---|

```
TIME : 02/02/2006 14:12
NAME : HUGHES HUBBARD
FAX# : 2019465738
TEL# :
SER.# : 000005100038
```

| DATE,TIME | 02/02  14:12 |
|---|---|
| FAX NO./NAME | 10007341835190393800235 |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00630080O

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006300801

# Exhibit W

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Kaylee Godwin. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Godwin to serve a PPF and medical authorizations passed on December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M005595013

JOB STATUS REPORT

```
TIME  : 02/02/2006 14:31
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME        02/02 14:31
FAX NO./NAME     1000734183519039380235
DURATION         00:00:32
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005595014

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M005956015

# Exhibit X

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Thomas Griffin. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Griffin to serve a PPF and medical authorizations passed on December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M005955004

| JOB STATUS REPORT |
|---|

```
TIME  : 02/02/2006 14:39
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

| DATE,TIME | 02/02  14:38 |
|---|---|
| FAX NO./NAME | 10007341635190393800235 |
| DURATION | 00:00:33 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |

# Hughes Hubbard & Reed LLP

## A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005596005

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006595096

# Exhibit Y

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Denise Allen v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-04738-EEF-DEK***

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Edward Hunt. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Hunt to serve a PPF and medical authorizations passed on December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via electronic mail)
     Russ M. Herman, Esq. (via electronic mail)

M006300793

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                  TIME  : 02/02/2006 15:52
                                  NAME  : HUGHES HUBBARD
                                  FAX#  : 2019465738
                                  TEL#  :
                                  SER.# : 000005100038

  ┌──────────────────────────────────────────────────────────────┐
  │   DATE,TIME        02/02  15:52                                │
  │   FAX NO./NAME     10007341835190393800235                     │
  │   DURATION         00:00:32                                    │
  │   PAGE(S)          02                                          │
  │   RESULT           OK                                          │
  │   MODE             STANDARD                                    │
  │                    ECM                                         │
  └──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006300794

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit Z

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mike Nickerson. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Nickerson to serve a PPF and medical authorizations passed on December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

MO06300844

---

JOB STATUS REPORT

TIME  : 02/02/2006 17:46
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038

| | |
|---|---|
| DATE,TIME | 02/02  17:46 |
| FAX NO./NAME | 1000734103519039380235 |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MOO630O845

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006300846

# Exhibit AA

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Charlie Parker. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Parker to serve a PPF and medical authorizations passed on December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M005600836

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME  : 02/02/2006 17:49
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
┌────────────────────────────────────────────────────────────────────┐
│   DATE,TIME          02/02 17:48                                     │
│   FAX NO./NAME       10007341835190393800235                         │
│   DURATION           00:00:32                                        │
│   PAGE(S)            02                                              │
│   RESULT             OK                                              │
│   MODE               STANDARD                                       │
│                      ECM                                            │
└────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005600837

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M005605838

# Exhibit BB

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

Re:    *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Denise Allen v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Evie Parker. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

        The deadline for Ms. Parker to serve a PPF and medical authorizations passed on December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

                                Very truly yours,

                                */s/ John N. Poulos*

                                John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
        Russ M. Herman, Esq. (via electronic mail)

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘

                              TIME  : 02/02/2006 17:50
                              NAME  : HUGHES HUBBARD
                              FAX#  : 2019465738
                              TEL#  :
                              SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME          02/02  17:49                                  │
│   FAX NO./NAME       10007341835190393800235                       │
│   DURATION           00:00:32                                      │
│   PAGE(S)            02                                            │
│   RESULT             OK                                            │
│   MODE               STANDARD                                      │
│                      ECM                                           │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005164347

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M005164348

# Exhibit CC

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Denise Allen v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Brian Perrine. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Perrine to serve a PPF and medical authorizations passed on December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M005600845

JOB STATUS REPORT

```
TIME  : 02/02/2006 17:55
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 02/02 17:54 |
| FAX NO./NAME | 10007341835190393800235 |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

M005600847

# Exhibit DD

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

Re:     *In re Vioxx® Products Liability Litigation*
         *MDL No. 1657*
         *Denise Allen v. Merck & Co., Inc.*
         <u>*Docket No. 2:05-cv-04738-EEF-DEK*</u>

Dear Mr. Craig:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for William Pierce. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

        The deadline for Mr. Pierce to serve a PPF and medical authorizations passed on December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
        Russ M. Herman, Esq. (via electronic mail)

M005164352

```
                        ┌─────────────────────────┐
                        │    JOB STATUS REPORT     │
                        └─────────────────────────┘

                                      TIME    : 02/02/2006 17:59
                                      NAME    : HUGHES HUBBARD
                                      FAX#    : 2019465738
                                      TEL #   :
                                      SER.#  : 000005100038
```

| | |
|---|---|
| DATE,TIME | 02/02  17:58 |
| FAX NO./NAME | 100073418351903938023S |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005164353

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M005164354

# Exhibit EE

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 2, 2006

**VIA TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
The Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for John Paul Ramsey. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Ramsey to serve a PPF and medical authorizations passed on December 11, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M005600701

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘

                                    TIME  : 02/02/2006 18:46
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL#  :
                                    SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 02/02  18:46 |
| FAX NO./NAME | 10007341835190390380235 |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005600702

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006007703

# Exhibit FF

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce Andrew Craig, Esq.
The Carlile Law Firm, LLP
440 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Randall Watson. The deadline for Mr. Watson to serve a complete PPF and medical authorizations passed on December 11, 2005. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Randall Watson is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Mr. Watson.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


      TRANSMISSION OK

      TX/RX NO              0645
      RECIPIENT ADDRESS     19039380235
      DESTINATION ID
      ST. TIME             11/01 12:32
      TIME USE             01'24
      PAGES SENT              3
      RESULT               OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce Andrew Craig, Esq. | The Carlile Law Firm, LLP | 903-938-0235 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit GG



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Mildred Abate v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-02209-EEF-DEK***

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Mary Jo Evans. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Evans to serve this PPF no later than August 19, 2006.

Please produce a completed PPF for Mary Jo Evans no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 12:11   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
   01   06/29 12:07      716-854-6291 EC--S 04'41"    015   204   OK
```



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  ⟍5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0UC85U586

# Exhibit HH



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

   **Re:**  *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Kathleen Ackerman v. Merck & Co., Inc.*
       *Docket No. 2:06-cv-02198-EEF-DEK*

Dear Mr. Goldstein:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Judy Dozier. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Dozier to serve this PPF no later than August 19, 2006.

   Please produce a completed PPF for Judy Dozier no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 12:11   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME        TO/FROM       MODE  MIN/SEC   PGS   JOB#  STATUS
 01   06/29 12:07       716-854-6291  EC--S 04'41"    015   204   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: \15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit II



# Hughes
# Hubbard
New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

   **Re:**  ***In re Vioxx® Products Liability Litigation***
      ***MDL No. 1657***
      ***Irene Ahouse v. Merck & Co., Inc.***
      ***Docket No. 2:06-cv-02216-EEF-DEK***

Dear Mr. Goldstein:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Grazia Biscardi. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Biscardi to serve this PPF no later than August 19, 2006.

   Please produce a completed PPF for Grazia Biscardi no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      ***/s/ John N. Poulos***

      John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 12:42   PAGE.01

                                         HUGHES HUBBARD

     DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
08   06/29 12:37    716-854-6291  EC--S  04'36"    015   214    OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.