# Exhibit JJ

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Marie Albanese v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02207-EEF-DEK*

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Dorothy Davies. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Davies to serve this PPF no later than August 19, 2006.

Please produce a completed PPF for Dorothy Davies no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 12:42   PAGE.01

                                            HUGHES HUBBARD


       DATE  TIME      TO/FROM       MODE   MIN/SEC    PGS   JOB#  STATUS
   08  06/29 12:37     716-854-6291  EC--S  04'36"     015   214   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit KK



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Willard Allanson v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02213-EEF-DEK*

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Vervl I. Coulter. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Sharon Coulter and Vervl I. Coulter, to serve this PPF no later than August 19, 2006.

Please produce a completed PPF for Vervl I. Coulter no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 13:24   PAGE.01

                                        HUGHES HUBBARD


        DATE   TIME      TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
    19  06/29 13:17    716-854-6291  EC--S  00'35"   000   236   INC
    20  06/29 13:19    716-854-6291  EC--S  04'40"   015   236   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DC8603/6

# Exhibit LL



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

Re:     ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Janie Alston v. Merck & Co., Inc.***
***Docket No. 2:06-cv-02217-EEF-DEK***

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Pamela Bowers. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Pamela Bowers and Steven Bowers, to serve this PPF no later than August 19, 2006.

Please produce a completed PPF for Pamela Bowers no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0DE036168

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 14:01   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME     TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   30   06/29 13:56    716-854-6291 EC--S  04'57"    016   250   OK
   ------------------------------------------------------------------
```



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0EC036169

# Exhibit MM



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Vernon Amie v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-02219-EEF-DEK***

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Vernon C. Amie. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Amie to serve this PPF no later than August 19, 2006.

Please produce a completed PPF for Vernon C. Amie no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0C850420

```
** TX STATUS REPORT **                AS OF   JUN 29 2007 14:49    PAGE.01

                                         HUGHES HUBBARD


            DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
     14    06/29 14:43    716-854-6291  EC--S   05'23"   015   030   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   1 ⊃

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit NN



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

Re:     ***In re Vioxx® Products Liability Litigation***
         ***MDL No. 1657***
         ***Arthur W. Ballantyne v. Merck & Co., Inc.***
         ***Docket No. 2:06-cv-02195-EEF-DEK***

Dear Mr. Goldstein:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Larry Crosland. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Crosland to serve this PPF no later than August 19, 2006.

        Please produce a completed PPF for Larry Crosland no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                Very truly yours,

                                */s/ John N. Poulos*

                                John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M0E209880

** TX STATUS REPORT **                    AS OF   JUN 29 2007 14:56   PAGE.01

                                                HUGHES HUBBARD

        DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   17   06/29 14:51     716-854-6291   EC--S   04'59"   015   035   OK

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  \ 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E209881

# Exhibit OO



# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-856-6291)**

Brian A. Goldsetin, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

Re:   ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Armeda Bamford v. Merck & Co., Inc.***
***Docket No. 2:06-cv-01168-EEF-DEK***

Dear Mr. Goldsetin:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Inge G Koerner. Merck's initial notice letter was sent on June 14, 2006. Pretrial Order No. 18C ("PTO 18C") required your client, plaintiff Inge G. Koerner, to serve this PPF no later than July 10, 2006.

Please produce a completed PPF for Inge G Koerner no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00F509234

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 17:53   PAGE.01

                                          HUGHES HUBBARD


        DATE TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   02   06/29 17:50   716-854-6291 EC--S   02'13"   007   133   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-856-6291 ~~716-854-6291~~ |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  **07**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F509296

# Exhibit PP



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-856-6291)**

Brian A. Goldsetin, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

>           *Re:*     ***In re Vioxx® Products Liability Litigation***
>                    ***MDL No. 1657***
>                    ***Marian Corey v. Merck & Co., Inc.***
>                    ***Docket No. 2:06-cv-01196-EEF-DEK***

Dear Mr. Goldsetin:

          We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Gladys O Reeves. Merck's initial notice letter was sent on June 14, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Reeves to serve this PPF no later than July 5, 2006.

