# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Abate, Mildred v. Merck & Co., Inc.*; | * | **JUDGE KNOWLES** |
| 2:06-cv-02209; and only regarding Mary | * | |
| Jo Evans; | * | |
| | * | |
| *Ackerman, Kathleen v. Merck & Co., Inc.*; 2:06-cv-02198; and only regarding Judy Dozier; | * | |
| | * | |
| *Ahouse, Irene v. Merck & Co., Inc.*; 2:06-cv-02216; and only regarding Grazia Biscardi; | * | |
| | * | |
| *Albanese, Marie v. Merck & Co., Inc.*; 2:06-cv-02207; and only regarding Dorothy Davies; | * | |
| | * | |
| *Allanson, Willard v. Merck & Co., Inc.*; 2:06-cv-02213; and only regarding Sharon Coulter and Vervl I Coulter; | * | |
| | * | |
| *Alston, Janie v. Merck & Co., Inc.*; 2:06-cv-02217; and only regarding Pamela Bowers and Steven Bowers; | * | |
| | * | |
| *Amie, Vernon v. Merck & Co., Inc.*; 2:06-cv-02219; and only regarding Vernon C Amie; | * | |
| | * | |
| *Ballantyne, Arthur W. v. Merck & Co., Inc.*; 2:06-cv-02195; and only regarding Larry Crosland | * | |
| | * | |
| *Bamford, Armeda v. Merck & Co., Inc.*; 2:06-cv-01168; and only regarding Inge G Koerner; | * | |

892968v.1

|  |  |
|---|---|
| *Corey, Marian v. Merck & Co., Inc.*; 2:06-cv-01196; and only regarding Gladys O Reeves; | * * * * * |
| *Czekalski, Cindy v. Merck & Co., Inc.*; 2:06-cv-01207; and only regarding Claudia Eddy; | * * * * |
| *Disalvo, Angelo v. Merck & Co., Inc.*; 2:06-cv-01194; and only regarding Michael McCarthy; | * * * * |
| *Allen, Denise v. Merck & Co., Inc.*; 2:05-cv-04738, and only regarding Billy Brown, Cal Brown, Joe Dan Brown Frank Cloy, Jimmy Collier, Mark Ervin, Clarence Fields, Alejandro Garza, Irma Garza, Kaylee Godwin, Thomas Griffin, Edward Hunt, Mike Nickerson, Charlie Parker, Evie Parker, Brian Perrine, William Pierce, John Paul Ramsey, and Randall Watson; | * * * * * * * * * * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 11th day of October, 2007, immediately following the monthly status conference that begins at 9:00 o'clock a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 2nd day of October, 2007.

2

892968v.1

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 8th day of October, 2007.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

892968v.1