UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                                 MDL NO. 1657
    **PRODUCTS LIABILITY LITIGATION:**

SECTION: L

…………………………………………………..       JUDGE FALLON
                                                        MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
       2:06-cv-1970

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel respectfully moves for leave to withdraw as counsel in this matter, his representation of Plaintiff Robin Dowell-Druffel ("Dowell-Druffel"). Counsel seeks leave to withdraw because Counsel has attempted to contact Ms. Dowell-Druffel numerous times and has been unable to contact client by telephone or achieve sufficient communication through the mail, and Ms. Dowell-Druffel has not been cooperative in producing requested information. This severely inhibits Counsel's ability to represent Ms. Dowell-Druffel and necessitates withdraw as Counsel.

Counsel has had trouble in communicating with client to obtain necessary information. Counsel attempted to contact client via telephone on 6/8/05 and 6/15/07 with no success, messages left on client's answering machine urging client to contact counsel as soon as possible. Counsel mailed a Plaintiff Fact Sheet to Plaintiff for completion on 7/22/05. Plaintiff failed to return a completed Plaintiff Fact Sheet. Counsel attempted to contact client via telephone on 7/25/05 and 8/15/05 with no success, messages left on client's answering machine urging client to contact counsel. Counsel mailed an update letter and another Plaintiff Fact Sheet to client on 12/20/05 and received no response. Counsel attempted to call client on 1/16/06 and 8/1/06, leaving messages on

client's voicemail that were not returned. Counsel mailed Plaintiff Fact Sheet and authorizations to client again on 6/21/07. Counsel attempted to contact client via telephone on 6/22/07 and 6/25/07, leaving messages on client's voicemail that were not returned. Counsel mailed another letter to client urging client to contact counsel immediately on 6/26/07. Counsel attempted to contact client via telephone again 6/26/07 and 6/27/07, leaving messages on client's voicemail that were not returned. Counsel mailed a certified letter to client on 7/3/07 and received signed confirmation that client received this correspondence requesting she contact Counsel and warning that failure to do so would result in Counsel filing a Motion to Withdraw as Counsel for Plaintiff.. Counsel mailed another certified letter to client again stating that client must contact counsel within seven days of the receipt of the letter. Client failed to accept the certified mailing, however a copy of the letter sent regular mail was not returned. Counsel attempted to call client 8/21/07 and 9/12/07 with no success, leaving messages on client's voicemail that were not returned. Counsel cannot obtain the necessary participation and cooperation of Plaintiff to allow counsel to represent Plaintiff further.

Counsel cannot file a motion to enroll or substitute new counsel for Dowell-Druffel as counsel has been unable to contact Plaintiff via telephone or mail after numerous previously listed attempts.

This motion applies only to representation of Dowell-Druffel, Seth Sharrock Webb and Brown & Crouppen, P.C., remain as counsel for all other plaintiffs in the action, not previously withdrawn from. Upon receipt of the Order granting this Motion to Withdrawal, File & Serve will be updated by Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect this change in representation.

Wherefore, Brown & Crouppen, Seth Sharrock Webb, and all attorneys of record in this matter, request they be allowed to withdraw as counsel of record.  A notice of Motion for Withdraw has been sent via United States Postal Service to the attention of Plaintiff Dowell-Druffel at her last known address.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Robin Dowell-Druffel, 1300 Park Ashwood Drive, Apt. C., St. Charles, MO  63304.  Telephone: (636) 447-4117.

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By:  /s/ SETH SHARROCK WEBB
Seth Sharrock Webb, Fed. Bar No. 505666
720 Olive Street, Suite 1800
St. Louis, MO  63101
Ph: (314) 421-0216
Fax: (314) 421-0359
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that Plaintiff, Robin Dowell-Druffel, has been notified of all deadlines and pending court appearances by certified mail.

ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and mailed via U.S. Postal Service Certified Mail to the Plaintiff at the address listed below, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of September, 2007.

**Stephen G. Strauss**
**Dan H. Ball**
Bryan Cave, LLP -St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert T. Ebert, Jr.**
Bryan Cave, LLP - St. Louis
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000

**Robin Dowell-Druffel**
1300 Park Ashwood Drive, Apt. C
St. Charles, MO  63304
(636) 447-4117
*Plaintiff*

By:    /s/ SETH SHARROCK WEBB
         Seth Sharrock Webb, MO Fed. Bar No. 505666