FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 14   AM 10: 46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE |
| GERALD D. BARNETT | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

## MOTION AND INCORPORATED MEMORANDUM OF MERCK & CO., INC. ("MERCK") FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF JUDGMENT PENDING APPEAL

Defendant Merck hereby moves the Court for an order: (1) approving the supersedeas

bond attached hereto as Exhibit A; and (2) staying enforcement of the judgment in this case

pending Merck's appeal.

## I.    PROCEDURAL HISTORY

On June 28, 2007, the Court entered final judgment in this case in favor of Plaintiff

Gerald D. Barnett and against Merck, in the amount of $1,600,000.00, plus legal interest from

the date of judgment and costs.  Federal Rule of Appellate Procedure 4(a)(4)(A) provides that the

timely filing of certain motions, including a motion for new trial, suspends the appeal period.

Merck filed a motion for new trial on July 13, 2007, which (because weekends and legal holidays

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

do not count) was within the required 10 days from entry of judgment.[1]  Fed. R. Civ. P. 6; Fed. R. Civ. P. 59(b); Fed. R. App. P. 26(a).  On August 20, 2007, the Court issued an order denying Merck's timely-filed motion for new trial (Rec. Doc. 11661).  On September 14, 2007, Merck filed, concurrently with this motion, a notice of its appeal to the United States Court of Appeals for the Fifth Circuit.

## I.    ARGUMENT

Federal Rule of Civil Procedure 62(d) entitles a party, as a matter of right, to obtain a stay of a money judgment during the pendency of an appeal by filing a supersedeas bond.  *See Hebert v. Exxon Corp.*, 953 F.2d 936, 938 (5th Cir. 1992).  The purpose of the bond is "to preserve the status quo while protecting the non-appealing party's rights pending appeal."  *Poplar Grove Planting and Refining Co., Inc. v. Bache Halsey Stuart, Inc.*, 600 F.2d 1189, 1191 (5th Cir. 1979).

Under Eastern District of Louisiana Local Rule 62.2, "[a] supersedeas bond staying execution of a money judgment shall be in the amount of the judgment plus 20% of the amount to cover interest, costs and any award of damages for delay, unless the court directs otherwise."  Because the judgment in this case is $1,600,000.00, the amount of the supersedeas bond required under the local rule is $1,920,000.00 – *i.e.*, the judgment plus 20% of the amount of the judgment.  Merck has posted a bond in this amount; it is attached hereto as Exhibit A.  Counsel for plaintiff has been provided in advance with a copy of the text of the bond, and has expressed satisfaction with the form and the amount of the bond.

---

[1] Merck based its motion for new trial on Federal Rule of Civil Procedure 59.  But, regardless of whether the motion is considered a motion for new trial under Rule 59, a motion to alter or amend the judgment under Rule 59(e), or a motion for relief from judgment under Rule 60, the motion suspended the time for filing Merck's notice of appeal under Federal Rule of Appellate Procedure 4(a)(4)(A).

892457v.1

Merck respectfully asks the Court to approve its supersedeas bond in the amount of

$1,920,000.00, and to stay enforcement of the final judgment in this case pending Merck's

appeal.


Dated:  September 14, 2007                    Respectfully submitted,


                                              *Phil Wittmann*
                                              _____
                                              Phillip A. Wittmann, 13625
                                              Dorothy H. Wimberly, 18509
                                              STONE PIGMAN WALTHER
                                              WITTMANN L.L.C.
                                              546 Carondelet Street
                                              New Orleans, Louisiana  70130
                                              Phone:  504-581-3200
                                              Fax:    504-581-3361

                                              Defendants' Liaison Counsel

                                              Philip S. Beck
                                              Andrew Goldman
                                              BARTLIT BECK HERMAN PALENCHAR
                                              & SCOTT LLP
                                              54 West Hubbard Street, Suite 300
                                              Chicago, Illinois  60610
                                              Phone:  312-494-4400
                                              Fax:    312-494-4440

                                              And

                                              Brian S. Currey
                                              Catalina J. Vergara
                                              O'MELVENY & MYERS LLP
                                              400 South Hope Street
                                              Los Angeles, CA 90071
                                              Phone:  213-430-6000
                                              Fax:    213-430-6407

                                              Attorneys for Merck & Co., Inc.

892457v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Approval of Supersedeas Bond and Stay of Judgment Pending Appeal, filed by Merck & Co., Inc. ("Merck"), has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Mr. Barnett, Mark Robinson, by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, on this 14th day of September, 2007.

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

4