UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE |
| GERALD D. BARNETT | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | BOND NO.: 104971674 |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## SUPERSEDEAS BOND

KNOW ALL MEN BY THESE PRESENTS, that we, Merck & Co., as Principal, and Travelers Casualty and Surety Company of America, a corporation organized under the laws of the State of Connecticut and authorized to do business in the State of Louisiana, as Surety are held and firmly bound unto Gerald Barnett, as Obligee, in the maximum penal sum of one million nine hundred twenty thousand Dollars ($1,920,000, the amount of the underlying judgment in this matter plus 20%), lawful money of the United States of America, for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has appealed to the Fifth Circuit of the United States Court of Appeals from a judgment entered in this matter on the 28th day of June, 2007.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full force and effect.

SIGNED, SEALED and DATED this __11th__ day of _September_, 2007

Merck & Co.

By: _____
, Principal

Travelers Casualty and Surety Company of America

By: _____
Mary Lawrence,
Attorney-in Fact