WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

# POWER OF ATTORNEY


**TRAVELERS**

| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

Attorney-In Fact No. 214378

Certificate No. 001431001

**KNOW ALL MEN BY THESE PRESENTS**: That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Mary Lawrence, Theresa Giraldo, Paula Seymour, and Debra L. Teplitzky

of the City of __Morristown__, State of __New Jersey__, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this __14th__ day of __July__ __2006__.

| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

State of Connecticut
City of Hartford ss.

By: _George W. Thompson_, Senior Vice President

On this the __14th__ day of __July__, __2006__, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof,** I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_Marie C. Tetreault_, Notary Public

58440-8-06 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

SURETY ACKNOWLEDGEMENT

STATE OF NEW JERSEY
COUNTY OF MORRIS

On _9/11/2007_, before me personally came Mary Lawrence to me known to be an Attorney-in-Fact of Travelers Casualty and Surety Company of America, the corporation described in the within instrument, and she acknowledged that she executed the within instrument as the act of the said Travelers Casualty and Surety Company of America in accordance with authority duly conferred upon her by said company.

Paula Seymour
Notary Public of New Jersey
My Commission Expires May 15, 2011

Notary Public

PRINCIPAL ACKNOWLEDGEMENT

STATE OF NEW JERSEY
COUNTY OF ~~MORRIS~~ Somerset

On this _11th_ day of _September_, 2007, before me personally came _Mark McDonough_ to me known to be a _Principal_ of _Merck, Co., Inc._, the corporation described in the within instrument, and he/she executed the within instrument as the act of the said _Merck, Co., Inc._ in accordance with authority duly conferred upon him/her by said company.

Notary Public

ANDREA T. McGUIRE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 30, 2011

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

HARTFORD, CONNECTICUT 06183

FINANCIAL STATEMENT AS OF DECEMBER 31, 2006

AS FILED IN THE STATE OF NEW YORK

CAPITAL STOCK $ 6,000,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---|---|---|
| CASH & INVESTED CASH | $ 114,080,791 | UNEARNED PREMIUMS | $ 724,600,436 |
| BONDS | 2,912,711,671 | LOSSES | 872,911,753 |
| STOCK | 14,865,186 | LOSS ADJUSTMENT EXPENSES | 128,785,154 |
| INVESTMENT INCOME DUE AND ACCRUED | 34,978,331 | COMMISSIONS | 28,073,926 |
| PREMIUM BALANCES | 166,157,298 | TAXES, LICENSES AND FEES | 21,233,762 |
| REINSURANCE RECOVERABLE | 3,954,077 | OTHER EXPENSES | 30,823,925 |
| NET DEFERRED TAX ASSET | 42,796,290 | DIVIDENDS | 7,060,260 |
| CEDED DEPOSIT ASSET | 6,134,622 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 38,726,832 |
| STATE SURCHARGES RECEIVABLE | 149,430 | CEDED REINSURANCE NET PREMIUMS PAYABLE | (4,981,682) |
| OTHER ASSETS | (4,414,060) | FUNDS HELD UNDER REINSURANCE TREATIES | 99,064,362 |
| | | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 39,095,839 |
| | | REMITTANCES AND ITEMS NOT ALLOCATED | 60,285,233 |
| | | PROVISION FOR REINSURANCE | 6,389,561 |
| | | PAYABLE TO PARENT, SUBSIDIARIES & AFFILIATES | 86,266,776 |
| | | PAYABLE FOR SECURITIES | 4,975,100 |
| | | RETROACTIVE REINSURANCE RESERVE ASSUMED | 20,845,771 |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 119,334 |
| | | TOTAL LIABILITIES | $ 2,164,276,332 |
| | | CAPITAL STOCK | $ 6,000,000 |
| | | PAID IN SURPLUS | 303,297,402 |
| | | OTHER SURPLUS | 817,840,902 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $ 1,127,138,204 |
| TOTAL ASSETS | $ 3,291,414,636 | TOTAL LIABILITIES & SURPLUS | $ 3,291,414,636 |

STATE OF CONNECTICUT   )
COUNTY OF HARTFORD    )SS.
CITY OF HARTFORD      )

LAWRENCE A. SIUTA, BEING DULY SWORN, SAYS THAT HE IS CHIEF FINANCIAL OFFICER - TRAVELERS BOND & FINANCIAL PRODUCTS, OF TRAVELERS CASUALTY SURETY COMPANY OF AMERICA, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 31st DAY OF DECEMBER, 2006.

CHIEF FINANCIAL OFFICER - TRAVELERS BOND & FINANCIAL PRODUCTS

NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME THIS
29TH DAY OF MARCH, 2007

Anna P. Nowik Notary Public
My Commission Expires June 30, 2011