UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 18 AM 7: 15

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-0485 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| GERALD D. BARNETT | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * *

## ORDER APPROVING SUPERSEDEAS BOND AND STAYING ENFORCEMENT OF JUDGMENT PENDING APPEAL

Upon application of Defendant Merck & Co., Inc. ("Merck"), and after review of the supersedeas bond submitted by Merck, IT IS HEREBY ORDERED that:

(1) The supersedeas bond in the amount of One Million Nine Hundred Twenty Thousand Dollars ($1,920,000.00) submitted by Merck is hereby APPROVED; and

(2) The final judgment in the amount of One Million Six Hundred Thousand Dollars ($1,600,000.00), plus legal interest from the date of judgment and costs, entered by this Court on June 28, 2007 in favor of Plaintiff Gerald D. Barnett and against Defendant Merck, is hereby STAYED during the pendency of Merck's appeal.

New Orleans, Louisiana, this 17th day of September, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.____