UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Thomas v. Merck & Co., Inc.*, 06-1493

## ORDER

The Court recently received several additional medical records and authorizations regarding Mr. Thomas's claim, including a CD and VHS tape. As these materials should not have been provided to the Court, IT IS ORDERED that they be forwarded to Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, as identified in Pre-Trial Order No. 18C.

The Court also received a copy of Mr. Thomas's Last Will and Testament. The Court will not forward this document, but instead retain it UNDER SEAL in the interest of privacy.

New Orleans, Louisiana, this  17th  day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve a copy of this Order on the following by mail:

Edward Earl Thomas
2300 South Jefferson #7
Saginaw, MI  48061