UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Rita B. Barker et al. v. Merck & Co., Inc.;* Docket Number: 2:05-cv-06535 | * | JUDGE KNOWLES |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiff Margie Colbert in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

893039v.1