UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ishmael Haqq v. Merck & Co., Inc. et al.*, No. 07-cv-00073 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck"), Defendant McKesson Corporation ("McKesson"), and Defendant Amerisource Bergen Corporation ("Amerisource") and Plaintiff Ishmael Haqq, through their respective undersigned counsel, as follows:

1. This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). This stipulation is made without prejudice to plaintiff's right to re-file a suit based on any claims arising out of alleged personal injuries related to his use of Vioxx against Merck, any of its subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy, or defendant herein, provided that he commences such action in federal court and in no other forum.

2. Each party is to bear its own costs and attorneys' fees.

Dated: 8/17/07

        LEVIN, PAPANTONIO, THOMAS,
        MITCHELL, ECHSNER & PROCTOR, P.A

        */s/ Rachael Gilmer*

        Rachael Gilmer
        Troy Rafferty
        316 S. Baylen St., Suite 600
        Pensacola, Florida 32502
        Telephone: 850.435.7159
        Facsimile: 850.436.6158

        Attorneys for Plaintiff

Dated: 8/21/07

        GREENE BROILLET & WHEELER, LLP

        */s/ Bruce Fishelman*

        Bruce Fishelman
        100 Wilshire Blvd., Suite 2100
        P.O. Box 2131
        Santa Monica, CA 90407-2131
        Telephone: 310.576.1200
        Facsimile: 310.576.1220

        Attorneys for Plaintiff

Dated:

        PANISH SHEA & BOYLE LLP

        */s/ Kevin R. Boyle*

        Kevin R. Boyle
        11111 Santa Monica Blvd.
        Suite 700
        Los Angeles, CA 90025
        Telephone: 310.477.1700
        Facsimile: 310.477.1699

        Attorneys for Plaintiff

Dated: 9/12/07

REED SMITH LLP

*[signature]*

Steven J. Boranian
Kevin M. Hara
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated 9/17/07

MORRIS, POLICH, AND PURDY LLP

*[signature] Megan S. Wynne*

Anthony G. Brazil
Megan Wynne
1055 West Seventh Street,
24th Floor
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for Defendants McKesson
Corporation and Amerisource Bergen
Corporation

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of September, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel