UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Estate Of Juanita Battle, by and through a Successor in Interest, Ameenah Shabbaz, an individual v. Merck & Co., Inc. et al.*, No. 07-cv-00077 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck"), Defendant McKesson Corporation ("McKesson"), and Defendant Amerisource Bergen Corporation ("Amerisource") and Plaintiff Estate of Juanita Battle, by and through a successor in interest, Ameenah Shabbaz, through their respective undersigned counsel, as follows:

1. This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). This stipulation is made without prejudice to plaintiff's right to re-file a suit based on any claims arising out of alleged personal injuries related to her use of Vioxx against Merck, any of its subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy, or defendant herein, provided that she commences such action in federal court and in no other forum.

2. Each party is to bear its own costs and attorneys' fees.

Dated: 8/17/07

LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.

/s/ Rachael Gilmer

Rachael Gilmer
Troy Rafferty
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
Telephone: 850.435.7159
Facsimile: 850.436.6158

Attorneys for Plaintiff

Dated: 8/21/07

GREENE BROILLET & WHEELER, LLP

/s/ B.C. Fish

Bruce Fishelman
100 Wilshire Blvd., Suite 2100
P.O. Box 2131
Santa Monica, CA 90407-2131
Telephone: 310.576.1200
Facsimile: 310.576.1220

Attorneys for Plaintiff

Dated:

PANISH SHEA & BOYLE LLP

/s/ Kevin R. Boyle

Kevin R. Boyle
11111 Santa Monica Blvd.
Suite 700
Los Angeles, CA 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiff

Dated: 9/12/07

REED SMITH LLP

*/s/ Kevin Hara*

Steven J. Boranian
Kevin M. Hara
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated 9/17/07

MORRIS, POLICH, AND PURDY LLP

*/s/ Megan S. Wynne*

Anthony G. Brazil
Megan Wynne
1055 West Seventh Street,
24th Floor
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for Defendants McKesson
Corporation and Amerisource Bergen
Corporation

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of September, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel