UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Ackenback, Frank v. Merck & Co., Inc.*; | * | JUDGE KNOWLES |
| 2:06-cv-06943; and only regarding: | * | |
| Myra Rico on behalf of Martha Alvarez, | * | |
| Gerrold Austin on behalf of Leroy | * | |
| Austin, Diana C Bekier on behalf of | * | |
| Robert Bekier, Stephan W Booker on | * | |
| behalf of Pauline M Booker, and Toni | * | |
| Booker on behalf of Barbara Chancellor; | * | |
| | * | |
| *Anderson, Elvis v. Merck & Co., Inc.*; | * | |
| 2:06-cv-10631; | * | |
| | * | |
| *Clark, Clara E. v. Merck & Co., Inc.*; | * | |
| 2:06-cv-06942; and only regarding: | * | |
| Anna Cregar on behalf of Clyde Cregar, | * | |
| Daniel R Dove on behalf of Betty G | * | |
| Crowder, Melvin E Disbennett, Daniel | * | |
| Dorce on behalf of Maria Dorce, | * | |
| Virginia Felton on behalf of Mary R | * | |
| Felton, D Joyce DeJesus on behalf of | * | |
| Johnnie Frost, Maria Sanchez on behalf | * | |
| of Alice Garcia, and Donald | * | |
| Garlinghouse on behalf of Darlene I | * | |
| Garlinghouse; | * | |
| | * | |
| *Curtis, Thelma L. v. Merck & Co., Inc.*; | * | |
| 2:06-cv-06946; and only regarding: | * | |
| Sarah Mackfield on behalf of Annie S | * | |
| Childress, John R Gunningham on behalf | * | |
| of Naomi D Gunningham, Velica | * | |
| Houchin on behalf of Alfred L Houchin, | * | |
| Sharon Simmons on behalf of Cloatelia | * | |
| Hudson, and Karen Spaniol on behalf of | * | |
| Angela T Talerico; | * | |

892893v.1

|  |  |
|---|---|
| *Haywood, Amelia v. Merck & Co., Inc.*; 2:06-cv-06944; and only regarding: Mark Houde on behalf of Roselyn M Houde; | * * * * * * |
| *Jenkins, Kenneth v. Merck & Co., Inc.*; 2:06-cv-07116; and only regarding: Billy Quitoriano on behalf of Margaret J Jones, Reginald L Latiker on behalf of Charlie Latiker, Lyle Lemke on behalf of Bonnie L Lemke, and Adam Logan on behalf of Robert G Logan; | * * * * * * * * |
| *McBride, James v. Merck & Co., Inc.*; 2:06-cv-06947; and only regarding: Robert E Hacker on behalf of Zetty V Malone, Ivory E Marshall on behalf of Elizabeth L Marshall, Lynda J Marchi on behalf of Alice M Marshalsea, Dean Martin on behalf of Wesley M Martin, and Susanna L Mercer on behalf of Jerry A Mercer, Sr.; | * * * * * * * * * * |
| *Montalto, Karen A. v. Merck & Co., Inc.*; 2:06-cv-06945; and only regarding: Tajuana Baker on behalf of Gail Moore, Deborah Morgan on behalf of William Morton, Michael Lautner on behalf of Marilyn J Nicely, Charlotte Milan on behalf of Bessie Lee Jacks Ratcliff, David Reynolds on behalf of Eleanor H Reynolds, Robert Richards on behalf of Ruth K Richards, Anitra Richardson on behalf of Thomas R. Richardson, and James Riley on behalf of Linda S Riley. | * * * * * * * * * * * * * * |
| * * * * * * * * * * * * * * * * | * |

## ORDER TO SHOW CAUSE WHY CASES
## SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the

11th day of October, 2007, immediately following the monthly status conference that begins at

9:00 o'clock a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras

892893v.1

Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 2nd day of October, 2007.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 8th day of October, 2007.

NEW ORLEANS, LOUISIANA, this 18th day of September, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

892893v.1