UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Booher, Bonnie et al. v. Merck & Co., Inc.;* Docket No. 2:05-cv-02385; and only regarding Lois Deaton, Lou Jean Hash, Teddy Horn, Betty Sturgill, and Kathryn E. Ridder on behalf of Jack L. Stallard. | * | |
| *Akers, David Morrison et al. v. Merck & Co., Inc.*; Docket No. 2:05-cv-02384; and only regarding Vicki Clevinger on behalf of the Estate of Mabel H. Gayhart, Edith Nell Coleman, Eddie R. Johnson, Joseph T. Landis, and Kenneth Rife. | * | |
| *Moore, Gaye et al. v. Merck & Co., Inc.;* Docket No. 2:06-cv-02748; regarding all plaintiffs. | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of Plaintiffs listed above against Defendant, Merck & Co., Inc. in the above-styled lawsuits are hereby dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

893397v.1

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____

**DISTRICT JUDGE**

893397v.1