## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Williams, Leann M. v. Merck & Co.,* | * | KNOWLES |
| *Inc.*, Docket Number: 2:06-cv-09385. | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Leann M. Williams and Defendant, Merck & Co., Inc. hereby stipulate,
pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of her respective
claims against Merck & Co., Inc. in the above-styled lawsuits, each party to bear its own costs,
subject to the following conditions:

1.      Leann M. Williams agrees that, in the event she or a representative on her behalf
re-files a lawsuit against Merck that contains claims relating to Vioxx®, they shall so do only in
the United States District Court for the Eastern District of Louisiana, without joining any parties
whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall
not oppose transfer to MDL 1657; and

2.      Plaintiff further agrees that in the event she re-files such lawsuit, any discovery
that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657, the
MDL proceeding venued in the United States District Court for the Eastern District of Louisiana)
and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said

Plaintiff, as though Plaintiff had been a party and had had an opportunity to participate in that discovery.

3.      Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of this Plaintiff against Merck & Co., Inc., in the above-captioned case.

Respectfully submitted,

FARACI & LANGE, L.L.P.

By: _____

Stephen G. Schwartz
Faraci & Lange, L.L.P.
2 State Street
400 Crossroads Bldg.
Rochester, NY 14614
Phone: 585-325-5150

*Counsel for Plaintiff Listed in Caption Above*

STONE PIGMAN WALTHER
WITTMANN, L.L.C.

By: */s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Defendant Merck & Co., Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without

Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail

and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the

same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that

the foregoing was electronically filed with the Clerk of Court of the United States District Court

for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of

September, 2007.

> */s/ Dorothy H. Wimberly*
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana 70130
> Phone: 504-581-3200
> Fax:    504-581-3361
> dwimberly@stonepigman.com
>
> Defendants' Liaison Counsel

826474v.2