UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Dorschel, Donald v. Merck & Co., Inc.,* | * | KNOWLES |
| Docket Number: 2:05-cv-05858; and | * | |
| only regarding Anna Lubitow and Ben | * | |
| Cogliotore on behalf of Antoinette | * | |
| Cogliotore. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the Plaintiffs listed above against Defendant

Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party

to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.


_____

DISTRICT JUDGE