UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Abate, Mildred v. Merck & Co., Inc.*; | * | JUDGE KNOWLES |
| 2:06-cv-02209; and only regarding Mary | * | |
| Jo Evans; | * | |
| | * | |
| *Ahouse, Irene v. Merck & Co., Inc.*; | * | |
| 2:06-cv-02216; and only regarding | * | |
| Grazia Biscardi; | * | |
| | * | |
| *Albanese, Marie v. Merck & Co., Inc.*; | * | |
| 2:06-cv-02207; and only regarding | * | |
| Dorothy Davies; | * | |
| | * | |
| *Allanson, Willard v. Merck & Co., Inc.*; | * | |
| 2:06-cv-02213; and only regarding | * | |
| Sharon Coulter and Vervl I Coulter; | * | |
| | * | |
| *Bamford, Armeda v. Merck & Co., Inc.*; | * | |
| 2:06-cv-01168; and only regarding Inge | * | |
| G Koerner; | * | |
| | * | |
| *Corey, Marian v. Merck & Co., Inc.*; | * | |
| 2:06-cv-01196; and only regarding | * | |
| Gladys O Reeves; | * | |
| | * | |
| *Czekalski, Cindy v. Merck & Co., Inc.*; | * | |
| 2:06-cv-01207; and only regarding | * | |
| Claudia Eddy; | * | |
| | * | |

893448v.1

| | |
|---|---|
| *Disalvo, Angelo v. Merck & Co., Inc.*; | * |
| 2:06-cv-01194; and only regarding | * |
| Michael McCarthy. | * |
| | * |
| * * * * * * * * * * * * * * * * * | * |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the above-listed Plaintiffs listed against defendant Merck & Co., Inc. in the above-styled lawsuit be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____

**DISTRICT JUDGE**

893448v.1