UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Estate of Juanita Battle, by and through a Successor in Interest, Ameenah Shabbaz, an individual, v. Merck & Co., Inc.; et al.,* Docket Number: 2:07-cv-0077 | * | JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that all claims of plaintiff Estate of Juanita Battle, by and through a successor in interest, Ameenah Shabbaz, against defendants Merck & Co., Inc., McKesson Corporation, and Amerisource Bergen Corporation in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 20th day of September, 2007.

_____
DISTRICT JUDGE

893088v.1