**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to:** | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |
| *Frances Benfield v. Merck & Co., Inc.;* | * | |
| Docket No. 2:07-cv-02858 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal of the Case of Frances

Benfield,

IT IS ORDERED, that all claims of plaintiff Frances Benfield against defendant, Merck

& Co., Inc. be and they hereby are dismissed without prejudice, each party to bear its own costs,

and subject to the terms and conditions of the parties' Stipulation.


NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.


_____

**DISTRICT JUDGE**


893541v.1