UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *Booher, Bonnie et al. v. Merck & Co., Inc.;* Docket No. 2:05-cv-02385; and only regarding Lois Deaton, Lou Jean Hash, Teddy Horn, Betty Sturgill, and Kathryn E. Ridder on behalf of Jack L. Stallard. | * | |
| *Akers, David Morrison et al. v. Merck & Co., Inc.*; Docket No. 2:05-cv-02384; and only regarding Vicki Clevinger on behalf of the Estate of Mabel H. Gayhart, Edith Nell Coleman, Eddie R. Johnson, Joseph T. Landis, and Kenneth Rife. | * | |
| *Moore, Gaye et al. v. Merck & Co., Inc.;* Docket No. 2:06-cv-02748; regarding all plaintiffs. | * | |
| * * * * * * * * * * * * * * * * * | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims of Plaintiffs listed above against Defendant, Merck & Co., Inc. in the above-styled lawsuits are hereby dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

893397v.1

NEW ORLEANS, LOUISIANA, this  21st  day of      September      , 2007.

*[signature: Eldon E. Fallon]*

**DISTRICT JUDGE**

893397v.1