IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL DOCKET NO. 1657 ALL CASES 2:06-CV-00302 |
| In Re: Fields v. Merck & Co Inc, et al. | ) | |

## MOTION TO DISMISS

NOW COME the Defendants, JOHN M. SULTAN, M.D. and RAVINIA ASSOCIATES IN INTERNAL MEDICINE, LTD., by their attorneys, PRETZEL & STOUFFER, CHARTERED, and pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Honorable Court to enter an order dismissing these Defendants from the above-captioned lawsuit, with prejudice, as the Plaintiff has failed to file the Healthcare Professional Report required by Illinois law.

WHEREFORE, Defendants, JOHN M. SULTAN, M.D. and RAVINIA ASSOCIATES IN INTERNAL MEDICINE, LTD., request this Court to enter an order dismissing the Plaintiff's claims against these Defendants, and any other relief this Court deems appropriate.

/s/Edward B. Ruff, III, Esq.
IL Bar No.  ARDC # 618332
Michael P. Turiello
IL Bar No.  ARDC # 6238272
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Motion to Dismiss was filed electronically this 21st day of September, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

Antonio Maurizio Romanucci
Romanucci & Blandin
33 North LaSalle St.
Ste. 2200
Chicago, IL 60602

Brian Alan Sher
Bryan Cave - Chicago
161 N. Clark Street
Suite 4300
Chicago, IL 60601-3315

Stephen G. Strauss
Bryan Cave, LLP - St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

/s/Edward B. Ruff, III, Esq.
IL Bar No.  ARDC # 618332
Michael P. Turiello
IL Bar No.  ARDC # 6238272
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*