# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |
| | MDL DOCKET NO. 1657 |
| | ALL CASES |
| | 2:06-CV-00302 |
| In Re: Fields v. Merck & Co Inc, et al. | |

## NOTICE OF HEARING

To:   Attorneys of record.

PLEASE TAKE NOTICE that on October 11, 2007 at 9:00 a.m., the undersigned shall appear before the Honorable Judge Eldon E. Fallon in the courtroom usually occupied by him in the United States District Court, Eastern District of Louisiana 500 Poydras Street, Room C-456. New Orleans, LA 70130, and then and there present DEFENDANTS JOHN M. SULTAN, M.D. and RAVINIA ASSOCIATES IN INTERNAL MEDICINE, LTD.'S MOTION TO DISMISS, a copy of which is attached hereto.

Dated: September 21, 2007

/s/Edward B. Ruff, III, Esq.
IL Bar No.  ARDC # 618332
Michael P. Turiello
IL Bar No.  ARDC # 6238272
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Motion to Dismiss was filed electronically this 21ST day of September, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

Antonio Maurizio Romanucci
Romanucci & Blandin
33 North LaSalle St.
Ste. 2200
Chicago, IL 60602

Brian Alan Sher
Bryan Cave - Chicago
161 N. Clark Street
Suite 4300
Chicago, IL 60601

Stephen G. Strauss
Bryan Cave, LLP - St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102

/s/Edward B. Ruff, III, Esq.
IL Bar No.  ARDC # 618332
Michael P. Turiello
IL Bar No.  ARDC # 6238272
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*