UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

On July 31, 2007, the Court filed Special Master Paul R. Rice's Second Report and Recommendations into the record. *See* Rec. Doc. 11826. The Special Master's Second Report addresses certain documents and communications involving Merck and two outside consulting agencies, DDB Communications Group, Inc. and Ogilvy Public Relations Worldwide, Inc. These "third-party" documents were not included in the representative sample of documents reviewed by the Special Master and recently addressed by the Court. *See In re Vioxx Prods. Liab. Litig.*, ___ F. Supp. 2d ___, 2007 WL 2309877 (E.D. La. Aug. 14, 2007).

After considering Merck's timely objections to the Special Master's Second Report (Rec. Doc. 12068), the PSC's response (Rec. Doc. 12179), and Merck's reply (Rec. Doc. 12248), the Court now issues this Order directing the Special Master to supplement his Second Report with individualized recommendations on each of the "third-party" documents. The Court anticipates that the Special Master will employ procedures similar to those used in the review of the representative sample. However, as this matter has now progressed beyond a representative

review, the costs will be shifted to the defendant Merck.  Accordingly, IT IS ORDERED that the costs of this supplemental review of the "third-party" documents shall be borne entirely by Merck.

New Orleans, Louisiana, this 21st day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE