IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE VIOXX MARKETING, | ) | MDL DOCKET NO. 1657 |
| SALES PRACTICES, AND | ) | ALL CASES |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | 2:06-CV-11291 |
| | ) | |
| | ) | |
| In Re: Reimer v. Lichteberg et al. | ) | |

### MOTION TO DISMISS

NOW COMES the Defendant LEE LICHTENBERG, M.D., by his attorneys, PRETZEL &

STOUFFER, CHARTERED, and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this

Honorable Court to enter an order dismissing this Defendant from the above-captioned lawsuit, with

prejudice, as the Plaintiff has failed to file the Healthcare Professional Report required by Illinois

law.

WHEREFORE, Defendant, LEE LICHTENBERG, M.D., requests this Court to enter an

order dismissing the Plaintiff's claims against this Defendant and any other relief this Court deems

appropriate.

/s/Edward B. Ruff, III, Esq.
IL Bar No.  ARDC # 618332
Michael P. Turiello
IL Bar No.  ARDC # 6238272
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Motion to Dismiss was filed electronically this 21st day of September, 2007.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic system.

Antonio Maurizio Romanucci
Romanucci & Blandin
33 North LaSalle St.
Ste. 2200
Chicago, IL 60602

Brian Alan Sher
Bryan Cave - Chicago
161 N Clark Street
Suite 4300
Chicago, IL 60601-3315

Stephen G. Strauss
Bryan Cave, LLP - St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

/s/Edward B. Ruff, III, Esq.
IL Bar No.  ARDC # 618332
Michael P. Turiello
IL Bar No.  ARDC # 6238272
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*