IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>ALL CASES<br><br>2:06-CV-09734 |
| In Re: GENOWEFA WROBEL v. SURENDER LAL, M.D. and MERCK & CO., INC. | |

## MOTION TO DISMISS

NOW COMES the Defendant, LAL SURENDER, M.D., by his attorneys, PRETZEL & STOUFFER, CHARTERED, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves this Honorable Court to enter an order dismissing this Defendant from the above-captioned lawsuit, with prejudice, as the Plaintiff has alleged facts showing that the cause is untimely and further has failed to file the Healthcare Professional Report required by Illinois law.

WHEREFORE, Defendant, LAL SURENDER, M.D., requests this Court to enter an order dismissing the Plaintiff's claims against this Defendant, and any other relief this Court deems appropriate.

/s/Edward B. Ruff, III, Esq.
IL Bar No.  ARDC # 618332
Michael P. Turiello
IL Bar No.  ARDC # 6238272
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Motion to Dismiss was filed electronically this 21st day of September, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

| | |
|---|---|
| Antonio Maurizio Romanucci | Brian Alan Sher |
| Romanucci & Blandin | Brian Cave - Chicago |
| 33 North LaSalle St. | 161 N Clark Street |
| Ste. 2200 | Suite 4300 |
| Chicago, IL 60602 | Chic ago, IL 60601 |

/s/Edward B. Ruff, III, Esq.
IL Bar No.  ARDC # 618332
Michael P. Turiello
IL Bar No.  ARDC # 6238272
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*