IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL DOCKET NO. 1657 ALL CASES<br><br>2:05-CV-01005 |
| In re: Johnson v. Dabhade, et al. | | |

## NOTICE OF HEARING

To:    Attorneys of record.

PLEASE TAKE NOTICE that on October 11, 2007 at 9:00 a.m., the undersigned shall appear before the Honorable Judge Edlon E. Fallon in the courtroom usually occupied by him in the United States District Court, Eastern District of Louisiana 500 Poydras Street, Room C-456. New Orleans, LA 70130, and then and there present DEFENDANTS NARENDRA DABHADE, M.D., and NARENDRA DABHADE, M.D., LTD.'s MOTION TO DISMISS, a copy of which is attached hereto.

Dated: September 21, 2007

/s/Edward B. Ruff, III, Esq.
IL Bar No.  ARDC # 618332
Michael P. Turiello
IL Bar No.  ARDC # 6238272
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Motion to Dismiss was filed electronically this 21st day of September, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

| | |
|---|---|
| Antonio Maurizio Romanucci | Eugene Edward Murphy, Jr. |
| Romanucci & Blandin | Bryan Cave - Chicago |
| 33 North LaSalle St. | 161 N. Clark Street |
| Ste. 2200 | Suite 4300 |
| Chicago, IL 60602 | Chicago, IL 60601 |

Stephen G. Strauss
Bryan Cave, LLP- St. Louis
211 N. Broaday
Suite 3600
St. Louis, MO 63102-2750

/s/Edward B. Ruff, III, Esq.
IL Bar No.  ARDC # 618332
Michael P. Turiello
IL Bar No.  ARDC # 6238272
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*