IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL: 1657

GLENDA MADDEN, surviving spouse and
Personal Representative for the ESTATE OF
DANIEL JOHN MADDEN,

    Plaintiff,

Case No.: 2:07-CV-1995

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JEFF BASTI, ABBY CONRAD,
SHANNON DEMPSEY, MELINDA DREITH,
ALEJANDRO GUERRA, MICHAEL HALPIN,
KEVIN HETHERINGTON, COURTNEY McGIRT,
CHARLES NESTLERODE, CAROLINA PHINNEY,
DENISE R. RASHLEY, BRENT STOKES, and JOSEPH P. TURNER,

    Defendants.
_____/

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, GLENDA MADDEN, surviving spouse and Personal Representative for the ESTATE OF DANIEL MADDEN, moves this Honorable Court pursuant to Rule 15, Federal Rules of Civil Procedure, for leave to amend her Complaint. As grounds in support of this motion, Plaintiff states as follows:

1. Plaintiff initially filed this action against Defendants Merck & Co. Inc., et al., on February 8, 2007, in Florida State Court.

2. The reference to her husband's middle name being John is a scrivener's error since his legal name was Daniel Joseph Madden.

3.  Plaintiff seeks to amend her complaint (the proposed Amended Complaint is attached as Exhibit "A") to identify the proper legal name of her husband. The granting of this Motion will not result in any prejudice to Defendants and should relate back to the original date of filing.

4.  Plaintiff has consulted with defense counsel for MERCK and defense counsel has no objections to the amendment of the Plaintiff's complaint.

WHEREFORE, Plaintiff requests that this Court enter its order granting her Motion for Leave to Amend Complaint. Further, Plaintiff requests that this Court order that the Amended Complaint attached hereto be filed *instanter* and direct said Defendants to timely file appropriate responses.

Dated this 24 day of Sept, 2007.

By: ___/s/ Brenda S. Fulmer___
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Unopposed Motion for Leave to Amend Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF

system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24 day of Sept., 2007.

By:   /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
bfulmer@tampatriallawyers.com

**SERVICE LIST**

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: Aretha.davis@dechert.com

3

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel