IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL: 1657

GLENDA MADDEN, surviving spouse and
Personal Representative for the ESTATE OF
DANIEL JOHN MADDEN,

    Plaintiff,

vs.

Case No.: 2:07-CV-1995

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JEFF BASTI, ABBY CONRAD,
SHANNON DEMPSEY, MELINDA DREITH,
ALEJANDRO GUERRA, MICHAEL HALPIN,
KEVIN HETHERINGTON, COURTNEY McGIRT,
CHARLES NESTLERODE, CAROLINA PHINNEY,
DENISE R. RASHLEY, BRENT STOKES, and JOSEPH P. TURNER,
    Defendants.
_____/

## ORDER ON PLAINTIFF'S UNOPPOSED
## MOTION FOR LEAVE TO AMEND COMPLAINT

THIS CAUSE having come before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Unopposed Motion for Leave to Amend Complaint is hereby GRANTED.

2.    The Amended Complaint is deemed filed, as of the date hereof and all Defendants shall file an Answer to the Amended Complaint within ten (10) days from the date hereof.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1