UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Gilbert Coombs v. Merck & Co., Inc.;* | * | JUDGE KNOWLES |
| Docket Number: 05-5923 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiff Gilbert Coombs in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
DISTRICT JUDGE

893575v.1