# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX | * | CIVIL ACTION NO.: |
| Products Liability Litigation | * | MDL 1657 |
| This Document Relates To | * | SECTION L, MAG 3 |
| Florence Schouest | * | JUDGE FALLON |
| Plaintiff, | * | |
| vs. | * | |
| Merck & Co., Inc., | * | |
| Defendant. | * | |
| Civil Action No. 05-6276 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ADD THE ESTATE OF FLORENCE SCHOUEST

COMES NOW, plaintiff, by and through their counsel of record, who hereby advises this Court that plaintiffs' counsel has been notified by the daughter of Florence Schouest, plaintiff in the above named suit, that on January 30, 2007, her mother, Florence Schouest, died.

1.  On November 23, 2005, plaintiff, Florence Schouest, instituted this cause of action by filing an original complaint in this court, seeking damages resulting from injuries caused by the ingestion of Vioxx.

2.  On January 30, 2007, Florence Schouest died.

WHEREFORE, plaintiff respectfully requests that the Estate of Florence Schouest be added in this cause as a party plaintiff and that the style of the action be changed to accurately reflect same.

>Respectfully submitted,
>
>**ALLAN BERGER & ASSOCIATES, P.L.C.**
>
>S/ALLAN BERGER
>ALLAN BERGER (LBA NO. 2977)
>4173 Canal Street
>New Orleans, Louisiana  70119-5972
>Telephone:  (504) 486-9481
>Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been filed with the Clerk of Court this 24st day of September,  2007 by using the CM/ECF system which will send a notice of electronic filing to all parties.

>     S/Allan Berger
>    ALLAN BERGER

**THE UNITED STATES DISTRICT COURT**

## FOR THE EASTERN DISTRICT OF LOUISIANA

## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX | * | CIVIL ACTION NO.: |
| Products Liability Litigation | * | MDL 1657 |
| This Document Relates To | * | SECTION L, MAG 3 |
| Florence Schouest | * | JUDGE FALLON |
| Plaintiff, | * | |
| vs. | * | |
| Merck & Co., Inc., | * | |
| Defendant. | * | |
| Civil Action No. 05-6276 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that the Estate of Florence Schouest be added in this cause as a party plaintiff and that the style of the action be changed to accurately reflect same.

Signed at New Orleans, Louisiana, this _____ day of _____, 2007.

_____
J U D G E