THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX | * | CIVIL ACTION NO.: |
| Products Liability Litigation | * | MDL 1657 |
| This Document Relates To | * | SECTION L, MAG 3 |
|    Ada Santiago | * | JUDGE FALLON |
| | * | |
|       Plaintiff, | * | |
| vs. | * | |
|    Merck & Co., Inc., | * | |
| | * | |
|       Defendant. | | |
| | * | |
| Civil Action No. 05-6276 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO ADD THE ESTATE OF ADA SANTIAGO**

COMES NOW, plaintiff, by and through their counsel of record, who hereby advises this Court that plaintiffs' counsel has been notified by the family of Ada Santiago, plaintiff in the above named suit, that on March 25, 2007, their mother, Ada Santiago, died.

1. On November 23, 2005, plaintiff, Ada Santiago, instituted this cause of action by filing an original complaint in this court, seeking damages resulting from injuries caused by the ingestion of Vioxx.

2. On March 25, 2007, Ada Santiago died.

3. The only surviving heirs are her three daughters, Vanessa Carter, Iris B. Santiago Soto and Carmen Santiago.

WHEREFORE, plaintiff respectfully requests that the Estate of Ada Santiago be added in this cause as a party plaintiff and that the style of the action be changed to accurately reflect same.

Respectfully submitted,

**ALLAN BERGER & ASSOCIATES, P.L.C.**

S/ALLAN BERGER
ALLAN BERGER (LBA NO. 2977)
4173 Canal Street
New Orleans, Louisiana  70119-5972
Telephone:  (504) 486-9481
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been filed with the Clerk of Court this 24th day of September, 2007 by using the CM/ECF system which will send a notice of electronic filing to all parties.

S/Allan Berger
ALLAN BERGER