# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX | * | CIVIL ACTION NO.: |
| Products Liability Litigation | * | MDL 1657 |
| This Document Relates To | * | SECTION L, MAG 3 |
|    Doris McCloskey | * | JUDGE FALLON |
| | * | |
|    Plaintiff, | * | |
| vs. | * | |
|    Merck & Co., Inc., | * | |
| | * | |
|    Defendant. | * | |
| | * | |
| Civil Action No. 06-5066 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUBSTITUTION OF PARTY

**COME NOW** the Plaintiff under Rule 25 Federal Rules of Civil Procedure and respectfully request this Court to enter an Order substituting as plaintiff, Patricia S. Amrhein, personal representative of the Estate of Doris E. McCloskey, in place of plaintiff, Doris E. McCloskey.  As grounds for same, the plaintiff states as follows:

    1.    The complaint in the above styled manner was filed prior to the death of Doris E. McCloskey.

    2.       The plaintiff, Doris E. McCloskey, died on or about July 13, 2007.

    3.       Patricia S. Amrhein was appointed as Personal Representative of the Estate of Doris E. McCloskey on August 13, 2007. (See attached as Exhibit A).

    4.       Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED**, the plaintiffs respectfully request this Court to enter an Order substituting Patricia S. Amrhein, Personal Representative of the Estate of Doris S. McCloskey, for the plaintiff Doris S. McCloskey.

        Respectfully submitted,

        **ALLAN BERGER & ASSOCIATES, P.L.C.**

        S/ALLAN BERGER
        **ALLAN BERGER** (BAR NO. 2977)
        4173 Canal St.
        New Orleans, LA 70119-5972
        (504) 486-9481
        FAX: (504) 483-8130
        E-mail: aberger@allan-berger.com
            *Attorney for Plaintiff*

**NOTICE OF HEARING**

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing pleading has been filed with the Clerk of Court this 24th day of September, 2007 by using the CM/ECF system which will send a notice of electronic filing to all parties.

                                                ____S/Allan Berger_____
                                                ALLAN BERGER