# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX MARKETING, ) | MDL DOCKET NO. 1657 |
| SALES PRACTICES, AND ) | ALL CASES |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | 2:05-CV-02562 |
| ) | |
| ) | |
| In Re: Brown v. Merck & Co. Inc., et al. ) | |

## NOTICE OF HEARING

To:   Attorneys of record.

PLEASE TAKE NOTICE that on October 11, 2007 at 9:00 a.m., the undersigned shall appear before the Honorable Judge Eldon E. Fallon in the courtroom usually occupied by him in the United States District Court, Eastern District of Louisiana 500 Poydras Street, Room C-456. New Orleans, LA 70130, and then and there present DEFENDANTS THOMAS A. STERN, M.D., and THOMAS A STERN, M.D., S.C.'s MOTION TO DISMISS, a copy of which is attached hereto.

Dated: September 24, 2007

/s/Edward B. Ruff, III, Esq.
IL Bar No. _ARDC # 618332_
Michael P. Turiello
IL Bar No. _ARDC # 6238272_
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Motion to Dismiss was filed electronically this 24th day of September, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

Richard Frances Burke, Jr.
Clifford Law Offices, P.C.
120 N. LaSalle St.
31st Floor
Chicago, IL 60602

Eugene Edward Murphy, Jr.
Bryan Cave - Chicago
161 N. Clark Street
Suite 4300
Chicago, IL 60601

Richard C. Stanley
Stanley, Flanagan & Reuter, LLC
LL&E Tower
909 Poydras St.
Suite 2630
New Orleans, LA 70112

Norman Charles Kleinberg
Hughes, Hubbard & Reed, LLP
Battery Park Ofc.
One Battery Park Plaza
New York, NY 10004

Phillip A. Whittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Stephen G. Strauss
Bryan Cave, LLP - St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102

Thomas J. Andrews
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Sherri L. Tarr
Clifford Law Offices, P.C.
120 N. LaSalle Street
31st Floor
Chicago, IL 60602

/s/Edward B. Ruff, III, Esq.
IL Bar No.  ARDC # 618332
Michael P. Turiello
IL Bar No.  ARDC # 6238272
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-7507 - Phone
(312) 346-8242 - Fax
ERuff@pretzel-stouffer.com
*Attorneys for Defendant*