UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Allen, Denise v. Merck & Co., Inc., and* | * | **KNOWLES** |
| *only in regard to* | * | |
| *Cal Brown* | * | |
| Docket Number: 2:05-CV-04738. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Cal Brown and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed.
R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of his or her respective claims against
Merck & Co., Inc. in the above-styled lawsuits, each party to bear its own costs, subject to the
following conditions:

1.      Cal Brown agrees that, in the event he or she or a representative on his or her
behalf re-file a lawsuit against Merck that contains claims relating to Vioxx®, they shall so do
only in the United States District Court for the Eastern District of Louisiana, without joining any
parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they
shall not oppose transfer to MDL 1657; and

2.      Plaintiff further agrees that in the event he or she re-files such lawsuit, any
discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-
1657, the MDL proceeding venued in the United States District Court for the Eastern District of
Louisiana) and that is not specific to a particular plaintiff, can be used in any such lawsuit re-

filed by said Plaintiff, as though Plaintiff had been a party and had had an opportunity to participate in that discovery.

     3.     Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of this Plaintiff against Merck & Co., Inc., in the above-captioned case.

Respectfully submitted,

PLAINTIFF COUNSEL

STONE PIGMAN WALTHER
WITTMANN, L.L.C.

By: */s/ Bruce A. Craig*
   Tx. Bar No. 04975270

By: */s/ Dorothy H. Wimberly*

The Carlile Law Firm, LLP
400 S. Alamo Street
Marshall, Texas 75672
Phone: 903-938-1655
Fax: 903-938-0235

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Plaintiff Listed in Caption*
*Above*

*Counsel for Defendant Merck & Co., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of September, 2007.

*/s/ Bruce A. Craig*