UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| *Allen, Denise v. Merck & Co., Inc., and* | * | |
| *only in regard to* | * | **MAGISTRATE JUDGE** |
| *Cal Brown* | * | **KNOWLES** |
| | * | |
| Docket Number: 2:05-CV-04738. | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff, Cal Brown, listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**