# Ex. C

# DEFENDANT MERCK & CO. INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS FIRST-FILED CLAIM AND CROSS-MOTION TO DISMISS PLAINTIFFS' DUPLICATIVE CLAIM



13241260

Dec 19 2006
3:27PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 06 CV 3890 | Plaintiff:    Julia Dooley<br>                         (name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I.    CASE INFORMATION

A. Name of person completing this form:

Julia Dianne Dooley

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number:


2.  Maiden Or Other Names Used or By Which You Have Been Known:


3.  Address:


4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate?


5.  If you were appointed as a representative by a court, state the:
    Court:

1

Date of Appointment:

6. What is your relationship to deceased or represented person or person claimed to be injured?

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died:

C. Claim Information

   1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?

      Yes

*If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®?

      Arrythmia – cardio problems

   b. When do you claim this injury occurred?

      2000-2001

   c. Who diagnosed the condition?

      Olivia Adair, M.D.

   d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question?

      No

   *If "yes,"* when and who diagnosed the condition at that time?

      No

   e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past?

      No

      *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any.

2

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?

Yes

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

a.  Name and address of each person who treated you:

Frank Rauzi, M.D. and Richard Glasser, M.D.
8340 S. Sangre de Cristo Rd., Suite 105
Littleton, CO 80127

Robert B. Cowan, M.D.
2305 E. Arapahoc Rd.
Centennial, CO 80122

b.  To your understanding, condition for which treated:

Depression

c.  When treated:

2001 – 2005

d.  Medications prescribed or recommended by provider:

Serzone

Klonopin


## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name:

Julia Dianne Dooley

B. Maiden or other names used or by which you have been known:

Fox and Walston

C. Social Security Number:

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

D.    Address:  6316 S. Johnson St.
                    Littleton, CO 80123

3

E. Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 6316 S. Johnson Street Littleton, CO 80123 | 1991- present |

F. Driver's License Number and State Issuing License:

   94-324-0083 CO

G. Date of Place and Birth:

   Cleveland, TN; November 14, 1948

H. Sex:

   Female

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Parks School of Business | 1967-1968 | Secretarial | Diploma |

J. Employment Information.

   1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| HUD/FHA | 1670 Broadway Denver, CO 80202 | 1991- present | Housing Specialist |

   2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |

   3. Are you making a wage loss claim for either your present or previous employment?

      No

      *If "yes,"* state your annual income at the time of the injury alleged in

4

Section I(C):

K. Military Service Information: Have you ever served in the military, including the
military reserve or National guard?

No

*If "yes,"* were you ever rejected or discharged from military service for any reason
relating to your physical, psychiatric or emotional condition?

L. Insurance / Claim Information:
   1. Have you ever filed a worker's compensation and/or social security disability
   (SSI or SSD) claim?

   Yes

   *If "yes,"* to the best of your knowledge please state:
      a. Year claim was filed:

         1997
      b. Nature of disability:

         Broken knee
      c. Approximate period of disability:

         2 weeks

   2. Have you ever been out of work for more than thirty (30) days for reasons related
   to your health (other than pregnancy)?

      Yes

   *If "yes,"* set forth when and the reason.

      Breast cancer 2000

   3. Have you ever filed a lawsuit or made a claim, other than in the present suit,
   relating to any bodily injury?

      No

   *If "yes,"* state to the best of your knowledge the court in which such action was filed,
   case name and/or names of adverse parties, and a brief description for the claims
   asserted.

5

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?

No

*If "yes,"* set forth where, when and the felony and/or crime.

## III.   FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):

Name: Harry J. Walston
Married: 3/15/1973
Divorced: 7/12/1974

Name: Ronald L. Dooley
Date of Birth: 8/11/1946
Occupation: Retired
Married: 5/27/1977

B. Has your spouse filed a loss of consortium claim in this action?

Yes

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?

