# Ex. D

# DEFENDANT MERCK & CO. INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS FIRST-FILED CLAIM AND CROSS-MOTION TO DISMISS PLAINTIFFS' DUPLICATIVE CLAIM



13241260

Dec 19 2006
3:27PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| THIS RELATES TO:<br><br>Civil Action No: 06 CV 3890 | Plaintiff:    Ronald L. Dooley<br>(name) |

### PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I.    CASE INFORMATION

A. Name of person completing this form:

Ronald L. Dooley

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. Social Security Number:


2. Maiden Or Other Names Used or By Which You Have Been Known:


3. Address:


4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate?


5. If you were appointed as a representative by a court, state the:
Court:

1

Date of Appointment:

6. What is your relationship to deceased or represented person or person claimed to be injured?

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died:

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?

       Yes

*If "yes,"*

a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®?

   Stroke

b. When do you claim this injury occurred?

   2/27/2002, 2/10/2003 & 9/20/2004

c. Who diagnosed the condition?

   2/27/02 David Schroder, M.D.
   2/10/03 Sally Coates, M.D.
   9/20/04 Richard Ratigan, M.D

d. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question?

   No

*If "yes,"* when and who diagnosed the condition at that time?

e. Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past?

   Yes

2

*If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any.

As for the stroke on 2/10/2003 and 9/20/2004

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®?

Yes

*If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

   a. Name and address of each person who treated you:

      Dr. Frank Rauzi, PCP

   b. To your understanding, condition for which treated:

      Posttraumatic Stress Disorder

   c. When treated:

      7/2002 – 10/2002

   d. Medications prescribed or recommended by provider:

      Paxil, Lexapro 10mg

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name:

   Ronald Lee Dooley

B. Maiden or other names used or by which you have been known:

   N/A

C. Social Security Number:

   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

D. Address:

   6316 South Johnson St.
   Littleton, CO 80123

3

E.  Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
| 6316 South Johnson St. Littleton, CO 80123 | 1990-present |

F.  Driver's License Number and State Issuing License:

92-059-7228 CO

G.  Date of Place and Birth:

DeMoines, Iowa; August 11, 1946

H.  Sex:

Male

I.  Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
| Washburn University | 1966-1968 | Drafting Eng. | 3 years |
| Bootstrap Program United States Airforce | | | |
| Jones Real Estate College | 1975 | Real Estate | Associates Degree/Broker License |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| Wal-Mart | Littleton, CO | 8/2004-present | People Greeter/ Santa at Christmas |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| Department of Veterans Affairs | 155 Van Gordon St. Lakewood, CO | 1991-6/2003 | Technician Hearing aid Division |

4

3. Are you making a wage loss claim for either your present or previous employment?

No

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C):

K. Military Service Information:  Have you ever served in the military, including the military reserve or National guard?

Yes

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?

L. Insurance / Claim Information:

1.Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?

Yes

*If "yes,"* to the best of your knowledge please state:

a.  Year claim was filed:

June 2003

b.  Nature of disability:

Stroke/paralyzed left arm, hand and leg

c.  Approximate period of disability:

Permanent

2.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?

Yes

*If "yes,"* set forth when and the reason.

June 20, 2003 until August 2004; Stroke

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?

No

4. *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted.

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?

No

*If "yes,"* set forth where, when and the felony and/or crime.

## III.  FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g. divorce, annulment, death):

Name: Sylvia E. Thompson Dooley
Married: June 10, 1969
Divorced: 1975

Name: Julia Dianne Fox Dooley
Date of Birth: November 14, 1948
Occupation: H.U.D.
Married May 27, 1977

B. Has your spouse filed a loss of consortium claim in this action?

Yes

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?

6

Yes

*If "yes,"* identify each such person below and provide the information requested.

Name: Gail Barker (Gradfather)

Current Age (or Age at Death):  Age at death 97

Type of Problem: Heart attack at age 75

Triple bypass (never smoked)

If Applicable, Cause of Death:  Pneumonia

D.  If applicable, for each of your children, list his/her name, age and address:

| Child's Name | Age | Address |
|---|---|---|
| Darrell Edwards | 5/28/1966 | 9724 N. 56th Drive Glendale, AR 85302 |
| Brian Donald Dooley | 6/25/1971 | 2825 Breckenridge Blvd. Suite 130 Duluth, GA 30096 |
| Roni Michelle Taylor | 2/10/1979 | 6005 Taft Court Littleton, CO 80123 |
| Danielle Diane Dooley | 12/17/1982 | 6146 S. Holland Littleton, CO 80123 |

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.

