IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No. 1657 |
| VIOXX® PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Plaintiffs: Howard Ladd and Birtis Ladd |
| Civil Action No: 06cv3726 | |

## SUGGESTION OF DEATH UPON THE RECORD

Birtis Ladd, as Representative of the estate of Howard Ladd, deceased, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Howard Ladd during the pendency of this action.

Respectfully Submitted,

*Alexandra V. Boone*
LES WEISBROD
Tx Bar No. 21104900
**ALEXANDRA V. BOONE**
Tx Bar No. 00795259
Attorney-in-charge for Plaintiff
**Miller, Curtis & Weisbrod, L.L.P.**
11551 Forest Central Drive, Suite 300
Dallas, TX 75231
Telephone: (214) 987-0005
Fax: (214) 987-2545

Attorneys for Plaintiff

SUGGESTION OF DEATH UPON THE RECORD
327558

## CERTIFICATE OF SERVICE

I hereby certify that the above has been served on Liaison Counsel, Wilfred Coronato, Esq., by U.S. Mail, and upon all parties electronically, by uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B) on this 25th day of September, 2007.

*Alexandra V. Boone*
Alexandra V. Boone