UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Franklin Mecham v. Merck & Co., Inc.;* | * | **JUDGE KNOWLES** |
| Docket Number: 06-10318 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiff Franklin Mecham in the above-captioned

case be and they hereby are dismissed without prejudice, subject to the terms and conditions of

the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 25th day of      September      , 2007.

_____
DISTRICT JUDGE

893575v.1