IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | § § § | MDL docket no. 1657 |
| | § | |
| This document relates to: | § | Plaintiff: Kenneth Ray Baldwin |
| | § | |
| Myrtle Louise Bell, et al v. Merck | § | |
| | § | |
| Civil Action No. 2:05-cv-0546 | § | |

**NOTICE OF CONTINUATION OF THE VIDEO/ORAL DEPOSITION OF PLAINTIFF KENNETH RAY BALDWIN AND SUBPOENA DUCES TECUM**

Please take notice that the continuation of the video/oral deposition of Plaintiff KENNETH RAY BALDWIN will take place on Monday, October 8, 2007, beginning at 10:30 a.m. in the offices of Jimmy Williamson, Williamson & Rusnak, 4310 Yoakum Boulevard, Houston, Texas 77002. The deposition will be taken by a certified court reporter and may be used at trial. The oral examination will continue from day to day until completed.

The witness, Kenneth Ray Baldwin, is requested to bring the following items to the deposition:

1. Any and all medical records, including any records from a psychiatrist, psychologist, or other mental health-care professional, reports, or bills concerning your medical history, or your use of or experience with Vioxx (except for those already produced);

2. Copies of the entire packaging, including the bottle, any remaining pills, box, instructions, warnings, package inserts, pharmacy handouts, labels, and any other materials distributed or provided to you regarding Vioxx. Also include any remaining medication;

3. A copy of all prescriptions for Vioxx, receipts for Vioxx, and any other documentation that evidence your purchase of Vioxx, the period during which you took Vioxx, the dosage of Vioxx you took, and the frequency with which you took Vioxx;

4. Copies of any witness statements concerning your medical history, or your use of or experience with Vioxx or any other pain reliever;

5. Any diary entries, calendar entries, date book entries, notes, journals, ledgers, audiotapes, videotapes, memorandums, or other documents (including files maintained electronically) that pertain to your medical history or reflect your use of any pain reliever, or any alleged symptom, adverse reaction, or other injury resulting therefrom;

6. Any correspondence or other written communication between you and any other person concerning your medical history, or your use of or experience with Vioxx;

7. Copies of any advertisements or promotions, newspaper, magazine or journal articles, and all videotapes, audio tapes and transcripts of any television or radio programs referring or relating to Cox-2 Inhibitors, including Vioxx, that you received or reviewed before or while taking Vioxx;

8. All documents and other materials in your possession, custody, or control that were obtained from, provided by, or authored by Merck (except for those already produced in this litigation);

9. All correspondence between you and Merck or any of its current or former employees, or any notes reflecting same;

10. If you are claiming lost wages or loss of earning capacity, any documents that refer, reflect, or relate to your past, present, or future earnings and earnings capacity, including but not limited to W-2s, 1099s, K-1s, etc.;

11. All documents referring or relating to any benefits, including, without limitation, medical insurance benefits, Social Security disability benefits, or any other disability benefits for which you filed, received, or were denied in connection with any injury or illness;

12. All documents that concern any workers' compensation claims you've filed;

13. All documents that concern other lawsuits in which you have been a party, including, but not limited to, any petition, any discovery you have answered, or any depositions you have given.

Respectfully submitted,

  /s/ *Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendant's Liaison Counsel

Gerry Lowry
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

*Attorneys for Defendant Merck & Co., Inc.*

*Of Counsel:*

John Sullivan
Julie Hardin
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  713/651-5151
Telecopier:  713/651-5246

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of September, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel