UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® ) | MDL DOCKET NO: 1657 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE FALLON |
| ) | |
| ) | MAG. JUDGE KNOWLES |

This relates to: Louis Dimartini v Merck etc.          Plaintiff: Louis Dimartini
                                                                                (name)

Civil Action No.  9:07-cv-80552-DTKH
MDL Case No.    2:07-cv-03968

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that in accordance with **Pretrial Order No. 18C**, the Plaintiff Profile Form and Medical Authorizations were served electronically and medical records obtained to date on behalf of Plaintiff, **LOUIS DIMARTINI** were served on CD Rom in the manner indicated below upon the following persons:

*Hard Copy Via Federal Express to:*

Wilfred P. Coronato, Esquire
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ  07302-3918
Telephone:  201-536-9220
Facsimile:  201-563-0799

*Electronic Copy to:*

Wilfred P. Coronato, Esquire
Hughes Hubbard & Reed, LLP

**Defendants' Liason Counsel:**

Phillip A. Wittmann, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130-3588
Telephone:     504-581-3200
Facsimile:      504-581-3368

1

Dimitrios Mavroudis, Esquire
Dechert LLP
Circa Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: 215- 994-4000


Susan Giamportone, Esquire
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 919-316-4243


## CERTIFICATE OF SERVICE

I hereby certify that the documents have been served as indicated above and that the foregoing has been electronically filed using the Lexis/Nexis File & Serve which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

I further certify that on this _Sept. 26_, 2007, a copy of this notice of filing and services has been provided to defense counsel of record for firms representing any other Defendants in Civil Action No. 9:07-cv-80552-DTKH as follows:

Patricia E. Lowry
Florida Bar No. 332569
PLowry@ssd.com
John B.T. Murray, Jr.
Florida Bar No. 962759
JBMurray@ssd.com
Sarah L. Shullman
Florida Bar No. 888451
SShullman@ssd.com
SQUIRE, SANDERS & DEMPSEY, LLP
1900 Phillips Point
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
**Attorneys for Defendant Merck & Co., Inc.**

**Note: No counsel of record for Publix Supermarkets, Inc.**

2

SCHULER HALVORSON & WEISSER P.A.
Barristers Building, Suite 4-D
1615 Forum Place
West Palm Beach, FL 33401
Telephone: (561) 689-8180
Facsimile: (561-684-9683)
Attorneys for Plaintiff

RICHARD D. SCHULER
rschuler@shw-law.com
FLORIDA BAR NO: 158226

3