UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| *Allen, Denise v. Merck & Co., Inc., and only in regard to Irma Garza* | * | MAGISTRATE JUDGE KNOWLES |
| Docket Number: 2:05-CV-04738. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff, Irma Garza, listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 25th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE