IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>―――――――――――――――<br>THIS DOCUMENT RELATES TO:<br><br>Civil Action No: 06-3687 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>Plaintiffs: Donald Goult and Barbara Goult |

## SUGGESTION OF DEATH UPON THE RECORD

Barbara Goult, as Representative of the estate of Donald Goult deceased, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Donald Goult during the pendency of this action

Respectfully Submitted,

*Alexandra J. Boone*
LES WEISBROD
Tx Bar No 21104900
**ALEXANDRA V. BOONE**
Tx Bar No 00795259
Attorney-in-charge for Plaintiff
**Miller, Curtis & Weisbrod, L.L.P.**
11551 Forest Central Drive, Suite 300
Dallas, TX 75231
Telephone (214) 987-0005
Fax (214) 987-2545

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that the above has been served on Liaison Counsel, Wilfred Coronato, Esq , by U S Mail, and upon all parties electronically, by uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No 8(B) on this ___26th___ day of September, 2007

                                                            */s/ Alexandra V. Boone*
                                                            Alexandra V Boone