IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:

VIOXX® PRODUCTS LIABILITY
LITIGATION

_____

THIS DOCUMENT RELATES TO:

Civil Action No: 06-1309

: MDL Docket No. 1657
:
: SECTION L
:
:
:
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
:
:
: Plaintiffs: Ewell McCallum and Helen
: McCallum
:
:

## SUGGESTION OF DEATH UPON THE RECORD

Ewell McCallum, as Representative of the estate of Helen McCallum, deceased, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Helen McCallum during the pendency of this action.

Respectfully Submitted,

*/s/ Alexandra V. Boone*

**LES WEISBROD**
Tx Bar No. 21104900
**ALEXANDRA V. BOONE**
Tx Bar No. 00795259
Attorney-in-charge for Plaintiff
**Miller, Curtis & Weisbrod, L.L.P.**
11551 Forest Central Drive, Suite 300
Dallas, TX 75231
Telephone: (214) 987-0005
Fax: (214) 987-2545

Attorneys for Plaintiff

SUGGESTION OF DEATH UPON THE RECORD
327862

CERTIFICATE OF SERVICE

  I hereby certify that the above has been served on Liaison Counsel, Wilfred Coronato, Esq., by U.S. Mail, and upon all parties electronically, by uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B) on this 26th day of September, 2007.

                  *Alexandra V. Boone*
                  Alexandra V. Boone

SUGGESTION OF DEATH UPON THE RECORD
327862