# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| *Allen, Denise v. Merck & Co., Inc., and* | * | |
| *only in regard to* | * | **MAGISTRATE JUDGE** |
| *Randall Watson* | * | **KNOWLES** |
| | * | |
| Docket Number: 2:05-CV-04738. | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff, Randall Watson, listed above against

defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice,

each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 25th day of     September     , 2007.

**UNITED STATES DISTRICT JUDGE**