UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | § § | MDL DOCKET NO. 1657 |

This document relates to the following case:

*Kathie Bartlett, et al., vs. Merck & Co., Inc., et al*; United states District Court, District of Nevada; Case No. 2:06-cv-11446

## ASSOCIATION OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that John Echeverria of the ECHEVERRIA LAW OFFICE, being the attorney of record for Plaintiff KATHIE BARTLETT in this action, hereby associates Kathryn Snapka of SNAPKA, TURMAN & WATERHOUSE, LLP, as co-counsel for plaintiff, Kathie Bartlett. The address and telephone number of such associated counsel is as follows:

Kathryn Snapka, Esq.
SNAPKA, TURMAN & WATERHOUSE, LLP
606 North Carancahua, #1511
Corpus Christi, TX 78476
Tel.: (361) 888-7676
Fax: (361) 884-8545

///

Plaintiff KATHIE BARTLETT hereby consents to the above Association of Counsel.

DATED this  10th  day of September      , 2007.

_____
KATHIE BARTLETT, Plaintiff

John Echeverria of the ECHEVERRIA LAW OFFICE hereby agrees with the above Association of Counsel.

DATED this  10th  day of September      , 2007.

_____
JOHN ECHEVERRIA, ESQ.
ECHEVERRIA LAW OFFICE
9432 Double R Boulevard
Reno, Nevada 89521
Tel: (775) 786-4800
Fax: (775) 786-4808

*Attorney for Plaintiffs*

Kathryn Snapka of SNAPKA, TURMAN & WATERHOUSE, LLP, hereby accepts the above Association of Counsel.

DATED this  25  day of September      , 2007.

_____
KATHRYN SNAPKA, ESQ.
SNAPKA, TURMAN & WATERHOUSE, LLP
606 North Carancahua, #1511(78476)
P.O. Drawer 23017
Corpus Christi, TX 78403
Tel.: (361) 888-7676
Fax: (361) 884-8545

## CERTIFICATE OF SERVICE

I, Kathryn Snapka, do hereby certify that the above and foregoing Association of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B and that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Lousiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23 day of Sept, 2007.

KATHRYN SNAPKA

Kathryn Snapka
Texas State Bar No. 18781200
Attorney for Plaintiff
Snapka, Turman & Waterhouse, L.L.P.
606 North Carancahua, Suite 1511 (78476)
P.O. Drawer 23017
Corpus Christi, Texas 78403
Tel: (361) 888-7676
Fax: (361) 884-8545
ksnapka@stwllp.com