UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |

In Re: Greggs vs. Merck et al     Case No. 9:07-cv-80571-DTKH
                                  MDL No. 07-3969

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that in accordance with **Pretrial Order No. 18C**, the Plaintiff Profile Form and Merck Authorizations were served electronically and the Medical Records obtained to date were served via CD Rom on behalf of Plaintiff, **NINA J. GREGGS** in the manner indicated below upon the following persons:

*Hard Copy Via Federal Express to:*         Wilfred P. Coronato, Esquire
                                            Hughes Hubbard & Reed, LLP
                                            101 Hudson Street, Suite 3601
                                            Jersey City, NJ  07302-3918
                                            Telephone: 201-536-9220
                                            Facsimile: 201-563-0799

*Electronic Copy to:*                       Wilfred P. Coronato, Esquire
                                            Hughes Hubbard & Reed, LLP

**Defendants' Liaison Counsel:**            Phillip A. Wittmann, Esquire
                                            Stone Pigman Walther Wittmann, LLC
                                            546 Carondelet Street
                                            New Orleans, LA  70130-3588
                                            Telephone:   504-581-3200
                                            Facsimile:   504-581-3368

1

Dimitrios Mavroudis, Esquire
Dechert LLP
Circa Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: 215- 994-4000

Susan Giamportone, Esquire
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 919-316-4243

## CERTIFICATE OF SERVICE

I hereby certify that the documents have been served as indicated above and that the foregoing has been electronically filed using the Lexis-Nexis filing system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

I further certify that on this _Sept 26_, 2007, a copy of this notice of filing and services has been provided to defense counsel of record for firms representing any other Defendants in Civil Action No.9:07-cv-80571-DTKH as follows:

Patricia E. Lowry
Florida Bar No. 332569
PLowry@ssd.com
John B.T. Murray, Jr.
Florida Bar No. 962759
JBMurray@ssd.com
Sarah L. Shullman
Florida Bar No. 888451
SShullman@ssd.com
SQUIRE, SANDERS & DEMPSEY, LLP
1900 Phillips Point
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
**Attorneys for Defendant Merck & Co., Inc.**

John E. Herndon, Jr., Esquire

2

Florida Bar No. 199702
eherndon@conroysimberg.com, tmclane@conroysimberg.com
CONROY, SIMBERG, GANON, KREVANS,
BEL, LURVEY, MORROW & SCHEFER, P.A.
325 John Knox Road, Suite 105
Tallahassee, FL  32303
Telephone:  850-383-9103
Facsimile:  850-383-9109

Millard L. Fretland, Esquire
Florida Bar No. 371671
mfretland@conroysimberg.com
CONROY, SIMBERG, GANON, KREVANS,
BEL, LURVEY, MORROW & SCHEFER, P.A.
125 West Romana Street, Suite 150
Pensacola, FL  32502
Telephone:  850-436-6605
Facsimile:  850-436-2102

**Attorneys for Walgreen Co.**

Respectfully submitted,

SCHULER HALVORSON & WEISSER P.A.
Barristers Building, Suite 4-D
1615 Forum Place
West Palm Beach, FL  33401
Telephone:  (561) 689-8180
Facsimile:   (561-684-9683)
Attorneys for Plaintiff

RICHARD D. SCHULER
rschuler@shw-law.com
FLORIDA BAR NO:  158226