UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:    <u>Paskero, Robert  v. Merck & Co., Inc. et al.</u>
<u>Civil Action No. 2:06-cv-03139</u>

## PLAINTIFF'S MOTION TO REMAND

COMES NOW Plaintiff Robert Paskero, by and through his attorneys Goldenberg Heller Antognoli Rowland Short & Gori, P.C., and for his Motion to Remand, states as follows:

1.  Plaintiff filed suit in Edwardsville, Illinois against manufacturing defendant Merck and a pharmacy (Maryville Pharmacy), alleging injuries from taking Vioxx. A copy of the Plaintiff's Complaint is contained in the Court file and incorporated herein by reference.

2.  Defendant improperly removed this action from State Court to this Court alleging, that Illinois Defendant Maryville Pharmacy was fraudulently joined for purposes of defeating diversity.

3.  This Court does not have subject matter jurisdiction over this claim. Plaintiff has pled state causes of action against Maryville Pharmacy including: strict products liability—sale of defective product, negligence failure to warn, and breach of warranty. Each, standing alone, is sufficient to establish a viable cause of action against Maryville Pharmacy under Illinois law.

1

Therefore, Defendant's attempt to remove this case to this Court is without merit and remand is proper.

4.  Plaintiff requests this Court remand this action to the Circuit Court in the county of Madison, state of Illinois, and that Plaintiff be awarded whatever further relief this Court deems just and proper.

5.  In support of his Motion to Remand, Plaintiff files his Memorandum setting forth and supporting the above stated claims.

WHEREFORE, Plaintiff, ROBERT PASKERO, prays that the above captioned action be remanded to the Circuit Court of the county of Madison, state of Illinois, and for such further relief as this Court deems just and proper.

    Respectfully submitted,

    GOLDENBERG HELLER ANTOGNOLI
    ROWLAND SHORT & GORI, P.C.

    By:   /s/Aaron K. Dickey
         Aaron K. Dickey   #6281731
         2227 South State Route 157
         P.O. Box 959
         Edwardsville, IL 62025
         618-656-5150
         ***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was served upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically uploaded with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, this 26th day of September, 2007.

    /s/ Aaron K. Dickey