UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| Robert J. Benoit, Jr., Individually, and as Representative of the Estate of Joel Michele Schumacher-Benoit; and Robert Benoit, Jr., as Next of Friend of Abigail Rae Schumacher-Benoit, a Minor 05-cv- 6040 | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Considering the above, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be and the same hereby is DISMISSED WITHOUT PREJUDICE according to the terms set forth above, without costs as to any party as against the other.

IT IS SO ORDERED.

ENTERED this 26th day of September, 2007.

Hon. Eldon Fallon, U.S.D.J.