IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| VIOXX PRODUCTS LIBABILITY | * | MDL Docket No. 1657 |
| | * | Case No. 05-0496 |
| HELEN HAYES OBO EUNICE W. | * | |
| CHAPMAN, | * | |
| | * | JUDGE FALLON |
| PLAINTIFF, | * | |
| | * | MAGISTRATE JUDGE |
| v. | * | KNOWLES |
| | * | |
| MERCK & COMPANY, INC., | * | |
| | * | |
| DEFENDANT. | * | |

(Related Matter: Janet Sue Morgan et al. v. Merck & Co., Inc.; U.S. District Court, Southern District of Mississippi, Jackson Division, Case No. 3:03-CV-435-WS)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Helen Hayes, on behalf of Eunice W. Chapman, deceased and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal, without prejudice, all of her respective claims against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs, subject to the following:

1. Helen Hayes agrees that, in the event she or a representative on her behalf refiles a lawsuit against Merck that contains claims relating to Vioxx®, they shall do so only in the United States District Court for the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall not oppose transfer to MDL 1657; and

2. Plaintiff further agrees that in the event she refiles such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.*

(MDL-1657, the MDL proceeding venue in the United States District Court for the Eastern District of Louisiana) and that is not specific to a particular plaintiff, can be used in any such lawsuit refiled by said Plaintiff, as though Plaintiff had been a party and had had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on Lexisnexis File & Serve to reflect the dismissal without prejudice of the claims of this Plaintiff against Merck & Co., Inc., in the above-styled case.

Respectfully submitted this 27th day of September, 2007.

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
Attorneys for the Plaintiff

STONE PIGMAN WALTHER
WITTMANN LLC

Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of October, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel