## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | **MDL Docket No. 1657** |
| | * | **Case No. 05-0496** |
| **HELEN HAYES OBO EUNICE W.** | * | |
| **CHAPMAN,** | * | |
| | * | **JUDGE FALLON** |
| **PLAINTIFF,** | * | |
| | * | **MAGISTRATE JUDGE** |
| **v.** | * | **KNOWLES** |
| | * | |
| **MERCK & COMPANY, INC.,** | * | |
| | * | |
| **DEFENDANT.** | * | |

**(Related Matter:  Janet Sue Morgan et al. v. Merck & Co., Inc.; U.S. District Court, Southern District of Mississippi, Jackson Division, Case No. 3:03-CV-435-WS)**

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal, without prejudice, of the claims of the Plaintiff, Helen Hayes.  After considering the motion, the Court concludes it should be **GRANTED**.  The Court, therefore, orders that the claims of Helen Hayes, are dismissed, without prejudice.

Dated this _____ day of _____, 2007.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**