UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN S. KELLER

VERSUS                                              NO:07-5745

ALLSTATE INSURANCE COMPANY            SECTION:f

DOCUMENT REMOVED.  SHOULD HAVE BEEN FILED IN 07-5745

DESCRIPTION: NOTICE OF DISMISSAL

FILED BY:  PLAINTIFF

FILE DATE:  10/1/07