### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1657 |
| THIS RELATES TO: | : |
| Stokes v. Merck & Co., Inc | : |
| Civil Action No. 06-10675 | : |

### NOTICE OF APPEARANCE

COMES NOW William B. Federman of the law firm of Federman & Sherwood and files his Notice of Appearance on behalf of Plaintiff Julia Stokes.

Respectfully Submitted,

/s/ William B. Federman
William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, OK  73120
Phone:  (405) 235-1560
Fax:  (405) 239-2112
wbf@federmanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures in MDL 1657 on October 1, 2007 to:

Ellen M. Gregg  
Susan J. Giamportone  
Womble Carlyle Sandridge & Rice, PLLC  
301 N. Main Street, Suite 300  
Winston-Salem, NC 27101  
Telephone: (336) 747-2635  
Fax:  (336) 721-2584  

                                              /s/ William B. Federmanl  
                                              William B. Federman, Bar No. 19703  
                                              FEDERMAN & SHERWOOD  
                                              10205 N. Pennsylvania  
                                              Oklahoma City, OK  73120  
                                              Phone:  (405) 235-1560  
                                              Fax:  (405) 239-2112  
                                              wbf@federmanlaw.com