# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Carlo DeVincentis, et al. v. Merck &* | * | **JUDGE KNOWLES** |
| *Co., Inc.;* Docket Number: 2:05-cv-2297 | * | |
| (as to plaintiffs Rochelle V. Mills and | * | |
| Roger Mills only) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Rochelle V. Mills and Roger Mills, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims of Rochelle V. Mills and Roger Mills against Merck & Co., Inc. in the above-styled lawsuit, each party to bear his or her own costs, subject to the following conditions:

1.      Rochelle V. Mills and Roger Mills agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.      Rochelle V. Mills and Roger Mills further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Rochelle V. Mills and Roger Mills, as though they had been parties and had had an opportunity to participate in that discovery.

894497v.1

3.    Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of Rochelle V. Mills and Roger Mills against Merck & Co., Inc., in the above-captioned case.


Respectfully submitted,


| | |
|---|---|
| /s/ Ronald R. Benjamin | /s/ Dorothy H. Wimberly |
| Ronald R. Benjamin | Phillip A. Wittmann, 13625 |
| Law Office of Ronald R. Benjamin | Dorothy H. Wimberly, 18509 |
| 126 Riverside Drive | Stone Pigman Walther Wittmann, L.L.C. |
| P.O. Box 607 | 546 Carondelet St. |
| Binghamton, NY  13902 | New Orleans, LA  70130 |
| Phone: 607-772-1442 | Phone: 504-581-3200 |
| | |
| Counsel for Plaintiffs Rochelle V. Mills and Roger Mills | Counsel for Defendant Merck & Inc. |

894497v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of October, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

894497v.1