IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | MDL Docket No. 1657 |
| | * | Case No. 05-0496 |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| **All cases & Plaintiffs subject to this** | * | DANIEL E. KNOWLES, III |
| **Rule are listed below** | * | |
| | * | |

(Related Matter: Janet Sue Morgan et al. v. Merck & Co., Inc.; U.S. District Court, Southern District of Mississippi, Jackson Division, Case No. 3:03-CV-435-WS)

---

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S RULE TO SHOW CAUSE WHY THESE CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO RESPOND TO THE PLAINTIFF PROFILE FORM**

---

**TO THE HONORABLE COURT:**

COME NOW the Plaintiffs herein and respond to the Defendant's Rule to Show Cause why Plaintiffs cases should not be dismissed, and respectfully show unto the Court as follows:

On September 18, 2007, Defendant filed its Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as required by Pretrial Order No. 18-C. Plaintiffs below are among the plaintiffs addressed in Defendant's Rule to Show Cause. On September 18, 2007, the Court entered an Order to Show Cause Why Cases Should Not Be Dismissed with Prejudice, and required the below-named Plaintiffs to submit a response on or before October 2, 2007.

Counsel for the Plaintiffs named herein are aware of the obligation imposed by Pretrial Order 18-C to provide Defendant with a Plaintiff Profile Form ("PPF") for each plaintiff who suffered a Vioxx-related cardiovascular event. Counsel for the Plaintiffs have not ignored that

obligation. As of the date of this Response, Counsel for the Plaintiffs have been unable to submit a PPF for the below-listed Plaintiffs, but continue to attempt to secure a PPF from each individual, except as indicated below.

1. **Tracy Brown OBO Stephen Anthony Brown.** Counsel for Plaintiff has made numerous attempts to locate Plaintiff. Contact was lost with the Plaintiff but has been reestablished. Plaintiff has indicated her desire to continue with the Vioxx claim and has indicated she will return her PPF for submission to the Court. Plaintiff requests additional time as set forth herein. Grant additional time to submit the PPF and deny Defendant's Rule to Show Cause.

2. **Helen Hayes OBO Eunice Chapman.** Plaintiff has indicated that she no longer wishes to pursue her Vioxx claim. .Stipulation of Dismissal has been submitted by both sides. Defendant's Rule to Show Cause should be denied as moot.

3. **Reginald Ealy.** Counsel for Plaintiff has made numerous attempts to obtain PPF from Plaintiff. Counsel has only recently learned that Plaintiff is deceased. Counsel is trying to locate and contact family members. Plaintiff requests additional time as set forth herein. Grant additional time to submit the PFF and deny Defendant's Rule to Show Cause.

4. **Jerry Gough.** Counsel for Plaintiff has made numerous attempts to obtain PPF from Plaintiff. Counsel has only recently learned that Plaintiff is deceased. Counsel is trying to locate and contact family members. Plaintiff requests additional time as set forth herein. Grant additional time to submit PFF and deny Defendant's Rule to Show Cause.

5. **Lillie Halbert OBO Josephine Halbert.** Counsel for Plaintiff has made numerous attempts to obtain PPF from Plaintiff. Plaintiff has been notified if PPF is not

promptly returned, her Vioxx claim will likely be dismissed. Plaintiff requests additional time as set forth herein. Grant additional time to submit PFF and deny Defendant's Rule to Show Cause.

6. **Linder Maynor.** Counsel for Plaintiff has made numerous attempts to obtain PPF from Plaintiff. Plaintiff has been notified if PPF is not promptly returned, his Vioxx claim will likely be dismissed. Plaintiff requests additional time as set forth herein. Grant additional time to submit PFF and deny Defendant's Rule to Show Cause.

7. **James Smith.** Counsel for Plaintiff has made numerous attempts to locate Plaintiff. Contact was lost with the Plaintiff but has been reestablished. Plaintiff has indicated his desire to continue with the Vioxx claim and has indicated his will return his PPF for submission to the Court. Plaintiff requests additional time as set forth herein. Grant additional time to submit PFF and deny Defendant's Rule to Show Cause.

Counsel for Plaintiffs respectfully requests an Order from the court granting Plaintiffs an additional twenty (20) days to complete and serve their respective PPFs, except as indicated above. Defendant will not be prejudiced by the allowance of an additional twenty (20) days.

Respectfully submitted this 2nd day of October, 2007.

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

_____
Andy D. Birchfield, Jr.
P. Leigh O'Dell
Benjamin L. Locklar
Post Office Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Response In Opposition To Defendant's Rule To Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Respond To The Plaintiff Profile Form has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM-ECF system which will send Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of October, 2007.

_____
OF COUNSEL