IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re: **VIOXX PRODUCTS** **LIABILITY LITIGATION** | ) ) ) ) ) ) | **MDL DOCKET NO. 1657** **JUDGE FALLON** **MAG. JUDGE KNOWLES** |
| PEARLINE COHILL CALHOUN, as Representative of the Estate of OTIS FERNHILL CALHOUN, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO.    06:1608 |
| v. | ) ) | |
| MERCK & CO., INC., et al. | ) ) | |
| Defendants. | ) | |

### ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1)     All claims made by plaintiff, Pearline Cohill Calhoun, as Representative of the Estate of Otis Fernhill Calhoun, deceased, are dismissed.

(2)     If plaintiff, Calhoun, desires at any time to re-file or to reassert her claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this _____ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE