IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re: **VIOXX PRODUCTS**<br>**LIABILITY LITIGATION** | ) <br> ) <br> ) <br> ) <br> ) <br> ) | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| **HAZELL HOWELL,**<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 2:05cv05323 |

**PROPOSED ORDER**

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made by plaintiff, HAZELL HOWELL, are dismissed.

(2) If plaintiff, HOWELL, desires at any time to re-file or to reassert her claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this _____ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE