FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 28 PM 4:20

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRTICT OF LOUISIANA

| | |
|---|---|
| RICHARD CRAIG, JR., AS ADMINISTRATOR OF THE ESTATE OF RICHARD J. CRAIG, SR., | MDL NO. 1657 |
| | SECTION: L (3) |
| Plaintiff | CASE NO.: 07-01406 |
| v. | JUDGE FALLON |
| MERCK & CO., INC., | MAG. JUDGE KNOWLES |
| Defendants. | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter our appearances on behalf of the Plaintiff in the above captioned matter. Pursuant to the Court's directive, since we are admitted to practice and are in good standing in the following cited United States District Courts, we are admitted pro hac vice in this litigation:

Martin G. Rubenstein, Esquire is a member in good standing to practice in the U.S. District Court for the Eastern District of Pennsylvania and the Third Circuit Court of Appeals.

Theresa S. Corson, Esquire is a member in good standing to practice in the U.S. District Court for the Eastern District of Pennsylvania and the District of New Jersey.

LEVY ANGSTREICH FINNEY BALDANTE
RUBENSTEIN & COREN, P.C.

By: _____
MARTIN G. RUBENSTEIN, ESQUIRE
THERESA S. CORSON, ESQUIRE
1616 Walnut Street, 5th Floor
Philadelphia, PA 19103
215-735-1616 (phone)
215-545-2642 (fax)

DATE: 9/21/07

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____