UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 28 PM 4: 3

LORETTA G. WHYTE
CLERK

GENEVIEVE WHITACRE, INDIVIDUALLY
AND AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF JOHN WHITACRE

    Plaintiff

v.

MERCK & CO., INC.

    Defendant

NO. C05-1906 RSM

*05-6846*

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter our appearances on behalf of the Plaintiff in the above captioned matter.

Pursuant to the Court's directive, since we are admitted to practice and are in good standing in the following cited United States District Courts, we are admitted pro hac vice in this litigation:

Martin G. Rubenstein, Esquire is a member in good standing to practice in the U.S. District Court for the Eastern District of Pennsylvania and the Third Circuit Court of Appeals.

Theresa S. Corson, Esquire is a member in good standing to practice in the U.S. District Court for the Eastern District of Pennsylvania and the District of New Jersey.

LEVY ANGSTREICH FINNEY BALDANTE
RUBENSTEIN & COREN, P.C.

By: _____
MARTIN G. RUBENSTEIN, ESQUIRE
THERESA S. CORSON, ESQUIRE
1616 Walnut Street, 5th Floor
Philadelphia, PA 19103
215-735-1616 (phone)
215-545-2642 (fax)

DATE: 9/21/07

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____