IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| In re: **VIOXX PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| Freddie Walker Arnold, as<br>Personal Representative of the Estate<br>of Velma Lee Walker, deceased,<br><br>        Plaintiff, | CASE NO. |
| v.<br><br>MERCK & CO., INC., et al.<br><br>        Defendants. | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Comes now the plaintiff, Freddie Walker Arnold, as Personal Representative of the Estate of Velma Lee Walker, deceased, and files this motion for dismissal as to all of the claims made by plaintiff, Freddie Walker Arnold, as Personal Representative of the Estate of Velma Lee Walker, deceased, against any and all of the defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and, in support thereof, avers as follows:

Plaintiff, Freddie Walker Arnold, as Personal Representative of the Estate of Velma Lee Walker, deceased, does not wish to pursue his claims against any of the defendants. Plaintiff hereby dismisses his claims against all of the defendants. This motion is in no way intended to

alter, change and/or affect the claims of any and all other named plaintiffs as previously set forth in the original complaint and any amendments thereto.

Plaintiff, Freddie Walker Arnold, as Personal Representative of the Estate of Velma Lee Walker, deceased, acknowledges and agrees that if he decides to reinstate or refile his claim against Merck & Company, Inc., he will do so only by an action filed in federal court. Freddie Walker Arnold, as Personal Representative of the Estate of Velma Lee Walker, deceased, further agrees that in the event that he re-files a lawsuit against Merck & Company, Inc., any discovery that has taken place or will take place in "In re Vioxx Products Liability Litigation (MDL-1657)", the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Arnold, as though Arnold had been a party and had an opportunity to participate in that discovery.

All costs are to be borne by the party incurring same.

> Respectfully submitted,
>
> PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
>
> /s/ Elisabeth French
> THOMAS E. DUTTON
> ELISABETH FRENCH
> Attorneys for Plaintiff
> 2001 Park Place North
> 1100 Park Place Tower
> Birmingham, Alabama 35203
> (205)322-8880
> (205)328-2711 fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on liaison counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, on this the 3rd day of October, 2007.

/s/ Elisabeth French
Elisabeth French
Attorney for Plaintiff