IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| Freddie Walker Arnold, as Personal Representative of the Estate of Velma Lee Walker, deceased<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | CASE NO. |

## PROPOSED ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made by plaintiff, Freddie Walker Arnold, as Personal Representative of the Estate of Velma Lee Walker, deceased, are dismissed.

(2) If plaintiff, Freddie Walker Arnold, as Personal Representative of the Estate of Velma Lee Walker, deceased, desires at any time to re-file or to reassert her claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this _____ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE