IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL L. DYE, <br> SAMUEL HALL, <br>     Plaintiff, <br><br> VS. <br><br> WYETH PHARMACEUTICALS, INC., <br> PFIZER, INC., <br>     Defendants. | IN RE: Vioxx Products <br>     Liability Litigation <br><br><br> MDL 1657 <br><br> DOCKET NO.: 2:05CV969 |

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

Comes now the plaintiffs, Samuel L. Dye and Samuel Hall, and files this motion for dismissal with prejudice as to all of the claims made by plaintiffs, Samuel L. Dye and Samuel Hall, against any and all of the defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and, in support thereof, avers as follows:

Plaintiffs, Samuel L. Dye and Samuel Hall, do not wish to pursue their claims against any of the defendants. Plaintiffs hereby dismisses their claims against all of the defendants. This request is in no way intended to alter, change and/or affect the claims of any and all other named plaintiffs as previously set forth in the original complaint and any amendments thereto.

Plaintiffs, Samuel L. Dye and Samuel Hall, acknowledge and agree that if they decide to reinstate or refile their claim against Merck & Company, Inc., they will do so only by an action filed in federal court. Samuel L. Dye and Samuel Hall further agree that in the event that they re-file a lawsuit against Merck & Company, Inc., any discovery

that has taken place or will take place in In re Vioxx Products Liability Litigation (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Samuel L. Dye and Samuel Hall, as though Samuel L. Dye and Samuel Hall had been a party and had an opportunity to participate in that discovery.

All costs are to be borne by the party incurring same.

Respectfully submitted,

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.

*Elisabeth French*
THOMAS E. DUTTON
ELISABETH FRENCH
Attorneys for Plaintiff
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205)322-8880
(205)328-2711 fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on liaison counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, on this the 3rd day of October, 2007.

*Elisabeth French*
Elisabeth French
Attorney for Plaintiff