IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 1657** <br><br> **JUDGE FALLON** <br> **MAG. JUDGE KNOWLES** |
| SAMUEL L. DYE, <br> SAMUEL HALL, <br><br> Plaintiff, <br><br> VS. <br><br> WYETH PHARMACEUTICALS, INC., <br> PFIZER, INC., <br><br> Defendants. | IN RE: Vioxx Product <br>       Liability Litigation <br><br> MDL 1657 <br><br> DOCKET NO.: 2:05CV969 |

## ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made by plaintiffs, Samuel L. Dye and Samuel Hall, are dismissed.

(2) If plaintiffs, Samuel L. Dye and Samuel Hall, desire at any time to re-file or to reassert their claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.


Done this _____ day of _____, 2007


_____
UNITED STATES DISTRICT JUDGE