IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re:  **VIOXX PRODUCTS**<br>**LIABILITY LITIGATION** | ) <br> ) <br> ) <br> ) <br> ) <br> ) | **MDL DOCKET NO. 1657** <br><br> **JUDGE FALLON** <br> **MAG. JUDGE KNOWLES** |
| **HARRY TAFT** <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC., et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO.    2:06-cv-00915 |

## ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1)    All claims made by plaintiff, Harry Taft, are dismissed.

(2)    If plaintiff, Taft, desires at any time to re-file or to reassert his claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.


Done this _____ day of _____, 2007


_____
UNITED STATES DISTRICT JUDGE