IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | ) | MDL No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION:  L |
| | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) | MAG. JUDGE KNOWLES |
| | ) | |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | ) ) ) | PURCHASE CLAIMS MASTER CLASS |
| | ) | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please take notice that Jason J. Thompson has relocated to J. Thompson & Associates PLC.  The address, telephone number and facsimile number, as well as e-mail addresses are as follows:

       J. Thompson & Associates PLC
       2000 Town Center, Suite 1000
       Southfield, Michigan  48075
       Telephone:  (248) 436-8448
       Facsimile:  (248) 415-2239

       Jason J. Thompson:  jthompson@jta-law.com
       Rebecca L. Taylor  rtaylor@jta-law.com (Paralegal)

THIS, the 4th day of October, 2007

                                                  Respectfully submitted,

                                                  By: /S/ Jason J. Thompson
                                                  Jason J. Thompson (P47184)
                                                  J. Thompson & Associates PLC
                                                  2000 Town Center, Suite 1000
                                                  Southfield, MI  48075
                                                  (248) 436-8448

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(b), and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of October, 2007.

                                                                          By: /S/ Jason J. Thompson  
                                                                          Jason J. Thompson (P47184)  
                                                                          J. Thompson & Associates PLC  
                                                                          2000 Town Center, Suite 1000  
                                                                          Southfield, MI  48075  
                                                                          (248) 436-8448