IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| Hazel Nye<br><br>             Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) | CASE NO.06cv1460 |

### ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1)   All claims made by plaintiff, Hazel Nye, are dismissed.

(2)   If plaintiff, Hazel Nye, desires at any time to re-file or to reassert his claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.


Done this _____ day of _____, 2007


_____
UNITED STATES DISTRICT JUDGE