UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Paskero v. Merck & Co., Inc., et al.*, 06-3139

## ORDER

IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 12427) is

CONTINUED WITHOUT DATE, to be reset for hearing at a later date.


New Orleans, Louisiana, this   3rd   day of   October  , 2007.

                                                       */s/ Eldon E. Fallon*
                                                   UNITED STATES DISTRICT JUDGE