IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>Vioxx Products Liability Litigation | MDL Docket No.: 1657<br><br>Section L<br><br>Judge Fallon<br><br>Magistrate Judge Knowles |

This document relates to:

*Peter Appenzeller v. Merck & Co., Inc.*
Case No.: 06-cv-08317

### ORDER RE: UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

This Court, having considered the Unopposed Motion to Withdraw as Counsel of Record, hereby ORDERS that:

The Unopposed Motion to Withdraw as Counsel of Record filed by Sally Berg, Attorney for Plaintiff Peter Appenzeller, is GRANTED.

IT IS SO ORDERED

DATED this _____ day of _____, 2006.

_____
United States District Judge

1