IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: | MDL Docket No.: 1657 |
|---|---|
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Donald Patterson v. Merck & Co., Inc.*
Case No.: 06-cv-08319

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Sally Berg, one of the counsel for Plaintiff, Donald Patterson, hereby files this Unopposed Motion to Withdraw as Counsel of Record and states as follows:

1. Ms. Berg is currently one of six attorneys from the law firm of Moriarty Leyendecker Erben PC and she has entered an appearance on behalf of Plaintiff herein.

2. Ms. Berg will no longer be working for the firm of Moriarty Leyendecker Erben PC as of October 1, 2007.

4. Ms. Berg is seeking to withdraw as counsel of record herein.

5. No party hereto will be prejudiced by the relief requested herein, as Jim Moriarty of Moriarty Leyendecker Erben PC will remain counsel of record for Plaintiff.

6. Pursuant to D.C.Colo.LCivR Local Rule 7.1(A), undersigned counsel has conferred with opposing counsel regarding the relief requested herein. Counsel for Defendant, Merck & Co., Inc., does not oppose this motion.

2

WHEREFORE, Sally Berg, as one of the counsel of record for Plaintiff, Donald Patterson, respectfully requests that the court enter an order allowing her to withdraw as counsel of record herein. (A proposed order granting this relief is provided herewith).

Respectfully submitted this 5th day of October 2007.

*s/ Sally P. Berg*
Sally P. Berg, Esq.
MORIARTY LEYENDECKER ERBEN PC
1123 Spruce Street, Suite 200
Boulder, CO 80302
(303) 495-2658 Tel
(713) 528-1390 Fax
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify on the 5th day of October 2007 that a true and correct copy of the above and foregoing UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD was filed electronically wth the Court via CM/ECF PACER and served via LexisNexis and/or by first class mail, postage prepaid to the following named persons:

| | |
|---|---|
| John N. Poulos, Esq.<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302-3910 | *Out-of-State Attorney for Defendant* |
| Andrew H. Myers, Esq.<br>Wheeler, Trigg, Kennedy LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202 | *Resident Attorney for Defendant* |
| Phillip A. Wittman, Esq.<br>Stone Pigman Walther Wittman, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | *Defendant's Liason Counsel* |
| Russ M. Herman, Esq.<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | *Plaintiff's Liason Counsel* |

                                                             */s/ Christina J. Kim*
                                                             Christina J. Kim, Paralegal
                                                             MORIARTY LEYENDECKER ERBEN PC