IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Donald Patterson v. Merck & Co., Inc.*
Case No.: 06-cv-08319

**ORDER
RE: UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

This Court, having considered the Unopposed Motion to Withdraw as Counsel of Record, hereby ORDERS that:

The Unopposed Motion to Withdraw as Counsel of Record filed by Sally P. Berg, Attorney for Plaintiff Donald Patterson, is GRANTED.

IT IS SO ORDERED

DATED this _____ day of _____, 2006.

_____
United States District Judge

1