IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| In re:  VIOXX PRODUCTS<br>         LIABILITY LITIGATION | MDL DOCKET NO. 1657<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| Gregory Sitek<br><br>              Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>              Defendants. | CASE NO.    2:05cv6383 |

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Comes now the plaintiff, Gregory Sitek, and files this motion for dismissal with prejudice as to all of the claims made by plaintiff, Gregory Sitek, against any and all of the defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and, in support thereof, avers as follows:

Plaintiff, Gregory Sitek, does not wish to pursue his claims against any of the defendants. Plaintiff hereby dismisses his claims against all of the defendants. This request is in no way intended to alter, change and/or affect the claims of any and all other named plaintiffs as previously set forth in the original complaint and any amendments thereto.

Plaintiff, Gregory Sitek, acknowledges and agrees that if he decides to reinstate or refile his claim against Merck & Company, Inc., he will do so only by an action filed in federal court. Gregory Sitek further agrees that in the event that he re-files a lawsuit against Merck & Company, Inc., any discovery that has taken place or will take place in In re Vioxx Products

Liability Litigation (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Gregory Sitek, as though Gregory Sitek had been a party and had an opportunity to participate in that discovery.

All costs are to be borne by the party incurring same.

Respectfully submitted,

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.

*Elisabeth French*
THOMAS E. DUTTON
ELISABETH FRENCH
Attorneys for Plaintiff
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205)322-8880
(205)328-2711 fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on liaison counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, on this the ____ day of October ____, 2007.

*Elisabeth French*
e/Elisabeth French
Attorney for Plaintiff