UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE: VIOXX**
**PRODUCTS LIABILITY LITIGATION :**

**MDL NO. 1657**

**SECTION: L**

**JUDGE FALLON**
**MAG. JUDGE KNOWLES**

........................................................

**THIS DOCUMENT RELATES TO:**
*Jesse Lerma v. Merck & Co., Inc., et al.,* **No. 2:06cv11300 (previously 3:06-cv-916 SDIL USDC)**

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

AND NOW, this 5th day of October, 2007, Plaintiff, Jesse Lerma, ("Lerma") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co., Inc., subject to the following conditions:

1. Each party to bear its own costs and counsel fees;

2. Lerma agrees that, in the event he were to re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

3. Lerma further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-

filed by Lerma, as though he had been a party and had an opportunity to participate in that discovery.

Lerma agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit of Jesse Lerma without prejudice against Defendant, Merck, Inc., subject to the conditions stated above. File & Serve shall be updated by John J. Driscoll and Brown & Crouppen, P.C. to reflect these changes.

APPROVED AND SO ORDERED:

____________________________________
UNITED STATES DISTRICT JUDGE

Dan H. Ball, E.D. Mo. #2555
Stephen G. Strauss, E.D. Mo. #84402
**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000
(314) 259-2020 (fax)
dhball@bryancave.com
sgstrauss@bryancave.com

*Counsel for Defendant Merck & Co., Inc.*

Phillip A. Whitman, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

*Defendants' Liaison Counsel*

Respectfully submitted by:
BROWN & CROUPPEN, P.C.

By: ______________________
John J. Driscoll, IL BAR #6276464
720 Olive Street, Suite 1800
St. Louis, MO 63101
(314) 421-0216
Fax: (314) 421-0359
jdriscoll@brownandcrouppen.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was mailed via U.S. Postal Service to the Clerk of Court of the United States District Court for the Eastern District of Louisiana to be filed and uploaded onto the court's electronic filing system, on this 5th day of October, 2007.

**Stephen G. Strauss**
**Dan H. Ball**
Bryan Cave, LLP -St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

By: ______________________
John J. Driscoll, IL BAR #6276464

**CERTIFICATE OF SERVICE**

The undersigned non-attorney hereby certifies that on the 28th day of September, 2007 a true and correct copy of the foregoing Stipulation for Dismissal was served on counsel named below via electronic mail for their review and signature consent:

Steve Strauss
Dan H. Ball
Robert T. Ebert, Jr.
BRYAN CAVE, LLP
211 North Broadway, Ste. 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com
Attorneys for Merck & Co., Inc.

Brandi Smith, Paralegal