UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>      PRODUCTS LIABILITY LITIGATION : | MDL NO. 1657 |
| | SECTION: L |
| ……………………………………………… | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Jesse Lerma v. Merck & Co., Inc., et al.,* **No. 2:06cv11300 (previously 3:06-cv-916 SDIL USDC)**

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On the date shown below, the Court considered the Stipulation of Dismissal Without Prejudice, of the claims of the Plaintiff, Jesse Lerma. After considering the Stipulation, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Jesse Lerma, are dismissed, without prejudice, John J. Driscoll shall update Lexis Nexis File & Serve to reflect these changes.

Dated this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE