## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                              *         MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION         *
                                        *         SECTION: L(3)
                                        *
                                        *         JUDGE FALLON
                                        *         MAG. JUDGE KNOWLES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
    *Smith v. Merck & Co., Inc., et al.*, 05-5003

## <u>ORDER</u>

      IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 12430) is

CONTINUED WITHOUT DATE, to be reset for hearing at a later date.


    New Orleans, Louisiana, this __3rd__ day of __October__, 2007.


                                          _____
                                         UNITED STATES DISTRICT JUDGE