IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| In re: **VIOXX PRODUCTS**<br>**LIABILITY LITIGATION**<br><br><br><br><br><br>PEARLINE COHILL CALHOUN, as<br>Representative of the Estate of OTIS<br>FERNHILL CALHOUN, deceased,<br><br>            Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MDL DOCKET NO. 1657**

**JUDGE FALLON**
**MAG. JUDGE KNOWLES**

CASE NO.     06:1608

**ORDER**

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1)    All claims made by plaintiff, Pearline Cohill Calhoun, as Representative of the Estate of Otis Fernhill Calhoun, deceased, are dismissed.

(2)    If plaintiff, Calhoun, desires at any time to re-file or to reassert her claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this ___4th___ day of _____October_____, 2007

_____
UNITED STATES DISTRICT JUDGE