IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| Henry Carroll<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) | CASE NO. |

## ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made by plaintiff, Henry Carroll, are dismissed.

(2) If plaintiff, Carroll, desires at any time to re-file or to reassert his claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this __4th__ day of __October__, 2007

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE