IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) | **MDL DOCKET NO. 1657** <br><br> **JUDGE FALLON** <br> **MAG. JUDGE KNOWLES** |
| HAZELL HOWELL, <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:05cv05323 |

## ~~PROPOSED~~ ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made by plaintiff, HAZELL HOWELL, are dismissed.

(2) If plaintiff, HOWELL, desires at any time to re-file or to reassert her claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this 4th day of October, 2007

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE