IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| Lynn Tyler Morris, as Personal Representative of the Estate of Bennie M. Morris, <br><br>  Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO.   05-4774 |

## ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made by plaintiff, Lynn Tyler Morris, as Personal Representative of the Estate of Bennie M. Morris, are dismissed.

(2) If plaintiff, Lynn Tyler Morris, as Personal Representative of the Estate of Bennie M. Morris, desires at any time to re-file or to reassert his claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this 4th day of October, 2007

_____
UNITED STATES DISTRICT JUDGE