IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION** | MDL DOCKET NO. 1657<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| Alvin Temple, Individually and on behalf of his brother, Bobbie Temple and sister, Betty Jean Steptoe,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | CASE NO.   2:06-0719 |

## ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made by plaintiff, Alvin Temple, Individually and on behalf of his brother, Bobbie Temple and sister, Betty Jean Steptoe, are dismissed without prejudice.

(2) This order does not alter, change and/or affect the claims of any and all other named plaintiffs as previously set forth in the original complaint and any amendments thereto.

(3) If plaintiff, Temple, desires at any time to re-file or to reassert his claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this 4th day of October, 2007

_____
UNITED STATES DISTRICT JUDGE