IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| Hazel Nye<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | CASE NO.06cv1460 |

## ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made by plaintiff, Hazel Nye, are dismissed.

(2) If plaintiff, Hazel Nye, desires at any time to re-file or to reassert his claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this 5th day of October, 2007

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE