IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| Harold Pinkney<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | CASE NO.   2:06cv1608 |

## ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made by plaintiff, Harold Pinkney, are dismissed.

(2) If plaintiff, Harold Pinkney, desires at any time to re-file or to reassert his claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this  5th  day of  October , 2007

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE