IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | |
|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 1657**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| Dennis Harvey Williams, as Personal Representative of the Estate of Willie Harvey Williams, deceased<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | CASE NO.   2:05cv-6383 |

## ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made by plaintiff, Dennis Harvey Williams, as Personal Representative of the Estate of Willie Harvey Williams, deceased, are dismissed.

(2) If plaintiff, Dennis Harvey Williams, as Personal Representative of the Estate of Willie Harvey Williams, deceased, desires at any time to re-file or to reassert his claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this  5th  day of  October , 2007

_____
UNITED STATES DISTRICT JUDGE