UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL Docket No. 1657<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.,* **Case No. 07-2099**

### EX PARTE MOTION AND INCORPORATED MEMORADUM BY RxSOLUTIONS, INC. FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF RxSOLUTIONS, INC.'S MOTION TO DISMISS THE COMPLAINT

Defendant RxSolutions, Inc. ("RxSolutions"), by and through its undersigned counsel, respectfully moves the Court for leave to file its Reply Memorandum to Plaintiffs Peter Pintar and Jeanette Pintar's Opposition to RxSolutions, Inc.'s Motion to Dismiss the Complaint.  In support of this Motion, RxSolutions states as follows:

1.	On April 20, 2007, RxSolutions filed and served a Motion to Dismiss and supporting Memorandum, pursuant to Fed. R. Civ. P. 12(b)(6), asking that the Court dismiss the claims that Plaintiffs Peter Pintar and Jeanette Pintar have asserted against RxSolutions because those claims are preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA").

2.	Plaintiffs Peter Pintar and Jeanette Pintar filed their response on September 24, 2007, arguing that their claims are not preempted by ERISA.

3.	RxSolutions believes that the Court will benefit from a more comprehensive and robust discussion of the ERISA preemptions issues.  Therefore, RxSolutions respectfully seeks leave of Court to file its Reply Memorandum (copy attached).

WHEREFORE, for the reasons stated above and because good cause exists, RxSolutions respectfully moves the Court for leave to file its Reply Memorandum to Plaintiffs Peter Pintar and Jeanette Pintar's Opposition to RxSolutions, Inc.'s Motion to Dismiss the Complaint. A proposed order is attached.

Respectfully submitted,

Dated: October 5, 2007

    /s/   *August A. Imholtz III, Esq.*
Thomas F. Fitzgerald, Esq.
Michael J. Prame, Esq.
August A. Imholtz III, Esq.
GROOM LAW GROUP, CHTD.
1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C.  20006-5893
Telephone:  (202) 857-0620
Facsimile:   (202) 659-4503
TFF@groom.com
MJP@groom.com
AAI@groom.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Ex Parte Motion and Incorporated Memorandum by RxSolutions, Inc. for Leave to File a Reply Memorandum in Support of RxSolutions, Inc.'s Motion to Dismiss the Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 this 5th day of October, 2007.

    Russ M. Herman
    Herman, Herman, Katz Cotlar, LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    E-mail: rherman@hhkc.com
    Plaintiffs' Liaison Counsel in *In re: Vioxx Products Liability Litigation*,
    MDL No. 1657 (E.D. La.)

    Phillip A. Wittmann
    Stone Pigman Walther Wittmann L.L.C.
    546 Carondelet Street
    New Orleans, LA 70131
    E-mail: pwittmann@stonepigman.com
    Defendants' Liaison Counsel in *In re: Vioxx Products Liability Litigation*,
    MDL No. 1657 (E.D. La.)

      */s/   August A. Imholtz III, Esq.*
    August A. Imholtz III, Esq.