UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX PRODUCTS**<br>**LIABILITY LITIGATION** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **MDL Docket No. 1657**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

**THIS DOCUMENT RELATES TO:** *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.,* **Case No. 07-2099**

## ORDER

Upon consideration of the Ex Parte Motion and Incorporated Memorandum by RxSolutions, Inc. for Leave to File a Reply Memorandum in Support of RxSolutions, Inc.'s Motion to Dismiss the Complaint,

IT IS ORDERED that the Ex Parte Motion and Incorporated Memorandum by RxSolutions, Inc. for Leave to File a Reply Memorandum in Support of RxSolutions, Inc.'s Motion to Dismiss the Complaint is GRANTED.

NEW ORLEANS, LOUISIANA, this _____ day of October, 2007.

_____
United States District Judge