**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 3, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

In accordance with Pre-Trial Order No. 27, on this date the Court conducted an *in camera* and *ex parte* review of the Plaintiffs' Steering Committee's "trial package." As noted in Pre-Trial Order No. 27, the Court does not regard this review as giving rise to a waiver of any work-product or attorney-client privileges.



-1-

JS10(01:00)