A CERTIFIED TRUE COPY

OCT - 3 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED on OCT - 3 2007
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                                MDL No. 1657

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-115)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,347 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT - 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

__ Fee_____
__ Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

SCHEDULE CTO-115 - TAG-ALONG ACTIONS              EDLA
                                                  SEC.L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALASKA** | | |
| ~~AK 4 07-21~~ | ~~Mary M. Charles, etc. v. Merck & Co., Inc., et al.~~ OPPOSED 10/3/07 | |
| **ALABAMA** | | |
| ALM 1  07-797 | Judy Fleming v. Merck & Co., Inc. | **07-6431** |
| **FLORIDA MIDDLE** | | |
| FLM 3  07-825 | William Cheek, etc. v. Merck & Co., Inc. | **07-6432** |
| **MASSACHUSETTS** | | |
| MA 1  07-11653 | Elizabeth T. Baskins v. Merck & Co., Inc. | **07-6433** |
| **MARYLAND** | | |
| MD 1  07-2356 | Sandra Golder, et al. v. Merck & Co., Inc. | **07-6434** |
| **NEVADA** | | |
| NV 2  07-1208 | Richard Booth v. Merck & Co., Inc., et al. | **07-6435** |
| NV 2  07-1209 | John Katsibubas, et al. v. Merck & Co., Inc., et al. | **07-6436** |
| **NEW YORK EASTERN** | | |
| NYE 1  07-1079 | Dorothy Sakadolsky, etc. v. Merck & Co., Inc. | **07-6437** |
| NYE 1  07-1837 | Lawrence Kohn, et al. v. Merck & Co., Inc. | **07-6438** |
| **SOUTH CAROLINA** | | |
| SC 3  07-2974 | Georgia Lynn Owens, etc. v. Merck & Co., Inc. | **07-6439** |
| SC 6  07-2987 | Lena E. Garrett v. Merck & Co., Inc. | **07-6440** |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION  MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-115)

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Myron E. Angstman
Angstman Law Office
P.O. Box 585
Bethel, AK 99559

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis &
Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Matthew W. Christian
Christian & Davis
P.O. Box 332
Greenville, SC 29602

Eddie Easa Farah
Farah & Farah, P.A.
10 West Adams Street, 3rd Floor
Jacksonville, FL 32202

Albert C. Flanders
Pollack & Flanders
50 Congress Street, Suite 430
Boston, MA 02109

Steven E. Guinn
Laxalt & Nomura, Ltd.
9600 Gateway Drive
Reno, NV 89521

H. Blair Hahn
Richardson Patrick Westbrook & Brickman
P.O. Box 1007
Mt. Pleasant, SC 29465

Vilia B. Hayes
Hughes, Hubbard & Reed
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

William H. Ingaldson
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, AK 99501

Erin A. Juzapavicus
Wilner Block, PA
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Jahna M. Lindemuth
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501

Michael A. London
Douglas & London, P.C.
111 John Street
8th Floor
New York, NY 10038

Kristina Pickering
Morris, Pickering & Peterson
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

David A. Tanner
Mainor Eglet Cottle, LLP
400 South Fourth Street, Sixth Floor
Las Vegas, NV 89101

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

## INVOLVED JUDGES LIST (CTO-115)

~~Hon. Ralph R. Beistline~~
~~U.S. District Judge~~
~~United States District Court~~
~~Federal Building & U.S. Courthouse, Box 49~~
~~222 West Seventh Avenue~~
~~Anchorage, AK 99513~~

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. Virginia Maria Hernandez Covington
U.S. District Judge
U.S. Courthouse
300 N. Hogan Street
Suite 11-350
Jacksonville, FL 32202

Hon. Joseph L. Tauro
U.S. District Judge
7110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal Building &
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Robert C. Jones
U.S. District Judge
U.S. District Court
7005 Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. James C. Mahan
U.S. District Judge
6085 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

Hon. John Gleeson
U.S. District Judge
727 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J. Perry, Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1657

## INVOLVED CLERKS LIST (CTO-115)

~~Ida Romack, Clerk~~
~~332 Federal Building & U.S. Courthouse~~
~~101-12th Avenue~~
~~Fairbanks, AK-99701~~

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building &
   U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

October 3, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-115)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 17, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Docket Specialist

Attachments

cc:   Transferee Judge:   Judge Eldon E. Fallon
      Transferor Judges:  (See Attached List of Judges)
      Transferor Clerks:  (See Attached List of Clerks)

JPML Form 36A