UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Light, Sondra S. v. Merck & Co., Inc.*, Docket Number: 2:06-cv-03661. | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Sondra S. Light, individually and as representative for the Estate of Charles L. Light, deceased, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of her respective claims against Merck & Co., Inc. in the above-styled lawsuits, each party to bear its own costs, subject to the following conditions:

1.  Sondra S. Light, individually and as representative for the Estate of Charles L. Light, deceased, agrees that, in the event she or a representative on her behalf re-files a lawsuit against Merck that contains claims relating to Vioxx®, they shall so do only in the United States District Court for the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall not oppose transfer to MDL 1657; and

2.  Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657, the

MDL proceeding venued in the United States District Court for the Eastern District of Louisiana) and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said Plaintiff, as though Plaintiff had been a party and had had an opportunity to participate in that discovery.

3. Merck & Co., Inc. further agrees that a dismissal of this claim shall not constitute a dismissal of the duplicative filing currently pending in the Eastern District of Louisiana (2:06-cv-10294-EEF-DEK), and Sandra S. Light may proceed without prejudice with this action.

4. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of this Plaintiff against Merck & Co., Inc., in the above-captioned case.

Respectfully submitted,

| | |
|---|---|
| PULS, TAYLOR & WOODSON | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: _____ | By: /s/ Dorothy H. Wimberly |
| S. Patrick Woodson, IV<br>Puls, Taylor & Woodson<br>2600 Airport Frwy.<br>Fort Worth, TX 76111<br>817-338-1717 | Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Phone: 504-581-3200 |
| *Counsel for Plaintiff Listed in Caption Above* | *Counsel for Defendant Merck & Co., Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of October, 2007.

>    */s/ Dorothy H. Wimberly*
>    Dorothy H. Wimberly, 18509
>    STONE PIGMAN WALTHER
>    WITTMANN L.L.C.
>    546 Carondelet Street
>    New Orleans, Louisiana 70130
>    Phone: 504-581-3200
>    Fax:    504-581-3361
>    dwimberly@stonepigman.com
>
>    Defendants' Liaison Counsel