UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Watson, Polly,* et al. *v. Merck & Co.,* | * | KNOWLES |
| *Inc.* et al., Docket Number: 2:05-cv- | * | |
| 04319. | * | |
| (Plaintiff Loretta Patti) | * | |
| * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff listed above against Defendant

Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice,

each party to bear its own costs, and subject the terms and conditions of the parties'

Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.