# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Shirley Kelly v. Merck & Co., Inc.*, | * | KNOWLES |
| Docket Number: 2:07-cv-3157 | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## STIPULATION OF DISMISSAL *WITH* PREJUDICE

Plaintiff, Shirley Kelly, and Defendant, Merck & Co., Inc. hereby stipulate to the dismissal of this case *with* prejudice, each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| JONES, GILLASPIA & LOYD, L.L.P. | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| | |
| By: /s/ John Bruster Loyd | By: /s/ Dorothy H. Wimberly |
| | |
| John Bruster Loyd | Phillip A. Wittmann, 13625 |
| TBA No. 24009032 | Dorothy H. Wimberly, 18509 |
| Federal ID No. 23240 | Stone Pigman Walther Wittmann, L.L.C. |
| 1300 Post Oak, Suite 830 | 546 Carondelet St. |
| Houston, TX  77056 | New Orleans, LA  70130 |
| Phone: 713-225-9000 | Phone: 504-581-3200 |
| | |
| *Counsel for Plaintiff Shirley Kelly* | *Counsel for Defendant Merck & Co., Inc.* |

895559v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal *With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of October, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

895559v.1