UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| *Hayes, Pearl et al v. et al. v. Merck &* | * | |
| *Co., Inc.;* Docket No. 2:07-cv-00382, | * | |
| regarding all plaintiffs (Lawrence Paul | * | |
| Anderson, Diane Durbin, Stephen | * | |
| Dusky, Thomas Ferguson, Pearl Hayes, | * | |
| Joseph Hogg, Jessie Lucas, Jack | * | |
| Ridinger, Delores Scaturro, and Barbara | * | |
| McKeal.) | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation. Plaintiff's claims against the remaining defendant, namely Pfizer, Inc., shall continue in full force and effect.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____

**DISTRICT JUDGE**