IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: | MDL Docket No.: 1657 |
|---|---|
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Peter Appenzeller v. Merck & Co., Inc.*
Case No.: 06-cv-08317

**ORDER RE: UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

This Court, having considered the Unopposed Motion to Withdraw as Counsel of Record, hereby ORDERS that:

The Unopposed Motion to Withdraw as Counsel of Record filed by Sally Berg, Attorney for Plaintiff Peter Appenzeller, is GRANTED.

IT IS SO ORDERED

DATED this __9th__ day of __October__, 2007.

_____
United States District Judge

1