FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT -9  AM 7: 34

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

In re: **VIOXX PRODUCTS** )
**LIABILITY LITIGATION** ) **MDL DOCKET NO. 1657**
)
) **JUDGE FALLON**
) **MAG. JUDGE KNOWLES**
)

SAMUEL L. DYE,
SAMUEL HALL,                    ) IN RE: Vioxx Product
                                ) Liability Litigation
   Plaintiff,                   )
                                )
VS.                             ) MDL 1657
                                )
MERCK & CO., INC.               )
~~WYETH PHARMACEUTICALS, INC.,~~) DOCKET NO.: 2:05CV969
~~PFIZER, INC.,~~               )
                                )
   Defendants.                  )

## ORDER

Based upon the motion for Voluntary Dismissal previously filed in this case, the Court hereby orders that:

(1) All claims made by plaintiffs, Samuel L. Dye and Samuel Hall, are dismissed.

(2) If plaintiffs, Samuel L. Dye and Samuel Hall, desire at any time to re-file or to reassert their claim against defendant Merck & Company, Inc., then such claim must be filed in federal court.

Done this 5th day of October, 2007

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
/  CtRmDep_____
___ Doc. No._____