READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

## TRANSCRIPT ORDER

District Court

District Court Docket Number: 06-0485 05-1657

Short Case Title _____ Court Reporter _____

Date Notice of Appeal Filed by Clerk of District Court _____ Court of Appeals # _____
(If Available)

*[Filed stamp: U.S. DISTRICT COURT EASTERN DISTRICT LA, 2006 SEP 27 AM 11:43, LORETTA G. WHYTE, CLERK]*

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☑ This is to order a transcript of the following proceedings: *(check appropriate box)*
  - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☑ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature _____ Date Transcript Ordered _____

Print Name _____ Counsel for _____

Address _____ Telephone _____

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

Date _____ Signature of Court Reporter _____ Telephone _____

Address of Court Reporter: _____

\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages _____ Actual Number of Volumes

_____ Date _____ Signature of Court Reporter

Fee _____
Process _____
X Dktd
__ CtRmDep _____
__ Doc. No. _____

DKT-13 (5/96)

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I

READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

## TRANSCRIPT ORDER

**District Court:** Eastern District of Louisiana
**District Court Docket Number:** 06-0485
**Short Case Title:** Gerald Barnett v. Merck
**Court Reporter:** Cathy Pepper / Toni Tusa / Karen Ibos
**Date Notice of Appeal Filed by Clerk of District Court:** 9-14-07
**Court of Appeals #:** _____ (If Available)

### PART I.
(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☑ This is to order a transcript of the following proceedings: (check appropriate box)

Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

**HEARING DATE(S) / PROCEEDING / JUDGE/MAGISTRATE**

proceedings have all been transcribed
see attached list
Court reporters will file into record

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☑ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

**Signature:** [signature]
**Date Transcript Ordered:** 9-27-07
**Print Name:** Dorothy Wimberly, Stone Pigman
**Counsel for:** Merck
**Address:** 546 Carondelet St, NOLA 70130
**Telephone:** 581-3200

ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

### PART II.
COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

**Date** _____ **Signature of Court Reporter** _____ **Telephone** _____
**Address of Court Reporter:** _____
\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

### PART III.
NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages _____ Actual Number of Volumes

**Date** _____ **Signature of Court Reporter** _____

DKT-13 (5/96)

**Molony, Catherine B.**

| | |
|---|---|
| **From:** | Vergara, Catalina J. [cvergara@OMM.com] |
| **Sent:** | Thursday, September 27, 2007 10:39 AM |
| **To:** | Molony, Catherine B. |
| **Cc:** | Wimberly, Dorothy H.; bcurrey@omm.com |
| **Subject:** | RE: Transcript list for Appeal |
| **Importance:** | High |
| **Attachments:** | RE: Barnett - Record on Appeal |

Catherine,

Here is the list of transcripts we need to order for the *Barnett* record on appeal. (Note that the transcripts that have the generic MDL caption on them, as opposed to the *Barnett* caption, are marked with an asterisk. The remainder have a *Barnett* caption.) Robinson's firm has agreed to this list, as per the attached email.

We will get you the agreed-upon list of pleadings/filings for the court clerk as soon as possible next week. In the meantime, if you need any additional info from me in order to prepare the transcript order and get it on file by tomorrow, please don't hesitate to email or call. Thanks!

### Pre-Trial Hearings

1. 6/28/06 Hearing* CP
2. 7/6/06 Hearing* CP
3. 7/7/06 Hearing TT
4. 7/13/06 Status Conference* TT
5. 7/25/06 Hearing CP

### Trial Transcripts

6. 7/31/06 Trial Transcript CP/TT
7. 8/1/06 Trial Transcript CP/TT
8. 8/2/06 Trial Transcript CP
9. 8/3/06 Trial Transcript CP/TT
10. 8/4/06 Trial Transcript CP/TT
11. 8/5/06 Trial Transcript CP/TT
12. 8/7/06 Trial Transcript CP/TT
13. 8/8/06 Trial Transcript CP/TT

9/27/2007

14.   8/10/06 Trial Transcript CP/TT

15.   8/11/06 Trial Transcript CP/TT

16.   8/14/06 Trial Transcript CP/TT

17.   8/15/06 Trial Transcript CP/TT

18.   8/16/06 Trial Transcript CP/TT

19.   8/17/06 Trial Transcript CP/TT

**Post-Trial Hearings**

20.   11/17/06 Hearing* TT

21.   3/28/07 Hearing Karen Woo

**Catalina Joos Vergara**
**O'Melveny & Myers LLP**
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-7828
Cell: (213) 321-7299
Fax: (213) 430-6407
cvergara@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Molony, Catherine B. [mailto:CMolony@stonepigman.com]
**Sent:** Tuesday, September 25, 2007 2:06 PM
**To:** Vergara, Catalina J.; Wimberly, Dorothy H.
**Subject:** RE: Transcript list for Appeal

Here is the transcript order form.

Thanks

---

**From:** Vergara, Catalina J. [mailto:cvergara@OMM.com]
**Sent:** Tuesday, September 25, 2007 3:53 PM
**To:** Wimberly, Dorothy H.; Molony, Catherine B.
**Subject:** RE: Transcript list for Appeal

We'll make every effort to get both to you as soon as possible. As I said, I don't think it will be too much of a problem to get the list of transcripts to you tomorrow (so that you can order tomorrow or Wednesday, before the Friday deadline).

9/27/2007