UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *Harris et al. v. Merck & Co., Inc.*; | * | |
| Docket No. 2:05-cv-02580; only | * | |
| regarding Sarah Robinson. | * | |
| | * | |
| *Zimmerman et al. v. Merck & Co., Inc.*; | * | |
| Docket No. 2:06-cv-01972; only | * | |
| regarding Larry Geary. | * | |
| | * | |
| *Geiger et al. v. Merck & Co., Inc.*; | * | |
| Docket No. 2:06-cv-06654; only | * | |
| regarding Ruth Jones on behalf of | * | |
| decedent Elisha Scott. | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs listed above and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of their respective claims against Merck & Co., Inc. in the above-styled lawsuits, each party to bear its own costs, subject to the following conditions:

1.      Plaintiffs listed above agree that, in the event they or a representative on their behalf re-file a lawsuit against Merck that contains claims relating to Vioxx®, they shall so do only in the United States District Court for the Eastern District of Louisiana, without joining any

parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall not oppose transfer to MDL 1657; and

2. Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657, the MDL proceeding venued in the United States District Court for the Eastern District of Louisiana) and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said Plaintiffs, as though Plaintiffs had been a party and had had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of these Plaintiffs against Merck & Co., Inc., in the above-captioned case.

4. The claims of the remaining plaintiffs shall remain in full force and effect.

Respectfully submitted,

| | |
|---|---|
| JEFFREY J. LOWE, P.C./ CAREY & DANIS, L.L.C.<br><br>By: /s/ Jeffrey J. Lowe<br><br>Jeffrey J. Lowe<br>Jeffrey J. Lowe, P.C. /Carey & Danis, LLC<br>8235 Forsyth Blvd.<br>Ste. 1100<br>St. Louis, MO 63105<br>Phone: 314-678-3400<br><br>*Counsel for Plaintiffs Listed in Caption Above* | STONE PIGMAN WALTHER WITTMANN, L.L.C.<br><br>By: /s/ Dorothy H. Wimberly<br><br>Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Phone: 504-581-3200<br><br>*Counsel for Defendant Merck & Co., Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10 day of October, 2007.