UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Harris et al. v. Merck & Co., Inc.*; | * | KNOWLES |
| Docket No. 2:05-cv-02580; only | * | |
| regarding Sarah Robinson. | * | |
| | * | |
| *Zimmerman et al. v. Merck & Co., Inc.*; | * | |
| Docket No. 2:06-cv-01972; only | * | |
| regarding Larry Geary. | * | |
| | * | |
| *Geiger et al. v. Merck & Co., Inc.*; | * | |
| Docket No. 2:06-cv-06654; only | * | |
| regarding Ruth Jones on behalf of | * | |
| decedent Elisha Scott. | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation. NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
**DISTRICT JUDGE**