UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX PRODUCTS  *
LIABILITY LITIGATION  *
 *  MDL Docket No. 1657
 *
 *  JUDGE ELDON E. FALLON
 *
 *  MAGISTRATE JUDGE KNOWLES
 *
 *
 *
 *

THIS DOCUMENT RELATES TO: *Charles Fitzgerald, et al. v. Merck & Co. , Inc., et al.,*
Case No. 07-2099

## ORDER

Upon consideration of the Ex Parte Motion and Incorporated Memorandum by RxSolutions, Inc. for Leave to File a Reply Memorandum in Support of RxSolutions, Inc.'s Motion to Dismiss the Complaint,

IT IS ORDERED that the Ex Parte Motion and Incorporated Memorandum by RxSolutions, Inc. for Leave to File a Reply Memorandum in Support of RxSolutions, Inc.'s Motion to Dismiss the Complaint is GRANTED.

NEW ORLEANS, LOUISIANA, this __9th__ day of October, 2007.

*[signature: Eldon E. Fallon]*
_____
United States District Judge