UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Kisty et al. v. Merck & Co., Inc.*; Docket No. 2:05-cv-05305; only regarding Joyce Berry. | * | KNOWLES |
| *Harris et al. v. Merck & Co., Inc.*; Docket No. 2:05-cv-05824; only regarding Sandy Cooper. | * | |
| *Ganser et al. v. Merck & Co., Inc.*; Docket No. 2:05-cv-05300; only regarding Dorothy Ganser. | * | |
| *McKee et al. v. Merck & Co., Inc.*; Docket No. 2:06-cv-03379; only regarding Henry Wilson. | * | |
| *Durant et al. v. Merck & Co., Inc.*; Docket No. 2:06-cv-06239; only regarding Eugene O'Neal. | * | |
| *Randolph et al. v. Merck & Co., Inc.*; Docket No. 2:06-cv-03465; only regarding Christine Powell on behalf of decedent Edgar Powell. | * | |

* * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-

styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
**DISTRICT JUDGE**