UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Eloisa Santillan v. Merck & Co., Inc., et* | * | **JUDGE KNOWLES** |
| *al.;* Docket Number: 2:07-cv-810 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that all claims of plaintiff Eloisa Santillan in the above-captioned case

be and they hereby are dismissed without prejudice, subject to the terms and conditions of the

stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this __9th__ day of _____October_____, 2007.

_____
DISTRICT JUDGE

894681v.1