## FOR THE EASTERN DISTRICT OF LOUISIANA

## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX | * | CIVIL ACTION NO.: |
| Products Liability Litigation | * | MDL 1657 |
| This Document Relates To | * | SECTION L, MAG 3 |
|    Florence Schouest | * | JUDGE FALLON |
|       Plaintiff, | * | |
| vs. | * | |
|    Merck & Co., Inc., | * | |
|       Defendant. | * | |
| Civil Action No. 05-6276 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that the Estate of Florence Schouest be added in this cause as a party plaintiff and that the style of the action be changed to accurately reflect same.

Signed at New Orleans, Louisiana, this __9th__ day of ___October___, 2007.

_____
JUDGE