## THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX | * | CIVIL ACTION NO.: |
| Products Liability Litigation | * | MDL 1657 |
| This Document Relates To | * | SECTION L, MAG 3 |
|    Doris McCloskey | * | JUDGE FALLON |
|         Plaintiff, | * | |
| vs. | * | |
|    Merck & Co., Inc., | * | |
|         Defendant. | * | |
| Civil Action No. 06-5066 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that Patricia S. Amrhein, personal representative of the Estate of Doris E. McCloskey, be substituted in place of plaintiff, Doris E. McCloskey.

Signed at New Orleans, Louisiana, this __9th__ day of __October__, 2007.

_____
JUDGE