## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Vioxx®                              *          MDL DOCKET 1657
                                           *
PRODUCTS LIABILITY                         *          SECTION L
LITIGATION                                 *
                                           *          JUDGE FALLON
This document relates to:                  *
                                           *          MAGISTRATE JUDGE
*Getty, Richard v. Merck & Co., Inc.*,     *          KNOWLES
Docket Number: 2:05-cv-00462; and          *
only regarding Della Stamper.              *
                                           *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  * *

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff listed above against defendant Merck

& Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to

bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ___9th___ day of _____October_____, 2007.

_____
DISTRICT JUDGE

895334v.1