# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Josephine Baylon v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-834 _____/ | Magistrate Judge Knowles |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiff, Josephine Baylon, in the above-captioned multidistrict litigation. There has been a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege. Counsel avows that reasonable grounds exist for the Court to grant this motion.

Written notice of the filing of this motion was sent via certified mail to plaintiff's last known mailing address, 831 East Seventh Street, National City, California 91950.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

DATED: October 10, 2007            Respectfully submitted,

*/s/ Lowell W. Finson*_____
Lowell W. Finson
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ  85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiff Josephine Baylon

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion To Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of October, 2007.

/s/ Lowell W. Finson
Lowell W. Finson
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ  85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiff Josephine Baylon

2