UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL DOCKET 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Shirley Kelly v. Merck & Co., Inc.*, | * | KNOWLES |
| Docket Number: 2:07-cv-3157 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal *With* Prejudice,

IT IS ORDERED, that the above-captioned case be and it hereby is dismissed *with* prejudice, each party to bears its own costs, expenses, and attorneys' fees.

NEW ORLEANS, LOUISIANA, this 10th day of October, 2007.

_____
DISTRICT JUDGE

895561v.1