UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Hayes, Pearl et al v. et al. v. Merck & Co., Inc.;* Docket No. 2:07-cv-00382, regarding all plaintiffs (Lawrence Paul Anderson, Diane Durbin, Stephen Dusky, Thomas Ferguson, Pearl Hayes, Joseph Hogg, Jessie Lucas, Jack Ridinger, Delores Scaturro, and Barbara McKeal.) | * | |

* * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation. Plaintiff's claims against the remaining defendant, namely Pfizer, Inc., shall continue in full force and effect.

NEW ORLEANS, LOUISIANA, this 10th day of October, 2007.

_____
DISTRICT JUDGE