**A CERTIFIED TRUE COPY**

SEP 2 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2007 OCT 11   AM 9: 28

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 7 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1657

## IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-114)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,343 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

**Inasmuch as no objection is pending at this time, the stay is lifted.**

SEP 2 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

# INVOLVED COUNSEL LIST (CTO-114)
## MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

Roberta D. Asher
Asher & Associates, PC
111 John Street
Suite 1200
New York, NY 10038

Catherine D. Badgett
Badgett Law Firm
P.O. Box 2020
Ridgeland, SC 29936

Elizabeth A. Balakhani
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Tamara L. Banno
Tamara L. Banno, PC
3031 Allen Street
Suite 100
Dallas, TX 75204

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Tim K. Goss
Capshaw, Goss & Bowers, LLP
NationsBank Plaza
3031 Allen Street
Suite 200
Dallas, TX 75204

H. Blair Hahn
Richardson Patrick Westbrook & Brickman, LLC
P.O. Box 1007
Mt. Pleasant, SC 29465

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Cindy J. Kiblinger
James F. Humphreys & Associates
800 United Center
500 Virginia Street, East
Charleston, WV 25301

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

James C. MacGillis
Trepanier & MacGillis, PA
310 4th Avenue, South
Suite 8000
Minneapolis, MN 55415

Fredric S. Masure
Law Offices of Fredric S. Masure
1352 Pennsylvania Ave.
Brooklyn, NY 11239

James J. McHugh, Jr.
Lopez McHugh, LLP
1325 Spruce Street
Philadelphia, PA 19107

Barry Edward Newman
Spohrer, Dodd, P.L.
701 West Adams Street
Jacksonville, FL 32204

Lawrence Solomon
Solomon, Sherman & Gabay
1628 John F. Kennedy Blvd.
Suite 2200
Philadelphia, PA 19103

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Avenue, South
Suite 8000
Minneapolis, MN 55415

Thomas F. Urban, II
James F. Humphreys & Associates
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

## INVOLVED JUDGES LIST (CTO-114)
## MDL NO. 1657
### IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

Hon. Timothy J. Corrigan
U.S. District Judge
11-100 United States Courthouse
300 N. Hogan Street
Jacksonville, FL 32202

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Kimba M. Wood
Chief Judge, U.S. District Court
1610 Daniel Patrick Moynihan U.S. Courthouse
New York, NY 10007-1315

Hon. James T. Giles
U.S. District Judge
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

Hon. James Edgar Kinkeade
U.S. District Judge
Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street, Room 1625
Dallas, TX 75242-1003

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street
Room 2303
Bluefield, WV 24701

**INVOLVED CLERKS LIST (CTO-114)**
**MDL NO. 1657**
**IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation**

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242

Teresa Deppner, Clerk
U.S. District Court
P.O. Box 1570
Huntington, WV 25716-1570

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

September 25, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-114)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 7, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
        Docket Specialist

Attachments

cc:     Transferee Judge:      Judge Eldon E. Fallon
         Transferor Judges:     (See Attached List of Judges)
         Transferor Clerks:      (See Attached List of Clerks)

JPML Form 36A

## SCHEDULE CTO-114 - TAG-ALONG ACTIONS
## MDL NO. 1657
## IN RE Vioxx Marketing, Sales Practices and Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 3  07-807 | Dennis R. Denny v. Merck & Co., Inc. | **07-6669** |
| **MINNESOTA** | | |
| MN 0  07-3773 | Barbara L. Abbott, et al. v. Merck & Co., Inc., et al. | **07-6670** |
| MN 0  07-3774 | Barbara M. Tytka, et al. v. Merck & Co., Inc., et al. | **07-6671** |
| **NEW YORK EASTERN** | | |
| NYE 1  07-3447 | Joseph Jordan v. Merck & Co., Inc. | **07-6672** |
| NYE 1  07-3449 | Bernice Faison v. Merck & Co., Inc. | **07-6673** |
| NYE 1  07-3450 | Sarah Collins v. Merck & Co., Inc. | **07-6674** |
| NYE 1  07-3452 | Lesis Bradley v. Merck & Co., Inc. | **07-6675** |
| NYE 1  07-3453 | Connie Nelson v. Merck & Co., Inc. | **07-6676** |
| NYE 1  07-3456 | Vilma D. Maitland v. Merck & Co., Inc. | **07-6677** |
| NYE 1  07-3457 | Lena Vitale v. Merck & Co., Inc. | **07-6678** |
| NYE 1  07-3458 | Lydia Ortiz v. Merck & Co., Inc. | **07-6679** |
| NYE 1  07-3459 | Maria Sanchez v. Merck & Co., Inc. | **07-6680** |
| NYE 1  07-3460 | Annette Bisbal v. Merck & Co., Inc. | **07-6681** |
| NYE 1  07-3461 | Yacob Shuster, et al. v. Merck & Co., Inc., et al. | **07-6682** |
| NYE 1  07-3463 | Jose Rodriguez v. Merck & Co., Inc. | **07-6683** |
| NYE 1  07-3464 | Nachum Lis v. Merck & Co., Inc. | **07-6684** |
| NYE 1  07-3466 | Harold Lopez v. Merck & Co., Inc. | **07-6685** |
| **NEW YORK SOUTHERN** | | |
| NYS 1  07-7415 | Jorge Casanova v. Merck & Co., Inc. | **07-6686** |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2  07-3430 | Joan H. Koehler, etc. v. Merck & Co., Inc. | **07-6687** |
| PAE 2  07-3488 | Ronald Ball, et al. v. Merck & Co., Inc., et al. | **07-6688** |
| **SOUTH CAROLINA** | | |
| SC 9  07-2945 | Able Doe, et al. v. Merck & Co., Inc. | **07-6689** |
| **TEXAS NORTHERN** | | |
| TXN 3  07-1430 | Helen Choice v. Merck & Co., Inc. | **07-6690** |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 3  06-749 | Kathy A. Vanhoose, etc. v. Merck & Co., Inc. | **07-6691** |