IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Donald Patterson v. Merck & Co., Inc.*
Case No.: 06-cv-08319

---

### NOTICE OF APPEARANCE

---

Notice is hereby given of the entry of Robert D. Erben of Moriarty Leyendecker Erben PC as counsel for Plaintiff Donald Patterson in the above named action.

Respectfully submitted this 5th day of October 2007.

s/ Robert D. Erben
Robert D. Erben, Esq.
MORIARTY LEYENDECKER ERBEN PC
1123 Spruce Street, Suite 200
Boulder, CO 80302
(303) 495-2658 Tel
(713) 528-1390 Fax
*Attorney for Plaintiff*

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1

## CERTIFICATE OF SERVICE

I hereby certify on the 5th of October 2007 that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE was filed wth the Court by Federal Express served by email transmission and first class mail, postage prepaid to the following named persons:

| | |
|---|---|
| John N. Poulos, Esq.<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302-3910 | *Out-of-State Attorney for Defendant* |
| Andrew H. Myers, Esq.<br>Wheeler, Trigg, Kennedy LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202 | *Resident Attorney for Defendant* |
| Phillip A. Wittman, Esq.<br>Stone Pigman Walther Wittman, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | *Defendant's Liason Counsel* |
| Russ M. Herman, Esq.<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | *Plaintiff's Liason Counsel* |

/s/ Christina J. Kim
Christina J. Kim, Paralegal
MORIARTY LEYENDECKER ERBEN PC