UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
In re: Vioxx®                          *
                                       *
PRODUCTS LIABILITY                     *
LITIGATION                             *    MDL Docket #1657
                                       *
This document relates to:              *    SECTION L
                                       *
Glenn Romine v. Ashmann                *    JUDGE FALLON
Prescription Pharmacy, Inc., et al.,        *
                                       *    MAGISTRATE JUDGE
                                       *    KNOWLES
Docket #2:07-cv-00377.                 *
                                       *
* * * * * * * * * * * * * * * * * * * *
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT - 4 2007

LORETTA G. WHYTE
CLERK

### EX PARTE MOTION TO DISMISS BY CONSENT

Comes now, Ashmann Prescription Pharmacy, Inc., by and through counsel, Roberts, Perryman, Bomkamp & Meives, P.C., and for its Ex Parte Motion to Dismiss, states as follows:

1. August 14, 2007, Plaintiff filed a Stipulation for Dismissal Without Prejudice (Document #12027).

2. The Stipulation for Dismissal Without Prejudice related to "Romine, Glenn v. Merck & Co., Inc., et al." (emphasis added).

3. On August 15, 2007, District Judge Fallon signed an Order of Dismissal Without Prejudice, but the Order only dismissed Merck & Co., Inc., and not the other Defendants. See Exhibit #1 (Order of Dismissal Without Prejudice).

4. Plaintiff's counsel intended to dismiss all Defendants from the above-captioned matter, not just Merck & Co., Inc. See Exhibit #2 (email from Defendant's counsel to Plaintiff's counsel requesting clarification concerning the Order of Dismissal, and Plaintiff's response).

WHEREFORE, Defendant, Ashmann Prescription Pharmacy, Inc., respectfully requests that this Court enter an Order of Dismissal Without Prejudice on behalf of Defendant, Ashmann Prescription Pharmacy, Inc.

Respectfully submitted,

By: _____
Thomas J. Kernell, Esq.
Roberts, Perryman, Bomkamp & Meives, P.C.
One U.S. Bank Plaza, Ste. 2300
Saint Louis, Missouri 63101
Telephone: (314) 421-1850
Facsimile: (314) 421-4346
tkernell@rpbm.com

*Counsel for Defendant Ashmann Prescription Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above Ex Parte Motion to Dismiss by Consent and Order of Dismissal Without Prejudice has been served on Plaintiff's counsel via electronic mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order 8B, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana via U.S. Mail, on the 1st day of October 2007.

By: _____
Thomas J. Kernell, Esq.
Roberts, Perryman, Bomkamp & Meives, P.C.
One U.S. Bank Plaza, Ste. 2300
Saint Louis, Missouri 63101
Telephone: (314) 421-1850
Facsimile: (314) 421-4346
tkernell@rpbm.com

*Counsel for Defendant Ashmann Prescription Pharmacy, Inc.*

3