

Aug 17 2007
5:05PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Romine, Glenn v. Merck & Co., Inc. et al.*, Docket Number: 2:07-cv-00377. | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 15th day of August, 2007.

_Eldon E. Fallon_
DISTRICT JUDGE

EXHIBIT #1

# Shannon R. Summers

**From:** "Lori D. Fernandez" <lfernandez@ghalaw.com>
**To:** <ssummers@rpbm.com>
**Cc:** "Aaron Dickey" <aaron@ghalaw.com>
**Sent:** Monday, September 17, 2007 10:57 AM
**Subject:** RE: Romine v. Merck

Shannon yes that dismissal was to include Ashmann. Another one will need to be filed to reflect your portion of the case.

*Lori Fernandez*
*Legal Assistant to Aaron K. Dickey*
*Goldenberg Heller Antognoli*
*Rowland Short & Gori, P.C.*
*2227 South State Route 157*
*Edwardsville, IL 62025*
*Phone: 618-656-5150*
*Facsimile: 618-656-6230*

NOTICE: This electronic message is to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unless you are the intended recipient, any copying, use or dissemination of the message is strictly prohibited. If you receive this message in error, please notify us immediately and permanently delete this message from your system without making any copies. Although this electronic message and any attachments are believed to be free of any virus or other defect that might affect computer systems by which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free, and we disclaim any liability for loss or damage arising in any way from its use.

**From:** Aaron Dickey
**Sent:** Wednesday, September 05, 2007 9:39 AM
**To:** Lori D. Fernandez
**Subject:** FW: Romine v. Merck

is this another one of those?

**From:** Shannon R. Summers [mailto:ssummers@rpbm.com]
**Sent:** Wednesday, September 05, 2007 9:12 AM
**To:** Aaron Dickey
**Subject:** Romine v. Merck

Aaron, I represent Ashmann Pharmacy in this case. I noticed the Order of Dismissal w/out prejudice re: Merck. Is that Dismissal intended to close the case out against Ashmann Pharmacy as well? Thanks,

Shannon R. Summers
Roberts, Perryman, Bomkamp & Meives, P.C.
(314) 421-1850

**EXHIBIT #2**