UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx®

PRODUCTS LIABILITY
LITIGATION                                 MDL Docket #1657

This document relates to:                  SECTION L

Glenn Romine v. Ashmann                    JUDGE FALLON
Prescription Pharmacy, Inc., et al.,
                                           MAGISTRATE JUDGE
                                           KNOWLES
Docket #2:07-cv-00377.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Ex Parte Motion to Dismiss by Consent,

IT IS ORDERED, that all claims of the Plaintiff listed above against Defendant Ashmann Prescription Pharmacy, Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 5th day of October, 2007.

_____
DISTRICT JUDGE

\_\_ Fee_____
\_\_ Process_____
X Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No._____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 OCT -9 PM 2:08
LORETTA G. WHYTE
CLERK