**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 11, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
   *ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide a Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 11635) came before the Court again on this date for oral argument. Phillip Wittmann argued the motion on behalf of Merck, and Leonard Davis argued on behalf of the Plaintiffs' Steering Committee.

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 11635) is DENIED AS MOOT IN PART with respect to the following Plaintiffs for whom Merck has withdrawn its Rule:

1. All Plaintiffs identified in the Rule and listed on Exhibit A to the Plaintiffs' opposition to Merck's Rule (Rec. Doc. 11730-2);

2. *Zimmermann, et al. v. Merck & Co., Inc.*, No. 06-1972 (regarding Larry Geary);

3. *Geiger, et al. v. Merck & Co., Inc.*, No. 06-6654 (regarding Ruth Jones);

4. *Christ, et al. v. Merck & Co., Inc.*, No. 06-3384 (regarding Darrel Christ);

JS10(00:05)

5. *Harris, et al. v. Merck & Co., Inc.*, No. 05-2580 (regarding Ronald Lenhardt, Sr.);

6. *Hugo, et al. v. Merck & Co., Inc.*, No. 06-797 (regarding Ginger Hugo and Roger Walker);

7. *Layman, et al. v. Merck & Co., Inc.*, No. 06-3372 (regarding Tammy McCullough);

8. *Moore, et al. v. Merck & Co., Inc.*, No. 05-4611 (regarding Geraldine Moore);

9. *Rasor, et al. v. Merck & Co., Inc.*, No. 06-3368 (regarding Melvin Henry);

10. *Thomas, et al. v. Merck & Co., Inc.*, No. 05-2570 (regarding Shirley Miller);

11. *Durant, et al. v. Merck & Co., Inc.*, No. 06-6239 (regarding Ruth Jones).

