**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 11, 2007**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**
   *ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 12024) came before the Court again on this date for oral argument. Phillip Wittmann argued the motion on behalf of Merck, and Leonard Davis argued on behalf of the Plaintiffs' Steering Committee.

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12024) is DENIED AS MOOT IN PART with respect to the following Plaintiffs for whom Merck has withdrawn its Rule:

1.   *Gant, et al. v. Merck & Co., Inc.*, No. 06-792 (regarding Norma Morris);

2.   *Latham, et al. v. Merck & Co., Inc.*, No. 06-793 (regarding Juanita Rodgers);

3.   *Bailey, et al. v. Merck & Co., Inc.*, No. 06-5987 (regarding Mary H. Walker);

4.   *Trahan v. Merck & Co., Inc.*, No. 06-11310.

1

JS10(00:05)

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12024) is GRANTED IN PART with respect to the following Plaintiffs, whose claims are hereby DISMISSED WITH PREJUDICE for the reasons stated on the record at today's hearing:

1. *Hull v. Merck & Co., Inc.*, No. 06-6175;

2. *Frias v. Merck & Co., Inc.*, No. 06-8823.

