UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *All cases & plaintiffs subject to this* | * | JUDGE KNOWLES |
| *Rule are listed in Exhibit A.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

# DEFENDANT MERCK & CO., INC.'S VERIFIED SUPPLEMENTAL SUBMISSION RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROVIDE ANY RESPONSE TO THE PLAINTIFF PROFILE FORM AS REQUIRED BY PRE-TRIAL ORDER NO. 18C

NOW INTO COURT, comes Defendant Merck & Co., Inc. ("Merck"), through its undersigned counsel, and supplements its Rule filed on September 18, 2007, as follows:

Subsequent to the filing of the Rule, the following plaintiffs either submitted satisfactory, verified Plaintiff Profile Forms and executed authorizations or entered into Stipulations of Dismissal Without Prejudice:

1. Elnatanov Mordakhay, plaintiff in *Elnatanov Mordakhay v. Merck*, 06-10878;

2. Jerry Barringer, plaintiff in *Jerry Barringer v. Merck*, 06-11064;

3. Susan Schwartz, plaintiff in *Virginia Bloomberg v. Merck*, 05-3578;

4. Rebecca Whitaker, plaintiff in *Matthew Cavallo v. Merck*, 05-1513;

5. Rochelle and Roger Mills, plaintiffs in *Carlo DeVincentiis v. Merck*, 05-2297; and,

6. Eunice Chapman, plaintiff in *Janet Morgan v. Merck*, 05-496.

As to the foregoing six plaintiffs, the Rule is moot.

Subsequent to the filing of the Rule, the following plaintiffs submitted oppositions/responses to the Rule in which they requested extensions of time in which to provide Plaintiff Profile Forms:

1. Brenda Gardiner, plaintiff in *Mary Bainum v. Merck*, 06-204;

2. Nina Hopper, plaintiff in *David Fullington v. Merck*, 05-5164;

3. Deborah and Valton Kurykendall, plaintiffs in *Valton Kurykendall v. Merck*, 06-6938;

4. Tracy Brown o/b/o Stephen Anthony, plaintiff in *Janet Morgan v. Merck*, 05-496;

5. Reginald Early, plaintiff in *Janet Morgan v. Merck*, 05-496;

6. Jerry Gough, plaintiff in *Janet Morgan v. Merck*;

7. Josephine Halbert, plaintiff in *Janet Morgan v. Merck*, 05-496;

8. Linda Maynor, plaintiff in *Janet Morgan v. Merck*, 05-496;

9. James Smith, plaintiff in *Janet Morgan v. Merck*, 05-496; and,

10. Yolanda Carter, plaintiff in *Yolanda Carter v. Merck*, 06-10673.

As to the first nine of the foregoing plaintiffs, as discussed at the hearing on October 11, 2007, the Court should grant each of them a thirty day extension of time in which to submit verified, completed Plaintiff Profile Forms and executed authorizations. If the verified Plaintiff Profile Forms and executed authorizations are not received within that time, the Court should dismiss all of these claims with prejudice at the November 9, 2007 status conference. As to the tenth plaintiff, namely Yolanda Carter, plaintiff in *Yolanda Carter v. Merck*, 06-10673, due to special circumstances the Court should grant her a sixty day extension of time in which to submit a verified, completed Plaintiff Profile Form and executed authorizations. If the verified Plaintiff Profile Form and executed authorizations are not received within that sixty day time, the Court should dismiss Yolanda Carter's claims with prejudice at the November 9, 2007 status conference.

895943v.1

Further, subsequent to the filing of the Rule, plaintiffs Christie and Ronald Higgins, plaintiffs in *Ronald Higgins v. Merck*, 05-6131, submitted a Plaintiff Profile Form, but the plaintiffs failed to verify the Plaintiff Profile Form and also failed to submit executed authorizations. As to the Higgins plaintiffs, the Court should order them to verify the Plaintiff Profile Form and submit executed authorizations within 30 days. If the verification and executed authorizations are not received within that time, the Court should dismiss the Higgins' claims with prejudice at the November 9, 2007 status conference.

The claims of the remaining plaintiffs subject to the Rule were dismissed with prejudice at the hearing on October 11, 2007. Among these were the claims of Demper Birdow, plaintiff in *Demper Birdow v. Merck*, 06-9360. Subsequent to the hearing, the Rule was discovered to be moot as a satisfactory Plaintiff Profile Form was received while counsel was attending the hearing.[1]

DATED: October 12, 2007

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

**Defendants' Liaison Counsel**

---

[1] Undersigned counsel was advised of the receipt of the Birdow PPF when she returned from Court. She promptly notified the Court that the case should not be dismissed. The Court advised that it would deny the Rule as moot as to Birdow.

