## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *All cases & plaintiffs subject to this* | * | JUDGE KNOWLES |
| *Rule are listed in Exhibit A.* | * | |

* * * * * * * * * * * * * * *

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified in and for the Parish of Orleans, State of Louisiana, personally came and appeared:

**Dorothy H. Wimberly**

who declared that the information contained in the foregoing Defendant Merck & Co., Inc.'s Verified Supplemental Submission Regarding Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C, is true and correct to the best of her information, knowledge and belief.

_____
Dorothy H. Wimberly

Sworn to and subscribed before me
this 12th day of October, 2007.

_____
NOTARY PUBLIC

Stephen G. Bullock
State of Louisiana - Bar No. 3648
commission is issued for life

895967v.1