UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Ackenback, Frank v. Merck & Co., Inc.*; 2:06-cv-06943; and only regarding: Myra Rico on behalf of Martha Alvarez, Gerrold Austin on behalf of Leroy Austin, Diana C Bekier on behalf of Robert Bekier, Stephan W Booker on behalf of Pauline M Booker, and Toni Booker on behalf of Barbara Chancellor; | * * * * * * * * | |
| *Anderson, Elvis v. Merck & Co., Inc.*; 2:06-cv-10631; | * * * | |
| *Clark, Clara E. v. Merck & Co., Inc.*; 2:06-cv-06942; and only regarding: Anna Cregar on behalf of Clyde Cregar, Daniel R Dove on behalf of Betty G Crowder, Melvin E Disbennett, Daniel Dorce on behalf of Maria Dorce, Virginia Felton on behalf of Mary R Felton, D Joyce DeJesus on behalf of Johnnie Frost, Maria Sanchez on behalf of Alice Garcia, and Donald Garlinghouse on behalf of Darlene I Garlinghouse; | * * * * * * * * * * * * * | |
| *Curtis, Thelma L. v. Merck & Co., Inc.*; 2:06-cv-06946; and only regarding: Sarah Mackfield on behalf of Annie S Childress, John R Gunningham on behalf of Naomi D Gunningham, Velica Houchin on behalf of Alfred L Houchin, Sharon Simmons on behalf of Cloatelia Hudson, and Karen Spaniol on behalf of Angela T Talerico; | * * * * * * * * * * * * | |

895912v.1

| | |
|---|---|
| *Haywood, Amelia v. Merck & Co., Inc.*; 2:06-cv-06944; and only regarding: Mark Houde on behalf of Roselyn M Houde; | * * * * * |
| *Jenkins, Kenneth v. Merck & Co., Inc.*; 2:06-cv-07116; and only regarding: Billy Quitoriano on behalf of Margaret J Jones, Reginald L Latiker on behalf of Charlie Latiker, Lyle Lemke on behalf of Bonnie L Lemke, and Adam Logan on behalf of Robert G Logan; | * * * * * * * * |
| *McBride, James v. Merck & Co., Inc.*; 2:06-cv-06947; and only regarding: Robert E Hacker on behalf of Zetty V Malone, Ivory E Marshall on behalf of Elizabeth L Marshall, Lynda J Marchi on behalf of Alice M Marshalsea, Dean Martin on behalf of Wesley M Martin, and Susanna L Mercer on behalf of Jerry A Mercer, Sr.; | * * * * * * * * * * |
| *Montalto, Karen A. v. Merck & Co., Inc.*; 2:06-cv-06945; and only regarding: Tajuana Baker on behalf of Gail Moore, Deborah Morgan on behalf of William Morton, Michael Lautner on behalf of Marilyn J Nicely, Charlotte Milan on behalf of Bessie Lee Jacks Ratcliff, David Reynolds on behalf of Eleanor H Reynolds, Robert Richards on behalf of Ruth K Richards, Anitra Richardson on behalf of Thomas R. Richardson, and James Riley on behalf of Linda S Riley. | * * * * * * * * * * * * * * |
| * * * * * * * * * * * * * * * * | * |

**DEFENDANT MERCK & CO., INC.'S VERIFIED SUPPLEMENTAL SUBMISSION
REGARDING RULE AND INCORPORATED MEMORANDUM
TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE
FOR FAILURE TO PROVIDE ANY RESPONSE TO THE PLAINTIFF
<u>PROFILE FORM AS REQUIRED BY PRE-TRIAL ORDER NO. 18C</u>**

NOW INTO COURT, comes Defendant Merck & Co., Inc. ("Merck"), through its undersigned counsel, and supplements its Rule filed on September 18, 2007, as follows:

Subsequent to the filing of the Rule, the following plaintiffs submitted satisfactory, verified Plaintiff Profile Forms and executed authorizations:

1. Virginia Felton o/b/o Mary Felton, plaintiff in *Clara Clark v. Merck*, 06- 6942

2. Donald Garlinghouse o/b/o Darlene Garlinghouse, plaintiff in *Clara Clark v. Merck*, 06-6942

3. Sharon Simmons o/b/o Cloatelia Hudson, plaintiff in *Thelma Curtis v. Merck,* 06-6946

4. Reginald Latiker o/b/o Charlie Latiker, plaintiff in *Kenneth Jenkins v. Merck,* 06-7116

5. Lyle Lemke o/b/o Bonnie Lemke, plaintiff in *Kenneth Jenkins v. Merck,* 06-7116

6. Robert Hacker o/b/o Zetty Malone, plaintiff in *James McBride v. Merck,* 06-6947

7. Deborah Morgan o/b/o William Morton, plaintiff in *Karen Montalto v. Merck,* 06-6945

8. James Riley o/b/o Linda Riley, plaintiff in *Karen Montalto v. Merck,* 06-6945

As to the foregoing eight plaintiffs, the Rule is moot.

