## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Ackenback, Frank v. Merck & Co., Inc.*; | * | JUDGE KNOWLES |
| 2:06-cv-06943; and only regarding: | * | |
| Myra Rico on behalf of Martha Alvarez, | * | |
| Gerrold Austin on behalf of Leroy | * | |
| Austin, Diana C Bekier on behalf of | * | |
| Robert Bekier, Stephan W Booker on | * | |
| behalf of Pauline M Booker, and Toni | * | |
| Booker on behalf of Barbara Chancellor; | * | |
| | * | |
| *Anderson, Elvis v. Merck & Co., Inc.*; | * | |
| 2:06-cv-10631; | * | |
| | * | |
| *Clark, Clara E. v. Merck & Co., Inc.*; | * | |
| 2:06-cv-06942; and only regarding: | * | |
| Anna Cregar on behalf of Clyde Cregar, | * | |
| Daniel R Dove on behalf of Betty G | * | |
| Crowder, Melvin E Disbennett, Daniel | * | |
| Dorce on behalf of Maria Dorce, | * | |
| Virginia Felton on behalf of Mary R | * | |
| Felton, D Joyce DeJesus on behalf of | * | |
| Johnnie Frost, Maria Sanchez on behalf | * | |
| of Alice Garcia, and Donald | * | |
| Garlinghouse on behalf of Darlene I | * | |
| Garlinghouse; | * | |
| | * | |
| *Curtis, Thelma L. v. Merck & Co., Inc.*; | * | |
| 2:06-cv-06946; and only regarding: | * | |
| Sarah Mackfield on behalf of Annie S | * | |
| Childress, John R Gunningham on behalf | * | |
| of Naomi D Gunningham, Velica | * | |
| Houchin on behalf of Alfred L Houchin, | * | |
| Sharon Simmons on behalf of Cloatelia | * | |
| Hudson, and Karen Spaniol on behalf of | * | |
| Angela T Talerico; | * | |

|  |  |
|---|---|
| *Haywood, Amelia v. Merck & Co., Inc.*; 2:06-cv-06944; and only regarding: Mark Houde on behalf of Roselyn M Houde; | * * * * * * |
| *Jenkins, Kenneth v. Merck & Co., Inc.*; 2:06-cv-07116; and only regarding: Billy Quitoriano on behalf of Margaret J Jones, Reginald L Latiker on behalf of Charlie Latiker, Lyle Lemke on behalf of Bonnie L Lemke, and Adam Logan on behalf of Robert G Logan; | * * * * * * * * * |
| *McBride, James v. Merck & Co., Inc.*; 2:06-cv-06947; and only regarding: Robert E Hacker on behalf of Zetty V Malone, Ivory E Marshall on behalf of Elizabeth L Marshall, Lynda J Marchi on behalf of Alice M Marshalsea, Dean Martin on behalf of Wesley M Martin, and Susanna L Mercer on behalf of Jerry A Mercer, Sr.; | * * * * * * * * * * * |
| *Montalto, Karen A. v. Merck & Co., Inc.*; 2:06-cv-06945; and only regarding: Tajuana Baker on behalf of Gail Moore, Deborah Morgan on behalf of William Morton, Michael Lautner on behalf of Marilyn J Nicely, Charlotte Milan on behalf of Bessie Lee Jacks Ratcliff, David Reynolds on behalf of Eleanor H Reynolds, Robert Richards on behalf of Ruth K Richards, Anitra Richardson on behalf of Thomas R. Richardson, and James Riley on behalf of Linda S Riley. | * * * * * * * * * * * * * * |
| * * * * * * * * * * * * * * * * * | * |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

895933v.1

BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified in and for the Parish of Orleans, State of Louisiana, personally came and appeared:

**Dorothy H. Wimberly**

who declared that the information contained in the foregoing Defendant Merck & Co., Inc.'s Verified Supplemental Submission Regarding Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C, is true and correct to the best of her information, knowledge and belief.

*[signature]*
Dorothy H. Wimberly

Sworn to and subscribed before me
this 12th day of October, 2007.

*[signature]*
NOTARY PUBLIC

**Stephen G. Bullock**
**State of Louisiana - Bar No. 3648**
**My commission is issued for life**