UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    *ALL CASES*

## ORDER

Given that Merck has withdrawn the following Rule to Show Cause, IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12278) is DENIED AS MOOT.

New Orleans, Louisiana, this   11th   day of   October  , 2007.

_____
UNITED STATES DISTRICT JUDGE