UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Watson, Polly,* et al. *v. Merck & Co.,* | * | **KNOWLES** |
| *Inc.* et al., Docket Number: 2:05-cv- | * | |
| 04319. | * | |
| (Plaintiff Freddie Wilson) | * | |
| * * * * * * * * * * * * * * * * | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit only are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation. Plaintiff Freddie Wilson's claims made in any other styled lawsuit are not dismissed.

NEW ORLEANS, LOUISIANA, this 11th day of October, 2007.

_____
United States District Judge

4