## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Vioxx®

**PRODUCTS LIABILITY LITIGATION**

**This document relates to:**

*Harris et al. v. Merck & Co., Inc.*; Docket No. 2:05-cv-02580; only regarding Sarah Robinson.

*Zimmerman et al. v. Merck & Co., Inc.*; Docket No. 2:06-cv-01972; only regarding Larry Geary.

*Geiger et al. v. Merck & Co., Inc.*; Docket No. 2:06-cv-06654; only regarding Ruth Jones on behalf of decedent Elisha Scott.

**MDL Docket No. 1657**

**SECTION L**

**JUDGE FALLON**

**MAGISTRATE JUDGE KNOWLES**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation. NEW ORLEANS, LOUISIANA, this 11th day of October, 2007.

**DISTRICT JUDGE**