UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Kisty et al. v. Merck & Co., Inc.*; Docket | * | **KNOWLES** |
| No. 2:05-cv-05305; only regarding Joyce | * | |
| Berry. | * | |
| | * | |
| *Harris et al. v. Merck & Co., Inc.*; | * | |
| Docket No. 2:05-cv-05824; only | * | |
| regarding Sandy Cooper. | * | |
| | * | |
| *Ganser et al. v. Merck & Co., Inc.*; | * | |
| Docket No. 2:05-cv-05300; only | * | |
| regarding Dorothy Ganser. | * | |
| | * | |
| *McKee et al. v. Merck & Co., Inc.*; | * | |
| Docket No. 2:06-cv-03379; only | * | |
| regarding Henry Wilson. | * | |
| | * | |
| *Durant et al. v. Merck & Co., Inc.*; | * | |
| Docket No. 2:06-cv-06239; only | * | |
| regarding Eugene O'Neal. | * | |
| | * | |
| *Randolph et al. v. Merck & Co., Inc.*; | * | |
| Docket No. 2:06-cv-03465; only | * | |
| regarding Christine Powell on behalf of | * | |
| decedent Edgar Powell. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED,

that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-

styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 11th day of _____October_____, 2007.

**DISTRICT JUDGE**

6