UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL DOCKET 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| *Petra G. Mitchell v. Merck & Co., Inc.*, | * | **KNOWLES** |
| Docket Number: 2:07-cv-03158. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

### ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal *With* Prejudice,

IT IS ORDERED, that the above-captioned case be and it hereby is dismissed *with* prejudice, each party to bears its own costs, expenses, and attorneys' fees.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
DISTRICT JUDGE

896027v.1