UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) MDL DOCKET # 1657 ) ) SECTION L |
| ARTHUR MOORE, a California resident | ) ) ) |
| Plaintiff, <br> This document relates to: <br> **EDLA CASE NO. 07-670** | ) ) ) ) JUDGE FALLON ) |
| vs. | ) MAGISTRATE JUDGE ) |
| MERCK & COMPANY, INC., a corporation; PMSI, INC. d/b/a/ FLORIDA PMSI INC.; ROE INDIVIDUAL PHARMACISTS 1 through 50; ROE DETAILERS 1 through 50 BUSINESS ENTITIES 1 through 100, inclusive, and DOES 1 to 50, inclusive, | ) DANIEL E. KNOWLES, ) III ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, ARTHUR MOORE, individually and Defendants, MERCK & CO., and PMSI, INC. d/b/a/ FLORIDA PMSI INC hereby stipulate that the following plaintiff be dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1), to dismissal without prejudice of the above-styled lawsuit as to this plaintiff with prejudice, each party to bear their own fees and costs, subject to the following conditions:

1. Plaintiff agrees that, in the event that a representative on his behalf re-files a lawsuit against Merck & Co., and PMSI, INC. d/b/a/ FLORIDA PMSI INC that contains claims relating to Vioxx, they shall do so only in the United States District Court for the Eastern District of Louisiana, without joining any

1

parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall not oppose transfer to the MDL 1657; and

2. Plaintiff further agrees that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx Products Liab. Litg.* (MDL-1657, the MDL proceeding venued in the United States District Court for the Eastern District of Louisiana) and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said Plaintiffs, as though Plaintiffs had been a party and had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of this Plaintiff against Merck & Co., Inc., and PMSI, INC. d/b/a/ FLORIDA PMSI INC in the above-captioned case.

| | |
|---|---|
| **LAW OFFICES OF ROBERT RICO** | **STONE PIGMAN WALTHER WITTMAN L.L.C.** |
| /s/ Robert R. Rico | /s/ Dorothy H. Wimberly |
| Robert R. Rico, Esq. | Dorothy H. Wimberly, 18509 |
| CA Bar No. 202117 | Philip A. Wittmann, 13625 |
| 8301 Florence Avenue, Suite 305 | 546 Carondelet Street |
| Downey, CA 90240 | New Orleans, Louisiana 70130 |
| (562) 904-8558 | 504-581-3200 |
| Attorney for Plaintiff | Defendant's Liaison Counsel |
| ARTHUR MOORE | |

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(A), the following document was served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of LAW OFFICES OF ROBERT R. RICO, and that the following documents were served via electronic service with the procedures established in MDL 1657:

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

DATED this 12th day of October, 2007
/16th/

                        /s/ Robert R. Rico
                        ROBERT R. RICO, ESQ.