## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) <br> ) **MDL DOCKET # 1657** <br> ) <br> ) **SECTION L** |
| ARTHUR MOORE, a California resident | ) |
| Plaintiff, <br> This document relates to: <br> **EDLA CASE NO. 07-670** | ) <br> ) <br> ) **JUDGE FALLON** |
| vs. | ) **MAGISTRATE JUDGE** |
| MERCK & COMPANY, INC., a corporation; PMSI, INC. d/b/a/ FLORIDA PMSI INC.; ROE INDIVIDUAL PHARMACISTS 1 through 50; ROE DETAILERS 1 through 50 BUSINESS ENTITIES 1 through 100, inclusive, and DOES 1 to 50, inclusive, | ) **DANIEL E. KNOWLES,** <br> ) **III** |
| Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice.

IT IS ORDERED, that all of claims of the Plaintiff, ARTHUR MOORE listed above against Defendants, MERCK & CO., INC., and PMSI, INC. d/b/a/ FLORIDA PMSI INC., in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
JUDGE FALLON

1