

# PHELPS DUNBAR LLP
### — COUNSELORS AT LAW —

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

Vioxx Products Liability Litigation
MDL No: 1657 - Judge Fallon

October 16, 2007
**Invoice Number: 667387**

## REMITTANCE ADVICE

Description Of Matter:   Services Rendered
Special Counsel to Vioxx Special Master

**Our File Number:** 23947-0001

Total For Invoice Dated October 16, 2007:

| | | |
|---|---|---|
| Total Fees | $ | 8,419.00 |
| Total Disbursements | | 102.12 |
| **Total Of Invoice** | $ | **8,521.12** |

Please enclose this Remittance Advice with your payment.

If payment is made by wire transfer, please remit payment to:   JP Morgan Chase Bank, N.A.
New Orleans, Louisiana
ABA Number: 021000021
Account Number: 707716080
ACH Number: 065400137

INVOICE DUE UPON RECEIPT


EXHIBIT A

# PHELPS DUNBAR LLP

Our File Number: 23947-0001  
Invoice Number: 667387

October 16, 2007  
Page Number 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Heater | | |
| 06/04/07 | A. Johnson | Flagging of document images of items not provided in hard copy | 1.50 | 33.00 |
| 06/05/07 | A. Johnson | Preparation of revised reports on boxes 7-8, 1 and 10; e-mail to Ms. Heater re: revised reports; edit fonts of Special Master comments; Preparation of reports on Boxes 5 and 6 | 1.50 | 165.00 |
| 06/06/07 | A. Jordan | Update and make additions to boxes reports as per Ms. Heater re: revised reports re Special Master fields | 1.40 | 91.00 |
| 06/07/07 | B. Arras | Continue proof reading the data entry for initial assessments by Special Master for the 600 documents selected by plaintiffs; deal with numerous duplicates and continuing data entry problems caused by Merck data set issues | 2.30 | 575.00 |
| 06/08/07 | A. Johnson | Preparation of duplicates report | 0.40 | 44.00 |
| 06/08/07 | A. Jordan | Edit Vioxx database | 0.50 | 32.50 |
| 06/11/07 | A. Johnson | E-mails to Ms. Heater re: report on plaintiffs' selections and recap of items excluded | 0.40 | 44.00 |
| 06/13/07 | A. Johnson | Preparation of report on special master recommendations for Box 10-A and e-mail to Ms. Heater | 0.50 | 55.00 |
| 06/25/07 | A. Johnson | Office conference with Heater re: VIOXX review | 0.20 | 22.00 |
| 06/28/07 | A. Johnson | Office conference with Ms. Heater re: special master report and status of project | 0.10 | 11.00 |
| 06/29/07 | B. Barriere | Review of final drafts; meeting with Ms. Arras | 1.50 | 450.00 |
| 08/01/07 | A. Johnson | Office conference with Ms. Heater; Preparation of amended reports on Special Master rulings; e-mail to Ms. Heater with reports; create CD for Court of amended rulings reports | 2.20 | 242.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001  
Invoice Number: 667387

October 16, 2007  
Page Number 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/07 | B. Arras | Study and review of multiple rulings where there are duplicates and near duplicates of documents; meeting with Ms. Heater to agree upon way to reflect certain documents where ruling did not change but reason for ruling was changed | 1.20 | 300.00 |
| 08/01/07 | N. Heater | Confer with Ms. Arras regarding Special Master's final opinion draft and revised assessments for selected documents; verify revision language; enter revisions; verify Bates numbers in final opinion draft; coordinate with Ms. Johnson production of amended recommendations in .pdf and .xls versions; review amended recommendation printouts to verify consistent document numbers compared to 7/2/07 assessment documents | 8.00 | 960.00 |
| 08/01/07 | T. Douglas | Reviewing Order dated July 31, 2007, Re: Objections to Special Master's Second Report and Recommendations | 0.20 | 13.00 |
| 08/02/07 | A. Jordan | Edit database per Ms. Heater's specifications and email final | 0.70 | 45.50 |
| 08/02/07 | B. Barriere | Receipt and review of multiple emails re: third report; related conferences | 0.50 | 150.00 |
| 08/03/07 | B. Arras | Telephone conference with Mr. Grabill requesting first Special Master Report in Word format for resubmission with Judge Fallon's Order relating to his issuance of Special Master Third Report | 0.20 | 50.00 |
| 08/06/07 | B. Barriere | Multiple electronic correspondence re: court filing | 0.20 | 60.00 |
| 08/13/07 | B. Barriere | Telephone conference with court re: material for opinion | 0.30 | 90.00 |
| 08/14/07 | B. Barriere | Receipt and review of preliminary opinion of Judge Fallon; communications with Jeremy; | 1.00 | 300.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001  
Invoice Number: 667387

October 16, 2007  
Page Number 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | revise materials pertaining to Third Application | | |
| 08/30/07 | B. Arras | Review issues relating to funding by PSC and Merck | 0.80 | 200.00 |
| 09/05/07 | B. Arras | Telephone conference with Mr. Davis of PSC requesting a detailed accounting of funds paid in and out of Vioxx Special Master Account | 0.20 | 50.00 |
| 09/06/07 | B. Arras | Receipt and review of Prof. Rice e-mail and Merck and PSC's responses to ruling on Third Party documents | 0.30 | 75.00 |
| 09/07/07 | B. Arras | Edit and revise accounting for cash received and charges paid to Master funding account | 0.30 | 75.00 |
| 09/11/07 | B. Barriere | Electronic correspondence re: accounting | 0.10 | 30.00 |
| 09/17/07 | B. Arras | Edit and revise detailed accounting of Special Master funds to respond to request from PSC | 0.20 | 50.00 |
| 09/17/07 | B. Barriere | Electronic correspondence re: conference with court re: third party documents; office conference with Ms. Arras re: accounting and review of restated chart. | 0.30 | 90.00 |
| 09/18/07 | B. Arras | Receipt and review of draft letter to Merck and PSC counsel as edited by Professor Rice | 0.10 | 25.00 |
| 09/18/07 | B. Arras | Letter to PSC regarding Vioxx financial accounting for funds | 0.30 | 75.00 |
| 09/18/07 | B. Arras | Telephone conference with Professor Rice and Mr. Barriere abut third party document review | 0.50 | 125.00 |
| 09/18/07 | B. Arras | Telephone conference with Mr. Barriere; review earlier versions of Professor Rice's opinion on Third Party documents to find his ruling on individual documents | 0.30 | 75.00 |
| 09/18/07 | B. Barriere | Conference with Professor Rice; conference call with Professor Rice and Judge Fallon; follow up | 1.20 | 360.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001  
Invoice Number: 667387  

October 16, 2007  
Page Number 6

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | and counsel for PSC; follow up conference with Professor Rice and Ms. Arras | | |
| 09/28/07 | B. Arras | Receipt and review of numerous e-mails containing revisions to Scheduling Order | 1.30 | 325.00 |
| 09/28/07 | B. Barriere | Multiple communications regarding scheduling order and third party documents | 1.00 | 300.00 |
| TOTAL FEES | | | $ | 8,419.00 |

## Summary By Timekeeper

| Timekeeper | Hours | Billed Per Hour | Billed Amount |
|---|---|---|---|
| B. Barriere | 9.50 | 300.00 | 2,850.00 |
| B. Arras | 11.80 | 250.00 | 2,950.00 |
| T. Douglas | 0.20 | 65.00 | 13.00 |
| N. Heater | 8.00 | 120.00 | 960.00 |
| A. Johnson | 12.30 | 110.00 | 1,353.00 |
| A. Jordan | 4.00 | 65.00 | 260.00 |
| Totals | 45.80 | $ | 8,386.00 |

Disbursements Through September 30, 2007

| | |
|---|---|
| Online Research Database Charges | 13.36 |
| Photocopies Internal | 72.50 |
| Postage | 1.64 |
| Telephone Long Distance | 14.62 |

| TOTAL DISBURSEMENTS | $ | 102.12 |
|---|---|---|
| TOTAL FEES AND DISBURSEMENTS | $ | 8,521.12 |

Please include the enclosed Remittance Advice with your payment, and if you are paying any of the past due invoices listed above, please include the Remittance Advice for each of those invoices.

# Time Sheet
# VIOXX LITIGATION
# Paul R. Rice
Oct. 1, 2007

**During the month of August, 2007 I devoted one hours and forty five minutes to the work in Consolidate Vioxx Cases. The following is a breakdown by day.**

8/14/07
5:30 PM – 6:45 PM, reading Fallon opinion and rulings on objections
to Special Master's report and recommendations                                1:15

8/15/07
5:30 PM – 6:00 PM, discussion with Brent Barriere, additional
examination of Fallon opinion, e-mail to Fallon relative to scope of
order and remaining 30,000 claims not yet formally asserted by Merck.         :30

**During the month of September, 2007 I devoted fifteen hour and fifteen minutes to work in the Consolidated Vioxx Cases. The following is a break down by day.**

9/4/07
6:00 PM – 6:45 PM, reading and making notes on Merck objection to             :45
7:30 PM – 7:45 PM, same                                                       :15

9/5/07
11:30 AM – 12:15 PM, preparing notes for telephone discussion with
Judge Fallon and conference call                                              :45

9/6/07
6:30 AM – 7:15 AM, drafting message to Brent Barriere regarding
additional tentative ruling process.                                          :45
9:45 AM – 10:45 AM, reading Plaintiffs' response to Merck's objections
and telephone conversation with Brent Barriere                                1:00

9/14/07
11:00 AM -- 11:15 AM, reading Merck's reply                                   :15

9/18/07
5:30 PM -- 6:15 PM, telephone discussion with Barriere before conference
call with Judge Fallon, conference call with Fallon, follow-up telephone
discussion with Barriere.                                                     :45
9:45 PM – 10:45 PM, editing letter to parties calling for conference call.    1:00

9/19/07
7:00 AM – 7:45 AM, re-reading S.M second opinion and
recommendation and making additional edits to draft letter
and e-mail to Arras.                                                :45

9/20/07
9:45 AM – 12:00 NOON, reviewing third-party documents, e-mail
and telephone call to Barriere, conference call with Wittman        2:15
1:00 PM – 2:45 PM, reviewing third party documents                  1:45

9/26/07
2:45 PM – 4:00 PM, printing and reading filings from PSC for tomorrow's
meeting with parties.                                               1:15
5:30 PM – 6:30 PM, reading filings of PSC                           1:00
7:15 PM – 8:00 PM, reading filings of PSC                            :45

9/27/07
11:30 AM – 12:30 PM, conference call with parties re third party
documents and any remaining privilege claims.                       1:00
7:45 PM – 8:15 PM, responding to draft schedule                      :30

9/28/07
3:00 PM – 3:15 PM, reading and responding to e-mails about the
draft schedule.                                                      :15

9/29/07
8:30 AM – 8:45 AM, reading and responding to e-mail from Arras
on second draft of schedule                                          :15

                           TOTAL HOURS FOR AUG. AND SEPT. -- 17

At the court ordered rate of $600.00 per hour, total billing for August
and September, 2007                                          **$11,200.00**