UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 <br><br> HON. ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: <br> *State of Utah v. Merck Inc., 2:06cv09336* | |

## NOTICE OF APPEARANCE

Comes now Kenneth D. Lougee, Special Assistant Attorney General for the State of Utah and gives notice of his entry of appearance on behalf of the State of Utah. He may be served at 5664 South Green Street, Salt Lake City, Utah 84123.

DATED this 9th day of October, 2007.

_____
Kenneth D. Lougee
Attorney for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2007, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL**, by mailing first class with sufficient postage prepaid to the following:

Rick L. Rose
Ray Quinney & Nebeker
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah, 84111

*/s/ Amina Gardner*