UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX ) | MDL NO. 1657 |
|     Products Liability Litigation ) | |
| ) | SECTION: L |
| This Document Relates to: ) | |
| ) | HON. ELDON E. FALLON |
| CHARLES C. FOTI, JR., in his Official ) | |
| Capacity as Attorney General, for the ) | |
| STATE OF LOUISIANA, as *parens patriae* ) | MAGISTRATE JUDGE |
| on behalf of the State of Louisiana, and ) | DANIEL E. KNOWLES, III |
| THE CITIZENS OF THE STATE OF ) | |
| LOUISIANA, The STATE OF LOUISIANA ) | |
| and the LOUISIANA DEPARTMENT ) | |
| OF HEALTH AND HOSPITALS ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
|   versus ) | |
| ) | |
| MERCK & CO., INC., ) | |
| ) | |
|     Defendant. ) | |
| ) | |
| Case No. 05-3700 ) | |
| _____ ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, come Plaintiffs who respectfully give notice to the Court of the following supplemental authority in support of their Motion for Remand: *Commonwealth of Pennsylvania v. Eli Lilly & Co., Inc., et al.,* No. 07 Civ. 1083,

1

Memorandum and Order, (E.D. Pa. June 26, 2007), a copy of which is attached hereto and incorporated as Exhibit A; and *State of Alaska v. Eli Lilly & Co., Inc.,* No. 3:06 Civ. 88, Order, (Dist. Alaska July 28, 2006), a copy of which is attached hereto and incorporated as Exhibit B.

Respectfully submitted, this 10th day of October, 2007,

**MURRAY LAW FIRM**

___/s/ Douglas R. .Plymale_____
Douglas R. Plymale. (La. Bar No. 28409)
James R. Dugan, II (La. Bar No. 24785)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Attorneys for Plaintiffs

**CHARLES C. FOTI, JR.**
**Attorney General**

TINA VICARI GRANT
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

**LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS**

FRANCISCO H. PEREZ
General Counsel
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Supplemental Authority in Support of Motion to Remand has this day been served on all counsel of record by e-mail or by e-mail by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 10th day of October, 2007.

                                        /s/ Douglas R. Plymale