UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 OCT 12  PM 3: 08
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L(3)<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Goldner, et al. v. Merck & Co., Inc., et al.,* 05-5685

## ORDER

The Court received the attached letter from Mr. David Goldner and issues this Order to enter the letter into the record. Mr. Goldner is represented by counsel and any future communications with the Court should be through counsel. Counsel is hereby directed to contact the State Liaison Committee so that this matter may be addressed appropriately.

New Orleans, Louisiana, this 11th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc:

David Goldner
6 The Hemlocks
Roslyn Estates, NY 11576

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___