RECEIVED
OCT - 9 2007
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

DAVID GOLDNER, Esq.
6 THE HEMLOCKS
ROSLYN ESTATES, NEW YORK 11576
TEL: (516) 621-0027 FAX: (516) 621-0027

October 4, 2007

Federal District Court
Judge Eldon Fallon
Eastern District of Louisiana

Index # 05CV5685
Re: David Goldner
    v.
    Merck Co
    (A Vioxx Case)

Dear Honorable Judge Fallon,

I am 85 years old and have been hospitalized for Congestive Heart Failure three (3) times at St. Francis Hospital in Roslyn, N.Y. Each time, I had to call 911 for an ambulance because I couldn't breathe. The last time that I was at the hospital, I was told that if I had waited another hour, I would not be around to talk about it.

You can on your own remand or send my action back to the Supreme Court of the State of New York or to the United States District Court for the Eastern District of New York. Years ago, I was a trial attorney and would like to have my case tried while I am still alive.

By permitting my case to languish in your jurisdiction, it is a disservice to me and helping the defendant, Merck Corp. to benefit

greatly by my not receiving a trial while I am alive. I am sure that you would agree with me.

I was told on the morning of Wednesday, September 26th by Regina, the para legal for Russ Herman, that you have not made any decisions on motions to remand which have been before you for some years and that you are not likely to act on these motions.

As a result of my conversations with Regina and your secretary, I am writing this letter to you personally and respectfully to ask you to remand my case back to the Court which it came from without a formal motion being made.

If necessary, please treat and consider this letter as a motion to remand.

Thank you for your considerations in my matter. Upon any settlement and/or verdict, I shall give 50% of such funds due to me to a Charitable organization.

Furthermore, I am willing to sign any document prepared at this time to validate this offer on my part so that it is completely binding. Thank you for respecting my wishes.

Sincerely yours,

David Goldner

c.c. Russ Herman, Esq.
Godosky & Gentile, Esqs (My Attorneys)

ROSLYN HEIGHTS, NY 11577
OCT 04, '07
AMOUNT
$5.21
00052313-01

0000 70130

Honorable Judge Eldon Fallon
Federal Court for the Eastern District
of Louisiana
500 - Camp Street
Room C - 456
New Orleans, Louisiana 70130

RETURN RECEIPT REQUESTED

7013 0432 302 C026

7003 3110 0001 3766 5687

CERTIFIED MAIL

David Goldner
PO Box 343
Roslyn Hts., NY 11577

FIRST IN THE FIGHT