**LARRY D. HELVEY, M.D., J.D.**
**LARRY HELVEY LAW FIRM**
Commerce Exchange Building
2720 First Avenue NE, Suite 110
Cedar Rapids, IA 52402
Telephone: 319-362-0421
Facsimile: 319-362-3496

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 12  AM 10: 56

LORETTA G. WHYTE
CLERK

October 2, 2007

Writer's email:
jcollins@helveylaw.com

Clerk of Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:   Vioxx Products Liability Litigation – MDL No. 1657

Dear Clerk:

Per my conversation with the clerk's office, I am enclosing a Notice of Change of Address for Larry D. Helvey, M.D., J.D. Per your instructions, I will have Larry Helvey fill out and sign a CM/ECF Training Waiver Request Form to receive a login and password to electronically file in this court. I will then forward the same to you via facsimile.

If you have any questions or concerns, please contact me at the number listed above. Thank you for your assistance in this matter.

Very truly yours,

*Jeanna Collins*

Jeanna Collins
Legal Secretary to Larry D. Helvey, M.D., J.D.

/jc

Enclosure

\\larryhelvey\jcollins\LDH\VIOXX\Clerk of Ct ltr LA 100207.doc

___ Fee _____
___ Process _____
X   Dktd _____
✓   CtRmDep _____
___ Doc. No _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| *This filing applies to All Actions* | |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Larry D. Helvey, M.D., J.D. has the following new address, email, telephone and facsimile:

    Larry D. Helvey, M.D., J.D.
    LARRY HELVEY LAW FIRM
    2720 First Avenue NE., *Suite 110*
    Cedar Rapids, IA 52402
    Phone: (319)362-0421
    Facsimile: (319)362-3496
    Email: lhelvey@helveylaw.com

Date: October 9, 2007

                        LARRY HELVEY LAW FIRM

                        _/s/ Larry D. Helvey_
                        Larry D. Helvey, M.D., J.D.
                        2720 First Avenue NE, Suite 110
                        Cedar Rapids, IA 52402
                        Phone: (319)362-0421
                        Facsimile: (319)362-3496
                        Email: lhelvey@helveylaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing notice of Change of Address has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana via U.S. Mail this _9th_ day of _Oct._, 2007.

                                          _Jeanna Collins_

U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Russ Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
201 St. Charles Avenue, Ste. 4310
New Orleans, LA 70170

Philip Wittmann
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet St.
New Orleans, LA 70130

\\larryhelvey\jcollins\LDH\VIOXX\Notice of Change of Address.doc