IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Peter Appenzeller v. Merck & Co., Inc.*
Case No.: 06-cv-08317-EEF-DEK

### NOTICE OF APPEARANCE

Notice is hereby given of the entry of David W. Krivit of Moriarty Leyendecker Erben PC as counsel for Plaintiff Peter Appenzeller in the above named action.

Respectfully submitted this 18th day of October 2007.

>    *s/ Robert D. Erben*
>    Robert D. Erben, Esq.
>    MORIARTY LEYENDECKER ERBEN PC
>    1123 Spruce Street, Suite 200
>    Boulder, CO 80302
>    (303) 495-2658 Tel
>    (713) 528-1390 Fax
>    *Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

   I hereby certify on the 18th of October 2007 that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE was filed wth the Court by CM/ECF and served by LexisNexis to the following named persons:

| | |
|---|---|
| John N. Poulos, Esq.<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302-3910 | *Out-of-State Attorney for Defendant* |
| Andrew H. Myers, Esq.<br>Wheeler, Trigg, Kennedy LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202 | *Resident Attorney for Defendant* |
| Phillip A. Wittman, Esq.<br>Stone Pigman Walther Wittman, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | *Defendant's Liason Counsel* |
| Russ M. Herman, Esq.<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | *Plaintiff's Liason Counsel* |

                */s/ Christina J. Kim*
                Christina J. Kim, Paralegal
                MORIARTY LEYENDECKER ERBEN PC