**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Donald Patterson v. Merck & Co., Inc.*
Case No.: 06-cv-08317-

---

### NOTICE OF APPEARANCE

---

Notice is hereby given of the entry of David W. Krivit of Moriarty Leyendecker

Erben PC as counsel for Plaintiff Donald Patterson in the above named action.

Respectfully submitted this 18th day of October 2007.

<div style="margin-left:50%">

s/ Robert D. Erben
Robert D. Erben, Esq.
MORIARTY LEYENDECKER ERBEN PC
1123 Spruce Street, Suite 200
Boulder, CO 80302
(303) 495-2658 Tel
(713) 528-1390 Fax
*Attorney for Plaintiff*

</div>

## CERTIFICATE OF SERVICE

I hereby certify on the 18th of October 2007 that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE was filed wth the Court by CM/ECF and served by LexisNexis to the following named persons:

John N. Poulos, Esq.                              *Out-of-State Attorney for Defendant*
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3910


Andrew H. Myers, Esq.                            *Resident Attorney for Defendant*
Wheeler, Trigg, Kennedy LLP
1801 California Street, Suite 3600
Denver, CO 80202


Phillip A. Wittman, Esq.                         *Defendant's Liason Counsel*
Stone Pigman Walther Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130


Russ M. Herman, Esq.                             *Plaintiff's Liason Counsel*
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113


                                                 */s/ Christina J. Kim*
                                                 Christina J. Kim, Paralegal
                                                 MORIARTY LEYENDECKER ERBEN PC