UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| | HON. ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *State of Utah v. Merck Inc., 2:06cv09336* | |

## PLAINTIFF STATE OF UTAH'S MOTION TO REMAND

Comes now the State of Utah and moves the Court for an Order remanding this matter to the Courts of the Third Judicial District, State of Utah. This motion is supported by the accompanying memorandum of law and the attached authorities.

DATED this 18th day of October, 2007

/s/ Kenneth D. Lougee
Kenneth D. Lougee (Bar No. 10682)
Attorney for Plaintiff
**Garretson Steele**
5664 South Green Street
Salt Lake City, UT 84123
Ph: (801) 266-0999
Fax: (801) 266-1338
kennethlougee@att.net

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **PLAINTIFF STATE OF UTAH'S MOTION TO REMAND** has been served on Liaison Counsel, Philip Whitman, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance to PreTrial Order No. 8(B) and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of October, 2007.

/s/ Kenneth D. Lougee
Kenneth D. Lougee (Bar No. 10682)
Attorney for Plaintiff
***Garretson Steele***
5664 South Green Street
Salt Lake City, UT 84123
Ph:  (801) 266-0999
Fax: (801) 266-1338
kennethlougee@att.net