# Exhibit 1

Exhibit 1

Plaintiffs Who Failed To Provide Plaintiff Profile Forms

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Plaintiffs' Counsel | Original PPF Due Date | Date Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Kimbrough, Johnnie Doyle | Johnnie Doyle Kimbrough | Baugher, Anna v. Merck & Co., Inc. | 2:06-cv-10077-EEF-DEK | Alvis and Willingham LLP | 01/31/07 | 02/27/07 | 2 | 06/29/07 | 119 |
| Lemmon, Vincent | Vincent Lemmon | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK | Barnes Firm PC | 07/05/06 | 05/10/07 | 3 | 06/29/07 | 120 |
| Law, Terrance | Terrance Law | Law, Terrance v. Merck & Co., Inc. | 2:06-cv-10083-EEF-DEK | Begam Lewis and Marks PA | 01/31/07 | 02/27/07 | 4 | 05/08/07 | 121 |
| Yancy, Harlan | Harlan Yancy | Belle, Jim H. v. Merck & Co., Inc. | 2:06-cv-02863-EEF-DEK | Brent Coon and Associates | 08/06/06 | 05/10/07 | 5 | 06/29/07 | 122 |
| Monse, Alvin | Alvin Monse | Nemes, Daniel v. Merck & Co. Inc. | 2:06-cv-05974-EEF-DEK | Brent Coon and Associates | 11/29/06 | 05/10/07 | 6 | 06/29/07 | 123 |
| Mattice, Royal W | Royal W Mattice | Weiland, John H. v. Merck & Co., Inc. | 2:06-cv-07048-EEF-DEK | Brent Coon and Associates | 12/13/06 | 05/10/07 | 7 | 06/29/07 | 124 |
| Vasquez, Carlotta | Carlotta Vasquez | Vasquez, Carlotta v. Merck & Co., Inc. | 2:07-cv-01244-EEF-DEK | Cappas and Associates | 05/23/07 | 07/10/07 | 8 | 09/21/07 | 125 |
| Castle, Lawrence | Lawrence Castle | Carter, George v. Merck & Co., Inc. | 2:07-cv-00393-EEF-DEK | Carlile Law Firm LLP | 04/02/07 | 07/10/07 | 9 | 09/21/07 | 126 |
| Rockmore, Betty | Betty Rockmore | Carter, George v. Merck & Co., Inc. | 2:07-cv-00393-EEF-DEK | Carlile Law Firm LLP | 04/02/07 | 07/10/07 | 10 | 09/21/07 | 127 |
| Walker, Bonnie Joyce | Bonnie Joyce Walker | Carter, George v. Merck & Co., Inc. | 2:07-cv-00393-EEF-DEK | Carlile Law Firm LLP | 04/02/07 | 07/10/07 | 11 | 09/21/07 | 128 |
| Wood, Michael L | Michael L Wood | Carter, George v. Merck & Co., Inc. | 2:07-cv-00393-EEF-DEK | Carlile Law Firm LLP | 04/02/07 | 07/10/07 | 12 | 09/21/07 | 129 |
| Blodgett, Paticia | Paticia Blodgett | Blodgett, Paticia v. Merck & Co., Inc. | 2:06-cv-09693-EEF-DEK | Colom Law Firm | 01/23/07 | 05/11/07 | 13 | 09/27/07 | 130 |
| Gospodareck, Robert | Robert Gospodareck | Blodgett, Paticia v. Merck & Co., Inc. | 2:06-cv-09693-EEF-DEK | Colom Law Firm | 01/23/07 | 05/11/07 | 14 | 09/27/07 | 131 |
| Jones, Henretta | Henretta Jones | Blodgett, Paticia v. Merck & Co., Inc. | 2:06-cv-09693-EEF-DEK | Colom Law Firm | 01/23/07 | 07/10/07 | 15 | 09/21/07 | 132 |
| Anderson, Essie | Essie Anderson | Catto, Etta M. v. Merck & Co., Inc. | 2:06-cv-01660-EEF-DEK | Colom Law Firm | 07/13/06 | 05/11/07 | 16 | 09/27/07 | 133 |

**Exhibit 1**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Plaintiff's Counsel | Original PPF Due Date | Date Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Johnson, Brenda | Brenda Johnson | Catto, Etta M. v. Merck & Co., Inc. | 2:06-cv-01660-EEF-DEK | Colom Law Firm | 07/13/06 | 07/10/07 | 17 | 09/21/07 | 134 |
| Colom, Gwendolyn | Roderick Colom on behalf of Gwendolyn Colom | Sansing, Joann G. v. Merck & Co., Inc. | 2:06-cv-09373-EEF-DEK | Colom Law Firm | 01/16/07 | 03/22/07 | 18 | 07/17/07 | 135 |
| Stephens, Jomayne | Jomayne Stephens | Allison, Patricia v. Merck & Co., Inc. | 2:05-cv-05822-EEF-DEK | Daniel E. Becnel Jr. Law | 02/04/06 | 11/01/06 | 19 | 06/28/07 | 136 |
| Brown, Loretta | Loretta Brown | Arnold, Joye v. Merck & Co., Inc. | 2:06-cv-09821-EEF-DEK | Dobbs and Tittle PC | 01/23/07 | 05/10/07 | 20 | 06/29/07 | 137 |
| Gilley, Patricia | Patricia Gilley | Calcavecchia, Leo v. Merck & Co., Inc. | 2:06-cv-07081-EEF-DEK | Gallagher Law Firm | 12/13/06 | 05/11/07 | 21 | 06/29/07 | 138 |
| Stackhouse, Nola | Nola Stackhouse | Calcavecchia, Leo v. Merck & Co., Inc. | 2:06-cv-07081-EEF-DEK | Gallagher Law Firm | 12/13/06 | 07/10/07 | 22 | 09/27/07 | 139 |
| Getty, Richard J | Richard J Getty | Stamper, Della v. Merck & Co., Inc. | 2:05-cv-00462-EEF-DEK | Getty & Childers PLLC | 11/30/05 | 08/15/06 | 23 | 06/28/07 | 140 |
| Losee, William L | William L. Losee and Diana L. Losee | Losee, William L. v. Merck & Co., Inc. | 2:06-cv-10606-EEF-DEK | Hamilton Law Firm | 02/11/07 | 04/25/07 | 24 | 07/17/07 | 141 |
| Nguyen, Duong | Duong Nguyen | Nguyen, Duong v. Merck & Co., Inc. | 2:07-cv-00719-EEF-DEK | Helms and Underwood | 04/22/07 | 07/10/07 | 25 | 09/25/07 | 142 |
| Suchey, Betty | Mary A. Blocker on behalf of Betty Suchey | Blocker, Marya v. Merck & Co., Inc. | 2:06-cv-06936-EEF-DEK | James F. Humphreys and Associates LC | 12/13/06 | 01/31/07 | 26 | 05/08/07 | 143 |
| Roberson, Shirley | Shirley Roberson | Roberson, Shirley v. Merck & Co., Inc. | 2:06-cv-10323-EEF-DEK | James F. Humphreys and Associates LC | 01/31/07 | 02/27/07 | 27 | 05/08/07 | 144 |
| Sethi, Kulwant S | Hercharan K Sethi on behalf of Kulwant S. Sethi | Sethi, Hercharan K. v. Merck & Co., Inc. | 2:06-cv-10324-EEF-DEK | James F. Humphreys and Associates LC | 01/31/07 | 02/27/07 | 28 | 05/08/07 | 145 |
| Ruff, Philip | Philip Ruff | Ruff, Philip v. Merck & Co., Inc. | 2:06-cv-09584-EEF-DEK | James Vernon and Weeks PA | 01/16/07 | 03/22/07 | 29 | 05/08/07 | 146 |
| Edwards, Ida | Ida Edwards | Cantrell, Dorothy v. Merck & Co., Inc. | 2:06-cv-10974-EEF-DEK | Jason L. Shelton & Associates | 03/03/07 | 07/10/07 | 30 | 09/27/07 | 147 |
| Komegay, Marcel M | Marcel M Komegay | Komegay, Marcel M. v. Merck & Co., Inc. | 2:06-cv-07059-EEF-DEK | Laminack Pirtle and Martines | 12/12/06 | 01/31/07 | 31 | 06/28/07 | 148 |

**Exhibit 1**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Plaintiffs' Counsel | Original PPF Due Date | Date Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Childress, Constance E | Constance E Childress | Akers, David M. v. Merck & Co., Inc. | 2:05-cv-02384-EEF-DEK | McAfee Law Firm PC | 11/15/05 | 12/15/05 | 32 | 06/28/07 | 149 |
| Bisazza, Mamie | Mamie Bisazza | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK | Michael Smith Law | 03/26/06 | 11/01/06* | 33 | 06/28/07* | 150 |
| Davenport, Laura | Laura Davenport | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK | Michael Smith Law | 03/26/06 | 11/01/06* | 34 | 06/28/07* | 151 |
| Davis, Maudie | Maudie Davis | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK | Michael Smith Law | 03/26/06 | 11/01/06* | 35 | 06/28/07* | 152 |
| Dramis, Eleanor | Eleanor Dramis | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK | Michael Smith Law | 03/26/06 | 11/01/06* | 36 | 06/28/07* | 153 |
| Elston, Willie | Willie Elston | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK | Michael Smith Law | 03/26/06 | 11/01/06* | 37 | 06/28/07* | 154 |
| Kongstvedt, Robert | Pamela Smetana on behalf of Robert Kongstvedt | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK | Michael Smith Law | 03/26/06 | 11/01/06* | 38 | 06/28/07* | 155 |
| Maddox, Bernice | Bernice Maddox | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK | Michael Smith Law | 03/26/06 | 11/01/06* | 39 | 06/28/07* | 156 |
| Panarisi, Joseph | Joseph Panarisi | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK | Michael Smith Law | 03/26/06 | 11/01/06* | 40 | 06/28/07* | 157 |
| Yeghiazarian, Aram | Aram Yeghiazarian | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK | Michael Smith Law | 03/26/06 | 11/01/06* | 41 | 06/28/07* | 158 |
| Flowers, Thelma L | Thelma L Flowers | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK | Miller and Associates | 11/29/06 | 07/10/07 | 42 | 09/25/07 | 159 |
| Gonzalez, Diana | Diana Gonzalez | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK | Miller and Associates | 11/29/06 | 07/10/07 | 43 | 09/25/07 | 160 |
| Jones, Marii | Marii Jones | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 44 | 06/29/07 | 161 |
| McCann, Evelyn L | Evelyn L McCann | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 45 | 06/29/07 | 162 |
| Mondroski, Charles | Charles Mondroski | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 46 | 06/29/07 | 163 |

**Exhibit 1**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Plaintiffs' Counsel | Original PPF Due Date | Date Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Saenz, Guadalupe | Guadalupe Saenz | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 47 | 06/29/07 | 164 |
| Vallejo, Cruz | Cruz Vallejo | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 48 | 06/29/07 | 165 |
| Villarreal, Miriam | Miriam Villarreal | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 49 | 06/29/07 | 166 |
| Wordlaw, Valerie | Valerie Wordlaw | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 50 | 06/29/07 | 167 |
| Sheets, Charles | Charles Sheets | Alegria, Jose v. Merck & Co., Inc. | 2:06-cv-05990-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 51 | 06/29/07 | 168 |
| McAmock, Lois | Lois McAmock | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 52 | 06/29/07 | 169 |
| McClatchey, Samantha | Samantha McClatchey | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980-EEF-DEK | Miller and Associates | 11/29/06 | 07/10/07 | 53 | 09/25/07 | 170 |
| Morrow, Sharon | Sharon Morrow | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 54 | 06/29/07 | 171 |
| Thomas, Arnall Rodney | Arnall Rodney Thomas | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 55 | 06/29/07 | 172 |
| Holguin, Jerry | Jerry Holguin | Baca, Digusma v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 56 | 06/29/07 | 173 |
| McEntee, Bernard | Bernard McEntee | Baca, Digusma v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK | Miller and Associates | 11/29/06 | 07/10/07 | 57 | 09/25/07 | 174 |
| Montano, Rudy | Rudy Montano | Baca, Digusma v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 58 | 06/29/07 | 175 |
| Palumbo, Danny | Danny Palumbo | Baca, Digusma v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 59 | 06/29/07 | 176 |
| Track, Darlene | Darlene Track | Baca, Digusma v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 60 | 06/29/07 | 177 |
| Warner, Raymond | Raymond Warner | Baca, Digusma v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 61 | 06/29/07 | 178 |

**Exhibit 1**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Plaintiff's Counsel | Original PPF Due Date | Date Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Zeehandelaar, Edward | Edward Zeehandelaar | Baca, Diguama v. Merck & Co., Inc. | 2:06-cv-05997-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 62 | 06/29/07 | 179 |
| Powell, Diana | Diana Powell | Bailey, Isolina v. Merck & Co., Inc. | 2:06-cv-05982-EEF-DEK | Miller and Associates | 11/29/06 | 04/25/07 | 63 | 06/29/07 | 180 |
| Sherlock, Judith | Judith Sherlock | Bailey, Isolina v. Merck & Co., Inc. | 2:06-cv-05982-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 64 | 06/29/07 | 181 |
| Sierra, Maria | Maria Sierra | Bailey, Isolina v. Merck & Co., Inc. | 2:06-cv-05982-EEF-DEK | Miller and Associates | 11/29/06 | 07/10/07 | 65 | 09/25/07 | 182 |
| Taylor, Delilah | Delilah Taylor | Bailey, Isolina v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 66 | 06/29/07 | 183 |
| Hutchins, Roger | Roger Hutchins | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 67 | 06/29/07 | 184 |
| Morris, Clydell | Clydell Morris | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 68 | 06/29/07 | 185 |
| Pittman, Emma Jean | Emma Jean Pittman | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 69 | 06/29/07 | 186 |
| Reese, Cornelia | Cornelia Reese | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 70 | 06/29/07 | 187 |
| Stafford, William Carl | William Carl Stafford | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 71 | 06/29/07 | 188 |
| Lee, Deauna | Deauna Lee | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Miller and Associates | 11/29/06 | 04/25/07 | 72 | 06/29/07 | 189 |
| Pate, Stephanie | Stephanie Pate | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Miller and Associates | 11/29/06 | 04/25/07 | 73 | 06/29/07 | 190 |
| Potter, Mary | Mary Potter | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 74 | 06/29/07 | 191 |
| Price, Raymond | Raymond Price | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 75 | 06/29/07 | 192 |
| Smith, Grace | Grace Smith | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Miller and Associates | 11/29/06 | 07/10/07 | 76 | 09/25/07 | 193 |

**Exhibit 1**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Plaintiffs' Counsel | Original PPF Due Date | Date Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Stevens, Howson | Howson Stevens | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Miller and Associates | 11/29/06 | 04/25/07 | 77 | 06/29/07 | 194 |
| Taden, Janett | Janett Taden | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989-EEF-DEK | Miller and Associates | 11/29/06 | 04/25/07 | 78 | 06/29/07 | 195 |
| Miller, John | John Miller | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK | Miller and Associates | 11/29/06 | 04/25/07 | 79 | 06/29/07 | 196 |
| Pope, Donald | Donald Pope | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 80 | 06/29/07 | 197 |
| McFadden, Beulah | Beulah McFadden | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 81 | 06/29/07 | 198 |
| Nelson, Jeanette | Jeanette Nelson | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 82 | 06/29/07 | 199 |
| Reem, Karen | Karen Reem | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK | Miller and Associates | 11/29/06 | 07/10/07 | 83 | 09/25/07 | 200 |
| Reynolds, Randolph Mark | Randolph Mark Reynolds | Busk, John M. v. Merck & Co., Inc. | 2:06-cv-05983-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 84 | 06/29/07 | 201 |
| Lewis, Donna | Donna Lewis | Gennaro, Mary v. Merck & Co., Inc. | 2:06-cv-05981-EEF-DEK | Miller and Associates | 11/29/06 | 04/25/07 | 85 | 06/29/07 | 202 |
| Rosas, Richard | Richard Rosas | Gennaro, Mary v. Merck & Co., Inc. | 2:06-cv-05981-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 86 | 06/29/07 | 203 |
| Mizzelle, Joyce | Joyce Mizzelle | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 87 | 06/29/07 | 204 |
| Reed, Bobby | Bobby Reed | Lafitly, Edward v. Merck & Co., Inc. | 2:06-cv-05998-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 88 | 06/29/07 | 205 |
| Walker, Linda | Linda Walker | Lafitly, Edward v. Merck & Co., Inc. | 2:06-cv-05998-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 89 | 06/29/07 | 206 |
| White, Robert | Robert White | Lafitly, Edward v. Merck & Co., Inc. | 2:06-cv-05998-EEF-DEK | Miller and Associates | 11/29/06 | 05/11/07 | 90 | 06/29/07 | 207 |
| Hollingshead, June | June Hollingshead | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK | Miller and Associates | 12/12/06 | 05/11/07 | 91 | 06/29/07 | 208 |

**Exhibit 1**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Plaintiff's Counsel | Original PPF Due Date | Date Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Marshall, Odell | Odell Marshall | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK | Miller and Associates | 12/12/06 | 05/11/07 | 92 | 06/29/07 | 209 |
| Murphree, Jim | Jim Murphree | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK | Miller and Associates | 12/12/06 | 05/11/07 | 93 | 06/29/07 | 210 |
| Myers, Tina | Tina Myers | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK | Miller and Associates | 12/12/06 | 07/10/07 | 94 | 09/25/07 | 211 |
| Tilbury, Debbie | Debbie Tilbury | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964-EEF-DEK | Miller and Associates | 12/12/06 | 02/20/07 | 95 | 05/08/07 | 212 |
| Rodgers, Robert J | Robert J Rodgers | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK | Miller and Associates | 12/13/06 | 05/11/07 | 96 | 06/29/07 | 213 |
| Thornton, John M | John M Thornton | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK | Miller and Associates | 12/13/06 | 07/10/07 | 97 | 09/25/07 | 214 |
| Vasquez, Alexis | Alexis Vasquez | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958-EEF-DEK | Miller and Associates | 12/13/06 | 07/10/07 | 98 | 09/25/07 | 215 |
| Clancy, Terrence | Terrence Clancy | Clancy, Terrence v. Merck & Co., Inc. | 2:07-cv-00709-EEF-DEK | Mitchell E. Shamas | 04/22/07 | 07/10/07 | 99 | 09/25/07 | 216 |
| Rogers, Beulah | Beulah Rogers | Bloomberg, Virginia v. Merck & Co., Inc. | 2:05-cv-03578-EEF-DEK | Murray and Murray Co LPA | 12/30/05 | 08/02/06 | 100 | 06/28/07 | 217 |
| Scrivner, Paul | Paul Scrivner | Scrivner, Paul v. Merck & Co., Inc. | 2:07-cv-00684-EEF-DEK | Nelson Law Office | 04/22/07 | 07/10/07 | 101 | 09/25/07 | 218 |
| Mangum, Ersell | Ersell Mangum | Mangum, Ersell v. Merck & Co., Inc. | 2:06-cv-10678-EEF-DEK | Parks and Associates PC | 02/11/07 | 04/25/07 | 102 | 06/29/07 | 219 |
| Snipes, Sidney | Sidney Snipes | Snipes, Sidney v. Merck & Co., Inc. | 2:06-cv-10679-EEF-DEK | Parks and Associates PC | 02/11/07 | 04/25/07 | 103 | 06/29/07 | 220 |
| Gilmore, Shirley Ann | Nikki Gilmore on behalf of Shirley Ann Gilmore | Gilmore, Nikki v. Merck & Co., Inc. | 2:06-cv-11109-EEF-DEK | Paul M. Kaufman | 03/03/07 | 07/10/07 | 104 | 09/25/07 | 221 |
| Baylon, Josephine | Josephine Baylon | Baylon, Josephine v. Merck & Co., Inc. | 2:07-cv-00834-EEF-DEK | Phillips and Associates | 04/24/07 | 07/10/07 | 105 | 09/27/07 | 222 |
| Cardinal McQuery, Jean | Jean Cardinal McQuery | Cardinal McQuery, Jean v. Merck & Co., Inc. | 2:07-cv-00861-EEF-DEK | Phillips and Associates | 04/24/07 | 07/10/07 | 106 | 09/27/07 | 223 |

**Exhibit 1**

**Plaintiffs Who Failed To Provide Plaintiff Profile Forms**

| Vioxx User | Relevant Plaintiffs | Case Caption | Docket Number | Plaintiffs Counsel | Original PPF Due Date | Date Letter Was Sent | Ex. | Date 2nd Letter Was Sent | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Danek, Constance | Carl Danek on behalf of Constance Danek | Danek, Carl v. Merck & Co., Inc. | 2:07-cv-00819-EEF-DEK | Phillips and Associates | 04/24/07 | 07/10/07 | 107 | 09/27/07 | 224 |
| Farmer, Alice | Alice Farmer | Farmer, Alice v. Merck & Co., Inc. | 2:07-cv-00785-EEF-DEK | Phillips and Associates | 04/24/07 | 07/10/07 | 108 | 09/27/07 | 225 |
| Fields, Jayn | Jayn Fields | Fields, Jayn v. Merck & Co., Inc. | 2:07-cv-00762-EEF-DEK | Phillips and Associates | 04/24/07 | 07/10/07 | 109 | 09/27/07 | 226 |
| Gnau, Edward E Jr | Edward E Gnau, Jr | Gnau, Edward E. Jr. v. Merck & Co., Inc. | 2:07-cv-00799-EEF-DEK | Phillips and Associates | 04/24/07 | 07/10/07 | 110 | 09/27/07 | 227 |
| Williams, Cynthia | Patricia Martinez on behalf of Cynthia Williams | Martinez, Patricia v. Merck & Co., Inc. | 2:07-cv-00864-EEF-DEK | Phillips and Associates | 04/24/07 | 07/10/07 | 111 | 08/03/07 | 228 |
| Vu, Phuong Nang | Minh Tam Nguyen on behalf of Phuong Nang Vu | Nguyen, Minh T. v. Merck & Co., Inc. | 2:07-cv-00812-EEF-DEK | Phillips and Associates | 04/24/07 | 07/10/07 | 112 | 09/27/07 | 229 |
| Krajcovic, Genevieve | William T Krajcovic, Sr. on behalf of Genevieve Krajcovic | Krajcovic, William T. v. Merck & Co., Inc. | 2:07-cv-00322-EEF-DEK | Richard P. Kimmins and Associates | 04/01/07 | 07/10/07 | 113 | 09/25/07 | 230 |
| Reeves, Lawrence | Lawrence Reeves | Reeves, Lawrence v. Merck & Co., Inc. | 2:05-cv-06121-EEF-DEK | Robert Pagniello Law | 02/08/06 | 11/01/06* | 114 | 03/01/07 | 231 |
| Jones, Gloria | Gloria Jones | Faulkenberry, John v. Merck & Co., Inc. | 2:06-cv-11314-EEF-DEK | Stipe Harper Laizure Uselton Belote Maxcey and Thetford | 03/07/07 | 07/10/07 | 115 | 09/27/07 | 232 |
| Leding, Audrey | Audrey Leding | Leding, Audrey v. Merck & Co., Inc. | 2:06-cv-10669-EEF-DEK | Stipe Harper Laizure Uselton Belote Maxcey and Thetford | 02/11/07 | 07/10/07 | 116 | 09/27/07 | 233 |
| Lewandowski, Victoria A | Victoria A Lewandowski | Barnes, Emily E. v. Merck & Co., Inc. | 2:06-cv-11309-EEF-DEK | Trepanier and MacGillis PA | 03/07/07 | 07/10/07 | 117 | 09/27/07 | 234 |
| Downs, Noah | Noah Downs and Mae Downs | Downs, Noah v. Merck & Co., Inc. | 2:07-cv-01050-EEF-DEK | Zimmerman and Associates PC | 05/06/07 | 07/10/07 | 118 | 09/27/07 | 235 |

* Notice sent via certified and 1st class mail.

# Exhibit 2



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

February 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (205-298-1012)**

K. Rick Alvis, Esq.
Alvis and Willingham LLP
1400 Urban Center Dr.
Suite 475
Birmingham, AL 35242

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Anna Baugher v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10077-EEF-DEK*

Dear Mr. Alvis:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Johnnie Doyle Kimbrough. Pretrial Order No. 18C required Mr. Kimbrough to serve this PPF no later than January 31, 2007, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Johnnie Doyle Kimbrough no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M0BD17799

```
** TX STATUS REPORT **          AS OF  FEB 27 2007 14:44   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   01   02/27 14:39       12052981012  EC--S  04'51"    014   205   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 27, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| K. Rick Alvis, Esq. | Alvis and Willingham LLP | 205-298-1012 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 14

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00BD17800

# Exhibit 3



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Don Blodgett v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-02210-EEF-DEK*

Dear Mr. Goldstein:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Vincent Lennon. Pretrial Order No. 18C required Mr. Lennon to serve this PPF no later than July 5, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Vincent Lennon no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                 Very truly yours,

                 */s/ John N. Poulos*

                 John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00DE08675

```
** TX STATUS REPORT **          AS OF   MAY 10 2007 13:23   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    06  05/10 13:19      716-854-6291 EC--S  04'40"    015   169   OK
```



## Hughes
## Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

# Exhibit 4



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-252-0042)**

Stanley J. Marks, Esq.
Begam Lewis and Marks PA
111 West Monroe Street
Suite 1400
Phoenix, AZ 85003

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Terrance Law v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-10083-EEF-DEK*

Dear Mr. Marks:

　　　　We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Terrance Law. Pretrial Order No. 18C required Mr. Law to serve this PPF no later than January 31, 2007, and Merck has not consented to any extension of time in which to respond.

　　　　Please produce a completed PPF for Terrance Law no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

　　　　　　　　Very truly yours,

　　　　　　　　*/s/ John N. Poulos*

　　　　　　　　John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00E405209

```
** TX STATUS REPORT **        AS OF   FEB 27 2007 13:25   PAGE.01

                                      HUGHES HUBBARD


         DATE  TIME    TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   13    02/27 13:23   6022520042 EC--S   01'20"   005   142   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 27, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Stanley J. Marks, Esq. | Begam Lewis and Marks PA | 602-252-0042 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: **5**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 5



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-241-1873)**

Carolyn Kaye Ranke, Esq.
Brent Coon and Associates
1220 West 6th Street
Suite 303
Cleveland, OH 44113

> *Re:*    ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Jim H. Belle v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-02863-EEF-DEK***

Dear Ms. Ranke:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Harlan Yancy. Pretrial Order No. 18C required Mr. Yancy to serve this PPF no later than August 6, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Harlan Yancy no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00E421787

```
** TX STATUS REPORT **          AS OF  MAY 10 2007 11:46   PAGE.01

                                        HUGHES HUBBARD


        DATE TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   21   05/10 11:43      2162411873 EC--S   03'41"    015   130    OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Carolyn Kaye Ranke, Esq. | Brent Coon and Associates | 216-241-1873 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DE421788

# Exhibit 6



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-241-1873)**

Carolyn Kaye Ranke, Esq.
Brent Coon and Associates
1220 West 6th Street
Suite 303
Cleveland, OH 44113

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Daniel Nemes v. Merck & Co. Inc.*
> *Docket No. 2:06-cv-05974-EEF-DEK*

Dear Ms. Ranke:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Alvin Monse. Pretrial Order No. 18C required Mr. Monse to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Alvin Monse no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M006398463

```
** TX STATUS REPORT **            AS OF   MAY 10 2007 11:25   PAGE.01
                                          HUGHES HUBBARD

       DATE TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   15  05/10 11:22      2162411873 EC--S   02'55"    012   120    OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Carolyn Kaye Ranke, Esq. | Brent Coon and Associates | 216-241-1873 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00639846.1

# Exhibit 7



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-241-1873)**

Carolyn Kaye Ranke, Esq.
Brent Coon and Associates
1220 West 6th Street
Suite 303
Cleveland, OH 44113

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *John H. Weiland v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-07048-EEF-DEK*

Dear Ms. Ranke:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Royal W. Mattice. Pretrial Order No. 18C required Mr. Mattice to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Royal W. Mattice no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **          AS OF   MAY 10 2007 11:25   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE    MIN/SEC    PGS   JOB#  STATUS
    15  05/10 11:22      2162411873 EC--S    02'55"    012   120   OK
```



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Carolyn Kaye Ranke, Esq. | Brent Coon and Associates | 216-241-1873 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006398450

# Exhibit 8



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (219-924-4104)**

Crystal Sharp Bauer, Esq.
Cappas and Associates
2546 45th Street
Highland, IN 46322

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Carlotta Vasquez v. Merck & Co., Inc.***
> ***Docket No. 2:07-cv-01244-EEF-DEK***

Dear Ms. Bauer:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Carlotta Vasquez. Pretrial Order No. 18C required Ms. Vasquez to serve this PPF no later than May 23, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Carlotta Vasquez no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DE615898

```
** TX STATUS REPORT **          AS OF   JUL 10 2007 11:53   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE  MIN/SEC   PGS   JOB#  STATUS
   09   07/10 11:52     12199244104 EC--S  00'47"    002   010   OK
```

## Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Crystal Sharp Bauer, Esq. | Cappas and Associates | 219-924-4104 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE615899

# Exhibit 9



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re: ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***George Carter v. Merck & Co., Inc.***
> ***Docket No. 2:07-cv-00393-EEF-DEK***

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Lawrence Castle. Pretrial Order No. 18C required Mr. Castle to serve this PPF no later than April 2, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Lawrence Castle no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M00B931846

```
** TX STATUS REPORT **              AS OF   JUL 10 2007 13:24   PAGE.01

                                            HUGHES HUBBARD


        DATE  TIME      TO/FROM        MODE   MIN/SEC   PGS   JOB#  STATUS
    28  07/10 13:22     9039380235    EC--S   01'29"    006   115   OK
```

## Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B931847

# Exhibit 10



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re:     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *George Carter v. Merck & Co., Inc.*
> *Docket No. 2:07-cv-00393-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Rockmore. Pretrial Order No. 18C required Ms. Rockmore to serve this PPF no later than April 2, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty Rockmore no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00E729197

```
** TX STATUS REPORT **              AS OF   JUL 10 2007 13:24    PAGE.01

                                           HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   28   07/10 13:22     9039380235 EC--S    01'29"   006   115   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
bugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE739198

# Exhibit 11



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *George Carter v. Merck & Co., Inc.*
> *Docket No. 2:07-cv-00393-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Bonnie Joyce Walker. Pretrial Order No. 18C required Ms. Walker to serve this PPF no later than April 2, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Bonnie Joyce Walker no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00E365341

```
** TX STATUS REPORT **                    AS OF   JUL 10 2007 13:24   PAGE.01

                                                   HUGHES HUBBARD


      DATE  TIME      TO/FROM       MODE   MIN/SEC    PGS   JOB#  STATUS
  28  07/10 13:22     9039380235   EC--S   01'29"     006   115   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0709
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E365342

# Exhibit 12



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

Re:    *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *George Carter v. Merck & Co., Inc.*
        *Docket No. 2:07-cv-00393-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Michael L. Wood. Pretrial Order No. 18C required Mr. Wood to serve this PPF no later than April 2, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Michael L. Wood no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **        AS OF   JUL 10 2007 13:24   PAGE.01

                                            HUGHES HUBBARD

        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   28   07/10 13:22   9039380235 EC--S  01'29"  006   115    OK
```

# Hughes Hubbard

**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
bugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

Exhibit 13



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

W. Eason Mitchell, Esq.
The Colom Law Firm LLC
200 Sixth Street North
Suite 102
Columbus, MS 39701

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Paticia Blodgett v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-09693-EEF-DEK*

Dear Mr. Mitchell:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Paticia Blodgett.  Pretrial Order No. 18C required Ms. Blodgett to serve this PPF no later than January 23, 2007, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Paticia Blodgett no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0E609683

```
** TX STATUS REPORT **          AS OF   MAY 11 2007 14:03   PAGE.01

                                        HUGHES HUBBARD

      DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
18    05/11 14:02      6623294832 EC--S   01'36"    005   058   OK
```



# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| W. Eason Mitchell, Esq. | The Colom Law Firm LLC | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E609684

# Exhibit 14



**Hughes Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey  City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

W. Eason Mitchell, Esq.
The Colom Law Firm LLC
200 Sixth Street North
Suite 102
Columbus, MS 39701

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Paticia Blodgett v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-09693-EEF-DEK***

Dear Mr. Mitchell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Robert Gospodareck.  Pretrial Order No. 18C required Mr. Gospodareck to serve this PPF no later than January 23, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Robert Gospodareck no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF  MAY 11 2007 14:03   PAGE.01

                                            HUGHES HUBBARD


       DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   18  05/11 14:02     6623294832  EC--S   01'36"    005   058   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| W. Eason Mitchell, Esq. | The Colom Law Firm LLC | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E206227

# Exhibit 15



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

W. Eason Mitchell, Esq.
Colom Law Firm
P.O. Box 866
Columbus, MS 39703

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Paticia Blodgett v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-09693-EEF-DEK*

Dear Mr. Mitchell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Henretta Jones. Pretrial Order No. 18C required Ms. Jones to serve this PPF no later than January 23, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Henretta Jones no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0D0374386

```
** TX STATUS REPORT **          AS OF  JUL 10 2007 13:00   PAGE.01

                                         HUGHES HUBBARD

        DATE  TIME        TO/FROM    MODE  MIN/SEC  PGS   JOB#  STATUS
    18  07/10 12:59      6623294832  EC--S  01'00"  003   102   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| W. Eason Mitchell, Esq. | Colom Law Firm | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00D374387

# Exhibit 16



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

W. Eason Mitchell, Esq.
The Colom Law Firm LLC
200 Sixth Street North
Suite 102
Columbus, MS 39701

Re:   *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Etta M. Catto v. Merck & Co., Inc.*
*Docket No. 2:06–cv–01660–EEF–DEK*

Dear Mr. Mitchell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Essie Anderson. Pretrial Order No. 18C required Ms. Anderson to serve this PPF no later than July 13, 2006.

Please produce a completed PPF for Essie Anderson no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

** TX STATUS REPORT **          AS OF   MAY 11 2007 14:03    PAGE.01

                                             HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC    PGS    JOB#  STATUS
   18   05/11 14:02    6623294832  EC--S   01'36"    005    058   OK
---------------------------------------------------------------------------



# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| W. Eason Mitchell, Esq. | The Colom Law Firm LLC | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODEB28490

# Exhibit 17



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

W. Eason Mitchell, Esq.
Colom Law Firm
P.O. Box 866
Columbus, MS 39703

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Etta M. Catto v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-01660-EEF-DEK***

Dear Mr. Mitchell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Brenda Johnson. Pretrial Order No. 18C required Ms. Johnson to serve this PPF no later than July 13, 2006.

Please produce a completed PPF for Brenda Johnson no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT **                     AS OF   JUL 10 2007 13:00   PAGE.01

                                                    HUGHES HUBBARD

         DATE  TIME      TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
    18   07/10 12:59     6623294832  EC--S  01'00"   003   102   OK

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| W. Eason Mitchell, Esq. | Colom Law Firm | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B931865

# Exhibit 18



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 22, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

Edward L. Pleasants, III, Esq.
The Colom Law Firm
P.O. Box 866
Columbus, MS 39703

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Joann G. Sansing v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-09373-EEF-DEK*

Dear Mr. Pleasants:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gwendolyn Colom. Pretrial Order No. 18C required your client, plaintiff Roderick Colom, to serve this PPF no later than January 16, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Gwendolyn Colom no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **              AS OF   MAR 22 2007 15:26   PAGE.01
                                         HUGHES HUBBARD


       DATE  TIME        TO/FROM       MODE   MIN/SEC    PGS   JOB#  STATUS
   22  03/22  15:25      6623294832    EC--S  01'17"     004   019   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 22, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Edward L. Pleasants, III, Esq. | The Colom Law Firm | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 19

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & TELECOPY (985-536-6445)**

Daniel E. Becnel, Jr., Esq.
Law Offices of Daniel E. Becnel Jr.
106 Seventh Street
P.O. Drawer H
Reserve, LA 70084

Re:  *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Patricia Allison v. Merck & Co., Inc.*
*Docket No. 2:05-cv-05822-EEF-DEK*

Dear Mr. Becnel:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jomayne Stephens. The deadline for Ms. Stephens to serve a complete PPF and medical authorizations passed on February 4, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

        Within twenty (20) days from the date of this letter either; (1) confirm in writing that Jomayne Stephens is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Stephens.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
       Russ M. Herman, Esq. (via electronic mail)

M007A36144

11/01/2006 12:48 FAX  12124224726        HUGHES HUBBARD LLP                    ☐001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


        TRANSMISSION OK

        TX/RX NO                0652
        RECIPIENT ADDRESS       19855366445
        DESTINATION ID
        ST. TIME                11/01 12:45
        TIME USE                02'46
        PAGES SENT              15
        RESULT                  OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | November 1, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Daniel E. Becnel, Jr., Esq. | Law Offices of Daniel E. Becnel Jr. | 985-536-6445 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit 20



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-595-1999)**

David E. Dobbs, Esq.
Dobbs and Tittle PC
112 East Line, #300
Tyler, TX 75702

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Joye Arnold v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-09821-EEF-DEK*

Dear Mr. Dobbs:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Loretta Brown. Pretrial Order No. 18C required Ms. Brown to serve this PPF no later than January 23, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Loretta Brown no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MODE150192

```
** TX STATUS REPORT **          AS OF   MAY 10 2007 11:49   PAGE.01

                                        HUGHES HUBBARD


       DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   22  05/10 11:47    9035951999 EC--S   01'57"   008   131   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David E. Dobbs, Esq. | Dobbs and Tittle PC | 903-595-1999 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: *8*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE150193

# Exhibit 21



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-222-0066)**

Michael T. Gallagher, Esq.
The Gallagher Law Firm
Two Shell Plaza
777 Walker, Suite 2500
Houston, TX 77002

> *Re:* *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Leo Calcavecchia v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-07081-EEF-DEK*

Dear Mr. Gallagher:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Patricia Gilley. Pretrial Order No. 18C required Ms. Gilley to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Patricia Gilley no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MUUUH-058U8

```
** TX STATUS REPORT **          AS OF   MAY 11 2007 11:55   PAGE.01
                                        HUGHES HUBBARD

       DATE TIME      TO/FROM        MODE  MIN/SEC  PGS  JOB#  STATUS
   22  05/11 11:54    713 222 0066 EC--S   00'48"   003  247   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Michael T. Gallagher, Esq. | The Gallagher Law Firm | 713-222-0066 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DCF05609

# Exhibit 22


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone 201-536-9220
Fax 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-222-0066)**

Michael T. Gallagher, Esq.
The Gallagher Law Firm
Two Shell Plaza
777 Walker, Suite 2500
Houston, TX 77002

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Leo Calcavecchia v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-07081-EEF-DEK***

Dear Mr. Gallagher:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nola Stackhouse. Pretrial Order No. 18C required Ms. Stackhouse to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Nola Stackhouse no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MOO8931852

```
** TX STATUS REPORT **          AS OF   JUL 10 2007 12:44   PAGE.01

                                      HUGHES HUBBARD

      DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   12 07/10 12:44   713 222 0066 EC--S   00'48"    003   094    OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Michael T. Gallagher, Esq. | The Gallagher Law Firm | 713-222-0066 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B931853

Exhibit 23

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

August 15, 2006

**VIA FIRST CLASS MAIL & TELECOPY (859-259-1909)**

Richard A. Getty, Esq.
Getty Hargadon Miller & Keller, PLLC
250 West Main Street
1900 Lexington Financial Center
Lexington, KY 40507

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Della Stamper v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00462-EEF-DEK*

Dear Mr. Getty:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Richard J Getty. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Mr. Getty to serve a PPF and medical authorizations passed on November 30, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via electronic mail)
     Russ M. Herman, Esq. (via electronic mail)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0322
RECIPIENT ADDRESS     18592591909
DESTINATION ID
ST. TIME              08/15 13:01
TIME USE              00'29
PAGES SENT            3
RESULT                OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 15, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Richard A. Getty, Esq. | Getty Hargadon Miller & Keller, PLLC | 859-259-1909 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.