# Exhibit 24



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (712-732-6202)**

Steve Hamilton, Esq.
Hamilton Law Firm
606 Ontario Street
P.O. Box 188
Storm Lake, IA 50588

Re:   *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*William L. Losee v. Merck & Co., Inc.*
*Docket No. 2:06-cv-10606-EEF-DEK*

Dear Mr. Hamilton:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for William L. Losee. Pretrial Order No. 18C required your clients, plaintiffs Diana L. Losee and William L. Losee, to serve this PPF no later than February 11, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for William L. Losee no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0OE608679

```
** TX STATUS REPORT **              AS OF  APR 25 2007 16:13   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME      TO/FROM       MODE   MIN/SEC   PGS   JOBH   STATUS
   23  04/25 16:11      7127326202  EC--S   01'59"    008   224    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Steve Hamilton, Esq. | Hamilton Law Firm | 712-732-6202 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   8

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE608680

# Exhibit 25



**Hughes Hubbard**

, A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (405-319-9292)**

Conner Helms, Esq.
Helms and Underwood
2500 First National Center
120 North Robinson
Oklahoma City, OK 73102

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Duong Nguyen v. Merck & Co., Inc.*
> *Docket No. 2:07-cv-00719-EEF-DEK*

Dear Mr. Helms:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Duong Nguyen. Pretrial Order No. 18C required Ms. Nguyen to serve this PPF no later than April 22, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Duong Nguyen no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00D374414

```
** TX STATUS REPORT **          AS OF  JUL 10 2007 11:31   PAGE.01

                                         HUGHES HUBBARD


       DATE TIME       TO/FROM     MODE  MIN/SEC  PGS JOB# STATUS
   31  07/10 11:30      4053199292 EC--S  00'49"  002  254  OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Conner Helms, Esq. | Helms and Underwood | 405-319-9292 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00D374415

# Exhibit 26



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 31, 2007

**BY FIRST CLASS MAIL & TELECOPY (202-223-3595)**

Thomas F. Urban, Esq.
James F. Humphreys and Associates LC
1200 New Hampshire Ave., N.W.
Suite 510
Washington, DC 20036

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Marya Blocker v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06936-EEF-DEK***

Dear Mr. Urban:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Suchey. Pretrial Order No. 18C required your clients, plaintiffs Marya Blocker and Betty Suchey, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty Suchey no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M009657550

```
** TX STATUS REPORT **          AS OF   JAN 31 2007 11:25   PAGE.01

                                          HUGHES HUBBARD


      DATE  TIME       TO/FROM      MODE    MIN/SEC   PGS   JOB#  STATUS
   30 01/31 11:23      2022233595   EC--S   02'34"    010   189   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 31, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Thomas F. Urban, Esq. | James F. Humphreys and Associates LC | 202-223-3595 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MOO9657551

# Exhibit 27



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (202-223-2595)**

Thomas F. Urban, II, Esq.
James F. Humphreys and Associates LC
1200 New Hampshire Avenue, NW
Suite 510
Washington, DC 20036

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Shirley Roberson v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10323-EEF-DEK*

Dear Mr. Urban:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Shirley Roberson. Pretrial Order No. 18C required Ms. Roberson to serve this PPF no later than January 31, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Shirley Roberson no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0D034543

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 04 | 02/27 | 15:02 | 13043475055 | EC--S | 01'33" | 006 | 215 | OK |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 27, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Thomas F. Urban, II, Esq. | James F. Humphreys and Associates LC | ~~202-529-2501~~ (304) 842-5655 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00D034544

# Exhibit 28



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (202-223-2595)**

Thomas F. Urban, II, Esq.
James F. Humphreys and Associates LC
1200 New Hampshire Avenue, NW
Suite 510
Washington, DC 20036

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Hercharan K. Sethi v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10324-EEF-DEK*

Dear Mr. Urban:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Kulwant S. Sethi. Pretrial Order No. 18C required your client, plaintiff Hercharan K. Sethi, to serve this PPF no later than January 31, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Kulwant S. Sethi no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DD034541

```
** TX STATUS REPORT **                AS OF   FEB 27 2007 15:04   PAGE.01

                                                     HUGHES HUBBARD

        DATE  TIME      TO/FROM        MODE   MIN/SEC  PGS  JOB#  STATUS
  04   02/27 15:02    13043475055 EC--S   01'33"  006  215   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 27, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas F. Urban, II, Esq. | James F. Humphreys and Associates LC | 202-829-2592 (304) 347-5655 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DD034542

# Exhibit 29



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 22, 2007

**BY FIRST CLASS MAIL & TELECOPY (860-979-0064)**

Craig Vernon, Esq.
James Vernon and Weeks PA
1875 N. Lakewood Drive
Suite 200
Coeur D'Alene, ID 83814

Re:  *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Philip Ruff v. Merck & Co., Inc.*
*Docket No. 2:06-cv-09354-EEF-DEK*

Dear Mr. Vernon:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Philip Ruff. Pretrial Order No. 18C required Mr. Ruff to serve this PPF no later than January 16, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Philip Ruff no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M009297749

```
** TX STATUS REPORT **                 AS OF   MAR 22 2007 15:01   PAGE.01

                                              HUGHES HUBBARD


       DATE  TIME        TO/FROM      MODE    MIN/SEC    PGS    JOB#   STATUS
   09  03/22 15:00       8609790064 EC--S     00'57"     003    014    OK
```



## Hughes
## Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | March 22, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Craig Vernon, Esq. | James Vernon and Weeks PA | 860-979-0064 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M009297750

# Exhibit 30



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-841-1941)**

Jason L. Shelton, Esq.
Shelton & Associates, PA
218 North Spring Street
P.O. Box 1362
Tupelo, MS 38802

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Dorothy Cantrell v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10974-EEF-DEK*

Dear Mr. Shelton:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ida Edwards. Pretrial Order No. 18C required Ms. Edwards to serve this PPF no later than March 3, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Ida Edwards no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MO0B931840

```
** TX STATUS REPORT **          AS OF  JUL 10 2007 13:20  PAGE.01
                                           HUGHES HUBBARD

        DATE  TIME    TO/FROM    MODE  MIN/SEC   PGS   JOB#  STATUS
    26  07/10 13:18   6628411941 EC--S  01'35"   006   113   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|------|------|---------|
| Jason L. Shelton, Esq. | Shelton & Associates, PA | 662-841-1941 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDL0591941

# Exhibit 31



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

January 31, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-292-2755)**

Richard N. Laminack, Esq.
Laminack Pirtle & Martines
440 Louisiana
Suite 1250
Houston, TX 77002

Re:     *In re Vioxx® Products Liability Litigation*
          *MDL No. 1657*

Dear Mr. Laminack:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a large number of plaintiffs in the above referenced action. The chart below lists the full name of each injured party, the appropriate plaintiffs, case name, docket number, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

|   | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 1 | Bateman, Brenda | Brenda Bateman | Bateman, Brenda v. Merck & Co., Inc. | 2:06-cv-07071 | 12/12/06 |
| 2 | Bauer, Katherine D. | Katherine D. Bauer | Bauer, Katherine D. v. Merck & Co., Inc. | 2:06-cv-06554 | 12/11/06 |
| 3 | Pappa, Bertha | Lillian Biscaha and Bertha Pappa | Biscaha, Lillian v. Merck & Co., Inc. | 2:06-cv-07009 | 12/13/06 |
| 4 | Branscome, Sherry | Sherry Branscome | Branscome, Sherry v. Merck & Co., Inc. | 2:06-cv-06201 | 12/5/06 |
| 5 | Bryant, Thelma L. | Thelma L. Bryant | Bryant, Thelma L. v. Merck & Co., Inc. | 2:06-cv-06278 | 12/6/06 |
| 6 | Carlton, Donnie D. | Donnie D. Carlton | Carlton, Donnie D. v. Merck & Co., Inc. | 2:06-cv-07016 | 12/13/06 |
| 7 | Carter, Mattie B. | Mattie B. Carter | Carter, Mattie v. Merck & Co., Inc. | 2:06-cv-06563 | 12/11/06 |
| 8 | Cavins, Annette | Annette Cavins | Cavins, Annette v. Merck & Co., Inc. | 2:06-cv-06564 | 12/11/06 |
| 9 | Chastain, Wendy L. | Wendy L. Chastain | Chastain, David P. v. Merck & Co. Inc. | 2:06-cv-07061 | 12/12/06 |
| 10 | Chauncey, Darrell | Darrell Chauncey | Chauncey, Darrell v. Merck & Co., Inc. | 2:06-cv-06531 | 12/11/06 |

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M02C64926

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 11 | Clark, Fayth M. | Fayth M. Clark | Clark, Fayth v. Merck & Co., Inc. | 2:06-cv-06565 | 12/11/06 |
| 12 | Cochran, Louise E. | Louise E. Cochran | Cochran, Louise E. v. Merck & Co., Inc. | 2:06-cv-06203 | 12/5/06 |
| 13 | Cook, Kindren A. | Kindren A. Cook | Cook, Kindren A. v. Merck & Co., Inc. | 2:06-cv-06566 | 12/11/06 |
| 14 | Crowley, James N. | James N. Crowley | Crowley, James N. v. Merck & Co., Inc. | 2:06-cv-07017 | 12/13/06 |
| 15 | Damron, Phyllis | Phyllis Damron | Damron, Phyllis v. Merck & Co., Inc. | 2:06-cv-06567 | 12/11/06 |
| 16 | Davis, Esther H. | Esther H. Davis, Jennifer A. Davis and Kim J. Davis | Davis, Kim J. v. Merck & Co., Inc. | 2:06-cv-07029 | 12/13/06 |
| 17 | Day, John | John Day | Day, John v. Merck & Co., Inc. | 2:06-cv-06279 | 12/6/06 |
| 18 | Decker, Gary L. | Gary L. Decker | Decker, Gary L. v. Merck & Co., Inc. | 2:06-cv-06547 | 12/11/06 |
| 19 | Denniston, Altha Jettie | Altha Jettie Denniston | Denniston, Altha J. v. Merck & Co., Inc. | 2:06-cv-07063 | 12/12/06 |
| 20 | DesJardins, Richard L. | Richard L. DesJardins | DesJardins, Richard L. v. Merck & Co., Inc. | 2:06-cv-06986 | 12/12/06 |
| 21 | Dunmore, Elizabeth | Elizabeth Dunmore | Dunmore, Elizabeth v. Merck & Co., Inc. | 2:06-cv-06205 | 12/5/06 |
| 22 | Durr, Edward | Edward Durr | Durr, Edward v. Merck & Co., Inc. | 2:06-cv-06281 | 12/6/06 |
| 23 | Fago, Ruth | Ruth Fago | Fago, Ruth v. Merck & Co., Inc. | 2:06-cv-06282 | 12/6/06 |
| 24 | Fedrick, Charles L. | Charles L. Fedrick | Fedrick, Charles L. v. Merck & Co., Inc. | 2:06-cv-06527 | 12/11/06 |
| 25 | Crockett, Pearly Mae | Pearly Mae Crockett and Irene C. Fields | Fields, Irene v. Merck & Co., Inc. | 2:06-cv-07010 | 12/13/06 |
| 26 | Finch, Duane | Duane Finch | Finch, Duane v. Merck & Co., Inc. | 2:06-cv-06197 | 12/5/06 |
| 27 | Flood, Patricia | Patricia Flood | Flood, Patricia, v. Merck & Co. Inc. | 2:06-cv-06528 | 12/11/06 |
| 28 | Fortner, Charles Leonard | Charles Leonard Fortner | Fortner, Charles L. v. Merck & Co., Inc. | 2:06-cv-06529 | 12/11/06 |
| 29 | Arrowood, Carlile | Carlile Arrowood and Vickie Franklin | Franklin, Vickie v. Merck & Co., Inc. | 2:06-cv-07054 | 12/12/06 |
| 30 | Garner, Mary A. | Mary A. Garner | Garner, Mary A. v. Merck & Co., Inc. | 2:06-cv-06548 | 12/11/06 |
| 31 | Geiger, John L. | John L. Geiger | Geiger, John L. v. Merck & Co., Inc. | 2:06-cv-06530 | 12/11/06 |

2

M002C6492Z



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 32 | Gunik, Aleksandr | Aleksandr Gunik and Irina Gunik | Gunik, Irina v. Merck & Co., Inc. | 2:06-cv-07027 | 12/13/06 |
| 33 | Hando, John A. | John A. Hando | Hando, John A. v. Merck & Co., Inc. | 2:06-cv-06199 | 12/5/06 |
| 34 | Hardin, Edward T. | Edward T. Hardin | Hardin, Edward T. v. Merck & Co., Inc. | 2:06-cv-06283 | 12/6/06 |
| 35 | Hauser, Barry F. | Barry F. Hauser | Hauser, Barry F. v. Merck & Co., Inc. | 2:06-cv-06294 | 12/6/06 |
| 36 | Hershberger, Sally M. | Sally M. Hershberger | Hershberger, Sally M. v. Merck & Co., Inc. | 2:06-cv-06549 | 12/11/06 |
| 37 | Hertica, Bernadene | Bernadene Hertica | Hertica, Bernadene v. Merck & Co., Inc. | 2:06-cv-07015 | 12/13/06 |
| 38 | Hill, Ernestine | Ernestine Hill | Hill, Ernestine v. Merck & Co., Inc. | 2:06-cv-07062 | 12/12/06 |
| 39 | Hodges, Rose M. | Rose M. Hodges | Hodges, Rose M. v. Merck & Co., Inc. | 2:06-cv-06285 | 12/6/06 |
| 40 | Hudson, Marguerite | John Hudson and Marguerite Hudson | Hudson, John v. Merck & Co., Inc. | 2:06-cv-07011 | 12/13/06 |
| 41 | Hughes, Sadie | Sadie Hughes | Hughes, Sadie v. Merck & Co. Inc. | 2:06-cv-06187 | 12/5/06 |
| 42 | Johnson, Thelma E. | Thelma E. Johnson | Johnson, Thelma E. v. Merck & Co., Inc. | 2:06-cv-06188 | 12/5/06 |
| 43 | Jones, Montea | Montea Jones | Jones, Montea v. Merck & Co., Inc. | 2:06-cv-06917 | 12/12/06 |
| 44 | Kincaid, Jerome Carl | Jerome Carl Kincaid | Kincaid, Jerome Carl v. Merck & Co., Inc. | 2:06-cv-07057 | 12/12/06 |
| 45 | King, LaVone | LaVone King | Kliewer, Frank G. v. Merck & Co., Inc. | 2:06-cv-07058 | 12/12/06 |
| 46 | Kliewer, Frank G. | Frank G. Kliewer | Kornegay, Marcel M. v. Merck & Co., Inc. | 2:06-cv-06550 | 12/11/06 |
| 47 | Kornegay, Marcel M. | Marcel M. Kornegay | Kornegay, Marcel M. v. Merck & Co., Inc. | 2:06-cv-07059 | 12/12/06 |
| 48 | Kuehn, Vernon | Vernon Kuehn | Kuehn, Vernon v. Merck & Co., Inc. | 2:06-cv-07055 | 12/12/06 |
| 49 | Kyser, Ethel L. | Ethel L. Kyser | Kyser, Ethel L. v. Merck & Co., Inc. | 2:06-cv-06551 | 12/11/06 |
| 50 | Lampkins, Bernadine C. | Bernadine C. Lampkins | Lampkins, Bernadine C. v. Merck & Co., Inc. | 2:06-cv-06552 | 12/11/06 |
| 51 | Lapikas, Margaret | Margaret Lapikas | Lapikas, Margaret v. Merck & Co., Inc. | 2:06-cv-06190 | 12/5/06 |
| 52 | Lippman, Elaine | Elaine Lippman | Lippman, Elaine v. Merck & Co., Inc. | 2:06-cv-06526 | 12/11/06 |

3

M002C64928

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP.
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 53 | Redmond Hobson, Annabell | Annabell Redmond Hobson | Marks, Anna E. v. Merck & Co., Inc. | 2:06-cv-07022 | 12/13/06 |
| 54 | Maull, Clara | Clara Maull and Dizzie Dean Maull | Maull, Dizzie Dean v. Merck & Co., Inc. | 2:06-cv-07025 | 12/13/06 |
| 55 | McClure, Willie J. | Willie J. McClure | McClure, Willie J. v. Merck & Co., Inc. | 2:06-cv-06540 | 12/11/06 |
| 56 | Ash, Avenell | Avenell Ash and Marsha McCormick | McCormick, Marsha v. Merck & Co., Inc. | 2:06-cv-07023 | 12/13/06 |
| 57 | McGinnis, Jack L. | Jack L. McGinnis and Marlene M. McGinnis | McGinnis, Marlene v. Merck & Co., Inc. | 2:06-cv-07021 | 12/13/06 |
| 58 | Paplia, Romona M. | Romona M. Paplia | Paplia, Romona M v. Merck & Co., Inc. | 2:06-cv-07056 | 12/12/06 |
| 59 | Phillips, Raymond G., Jr. | Raymond G. Phillips, Jr. | Phillips, Raymond G. Jr. v. Merck & Co., Inc. | 2:06-cv-06542 | 12/11/06 |
| 60 | Poindexter, Wendel C. | Wendel C. Poindexter | Poindexter, Wendel C. v. Merck & Co., Inc. | 2:06-cv-06916 | 12/12/06 |
| 61 | Powers, Karin | Gary Dean Powers and Karin Powers | Powers, Gary Dean v. Merck & Co., Inc. | 2:06-cv-07026 | 12/13/06 |
| 62 | Raiman, Joel H. | Joel H. Raiman | Raiman, Joel H. v. Merck & Co., Inc. | 2:06-cv-06289 | 12/6/06 |
| 63 | Reemes, Jimmie A. | Deborah D. Reemes and Jimmie A. Reemes | Reemes, Deborah D. v. Merck & Co., Inc. | 2:06-cv-07028 | 12/13/06 |
| 64 | Reser, Sharrel David | Sharrel David Reser | Reser, Sharrel D. v. Merck & Co., Inc. | 2:06-cv-06989 | 12/12/06 |
| 65 | Roberts, Don | Don Roberts | Roberts, Don v. Merck & Co., Inc. | 2:06-cv-06544 | 12/11/06 |
| 66 | Savron, John M. | John M. Savron | Savron, John M. v. Merck & Co., Inc. | 2:06-cv-06545 | 12/11/06 |
| 67 | Schneider, Ronald E. | Ronald E. Schneider | Schneider, Ronald E. v. Merck & Co., Inc. | 2:06-cv-06546 | 12/11/06 |
| 68 | Scott, Hattie R. | Hattie R. Scott | Scott, Hattie R. v. Merck & Co., Inc. | 2:06-cv-06534 | 12/11/06 |
| 69 | Shaw, Mary L. | Mary L. Shaw | Shaw, Mary L. v. Merck & Co., Inc. | 2:06-cv-06988 | 12/12/06 |
| 70 | Sheppard, Laurise | Laurise Sheppard | Sheppard, Laurise v. Merck & Co., Inc. | 2:06-cv-06195 | 12/5/06 |
| 71 | Signer, Ellyn | Ellyn Signer | Signer, Ellyn v. Merck & Co., Inc. | 2:06-cv-06535 | 12/11/06 |
| 72 | Sims, Judith | Judith Sims | Sims, Judith v. Merck & Co., Inc. | 2:06-cv-06985 | 12/12/06 |

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M002C64929

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 73 | Smith, Nancy Lou | Nancy Lou Smith | Smith, Nancy L. v. Merck & Co., Inc. | 2:06-cv-06541 | 12/11/06 |
| 74 | Smith, Ronnie M. | Ronnie M. Smith | Smith, Ronnie M. v. Merck & Co., Inc. | 2:06-cv-06543 | 12/11/06 |
| 75 | Stabley, Donna E. | Donna E. Stabley | Stabley, Donna E. v. Merck & Co., Inc. | 2:06-cv-06536 | 12/11/06 |
| 76 | Stephens, Annie | Annie Stephens | Stephens, Annie v. Merck & Co., Inc. | 2:06-cv-06987 | 12/12/06 |
| 77 | Stevenson, Nancy L. | Nancy L. Stevenson | Stevenson, Nancy L. v. Merck & Co., Inc. | 2:06-cv-06537 | 12/11/06 |
| 78 | Suggs, Emmitt | Carol Suggs and Emmitt Suggs | Suggs, Carol v. Merck & Co., Inc. | 2:06-cv-07012 | 12/13/06 |
| 79 | Tarantino, Daniel P. | Daniel P. Tarantino and Loma P. Tarantino | Tarantino, Loma P. v. Merck & Co., Inc. | 2:06-cv-07024 | 12/13/06 |
| 80 | Tavis, Betty | Betty Tavis | Tavis, Betty v. Merck & Co., Inc. | 2:06-cv-07020 | 12/13/06 |
| 81 | Taylor, Joan M. | Joan M. Taylor | Taylor, Joan M. v. Merck & Co., Inc. | 2:06-cv-06291 | 12/6/06 |
| 82 | Taylor, Sharon D. | Sharon D. Taylor | Taylor, Sharon D. v. Merck & Co., Inc. | 2:06-cv-06538 | 12/11/06 |
| 83 | Terry, Rodney R. | Rodney R. Terry | Terry, Rodney R. v. Merck & Co., Inc. | 2:06-cv-06539 | 12/11/06 |
| 84 | Thomas, Carolyn M. | Carolyn M. Thomas | Thomas, Carolyn M. v. Merck & Co., Inc. | 2:06-cv-06991 | 12/12/06 |
| 85 | Thomas, Dewey, Jr. | Dewey Thomas, Jr. | Thomas, Dewey Jr. v. Merck & Co., Inc. | 2:06-cv-06292 | 12/6/06 |
| 86 | Thomason, Frederick, Sr. | Frederick Thomason, Sr. | Thomason, Frederick v. Merck & Co., Inc. | 2:06-cv-06990 | 12/12/06 |
| 87 | Trejo, Mary K. | Mary K. Trejo | Trejo, Mary K. v. Merck & Co., Inc. | 2:06-cv-06532 | 12/11/06 |
| 88 | Walker, Idella | Idella Walker | Walker, Idella v. Merck & Co., Inc. | 2:06-cv-07053 | 12/12/06 |
| 89 | Walls, Eddie L. | Eddie L. Walls | Walls, Eddie L. v. Merck & Co., Inc. | 2:06-cv-06992 | 12/12/06 |
| 90 | Walters, Wilton | Wilton Walters | Walters, Wilton v. Merck & Co., Inc. | 2:06-cv-06993 | 12/12/06 |
| 91 | Webster, Gary E. | Gary E. Webster | Webster, Gary E. v. Merck & Co., Inc. | 2:06-cv-06533 | 12/11/06 |
| 92 | Webster, Hardy, Jr. | Hardy Webster, Jr. | Webster, Hardy Jr. v. Merck & Co., Inc. | 2:06-cv-06294 | 12/6/06 |
| 93 | Whitley, Mickel Wayne | Mickel Wayne Whitley | Whitley, Mickel W. v. Merck & Co., Inc. | 2:06-cv-07013 | 12/13/06 |

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

M02C64930



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

|    | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|----|-------------------|------------|-----------|---------------|----------------------|
| 94 | Winters, Charles V. | Charles V. Winters | Winters, Charles V. v. Merck & Co., Inc. | 2:06-cv-07019 | 12/13/06 |
| 95 | Yarbrough, Nola | Nola Yarbrough | Yarbrough, Nola v. Merck & Co., Inc. | 2:06-cv-06296 | 12/6/06 |

Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M002C64931

```
** TX STATUS REPORT **          AS OF   JAN 31 2007 10:22   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME      TO/FROM     MODE   MIN/SEC  PGS  JOB#  STATUS
 04   01/31 10:20     7132922755 EC--S   02'43"   007  159   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 31, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Richard N. Laminack, Esq. | Laminack Pirtle & Martines | 713-292-2755 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M002C64932

# Exhibit 32

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 15, 2005

**VIA TELECOPY (276-679-6633)**

Timothy W. McAfee, Esq.
McAfee Law Firm, PC
P.O. Box 656
Norton, VA 24273

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *David M. Akers v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02384-EEF-DEK*

Dear Mr. McAfee:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Constance E Childress. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for your client, plaintiff Constance E Childress, to serve a PPF and medical authorizations passed on November 15, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

One Battery Park Plaza
New York, New York
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

NY

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
                                        TIME   : 12/15/2005 15:34
                                        NAME   :
                                        FAX#   :
                                        TEL#   :
                                        SER.#  : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────┐
│  DATE,TIME              12/15  15:33                                │
│  FAX NO./NAME           10007341835127667946848                     │
│  DURATION               00:00:42                                    │
│  PAGE(S)                02                                          │
│  RESULT                 OK                                          │
│  MODE                   STANDARD                                    │
│                         ECM                                        │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 15, 2005 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Timothy W. McAfee, Esq. | McAfee Law Firm, PC | 276-679-4648 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M007227271

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 15, 2005 |

| TO | Firm | Fax No. |
|---|---|---|
| Timothy W. McAfee, Esq. | McAfee Law Firm, PC | 276-679-6633 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M007227272

# Exhibit 33

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith, Attorney at Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

> Re:    *In re Vioxx® Products Liability Litigation*
>        *MDL No. 1657*
>        *Laura Davenport v. Merck & Co. Inc.*
>        *Docket No. 2:06-cv-00096-EEF-DEK*

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mamie Bisazza. The deadline for Ms. Bisazza to serve a complete PPF and medical authorizations passed on March 26, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Mamie Bisazza is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Bisazza.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
       Russ M. Herman, Esq. (via electronic mail)

M0DA157526

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *W. Nedleman*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>*A. Nedleman*  11-15-06 |
| 1. Article Addressed to:<br><br>Michael Smith, Esq.<br>21515 Hawthorne Boulevard<br>Suite 590<br>Torrance, CA 90503 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7006 0810 0002 4853 1474 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

NO PP7 11/1/06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

C066

Exhibit 34

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith, Attorney at Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

Re:     *In re Vioxx® Products Liability Litigation*
         *MDL No. 1657*
         *Laura Davenport v. Merck & Co. Inc.*
         *Docket No. 2:06-cv-00096-EEF-DEK*

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Laura Davenport. The deadline for Ms. Davenport to serve a complete PPF and medical authorizations passed on March 26, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Laura Davenport is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Davenport.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
       Russ M. Herman, Esq. (via electronic mail)

M0OA157527

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *W. Nedleman*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>*A. Nedleman 11-15-06* |
| 1. Article Addressed to:<br><br>Michael Smith, Esq.<br>21515 Hawthorne Boulevard<br>Suite 590<br>Torrance, CA 90503 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7006 0810 0002 4853 1474 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

NO PP7 11/1/06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

C066

# Exhibit 35

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith, Attorney at Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Laura Davenport v. Merck & Co. Inc.*
> *Docket No. 2:06-cv-00096-EEF-DEK*

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Maudie Davis. The deadline for Ms. Davis to serve a complete PPF and medical authorizations passed on March 26, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Maudie Davis is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Davis.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M0DA157528

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *W. Nedleman*   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>*A. Nedleman*  11-15-06<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Michael Smith, Esq.<br>21515 Hawthorne Boulevard<br>Suite 590<br>Torrance, CA 90503 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 0810 0002 4853 1474 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

NO PP7 11/1/06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

C066

# Exhibit 36

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith, Attorney at Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Laura Davenport v. Merck & Co. Inc.*
> *Docket No. 2:06-cv-00096-EEF-DEK*

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Eleanor Dramis. The deadline for Ms. Dramis to serve a complete PPF and medical authorizations passed on March 26, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Eleanor Dramis is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Dramis.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M00A157/5529

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *A. Nedleman* ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*) *A. Nedleman*  C. Date of Delivery 11-15-06<br>D. Is delivery address different from item 1? ☐ Yes<br> If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Michael Smith, Esq.<br>21515 Hawthorne Boulevard<br>Suite 590<br>Torrance, CA 90503 | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 0810 0002 4853 1474 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

*No PP7 11/1/06*

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

C066

# Exhibit 37

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith, Attorney at Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Laura Davenport v. Merck & Co. Inc.*
> *Docket No. 2:06-cv-00096-EEF-DEK*

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Willie Elston. The deadline for Mr. Elston to serve a complete PPF and medical authorizations passed on March 26, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Willie Elston is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Mr. Elston.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _A. Nedleman_  ☐ Agent  ☐ Addressee <br> B. Received by ( Printed Name )  C. Date of Delivery <br> _A. Nedleman_  _11-15-06_ |
| 1. Article Addressed to: <br><br> Michael Smith, Esq. <br> 21515 Hawthorne Boulevard <br> Suite 590 <br> Torrance, CA 90503 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |
| | 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)* | 7006 0810 0002 4853 1474 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

NO PP7 11/1/06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

C0&&

# Exhibit 38

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith, Attorney at Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

> *Re:*    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Laura Davenport v. Merck & Co. Inc.*
> *Docket No. 2:06-cv-00096-EEF-DEK*

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Robert Kongstvedt. The deadline for your clients, plaintiffs Robert Kongstvedt and Paula Smetana, to serve a complete PPF and medical authorizations for Robert Kongstvedt passed on March 26, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Robert Kongstvedt is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for your clients, plaintiffs Robert Kongstvedt and Paula Smetana.

Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery, among other grounds, should plaintiffs seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

M00A157531

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _A. Nedleman_ ☐ Agent ☐ Addressee <br> B. Received by ( Printed Name)   C. Date of Delivery <br> _A. Nedleman_  11-15-06 |
| 1. Article Addressed to: <br><br> Michael Smith, Esq. <br> 21515 Hawthorne Boulevard <br> Suite 590 <br> Torrance, CA 90503 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br><br> 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)*  7006 0810 0002 4853 1474 | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

NO PP7 11/1/06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

C066

# Exhibit 39

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith, Attorney at Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Laura Davenport v. Merck & Co. Inc.*
        *Docket No. 2:06-cv-00096-EEF-DEK*

Dear Mr. Smith:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Bernice Maddox. The deadline for Ms. Maddox to serve a complete PPF and medical authorizations passed on March 26, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

        Within twenty (20) days from the date of this letter either; (1) confirm in writing that Bernice Maddox is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Ms. Maddox.

        Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
        Russ M. Herman, Esq. (via electronic mail)

M00A157532

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *A. Nedleman*  ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>*A. Nedleman 11-15-06* |
| 1. Article Addressed to:<br><br>Michael Smith, Esq.<br>21515 Hawthorne Boulevard<br>Suite 590<br>Torrance, CA 90503 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7006 0810 0002 4853 1474 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

*No PP7 11/1/06*

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

C066

# Exhibit 40

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith, Attorney at Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Laura Davenport v. Merck & Co. Inc.***
> ***Docket No. 2:06-cv-00096-EEF-DEK***

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Joseph Panarisi. The deadline for Mr. Panarisi to serve a complete PPF and medical authorizations passed on March 26, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Joseph Panarisi is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Mr. Panarisi.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M00A157533

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *A. Nedleman*  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name*)  C. Date of Delivery<br>*A. Nedleman  11-15-06* |
| 1. Article Addressed to:<br><br>Michael Smith, Esq.<br>21515 Hawthorne Boulevard<br>Suite 590<br>Torrance, CA 90503 | D. Is delivery address different from item 1?  ☐ Yes<br> If YES, enter delivery address below:  ☐ No<br><br><br>3. Service Type<br> ☐ Certified Mail  ☐ Express Mail<br> ☐ Registered  ☐ Return Receipt for Merchandise<br> ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>  (*Transfer from service label*) | 7006 0810 0002 4853 1474 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

NO PP7 11/1/06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

C066

# Exhibit 41

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith, Attorney at Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

Re:     *In re Vioxx® Products Liability Litigation*
          *MDL No. 1657*
          *Laura Davenport v. Merck & Co. Inc.*
          <u>*Docket No. 2:06-cv-00096-EEF-DEK*</u>

Dear Mr. Smith:

       We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Aram Yeghiazarian. The deadline for Mr. Yeghiazarian to serve a complete PPF and medical authorizations passed on March 26, 2006. As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

       Within twenty (20) days from the date of this letter either; (1) confirm in writing that Aram Yeghiazarian is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Mr. Yeghiazarian.

       Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

                    Very truly yours,

                    */s/ John N. Poulos*

                    John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via electronic mail)
       Russ M. Herman, Esq. (via electronic mail)

MUJA15/554

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *A. Nedleman*  ☐ Agent ☐ Addressee<br>B. Received by *( Printed Name )*  C. Date of Delivery<br>*A. Nedleman* 11-15-06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Michael Smith, Esq.<br>21515 Hawthorne Boulevard<br>Suite 590<br>Torrance, CA 90503 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7006 0810 0002 4853 1474 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

*No PP7 11/1/06*

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hughes Hubbard & Reed
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

C068

# Exhibit 42



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

    Re:  *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Paula G. Alaniz v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-05999-EEF-DEK*

Dear Mr. Ide:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Thelma L. Flowers. Pretrial Order No. 18C required Ms. Flowers to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Thelma L. Flowers no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
    Russ M. Herman, Esq. (via e-mail)

M00B936045

```
** TX STATUS REPORT **              AS OF   JUL 10 2007 14:04 , PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    06  07/10 14:01 (540) 672-3055    EC--S  02'47"    011   145   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 43



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

       *Re:*     *In re Vioxx® Products Liability Litigation*
                *MDL No. 1657*
                *Paula G. Alaniz v. Merck & Co., Inc.*
                *Docket No. 2:06-cv-05999-EEF-DEK*

Dear Mr. Ide:

          We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced
above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and
appropriate medical authorizations for Diana Gonzalez. Pretrial Order No. 18C required Ms.
Gonzalez to serve this PPF no later than November 29, 2006, and Merck has not consented to
any extension of time in which to respond.

          Please produce a completed PPF for Diana Gonzalez no later than twenty (20)
days from the date of this letter. Merck reserves its right to move to dismiss the referenced
action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF
within the time requested, Merck may seek a dismissal without further warning.

                      Very truly yours,

                      */s/ John N. Poulos*

                      John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
         Russ M. Herman, Esq. (via e-mail)

```
*** TX STATUS REPORT ***        AS OF  JUL 10 2007 14:04   PAGE.01

                                        HUGHES HUBBARD


      DATE TIME      TO/FROM    MODE   MIN/SEC   PGS   JOB#  STATUS
                                EC--S  02'47"    011   145   OK
  06  07/10 14:01 (540) 672-3055
```

## Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B936044

# Exhibit 44



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Paula G. Alaniz v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-05999-EEF-DEK*

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mariti Jones. Pretrial Order No. 18C required Ms. Jones to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Mariti Jones no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00BD28969

```
** TX STATUS REPORT **              AS OF  MAY 11 2007 12:29   PAGE.01

                                          HUGHES HUBBARD


       DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
04     05/11 12:25 (540) 672-3055     EC--S  03'43"    015   019   OK
```



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00BD28870

# Exhibit 45



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Paula G. Alaniz v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-05999-EEF-DEK*

Dear Mr. Ide:

       We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Evelyn L. McCann. Pretrial Order No. 18C required Ms. McCann to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

       Please produce a completed PPF for Evelyn L. McCann no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

       Very truly yours,

       */s/ John N. Poulos*

       John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00DB13898

```
** TX STATUS REPORT **          AS OF   MAY 11 2007 12:29   PAGE.01

                                         HUGHES HUBBARD


      DATE  TIME      TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
04   05/11 12:25 (540) 672-3055    EC--5   03'43"   015   019   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00DB13899

# Exhibit 46



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:     ***In re Vioxx® Products Liability Litigation***
        ***MDL No. 1657***
        ***Paula G. Alaniz v. Merck & Co., Inc.***
        ***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Charles Mondroski. Pretrial Order No. 18C required Mr. Mondroski to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Charles Mondroski no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                        Very truly yours,

                                        */s/ John N. Poulos*

                                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M0DCF05700

```
** TX STATUS REPORT **          AS OF   MAY 11 2007 12:29   PAGE.01

                                        HUGHES HUBBARD


        DATE TIME       TO/FROM     MODE  MIN/SEC  PGS  JOB#  STATUS
    04  05/11 12:25 (540) 672-3055  EC--S  03'43"  015  019   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00CF05701

# Exhibit 47



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Paula G. Alaniz v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Guadalupe Saenz. Pretrial Order No. 18C required Ms. Saenz to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Guadalupe Saenz no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

MUUE-540595

```
** TX STATUS REPORT **          AS OF    MAY 11 2007 12:29    PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
    04  05/11 12:25 (540) 672-3055     EC--S  03'43"   015   019   OK
```

# Hughes Hubbard

**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DE340596

# Exhibit 48



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Paula G. Alaniz v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05999-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Cruz Vallejo.  Pretrial Order No. 18C required Mr. Vallejo to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Cruz Vallejo no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York    ■    Washington, D.C.    ■    Los Angeles    ■    Miami    ■    Jersey City    ■    Paris    ■    Tokyo

M0C831658

```
** TX STATUS REPORT **          AS OF  MAY 11 2007 12:29   PAGE.01

                                        HUGHES HUBBARD

        DATE TIME      TO/FROM     MODE  MIN/SEC  PGS  JOB#  STATUS
   04   05/11 12:25 (540) 672-3055 EC--S 03'43"   015  019   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00C831659

# Exhibit 49



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:  *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Paula G. Alaniz v. Merck & Co., Inc.*
*Docket No. 2:06-cv-05999-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Miriam Villarreal. Pretrial Order No. 18C required Ms. Villarreal to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Miriam Villarreal no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

```
** TX STATUS REPORT **          AS OF   MAY 11 2007 12:29   PAGE.01

                                        HUGHES HUBBARD

        DATE TIME      TO/FROM    MODE  MIN/SEC  PGS  JOB#  STATUS
   04   05/11 12:25 (540) 672-3055  EC--S  03'43"  015  019   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B654397

# Exhibit 50



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Paula G. Alaniz v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Valerie Wordlaw. Pretrial Order No. 18C required Ms. Wordlaw to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Valerie Wordlaw no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo

MODE020706

```
** TX STATUS REPORT **        AS OF   MAY 11 2007 12:29   PAGE.01

                                      HUGHES HUBBARD


        DATE TIME        TO/FROM     MODE  MIN/SEC  PGS  JOB#  STATUS
    04  05/11 12:25 (540) 672-3055   EC—S  03'43"   015  019   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E020707

# Exhibit 51



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Jose Alegria v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-05990-EEF-DEK*

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Charles Sheets.  Pretrial Order No. 18C required Mr. Sheets to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Charles Sheets no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                            Very truly yours,

                                            */s/ John N. Poulos*

                                            John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MJU0595989

** TX STATUS REPORT **          AS OF  MAY 11 2007 12:29   PAGE.01

HUGHES HUBBARD

| 04 | DATE TIME 05/11 12:25 | TO/FROM (540) 672-3055 | MODE EC--S | MIN/SEC 03'43" | PGS 015 | JOB# 019 | STATUS OK |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00639890

# Exhibit 52


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Martha Alvarado v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-05980-EEF-DEK*

Dear Mr. Ide:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Lois McAmock. Pretrial Order No. 18C required Ms. McAmock to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Lois McAmock no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00DB13900

```
** TX STATUS REPORT **            AS OF   MAY 11 2007 12:35   PAGE.01

                                          HUGHES HUBBARD


        DATE  TIME        TO/FROM       MODE   MIN/SEC   PGS   JOB#   STATUS
   05   05/11 12:31 (540) 672-3055      EC--S  03'44"    015   028    OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Bruodige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00DB13901