# Exhibit 90



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:     *In re Vioxx® Products Liability Litigation*
          *MDL No. 1657*
          *Edward Lafay v. Merck & Co., Inc.*
          *Docket No. 2:06-cv-05998-EEF-DEK*

Dear Mr. Ide:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Robert White. Pretrial Order No. 18C required Mr. White to serve this PPF no later than November 29, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Robert White no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   MAY 11 2007 12:00   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME       TO/FROM     MODE  MIN/SEC   PGS   JOB#  STATUS
  23  05/11 11:56 (540) 672-3055   EC--S 03'44"    015   248   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E020685

# Exhibit 91



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> *Re:*    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Joshua K. Sumitra v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06964-EEF-DEK*

Dear Mr. Ide:

     We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for June Hollingshead. Pretrial Order No. 18C required Ms. Hollingshead to serve this PPF no later than December 12, 2006, and Merck has not consented to any extension of time in which to respond.

     Please produce a completed PPF for June Hollingshead no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

     Very truly yours,

     */s/ John N. Poulos*

     John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M0DE609780

```
** TX STATUS REPORT **        AS OF  MAY 11 2007 11:54   PAGE.01

                                            HUGHES HUBBARD


      DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
  21  05/11 11:51 (540) 672-3055   EC--S  03'01"    012   245   OK
```



# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 92



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Joshua K. Sumitra v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-06964-EEF-DEK*

Dear Mr. Ide:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Odell Marshall. Pretrial Order No. 18C required Mr. Marshall to serve this PPF no later than December 12, 2006, and Merck has not consented to any extension of time in which to respond.

   Please produce a completed PPF for Odell Marshall no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

       Very truly yours,

       */s/ John N. Poulos*

       John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF  MAY 11 2007 11:54   PAGE.01

                                       HUGHES HUBBARD


    DATE  TIME      TO/FROM       MODE  MIN/SEC  PGS  JOB#  STATUS
21  05/11 11:51 (540) 672-3055   EC--S  03'01"  012  245   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 93



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:   *In re Vioxx® Products Liability Litigation*
>        *MDL No. 1657*
>        *Joshua K. Sumitra v. Merck & Co., Inc.*
>        *Docket No. 2:06-cv-06964-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jim Murphree. Pretrial Order No. 18C required Mr. Murphree to serve this PPF no later than December 12, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jim Murphree no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DE609704



```
** TX STATUS REPORT **          AS OF  MAY 11 2007 11:54   PAGE.01

                                         HUGHES HUBBARD


     DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
 21  05/11 11:51 (540) 672-3055  EC--S   03'01"   012   245   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDL609785

# Exhibit 94



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Joshua K. Sumitra v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06964-EEF-DEK*

Dear Mr. Ide:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Tina Myers. Pretrial Order No. 18C required Ms. Myers to serve this PPF no later than December 12, 2006, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Tina Myers no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF   JUL 10 2007 14:04   PAGE.01

                                          HUGHES HUBBARD


      DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
  06  07/10 14:01  (540) 672-3055    EC--S  02'47"    011   145   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E212501

# Exhibit 95



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

February 20, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

> Re: ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received Plaintiff Profile Forms ("PPFs") and appropriate medical authorizations for a number of plaintiffs in the action referenced above. The chart below lists the full name of each injured party, the appropriate plaintiffs, case name, docket number, and the applicable deadline each plaintiff had to serve a complete PPF and medical authorizations.

|   | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 1 | Hunt, Linda | Linda Hunt | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999 | 11/29/06 |
| 2 | Trevino, Rebecca | Rebecca Trevino | Alaniz, Paula G. v. Merck & Co., Inc. | 2:06-cv-05999 | 11/29/06 |
| 3 | Alvarado, Martha | Martha Alvarado | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980 | 11/29/06 |
| 4 | Long, Larry | Larry Long | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980 | 11/29/06 |
| 5 | Waters, Calvin | Calvin Waters | Alvarado, Martha v. Merck & Co., Inc. | 2:06-cv-05980 | 11/29/06 |
| 6 | Herring, Marcia | Ronnie Oliver Herring | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |
| 7 | Smith, Billy | Billy Smith | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |
| 8 | Tierce, Glynn | Glynn Tierce | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |
| 9 | Tolliver, Abe | Abe Tolliver | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |
| 10 | Walker, Mary H. | Mary H. Walker | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 11 | Young, Otis | Otis Young | Bailey, Tammy v. Merck & Co., Inc. | 2:06-cv-05987 | 11/29/06 |
| 12 | Leflore, Ronnie | Mary Leflore | Bates, Mary A. v. Merck & Co., Inc. | 2:06-cv-05989 | 11/29/06 |
| 13 | Blackmon, Brenda | Brenda Blackmon | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 14 | Bradshaw, Pat | Pat Bradshaw | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 15 | Darr, Marjorie E. | Marjorie E. Darr | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 16 | Estep, Gus | Gus Estep | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 17 | George, Betty B. | Betty B. George | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 18 | Gonzalas, Raymond | Raymond Gonzalas | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 19 | Hawkins, Margaret | Margaret Hawkins | Blackmon, Brenda v. Merck & Co., Inc. | 2:06-cv-05992 | 11/29/06 |
| 20 | Drake, Buford | Buford Drake | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 21 | Foshee, Jimmie | Jimmie Foshee | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 22 | Griffith, Rickey | Rickey Griffith | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 23 | Henson, Dana B. | Dana B. Henson | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 24 | Layton, Gloria | Gloria Layton | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 25 | McCleese, Jimmy | Jimmy McCleese | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 26 | Mitchem, Robbin | Robbin Mitchem | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 27 | Patchin, Evanna | Evanna Patchin | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 28 | Ratliff, Connie | Connie Ratliff | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 29 | Riester, Mary | Mary Riester | Bloomberg, Virginia v. Merck & Co., Inc. | 2:06-cv-05984 | 11/29/06 |
| 30 | Davis, Dale | Dale Davis | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 31 | Hotchkiss, Pamela | Pamela Hotchkiss | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MODE1100942



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|---|---|---|---|---|---|
| 32 | Johnson, Mike | Pamela Hotchkiss | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 33 | Lingar, Patricia | Patricia Lingar | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 34 | Mansfield, Jean Ann | Jean Ann Mansfield | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 35 | Nelmark, Margaret | Margaret Nelmark | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 36 | Perry, Nathaniel | Nathaniel Perry | Cates, James H. v. Merck & Co., Inc. | 2:06-cv-05994 | 11/29/06 |
| 37 | Damon, Mary | Mary Damon | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 38 | Emberton, Carmlita | Carmlita Emberton | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 39 | Gipson, Vivian | Vivian Gipson | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 40 | Hernandez, Joseph | Joseph Hernandez | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 41 | McMullen, Anthony | Anthony McMullen | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 42 | McNabb, Alan | Alan McNabb | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 43 | Stone, Ethel | Ethel Stone | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 44 | Watson, Christine F. | Christine F. Watson | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 45 | Worthington, Roberta | Roberta Worthington | Damon, Mary v. Merck & Co., Inc. | 2:06-cv-05993 | 11/29/06 |
| 46 | Jackson, Kathy | Kathy Jackson | Gladden, Keith v. Merck & Co., Inc. | 2:06-cv-05996 | 11/29/06 |
| 47 | Sanders, Roxanne | Roxanne Sanders | Gladden, Keith v. Merck & Co., Inc. | 2:06-cv-05996 | 11/29/06 |
| 48 | Collier Stein, Jeannine | Jeannine Collier Stein | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988 | 11/29/06 |
| 49 | Leonard, Kathleen | John Leonard and Kathleen Leonard | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988 | 11/29/06 |
| 50 | Thouvenell, Arthur | Arthur Thouvenell | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988 | 11/29/06 |
| 51 | Webb, Donna | Donna Webb | Hasbrouck, Charles v. Merck & Co., Inc. | 2:06-cv-05988 | 11/29/06 |
| 52 | Riley, Darlene | Darlene Riley | Russell, Celeste v. Merck & Co., Inc. | 2:06-cv-05986 | 11/29/06 |

MODE100943



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

|    | INJURED PARTY NAME | PLAINTIFFS | CASE NAME | DOCKET NUMBER | ORIGINAL PPF DUE DATE |
|----|--------------------|------------|-----------|---------------|-----------------------|
| 53 | Dunson, Roger | Roger Dunson | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964 | 12/12/06 |
| 54 | Tilbury, Debbie | Debbie Tilbury | Sumitra, Joshua K. v. Merck & Co., Inc. | 2:06-cv-06964 | 12/12/06 |
| 55 | Sturgeon, Elmer E. | Elmer E. Sturgeon | Wusstig, Erwin v. Merck & Co., Inc. | 2:06-cv-06958 | 12/13/06 |

     Please produce a completed PPF for *each* plaintiff listed above no later than twenty (20) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery.  If each plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

     Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via electronic mail)
       Russ M. Herman, Esq. (via electronic mail)

4

MODE100944

```
** TX STATUS REPORT **          AS OF   FEB 20 2007 17:11   PAGE.01

                                        HUGHES HUBBARD
```

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 29 | 02/20 | 17:08 | 17035198084 | EC--S | 00'01" | 000 | 216 | INC |
| 30 | 02/20 | 17:09 | 17035198084 | EC--S | 01'59" | 005 | 216 | OK |



# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 20, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 96



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 11, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Erwin Wusstig v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06958-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Robert J. Rodgers. Pretrial Order No. 18C required Mr. Rodgers to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Robert J. Rodgers no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MODE609790

```
** TX STATUS REPORT **          AS OF   MAY 11 2007 11:54   PAGE.01

                                       HUGHES HUBBARD


         DATE  TIME       TO/FROM      MODE  MIN/SEC   PGS  JOB#  STATUS
    21   05/11 11:51 (540) 672-3055    EC--S  03'01"   012  245   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 11, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E609791

# Exhibit 97



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Erwin Wusstig v. Merck & Co., Inc.*
*Docket No. 2:06-cv-06958-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for John M. Thornton. Pretrial Order No. 18C required Mr. Thornton to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for John M. Thornton no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M00B936037

** TX STATUS REPORT **          AS OF   JUL 10 2007 14:04 , PAGE.01

                                        HUGHES HUBBARD

        DATE TIME        TO/FROM      MODE   MIN/SEC    PGS  JOB#  STATUS
    06  07/10 14:01 (540) 672-3055    EC--S  02'47"     011  145   OK

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B936038

# Exhibit 98



# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Erwin Wusstig v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06958-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Alexis Vasquez. Pretrial Order No. 18C required Ms. Vasquez to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Alexis Vasquez no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MODE212498

```
** TX STATUS REPORT **          AS OF   JUL 10 2007 14:04   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
     06  07/10 14:01 (540) 672-3055  EC--S  02'47"    011   145   OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: \\

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE212489

# Exhibit 99



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (918-496-0982)**

Mitchell E. Shamas, Esq.
Mitchell E. Shamas, Attorney at Law
6863 S. Canton Ave.
Tulsa, OK 74136

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Terrence Clancy v. Merck & Co., Inc.*
> *Docket No. 2:07-cv-00709-EEF-DEK*

Dear Mr. Shamas:

 We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Terrence Clancy. Pretrial Order No. 18C required Mr. Clancy to serve this PPF no later than April 22, 2007, and Merck has not consented to any extension of time in which to respond.

 Please produce a completed PPF for Terrence Clancy no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

 Very truly yours,

 */s/ John N. Poulos*

 John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
 Russ M. Herman, Esq. (via e-mail)

M00D374392

```
** TX STATUS REPORT **          AS OF   JUL 10 2007 10:49   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME     TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
  12  07/10 10:49 9184960982 - Shamas  EC--S 00'42"  002  221   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Mitchell E. Shamas, Esq. | Mitchell E. Shamas, Attorney at Law | 918-496-0982 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M000374393

# Exhibit 100

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

August 2, 2006

**VIA U.S. MAIL & TELECOPY (419-624-0707)**

John T. Murray, Esq.
Murray & Murray Co., LPA
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Virginia Bloomberg v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-03578-EEF-DEK***

Dear Mr. Murray:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Beulah Roger. As you know, Pretrial Order No. 18B required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records." The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

The deadline for Ms. Roger to serve a PPF and medical authorizations passed on December 30, 2005. This letter is to confirm that plaintiff does not allege a cardiovascular event in this action.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)

M007221241

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO           0258
RECIPIENT ADDRESS  14196240707
DESTINATION ID
ST. TIME           08/02 13:35
TIME USE           05'23
PAGES SENT         15
RESULT             OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | August 2, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| John T. Murray, Esq. | Murray & Murray Co., LPA | 419-624-0707 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit 101



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (316-264-6190)**

David L. Nelson, Esq.
Nelson Law Office
262 North Waco
Wichita, KS 66202

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Paul Scrivner v. Merck & Co., Inc.*
> *Docket No. 2:07-cv-00684-EEF-DEK*

Dear Mr. Nelson:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Paul Scrivner. Pretrial Order No. 18C required Mr. Scrivner to serve this PPF no later than April 22, 2007, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Paul Scrivner no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                Very truly yours,

                */s/ John N. Poulos*

                John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MDL0831919

```
** TX STATUS REPORT **          AS OF   JUL 10 2007 11:21   PAGE.01

                                        HUGHES HUBBARD


     DATE  TIME      TO/FROM      MODE    MIN/SEC   PGS   JOB#   STATUS
 24  07/10 11:20   3162646190 EC--S    00'34"    002   245    OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| David L. Nelson, Esq. | Nelson Law Office | 316-264-6190 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MOB931920

# Exhibit 102



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (215-334-0110)**

Leonard R. Parks, Esq.
Parks and Associates PC
1301 South Broad Street
Suite 200
Philadelphia, PA 19147

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Ersell Mangum v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10678-EEF-DEK*

Dear Mr. Parks:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Ersell Mangum. Pretrial Order No. 18C required Ms. Mangum to serve this PPF no later than February 11, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Ersell Mangum no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MODE018915

```
** TX STATUS REPORT **              AS OF   APR 25 2007 15:36   PAGE.01

                                             HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   03   04/25 15:35     12153340110 EC--S   00'49"    003   180    OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Leonard R. Parks, Esq. | Parks and Associates PC | 215-334-0110 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDEG018917

# Exhibit 103



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

April 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (215-334-0110)**

Leonard R. Parks, Esq.
Parks and Associates PC
1301 South Broad Street
Suite 200
Philadelphia, PA 19147

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Sidney Snipes v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-10679-EEF-DEK***

Dear Mr. Parks:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Sidney Snipes. Pretrial Order No. 18C required Ms. Snipes to serve this PPF no later than February 11, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Sidney Snipes no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M0E018916

```
** TX STATUS REPORT **          AS OF  APR 25 2007 15:36   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME        TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
   03   04/25 15:35       12153340110  EC--S 00'49"   003  180   OK
```

# Hughes
# Hubbard
#### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Leonard R. Parks, Esq. | Parks and Associates PC | 215-334-0110 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE018917

# Exhibit 104



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-696-6364)**

Paul M. Kaufman, Esq.
Paul M. Kaufman, Attorney at Law
801 Terminal Tower
50 Public Square
Cleveland, OH 44113

Re:    *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Nikki Gilmore v. Merck & Co., Inc.*
       <u>*Docket No. 2:06-cv-11109-EEF-DEK*</u>

Dear Mr. Kaufman:

  We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Shirley Ann Gilmore. Pretrial Order No. 18C required your clients, plaintiffs Derrick Gilmore and Nikki Gilmore, to serve this PPF no later than March 3, 2007, and Merck has not consented to any extension of time in which to respond.

  Please produce a completed PPF for Shirley Ann Gilmore no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

       Very truly yours,

       */s/ John N. Poulos*

       John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M00D374382

```
** TX STATUS REPORT **          AS OF  JUL 10 2007 12:47  PAGE.01

                                           HUGHES HUBBARD


        DATE  TIME     TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   14  07/10 12:47   216 696 6364 EC--S   00'50"   003   097   OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Paul M. Kaufman, Esq. | Paul M. Kaufman, Attorney at Law | 216-696-6364 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00D37438J

# Exhibit 105



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Josephine Baylon v. Merck & Co., Inc.*
      *Docket No. 2:07-cv-00834-EEF-DEK*

Dear Mr. Finson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Josephine Baylon. Pretrial Order No. 18C required Ms. Baylon to serve this PPF no later than April 24, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Josephine Baylon no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M01060476?

```
** TX STATUS REPORT **          AS OF   JUL 10 2007 16:39  ·PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   01   07/10 16:35    6022799155   EC--S   03'47"    015   201   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Lowell W. Finson, Esq. | Phillips and Associates | ~~602-279-9115~~ (602-239-9155) |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M010604763

# Exhibit 106



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Jean Cardinal McQuery v. Merck & Co., Inc.*
      *Docket No. 2:07-cv-00861-EEF-DEK*

Dear Mr. Finson:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jean Cardinal McQuery. Pretrial Order No. 18C required your clients, plaintiffs Jean Cardinal McQuery and Patrick McQuery, to serve this PPF no later than April 24, 2007, and Merck has not consented to any extension of time in which to respond. It is also our understanding that you have filed a motion to remand this action. Pursuant to Judge Fallon's specific mandate at the May 2007 status conference, all plaintiffs "must abide with Pre-Trial Order 18C regardless of whether or not they have a remand motion pending."

        Please produce a completed PPF for Jean Cardinal McQuery no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                Very truly yours,

                */s/ John N. Poulos*

                John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **              AS OF  JUL 10 2007 16:39  ·PAGE.01

                                    HUGHES HUBBARD


      DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
  01  07/10 16:35     6022799155   EC--S  03'47"    015   201   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9115 *(602 - 279 - 9166)* |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B936026

# Exhibit 107



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Carl Danek v. Merck & Co., Inc.*
      *Docket No. 2:07-cv-00819-EEF-DEK*

Dear Mr. Finson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Constance C. Danek. Pretrial Order No. 18C required your client, plaintiff Carl Danek, to serve this PPF no later than April 24, 2007, and Merck has not consented to any extension of time in which to respond. It is also our understanding that you have filed a motion to remand this action. Pursuant to Judge Fallon's specific mandate at the May 2007 status conference, all plaintiffs "must abide with Pre-Trial Order 18C regardless of whether or not they have a remand motion pending."

Please produce a completed PPF for Constance C. Danek no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MODE212460

```
** TX STATUS REPORT **          AS OF  JUL 10 2007 16:39   PAGE.01

                                        HUGHES HUBBARD


      DATE TIME      TO/FROM       MODE  MIN/SEC   PGS   JOB#  STATUS
  01  07/10 16:35    6022799155 EC--S    03'47"   015   201   OK
-------------------------------------------------------------------------
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9115 (602-279-9155) |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE212481

# Exhibit 108



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Alice Farmer v. Merck & Co., Inc.*
      *Docket No. 2:07-cv-00785-EEF-DEK*

Dear Mr. Finson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Alice Farmer. Pretrial Order No. 18C required Ms. Farmer to serve this PPF no later than April 24, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Alice Farmer no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MOO8936021

```
** TX STATUS REPORT **          AS OF   JUL 10 2007 16:39   PAGE.01

                                       HUGHES HUBBARD


       DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
  01   07/10 16:35      6022799155 EC--S   03'47"    015   201   OK
```



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9115 (602-279-9156) |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00B936022

# Exhibit 109



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Jayn Fields v. Merck & Co., Inc.*
      *Docket No. 2:07-cv-00762-EEF-DEK*

Dear Mr. Finson:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jayn Fields. Pretrial Order No. 18C required Ms. Fields to serve this PPF no later than April 24, 2007, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Jayn Fields no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M01605016

```
** TX STATUS REPORT **          AS OF   JUL 10 2007 16:39 · PAGE.01

                                        HUGHES HUBBARD


       DATE  TIME      TO/FROM     MODE  MIN/SEC  PGS  JOB#  STATUS
   01  07/10 16:35     6022799155  EC--S 03'47"   015  201   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|------|------|---------|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9111 (602-279-9155) |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M01065017

# Exhibit 110



# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Edward E. Gnau, Jr. v. Merck & Co., Inc.*
> *Docket No. 2:07-cv-00799-EEF-DEK*

Dear Mr. Finson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Edward E. Gnau, Jr. Pretrial Order No. 18C required Mr. Gnau to serve this PPF no later than April 24, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Edward E. Gnau, Jr. no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MODE212476

```
** TX STATUS REPORT **          AS OF  JUL 10 2007 16:39   PAGE.01

                                          HUGHES HUBBARD


         DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
    01   07/10 16:35     6022799155 EC--S   03'47"    015   201    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9115 (602-257-9156) |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E212477

# Exhibit 111



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Re:     *In re Vioxx® Products Liability Litigation*
          *MDL No. 1657*
          *Patricia Martinez v. Merck & Co., Inc.*
          *Docket No. 2:07-cv-00864-EEF-DEK*

Dear Mr. Finson:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Cynthia Williams. Pretrial Order No. 18C required your client, plaintiff Patricia Martinez, to serve this PPF no later than April 24, 2007, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Cynthia Williams no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                    Very truly yours,

                    */s/ John N. Poulos*

                    John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
          Russ M. Herman, Esq. (via e-mail)

M0B936017

```
** TX STATUS REPORT **                    AS OF  JUL 10 2007 16:50    PAGE.01

                                              HUGHES HUBBARD


        DATE TIME        TO/FROM       MODE   MIN/SEC    PGS   JOB#  STATUS
    05  07/10 16:46     6022799155  EC--S   03'13"    015   203   OK
```

# Hughes
# Hubbard
#### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9115 ~~602-241-9155~~ |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODB936018

# Exhibit 112



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Minh T. Nguyen v. Merck & Co., Inc.*
> *Docket No. 2:07-cv-00812-EEF-DEK*

Dear Mr. Finson:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Phuong Nang Vu. Pretrial Order No. 18C required your client, plaintiff Minh Tam Nguyen, to serve this PPF no later than April 24, 2007, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Phuong Nang Vu no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MDE212467

```
** TX STATUS REPORT **          AS OF   JUL 10 2007 16:50   PAGE.01

                                          HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    05  07/10 16:46       6022799155 EC--S   03'13"    015   203   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-0115. 602-241-9155 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E212468

# Exhibit 113



**Hughes Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (412-209-0658)**

Richard P. Kimmins, Esq.
Kimmins Kross Morrow LLC
304 Ross Street
7th Floor
Pittsburgh, PA 15219

Re:     *In re Vioxx® Products Liability Litigation*
          *MDL No. 1657*
          *William T. Krajcovic v. Merck & Co., Inc.*
          *Docket No. 2:07-cv-00322-EEF-DEK*

Dear Mr. Kimmins:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Genevieve Krajcovic. Pretrial Order No. 18C required your client, plaintiff William T. Krajcovic, Sr., to serve this PPF no later than April 1, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Genevieve Krajcovic no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
          Russ M. Herman, Esq. (via e-mail)

M0D0374418

```
** TX STATUS REPORT **              AS OF   JUL 10 2007 11:28   PAGE.01

                                            HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC    PGS   JOB#  STATUS
   28   07/10 11:28     4122814273 EC--S   00'34"     002   247   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Richard P. Kimmins, Esq. | Kimmins Kross Morrow LLC | 412-209-0658 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00D374419

# Exhibit 114

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

November 1, 2006

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Jeffrey C. Renz, Esq.
Law Offices of Robert Pagniello PC
2088 East Main Street
Snellville, GA 30078

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Lawrence Reeves v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-06121-EEF-DEK*

Dear Mr. Renz:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Lawrence Reeves.  The deadline for Mr. Reeves to serve a complete PPF and medical authorizations passed on February 8, 2006.  As you know, Pretrial Order No. 18C required "[p]laintiffs in all cardiovascular event cases [to] each complete and serve upon Merck a PPF and Authorizations for Release of Records of all healthcare providers and other sources of information and records."  The Order defines "cardiovascular event" as "a myocardial infarction, an ischemic stroke, or a death."

Within twenty (20) days from the date of this letter either; (1) confirm in writing that Lawrence Reeves is not alleging a cardiovascular event in this action or, (2) produce a completed PPF for Mr. Reeves.

Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery, among other grounds, should plaintiff seek redress for a cardiovascular event later in this action.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael White, Esq.
Law Offices of Robert Pagniello PC
2088 East Main Street
Snellville, GA 30078

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Al. Hal_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Al Hvd.w   11-6

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from   7005 3110 0004 3714 0318

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 3110 0004 3714 0318

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To   Michael White, Esq.
Street, Apt. No;   Law Offices of Robert Pagniello PC
or PO Box No.   2088 East Main Street
City, State,   Snellville, GA 30078

PS Form 3800, June 2002        See Reverse for Instructions

# Exhibit 115



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (918-423-0266)**

Tim Maxcey, Esq.
Stipe Harper Laizure Uselton Belote Maxcey and Thetford
P.O. Box 1369
McAlester, OK 74501

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*John Faulkenberry v. Merck & Co., Inc.*
*Docket No. 2:06-cv-11314-EEF-DEK*

Dear Mr. Maxcey:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gloria Jones. Pretrial Order No. 18C required Ms. Jones to serve this PPF no later than March 7, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Gloria Jones no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF  JUL 10 2007 13:47  PAGE.01

                                              HUGHES HUBBARD


        DATE  TIME        TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
     02 07/10 13:45     19184230266    EC--S   02'33"    010   120   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Tim Maxcey, Esq. | Stipe Harper Laizure Uselton Belote Maxcey and Thetford | 918-423-0266 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODDA28970

# Exhibit 116



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (918-423-0266)**

Tim Maxcey, Esq.
Stipe Harper Laizure Uselton Belote Maxcey and Thetford
P.O. Box 1369
McAlester, OK 74501

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Audrey Leding v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10669-EEF-DEK*

Dear Mr. Maxcey:

　　　　We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Audrey Leding. Pretrial Order No. 18C required Ms. Leding to serve this PPF no later than February 11, 2007, and Merck has not consented to any extension of time in which to respond.

　　　　Please produce a completed PPF for Audrey Leding no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

　　　　　　　　Very truly yours,

　　　　　　　　*/s/ John N. Poulos*

　　　　　　　　John N. Poulos

cc:　　Phillip A. Wittmann, Esq. (via e-mail)
　　　　Russ M. Herman, Esq. (via e-mail)

M00F406560

```
** TX STATUS REPORT **            AS OF   JUL 10 2007 13:47    PAGE.01

                                          HUGHES HUBBARD


        DATE  TIME          TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
   02   07/10 13:45      19184230266     EC--S  02'33"   010   128   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| **TO** | Firm | Fax No. |
|---|---|---|
| Tim Maxcey, Esq. | Stipe Harper Laizure Uselton Belote Maxcey and Thetford | 918-423-0266 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 10

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F406561

# Exhibit 117



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (612-455-0501)**

James C. MacGillis, Esq.
Trepanier and MacGillis PA
8000 Flour Exchange Building
310 Fourth Avenue South
Minneapolis, MN 55415

Re:　　*In re Vioxx® Products Liability Litigation*
　　　　*MDL No. 1657*
　　　　*Emily E. Barnes v. Merck & Co., Inc.*
　　　　*Docket No. 2:06-cv-11309-EEF-DEK*

Dear Mr. MacGillis:

　　　　We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Victoria A. Lewandowski. Pretrial Order No. 18C required Ms. Lewandowski to serve this PPF no later than March 7, 2007, and Merck has not consented to any extension of time in which to respond.

　　　　Please produce a completed PPF for Victoria A. Lewandowski no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

　　　　　　　　　　Very truly yours,

　　　　　　　　　　*/s/ John N. Poulos*

　　　　　　　　　　John N. Poulos

cc:　　Phillip A. Wittmann, Esq. (via e-mail)
　　　　Russ M. Herman, Esq. (via e-mail)

MOD0374390

```
** TX STATUS REPORT **          AS OF   JUL 10 2007 13:04   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC  PGS   JOB#  STATUS
   20   07/10 13:03     6124550501   EC--S  01'04"   004   105   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| James C. MacGillis, Esq. | Trepanier and MacGillis PA | 612-455-0501 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00D37439I

# Exhibit 118



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 10, 2007

**BY FIRST CLASS MAIL & TELECOPY (312-440-4180)**

Thomas A. Zimmerman, Jr., Esq.
Zimmerman and Associates PC
100 West Monroe Street
Suite 1300
Chicago, IL 60603

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Noah Downs v. Merck & Co., Inc.*
      *Docket No. 2:07-cv-01050-EEF-DEK*

Dear Mr. Zimmerman:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Noah Downs. Pretrial Order No. 18C required your clients, plaintiffs Mae Downs and Noah Downs, to serve this PPF no later than May 6, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Noah Downs no later than twenty (20) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00E615916

```
** TX STATUS REPORT **          AS OF   JUL 10 2007 12:03    PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   18   07/10 12:03     312 440 4180 EC--S  00'34"    002   028    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 10, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas A. Zimmerman, Jr., Esq. | Zimmerman and Associates PC | 312-440-4180 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDOE615917

# Exhibit 119

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (205-298-1012)**

K. Rick Alvis, Esq.
Alvis and Willingham LLP
1400 Urban Center Dr.
Suite 475
Birmingham, AL 35242

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Anna Baugher v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-10077-EEF-DEK*

Dear Mr. Alvis:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Johnnie Doyle Kimbrough. Merck's initial notice letter was sent on February 27, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Kimbrough to serve this PPF no later than January 31, 2007.

        Please produce a completed PPF for Johnnie Doyle Kimbrough no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ▪   Washington, D.C.   ▪   Los Angeles   ▪   Miami   ▪   Jersey City   ▪   Paris   ▪   Tokyo

M0OE209922

```
** TX STATUS REPORT **                AS OF   JUN 29 2007 15:26   PAGE.01

                                           HUGHES HUBBARD


         DATE  TIME      TO/FROM       MODE   MIN/SEC   PGS   JOB#  STATUS
    26   06/29 15:25     12052981012 EC--S    00'49"    002   052   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| K. Rick Alvis, Esq. | Alvis and Willingham LLP | 205-298-1012 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0EE209923

# Exhibit 120



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (716-854-6291)**

Brian A. Goldstein, Esq.
Barnes Firm PC
17 Court Street
7th Floor
Buffalo, NY 14202

Re:      ***In re Vioxx® Products Liability Litigation***
           ***MDL No. 1657***
           ***Don Blodgett v. Merck & Co., Inc.***
           ***Docket No. 2:06-cv-02210-EEF-DEK***

Dear Mr. Goldstein:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Vincent Lennon. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Lennon to serve this PPF no later than July 5, 2006.

Please produce a completed PPF for Vincent Lennon no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M010500553

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 14:34   PAGE.01

                                        HUGHES HUBBARD

      DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
  10  06/29 14:29     716-854-6291 EC--S  04'39"    015   010    OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Brian A. Goldstein, Esq. | Barnes Firm PC | 716-854-6291 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M01050054