# Exhibit 121



**Hughes Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-252-0042)**

Stanley J. Marks, Esq.
Begam Lewis and Marks PA
111 West Monroe Street
Suite 1400
Phoenix, AZ 85003

     *Re:*     *In re Vioxx® Products Liability Litigation*
                 *MDL No. 1657*
                 *Terrance Law v. Merck & Co., Inc.*
                 *Docket No. 2:06-cv-10083-EEF-DEK*

Dear Mr. Marks:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Terrance Law. Merck's initial notice letter was sent on February 27, 2007. Pretrial Order No. 18C required Mr. Law to serve this PPF no later than January 31, 2007, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Terrance Law no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MODE020656

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 10:08   PAGE.01
                                        HUGHES HUBBARD

      DATE  TIME     TO/FROM      MODE   MIN/SEC  PGS   JOB#  STATUS
   14 05/08 10:05    6022520042   EC--S  01'05"   004   145   OK
```



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Stanley J. Marks, Esq. | Begam Lewis and Marks PA | 602-252-0042 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODED20657

# Exhibit 122



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-241-1873)**

Carolyn Kaye Ranke, Esq.
Brent Coon and Associates
1220 West 6th Street
Suite 303
Cleveland, OH 44113

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Jim H. Belle v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-02863-EEF-DEK***

Dear Ms. Ranke:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Harlan Yancy. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Yancy to serve this PPF no later than August 6, 2006.

Please produce a completed PPF for Harlan Yancy no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 12:22   PAGE.01

                                            HUGHES HUBBARD


           DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
     04    06/29 12:18       2162411873  EC--S   03'38"    015   208    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Carolyn Kaye Ranke, Esq. | Brent Coon and Associates | 216-241-1873 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: ＼ S

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE196/712

# Exhibit 123



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-241-1873)**

Carolyn Kaye Ranke, Esq.
Brent Coon and Associates
1220 West 6th Street
Suite 303
Cleveland, OH 44113

> **Re:**     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Daniel Nemes v. Merck & Co. Inc.*
> *Docket No. 2:06-cv-05974-EEF-DEK*

Dear Ms. Ranke:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Alvin Monse. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Monse to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Alvin Monse no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MODE196709

** TX STATUS REPORT **    AS OF   JUN 29 2007 12:22   PAGE.01

HUGHES HUBBARD

|    | DATE TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|----|-----------|---------|------|---------|-----|------|--------|
| 04 | 06/29 12:18 | 2162411873 | EC--S | 03'38" | 015 | 208 | OK |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | **Date** |
|----------|---------------|----------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | Firm | **Fax No.** |
|--------|------|-------------|
| Carolyn Kaye Ranke, Esq. | Brent Coon and Associates | 216-241-1873 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  \ 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE196710

# Exhibit 124



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-241-1873)**

Carolyn Kaye Ranke, Esq.
Brent Coon and Associates
1220 West 6th Street
Suite 303
Cleveland, OH 44113

> *Re:*  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *John H. Weiland v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-07048-EEF-DEK*

Dear Ms. Ranke:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Royal W. Mattice. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Mattice to serve this PPF no later than December 13, 2006.

Please produce a completed PPF for Royal W. Mattice no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York  ▪  Washington, D.C.  ▪  Los Angeles  ▪  Miami  ▪  Jersey City  ▪  Paris  ▪  Tokyo

M00E035594

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 12:51    PAGE.01

                                                HUGHES HUBBARD


        DATE  TIME       TO/FROM       MODE    MIN/SEC    PGS    JOB#   STATUS
   11   06/29  12:50      2162411873   EC--S   01'17"     005    212    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Carolyn Kaye Ranke, Esq. | Brent Coon and Associates | 216-241-1873 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E035595

# Exhibit 125


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (219-924-4104)**

Crystal Sharp Bauer, Esq.
Cappas and Associates
2546 45th Street
Highland, IN 46322

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Carlotta Vasquez v. Merck & Co., Inc.***
> ***Docket No. 2:07-cv-01244-EEF-DEK***

Dear Ms. Bauer:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Carlotta Vasquez.  Merck's initial notice letter was sent on July 10, 2007.  Pretrial Order No. 18C ("PTO 18C") required Ms. Vasquez to serve this PPF no later than May 23, 2007.

      Please produce a completed PPF for Carlotta Vasquez no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 21, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Crystal Sharp Bauer, Esq. | Cappas and Associates | 219-924-4104 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
                                    vasquez.TXT
5:04 PM 9/21/2007 Transmission Record
        Sent to: Crystal Sharp Bauer, Esq.
        Phone: 1-219-924-4104
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F3F85C18DD"
        Elapsed time: 1 minutes, 8 seconds.
        Used channel 8.
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 2
5:05 PM 9/21/2007 Print Record
        Printed on printer XEROXWPC9 in 0 minutes, 3 seconds.
        Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER
```

# Exhibit 126


**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *George Carter v. Merck & Co., Inc.*
> *Docket No. 2:07-cv-00393-EEF-DEK*

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Lawrence Castle. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Castle to serve this PPF no later than April 2, 2007.

Please produce a completed PPF for Lawrence Castle no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 21, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

castle.TXT

5:04 PM 9/21/2007 Transmission Record
        Sent to: Bruce A. Craig, Esq.
        Phone: 1-903-938-0235
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F3F85D7D4B"
        Elapsed time: 0 minutes, 10 seconds.
        Used channel 12.
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
        No pages sent.

5:09 PM 9/21/2007 Transmission Record
        Sent to: Bruce A. Craig, Esq.
        Phone: 1-903-938-0235
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F3F85D7D4B"
        Elapsed time: 0 minutes, 10 seconds.
        Used channel 15.
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
        No pages sent.

5:15 PM 9/21/2007 Transmission Record
        Sent to: Bruce A. Craig, Esq.
        Phone: 1-903-938-0235
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F3F85D7D4B"
        Elapsed time: 0 minutes, 0 seconds.
        Used channel 13.
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
        No pages sent.

5:20 PM 9/21/2007 Transmission Record
        Sent to: Bruce A. Craig, Esq.
        Phone: 1-903-938-0235
        Billing information: '000734', '01835'
        Remote ID: 9039380235
        Unique ID: "NJ_46F3F85D7D4B"
        Elapsed time: 0 minutes, 54 seconds.
        Used channel 12.
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 2

5:21 PM 9/21/2007 Print Record
        Printed on printer XEROXWPC9 in 0 minutes, 2 seconds.
        Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER

# Exhibit 127


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> **Re:** **In re Vioxx® Products Liability Litigation**
> **MDL No. 1657**
> **George Carter v. Merck & Co., Inc.**
> **Docket No. 2:07-cv-00393-EEF-DEK**

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Betty Rockmore. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Rockmore to serve this PPF no later than April 2, 2007.

Please produce a completed PPF for Betty Rockmore no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 21, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

rockmore.TXT

5:04 PM 9/21/2007 Transmission Record
        Sent to: Bruce A. Craig, Esq.
        Phone: 1-903-938-0235
        Billing information: '000734', '01835'
        Remote ID: 9039380235
        Unique ID: "NJ_46F3F85D1DA2"
        Elapsed time: 0 minutes, 56 seconds.
        Used channel 14.
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 2
□□
5:05 PM 9/21/2007 Print Record
        Printed on printer XEROXWPC9 in 0 minutes, 1 seconds.
        Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER
□□
□□

# Exhibit 128


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *George Carter v. Merck & Co., Inc.*
        *Docket No. 2:07-cv-00393-EEF-DEK*

Dear Mr. Craig:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Bonnie Joyce Walker. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Walker to serve this PPF no later than April 2, 2007.

        Please produce a completed PPF for Bonnie Joyce Walker no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 21, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

```
                                   walker.TXT
5:05 PM 9/21/2007 Transmission Record
          Sent to: Bruce A. Craig, Esq.
          Phone: 1-903-938-0235
          Billing information: '000734', '01835'
          Remote ID:
          Unique ID: "NJ_46F3F85D1E99"
          Elapsed time: 0 minutes, 0 seconds.
          Used channel 13.
          No ANI data.
          No AOC data.
          Resulting status code (0/301; 0/0): Normal Busy
          No pages sent.

5:10 PM 9/21/2007 Transmission Record
          Sent to: Bruce A. Craig, Esq.
          Phone: 1-903-938-0235
          Billing information: '000734', '01835'
          Remote ID:
          Unique ID: "NJ_46F3F85D1E99"
          Elapsed time: 0 minutes, 10 seconds.
          Used channel 8.
          No ANI data.
          No AOC data.
          Resulting status code (0/301; 0/0): Normal Busy
          No pages sent.

5:15 PM 9/21/2007 Transmission Record
          Sent to: Bruce A. Craig, Esq.
          Phone: 1-903-938-0235
          Billing information: '000734', '01835'
          Remote ID: 9039380235
          Unique ID: "NJ_46F3F85D1E99"
          Elapsed time: 0 minutes, 56 seconds.
          Used channel 15.
          No ANI data.
          No AOC data.
          Resulting status code (0/339; 0/0): Success
          Pages sent: 1 - 2

5:16 PM 9/21/2007 Print Record
          Printed on printer XEROXWPC9 in 0 minutes, 4 seconds.
          Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER


                                   Page 1
```

# Exhibit 129



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-938-0235)**

Bruce A. Craig, Esq.
Carlile Law Firm LLP
400 S. Alamo
Marshall, TX 75670

> **Re:**  **In re Vioxx® Products Liability Litigation**
> **MDL No. 1657**
> **George Carter v. Merck & Co., Inc.**
> **Docket No. 2:07-cv-00393-EEF-DEK**

Dear Mr. Craig:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Michael L. Wood. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Wood to serve this PPF no later than April 2, 2007.

Please produce a completed PPF for Michael L. Wood no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 21, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Bruce A. Craig, Esq. | Carlile Law Firm LLP | 903-938-0235 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

wood.TXT

5:04 PM 9/21/2007 Transmission Record
       Sent to: Bruce A. Craig, Esq.
       Phone: 1-903-938-0235
       Billing information: '000734', '01835'
       Remote ID:
       Unique ID: "NJ_46F3F85D056A"
       Elapsed time: 0 minutes, 0 seconds.
       Used channel 13.
       No ANI data.
       No AOC data.
       Resulting status code (0/301; 0/0): Normal Busy
       No pages sent.

5:09 PM 9/21/2007 Transmission Record
       Sent to: Bruce A. Craig, Esq.
       Phone: 1-903-938-0235
       Billing information: '000734', '01835'
       Remote ID:
       Unique ID: "NJ_46F3F85D056A"
       Elapsed time: 0 minutes, 0 seconds.
       Used channel 13.
       No ANI data.
       No AOC data.
       Resulting status code (0/301; 0/0): Normal Busy
       No pages sent.

5:14 PM 9/21/2007 Transmission Record
       Sent to: Bruce A. Craig, Esq.
       Phone: 1-903-938-0235
       Billing information: '000734', '01835'
       Remote ID: 9039380235
       Unique ID: "NJ_46F3F85D056A"
       Elapsed time: 0 minutes, 56 seconds.
       Used channel 8.
       No ANI data.
       No AOC data.
       Resulting status code (0/339; 0/0): Success
       Pages sent: 1 - 2

5:15 PM 9/21/2007 Print Record
       Printed on printer XEROXWPC9 in 0 minutes, 2 seconds.
       Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER

# Exhibit 130



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

W. Eason Mitchell, Esq.
The Colom Law Firm LLC
200 Sixth Street North
Suite 102
Columbus, MS 39701

Re:  ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Paticia Blodgett v. Merck & Co., Inc.***
***Docket No. 2:06-cv-09693-EEF-DEK***

Dear Mr. Mitchell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Paticia Blodgett.  Merck's initial notice letter was sent on May 11, 2007.  Pretrial Order No. 18C ("PTO 18C") required Ms. Blodgett to serve this PPF no later than January 23, 2007.

Please produce a completed PPF for Paticia Blodgett no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00F861906

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME  : 09/27/2007 11:47
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME        09/27  11:45
FAX NO./NAME     16623294832
DURATION         00:01:12
PAGE(S)          04
RESULT           OK
MODE             STANDARD
```



# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 27, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| W. Eason Mitchell, Esq. | The Colom Law Firm LLC | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00F861907

Exhibit 131



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

W. Eason Mitchell, Esq.
The Colom Law Firm LLC
200 Sixth Street North
Suite 102
Columbus, MS 39701

Re:  *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Paticia Blodgett v. Merck & Co., Inc.*
*Docket No. 2:06-cv-09693-EEF-DEK*

Dear Mr. Mitchell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Robert Gospodareck. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Gospodareck to serve this PPF no later than January 23, 2007.

Please produce a completed PPF for Robert Gospodareck no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00F861908

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 09/27/2007 11:47
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL#  :
                                    SER.# : 000005100038

    ┌──────────────────────────────────────────────────────────────┐
    │   DATE,TIME            09/27  11:45                            │
    │   FAX NO./NAME         16623294832                            │
    │   DURATION             00:01:12                               │
    │   PAGE(S)              04                                     │
    │   RESULT               OK                                     │
    │   MODE                 STANDARD                               │
    └──────────────────────────────────────────────────────────────┘
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 27, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| W. Eason Mitchell, Esq. | The Colom Law Firm LLC | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: *4*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00F861909

# Exhibit 132



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

W. Eason Mitchell, Esq.
Colom Law Firm
P.O. Box 866
Columbus, MS 39703

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Paticia Blodgett v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-09693-EEF-DEK***

Dear Mr. Mitchell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Henretta Jones. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Jones to serve this PPF no later than January 23, 2007.

Please produce a completed PPF for Henretta Jones no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 21, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| W. Eason Mitchell, Esq. | Colom Law Firm | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

jones.TXT

5:04 PM 9/21/2007 Transmission Record
        Sent to: W. Eason Mitchell, Esq.
        Phone: 1-662-329-4832
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F3F85D20A8"
        Elapsed time: 0 minutes, 10 seconds.
        Used channel 15.
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
        No pages sent.

5:09 PM 9/21/2007 Transmission Record
        Sent to: W. Eason Mitchell, Esq.
        Phone: 1-662-329-4832
        Billing information: '000734', '01835'
        Remote ID: 6623294832
        Unique ID: "NJ_46F3F85D20A8"
        Elapsed time: 1 minutes, 14 seconds.
        Used channel 12.
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 2

5:11 PM 9/21/2007 Print Record
        Printed on printer XEROXWPC9 in 0 minutes, 2 seconds.
        Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER

# Exhibit 133



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

W. Eason Mitchell, Esq.
The Colom Law Firm LLC
200 Sixth Street North
Suite 102
Columbus, MS 39701

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Etta M. Catto v. Merck & Co., Inc.*
> <u>*Docket No. 2:06-cv-01660-EEF-DEK*</u>

Dear Mr. Mitchell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Essie Anderson. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Anderson to serve this PPF no later than July 13, 2006.

Please produce a completed PPF for Essie Anderson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00F861910

```
                    ┌─────────────────────────┐
                    │    JOB STATUS REPORT     │
                    └─────────────────────────┘

                                      TIME  : 09/27/2007 11:47
                                      NAME  : HUGHES HUBBARD
                                      FAX#  : 2019465730
                                      TEL#  :
                                      SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────────────┐
│                                                                            │
│    DATE,TIME            09/27  11:45                                        │
│    FAX NO./NAME         16623294832                                         │
│    DURATION            00:01:12                                             │
│    PAGE(S)             04                                                   │
│    RESULT              OK                                                   │
│    MODE                STANDARD                                             │
│                                                                            │
└──────────────────────────────────────────────────────────────────────────┘
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 27, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| W. Eason Mitchell, Esq. | The Colom Law Firm LLC | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  *4*

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit 134



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 21, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

W. Eason Mitchell, Esq.
Colom Law Firm
P.O. Box 866
Columbus, MS 39703

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Etta M. Catto v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-01660-EEF-DEK***

Dear Mr. Mitchell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Brenda Johnson. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Johnson to serve this PPF no later than July 13, 2006.

Please produce a completed PPF for Brenda Johnson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 21, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| W. Eason Mitchell, Esq. | Colom Law Firm | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
                                   Johnson.TXT
5:05 PM 9/21/2007 Transmission Record
        Sent to: W. Eason Mitchell, Esq.
        Phone: 1-662-329-4832
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F3F85E3412"
        Elapsed time: 0 minutes, 10 seconds.
        Used channel 12.
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
        No pages sent.

5:10 PM 9/21/2007 Transmission Record
        Sent to: W. Eason Mitchell, Esq.
        Phone: 1-662-329-4832
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F3F85E3412"
        Elapsed time: 0 minutes, 10 seconds.
        Used channel 11.
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
        No pages sent.

5:15 PM 9/21/2007 Transmission Record
        Sent to: W. Eason Mitchell, Esq.
        Phone: 1-662-329-4832
        Billing information: '000734', '01835'
        Remote ID: 6623294832
        Unique ID: "NJ_46F3F85E3412"
        Elapsed time: 1 minutes, 14 seconds.
        Used channel 11.
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 2

5:17 PM 9/21/2007 Print Record
        Printed on printer XEROXWPC9 in 0 minutes, 3 seconds.
        Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER


                                   Page 1
```

# Exhibit 135



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 17, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-329-4832)**

Edward L. Pleasants, III, Esq.
The Colom Law Firm
P.O. Box 866
Columbus, MS 39703

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Joann G. Sansing v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-09373-EEF-DEK*

Dear Mr. Pleasants:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Gwendolyn Colom. Merck's initial notice letter was sent on March 22, 2007. Pre-Trial Order No. 18C required your client, plaintiff Roderick Colom, to serve this PPF no later than January 16, 2007.

Please produce a completed PPF for Gwendolyn Colom no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00EB56544

```
** TX STATUS REPORT **          AS OF  JUL 17 2007 08:37   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
  07  07/17 08:37   6623294832 EC--S    00'43"    002   035    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 17, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Edward L. Pleasants, III, Esq. | The Colom Law Firm | 662-329-4832 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DEB56545

# Exhibit 136



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (985-536-6445)**

Daniel E Becnel, Jr., Esq.
Law Offices of Daniel E. Becnel Jr.
106 Seventh Street
PO Drawer H
Reserve, LA 70084

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Patricia Allison v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-05822-EEF-DEK*

Dear Mr. Becnel:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Jomayne Stephens. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Stephens to serve this PPF no later than February 4, 2006.

Please produce a completed PPF for Jomayne Stephens no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 17:38   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME     TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
18   06/28 17:36    19855366445  EC--S   01'21"   005   114   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Daniel E Becnel, Jr., Esq. | Law Offices of Daniel E. Becnel Jr. | 985-536-6445 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00C849505

# Exhibit 137



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (903-595-1999)**

David E. Dobbs, Esq.
Dobbs and Tittle PC
112 East Line, #300
Tyler, TX 75702

     *Re:*     ***In re Vioxx® Products Liability Litigation***
                ***MDL No. 1657***
                ***Joye Arnold v. Merck & Co., Inc.***
                ***Docket No. 2:06-cv-09821-EEF-DEK***

Dear Mr. Dobbs:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Loretta Brown. Merck's initial notice letter was sent on May 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Brown to serve this PPF no later than January 23, 2007.

        Please produce a completed PPF for Loretta Brown no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ **John N. Poulos***

        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MODE196880

```
** TX STATUS REPORT **          AS OF  JUN 29 2007 14:22   PAGE.01

                                        HUGHES HUBBARD


           DATE  TIME      TO/FROM      MODE   MIN/SEC  PGS   JOB#  STATUS
     05   06/29 14:20     9035951999   EC--S   01'43"   007   008   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| David E. Dobbs, Esq. | Dobbs and Tittle PC | 903-595-1999 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE196881

Exhibit 138



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-222-0066)**

Michael T. Gallagher, Esq.
The Gallagher Law Firm
Two Shell Plaza
777 Walker, Suite 2500
Houston, TX 77002

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Leo Calcavecchia v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-07081-EEF-DEK***

Dear Mr. Gallagher:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Patricia Gilley. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Gilley to serve this PPF no later than December 13, 2006.

Please produce a completed PPF for Patricia Gilley no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

MXUEU98486

```
** TX STATUS REPORT **              AS OF  JUN 29 2007 15:45   PAGE.01

                                           HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
    03  06/29 15:44     713 222 0066 EC--S 00'33"    002   069   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Michael T. Gallagher, Esq. | The Gallagher Law Firm | 713-222-0066 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODED98467

# Exhibit 139



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-222-0066)**

Michael T. Gallagher, Esq.
The Gallagher Law Firm
2905 Sackett Street
Houston, TX 77098

> Re: ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Leo Calcavecchia v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-07081-EEF-DEK***

Dear Mr. Gallagher:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Nola Stackhouse. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Stackhouse to serve this PPF no later than December 13, 2006.

   Please produce a completed PPF for Nola Stackhouse no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

M01653876

JOB STATUS REPORT

```
TIME  : 09/27/2007 11:36
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 09/27  11:35 |
| FAX NO./NAME | 17132220066 |
| DURATION | 00:00:33 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 27, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Michael T. Gallagher, Esq. | The Gallagher Law Firm | 713-222-0066 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M01053767

# Exhibit 140



# Hughes
# Hubbard
.A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (859-259-1909)**

Richard A. Getty, Esq.
Getty Hargadon Miller & Keller
250 West Main Street
1900 Lexington Financial Center
Lexington, KY 40507

> Re:    *In re Vioxx® Products Liability Litigation*
>         *MDL No. 1657*
>         *Della Stamper v. Merck & Co., Inc.*
>         *Docket No. 2:05-cv-00462-EEF-DEK*

Dear Mr. Getty:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Richard J Getty.  Merck's initial notice letter was sent on August 15, 2006.  Pretrial Order No. 18C ("PTO 18C") required Mr. Getty to serve this PPF no later than November 30, 2005.

   Please produce a completed PPF for Richard J Getty no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Very truly yours,

   */s/ John N. Poulos*

   John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MODE209997

```
** TX STATUS REPORT **              AS OF   JUN 28 2007 18:46   PAGE.01

                                             HUGHES HUBBARD


         DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    09   06/28 18:45    +8592591909  EC--S   00'53"    003   140   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Richard A. Getty, Esq. | Getty Hargadon Miller & Keller | 859-259-1909 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 141



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

July 17, 2007

**BY FIRST CLASS MAIL & TELECOPY (712-732-6202)**

Steve Hamilton, Esq.
Hamilton Law Firm
606 Ontario Street
P.O. Box 188
Storm Lake, IA 50588

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *William L. Losee v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10606-EEF-DEK*

Dear Mr. Hamilton:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for William L. Losee. Merck's initial notice letter was sent on April 25, 2007. Pre-Trial Order No. 18C required your clients, plaintiffs Diana L. Losee and William L. Losee, to serve this PPF no later than February 11, 2007.

Please produce a completed PPF for William L. Losee no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M00D379692

```
** TX STATUS REPORT **          AS OF   JUL 17 2007 08:53   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   10 07/17 08:52    712 732 6202 EC--S   00'35"   002   040    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | July 17, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Steve Hamilton, Esq. | Hamilton Law Firm | 712-732-6202 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00D379593

# Exhibit 142



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (405-319-9292)**

Conner Helms, Esq.
Helms and Underwood
120 North Robinson
Suite 2500
Oklahoma City, OK 73102

> Re:     *In re Vioxx® Products Liability Litigation*
>         *MDL No. 1657*
>         *Duong Nguyen v. Merck & Co., Inc.*
>         *Docket No. 2:07-cv-00719-EEF-DEK*

Dear Mr. Helms:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Duong Nguyen. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Nguyen to serve this PPF no later than April 22, 2007.

    Please produce a completed PPF for Duong Nguyen no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

            Very truly yours,

            */s/ John N. Poulos*

            John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Conner Helms, Esq. | Helms and Underwood | 405-319-9292 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

ser ID: NJ_BROADCAST_USER
==========================================================================
O: Name: Conner Helms, Esq.
   Company:
   Fax Phone Number: 1-405-319-9292
   Contact Phone Number:
   Info Code 1: 000734                    Info Code 2: 01835

ent to remote ID:4053199292
ent at:Tue Sep 25 10:03:04 2007
ent on channel 9
lapsed Time:   0 minutes, 54 seconds
ransmission Status (0/339;0/0): Successful Send
age Record: 1 - 2.
--------------------------------------------------------------------------

# Exhibit 143



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (202-223-3595)**

Thomas F. Urban, Esq.
James F. Humphreys and Associates LC
1200 New Hampshire Ave., N.W.
Suite 510
Washington, DC 20036

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Marya Blocker v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06936-EEF-DEK*

Dear Mr. Urban:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Betty Suchey. Merck's initial notice letter was sent on January 31, 2007. Pretrial Order No. 18C required your clients, plaintiffs Marya Blocker and Betty Suchey, to serve this PPF no later than December 13, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Betty Suchey no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MODE150754

```
** TX STATUS REPORT **              AS OF   MAY 08 2007 10:31   PAGE.01

                                            HUGHES HUBBARD


       DATE  TIME      TO/FROM     MODE   MIN/SEC    PGS   JOB#  STATUS
  24   05/08 10:29     2022233595 EC--S   01'35"     006   159   OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas F. Urban, Esq. | James F. Humphreys and Associates LC | 202-223-3595 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE150755

# Exhibit 144



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (202-223-2595)**

Thomas F. Urban, II, Esq.
James F. Humphreys and Associates LC
1200 New Hampshire Avenue, NW
Suite 510
Washington, DC 20036

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Shirley Roberson v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10323-EEF-DEK*

Dear Mr. Urban:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Shirley Roberson. Merck's initial notice letter was sent on February 27, 2007. Pretrial Order No. 18C required Ms. Roberson to serve this PPF no later than January 31, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Shirley Roberson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

MODE150756

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 10:31   PAGE.01

                                      HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS    JOB#  STATUS
   24   05/08 10:29     2022233595 EC--S   01'35"    006    159   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas F. Urban, Esq. | James F. Humphreys and Associates LC | 202-223-3595 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 145



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (202-223-2595)**

Thomas F. Urban, II, Esq.
James F. Humphreys and Associates LC
1200 New Hampshire Avenue, NW
Suite 510
Washington, DC 20036

Re:    *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Hercharan K. Sethi v. Merck & Co., Inc.*
*Docket No. 2:06-cv-10324-EEF-DEK*

Dear Mr. Urban:

       We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Kulwant S. Sethi. Merck's initial notice letter was sent on February 27, 2007. Pretrial Order No. 18C required your client, plaintiff Hercharan K. Sethi, to serve this PPF no later than January 31, 2007, and Merck has not consented to any extension of time in which to respond.

       Please produce a completed PPF for Kulwant S. Sethi no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

       Very truly yours,

       */s/ John N. Poulos*

       John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   MAY 08 2007 10:31   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM     MODE  MIN/SEC   PGS   JOB#  STATUS
    24  05/08 10:29     2022233595  EC--S  01'35"   006   159   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Thomas F. Urban, Esq. | James F. Humphreys and Associates LC | 202-223-3595 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE150759

# Exhibit 146



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (860-979-0064)**

Craig Vernon, Esq.
James Vernon and Weeks PA
1875 N. Lakewood Drive
Suite 200
Coeur D'Alene, ID 83814

Re:   ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Philip Ruff v. Merck & Co., Inc.***
***Docket No. 2:06-cv-09354-EEF-DEK***

Dear Mr. Vernon:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Philip Ruff. Merck's initial notice letter was sent on March 22, 2007. Pretrial Order No. 18C required Mr. Ruff to serve this PPF no later than January 16, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Philip Ruff no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0E508568

\*\* TX STATUS REPORT \*\*                    AS OF   MAY 08 2007 16:43   PAGE.01

HUGHES HUBBARD

|    | DATE   TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|----|-------------|---------|------|---------|-----|------|--------|
| 13 | 05/08 16:42 | 2086641684 | EC--S | 00'49" | 003 | 029 | OK |

## Hughes Hubbard
A New York Limited Liability Partnership

101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Craig Vernon, Esq. | James Vernon and Weeks PA | 208-664-1684 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0GE608569

# Exhibit 147



**Hughes Hubbard & Reed LLP**
101 Hudson Street,  Suite 3601
Jersey  City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (662-841-1941)**

Jason L. Shelton, Esq.
Shelton & Associates, PA
218 North Spring Street
P.O. Box 1362
Tupelo, MS 38802

Re:     *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Dorothy Cantrell v. Merck & Co., Inc.*
*Docket No. 2:06-cv-10974-EEF-DEK*

Dear Mr. Shelton:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Ida Edwards. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Edwards to serve this PPF no later than March 3, 2007.

Please produce a completed PPF for Ida Edwards no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
                    ┌──────────────────────┐
                    │  JOB STATUS REPORT   │
                    └──────────────────────┘

                                   TIME  : 09/27/2007 11:42
                                   NAME  : HUGHES HUBBARD
                                   FAX#  : 2019465738
                                   TEL.# :
                                   SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 09/27  11:41 |
| FAX NO./NAME | 16628411941 |
| DURATION | 00:00:22 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coconato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 27, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Jason L. Shelton, Esq. | Shelton & Associates, PA | 662-841-1941 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00F413739

# Exhibit 148



**Hughes**
**Hubbard**
. A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (713-292-2755)**

Richard N. Laminack, Esq.
Laminack Pirtle and Martines
440 Louisiana
Suite 1250
Houston, TX 77002

Re:     ***In re Vioxx® Products Liability Litigation***
             ***MDL No. 1657***
             ***Marcel M. Kornegay v. Merck & Co., Inc.***
             ***Docket No. 2:06-cv-07059-EEF-DEK***

Dear Mr. Laminack:

             We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Marcel M Kornegay.  Merck's initial notice letter was sent on January 31, 2007.  Pretrial Order No. 18C ("PTO 18C") required your client, plaintiff Marcel M. Kornegay, to serve this PPF no later than December 12, 2006.

             Please produce a completed PPF for Marcel M Kornegay no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

             Very truly yours,

             */s/ John N. Poulos*

             John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
           Russ M. Herman, Esq. (via e-mail)

M0E616857

```
**   TX STATUS REPORT  **          AS OF   JUN 28 2007 18:14   PAGE.01

                                            HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    30  06/28 18:13     7132922755  EC--S   00'35"   002   127   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Richard N. Laminack, Esq. | Laminack Pirtle and Martines | 713-292-2755 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDL615858

# Exhibit 149



# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (276-679-6633)**

Timothy W. McAfee, Esq.
McAfee Law Firm PC
PO Box 656
Norton, VA 24273

> Re:     ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***David M. Akers v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-02384-EEF-DEK***

Dear Mr. McAfee:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Constance E Childress. Merck's initial notice letter was sent on December 15, 2005. Pretrial Order No. 18C ("PTO 18C") required Ms. Childress to serve this PPF no later than November 15, 2005.

Please produce a completed PPF for Constance E Childress no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M0DED96861

```
** TX STATUS REPORT **          AS OF   JUN 28 2007 19:04   PAGE.01

                                                HUGHES HUBBARD


        DATE  TIME       TO/FROM       MODE   MIN/SEC   PGS   JOB#   STATUS
   18   06/28 19:03      2766794648 EC--S    00'42"    002   152    OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Timothy W. McAfee, Esq. | McAfee Law Firm PC | 276-679-0655 (276) 679-4648 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DED6862

# Exhibit 150



**Hughes**
**Hubbard**
. A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

> *Re:*    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Laura Davenport v. Merck & Co. Inc.*
> *Docket No. 2:06-cv-00096-EEF-DEK*

Dear Mr. Smith:

     We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Mamie Bisazza. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Bisazza to serve this PPF no later than March 26, 2006.

     Please produce a completed PPF for Mamie Bisazza no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

     Very truly yours,

     */s/ John N. Poulos*

     John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
     Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

M00EB53920

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Michael Smith, Esq.
21515 Hawthorne Blvd.
Suite 590
Torrance, California 90503

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X K Pollar     ☐ Agent
               ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
Kathy Pollar                        7-10-0

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from ser     7006 2150 0001 2279 8145

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

PM

• Sender: Please print your name, address, and ZIP+4 in this box •

HUGHES HUBBARD & REED LLP
101 HUDSON STREET, SUITE 3601
JERSEY CITY, NJ 07302

no PPF  10/28/07