# Exhibit 151




Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Laura Davenport v. Merck & Co. Inc.***
***Docket No. 2:06-cv-00096-EEF-DEK***

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Laura Davenport. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Davenport to serve this PPF no later than March 26, 2006.

Please produce a completed PPF for Laura Davenport no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



M0EB53919

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Smith, Esq.
21515 Hawthorne Blvd.
Suite 590
Torrance, California 90503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K Pollard ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Kathy Pollard

C. Date of Delivery 7-10-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from ser*) 7006 2150 0001 2279 8145

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540



UNITED STATES POSTAL SERVICE

LONG BEACH CA 908 PM 10 JUL 2007

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HUGHES HUBBARD & REED LLP
101 HUDSON STREET, SUITE 3601
JERSEY CITY, NJ 07302

no PPF 10/28/07

# Exhibit 152



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Laura Davenport v. Merck & Co. Inc.***
***Docket No. 2:06-cv-00096-EEF-DEK***

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Maudie Davis. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Ms. Davis to serve this PPF no later than March 26, 2006.

Please produce a completed PPF for Maudie Davis no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Smith, Esq.
21515 Hawthorne Blvd.
Suite 590
Torrance, California 90503

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X K Pollard ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Kathy Pollard

C. Date of Delivery 7-10-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from ser* 7006 2150 0001 2279 8145

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540


UNITED STATES POSTAL SERVICE

LONG BEACH CA 908 PM 10 JUL 2007

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HUGHES HUBBARD & REED LLP
101 HUDSON STREET, SUITE 3601
JERSEY CITY, NJ 07302

no PPF 10/28/07

# Exhibit 153




Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Laura Davenport v. Merck & Co. Inc.***
***Docket No. 2:06-cv-00096-EEF-DEK***

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Eleanor Dramis. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Geraldine Baluch and Eleanor Dramis, to serve this PPF no later than March 26, 2006.

Please produce a completed PPF for Eleanor Dramis no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



M0E43987

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Smith, Esq.
21515 Hawthorne Blvd.
Suite 590
Torrance, California 90503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K Pollard ☐ Agent ☐ Addressee

B. Received by (Printed Name) Kathy Pollard

C. Date of Delivery 7-10-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2150 0001 2279 8145

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540



UNITED STATES POSTAL SERVICE

LONG BEACH CA 908 PM 10 JUL 2007

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**HUGHES HUBBARD & REED LLP**
**101 HUDSON STREET, SUITE 3601**
**JERSEY CITY, NJ 07302**

no PPF 10/28/07

# Exhibit 154



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Laura Davenport v. Merck & Co. Inc.***
***Docket No. 2:06-cv-00096-EEF-DEK***

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Willie Elston. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Elston to serve this PPF no later than March 26, 2006.

Please produce a completed PPF for Willie Elston no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



M0EB53904

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Smith, Esq.
21515 Hawthorne Blvd.
Suite 590
Torrance, California 90503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K Pollard ☐ Agent ☐ Addressee

B. Received by (Printed Name) Kathy Pollard

C. Date of Delivery 2-10-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from ser 7006 2150 0001 2279 8145

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540


UNITED STATES POSTAL SERVICE

LONG BEACH CA 908
PM
10 JUL
2007

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HUGHES HUBBARD & REED LLP
101 HUDSON STREET, SUITE 3601
JERSEY CITY, NJ 07302

no PPF 10/28/07

# Exhibit 155



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Laura Davenport v. Merck & Co. Inc.***
***Docket No. 2:06-cv-00096-EEF-DEK***

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Robert Kongstvedt. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required your client, plaintiff Paula Smetana, to serve this PPF no later than March 26, 2006.

Please produce a completed PPF for Robert Kongstvedt no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Smith, Esq.
21515 Hawthorne Blvd.
Suite 590
Torrance, California 90503

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X K Pollard ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Kathy Pollard

C. Date of Delivery 7-10-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from ser*
7006 2150 0001 2279 8145

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

LONG BEACH CA 908
PM
10 JUL
2007

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**HUGHES HUBBARD & REED LLP**
**101 HUDSON STREET, SUITE 3601**
**JERSEY CITY, NJ 07302**

no PPF 10/28/07

# Exhibit 156



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Laura Davenport v. Merck & Co. Inc.***
***Docket No. 2:06-cv-00096-EEF-DEK***

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Bernice Maddox. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Maddox to serve this PPF no later than March 26, 2006.

Please produce a completed PPF for Bernice Maddox no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



M0EB53903

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Smith, Esq.
21515 Hawthorne Blvd.
Suite 590
Torrance, California 90503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K Pollard ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Kathy Pollard

C. Date of Delivery 7-10-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from ser*
7006 2150 0001 2279 8145

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540



UNITED STATES POSTAL SERVICE

LONG BEACH CA 908
PM
10 JUL 2007

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**HUGHES HUBBARD & REED LLP**
**101 HUDSON STREET, SUITE 3601**
**JERSEY CITY, NJ 07302**

no PPF 10/28/07

# Exhibit 157



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Laura Davenport v. Merck & Co. Inc.***
***Docket No. 2:06-cv-00096-EEF-DEK***

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Joseph Panarisi. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Panarisi to serve this PPF no later than March 26, 2006.

Please produce a completed PPF for Joseph Panarisi no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0EB53902

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Smith, Esq.
21515 Hawthorne Blvd.
Suite 590
Torrance, California 90503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K Pollard ☐ Agent ☐ Addressee

B. Received by (Printed Name) Kathy Pollard

C. Date of Delivery 7-10-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from ser 7006 2150 0001 2279 8145

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

LONG BEACH CA 908 PM 10 JUL 2007

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HUGHES HUBBARD & REED LLP
101 HUDSON STREET, SUITE 3601
JERSEY CITY, NJ 07302

no PPF 10/28/07

# Exhibit 158



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & CERTIFIED MAIL**

Michael Smith, Esq.
Michael Smith Law
21515 Hawthorne Blvd.
Suite 590
Torrance, CA 90503

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Laura Davenport v. Merck & Co. Inc.***
***Docket No. 2:06-cv-00096-EEF-DEK***

Dear Mr. Smith:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Aram Yeghiazarian. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Yeghiazarian to serve this PPF no later than March 26, 2006.

Please produce a completed PPF for Aram Yeghiazarian no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



M0EB53901

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Smith, Esq.
21515 Hawthorne Blvd.
Suite 590
Torrance, California 90503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K Pollard
☐ Agent
☐ Addressee

B. Received by (Printed Name) Kathy Pollard

C. Date of Delivery 7-10-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from ser 7006 2150 0001 2279 8145

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

LONG BEACH CA 908 PM 10 JUL 2007

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HUGHES HUBBARD & REED LLP
101 HUDSON STREET, SUITE 3601
JERSEY CITY, NJ 07302

no PPF 10/28/07

# Exhibit 159



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Paula G. Alaniz v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Thelma L. Flowers. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Flowers to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Thelma L. Flowers no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

'ser ID: NJ_BROADCAST_USER

==========================================================================

O: Name: J. Christopher Ide, Esq.
Company:
Fax Phone Number: 1-703-519-8084
Contact Phone Number:
Info Code 1: 000734 Info Code 2: 01835

ent to remote ID:(540) 672-3055
ent at:Tue Sep 25 10:27:28 2007
ent on channel 10
lapsed Time: 0 minutes, 52 seconds
ransmission Status (0/339;0/0): Successful Send
age Record: 1 - 2.

--------------------------------------------------------------------------

ent to remote ID:
ent at:Tue Sep 25 10:18:28 2007
ent on channel 14
lapsed Time: 0 minutes, 46 seconds
ransmission Status (0/325;0/0): Remote end was ringing but did not answer
age Record: NONE SENT.

--------------------------------------------------------------------------

ent to remote ID:
ent at:Tue Sep 25 10:08:26 2007
ent on channel 8
lapsed Time: 0 minutes, 42 seconds
ransmission Status (6/0;0/0): Remote end was ringing but did not answer
age Record: NONE SENT.

--------------------------------------------------------------------------

# Exhibit 160



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Paula G. Alaniz v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Diana Gonzalez. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Gonzalez to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Diana Gonzalez no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

ser ID: NJ_BROADCAST_USER

================================================================================

C Name: J. Christopher Ide, Esq.
Company:
Fax Phone Number: 1-703-519-8084
Contact Phone Number:
Info Code 1: 000734 Info Code 2: 01835

ent to remote ID:(540) 672-3055
ent at:Tue Sep 25 10:16:59 2007
ent on channel 14
lapsed Time: 0 minutes, 54 seconds
ransmission Status (0/339;0/0): Successful Send
age Record: 1 - 2.

--------------------------------------------------------------------------------

ent to remote ID:
ent at:Tue Sep 25 10:07:24 2007
ent on channel 13
lapsed Time: 0 minutes, 0 seconds
ransmission Status (0/301;0/0): Busy signal detected
age Record: NONE SENT.

--------------------------------------------------------------------------------

# Exhibit 161



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Paula G. Alaniz v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Mariti Jones. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Jones to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Mariti Jones no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



M00E196723

** TX STATUS REPORT ** AS OF JUN 29 2007 13:16 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 17 | 06/29 | 13:12 | (540) 672-3055 | EC--S | 03'45" | 015 | 234 | OK |

Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 162



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Paula G. Alaniz v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Evelyn L McCann. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. McCann to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Evelyn L McCann no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:16 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 17 | 06/29 | 13:12 | (540) 672-3055 | EC--S | 03'45" | 015 | 234 | OK |




Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 163



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Paula G. Alaniz v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Charles Mondroski. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Mondroski to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Charles Mondroski no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



MUVAL0027 4

** TX STATUS REPORT ** AS OF JUN 29 2007 13:16 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 17 | 06/29 | 13:12 | (540) 672-3055 | EC--S | 03'45" | 015 | 234 | OK |



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 164



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Paula G. Alaniz v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Guadalupe Saenz. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Saenz to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Guadalupe Saenz no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:16 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 17 | 06/29 | 13:12 | (540) 672-3055 | EC--S | 03'45" | 015 | 234 | OK |



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 165



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Paula G. Alaniz v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Cruz Vallejo. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Vallejo to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Cruz Vallejo no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:16 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 17 | 06/29 | 13:12 | (540) 672-3055 | EC--S | 03'45" | 015 | 234 | OK |



A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 166



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Paula G. Alaniz v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Miriam Villarreal. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Villarreal to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Miriam Villarreal no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:16 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 17 | 06/29 | 13:12 | (540) 672-3055 | EC--S | 03'45" | 015 | 234 | OK |



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 167



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Paula G. Alaniz v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05999-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Valerie Wordlaw. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Wordlaw to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Valerie Wordlaw no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:16 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 17 | 06/29 | 13:12 | (540) 672-3055 | EC--S | 03'45" | 015 | 234 | OK |



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E439973

# Exhibit 168



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Jose Alegria v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05990-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Charles Sheets. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Sheets to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Charles Sheets no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:16 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 17 | 06/29 | 13:12 | (540) 672-3055 | EC--S | 03'45" | 015 | 234 | OK |

Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 169



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Martha Alvarado v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05980-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Lois McAmock. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. McAmock to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Lois McAmock no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



M0E439966

** TX STATUS REPORT ** AS OF JUN 29 2007 13:01 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 13 | 06/29 | 12:57 | (540) 672-3055 | EC--S | 03'45" | 015 | 225 | OK |

Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 170



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Martha Alvarado v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05980-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Samantha McClatchey. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. McClatchey to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Samantha McClatchey no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

ser ID: NJ_BROADCAST_USER

============================================================================

O: Name: J. Christopher Ide, Esq.
Company:
Fax Phone Number: 1-703-519-8084
Contact Phone Number:
Info Code 1: 000734 Info Code 2: 01835

ent to remote ID:(540) 672-3055
ent at:Tue Sep 25 10:25:56 2007
ent on channel 10
lapsed Time: 0 minutes, 56 seconds
ransmission Status (0/339;0/0): Successful Send
age Record: 1 - 2.

----------------------------------------------------------------------------

ent to remote ID:
ent at:Tue Sep 25 10:17:04 2007
ent on channel 13
lapsed Time: 0 minutes, 0 seconds
ransmission Status (0/301;0/0): Busy signal detected
age Record: NONE SENT.

----------------------------------------------------------------------------

ent to remote ID:
ent at:Tue Sep 25 10:07:09 2007
ent on channel 8
lapsed Time: 0 minutes, 42 seconds
ransmission Status (6/0;0/0): Remote end was ringing but did not answer
a[illegible] Record: NONE SENT.

----------------------------------------------------------------------------

# Exhibit 171



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Martha Alvarado v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05980-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Sharon Morrow. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Morrow to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Sharon Morrow no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:01 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 13 | 06/29 | 12:57 | (540) 672-3055 | EC--S | 03'45" | 015 | 225 | OK |

Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 172



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Martha Alvarado v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05980-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Arnall Rodney Thomas. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Thomas to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Arnall Rodney Thomas no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:01 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 13 | 06/29 | 12:57 | (540) 672-3055 | EC--S | 03'45" | 015 | 225 | OK |



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 173



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Digusma Baca v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05997-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Jerry Holguin. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Holguin to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Jerry Holguin no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:01 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 13 | 06/29 | 12:57 | (540) 672-3055 | EC--S | 03'45" | 015 | 225 | OK |



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 174



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Digusma Baca v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05997-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Bernard McEntee. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. McEntee to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Bernard McEntee no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

'ser ID: NJ_BROADCAST_USER

==========================================================================

Name: J. Christopher Ide, Esq.
Company:
Fax Phone Number: 1-703-519-8084
Contact Phone Number:
Info Code 1: 000734 Info Code 2: 01835

ent to remote ID:(540) 672-3055
ent at:Tue Sep 25 10:17:57 2007
ent on channel 15
lapsed Time: 0 minutes, 52 seconds
ransmission Status (0/339;0/0): Successful Send
age Record: 1 - 2.

--------------------------------------------------------------------------

ent to remote ID:
ent at:Tue Sep 25 10:07:49 2007
ent on channel 14
lapsed Time: 0 minutes, 46 seconds
ransmission Status (0/325;0/0): Remote end was ringing but did not answer
age Record: NONE SENT.

--------------------------------------------------------------------------

# Exhibit 175



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Digusma Baca v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05997-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Rudy Montano. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Montano to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Rudy Montano no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



M00E196725

** TX STATUS REPORT ** AS OF JUN 29 2007 13:01 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 13 | 06/29 | 12:57 | (540) 672-3055 | EC--S | 03'45" | 015 | 225 | OK |

Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 176



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Digusma Baca v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05997-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Danny Palumbo. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Palumbo to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Danny Palumbo no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:01 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 13 | 06/29 | 12:57 | (540) 672-3055 | EC--S | 03'45" | 015 | 225 | OK |

Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 177




Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Digusma Baca v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05997-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Darlene Track. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Track to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Darlene Track no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:01 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 13 | 06/29 | 12:57 | (540) 672-3055 | EC--S | 03'45" | 015 | 225 | OK |

Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 178



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Digusma Baca v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05997-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Raymond Warner. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Warner to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Raymond Warner no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



MUUA0302717

** TX STATUS REPORT ** AS OF JUN 29 2007 13:01 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 13 | 06/29 | 12:57 | (540) 672-3055 | EC--S | 03'45" | 015 | 225 | OK |



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 179



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Digusma Baca v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05997-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Edward Zeehandelaar. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Zeehandelaar to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Edward Zeehandelaar no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

***/s/ John N. Poulos***

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 13:01 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 13 | 06/29 | 12:57 | (540) 672-3065 | EC--S | 03'45" | 015 | 225 | OK |

Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 180



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

***Re:*** ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Isolina Bailey v. Merck & Co., Inc.***
***Docket No. 2:06-cv-05982-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Diana Powell. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Powell to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Diana Powell no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT ** AS OF JUN 29 2007 12:49 PAGE.01

HUGHES HUBBARD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 10 | 06/29 | 12:45 | (540) 672-3055 | EC--S | 03'46" | 015 | 218 | OK |



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E196734