# Exhibit 181



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey  City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Isolina Bailey v. Merck & Co., Inc.***
> <u>***Docket No. 2:06-cv-05982-EEF-DEK***</u>

Dear Mr. Ide:

       We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Judith Sherlock.  Merck's initial notice letter was sent on May 11, 2007.  Pretrial Order No. 18C ("PTO 18C") required Ms. Sherlock to serve this PPF no later than November 29, 2006.

       Please produce a completed PPF for Judith Sherlock no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

MODE196727

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 12:49   PAGE.01

                                        HUGHES HUBBARD
```

```
      DATE  TIME     TO/FROM      MODE  MIN/SEC  PGS   JOB#  STATUS
10    06/29 12:45 (540) 672-3055  EC--S  03'46"  015   218   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 182


**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Isolina Bailey v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-05982-EEF-DEK***

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Maria Sierra.  Merck's initial notice letter was sent on July 10, 2007.  Pretrial Order No. 18C ("PTO 18C") required Ms. Sierra to serve this PPF no later than November 29, 2006.

        Please produce a completed PPF for Maria Sierra no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
ser ID: NJ_BROADCAST_USER
=============================================================================
O: Name: J. Christopher Ide, Esq.
  Company:
  Fax Phone Number: 1-703-519-8084
  Contact Phone Number:
  Info Code 1: 000734                    Info Code 2: 01835

ent to remote ID:(540) 672-3055
ent at:Tue Sep 25 10:07:23 2007
ent on channel 10
lapsed Time:  0 minutes, 50 seconds
ransmission Status (0/339;0/0): Successful Send
age Record: 1 - 2.
-----------------------------------------------------------------------------
```

# Exhibit 183



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Isolina Bailey v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-05982-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Delilah Taylor. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Taylor to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Delilah Taylor no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **              AS OF  JUN 29 2007 12:49   PAGE.01

                                            HUGHES HUBBARD


         DATE  TIME     TO/FROM     MODE  MIN/SEC   PGS   JOB#  STATUS
   10  06/29 12:45 (540) 672-3055   EC--S  03'46"   015   218   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E035607

# Exhibit 184



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Tammy Bailey v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-05987-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Roger Hutchins. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Hutchins to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Roger Hutchins no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MODE196719

** TX STATUS REPORT **        AS OF   JUN 29 2007 12:37   PAGE.01

                                      HUGHES HUBBARD

      DATE TIME      TO/FROM      MODE  MIN/SEC   PGS   JOB#  STATUS
07   06/29 12:33 (540) 672-3055  EC--S  03'43"   015   213   OK

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDDE1987120

# Exhibit 185



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Tammy Bailey v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-05987-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Clydell Morris. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Morris to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Clydell Morris no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **          AS OF  JUN 29 2007 12:37  PAGE.01

                                       HUGHES HUBBARD

        DATE  TIME     TO/FROM      MODE  MIN/SEC   PGS  JOB#  STATUS
    07  06/29 12:33 (540) 672-3055  EC--S  03'43"   015  213   OK
```

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E439977

# Exhibit 186



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Tammy Bailey v. Merck & Co., Inc.*
*Docket No. 2:06-cv-05987-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Emma Jean Pittman. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Pittman to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Emma Jean Pittman no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00A643716

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 12:37   PAGE.01

                                            HUGHES HUBBARD


        DATE  TIME      TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
   07   06/29 12:33 (540) 672-3055  EC--S  03'43"    015   213   OK
```



# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDLVA643/717

# Exhibit 187



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:    *In re Vioxx® Products Liability Litigation*
       *MDL No. 1657*
       *Tammy Bailey v. Merck & Co., Inc.*
       *Docket No. 2:06-cv-05987-EEF-DEK*

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced
above. This is Merck's second letter notifying you that we have still not received a Plaintiff
Profile Form ("PPF") and appropriate authorizations for Cornelia Reese. Merck's initial notice
letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Reese to
serve this PPF no later than November 29, 2006.

        Please produce a completed PPF for Cornelia Reese no later than ten (10) days
from the date of this letter. Merck reserves its right to move to dismiss the referenced action for
plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the
time requested, Merck may seek a dismissal without further warning.

                                      Very truly yours,

                                      */s/ John N. Poulos*

                                      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York  ▪  Washington, D.C.  ▪  Los Angeles  ▪  Miami  ▪  Jersey City  ▪  Paris  ▪  Tokyo

MODE364691

```
** TX STATUS REPORT **           AS OF   JUN 29 2007 12:37   PAGE.01

                                        HUGHES HUBBARD


      DATE TIME      TO/FROM      MODE  MIN/SEC   PGS  JOB#  STATUS
   07 06/29 12:33 (540) 672-3055  EC--S  03'43"   015  213   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00E364692

# Exhibit 188



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Tammy Bailey v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05987-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for William Carl Stafford. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Stafford to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for William Carl Stafford no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00EB53867

** TX STATUS REPORT **            AS OF   JUN 29 2007 12:37   PAGE.01

                                        HUGHES HUBBARD


      DATE  TIME      TO/FROM      MODE  MIN/SEC    PGS   JOB#  STATUS
  07  06/29 12:33 (540) 672-3055   EC--S  03'43"    015   213   OK



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00EB53868

# Exhibit 189



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street,  Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Mary A. Bates v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-05989-EEF-DEK*

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Deauna Lee.  Merck's initial notice letter was sent on April 25, 2007.  Pretrial Order No. 18C ("PTO 18C") required Ms. Lee to serve this PPF no later than November 29, 2006.

        Please produce a completed PPF for Deauna Lee no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                    Very truly yours,

                    */s/ John N. Poulos*

                    John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M00FC07530

** TX STATUS REPORT **        AS OF   JUN 29 2007 12:37   PAGE.01

                                      HUGHES HUBBARD

        DATE  TIME      TO/FROM      MODE   MIN/SEC    PGS    JOB#   STATUS
  07   06/29 12:33 (540) 672-3055   EC--S   03'43"    015    213    OK

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 190



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Mary A. Bates v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05989-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Stephanie Pate. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Pate to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Stephanie Pate no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DE196764


```
** TX STATUS REPORT **          AS OF  JUN 29 2007 12:37  PAGE.01

                                        HUGHES HUBBARD


        DATE TIME       TO/FROM       MODE  MIN/SEC   PGS   JOB#  STATUS
    07  06/29 12:33 (540) 672-3055    EC--S  03'43"   015   213   OK
```



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDRE196765

# Exhibit 191



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
Resident Partners

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Mary A. Bates v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05989-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Mary Potter. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Potter to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Mary Potter no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MDUE364896/

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 12:17   PAGE.01

                                           HUGHES HUBBARD


      DATE TIME         TO/FROM      MODE    MIN/SEC    PGS    JOB#   STATUS
03    06/29 12:13 (540) 672-3055     EC--S   03'44"     015    206    OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  1 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE364688

# Exhibit 192



**Hughes**

**Hubbard**

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

      *Re:*    *In re Vioxx® Products Liability Litigation*
              *MDL No. 1657*
              *Mary A. Bates v. Merck & Co., Inc.*
              *Docket No. 2:06-cv-05989-EEF-DEK*

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Raymond Price. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Price to serve this PPF no later than November 29, 2006.

        Please produce a completed PPF for Raymond Price no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

M00EB53659

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 12:17   PAGE.01

                                            HUGHES HUBBARD


         DATE TIME        TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
    03   06/29 12:13 (540) 672-3055    EC--S  03'44"  015  206   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | Firm | **Fax No.** |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODEB53860

# Exhibit 193



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Mary A. Bates v. Merck & Co., Inc.*
      *Docket No. 2:06-cv-05989-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Grace Smith. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Smith to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Grace Smith no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

smith.TXT

10:08 AM 9/25/2007 Transmission Record
      Sent to: J. Christopher Ide, Esq.
      Phone: 1-703-519-8084
      Billing information: '000734', '01835'
      Remote ID:
      Unique ID: "NJ_46F8D53055D6"
      Elapsed time: 0 minutes, 46 seconds.
      Used channel 10.
      No ANI data.
      No AOC data.
      Resulting status code (0/325; 0/0): Ringing, no answer
      No pages sent.

10:18 AM 9/25/2007 Transmission Record
      Sent to: J. Christopher Ide, Esq.
      Phone: 1-703-519-8084
      Billing information: '000734', '01835'
      Remote ID:
      Unique ID: "NJ_46F8D53055D6"
      Elapsed time: 0 minutes, 42 seconds.
      Used channel 12.
      No ANI data.
      No AOC data.
      Resulting status code (6/0; 0/0): Ringing, no answer
      No pages sent.

10:27 AM 9/25/2007 Transmission Record
      Sent to: J. Christopher Ide, Esq.
      Phone: 1-703-519-8084
      Billing information: '000734', '01835'
      Remote ID:
      Unique ID: "NJ_46F8D53055D6"
      Elapsed time: 0 minutes, 0 seconds.
      Used channel 13.
      No ANI data.
      No AOC data.
      Resulting status code (0/301; 0/0): Normal Busy
      No pages sent.

10:35 AM 9/25/2007 Transmission Record
      Sent to: J. Christopher Ide, Esq.
      Phone: 1-703-519-8084
      Billing information: '000734', '01835'
      Remote ID:
      Unique ID: "NJ_46F8D53055D6"
      Elapsed time: 0 minutes, 0 seconds.
      Used channel 12.
      No ANI data.
      No AOC data.
      Resulting status code (0/301; 0/0): Normal Busy
      No pages sent.

10:40 AM 9/25/2007 Transmission Record
      Sent to: J. Christopher Ide, Esq.
      Phone: 1-703-519-8084
      Billing information: '000734', '01835'
      Remote ID:
      Unique ID: "NJ_46F8D53055D6"
      Elapsed time: 0 minutes, 0 seconds.
      Used channel 12.
      No ANI data.
      No AOC data.
      Resulting status code (0/301; 0/0): Normal Busy

smith.TXT

      No pages sent.
```
🞏🞏
10:40 AM 9/25/2007 Print Record
        Printed on printer NJ4200-2 in 0 minutes, 4 seconds.
        Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER
🞏🞏
11:03 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID: (540) 672-3055
        Unique ID: "NJ_46F8D53055D6"
        Elapsed time: 0 minutes, 56 seconds.
        Used channel 15.
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 2
🞏🞏
11:04 AM 9/25/2007 Print Record
        Printed on printer NJ4200-2 in 0 minutes, 3 seconds.
        Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER
🞏🞏
🞏🞏
```

Page 2

# Exhibit 194



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Mary A. Bates v. Merck & Co., Inc.*
        Docket No. 2:06-cv-05989-EEF-DEK

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Howson Stevens. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Stevens to serve this PPF no later than November 29, 2006.

        Please produce a completed PPF for Howson Stevens no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DE43997/4

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 12:37   PAGE.01

                                        HUGHES HUBBARD


     DATE  TIME      TO/FROM      MODE   MIN/SEC    PGS   JOB#  STATUS
07  06/29 12:33 (540) 672-3055   EC--S   03'43"    015   213   OK
```

# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E439975

# Exhibit 195



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Mary A. Bates v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05989-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Janett Taden. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Taden to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Janett Taden no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MODE196762

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 12:37   PAGE.01

                                        HUGHES HUBBARD


       DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   07  06/29 12:33 (540) 672-3055   EC--S   03'43"   015   213   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDDE196763

# Exhibit 196



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Brenda Blackmon v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05992-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for John Miller. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Miller to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for John Miller no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ▪   Washington, D.C.   ▪   Los Angeles   ▪   Miami   ▪   Jersey City   ▪   Paris   ▪   Tokyo

MODE364685

```
** TX STATUS REPORT **           AS OF  JUN 29 2007 12:17   PAGE.01

                                          HUGHES HUBBARD

       DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   03  06/29 12:13 (540) 672-3055     EC--S  03'44"    015   206    OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0E364686

# Exhibit 197



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> *Re:*     ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Brenda Blackmon v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-05992-EEF-DEK***

Dear Mr. Ide:

     We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Donald Pope. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Pope to serve this PPF no later than November 29, 2006.

     Please produce a completed PPF for Donald Pope no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

     Very truly yours,

     */s/ John N. Poulos*

     John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MODEC035614

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 12:17   PAGE.01
                                        HUGHES HUBBARD

        DATE  TIME      TO/FROM      MODE  MIN/SEC  PGS   JOB#  STATUS
   03   06/29 12:13  (540) 672-3055  EC--S  03'44"  015   206   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 198



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *John M. Busk v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05983-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Beulah McFadden. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. McFadden to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Beulah McFadden no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MDL2191790

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 12:17   PAGE.01

                                        HUGHES HUBBARD

        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#   STATUS
   03   06/29 12:13 (540) 672-3055   EC--S  03'44"    015   206    OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | Firm | **Fax No.** |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE196761

# Exhibit 199



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

        *Re:*    ***In re Vioxx® Products Liability Litigation***
                ***MDL No. 1657***
                ***John M. Busk v. Merck & Co., Inc.***
                ***Docket No. 2:06-cv-05983-EEF-DEK***

Dear Mr. Ide:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Jeanette Nelson. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Nelson to serve this PPF no later than November 29, 2006.

      Please produce a completed PPF for Jeanette Nelson no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MODEB5385/

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 12:17   PAGE.01

                                        HUGHES HUBBARD

       DATE TIME        TO/FROM    MODE   MIN/SEC    PGS   JOB#  STATUS
    03 06/29 12:13 (540) 672-3055  EC--S  03'44"     015   206   OK
```



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | Date |
| --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | Firm | Fax No. |
| --- | --- | --- |
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00EB53858

# Exhibit 200



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *John M. Busk v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05983-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Karen Reem.  Merck's initial notice letter was sent on July 10, 2007.  Pretrial Order No. 18C ("PTO 18C") required Ms. Reem to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Karen Reem no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
                                        reem.TXT
10:08 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F8D530042F"
        Elapsed time: 0 minutes, 42 seconds.
        Used channel 11.
        No ANI data.
        No AOC data.
        Resulting status code (6/0; 0/0): Ringing, no answer
        No pages sent.

10:18 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F8D530042F"
        Elapsed time: 0 minutes, 42 seconds.
        Used channel 8.
        No ANI data.
        No AOC data.
        Resulting status code (6/0; 0/0): Ringing, no answer
        No pages sent.

10:27 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F8D530042F"
        Elapsed time: 0 minutes, 42 seconds.
        Used channel 8.
        No ANI data.
        No AOC data.
        Resulting status code (6/0; 0/0): Ringing, no answer
        No pages sent.

10:35 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F8D530042F"
        Elapsed time: 0 minutes, 42 seconds.
        Used channel 11.
        No ANI data.
        No AOC data.
        Resulting status code (6/0; 0/0): Ringing, no answer
        No pages sent.

10:41 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID: (540) 672-3055
        Unique ID: "NJ_46F8D530042F"
        Elapsed time: 2 minutes, 38 seconds.
        Used channel 10.
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
                                        Page 1
```

reem.TXT

        Pages sent: 1 - 2
 ▯▯
10:44 AM 9/25/2007 Print Record
        Printed on printer NJ4200-2 in 0 minutes, 1 seconds.
        Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER
 ▯▯
 ▯▯

# Exhibit 201



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***John M. Busk v. Merck & Co., Inc.***
> <u>***Docket No. 2:06-cv-05983-EEF-DEK***</u>

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Randolph Mark Reynolds. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Reynolds to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Randolph Mark Reynolds no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 12:17   PAGE.01

                                             HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS    JOB#  STATUS
   03   06/29 12:13 (540) 672-3055    EC--S  03'44"    015    206   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | Firm | **Fax No.** |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE364884

# Exhibit 202



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> *Re:*    ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Mary Gennaro v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-05981-EEF-DEK***

Dear Mr. Ide:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Donna Lewis. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Lewis to serve this PPF no later than November 29, 2006.

      Please produce a completed PPF for Donna Lewis no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo

```
** TX STATUS REPORT **          AS OF  JUN 29 2007 12:17   PAGE.01

                                           HUGHES HUBBARD


      DATE  TIME      TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
03   06/29 12:13 (540) 672-3055    EC--S  03'44"  015  206   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE19675?

# Exhibit 203



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brandige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Mary Gennaro v. Merck & Co., Inc.*
> <u>*Docket No. 2:06-cv-05981-EEF-DEK*</u>

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Richard Rosas. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Rosas to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Richard Rosas no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M0DEB53855

```
** TX STATUS REPORT **          AS OF  JUN 29 2007 12:17  PAGE.01
                                       HUGHES HUBBARD

       DATE  TIME       TO/FROM     MODE  MIN/SEC   PGS  JOB#  STATUS
    03 06/29 12:13 (540) 672-3055   EC--S 03'44"   015  206   OK
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DEB53856

# Exhibit 204



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Charles Hasbrouck v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-05988-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Joyce Mizzelle. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Mizzelle to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Joyce Mizzelle no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 16:45   PAGE.01

                                        HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE   MIN/SEC    PGS   JOB#   STATUS
   25   06/29 16:41  (540) 672-3055  EC--S  03'44"     015   105    OK
```

# Hughes
# Hubbard
#### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 1 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDDB931339

# Exhibit 205



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Edward Lafay v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05998-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Bobby Reed. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Reed to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Bobby Reed no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **          AS OF  JUN 29 2007 16:45   PAGE.01

                                        HUGHES HUBBARD


      DATE TIME        TO/FROM        MODE  MIN/SEC   PGS   JOB#  STATUS
   25 06/29 16:41 (540) 672-3055      EC--S  03'44"   015   105   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 206



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Edward Lafay v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-05998-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Linda Walker. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Walker to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Linda Walker no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **            AS OF  JUN 29 2007 16:45   PAGE.01

                                      HUGHES HUBBARD


      DATE  TIME     TO/FROM      MODE  MIN/SEC   PGS  JOB#  STATUS
   25  06/29 16:41 (540) 672-3055  EC--S  03'44"  015   105   OK
```

## Hughes
## Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| **FROM** | Telephone No. | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| **TO** | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDUE198863

# Exhibit 207



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Edward Lafay v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-05998-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Robert White. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. White to serve this PPF no later than November 29, 2006.

Please produce a completed PPF for Robert White no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York  ▪  Washington, D.C.  ▪  Los Angeles  ▪  Miami  ▪  Jersey City  ▪  Paris  ▪  Tokyo

M0E035642

```
  ** TX STATUS REPORT **         AS OF   JUN 29 2007 16:45   PAGE.01

                                          HUGHES HUBBARD


        DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    25  06/29 16:41 (540) 672-3055    EC--S  03'44"    015   105   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODE035643

# Exhibit 208



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

   *Re:*  ***In re Vioxx® Products Liability Litigation***
       ***MDL No. 1657***
       ***Joshua K. Sumitra v. Merck & Co., Inc.***
       ***Docket No. 2:06-cv-06964-EEF-DEK***

Dear Mr. Ide:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for June Hollingshead. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Hollingshead to serve this PPF no later than December 12, 2006.

    Please produce a completed PPF for June Hollingshead no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

          Very truly yours,

          */s/ John N. Poulos*

          John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
   Russ M. Herman, Esq. (via e-mail)

** TX STATUS REPORT **          AS OF   JUN 29 2007 16:45   PAGE.01

HUGHES HUBBARD

        DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   25   06/29 16:41 (540) 672-3055   EC--S  03'44"    015   105   OK



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  1 5

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 209



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Joshua K. Sumitra v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06964-EEF-DEK***

Dear Mr. Ide:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Odell Marshall. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Marshall to serve this PPF no later than December 12, 2006.

      Please produce a completed PPF for Odell Marshall no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF   JUN 29 2007 16:45   PAGE.01

                                        HUGHES HUBBARD


      DATE TIME       TO/FROM    MODE   MIN/SEC   PGS   JOB#  STATUS
   25 06/29 16:41 (540) 672-3055 EC--S  03'44"    015   105   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 15

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 210



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Joshua K. Sumitra v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06964-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Jim Murphree. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Murphree to serve this PPF no later than December 12, 2006.

Please produce a completed PPF for Jim Murphree no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **          AS OF  JUN 29 2007 16:09   PAGE.01

                                         HUGHES HUBBARD


        DATE  TIME      TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
    11  06/29 16:07 (540) 672-3055   EC--S  01'49"  007  078   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.