# Exhibit 211



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Joshua K. Sumitra v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06964-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Tina Myers. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Myers to serve this PPF no later than December 12, 2006.

Please produce a completed PPF for Tina Myers no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
.hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
ser ID: NJ_BROADCAST_USER
================================================================================
⬤ame: J. Christopher Ide, Esq.
    Company:
    Fax Phone Number: 1-703-519-8084
    Contact Phone Number:
    Info Code 1: 000734              Info Code 2: 01835

ent to remote ID:(540) 672-3055
ent at:Tue Sep 25 10:08:27 2007
ent on channel 15
lapsed Time:  0 minutes, 50 seconds
ransmission Status (0/339;0/0): Successful Send
age Record: 1 - 2.
--------------------------------------------------------------------------------
```

# Exhibit 212


**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

May 8, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 North Alfred Street
Alexandria, VA 22314

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Joshua K. Sumitra v. Merck & Co., Inc.*
        *Docket No. 2:06-cv-06964-EEF-DEK*

Dear Mr. Ide:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Debbie Tilbury. Merck's initial notice letter was sent on February 20, 2007. Pretrial Order No. 18C required Ms. Tilbury to serve this PPF no later than December 12, 2006, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Debbie Tilbury no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

```
** TX STATUS REPORT **          AS OF  MAY 08 2007 10:45  PAGE.01
                                        HUGHES HUBBARD

            DATE  TIME    TO/FROM    MODE  MIN/SEC  PGS  JOB#  STATUS
        28  05/08 10:42 (540) 672-3055  EC--S  02'52"  011  166   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | May 8, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 213



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Erwin Wusstig v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-06958-EEF-DEK*

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Robert J Rodgers. Merck's initial notice letter was sent on May 11, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Rodgers to serve this PPF no later than December 13, 2006.

Please produce a completed PPF for Robert J Rodgers no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M00F405068

```
** TX STATUS REPORT **          AS OF  JUN 29 2007 16:09  PAGE.01

                                         HUGHES HUBBARD

        DATE  TIME      TO/FROM     MODE  MIN/SEC  PGS  JOB#  STATUS
   11   06/29 16:07 (540) 672-3055  EC--S 01'49"   007  078   OK
```

# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 7

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 214



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> **Re:**  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Erwin Wusstig v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06958-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for John M. Thornton. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Thornton to serve this PPF no later than December 13, 2006.

Please produce a completed PPF for John M. Thornton no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

thornton.TXT
```
10:09 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F8D5302C45"
        Elapsed time: 0 minutes, 46 seconds.
        Used channel 14.
        No ANI data.
        No AOC data.
        Resulting status code (0/325; 0/0): Ringing, no answer
        No pages sent.
10:18 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F8D5302C45"
        Elapsed time: 0 minutes, 0 seconds.
        Used channel 13.
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
        No pages sent.
10:27 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F8D5302C45"
        Elapsed time: 0 minutes, 0 seconds.
        Used channel 13.
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
        No pages sent.
10:34 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F8D5302C45"
        Elapsed time: 0 minutes, 0 seconds.
        Used channel 13.
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
        No pages sent.
10:40 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID:
        Unique ID: "NJ_46F8D5302C45"
        Elapsed time: 0 minutes, 0 seconds.
        Used channel 13.
        No ANI data.
        No AOC data.
        Resulting status code (0/301; 0/0): Normal Busy
```

```
                            thornton.TXT
        No pages sent.
□□
10:40 AM 9/25/2007 Print Record
        Printed on printer NJ4200-2 in 0 minutes, 3 seconds.
        Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER
□□
10:47 AM 9/25/2007 Transmission Record
        Sent to: J. Christopher Ide, Esq.
        Phone: 1-703-519-8084
        Billing information: '000734', '01835'
        Remote ID: (540) 672-3055
        Unique ID: "NJ_46F8D5302C45"
        Elapsed time: 0 minutes, 50 seconds.
        Used channel 10.
        No ANI data.
        No AOC data.
        Resulting status code (0/339; 0/0): Success
        Pages sent: 1 - 2
□□
10:48 AM 9/25/2007 Print Record
        Printed on printer NJ4200-2 in 0 minutes, 1 seconds.
        Successfully printed 3 pages (1 copy) for user NJ_BROADCAST_USER
□□
□□
```

# Exhibit 215



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (703-519-8084)**

J. Christopher Ide, Esq.
Miller and Associates
105 N. Alfred Street
Alexandria, VA 22314

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Erwin Wusstig v. Merck & Co., Inc.***
> ***Docket No. 2:06-cv-06958-EEF-DEK***

Dear Mr. Ide:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Alexis Vasquez. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Vasquez to serve this PPF no later than December 13, 2006.

Please produce a completed PPF for Alexis Vasquez no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| J. Christopher Ide, Esq. | Miller and Associates | 703-519-8084 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
ser ID: NJ_BROADCAST_USER
=================================================================================
O  Name: J. Christopher Ide, Esq.
   Company:
   Fax Phone Number: 1-703-519-8084
   Contact Phone Number:
   Info Code 1: 000734                    Info Code 2: 01835

ent to remote ID:(540) 672-3055
ent at:Tue Sep 25 10:34:17 2007
ent on channel 10
lapsed Time:  0 minutes, 50 seconds
ransmission Status (0/339;0/0): Successful Send
age Record: 1 - 2.
---------------------------------------------------------------------------------
ent to remote ID:
ent at:Tue Sep 25 10:26:12 2007
ent on channel 8
lapsed Time:  0 minutes, 42 seconds
ransmission Status (6/0;0/0): Remote end was ringing but did not answer
age Record: NONE SENT.
---------------------------------------------------------------------------------
ent to remote ID:
ent at:Tue Sep 25 10:17:39 2007
ent on channel 13
lapsed Time:  0 minutes,  0 seconds
ransmission Status (0/301;0/0): Busy signal detected
age Record: NONE SENT.
---------------------------------------------------------------------------------
ent to remote ID:
ent at:Tue Sep 25 10:08:32 2007
ent on channel 13
lapsed Time:  0 minutes,  0 seconds
ransmission Status (0/301;0/0): Busy signal detected
age Record: NONE SENT.
---------------------------------------------------------------------------------
```

# Exhibit 216



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

BY FIRST CLASS MAIL & TELECOPY (918-496-0982)

Mitchell E. Shamas, Esq.
Law Offices of Mitchell E. Shamas
6863 S. Canton Ave.
Tulsa, OK 74136

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Terrence Clancy v. Merck & Co., Inc.*
      *Docket No. 2:07-cv-00709-EEF-DEK*

Dear Mr. Shamas:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Terrence Clancy. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Clancy to serve this PPF no later than April 22, 2007.

        Please produce a completed PPF for Terrence Clancy no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                              Very truly yours,

                              */s/ John N. Poulos*

                              John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)



# Hughes Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Mitchell E. Shamas, Esq. | Law Offices of Mitchell E. Shamas | 918-496-0982 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
3er ID: NJ_BROADCAST_USER
===============================================================================
) ame: Mitchell E. Shamas, Esq.
   Company:
   Fax Phone Number: 1-918-496-0982
   Contact Phone Number:
   Info Code 1: 000734                    Info Code 2: 01835

ent to remote ID:9184960982 - Shamas
ent at:Tue Sep 25 10:26:50 2007
ent on channel 14
lapsed Time:  1 minute, 14 seconds
ransmission Status (0/339;0/0): Successful Send
age Record: 1 - 2.
-------------------------------------------------------------------------------
ent to remote ID:
ent at:Tue Sep 25 10:18:13 2007
ent on channel 13
lapsed Time:  0 minutes,  0 seconds
ransmission Status (0/301;0/0): Busy signal detected
age Record: NONE SENT.
-------------------------------------------------------------------------------
ent to remote ID:
ent at:Tue Sep 25 10:09:06 2007
ent on channel 13
.apsed Time:  0 minutes,  0 seconds
ransmission Status (0/301;0/0): Busy signal detected
g Record: NONE SENT.
-------------------------------------------------------------------------------
```

# Exhibit 217



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 28, 2007

**BY FIRST CLASS MAIL & TELECOPY (419-624-0707)**

John T. Murray, Esq.
Murray and Murray Co LPA
111 East Shoreline Drive
PO Box 19
Sandusky, OH 44871

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Virginia Bloomberg v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-03578-EEF-DEK*

Dear Mr. Murray:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Beulah Roger. Merck's initial notice letter was sent on August 2, 2006. Pretrial Order No. 18C ("PTO 18C") required Mr. Roger to serve this PPF no later than December 30, 2005.

Please produce a completed PPF for Beulah Roger no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DED978605

```
** TX STATUS REPORT **              AS OF   JUN 28 2007 18:55   PAGE.01

                                          HUGHES HUBBARD


       DATE  TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   13  06/28 18:54     419-624-0707?  EC--S  01'02"    003   145   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| John T. Murray, Esq. | Murray and Murray Co LPA | 419-624-0707 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MODED97806

# Exhibit 218



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (316-264-6190)**

David L. Nelson, Esq.
Nelson Law Office
262 North Waco
Wichita, KS 67202

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Paul Scrivner v. Merck & Co., Inc.*
> *Docket No. 2:07-cv-00684-EEF-DEK*

Dear Mr. Nelson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Paul Scrivner. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Scrivner to serve this PPF no later than April 22, 2007.

Please produce a completed PPF for Paul Scrivner no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| David L. Nelson, Esq. | Nelson Law Office | 316-264-6190 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
er ID: NJ_BROADCAST_USER
=====================================================================
): Name: David L. Nelson, Esq.
   Company:
   Fax Phone Number: 1-316-264-6190
   Contact Phone Number:
   Info Code 1: 000734                 Info Code 2: 01835

ent to remote ID:3162646190
ent at:Tue Sep 25 10:35:09 2007
ent on channel 15
lapsed Time:  1 minute,  4 seconds
ransmission Status (0/339;0/0): Successful Send
age Record: 1 - 2.
---------------------------------------------------------------------
ent to remote ID:
ent at:Tue Sep 25 10:27:30 2007
ent on channel 11
lapsed Time:  0 minutes, 42 seconds
ransmission Status (6/0;0/0): Remote end was ringing but did not answer
age Record: NONE SENT.
---------------------------------------------------------------------
ent to remote ID:
ent at:Tue Sep 25 10:18:37 2007
ent on channel 11
lapsed Time:  0 minutes, 42 seconds
ransmission Status (6/0;0/0): Remote end was ringing but did not answer
age Record: NONE SENT.
---------------------------------------------------------------------
ent to remote ID:
ent at:Tue Sep 25 10:08:32 2007
ent on channel 12
lapsed Time:  0 minutes, 42 seconds
ransmission Status (6/0;0/0): Remote end was ringing but did not answer
age Record: NONE SENT.
---------------------------------------------------------------------
```

# Exhibit 219



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (215-334-0110)**

Leonard R. Parks, Esq.
Parks and Associates PC
1301 South Broad Street
Suite 200
Philadelphia, PA 19147

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Ersell Mangum v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10678-EEF-DEK*

Dear Mr. Parks:

       We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Ersell Mangum. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Mangum to serve this PPF no later than February 11, 2007.

       Please produce a completed PPF for Ersell Mangum no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

       Very truly yours,

       */s/ John N. Poulos*

       John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

```
** TX STATUS REPORT **            AS OF   JUN 29 2007 16:07   PAGE.01

                                          HUGHES HUBBARD


       DATE  TIME      TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
  10   06/29 16:06    12153340110  EC--S  00'54"   003  076   OK
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Leonard R. Parks, Esq. | Parks and Associates PC | 215-334-0110 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit 220



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

June 29, 2007

**BY FIRST CLASS MAIL & TELECOPY (215-334-0110)**

Leonard R. Parks, Esq.
Parks and Associates PC
1301 South Broad Street
Suite 200
Philadelphia, PA 19147

　　　　　　　*Re:*　　*In re Vioxx® Products Liability Litigation*
　　　　　　　　　　*MDL No. 1657*
　　　　　　　　　　*Sidney Snipes v. Merck & Co., Inc.*
　　　　　　　　　　*Docket No. 2:06-cv-10679-EEF-DEK*

Dear Mr. Parks:

　　　　　We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Sidney Snipes. Merck's initial notice letter was sent on April 25, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Snipes to serve this PPF no later than February 11, 2007.

　　　　　Please produce a completed PPF for Sidney Snipes no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　*/s/ John N. Poulos*

　　　　　　　　　　　John N. Poulos

cc:　　Phillip A. Wittmann, Esq. (via e-mail)
　　　　Russ M. Herman, Esq. (via e-mail)

M00F-405058

```
** TX STATUS REPORT **              AS OF   JUN 29 2007 16:07   PAGE.01

                                         HUGHES HUBBARD

         DATE  TIME       TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
     10  06/29 16:06      12153340110  EC--S  00'54"    003   076   OK
```

# Hughes
# Hubbard
**A New York Limited Liability Partnership**

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | June 29, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Leonard R. Parks, Esq. | Parks and Associates PC | 215-334-0110 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00F-405059

# Exhibit 221



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (216-696-6364)**

Paul M. Kaufman, Esq.
Law Offices of Paul M. Kaufman
801 Terminal Tower
50 Public Square
Cleveland, OH 44113

> Re:    *In re Vioxx® Products Liability Litigation*
>        *MDL No. 1657*
>        *Nikki Gilmore v. Merck & Co., Inc.*
>        *Docket No. 2:06-cv-11109-EEF-DEK*

Dear Mr. Kaufman:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Shirley Ann Gilmore. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Derrick Gilmore and Nikki Gilmore, to serve this PPF no later than March 3, 2007.

        Please produce a completed PPF for Shirley Ann Gilmore no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        */s/ John N. Poulos*

                        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)



## Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Paul M. Kaufman, Esq. | Law Offices of Paul M. Kaufman | 216-696-6364 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
ser ID: NJ_BROADCAST_USER
=============================================================================
O: Name: Paul M. Kaufman, Esq.
   Company:
   Fax Phone Number: 1-216-696-6364
   Contact Phone Number:
   Info Code 1: 000734                    Info Code 2: 01835

ent to remote ID:216 696 6364
ent at:Tue Sep 25 10:09:26 2007
ent on channel 9
lapsed Time:  1 minute,  2 seconds
ransmission Status (0/339;0/0): Successful Send
age Record: 1 - 2.
------------------------------------------------------------------------------
```

# Exhibit 222



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Re:     ***In re Vioxx® Products Liability Litigation***
        ***MDL No. 1657***
        ***Josephine Baylon v. Merck & Co., Inc.***
        ***Docket No. 2:07-cv-00834-EEF-DEK***

Dear Mr. Finson:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Josephine Baylon. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Baylon to serve this PPF no later than April 24, 2007.

        Please produce a completed PPF for Josephine Baylon no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME  : 09/28/2007 11:29
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL.# :
SER.# : 000005100038
```

```
DATE,TIME          09/28  11:26
FAX NO./NAME       16022799155
DURATION           00:02:59
PAGE(S)            12
RESULT             OK
MODE               STANDARD
                   ECM
```



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9155 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MODED49398

# Exhibit 223



**Hughes Hubbard** & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Re:   ***In re Vioxx® Products Liability Litigation
MDL No. 1657
Jean Cardinal McQuery v. Merck & Co., Inc.
Docket No. 2:07-cv-00861-EEF-DEK***

Dear Mr. Finson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Jean Cardinal McQuery. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Jean Cardinal McQuery and Patrick McQuery, to serve this PPF no later than April 24, 2007.

Please produce a completed PPF for Jean Cardinal McQuery no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MOOF413718

JOB STATUS REPORT

```
TIME   : 09/28/2007 11:29
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL #  :
SER. # : 000005100038
```

| | |
|---|---|
| DATE,TIME | 09/28  11:26 |
| FAX NO./NAME | 16022799155 |
| DURATION | 00:02:59 |
| PAGE(S) | 12 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9155 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00F-413719

# Exhibit 224



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Re:     ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Carl Danek v. Merck & Co., Inc.***
***Docket No. 2:07-cv-00819-EEF-DEK***

Dear Mr. Finson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Constance C. Danek. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required your client, plaintiff Carl Danek, to serve this PPF no later than April 24, 2007.

Please produce a completed PPF for Constance C. Danek no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0E0493965

---

JOB STATUS REPORT

TIME  : 09/28/2007 11:29
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038

---

DATE,TIME        09/28  11:26
FAX NO./NAME     16022799155
DURATION         00:02:59
PAGE(S)          12
RESULT           OK
MODE             STANDARD
                 ECM

---



Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9155 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit 225



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Alice Farmer v. Merck & Co., Inc.***
> ***Docket No. 2:07-cv-00785-EEF-DEK***

Dear Mr. Finson:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Alice Farmer. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Farmer to serve this PPF no later than April 24, 2007.

   Please produce a completed PPF for Alice Farmer no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

M0EB73931

JOB STATUS REPORT

```
TIME  :  09/28/2007 11:29
NAME  :  HUGHES HUBBARD
FAX#  :  2019465738
TEL#  :
SER.# :  000005100038
```

```
DATE,TIME          09/28  11:26
FAX NO./NAME       16022799155
DURATION           00:02:59
PAGE(S)            12
RESULT             OK
MODE               STANDARD
                   ECM
```



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9155 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M0EB73932

# Exhibit 226



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

    Re:  *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Jayn Fields v. Merck & Co., Inc.*
        *Docket No. 2:07-cv-00762-EEF-DEK*

Dear Mr. Finson:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Jayn Fields. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Fields to serve this PPF no later than April 24, 2007.

    Please produce a completed PPF for Jayn Fields no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via e-mail)
    Russ M. Herman, Esq. (via e-mail)

M0EC049393

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘

                                    TIME  : 09/28/2007 11:29
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL # :
                                    SER.# : 000005100038
```

```
┌─────────────────────────────────────────────────────────────────────┐
│    DATE,TIME                        09/28  11:26                      │
│    FAX NO./NAME                     16022799155                       │
│    DURATION                         00:02:59                          │
│    PAGE(S)                          12                                │
│    RESULT                           OK                                │
│    MODE                             STANDARD                          │
│                                     ECM                               │
└─────────────────────────────────────────────────────────────────────┘
```



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9155 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MODE049394

# Exhibit 227



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

> Re:     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Edward E. Gnau, Jr. v. Merck & Co., Inc.*
> *Docket No. 2:07-cv-00799-EEF-DEK*

Dear Mr. Finson:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Edward E. Gnau, Jr.. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Mr. Gnau to serve this PPF no later than April 24, 2007.

        Please produce a completed PPF for Edward E. Gnau, Jr. no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                Very truly yours,

                */s/ John N. Poulos*

                John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

M0DEB73929

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘
                                    TIME  : 09/28/2007 11:29
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL#  :
                                    SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────┐
│                                                            │
│   DATE,TIME              09/28  11:26                       │
│   FAX NO./NAME           16022799155                        │
│   DURATION               00:02:59                           │
│   PAGE(S)                12                                 │
│   RESULT                 OK                                 │
│   MODE                   STANDARD                           │
│                          ECM                                │
│                                                            │
└──────────────────────────────────────────────────────────┘
```

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronató
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9155 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M0EB73930

# Exhibit 228



**Hughes Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

August 3, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9155)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Re:       *In re Vioxx® Products Liability Litigation*
          *MDL No. 1657*
          *Patricia Martinez v. Merck & Co., Inc.*
          *Docket No. 2:07-cv-00864-EEF-DEK*

Dear Mr. Finson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Cynthia Williams. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required your client, plaintiff Patricia Martinez, to serve this PPF no later than April 24, 2007, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Cynthia Williams no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M00BC15692

```
** TX STATUS REPORT **          AS OF   AUG 03 2007 13:22   PAGE.01

                                            HUGHES HUBBARD


        DATE TIME        TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
    14  08/03 13:21      6022799155 EC--S    00'34"    002   202   OK
```

# Hughes
# Hubbard
#### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | August 3, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9155 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDL8C15883

# Exhibit 229



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (602-279-9115)**

Lowell W. Finson, Esq.
Phillips and Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Re:     ***In re Vioxx® Products Liability Litigation***
        ***MDL No. 1657***
        ***Minh T. Nguyen v. Merck & Co., Inc.***
        ***Docket No. 2:07-cv-00812-EEF-DEK***

Dear Mr. Finson:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Phuong Nang Vu. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required your client, plaintiff Minh Tam Nguyen, to serve this PPF no later than April 24, 2007.

        Please produce a completed PPF for Phuong Nang Vu no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                Very truly yours,

                */s/ John N. Poulos*

                John N. Poulos

cc:    Phillip A. Wittmann, Esq. **(via e-mail)**
       Russ M. Herman, Esq. (via e-mail)

M0DDA50615

JOB STATUS REPORT

```
TIME : 09/28/2007 11:29
NAME : HUGHES HUBBARD
FAX# : 2019465738
TEL# :
SER.# : 000005100038
```

```
DATE,TIME          09/28  11:26
FAX NO./NAME       16022799155
DURATION           00:02:59
PAGE(S)            12
RESULT             OK
MODE               STANDARD
                   ECM
```



# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | September 28, 2007 |

| TO | Firm | Fax No. |
|----|------|---------|
| Lowell W. Finson, Esq. | Phillips and Associates | 602-279-9155 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 12

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M0DDA50616

# Exhibit 230



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 25, 2007

**BY FIRST CLASS MAIL & TELECOPY (412-209-0658)**

Richard P. Kimmins, Esq.
Kimmins Kross Morrow LLC
304 Ross Street
7th Floor
Pittsburgh, PA 15219

        Re:     *In re Vioxx® Products Liability Litigation*
                     *MDL No. 1657*
                     *William T. Krajcovic v. Merck & Co., Inc.*
                     *Docket No. 2:07-cv-00322-EEF-DEK*

Dear Mr. Kimmins:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Genevieve Krajcovic. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required your client, plaintiff William T. Krajcovic, Sr., to serve this PPF no later than April 1, 2007.

        Please produce a completed PPF for Genevieve Krajcovic no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 25, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Richard P. Kimmins, Esq. | Kimmins Kross Morrow LLC | 412-209-0658 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

User ID: NJ_BROADCAST_USER
=========================================================================
To Name: Richard P. Kimmins, Esq.
    Company:
    Fax Phone Number: 1-412-209-0658
    Contact Phone Number:
    Info Code 1: 000734                    Info Code 2: 01835

Sent to remote ID:4122814273
Sent at:Tue Sep 25 10:14:27 2007
Sent on channel 9
Elapsed Time:  0 minutes, 38 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 2.
-------------------------------------------------------------------------
Sent to remote ID:
Sent at:Tue Sep 25 10:05:07 2007
Sent on channel 13
Elapsed Time:  0 minutes,  0 seconds
Transmission Status (0/301;0/0): Busy signal detected
Page Record: NONE SENT.
-------------------------------------------------------------------------

# Exhibit 231



**Hughes Hubbard & Reed LLP**
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

March 1, 2007

**BY FIRST CLASS MAIL & TELECOPY (770-982-2544)**

Jeffery Charles Renz, Esq.
Robert Pagniello Law
2088 East Main Street
Snellville, GA 30078

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Lawrence Reeves v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-06121-EEF-DEK*

Dear Mr. Renz:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Lawrence Reeves. Merck's initial notice letter was sent on November 1, 2006. Pretrial Order No. 18C required Mr. Reeves to serve this PPF no later than February 8, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Lawrence Reeves no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
      Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M0DD031411

```
** TX STATUS REPORT **              AS OF   MAR 01 2007 09:37   PAGE.01

                                          HUGHES HUBBARD


        DATE TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
 10    03/01 09:37    17709822544  EC--S   00'34"    002   118   OK
```

# Hughes
# Hubbard
### A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | March 1, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Jeffery Charles Renz, Esq. | Robert Pagniello Law | 770-982-2544 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0DO031412

# Exhibit 232



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (918-423-0266)**

Tim Maxcey, Esq.
Stipe, Harper, Laizure, Uselton, Belote, Maxcey & Thetford
P.O. Box 1369
McAlester, OK 74502

> *Re:*    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *John Faulkenberry v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-11314-EEF-DEK*

Dear Mr. Maxcey:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Gloria Jones. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Jones to serve this PPF no later than March 7, 2007.

Please produce a completed PPF for Gloria Jones no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
       Russ M. Herman, Esq. (via e-mail)

MODF413928

JOB STATUS REPORT

TIME  : 09/27/2007 11:45
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL.# :
SER.# : 000005100038

| DATE,TIME | 09/27  11:44 |
|---|---|
| FAX NO./NAME | 19184230266 |
| DURATION | 00:00:50 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 27, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Tim Maxcey, Esq. | Stipe, Harper, Laizure, Uselton, Belote, Maxcey & Thetford | 918-423-0266 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MDOF413927

# Exhibit 233



Hughes
Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (918-423-0266)**

Tim Maxcey, Esq.
Stipe Harper Laizure Uselton Belote Maxcey and Thetford
P.O. Box 1369
McAlester, OK 74502

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Audrey Leding v. Merck & Co., Inc.*
> *Docket No. 2:06-cv-10669-EEF-DEK*

Dear Mr. Maxcey:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Audrey Leding. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Leding to serve this PPF no later than February 11, 2007.

        Please produce a completed PPF for Audrey Leding no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                Very truly yours,

                                */s/ John N. Poulos*

                                John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via e-mail)
        Russ M. Herman, Esq. (via e-mail)

MOOF413928

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

TIME  : 09/27/2007 11:45
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038

| DATE,TIME | 09/27  11:44 |
|---|---|
| FAX NO./NAME | 19184230266 |
| DURATION | 00:00:50 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 27, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Tim Maxcey, Esq. | Stipe, Harper, Laizure, Uselton, Belote, Maxcey & Thetford | 918-423-0266 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MUUH-413929

# Exhibit 234



**Hughes
Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (612-455-0501)**

James C. MacGillis, Esq.
Trepanier and MacGillis PA
8000 Flour Exchange Building
310 Fourth Avenue South
Minneapolis, MN 55415

Re:    ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Emily E. Barnes v. Merck & Co., Inc.***
***Docket No. 2:06-cv-11309-EEF-DEK***

Dear Mr. MacGillis:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Victoria A. Lewandowski. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required Ms. Lewandowski to serve this PPF no later than March 7, 2007.

Please produce a completed PPF for Victoria A. Lewandowski no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

M010638772

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 09/27/2007 11:33
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL # :
                                    SER.# : 000005100038
```

┌────────────────────────────────────────────────────────────────────────┐
│                                                                          │
│     DATE,TIME              09/27  11:32                                   │
│     FAX NO./NAME           16124550501                                    │
│     DURATION               00:00:26                                       │
│     PAGE(S)                02                                             │
│     RESULT                 OK                                             │
│     MODE                   STANDARD                                       │
│                            ECM                                            │
│                                                                          │
└────────────────────────────────────────────────────────────────────────┘



# Hughes
# Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 27, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| James C. MacGillis, Esq. | Trepanier and MacGillis PA | 612-455-0501 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M01638773

# Exhibit 235



**Hughes**
**Hubbard**
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

September 27, 2007

**BY FIRST CLASS MAIL & TELECOPY (312-440-4180)**

Thomas A. Zimmerman, Jr., Esq.
Zimmerman and Associates PC
100 West Monroe Street
Suite 1300
Chicago, IL 60603

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Noah Downs v. Merck & Co., Inc.***
> ***Docket No. 2:07-cv-01050-EEF-DEK***

Dear Mr. Zimmerman:

　　　　We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This is Merck's second letter notifying you that we have still not received a Plaintiff Profile Form ("PPF") and appropriate authorizations for Noah Downs. Merck's initial notice letter was sent on July 10, 2007. Pretrial Order No. 18C ("PTO 18C") required your clients, plaintiffs Mae Downs and Noah Downs, to serve this PPF no later than May 6, 2007.

　　　　Please produce a completed PPF for Noah Downs no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiffs do not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

　　　　Very truly yours,

　　　　*/s/ John N. Poulos*

　　　　John N. Poulos

cc:　　Phillip A. Wittmann, Esq. (via e-mail)
　　　　Russ M. Herman, Esq. (via e-mail)

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

M01053876B

```
                    ┌──────────────────────┐
                    │  JOB STATUS REPORT   │
                    └──────────────────────┘

                                    TIME  : 09/27/2007 11:34
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL.# :
                                    SER.# : 000005100038
```

```
DATE,TIME            09/27  11:34
FAX NO./NAME         13124404180
DURATION             00:00:22
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```



# Hughes Hubbard
A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | September 27, 2007 |

| TO | Firm | Fax No. |
|---|---|---|
| Thomas A. Zimmerman, Jr., Esq. | Zimmerman and Associates PC | 312-440-4180 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M01053876