UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-1794 | * | |
| Veronica Morgan, et al.  , | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, | * | |
| v. | * | |
| Super Fresh Food Markets, Inc., et al., | * | |
| Defendants. | * | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Considering the foregoing Stipulation of Dismissal filed in this matter on July 20, 2006 and appearing as Rec. Doc. 5870,

IT IS ORDERED, that all claims of plaintiffs against defendant Merck & Co., Inc. be and they hereby are dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 18th day of October, 2007

_____
DISTRICT JUDGE