MINUTE ENTRY
FALLON, J.
OCTOBER 11, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 12271) came before the Court on this date for oral argument. Phillip Wittmann argued the motion on behalf of Merck, and Leonard Davis argued on behalf of the Plaintiffs' Steering Committee. Following the hearing, Merck also submitted a Verified Supplement to its Rule (Rec. Doc. 12628).

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12271) is DENIED AS MOOT IN PART with respect to the following Plaintiffs for whom Merck has withdrawn its Rule:

1. *Clark, et al. v. Merck & Co., Inc.*, No. 06-6942 (regarding Virginia Felton and Donald Garlinghouse);

1

JS10(00:05)

2. *Curtis, et al. v. Merck & Co., Inc.*, No. 06-6946 (regarding Velica Houchin[1] and Sharon Simmons);

3. *Jenkins, et al. v. Merck & Co., Inc.*, No. 06-7116 (regarding Reginald Latiker and Lyle Lemke);

4. *McBride, et al. v. Merck & Co., Inc.*, No. 06-6947 (regarding Robert Hacker);

5. *Montalto, et al. v. Merck & Co., Inc.*, No. 06-6945 (regarding Deborah Morgan and James Riley).

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12271) is CONTINUED IN PART, until November 9, 2007, following the next monthly status conference, with respect to the following Plaintiffs identified in the Rule who are also hereby ORDERED to verify their PPFs and submit executed authorizations no later than November 9, 2007:

1. *Ackenback, et al. v. Merck & Co., Inc.*, No. 06-6943 (regarding Myra Rico, Gerrold Auston, Diana Bekier, Stephan Booker, and Toni Booker);

2. *Anderson v. Merck & Co., Inc.*, No. 06-10631;

3. *Clark, et al. v. Merck & Co., Inc.*, No. 06-6942 (regarding Daniel Dove, Melvin Disbennett, Daniel Dorce, and Maria Sanchez);

4. *Curtis, et al. v. Merck & Co., Inc.*, No. 06-6946 (regarding Karen Spaniol, Sarah Mackfield, and John Gunningham);

5. *Haywood, et al. v. Merck & Co., Inc.*, No. 06-6944 (regarding Mark Houde);

6. *Jenkins, et al. v. Merck & Co., Inc.*, No. 06-7116 (regarding Billy Quitoriano and Adam Logan);

---

[1] At today's hearing, the Court orally dismissed this case with prejudice. Following the hearing, the Court was informed that Merck had recently received a satisfactory PPF from this claimant. Accordingly, the Court's earlier oral dismissal of this matter is hereby VACATED.

7. *McBride, et al. v. Merck & Co., Inc.*, No. 06-6947 (regarding Dean Martin, Lynda Marchi, Ivory Marshall, and Susanna Mercer);

8. *Montalto, et al. v. Merck & Co., Inc.*, No. 06-6945 (regarding Tajuana Baker, Michael Lautner, Charlotte Milan, David Reynolds, Robert Richards, and Anita Richardson).

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12271) is GRANTED IN PART with respect to the following Plaintiffs, whose claims are hereby DISMISSED WITH PREJUDICE for the reasons stated on the record at today's hearing:

1. *Clark, et al. v. Merck & Co., Inc.*, No. 06-6942 (regarding Anna Cregar and D. Joyce DeJesus on behalf of Johnnie Frost).

