# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL Docket No. 1657 |
| ) | |
| PRODUCT LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| This document relates to: ) | JUDGE: FALLON |
| Marilyn Eggleston, et al. v Merck & Co. ) | |
| Inc. 2:06 CV 7084 ) | MAG. JUDGE KNOWLES |
| ) | |

## ORDER DISMISSING WITHOUT PREJUDICE
## CLAIMS OF DENISE BENNETT

Considering the Stipulation of Dismissal Without Prejudice of Claims of Denise Bennett filed herein,

IT IS ORDERED that the claims of Plaintiff Denise Bennett be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation.

Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 18th day of October, 2007.

*[signature]*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE