UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID HOWARD,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| | * | **CIVIL CASE:  05-03854** |
| **v.** | * | |
| | * | |
| **MERCK & CO., INC., a foreign** | * | |
| **corporation,** | * | |
| | * | |
| **DEFENDANT.** | * | |

(THIS DOCUMENT RELATES TO: David Howard v. Merck & Company, Civil Action No.  2:05cv03854)

## NOTICE OF APPEARANCE

**COMES NOW,** the undersigned counsel files this Notice of Appearance on behalf of the

Plaintiff in the above-styled matter.

/s/ Christopher A. Seeger_____
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
**Seeger Weiss LLP**
550 Broad Street, Suite 920
Newark, New Jersey 07102
(973) 639-9100

**OF COUNSEL:**

Lewis & Roberts, PLLC
Kimberly R. Wilson, Esq.
N.C. Bar No. 30044
Daniel K. Bryson, Esq.
N.C. State Bar No. 15781
James A. Roberts, III, Esq.
N.C. State Bar No. 10495
1305 Navaho Drive, Suite 400
Raleigh, North Carolina 27619
(919) 981-0191

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Appearance has been served on Liason Counsel, Russ Herman and Phillip Whittman, via e-mail, and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No: 8B, and that the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of October, 2007.

 _/s/ Christopher A. Seeger ____
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
**Seeger Weiss LLP**
550 Broad Street, Suite 920
Newark, New Jersey 07102
(973) 639-9100

**OF COUNSEL:**

Lewis & Roberts, PLLC
Kimberly R. Wilson, Esq.
N.C. Bar No. 30044
Daniel K. Bryson, Esq.
N.C. State Bar No. 15781
James A. Roberts, III, Esq.
N.C. State Bar No. 10495
1305 Navaho Drive, Suite 400
Raleigh, North Carolina 27619
(919) 981-0191