## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) **MDL DOCKET # 1657** ) ) **SECTION L** |
| ARTHUR MOORE, a California resident | ) ) ) |
| Plaintiff, This document relates to: **EDLA CASE NO. 07-670** | ) ) ) **JUDGE FALLON** ) |
| vs. | ) **MAGISTRATE JUDGE** ) |
| MERCK & COMPANY, INC., a corporation; PMSI, INC. d/b/a/ FLORIDA PMSI INC.; ROE INDIVIDUAL PHARMACISTS 1 through 50; ROE DETAILERS 1 through 50 BUSINESS ENTITIES 1 through 100, inclusive, and DOES 1 to 50, inclusive, | ) **DANIEL E. KNOWLES,** ) **III** ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice.

IT IS ORDERED, that all of claims of the Plaintiff, ARTHUR MOORE listed above against Defendants, MERCK & CO., INC., and PMSI, INC. d/b/a/ FLORIDA PMSI INC., in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 18th day of October, 2007.

_____
JUDGE FALLON

1