**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 11, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
|   PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  .. | : |  |

**THIS DOCUMENT RELATES TO:**
   *ALL CASES*

Merck's Rule to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Provide Any Response to the Plaintiff Profile Form as Required by Pre-Trial Order No. 18C (Rec. Doc. 12272) came before the Court on this date for oral argument. Phillip Wittmann argued the motion on behalf of Merck, and Leonard Davis argued on behalf of the Plaintiffs' Steering Committee. Following the hearing, Merck also submitted a Verified Supplement to its Rule (Rec. Doc. 12627).

IT IS ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12272) is DENIED AS MOOT IN PART with respect to the following Plaintiffs for whom Merck has withdrawn its Rule:

1.   *Birdow v. Merck & Co., Inc.*, No. 06-9360;[1]

---

[1] At today's hearing, the Court orally dismissed this case with prejudice. Following the hearing, the Court was informed that Merck had recently received a satisfactory PPF from this claimant. Accordingly, the Court's earlier oral dismissal of this matter is hereby VACATED.

1

JS10(00:05)

2. *Elnatanov v. Merck & Co., Inc.*, No. 06-10878;

3. *Barringer v. Merck & Co., Inc.*, No. 06-11064;

4. *Bloomberg, et al. v. Merck & Co., Inc.*, No. 05-3578 (regarding Susan Schwartz);

5. *Cavallo, et al. v. Pfizer, Inc., et al.*, No. 05-1513 (regarding Rebecca Whitaker);

6. *DeVincentiis, et al. v. Merck & Co., Inc.*, No. 05-2297 (regarding Rochelle and Roger Mills);

7. *Morgan, et al. v. Merck & Co., Inc.*, No. 05-496 (regarding Eunice Chapman).

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12272) is CONTINUED IN PART, until November 9, 2007, following the next monthly status conference, with respect to the following Plaintiffs identified in the Rule who are also hereby ORDERED to submit and verify their PPFs and submit executed authorizations no later than November 9, 2007:

1. *Bainum, et al. v. Merck & Co., Inc.*, No. 06-204 (regarding Brenda Gardener);

2. *Fullington, et al. v. Merck & Co., Inc.*, No. 05-5164 (regarding Nina Hopper);

3. *Kurykendall v. Merck & Co., Inc.*, No. 06-6938;

4. *Carter v. Merck & Co., Inc.*, No. 06-10673;[2]

5. *Higgins v. Merck & Co., Inc.*, No. 05-6131;

6. *Morgan, et al. v. Merck & Co., Inc.*, No. 05-496 (regarding Tracy Brown, Reginald Early, Jerry Gough, Josphine Halbert, Linder Maynor, and James Smith).

---

[2] Due to special circumstances, at the November 9, 2007 monthly status conference the Court will entertain a request for a second thirty-day continuance in this case if that is necessary.

IT IS FURTHER ORDERED that Merck's Proposed Order to Show Cause Why Cases Should Not Be Dismissed (Rec. Doc. 12272) is GRANTED IN PART with respect to the following Plaintiffs, whose claims are hereby DISMISSED WITH PREJUDICE for the reasons stated on the record at today's hearing:

1. *Fletcher v. Merck & Co., Inc.*, No. 06-10590;

2. *Ward v. Merck & Co., Inc.*, No. 05-6834;

3. *Rizvi, et al. v. Merck & Co., Inc.*, No. 05-1793 (regarding Randy Allison, Donna Barton, Jimmy Mensik, and Vivian Thomas);

4. *Diaz-Maira v. Merck & Co., Inc.*, No. 05-1079;

5. *Lovelace, et al. v. Merck & Co., Inc.*, No. 05-5863 (regarding Angela L. Conley);

6. *Arnold, et al. v. Merck & Co., Inc.*, No. 06-1460 (regarding Ernestine Hatter);

7. *Stepeny v. Merck & Co., Inc.*, No. 06-5574;

8. *DeVincentiis, et al. v. Merck & Co., Inc.*, No. 05-2297 (regarding Ronald P. McKan);

9. *Adlawan v. Merck & Co., Inc.*, No. 06-11011;

10. *Christensen v. Merck & Co., Inc.*, No. 06-11010.

