UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX ® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Bardy Bryant et al v. Merck & Co., Inc. et al.*; Docket Number: 05-05768 _____/ | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Come David B. Gray and Kevin P. Weis, Goldberg Simpson, P.S.C. and Brett Oppenheimer, by counsel undersigned, pursuant to Local Rule 83.2.11 and move the Court for an Order allowing them to withdraw as counsel of record for Plaintiff, Chester Day, in the above-captioned, multi-district litigation.  There has been a breakdown in the attorney/client relationship, the details of which are within the confines of the attorney/client privilege.  Counsel avows that reasonable grounds exist for the Court to grant this Order.  Counsel has advised Plaintiff of their intent to withdraw and Plaintiff has not objected to the withdrawal.

Notice of the filing of this motion was sent via Certified Mail to Plaintiff's last known mailing address of 335 Reams Church Road, Cub Run, Kentucky 42729.  Plaintiff may be reached by telephone at (270) 524-2364.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

Date:  October 12, 2007

Respectfully Submitted,

/s/ Kevin P. Weis
_____
Kevin P. Weis (KY87977)
David B. Gray (KY82993)
Goldberg Simpson, PSC
9301 Dayflower Street
Louisville, KY  40059
(502) 589-4440
(502) 581-1344
kweis@goldbergsimpson.com
dgray@goldbergsimpson.com

GOLDBERG SIMPSON PSC, 9301 Dayflower Street, Louisville, Kentucky  40059

* ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT*

## CERTIFICATE OF SERVICE

I hereby certified that the above and foregoing Notice of Appearance of Co-Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 19th day of October, 2007.

Further, pursuant to the Local Rule 83.2.11 Chester Day has been advised of all known deadlines.

/s/ Kevin P. Weis
Kevin P. Weis (KY87977)
David B. Gray (KY82993)
Goldberg Simpson, PSC
9301 Dayflower Street
Louisville, KY  40059
(502) 589-4440
(502) 581-1344
kweis@goldbergsimpson.com
dgray@goldbergsimpson.com
*Counsel for Plaintiff Chester Day*

g:\medmal\vioxx cases
81880.001

dbg active\0 1 kentucky cases\day, chester\motion to withdraw 101207.doc

GOLDBERG SIMPSON PSC, 9301 Dayflower Street, Louisville, Kentucky  40059