UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX ®                                           MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                             Section L

This document relates to:                                 Judge Fallon

*Bardy Bryant et al v. Merck & Co., Inc.
et al.;* Docket Number: 05-05768
_____/

### ORDER

On the motion regarding Plaintiff Chester Day, and the Court being duly and sufficiently advised,

IT IS HEREBY ORDERED that David B. Gray, Kevin P. Weis, Goldberg Simpson, P.S.C. and Brett Oppenheimer, pursuant to Local Rule 83.2.11 are hereby granted leave to withdraw as counsel of record.

GOLDBERG SIMPSON PSC, 9301 Dayflower Street, Louisville, Kentucky  40059