UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, | * | MDL NO. 1657 |
| SALES PRACTICES, and | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

*************************************************************************

**(THIS DOCUMENT RELATES TO: David Howard v. Merck & Company, Civil Action No. 2:05cv03854)**

## MOTION FOR LEAVE TO AMEND COMPLAINT

**COME NOW** the Plaintiffs, Radeyah Howard and Telena Evans, pursuant to Rule 15(a), *F. R. Civ. P.*, respectfully request this Court for leave to amend the Complaint previously filed in this cause by changing the identity of the Plaintiff to "Radeyah Howard and Telena Evans, as Personal Representatives for the Estate of David Howard, deceased," and by amending the Complaint to appropriately state causes of action against the Defendant Merck & Co., Inc., on behalf of the Estate of David Howard, deceased, and on behalf of the survivors of David Howard entitled to recover under North Carolina law. In further support of this motion, Radeyah Howard and Telena Evans state as follows:

1. This cause was originally filed in this Court on May 18, 2005, by David Howard, individually. Radeyah Howard and Telena Evans were appointed Personal Representatives of the Estate of David Howard, deceased, on April 2, 2007.

2. Defendant filed an Answer to the Complaint in this cause on or about June 27, 2005.

3. Pursuant to North Carolina law, the personal representatives of the estate of a decedent are entitled to bring the cause of action on behalf of the deceased person and all legal heirs who are entitled to recover.

4. Under North Carolina law, in addition to damages recoverable on behalf of the decedent and his estate, the surviving children are also entitled to recover appropriate damages.

5. The amended complaint filed herewith more completely and correctly sets forth the claims recoverable under North Carolina law as a result of the injuries caused to and death of David Howard, resulting from his ingestion of Vioxx® (Rofecoxib), and more completely and correctly sets forth the claims of the survivors.

6. Rule 15(a), Fed. R. Civ. P., states that leave to amend shall be freely granted when justice so requires. Plaintiffs, through their counsel, have acted timely to amend their complaint to set forth the proper identity of the Plaintiff and to bring all claims recoverable by the Personal Representatives as a result of the death of David Howard, deceased.

7. A trial date has not been set in this cause.

8. Defendant Merck will not be unduly prejudiced by the amendment of the Complaint in this case.

**RESPECTFULLY SUBMITTED** this 19th day of October, 2007.

By: /s/ Christopher A. Seeger
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
**Seeger Weiss LLP**
550 Broad Street, Suite 920
Newark, New Jersey 07102
(973) 639-9100

**OF COUNSEL:**

Lewis & Roberts, PLLC
Kimberly R. Wilson, Esq.
N.C. Bar No. 30044
Daniel K. Bryson, Esq.
N.C. State Bar No. 15781
James A. Roberts, III, Esq.
N.C. State Bar No. 10495
1305 Navaho Drive, Suite 400
Raleigh, North Carolina 27619
(919) 981-0191

### CERTIFICATE OF SERVICE

I hereby certify that the Motion for Leave to Amend and (Proposed) Order have been served on Liason Counsel, Russ Herman and Phillip Whittman, by U.S. Mail or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No: 8B, and that the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19 th day of October, 2007.

/s/ Christopher A. Seeger
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
**Seeger Weiss LLP**
550 Broad Street, Suite 920
Newark, New Jersey 07102
(973) 639-9100

**OF COUNSEL:**

Lewis & Roberts, PLLC
Kimberly R. Wilson, Esq.
N.C. Bar No. 30044
Daniel K. Bryson, Esq.
N.C. State Bar No. 15781
James A. Roberts, III, Esq.
N.C. State Bar No. 10495
1305 Navaho Drive, Suite 400
Raleigh, North Carolina 27619
(919) 981-0191