**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RADEYAH HOWARD and TELENA** | * | |
| **EVANS, as Personal Representatives of** | * | |
| **the Estate of DAVID HOWARD,** | * | |
| **Deceased,** | * | **MDL Docket No. 1657** |
| | * | |
| **Plaintiffs,** | * | |
| | * | **In re:  VIOXX PRODUCTS** |
| **v.** | * | **LIABILITY LITIGATION** |
| | * | |
| **MERCK & CO., INC., a foreign** | * | **CASE NO. 05-3854** |
| **corporation,** | * | |
| | * | |
| **Defendant.** | * | |

**(THIS DOCUMENT RELATES TO: David Howard v. Merck & Company, Civil Action No.  2:05cv03854)**

**ORDER**
**(Motion for Leave to Amend Complaint)**

  **THIS CAUSE** having come before the Court on *Motion for Leave to Amend Complaint*, submitted by the Plaintiffs, Radeyah Howard and Telena Evans, personal representatives of the Estate of David Howard, deceased, pursuant to Rule 15(a), of the Federal Rules of Civil Procedure.

  It is hereby **ORDERED** that Radeyah Howard and Telena Evans' *Motion for Leave to Amend Complaint* is **GRANTED**.

    **DONE** this the ___ day of _____, 2007.

        _____

        **ELDON E. FALLON**
        **UNITED STATES DISTRICT JUDGE**