UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | Section L |
| This document relates to: | |
| | Judge Fallon |
| *Reginald Gerald Pates v. Merck & Co., Inc.* Case No. 05-cv-6096 | Magistrate Judge Knowles |

## EX PARTE MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

The law firm of Van Blois & Associates hereby makes this ex parte motion to withdraw as attorneys of record for plaintiff Reginald Gerald Pates, and submits the following in support thereof:

1. This law firm can no longer properly represent the Plaintiff due to irreconcilable differences with the Plaintiff. Plaintiff has been informed of the consequences of this motion if it is granted. He has not indicated that he opposes the motion, and he has indicated that he is willing to continue his lawsuit in pro per while he seeks substitute counsel.

2. This law firm has given Plaintiff over eight months to find substitute counsel. On February 2, 2007, this office informed Plaintiff that it could no longer represent him. On February 5, 2007, this office sent Plaintiff all of his files, documents, medical records, and other things from this lawsuit. On the same day, this office encouraged Plaintiff to seek substitute counsel, and provided phone numbers for two other law firms located in the San Francisco bay area that represent other plaintiffs in Vioxx cases. This law firm has followed up at least five times with Plaintiff to find out if he has found substitute counsel, the last follow-up being on

1

September 25, 2007, one follow-up being in June, 2007, and at least three follow-ups occurring between February and June, 2007. He has contacted the attorneys suggested by this law firm, and has contacted other attorneys. One of the law firms has decided not to represent him, and he is waiting to receive responses from others. This law firm has recently provided him four additional phone numbers of law firms that represent other plaintiffs in Vioxx cases.

3. Defendant Merck has not indicated whether they will oppose this motion. On August 15, 2007, this office sent an email to Stone Pigman Walther, Wittmann, LLC, asking whether Merck would oppose this motion. On September 17, 2007, this office sent a follow-up email and has not heard back from defense counsel.

4. There is no issue regarding the adequacy of Plaintiff's Profile Form. It has been supplemented twice, on July 28, 2006 and on October 4, 2006.

5. There are no deadlines, court appearances, or motions pending in Plaintiff's individual case, with the exception of this motion.

6. Plaintiff's present address and telephone number are:

> Reginald Gerald Pates
> 1400 Harmon St.,
> Berkeley, CA 94702
> (510) 395-5051

Dated: September 26, 2007

Respectfully submitted,

By: _____
R. Lewis Van Blois sbn 38912
Thomas C. Knowles sbn 40899
Darren J. Van Blois sbn 232583
VAN BLOIS & ASSOCIATES
7677 Oakport Street, Suite 565
Oakland, CA 94621
Telephone: (510) 635-1284
Facsimile: (510) 635-1516

Attorneys for Plaintiff Reginald Pates

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion to Withdraw as Attorneys of Record has been served on Plaintiff Reginald Gerald Pates by certified mail, on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email, and on all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was sent to the Clerk of Court of the United States District Court for the Eastern District of Louisiana for filing on the 27th day of September, 2007.

By: _____
R. Lewis Van Blois  sbn 38912
Thomas C. Knowles  sbn 40899
Darren J. Van Blois  sbn 232583
VAN BLOIS & ASSOCIATES
7677 Oakport Street, Suite 565
Oakland, CA 94621
Telephone: (510) 635-1284
Facsimile: (510) 635-1516

Attorneys for Plaintiff Reginald Pates

3