FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 19 AM 7:00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | Section L |
| This document relates to: | |
| | Judge Fallon |
| *Reginald Gerald Pates v. Merck & Co., Inc.* Case No. 05-cv-6096 | Magistrate Judge Knowles |

## ORDER

IT IS ORDERED that the Ex Parte Motion to Withdraw as Attorneys of Record filed by Van Blois & Associates in the above captioned case is hereby GRANTED.

New Orleans, Louisiana, this 18 day of October, 2007.

_____
DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____