UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | Docket No.: 2:07-cv-00370-EEF-DEK<br>MDL Docket No. 1657 |
| THIS RELATES TO:<br>BRECKLEY v. MERCK & CO., INC., et al.<br>Civil Action No: 07-370 | Plaintiff: DONALD R. BRECKLEY, as Personal Representative of the Estate of ROBERT BRECKLEY, deceased |

## NOTICE OF APPEARANCE

The undersigned attorney, Robin M. Orosz, Esquire, does hereby give notice of her appearance in this matter on behalf of Plaintiff, DONALD R. BRECKLEY, as Personal Representative of the Estate of ROBERT BRECKLEY, deceased. The undersigned attorney respectfully requests that all orders, pleadings and correspondence be served on Robin M. Orosz, Esquire, through CM/ECF system and/or at the address below.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent this 19th day of September, 2007, by regular U.S. Mail to Robert W. Brundige, Jr., Esquire, HUGHES, HUBBARD & REED, LLP, 101 Hudson Street, Suite 3601, Jersey City, NJ 07302-3910.

**FLORIN ROEBIG, P.A.**

_[signature]_

Robin M. Orosz, Esquire
Florida Bar No. 724769
777 Alderman Road
Palm Harbor, FL 34683
(727)786-5000
rmo@florinroebig.com
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | UNITED STATE DISTRICT COURT EASTERN DISTRICT OF LOUISIANA Docket No. 2:06-cv-10598-EEF-DEK MDL Docket No. 1657 |
| THIS RELATES TO: KIRK, et al. v. MERCK & CO., INC., et al. Civil Action No: 06-10598 | SUPPLEMENT TO PLAINTIFF'S PROFILE FORM Plaintiff: David Kirk |

## NOTICE OF APPEARANCE

The undersigned attorney, Robin M. Orosz, Esquire, does hereby give notice of her appearance in this matter on behalf of Plaintiff, DONALD R. BRECKLEY, as Personal Representative of the Estate of ROBERT BRECKLEY, deceased. The undersigned attorney respectfully requests that all orders, pleadings and correspondence be served on Robin M. Orosz, Esquire, through CM/ECF system and/or at the address below.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent this 19th day of September, 2007, by regular U.S. Mail to Robert W. Brundige, Jr., Esquire, HUGHES, HUBBARD & REED, LLP, 101 Hudson Street, Suite 3601, Jersey City, NJ 07302-3910.

FLORIN ROEBIG, P.A.

Robin M. Orosz, Esquire
Florida Bar No. 72469
777 Alderman Road
Palm Harbor, FL 34683
(727)786-5000
rmo@florinroebig.com
Attorneys for Plaintiff