UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT -1  PM 3: 50

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | CASE NO.: 2:06 CV 02245 |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG JUDGE KNOWLES |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | Plaintiff: Terri Fabes |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

1. TERRI FABES,                      )
                                     )
           Plaintiff,                )
                                     )
vs.                                  )   Case No. 06 CV 126 JHP-FHM
                                     )
1. MERCK & CO., a Foreign Corporation, )
                                     )
2. PETER S. KIM, Ph.D,               )
                                     )
3. LOUIS M. SHERWOOD, Ph.D.,         )
                                     )
4. DAVID W. ANSTICE, and             )
                                     )
5. EDWARD M. SCOLNICK, M.D.,         )
                                     )
           Defendants.               )

### MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the law firm of Feldman, Franden, Woodard, Farris & Boudreaux (n/k/a Feldman, Franden, Woodard & Farris) and moves the Court for an order withdrawing its appearance as counsel for Plaintiff, **Terri Fabes**, in this action, and shows the Court:

___ Fee_____
___ Process_____
 X  /Dktd_____
___ CtRmDep_____
___ Doc. No._____

1. Paul T. Boudreaux is no longer associated with the firm and will continue as lead attorney in this matter.

2. Plaintiff has no objection.

3. The firm of Feldman, Franden, Woodard & Farris asserts an attorney lien and hereby gives notice of same.

WHEREFORE, the firm of Feldman, Franden, Woodard, Farris & Boudreaux (n/k/a Feldman, Franden, Woodard & Farris) prays for an Order allowing it to withdraw as counsel of record on behalf of Plaintiff, Terri Fabes.

Respectfully submitted,

By: _____
Belinda E. Aguilar, OBA #20448
**FELDMAN, FRANDEN, WOODARD & FARRIS**
525 South Main Street, Suite 1000
Tulsa, Oklahoma 74103-4514
Tel.:  (918) 583-7129
Fax:  (918) 584-3814

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2007 a true and correct copy of the above and foregoing was mailed, properly addressed and postage prepaid to:

Robert Brundige, Jr.
Wilford Coronato
John N. Paulos
HUGHES HUBBARD & REED
101 Hudson Street – Suite 3601
Jersey City, NJ 07302-3910