UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX®           *    MDL Docket No. 1657
                                 *    SECTION L
PRODUCTS LIABILITY LITIGATION   *
                                 *    CASE NO.: 2:06 CV 02245
                                 *
                                 *    JUDGE FALLON
                                 *    MAG JUDGE KNOWLES
                                 *
*******************   **Plaintiff: Terri Fabes**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

1. TERRI FABES,                     )
                                           )
        Plaintiff,                    )
                                           )
vs.                                           )    Case No. 06 CV 126 JHP-FHM
                                           )
1. MERCK & CO., a Foreign Corporation,   )
                                           )
2. PETER S. KIM, Ph.D,                )
                                           )
3. LOUIS M. SHERWOOD, Ph.D.,       )
                                           )
4. DAVID W. ANSTICE, and           )
                                           )
5. EDWARD M. SCOLNICK, M.D.,      )
                                           )
       Defendants.                 )

## ORDER ALLOWING WITHDRAWAL

Upon application of the law firm of Feldman, Franden, Woodard, Farris & Boudreaux (n/k/a Feldman, Franden, Woodard & Farris), requesting that this Court enter an Order allowing the firm to withdraw as counsel of record for the Plaintiff, Terri Fabes, and for good cause shown,

___ Fee_____
___ Process_____
_X_/Dktd_____
_/_ CtRmDep_____
___ Doc. No._____

**IT IS HEREBY ORDERED** that it is hereby granted leave to withdraw as counsel of record for Plaintiff, Terri Fabes.

New Orleans, Louisiana, this 18 day of October, 2007.

UNITED STATES DISTRICT COURT JUDGE