UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * ** *

THIS DOCUMENT RELATES TO:   <u>*Campbell, Ruth v. Merck & Co., Inc. et al.*</u>
<u>*Civil Action No. 2:05-cv-05827*</u>

### PLAINTIFF'S MOTION TO REMAND

COMES NOW Plaintiffs, pursuant to 28 U.S.C. § 1447 (c) and move to remand this case to the Circuit Court of the City of St. Louis and in support thereof state as follows:

1. This action was filed in the Circuit Court of the City of St. Louis.

2. Defendant Merck improperly removed this action from State court. The alleged basis for removal is that this case involves citizens of different states and plaintiffs fraudulently joined non-diverse defendants and fraudulently misjoined the claims of plaintiffs in order to defeat diversity jurisdiction.

3. The complaint on its face is not removable as there is not complete diversity of citizenship between all plaintiffs and all defendants.

4. The claims of fraudulent joinder and fraudulent misjoinder fail for the reasons set forth in Plaintiffs' Memorandum submitted in support of this motion.

5. Plaintiffs incorporate by reference their Memorandum in Support as if fully set forth herein.

WHEREFORE, plaintiffs pray for an order remanding this case to the Circuit Court of the City of St. Louis; and for such other and further relief which may be just and proper.

Respectfully submitted,

        GOLDENBERG HELLER ANTOGNOLI
        ROWLAND SHORT & GORI, P.C.


By:   /s/ Aaron K. Dickey_____
       Aaron K. Dickey   #50042
       Gateway One Building
       701 Market Street, Ste. 1375
       St. Louis, MO 63101
       314-241-6230

       ***ATTORNEYS FOR PLAINTIFF***

**DATED:**   October 22, 2007

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was served upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically uploaded with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, this 22nd day of October, 2007.

       **/s/Aaron K. Dickey**