UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Maria Graham v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-2068 _____/ | Magistrate Judge Knowles |

## ORDER

Upon due consideration of plaintiff's counsel's motion to withdraw as counsel of record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Lowell W. Finson, Robert Arentz, and Phillips & Associates are withdrawn as counsel of record for plaintiff, Maria Graham, individually and on behalf of all statutory beneficiaries of Lonnie Graham, deceased, including but not limited to Liliana Graham.

IT IS SO ORDERED.

DATED: _____     _____
                                                                Judge Eldon E. Fallon
                                                                United States District Court Judge