**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Carl Danek v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-0819 _____/ | Magistrate Judge Knowles |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiff, Carl Danek, individually and on behalf of all statutory beneficiaries of Constance C. Danek, deceased, in the above-captioned multidistrict litigation. Plaintiff has passed away and counsel's attempts to communicate with plaintiff's only known surviving son, Tim Danek, to discuss continuing the representation have been futile. Counsel has no address for Tim Danek and only had telephonic communication with him one time. Correspondence to plaintiff's address has been returned unclaimed. Tim Danek's telephone number is (619) 435-5953. Written notice of the filing of this motion was sent this day via certified mail to plaintiff's last known mailing address, 518 Adelle Lane, Coronado, California 92118. Counsel has no client and respectfully moves this Court for withdrawal.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

DATED: October 22, 2007               Respectfully submitted,

*/s/ Lowell W. Finson*_____
Lowell W. Finson, AZ Bar ID 010872
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiff Carl Danek

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion To Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of October, 2007.

                                            */s/ Lowell W. Finson*
                                            Lowell W. Finson, AZ Bar ID 010872
                                            Phillips & Associates
                                            3030 North Third Street, Suite 1100
                                            Phoenix, AZ  85012
                                            Tel: 602-258-8900 / Fax: 602-288-1632
                                            lowellf@phillipslaw.ws
                                            Counsel for Plaintiff Carl Danek