UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Maria Santiago v. Merck & Co., Inc., et al.;* Docket Number: 2:07-cv-0855 _____/ | Magistrate Judge Knowles |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Lowell W. Finson, Robert Arentz, Robert F. Clarke, and Phillips & Associates, by counsel undersigned, pursuant to Local Rule 83.2.11, move the Court for an order allowing them to withdraw as counsel of record for plaintiff, Maria Santiago, in the above-captioned multidistrict litigation.  Plaintiff has passed away and counsel's attempts to communicate with plaintiff's surviving daughter, Sonia Artiga, have been futile.  Written notice of the filing of this motion was sent this day via certified mail to Ms. Artiga's last known mailing address, 4344 Mayflower Way, San Diego, California 92117.  Counsel has no client and respectfully moves this Court for withdrawal.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

DATED:  October 22, 2007            Respectfully submitted,

*/s/ Lowell W. Finson*_____
Lowell W. Finson, AZ Bar ID 010872
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ  85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiff Maria Santiago

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion To Withdraw As Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of October, 2007.

                                             */s/ Lowell W. Finson*
                                             Lowell W. Finson, AZ Bar ID 010872
                                             Phillips & Associates
                                             3030 North Third Street, Suite 1100
                                             Phoenix, AZ  85012
                                             Tel: 602-258-8900 / Fax: 602-288-1632
                                             lowellf@phillipslaw.ws
                                             Counsel for Plaintiff Maria Santiago

894687v.1