UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>    Products Liability Litigation | * * * | |
| This Document Relates to: | * * | MDL No. 1657 |
| RAMON ALVARADO et al., Plaintiffs, | * * | SECTION L |
|     Versus | * * | JUDGE ELDON E. FALLON |
| MERCK & CO., INC., Defendant, | * * | MAGISTRATE JUDGE KNOWLES |
| Case No. 06-7150, | * * | |
| & | * * | |
| MATTHEW DEVITO et al., Plaintiffs, | * * | |
|     versus | * * | |
| MERCK & CO., INC., Defendant, | * * | |
| Case No. 07-0562, | * * | |
| & | * * | |
| DIANE DURBIN, Plaintiff, | * * | |
|     versus | * * | |
| MERCK & CO., INC., Defendant, | * * | |
| Case No. 06-11302, | * * | |
| & | * * | |
| BARBARA MCKEAL, Plaintiff, | * * | |
|     versus | * * | |
| MERCK & CO., INC., Defendant, | * * | |
| Case No. 07-0380, | * * | |
| & | * | |

896992v.1

|  |  |
|---|---|
| RONALD PALES, Plaintiff, | \* |
| versus | \* |
| MERCK & CO., INC., Defendant, | \* |
| Case No. 07-1389, | \* |
| & | \* |
| JACK RIDINGER, Plaintiff, | \* |
| versus | \* |
| MERCK & CO., INC., Defendant, | \* |
| Case No. 07-0381. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION AND INCORPORATED MEMORANDUM
FOR ADDITIONAL PAGES FOR MEMORANDUM IN SUPPORT
OF MERCK & CO., INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for its Memorandum in Support of Motion for Summary Judgment. Merck's Motion for Summary Judgment seeks dismissal of plaintiffs' claims as time-barred regardless of whether the Court applies Louisiana limitations law or the laws of their respective home states. Because the memorandum addresses the facts and law supporting Merck's motion, including the laws of at least seven states, Merck requests that it be granted forty-five (45) additional pages, for a total of seventy (70) pages for its supporting memorandum.

896992v.1

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted forty-five (45) additional pages, for a total of seventy (70) pages for its Memorandum in Support of Motion for Summary Judgment.

Dated:  October 22, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

896992v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Support Merck & Co., Inc.'s Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of October, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

896992v.1