UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *    MDL No. 1657 |
| | * |
|     RAMON ALVARADO et al., Plaintiffs, | *    SECTION L |
| | * |
|       Versus | *    JUDGE ELDON E. FALLON |
| | * |
|     MERCK & CO., INC., Defendant, | *    MAGISTRATE JUDGE |
| | *    KNOWLES |
|     Case No. 06-7150, | * |
| | * |
|                 & | * |
| | * |
|     MATTHEW DEVITO et al., Plaintiffs, | * |
| | * |
|       versus | * |
| | * |
|     MERCK & CO., INC., Defendant, | * |
| | * |
|     Case No. 07-0562, | * |
| | * |
|                 & | * |
| | * |
|     DIANE DURBIN, Plaintiff, | * |
| | * |
|       versus | * |
| | * |
|     MERCK & CO., INC., Defendant, | * |
| | * |
|     Case No. 06-11302, | * |
| | * |
|                 & | * |
| | * |
|     BARBARA MCKEAL, Plaintiff, | * |
| | * |
|       versus | * |
| | * |
|     MERCK & CO., INC., Defendant, | * |
| | * |
|     Case No. 07-0380, | * |
|                 & | * |

896997v.1

|   |   |
|---|---|
| RONALD PALES, Plaintiff, | *<br>*<br>* |
| versus | *<br>* |
| MERCK & CO., INC., Defendant, | *<br>* |
| Case No. 07-1389, | *<br>* |
| & | *<br>* |
| JACK RIDINGER, Plaintiff, | *<br>* |
| versus | *<br>* |
| MERCK & CO., INC., Defendant, | *<br>* |
| Case No. 07-0381. | *<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Support Merck & Co., Inc.'s Motion for Summary Judgment,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted forty-five (45) additional pages, for a total of seventy (70) pages for its supporting memorandum.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

896997v.1