# EXHIBIT 48

Westlaw.

10/1/04 St. Louis Post-Dispatch A01
2004 WLNR 20672288

St. Louis Post-Dispatch (MO)
Copyright 2004 St. Louis Post-Dispatch

October 1, 2004

Section: News

Vioxx users scramble for replacement

MARY J* FELDSTEIN, AND KIM BELL Of the Post-Dispatch The Washington Post contributed to this report.

Patients who have been taking Vioxx for arthritis or other chronic pain should call their doctors immediately to switch to a different medication. But they should not have a higher long-term risk of heart disease or stroke, several physicians said. Merck & Co. voluntarily removed Vioxx on Thursday from the worldwide market after a three-year trial showed patients who took the drug for more than 18 months had a higher risk of cardiovascular disease or stroke than those taking a placebo. The drug won approval from the Food and Drug Administration in 1999.

The company made the decision independently of the FDA. The FDA said the risk of stroke or heart attack is very small for an individual patient taking Vioxx. Merck said about 1.3 million Americans take Vioxx. Many people in the area began calling doctors and pharmacists after the announcement Thursday. "I feel very badly for the people with pain. ... They might have to be off the old medicine for one day before taking anything new, and so they'll probably have a full day of not being able to move," said Ann Mangelsdorf, director of services for the local chapter of the Arthritis Foundation. Other research has shown similar findings. In 2002, one of those studies prompted Merck to change Vioxx's label to include information on higher risks for heart attacks.

"We kind of thought they would pull the drug off the market, but there was not enough evidence" before, said Brett Williams, a registered pharmacist and president of Williams Community Pharmacies, a group of independent drugstores in the St. Louis area. "We thought this would be inevitable."

D. Douglas Miller, a cardiologist and chief of internal medicine at St. Louis University's School of Medicine, said the evidence is not conclusive, but Merck made the right decision.

Merck will refund patients who mail back the unused drug in the original container with a pharmacy receipt. Some pharmacies, including Walgreens, said they would

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

give refunds to customers who bring in unused pills. Other pharmacies were waiting for further instruction from Merck.

Pharmacists said voluntary removal of medications and recalls are uncommon. Vioxx is the first prescription drug to be withdrawn since 2001, when the cholesterol-lowering drug Baycol was taken off the market.

Vioxx had been on the preferred formulary list at Express Scripts Inc. of Maryland Heights. Express Scripts said it will notify all of its customers by mail about Merck's action. The pharmacy benefits manager said it would call customers who are in the process of getting a Vioxx prescription filled at its mail-order pharmacy.

Express Scripts added two similar drugs, Celebrex and Bextra, to its preferred list this year. Research pointing to Vioxx's increased risks of heart disease contributed to that decision, said company spokesman Steve Littlejohn.

Vioxx, Celebrex and Bextra are all nonsteroidal, anti-inflammatory drugs, known as NSAIDs. They also are Cox-2 inhibitors, a class of drugs designed to reduce joint inflammation with less risk of stomach ulcers and bleeding than other NSAIDs, such as ibuprofen.

Some doctors said switching patients to another Cox-2 inhibitor would be relatively easy. But some patients could respond differently to the other medications, doctors said.

FDA officials said additional study of the other Cox-2 inhibitors would be initiated. They said the other Cox-2 drugs have not been associated with the same dangers of stroke and heart attack, but acknowledged that no patients using them have been followed for 18 months, which was the case with Vioxx.

---- INDEX REFERENCES ----

COMPANY: EXPRESS SCRIPTS INC; MERCK AND CO INC

NEWS SUBJECT: (Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY: (Pharmaceuticals & Biotechnology (1PH13); Clinical Outcomes (1CL11); Arthritis (1AR77); Manufacturing (1MA74); Healthcare (1HE06); Drugs (1DR89); Allergy & Immunology (1AL96); Analgesics (1AN10); Inflammatory Diseases (1IN19); Pain Management (1PA72); Orthopedics & Rheumatology (1OR79); Internal Medicine (1IN54); Healthcare Practice Specialties (1HE49); Prescription Drugs (1PR52))

REGION: (Americas (1AM92); North America (1NO39); USA (1US73))

Language: EN

OTHER INDEXING: (ARTHRITIS FOUNDATION; EXPRESS SCRIPTS; EXPRESS SCRIPTS INC; FDA; FOOD AND DRUG ADMINISTRATION; MARYLAND HEIGHTS; MERCK; MERCK CO; SCHOOL OF MEDICINE; ST LOUIS UNIVERSITY; VIOXX; WILLIAMS COMMUNITY PHARMACIES) (Ann Mangels-

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

dorf; Baycol; Bextra; Brett Williams; Celebrex; D. Douglas Miller; Steve Little-
john; Walgreens)

KEYWORDS: drug;pain-killer;pharmaceutical industry;public record;public safety

EDITION: Five Star Late Lift

Word Count: 716
10/1/04 STLSPD A01
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

# EXHIBIT 49

Westlaw.

**News**Room

10/2/04 St. Louis Post-Dispatch 3
2004 WLNR 20672552

St. Louis Post-Dispatch (MO)
Copyright 2004 St. Louis Post-Dispatch

October 2, 2004

Section: Business

Merck's search for income sounds alarm for millions

LINDA A. JOHNSON The Associated Press

TRENTON, N.J. * **Vioxx** case recalls other debacles and stirs criticism of regulators. **Vioxx** was a big success as an arthritis pain reliever, but <u>Merck</u> & Co. thought sales could be stronger. The drug seemed to have some cancer-prevention qualities, so <u>Merck</u> began a lengthy study to test it for that use.

Merck's strategy backfired. The study showed **Vioxx** doubled the risk of heart attack and stroke. At the same time, the study sounded an alarm for the millions of people who took the drug. On Thursday, Merck pulled it off the market.

A similar situation arose two years ago with Wyeth's hormone treatment Prempro. The huge Women's Health Initiative study, launched to show that the drug could protect older women from heart disease, unexpectedly found it did the opposite -- and more.

Not only did Prempro raise the risk of heart attack, it also brought a greater risk of stroke and breast cancer. Since then, sales of Prempro and another Wyeth hormone drug, Premarin, have plunged by nearly half.

Earlier this year, Bristol-Myers Squibb Co.'s effort to give its cholesterol drug Pravachol an edge over Pfizer Inc.'s Lipitor, the country's top-selling drug, went awry when a head-to-head study funded by Bristol-Myers showed Pravachol was inferior.

"The only way these studies wind up getting done is if the companies see the gold at the end of the rainbow," said Dr. Sidney Wolfe, co-founder of Public Citizen's Health Research Group.

Wolfe said the Food and Drug Administration ought to push drug companies harder to do long-term safety studies of drugs on the market once concerns develop.

"I think greed may be a part of it," said Dr. John Norris, an internist, speaking of the motives behind drug companies doing additional studies after they've

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

already received approval. Norris is acting chief of staff at University Hospital in Newark, N.J.

University of Pennsylvania bioethicist Arthur Caplan said the problem is, "We're relying on the fox to tell us about what's wrong inside the chicken coop."

FDA spokeswoman Crystal Rice said the agency's authority is limited by law. The agency can ask -- but not order -- companies to do additional safety studies on drugs already approved, she said.

However, the FDA was able to require makers of antidepressants to study their safety with children under a law meant to increase testing for drugs for kids. Those studies led to findings that antidepressants increase suicidal tendencies in children and adolescents.

As a result, FDA advisers now are urging that stringent warnings be added to pack-age inserts for Celexa, Effexor, Luvox, Paxil, Prozac, Remeron, Serzone, Well-butrin and Zoloft.

In some cases, experts say, such warnings on a drug's official labeling aren't sufficient.

Since 2002, Merck's Vioxx had a warning about increased cardiac risks based on results of its own post-approval study, but disputed its own findings and the drug remained on the market.

Merck undertook the latest study because less-rigorous experiments indicated Vioxx could prevent recurrence of potentially cancerous colon polyps, said company spokesman Tony Plohoros.

Dr. Alastair Wood, professor of pharmacology and associate dean at Vanderbilt Uni-versity School of Medicine, said it should not have taken so long for the heart risks to come to light.

"A helluva lot of people got the drug between 2000 and 2004, and a very quick, very cheap study would have determined that risk" had the FDA taken a tougher stance after the first sign of trouble, Wood said.

Independent health care analyst Hemant Shah of HKS & Co. in Warren, N.J., said that if Merck had not done the colon polyps study, Vioxx probably would have been on the market for another year or two. That's how long it would have taken for the results of a study focused on cardiovascular risk. Merck canceled that study after the cancer study findings.

---- INDEX REFERENCES ----

COMPANY: PFIZER INC; WYETH; BRISTOL MYERS SQUIBB CO; MERCK AND CO INC

NEWS SUBJECT: (Health & Family (1HE30); Major Corporations (1MA93); Economics &

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Trade (1EC26))

INDUSTRY: (Healthcare (1HE06); Allergy & Immunology (1AL96); Pharmaceuticals Reg-
ulatory (1PH03); Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain
Management (1PA72); Inflammatory Diseases (1IN19); Arthritis (1AR77); Internal
Medicine (1IN54); Healthcare Practice Specialties (1HE49); Manufacturing (1MA74))

Language:   EN

OTHER INDEXING:  (BRISTOL MYERS; BRISTOL MYERS SQUIBB CO; FDA; HKS CO; MERCK; MER-
CK CO; PFIZER INC; PREMPRO; PUBLIC CITIZENS HEALTH RESEARCH GROUP; UNIVERSITY HOS-
PITAL; UNIVERSITY OF PENNSYLVANIA; VANDERBILT UNIVERSITY SCHOOL; VIOXX; WYETH)
(Alastair Wood; Arthur Caplan; Crystal Rice; Drug; Hemant Shah; John Norris; Nor-
ris; Pravachol; Premarin; Sidney Wolfe; Tony Plohoros; Wolfe; Wood; Zoloft)

KEYWORDS: arthritis drug recall heart disease link connection;health risk medicine
pharmaceutical drug industry;Vioxx recall

EDITION: Five Star Late Lift

Word Count: 767
10/2/04 STLSPD 3
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

# EXHIBIT 50

Westlaw.

**News**Room

10/7/04 St. Louis Post-Dispatch A01
2004 WLNR 20633171

St. Louis Post-Dispatch (MO)
Copyright 2004 St. Louis Post-Dispatch

October 7, 2004

Section: News

Merck will pay UPS costs to return  Vioxx

CAROLYN TUFT Of the Post-Dispatch

Merck & Co. plans to announce today a change in the way people should send back
their recalled  Vioxx  pills. Company officials learned Wednesday that mailing the
drugs violated federal regulations. The company will provide free shipping con-
tainers so  Vioxx  customers can return the drugs via United Parcel Service.

The drug manufacturer announced last week that it was recalling all of the  Vioxx
it had distributed because tests showed that patients on it for 18 months or
longer had an increased risk of heart problems. About 2 million people -- 1.3 mil-
lion of them in the United States -- used the drug. Merck had instructed buyers to
return unused pills in the original pharmacy packaging, along with the receipt, by
U.S. mail for a refund. But U.S. Postal Service Regulation Publication 52, Section
483.2 allows only manufacturers, pharmacies and licensed vendors to mail prescrip-
tion drugs. Burt St. John, Postal Service spokesman for the St. Louis region, said
Wednesday evening that he had not yet heard of the problem. He said refusal to ac-
cept such packages was not "inconsistent with past practices," but he had no spe-
cific knowledge of the  Vioxx  mailings. Merck spokeswoman Anita Larsen said the
company had gotten complaints about mailing problems, and, starting today, will
change its refund instructions. Rather than quibble, she said, Merck decided to
"take the right course of action" and send out UPS shipping containers. Merck asks
customers to call the National Notification Center, a clearinghouse for Merck,
toll-free at 1-800-805-9542. It will send a postage-free, UPS shipping container.
Customers must include the pills in their original pharmacy package, the pharmacy
receipt and the customer's name, address and phone number. Until the problem was
brought to Merck's attention, the drug manufacturer had not offered to pay postage
for the recall.

Sue Crisman, 46, of Olivette, is one of those who discovered the  Vioxx  mailing
problems. On Tuesday, she had followed Merck's nationally publicized instructions
for sending back her mother's recalled pills.

She packed up her mother's $210 worth of unused  Vioxx  and went to the Florissant

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

post office. A postal clerk shook the box, heard it rattle and refused the ship-
ment, saying it violated Postal Service regulations for ordinary people to send
prescription medicine.

"She looked at the package and saw Merck on it and said, 'Oh. No. We can't take
that,'" Crisman said. "It was so frustrating for her to say 'You can't mail it,'
because my mom had gotten her medicine through the mail."

Crisman's 80-year-old mother, Jeannette Bernard, who took the drug for arthritis,
had gotten the Vioxx from a mail-order pharmacy, Crisman said.

Crisman admitted that when the postal employees weren't looking, she weighed the
box at a self-mailer station in the post office and then sent it anyway.

Crisman said that the postal workers had told her to take her package to Federal
Express, which she said costs significantly more money than regular mail.

"I gathered that they turned away a significant number of frustrated elderly
people," Crisman said. "I know I was really hot about it."

                          ---- INDEX REFERENCES ----

COMPANY: UNITED PARCEL SERVICE INC; FEDEX CORP; UNITED STATES POSTAL SERVICE; MER-
CK AND CO INC

NEWS SUBJECT:  (Health & Family (1HE30); Major Corporations (1MA93); Economics &
Trade (1EC26))

INDUSTRY:  (Healthcare Regulatory (1HE04); Mail Order Prescriptions (1MA26); Drugs
(1DR89); Pharmacy (1PH23); Healthcare (1HE06); Pharmaceuticals Regulatory (1PH03);
Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Healthcare Services
(1HE13); Pain Management (1PA72); Healthcare Services Regulatory (1HE66); Manufac-
turing (1MA74); Prescription Drugs (1PR52))

Language:  EN

OTHER INDEXING:  (FEDERAL EXPRESS; MERCK; MERCK CO; NATIONAL NOTIFICATION CENTER;
POSTAL SERVICE; US POSTAL SERVICE; UNITED PARCEL; VIOXX)  (Anita Larsen; Burt St.
John; Crisman; Jeannette Bernard; Sue Crisman)

KEYWORDS: pharmaceutical drug Vioxx recall;U.S. Postal Service refusal law;UPS re-
turn shipping directions

EDITION: Five Star Late Lift

Word Count: 666
10/7/04 STLSPD A01
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

# EXHIBIT 51

Case 2:05-md-01657-EEF-DEK   Document 12704-16   Filed 10/22/07   Page 13 of 69

218 of 401 DOCUMENTS

Copyright 2004 The Pantagraph
The Pantagraph (Bloomington, Illinois)

October 1, 2004 Friday

**SECTION:** NEWS; Pg. A1

**LENGTH:** 437 words

**HEADLINE:** Doctors taking calls on Vioxx

**BYLINE:** Edith Brady-Lunny

**BODY:**

CLINTON -- Central Illinois doctors are fielding questions from concerned patients after pharmaceutical giant Merck & Co. pulled the popular arthritis drug Vioxx from the market.

Dr. Farrukh Kureishy of Clinton Internal Medicine said he and partner Dr. Brit Williams heard from patients with questions about a medication they could no longer take.

"It was a common medicine to use for arthritis. It was a great addition to our way of treating patients," said Kureishy.

Merck voluntarily pulled Vioxx after data indicated an increased risk of heart attack and stroke. A three-year study involving 2,600 patients was under way to determine if Vioxx could prevent recurrence of polyps in the rectum and colon.

Study participants showed a higher risk for heart and other cardiovascular complications 18 months after taking the drug.

After Merck's announcement, the Clinton doctors counseled patients to stop taking Vioxx. Alternative drugs may be available, said Kureishy, but those choices may be limited for patients with allergies to sulfur.

Kureishy said Vioxx also was prescribed for acute pain ranging from menstrual cramps to sports injuries and migraine headaches. Vioxx offered doctors a treatment option to narcotics, he said. "All that's out the window now."

Vioxx was removed from the shelves at Bloomington's Medical Hills Internists. Staff members answered several calls but "the switchboard hasn't been lit up," said Jim McNeely, office administrator.

The 11 physicians and staff members had not discussed the drug's withdrawal, said McNeely. "We're looking at what each patient is taking and handling it on a case-by-case basis."

The McLean County branch of the Arthritis Foundation issued a statement on the withdrawal.

"We applaud Merck's decision to withdraw Vioxx and its desire to keep the best interests of patients in mind," said Dr. John H. Klippel, Arthritis Foundation president and CEO. The foundation encouraged patients to work with physicians "to determine an appropriate treatment plan for their individual situation."

Page 2

Doctors taking calls on Vioxx The Pantagraph (Bloomington, Illinois) October 1, 2004 Friday

Bridget Matson, a supervisor with Hopedale Pharmacy, said callers and visitors were being directed to their doctors for advice.

"Vioxx can cause some fluid retention and people predisposed to heart problems should be aware of that," said Matson. She added that the potential for fluid retention is listed in informational material included with Vioxx.

----------

Do you take Vioxx?

If you have been taking Vioxx and are willing to talk about you reaction to the new health warning with a Pantagraph reporter, e-mail your name and telephone number to newsroom@pantagraph.com.

**LOAD-DATE:** October 4, 2004

# EXHIBIT 52

1 of 14 DOCUMENTS

Copyright 2004 Belleville News-Democrat
All Rights Reserved

# BELLEVILLE NEWS-DEMOCRAT

Found on Belleville ● com

Belleville News-Democrat

October 1, 2004 Friday

**SECTION:** LOCAL: NATIONAL; Pg. 5A

**LENGTH:** 975 words

**HEADLINE:** MERCK WITHDRAWS ARTHRITIS MEDICINE

**BODY:**

Cites increased risk of heart attack, stroke

By Linda Loyd

Knight Ridder

DASH: -

PHILADELPHIA -- Merck & Co., in a sudden admission of problems with a blockbuster drug, said Thursday it is withdrawing its Vioxx arthritis pain medicine because of an increased risk of heart attack and stroke.

The announcement stunned Wall Street, sending Merck's shares down 27 percent, and even took the blue-chip Dow Jones Industrial Average lower. Until now, the company had consistently defended Vioxx, its $2.5 billion-a year medicine for arthritis and acute pain, even after several earlier studies raised safety questions.

Although Merck remains financially solid, the announcement pressures the company to bolster its pipeline of new drugs, and raises new concerns over whether it will face costly litigation from patients who took the drug.

The company said new data from a three-year clinical trial found that patients taking Vioxx for more than 18 months had double the risk of heart attack and stroke, compared to those taking a placebo.

"It's a big negative for Merck -- in timing and in dollars," said Hemant Shah, independent pharmaceutical analyst in Warren, N.J. Vioxx is one of Merck's five largest drugs, accounting for about 11 percent of sales in 2003. But Vioxx sales had slipped in the second quarter this year, due to increasing concerns about the drug's safety.

Merck, which is based in Whitehouse Station, N.J., employs 12,000 people at its huge research operation in Montgomery County.

The withdrawal of Vioxx comes as Merck, the second-largest U.S. drug maker and the fourth largest in the world, faces patent expiration in two years of its top-selling cholesterol-lowering drug Zocor. Zocor's patent expires in early 2006 when sales are expected to fall to generic competition.

Merck said the data showing the increased risk of cardiovascular complications began 18 months after patients began taking Vioxx at a 25-milligram dose once daily.

"We believe it would have been possible to continue to market Vioxx with labeling that would incorporate these new data," said chief executive officer Raymond V. Gilmartin at a New York press conference. "However, given the availability of alternative therapies, and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take."

The U.S. Food and Drug Administration said the risk to individual Vioxx patients of a heart attack or stroke "is very small." The FDA said it plans to monitor other drugs in the class of medicines known as Cox-2 inhibitors for possible heart risks.

Peter S. Kim, president of Merck research labs, said at Thursday's press conference that 7.5 patients out of 1,000 taking the placebo had a heart attack or stroke after 18 months, while 15 patients out of 1,000 taking Vioxx had a heart attack or stroke during the same 18 months.

"There were five cardiovascular deaths on placebo and five cardiovascular deaths on Vioxx — no difference in number of cardiovascular deaths between placebo and Vioxx," Kim said.

Merck's announcement could benefit rival Pfizer Inc.,'s Celebrex, which was the first Cox-2 inhibitor in 1998 before Vioxx came on the market in 1999. Pfizer said Thursday that Celebrex, which is No. 1 in sales in the Cox-2 inhibitor group of arthritis drugs, is safe.

Adam Greene, an analyst with First Albany Capital, said the company's withdrawal of Vioxx for safety reasons could "lead to years of litigation expenses." Vioxx has been used by 84 million patients worldwide since it was introduced, the company said.

Shah, the analyst in Warren, N.J., said the biggest negative for Merck will be if the Vioxx recall results in "fen-phen liability" expenses for Merck, referring to the $16.6 billion in charges Wyeth has set aside for litigation costs stemming from its recall for health reasons of two diet drugs in 1997.

Kenneth Frazier, Merck's general counsel, said that "numerous lawsuits alleging personal injury" have been filed against the company by Vioxx users, including two proposed class-action lawsuits that are pending. "The company believes it has meritorious defenses to these cases and will defend them vigorously."

Merck emphasized that it is strong financially, with more than $13 billion in cash and investments.

Gilmartin also rejected talk that the company should find a merger partner. "We continue to believe a large-scale merger does not meet our definition of creating shareholder value," said Gilmartin, who added he does not intend to resign because of the Vioxx recall.

He said the company sees no reason to change its strategy, which includes licensing promising drugs from other companies and investing in research in its own labs. The company spent $2 billion on research and development in the first half of this year.

Gilmartin said the company would not close any plants as a result of the recall, but that it would redeploy sales representatives, scientists and marketing employees to other products. However, Gilmartin did not rule out future layoffs.

Merck has laid off 4,400 employees worldwide in the past year, including an undisclosed number at its campus in West Point, Pa.

Merck said the Vioxx recall would not affect the company's application to the FDA to sell the next-generation

MERCK WITHDRAWS ARTHRITIS MEDICINE Belleville News-Democrat October 1, 2004 Friday

successor to Vioxx, Arcoxia, which is already sold in 47 countries. An FDA decision on Arcoxia is due by Oct. 30, the company said.

Merck officials estimated that the recall would cut its 2004 earnings by 50 to 60 cents a share from the previous estimate of $3.11 to $3.17 a share. The company estimated that in this year's fourth quarter, the lost Vioxx sales would be $700 to $750 million.

Merck shares fell $12.07, or 26.78 percent, to close at $33 on the New York Stock Exchange.

**LOAD-DATE:** September 1, 2005

# EXHIBIT 53

189 of 401 DOCUMENTS

Copyright 2004 Journal Sentinel Inc.
Milwaukee Journal Sentinel (Wisconsin)

October 1, 2004 Friday
Final Edition

**SECTION:** A News; Pg. 1

**LENGTH:** 1155 words

**HEADLINE:** Vioxx pulled from shelves;
Data says arthritis drug increases heart risks

**BYLINE:** KAWANZA L. GRIFFIN, kgriffin@journalsentinel.com, Journal Sentinel, Milwaukee Journal Sentinel

**BODY:**

The maker of Vioxx is pulling the popular arthritis painkiller from shelves based on more data showing that it increases the risk of heart attack and stroke.

Local health providers and drug-maker Merck are urging patients who are taking the drug to contact their doctors about an alternative treatment so that those patients can stop using it.

"For people who've been on this drug and not having any problems, this is not a medical emergency," said Paul Halverson, a rheumatologist with St. Joseph Regional Medical Center.

"That said, if a person is taking it, they need to call their physician for a recommendation for a change (of medication)," he said. "If they can't reach them, possibly take Tylenol or, if their stomach can handle it, another stronger over-the-counter medication."

About 2 million people worldwide take Vioxx, which has been sold in the U.S. since 1999 and marketed in more than 80 countries. In some countries, the product is marketed under the name Ceoxx.

However, concerns about the safety of Vioxx are not new.

In 1991, research presented to the Food and Drug Administration showed that patients taking Vioxx had a higher, but still relatively low, risk of heart attacks than patients taking naproxen, which is sold both generically and under the brand names Naprosyn or Aleve.

And a 2002 study published in the journal Science showed how painkillers Vioxx and Celebrex, part of a class known as cox-2 inhibitors, could increase the risk of heart attack by causing a chemical imbalance that spurs blood clots in patients with heart disease.

Last month, Vioxx once again drew national attention after an FDA study showed that doses higher than 25 milligrams per day tripled the rate of heart attack. Lower doses of the drug also increased the risk of a heart attack, "but not significantly so," the study says.

That study, which was presented at an epidemiology conference in France, compared Vioxx with Pfizer's Celebrex.

Though Merck questioned the study and defended the safety of its $2.5 billion-a-year drug, it has now halted a separate clinical trial because it confirmed a heightened risk for heart attack and stroke after 18 months in patients with a history of colorectal tumors.

Taking drug off the market

On Thursday, the company began contacting vendors to remove the product from circulation.

"Although we believe it would have been possible to continue to market Vioxx with labeling that would incorporate these new data, given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take," said Raymond V. Gilmartin, chairman, president and chief executive officer of Merck in a written statement on the company's Web site.

The move is voluntary and the company has no plans of reintroducing the product at a later date, said Kevin Colgan, Merck spokesman.

In addition, there will be no refunds for patients who have already filled their prescriptions, but the company is devising a plan to collect and reimburse pharmacies and wholesalers for their unused drug, he said.

Ruth Wartgow, 76, and her husband, Bill, 80, of Greendale began taking Vioxx for arthritis in July.

Her husband, who also has diabetes, high blood pressure and cancer, has been hospitalized twice since taking the medication, though there are too many factors to say that Vioxx is the culprit, she said.

Last week, a cardiologist told her husband to stop taking the medicine, and she decided to take the doctor's advice, too.

"I was shocked when I heard it on TV," she said. "But I was so glad we had stopped taking it."

She said that she never had any problems with the drug and that she'll just do without taking any medication for a while.

"We've just lost the money," she said.

As news of a problem with Vioxx trickled through the Milwaukee metro area, pharmacists and physicians' offices were starting to receive calls from patients wondering what to do.

Finding alternatives

Most recommend that patients also should consider alternatives, including other available prescription medications, and over-the-counter medications such as Motrin and naproxen, which are less expensive.

"There are some other very good (over-the-counter) medicines, but the problem to consider is dosage," said Spencer Block, a neurosurgeon with Aurora Health Care who frequently prescribes anti-inflammatory drugs for his patients. "Often, the appropriate over-the-counter dosage is less than what you get with a prescription."

He started contacting patients still taking the drug on Thursday morning to get appropriate substitutes for them, he said.

Block said that his office had begun to prescribe Vioxx less because of anecdotal stories and previous reports about the drug's cardiovascular side effects.

"For the vast majority of Americans, this is not going to be a big deal," said Jim Searles, a pharmacist at Brady

Vioxx pulled from shelves; Data says arthritis drug increases heart risks Milwaukee Journal Sentinel (Wisconsin)
October 1, 2004 Friday

Street Pharmacy in Milwaukee. "The problem will be how to make this transition go as smooth as possible."

For instance, insurance companies may only provide coverage for specific drugs, some patients may not realize the drug is no longer available until they attempt to get a refill, and some may decide they're not going to do anything until they're forced, Halverson said.

"Right now, there are a lot of people sort of scrambling," he said. "But there are alternatives available, and there is something we can do."

TOP-SELLING DRUGS

The top-selling drugs in the United States in 2003, with annual sales, what it treats and its manufacturer. The 2003 figures are the most recent audited data available.

1. Lipitor, $6.8 billion, cholesterol, Pfizer

2. Zocor, $4.4 billion, cholesterol, Merck

3. Prevacid, $4 billion, heartburn, TAP Pharmaceutical Products

4. Procrit, $3.3 billion, anemia, Johnson & Johnson

5. Zyprexa, $3.2 billion, mental illness, Eli Lilly

6. Epogen, $3.1 billion, anemia, Amgen

6. Nexium, $3.1 billion, heartburn, Merck

8. Zoloft, $2.9 billion, depression, Pfizer

9. Celebrex, $2.6 billion, arthritis, Pfizer

10. Neurontin, $2.4 billion, epilepsy, Pfizer

11. Advair Diskus, $2.3 billion, asthma, GlaxoSmithKline

12. Plavix, $2.2 billion, blood clots, Bristol-Myers Squibb

12. Norvasc, $2.2 billion, high blood pressure, Pfizer

14. Effexor XR, $2.1 billion, depression, Wyeth

15. Pravachol, $2 billion, cholesterol, Bristol-Myers Squibb

15. Risperdal, $2 billion, mental illness, Johnson & Johnson

17. Oxycontin, $1.9 billion, pain, Perdue Pharma

18. Fosamax, $1.8 billion, osteoporosis, Merck

18. Protonix, $1.8 billion, gastrointestinal reflux disease, Wyeth

18. Vioxx, $1.8 billion, arthritis, Merck

Source:  IMS Health

Vioxx pulled from shelves; Data says arthritis drug increases heart risks Milwaukee Journal Sentinel (Wisconsin)
October 1, 2004 Friday

WHAT TO DO

-- Patients taking Vioxx should call their physician.

— They should consider alternative prescription medications such as Celebrex and Bextra or over-the-counter medications such as Motrin and naproxen, a local pharmacist says.

— For information on the recall, call (888) 368-4699 or go to www.merck.com or www.vioxx.com.

**LOAD-DATE:** October 20, 2004

# EXHIBIT  54

Northwest Herald - Local News and Video for McHenry County, Illinois - Merck recalls ...   Page 1 of 3



## MAIN

PRINT THIS STORY | EMAIL THIS STORY |  DISCUS

## Merck recalls Vioxx for heart, stroke risks

By LINDA A. JOHNSON

Comments (No comments posted.)

The Associated Press

with local reports

TRENTON, N.J. - Vioxx, the arthritis drug taken by tens of millions of people, was pulled from the market by its maker Thursd study found that it doubled the risk of heart attacks and strokes.

Experts advised patients to stop taking Vioxx and talk to their doctors about alternatives.

"Given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal responsible course to take," said Ray V. Gilmartin, chairman, president and chief executive of Merck & amp; Co.

See VIOXX, page 2A

Vioxx

Continued from page 1

The news of Vioxx's dangers came five years after Merck put the drug on the market with great fanfare. Vioxx has since beco the world's most aggressively marketed drugs, advertised in magazines and in TV commercials, with celebrity endorsements former athletes Dorothy Hamill and Bruce Jenner.

The withdrawal marks a serious blow to New Jersey-based Merck, the world's third-largest drug maker. Vioxx accounted for $ in worldwide sales in 2003, and has been taken by 84 million people worldwide since its introduction. An estimated 2 million p now using it.

Merck stock plunged $12.07, or nearly 27 percent, to close at $33 in extremely heavy trading, wiping out $28 billion in market Merck also dragged down the Dow Jones industrial average, which was off by more than 55 points.

The shelving of Vioxx, which also is prescribed for acute pain and disorders such as carpal tunnel syndrome, caught some loc pharmacists by surprise.

Don Gattone with Gattone Pharmacy in Woodstock heard about the recall from his customers.

"I haven't had a lot of people asking about it, except they are telling me that they heard about it," Gattone said.

Dr. John Daniels, an orthopedic surgeon with Crystal Lake Orthopaedic Surgery and Sports Medicine Ltd , said Vioxx is a pop for treating arthritis and sports-related injuries. It is less likely to create ulcers than older anti-inflammatory drugs, such as Nap

Northwest Herald - Local News and Video for McHenry County, Illinois - Merck recalls ...     Page 2 of 3

"A lot of people have been on Vioxx and have never had a problem with it," he said.

Daniels said 20 of his 60 patients on Thursday were concerned about the recall. One patient did not want to stop taking the m because of its effectiveness.

"If they are pulling the drug off the market, then we advise our patients not to take it," he said.

Vioxx also is seen as a potential cancer-prevention medicine. In fact, the recall was prompted by a three-year study aimed at that the drug could prevent the recurrence of potentially cancerous polyps in the colon and rectum.

Participants taking Vioxx for more than 18 months were found to be twice as likely as those given dummy pills to suffer a hear stroke or other heart complications.

The Food and Drug Administration said there were early signs of potential problems with Vioxx. A Merck study led to warning: heart risks being placed on the drug's label in 2001, and the FDA has been monitoring problems that have been reported sinc

"This is not a total surprise," said Dr. Steven Galson, acting director of the FDA's Center for Drug Evaluation and Research.

Vioxx is part of a class of anti-inflammatory drugs called cox-2 inhibitors that have been heavily touted by the pharmaceutical as being more effective and having fewer side effects, particularly on the stomach, than older drugs. Pfizer's Celebrex and Be are cox-2 inhibitors. But so far there has been no evidence that these other drugs pose any dangers to the heart.

Officials do not yet know how Vioxx might be causing the increased risk.

Alternatives to Vioxx include generic pain relievers such as ibuprofen and aspirin, as well as Celebrex.

"There are very few patients for whom there won't be a good alternative drug," said Dr. Steven Abramson, director of rheumat New York University Hospital for Joint Diseases.

Abramson said there is no reason for those who used Vioxx in the past to panic; he said there is no evidence that the elevate heart attack persists after a patient stops taking the drug.

In the study that was halted, 45 of the 1,287 people taking Vioxx had heart attacks or other cardiovascular problems versus 2! 1,299 who got dummy pills, Merck reported. That translated to 3.5 percent of patients on the drug and only 1.9 percent on pla according to the FDA.

Personal-injury lawyers already have begun circling Merck, with at least one announcing plans for a class-action lawsuit. Anol claimed that he already represents 58 patients around the country allegedly harmed by Vioxx, including people who suffered a attack, stroke, internal bleeding, or kidney failure.

"It's a disaster for Merck, coming at the worst time," said health-care analyst Hemant Shah of HKS & amp; Co. in Warren, N.J

Merck said patients with leftover pills can mail them back to the company for a refund. Vioxx is costly, with a 30-day supply cc about $100, far more than generic pain relievers.

* Northwest Herald reporter Jeff Gard contributed to this report.

# COMMENTS

*The following are comments from the readers. In no way do they represent the view of NWHerald.com or Shaw News*

Comment posters are responsible for the opinions they express and the accuracy of the information they provide. We u comment writers to treat this as a public forum where manners matter. We encourage a collegial, non-insulting tone.

**All readers comments are posted immediately, but will be monitored for inappropriate content. Be aware, i accordance with the** Communications Decency Act **and provisions upheld in judicial appeal, that you are responsible for comments posted on this Web site. The Northwest Herald is not liable for messages from tl parties.**

**IP addresses of persons who post are not treated as confidential records.**

Do not post:
* **Potentially libelous statements or damaging innuendo.**

Northwest Herald - Local News and Video for McHenry County, Illinois - Merck recalls ...   Page 3 of 3

* **Obscene, explicit, or racist language.**
* **Personal attacks, insults or threats.**
* **The use of another person's real name to disguise your identity.**
* **Comments unrelated to the story.**

If you believe that a commenter has not followed these guidelines, please use our online <u>complaint form</u>.

Opinions, advice and all other information expressed in NWHerald.com's story comments represent the individual's own and not necessarily those of the Northwest Herald. The Northwest Herald provides an interactive computer service and endorse and is not responsible for statements, advice or opinions offered by anyone other than authorized Northwest H spokespersons.

Having trouble logging in? Click Here<u>REPORT ABUSE</u>





©2007 Northwest Herald All rights reserved
Published in Crystal Lake, Illinois USA by the Northwest News Group, a Division of Shaw
About Us | Contact Us | Feedback | Advertise | Media Kit | Subscribe | RSS | Privacy Policy

# EXHIBIT 54

Northwest Herald - Local News and Video for McHenry County, Illinois - Merck recalls ...   Page 1 of 3



## MAIN

PRINT THIS STORY | EMAIL THIS STORY |  DISCUS

## Merck recalls Vioxx for heart, stroke risks

By LINDA A. JOHNSON

Comments (No comments posted.)

The Associated Press

with local reports

TRENTON, N.J. - Vioxx, the arthritis drug taken by tens of millions of people, was pulled from the market by its maker Thursd
study found that it doubled the risk of heart attacks and strokes.

Experts advised patients to stop taking Vioxx and talk to their doctors about alternatives.

"Given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal
responsible course to take," said Ray V. Gilmartin, chairman, president and chief executive of Merck & amp; Co.

See VIOXX, page 2A

Vioxx

Continued from page 1

The news of Vioxx's dangers came five years after Merck put the drug on the market with great fanfare. Vioxx has since beco
the world's most aggressively marketed drugs, advertised in magazines and in TV commercials, with celebrity endorsements
former athletes Dorothy Hamill and Bruce Jenner.

The withdrawal marks a serious blow to New Jersey-based Merck, the world's third-largest drug maker. Vioxx accounted for $
in worldwide sales in 2003, and has been taken by 84 million people worldwide since its introduction. An estimated 2 million p
now using it.

Merck stock plunged $12.07, or nearly 27 percent, to close at $33 in extremely heavy trading, wiping out $28 billion in market
Merck also dragged down the Dow Jones industrial average, which was off by more than 55 points.

The shelving of Vioxx, which also is prescribed for acute pain and disorders such as carpal tunnel syndrome, caught some loc
pharmacists by surprise.

Don Gattone with Gattone Pharmacy in Woodstock heard about the recall from his customers.

"I haven't had a lot of people asking about it, except they are telling me that they heard about it," Gattone said.

Dr. John Daniels, an orthopedic surgeon with Crystal Lake Orthopaedic Surgery and Sports Medicine Ltd , said Vioxx is a pop
for treating arthritis and sports-related injuries. It is less likely to create ulcers than older anti-inflammatory drugs, such as Nap

"A lot of people have been on Vioxx and have never had a problem with it," he said.

Daniels said 20 of his 60 patients on Thursday were concerned about the recall. One patient did not want to stop taking the m because of its effectiveness.

"If they are pulling the drug off the market, then we advise our patients not to take it," he said.

Vioxx also is seen as a potential cancer-prevention medicine. In fact, the recall was prompted by a three-year study aimed at that the drug could prevent the recurrence of potentially cancerous polyps in the colon and rectum.

Participants taking Vioxx for more than 18 months were found to be twice as likely as those given dummy pills to suffer a hear stroke or other heart complications.

The Food and Drug Administration said there were early signs of potential problems with Vioxx. A Merck study led to warnings heart risks being placed on the drug's label in 2001, and the FDA has been monitoring problems that have been reported sinc

"This is not a total surprise," said Dr. Steven Galson, acting director of the FDA's Center for Drug Evaluation and Research.

Vioxx is part of a class of anti-inflammatory drugs called cox-2 inhibitors that have been heavily touted by the pharmaceutical as being more effective and having fewer side effects, particularly on the stomach, than older drugs. Pfizer's Celebrex and Be are cox-2 inhibitors. But so far there has been no evidence that these other drugs pose any dangers to the heart.

Officials do not yet know how Vioxx might be causing the increased risk.

Alternatives to Vioxx include generic pain relievers such as ibuprofen and aspirin, as well as Celebrex.

"There are very few patients for whom there won't be a good alternative drug," said Dr. Steven Abramson, director of rheumat New York University Hospital for Joint Diseases.

Abramson said there is no reason for those who used Vioxx in the past to panic; he said there is no evidence that the elevate heart attack persists after a patient stops taking the drug.

In the study that was halted, 45 of the 1,287 people taking Vioxx had heart attacks or other cardiovascular problems versus 2! 1,299 who got dummy pills, Merck reported. That translated to 3.5 percent of patients on the drug and only 1.9 percent on pla according to the FDA.

Personal-injury lawyers already have begun circling Merck, with at least one announcing plans for a class-action lawsuit. Anot claimed that he already represents 58 patients around the country allegedly harmed by Vioxx, including people who suffered a attack, stroke, internal bleeding, or kidney failure.

"It's a disaster for Merck, coming at the worst time," said health-care analyst Hemant Shah of HKS & amp; Co. in Warren, N.J

Merck said patients with leftover pills can mail them back to the company for a refund. Vioxx is costly, with a 30-day supply cc about $100, far more than generic pain relievers.

* Northwest Herald reporter Jeff Gard contributed to this report.

# COMMENTS

*The following are comments from the readers. In no way do they represent the view of NWHerald.com or Shaw News*

Comment posters are responsible for the opinions they express and the accuracy of the information they provide. We u comment writers to treat this as a public forum where manners matter. We encourage a collegial, non-insulting tone.

**All readers comments are posted immediately, but will be monitored for inappropriate content. Be aware, i accordance with the Communications Decency Act and provisions upheld in judicial appeal, that you are responsible for comments posted on this Web site. The Northwest Herald is not liable for messages from tl parties.**

**IP addresses of persons who post are not treated as confidential records.**

Do not post:
* **Potentially libelous statements or damaging innuendo.**

Northwest Herald - Local News and Video for McHenry County, Illinois - Merck recalls ...   Page 3 of 3

* Obscene, explicit, or racist language.
* Personal attacks, insults or threats.
* The use of another person's real name to disguise your identity.
* Comments unrelated to the story.

If you believe that a commenter has not followed these guidelines, please use our online complaint form.

Opinions, advice and all other information expressed in NWHerald.com's story comments represent the individual's own and not necessarily those of the Northwest Herald. The Northwest Herald provides an interactive computer service and endorse and is not responsible for statements, advice or opinions offered by anyone other than authorized Northwest H spokespersons.

Having trouble logging in? Click Here REPORT ABUSE





©2007 Northwest Herald. All rights reserved. Published in Crystal Lake, Illinois USA by the Northwest News Group, a Division of Shaw. About Us | Contact Us | Feedback | Advertise | Media Kit | Subscribe | RSS | Privacy Policy

# EXHIBIT 55

100434

Time of Request: Thursday, October 18, 2007   19:41:57 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 44
Job Number:     2842:54380237

Research Information

Service:    FOCUS(TM) Feature
Print Request: All Documents 5
Source: Illinois News Publications
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/31/2004))

Focus Terms: sue! or suit and date(geq (9/29/2004) and leq (10/31/2004))

Send to:   WYATT, GEOFF
           O'MELVENY & MYERS - CSAMP
           1625 "I" ST. NW FL 10
           WASHINGTON, DC 20006

FOCUS - 5 of 6 DOCUMENTS

Copyright 2004 Chicago Sun-Times, Inc.
Chicago Sun-Times

October 5, 2004 Tuesday

**SECTION:** NEWS; Pg. 20

**LENGTH:** 361 words

**HEADLINE:** Illinoisans join parade of suits against Merck over Vioxx

**BYLINE:** Lori Rackl

**BODY:**

Merck & Co.'s decision late last week to pull Vioxx off the market for safety reasons has sparked an eruption of lawsuits -- one of them filed Monday on behalf of all Illinois residents who used the popular pain drug.

The class action complaint covers an estimated 300,000 people who took the medication for everything from arthritis pain to menstrual symptoms.

The only named plaintiff, Constance Oswald, said an attorney who happened to know she took Vioxx asked if she wanted to join the lawsuit.

"My experience with Vioxx was great; it really helped me," said the Chicago woman, who'd used the drug for four years to combat osteoarthritis pain in her knees and feet.

Merck voluntarily put a halt to Vioxx sales after a large study found that people taking the drug over many months had twice the risk of heart attack and stroke compared to those on a placebo. Patients were told to stop using Vioxx and to consult their doctors about alternatives.

Attorneys who filed the lawsuit in Cook County Circuit Court allege that Merck knew about Vioxx's harmful side effects at least since 1999, when the drug was approved. The pharmaceutical giant "intentionally tried to downplay the risks" until the evidence "was so overwhelming they had no choice," said Michael Moirano, one of the lawyers representing the class.

The suit seeks reimbursement for the cost of doctor visits and diagnostic procedures related to Vioxx use, as well as a refund of the money patients spent to buy the drug. No individual claim could exceed $75,000, according to the suit, which now must get certified by a judge as a class action case. That could take several months, Moirano added.

Numerous Vioxx-related lawsuits, including two seeking class-action status, had been lodged against Merck before the drug was taken off the market. Since then, more lawsuits have cropped up, including one filed Friday by a Missouri woman who claimed Vioxx killed her daughter.

"We anticipate additional lawsuits alleging personal injury from Vioxx may be filed," said Merck spokesman Tony Plohoros. "We will vigorously defend against any such lawsuit."

Contributing: *Steve Patterson*

Illinoisans join parade of suits against Merck over Vioxx Chicago Sun-Times October 5, 2004 Tuesday

**LOAD-DATE:** October 31, 2004

100434

********** Print Completed **********

Time of Request: Thursday, October 18, 2007  19:41:57 EST

Print Number:    2842:54380237
Number of Lines: 44
Number of Pages: 2

Send To: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

# EXHIBIT 56

2 of 2 DOCUMENTS

Copyright 2004 St. Louis Post-Dispatch, Inc.
St. Louis Post-Dispatch (Missouri)

October 6, 2004 Wednesday Five Star Late Lift Edition
Correction Appended

SECTION: BUSINESS; Pg. D03

LENGTH: 308 words

**HEADLINE:** Vioxx class-action suits are filed in Madison County

**BYLINE:** PAUL HAMPEL Of the Post-Dispatch The Associated Press contributed to this report.

**BODY:**

Law firms in St. Louis and Edwardsville on Tuesday filed class-action suits over the arthritis-pain drug **Vioxx,** joining the rush of claims worldwide against its manufacturer, Merck & Co.

The suits were filed in circuit court in Madison County. The first in the state was filed Monday in Cook County. The suits claim to represent the estimated 300,000 Illinois residents who took **Vioxx.** Suits have been filed elsewhere around the United States as well as in Canada and Israel.

Merck last week recalled **Vioxx** after a study showed people who took the prescription drug for more than 18 months were twice as likely to suffer a heart attack, stroke or blood clots.

The suits allege that Merck knew for years that **Vioxx** had harmful side effects.

The firm of Bilbrey & Hylla of Edwardsville and Marker Armstrong of St. Louis filed the suits in Madison County.

The Bilbrey suit named Patricia Bilbrey, 75, of Glen Carbon as lead plaintiff. She is the mother of Mike Bilbrey, managing partner of the firm.

"She was prescribed **Vioxx** for arthritic knee problems," Bilbrey said. "And she has taken the medication for over 18 months, which the study indicates puts her at increased health risk."

Bilbrey said his mother stopped taking the drug after her ankles swelled.

"Here you have a huge pharmaceutical company duping people into taking pain medication that really is not better than anything you could get over the counter, yet it's fraught with serious cardiovascular problems," Bilbrey said.

Merck officials expect more plaintiffs to come forward alleging injury from the drug, company spokesman Tony Plohoros said.

"We will vigorously defend against any such lawsuit," Plohoros said.

**Vioxx** accounted for $2.5 billion in worldwide sales last year. About 84 million prescriptions have been filled since the drug's introduction.

**CORRECTION-DATE:** October 14, 2004

**CORRECTION:**

A story that appeared in the Business section on Oct. 6 incorrectly stated when and where the first class-action suit in Illinois was filed regarding the recall of the arthritis pain drug **Vioxx.** Brown & Crouppen filed a suit in St. Clair County on Oct. 1.

**LOAD-DATE:** October 14, 2004

# EXHIBIT 57

Copyright 2001 Chicago Sun-Times, Inc.
Chicago Sun-Times

August 22, 2001 Wednesday

**SECTION:** NEWS SPECIAL EDITION; Pg. 3

**LENGTH:** 425 words

**HEADLINE: Pain pill linked to heart risk**

**BYLINE:** Jim Ritter

**HIGHLIGHT:**
Study urges cautionwhen using Celebrex, Vioxx

**BODY:**
The hugely popular pain-killers Celebrex and Vioxx might increase the risk of heart attack, researchers are warning in a study disputed by the drug makers.

"We urge caution in prescribing these agents to patients at risk for cardiovascular [disease]," Cleveland Clinic researchers write in today's issue of the Journal of the American Medical Association.

Celebrex and Vioxx are a new class of prescription drugs called COX-2 inhibitors that went on sale in 1999. They treat arthritis, menstrual pain and pain from surgeries. Last year, sales totaled $4.4 billion.

Studies have found that Celebrex and Vioxx are far less likely to cause bleeding ulcers, perforated ulcers and blockages of the upper gastrointestinal tract than older anti-inflammatory drugs such as ibuprofen (Advil). Celebrex also reduces the risk of upset stomach, abdominal pain and nausea.

Today's study is an analysis of four previous clinical trials of COX-2 inhibitors. Researchers compared those findings with results from four other trials involving patients who took aspirin or a placebo. Among patients who took a placebo, the heart attack rate per year was 0.52 percent. By comparison, the annual heart attack rate was 0.74 percent among Vioxx users and 0.8 percent among Celebrex users.

Recent studies show Celebrex and Vioxx raise blood pressure, which might increase the risk of heart attack. The drugs also inhibit formation of a natural substance that prevents clotting, Cleveland Clinic researchers said.

Makers of Celebrex and Vioxx said the study is badly flawed. Comparing results from one set of studies with results from another set of studies is like comparing apples and oranges, they said, adding the various studies involved different drugs and different patient populations with different heart disease risks.

Merck, maker of Vioxx, said the study's conclusions aren't "scientifically supported by the totality of the data available." Pharmacia and Pfizer, which make Celebrex, said the article isn't based on new data, and it's essential "to exercise extreme caution in drawing any conclusions from this type of analysis." Celebrex was developed by Skokie-based Searle Co., which merged last year with Pharmacia.

COX-2 inhibitors reduce arthritis pain, inflammation and stiffness. Arthritis patient Beverly Dunham of Tinley Park said her fingers hurt and her shoulders were so sore she could barely turn over in bed. Since she began taking Celebrex every day, she said, her shoulder pain is gone and her hands rarely hurt.

**GRAPHIC:** Keith Hale,

**LOAD-DATE:** September 20, 2001

# EXHIBIT  58

100434

Time of Request: Friday, October 19, 2007   17:10:02 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 35
Job Number:     1842:54595547

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 9
Source: Transcripts
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/6/2004))

Focus Terms: vioxx & (kwy or wpvi or wcau) and date(geq (9/30/2004) and leq
   (9/30/2004))

Send to: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

FOCUS - 9 of 10 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Action News

September 30, 2004, Thursday 18:00-18:30 ET

**NETWORK:** WPVI-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 70 words

**BODY:**

START: 00:00:31
Vioxx; Merck and Co abruptly recalls Vioxx for increased health risks.
Visual - Vioxx manufacturing.
Press Conference - Merck Chairman Ray Gilmartin explains decision to recall drug.
Visual - Merck Complex in Upper Gwynedd and signage.
Interview - Robert Langreth, Forbes Magazine, comments on recall's effect on company with Forbes background. Chad Pradelli reports. :LR
END: 00:03:53

**SEGMENT-ID:** 2

**PROGRAM-ID:** wpvi18000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  17:10:02 EST

Print Number:   1842:54595547
Number of Lines: 35
Number of Pages: 1

Send To: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

# EXHIBIT 59

100434

Time of Request: Friday, October 19, 2007   17:14:57 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 37
Job Number:      1842:54596319

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 2
Source: Transcripts
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/6/2004))

Focus Terms: vioxx & (kyw) and date(geq (9/30/2004) and leq (9/30/2004))

Send to:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

FOCUS - 2 of 22 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



**vms**

Video Monitoring Services of America

**SHOW:** Eyewitness News

September 30, 2004, Thursday 16:00-17:00 ET

**NETWORK:** KYW-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 92 words

**BODY:**

START: 00:00:09

Teased Segment - Vioxx Recall; Merck recalls a pain medication, Vioxx.
Visual - Vioxx.
Visual - Merck Research Laboratories.
Interview - Mellany Armstrong, comments on taking the medication.
Graphic - Vioxx Dangers--25 mgs daily, 18 months doubles risk for heart attacks and strokes.
Interview - Dr. Joan Von Feldt, Hospital of Univ. of PA, comments on the risks. Stephanie Stahl reporting.
Graphic - Vioxx Recall--Merck stock plunged 27%. Vioxx launched in 1999. Vioxx 11% of Merck's sales. :LR
END: 00:02:25

**SEGMENT-ID:** 2

**PROGRAM-ID:** kyw16000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  17:14:57 EST

Print Number:    1842:54596319
Number of Lines: 37
Number of Pages: 1

Send To: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

# EXHIBIT  60

100434

Time of Request: Friday, October 19, 2007  17:13:05 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 34
Job Number:     2842:54596124

Research Information

Service:    FOCUS(TM) Feature
Print Request: All Documents 3
Source: Transcripts
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/6/2004))

Focus Terms: vioxx & (kwy or wpvi or wcau) and date(geq (9/30/2004) and leq
   (9/30/2004))

Send to:   WYATT, GEOFF
           O'MELVENY & MYERS - CSAMP
           1625 "I" ST. NW FL 10
           WASHINGTON, DC 20006

FOCUS - 3 of 10 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** News 10 At Five

September 30, 2004, Thursday 17:00-18:00 ET

**NETWORK:** WCAU-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 46 words

**BODY:**

START: 00:09:15
Vioxx; Popular arthritis drug recalled because can double risk of heart attack or stroke.
Visual - Pharmatist.
Interview - Dr. Joseph torg, Temple U. Hospital, said he had noticed bad effects.
Visual - Merck.
Visual - Vioxx. :LR
END: 00:11:36

**SEGMENT-ID:** 9

**PROGRAM-ID:** wcau17000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  17:13:05 EST

Print Number:    2842:54596124
Number of Lines: 34
Number of Pages: 1

Send To: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

# EXHIBIT  61

100434

Time of Request: Friday, October 19, 2007  17:17:32 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 37
Job Number:      1861:54596966

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 10
Source: Transcripts
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/6/2004))

Focus Terms: vioxx & (kdka or wpxi or wtae) and date(geq (9/30/2004) and leq
   (9/30/2004))

Send to: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

FOCUS - 10 of 10 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



**VMS**

Video Monitoring Services of America

**SHOW:** Action News 4

September 30, 2004, Thursday 17:00-18:00 ET

**NETWORK:** WTAE-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 88 words

**BODY:**

START: 00:07:17

Teased Segment - Vioxx; Merck pulls
Visual - Vioxx off market.
Press Conference - Raymond v. Gilmartin, Pres. & CEO of Merck, talks about Vioxx recall.
Visual - Merck, pharmacy.
Press Conference - Dr. Peter Kim, Pres. Merck Research Labs, talks about Vioxx research.
Visual - workers sorting drugs, label making, ad campaign.
Interview - Dr. Eric Topol, cardiologist, talks about Vioxx. Company will reimburse tablets.
Graphic - Vioxx Pulled. Sally Wiggin reporting. :LR
END: 00:09:42

**SEGMENT-ID:** 4

**PROGRAM-ID:** wtae17000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  17:17:32 EST

Print Number:    1861:54596966
Number of Lines: 37
Number of Pages: 1

Send To: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

# EXHIBIT 62

100434

**Time of Request:** Friday, October 19, 2007   17:19:42 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 38
**Job Number:**     2842:54597176

Research Information

**Service:**    FOCUS(TM) Feature
**Print Request:** All Documents 2
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx & (kdka or wpxi or wtae) and date(geq (9/30/2004) and leq (9/30/2004))

**Send to:**   WYATT, GEOFF
              O'MELVENY & MYERS - CSAMP
              1625 "I" ST. NW FL 10
              WASHINGTON, DC 20006

FOCUS - 2 of 10 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



**Video Monitoring Services of America**

**SHOW:** Eyewitness News At Five

September 30, 2004, Thursday 17:00-18:00 ET

**NETWORK:** KDKA-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 105 words

**BODY:**

START: 00:03:19

Teased Segment - Vioxx; The drug Vioxx was pulled off the market.
Visual - Vioxx.
Press Conference - Raymond Gilmartin, Merck Chairman & CEO, We're taking this action because we believe it serves
the best interest of patients.
Visual - Vioxx ad.
Visual - Merck headquarters.
Interview - Dr. Deepak Bhatt, Cleveland Clinic, There were other trials that suggested an increased risk of heart attacks
with Vioxx.
Visual - Celebrex.
Visual - Advil.
Visual - Ibuprofen.
Visual - CVS logo.
Visual - Giant Eagle logo.
Visual - Eckerd logo. Jennifer Donelan reporting. :LR
END: 00:05:58

**SEGMENT-ID:** 3

**PROGRAM-ID:** kdka17000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  17:19:42 EST

Print Number:    2842:54597176
Number of Lines: 38
Number of Pages: 1

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT 63

100434

**Time of Request:** Friday, October 19, 2007   17:18:37 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 35
**Job Number:**      1862:54597062

Research Information

**Service:**    FOCUS(TM) Feature
**Print Request:** All Documents 7
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx & (kdka or wpxi or wtae) and date(geq (9/30/2004) and leq (9/30/2004))

**Send to:** WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

FOCUS - 7 of 10 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Channel 11 News At Noon

September 30, 2004, Thursday 12:00-12:30 ET

**NETWORK:** WPXI-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 65 words

**BODY:**

START: 00:15:43

Teased Segment - Arthritis Drug; Merck is recalling Vioxx.
Visual - exterior of Merck facility. Vioxx can increase a person's risk of heart attack and stroke.
Visual - bottle of Vioxx.
Press Conference - Raymond Gilmartin, Merck & Co CEO, a voluntary withdrawal is a responsible course to take. Wall Street reacted negatively to the news. :LR
END: 00:16:49

**SEGMENT-ID:** 20

**PROGRAM-ID:** wpxi12000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  17:18:37 EST

Print Number:    1862:54597062
Number of Lines: 35
Number of Pages: 1

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  64

688 of 932 DOCUMENTS

Copyright 2004 Philadelphia Newspapers, LLC
All Rights Reserved

# The Philadelphia Inquirer

· Found on Philly ● com
The Philadelphia Inquirer

OCTOBER 1, 2004 Friday CITY-D EDITION

**SECTION:** NATIONAL; Pg. A01

**LENGTH:** 975 words

**HEADLINE:** Merck pulls Vioxx, citing health risks;
Using the arthritis drug doubled the chances of heart attack and stroke.

**BYLINE:** Linda Loyd INQUIRER STAFF WRITER

**BODY:**

Merck & Co. Inc., in a sudden admission of problems with a blockbuster drug, said yesterday that it was withdrawing its Vioxx arthritis pain medicine because of an increased risk of heart attack and stroke.

The announcement stunned Wall Street, sending Merck's shares down 27 percent, and even took the blue-chip Dow Jones industrial average lower. Until now, the company had consistently defended Vioxx, its $2.5-billion-a-year medicine for arthritis and acute pain, even after several earlier studies raised safety questions.

Although Merck remains financially solid, the announcement pressures the company to bolster its pipeline of new drugs, and it raises concern over whether it will face costly litigation from patients who took the drug.

The company said new data from a three-year clinical trial found that patients taking Vioxx for more than 18 months had double the risk of heart attack and stroke of those taking a placebo.

"It's a big negative for Merck - in timing and in dollars," said Hemant Shah, an independent pharmaceutical analyst in Warren, N.J. Vioxx is one of Merck's five largest drugs, accounting for about 11 percent of sales in 2003. But Vioxx sales had slipped in this year's second quarter because of increasing concerns about the drug's safety.

Merck, which is based in Whitehouse Station, N.J., employs 12,000 people at its huge research operation in Montgomery County.

The withdrawal of Vioxx comes as Merck, the second-largest drugmaker in the United States and fourth-largest in the world, faces the expiration of the patent for its top-selling cholesterol-lowering drug Zocor in early 2006, when sales are expected to fall to generic competition.

Merck said data showed that the increased risk of cardiovascular complications began 18 months after patients started taking 25-milligram doses of Vioxx once a day.

"We believe it would have been possible to continue to market Vioxx with labeling that would incorporate these new data," chief executive officer Raymond V. Gilmartin said at a New York news conference. "However, given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take."

The U.S. Food and Drug Administration said the risk to individual Vioxx patients of a heart attack or stroke "is very small." The FDA said it planned to monitor other drugs in the class of medicines known as COX-2 inhibitors for possible heart risks.

Merck pulls Vioxx, citing health risks;Using the arthritis drug doubled the chances of heart attack and stroke.   The Philadelphia Inquirer OCTOBER 1, 2004 Friday CITY-D EDITION

Peter S. Kim, president of Merck Research Labs, said at yesterday's news conference that 7.5 patients out of 1,000 taking the placebo had a heart attack or stroke after 18 months, while 15 out of 1,000 taking Vioxx had a heart attack or stroke during the same 18 months.

"There were five cardiovascular deaths on placebo and five cardiovascular deaths on Vioxx - no difference in number of cardiovascular deaths between placebo and Vioxx," Kim said.

Merck's announcement could benefit rival Pfizer Inc.'s Celebrex, which was the first COX-2 inhibitor when it was introduced in 1998. Vioxx came on the market in 1999. Pfizer said yesterday that Celebrex, which is No. 1 in sales in the COX-2 inhibitor group of arthritis drugs, was safe.

Adam Greene, an analyst with First Albany Capital, said the company's withdrawal of Vioxx for safety reasons could "lead to years of litigation expenses." Vioxx has been used by 84 million patients worldwide since it was introduced, the company said.

Shah, the independent analyst, said the biggest negative for Merck would be if the Vioxx recall resulted in "fen-phen liability" expenses for Merck. He was referring to the $16.6 billion that Wyeth has set aside for litigation costs stemming from its recall for health reasons of two diet drugs in 1997.

Kenneth Frazier, Merck's general counsel, said "numerous lawsuits alleging personal injury" had been filed against the company by Vioxx users, including two proposed class-action lawsuits that are pending. "The company believes it has meritorious defenses to these cases and will defend them vigorously," Frazier said.

Merck emphasized that it was strong financially, with more than $13 billion in cash and investments.

Gilmartin also rejected talk that the company should find a merger partner. "We continue to believe a large-scale merger does not meet our definition of creating shareholder value," Gilmartin said. He also said he did not intend to resign because of the Vioxx recall.

He said the company saw no reason to change its strategy, which includes licensing promising drugs from other companies and investing in research in its own labs. Merck spent $2 billion on research and development in the first half of this year.

Gilmartin said that the company would not close any plants as a result of the recall, but that it would redeploy sales representatives, scientists and marketing employees to other products. However, he did not rule out future layoffs.

Merck has laid off 4,400 employees worldwide in the last year, including an undisclosed number at its campus in West Point, Montgomery County.

Merck said the Vioxx recall would not affect the company's application to the FDA to sell the next-generation successor to Vioxx, Arcoxia, which is already sold in 47 countries. An FDA decision on Arcoxia is due by Oct. 30, the company said.

Merck officials estimated that the recall would cut its 2004 earnings by 50 to 60 cents a share from the previous estimate of $3.11 to $3.17 a share. The company estimated that the lost Vioxx sales would be $700 million to $750 million in this year's fourth quarter.

Merck shares fell $12.07, or 26.78 percent, to close at $33 on the New York Stock Exchange.

Contact staff writer Linda Loyd at 215-854-2831 or lloyd@phillynews.com.

**GRAPHIC:** CHART

**LOAD-DATE:** September 1, 2005