# EXHIBIT 69

```
                                                                    100434
```

100434

**Time of Request:** Thursday, October 18, 2007   19:09:32 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 64
**Job Number:**        2822:54376615

Research Information

**Service:**    Terms and Connectors Search
**Print Request:** Current Document: 34
**Source:** Pennsylvania News Publications
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/31/2004))

**Send to:**   WYATT, GEOFF
           O'MELVENY & MYERS - CSAMP
           1625 "I" ST. NW FL 10
           WASHINGTON, DC 20006

34 of 43 DOCUMENTS

Copyright 2004 Lancaster Newspapers, Inc.
LANCASTER NEW ERA (LANCASTER, PA.)

October 1, 2004, Friday

**SECTION:** NEWS, Pg. A-1

**LENGTH:** 650 words

**HEADLINE:** Arthritis drug yanked; doctors urge calm

**BYLINE:** Cindy Stauffer

**BODY:**

For the first time in several years, Nancy Johnson didn't take her evening Vioxx pill at dinnertime Thursday.

The 57-year-old Columbia resident heard on the news that the drug had been recalled after a study showed that it increased the risk of heart attack or stroke in some patients.

Johnson, who had found Vioxx to be the most effective medication for relieving the pain in her arthritic knees, immediately called her doctor.

He told her to stop taking Vioxx. She's following his instructions but wondering what she will do next.

"I thought, 'Oh boy, I found something that worked a little bit,' " she said today. "Now I don't know what I'm going to be on."

Thousands of local residents share Johnson's plight after the popular drug was pulled from the market by its manufacturer, Merck & Co.

"It's going to be a pickle, no question about it," said Dr. Gerald Rothacker of Orthopedic Associates of Lancaster.

Merck pulled the drug based on the results of a study on the effect of the drug on the development of colo-rectal polyps.

The study turned up an unrelated result: After 18 months of taking the drug, patients showed double the risk for heart attack or stroke.

He and other doctors agree their patients should stop taking the drug.

Then patients should call their physicians to get advice and a prescription for an alternate medication, say Drs. Marlin Wenger, Richard Reese and Lisa Sherbin Allen of Lancaster Rheumatology Associates.

But Rothacker said patients don't need to panic that they're going to die from a heart attack.

"It's not a crisis," he said.

Patients' risk disappears when they get off the drug, noted Dr. Mark Perezous of the Lancaster Orthopedic Group.

Vioxx is a member of a group of drugs known as Cox-2 inhibitors, anti-inflammatory drugs that don't cause stomach irritation. Celebrex and Bextra are two other drugs in this group.

After being introduced in 1999, Vioxx became very popular with patients suffering from arthritis and tendonitis. Last year, Merck sold $2.5 billion worth of the drug worldwide.

But there were signs of the increased risk of cardiovascular disease among Vioxx users as early as 2000. That's when a study comparing Vioxx with naproxen, another pain reliever sold under the brand name Aleve, showed an increased cardiovascular risk for Vioxx patients.

The FDA required Merck to place warning labels on the drug at that time, and doctors began steering away patients with a history of heart disease or heart problems, Perezous says.

"People who had known cardiac problems were not on Vioxx," Perezous said. "There were some questions about it."

Some patients feel a bit betrayed by Merck in the wake of this news.

"They're such a dependable company but they had these hints...why didn't they hold off?" asked a 72-year-old Vioxx patient from Lancaster, who asked not to be named.

"I'm surprised at Merck, and disappointed."

Doctors say alternative medications are available, such as the other Cox-2 inhibitors. Doctors and patients need to consider the side effects of other medications, say the Lancaster Rheumatology doctors.

Merck will refund patients for their unused Vioxx medication. Patients should send their name, address and telephone number, their unused medication in its original pharmacy packaging and their receipt to: NNC Group, Merck Returns, 2670 Executive Drive, Indianapolis, IN 46241. Or call 1-800-805-9542."

THE VIOXX RECALL: WHAT DOES IT MEAN?

What is Vioxx? It's an anti-inflammatory drug taken by people who have arthritis or tendonitis.

Why is Merck withdrawing it? A study showed an increased risk of heart attack or stroke among certain patients taking the drug.

What should you do if you take it? Call your doctor to discuss alternative treatment.

What should you do with unused Vioxx? Merck will reimburse patients. (See story for details.)

**GRAPHIC:** COLOR PHOTOS, (1)Rothacker (2)Perezous

**LOAD-DATE:** October 2, 2004

100434

********** Print Completed **********

Time of Request: Thursday, October 18, 2007   19:09:32 EST

Print Number:    2822:54376615
Number of Lines: 64
Number of Pages: 2

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT 70

```
                                                                      100434
Time of Request: Thursday, October 18, 2007   19:16:48 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 71
Job Number:     2842:54377492

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 9
Source: Pennsylvania News Publications
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/31/2004))

Focus Terms: sue or suit and date(geq (9/29/2004) and leq (10/31/2004))
```




```
Send to:   WYATT, GEOFF
           O'MELVENY & MYERS - CSAMP
           1625 "I" ST. NW FL 10
           WASHINGTON, DC 20006
```

FOCUS - 9 of 10 DOCUMENTS

Copyright 2004 Philadelphia Newspapers, LLC
All Rights Reserved

**The Philadelphia Inquirer**

Found on Philly.com

The Philadelphia Inquirer

OCTOBER 2, 2004 Saturday CITY-D EDITION

**SECTION:** NATIONAL; Pg. A01

**LENGTH:** 806 words

**HEADLINE:** Merck braces for wave of Vioxx lawsuits;
The fallout over removing the drug will not be as bad as the fen-phen case, lawyers say.

**BYLINE:** Josh Goldstein INQUIRER STAFF WRITER

**BODY:**

   The flood of phone calls to plaintiffs' lawyers began soon after pharmaceutical giant Merck & Co. Inc. announced Thursday that it would withdraw its painkiller Vioxx from the market because of safety concerns.

   But just how bad will the legal fallout get for the Whitehouse Station, N.J., drugmaker?

   Merck is bracing for an onslaught of lawsuits, but some analysts - and even some lawyers who represent Vioxx patients - doubt that the company faces anything on the scale of the failed diet-drug combination known as fen-phen.

   More than 100,000 lawsuits were filed by patients saying they were injured by fen-phen. The massive litigation has cost Madison, N.J.-based Wyeth $16.6 billion so far.

   "Our preliminary estimate is that about 16,632 people may ultimately file a legitimate lawsuit" against Merck over Vioxx, analyst Tim Anderson wrote in a report issued yesterday by the Prudential Equity Group.

   "We do not expect the liability to blossom into anything remotely close to fen-phen," he added.

   Even before Merck's Vioxx withdrawal announcement, several hundred suits had been filed against the company by users of the arthritis pain medicine, including 175 in New Jersey.

   "The number of cases will be growing exponentially," said Andy Birchfield, a Montgomery, Ala., lawyer who has filed 58 Vioxx suits. About half involve the families of people who died from heart attacks or strokes while on the arthritis pain medicine, Birchfield said.

   "I think you will have a lot of people now going back and recognizing that, when I had my heart attack or when my mom or dad had a heart attack, they were taking Vioxx," he said. "We have received a tremendous number of calls" during the last two days.

   Not 'as big as fen-phen'

Merck braces for wave of Vioxx lawsuits;The fallout over removing the drug will not be as bad as the fen-phen case, lawyers say. The Philadelphia Inquirer OCTOBER 2, 2004 Saturday CITY-D EDITION

Even so, some lawyers do not see Vioxx litigation growing to rival fen-phen, at least in number.

"I don't think it is as big as fen-phen," said Sol H. Weiss, a Philadelphia lawyer representing dozens of Vioxx users, including some who died while on the drug.

Weiss, who also represents fen-phen users, said there would likely be fewer Vioxx cases because the drug leaves the body relatively quickly and does not appear to cause lasting damage unless a patient suffers a heart attack or stroke while taking it.

"Right now, the science looks like if you are going to have a Vioxx event, it will occur while you are on the drug," said Christopher A. Seeger, a New York lawyer who represents more than 300 people who allegedly suffered a Vioxx-related heart attacks or strokes.

Shanin Specter, a Philadelphia lawyer involved in Vioxx cases, said that while there might be a more limited number of cases, the damages collected by successful plaintiffs will likely to be bigger than fen-phen.

"The vast bulk of fen-phen users had less significant injuries than a heart attack or a stroke," Specter said.

The first Vioxx cases could go to trial at the end of this year or early next year. It is too early to estimate the ultimate cost to the company in legal fees and potential damages. However, some lawyers say it could be similar to litigation faced by Bayer AG over its cholesterol-lowering Baycol, which cost that company more than $1 billion.

Merck: Not sure of liability

"It is not possible at this time to reasonably estimate the company's potential liability," said Merck spokesman Tony Plohoros in a statement yesterday. "A series of highly unfavorable outcomes . . . could have a material adverse effect on the company's financial position."

Plohoros and other company officials declined to disclose how much money Merck would put in reserve to cover potential losses.

Until Thursday, Merck had consistently defended Vioxx in the face of studies that suggested links with cardiovascular problems.

The company said it was withdrawing Vioxx from the market because a new study had revealed the drug doubled the risk of heart attacks and strokes in patients who took the drug daily for more than 18 months.

Despite the study's findings, plaintiffs' and defense lawyers agreed it was still necessary to show a link between the injury and use of the drug.

"There have been cases that we have evaluated and turned down where we could not find the strong connection between Vioxx and the heart attack," Birchfield, the Alabama lawyer, said.

About 20 million people have taken Vioxx since it was introduced in the United States in 1999, the company estimates. The company said it was unclear how many of those people had used the drug regularly for more than 18 months.

Vioxx generated $2.5 billion in worldwide sales a year 11 percent of the company's total.

Merck's stock, after plunging 27 percent on Thursday, rose 31 cents yesterday to close at $33.31.

Contact staff writer Josh Goldstein at 215-854-4733 or jgoldstein@phillynews.com.

Page 3
Merck braces for wave of Vioxx lawsuits;The fallout over removing the drug will not be as bad as the fen-phen case, lawyers say. The Philadelphia Inquirer OCTOBER 2, 2004 Saturday CITY-D EDITION

**LOAD-DATE:** September 1, 2005

100434

********** Print Completed **********

Time of Request: Thursday, October 18, 2007   19:16:48 EST

Print Number:    2842:54377492
Number of Lines: 71
Number of Pages: 3


Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006