# EXHIBIT  71

100434

**Time of Request:** Thursday, October 18, 2007  19:21:03 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 62
**Job Number:**     1822:54378010

Research Information

**Service:**    FOCUS(TM) Feature
**Print Request:** All Documents 10
**Source:** Pennsylvania News Publications
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/31/2004))

**Focus Terms:** sue or suit and date(geq (9/29/2004) and leq (10/31/2004))

**Send to:**  WYATT, GEOFF
              O'MELVENY & MYERS - CSAMP
              1625 "I" ST. NW FL 10
              WASHINGTON, DC 20006

FOCUS - 10 of 10 DOCUMENTS

Copyright 2004 Lancaster Newspapers, Inc.
INTELLIGENCER JOURNAL (LANCASTER, PA.)

October 1, 2004, Friday

**SECTION:** BUSINESS, Pg. B-5

**LENGTH:** 660 words

**HEADLINE:** Merck pulls Vioxx off drug market;
 Increased risk of heart attacks cited in decision to withdrawl arthritis drug

**BYLINE:** Linda A. Johnson

**BODY:**

 Associated Press

 TRENTON, N.J. - Merck & Co. is pulling its blockbuster Vioxx from the market after new data found the arthritis drug doubled the risk of heart attacks and strokes. Merck's stock plunged almost 27 percent as the pharmaceutical giant said the recall will hurt its earnings.

 Merck said Thursday the clinical trial data showed an increased risk of heart attack and other cardiovascular complications 18 months after patients started taking Vioxx, which also is prescribed for acute pain and disorders such as carpal tunnel syndrome.

 The three-year study - aimed at showing that Vioxx could prevent the recurrence of polyps, which can turn cancerous, in the colon and rectum - was stopped after Merck discovered participants had double the risk of a heart attack compared to those taking a placebo.

 By Thursday afternoon, at least one plaintiffs' attorney announced plans for a class-action lawsuit against Merck. Another claimed to represent 58 patients around the country allegedly harmed by Vioxx, including people who suffered a heart attack, stroke, internal bleeding or kidney failure.

 The Vioxx recall stands to benefit Pfizer Inc., maker of the competing drug Celebrex. Pfizer has a plant in Lititz.

 "It's a disaster for Merck, coming at the worst time," said independent health care analyst Hemant Shah of HKS & Co. in Warren, N.J.

 About 2 million people worldwide use Vioxx, Merck said, and 84 million have taken it since it came on the market with great fanfare in 1999. It is one of Merck's most important drugs, with $1.8 billion in U.S. sales in 2003 and global sales of $2.5 billion - 11 percent of the company's $22.49 billion in revenue that year.

 But Vioxx sales dipped 18 percent in the second quarter of this year to $653 million, partly due to increasing concerns about an elevated risk of heart complications.

 Medical experts advised patients Thursday to stop taking Vioxx and consult their doctors about alternatives.

 Merck said the recall will slash about 50 cents to 60 cents a share from its earnings for the rest of this year. That

Merck pulls Vioxx off drug market; Increased risk of heart attacks cited in decision to withdrawl arthritis drug
INTELLIGENCER JOURNAL (LANCASTER, PA.) October 1, 2004, Friday

includes foregone sales, writeoffs of inventory held by Merck, customer returns of drugs previously sold and other costs of the pullback.

Merck expects foregone fourth-quarter sales of Vioxx of $700 million to $750 million alone.

Merck, based in Whitehouse Station, N.J., had previously been expecting 2004 earnings per share of $3.11 to $3.17.

"We're taking this action because we believe it best serves the interest of patients," Ray V. Gilmartin, Merck's chairman, president and chief executive, said in a statement.

Shares in Merck, the world's third-biggest drug maker, plunged $12.07, nearly 27 percent, to close at $33 on the New York Stock Exchange. That wiped out $28 billion in market value. More than 140 million shares were traded, compared to a daily average below 10 million.

Shah said for Merck, the Vioxx withdrawal comes "at a time when they really need to get ready for expiration" of its patent for Zocor, the cholesterol treatment that is the company's top-selling drug.

Zocor loses patent protection early in 2006, and sales are expected to plunge against generic competition. In an effort to replace those revenues, Merck recently launched a drug with Schering-Plough Corp., Vytorin, that combines Zocor and Schering-Plough's Zetia to attack cholesterol levels in two complementary ways.

Merck and Pfizer have been battling for market share, with Pfizer's Celebrex dominating the market with about $2.6 billion in U.S. sales alone last year. Pfizer shares were up 35 cents, to $30.53, in afternoon trading on the NYSE.

Pfizer issued a statement Thursday citing the "outstanding long-term safety profile" of Celebrex and saying that in a recent FDA-sponsored study of 1.4 million patients, those who received Celebrex demonstrated no increased risk of cardiac trouble.

**GRAPHIC:** GRAPHIC, AP; SOURCE: IMS Health; Telerate

**LOAD-DATE:** November 6, 2004

100434

```
********** Print Completed **********

Time of Request: Thursday, October 18, 2007  19:21:03 EST

Print Number:    1822:54378010
Number of Lines: 62
Number of Pages: 2
```

```
Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT  72

Copyright 2001 P.G. Publishing Co.
Pittsburgh Post-Gazette (Pennsylvania)

August 22, 2001 Wednesday SOONER EDITION

**SECTION:** SCIENCE, MEDICINE, TECHNOLOGY, Pg.A-3

**LENGTH:** 688 words

**HEADLINE: PAINKILLER STUDY** CITES HEART RISK;
CELEBREX, VIOXX RESULTS CONTESTED BY DRUG MAKERS

**BYLINE:** DAVID BROWN, THE WASHINGTON POST

**BODY:**
The popular painkillers Celebrex and Vioxx may slightly increase a person's risk of having a heart attack, according to a new analysis of clinical studies of the so-called "super aspirin" drugs.

The analysis, which was strongly contested by the makers of the drugs, does not say the drugs unquestionably increase cardiovascular risk. It says only that's a possibility.

"It's a cautionary flag that seems to say that something is going on that needs further exploration," said Eric Topol, a cardiologist at the Cleveland Clinic and one of the authors of the analysis, which appears in today's Journal of the American Medical Association.

Since their introduction in 1999, the drugs, which are known technically as COX-2 inhibitors, have been among the nation's best-selling prescription pharmaceuticals. One of them, celecoxib, sold as Celebrex, was the sixth leading prescription drug in sales dollars last year, and has been used by 14 million people. The other COX-2 inhibitor is rofecoxib, sold as Vioxx.

The drugs are popular because they provide the same pain-killing effects as aspirin and non-steroidal antiinflammatory drugs (NSAIDs) such as ibuprofen, but with less chance of causing ulcers and intestinal bleeding. Aspirin inhibits two closely related enzymes, COX-1 and COX-2. The new drugs specifically inhibit only the second (which is involved in pain and inflammation) while not affecting the first (which, among other things, is involved in protecting the lining of the stomach).

COX-2 inhibitors illustrate the pharmaceutical industry's ability to tailor-make a drug with the same benefits, but fewer hazards, than its predecessors. However, the new analysis suggests that even such highly specific compounds may have unexpected hazards.

Topol and two other Cleveland Clinic physicians looked at the rate of cardiovascular events -- such as heart attack, chest pain, sudden death, and stroke -- in two big clinical trials of COX-2 inhibitors.

In one trial, about 8,000 people with rheumatoid arthritis were randomly assigned to get either Vioxx or naproxen, a NSAID. There were twice as many cardiovascular events in the Vioxx group as in the naproxen group -- 46 versus 20.

The researchers then looked at the small number of people who had a history of heart disease going into the study. These people were supposed to be excluded from the trial because most people with heart disease take daily aspirin, and aspirin use was not permitted in the study. As is usually the case in large studies, however, a retrospective review uncovered a small number of people -- 321 in this case -- who should have been excluded, but weren't. Among them, those taking Vioxx were four times more likely to have a cardiovascular event as the ones taking naproxen.

There are two explanations for those observations. Vioxx may have increased the risk of cardiovascular events. Alternatively, naproxen may have lowered it.

The second study the Cleveland Clinic researchers looked at involved Celebrex. About 8,000 arthritis patients were randomly assigned to get either Celebrex or one of two NSAIDs, ibuprofen or diclofenac. There was no difference in cardiovascular events among the groups.

In the Vioxx trial, however, people were allowed to take low-dose aspirin for heart disease, and about 20 percent did. Topol and his colleagues theorized that aspirin use may have counterbalanced Vioxx's possible risks to heart patients.

Data from the studies were presented to an advisory committee of the Food and Drug Administration (FDA) in February. Two FDA officials said yesterday the agency is continuing to review the cardiovascular safety of COX-2 inhibitors to determine whether new information needs to be added to the drugs' labels.

The makers of the drugs strongly defended their safety yesterday.

Testing COX-2 inhibitors' potential hazards in heart patients directly will be difficult, however. Aspirin is known to help heart patients, but there's unlikely to be a benefit from COX-2 inhibitors alone. Testing it in heart patients to see only if it's a hazard would not be ethical.

**LOAD-DATE:** August 29, 2001

# EXHIBIT  73

897029v.1



Edición del 12 de octubre de 2007     **BUSCAR**     Página Pri

**NOTICIAS**
LOCALES
ESCENARIO EXTRA
NEGOCIOS
DEPORTES

**REVISTAS**
ESCENARIO
TRIUNFO
HABITAT
AL VOLANTE
ESVINOS
PALADAR
SALUD Y VIDA
SOBRE RUEDAS
REVISTA NEGOCIOS
VIAJERO
SUPLEMENTOS

**OPINION**
EDITORIAL
COMENTARIOS

**SECCIONES**
JUEGOS
PORTADAS
HOROSCOPO
CLASIFICADOS
ESQUELAS
EMPLEOS
CONTACTENOS
SUSCRIPCIONES
SU OPINION




**Estadísticas del Web**

## Fabricante retira la popular 'Vioxx'

**Por: María Vera**
**Redactora EL VOCERO**

La compañía Merck & Co. retiró ayer del mercado el medicamento Vioxx porque estudios recientes demuestran que un uso prolongado del fármaco puede provocar ataques al corazón o derrames.

El medicamento, que se produce en la Isla, es utilizado por miles de personas que padecen artritis o dolores agudos. El gerente general de Merck en Puerto Rico, César Simich, indicó que la decisión de la compañía matriz se informó ayer en la mañana, lo que provocó el cese inmediato de la manufactura del fármaco en la planta de Arecibo. En la Isla se produce el 76% de las Vioxx que se venden a nivel mundial.

La paralización de la producción en la Isla provocará el despido de 10 empleados temporeros de la planta. Los 54 empleados permanentes serán reubicados en la producción de otros medicamentos. El impacto económico en la Isla no ha sido estimado aún.

A nivel mundial se esperan pérdidas millonarias, ya que el año pasado las ventas ascendieron $2,500 millones. Se estima que unas 80 millones de personas han usado el medicamento. En Puerto Rico unas 16,000 lo usan mensualmente.

Simich indicó que el medicamento fue aprobado por la Administración federal de Drogas y Alimentos en 1999. Los estudios entonces no demostraban daños al sistema cardiaco. No obstante, estudios posteriores para un uso diferente, relacionado a los pólipos del colon, demostraron que el uso por más de 18 meses aumentaba el riesgo de ataques cardiacos.

El estudio se hizo en 2,600 personas. De las mismas, 45 que usaron el medicamento desarrollaron problemas cardiacos, al igual que unas 25 que no lo usaron. Las muertes en ambos grupos alcanzó las cinco personas.

El director médico de Merck, José Quijada, sostuvo que el porcentaje de personas afectadas es de apenas 1.94%. Rechazó la publicación de un estudio que alegadamente reveló que las personas que tomaban Vioxx tenían un 50% más probabilidad de sufrir un ataque si se comparaban con las que usaban otros fármacos. Sostuvo que ese análisis no lo hizo la Administración federal de Drogas y Alimentos y que se trató de un estudio observacional y no clínico y controlado, que no ofrece datos en específico, sino tendencias.

Anuncios Google

**Vuelos Baratos**
Compare the Best
Deals. ¡Ahorra Tiempo
y Dinero!
Lowfares.com/Ofertas

**Gran Melia Puerto Rico**
Five-star, all-inclusive
resort in Puerto Rico.
Save up to 70 %!
www.solmelia.com

Por su parte, Simich dijo que la empresa podía seguir vendiendo el medicamento con unas advertencias sobre el efecto en el sistema cardiaco en caso de uso prolongado, pero prefirió eliminarlo del mercado porque ya existen otros fármacos para atender la artritis o dolor agudo. "Hicimos esto por el mejor interés de los pacientes", acotó.

El doctor aceptó que hay posibilidad de que se presenten demandas, pero no quiso ofrecer más comentarios. Sólo dijo que en la compañía matriz hacen las evaluaciones de impacto fiscal y legal y que en el pasado ha habido acciones legales.

Indicó que la empresa evalúa un medicamento que podría usarse para atender la artritis, pero aún está en la etapa de evaluación por las agencias reguladoras. Aseguró que en los 18 años que lleva trabajando en la compañía no se había tenido que retirar de manera total un medicamento.



Volver a la página anterior    Volver al tope de esta página

**Anunciese con nosotros. Escribanos hoy a; ventasonline@vocero.com**

Prohibida la reproducción total o parcial del contenido de nuestro portal. Todos los derechos pertenecen a El Vocero de Puerto Rico, ubicado en Ave. Ponce de Leon 206, Puerta de Tierra, San Juan  Puerto Rico 00962

# EXHIBIT  74



Versión para imprimir

NOTICIA: 633392

# Surge efecto el alerta respecto a Vioxx

sáb, 2 de octubre de 2004
**EL NUEVO DIA / NOTICIAS**

Por: Omaya Sosa Pascual
end.ososa@elnuevodia.com

**EL MENSAJE** de la peligrosidad del medicamento antinflamatorio Merck & Cox, retirado el jueves del mercado, caló con efectividad tanto en los usuarios como en los proveedores, según se detectó en un recorrido hecho por El Nuevo Día por varias farmacias de la zona metro.

La cadena de farmacias Walgreens y farmacias de la comunidad como la Mariluz en Guaynabo habían retirado el medicamento de sus góndolas desde el jueves en la tarde y tenían las pastillas almacenadas a la espera del proceso de recogido por parte de la farmacéutica Merck & Co., elaboradora del medicamento.

Sin embargo, algunas farmacias esperaban por una comunicación oficial de la empresa al respecto.

"No ha venido ningún representante de la compañía y llamamos, pero no hemos tenido respuesta", indicó la licenciada Mayra Donato, farmacéutica de la Mariluz.

En Estados Unidos se produjo una situación similar en la que farmacéuticos alegaron estar desprovistos de información oficial para ofrecer a los pacientes, según difundió la agencia de noticias Bloomberg.

Gregorio Quijada, director médico de Merck en Puerto Rico, aceptó que aún no se había hecho una comunicación oficial a todas las farmacias y distribuidores en la Isla, pero justificó la situación señalando que la comunicación fue primero con las grandes cadenas de farmacias y con los médicos porque la prioridad era evitar el consumo por parte de los pacientes.

Anteayer, Merck en los Estados Unidos y en la Isla anunció en una conferencia de prensa que retiraba el producto del mercado después que un estudio confirmara que aumenta los riesgos de ataques cardíacos y derrames.

Quijada sostuvo que este fin de semana comenzará el envío de comunicaciones detalladas a todas las farmacias y distribuidores en Puerto Rico sobre el proceso de recogido. Pidió paciencia porque el proceso será "largo" dado que el retiro del medicamento es uno a nivel mundial y gran parte de esa carga caerá en la división local de manufactura.

De otra parte, la farmacéutica Donato informó que al mediodía aún no había venido ningún paciente a su farmacia pidiendo Vioxx a pesar de que es un fármaco que se vendía "bastante".

Igualmente, en horas de la tarde la licenciada Gisela Feliciano, de Walgreens en Río Hondo, dijo durante una visita a la sucursal que nadie había solicitado la medicina. Esta sucursal usualmente despacha de cinco a seis recetas diarias, pero ayer ya los pacientes se habían enterado a través de sus médicos y farmacéuticos del cambio. "El 'boom' grande fue ayer (anteayer)", indicó Feliciano.

Según informó el licenciado Roberto Ortiz, supervisor de farmacia para Walgreens, las 61 sucursales de la compañía en la Isla retiraron el medicamento de las góndolas y de los dispensadores de pastillas el jueves después de que recibieron el aviso de las oficinas centrales a las 5:15 p.m.

También recogieron las recetas que estaban listas para entrega y procedieron a llamar a los médicos de estos pacientes para que les dieran una receta de reemplazo.

Al público en general que hacía preguntas sobre el tema se le estaba advirtiendo que no tomara la medicina, y que se comunicara con su médico para un medicamento alterno, según constató este diario.

Algunas de estas alternativas son otros antinflamatorios de los llamados "COX 2" como Celebrex, Bextra, y Mobic, señaló el reumatólogo William Matos, quien dijo haber recibido muchas llamadas de pacientes preocupados por el retiro del popular medicamento. Otras alternativas son medicinas comunes y económicas -las llamadas "over the counter"- que no requieren receta como el acetaminofén y la aspirina, aunque está última es más fuerte al estómago.

Según dijo, muchos médicos ya habían reducido el recetado de Vioxx previo al anuncio del miércoles debido al aumento en condiciones como la hipertensión y a la difusión de artículos sobre efectos adversos en revistas médicas. Entre estos últimos, uno muy criticado del doctor Daniel Salomon que desde abril advertía sobre que el medicamento aumentaba el riesgo de condiciones cardiovasculares. Aun así se recetaba frecuentemente porque no producía daño a la mucosa gástrica, es potente y se toma sólo una vez al día.

"Es un buen antinflamatorio", acotó.

Vioxx era utilizado regularmente por 16,000 puertorriqueños para tratar condiciones como artritis, dolores agudos y otros problemas músculoesqueletales.

Personas interesadas en más información sobre el retiro de Vioxx pueden llamar a los siguientes teléfonos:

1-888-368-4699

787-635-4932

787-635-4937

787-648-3043

787-648- 4935

También pueden acceder a las direcciones cibernéticas:

www.merck.com

www.vioxx.com

Los pacientes pueden conseguir un reembolso por correo del Vioxx que no hayan usado enviando el medicamento en su empaque original y el recibo de compra de la farmacia a: NNC Group, Merck Returns, 2670 Executive Dr., Indianapolis, IN 46491

Se debe incluir además una nota con el nombre del paciente, dirección y número telefónico. La empresa reembolsará el costo total de la receta más el coste de franqueo y envío regular.

Los médicos deben devolver las muestras y los farmacéuticos serán contactados por representantes de Merck para la devolución del inventario que aún tengan disponible del medicamento.

```
-----------------------------------------
Artículo:      633392
Fecha:         sáb, 2 de octubre de 2004
Título:        Surge efecto el alerta respecto a Vioxx
-----------------------------------------
Print Date:    10/19/2007 1:08:24 PM
-----------------------------------------
```

# EXHIBIT  75

1  GIRARDI AND KEESE
   1126 Wilshire Boulevard
2  Los Angeles, California 90017
   Tele. (213) 977-0211
3  Fax (213) 481-1554
   THOMAS V. GIRARDI – BAR NO. 36603
4  JAMES G. O'CALLAHAN – BAR NO. 126975
   VINCENT CARTER – BAR NO. 208899
5

6  Attorneys for Plaintiff

7

8                    SUPERIOR COURT OF CALIFORNIA

9                      COUNTY OF LOS ANGELES

10 | Coordination Proceeding          | VIOXX (JCCP No. 4247)
   | Special Title (Rule 1550(b))     | Case No.: BC358874
11 |                                  |
   | VIOXX® CASES                     | **County of Origin:  Los Angeles**
12 |                                  | **Superior Court**
13 |                                  | *(By Order of the Honorable Victoria G.*
   |                                  | *Chaney, the designated county of origin shall*
14 |                                  | *be deemed, and is stipulated to be, the original*
   |                                  | *county in which this case was initially filed*
15 |                                  | *and pending for  purposes of removal under*
   |                                  | *28 U.S.C. § 1441(a) and potential trial venue.)*
16

17                                     **COMPLAINT:  AMENDED NOTICE OF**
                                       **ADOPTION OF VIOXX MASTER**
18                                     **COMPLAINT**

19                                     Assigned to the Honorable Victoria G. Chaney,
                                       Department 324.
20

21

22

23      Plaintiff <u>SHIRLEY DURBIN</u> complains of defendants and alleges as follows:

24      / / /

25      / / /

26      / / /

27      / / /

28
   612173                              - 1 -

─────────────────────────────────────────────────
       Complaint:  Notice Of Adoption Of Amended Master Complaint

M00CF02531

1       Pursuant to the Court's Case Management Order No. 3 (General Pre-trial Order) and Case

2 Management Order No. 6 (Direct Filing and Adoption of Master Complaint), plaintiff hereby

3 adopts the Master Complaint in JCCP No. 4247, and any rulings or orders of the Court relating

4 thereto.

5

6     1. **(a) <u>Causes of action and Parties alleged in the Master Complaint.</u>**

7       Plaintiff adopts and alleges each of, and only, the causes of action in the Master

8 Complaint checked below:

9     ☒    Strict Liability – Failure to Warn

10    ☒    Negligence

11    ☒    Negligence Per Se

12    ☒    Breach of Implied Warranty

13    ☒    Breach of Express Warranty

14    ☒    Deceit by Concealment

15    ☒    Negligent Misrepresentation

16    ☒    Violation of Business & Professions Code § 17200

17    ☒    Violation of Business & Professions Code § 17500

18    ☒    Violation of Civil Code § 1750

19    ☐    Wrongful Death

20    ☐    Survivor Action

21    ☐    Loss of Consortium

22    **(b) <u>Causes of Action and/or parties not alleged in the Master Complaint.</u>**

23 Plaintiff alleges additional cases of action and/or names additional parties not mentioned in the

24 Master Complaint as follows: <u>Strict Liability as against Defendants MERCK & CO., INC.,</u>

25 <u>MCKESSON CORPORATION</u>

26

27     2.     Plaintiff is a resident of the State of <u>California</u>, County of <u>Yolo</u>. Plaintiff's injuries

28 as alleged in this litigation occurred in the State of <u>California</u>, County of <u>Yolo</u>.

15496502

Complaint: Notice Of Adoption Of Amended Master Complaint

M00CF02532

3.      Plaintiff ____ is/ X is not claiming damages for mental and/or emotional distress.

4.

[X]     Plaintiff is an individual who ingested VIOXX®, and who asserts claims for damages herein by complaining of the following injuries: <u>Heart Attack</u>.

[ ]     Plaintiff is the spouse of _____, an individual who ingested Vioxx and allegedly sustained the following injuries as a result: _____.

[ ]     Plaintiff's decedent, _____, is an individual who ingested Vioxx and allegedly sustained fatal injury as a result.  State the cause of death: _____ _____. The following plaintiffs are heirs of plaintiff's decedent, or other persons entitled to bring an action for the wrongful death of plaintiff's decedent, and bring the causes of action alleged herein pursuant to Code of Civil Procedure § 377.60:

_____

_____.

[ ]     Plaintiff is a personal representative or successor in interest to decedent, _____, who ingested Vioxx and allegedly sustained fatal injury as a result, and is authorized to bring a survivor action on behalf of the decedent pursuant to Code of Civil Procedure § 377.31, et seq.  State the cause of death: _____.

Plaintiff has been appointed as the decedent's personal representative or successor in interest by the following court, on the following date:_____.

5. The Vioxx ingested by Plaintiff or decedent was purchased at the following pharmacies (*provide name and address of each pharmacy*): <u>Sutter Health Center, 475 Pioneer Ave., Woodland, CA 95776.</u>

- 3 -

15496502

Complaint:  Notice Of Adoption Of Amended Master Complaint

M00CF02533

6.      (*If plaintiff alleges a cause of action for deceit by concealment and/or cause of action for negligent misrepresentation, plaintiff must complete this section*) Plaintiff claims that defendants are liable to plaintiff for deceit by concealment and/or negligent misrepresentation based on the following allegations:

(a)  What allegedly false statement(s) did defendants make to you or your doctor (*if doctor, state the name and address of the doctor*)?: Defendants made statements that Vioxx was safer and better pain treatment than the traditional and widely used nonsteroidal anti-inflammatory drugs known as NSAIDS, examples being aspirin and ibuprofen.

(b)      State the name and job title of the individual(s) who made the above-described statements to you or your doctor: Individuals employed by defendant Merck & Company Inc. and Doe Defendants 1 – 300 responsible for testing, studying, researching, evaluating, endorsing, designing, formulating, compounding, manufacturing, producing, processing, assembling, inspecting, distributing, marketing, labeling, promoting, packaging, advertising for sale, or otherwise responsible for placing in the stream of interstate commerce.

(c)      When, and by what means (e.g., writing, oral statement, television, Internet, etc.), were the above-described statements made to you or your doctor: The statements were made prior to my ingestion of Vioxx and were made through writings, oral statements, television, Internet, press releases, and promotional literature.

(d)      When, and how, did you or your doctor rely on the above-described statements? Prior to my ingestion of Vioxx, my doctor relied on the statements to prescribe the drug, and I relied on the statements to purchase and/or use Vioxx that resulted in my injury.

(e)      If the above-described statements were false by virtue of defendants' concealment of facts that were known by defendants, state the facts that were concealed and that, if known by you or your doctor, would have prevented your alleged injury: Defendants concealed the fact that Vioxx was unsafe, and that it increased the risks of heart attacks, strokes, and kidney failure, and did in fact cause Plaintiff's injury.

- 4 -

15496502

M0DCF02534

1     7.    Plaintiff requests the relief checked below:

2     ☒   Past and future general damages, according to proof.

3     ☒   Past and future medical and incidental expenses, according to proof.

4     ☐   Past and future loss of earnings and/or earning capacity, according to proof.

5     ☒   Punitive and exemplary damages, where permitted by law.

6     ☐   Damages for past and future mental and/or emotional distress, according to proof.

7     ☐   Damages for past and future loss of consortium, according to proof.

8     ☒   Costs of suit incurred herein.

9     ☒   Injunctive relief (specify): <u>Enjoining Defendants from acts of unfair competition</u>

10    <u>and untrue and misleading advertising.</u>

11    ☒   Other (specify): <u>For disgorgement of profits, according to proof; for attorney's</u>

12    <u>fees, expenses, and costs of the suit; such other, further and different relief which</u>

13    <u>the Court deems necessary, just and proper.</u>

14

Dated: **4-6-07**

15

16

17    By _____

18       VINCENT CARTER
       Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28

15496502

Complaint:  Notice Of Adoption Of Amended Master Complaint

M00CF02535

## PROOF OF SERVICE BY ELECTRONIC SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1126 Wilshire Boulevard, Los Angeles, California 90017.

On April 6, 2007, I served the foregoing document described as: **AMENDED NOTICE OF ADOPTION OF VIOXX MASTER COMPLAINT FOR PLAINTIFF SHIRLEY DURBIN** on all interested parties in this action through the use of the VIOXX® Cases, JCCP No. 4247 Website maintained by CaseHomePage.  I caused the foregoing document to be transmitted to CaseHomePage for electronic service in the following manner:

**_X_**   I provided the document (s) listed above electronically to CaseHomePage through the CaseHomePage website pursuant to the instructions on that website.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 6, 2007, at Los Angeles, California.


Christina Bustillos

00158216

1

Proof of Service

M00CF02536