# EXHIBIT 96

897029v.1

Copyright 2001 The Washington Post

# The Washington Post

## washingtonpost.com

The Washington Post

August 22, 2001 Wednesday
Correction Appended
Final Edition

**SECTION:** A SECTION; Pg. A04

**LENGTH:** 915 words

**HEADLINE: Heart Risk From Celebrex,** Vioxx?;
'Super Aspirin' Makers Contest Analysis

**BYLINE:** David Brown, Washington Post Staff Writer

**BODY:**

The popular painkillers Celebrex and Vioxx may slightly increase a person's risk of having a heart attack, according to an analysis of clinical studies of the "super aspirin" drugs.

The analysis, which was strongly contested by the makers of the drugs, does not say the drugs unquestionably increase cardiovascular risk. It says only that it's possible.

"It's a cautionary flag that seems to say that something is going on that needs further exploration," said Eric J. Topol, a cardiologist at the Cleveland Clinic and one of the authors of the analysis, which appears in today's Journal of the American Medical Association.

Since their introduction in 1999, the drugs, which are known technically as COX-2 inhibitors, have been among the nation's best-selling prescription pharmaceuticals. One of them, celecoxib, sold as Celebrex, was the sixth-leading prescription drug in sales dollars last year and has been used by 14 million people. The other COX-2 inhibitor is rofecoxib, sold as Vioxx.

The drugs are popular because they provide the same pain-killing effects as aspirin and non-steroidal anti-inflammatory drugs (NSAIDs) such as ibuprofen, but with less chance of causing ulcers and intestinal bleeding. Aspirin inhibits two closely related enzymes, COX-1 and COX-2. The new drugs specifically inhibit only the second (which is involved in pain and inflammation) while not affecting the first (which, among other things, is involved in protecting the lining of the stomach).

COX-2 inhibitors illustrate the pharmaceutical industry's ability to tailor-make a drug with the same benefits as its predecessors, but with fewer hazards. However, the analysis suggests that even such highly specific compounds may have unexpected hazards.

Topol and two other Cleveland Clinic physicians looked at the rate of cardiovascular events -- such as heart attack, chest pain, sudden death and stroke -- in two big clinical trials of COX-2 inhibitors.

In one trial, about 8,000 people with rheumatoid arthritis were randomly assigned to get either Vioxx or naproxen, an NSAID. There were more than twice as many cardiovascular events in the Vioxx group as in the naproxen group -- 46 vs. 20.

The researchers then looked at the small number of people who had a history of heart disease going into the study. These people were supposed to be excluded from the trial, because most people with heart disease take daily aspirin, and aspirin use was not permitted in the study. As is usually the case in large studies, however, a retrospective review uncovered a small number of people -- 321 in this case -- who should have been excluded but weren't. Among them, those taking Vioxx were four times as likely to have a cardiovascular event as the ones taking naproxen.

There are two explanations for those observations. Vioxx may have increased the risk of cardiovascular events. Alternatively, naproxen may have lowered it.

The second study the Cleveland Clinic researchers looked at involved Celebrex. About 8,000 arthritis patients were randomly assigned to get either Celebrex or one of two NSAIDs, ibuprofen or diclofenac. There was no difference in cardiovascular events among the groups.

In the Vioxx trial, however, people were allowed to take low-dose aspirin for heart disease, and about 20 percent did. Topol and his colleagues theorized that aspirin use may have counterbalanced Vioxx's possible risk to heart patients.

Data from the studies were presented to an advisory committee of the Food and Drug Administration in February. Two FDA officials said yesterday that the agency is continuing to review the cardiovascular safety of COX-2 inhibitors to determine whether new information needs to be added to the drugs' labels, which is the information that accompanies each prescription.

The makers of the drugs strongly defended their safety yesterday.

"Both Pharmacia and Pfizer &lsqb;which co-market Celebrex&rsqb; strongly support the cardiovascular safety profile of Celebrex," said John Fort, a vice president for medical affairs at Pharmacia. He added that the company had specifically looked at patients with cardiac risk factors in the Celebrex trial and found no increase in events among those on the COX-2 inhibitor.

A physician at Merck, which makes Vioxx, said that company has examined the rate of cardiovascular events in several other studies in which some people got a COX-2 inhibitor and some got a placebo. One is a study -- still ongoing -- in which Vioxx is being tested as a possible way of slowing the course of Alzheimer's disease in people with mild dementia.

There has been no excess of events in people on Vioxx, said Laura Demopoulos, senior director for cardiovascular clinical research. She added that over the next few years, more such comparisons will be available.

Testing COX-2 inhibitors' potential hazards in heart patients directly will be difficult, however. Aspirin is known to help heart patients, but there is unlikely to be a benefit from COX-2 inhibitors alone. Testing it in heart patients to see only if it is a hazard would not be ethical.

It's possible that COX-2 inhibitors plus aspirin might be better than aspirin alone. That's because in some people with heart disease, there seems to be inflammation in the coronary arteries, which supply blood to the heart muscle. COX-2 inhibitors might help suppress the inflammation.

Topol, in fact, has proposed to the makers of Vioxx and Celebrex that they help finance a study to test that idea.

**CORRECTION-DATE:** August 23, 2001

**CORRECTION:**

An Aug. 22 story incorrectly said that in a study of the painkiller Vioxx, patients were also allowed to take aspirin to help prevent heart attacks and strokes. It was a study of Celebrex, a painkiller similar to Vioxx, that permitted aspirin use.
The Vioxx study did not permit aspirin use.

**LOAD-DATE:** August 22, 2001

# EXHIBIT 97

897029v.1



5/22/01 NYT C1                                                          Page 1

5/22/01 N.Y. Times C1
2001 WLNR 3349542

                          New York Times (NY)
             Copyright (c) 2001 The New York Times. All rights reserved.

                              May 22, 2001

                              Section: C

Doubts Are Raised on the Safety of 2 Popular Arthritis Drugs

MELODY PETERSEN

Doctors are beginning to worry Vioxx and Celebrex, popular arthritis drugs, may not be as safe as they were initially believed to be; research presented Food and Drug Administration earlier this year showed that patients taking Merck & Co's drug Vioxx had higher, but still relatively low, risk of heart attacks than patients taking older pain reliever; study received little public attention at time, but FDA is considering whether to add information on possible cardiovascular side effects to both drugs' labels; Wall Street is becoming aware of possible problems, with at least one analyst warning that problem could particularly affect Merck; Celebrex is Pharmacia's biggest-selling drug, generating sales of $2.3 billion in 12 months ending in March; Pfizer Inc co-markets Celebrex with Pharmacia; Merck sold $1.7 billion of Vioxx in same period; study sponsored by Merck last year showed that patients taking Vioxx had four times risk of heart attacks of patients taking naproxen, which is sold both generically and under brand names Naprosyn or Aleve (M)

Doctors are beginning to worry that Vioxx and Celebrex, two wildly popular arthritis drugs, may not be as safe as they were initially believed to be.

Research presented to the Food and Drug Administration earlier this year showed that patients taking Vioxx, a [Merck](#) & Company drug, had a higher, but still relatively low, risk of heart attacks than patients taking an older pain reliever. The study received little public attention at the time, but the F.D.A. is considering whether to add information on possible cardiovascular side effects to both drugs' labels.

Now Wall Street is becoming aware of the possible problems, with at least one analyst warning that the problem could particularly affect Merck.

The two drugs, which cause fewer ulcers than many other pain relievers, are among the best-selling medicines in the world. And both Pharmacia, which makes Celebrex, and Merck are heavily dependent on the drugs for the sales growth that Wall Street expects.

Celebrex is Pharmacia's biggest-selling drug, generating sales of $2.3 billion in the 12 months ending in March, according to IMS Health. Pfizer co-markets Celebrex with Pharmacia. Merck sold $1.7 billion of Vioxx in the same period, making it the company's second-biggest drug behind the cholesterol medicine Zocor.

Millions of Americans have tried Vioxx or Celebrex, many of them prompted to request them from doctors after seeing television advertisements paid for by the two companies, which are locked in a fierce marketing battle.

While the data is still limited, a large study sponsored by Merck last year showed that patients taking Vioxx had four times the risk of heart attacks of patients taking another pain reliever, naproxen, which is sold both generically and under the brand names Naprosyn or Aleve. The risk, which appears to increase over time, was still low, however, at about

                © 2007 Thomson/West. No Claim to Orig. US Gov. Works.

5/22/01 NYT C1                                                                        Page 2

4 heart attacks per 1,000 patients.

Merck says the research does not show a problem with Vioxx. Instead, the company says, naproxen acted to reduce heart attacks by working much like aspirin.

The information from Merck's study was presented to the Food and Drug Administration in February when the companies asked for changes on their drug labels to reflect data showing that Vioxx and Celebrex caused fewer ulcers than other pain relievers.

In an April 27 report, Richard R. Stover, a pharmaceutical industry analyst at Arnhold & S. Bleichroeder Inc., did his own analysis of what he called "disturbing data" from Merck's study. In an interview, Mr. Stover said he was warning his clients, many of them institutional investors who hold Merck shares, that they should watch the issue carefully since it could hurt the company's stock price.

Some doctors, however, say they are worried about both drugs.

"There must be a warning," said Dr. M. Michael Wolfe, chief of the gastroenterology section at the Boston University School of Medicine and a member of the F.D.A. advisory committee that reviewed the issue earlier this year.

"The marketing of these drugs is unbelievable," Dr. Wolfe added. "I'm sure there are many people out there who are taking these drugs that should not be."

Several doctors say they are worried about the possibility of heart attacks because many of the arthritis patients taking the drugs are elderly and have a higher risk of cardiovascular problems to begin with.

The current debate centers on whether the higher heart attack rate found in patients taking Vioxx is a result of the drug's actually causing damage in some patients or to an absence of the heart-protecting benefits that naproxen may have.

Merck's scientists say that naproxen appears to help reduce heart attacks by stopping or slowing the production of a substance called thromboxane. Thromboxane is thought to cause platelets in the blood to stick together, leading to blood clots.

"Naproxen had a similar antiplatelet effect to aspirin," said Dr. Eve E. Slater, senior vice president of external policy for Merck's research labs, "and those people had fewer heart attacks."

Neither Vioxx nor Celebrex have been shown to have the same heart-protecting benefit.

Dr. Slater also said that Mr. Stover's report was flawed and biased in favor of Pharmacia.

But regulators and some doctors say they still worry that there may be more of a problem with Vioxx.

And even if Vioxx and Celebrex do not damage the heart, the fact that they do not have the heart-protecting benefits of aspirin reduces the ability of the companies to market them as being significantly safer than other pain relievers.

In letters sent to physicians involved in Vioxx clinical trials, Merck recommended last year that doctors consider prescribing low doses of aspirin to patients taking Vioxx if they are at high risk of heart attacks. But those low doses of aspirin could increase the risk of ulcers -- the main side effect that both Vioxx and Celebrex were developed to avoid.

The two drugs, known as Cox-2 inhibitors, have been shown to significantly reduce stomach ulcers compared with pain relievers like aspirin and ibuprofen. In rare cases, serious ulcers can lead to death.

So far, no studies have been done to measure whether patients have fewer ulcers if they take low doses of aspirin with either Vioxx or Celebrex.

©   2007 Thomson/West. No Claim to Orig. US Gov. Works.

5/22/01 NYT C1                                                                    Page 3

At an F.D.A. advisory meeting in February, Dr. Maria Lourdes Villalba, a medical officer at the agency, summed up her analysis of Merck's study, saying that the company had proved that Vioxx, which is known generically as rofecoxib, caused fewer serious ulcers than naproxen. But she said that in her opinion, the potential safety advantage was offset by a higher risk of heart problems.

"Over all, there was no safety superiority of rofecoxib over naproxen," Dr. Villalba concluded, "mainly due to an excess of serious cardiovascular events."

Dr. Villalba said that because there were no studies that proved Merck's theory that naproxen worked like aspirin to decrease heart attacks, the F.D.A. was concerned that the higher rate of heart attacks found with Vioxx might have been caused by the drug's producing blood clots.

Both Merck and Pharmacia say that patients taking either Vioxx or Celebrex and low doses of aspirin will still have fewer ulcers than if they were taking a drug combination like ibuprofen and aspirin.

Dr. G. Steven Geis, Pharmacia's vice president for arthritis and cardiovascular clinical research, said, "We believe that if a patient is on low-dose aspirin and needs a drug for arthritis, celecoxib is a good option."

Celecoxib is the generic name for Celebrex.

Dr. Slater of Merck said, "There is still a tremendous benefit with these drugs."

                         ---- INDEX REFERENCES ----

COMPANY: PHARMACIA CORP; PFIZER INC; MERCK AND CO INC

NEWS SUBJECT:  (Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY:  (Healthcare (1HE06); Allergy & Immunology (1AL96); Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Inflammatory Diseases (1IN19); Orthopedics & Rheumatology (1OR79); Internal Medicine (1IN54); Healthcare Practice Specialties (1HE49); Manufacturing (1MA74))

Language:  EN

OTHER INDEXING: (Petersen, Melody)  (ARNHOLD S BLEICHROEDER INC; BOSTON UNIVERSITY; IMS; MERCK; MERCK CO; PFIZER; PFIZER INC; PHARMACIA; PHARMACIA; MERCK; VIOXX)  (Celebrex; Dr. G. Steven Geis; Drug; Eve E. Slater; Food; M. Michael Wolfe; Maria Lourdes Villalba; Naproxen; Richard R. Stover; Slater; Stover; Street; Villalba; Wall Street; Wolfe) (Arthritis and Rheumatism; Vioxx (Drug); Celebrex (Drug); Research; Heart; Labeling and Labels; Arthritis and Rheumatism; Sales; Naproxen (Drug); Naprosyn (Drug); Aleve (Drug); Generic and Brand Name Products; Drugs (Pharmaceuticals); Arthritis and Rheumatism)

COMPANY TERMS: FOOD AND DRUG ADMINISTRATION; MERCK AND CO; PHARMACIA CORP; PFIZER INC

EDITION: Late Edition - Final

Word Count: 1531  
5/22/01 NYT C1  
END OF DOCUMENT

©   2007 Thomson/West. No Claim to Orig. US Gov. Works.

# EXHIBIT 98

Copyright 2002 Associated Press
All Rights Reserved

The Associated Press State & Local Wire

May 26, 2002, Sunday, BC cycle

**SECTION:** Business News; State and Regional

**LENGTH:** 409 words

**HEADLINE: New studies add to debate over arthritis drugs and suspected risk of heart attacks**

**BYLINE:** By LINDSEY TANNER, AP Medical Writer

**DATELINE:** CHICAGO

**BODY:**
Three new studies are adding to a raging debate over whether the popular arthritis pain reliever Vioxx increases the risk of heart attack.

The editor of the Archives of Internal Medicine, which published the studies in its May 27 edition, says the results offer reassuring evidence that drugs like Vioxx and Celebrex are not bad for the heart.

But a cardiologist and a co-author of one of the studies said the safety issue is not resolved.

The new studies involved the older arthritis painkiller naproxen, not the newer class of pain relievers to which Vioxx and Celebrex belong. Vioxx maker Merck & Co. conducted or funded two of the three studies.

According to the Archives report, the studies all found that patients taking naproxen had a lower heart attack risk than those who did not use the drug.

One of the studies, involving 4,425 heart attack patients and 17,700 others, linked naproxen use to a 16 percent to 20 percent reduction in heart attack risk.

Vioxx maker Merck has argued its product is not bad for the heart, and that naproxen's apparent heart-protective benefits are the result of thinning the blood.

The three studies "support what Merck scientists have been saying," said Dr. Alise Reicin, Merck's head of clinical research.

Archives editor Dr. James E. Dalen also called the studies "good news for the millions of users of cox-2 inhibitors."

Vioxx and Celebrex both belong to the group of drugs, called cox-2 inhibitors, that work by blocking the action of an enzyme involved in the inflammation process.

But cardiologist Dr. Eric Topol of the Cleveland Clinic said the Food and Drug

Administration's order last month for new precautions on Vioxx's label is still warranted.

Topol took part in an analysis last year of data that showed Vioxx users faced double the risk of serious cardiovascular problems, including stroke and heart attack. He said the newest research leaves the question "far from settled."

Dr. Daniel Solomon of Harvard's Brigham and Women's Hospital, co-author of one of the Archives studies, agreed.

"None of the studies contain a patient who is on a cox-2 agent, so it's impossible really to comment on the safety" of drugs like Vioxx, Solomon said.

Solomon said naproxen users might have other traits or health habits that would explain the findings. Solomon's study was not funded by a pharmaceutical company.

---

On the Net:

Archives: http://archinte.ama-assn.org

**LOAD-DATE:** May 27, 2002

# EXHIBIT 99

Copyright 2003 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

factiva

(Copyright (c) 2003, Dow Jones & Company, Inc.)

THE WALL STREET JOURNAL.
The Wall Street Journal

October 30, 2003 Thursday

**SECTION:** Corporate Focus; Pg. B2

**LENGTH:** 571 words

**HEADLINE: Vioxx Study Sees Heart-Attack Risk** --- Merck Funded Research After Concerns Were Raised About Its Painkilling Drug

**BYLINE:** By Thomas M. Burton and Patricia Callahan

**BODY:**

Research presented at a medical conference this week suggests that Vioxx, a popular painkiller made by Merck & Co., may increase the risk of heart attacks in patients taking the pill.

The study, from Harvard University-affiliated Brigham & Women's Hospital in Boston and funded by Merck, found an increased risk of heart attack, or acute myocardial infarction, compared with patients taking a competing painkiller, Celebrex, from Pfizer Inc. The researchers also found Vioxx, which has annual sales of $2.5 billion a year, was linked to an increased heart-attack risk compared with patients not taking any painkillers.

Merck, of Whitehouse Station, N.J., funded the research after a landmark medical-journal article by cardiologists at the Cleveland Clinic, who first raised the issue in August 2001 in the Journal of the American Medical Association. The more recent findings were presented this week at the American College of Rheumatology meeting in Orlando, Fla., and are laid out in detail in a medical abstract for that meeting.

Brigham & Women's Hospital rheumatologist and epidemiologist Daniel H. Solomon headed the study, which looked at records of 54,475 Medicare patients, all of them over 65.

Researchers found that the apparent cardiac risk was greatest in the first 90 days in which a patient is taking Vioxx, which generically is known as rofecoxib. In the first 30 days, the researchers found, Vioxx was linked to a 39% increased heart-attack risk compared with Celebrex. Between 30 and 90 days, that increased relative risk was 37%. After 90 days, there didn't appear to be any increased risk.

The absolute risk -- that is, what percent of Vioxx users in the study actually had heart attacks -- wasn't in the published abstract, and Dr. Solomon declined to

comment.

Eric J. Topol, chairman of cardiovascular medicine at the Cleveland Clinic and one of the authors who first raised the issue two years ago, called the research "the best study to date."

Two years ago, Dr. Topol pointed out that "the risk is very low of inducing a heart attack." Even so, he noted, millions of people are taking these painkillers, and thus the issue is of great consequence.

The new study, Dr. Topol said, "greatly substantiates our concern about the cardiac side effects." He observed that the possible cardiac effects of Vioxx appear "worse with the higher doses."

Merck discounted the findings. "Randomized clinical trials are the gold standard" and this isn't such a trial, said Alise Reicin, Merck's executive director of clinical research. "In our placebo-controlled randomized trials, we have found no significant difference between Vioxx and placebo."

The Brigham & Women's researchers tried to see whether any confounding variables, such as smoking, obesity or aspirin use, might have altered the results. But they concluded this wasn't the case.

The conclusions are similar to those reached by researchers at Vanderbilt University last year, who examined records of 24,132 patients taking Vioxx and concluded there was an apparent increased risk of coronary heart disease for Vioxx patients compared with nonusers. Their findings were published in the British medical journal Lancet. However, another study published this February in the Archives of Internal Medicine, on 12,156 Vioxx users, didn't find any increased risk.

(See related letter: "Letters to the Editor: Merck Stands Behind The Safety of Vioxx" -- WSJ Nov. 5, 2003)

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 5, 2004Copyright 2003 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

factiva

(Copyright (c) 2003, Dow Jones & Company, Inc.)
THE WALL STREET JOURNAL.
The Wall Street Journal

October 30, 2003 Thursday

**SECTION:** Corporate Focus; Pg. B2

**LENGTH:** 571 words