## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| *Theodore E. Taylor v. Merck & Co.,* | * | **MAGISTRATE** |
| *Inc.;* Docket Number: 2:06-cv-06826 | * | **JUDGE KNOWLES** |
| | * | |
| * * * * * * * * * * * * * * * * | * | |
| | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiff Theodore E. Taylor in the above-captioned

case be and they hereby are dismissed without prejudice, subject to the terms and conditions of

the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  22nd day of _____October_____, 2007.

_____
DISTRICT JUDGE