UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
   *O'Bryan v. Merck & Co., Inc., et al.*, 06-2070

## ORDER

Before the Court is the Defendants' Motion to Make Order Final and Appealable (Rec. Doc. 12159). Certain Defendants in the above-captioned case ask the Court to designate its August 21, 2007 Order (Rec. Doc. 12092) for an immediate interlocutory appeal pursuant to 28 U.S.C. § 1292(b). In the August 21, 2007 Order, the Court refused to vacate an earlier Order allowing the substitution of parties pursuant to Rule 25 of the *Federal Rules of Civil Procedure*. Section 1292(b) permits a district court to certify an order for interlocutory appeal when the court is of the opinion that such an order "involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b). Because the Court finds that the requirements of § 1292(b) are not satisfied in this case, IT IS

ORDERED that the Defendants' Motion to Make Order Final and Appealable (Rec. Doc. 12159) is DENIED.

New Orleans, Louisiana, this <u>22nd</u> day of <u>October</u>, 2007.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE