ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 OCT 22 PM 3: 46
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: Vioxx Product Liability | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | In Re: VIOXX Products |
| | ) | Liability Litigation Cases |
| MERCK & CO., INC. | ) | MDL - 1657 |
| | ) | |
| Defendant. | ) | |

### NOTICE OF CHANGE OF ADDRESS

COMES now Jonathan W. Johnson and respectfully notifies all parties to the above-styled case that the law office of JOHNSON & BENJAMIN LLP, has a new address and phone number as follow:

Johnson & Benjamin LLP
567 Ladonna Drive
Decatur, Georgia 30032
Telephone: (404) 298-8995
Facsimile : (404) 298-0553

Please update Plaintiffs' Counsel's address for the following cases:

| Case Name | Case Number |
|---|---|
| 1). Stanley Davenport vs. Merck & Co., Inc. | 2:05cv01540 |
| 2). Clarence Carr vs. Merck & Co., Inc. | 2:05cv02905 |
| 3). Florence Blankson vs. Merck & Co., Inc. | 2:05cv05079 |
| 4). Hollis Mathis vs. Merck & Co., Inc. | 2:05cv05080 |
| 5). Imogene Burse vs. Merck & Co., Inc. | 2:06cv00408 |
| 6). Eula Bolton vs. Merck & Co., Inc. | 2:06cv00676 |
| 7). Jeneanette Webb vs. Merck & Co., Inc. | 2:06cv02177 |
| 8). Clifford Wooten vs. Merck & Co., Inc. | 2:06cv11061 |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

9).   Antoinette Jenkins vs. Merck & Co., Inc.            2:07cv03477

Respectfully submitted this 9th day of October, 2007.

Jonathan W. Johnson
Georgia Bar No: 394830

JOHNSON & BENJAMIN LLP
567 Ladonna Drive
Decatur, Georgia 30032
Telephoneone:   (404) 298-8995
Facsimile:       (404) 298-0553

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Product Liability )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MERCK & CO., INC. )<br>)<br>Defendant. ) | In Re: VIOXX Products<br>Liability Litigation Cases |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **"Notice of Change of Address"** upon counsel of record in this matter by depositing a copy of the same in the United States mail with adequate postage thereon, addressed as follows:

Jeffrey K. Douglas, Esq.
Morris, Manning & Martin, LLP - 1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044

Michael P. Mc Ilhinney, Esq.
DECHERT LLP - Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Wilfred P. Coronato, Esq.
Robert W. Brundige, Jr.
Hughes Hubbard & Reed LLP
101 Hudson Street - Suite 3601
Jersey City, New Jersey 07302-3918

Respectfully submitted this 9th day of **October,** 2007.

                                                                                            _____
                                                                                            Jonathan W. Johnson
                                                                                           Georgia Bar No: 394830

Johnson & Benjamin, LLP
567 Ladonna Drive
Decatur, Georgia 30032
Telephone:  (404) 298-8995
Facsimile:   (404) 298-0553