UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUTH ALEXANDER, Administratrix of the Estate of Jane Doyle<br><br>Plaintiff<br>v.<br><br><br><br><br><br>Merck & Co., Inc.<br><br>Defendant | File Number: MDL 1657<br>Section L<br>05-5768<br><br><br><br>**Plaintiff Ruth Alexander, as Administratrix of the Estate of Jane Doyle's Supplement to Motion for Relief from Dismissal Order Pursuant to FRCP 60(b)(1)** |

**This Document Relates to Case No. 05-5768**

Comes the Plaintiff, Ruth Alexander, Administratrix of the Estate of Jane Doyle, ("Plaintiff"), by counsel, and respectfully advises this Honorable Court that pursuant to this Court's directions Plaintiff has filed a Motion for Remand from the Fifth Circuit Court of Appeals, pursuant to *Shepherd v. International Paper Co.*, 372 F.3d 326(5th Cir. 2004). The instant FRCP 60(b)(1) Motion was filed contemporaneously with a Notice of Appeal and this Honorable Court has indicated it will grant the requested relief but only after the Fifth Circuit Court of Appeals has returned jurisdiction to the District Court. The *Shepherd* case instructs that in this situation a Motion for Remand must be filed with the Fifth Circuit Court of Appeals before the District Court can grant the relief requested. The *Shepherd* case further advises that a Supplement to a Motion for 60(b)(1) Relief should be filed to advise the District Court that the Motion for Remand has been filed in the Fifth Circuit Court of Appeals.

GOLDBERG SIMPSON PSC, 9301 Dayflower Street, Louisville, Kentucky  40059

Respectfully submitted,

_____/S/ Kevin P. Weis_____
Kevin P. Weis (KY87977)
David B. Gray
*Counsel for Ruth Alexander, Administratrix of the Estate of Jane Doyle*
Goldberg Simpson, PSC
9301 Dayflower Street
Louisville, KY  40059
(502) 589-4440
(502) 581-1344
kweis@goldbergsimpson.com
dgray@goldbergsimpson.com

## CERTIFICATE OF SERVICE

I hereby certified that the above and foregoing Supplement to Motion for Relief from Dismissal Order has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 22nd day of October, 2007.

_____/S/ Kevin P. Weis_____
Kevin P. Weis (KY87977)
David B. Gray
*Counsel for Ruth Alexander, Administratrix of the Estate of Jane Doyle*
Goldberg Simpson, PSC
9301 Dayflower Street
Louisville, KY  40059
(502) 589-4440
(502) 581-1344
kweis@goldbergsimpson.com
dgray@goldbergsimpson.com