UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX   Products Liability Litigation | * * * |
| This Document Relates to: | * MDL No. 1657 * |
| RAMON ALVARADO et al., Plaintiffs, | * SECTION L * |
| Versus | * JUDGE ELDON E. FALLON * |
| MERCK & CO., INC., Defendant, | * MAGISTRATE JUDGE * KNOWLES |
| Case No. 06-7150, | * * |
| & | * * |
| MATTHEW DEVITO et al., Plaintiffs, | * * |
| versus | * * |
| MERCK & CO., INC., Defendant, | * * |
| Case No. 07-0562, | * * |
| & | * * |
| DIANE DURBIN, Plaintiff, | * * |
| versus | * * |
| MERCK & CO., INC., Defendant, | * * |
| Case No. 06-11302, | * * |
| & | * * |
| BARBARA MCKEAL, Plaintiff, | * * |
| versus | * * |
| MERCK & CO., INC., Defendant, | * * |
| Case No. 07-0380, | * |
| & | * |

896997v.1

```
RONALD PALES, Plaintiff,                *
                                        *
    versus                              *
                                        *
MERCK & CO., INC., Defendant,           *
                                        *
Case No. 07-1389,                       *
                                        *
            &                           *
                                        *
JACK RIDINGER, Plaintiff,               *
                                        *
    versus                              *
                                        *
MERCK & CO., INC., Defendant,           *
                                        *
Case No. 07-0381.                       *
                                        *
* * * * * * * * * * * * * * * * * * * * *
```

# O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Support Merck & Co., Inc.'s Motion for Summary Judgment,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted forty-five (45) additional pages, for a total of seventy (70) pages for its supporting memorandum.

NEW ORLEANS, LOUISIANA, this 23rd day of October, 2007.

_____
DISTRICT JUDGE

896997v.1