UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX | : |
| | :   MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : |
| | :   SECTION L |
| | : |
| This document relates to ALL CASES | :   JUDGE FALLON |
| | :   MAG. JUDGE KNOWLES |


THE PLAINTIFF'S STEERING COMMITTEE'S NOTICE
OF DEPOSITION OF RANDALL LUTTER


TO:   Eric M. Blumberg, Deputy Associate General Counsel
       Food and Drug Administration
       Room 613, Mail code GCF-1
       5600 Fishers Lane
       Rockville, MD 20857


PLEASE TAKE NOTICE that the deposition of Randall Lutter, Federal Food and Drug Administration, Office of the Commissioner, Office of Policy and Planning, will be held on November 15, 2007 beginning at 9:00 a.m. at the offices of Ashcraft & Gerel, LLP, 2000 L Street, N.W., Ste. 400, Washington, D.C. 20036. Statement of Deposition Procedures - The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Deposition Guidelines) entered April 15, 2005.  The terms of such order are incorporated into this Notice.

| | |
|---|---|
| Videotaped Deposition: | Yes |
| Primary Examiners: | A Member of the PSC or its designee |
| Call-In Number: | **866-261-4013; ID Number 2728103** |


1

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

You are invited to attend and participate.

Respectfully submitted,

PLAINTIFFS' STEERING COMMITTEE

Date:  October 23, 2007

By:  /s/ Leonard A. Davis
          Russ M. Herman (Bar No. 6819)
          Leonard A. Davis (Bar No. 14190)
          Stephen J. Herman (Bar No. 23129)
          Herman, Herman, Katz & Cotlar, L.L.P.
          820 O'Keefe Avenue
          New Orleans, Louisiana  70113
          Telephone: (504) 581-4892
          Facsimile: (504) 561-6024

          PLAINTIFFS' LIAISON COUNSEL

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
Co-Lead Counsel

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
Co-Lead Counsel

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008  (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Shelly A. Sanford, Esquire
SANFORD, STEVENSON AND RIFF, LLP
2016 Bissonnet Street
Houston, TX 77005
(713) 592-1500 (telephone)
(713) 592-0278-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of October, 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com