UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| RAMON ALVARADO et al., Plaintiffs, | * | SECTION L |
| | * | |
| Versus | * | JUDGE ELDON E. FALLON |
| | * | |
| MERCK & CO., INC., Defendant, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| Case No. 06-7150, | * | |
| | * | |
| & | * | |
| | * | |
| MATTHEW DEVITO et al., Plaintiffs, | * | |
| | * | |
| versus | * | |
| | * | |
| MERCK & CO., INC., Defendant, | * | |
| | * | |
| Case No. 07-0562, | * | |
| | * | |
| & | * | |
| | * | |
| DIANE DURBIN, Plaintiff, | * | |
| | * | |
| versus | * | |
| | * | |
| MERCK & CO., INC., Defendant, | * | |
| | * | |
| Case No. 06-11302, | * | |
| | * | |
| & | * | |
| | * | |
| BARBARA MCKEAL, Plaintiff, | * | |
| | * | |
| versus | * | |
| | * | |
| MERCK & CO., INC., Defendant, | * | |
| | * | |
| Case No. 07-0380, | * | |
| & | * | |

| | |
|---|---|
| | * |
| RONALD PALES, Plaintiff, | * |
| | * |
| versus | * |
| | * |
| MERCK & CO., INC., Defendant, | * |
| | * |
| Case No. 07-1389, | * |
| | * |
| & | * |
| | * |
| JACK RIDINGER, Plaintiff, | * |
| | * |
| versus | * |
| | * |
| MERCK & CO., INC., Defendant, | * |
| | * |
| Case No. 07-0381. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MERCK & CO., INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, and pursuant to

Fed. R. Civ. P. 56, respectfully submits this motion for summary judgment on all claims against

it in the above-captioned cases.[1]

For the reasons set forth in the accompanying Statement of Material Facts As To Which

There Is No Genuine Issue To Be Tried and Memorandum In Support Of Motion For Summary

Judgment, Merck is entitled to summary judgment as a matter of law because plaintiffs' claims

are time-barred.

WHEREFORE, Merck respectfully requests that the Court enter summary judgment in its

favor.

---

[1]     The *Alvarado* and *DeVito* complaints bring claims on behalf of several plaintiffs.  As described in
Background § B of Def.'s Mem. In Supp. of Mot. For Summary Judgment, this motion relates only to four total
plaintiffs from those two complaints:  Milagros Medina-Alfanador from the *Alvarado* complaint, and James Barrall,
Carol M. Ciabattoni, and Alonzo Dusi from the *DeVito* complaint.

897087v.1

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

And

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

897087v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Merck & Co., Inc.'s Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of October, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

897087v.1