# EXHIBIT 8

Ned S. Braunstein, M.D.
Senior Director
Regulatory Affairs

September 30, 2004

Brian E. Harvey, M.D., Ph.D., Acting Director
Division of Anti-Inflammatory, Analgesic,
    And Ophthalmologic Drug Products
HFD-550, Room N314
Office of Drug Evaluation V (CDER)
Food and Drug Administration
9201 Corporate Boulevard
Rockville, MD  20850

Merck & Co., Inc.
P.O. Box 2000, RY 32-605
Rahway NJ 07065-0900
Tel 732 594 2986
Fax 732 594 1930
ned_braunstein@merck.com



**MERCK**
Research Laboratories

### NDA 21-052:  VIOXX™ (Rofecoxib Oral Suspension)

### GENERAL CORRESPONDENCE
### Voluntary Withdrawal of Product from the Market

Dear Dr. Harvey:

Reference is made to the above New Drug Application submitted by Merck Research Laboratories (MRL), a Division of Merck & Co., Inc. Reference is also made to telephone conversations between Dr. Brian Harvey, FDA and Dr. Dennis M. Erb, MRL on September 27, 2004, and a meeting between FDA representatives and MRL representatives on September 28, 2004 during which Merck informed the Agency of results from the APPROVe trial and our decision to voluntarily withdraw VIOXX™ (rofecoxib) from the market.

The APPROVe trial was designed to evaluate the efficacy of VIOXX™ 25 mg in preventing recurrence of colorectal polyps in patients with a history of colorectal adenomas. In this study, there was an increased relative risk for confirmed cardiovascular events, such as heart attack and stroke, beginning after 18 months of treatment in the patients taking VIOXX™ compared to those taking placebo. The results for the first 18 months of the APPROVe study did not show any increased risk of confirmed cardiovascular events on VIOXX™, and in this respect, are similar to the results of two placebo-controlled studies described in the current U.S. labeling for VIOXX™.

We are taking this action because we believe it best serves the interests of patients. Although we believe it would have been possible to continue to market VIOXX™ with labeling that would incorporate these new data, given the availability of alternative therapies, and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take.

With this letter, we are providing formal notification of the voluntary worldwide withdrawal of VIOXX™ (rofecoxib) from the market. This withdrawal which is being effected to the pharmacy (retail) level involves all strengths and formulations of rofecoxib.

This submission is formatted as required in Title 21 paragraph 314.50 of the Code of Federal Regulations and is being submitted in accordance with the January 1999, *Guidance for Industry – Providing Regulatory Submissions in Electronic Format – NDAs*. As an attachment to this letter, Merck Research Laboratories (MRL), a Division of Merck & Co., Inc., is providing one Compact Disk (CD) which contains the submission. All documents requiring signatures for certification are included as paper for archival purposes.

Confidential - Subject To Protective Order


EXHIBIT
12

MRK-N0520018917

M00AA17813

Brian E. Harvey, M.D., Ph.D., Acting Director
NDA 21-052: VIOXX™ (Rofecoxib Oral Suspension)
Page 2

All of the information is contained on one CD and is not more than 100 MB. We have taken precautions to ensure that the contents of this CD are free of computer viruses (Norton Anti-Virus 7.51, Symantec Corp., 2000) and we authorize the use of anti-virus software, as appropriate.

A list of reviewers from the Division of Anti-Inflammatory, Analgesic, and Ophthalmologic Drug Products who should be provided access to this electronic submission on their desktops may be obtained from Ms. Barbara J. Gould, Regulatory Project Manager, Division of Anti-Inflammatory, Analgesic, and Ophthalmologic Drug Products.

We consider the information included in this submission to be a confidential matter, and request the Food and Drug Administration not make the content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

Questions concerning this submission should be directed to Ned S. Braunstein, M.D. (732-594-2886) or in my absence, Dennis M. Erb, Ph.D. (484-344-7597).

Sincerely,

*Michelle W. Klus*

for Ned S. Braunstein, M.D.
Senior Director, Regulatory Affairs

Enclosure: CD
Federal Express #1

Q:\Aller Maione\Coxib Letters to FDA\vioxx nda\VIOXX NDA Voluntary Product Withdrawal.NDA.21.052.doc

Desk Copies: Ms. Barbara J. Gould, Regulatory Project Manager (cover letter)
HFD-550, Room N367
Federal Express #1

Confidential - Subject To Protective Order

MRK-N0520018918

M00AA17814

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION | Form Approved: OMB No. 0910-0338<br>Expiration Date: August 31, 2006<br>See OMB Statement on page 2. |
|---|---|
| **APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE**<br>(Title 21, Code of Federal Regulations, Parts 314 & 601) | **FOR FDA USE ONLY**<br>APPLICATION NUMBER |

**APPLICANT INFORMATION**

| NAME OF APPLICANT<br>Merck & Co., Inc. | DATE OF SUBMISSION  September 30, 2004 |
|---|---|
| TELEPHONE NO. (include Area Code) (732) 594-7186 | FACSIMILE (FAX) Number (include Area Code) (732) 594-1030 |
| APPLICANT ADDRESS (Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued):<br>P.O. Box 2000<br>RY 32-605<br>Rahway, NJ 07065-0900 | AUTHORIZED U.S. AGENT NAME & ADDRESS (Number, Street, City, State, ZIP Code, telephone & FAX number) IF APPLICABLE<br>Diane Louie, M.D., M.P.H.<br>Director<br>Regulatory Affairs |

**PRODUCT DESCRIPTION**

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER (If previously issued) 21-052

| ESTABLISHED NAME (e.g., Proper name, USP/USAN name)<br>Rofecoxib | PROPRIETARY NAME (trade name) IF ANY VIOXX™ | |
|---|---|---|
| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME (if any)<br>4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone | | CODE NAME (if any) MK-0966 |
| DOSAGE FORM Oral Suspension | STRENGTHS: 12.5 mg / 5 mL, 25 mg / 5 mL | ROUTE OF ADMINISTRATION: Oral |

(PROPOSED) INDICATION(S) FOR USE:
Relief of the signs and symptoms of osteoarthritis and rheumatoid arthritis in adults, management of acute pain in adults, treatment of primary dysmenorrhea, juvenile rheumatoid arthritis in patients 2 years and older.

**APPLICATION INFORMATION**

APPLICATION TYPE
(check one)     ☒ NEW DRUG APPLICATION (21 CFR 314.50)          ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
                ☐ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE      ☒ 505 (b)(1)      ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                                  Holder of Approved Application

TYPE OF SUBMISSION (check one)    ☐ ORIGINAL APPLICATION   ☐ AMENDMENT TO A PENDING APPLICATION   ☐ RESUBMISSION
☐ PRESUBMISSION    ☐ ANNUAL REPORT    ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT    ☐ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT    ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT    ☒ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION:

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY     ☐ CBE     ☐ CBE-30     ☐ Prior Approval (PA)

REASON FOR SUBMISSION   Voluntary Withdrawal of Product from the Market

| PROPOSED MARKETING STATUS (check one) | ☒ PRESCRIPTION PRODUCT (Rx) | ☐ OVER THE COUNTER PRODUCT (OTC) | |
|---|---|---|---|
| NUMBER OF VOLUMES SUBMITTED  1 | THIS APPLICATION IS  ☐ PAPER | ☒ PAPER AND ELECTRONIC | ☐ ELECTRONIC |

ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

FORM FDA 356h (9/02)                                                                Page 1 of 1

MRK-N0520018919

M00AA17815

| This application contains the following items: *(Check all that apply)* | |
|---|---|
| ✗ | 1. Index |
| | 2. Labeling *(check one)*  ☐ Draft Labeling  ☐ Final Printed Labeling |
| | 3. Summary (21 CFR 314.50 (c)) |
| | 4. Chemistry section |
| |    A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) |
| |    B. Samples (21 CIFIR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| |    C. Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) |
| | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) |
| | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) |
| | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) |
| | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) |
| | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) |
| | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601-2) |
| | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
| | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or 0)(2)(A)) |
| | 15. Establishment description (21 CFR Part 600, if applicable) |
| | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| | 17. Field copy certification (21 CFR 314.50 (k)(3)) |
| | 18. User Fee Cover Sheet (Form FDA 3397) |
| | 19. Financial Information (21 CFR Part 54) |
| | 20. OTHER (Specify) |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 650, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheculing decision.

The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.

Warning: A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE |
|---|---|---|
| *Diane Clouie, MD, MP* | Diane Louie, M.D., M.P.H.<br>Director<br>Regulatory Affairs | September 30, 2004 |
| ADDRESS *(Street, City, State, and ZIP Code)*<br>P.O. Box 2000, RY 32-605<br>Rahway, NJ 07065-0900 | | Telephone Number<br>(732) 594-7186 |

Public reporting burden for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services  
Food and Drug Administration  
CDER, HFD-99  
1401 Rockville Pike  
Rockville, MD 20852-1448  

Food and Drug Administration  
CDER (HFD-94)  
12229 Wilkins Avenue  
Rockville, MD 20852  

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

FORM FDA 356h (9/02)   PSC Media Arts: (301) 443 1090   EF   Page 2 of 2

MRK-N0520018920

M00AA17816