# EXHIBIT 36

Vioxx Side Effects Lawyer Arthritis Drug Vioxx Attorneys

**Vioxx Side Effects Lawyer » Arthritis Drug Vioxx Attorneys » Pain Medication Side Effects Law Firm**

| Home | About Our Law Firm | Featured Sites | Articles and Information | Sitemap | Contact |

The Law Offices of

## Nadrich & Cohen

PersonalInjuryLawCal.com

"I see it's not just about how win, but how much you walk a I (also) must put in a word ab Jordan. I estimate that Larry

...was shot by a gang member - $5,700,000 Judgment for a 9 year old girl wl

## Accidents & Injuries

Accidental Death
Airplane Accidents
Amusement Park Injuries
Automobile Accidents
Bicycle Accidents
Birthing Injuries
Boating & Water Accidents
Burn Injury
Bus Accidents
Common Carrier Liability
Construction Site Injuries
Defective Medical Devices
Defective Product
Dog Bites
Drunk Drivers
Elder Abuse
Electrocution
Traumatic Head & Brain Injury
Maritime Injury
Motorcycle Accidents
Motorized Scooter Injury
Oilfield Accident
Pedestrian Accidents
Planes, Trains, Buses
Primary Pulmonary Hypertension (PPH)
Reflex Sympathetic Dystrophy (RSD)
School Bus Accidents
Slip and Fall / Premises Liability
Spinal Cord Injury
Swimming Pool Injuries
Train Accidents
SUV Rollovers
Traumatic Head & Brain Injury
Trucking Accidents
Wage Compensation
Work Injuries
Wrongful Death

## Hot Topics

TO IMMEDIATELY CONTACT A QUALIFIED ATTORNEY
PLEASE CALL OUR

# Injury Hotline Number
# 1-800-722-0765

## VIOXX RECALL

## WARNING: The use of Vioxx has been linked to an increase in the chance of heart attacks, cardiovascular problems, hypertension, and strokes.

**Attention Vioxx victims.** Results recently released from the APPROVe study indicates the risk of suffering a heart attack caused by Vioxx can remain for up to one year following discontinuation of the drug. Accordingly, as a result of this recent study, the Vioxx lawyers at Nadrich & Cohen are investigating heart attack victims who have had a heart attack within one year from discontinuing Vioxx use. The two year anniversary of Vioxx being removed from the market is rapidly approaching. The Law Offices of Nadrich & Cohen and its co-counsel are filing all viable cases in New Jersey state court prior to September 1, 2006. If you would like our law firm to review your potential Vioxx claim please contact us as soon as possible so we can evaluate and file any cases prior to September 1, 2006.

### Click here for Urgent Vioxx Updates.

The prescription drug Vioxx is manufactured by Merck & Co., Inc. ("Merck") and dispensed as a nonsteroidal anti-inflammatory prescription arthritis drug known as rofecoxib tablets. In April 1999 the Food and Drug Administration (FDA) approved Vioxx by way of a New Drug Application was available to the public shortly after that. In fact, Merck began widely distributing and selling Vioxx throughout the United States in May 1999.

Complete and su
form and we will
shortly.

* Name:

* Home Phone:

Work Phone:

* E-mail Address:

Case Comments:

| Submit | Rese |

Please be awar
transmission of
inquiry itself do
an attorney-clie
relationship.

The Law Offices o
Nadrich & Cohen,

Toll Free: (800) 71
Fax: (800) 995-29!

Although Nadrich
offices are locate
California, the fir
in litigation throu
country.

Vioxx Side Effects Lawyer Arthritis Drug Vioxx Attorneys

Peanut Butter Recall
Composix Kugel Mesh Patch Recall
Taxus Stent Recall
ReNu Fungal Eye Infections
Fosamax Osteonecrosis of the Jaw
Ortho Evra Birth Control Patch
Guidant Defibrillator Implants
St. Jude Defibrillator
Medtronic Pacemaker
Guidant Pacemaker
Children's Motrin
Stevens-Johnson Syndrome
Benzene Exposure
Vinyl Chloride Exposure
Beryllium Disease
Smith & Nephew Knee Replacement
Bowflex Recall
Guidant Ancure Aortoiliac System
Guidant Ancure Endograft System
Motor Vehicle Crashworthiness
Treadmill Recall
Kidney Dialysis Side Effects
Duragesic Patch/Fentanyl Overdose
Tequin Side Effects
AMO Multi Purpose Solution Recall

**Dangerous Drugs**
Zelnorm
Permax Recall
Trasylol
Strattera
Crestor
Ketek
Ketek Overview
Bextra
Serzone
Vioxx Injury
Zicam
Drug Products Liability
Daypro
Ortho Evra
Palladone
Remicade
Serevent Death
Paxil
Zithromax Side Effects

**Insurance Issues**
Bank Annuity Sales Fraud
Insurance Bad Faith
Insurance Fraud
Title-Insurance Fraud

Regardless of clinical trials and research that showed that Vioxx posed a threat of hypertension and/or hypertension - related side effects, Merck made the drug available to the public, reporting that the arthritis drug was effective and safe for a variety of users.

Merck has stated that Vioxx has been prescribed to over 84 million people in the last five years and 2 million patients are currently taking the drug. Vioxx was taken off the market in the United States and throughout the entire world on September 30, 2004 due to its association with cardiovascular problems, heart attacks, strokes, and other serious and possibly fatal side effects. Extensive research by Merck has shown that people who take the prescription drug Vioxx are at twice the risk for strokes, heart attacks, and other cardiovascular problems than people who do not take the drug. The results of the research have prompted Merck to remove the drug from the market.

If you or a loved one have previously, or are currently taking the arthritis drug Vioxx you may be at risk for serious or possibly fatal side effects, including cardiovascular injuries and heart attacks. You should seek a medical professional immediately to be evaluated and find out if you have suffered dangerous physical problems due to your use of Vioxx.

For more information about Vioxx side effects please click here to visit our Vioxx website.

**If you or a loved one has suffered as a result of taking the prescription drug Vioxx, contact an experienced Vioxx Lawyer at Nadrich & Cohen, LLP.**

THE LAW OFFICES OF

# Nadrich & Cohen

## 1-800-718-4658

Vioxx Side Effects Lawyer Arthritis Drug Vioxx Attorneys

Unumprovident / Denial of Benefits

**Other Types of Claims**

Asbestos/Mesothelioma

Lead Paint Exposure

Negligent Security

Product Recall Information

Social Security Claims

Toxic Molds

Medical Malpractice

Human Tissue Recall

Tissue Transplant Recall

Copyright © 2007 - Law Offices of Nadrich & Cohen, LLP. - Vioxx Lawyers - Pharmaceutical Error Attorneys - Personal Injury serving the counties of Los Angeles, Orange, San Bernardino, Riverside, San Diego, San Francisco and the Bay Area. All rights re

California Vioxx Attorney Disclaimer: The California Vioxx, Vioxx side effects, drug error, pharmaceutical error, wrong dangerous drug, drug recall, or other legal information presented at this site should not be construed to be formal legal advic formation of a lawyer or attorney client relationship. Any results set forth herein are based upon the facts of that particular ca not represent a promise or guarantee. Please contact a California Vioxx Lawyer or Pharmaceutical Error Attorney for a consultati particular personal injury matter. This web site is not intended to solicit clients for matters outside of the state of California.

FAQ's: Do you specialize in automobile accidents? » Are your attorneys available anywhere in California? »
What types of personal injury cases do you represent? » Does your law firm represent defective drug or product recall injuries
Do you represent injury claims in the Los Angeles area? » Why should I choose your law firm? »
What is a personal injury lawsuit? » How many years of personal injury legal experience do you have? »
How do I know what my personal injury legal rights are? » Can your law firm win my personal injury settlement?

Home » Site Map » RLE » Contact Us

About Our Law Firm: Victories & Settlements » Meet Our Team » Ten Reasons to Hire Us » How We Can Help You »
How We Work For You » Mission Statement » What Is Your Case Worth » Affiliate Firms »

Articles & Information: Selecting The Right Lawyer For Your Case » What Is The \$ Value Of My Claim? » Frequently Asked Que
Finding A Lawyer » What To Do In An Accident » Personal Injury Claim Process » Importance of Selecting the Best Attorne
The Car Insurance You Don't Need » Beating The Insurance Co. » Auto Insurance » Gap Insurance » Vehicular Accidents Q
Auto Accident Victims Compensation » Deadlines For Filing Claims » Resource Links » Legal Dictionary » International Inquir
Attorney Referral Policy » Contingency Fees » Nation's Highway Fatality Rate » Recall Updates » The Truth About Insurance Con
What To Do In A Slip & Fall Accident

Contact us today: 1-800-718-4658

# EXHIBIT 37

100434

Time of Request: Friday, October 19, 2007   11:22:49 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 38
Job Number:       2842:54517253

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 53
Source: Transcripts
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/6/2004))

Focus Terms: vioxx & (wls or wgn or wmaq or wgn or wbbm or cltv) and date(geq
    (9/30/2004) and leq (9/30/2004))

Send to:   WYATT, GEOFF
           O'MELVENY & MYERS - CSAMP
           1625 "I" ST. NW FL 10
           WASHINGTON, DC 20006

FOCUS - 53 of 64 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



**Video Monitoring Services of America**

**SHOW:** ABC 7 News

September 30, 2004, Thursday 11:00-12:00 CT

**NETWORK:** WLS-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 120 words

**BODY:**

START: 00:29:56

Teased Segment - Arthritis Drug; Merck is voluntarily recalling the arthritis drug Vioxx.
Visual - bottle of Vioxx. Vioxx may increase the risk of heart attack and stroke. Arcoxia is a new arthritis treatment.
Press Conference - Peter Kim, Merck Research president, there was an increased risk for confirmed cardiovascular events in patients taking Vioxx.
Visual - exterior of Merck facility.
Interview - Calvin Brown, Rush University Medical Center, some patients can have an allergy to Celebrex.
Interview - Dawn Purnell, pharmacy manager, we can call their physicians and see if they would like us to change it over to something else. Evelyn Holmes reporting. :LR
END: 00:32:22

**SEGMENT-ID:** 29

**PROGRAM-ID:** wls11000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  11:22:49 EST

Print Number:    2842:54517253
Number of Lines: 38
Number of Pages: 1

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  38

100434

Time of Request: Friday, October 19, 2007   11:25:24 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 38
Job Number:      1823:54517809

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 42
Source: Transcripts
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/6/2004))

Focus Terms: vioxx & (wls or wgn or wmaq or wgn or wbbm or cltv) and date(geq
    (9/30/2004) and leq (9/30/2004))

Send to:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

FOCUS - 42 of 64 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** News 2 Chicago

September 30, 2004, Thursday 16:00-17:00 CT

**NETWORK:** WBBM-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 111 words

**BODY:**

START: 00:00:15
Merck; Vioxx is being recalled by
Visual - Merck due to an increased risk of heart attack and stroke.
Press Conference - Raymond V. Gilmartin, Merck Chairman & CEO, talks about the Vioxx recall.
Interview - a Vioxx user says that he wanted to be switched back to Celebrex.
Visual - Vioxx pills and bottle.
Visual - Celebrex bottle.
Visual - Bextra bottle.
Interview - Kevin F. Walsh, Edward Hospital, says that the problem becomes more obvious when others start using it.
Interview - Vincent Bufalino, MD, Edward Heart Hospital, says that the drug is part of a class and that we don't know its total effects. :LR
END: 00:02:16

**SEGMENT-ID:** 2

**PROGRAM-ID:** wbbm16000930

**LOAD-DATE:** October 14, 2004

100434

\*\*\*\*\*\*\*\*\*\* Print Completed \*\*\*\*\*\*\*\*\*\*

Time of Request: Friday, October 19, 2007  11:25:24 EST

Print Number:    1823:54517809
Number of Lines: 38
Number of Pages: 1

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT 39

100434

**Time of Request:** Friday, October 19, 2007   11:27:08 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 36
**Job Number:**      1862:54518463

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 4
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx & (wls or wgn or wmaq or wgn or wbbm or cltv) and date(geq
   (9/30/2004) and leq (9/30/2004))

**Send to:**  WYATT, GEOFF
            O'MELVENY & MYERS - CSAMP
            1625 "I" ST. NW FL 10
            WASHINGTON, DC 20006

FOCUS - 4 of 64 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



**VMS**

Video Monitoring Services of America

**SHOW:** ChicagoLand News At 11

September 30, 2004, Thursday 23:00-23:30 CT

**NETWORK:** CLTV

**MEDIUM:** Cable

**TYPE:** Local Cable

**LENGTH:** 74 words

**BODY:**

START: 00:27:15

Teased Segment - Medical Watch; Vioxx is being recalled by Merck.
Interview - Dr. Ann Chadfra, talks about alternatives.
Visual - Vioxx.
Press Conference - Raymond Gilmartin, Merck and Co., announces recall.
Visual - Merck office.
Visual - Advil, which doesn't thin blood.
Visual - Celebrex, a possible alternative, but it may have the same heart risks as Vioxx. Dina Bair reporting. :LR
END: 00:29:40

**SEGMENT-ID:** 17

**PROGRAM-ID:** cltv23000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  11:27:08 EST

Print Number:    1862:54518463
Number of Lines: 36
Number of Pages: 1

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT 40

100434

Time of Request: Friday, October 19, 2007   11:21:39 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 38
Job Number:      1821:54517049

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 63
Source: Transcripts
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/6/2004))

Focus Terms: vioxx & (wls or wgn or wmaq or wgn or wbbm or cltv) and date(geq
    (9/30/2004) and leq (9/30/2004))

Send to: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

FOCUS - 63 of 64 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



**vms**

Video Monitoring Services of America

**SHOW:** NBC 5 News At

September 30, 2004, Thursday 11:00-11:30 CT

**NETWORK:** WMAQ-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 124 words

**BODY:**

START: 00:14:45

Teased Segment - Vioxx; Merck is recalling arthritis drug Vioxx after evidence suggested prolonged use may increase the risk of heart attack and stroke.
Visual - Clips of Vioxx commercial.
Visual - Exterior Merck.
Press Conference - Dr. Peter S. Kim, Pres., Merck Laboratories, While acknowledging that many patients have benefited from Vioxx, we believe the withdraw is in the best interest of patients.
Interview - Dr. Deepak Bhatt, Cleveland Clinic, There is an overwhelming amount of Data that Vioxx is associated with heart attack risk. Vioxx causes 50% greater risk of cardio-vascular difficulties than patients on Celebrex.
Visual - Bottles of Vioxx. Michelle Franzen reporting. :LR
END: 00:16:32

**SEGMENT-ID:** 18

**PROGRAM-ID:** wmaq11000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  11:21:39 EST

Print Number:    1821:54517049
Number of Lines: 38
Number of Pages: 1

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  41

100434

Time of Request: Friday, October 19, 2007   11:24:38 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 33
Job Number:     1821:54517693

Research Information

Service:    FOCUS(TM) Feature
Print Request: All Documents 49
Source: Transcripts
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/6/2004))

Focus Terms: vioxx & (wls or wgn or wmaq or wgn or wbbm or cltv) and date(geq (9/30/2004) and leq (9/30/2004))

Send to: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

FOCUS - 49 of 64 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



**VMS**

Video Monitoring Services of America

**SHOW:** WGN Morning News

September 30, 2004, Thursday 08:00-09:00 CT

**NETWORK:** WGN-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 37 words

**BODY:**

START: 00:37:59
Vioxx.; Merck has announced that they will take their Vioxx off of the market because of recent trials that say it can cause heart attacks and strokes.
Visual - bottle of Vioxx. :LR
END: 00:38:31

**SEGMENT-ID:** 36

**PROGRAM-ID:** wgn08000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007   11:24:38 EST

Print Number:   1821:54517693
Number of Lines: 33
Number of Pages: 1

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT 42

100434

**Time of Request:** Friday, October 19, 2007   17:35:30 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 36
**Job Number:**      1823:54599491

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 18
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx & (kmov or ksdk or kdnl) and date geq (9/30/2004)

**Send to:**  WYATT, GEOFF
             O'MELVENY & MYERS - CSAMP
             1625 "I" ST. NW FL 10
             WASHINGTON, DC 20006

FOCUS - 18 of 27 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



**VMS**

Video Monitoring Services of America

**SHOW:** Channel 4 News

September 30, 2004, Thursday 17:00-17:30 CT

**NETWORK:** KMOV-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 77 words

**BODY:**

START: 00:03:59

Teased Segment - Vioxx recall; Vioxx pain drug recalled due to health risks.
Interview - Patient discusses pain in knee, use of Vioxx, says she would take it despite risks.
Visual - Vioxx container, Merck logo.
Interview - Dr. Mathew Matava of Washington University describes health risks of drug.
Graphic - Results of FDA study on heart attack risks.
Graphic - Info on Merck stock. Lisa Manzo reporting. :LR
END: 00:06:04

**SEGMENT-ID:** 6

**PROGRAM-ID:** kmov17000930

**LOAD-DATE:** October 14, 2004

100434

```
********** Print Completed **********

Time of Request: Friday, October 19, 2007  17:35:30 EST

Print Number:    1823:54599491
Number of Lines: 36
Number of Pages: 1
```

```
Send To: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006
```

# EXHIBIT 43

100434

Time of Request: Friday, October 19, 2007   17:34:16 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 36
Job Number:      1822:54599333

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 25
Source: Transcripts
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/6/2004))

Focus Terms: vioxx & (kmov or ksdk or kdnl) and date geq (9/30/2004)

Send to: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

FOCUS - 25 of 27 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Newschannel 5 At Five

September 30, 2004, Thursday 17:00-17:30 CT

**NETWORK:** KSDK-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 70 words

**BODY:**

START: 00:11:05

Teased Segment - Vioxx; Merck is voluntary recalling Vioxx due to an increase risk in heart attack and stroke.
Visual - Vioxx. Vioxx is used to treat arthritis.
Visual - Merck building.
Interview - Dr peter S Kim, Merck research Labs, comments on recall.
Visual - Celebrex.
Interview - Dr Deepak Bhatt, Cardiologist, comments on risks.
Visual - NY Stock Exchange. :LR
END: 00:12:47

**SEGMENT-ID:** 14

**PROGRAM-ID:** ksdk17000930

**LOAD-DATE:** October 14, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  17:34:16 EST

Print Number:    1822:54599333
Number of Lines: 36
Number of Pages: 1

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT 44

Copyright 2004 Chicago Sun-Times, Inc.
Chicago Sun-Times

October 1, 2004 Friday

**SECTION:** NEWS; Pg. 3

**LENGTH:** 642 words

**HEADLINE: Arthritis drug pulled by maker;**
Study shows Vioxx could increase risk of heart attack, stroke

**BYLINE:** Lori Rackl

**BODY:**

Before Eileen Burden began taking the popular arthritis drug Vioxx, her joints ached so much she could barely get dressed in the morning.

A few months later, the 65-year-old Elk Grove Village woman felt good enough to take part in an AARP triathlon.

The drug she credits with helping her "get my life back" was abruptly pulled from pharmacy shelves Thursday by its maker, Merck & Co. Inc. Merck voluntarily yanked the blockbuster pain reliever off the market after a new study showed the prescription drug -- taken by about 2 million Americans for everything from arthritis to post-operative pain -- increased the risk of heart attacks and strokes after 18 months of use.

The news left Burden and many others in a quandary, wondering what to do now that Vioxx would no longer be an option.

"My phone hasn't stopped ringing all day," said Dr. Michael Ellman, a rheumatologist at University of Chicago Hospitals. Ellman and other physicians spent much of Thursday finding their patients alternative medications that their insurance would cover. "There are a lot of unhappy people because Vioxx seemed to work better for them than the other drugs."

When Vioxx and other medicines known as COX-2 inhibitors hit the market in 1999, they were hailed as "super aspirin" because of their ability to reduce inflammation and pain without causing irritating and potentially deadly stomach bleeding, a downside of traditional nonsteroidal anti-inflammatory drugs such as aspirin or ibuprofen.

It didn't take long for researchers to raise red flags about the potentially dangerous cardiovascular side effects of Vioxx, especially when taken at doses higher than 25 milligrams. Safety concerns prompted the Food and Drug Administration in 2001 to require that Merck add a new warning to the Vioxx label.

In August, an analysis of reports from patients and doctors found more heart attacks and strokes in those taking Vioxx or Celebrex, another COX-2 drug, than in those on conventional nonsteroidal anti-inflammatories.

The FDA said it will closely monitor all COX-2 drugs, but doctors said the risks appear to be greatest with Vioxx, the only such drug to be taken off the market so far. And those risks

likely will go away quickly once the patient stops taking the drug, according to Dr. Alastair J.J. Wood, professor of medicine and pharmacology at Vanderbilt University Medical Center.

After hearing the news about Vioxx, staff at Midwest Heart Specialists searched the records of all of their patients.

"We're in the midst of calling 1,600 patients to tell them to stop taking the drug," said Dr. Vincent Bufalino, president of the suburban heart practice and medical director of Edward Heart Hospital in Naperville.

Rich Ringelstein of Naperville was particularly worried when he heard the news because he'd had heart bypass surgery a decade ago. He has been taking Vioxx for osteoarthritis.

"I went straight to my drug cabinet and threw it in the garbage," said Ringelstein, 62. "I'm going back to Celebrex."

Contributing: *Sun-Times wires*

*VIOXX ALTERNATIVES*

*Patients on Vioxx should talk to their doctors about possibly switching to one of these drugs.*

*Other COX-2 inhibitors: Celebrex, Bextra.*

*Prescription nonsteroidal anti-inflammatories, or NSAIDs: Clinoril, Orudis, Oruvail, Meloxicam.*

*Over-the-counter NSAIDs: aspirin, ibuprofen (Motrin, Advil), naproxen (Aleve).*

*HOW TO GET A REFUND*

*Some pharmacies may give a refund for patients' unused Vioxx, or you can mail back the remaining pills in the original container along with a pharmacy receipt to:*

*NNC Group*

*Merck Returns*

*2670 Executive Dr.*

*Indianapolis, Ind. 46241*

*Include a note with the patient's name, address and phone number. The company will reimburse the cost of the full prescription plus regular shipping. Get more information at www.vioxx.com or by calling (888) 368-4699.*

**GRAPHIC:** Eileen Burden of Elk Grove Village says Vioxx helped her fight arthritis pain so well that she was able to participate in a triathlon. Now she and other users are wondering what can take its place. CHARTS; See below. Tom Cruze

**LOAD-DATE:** October 28, 2004

# EXHIBIT  45

Copyright 2004 Chicago Tribune Company
Chicago Tribune

October 1, 2004 Friday
RedEye Edition

**SECTION:** Pg. 11

**LENGTH:** 291 words

**HEADLINE:** Sheriff to release Bryant records

**BODY:**

Some previously sealed documents and evidence from the sexual assault case against Kobe Bryant will be released Friday, the Eagle County, Colo., sheriff's office said Thursday.

The records could include a transcript of the NBA star's interview with investigators, statements from some witnesses, an arrest affidavit and investigators' reports.

They also could include phone records and other documents.

LOAN LOOPHOLE TARGETED: Congress is trying to end a practice that gives lenders a guaranteed return of 9.5 percent on student loans financed by tax-exempt bonds. The government must pay lenders the interest that is not covered by students. A bill introduced Thursday shifts the spending to teachers, giving them $17,500 in loan forgiveness.

MT. ST. HELENS TO ERUPT?: The flurry of earthquakes at Mt. St. Helens in southwest Washington intensified further Thursday, and one scientist put the chance of a small eruption happening in the next few days at 70 percent.

RIGHT-TO-DIE LAWYER QUITS: The lead attorney for the parents of a woman at the center of a right-to-die dispute announced his withdrawal from the case Thursday in St. Petersburg, Fla. Pat Anderson is quitting after more than three years representing Bob and Mary Schindler, Terri Schiavo's parents.

**ARTHRITIS DRUG RECALLED:** Vioxx, the blockbuster arthritis drug heavily promoted on TV and taken by tens of millions of people, was pulled from the market by New Jersey-based Merck on Thursday after a study found it doubled the risk of heart attacks and strokes. Experts advised patients to immediately stop taking Vioxx and talk to their doctors about alternatives.

Compiled from news services and edited by Curt Wagner (cwwagner@tribune.com) and Victoria Rodriguez (vrodriguez@tribune.com)

**NOTES:** F.Y.I. NATION
EXPRESS LANE. Around the nation in 10 items or fewer

**LOAD-DATE:** October 2, 2004

# EXHIBIT 46

Case 2:05-md-01657-EEF-DEK Document 12725-14 Filed 10/23/07 Page 39 of 45
Page 2 of 5

10/1/04 Chi. Trib. 1
2004 WLNR 19803016

CHICAGO TRIBUNE
Copyright 2004 Chicago Tribune Company

October 1, 2004


Section: Business


Merck withdraws arthritis drug
Vioxx increased danger to heart
Bruce Japsen, Tribune staff reporter.

Pharmaceutical giant Merck & Co. said Thursday it will halt worldwide sales of its
popular arthritis drug   Vioxx   in the wake of new data showing increased risk of
heart attacks and stroke.

Some 2 million people worldwide are taking the drug, making Merck's move one of the
largest prescription drug withdrawals in history. Since the arthritis medicine was
introduced in 1999, roughly 84 million prescriptions have been written for it.

"We are taking this action because we believe it best serves the interests of
patients," said Raymond Gilmartin, chairman and chief executive of Merck. "Given
the availability of alternative therapies and the questions raised by the data, we
concluded that a voluntary withdrawal is the responsible course to take."

Sales of Vioxx already had been deteriorating during the last two years following
several observational studies and analysis of medical claims that showed the drug
caused cardiovascular problems.

But Merck was not convinced. It stood by the product until Thursday, when it said
it was able to view comparative data from a clinical trial of what it called a
"broad base" of patients comparing their experience on the medication to those who
took a placebo.

That trial, which looked at whether Vioxx could prevent some cancers, showed that
the drug at a 25-milligram dose doubled the "risk of a cardiovascular event," the
company said.

"Some of us in the medical profession have seen this coming and have been
discussing this with patients," said Dr. Calvin Brown, an associate professor of
rheumatology at Rush University Medical Center in Chicago. "I don't think Merck hid
anything, but they saw the glass as half full but many of us in the medical
profession saw it as half empty."

The stakes were high for Merck, which generated more than $2 billion a year in
sales from a drug that has been among the top 20 medications in the U.S. in terms
of sales.

Vioxx accounted for 11 percent of Merck's $22.5 billion in sales and was needed as
the drugmaker faces the loss of patent protection for other top-sellers, such as
the company's popular cholesterol drug Zocor, which could face generic competition
in 2006.

On news of the product withdrawal, Merck shares plunged $12.07, or 27 percent, to $33 in heavy trading on the New York Stock Exchange.

Earnings to fall

Merck said the Vioxx move will trim 50 to 60 cents a share from its earnings for the rest of the year because of foregone sales, write-offs of inventory held by Merck, customer returns of product and related costs of the withdrawal.

"It's a disaster for Merck, coming at the worst time," health-care analyst Hemant Shah of HKS & Co. in Warren, N.J., told The Associated Press.

Vioxx had been part of a "super-aspirin" drug class known as cox-2 inhibitors, a group of medications hailed for longer-term use because they do not harm the lining of the stomach as do aspirin and ibuprofen, which are known as "non-steroidal anti-inflammatories."

The drug was primarily used to treat people suffering from osteoarthritis, a disease of the joints affecting more than 20 million Americans.

Given the latest news on Vioxx, at least one consumer group said patients should also stop using the two other most-prescribed cox-2 inhibitors, Celebrex and Bextra, which are sold by Pfizer Inc.

"Today's announcement by Merck is the latest evidence that this family of drugs, the cox-2 inhibitors, once referred to as `super-aspirins' are turning out to be more like super-disasters," said Dr. Sidney Wolfe, Director of Public Citizen's Health Research Group.

Drugs have defenders

But Pfizer and some doctors defended Celebrex and Bextra, saying available data and clinical studies have not shown problems similar to the cardiovascular issues with Vioxx.

"The cardiovascular data for Celebrex and Bextra in the long-term arthritis studies has been good," said Dr. Gail Cawkwell, Pfizer's worldwide medical director for Celebrex.

Celebrex, the nation's most widely prescribed cox-2, was developed by the former G.D. Searle & Co. of Skokie, which was part of Pfizer's purchase last year of Pharmacia Corp. Pfizer has since closed the Searle operation.

Merck's latest study covered three years and was the first study "of this length ever conducted with a cox-2 inhibitor," the New Jersey-based drugmaker said in a statement.

In the first 18 months of the study, Merck said, there was no difference in the risk of heart attack or stroke in patients taking Vioxx or a placebo. "Beginning after 18 months, however, the risk of cardiovascular event did increase among those on Vioxx," said Merck's Gilmartin.

Clinical trial

In the three-year clinical trial of 2,600 patients, where half were on placebo and half on Vioxx, 3.5 percent of the Vioxx patients suffered a heart attack or stroke, while only 1.9 percent of the patients in the placebo group suffered a cardiovascular event, the FDA said.

The FDA said patients should stop taking the drug and schedule an appointment with their doctors to discuss what medication they should now take. "We agree with Merck's actions and believe they did the right thing," an FDA official said in a conference call Thursday.

Merck said the company believed it could have continued to market the drug by adding information to its warning label.

FDA officials declined to say whether they had been planning to force Merck to recall the drug if it had not done so voluntarily.

The FDA said neither Merck nor the agency had calculated the number of cardiovascular events in the general population.

- - -

Some answers about the Vioxx recall

Q. If I've been on Vioxx, do I face a higher risk of heart problems in the future?

A. "The answer to that is almost certainly `no.' The drug's effects disappear very quickly," so stopping it should reverse risk, said Dr. Alastair J.J. Wood, associate dean of Vanderbilt University Medical Center.

Q. Is it safe to stop taking Vioxx suddenly, or should people go off the drug slowly?

A. People can and should stop taking the drug immediately. It is used to treat only arthritis pain symptoms, not the underlying disease.

Q. What made Vioxx so good for arthritis?

A. Many pain relievers called non-steroidal anti-inflammatory drugs work against two enzymes, cox-1 and cox-2, that cause inflammation and pain. Cox-1 is found in the stomach, and drugs that attack it often cause upset stomachs and ulcers. Vioxx and other so-called cox-2 inhibitors attack just that enzyme, minimizing stomach side effects.

Q. Are other cox-2 inhibitors safe?

A. All drugs of this type can raise blood pressure, but only Vioxx has been linked to higher risk of heart attack, stroke and other cardiovascular problems, FDA officials say.

Q. Can I get a refund on unused Vioxx?

A. Yes. Merck will require patients to mail back the unused drug in the original container, along with a pharmacy receipt, to: NNC Group, Merck Returns, 2670 Executive Drive, Indianapolis 46241. A note with the patient's name, address and phone number should be included.

More instructions and information are available through the Internet at www.vioxx.com and www.merck.com or by calling (888) 368-4699.

Copyright © 2004 Chicago Tribune Company

---- INDEX REFERENCES ----

COMPANY: ESPERION THERAPEUTICS INC; PHARMACIA CORP; SEARLE AND CO; MONSANTO CO; PFIZER INC; VANDERBILT UNIVERSITY; PFIZER; NEW YORK STOCK EXCHANGE INC; MERCK AND

CO INC; NNC GROUP

NEWS SUBJECT: (Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY: (Healthcare (1HE06); Allergy & Immunology (1AL96); Analgesics (1AN10);
Pharmaceuticals & Biotechnology (1PH13); Pain Management (1PA72); Inflammatory
Diseases (1IN19); Arthritis (1AR77); Orthopedics & Rheumatology (1OR79); Internal
Medicine (1IN54); Healthcare Practice Specialties (1HE49); Manufacturing (1MA74))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

OTHER INDEXING: (FDA; HKS CO; MERCK; MERCK CO; MERCK RETURNS; NEW YORK STOCK
EXCHANGE; NNC GROUP; PFIZER; PFIZER INC; PHARMACIA CORP; PUBLIC CITIZENS HEALTH
RESEARCH GROUP; RUSH UNIVERSITY MEDICAL CENTER; SEARLE; SEARLE CO; VANDERBILT
UNIVERSITY MEDICAL CENTER; VIOXX)  (Alastair J.J. Wood; Bextra; Calvin Brown;
Celebrex; Gail Cawkwell; Gilmartin; Hemant Shah; Pharmaceutical; Raymond Gilmartin;
Sidney Wolfe)

KEYWORDS: MEDICINE; PRODUCT; DECISION; CONSUMER; GUIDELINE

EDITION: Chicago Final

Word Count: 1425
10/1/04 CHICAGOTR 1
END OF DOCUMENT

# EXHIBIT  47

10/1/04 St. Louis Post-Dispatch A06
2004 WLNR 1316276

St. Louis Post-Dispatch (MO)
Copyright (c) 2004 St. Louis Post-Dispatch

October 1, 2004

Section: News

Alternatives and answers for consumers

The Associated Press

Consumers looking for alternatives to  Vioxx  have plenty of effective painkillers to choose from, ranging from similar prescription drugs like Celebrex to that old medicine chest standby, aspirin. Here are answers for consumers:

Q. If I've been on Vioxx, do I face a higher risk of heart problems in the future?

A. "The answer to that is almost certainly 'no'. The drug's effects disappear very quickly," so stopping it should reverse risk, said Dr. Alastair J.J. Wood, professor of medicine and pharmacology and associate dean of Vanderbilt University Medical Center.

Q. What about children? Some take it for juvenile arthritis.

A. No safety problems have been seen in children, according to the Food and Drug Administration, but Vioxx is being withdrawn from the market for everybody.

Q. Is it safe to stop taking Vioxx suddenly or should people go off the drug slowly?

A. People can and should stop taking the drug immediately. It is only used to treat arthritis pain symptoms, not the underlying disease.

Q. Are other Cox-2 inhibitors safe?

A. All drugs of this type can raise blood pressure, but only Vioxx has been linked to higher risk of heart attack, stroke and other cardiovascular problems, FDA officials say.

Q. What can people take in place of Vioxx?

A. Two other Cox-2 inhibitors are sold in the United States -- Celebrex and Bextra. Other nonsteroidal anti-inflammatory drugs available by prescription include sulindac, sold as Clinoril, and ketoprofen, sold as Orudis and Oruvail. Nonprescription pain relievers include aspirin, ibuprofen (Advil), acetaminophen (Tylenol) and naproxen (Aleve).

Q. Can I get a refund on unused Vioxx?

A. Yes. Merck will require patients to mail back the unused drug in the original container, along with a pharmacy receipt, to: NNC Group, Merck Returns, 2670 Executive Drive, Indianapolis, Ind. 46241. A note with the patient's name, address and phone number should be included. The company will reimburse the cost of the full prescription plus regular shipping.

More instructions and information are available through the Internet at www.vioxx.com and www.merck.com or by calling 888-368-4699. Doctors are being asked to send back samples, and pharmacists will be contacted by Merck representatives on returning unsold inventory.

WITHDRAWAL OF VIOXX

®  2007 Thomson/West. No Claim to Orig. US Gov. Works.

---- INDEX REFERENCES ----

NEWS SUBJECT:   (Health & Family (1HE30); Major Corporations (1MA93))

INDUSTRY:   (Healthcare (1HE06); Analgesics (1AN10); Pharmaceuticals & Biotechnology
(1PH13); Orthopedics & Rheumatology (1OR79); Internal Medicine (1IN54); Healthcare
Practice Specialties (1HE49); Manufacturing (1MA74); Prescription Drugs (1PR52))

Language:   EN

OTHER INDEXING:   (BEXTRA; CELEBREX; EXECUTIVE DRIVE; MERCK; MERCK RETURNS; VANDERBILT
UNIVERSITY MEDICAL CENTER; **VIOXX**)   (Alastair J.J. Wood; Drug; Nonprescription; Vioxx)
(pain-killers;pharmaceutical industry)

EDITION: Five Star Late Lift

Word Count: 459
10/1/04 STLSPD A06
END OF DOCUMENT

®   2007 Thomson/West. No Claim to Orig. US Gov. Works.