# EXHIBIT 65

897029v.1

Copyright 2004 P.G. Publishing Co.
Pittsburgh Post-Gazette (Pennsylvania)

October 1, 2004 Friday SOONER EDITION

**SECTION:** SCIENCE, MEDICINE, TECHNOLOGY, Pg.A-1

**LENGTH:** 1125 words

**HEADLINE: PAINKILLER VIOXX PULLED FROM MARKET**

**BYLINE:** CHRISTOPHER SNOWBECK, PITTSBURGH POST-GAZETTE

**BODY:**
Merck & Co. Inc. yesterday said it is pulling Vioxx, its blockbuster arthritis and pain drug, from the market after new data showed an increased risk of heart attacks and strokes among patients taking it.

Merck's stock plunged almost 27 percent as the pharmaceutical giant said the recall will hurt its earnings.

"It's a disaster for Merck, coming at the worst time," said independent health care analyst Hemant Shah of HKS & Co. in Warren, N.J.

Merck is one of the nation's mostly widely held stocks, particularly by mutual funds, and the announcement dragged the market indexes down with it, turning what would have been a gain for Dow industrials into a slight loss.

About 2 million people worldwide use Vioxx, Merck said, and 84 million prescriptions have been filled since it came on the market in 1999. It is one of Merck's most important drugs, with $1.8 billion in U.S. sales in 2003 and $2.5 billion in sales worldwide -- 11 percent of the company's $22.49 billion in revenue that year.

Doctors predicted a huge impact in the Pittsburgh area, where the medicine has been widely used, in part because of the large concentration of senior citizens.

"It's a huge drug," said Dr. Robert Schoen, associate professor of medicine and epidemiology at the University of Pittsburgh. Schoen noted that concerns about cardiovascular damage had already dented sales.

Schoen was an investigator in a multicenter trial that was halted because of the troublesome findings about heart attacks and strokes that triggered the decision by Merck to voluntarily withdraw the drug. The study considered whether Vioxx could safely and effectively prevent the recurrence of precancerous growths in the colon.

About 60 people were enrolled in the study through Pitt and it's likely that some of the poor cardiovascular outcomes that prompted the withdrawal involved local patients, Schoen said. As a percentage of the whole, though, Pitt's patients constituted just a fraction of the roughly 2,600 study participants.

The study randomly assigned participants to receive either Vioxx or a placebo, and local investigators didn't know which patients were in which group.

"I'm sure that we contributed to the finding in that we had events [such as heart attacks and strokes], and I'm sure some were in the placebo group and some were in the active [medication] group," Schoen said.

"But I'm not in a position to notify any of my patients whether they were adversely affected by the drug," he said.

Schoen stressed that risk from Vioxx is connected to long-term use and said once stopped, the drug leaves the patients in a few days.

"Many of the participants had medical conditions such as diabetes or hypertension or even a history of heart disease, so we can't tell -- maybe it's just a consequence of other medical problems."

The 60 people enrolled in the study through Pitt are a drop in the bucket compared to total usage in the region.

During the first six months of this year alone, about 30,000 people enrolled in Highmark Blue Cross Blue Shield health plans filled 75,500 prescriptions for Vioxx. Just in August, the state's PACE and PACENET programs provided discounted Vioxx prescriptions to 6,600 people.

Officials at both the PACE program and Highmark indicated, however, that the popularity of Vioxx had slipped, with patients receiving more prescriptions for Celebrex, a similar drug made by Pfizer.

Vioxx and Celebrex are two of at least three drugs on the market that belong to a family of drugs known as COX-2 inhibitors ---- so-named because they inhibit an enzyme called COX-2 that is involved in inflammation and pain. They are, in turn, part of a broader category of pain relievers called nonsteroidal anti-inflammatory drugs, or NSAIDs.

FDA approved Vioxx in 1999 for the reduction of pain and inflammation caused by osteoarthritis, as well as for acute pain in adults and for the treatment of menstrual pain. At that time, the drug was shown to have a lower risk of causing gastrointestinal ulcers and bleeding than other NSAIDs, such as ibuprofen and naproxen.

Initial studies of Vioxx showed some increased cardiovascular risk, but those tests pitted Vioxx against the old NSAIDs, said Dr. Kelly Krohn, director of clinical research at Mercy Hospital.

The older drugs work in a way that protects against heart attacks, so it was unclear whether the relatively poor results in Vioxx patients were simply due to the lack of the protective function or were caused by the drug itself.

Doctors in practice made up for this deficiency in Vioxx by prescribing a baby aspirin for patients who needed it, said Krohn.

The colon cancer trial provided unambiguous results because half of patients received no medication. In that setting, the cardiovascular risk could be more clearly attributed to Vioxx itself, Krohn said.

Dr. Jack Kabazie, medical director of the Institute for Pain Medicine at West Penn Hospital, said he couldn't put a precise figure on the number of patients in his practice who will be affected. The good news, Kabazie said, is that patients cans try alternatives such as Celebrex and another Pfizer drug called Bextra.

"We expect a lot of calls," Kabazie said. "We've already pulled our samples off the shelves."

Irene Mancak, 74, of West Homestead, isn't so optimistic about substituting another drug for Vioxx. She tried Celebrex to treat knee pain three years ago, but the drug did nothing, Mancak said.

Mancak said Vioxx has provided so much pain relief that she has been able to avoid knee surgery. She might have to reconsider that decision, she said, if alternative medicines don't help.

Jeff Weber, 50, of Hempfield, was similarly blue yesterday. Weber suffers from pain in his knees, back, shoulder and elbows ---- consequences of playing sports as a youth followed by decades of wear and tear. He tried other drugs, but nothing worked like Vioxx.

Weber will savor the last 13 or 14 pills in his medicine bottle -- he thinks the FDA is justified in its warning, but believes his heart can survive the drug for another month.

"I remember my knees were hurting so bad one day, and I took the Vioxx," he said. "Within like 30 minutes, everything went away."

Medical experts advised patients Thursday to stop taking Vioxx and consult their doctor about alternatives.

Merck said the recall will slash about 50 cents to 60 cents a share from its earnings for the rest of this year. That includes foregone sales, writeoffs of inventory held by Merck, customer returns of product previously sold and other costs of the pullback. Merck expects foregone fourth quarter sales of Vioxx of $700 million to $750 million alone.

**NOTES:**
Christopher Snowbeck can be reached at csnowbeck@post-gazette.com or 412 263-2625. The Associated Press contributed to this report.

**GRAPHIC:**
INFORMATIONAL GRAPHIC: By Post-Gazette: (VIOXX NO LONGER AVAILABLE)

**LOAD-DATE:** October 1, 2004

# EXHIBIT 66

Copyright 2004 Wilkes Barre Times Leader
All Rights Reserved

TIMES◆LEADER
Found on TimesLeader.com
Wilkes Barre Times Leader

October 1, 2004 Friday HAZLETON EXTRA EDITION

**SECTION:** NEWS; Pg. 1A

**LENGTH:** 438 words

**HEADLINE:** OPTIONS ARE AVAILABLE, W-B PHARMACIST SAYS

**BYLINE:** JERRY **LYNOTT** jlynott@leader.net

**BODY:**
The recall of the popular arthritis drug **Vioxx** isn't reason to panic. An area pharmacist and rheumatologist said other effective medications are available.

"Fortunately there are alternatives," said Dr. Martin Blidner, a Wilkes-Barre rheumatologist.

He first learned of the recall from television and later had calls from pharmaceutical company representatives.

Blidner said he is no longer prescribing the medication and is in the process of switching patients to other drugs.

"I think the patients are just as surprised as doctors," Blidner said. The medication had been widely prescribed for treatment of osteoarthritis, rheumatoid arthritis and pain.

For anyone taking the drug, Blidner advised that they stop and notify their doctor. "They should not panic."

Blidner and Bill Ryan of the Arthritis Foundation of Eastern Pennsylvania said Merck & Co. did the right thing with the recall.

"We applaud Merck's decision to withdraw **Vioxx** and its desire to keep the best interest of the patient in mind," said Ryan, interim president and vice president of advocacy.

At Triangle Pharmacy in Fairview Township the competing brand name prescription Celebrex outsells **Vioxx,** said John Yuscavage, pharmacist and co-owner.

The most popular strength of **Vioxx,** the 25 milligram tablet taken once a day, costs $90 for 30-day supply, Yuscavage said.

Celebrex, which costs about the same amount, will likely benefit from the recall, he said. Other prescription medications such as Bextra and Mobic and over-the-counter drugs such as ibuprofen could fill in the void left by the recall.

Yuscavage said he received a few phone calls about the recall and is advising patients who have the medication to return it to the pharmacy for a refund. He will return the collected

prescriptions to the manufacturer.

Jerry Lynott, a Times Leader staff writer, may be reached at 829-7237.

USEFUL TO YOU

What: **Vioxx** is a nonsteroidal anti-inflammatory drug used to reduce the pain and inflammation. The manufacturer Merck & Co. voluntarily withdrew the prescription medication from the worldwide market on Thursday after a clinical trial showed an increase risk of heart attack and stroke.

What to do: Stop taking the drug and contact your doctor to inquire about an alternative treatment.

Where to get additional information: The Arthritis Foundation in Wilkes-Barre, 570 823-2888.

CUTLINE:

TIMES LEADER STAFF PHOTO/S. JOHN WILKIN

Pharmacist John Yuscavage, co-owner of Triangle Pharmacy in Fairview Township,

is advising patients who have the medication **Vioxx** to return it to the pharmacy for a refund.

**LOAD-DATE:** September 1, 2005

# EXHIBIT 67

```
                                                                    100434
Time of Request: Thursday, October 18, 2007   18:49:49 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 80
Job Number:      1821:54374425

Research Information

Service:   Terms and Connectors Search
Print Request: Current Document: 42
Source: Pennsylvania News Publications
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/31/2004))




















Send to:   WYATT, GEOFF
           O'MELVENY & MYERS - CSAMP
           1625 "I" ST. NW FL 10
           WASHINGTON, DC 20006
```

42 of 43 DOCUMENTS

Copyright 2004 Tribune Review Publishing Company
All Rights Reserved
Pittsburgh Tribune Review

October 1, 2004 Friday

**LENGTH:** 960 words

**HEADLINE:** Vioxx yanked from shelves

**BYLINE:** Jennifer Bails

**BODY:**

Pharmaceutical giant Merck & Co. is voluntarily recalling its blockbuster arthritis and pain drug Vioxx because new data from a clinical trial show chronic users are at increased risk of heart attack and stroke.

Data from the three-year trial showed that higher risk of these and other serious cardiovascular complications began 18 months after 2,600 patients started taking a 25 milligram dose of the prescription drug.

The unpublished study aimed to show that Vioxx prevents recurrence of potentially cancerous polyps in the colon and rectum. It was stopped after Merck discovered study participants had double the risk of a heart attack, compared to others taking dummy pills, the company said.

"We're taking this action because we believe it best serves the interest of patients," Ray V. Gilmartin, Merck's chairman and chief executive, said in a statement.

About 2 million people worldwide take Vioxx, according to Merck, and more than 84 million have used the drug since it came on the market with great fanfare in 1999.

The drug is used most commonly to relieve symptoms of arthritis, acute pain and painful menstrual cycles.

Pittsburgh doctors yesterday advised patients to stop taking Vioxx, but not to panic because the associated risk of a heart attack is still relatively low.

"Based on the withdrawal, I've decided we should ask our patients to stop the medication and make an appointment with us or their family physician to talk about alternatives," said Dr. D. Kelly Agnew, an orthopedic surgeon with Tri Rivers Surgical Associates in the North Hills. "But they should remain calm."

Agnew himself relied on Vioxx until yesterday to relieve pain associated with a neck condition.

"I've benefitted tremendously from this drug, as have many of my patients," he said. "I hate to see it drawn from the market."

Other medical experts saw similar benefits.

"A number of my patients have shown significant clinical improvement with Vioxx, and we will now be challenged to find equally effective alternatives," said Dr. Mary Chester Wasko, a clinical rheumatologist at the University of Pittsburgh Medical Center.

Vioxx yanked from shelves Pittsburgh Tribune Review October 1, 2004 Friday

Vioxx, and its successor drug called Arcoxia, approved in some other countries and awaiting U.S. Food and Drug Administration approval here, belongs to a class of nonsteroidal anti-inflammatory drugs known as COX-2 inhibitors.

That's because they selectively inhibit COX-2, an enzyme involved in the body's inflammatory response.

This helps to prevent gastrointestinal side effects such as ulcers and bleeding, as well as kidney and liver toxicity, that can be caused by long-term use of older, cheaper anti-inflammatory drugs such as ibuprofen and naproxen.

Although harsher on the stomach, in many cases the traditional anti-inflammatories work just as well, if not better, than the COX-2 inhibitors at relieving pain, Wasko said.

Other drugs in the same family as Vioxx are Celebrex (made by Pfizer), and its successor drug, Bextra -- both manufactured by Merck's rival Pfizer.

"We don't have evidence that Celebrex and Bextra pose the same degree of cardiovascular risk, but this may just be a matter of us not having the data yet," Wasko said.

Pfizer issued a statement affirming the safety of its drug, citing an FDA-sponsored study of 1.4 million patients who received Celebrex and showed no increased risk of cardiovascular problems.

Dr. Jack Kabazie, medical director of the Institute for Pain Medicine at Western Pennsylvania Hospital, said he will continue to recommend Celebrex and Bextra for his patients.

"I have absolutely no concerns about these other drugs in regards to cardiovascular effects," Kabazie said.

Pharmacists across the Pittsburgh region pulled Vioxx off their shelves yesterday, answered calls from customers and denied requests to fill prescriptions.

"It's in my top 10 prescribed drugs, and it's the most-prescribed anti-inflammatory here," said Marc Goldberg, co-owner of Schiller's Pharmacy in Shadyside. "It's action is wonderful -- it's just the side-effects that aren't."

Ronald Franck, owner of Avalon Pharmacy in Avalon, said he's going through his store's records and calling all of his customers who use Vioxx to let them know of the recall.

Merck's shares trading on the New York Stock Exchange plunged $12.07, or about 27 percent, closing at $33 and wiping out nearly $26.8 billion of the company's market value in a day.

The withdrawal of Vioxx comes as Merck's patent for its top-selling cholesterol-fighting drug, Zocor, is set to expire in 2006. Sales are expected to plunge when generic competition begins.

Top drug sales

The top-selling drugs in the United States in 2003, with annual sales, what the drug treats and the manufacturer. The 2003 figures are the most recent audited data available.

1. Lipitor, $6.8 billion, cholesterol, Pfizer

2. Zocor, $4.4 billion, cholesterol, Merck

3. Prevacid, $4.0 billion, heartburn, TAP Pharmaceutical Products

4. Procrit, $3.3 billion, anemia, Johnson & Johnson

5. Zyprexa, $3.2 billion, mental illness, Eli Lilly

6. Epogen, $3.1 billion, anemia, Amgen

7. Nexium, $3.1 billion, heartburn, Merck

8. Zoloft, $2.9 billion, depression, Pfizer

9. Celebrex, $2.6 billion, arthritis, Pfizer

10. Neurontin, $2.4 billion, epilepsy, Pfizer

11. Advair Diskus, $2.3 billion, asthma, GlaxoSmithKline

12. Plavix, $2.2 billion, blood clots, Bristol-Myers Squibb

13. Norvasc, $2.2 billion, high blood pressure, Pfizer

14. Effexor XR, $2.1 billion, depression, Wyeth

15. Pravachol, $2.0 billion, cholesterol, Bristol-Myers Squibb

16. Risperdal, $2.0 billion, mental illness, Johnson & Johnson

17. OxyContin, $1.9 billion, pain, Perdue Pharma

18. Fosamax, $1.8 billion, osteoporosis, Merck

19. Protonix, $1.8 billion, gastrointestinal reflux disease, Wyeth

20. Vioxx, $1.8 billion, arthritis, Merck

Source: IMS Health

**LOAD-DATE:** October 1, 2004

100434

********** Print Completed **********

Time of Request: Thursday, October 18, 2007   18:49:49 EST

Print Number:    1821:54374425
Number of Lines: 80
Number of Pages: 3

Send To:   WYATT, GEOFF
           O'MELVENY & MYERS - CSAMP
           1625 "I" ST. NW FL 10
           WASHINGTON, DC 20006

# EXHIBIT 68

897029v.1

```
                                                                  100434
Time of Request: Thursday, October 18, 2007  19:00:20 EST
Client ID/Project Name: 14305#574760-0090
Number of Lines: 51
Job Number:      2822:54375663

Research Information

Service:   Terms and Connectors Search
Print Request: Current Document: 36
Source: Pennsylvania News Publications
Search Terms: vioxx and date(geq (9/29/2004) and leq (10/31/2004))
```




```
Send to:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

36 of 43 DOCUMENTS

Copyright 2004 The Morning Call, Inc.
Morning Call (Allentown, PA)

October 1, 2004 Friday FIFTH EDITION

**SECTION:** NATIONAL, Pg. A9

**LENGTH:** 396 words

**HEADLINE:** Stop taking Vioxx and see your doctor, local specialists say

**BYLINE:** By Ann Wlazelek Of The Morning Call

**BODY:**

Patients taking Vioxx for arthritis pain should stop taking it immediately and ask their doctor for an alternative.

That's the advice local arthritis and rheumatology specialists offered concerned patients Thursday, when Merck & Co. announced it was recalling its popular joint-pain medicine because of a possible risk of heart attack and stroke.

"There's no withdrawal and no danger in stopping it abruptly," said Dr. Albert Abrams, a rheumatologist in Allentown for nearly 25 years and more recently a member of Allentown Orthopedic Associates, an orthopedic surgery group in Salisbury Township.

At least two other medicines, brand names Bextra and Celebrex, can be suitable substitutes, he said. "They have a comparable stomach safety profile and are not involved with the risk of cardiovascular problems."

Abrams said hundreds of his patients are taking Vioxx for arthritis pain, including some whose health benefits cover only that drug for the condition. Many called his office after hearing of the recall.

"They are apprehensive, want to know what it's all about and "Am I going to be OK?"' said Abrams' wife, Marsha, who runs the office and answered many of the calls. "One concern they have is that Vioxx had worked for them."

She and other office employees followed a protocol telling patients to stop taking Vioxx and wait for the doctor to review their charts and recommend an alternative before the end of the day.

In addition to prescription pain relievers and anti-inflammatory drugs, specialists said, patients with minor joint pain might get relief from over-the-counter Tylenol, Advil and Aleve.

Still, it's best to confer with a doctor or pharmacist before switching, they said, because some arthritis medicines can be hard on the digestive tract and kidneys.

There's no reason to panic, Abrams said, adding that he noticed no increase in heart attacks or strokes among his patients taking Vioxx.

"Vioxx is one of the newer drugs, originally thought to be safer on the gastrointestinal tract," said Dr. Sylvan Brown, another local arthritis specialist, working in Stroudsburg on Thursday. "We have a lot of choices for arthritis now."

Merck urged customers to learn more from the Web sites, www.merck.com and www.vioxx.com, or by calling the

toll-free number, 888- 36-VIOXX (1-888-368-4699).

ann.wlazelek@mcall.com

610-820-6745

\*\*\*

**GRAPHIC:** Photo by Amy Sancetta, Associated Press; VIOXX, the trade name for rofecoxib, has generated more than $2 billion in revenue for Merck & Co. since 1999. Two similar drugs, Celebrex and Bextra, are marketed in the United States.

**LOAD-DATE:** October 1, 2004

```
                                                                         100434
********** Print Completed **********

Time of Request: Thursday, October 18, 2007   19:00:20 EST

Print Number:    2822:54375663
Number of Lines: 51
Number of Pages: 2




Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```