# EXHIBIT 80

897029v.1



IN RE: VIOXX® PRODUCTS § MDL Docket No. 1657
LIABILITY LITIGATION §
§
THIS RELATES TO: RONALD E. § Plaintiff: Ronald E. Pales
PALES V. MERCK & CO., INC. § (Name)
§
Civil Action No: §
§
2:07-cv-01389 §
§

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

The profile form and the attached documents, if any, are based upon a reasonable investigation into the existence of data and/or documents responsive to the requests set forth in the profile form. As a result of this investigation, Plaintiff is not currently aware of additional responsive data and/or documents in its possession, custody or control that have not been identified in the responses to the profile form in this matter. To the extent that further case-specific discovery reveals additional responsive data and/or documents, Plaintiff will supplement this profile form consistent with the Federal Rules of Civil Procedure.

### I.  CASE INFORMATION

A. Name of person completing this form: **Ronald E. Pales**

B. If you are completing this questionnaire on behalf of someone else (e.g., a deceased person's estate or a minor), please complete the following:

 1. Social Security Number: **Not Applicable**

 2. Maiden Or Other Names Used or By Which You Have Been Known: **Not Applicable**

 3. Address: **Not Applicable**

 4. State the name of the person that you are representing, and in what capacity you are representing that person? **Not Applicable**

 5. If you were appointed as a representative by a court, state the:

    Court: **Not Applicable**

Date of Appointment: **Not Applicable**

6. What is your relationship to the deceased, represented person or person claimed to be injured? **Not Applicable**

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: **Not Applicable**

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes __X__ No_____

   *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? **Ischemic Stroke**

   b. When do you claim this injury occurred? **08/01/2001**

   c. Who diagnosed the condition? **Dr. Isaac Reiser, Our Lady of the Resurrection Medical Center, 5645 West Addison Street, Chicago, IL 60634**

   d. Did you ever suffer this type of injury prior to the date set forth in answer "1-b"? Yes_____ No __X__

      *If "yes,"* when and who diagnosed the condition at that time? **Not Applicable**

   e. Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past? Yes_____ No __X__

      *If "yes,"* state the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any.

      **Not Applicable**

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes __X__ No_____

   *If "yes,"* list each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) that treated you for psychological, psychiatric or emotional problems during the last ten (10) years:

   **Plaintiff suffered mental and/or emotional damages as a result of the occurrence in question. Plaintiff has not sought professional treatment. The response set forth in this section of the Plaintiff's Fact Sheet is correct and complete.**

*Page 2 of 16*

774182v.1

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: **Ronald Edward Pales**

B. Maiden or other names used or by which you have been known:

   **None**

C. Social Security Number: **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**

D. Address: **6460 West Belle Plaine, Unit 507, Chicago, IL 60634**

E. Identify each address where you have lived in the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 6460 West Belle Plaine, Unit 507, Chicago, IL 60634 | Approximately April 1991 – Present, I don't remember the exact start date. |

F. Driver's License Number and State Issuing License:

   Number: **None**   State: **Not Applicable**

G. Date of Place and Birth: **01/14/1936; Chicago, IL**

H. Sex: Male **X**   Female ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and any diplomas or degrees that you earned:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| St. Jarlath Catholic School (now closed) | Approximately 1952, I don't remember the exact dates. | General | None |

J. Employment Information.

 1. Current employer (if not currently employed, list last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Victor Comptometer Corporation | 3900 North Rockwell Street, Chicago, IL 60618 | Approximately 1965 -1972, I don't remember the exact dates. | Stock boy |

 2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| None | Not Applicable | Not Applicable | Not Applicable |

 3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No __X__

 *If "yes,"* state your **annual income at the time of the injury** alleged in Section I(C): **Not Applicable**

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No __X__

 *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes ___ No ___
 **Not Applicable**

L. Insurance / Claim Information:

 1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?  Yes __X__ No _____

 *If "yes,"* to the best of your knowledge please state:

 a. Year claim was filed: **1995**

 b. Nature of disability (type of injury) : **Supplemental Security Income: Chronic injuries**

 c. Approximate period of disability: **Approximately 1995 - 2001, I don't remember the exact dates.**

 2. Have you ever been out of work for **more than thirty (30) days** for reasons related to your health (other than pregnancy)? Yes _____ No __X__

 *If "yes,"* state when and the reason you missed work:  **Not Applicable**

*Page 4 of 16*

774182v.1

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes _____ No __X__

*If "yes,"* state, to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. **Not Applicable**

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ___ No __X__

*If "yes,"* state where, when and what felony and/or crime was committed. **Not Applicable**

### III.  FAMILY INFORMATION

A. List for **each** marriage: the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):

**Not Applicable**

B. Has your spouse filed a loss of consortium claim in this action?
Yes _____ No __X__

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?  Yes __X__  No _____  Don't Know _____

*If "yes,"* identify each such person below and provide the information requested.

**Family Member-1**

    1. Name: **Eleanor Niewiadomski**

    2. Current Age: **Deceased**

    3. Age at Death: **77**

    4. Type of Problem: **Stroke**

    5. If Applicable, Cause of Death: **Stroke**

D. If applicable, for each of your children, list his/her name, age and address:

**Not Applicable**

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. **Not Applicable**

## IV. VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? **Dr. Isaac Reiser, 3960 North Harlem Avenue, Chicago, IL 60634; Dr. Thomas Gleason, 1875 Dempster Street, Ste. 301, Park Ridge, IL 60068; Dr. Poonam Maroly, 1945 West Wilson Avenue, Chicago, IL 60640; Dr. Charles Gottlob, 680 North Lad, Chicago, IL 60611**

B. On which dates did you begin and stop taking, VIOXX®? **08/25/1999 to approximately 09/30/2004, I don't remember the exact stop date.**

C. Did you take VIOXX® continuously during that period? Yes _____ No __X__ Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®? **Acute pain management**

E. Did you renew your prescription for VIOXX®?

   Yes __X__ No _____ Don't Recall _____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: **None**

G. Which form of VIOXX® did you take (check all that apply)?
   - _____ 12.5 mg Tablet (round, cream, MRK 74)
   - _____ 12.5 mg Oral Suspension
   - __X__ 25 mg Tablet (round, yellow, MRK 110)
   - _____ 25 mg Oral Suspension
   - __X__ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®? **Once a day; twice a day**

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No __X__ Don't Recall _____

J. Instructions or Warnings:

   1. Did you receive any written or oral information about VIOXX® before you took it? Yes __X__ No _____ Don't Recall _____

   2. Did you receive any written or oral information about VIOXX® while you took it? Yes __X__ No _____ Don't Recall _____

   3. *If "yes,"*

    a. When did you receive that information? **Before and while taking Vioxx.**

    b. From whom did you receive it? **A pharmacist at Osco Drug, I don't remember the pharmacist's name.**

    c. What information did you receive? **Information with prescription**

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? **Tylenol**

## V. MEDICAL BACKGROUND

A. Height: **6'0"**

B. Current Weight: **225 lbs.**
Weight at the time of the injury, illness, or disability described in Section I(C): **230 lbs.**

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    \_\_\_\_\_ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    **X** Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a. Date on which smoking/tobacco use ceased: **Approximately February 1986, I don't remember the exact date.**

        b. Amount smoked or used: on average **1 pack of cigarettes** per day for **approximately 30** years.

    \_\_\_\_\_ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

        a. Amount smoked or used: on average \_ per day for  years.

    \_\_\_\_\_ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes **X** No \_\_\_\_\_

*If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

    \_\_\_\_\_ drinks per week,

    \_\_\_\_\_ drinks per month,

    **2** drinks per year, *or*

    Other (describe): **Not Applicable**

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind **within**

*Page 7 of 16*

774182v.1

M00FC03414

**one (1) year before, or any time after,** you first experienced your alleged VIOXX®-related injury?" Yes _____ No _____ Don't Recall __X__

*If "yes"*, identify each substance and state when you first and last used it.

<u>Not Applicable</u>

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| None | Not Applicable | Not Applicable | Not Applicable | Not Applicable |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| None | Not Applicable | Not Applicable | Not Applicable |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor? Yes __X__ No _____ Don't Recall _____

*If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| CT scan of the brain | 08/04/2001 | Dr. Isaac Reiser | Our Lady of the Resurrection Medical Center | Stroke follow-up |
| Echocardiogram | 08/04/2001 | Dr. Isaac Reiser | Our Lady of the Resurrection Medical Center | Stroke follow-up |
| Chest x-ray | 08/04/2001 | Dr. Isaac Reiser | Our Lady of the Resurrection Medical Center | Stroke follow-up |
| CT scan of the brain | 08/01/2001 | Dr. Isaac Reiser | Our Lady of the Resurrection Medical Center | Stroke |
| Carotid ultrasound | 08/01/2001 | Dr. Isaac Reiser | Our Lady of the Resurrection Medical Center | Stroke |
| MRA of the head | 08/01/2001 | Dr. Isaac Reiser | Our Lady of the Resurrection Medical Center | Stroke |
| Chest x-ray | 08/01/2001 | Dr. Isaac Reiser | Our Lady of the Resurrection Medical Center | Stroke |
| EKG | 08/01/2001 | Dr. Isaac Reiser | Our Lady of the Resurrection Medical Center | Stroke |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* **Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.**

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes **X**   No _____

B. Deceased person's death certificate (if applicable). Yes _____   No **N/A**

C. Report of autopsy of deceased person (if applicable). Yes _____   No **N/A**

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A. Your **current** family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Roger Lucero | 7734 West North Avenue, Elmwood Park, IL  60707 |

The above information is complete and correct to the best of Plaintiff's ability.

B. To the best of your ability, identify each of your **primary care physicians** for the last **ten (10) years.**

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Roger Lucero | 7734 West North Avenue, Elmwood Park, IL  60707 | Approximately 2003 – Present, I don't remember the exact start date. |
| Dr. Norbert Nadler | 4600 North Ravenswood Avenue, Chicago, IL  60640 | Approximately 1982 – 1994, I don't remember the exact dates. |

Plaintiff does not recall any other primary care physicians for the last ten (10) years.

The above information is complete and correct to the best of Plaintiff's ability.

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 04/27/2006 | Infection of amputated area |
| West Suburban Medical Center | 3 Erie Court, Oak Park, IL 60302 | 10/25/2005 – 11/25/2005 | Amputation of metatarsal foot |
| St. Joseph Hospital | 2900 North Lake Shore Drive, Chicago, IL 60657 | 09/07/2005 | Amputation of mid foot |
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 04/04/2004 - 04/29/2004 | Left foot cellulitis and pain |
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 02/20/2004 - 02/22/2004 | Cellulitis, pain in both feet, scab on left big toe, chest pain |
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 01/06/2003 - 02/01/2003 | Body spasms, urinary tract infection |
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 03/26/2002 - 04/05/2002 | Gastroenteritis, diverticulitis |
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 03/14/2002 - 03/22/2002 | Total body spasms, anemia, urinary tract infection |
| Resurrection Nursing and Rehabilitation Center | 1001 North Greenwood Avenue, Park Ridge, IL 60068 | 10/29/2001 - 02/04/2002 | Stroke rehabilitation |
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 08/01/2001 - 10/29/2001 | Stroke |
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 09/24/2000 - 09/28/2000 | Urinary blockage |

The above information is complete and correct to the best of Plaintiff's ability.

D. Each hospital, clinic, or healthcare facility where you have received **outpatient treatment (including treatment in an emergency room) during the last ten (10) years.**

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 03/17/2003 | Urinary tract infection |
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 02/12/2003 | Implant radioactive prostate seeds |
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 05/19/1999 | Cataract surgery, right eye |
| Our Lady of the Resurrection Medical Center | 5645 West Addison Street, Chicago, IL 60634 | 04/12/1999 | Cataract surgery, left eye |
| Ravenswood Hospital | 4550 North Winchester Avenue, Chicago, IL 60640 | 01/07/1999 | X-ray |
| Ravenswood Hospital | 4550 North Winchester Avenue, Chicago, IL 60640 | 12/17/1998 | MRI, Lumbar spine, right hip and leg |

The above information is complete and correct to the best of Plaintiff's ability.

E. **Each physician** or healthcare provider from whom you have received treatment in the **last ten (10) years.**

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr. Roger Lucero | 7734 West North Avenue, Elmwood Park, IL 60707 | Approximately 2003 – Present, I don't remember the exact start date. |

| Dr. Isaac Reiser | 3960 North Harlem Avenue, Chicago, IL 60634 | Approximately October 2000 – Present, I don't remember the exact start date. |
|---|---|---|
| Dr. Vishnu Chundi | Our Lady of the Resurrection Medical Center, 5645 West Addison Street, Chicago, IL 60634 | 04/27/2006 |
| Dr. Isaac Reiser | Our Lady of the Resurrection Medical Center, 5645 West Addison Street, Chicago, IL 60634 | 04/27/2006, 04/04/2004 – 04/29/2004, 02/20/2004 – 02/22/2004, 01/06/2003 – 02/01/2003, 03/26/2002 – 04/05/2002, 03/14/2002 – 03/22/2002, 08/01/2001 – 10/29/2001, 09/24/2000 – 09/28/2000 |
| Dr. John Kiriklakis | West Suburban Medical Center, 3 Erie Court, Oak Park, IL 60302 | 10/25/2005 – 11/25/2005 |
| Dr. Marvin Tiesenga | West Suburban Medical Center, 3 Erie Court, Oak Park, IL 60302 | 10/26/2005 |
| Dr. Richard Wilczynski | St. Joseph Hospital, 2900 North Lake Shore Drive, Chicago, IL 60657 | 09/07/2005, 04/05/2005 – 05/20/2005 |
| Dr. Mindy Nora | St. Joseph Hospital, 2900 North Lake Shore Drive, Chicago, IL 60657 | 09/07/2005, 04/05/2005 – 05/20/2005 |
| Dr. Fadi Habib | Our Lady of the Resurrection Medical Center, 5645 West Addison Street, Chicago, IL 60634 | 03/17/2003, 02/12/2003 |
| A physician at Resurrection Nursing and Rehabilitation Center, I don't remember the physician's name. | 1001 North Greenwood Avenue, Park Ridge, IL 60068 | 10/29/2001 - 02/04/2002 |
| A physician at Our Lady of the Resurrection Medical Center, I don't remember the physician's name. | 5645 West Addison Street, Chicago, IL 60634 | 08/01/2001 |
| Dr. Poonam Maroly | 1945 West Wilson Avenue, Chicago, IL 60640 | Approximately January 2000 – September 2000, I don't remember the exact dates. |

*Page 13 of 16*

774182v.1

| | | |
|---|---|---|
| Dr. Charles Gottlob | 680 North Lad, Chicago, IL  60611 | Approximately November 1999 – December 1999, I don't remember the exact dates. |
| Dr. Thomas Gleason | 1875 Dempster Street, Ste. 301, Park Ridge, IL  60068 | Approximately August 1999 – October 1999, I don't remember the exact dates. |
| Dr. David Hillman | Our Lady of the Resurrection Medical Center, 5645 West Addison Street, Chicago, IL  60634 | 05/19/1999, 04/12/1999 |
| Physicians at Ravenswood Hospital, I don't remember the physicians' names. | 4550 North Winchester Avenue, Chicago, IL  60640 | 01/07/1999, 12/17/1998 |
| Dr. Norbert Nadler | 4600 North Ravenswood Avenue, Chicago, IL  60640 | Approximately 1982 – 1994, I don't remember the exact dates. |

The above information is complete and correct to the best of Plaintiff's ability.

F.  Each **pharmacy** that has dispensed medication to you in the last **ten (10)** years.

| Name | Address |
|---|---|
| Osco Drug | 6426 West Irving Park Road, Chicago, IL  60634 |

The above information is complete and correct to the best of Plaintiff's ability.

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Social Security office | 4849 North Milwaukee Avenue, Chicago, IL  60630 |

The above information is complete and correct to the best of Plaintiff's ability.

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

774182v.1

| Name | Address |
|------|---------|
| None | Not Applicable |

The above information is complete and correct to the best of Plaintiff's ability.

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____   J. R. Knudsen   10-31-06
Signature                    Print Name      Date

000511
190146.3.PRI_07 10/24/06 4:23 AM

M00FC03423

## CERTIFICATE OF SERVICE

I hereby declare that a copy of the foregoing Plaintiff Profile Form was served on the parties in this action on this ___ day of June, 2007:

Via United States mail

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302
*Counsel for Defendant*

Via electronic mail
Wilfred P. Coronato at Hughes Hubbard & Reed
Phillip A. Wittman at Stone Pigman, et al
James Pepper at Dechert, LLP
Susan Giamportone at Womble Carlyle & Rice

And Via Lexis Nexis File & Serve

*[signature]*

M00FC03424



# Source List

1. Dr. Isaac Reiser
2. Illinois Department of Public Aid
3. Osco Drug
4. Our Lady of the Resurrection Medical Center
5. Ravenswood Hospital Medical Center
6. State of Illinois Department of Public Health