# EXHIBIT  84

IN RE: VIOXX® PRODUCTS )
LIABILITY LITIGATION )     MDL Docket No. 1657
)
)
)     Plaintiff:_____**James Barrall**_____
THIS RELATES TO: )                    (name)
DeVito et al. v. Merck & Co. Inc., et al. )
Civil Action No.: 2:07-cv-0562 )
)
_____ )

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I.   CASE INFORMATION

A. Name of person completing this form: _____**James Barrall**_____

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    1.  Social Security Number: _____

    2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

    3.  Address: _____

    4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

    5.  If you were appointed as a representative by a court, state the:

        Court: _____   Date of Appointment: _____

    6.  What is your relationship to the deceased or represented person or person claimed to be injured? _____

    7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C. Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?
        Yes **X** No ___   *If "yes,"*

      a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _____**Stroke and related injuries.**_____

      b.  When do you claim this injury occurred? _____**On or about 5/2003**_____

35694.1

MODED40654

   c.   Who diagnosed the condition? _____ **Dr. Kurt Maas** _____

   d.   Did you ever suffer this type of injury prior to the date set forth in answer to the prior question?   Yes _____ No **X** *If "yes,"* when and who diagnosed the condition at that time?
_____

   e.   Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past?   Yes _____ No **X** *If "yes,"* set forth the injury or condition; whether or not you already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____

D.   Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
   Yes **X**   No __
   *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom you have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:
**Not treated by a doctor**
   a.   Name and address of each person who treated you:_____
_____

   b.   To your understanding, condition for which treated: _____
_____

   c.   When treated: _____

   d.   Medications prescribed or recommended by provider: _____

## II.   PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.   Name: _____ **James Barrall** _____

B.   Maiden or other names used or by which you have been known: _____ **None** _____

C.   Social Security Number: _____ **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** _____

D.   Address: _____ **PO Box 131, Lehman, PA 18627** _____

E.   Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
| See above | |

F.   Driver's License Number and State Issuing License: _____ **18748929, PA** _____

G.   Date and Place of Birth: _____ **11/15/59, PA** _____

H.   Sex:  Male **X** Female_____

MODE040655

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| High School | | | |

J.  Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/ Job Duties |
|---|---|---|---|
| Back Mountain Transit Company | Lehman, PA 18627 | 1984-present | School bus contractor |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| See above | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No **X**

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C):

_____

K.  Military Service Information:   Have you ever served in the military, including the military reserve or National Guard?   Yes __ No **X**

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes _____ No __

L.  Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes __ No **X** *If "yes,"* to the best of your knowledge please state:

   a.  Year claim was filed: _____

   b.  Nature of disability: _____

   c.  Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes **X** No __   *If "yes,"* set forth when and the reason.
   _____**Stroke**_____
   _____

35694.1

M0DE040656

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ___ No __X__   If "yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____

_____

_____

M.   As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?   Yes ___ No __X__ If "yes," set forth where, when and the felony and/or crime. __

_____

_____

### III.   FAMILY INFORMATION

A.   List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):__**N/A**_____

B.   Has your spouse filed a loss of consortium claim in this action?   Yes ___ No __X__

C.   To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis, (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ___ No ___Don't Know _X_ If "yes," identify each such person below and provide the information requested.

Name:_____

Current Age (or Age at Death):_____

Type of Problem:_____

If Applicable, Cause of Death:_____

Name:_____

Current Age (or Age at Death):_____

Type of Problem: _____

If Applicable, Cause of Death:_____

D.   If applicable, for each of your children, list his/her name, age and address:
__**N/A**_____

E.   If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.
_____**N/A**_____

MODE040657

## IV.   VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? __**Dr. Glenn Panzer**_____

B.  On which dates did you begin to take, and stop taking, VIOXX®? __**On or about 11/02 to 5/03.**_____

C.  Did you take VIOXX® continuously during that period?

Yes _**X**_ No___ Don't Recall ___

D.  To your understanding, for what condition were you prescribed VIOXX®? ___**Pain**_____

E.  Did you renew your prescription for VIOXX®?

Yes _**X**_ No ___ Don't Recall ____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: **Dr. Michael Rittenburg, 25 mg**_____

G.  Which form of VIOXX® did you take (check all that apply)?

___12.5 mg Tablet (round, cream, MRK 74)
____12.5 mg Oral Suspension
_**X**_ 25 mg Tablet (round, yellow, MRK 110)
____25 mg Oral Suspension
____50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?
___**Once per day**_____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®    Yes ___ No _**X**_ Don't Recall ____

J.  Instructions or Warnings:

1.  Did you receive any written or oral information about VIOXX® before you took it?
Yes ___ No ___ Don't Recall _**X**_

2.  Did you receive any written or oral information about VIOXX® while you took it?
Yes ___ No ___ Don't Recall _**X**_

3.  *If "yes,"*

a.  When did you receive that information? _____

b.  From whom did you receive it? _____

35694.1

MODE040658

    c.  What information did you receive? _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____ **None**_____

## V. MEDICAL BACKGROUND

A. Height: **6'**_____

B. Current Weight: **170**_____

    Weight at the time of the injury, illness, or disability described in Section I(C):**_170__**

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    ___Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.

    **_X_**    Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.
    a.  Date on which smoking/tobacco use ceased:_____
    b.  Amount smoked or used: on average _per day for _____ years.

    ___Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco /snuff.
    a.  Amount smoked or used: on average _____ per day for _____years.

    ____    Smoked different amounts at different times.

D. Drinking History.  Do you now or have you in the past drunk alcohol (beer, wine, whiskey, et.)?
    Yes **_X_** No _ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

    _____drinks per week,

    _____drinks per month,

    _____drinks per year, *or*

    Other (describe): _____**various amounts**_____

E. Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury?
    Yes ____ No **_X_** Don't Recall ____

    *If "yes,"* identify each substance and state when you first and last used it. _____

MODE040659

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

**Plaintiff will supplement**

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2. Treatments/Interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?

Yes ___ No ___ Don't Recall _____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |
|                 |      |                    |          |        |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated "yes," please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.　　　　　　　　Yes ___ No **X**

B. Decedent's death certificate (if applicable).　　Yes ___ No ___

C. Report of autopsy of decedent (if applicable).　　Yes ___ No ___

## VI. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

MODE040660

A. Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Kurt Maas | 100 Upper Demunds Road Dallas, PA 18612 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Glenn Panzer | 24 Main Street Luzerne, PA 18709 | Plaintiff will supplement |
| Dr. Michael Rittenburg | 423 3rd Avenue, Ste. B Kingston, PA 18704 | Plaintiff will supplement |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Wilkes Barre General Hospital | 575 N River St Wilkes Barre, PA 18764 | Various dates | Various reasons |
| Hershey Medical Center | 500 University Drive Hershey, PA 17033 | Various dates | Various reasons |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| See above | | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| See above | | |
| | | |

35694.1

MODE040661

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|------|---------|
| Fino's Pharmacy | 3 Main St<br>**Dallas, PA 18612** |
|  |  |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A |  |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|------|---------|
| N/A |  |

MODE040662

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| _James C. Barrall_ | _James C. Barrall_ | _3-9-07_ |
| Signature | Print Name | Date |

6721.1

MODED40663

# EXHIBIT  85

16388455

Sep 20 2007
4:33PM

IN RE:  VIOXX® PRODUCTS                )
LIABILITY LITIGATION                      )        MDL Docket No. 1657
                                                       )
                                                       )
                                                       )        Plaintiff: **Carol M. Ciabattoni**
THIS RELATES TO:                          )                    (name)
DeVito et al. v Merck & Co., et al.        )
        Civil Action No.:2:07-cv-0562      )
                                                       )
                                                       )

## FIRST AMENDED PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®.  Please attach as many sheets of paper as necessary to fully answer these questions.

## I.        CASE INFORMATION

A.  Name of person completing this form:   **Carol M. Ciabattoni**

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1.  Social Security Number: _____

   2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

   3.  Address: _____

   4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

   5.  If you were appointed as a representative by a court, state the:

        Court: _____        Date of Appointment: _____

   6.  What is your relationship to the deceased or represented person or person claimed to be injured? _____

   7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

   1.Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?
            Yes **X** No ___ *If "yes,"*

      a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? **Myocardial infarction and other related cardiovascular injuries**

44550.1

MODE451421

    b.  When do you claim this injury occurred?___**October 2003**_____

    c.  Who diagnosed the condition?_____**Pottstown Medical Specialist**_____

    d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior
        question?   Yes _____ No **X** *If "yes,"* when and who diagnosed the condition at that time?
        _____

    e.  Do you claim that your use of VIOXX® worsened a condition that you already had or had in
        the past?   Yes _____ No **X** *If "yes,"* set forth the injury or condition; whether or not you
        already recovered from that injury or condition before you took VIOXX®; and the date of
        recovery, if any. _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
    Yes ___ No **X**
    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist,
    psychologist, counselor) from whom you have sought treatment for psychological, psychiatric or
    emotional problems during the last ten (10) years, state:

    a.  Name and address of each person who treated you:_____
        _____

    b.  To your understanding, condition for which treated: _____
        _____

    c.  When treated: _____

    d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name:___**Carol M. Ciabattoni**_____

B.  Maiden or other names used or by which you have been known: **Carol M. Updegrove**_____

C.  Social Security Number:___**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**_____

D.  Address:___**3099 Reifsnyder Road, Gilbertsville, PA 19525**_____

E.  Identify each address at which you have resided during the last ten (10) years, and list when you
    started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| Listed above | 1979-present |

F.  Driver's License Number and State Issuing License:__**15623249 PA**_____

G.  Date and Place of Birth: **May 30, 1939, Boyertown, PA**_____

H.  Sex:  Male ___ Female __**X**_____

44550.1

MODE451422

I.  Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Boyertown High School | 1957 | general | Diploma |

J.  Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/ Job Duties |
|---|---|---|---|
| Jodson & Smith | Boyertown, PA | 1999-2000 | Production Machine Operator-Laid off |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |

3. Are you making a wage loss claim for either your present or previous employment?
Yes _____ No  **X**

*If "yes,"* state your annual income at the time of the injury alleged in Section I(C):

_____

K.  Military Service Information:   Have you ever served in the military, including the military reserve or National Guard?   Yes __ No  **X**

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes _____ No __

L.  Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?   Yes __ No  **X**  *If "yes,"* to the best of your knowledge please state:

a.  Year claim was filed: _____

b.  Nature of disability: _____

c.  Approximate period of disability: _____ _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes __ No  **X**   *If "yes,"* set forth when and the reason.

44550.1

MODE451423

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ___ No  **X**  *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted._____

M.   As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?       Yes ___ No  **X**  *If "yes,"* set forth where, when and the felony and/or crime. __
_____

## III.   FAMILY INFORMATION

A.   List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):   **Augustine J. Ciabattoni, DOB-3/17/1941 died October 7, 2005**

B.   Has your spouse filed a loss of consortium claim in this action?   Yes ___ No  **X**

C.   To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis, (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes **X** No ___ Don't Know ___ *If "yes,"* identify each such person below and provide the information requested.

Name:__**Thomas B. Updegrove-father**_____

Current Age (or Age at Death): **78**_____

Type of Problem:__**Heart attack**_____

If Applicable, Cause of Death: **Plaintiff will supplement**_____

Name:_____

Current Age (or Age at Death):_____

Type of Problem: _____

If Applicable, Cause of Death:_____

D.   If applicable, for each of your children, list his/her name, age and address: **Augustine J. Ciabattoni, Jr., 38, 3815 NW 10th St, Washington D.C. 20011**

MODE451424

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.

## IV.  VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you? **Boyertown Medical Center, Dr. Michael Perilstein, and Dr. Richard Whittaker**

B. On which dates did you begin to take, and stop taking, VIOXX®? **Plaintiff will supplement**

C. Did you take VIOXX® continuously during that period?

Yes **X** No ___ Don't Recall ___

D. To your understanding, for what condition were you prescribed VIOXX®? **pain**

E. Did you renew your prescription for VIOXX®?

Yes **X** No ___ Don't Recall ___

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: **No samples**

G. Which form of VIOXX® did you take (check all that apply)? **Does not recall**

___ 12.5 mg Tablet (round, cream, MRK 74)
___ 12.5 mg Oral Suspension
___ 25 mg Tablet (round, yellow, MRK 110)
___ 25 mg Oral Suspension
___ 50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?
**Once per day**

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®   Yes ___ No ___ Don't Recall **X**

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it?
Yes **X** No ___ Don't Recall ___

2. Did you receive any written or oral information about VIOXX® while you took it?
Yes **X** No ___ Don't Recall ___

3. If "yes,"

a. When did you receive that information? **With the prescription**

MODE451425

b. From whom did you receive it? **Drug store**

c. What information did you receive? **Does not recall**

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? **None**

## V. **MEDICAL BACKGROUND**

A. Height: **5'3**

B. Current Weight: **165**

Weight at the time of the injury, illness, or disability described in Section I(C): **140**

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

____ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.

**X** Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.
  a. Date on which smoking/tobacco use ceased: **1998 or 1999**
  b. Amount smoked or used: on average **8-10 cigarettes** per day for **3** years.

____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco /snuff.
  a. Amount smoked or used: on average _____ per day for _____ years.

____ Smoked different amounts at different times.

D. Drinking History. Do you now or have you in the past drunk alcohol (beer, wine, whiskey, et.)? Yes **X** No _ *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

**2 or 3** drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX® related injury? Yes ___ No **X** Don't Recall ____

*If "yes,"* identify each substance and state when you first and last used it. _____

MODE451426

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
| None    |           |      |                    |          |
|         |           |      |                    |          |

2.  Treatments/Interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
| Stent | November 2003 | Unsure | Paoli Hospital |

3.  To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
    Yes __X__  No ____  Don't Recall ____  *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
| Plaintiff will supplement |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## VI.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated "yes," please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.                                        Yes ___  No **X**

B.  Decedent's death certificate (if applicable).              Yes ___  No **N/A**

C.  Report of autopsy of decedent (if applicable).            Yes ___  No **N/A**

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION
A.  Your current family and/or primary care physician:

MODE451427

| Name | Address |
|---|---|
| Dr. Marcia C. Oietrick | 8 Church Lane, Douglasville, PA 19518 |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Rakesh Baman | 1591 Medical Dr. Pottstown, PA | 10-03 to present |
| Dr. Kimberly Petruso | Boyertown Medical Center, 23 North Walnut Street, Boyertown, PA | 2002-2007 |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Pottstown Memorial Hospital | 1600 East High Street, Pottstown, PA 19464 | October 2003 | Heart attack |
| Paoil Hospital | 255 West Lancaster Avenue, Paoil, PA 19301 | November 2003 | Heart attack |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Pottstown Memorial Hospital | 1600 East High Street, Pottstown, PA 19464 | Various Dates | Various reasons |
| Twin Rivers Podiatry | 481 Memorial Highway, Phillipsburg, NJ 08865 | 2005 and 2006 | Foot operation |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr. Rakesh Baman | 1591 Medical Dr. Pottstown, PA 19464 | 10-03 to present |
| Dr. Kimberly Petruso | Boyertown Medical Center, 23 North Walnut Street, Boyertown, PA 19464 | 2002-2007 |
| Dr. Lisa Robbins | Tri County Urological Associates, 2103 E. High St. Pottstown, PA 19464 | 2007 |
| Dr. Lee Zelly | 13 Armand HammerBlvd, Suite 610, Pottstown, PA 19646 | 2007 |
| Dr. Drew Ronnerman | 1591 Medical Drive, Pottstown, PA 19464 | 2007 |

MODE451428

| Dr. Michael Perilstein | 1327 Armand Hammer Blvd., Pottstown, PA 19464 | Plaintiff will supplement |
| Dr. Richard Whittaker | 1603 East High Street, Pottstown, PA 19464 | Plaintiff will supplement |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
| --- | --- |
| Rite-Aid | 1050 Philadelphia Ave, Gilbertsville, PA 19525 |
| CVS Pharmacy | One CVS Drive, Woonsocket, RI 02895 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
| --- | --- |
| Social Security Administration | New York Plaza Suite 201A, 238 High Street, Pottstown, PA 19464 |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
| --- | --- |
|  |  |

44550.1

MODE451429

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| _Carol M. Ciabattoni_ | _Carol M. Ciabattoni_ | _June 16, 07_ |
| Signature | Print Name | Date |

MODE451430

# EXHIBIT  86

IN RE:  VIOXX® PRODUCTS          )
LIABILITY LITIGATION             )        MDL Docket No. 1657
                                 )
                                 )
                                 )        Plaintiff:  __Alonzo Dusi_____
THIS RELATES TO:                 )                        (name)
DeVito et al. v. Merck & Co. Inc., et al.  )
     Civil Action No.:           )
                                 )
2:07-cv-562_____      )

## FIRST AMENDED PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®.  Please attach as many sheets of paper as necessary to fully answer these questions.

### I.        CASE INFORMATION

A.  Name of person completing this form:  ____Alonzo Dusi_____

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

   1.  Social Security Number:  __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_____

   2.  Maiden Or Other Names Used or By Which You Have Been Known:  ____N/A_____

   3.  Address:  ____404 High Street, Elizabeth, PA 15037_____

   4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate?  ____Catherine Dusi_____

   5.  If you were appointed as a representative by a court, state the:

       Court:  __N/A_____         Date of Appointment:  _____N/A_____

   6.  What is your relationship to the deceased or represented person or person claimed to be injured?  _____Husband_____

   7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died:  ____2/07/2003,___565 Coal Valley Rd. Pittsburgh, PA 15236_____

M0D8D16257

C.  Claim Information

    1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®?
          Yes **X**  No __  *If "yes,"*

        a.  What is your understanding of the bodily injury you claim resulted from your use of
            VIOXX®?  **Heart attack leading to wrongful death and related injuries.**
        b.  When do you claim this injury occurred?  **About or around 2/7/03**

        c.  Who diagnosed the condition?  **Dr. Holman**

        d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior
            question?  Yes ____  No **X**  *If "yes,"* when and who diagnosed the condition at that time?

        e.  Do you claim that your use of VIOXX® worsened a condition that you already had or had in
            the past?   Yes ____  No **X**  *If "yes,"* set forth the injury or condition; whether or not you
            already recovered from that injury or condition before you took VIOXX®; and the date of
            recovery, if any. _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®?
    Yes **X** __ No __
    *If "yes,"* for each provider (including but not limited to primary care physician, psychiatrist,
    psychologist, counselor) from whom you have sought treatment for psychological, psychiatric or
    emotional problems during the last ten (10) years, state:
**Plaintiff will supplement**
        a.  Name and address of each person who treated you: _____

        b.  To your understanding, condition for which treated: _____

        c.  When treated: _____

        d.  Medications prescribed or recommended by provider: _____

## II.  PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name:  **Catherine Dusi**

B.  Maiden or other names used or by which you have been known:  **Parach**

C.  Social Security Number:  **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**

D.  Address:  **404 High Street, Elizabeth, PA 15037**

MODBD16258

E.   Identify each address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| See above | |

F.   Driver's License Number and State Issuing License:_____**N/A**_____

G.   Date and Place of Birth: _____**11/29/39, PA**_____

H.   Sex:  Male ____Female **X** _____

I.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Clairton High School | 1954-1957 | Basic | Diploma |

J.   Employment Information.

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/ Job Duties |
|---|---|---|---|
| N/A | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes _____ No **X**

   *If "yes,"* state your annual income at the time of the injury alleged in Section I(C):

   _____

K.   Military Service Information:   Have you ever served in the military, including the military reserve or National Guard?   Yes __ No **X**

   *If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition?   Yes ___ No __

L.   Insurance / Claim Information:

M00BD16259

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim?            Yes __ No __**X**__ *If "yes,"* to the best of your knowledge please state:

   a.   Year claim was filed: _____

   b.   Nature of disability: _____

   c.   Approximate period of disability: _____

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)?   Yes __ No __**X**__      *If "yes,"* set forth when and the reason. _____

   _____

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?   Yes ___ No __**X**__   *If "yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. _____

   _____
   _____

M.   As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?       Yes ___ No __**X**__ *If "yes,"* set forth where, when and the felony and/or crime. ___

   _____
   _____

### III.   FAMILY INFORMATION

A.   List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death): _____**Alonzo Dusi**_____

B.   Has your spouse filed a loss of consortium claim in this action?   Yes ___ No __**X**__

C.   To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis, (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke? Yes ___ No ___ Don't Know __**X**__ *If "yes,"* identify each such person below and provide the information requested.

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

Name: _____

Current Age (or Age at Death): _____

Type of Problem: _____

If Applicable, Cause of Death: _____

D. If applicable, for each of your children, list his/her name, age and address: _____**N/A**_____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.
   _____**N/A**_____
   _____
   _____

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you?___**Dr. Ingrid Holman**_____

B. On which dates did you begin to take, and stop taking, VIOXX®?_____**11/02 to death**_____
   _____

C. Did you take VIOXX® continuously during that period?

   Yes **X** No____ Don't Recall ___

D. To your understanding, for what condition were you prescribed VIOXX®? **Pain**_____
   _____

E. Did you renew your prescription for VIOXX®?

   Yes___ No ___ Don't Recall **X**_

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and
   when they were provided: **none provided**_____

G. Which form of VIOXX® did you take (check all that apply)?

   ___12.5 mg Tablet (round, cream, MRK 74)
   ____12.5 mg Oral Suspension
   _**X**_25 mg Tablet (round, yellow, MRK 110)
   ____25 mg Oral Suspension
   ____50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?
   _____**Once per day**_____

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for
   VIOXX®      Yes ___ No **X** Don't Recall ____

J. Instructions or Warnings:

34354.1

M008D16261

1. Did you receive any written or oral information about VIOXX® before you took it?
   Yes ___ No ___ Don't Recall **X**

2. Did you receive any written or oral information about VIOXX® while you took it?
   Yes ___ No ___ Don't Recall **X**

3. *If "yes,"*

   a. When did you receive that information? _____

   b. From whom did you receive it? _____

   c. What information did you receive? _____

   _____

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? _____**None**_____

_____

## V. MEDICAL BACKGROUND

A. Height: **5'5"**

B. Current Weight: **135**

   Weight at the time of the injury, illness, or disability described in Section I(C): **135**

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   **X** Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.

   ___ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco /snuff.
      a. Date on which smoking/tobacco use ceased: _____
      b. Amount smoked or used: on average ___ per day for _____ years.

   ___ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco /snuff.
      a. Amount smoked or used: on average _____ per day for _____ years.

   ___ Smoked different amounts at different times.

D. Drinking History. Do you now or have you in the past drunk alcohol (beer, wine, whiskey, et.)?
   Yes ___ No **X** *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

   _____ drinks per week,

   _____ drinks per month,

MODBD162682

_____drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year
    before, or any time after, you first experienced your alleged VIOXX® related injury?
    Yes ____ No __**X**__ Don't Recall ____

    *If "yes,"* identify each substance and state when you first and last used it. _____

    _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the
    following treatments or diagnostic procedures:
    **Plaintiff will supplement**
    1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what
        condition the surgery was performed: open heart/bypass surgery, pacemaker implantation,
        vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal
        surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|----------|
|         |           |      |                    |          |
|         |           |      |                    |          |

2.  Treatments/Interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|----------|
|                        |      |                    |          |

3.  To your knowledge, have you had any of the following tests performed: chest X-ray, CT
    scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan,
    endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck,
    angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter
    monitor?
    Yes __**X**__ No ____ Don't Recall ____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|-----------------|------|--------------------|----------|--------|
|                 |      |                    |          |        |
|                 |      |                    |          |        |
|                 |      |                    |          |        |

## VI. DOCUMENTS

34354.1

M008D16263

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "yes" or "no." Where you have indicated **"yes,"** please attach the documents and things to your responses to this profile form.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.             Yes __ No **X** __

B.  Decedent's death certificate (if applicable).        Yes **X** __ No __

C.  Report of autopsy of decedent (if applicable).      Yes ___ No **X** __

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

A.  Your current family and/or primary care physician:

| Name | Address |
|------|---------|
| N/A  |         |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Dr. Ingrid Holman | 1001 Weigles Hill Rd. Elizabeth, PA 15037 | Various dates |
|      |         |                   |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Jefferson Regional Medical Center | 565 Coal Valley Rd. Pittsburgh, PA 15236 | Various dates | Various reasons |
|      |         |                 |                      |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| See above |    |                 |                      |
|      |         |                 |                      |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| See above |    |                    |

34354.1

M00BD16264

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| Medco Health | 6225 Annie Oakley Drive Las Vegas, NV 89120 |

G.  If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| N/A |  |

H.  If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| N/A |  |

M008D16265

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____       _____       _____
Signature                                  Print Name                                 Date

ALonzo  Dosi                       7-12-07

6721.1

M008D16296

This is to certify that the information here given is correctly copied from an original certificate of death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

Fee for this certificate, $2.00

*John Martell*
Local Registrar

P. 8936761
No.

FEB 0 8 2003
Date

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| NAME OF DECEDENT | Catherine Jean Dusi |
| SEX | Female |
| SOCIAL SECURITY NUMBER | 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 |
| DATE OF DEATH | February 7, 2003 |
| AGE | 63 Yrs. |
| DATE OF BIRTH | November 19, Clairton, PA. |
| HOSPITAL | Jefferson Regional Medical Center |
| RACE | White |
| COUNTY OF DEATH | Allegheny |
| CITY, BORO, TWP OF DEATH | Jefferson Hills |
| DECEDENT'S USUAL OCCUPATION | Homemaker |
| KIND OF BUSINESS/INDUSTRY | Own Home |
| MARITAL STATUS | Married |
| SURVIVING SPOUSE | Elizabeth |
| DECEDENT'S MAILING ADDRESS | 404 High Street, Elizabeth, PA. 15037 |
| State | Pennsylvania |
| County | Allegheny |
| FATHER'S NAME | John Parach |
| MOTHER'S NAME | Stella Popovich |
| INFORMANT'S NAME | Alonzo L. Dusi |
| INFORMANT'S MAILING ADDRESS | 404 High Street, Elizabeth, PA. 15037 |
| SURVIVING SPOUSE | Alonzo L. Dusi |
| METHOD OF DISPOSITION | Burial |
| DATE OF DISPOSITION | February 10, 2003 |
| PLACE OF DISPOSITION | Round Hill Cemetery, Elizabeth, PA. 15037 |
| NAME AND ADDRESS OF FACILITY | Paul E. Bekavac Funeral Home, 221 Second Street, Elizabeth, PA. 15037 |
| LICENSE NUMBER | 014487-L |

TIME OF DEATH: 12:32 A. February 7, 2003

IMMEDIATE CAUSE: acute cardiorespiratory failure
DUE TO: ASHD
DUE TO: hyperlipidemia
DUE TO: degenerative arthritis

CERTIFYING PHYSICIAN signature

LICENSE NUMBER: MD 039 699-L
DATE SIGNED: 2/7/03
NAME AND ADDRESS: Dr. Ingrid Holman, 1001 Weigles Hill Road, Elizabeth, PA 15037

REGISTRAR'S SIGNATURE: *John Martell*
DATE: 2-8-03

M006D16267