UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *Patrick McQuery v. Merck & Co., Inc., et al.;* Case No. 07-0861 | Magistrate Judge Knowles |
| *Josephine Baylon v Merck & Co., Inc. et al.,;* Case No. 07-0834 | |
| *Constance Danek v. Merck & Co., Inc, et al.*; Case No. 07-0819 | |
| *Jayn Fields v. Merck & Co.,Inc, et al.;* Case No. 07-0762 | |
| *Cynthia Williams v. Merck & Co., Inc. et al.;* Case No. 07-0864 | |
| *Phuong Nang Vu v. Merck & Co., Inc. et al.;* Case No. 07-0812 | |
| *Edward Gnau v. Merck & Co., Inc., et al.;* Case No. 07-0799 | |

_____/

**PLAINTIFFS CARDINAL-MCQUERY, DANEK, BAYLON, FARMER, FIELDS, WILLIAMS, VU AND GNAU RESPONSE IN OPPOSITION TO DEFENDANT MERCK'S RULE TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE**

I.   **SEPARATE RESPONSE AS TO PLAINTIFFS JOSEPHINE BAYLON (CASE NO. 07-0834), JEAN CARDINAL-MCQUERY (CASE NO. 07-0861), CONSTANCE DANEK (CASE NO. 07-0819), ALICE FARMER (CASE NO. 07-0785), AND JAYN FIELDS (CASE NO. 07-0762)**

On October 19, 2007, Defendants moved to have the above cases dismissed with prejudice for failure to serve Plaintiff Profile Forms (PPFs). In each of these cases, the undersigned has filed a Motion To Withdraw for reasons this writer deems subject to the attorney-client privilege. The Court has not ruled upon these Motions and it is premature

to order the cases dismissed with prejudice. Therefore, as to these Plaintiffs, the Rule To Show Cause should be denied, and dismissed without prejudice to Defendants' right to refile at some point in the future.

II. **SEPARATE RESPONSE AS TO PLAINTIFFS CYNTHIA WILLIAMS (CASE NO. 07-0864) AND PHUONG NANG VU (CASE NO. 07-0812)**

Defendants have moved to have the above cases dismissed with prejudice for failure to serve Plaintiff Profile Forms (PPFs). In each of these cases, the undersigned has had issues with the clients for reasons this writer deems subject to the attorney-client privilege. The undersigned has attempted to obtain consents to withdraw, but has been unsuccessful. As to Cynthia Williams, we have lost contact and have engaged in skip tracing, but to date, that has been unavailing. As to Phuong Nang Vu, there is a serious language problem, which we are attempting to cure, and expect that to happen by November 9, 2007. It is this writer's intention either to seek stipulations to dismiss these cases or to file motions to withdraw. In both instances, either the stipulations to dismiss or motions to withdraw will be filed no later than November 9, 2007. For these reasons, is premature to order the cases dismissed with prejudice. Therefore, as to these Plaintiffs, the Rule To Show Cause should be denied, and dismissed without prejudice to Defendants' right to refile at some point in the future.

III. **SEPARATE RESPONSE AS TO PLAINTIFF EDWARD GNAU (CASE NO. 07-0799)**

Defendants have moved to have the above case dismissed with prejudice for failure to serve a Plaintiff Profile Form (PPF). Here, there was an internal oversight in this writer's office, and since the filing of this Motion To Show Cause, the PPF has been filed and served upon Defendants. It is submitted that Mr. Gnau has a viable and provable case. The PPF is thorough and should at minimum comply with this Court's description of this writer's duty to provide Defendants with "core" information. It is submitted also that the PFS contains far more than that. Therefore, as to this Plaintiff, the Rule To Show Cause should be denied, and dismissed with prejudice.

DATED:  October 25, 2007              Respectfully submitted,

*/s/ Lowell W. Finson*_____
Lowell W. Finson, AZ Bar ID 010872
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ  85012
Tel: 602-258-8900 / Fax: 602-288-1632
lowellf@phillipslaw.ws
Counsel for Plaintiffs McQuery, Baylon, Fields, Williams, Gnau, Farmer, Vu and Danek

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Response In Opposition to Defendants' Rule Show Cause Why Cases Should Not Be Dismissed With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of October, 2007.

                                          */s/ Lowell W. Finson*
                                          Lowell W. Finson
                                          Phillips & Associates
                                          3030 North Third Street, Suite 1100
                                          Phoenix, AZ  85012
                                          Tel: 602-258-8900 / Fax: 602-288-1632
                                          lowellf@phillipslaw.ws
                                          Counsel for Plaintiff Patrick McQuery