UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | |
|   Products Liability Litigation * | |
| * | |
| This Document Relates to: * | MDL No. 1657 |
| * | |
| * | SECTION L |
| PHILIP DAWSON, Plaintiff, * | |
| * | JUDGE ELDON E. FALLON |
|   versus * | |
| * | MAGISTRATE JUDGE |
| MERCK & CO., INC., Defendant, * | KNOWLES |
| * | |
| Case No. 07-1259, * | |
| * | |
| & * | |
| * | |
| TIMOTHY R. WATSON, Plaintiff, * | |
| * | |
|   versus * | |
| * | |
| MERCK & CO., INC., Defendant, * | |
| * | |
| Case No. 05-5545. * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | |

**MOTION AND INCORPORATED MEMORANDUM
FOR ADDITIONAL PAGES FOR MEMORANDUM IN SUPPORT OF
<u>MERCK & CO., INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for its Memorandum in Support of Renewed Motion for Summary Judgment. Merck's Renewed Motion for Summary Judgment seeks dismissal of plaintiffs' claims as time-barred regardless of whether the Court applies Louisiana limitations law or the laws of their respective home states. Because the memorandum addresses the facts and law supporting Merck's motion, including the laws of multiple states,

Merck requests that it be granted twenty-five (25) additional pages, for a total of fifty (50) pages for its supporting memorandum.

    WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted twenty-five (25) additional pages, for a total of fifty (50) pages for its Memorandum in Support of Renewed Motion for Summary Judgment.

Dated:  October 25, 2006       Respectfully submitted,

               */s/ Dorothy H. Wimberly*
               Phillip A. Wittmann, 13625
               Dorothy H. Wimberly, 18509
               STONE PIGMAN WALTHER
               WITTMANN L.L.C.
               546 Carondelet Street
               New Orleans, Louisiana  70130
               Phone:  504-581-3200
               Fax:     504-581-3361

897523v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Support Merck & Co., Inc.'s Renewed Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of October, 2007.

                                                   */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel