# EXHIBIT  1



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

---

NDA 21-042                                                 Food and Drug Administration
                                                           Rockville MD 20857

Merck Research Laboratories
Attention: Robert E. Silverman, M.D., Ph.D.                MAY 2 0 1999
Senior Director, Regulatory Affairs
Sumneytown Pike
P.O. Box 4, BLA-20
West Point, Pennsylvania  19486

Dear Dr. Silverman:

Please refer to your new drug application (NDA) dated November 23, 1998, received November 23, 1998, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Vioxx (rofecoxib tablets) Tablets 12.5 mg and 25 mg.

We acknowledge receipt of your submissions dated November 23 and 25; December 10, 16 (two), 18 (three), 22, and 23, 1998; January 5, 7 (two), 12 (two), 13, 18, 19, 26, and 27 (two); February 1, 2 (two), 5 (three), 9 (two), 11, 18 (three), 19, and 23; March 4 (two), 5 (five), 8, 9 (two), 10 (eight), 12 (two), 15 (three), 16 (three), 17, 18 (three), 19 (two), 22 (two), 23 (five), 25 (two), and 31 (four); April 1 (two), 5 (two), 6, 12, 13 (two), 15 (two), 16, 19 (two), 26, and 30; and May 4, 5, 6 (three), 7 (two), 10, 11 (two), 12, 13, 14, 17, 18, and 19, 1999.

This new drug application provides for the use of Vioxx (rofecoxib tablets) Tablets 12.5 mg and 25 mg for relief of the signs and symptoms of osteoarthritis, the management of acute pain, and the treatment of primary dysmenorrhea.

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the enclosed labeling text.  Accordingly, the application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert).  Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed.  Please individually mount ten of the copies on heavy-weight paper or similar material.  For administrative purposes, this submission should be designated "FPL for approved NDA 21-042."  Approval of this submission by FDA is not required before the labeling is used.

                                            Regulatory Affairs

                                            MAY 2 0 1999

                                            R. E. Silverman

MRK-99420021411

M0072114424

NDA 21-042

If additional information relating to the safety or effectiveness of this drug becomes available, revision of the labeling may be required.

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

Please note that any advertising and/or promotional activity of this product will be considered false and/or misleading under Section 502 of the Act if it presents suggestions or representations that COX-2 selectivity confers on the product any claims of safety beyond what has been demonstrated in clinical studies and presented in the approved labeling. Additionally, promotional activities that make or imply comparative claims about the frequency of clinically serious gastrointestinal (GI) events compared to groups of NSAIDs or specific NSAIDs will be considered false and/or misleading without differences having been demonstrated in adequate, well-controlled studies. Finally, any promotional use of the endoscopic data without the qualifying explanations of that data found in the approved labeling (paragraph beginning on line 231 in the enclosed label text, and the sentence on lines 209 and 210) will be considered false and/or misleading. If you have any questions or concerns about this matter please contact the Center for Drug Evaluation and Research's Division of Drug Marketing, Advertising and Communications.

In addition, please submit three copies of the introductory promotional materials that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products and two copies of both the promotional materials and the package insert directly to:

> Division of Drug Marketing, Advertising, and Communications, HFD-40
> Food and Drug Administration
> 5600 Fishers Lane
> Rockville, Maryland 20857

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 *FR* 66632). We note that you have not fulfilled the requirements of 21 CFR 314.55 (or 601.27). We are deferring submission of your pediatric studies until December 3, 2000. However, in the interim, please submit your pediatric drug development plans within 120 days from the date of this letter unless you believe a waiver is appropriate.

2

MRK-99420021412

M007211425

NDA 21-042

If you believe that this drug qualifies for a waiver of the pediatric study requirement, you should submit a request for a waiver with supporting information and documentation in accordance with the provisions of 21 CFR 314.55 within 60 days from the date of this letter. We will notify you within 120 days of receipt of your response whether a waiver is granted. If a waiver is not granted, we will ask you to submit your pediatric drug development plans within 120 days from the date of denial of the waiver.

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products (pediatric exclusivity). You should refer to the *Guidance for Industry on Qualifying for Pediatric Exclusivity* (available on our web site at www.fda.gov.cder/pediatric) for details. If you wish to qualify for pediatric exclusivity you should submit a "Proposed Pediatric Study Request" in addition to your plans for pediatric drug development described above. If you do not submit a Proposed Pediatric Study Request within 120 days from the date of this letter, we will presume that you are not interested in obtaining pediatric exclusivity [NOTE: You should still submit a pediatric drug development plan.] and we will notify you of the pediatric studies that are required under section 21 CFR 314.55. Please note that satisfaction of the requirements in 21 CFR 314.55 alone may not qualify you for pediatric exclusivity.

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, contact Sandra N. Cook, Project Manager, at (301) 827-2090.

Sincerely,

Robert J. DeLap, M.D., Ph.D.
Director
Office of Drug Evaluation V
Center for Drug Evaluation and Research

Enclosure

3

MRK-99420021413

M007211426

**VIOXX®(rofecoxib tablets and oral suspension)**

## DESCRIPTION

VIOXX* (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone.  It has the following chemical structure:



Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water.  The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, and purified water. Added as preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

VIOXX is a nonsteroidal anti-inflammatory drug that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models.  The mechanism of action of VIOXX is believed to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2).  At therapeutic concentrations in humans, VIOXX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme.

### Pharmacokinetics

---

* Registered trademark of MERCK & CO., Inc., Whitehouse Station, New Jersey, USA
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved.

1

38  *Absorption*
39  The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5,
40  25 and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma
41  level ($C_{max}$) following a single 25 mg dose were 3286( ±843) ng*hr/mL and 207 (±111)
42  ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the
43  clinical dose range. At doses greater than 50 mg, there is a less than proportional increase
44  in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous
45  media. The plasma concentration-time profile exhibited multiple peaks. The median
46  time to maximal concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2
47  to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This
48  may not reflect rate of absorption as $T_{max}$ may occur as a secondary peak in some
49  individuals. With multiple dosing, steady state conditions are reached by Day 4. The
50  $AUC_{0-24hr}$ and $C_{max}$ at steady-state after multiple doses of 25 mg rofecoxib was 4018
51  (±1140) ng*hr/mL and 321 (±104) ng/mL, respectively. The accumulation factor based
52  on geometric means was 1.67.
53
54  VIOXX Tablets and VIOXX Oral Suspension are bioequivalent.
55
56  *Food and Antacid Effects*
57  Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of
58  absorption (AUC) of rofecoxib when VIOXX tablets were taken with a high fat meal.
59  The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The
60  food effect on the suspension formulation has not been studied. VIOXX tablets can be
61  administered without regard to timing of meals.
62
63  There was a 13% and 8% decrease in AUC when VIOXX was administered with calcium
64  carbonate antacid and magnesium/aluminum antacid to elderly subjects, respectively.
65  There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.
66
67  *Distribution*
68  Rofecoxib is approximately 87% bound to human plasma protein over the range of
69  concentrations of 0.05 to 25 µg/mL. The apparent volume of distribution at steady state
70  ($V_{dss}$) is approximately 91 L following a 12.5 mg dose and 86 L following a 25 mg dose.
71
72  Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood-brain
73  barrier in rats.
74
75  *Metabolism*
76  Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes.
77  The principal metabolic products are the *cis*-dihydro and *trans*-dihydro derivatives of
78  rofecoxib, which account for nearly 56% of recovered radioactivity in the urine. An
79  additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a
80  product of oxidative metabolism. The biotransformation of rofecoxib and this metabolite
81  is reversible in humans to a limited extent (<5%). These metabolites are inactive as
82  COX-1 or COX-2 inhibitors.

2

MRK-99420021415

83
84 Cytochrome P450 plays a minor role in metabolism of rofecoxib.  Inhibition of CYP3A
85 activity by administration of ketoconazole 400 mg daily does not affect rofecoxib
86 disposition.  However, induction of general hepatic metabolic activity by administration
87 of the non-specific inducer rifampin 600 mg daily produces a 50% decrease in rofecoxib
88 plasma concentrations. (Also see **Drug Interactions**).
89
90 *Excretion*
91 Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%)
92 unchanged drug recovered in the urine.  Following a single radiolabeled dose of 125 mg,
93 approximately 72% of the dose was excreted into the urine as metabolites, and 14% in the
94 feces as unchanged drug.
95
96 The plasma clearance after 12.5 and 25 mg doses was approximately 141 and 120
97 mL/min, respectively.  Higher plasma clearance was observed at doses below the
98 therapeutic range, suggesting the presence of a saturable route of metabolism (i.e, non-
99 linear elimination).  The effective half-life (based on steady state levels) was
100 approximately 17 hours.
101
102 **Special Populations**
103
104 *Gender*
105 The pharmacokinetics of rofecoxib are comparable in men and women.
106
107 *Geriatric*
108 After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34%
109 increase in AUC was observed as compared to the young subjects.  Dosage adjustment in
110 the elderly is not necessary; however, therapy with VIOXX should be initiated at the
111 lowest recommended dose.
112
113 *Pediatric*
114 VIOXX has not been investigated in patients below 18 years of age.
115
116 *Race*
117 Meta-analysis of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC
118 of rofecoxib in Blacks and Hispanics as compared to Caucasians.  No dosage adjustment
119 is necessary on the basis of race.
120
121 *Hepatic Insufficiency*
122 A pharmacokinetic study in mild (Child-Pugh score $\leq 6$) hepatic insufficiency patients
123 indicated that rofecoxib AUC was similar between these patients and healthy subjects.
124 Limited data in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency
125 suggest a trend towards higher AUC (about 69%) of rofecoxib in these patients, but more
126 data are needed to evaluate pharmacokinetics in these patients.  Patients with severe
127 hepatic insufficiency have not been studied.

3

MRK-99420021416

128
129   *Renal Insufficiency*
130   In a study (N=6) of patients with end stage renal disease undergoing dialysis, peak
131   rofecoxib plasma levels and AUC declined 18% and 9%, respectively, when dialysis
132   occurred four hours after dosing.  When dialysis occurred 48 hours after dosing, the
133   elimination profile of rofecoxib was unchanged. While renal insufficiency does not
134   influence the pharmacokinetics of rofecoxib, use of VIOXX in advanced renal disease is
135   not recommended at present because no safety information is available regarding the use
136   of VIOXX in these patients.
137
138   **Drug Interactions**
139
140   Also see **PRECAUTIONS – Drug Interactions.**
141
142   *General:* In human studies the potential for rofecoxib to inhibit or induce CYP 3A4
143   activity was investigated in studies using the intravenous erythromycin breath test and the
144   oral midazolam test. No significant difference in erythromycin demethylation was
145   observed with rofecoxib (75 mg daily) compared to placebo, indicating no induction of
146   hepatic CYP 3A4. A 30% reduction of the AUC of midazolam was observed with
147   rofecoxib (25 mg daily). This reduction is most likely due to increased first pass
148   metabolism through induction of intestinal CYP 3A4 by rofecoxib. *In vitro* studies in rat
149   hepatocytes also suggest that rofecoxib might be a mild inducer for CYP 3A4.
150
151   Drug interaction studies with rofecoxib have identified potentially significant interactions
152   with rifampin, methotrexate and warfarin.  Patients receiving these agents with VIOXX
153   should be appropriately monitored.  Drug interaction studies do not support the potential
154   for clinically important interactions between antacids or cimetidine with rofecoxib.
155   Similar to experience with other nonsteroidal antiinflammatory drugs (NSAIDs), studies
156   with rofecoxib suggest the potential for interaction with ACE inhibitors.  The effects of
157   rofecoxib on the pharmacokinetics and/or pharmacodynamics of ketoconazole,
158   prednisone/prednisolone, oral contraceptives, and digoxin have been studied *in vivo* and
159   clinically important interactions have not been found .
160
161   **CLINICAL STUDIES**
162
163   **Osteoarthritis (OA)**
164   VIOXX has demonstrated significant reduction in joint pain compared to placebo.
165   VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and
166   hip in placebo- and active-controlled clinical trials of 6 to 86 weeks duration that enrolled
167   approximately 3900 patients.  In patients with OA, treatment with VIOXX 12.5 mg and
168   25 mg once daily resulted in improvement in patient and physician global assessments
169   and in the WOMAC (Western Ontario and McMaster Universities) osteoarthritis
170   questionnaire, including pain, stiffness, and functional measures of OA.  In six studies of
171   pain accompanying OA flare, VIOXX provided a significant reduction in pain at the first
172   determination (after one week in one study, after two weeks in the remaining five
173   studies); this continued for the duration of the studies.  In all OA clinical studies, once

4

174  daily treatment in the morning with VIOXX 12.5 and 25 mg was associated with a
175  significant reduction in joint stiffness upon first awakening in the morning. At doses of
176  12.5 and 25 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen
177  800 mg TID and diclofenac 50 mg TID for treatment of the signs and symptoms of OA.
178  The ibuprofen studies were 6 week studies; the diclofenac studies were 12 month studies
179  in which patients could receive additional arthritis medication during the last 6 months.

180  **Analgesia, including Dysmenorrhea**

181  In acute analgesic models of post-operative dental pain, post-orthopedic surgical pain,
182  and primary dysmenorrhea, VIOXX relieved pain that was rated by patients as moderate
183  to severe. The analgesic effect (including onset of action) of a single 50-mg dose of
184  VIOXX was generally similar to 550 mg of naproxen sodium or 400 mg of ibuprofen. In
185  single-dose post-operative dental pain studies, the onset of analgesia with a single 50 mg
186  dose of VIOXX occurred within 45 minutes. In a multiple-dose study of post-orthopedic
187  surgical pain in which patients received VIOXX or placebo for up to 5 days, 50 mg of
188  VIOXX once daily was effective in reducing pain. In this study, patients on VIOXX
189  consumed a significantly smaller amount of additional analgesic medication than patients
190  treated with placebo (1.5 versus 2.5 doses per day of additional analgesic medication for
191  VIOXX and placebo, respectively).
192
193  **Special Studies**
194  ***Upper Endoscopy in Patients with Osteoarthritis:***
195  Two identical (U.S. and Multinational) endoscopy studies in a total of 1516 patients were
196  conducted to compare the percentage of patients who developed endoscopically
197  detectable gastroduodenal ulcers with VIOXX 25 mg daily or 50 mg daily, ibuprofen
198  2400 mg daily, or placebo. Entry criteria for these studies permitted enrollment of
199  patients with active *Heliobacter pylori* infection, baseline gastroduodenal erosions, prior
200  history of an upper gastrointestinal perforation, ulcer, or bleed (PUB), and/or age ≥ 65
201  years. However, patients receiving aspirin (including low-dose aspirin for cardiovascular
202  prophylaxis) were not enrolled in these studies. Patients who were 50 years of age and
203  older with osteoarthritis and who had no ulcers at baseline were evaluated by endoscopy
204  after weeks 6, 12, and 24 of treatment. The placebo-treatment group was discontinued at
205  week 16 by design.
206
207  Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly
208  lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with
209  ibuprofen 2400 mg daily. However, the studies cannot rule out at least some increase in
210  the rate of endoscopic gastroduodenal ulcers when comparing VIOXX to placebo. See
211  Figures 1 and 2 and accompanying Tables for the results of these studies.

MRK-99420021418

212



**Figure 1**

COMPARISON TO IBUPROFEN

Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm** (Intention-to-Treat)

U.S. Study

† p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

213
214
215
216
217
218

**TABLE 1**
**Endoscopic Gastroduodenal Ulcers at 12 weeks**
**U.S. Study**

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 11/158 | 9.9% | – | – |
| VIOXX 25 mg | 7/186 | 4.1% | 0.41 | (0.16, 1.05) |
| VIOXX 50 mg | 12/178 | 7.3% | 0.74 | (0.33, 1.64) |
| Ibuprofen | 42/167 | 27.7% | 2.79 | (1.47, 5.30) |

219   *by life table analysis
220

MRK-99420021419

221

### Figure 2

#### COMPARISON TO IBUPROFEN

Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm** (Intention-to-Treat)



Multinational Study

†  p < 0.001 versus ibuprofen 2400 mg
**  Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
***  The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

222
223
224
225
226
227

### TABLE 2
### Endoscopic Gastroduodenal Ulcers at 12 weeks
### Multinational Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 5/182 | 5.1% | – | – |
| VIOXX 25 mg | 9/187 | 5.3% | 1.04 | (0.36, 3.01) |
| VIOXX 50 mg | 15/182 | 8.8% | 1.73 | (0.65, 4.61) |
| Ibuprofen | 49/187 | 29.2% | 5.72 | (2.36, 13.89) |

228    *by life table analysis

7

MRK-99420021420

229
230
231    The correlation between findings of endoscopic studies, and the relative incidence of
232    clinically serious upper GI events that may be observed with different products, has not
233    been fully established.  Serious clinically significant upper GI bleeding has been observed
234    in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS –
235    Gastrointestinal [GI] Effects).  Prospective, long-term studies required to compare the
236    incidence of serious, clinically significant upper GI adverse events in patients taking
237    VIOXX versus comparator NSAID products have not been performed.
238

239    ***Assessment of Fecal Occult Blood Loss in Healthy Subjects:***
240    Occult fecal blood loss associated with VIOXX 25 mg daily, VIOXX 50 mg daily,
241    ibuprofen 2400 mg per day, and placebo was evaluated in a study utilizing $^{51}$Cr-tagged
242    red blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25 mg daily
243    or VIOXX 50 mg daily, the increase in the amount of fecal blood loss was not statistically
244    significant compared with placebo-treated subjects. In contrast, ibuprofen 2400 mg per
245    day produced a statistically significant increase in fecal blood loss as compared with
246    placebo-treated subjects and VIOXX-treated subjects.  The clinical relevance of this
247    finding is unknown.
248

249    ***Platelets:***
250    Multiple doses of VIOXX 12.5, 25, and up to 375 mg administered daily up to 12 days
251    had no effect on bleeding time relative to placebo.  Similarly, bleeding time was not
252    altered in a single dose study with 500 or 1000 mg of VIOXX.  There was no inhibition
253    of *ex vivo* arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and
254    50 mg of VIOXX.
255

256    **INDICATIONS AND USAGE**
257

258    VIOXX is indicated:
259

260    For relief of the signs and symptoms of osteoarthritis.
261

262    For the management of acute pain in adults (see CLINICAL STUDIES).
263

264    For the treatment of primary dysmenorrhea.
265

266    **CONTRAINDICATIONS**
267

268    VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any
269    other component of VIOXX.
270

271    VIOXX should not be given to patients who have experienced asthma, urticaria, or
272    allergic-type reactions after taking aspirin or other NSAIDs.  Severe, rarely fatal,

MRK-99420021421

M007211434

273   anaphylactic-like reactions to NSAIDs have been reported in such patients (see
274   WARNINGS - Anaphylactoid Reactions, and PRECAUTIONS - Preexisting Asthma).
275
276
277   **WARNINGS**
278
279   **Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation:**
280   Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the
281   stomach, small intestine or large intestine, can occur at any time, with or without warning
282   symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs).
283   Minor upper gastrointestinal problems, such as dyspepsia, are common and may also
284   occur at any time during NSAID therapy.  Therefore, physicians and patients should
285   remain alert for ulceration and bleeding, even in the absence of previous GI tract
286   symptoms.  Patients should be informed about the signs and/or symptoms of serious GI
287   toxicity and the steps to take if they occur.  The utility of periodic laboratory monitoring
288   has not been demonstrated, nor has it been adequately assessed.  Only one in five patients
289   who develop a serious upper GI adverse event on NSAID therapy is symptomatic.  It has
290   been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by
291   NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in
292   about 2-4% of patients treated for one year.  These trends continue thus, increasing the
293   likelihood of developing a serious GI event at some time during the course of therapy.
294   However, even short-term therapy is not without risk.
295
296   It is unclear, at the present time, how the above rates apply to VIOXX (see CLINICAL
297   STUDIES, Special Studies, *Upper Endoscopy in Patients with Osteoarthritis*).  Among
298   3357 patients who received VIOXX in controlled clinical trials of 6 weeks to one year
299   duration (most were enrolled in six month or longer studies) at a daily dose of 12.5 mg to
300   50 mg, a total of 4 patients experienced a serious upper GI event, using protocol derived
301   criteria.  Two patients experienced an upper GI bleed within three months (at day 62 and
302   87 respectively) (0.06%).  One additional patient experienced an obstruction within six
303   months (Day 130) and the remaining patient developed an upper GI bleed within 12
304   months (Day 322) (0.12%).  Approximately 23% of these 3357 patients were in studies
305   that required them to be free of ulcers at study entry.  It is unclear if this study population
306   is representative of the general population.  Prospective, long-term studies required to
307   compare the incidence of serious, clinically significant upper GI adverse events in
308   patients taking VIOXX vs comparator NSAID products have not been performed.
309
310   NSAIDs should be prescribed with extreme caution in patients with a prior history of
311   ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are
312   in elderly or debilitated patients and therefore special care should be taken in treating this
313   population.  **To minimize the potential risk for an adverse GI event, the lowest**
314   **effective dose should be used for the shortest possible duration.**  For high risk
315   patients, alternate therapies that do not involve NSAIDs should be considered.
316

9

M007211435

317  Studies have shown that patients with a *prior history of peptic ulcer disease and/or*
318  *gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk
319  for developing a GI bleed than patients with neither of these risk factors.  In addition to a
320  past history of ulcer disease, pharmacoepidemiological studies have identified several
321  other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such
322  as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of
323  NSAID therapy, smoking, alcoholism, older age, and poor general health status.
324
325  **Anaphylactoid Reactions**
326  Anaphylactoid reactions were not reported in patients receiving VIOXX in clinical trials.
327  However, as with NSAIDs in general, anaphylactoid reactions may occur in patients
328  without known prior exposure to VIOXX.  VIOXX should not be given to patients with
329  the aspirin triad.  This symptom complex typically occurs in asthmatic patients who
330  experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal
331  bronchospasm after taking aspirin or other NSAIDs (see  CONTRAINDICATIONS and
332  PRECAUTIONS - Preexisting Asthma).  Emergency help should be sought in cases
333  where an anaphylactoid reaction occurs.
334
335  **Advanced Renal Disease**
336  No safety information is available regarding the use of VIOXX in patients with advanced
337  kidney disease. Therefore, treatment with VIOXX is not recommended in these patients.
338  If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is
339  advisable (see PRECAUTIONS - Renal Effects).
340
341  **Pregnancy**
342  In late pregnancy VIOXX should be avoided because it may cause premature closure of
343  the ductus arteriosus.
344
345  **PRECAUTIONS**
346  **General**
347  VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid
348  insufficiency.  Abrupt discontinuation of corticosteroids may lead to exacerbation of
349  corticosteroid-responsive illness.  Patients on prolonged corticosteroid therapy should
350  have their therapy tapered slowly if a decision is made to discontinue corticosteroids.
351
352  The pharmacological activity of VIOXX in reducing inflammation, and possibly fever,
353  may diminish the utility of these diagnostic signs in detecting infectious complications of
354  presumed noninfectious, painful conditions.
355
356  *Hepatic Effects:*
357  Borderline elevations of one or more liver tests may occur in up to 15% of patients taking
358  NSAIDs, and notable elevations of ALT or AST (approximately three or more times the
359  upper limit of normal) have been reported in approximately 1% of patients in clinical
360  trials with NSAIDs.  These laboratory abnormalities may progress, may remain
361  unchanged, or may be transient with continuing therapy.  Rare cases of severe hepatic

10

MRK-99420021423

M007211436

362 reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic
363 failure (some with fatal outcome) have been reported with NSAIDs.  In controlled clinical
364 trials of VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and
365 25 mg daily was comparable to the incidence observed with ibuprofen and lower than that
366 observed with diclofenac.  In placebo-controlled trials, approximately 0.5% of patients
367 taking rofecoxib (12.5 or 25 mg QD) and 0.1% of patients taking placebo had notable
368 elevations of ALT or AST.
369
370 A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an
371 abnormal liver test has occurred, should be monitored carefully for evidence of the
372 development of a more severe hepatic reaction while on therapy with VIOXX.  Use of
373 VIOXX is not recommended in patients with moderate or severe hepatic insufficiency
374 (see **Pharmacokinetics** – Special Populations).  If clinical signs and symptoms consistent
375 with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash,
376 etc.), VIOXX should be discontinued.
377
378 Renal Effects:
379 Long-term administration of NSAIDs has resulted in renal papillary necrosis and other
380 renal injury.  Renal toxicity has also been seen in patients in whom renal prostaglandins
381 have a compensatory role in the maintenance of renal perfusion.  In these patients,
382 administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent
383 reduction in prostaglandin formation and, secondarily, in renal blood flow, which may
384 precipitate overt renal decompensation.  Patients at greatest risk of this reaction are those
385 with impaired renal function, heart failure, liver dysfunction, those taking diuretics and
386 ACE inhibitors, and the elderly.  Discontinuation of NSAID therapy is usually followed
387 by recovery to the pretreatment state. Clinical trials with VIOXX at daily doses of 12.5
388 and 25 mg have shown renal effects (e.g., hypertension, edema) similar to those observed
389 with comparator NSAIDs; these occur with an increased frequency with chronic use of
390 VIOXX at doses above the 12.5 to 25 mg range. (See ADVERSE REACTIONS.)
391
392 Caution should be used when initiating treatment with VIOXX in patients with
393 considerable dehydration.  It is advisable to rehydrate patients first and then start therapy
394 with VIOXX.  Caution is also recommended in patients with pre-existing kidney disease
395 (see WARNINGS-Advanced Renal Disease).
396
397 *Hematological Effects:*
398 Anemia is sometimes seen in patients receiving VIOXX.  In placebo-controlled trials,
399 there were no significant differences observed between VIOXX and placebo in clinical
400 reports of anemia.  Patients on long-term treatment with VIOXX should have their
401 hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or
402 blood loss.  VIOXX does not generally affect platelet counts, prothrombin time (PT), or
403 partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated
404 dosages (See CLINICAL STUDIES-Special Studies-Platelets).
405
406 *Fluid Retention and Edema:*

11

MRK-99420021424

M00721143?

407 Fluid retention and edema have been observed in some patients taking VIOXX (see
408 ADVERSE REACTIONS).  VIOXX should be used with caution, and should be
409 introduced at the lowest recommended dose,  in patients with fluid retention,
410 hypertension, or heart failure.
411
412 *Preexisting Asthma:*
413 Patients with asthma may have aspirin-sensitive asthma.  The use of aspirin in patients
414 with aspirin-sensitive asthma has been associated with severe bronchospasm which can
415 be fatal.  Since cross reactivity, including bronchospasm, between aspirin and other
416 nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients,
417 VIOXX should not be administered to patients with this form of aspirin sensitivity and
418 should be used with caution in patients with preexisting asthma.
419
420 **Information for Patients**
421 VIOXX can cause discomfort and, rarely, more serious side effects, such as
422 gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes.
423 Although serious GI tract ulcerations and bleeding can occur without warning symptoms,
424 patients should be alert for the signs and symptoms of ulcerations and bleeding, and
425 should ask for medical advice when observing any indicative signs or symptoms.  Patients
426 should be apprised of the importance of this follow-up (see WARNINGS,
427 Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding and Perforation).
428
429 Patients should promptly report signs or symptoms of gastrointestinal ulceration or
430 bleeding, skin rash, unexplained weight gain, or edema to their physicians.
431
432 Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g.,
433 nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-
434 like" symptoms).  If these occur, patients should be instructed to stop therapy and seek
435 immediate medical therapy.
436
437 Patients should also be instructed to seek immediate emergency help in the case of an
438 anaphylactoid reaction (see WARNINGS).
439
440 In late pregnancy VIOXX should be avoided because it may cause premature closure of
441 the ductus arteriosus.
442
443 **Laboratory Tests**
444 Because serious GI tract ulcerations and bleeding can occur without warning symptoms,
445 physicians should monitor for signs or symptoms of GI bleeding.
446
447 **Drug Interactions**
448
449 *ACE-inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect
450 of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate
451 hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor

12

MRK-99420021425

M007211438

452  benazepril, 10 to 40 mg for 4 weeks, was associated with an average increase in mean
453  arterial pressure of about 3 mm Hg compared to ACE inhibitor alone.  This interaction
454  should be given consideration in patients taking VIOXX concomitantly with
455  ACE-inhibitors.
456
457  *Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an
458  increased rate of GI ulceration or other complications, compared to use of VIOXX alone.
459  At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of
460  low-dose (81 mg once daily) aspirin, as assessed by *ex vivo* platelet aggregation and
461  serum $TXB_2$ generation in clotting blood.  VIOXX is not a substitute for aspirin for
462  cardiovascular prophylaxis.
463
464  *Cimetidine:* Co-administration with high doses of cimetidine [800 mg twice daily]
465  increased the $C_{max}$ of rofecoxib by 21%, the $AUC_{0-120hr}$ by 23% and the $t_{1/2}$ by 15%.
466  These small changes are not clinically significant and no dose adjustment is necessary.
467
468  *Digoxin:* Rofecoxib 75 mg once daily for 11 days does not alter the plasma concentration
469  profile or renal elimination of digoxin after a single 0.5 mg oral dose.
470
471  *Furosemide:*  Clinical studies, as well as post marketing observations, have shown that
472  NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients.
473  This response has been attributed to inhibition of renal prostaglandin synthesis.
474
475  *Ketoconazole:* Ketoconazole 400 mg daily did not have any clinically important effect on
476  the pharmacokinetics of rofecoxib.
477
478  *Lithium:* NSAIDs have produced an elevation of plasma lithium levels and a reduction in
479  renal lithium clearance.  Thus, when VIOXX and lithium are administered concurrently,
480  subjects should be observed carefully for signs of lithium toxicity.
481
482  *Methotrexate:* VIOXX 75 mg administered once daily for 10 days increased plasma
483  concentrations by 23% as measured by $AUC_{0-24 hr}$ in patients receiving methotrexate 7.5
484  to 15 mg/week for rheumatoid arthritis.  An equivalent magnitude of reduction in
485  methotrexate renal clearance was observed.  At 24 hours postdose, a similar proportion of
486  patients treated with methotrexate alone (94%) and subsequently treated with
487  methotrexate co-administered with 75 mg of rofecoxib (88%) had methotrexate plasma
488  concentrations below the measurable limit (5 ng/mL). The effects of the recommended
489  doses for osteoarthritis (12.5 and 25 mg) of VIOXX on plasma methotrexate levels are
490  unknown. Standard monitoring of methotrexate-related toxicity should be continued if
491  VIOXX and methotrexate are administered concomitantly.
492
493  *Oral Contraceptives:* Rofecoxib did not have any clinically important effect on the
494  pharmacokinetics of ethinyl estradiol and norethindrone.
495
496  *Prednisone/prednisolone:* Rofecoxib did not have any clinically important effect on the

13

MRK-99420021426

M007211439

497  pharmacokinetics of prednisolone or prednisone.
498
499  **Rifampin:** Co-administration of VIOXX with rifampin 600mg daily, a potent inducer of
500  hepatic metabolism, produced an approximate 50% decrease in rofecoxib plasma
501  concentrations. Therefore, a starting daily dose of 25 mg of VIOXX should be
502  considered for the treatment of osteoarthritis when VIOXX is co-administered with potent
503  inducers of hepatic metabolism.
504
505  **Warfarin:** Prothrombin time (measured as INR) increased in both single and multiple
506  dose cross-over studies in healthy individuals receiving both warfarin and rofecoxib. In a
507  21 day multiple dose study in healthy individuals stabilized on warfarin (2 to 8.5 mg
508  daily), administration of rofecoxib 25 mg QD was associated with mean increases in INR
509  of approximately 8% (range of INR on warfarin alone, 1.1 to 2.2; range of INR on
510  warfarin plus rofecoxib, 1.2 to 2.4). Somewhat greater mean increases in INR of
511  approximately 11% (range of maximum INR on warfarin alone, 1.5 to 2.7; range of
512  maximum INR on warfarin plus rofecoxib, 1.6 to 4.4) were also seen in a single dose PK
513  screening study using a 30 mg dose of warfarin and 50 mg of rofecoxib.   Standard
514  monitoring of INR values should be conducted when therapy with VIOXX is initiated or
515  changed, particularly in the first few days, in patients receiving warfarin or similar agents.
516
517  **Carcinogenesis, Mutagenesis, Impairment of Fertility**
518  Rofecoxib was not carcinogenic in mice given oral doses up to 30 mg/kg (male) and 60
519  mg/kg (female) (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily
520  based on $AUC_{0-24}$) and in male and female rats given oral doses up to 8 mg/kg
521  (approximately 6- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) for two years.
522  $_{24}$) for two years.
523
524  Rofecoxib was not mutagenic in an Ames test or in a V-79 mammalian cell mutagenesis
525  assay, nor clastogenic in a chromosome aberration assay in Chinese hamster ovary (CHO)
526  cells, in an *in vitro* and an *in vivo* alkaline elution assay, or in an *in vivo* chromosomal
527  aberration test in mouse bone marrow.
528
529  Rofecoxib did not impair male fertility in rats at oral doses up to 100 mg/kg
530  (approximately 20- and 7-fold human exposure at 25 and 50 mg daily based on the $AUC_{0-24}$) and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg
531  $_{24}$) and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg
532  (approximately 19- and 7-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$).
533
534  **Pregnancy:**
535  **Teratogenic effects:** Pregnancy Category C.  Rofecoxib was not teratogenic in rats at
536  doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50
537  mg daily based on $AUC_{0-24}$). There was a slight, non-statistically significant increase in
538  the overall incidence of vertebral malformations only in the rabbit at doses of
539  50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based
540  on $AUC_{0-24}$).  There are no studies in pregnant women. VIOXX should be used during
541  pregnancy only if the potential benefit justifies the potential risk to the fetus.

MRK-99420021427

M007211440

542
543 ***Nonteratogenic effects:*** Rofecoxib produced peri-implantation and post-implantation
544 losses and reduced embryo/fetal survival in rats and rabbits at oral doses ≥10 and ≥75
545 mg/kg/day, respectively (approximately 9- and 3-fold [rats] and 2- and <1-fold [rabbits]
546 human exposure based on the $AUC_{0-24}$ at 25 and 50 mg daily). These changes are
547 expected with inhibition of prostaglandin synthesis and are not the result of permanent
548 alteration of female reproductive function. There was an increase in the incidence of
549 postnatal pup mortality in rats at ≥5 mg/kg/day (approximately 5- and 2-fold human
550 exposure at 25 and 50 mg daily based on $AUC_{0-24)}$. ). In studies in pregnant rats
551 administered single doses of rofecoxib, there was a treatment-related decrease in the
552 diameter of the ductus arteriosus at all doses used (3-300 mg/kg: 3 mg/kg is
553 approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on $AUC_{0-24}$).
554 As with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the
555 third trimester of pregnancy should be avoided.
556
557 ***Labor and delivery:*** Rofecoxib produced no evidence of significantly delayed labor or
558 parturition in females at doses 15 mg/kg in rats (approximately 10- and 3-fold human
559 exposure as measured by the $AUC_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor
560 and delivery in pregnant women are unknown.
561
562 ***Nursing mothers:*** Rofecoxib is excreted in the milk of lactating rats at concentrations
563 similar to those in plasma. There was an increase in pup mortality and a decrease in pup
564 body weight following exposure of pups to milk from dams administered VIOXX during
565 lactation. The dose tested represents approximately 18- and 6-fold human exposure at 25
566 and 50 mg based on $AUC_{0-24}$. It is not known whether this drug is excreted in human
567 milk. Because many drugs are excreted in human milk and because of the potential for
568 serious adverse reactions in nursing infants from VIOXX, a decision should be made
569 whether to discontinue nursing or to discontinue the drug, taking into account the
570 importance of the drug to the mother.
571
572 **Pediatric Use**
573 Safety and effectiveness in pediatric patients below the age of 18 years have not been
574 evaluated.
575
576 **Geriatric Use**
577 Of the patients who received VIOXX in osteoarthritis clinical trials, 1455 were 65 years
578 of age or older (this included 460 who were 75 years or older. No substantial differences
579 in safety and effectiveness were observed between these subjects and younger subjects.
580 Greater sensitivity of some older individuals cannot be ruled out. Dosage adjustment in
581 the elderly is not necessary; however, therapy with VIOXX should be initiated at the
582 lowest recommended dose.
583
584 In one of these studies (a six-week, double-blind, randomized clinical trial), VIOXX 12.5
585 or 25 mg once daily was administered to 174 osteoarthritis patients ≥80 years of age. The

MRK-99420021428

M007211441

586  safety profile in this elderly population was similar to that of younger patients treated
587  with VIOXX.
588
589
590  **ADVERSE REACTIONS**
591
592  *Osteoarthritis*
593
594  Approximately 3600 patients with osteoarthritis were treated with VIOXX;
595  approximately 1400 patients received VIOXX for 6 months or longer and approximately
596  800 patients for one year or longer. The following table of adverse experiences lists all
597  adverse events regardless of causality, occurring in at least 2% of patients receiving
598  VIOXX in nine controlled studies of 6 weeks to 6 months duration conducted in patients
599  with OA at the therapeutically recommended doses (12.5 and 25 mg), which included a
600  placebo and/or positive control group.

MRK-99420021429

M007211442

601

Clinical Adverse Experiences occurring in
≥ 2.0% of Patients Treated with VIOXX

| | Placebo | VIOXX 12.5 or 25 mg daily | Ibuprofen 2400 mg daily | Diclofenac 150 mg daily |
|---|---|---|---|---|
| | (N = 783) | (N = 2829) | (N = 847) | (N = 498) |
| **Body As A Whole/Site Unspecified** | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 |
| Asthenia/Fatigue | 1.0 | 2.2 | 2.0 | 2.6 |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 |
| Influenza-Like Disease | 3.1 | 2.9 | 1.5 | 3.2 |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 |
| Upper Respiratory Infection | 7.8 | 8.5 | 5.8 | 8.2 |
| **Cardiovascular System** | | | | |
| Hypertension | 1.3 | 3.5 | 3.0 | 1.6 |
| **Digestive System** | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.6 |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 |
| Epigastric Discomfort | 2.8 | 3.8 | 9.2 | 5.4 |
| Heartburn | 3.6 | 4.2 | 5.2 | 4.6 |
| Nausea | 2.9 | 5.2 | 7.1 | 7.4 |
| **Eyes, Ears, Nose, And Throat** | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.4 |
| **Musculoskeletal System** | | | | |
| Back Pain | 1.9 | 2.5 | 1.4 | 2.8 |
| **Nervous System** | | | | |
| Headache | 7.5 | 4.7 | 6.1 | 8.0 |
| **Respiratory System** | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 3.2 |
| **Urogenital System** | | | | |
| Urinary Tract Infection | 2.7 | 2.8 | 2.5 | 3.6 |

17

MRK-99420021430

The general safety profile of VIOXX 50 mg QD in OA clinical trials up to 6 months (476 patients) was similar to that of VIOXX at the recommended OA doses of 12.5 and 25 mg QD, except for a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema (6.3%) and hypertension (8.2%).

In the OA studies, the following spontaneous adverse events occurred in >0.1% to 1.9% of patients treated with VIOXX regardless of causality:

**Body as a Whole:** abdominal distension, abdominal tenderness, abscess, chest pain, chills, contusion, cyst, diaphragmatic hernia, fever, fluid retention, flushing, fungal infection, infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope, trauma, upper extremity edema, viral syndrome.

**Cardiovascular System:** angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

**Digestive System:** acid reflux, aphthous stomatitis, constipation, dental caries, dental pain, digestive gas symptoms, dry mouth, duodenal disorder, dysgeusia, esophagitis, flatulence, gastric disorder, gastritis, gastroenteritis, hematochezia, hemorrhoids, infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.

**Eyes, Ears, Nose and Throat:** allergic rhinitis, blurred vision, cerumen impaction, conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion, ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.

**Immune System:** allergy, insect bite reaction

**Metabolism And Nutrition:** appetite change, hypercholesterolemia, weight gain

**Musculoskeletal System:** ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness, musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendinitis, traumatic arthropathy, wrist fracture

**Nervous System:** hypesthesia, insomnia, median nerve neuropathy, migraine, muscular spasm, paresthesia, sciatica, somnolence, vertigo

**Psychiatric Disorder:** anxiety, depression, mental acuity decreased

**Respiratory System:** asthma, cough, dyspnea, pneumonia, pulmonary congestion, respiratory infection

MRK-99420021431

647  **Skin And Skin Appendages:** abrasion, alopecia, atopic dermatitis, basal cell carcinoma,
648  blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail unit disorder,
649  perspiration, pruritus, rash, skin erythema, urticaria, xerosis
650
651  **Urogenital System:** breast mass, cystitis, dysuria, menopausal symptoms, menstrual
652  disorder, nocturia, urinary retention, vaginitis
653
654  **Other serious adverse reactions which occur rarely (<0.1%), regardless of causality:**
655  The following serious adverse events have occurred rarely in patients taking VIOXX:
656
657  **Cardiovascular:** cerebrovascular accident, congestive heart failure, deep venous
658  thrombosis, myocardial infarction, pulmonary embolism, transient ischemic attack,
659  unstable angina
660
661  **Gastrointestinal:** colitis, colonic malignant neoplasm, cholecystitis, duodenal ulcer,
662  gastrointestinal bleeding, intestinal obstruction, pancreatitis
663
664  **Hemic and lymphatic:** lymphoma
665
666  **Urogenital:** breast malignant neoplasm, prostatic malignant neoplasm, urolithiasis
667
668  In 1-year controlled clinical trials and in extension studies for up to 86 weeks
669  (approximately 800 patients treated with VIOXX for one year or longer), the adverse
670  experience profile was qualitatively similar to that observed in studies of shorter duration.
671
672  *Analgesia, including primary dysmenorrhea*
673  Approximately one thousand patients were treated with VIOXX in analgesia studies. All
674  patients in post-dental surgery pain studies received only a single dose of study
675  medication. Patients in primary dysmenorrhea studies may have taken up to 3 daily doses
676  of VIOXX, and those in the post-orthopedic surgery pain study were prescribed 5 daily
677  doses of VIOXX.
678
679  The adverse experience profile in the analgesia studies was generally similar to those
680  reported in the osteoarthritis studies. The following additional adverse experience, which
681  occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in
682  the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).
683
684  In 110 patients treated with VIOXX (average age approximately 65 years) in the post-
685  orthopedic surgery pain study, the most commonly reported adverse experiences were
686  constipation, fever, and nausea.
687

19

MRK-99420021432

M007211445

688 **OVERDOSAGE**

689 No overdoses of VIOXX were reported during clinical trials.  Administration of single
690 doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for
691 14 days to 75 healthy volunteers did not result in serious toxicity.
692
693 In the event of overdose, it is reasonable to employ the usual supportive measures, e.g.,
694 remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring,
695 and institute supportive therapy, if required.
696
697 Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed
698 by peritoneal dialysis.
699

700 **DOSAGE AND ADMINISTRATION**

701 VIOXX is administered orally.  The lowest dose of VIOXX should be sought for each
702 patient.
703
704 *Osteoarthritis*
705 The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may
706 receive additional benefit by increasing the dose to 25 mg once daily. The maximum
707 recommended daily dose is 25 mg.
708
709 *Management of Acute Pain and Treatment of Primary Dysmenorrhea*
710 The recommended initial dose of VIOXX is 50 mg once daily. Subsequent doses should
711 be 50 mg once daily as needed. Use of VIOXX for more than 5 days in management of
712 pain has not been studied (See CLINICAL STUDIES, *Analgesia, including primary*
713 *dysmenorrhea.*)
714
715 VIOXX tablets may be taken with or without food.
716
717 *Oral Suspension*
718 VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX
719 Tablets 12.5 or 25 mg, respectively, in any of the above indications.   Shake before using.
720

721 **HOW SUPPLIED**

722 No. 3810 – Tablets VIOXX, 12.5 mg, are cream/off-white, round, shallow cup tablets
723 engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:
724     **NDC** 0006-0074-31 unit of use bottles of 30
725     **NDC** 0006-0074-54 unit of use bottles of 90
726     **NDC** 0006-0074-28 unit dose packages of 100
727     **NDC** 0006-0074-68 bottles of 100
728     **NDC** 0006-0074-82 bottles of 1000
729     **NDC** 0006-0074-80 bottles of 8000.

MRK-99420021433

732
733 No. 3811 – Tablets VIOXX, 25 mg, are yellow, round, tablets engraved MRK 110 on one
734 side and VIOXX on the other. They are supplied as follows:
735     NDC 0006-0110-31 unit of use bottles of 30
736     NDC 0006-0110-54 unit of use bottles of 90
737     NDC 0006-0110-28 unit dose packages of 100
738     NDC 0006-0110-68 bottles of 100
739     NDC 0006-0110-82 bottles of 1000
740     NDC 0006-0110-80 bottles of 8000.
741
742 No. 3784 – Oral Suspension VIOXX, 12.5 mg/5 mL is an opaque, white to faint yellow
743 suspension with a strawberry flavor that is easily resuspended upon shaking.
744     NDC 0006-3784-64 unit of use bottles containing 150 mL (12.5 mg/5 mL).
745
746 No. 3785 – Oral Suspension VIOXX, 25 mg/5 mL, is an opaque, white to faint yellow
747 suspension with a strawberry flavor that is easily resuspended upon shaking.
748 NDC 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL).
749
750 *Storage*
751 *VIOXX Tablets*:
752     Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP
753 Controlled Room Temperature.]
754
755 *VIOXX Oral Suspension:*
756     Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F).   [See USP
757 Controlled Room Temperature.]
758
759     Rx only.
760
761 _____

762 **MERCK & CO., INC.,** West Point, PA 19486, USA
763
764 Issued Month Year
765 Printed in USA
766

MRK-99420021434

# EXHIBIT  2

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Merck & Co., Inc.
P.O. Box 4
West Point PA 19486
Fax 610 397 2516
Tel 610 397 2944
        215 652 5000

December 16, 1998



**MERCK**
Research Laboratories

Robert DeLap, M.D., Ph.D. - Acting Director
Division of Anti-Inflammatory, Analgesic and
    Ophthalmic Drug Products, HFD-550, Room 2063
Office of Drug Evaluation V  (CDER)
Food and Drug Administration
5600 Fishers Lane
Rockville, Maryland  20857                                    Serial No. <u>406</u>

Dear Dr. DeLap:

**IND 46,894:  VIOXX (Rofecoxib, MK-0966)**

**PROTOCOL AMENDMENT - NEW PROTOCOL**

Please refer to a submission of September 12, 1998 (Serial No. 370) of the draft "GI Outcomes"
protocol and subsequent discussions with FDA representatives concerning this protocol,
including a meeting held November 5, 1998.  Please note the following revisions that have been
incorporated into this final protocol based on those discussions:

- The final dose selection has been made.  The dose of MK-0966 will be 50 mg.
- All reference to dose-titration of naproxen has been removed.
- The cardiovascular thrombotic and embolic adverse event adjudication has been
  added.
- Removal of secondary objective regarding NSAID type AEs.

Additional changes arising from discussions at the above mentioned meeting are still in
development and will be handled through amendments to this protocol.

These changes include:
- The modified Health Assessment Questionnaire (HAQ) will be added as an
  efficacy endpoint at the randomization visit, the six week visit (visit 3) and
  discontinuation or end of study.
- Modifications to the criteria for confirmed PUBs and confirmed complicated
  PUBs will be included.

Robert DeLap, M.D., Ph.D., Acting Director
IND 46,894: VIOXX (Rofecoxib, MK-0966)
Page 2

We are submitting the following information as an amendment to the subject Investigational New
Drug Application:

1.  Protocol Title/Number:

    "A Double-Blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of
    PUBs During Chronic Treatment with MK-0966 or Naproxen in Patients with Rheumatoid
    Arthritis ("GI Outcomes" Trial or "VIGOR" Trial)/Protocol No. 088-00.

2.  Clinical Monitor:

    Alise Reicin, M.D.
    Beth Seidenberg, M.D

3.  Investigator information will be submitted by Covance, Inc., as it becomes available.

4.  Description of most clinically significant differences between this protocol and previous
    protocols:

    PRIMARY OBJECTIVES

    1.  To determine the incidence rate of PUBs in patients with rheumatoid arthritis taking 50
        mg MK-0966 daily compared to patients taking naproxen, 1000 mg daily.

    2.  To study the safety and tolerability of MK-0966 in patients with rheumatoid arthritis.

    SECONDARY OBJECTIVES

    1.  To assess the incidence confirmed and unconfirmed PUBs in patients with rheumatoid
        arthritis taking 50 mg MK-0966 daily compared to patients taking naproxen 1000 mg
        daily.

    2.  To assess the incidence of complicated PUBs in patients with rheumatoid arthritis taking
        50 mg MK-0966 daily compared to patients taking naproxen 1000 mg daily.

    3.  To compare the efficacy of treatment of rheumatoid arthritis with MK-0966 or naproxen
        as evaluated by the Patient and Investigator Global Assessment of Disease Activity and
        the discontinuation rates due to lack of efficacy.

    EXPLORATORY OBJECTIVES

    1.  To compare health-care resource utilization for GI-related adverse experiences (for
        example, the incidence of PUBs requiring hospitalizations; the proportion of patients
        requiring upper GI series or endoscopy) which are consistent with NSAID use in patients
        taking 50 mg MK-0966 daily, compared to patients taking naproxen 1000 mg daily.

MRK-I8940042882

Robert DeLap, M.D., Ph.D., Acting Director
IND 46,894:  VIOXX (Rofecoxib, MK-0966)
Page 3


## EXPLORATORY OBJECTIVES  (Continued)

2.  To determine rates of occurrence of bleeding from any location in the GI tract in patients
taking 50 mg MK-0966 daily, compared to patients taking naproxen 1000 mg daily.

5.  Additionally, portions of the sponsor responsibilities of this study are being contracted to a
Contract Research Organization (CRO).  Covance, Inc. will be responsible for site start-up
activities, document review and retention, drug shipment and resolution, site monitoring, data
collection, and data clean up.

6.  IND submissions of New Investigator information will be submitted by the following
individual:

> Ms. Gail England
> Manager, Regulatory Affairs
> FDA Liaison Group
> Covance Clinical Services
> 210 Carnegie Center
> Princeton, NJ  08540-6233
> (609) 452-4565


Sincerely,


Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs


Attachment:   Copy of subject protocol

Federal Express


Q:CAT\CDF\46894\088NP

MRK-I8940042883
M007211451