# EXHIBIT  7

 **MERCK**

**News Release**

---

**FOR IMMEDIATE RELEASE**

Media Contacts:   Greg Reaves          Investor Contact:   Mark Stejbach
                  908/423-6022                             908/423-5185

                  Christine Fanelle
                  267/305-3203

### FDA Approves Label Changes for Vioxx® to Reflect Data from Landmark Gastrointestinal Outcomes Study and Approves New Indication for Adult Rheumatoid Arthritis

WHITEHOUSE STATION, N.J., April 11, 2002 -- Merck & Co., Inc. announced today that the U.S. Food and Drug Administration has approved changes to the prescribing information for Vioxx® (rofecoxib) to include results from the landmark 8,000-patient Vioxx Gastrointestinal Outcomes Research (VIGOR) study.  The FDA also has approved Vioxx 25 mg once daily for the relief of the signs and symptoms of rheumatoid arthritis in adults.  Vioxx is the Company's once-daily medicine for osteoarthritis and acute pain in adults.

Vioxx is now the first and only medicine that selectively inhibits the COX-2 enzyme that is proven to reduce the risk of developing clinically important gastrointestinal (GI) side effects in patients with or without risk factors for such GI side effects compared to the non-steroidal anti-inflammatory drug (NSAID) naproxen.  In VIGOR, Vioxx 50 mg -- a dose two-times the highest recommended chronic dose -- significantly reduced serious GI side effects, including perforations, obstructions, ulcers and bleeds, by 54 percent compared to a commonly used dose of naproxen (1,000 mg) in rheumatoid arthritis patients.  The GI safety benefit compared to naproxen, as shown in VIGOR, now appears as a modification to the GI Warning section of the prescribing information, a section included in the prescribing information for all NSAIDs, including those that selectively inhibit COX-2.

The prescribing information also has been revised to include cardiovascular data from VIGOR.  In this study, the number of patients with serious cardiovascular thrombotic events in the group treated with Vioxx 50 mg (n=45) was higher than in the group taking naproxen (n=19). In a placebo-controlled database derived from two other studies (n=2,142), the number of patients with serious cardiovascular thrombotic events among those receiving Vioxx 25 mg was 21 compared to 35 for patients taking placebo.  These data also are reflected in the prescribing

- more -

Vioxx® is the Merck registered trademark for rofecoxib.

- 2 -

information.  The significance of the cardiovascular findings from these three studies (VIGOR and the placebo-controlled studies) is unknown.  Vioxx is not a substitute for aspirin to prevent cardiovascular events because of its lack of effect on platelets.  The Precautions section of the prescribing information states that all of this information should be taken into consideration and caution should be exercised when Vioxx is used in patients with a medical history of ischemic heart disease, which includes patients with a history of angina or heart attack.

"Merck is confident in the efficacy and safety profile of Vioxx.  VIGOR was a rigorous test of the GI safety of Vioxx versus naproxen and based on that study, the FDA has approved a modification to the standard GI warning section.  Our label now reads: 'Although the risk of GI toxicity is not completely eliminated with Vioxx, the results of the VIGOR study demonstrate that in patients treated with Vioxx, the risk of GI toxicity with Vioxx 50 mg once daily is significantly less than with naproxen 500 mg twice daily,'" said Edward M. Scolnick, M.D., executive vice president, science and technology, and president, Merck Research Laboratories, Merck & Co., Inc.

**Vioxx reduced risk of GI damage in rigorous GI outcomes study**

In the large GI outcomes study known as VIGOR, Vioxx 50 mg once daily (n=4,047) -- a dose twice the highest recommended chronic dose -- was compared to a common therapeutic dose of naproxen 500 mg twice daily (n=4,029) in patients with rheumatoid arthritis (median length of participation was nine months).  The study assessed the incidence of serious GI events and the most serious, or "complicated," GI events, which included perforations, obstructions or major bleeding (PUB) in the upper GI tract.  The study was designed to exclude patients requiring aspirin for cardioprotection.

In VIGOR, Vioxx 50 mg once daily significantly reduced the risk of serious GI events by 54 percent and the risk of complicated GI events by 57 percent compared to naproxen 500 mg twice daily.  A total of 56 patients treated with Vioxx experienced a serious GI event compared to 121 patients taking naproxen, and a total of 16 patients receiving Vioxx had a complicated GI event versus 37 patients taking naproxen.

In the study, the reduction in risk for serious and complicated GI events with Vioxx was maintained in patients both at high risk for developing a PUB and in patients without risk factors.  Such risk factors include: prior history of a PUB, age of 65 or older, *Helicobacter pylori* infection or concomitant use of corticosteroids.

- more -

- 3 -

**Other safety findings in VIGOR: cardiovascular data**

In VIGOR, a statistically significant higher incidence of serious cardiovascular thrombotic events was seen in patients receiving Vioxx 50 mg once daily compared to patients treated with naproxen 500 mg twice daily.  A total of 45 serious cardiovascular thrombotic events occurred among 4,047 patients taking Vioxx compared to 19 among 4,029 taking naproxen.  This was largely due to a difference in the incidence of non-fatal heart attacks: 18 for Vioxx and 4 for naproxen.  The number of cardiovascular thrombotic deaths was similar in patients treated with Vioxx (n=7) compared to naproxen (n=6).

The GI and cardiovascular safety findings from VIGOR were published in *The New England Journal of Medicine* in November 2000 and publicly presented at an FDA Advisory Committee meeting in February 2001.

Also included in the prescribing information are data from a placebo-controlled database derived from two studies with a total of 2,142 elderly patients (mean age 75; Vioxx n=1,067, placebo n=1,075).  The median exposure in these studies was approximately 14 months.  The number of patients with a serious cardiovascular thrombotic event was 21 for patients treated with Vioxx 25 mg once daily versus 35 for patients receiving placebo.  In these same two placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 versus 3 for Vioxx versus placebo, respectively.  The significance of the cardiovascular findings from these three studies (VIGOR and the placebo-controlled studies) is unknown.  Prospective studies with Vioxx to compare the incidence of serious cardiovascular events to NSAID comparators or placebo have not been performed.

**GI side effects of NSAIDs**

Serious GI side effects of NSAIDs are associated with an estimated 100,000 hospitalizations and an estimated 16,500 deaths each year in the United States.[1]  Four out of 5 people who develop a serious GI side effect while taking a NSAID do not have warning symptoms.

**New indication approved for treatment of adult rheumatoid arthritis**

The efficacy and safety of Vioxx 25 mg once daily for the relief of the signs and symptoms of rheumatoid arthritis were evaluated in two 12-week studies involving nearly 2,000 patients that compared Vioxx 25 mg once daily to naproxen 500 mg twice daily.  Results of these studies, which included extensions of up to one year, are included in the Clinical Studies and Adverse Events sections of the label.

- more -

MRK-PRL0000248

M007211985

- 4 -

In these studies, the adverse experience profile was generally similar to that reported in the osteoarthritis studies.  In studies of at least three months, the incidence of hypertension in rheumatoid arthritis patients receiving Vioxx 25 mg once daily was 10.0 percent and the incidence of hypertension in patients receiving naproxen 500 mg twice daily was 4.7 percent.

Rheumatoid arthritis is a chronic, systemic inflammatory disease that affects more than 2 million Americans, mostly women.

"We are excited about the expanded use of Vioxx 25 mg as a once-daily treatment for adult rheumatoid arthritis," said Dr. Scolnick.  "This new indication offers patients suffering from the pain and inflammation of this disease a new treatment option."

**Important information about Vioxx**

In rare cases, serious stomach problems, such as bleeding, can occur without warning symptoms.  People who have had an allergic reaction, such as asthma, to Vioxx, aspirin or other arthritis medicines should not take Vioxx.  People who have had liver or kidney problems, or are pregnant, should tell their doctors.  Vioxx should not be used by women in late pregnancy.

Common side effects reported in the osteoarthritis clinical trials with Vioxx were upper-respiratory infection, diarrhea, nausea and high blood pressure.

**About Vioxx**

Vioxx was first approved in the United States in 1999 for the relief of the signs and symptoms of osteoarthritis, management of acute pain in adults and treatment of menstrual pain.  Since its introduction, more than 52 million prescriptions have been written in the United States.[2]

The recommended starting dose of Vioxx for treatment of osteoarthritis is 12.5 mg once daily.  Some patients may receive additional benefit by increasing the dose to 25 mg once daily.  For rheumatoid arthritis, the recommended dose is 25 mg once daily.  The maximum daily dose for osteoarthritis and rheumatoid arthritis is 25 mg once daily.  Vioxx 50 mg once daily is the recommended dose for acute pain and menstrual pain.  The chronic use of Vioxx 50 mg is not recommended; use of Vioxx 50 mg for more than five days in the management of pain has not been studied.

Merck's 2002 sales guidance for its coxib franchise of $2.8 billion to $3.1 billion remains unchanged from guidance provided earlier this year.

- more -

- 5 -

Merck & Co., Inc. is a leading research-driven pharmaceutical products and services company.  Merck discovers, develops, manufactures and markets a broad range of innovative products to improve human and animal health, directly and through its joint ventures. Merck-Medco manages pharmacy benefits for employers, insurers and other plan sponsors, encouraging the appropriate use of medicines and providing disease management programs.

This press release contains "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995.  No forward-looking statement can be guaranteed, and actual results may differ materially from those projected.  We undertake no obligation to publicly update any forward-looking statement, whether as a result of new information, future events, or otherwise.  Forward-looking statements in this document should be evaluated together with the many uncertainties that affect our businesses, particularly those mentioned in the cautionary statements in Item 1 of our Form 10-K for the year ended Dec. 31, 2001, and in our periodic reports on Form 10-Q and Form 8-K (if any) which we incorporate by reference.

# # #

**The full prescribing information and patient package insert for Vioxx® are attached.  The full prescribing information is also available by calling 1-800-546-8173 and the patient package insert is available by calling 1-800-344-7833.**

---

[1]  Singh, G., Recent considerations in NSAID gastropathy, *American Journal of Medicine*, July 1998.
[2]  IMS Health, National Prescription Audit Plus™.  Based on total dispensed prescriptions for the period May 1999 through January 2002.

MRK-PRL0000250

M007211987

# EXHIBIT  8

897029v.1

Ned S. Braunstein, M.D.
Senior Director
Regulatory Affairs

Merck & Co., inc.
P.O. Box 2000, RY 32-605
Rahway NJ 07065-0900
Tel 732 594 2386
Fax 732 594 1930
ned_braunstein@merck.com

September 30, 2004

Brian E. Harvey, M.D., Ph.D., Acting Director
Division of Anti-Inflammatory, Analgesic,
        And Ophthalmologic Drug Products
HFD-550, Room N314
Office of Drug Evaluation V (CDER)
Food and Drug Administration
9201 Corporate Boulevard
Rockville, MD 20850

 **MERCK**
Research Laboratories

NDA 21-052: VIOXX™ (Rofecoxib Oral Suspension)

**GENERAL CORRESPONDENCE**
**Voluntary Withdrawal of Product from the Market**

Dear Dr. Harvey:

Reference is made to the above New Drug Application submitted by Merck Research Laboratories (MRL), a Division of Merck & Co., Inc. Reference is also made to telephone conversations between Dr. Brian Harvey, FDA and Dr. Dennis M. Erb, MRL on September 27, 2004, and a meeting between FDA representatives and MRL representatives on September 28, 2004 during which Merck informed the Agency of results from the APPROVe trial and our decision to voluntarily withdraw VIOXX™ (rofecoxib) from the market.

The APPROVe trial was designed to evaluate the efficacy of VIOXX™ 25 mg in preventing recurrence of colorectal polyps in patients with a history of colorectal adenomas. In this study, there was an increased relative risk for confirmed cardiovascular events, such as heart attack and stroke, beginning after 18 months of treatment in the patients taking VIOXX™ compared to those taking placebo. The results for the first 18 months of the APPROVe study did not show any increased risk of confirmed cardiovascular events on VIOXX™, and in this respect, are similar to the results of two placebo-controlled studies described in the current U.S. labeling for VIOXX™.

We are taking this action because we believe it best serves the interests of patients. Although we believe it would have been possible to continue to market VIOXX™ with labeling that would incorporate these new data, given the availability of alternative therapies, and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take.

With this letter, we are providing formal notification of the voluntary worldwide withdrawal of VIOXX™ (rofecoxib) from the market. This withdrawal which is being effected to the pharmacy (retail) level involves all strengths and formulations of rofecoxib.

This submission is formatted as required in Title 21 paragraph 314.50 of the Code of Federal Regulations and is being submitted in accordance with the January 1999, *Guidance for Industry – Providing Regulatory Submissions in Electronic Format – NDAs*. As an attachment to this letter, Merck Research Laboratories (MRL), a Division of Merck & Co., Inc., is providing one Compact Disk (CD) which contains the submission. All documents requiring signatures for certification are included as paper for archival purposes.

Confidential - Subject To Protective
Order


**EXHIBIT**
12
PENGAD-Bayonne, N.J.

MRK-N0520018917

M00AA17813

Brian E. Harvey, M.D., Ph.D., Acting Director
NDA 21-052: VIOXX™ (Rofecoxib Oral Suspension)
Page 2

All of the information is contained on one CD and is not more than 100 MB. We have taken precautions to ensure that the contents of this CD are free of computer viruses (Norton Anti-Virus 7.51, Symantec Corp., 2000) and we authorize the use of anti-virus software, as appropriate.

A list of reviewers from the Division of Anti-Inflammatory, Analgesic, and Ophthalmologic Drug Products who should be provided access to this electronic submission on their desktops may be obtained from Ms. Barbara J. Gould, Regulatory Project Manager, Division of Anti-Inflammatory, Analgesic, and Ophthalmologic Drug Products.

We consider the information included in this submission to be a confidential matter, and request the Food and Drug Administration not make the content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

Questions concerning this submission should be directed to Ned S. Braunstein, M.D. (732-594-2886) or in my absence, Dennis M. Erb, Ph.D. (484-344-7597).

Sincerely,

*Michelle W. Kloss*

for  Ned S. Braunstein, M.D.
     Senior Director, Regulatory Affairs

Enclosure: CD
Federal Express #1

Q:\Aller Maione\Coxib Letters to FDA\vioxx nda\VIOXX NDA Voluntary Product Withdrawal.NDA.21.052.doc

Desk Copies:  Ms. Barbara J. Gould, Regulatory Project Manager (cover letter)
              HFD-550, Room N367
              Federal Express #1

Confidential - Subject To Protective
Order

MRK-N0520018918

M00A17814

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION | Form Approved: OMB No. 0910-0338<br>Expiration Date: August 31, 2006<br>See OMB Statement on page 2. |
|---|---|
| **APPLICATION TO MARKET A NEW DRUG, BIOLOGIC,<br>OR AN ANTIBIOTIC DRUG FOR HUMAN USE**<br>*(Title 21, Code of Federal Regulations, Parts 314 & 601)* | **FOR FDA USE ONLY**<br>APPLICATION NUMBER |

**APPLICANT INFORMATION**

NAME OF APPLICANT: Merck & Co., Inc.   DATE OF SUBMISSION: *September 30, 2004*

TELEPHONE NO. *(include Area Code)* (732) 594-7186   FACSIMILE (FAX) Number *(include Area Code)* (732) 594-1030

APPLICANT ADDRESS *(Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued):*
P.O. Box 2000
RY 32-605
Rahway, NJ 07065-0900

AUTHORIZED U.S. AGENT NAME & ADDRESS *(Number, Street, City, State, ZIP Code, telephone & FAX number)* IF APPLICABLE
Diane Louie, M.D., M.P.H.
Director
Regulatory Affairs

**PRODUCT DESCRIPTION**

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER *(If previously issued)* 21-052

ESTABLISHED NAME *(e.g. Proper name, USP/USAN name)* Rofecoxib    PROPRIETARY NAME *(trade name)* IF ANY VIOXX™

CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME *(if any)* 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone    CODE NAME *(if any)* MK-0966

DOSAGE FORM Oral Suspension   STRENGTHS: 12.5 mg / 5 mL, 25 mg / 5 mL   ROUTE OF ADMINISTRATION: Oral

(PROPOSED) INDICATION(S) FOR USE: Relief of the signs and symptoms of osteoarthritis and rheumatoid arthritis in adults, management of acute pain in adults, treatment of primary dysmenorrhea, juvenile rheumatoid arthritis in patients 2 years and older.

**APPLICATION INFORMATION**

APPLICATION TYPE *(check one)*  ☒ NEW DRUG APPLICATION (21 CFR 314.50)   ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)   ☐ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE  ☒ 505 (b)(1)   ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                                          Holder of Approved Application

TYPE OF SUBMISSION *(check one)*  ☐ ORIGINAL APPLICATION  ☐ AMENDMENT TO A PENDING APPLICATION  ☐ RESUBMISSION  ☐ PRESUBMISSION  ☐ ANNUAL REPORT  ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT  ☐ EFFICACY SUPPLEMENT  ☐ LABELING SUPPLEMENT  ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT  ☒ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION:

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY  ☐ CBE  ☐ CBE-30  ☐ Prior Approval (PA)

REASON FOR SUBMISSION  *Voluntary Withdrawal of Product from the Market*

PROPOSED MARKETING STATUS *(check one)*  ☒ PRESCRIPTION PRODUCT (Rx)   ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED  *1*   THIS APPLICATION IS  ☐ PAPER  ☒ PAPER AND ELECTRONIC  ☐ ELECTRONIC

ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

FORM FDA 356h (9/02)                                                      Page 1 of 1

MRK-N0520018919

M00AА17815

| | This application contains the following items: *(Check all that apply)* |
|---|---|
| ✕ | 1. Index |
| | 2. Labeling *(check one)*          ☐ Draft Labeling          ☐ Final Printed Labeling |
| | 3. Summary (21 CFR 314.50 (c)) |
| | 4. Chemistry section |
| |     A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) |
| |     B. Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| |     C. Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) |
| | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) |
| | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) |
| | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) |
| | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) |
| | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) |
| | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) |
| | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
| | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or 0)(2)(A)) |
| | 15. Establishment description (21 CFR Part 600, if applicable) |
| | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| | 17. Field copy certification (21 CFR 314.50 (k)(3)) |
| | 18. User Fee Cover Sheet (Form FDA 3397) |
| | 19. Financial Information (21 CFR Part 54) |
| | 20. OTHER (Specify) |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contra i nd ications, warnings, precautions, and adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 650, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.
The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.

**Warning:** A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE |
|---|---|---|
| *Diane Clonie MD, MP* | Diane Louie, M.D., M.P.H. Director Regulatory Affairs | September 30, 2004 |

| ADDRESS *(Street, City, State, and ZIP Code)* | Telephone Number |
|---|---|
| P.O. Box 2000, RY 32-605 Rahway, NJ 07065-0900 | (732) 594-7186 |

Public reporting burden for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

| Department of Health and Human Services Food and Drug Administration CDER, HFD-99 1401 Rockville Pike Rockville, MD 20852-1448 | Food and Drug Administration CDER (HFD-94) 12229 Wilkins Avenue Rockville, MD 20852 | An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. |
|---|---|---|

FORM FDA 356h (9/02)          PSC Media Arts (301) 443 1090   EF          Page 2 of 2

MRK-N0520018920

M00AA17816