          Please produce a completed PPF for Gladys O Reeves no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                              Very truly yours,

                              */s/ John N. Poulos*

                              John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MJUEL0484/3

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 17:53   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE  MIN/SEC  PGS   JOB#  STATUS
    02  06/29 17:50      716-854-6291  EC--S 02'13"   007   133   OK
```



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Brian A. Goldsetin, Esq. | Barnes Firm PC | ~~716-856-6291~~  716 854 6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  07

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DED984/4

# Exhibit QQ



**Hughes Hubbard** *& Reed* LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-856-6291)**

Brian A. Goldsetin, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Cindy Czekalski v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-01207-EEF-DEK*

Dear Mr. Goldsetin:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Claudia Eddy. Merck's initial notice letter was sent on June 14, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Eddy to serve this PPF no later than July 5, 2006.

   Please produce a completed PPF for Claudia Eddy no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

       Very truly yours,

       */s/ John N. Poulos*

       John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

M0DED98471

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 17:53   PAGE.01

                                        HUGHES HUBBARD


            DATE  TIME     TO/FROM    MODE  MIN/SEC   PGS  JOB#  STATUS
     02   06/29 17:50    716-854-6291  EC--S  02'13"   007   133   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Brian A. Goldsetin, Esq. | Barnes Firm PC | ~~716-854-6291~~ 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  07

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0EDS8472

# Exhibit RR



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-856-6291)**

Brian A. Goldsetin, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> **Re:**  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Angelo Disalvo v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-01194-EEF-DEK***

Dear Mr. Goldsetin:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Michael McCarthy. Merck's initial notice letter was sent on June 14, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. McCarthy to serve this PPF no later than July 5, 2006.

Please produce a completed PPF for Michael McCarthy no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 17:53   PAGE.01

                                            HUGHES HUBBARD


         DATE  TIME        TO/FROM       MODE  MIN/SEC   PGS   JOB#  STATUS
    02   06/29 17:50    716-854-6291    EC--S  02'13"    007   133   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Brian A. Goldstein, Esq. | Barnes Firm PC | ~~716-836-6291~~ 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  07

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit SS



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
>        *MDL No. 1657*
>        *Denise Allen v. Merck & Co., Inc.*
>        *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Billy Brown. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Brown to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Billy Brown no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M01650539

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:32   PAGE.01

                                        HUGHES HUBBARD


       DATE   TIME      TO/FROM        MODE  MIN/SEC  PGS  JOB#  STATUS
   17  06/28  17:28     9039380235     EC--S  03'11"  015  113   OK
```

**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M010500540

# Exhibit TT



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Denise Allen v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-04738-EEF-DEK***

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Cal Brown. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Brown to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Cal Brown no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

MDDE615884

```
** TX STATUS REPORT **              AS OF   JUN 28 2007 17:32   PAGE.01

                                            HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   17   06/28 17:28      9039380235   EC--S   03'11"    015   113    OK
```

# Hughes
# Hubbard
. A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | Telephone No. | **Date** |
| --- | --- | --- |
| **FROM** | 201-536-9220 | June 28, 2007 |
| John N. Poulos, Esq. | | |

| **TO** | Firm | **Fax No.** |
| --- | --- | --- |
| | | 903-938-0235 |
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDOE615885

# Exhibit UU



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Joe Dan Brown. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Brown to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Joe Dan Brown no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0E210001

```
** TX STATUS REPORT **              AS OF   JUN 28 2007 17:32   PAGE.01

                                              HUGHES HUBBARD


           DATE  TIME        TO/FROM       MODE   MIN/SEC   PGS  JOB#  STATUS
                             9039380235    EC—S   03'11"    015  113   OK
     17    06/28 17:28
```

# Hughes
# Hubbard
.A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| | | Date |
|---|---|---|
| **FROM** | Telephone No. | June 28, 2007 |
| John N. Poulos, Esq. | 201-536-9220 | |

| | Firm | Fax No. |
|---|---|---|
| **TO** | | 903-938-0235 |
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | via e-mail |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit VV



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Frank Cloy. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Cloy to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Frank Cloy no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M010500541

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:32   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   17   06/28 17:28    9039380235  EC--S   03'11"    015   113   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

|  |  | Date |
|---|---|---|
| **FROM** | Telephone No. | June 28, 2007 |
| John N. Poulos, Esq. | 201-536-9220 |  |

|  | Firm | Fax No. |
|---|---|---|
| **TO** |  | 903-938-0235 |
| Bruce A. Craig, Esq. | Carlile Law Firm LLP |  |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M01050542

# Exhibit WW



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Denise Allen v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Jimmy Collier. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Collier to serve this PPF no later than December 11, 2005.

        Please produce a completed PPF for Jimmy Collier no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                Very truly yours,

                                */s/ John N. Poulos*

                                John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MDE615886

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:32   PAGE.01

                                        HUGHES HUBBARD


         DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   17   06/28 17:28    9039380235   EC--S   03'11"    015   113    OK
```

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536 9220
Fax: 201-536-0799
hugheshubbard.com

**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| | | |
|---|---|---|
| | **Telephone No.** | **Date** |
| **FROM** | 201-536-9220 | June 28, 2007 |
| John N. Poulos, Esq. | | |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E615887

# Exhibit XX



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Denise Allen v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Mark Ervin. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Ervin to serve this PPF no later than December 11, 2005.

        Please produce a completed PPF for Mark Ervin no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                        Very truly yours,

                                        */s/ John N. Poulos*

                                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M01050043

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:32    PAGE.01

                                         HUGHES HUBBARD


      DATE TIME        TO/FROM       MODE   MIN/SEC   PGS    JOB#  STATUS
  17  06/28 17:28     9039380235 EC--S     03'11"   015    113   OK
```

# Hughes
# Hubbard
. A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M01050054

# Exhibit YY



## Hughes
## Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re:     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Clarence Fields. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Fields to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Clarence Fields no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MDOE615888

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:32    PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE   MIN/SEC   PGS   JOB#   STATUS
  17   06/28 17:28     9039380235   EC--S   03'11"    015   113    OK
```

**Hughes Hubbard**

·A New York Limited Liability Partnership·

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E615889

# Exhibit ZZ



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
>       *MDL No. 1657*
>       *Denise Allen v. Merck & Co., Inc.*
>       *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Alejandro Garza. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Garza to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Alejandro Garza no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M0DE615690

```
** TX STATUS REPORT **              AS OF   JUN 28 2007 17:32    PAGE.01

                                          HUGHES HUBBARD


        DATE  TIME       TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
    17  06/28 17:28      9039380235  EC--S   03'11"    015   113   OK
```

**Hughes**
**Hubbard**
. A New York Limited liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| | Telephone No. | Date |
|---|---|---|
| **FROM** | 201-536-9220 | June 28, 2007 |
| John N. Poulos, Esq. | | |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDOE615891

# Exhibit AAA



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

   Re: *In re Vioxx® Products Liability Litigation*
     *MDL No. 1657*
     *Denise Allen v. Merck & Co., Inc.*
     <u>*Docket No. 2:05-cv-04738-EEF-DEK*</u>

Dear Mr. Craig:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Irma Garza. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Garza to serve this PPF no later than December 11, 2005.

   Please produce a completed PPF for Irma Garza no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
  Russ M. Herman, Esq. (via e-mail)

MODE615892

```
** TX STATUS REPORT **            AS OF   JUN 28 2007 17:32    PAGE.01

                                        HUGHES HUBBARD


       DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
  17   06/28 17:28      9039380235  EC--S   03'11"   015   113   OK
```

# Hughes
# Hubbard
**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | | Date |
|---|---|---|
| **FROM** | Telephone No. | June 28, 2007 |
| John N. Poulos, Esq. | 201-536-9220 | |

| | Firm | Fax No. |
|---|---|---|
| **TO** | | 903-938-0235 |
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E915893

# Exhibit BBB



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> *Re:*     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Kaylee Godwin. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Godwin to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Kaylee Godwin no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0DE615894

** TX STATUS REPORT **          AS OF    JUN 28 2007 17:32    PAGE.01

HUGHES HUBBARD

| | DATE TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|
| 17 | 06/28 17:28 | 9039380235 | EC—S | 03'11" | 015 | 113 | OK |

# Hughes
# Hubbard
. A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Cornanto
Resident Partners

|  | Telephone No. | **Date** |
|---|---|---|
| **FROM**  John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

|  | **Firm** | **Fax No.** |
|---|---|---|
| **TO**  Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E615895

# Exhibit CCC



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> *Re:*     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Thomas Griffin. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Griffin to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Thomas Griffin no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MDOFC08239

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:32   PAGE.01

                                        HUGHES HUBBARD


     DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
  17 06/28 17:28     9039380235   EC--S  03'11"    015   113    OK
```

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

# Hughes Hubbard

A New York Limited Liability Partnership

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00FC08240

# Exhibit DDD



**Hughes
Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Edward Hunt.  Merck's initial notice letter was sent on February 2, 2006.  Pretrial Order No. 18C ("PTO 18C") required Mr. Hunt to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Edward Hunt no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MDB931686

** TX STATUS REPORT **          AS OF   JUN 28 2007 17:32   PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 17 | 06/28 | 17:28 | 9039380235 | EC--S | 03'11" | 015 | 113 | OK |

# Hughes Hubbard
.A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| **FROM** | Telephone No. | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| **TO** | Firm | **Fax No.** |
|---|---|---|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B931687

# Exhibit EEE



# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Mike Nickerson. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Nickerson to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Mike Nickerson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MODE036078

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:32   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE   MIN/SEC   PGS   JOB#   STATUS
    17  06/28 17:28    9039380235    EC--S   03'11"    015   113    OK
```

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

# Hughes Hubbard
*A New York Limited Liability Partnership*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDL036079

# Exhibit FFF



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Denise Allen v. Merck & Co., Inc.*
        Docket No. 2:05-cv-04738-EEF-DEK

Dear Mr. Craig:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Charlie Parker. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Parker to serve this PPF no later than December 11, 2005.

        Please produce a completed PPF for Charlie Parker no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                            Very truly yours,

                            */s/ John N. Poulos*

                            John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MODED96854

** TX STATUS REPORT **               AS OF   JUN 28 2007 17:32   PAGE.01

                                              HUGHES HUBBARD

|    | DATE TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|----|-----------|---------|------|---------|-----|------|--------|
| 17 | 06/28 17:28 | 9039380235 | EC—S | 03'11" | 015 | 113 | OK |

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

# Hughes
# Hubbard
A New York Limited Liability Partnership

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| **FROM** | Telephone No. | **Date** |
|----------|---------------|----------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| **TO** | Firm | Fax No. |
|--------|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00ED96855

# Exhibit GGG



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Evie Parker. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Parker to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Evie Parker no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MODB670369

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:40   PAGE.01

                                        HUGHES HUBBARD


         DATE TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#   STATUS
    19   06/28 17:38   9039380235   EC---S  01'31"   006   116    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B670370

# Exhibit HHH



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Brian Perrine. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Perrine to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Brian Perrine no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. **(via e-mail)**
Russ M. Herman, Esq. **(via e-mail)**

M00C849506

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:40   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
     19 06/28 17:38     9039380235  EC--S   01'31"   006   116   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00C849507

# Exhibit III



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Denise Allen v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

         We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for William Pierce. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Pierce to serve this PPF no later than December 11, 2005.

         Please produce a completed PPF for William Pierce no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                          Very truly yours,

                                          */s/ John N. Poulos*

                                          John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00DE18422

** TX STATUS REPORT **          AS OF   JUN 28 2007 17:40   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE   MIN/SEC  PGS  JOB#  STATUS
   19   06/28 17:38     9039380235 EC--S   01'31"  006   116   OK



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit JJJ



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

Re:    *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Denise Allen v. Merck & Co., Inc.*
<u>*Docket No. 2:05-cv-04738-EEF-DEK*</u>

Dear Mr. Craig:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for John Paul Ramsey. Merck's initial notice letter was sent on February 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Ramsey to serve this PPF no later than December 11, 2005.

      Please produce a completed PPF for John Paul Ramsey no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MODE199372

```
 ** TX STATUS REPORT **          AS OF   JUN 28 2007 17:40   PAGE.01

                                          HUGHES HUBBARD


         DATE  TIME       TO/FROM      MODE    MIN/SEC   PGS   JOB#  STATUS
    19   06/28 17:38      9039380235  EC--S    01'31"    006   116   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE199373

# Exhibit JJJ (A)



**Hughes**
**Hubbard**
. A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Denise Allen v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04738-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Randall Watson. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Watson to serve this PPF no later than December 11, 2005.

Please produce a completed PPF for Randall Watson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00C849508

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:40   PAGE.01

                                        HUGHES HUBBARD
```

```
        DATE  TIME      TO/FROM      MODE   MIN/SEC  PGS  JOB#  STATUS
   19   06/28 17:38     9039380235   EC--S  01'31"   006  116   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DC849509