Yes

*If "yes,"* identify each such person below and provide the information requested.

| Name | Current Age (or Age at Death) | Type of Problem | If Applicable, Cause of Death |
|------|------|------|------|
| Father | 78 | Stroke | |
| Grandfather | Do not recall | Heart problems | |

D. If applicable, for each of your children, list his/her name, age and address:

| Child's Name | Age | Address |
|------|------|------|
| Roni Taylor | 27 | 6005 Taft Way Littleton, CO 80127 |
| Danielle Dooley | 24 | 6146 S. Holland Street Littleton, CO 80123 |

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you?

Robin Kovachy, M.D.

B. On which dates did you begin to take, and stop taking, VIOXX®?

Beginning: 11/2000

Ending: 6/2004

C. Did you take VIOXX® continuously during that period?

Yes

D. To your understanding, for what condition were you prescribed VIOXX®?

Arthritis

7

E. Did you renew your prescription for VIOXX®?

Yes

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided:

Robin Kovachy, M.D. 25mg, provided early 2000

G. Which form of VIOXX® did you take (check all that apply)?

| | |
|---|---|
| 12.5 mg Tablet (round, cream, MRK 74) | |
| 12.5 mg Oral Suspension | |
| 25 mg Tablet (round, yellow, MRK 110) | X |
| 25 mg Oral Suspension | |
| 50 mg Tablet (round, orange, MRK 114) | |

H. How many times per day did you take VIOXX®?

Once

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®?

No

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it?

Yes

2. Did you receive any written or oral information about VIOXX® while you took it?

Yes

3. *If "yes,"*

a. When did you receive that information?

When prescription was filled

8

b. From whom did you receive it?

Pharmacy

c. What information did you receive?

Package inserts

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®?

Aspirin

## V. MEDICAL BACKGROUND

A. Height:

5' 1"

B. Current Weight:

168

Weight at the time of the injury, illness, or disability described in Section I(C):

150

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

| | |
|---|---|
| Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. | X |
| Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. | |
| a. Date on which smoking/tobacco use ceased: | |
| b. Amount smoked or used: on average _____ per day for ____ years. | |
| Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff. | |
| a. Amount smoked or used: on average _____ per day for _____ years. | |
| Smoked different amounts at different times. | |

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?

Yes

9

*If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint: ·

| drinks per week, | |
|---|---|
| drinks per month, | |
| drinks per year, *or* | 6 |
| Other(describe): | |

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"

No

*If "yes"*, identify each substance and state when you first and last used it.

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| | | | | |
| | | | | |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| | | | |
| | | | |

10

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?

Yes

*If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Bilateral Real-Time Breast Ultrasound | 01/04/00 | Harry Brodie, M.D. | Medical Imaging 6169 Balsam #110 Littleton, Co 80123 | Palpable lump on the right/Mammographic nodule on the left |
| Ultrasound – Guided Needle Core Biopsy, Right Breast | 01/05/00 | Lois McLauchlan, M.D. | Medical Imaging 6179 S. Balsam Way Suite 200 Littleton CO 80123 | Breast Mass |
| Left Breast MRI with Rodeo Sequence | 01/18/00 | David Clark, M. D. | Medical Imaging 8200 E. Belleview # 124 Englewood Co 80111 | Contralateral Breast Carcinoma |
| Right Breast MRI | 01/19/00 | David Clark, M.D. | Medical Imaging 8200 E. Belleview # 102 Englewood CO 80111 | Breast Cancer |
| Right Axillary Ultrasound | 02/04/00 | David Clark, M.D. | Medical Imaging 8200 E. Belleview # 102 Greenwood Village CO 80111 | Identification of Sentinel Node |
| Chest X Ray | 07/27/00 | Robin Kovachy, M.D. | Radiology/Main Department 501 E. Hampden Ave Englewood, CO | Congestion |

11

| | | | 80110 | |
|---|---|---|---|---|
| Chest X Ray | 08/08/00 | Robin Kovachy, M.D. | Radiology/Main Department 501 E. Hampden Ave Englewood, CO 80110 | Breast Cancer |
| MRI of the Brain | 11/30/00 | Robin Kovachy, M.D. | Medical Imaging 8200 E. Belleview # 124 Englewood Co 80111 | Bilateral Arm and hand numbness |
| Holter report | 03/17/01 | Harry Brodie, M.D. | South Denver Cardiology 2535 S. Downing # 140 Denver CO 80210 | Rapid Heart Beats |
| Echocardio gram | 06/06/01 | Robin Kovachy, M.D. | South Denver Cardiology 2535 S. Downing # 140 Denver CO 80210 | Murmur, Shortness of breath, dyspnea on exertion |
| Holter report | 10/09/02 | Frank Rauzi, M.D. | South Denver Cardiology 2535 S. Downing # 140 Denver CO 80210 | Light headed |
| Right Breast Ultrasound | 02/05/03 | Robin Kovachy, M.D. | Medical Imaging 8200 E. Belleview # 102 Greenwood Village CO 80111 | Medial right breast pain |
| TEE EKG | 10/2004 | Olivia Adair, M.D. | 2535 S. Downing, Suite 150 Denver, CO 80210 | Arrythmia 3 leaky heart valves |
| Angiogram | 2/2005 | Myles Guber, M.D. And Olivia Adair, M.D. | Porters Hospital 2525 Downing Denver, CO 80210 | Pre testing for valve replacement surgery |

## VI.   DOCUMENTS

.  Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

| | | | | | |
|---|---|---|---|---|---|
| A.   Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. | Yes | X | No | |
| B.   Decedent's death certificate (if applicable). | Yes | | No | |
| C.   Report of autopsy of decedent (if applicable). | Yes | | No | |

## VII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Frank Rauzi, M.D. | 8340 S. Sangre de Cristo Rd. Suite 105 |
| Richard Glasser, M.D. | Littleton, CO 80127 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Frank Rauzi, M.D. | 8340 S. Sangre de Cristo Rd. Suite 105 Littleton, CO 80127 | 1996- present |
| Richard Glasser, M.D. | 8340 S. Sangre de Cristo Rd. Suite 105 Littleton, CO 80127 | 1996- present |
| Robin Kovachy, M.D. | 22 W. Dry Creek Circle Littleton, CO 80120 | 2000-present |
| Olivia Adair, M.D. | 2535 S. Downing # 150 Denver, CO 80210 | 2001-present |

13

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Rocky Mountain Cancer | 22 W. Dry Creek Circle Littleton, CO 80120 | 2000 | Breast cancer |
| Swedish Medical Center | 501 E. Hampden Englewood, CO 80113 | 3/2000-8/2000 | Effects of chemo |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Rocky Mountain Cancer | 22 W. Dry Creek Circle Littleton, CO 80120 | 2000 | Chemo |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Frank Rauzi, M.D. | 8340 S. Sangre de Cristo Rd. Suite 105 Littleton, CO 80127 | 1996- present |
| Richard Glasser, M.D. | 8340 S. Sangre de Cristo Rd. Suite 105 Littleton, CO 80127 | 1996- present |
| Robin Kovachy, M.D. | 22 W. Dry Creek Circle Littleton, CO 80120 | 2000-present |
| Olivia Adair, M.D. | 2535 S. Downing # 150 Denver, CO 80210 | 2001-present |
| Robert B. Cowan, M.D. | 2305 E. Arapahoe Rd. Centennial, CO 80122 | 1/2004 – 6/2004 |
| Myles Guber, M.D. | 950 E. Harvard # 550 Denver, CO 80210 | 11/2004-2/2005 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Walgreens | 5870 S. Kipling St. Littleton, CO 80127 |

14

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|      |         |
|      |         |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Department of Labor | 1999 Broadway # 1780 Denver, CO 80202 |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Julia D. Dooley_ _Julia D. Dooley_ _12/12/06_
Signature          Print Name          Date

15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL No. 1657

AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)

Name:_____   ← Client: Please complete
                                     this portion.

Date of Birth:_____

Social Security Number:_____

I hereby authorize _____ to release   ← Client: Please leave
all existing medical records regarding the above-named person's medical care, treatment,    this portion blank,
physical condition, and/or medical expenses to the law firm of HUGHES HUBBARD & REED         per Court order.
LLP, One Battery Park Plaza, New York, New York 10004-1482, and/or to the law firm   ← Client: Please leave
of _____        this portion blank,
and/or their designated agents ("Receiving Parties"). These records shall be used or         per Court order.
disclosed solely in connection with the currently pending VIOXX® litigation involving the
person named above. This authorization shall cease to be effective as of the date on which the
above-named person's VIOXX® litigation concludes. The Receiving Parties shall return or
destroy the protected health information (including all copies made) at the end of the above-
named person's litigation or proceeding.

I understand that the health information being used/disclosed may include information
relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired
Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol
disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,

73418143

medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____

← Client: Please leave this portion blank, per Court order.

Dated this _12_ day of _Dec._, 200_6_

← Client: Please complete this portion.

_Julio D. Wooley_
[PLAINTIFF OR REPRESENTATIVE]

← Client: Please sign this portion.

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

Please complete this portion if you are not the injured party, but are authorized to complete this form on injured party's behalf

AUTHORIZATION #1

7348742

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL No. 1657

AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)

Name:_____                    ← Client: Please complete
                                                            this portion.
Date of Birth:_____

Social Security Number:_____

    I hereby authorize _____ to release       ← Client: Please leave
all existing records regarding the above-named person's psychological or psychiatric care,   this portion blank,
treatment, condition, and/or expenses to the law firm of **HUGHES HUBBARD & REED LLP,**   per Court order.
**One Battery Park Plaza, New York, New York 10004-1482, and/or to the law firm**
of _____                                  ← Client: Please leave
**and/or their designated agents ("Receiving Parties").**  These records shall be used or   this portion blank,
disclosed solely in connection with the currently pending VIOXX® litigation involving the   per Court order.
person named above.  This authorization shall cease to be effective as of the date on which the
above-named person's VIOXX® litigation concludes.  The Receiving Parties shall return or
destroy the protected health information (including all copies made) at the end of the above-
named person's litigation or proceeding.

    I understand that this authorization includes information regarding the diagnosis and
treatment of psychiatric and psychological disorders, and that the health information being
used/disclosed may include information relating to the diagnosis and treatment of Human
Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually
transmitted disease and drug and alcohol disorders.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses' notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological
treatment and counseling records, narratives, and any correspondence/memoranda and billing

77010v.1

information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this *12* day of *Dec* , 200*6*

*Julia D. Dooly*
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

Client: Please leave this portion blank, per Court order. ←

Client: Please complete this portion. ←

Client: Please sign this portion. ←

Please complete this portion if you are not the injured party but are authorized to complete this form on injured party's behalf (due to death, incapac etc.) ←

AUTHORIZATION #2

734931(1)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re: VIOXX® PRODUCT
LIABILITY LITIGATION

AUTHORIZATION FOR RELEASE OF
PSYCHOTHERAPY NOTES PURSUANT
TO 45 C.F.R. § 164.508 (HIPAA)

Name:_____     ← Client: Please complete
                                      this portion.

Date of Birth:_____

Social Security Number:_____

    I hereby authorize _____ to release     ← Client: Please leave
all existing psychotherapy notes regarding the above-named person's medical care, treatment,        this portion blank,
physical/mental condition, and/or medical expenses to law firm of HUGHES HUBBARD &                   per Court order.
REED LLP, One Battery Park Plaza, New York, New York 10004-1482, and/or to the law
firm of _____     ← Client: Please leave
and/or their designated agents ("Receiving Parties"). These records shall be used or                this portion blank,
disclosed solely in connection with the currently pending VIOXX® litigation involving the            per Court order.
person named above. This authorization shall cease to be effective as of the date on which the
above-named person's VIOXX® litigation concludes. The Receiving Parties shall return or
destroy the protected health information (including all copies made) at the end of the above-
named person's litigation or proceeding.

    I understand that this authorization includes all psychotherapy notes maintained
separately from the above-named person's medical record that document or analyze the contents
of conversation during a private counseling session or a group, joint, or family counseling
session by referring to something other than medication prescription and monitoring, counseling
session start and stop times, the modalities and frequencies of treatment furnished, results of
clinical tests, and any summary of the following items: diagnosis, functional status, the treatment
plan, symptoms, prognosis and progress.

    I understand that the health information being disclosed by these psychotherapy notes
may include information relating to the diagnosis and treatment of Human Immunodeficiency
Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and
drug and alcohol disorders.

    This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Client: Please leave this portion blank, per Court order.

Dated this 12 day of Dec. , 200 6

Client: Please complete this portion.

*Lidia D. Dooley*
[PLAINTIFF OR REPRESENTATIVE]

Client: Please sign this portion.

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

Please complete this portion if you are not the injured party, but are authorized to complete this form on injured party's behalf (due to death, incapacity, etc.)

AUTHORIZATION #3

731181r.3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL No. 1657

AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages, earnings or
earning capacity.)

Name:_____   ← Client: Please complete this portion.

Date of Birth:_____

Social Security Number:_____

I hereby authorize _____ to release   ← Client: Please leave this portion blank, per Court order.
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of HUGHES HUBBARD & REED LLP,
One Battery Park Plaza, New York, New York 10004-1482, and/or to the law firm
of _____   ← Client: Please leave this portion blank per Court order.
and/or their designated agents ("Receiving Parties"). These records shall be used or
disclosed solely in connection with the currently pending VIOXX® litigation involving the
person named above. This authorization shall cease to be effective as of the date on which the
above-named person's VIOXX® litigation concludes.

I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

Any photostatic copy of this document shall have the same authority as the original, and   Client: Please leave this portion blank, per Court order.
may be substituted in its place. Copies of these materials are to be provided at the expense of   ←
Hughes Hubbard & Reed LLP or _____.

Dated this /2 day of _Dec._, 2006   ← Client: Please complete this portion.

_Julia D. Wooley_
[PLAINTIFF OR REPRESENTATIVE]   ← Client: Please sign this portion.

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____   ← Please complete this portion if you are not the injured party, but are authorized to complete this form on injured party's behalf (due to death, incapacity, etc.)

AUTHORIZATION #4

7241879.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 1657

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs *not*
making a claim for lost wages or earnings or
earning capacity.)**

Name:_____     ← Client: Please complete
this portion.

Date of Birth:_____

Social Security Number:_____

I hereby authorize _____ to release all   ← Client: Please leave
existing records and information in its possession regarding the above-named person's       this portion blank,
employment and education (with the exception of W-4 and W-2 forms) to the law firm of       per Court order.
HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York
10004-1482, and/or to the law firm of _____       ← Client: Please leave
and/or their designated agents ("Receiving Parties"). These records shall be used or       this portion blank,
disclosed solely in connection with the currently pending VIOXX® litigation involving the      per Court order.
person named above. This authorization shall cease to be effective as of the date on which the
above-named person's VIOXX® litigation concludes.

I understand that this authorization includes the above-named person's complete
employment personnel file with the exception of W-4 and W-2 forms (including attendance
reports, performance reports, medical reports, workers' compensation claims), and also includes
all other records relating to employment, past and present, all records related to claims for
disability, and all educational records (including those relating to courses taken, degrees
obtained, and attendance records). This listing is not meant to be exclusive.

Any photostatic copy of this document shall have the same authority as the original, and       Client: Please leave
may be substituted in its place. Copies of these materials are to be provided at the expense of       this portion blank,
Hughes Hubbard & Reed LLP or _____.     ← per Court order.

Dated this 12 day of Dcc ., 2006

*Julia W. Dooley*     ← Client: Please complete
[PLAINTIFF OR REPRESENTATIVE]       this portion.

          ← Client: Please sign
this portion.

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____       ← Please complete this
portion if you are not
the injured party, but
are authorized to complete
this form on injured
party's behalf
(due to death, incapacity,
etc.)

AUTHORIZATION #5

71418v.1