## IV.   VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you?

Dr. Frank Rauzi

B.  On which dates did you begin to take, and stop taking, VIOXX®?

Beginning: August 2000
Ending:     September 2004

7

C. Did you take VIOXX® continuously during that period?

Yes

D. To your understanding, for what condition were you prescribed VIOXX®?

Arthritis and Neuropathy

E. Did you renew your prescription for VIOXX®?

Yes

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided:

Dr. Frank Rauzi; 25 mg; August 2000

G. Which form of VIOXX® did you take (check all that apply)?

| | |
|---|---|
| 12.5 mg Tablet (round, cream, MRK 74) | |
| 12.5 mg Oral Suspension | |
| 25 mg Tablet (round, yellow, MRK 110) | X |
| 25 mg Oral Suspension | |
| 50 mg Tablet (round, orange, MRK 114) | |

H. How many times per day did you take VIOXX®?

Once per day

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®?

Yes

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it?

8

Yes

   a. Did you receive any written or oral information about VIOXX® while you took it?

Yes

3. *If "yes,"*

   a. When did you receive that information?

     When prescription was filled

   b. From whom did you receive it?

     Walgreens Pharmacy

   c. What information did you receive?

     Pharmacy literature

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®?

Excedrin

## V. **MEDICAL BACKGROUND**

A. Height:

   5' 8"

B. Current Weight:

   252

   Weight at the time of the injury, illness, or disability described in Section I(C):

   225

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

| | |
|---|---|
| Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. | |
| Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. | X |
| a. Date on which smoking/tobacco use ceased: 2/1986 | |
| b. Amount smoked or used: on average 1 pack per day for 19 years. | |
| Current smoker of cigarettes/cigars/pipe tobacco or user of chewing | |

9

| | |
|---|---|
| tobacco/snuff. | |
| D. Amount smoked or used: on average _____ per day for _____ years. | |
| Smoked different amounts at different times. | |

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?

Yes

*If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

| | |
|---|---|
| drinks per week, | |
| drinks per month, | 3 |
| drinks per year, *or* | |
| Other(describe): | |

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"

No

*If "yes"*, identify each substance and state when you first and last used it.

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| | | | | |
| | | | | |

10

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| Aortic Valve Regurgitation | 05/2006 | Dr. James Schmidt | Western Cardiology Assoc. Denver, CO |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?

Yes

*If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Echocardiogram | 6/23/2006 | James Schmidt, M.D. | Western Cardiology Assoc. | Chest Pain |
| Cardiac Stress Test | 5/10/2006 | Peter Levitt, M.D. | Littleton Adventist Hospital | Chest pain |
| EKG | 5/10/2006 | Dr. James Schmidt | Centura Health | Chest pain |
| PA & Lateral Chest | 11/1/2004 | Frank Rauzi, M.D. | Invision | Cough |
| CT Brain/Head | 9/20/2004 | Richard Ratigan, M.D. | Porter Adventist Hospital | Left-sided numbness, TIA, bleed |
| MRI | 9/22/2004 | Raechel O'Kelley, M.D. | Porter Adventist Hospital | TIA |
| MRI | 2/10/2003 | Sally Coates, M.D. | Porter Adventist Hospital | Lightheadedness |
| EKG | 2/2003 | Sally Coates, M.D. | Porter Adventist Hospital | Lightheadedness |
| CT Head | 2/2003 | Sally Coates, M.D. | Porter Adventist Hospital | Lightheadedness |
| MRA Head/Neck/Brain | 2/27/2002 | David Schroeder, | Porter Adventist | TIA/CVA |

11

| | | M.D. | Hospital | |
|---|---|---|---|---|
| MRI Head | 2/27/2002 | David Schroeder, M.D. | Porter Adventist Hospital | TIA/CVA |
| Chest PA and Lateral | 2/28/2002 | David Schroeder, M.D. | Porter Adventist Hospital | TIA/CVA |
| MRI | 7/1/2002 | Eric Hammerberg, M.D. | 4200 W. Conejos Place, Ste 134 Denver, Co 80204 | Stroke/cerebral infarct |

## VI.   DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

| A.   Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. | Yes | X | No | |
|---|---|---|---|---|
| B.   Decedent's death certificate (if applicable). | Yes | | No | |
| C.   Report of autopsy of decedent (if applicable). | Yes | | No | |

## VII.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.     Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Frank R. Rauzi, M.D. | 8340 S. Sangre de Cristo Road Suite 105 Littleton, CO 80127-4243 |

12

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Frank R. Rauzi, M.D. | 8340 S. Sangre de Cristo Road<br>Suite 105<br>Littleton, CO 80127-4243 | 1991- Present |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Porter Adventist Hospital | 2525 S. Downing Denver, CO 80210 | 2/27/02,2/3/2003,2/10/2003 & 9/20/2004 | Stroke |
| Littleton Adventist Hospital | 7700 S. Broadway Littleton, CO 80122 | 5/10/2006 | Chest pain |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Western Cardiology Assoc. | 950 E. Harvard Ave. Suite 480 Denver, Co 80210 | 6/23/2006 | Chest pain |
| Centura Health | 2525 S. Downing Denver, CO 80210 | 5/10/2006 | Chest pain |
| Invision | 6169 S. Balsam Way Ste 110 Littleton, CO 80123 | 11/1/2004 | Cough |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Frank R. Rauzi, M.D. | 8340 S. Sangre de Cristo Road Suite 105 Littleton, CO 80127-4243 | 1991- present |
| Dr. Eric K. Hammerberg | 4200 W. Conejos Place Suite 134 Denver, CO 80204 | 2002 - 2003 |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Walgreen's | 5870 S. Kipling Street Littleton, CO 80127 |

13

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| Social Security Administration | Social Security Administration Office of Public Inquires Windsor Park Blvd. 6401 Security Blvd. Baltimore, MD 21235 |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

Ronald L. Dooley                RONALD L. DOOLEY        12/12/2006
Signature                        Print Name               Date

14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL No. 1657

AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)

Name: _____   ← Client: Please complete this portion.

Date of Birth: _____

Social Security Number: _____

I hereby authorize _____ to release   ← Client: Please leave this portion blank, per Court order.
all existing medical records regarding the above-named person's medical care, treatment,
physical condition, and/or medical expenses to the law firm of HUGHES HUBBARD & REED
LLP, One Battery Park Plaza, New York, New York 10004-1482, and/or to the law firm
of _____   ← Client: Please leave this portion blank, per Court order.
and/or their designated agents ("Receiving Parties"). These records shall be used or
disclosed solely in connection with the currently pending VIOXX® litigation involving the
person named above. This authorization shall cease to be effective as of the date on which the
above-named person's VIOXX® litigation concludes. The Receiving Parties shall return or
destroy the protected health information (including all copies made) at the end of the above-
named person's litigation or proceeding.

I understand that the health information being used/disclosed may include information
relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired
Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol
disorders.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,

734161v1

medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

← Client: Please leave this portion blank, per Court order.

Dated this 12 day of DEC., 2006

← Client: Please complete this portion.

_Ronald L. Dooley_
[PLAINTIFF OR REPRESENTATIVE]

← Client: Please sign this portion.

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

Please complete this portion if you are not the injured party, but are authorized to complete this form on injured party's behalf

AUTHORIZATION #1

72113|x.3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)

Name:_____    ← Client: Please complete
this portion.

Date of Birth:_____

Social Security Number:_____

    I hereby authorize _____ to release    ← Client: Please leave
this portion blank,
per Court order.
all existing records regarding the above-named person's psychological or psychiatric care,
treatment, condition, and/or expenses to the law firm of HUGHES HUBBARD & REED LLP,
One Battery Park Plaza, New York, New York 10004-1482, and/or to the law firm
of _____    ← Client: Please leave
this portion blank,
per Court order.
and/or their designated agents ("Receiving Parties").  These records shall be used or
disclosed solely in connection with the currently pending VIOXX® litigation involving the
person named above.  This authorization shall cease to be effective as of the date on which the
above-named person's VIOXX® litigation concludes.  The Receiving Parties shall return or
destroy the protected health information (including all copies made) at the end of the above-
named person's litigation or proceeding.

    I understand that this authorization includes information regarding the diagnosis and
treatment of psychiatric and psychological disorders, and that the health information being
used/disclosed may include information relating to the diagnosis and treatment of Human
Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually
transmitted disease and drug and alcohol disorders.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological
treatment and counseling records, narratives, and any correspondence/memoranda and billing

information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

← Client: Please leave this portion blank, per Court order.

Dated this /2 day of _DEC._, 200_6_

_Ronald L. Dooley_
[PLAINTIFF OR REPRESENTATIVE]

← Client: Please complete this portion.

← Client: Please sign this portion.

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

← Please complete this portion if you are not the injured part but are authorized to complet this form on injured party's behalf (due to death, incapaci etc.)

AUTHORIZATION #2

77303141

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re: VIOXX® PRODUCT
LIABILITY LITIGATION

AUTHORIZATION FOR RELEASE OF
PSYCHOTHERAPY NOTES PURSUANT
TO 45 C.F.R. § 164.508 (HIPAA)

Name:_____    ← Client: Please complete
this portion.

Date of Birth:_____

Social Security Number:_____

I hereby authorize _____ to release    ← Client: Please leave
this portion blank,
all existing psychotherapy notes regarding the above-named person's medical care, treatment,    per Court order.
physical/mental condition, and/or medical expenses to law firm of HUGHES HUBBARD &
REED LLP, One Battery Park Plaza, New York, New York 10004-1482, and/or to the law    ← Client: Please leave
firm of _____    this portion blank,
per Court order.
and/or their designated agents ("Receiving Parties"). These records shall be used or
disclosed solely in connection with the currently pending VIOXX® litigation involving the
person named above. This authorization shall cease to be effective as of the date on which the
above-named person's VIOXX® litigation concludes. The Receiving Parties shall return or
destroy the protected health information (including all copies made) at the end of the above-
named person's litigation or proceeding.

I understand that this authorization includes all psychotherapy notes maintained
separately from the above-named person's medical record that document or analyze the contents
of conversation during a private counseling session or a group, joint, or family counseling
session by referring to something other than medication prescription and monitoring, counseling
session start and stop times, the modalities and frequencies of treatment furnished, results of
clinical tests, and any summary of the following items: diagnosis, functional status, the treatment
plan, symptoms, prognosis and progress.

I understand that the health information being disclosed by these psychotherapy notes
may include information relating to the diagnosis and treatment of Human Immunodeficiency
Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and
drug and alcohol disorders.

This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

734151(c)

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

← Client: Please leave this portion blank, per Court order.

Dated this 12 day of DEC., 200 6

← Client: Please complete this portion.

← Client: Please sign this portion.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

← Please complete this portion if you are not the injured party, but are authorized to complete this form on injured party's behalf (due to death, incapacity, etc.)

AUTHORIZATION #3

77418tr.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL No. 1657

AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages, earnings or
earning capacity.)

Name:_____  ← Client: Please complete this portion.

Date of Birth:_____

Social Security Number:_____

I hereby authorize _____ to release ← Client: Please leave this portion blank, per Court order.
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of HUGHES HUBBARD & REED LLP,
One Battery Park Plaza, New York, New York 10004-1482, and/or to the law firm
of _____ ← Client: Please leave this portion blank, per Court order.
and/or their designated agents ("Receiving Parties"). These records shall be used or
disclosed solely in connection with the currently pending VIOXX® litigation involving the
person named above. This authorization shall cease to be effective as of the date on which the
above-named person's VIOXX® litigation concludes.

I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

Any photostatic copy of this document shall have the same authority as the original, and   Client: Please leave this portion blank, per Court order.
may be substituted in its place. Copies of these materials are to be provided at the expense of  ←
Hughes Hubbard & Reed LLP or _____.

Dated this 12 day of DEC., 2006   ← Client: Please complete this portion.

_____   ← Client: Please sign this portion.
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____   ← Please complete this portion if you are not the injured party, but are authorized to complete this form on injured party's behalf (due to death, incapacity, etc.)

AUTHORIZATION #4

7841381v.1