895943v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Supplemental Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of October, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

895943v.1

# Exhibit A

## Exhibit A

## Plaintiffs Who Failed To Provide Plaintiff Profile Forms

| Muxx User | Relevant Plaintiff | Audrey C Fletcher and Gregory Fletcher on behalf of Audrey Mae Fletcher | Case Caption | Docket Number | Original PPF Due Date | Plaintiff's Counsel | Date 1st Ltr Was Sent | Ex. | Date 2nd Ltr Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|---|
| Fletcher, Audrey Mae | Audrey C Fletcher and Gregory Fletcher on behalf of Audrey Mae Fletcher | | Fletcher, Audrey C. v. Merck & Co., Inc. | 2:06-cv-10590-EEF-DEK | 02/11/07 | Andrew Dosa Law | 04/25/07 | B | 06/29/07 | GG |
| Ward, Rodney | Kathleen Ward and Rodney Ward | | Ward, Rodney v. Merck & Co., Inc. | 2:05-cv-06834-EEF-DEK | 03/08/06 | Aylstock Witkin and Sasser PLC | 06/14/06 | C | 06/28/07 | HH |
| Gardener, Brenda | Brenda Gardener | | Bainum, Mary v. Merck & Co., Inc. | 2:06-cv-00204-EEF-DEK | 04/02/06 | Douglas and London PC | 08/15/06 | D | 06/28/07 | II |
| Hopper, Nina | Nina Hopper | | Fullington, David v. Merck & Co., Inc. | 2:05-cv-05164-EEF-DEK | 01/09/06 | Douglas and London PC | 08/15/06 | E | 06/28/07 | JJ |
| Allison, Randy | Randy Allison | | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 11/15/05 | Foshee and Yafee | 08/15/06 | F | 06/28/07 | KK |
| Barton, Donna | Donna Barton | | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 11/15/05 | Foshee and Yafee | 08/15/06 | G | 06/28/07 | LL |
| Mensik, Jimmy | Jimmy Mensik | | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 12/30/05 | Foshee and Yafee | 08/15/06 | H | 06/28/07 | MM |
| Thomas, Vivian | Vivian Thomas | | Rizvi, Melissa v. Merck & Co., Inc. | 2:05-cv-01793-EEF-DEK | 01/14/06 | Foshee and Yafee | 08/15/06 | I | 06/28/07 | NN |
| Elnatanov, Mordakhay | Mordakhay Elnatanov | | Elnatanov, Mordakhay. Merck & Co., Inc. | 2:06-cv-10878-EEF-DEK | 02/25/07 | Georg Abakumov, Attorney at Law | 04/25/07 | J | 06/29/07 | OO |
| Barringer, Jerry | Jerry Barringer | | Barringer, Jerry v. Merck & Co., Inc. | 2:06-cv-11064-EEF-DEK | 03/03/07 | Hamilton Law Firm | 04/25/07 | K | 06/29/07 | PP |
| Kurykendall, Valton | Deborah Kurykendall and Valton Kurykendall | | Kurykendall, Valton v. Merck & Co., Inc. | 2:06-cv-06938-EEF-DEK | 12/13/06 | James F. Humphreys and Associates LC | 01/31/07 | L | 05/08/07 | QQ |
| Diaz Maira, Paula | Paula Diaz Maira and Joseph Maira | | Diaz Maira, Paula v. Merck & Co., Inc. | 2:05-cv-01079-EEF-DEK | 11/30/05 | Joseph B. Maira, Attorney at Law | 11/01/06 | M | 06/28/07 | RR |
| Conley, Angela L | Angela L Conley | | Lovelace, Barbara S. v. Merck & Co., Inc. | 2:05-cv-05863-EEF-DEK | 02/04/06 | Layn Cronin Kaiser and Nicks PA | 11/01/06 | N | 06/28/07 | SS |
| Carter, Yolanda M | Yolanda M Carter | | Carter, Yolanda M. v. Merck & Co., Inc. | 2:06-cv-10673-EEF-DEK | 02/11/07 | Michael W. Jackson, Attorney at Law | 04/25/07* | O | 06/29/07* | TT |
| Schwartz, Susan | Susan Schwartz | | Bloomberg, Virginia v. Merck & Co., Inc. | 2:05-cv-03578-EEF-DEK | 01/14/06 | Murray and Murray Co LPA | 08/02/06 | P | 06/28/07 | UU |
| Hatter, Ernestine | Ernestine Hatter | | Arnold, Freddie W. v. Merck & Co., Inc. | 2:06-cv-01460-EEF-DEK | 05/30/06 | Pittman Hooks Dutton Dirby and Hellums PC | 01/05/07 | Q | 06/29/07 | VV |
| Higgins, Ronald | Christie Higgins and Ronald Higgins | | Higgins, Ronald v. Merck & Co., Inc. | 2:05-cv-06131-EEF-DEK | 02/08/06 | Ramey and Hailey | 11/01/06* | R | 06/29/07* | WW |

Exhibit A

Plaintiffs Who Failed To Provide Plaintiff Profile Forms

| Voxt User | Related Plaintiffs | Case Caption | Docket Number | Original PPF Due Date | Plaintiff's Counsel | Date 1st Letter Was Sent | Ltr. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Stepeny, Ethel M | Benjamin Stepeny on behalf of Ethel M Stepeny | Stepeny, Benjamin v. Merck & Co., Inc. | 2:06-cv-05574-EEF-DEK | 11/12/06 | Riggs Abney Neal Turpen Orbison and Lewis | 01/24/07 | S | 03/20/07 | XX |
| Whitaker, Rebecca | Rebecca Whitaker | Cuvillo, Matthew v. Merck & Co., Inc. | 2:05-cv-01513-EEF-DEK | 01/14/06 | Law Office of Ronald R. Benjamin | 11/01/06 | T | 06/28/07 | YY |
| McKan, Ronald P | Ronald P McKan | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | 12/30/05 | Law Office of Ronald R. Benjamin | 11/01/06 | U | 06/28/07 | ZZ |
| Mills, Rochelle V | Rochelle V Mills and Roger Mills | DeVincentiis, Carlo v. Merck & Co., Inc. | 2:05-cv-02297-EEF-DEK | 12/30/05 | Law Office of Ronald R. Benjamin | 11/01/06 | V | 06/28/07 | AAA |
| Birdow, Demper | Demper Birdow | Birdow, Demper v. Merck & Co., Inc. | 2:06-cv-09360-EEF-DEK | 01/16/07 | Rubin and Machado LTD | 03/22/07 | W | 05/08/07 | BBB |
| Adhwan, Carlos | Carlos Adhwan | Adhwan, Carlos v. Merck & Co., Inc. | 2:06-cv-11011-EEF-DEK | 03/03/07 | Law Offices of Steven A. Fabbro | 04/25/07 | X | 06/29/07 | CCC |
| Christensen, Susan | Marjorie Christensen on behalf of Susan Christensen | Christensen, Susan v. Merck & Co., Inc. | 2:06-cv-11010-EEF-DEK | 03/03/07 | Law Offices of Steven A. Fabbro | 04/25/07 | Y | 06/29/07 | DDD |
| Anthony, Stephen | Tracy Bruwn on behalf of Strephen Anthony | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/15/05 | Tullos and Tullos | 12/14/05 | Z | 06/29/07 | EEE |
| Chapman, Eunice | Eunice Chapman | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/15/05 | Tullos and Tullos | 08/02/06 | AA | 06/29/07 | FFF |
| Early, Reginuld | Reginald Early | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/30/05 | Tullos and Tullos | 08/02/06 | BB | 06/29/07 | GGG |
| Gough, Jerry | Jerry Gough | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 11/30/05 | Tullos and Tullos | 08/02/06 | CC | 06/29/07 | HHH |
| Halbert, Josephine | Josephine Halbert | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 12/15/05 | Tullos and Tullos | 08/02/06 | DD | 06/29/07 | III |
| Maynor, Linder | Linder Maynor | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 12/30/05 | Tullos and Tullos | 08/02/06 | EE | 06/29/07 | JJJ |
| Smith, James | James Smith | Morgan, Janet S. v. Merck & Co., Inc. | 2:05-cv-00496-EEF-DEK | 01/14/06 | Tullos and Tullos | 08/02/06 | FF | 06/29/07 | JJJ (A) |

\* - Notice sent via certified and 1st class mail.