Further, subsequent to the filing of the Rule, certain plaintiffs submitted Plaintiff Profile Forms. However, these plaintiffs failed to verify the Plaintiff Profile Forms and also failed to submit executed authorizations. These plaintiffs include:

1. Myra Rico o/b/o Martha Alvarez, plaintiff in *Frank Ackenback v. Merck,* 06-6943

2. Gerrold Auston o/b/o Leroy Austin, plaintiff in *Frank Ackenback v. Merck,* 06-6943

3. Diana Bekier o/b/o Robert Bekier, plaintiff in *Frank Ackenback v. Merck,* 06-6943

4. Stephen Booker o/b/o Pauline Booker, plaintiff in *Frank Ackenback v. Merck,* 06-6943

5. Toni Booker o/b/o Barbara Chancellor, plaintiff in *Frank Ackenback v. Merck,* 06-6943

6. Elvis Anderson, *Elvis Anderson v. Merck,* 06-10631

7. Daniel Dove o/b/o Betty Crowder, plaintiff in *Clara Clark v. Merck,* 06-6942

8. Melvin Disbennett, plaintiff in *Clara Clark v. Merck,* 06-6942

9. Daniel Dorce o/b/o Maria Dorce, plaintiff in *Clara Clark v. Merck,* 06-6942

10. Maria Sanchez o/b/o Alice Garcia, plaintiff in *Clara Clark v. Merck,* 06-6942

11. Sarah Mackfield o/b/o Annie Childress, plaintiff in *Thelma Curtis v. Merck,* 06-6946

12. John Gunningham o/b/o Naomia Gunningham, plaintiff in *Thelma Curtis v. Merck,* 06-6946

13. Karen Spaniol o/b/o Angela Talerico, plaintiff in *Thelma Curtis v. Merck,* 06-6946

14. Mark Houde o/b/o Roselyn Houde, plaintiff in *Amelia Haywood v. Merck,* 06-6944

15. Billy Quitoriano o/b/o Margaret Jones, plaintiff in *Kenneth Jenkins v. Merck,* 06-7116

16. Adam Logan o/b/o Robert Logan, plaintiff in *Kenneth Jenkins v. Merck,* 06-7116

17. Ivory Marshall o/b/o Elizabeth Marshall, plaintiff in *James McBride v. Merck,* 06-6947

18. Lynda Marchi o/b/o Alice Marshalsea, plaintiff in *James McBride v. Merck,* 06-6947

19. Dean Martin o/b/o Wesley Martin, plaintiff in *James McBride v. Merck,* 06-6947

20. Susanna Mercer o/b/o Jerry Mercer, plaintiff in *James McBride v. Merck,* 06-6947

21. Tajuana Baker o/b/o Gail Moore, plaintiff in *Karen Montalto v. Merck,* 06-6945

22. Michael Lautner o/b/o Marilyn Nicely, plaintiff in *Karen Montalto v. Merck,* 06-6945

23. Charlotte Milan o/b/o Bessie Lee Jacks Ratcliff, plaintiff in *Karen Montalto v. Merck,* 06-6945

24. David Reynolds o/b/o Eleanor Reynolds, plaintiff in *Karen Montalto v. Merck,* 06-6945

25. Robert Richards o/b/o Ruth Richards, plaintiff in *Karen Montalto v. Merck,* 06-6945

26. Anita Richardson o/b/o Thomas Richardson, plaintiff in *Karen Montalto v. Merck,* 06-6945

As to the foregoing twenty-six plaintiffs, as discussed at the hearing on October 11, 2007, the Court should order them to verify the Plaintiff Profile Forms and submit executed authorizations within 30 days. If the verifications and authorizations are not received within that time, the Court should dismiss all of these cases with prejudice at the November 9, 2007 status conference.

The claims of two plaintiffs subject to the Rule, namely Anna Cregar o/b/o Clyde Cregar, plaintiff in *Clara Clark v. Merck,* 06-6942; and Joyce DeJesus o/b/o Johnnie Frost, plaintiff in *Clara Clark v. Merck,* 06-6942 were dismissed with prejudice by the Court at the hearing on October 11, 2007.

The claims of the remaining plaintiff subject to the Rule, namely, Velica Houchin o/b/o Alfred Houchin, plaintiff in *Thelma Curtis v. Merck,* 06-6946, although initially dismissed during the hearing, was discovered to be moot as a satisfactory Plaintiff Profile Form was received while counsel was attending the hearing.[1]

DATED: October 12, 2007                                    Respectfully submitted,

                                                          */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
**Defendants' Liaison Counsel**

---

[1] Undersigned counsel was advised of the receipt of the Houchin PPF when she returned from Court. She promptly notified the Court that the case should not be dismissed. The Court advised that it would deny the Rule as moot as to Houchin.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Supplemental Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of October, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel