# EXHIBIT  1

1 of 100 DOCUMENTS

Copyright 2001 Gannett Company, Inc.
USA TODAY

February 9, 2001, Friday, FINAL EDITION

**SECTION:** MONEY; Pg. 5B

**LENGTH:** 362 words

**HEADLINE:** Data: Vioxx might raise heart risk

**BYLINE:** Rita Rubin

**DATELINE:** GAITHERSBURG, Md.

**BODY:**

GAITHERSBURG, Md. -- Arthritis patients who take Vioxx because they think it's safer on the stomach should know that the blockbuster drug might increase their risk of suffering a heart attack, an FDA advisory committee concluded Thursday.

"It would be indefensible not to share this information with the public," says David Wofsy, a University of California at San Francisco rheumatologist who served as a consultant to the committee. The FDA usually follows its advisory committee's recommendations.

Merck had come before the advisory committee to make the case that Vioxx should not have to carry the same warning about gastrointestinal (GI) complications as other non-steroidal anti-inflammatory drugs, or NSAIDs. Vioxx and its rival, Celebrex, came on the market in 1999 and had two of the most successful launches of any drug, with sales totaling more than $ 3 billion last year.

Vioxx and Celebrex had gained a reputation as "super aspirins" because they were thought to be safer on the stomach than aspirin and other NSAIDs.

Merck conducted a study of more than 8,000 patients comparing Vioxx with naproxen, sold as Aleve. The study, dubbed Vigor, found that Vioxx patients experienced significantly fewer serious ulcers than those on naproxen. On the basis of that study, the advisory committee recommended that Merck be allowed to claim only that Vioxx is safer than naproxen in patients who are not also taking low-dose aspirin to protect against heart attacks. (The Vigor study excluded patients who also were taking aspirin.)

Data: Vioxx might raise heart risk USA TODAY February 9, 2001, Friday,

However, Vigor also found that patients on Vioxx were more likely
to suffer heart attacks and other cardiovascular complications
than those on naproxen. The advisory committee recommended that
this finding be noted on Vioxx's label.

On Wednesday, the advisory committee concluded that Pharmacia,
the maker of Celebrex, had failed to prove that its drug was safer
on the stomach. However, Pharmacia's study included patients taking
aspirin, which might have erased Celebrex's GI safety advantage.
Their study also compared Celebrex to two NSAIDs, not just one
as Merck had done.

**LOAD-DATE:** February 09, 2001

100434

********** Print Completed **********

Time of Request: Tuesday, July 24, 2007  17:02:58 EST

Print Number:    1821:39213895
Number of Lines: 49
Number of Pages: 2

Send To:  BROWN, PAT
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  2

897029v.1

38 of 38 DOCUMENTS

Copyright 2000 Newark Morning Ledger Co.
All Rights Reserved
The Star-Ledger (Newark, New Jersey)

April 29, 2000 Saturday
FINAL EDITION

**SECTION:** BUSINESS; Pg. 17

**LENGTH:** 528 words

**HEADLINE:** Merck shares fall on **Vioxx** study

**BYLINE:** Edward R. Silverman, Star-Ledger Staff

**BODY:**

A pall was cast over Merck & Co. yesterday after investors reacted to a study that found its hot- selling **Vioxx** painkiller - the drug maker's most important new product - caused a higher incidence of strokes or heart attacks than a generic medicine.

The Merck study found that **Vioxx** compared favorably with naproxen, a non-steroidal anti- inflammatory sold by several companies, when measuring gastrointestinal effects in 8,000 patients. But it also detected statistically "significant" **cardiovascular problems.**

As a result, the company's stock fell 2, or 2.8 percent, to close at 691/2, as Wall Street analysts fretted that the study, which was actually released last month but only discussed in greater detail yesterday, may prompt additional scrutiny from the Food and Drug Administration.

"This drug is the driver for Merck earnings for the next several years, and they need this drug to work," said Michael Krensavage, an analyst at Brown Bros. Harriman Inc., who follows the drug industry.

Concern among investors is palpable, given what some believe is the agency's new get-touch stance on troubled drugs. Earlier this month, Bristol-Myers Squibb Co. was forced to yank its application for a new hypertension drug after the FDA raised safety issues.

That highly publicized move followed a spate of harsh criticism directed at the FDA over its handling of several other medicines that were recently withdrawn only after protracted battles that trained a spotlight on the agency's review procedures.

Merck is particularly vulnerable to an FDA crackdown, analysts said. Several of its big-selling drugs lose patent protection soon, and Merck is counting on **Vioxx** to compensate for revenue expected to be lost to cheaper generic rivals.

"But people have the heebie-jeebies," Krensavage said. "Doctors will pay attention to anything that causes heart attacks. If they were to lose this drug, they'd be in trouble. Their whole strategy of remaining independent then goes out of the window."

A Merck spokeswoman said a review of its **Vioxx** studies didn't indicate patients taking the drug were at any higher risk of heart problems than those on similar medicines or a placebo, or dummy pill.

**Vioxx** was approved by the FDA last May to treat osteoarthritis and to relieve acute pain in adults. Merck is currently testing the drug in the hopes that it will also be approved to treat rheumatoid arthritis.

Merck shares fall on Vioxx study  The Star-Ledger (Newark, New Jersey) April 29. 2000 Saturday

**Vioxx** is part of a new type of drug known as Cox-2 inhibitors. It's supposedly easier on the stomach than existing medications, primarily non-steroidal anti-inflammatories. Another Cox-2 is Celebrex, sold by jointly by Pharmacia Corp. and Pfizer Inc.

Late yesterday, Merck issued a statement saying preliminary study data found the incidence of **cardiovascular problems** in patients taking **Vioxx** was 0.5 percent, compared with 0.1 percent in naproxen. Final results will be disclosed later this month.

Meanwhile, Pharmacia released its own statement yesterday noting Celebrex doesn't indicate the same problem, but the drug maker's stock dropped anyway - closing at 49-15/16, down 2-9/16, or 4.8 percent.

"It's guilt by association," said drug industry analyst Hemant Shah.

**LOAD-DATE:** April 16, 2007

# EXHIBIT 3

1 of 1 DOCUMENT

Copyright 2001 The New York Times Company
The New York Times

September 26, 2001 Wednesday
Late Edition - Final

**SECTION:** Section A; Column 5; National Desk; Pg. 14

**LENGTH:** 88 words

**HEADLINE:** National Briefing Science And Health: U.S. **Warns Merck About Marketing** Arthritis Drug

**BYLINE:** AP

**BODY:**

The Food and Drug Administration has ordered Merck & Company to cease promotions intended to persuade doctors to prescribe its arthritis painkiller Vioxx, saying the promotions minimize potential risks.

Merck has until Oct. 1 to respond. A recent study comparing Vioxx to another painkiller, naproxen, suggested that Vioxx users faced an increased risk of heart attacks and strokes, but many heart experts want more research. Still, an F.D.A. advisory panel has said Vioxx should carry a warning label about the potential risk.

**URL:** http://www.nytimes.com

**LOAD-DATE:** September 26, 2001

# EXHIBIT  4

Westlaw.

8/26/04 STLGRN 52

NewsRoom

Page 1

8/26/04 Star-Ledger (Newark N.J.) 52
2004 WLNR 20259711

Star-Ledger, The (Newark, NJ)
Copyright 2004 The Star-Ledger. All Rights Reserved. Used by NewsBank with Permission.

**August 26, 2004**

Section: BUSINESS

**FDA  study  stresses** concerns about Merck's Vioxx
ED SILVERMAN

A government analysis found Merck's best-selling Vioxx painkiller demonstrated a greater chance of causing heart attacks and sudden cardiac death than Celebrex, a rival drug made by Pfizer.

The review, which reiterates safety concerns about one of Merck's most important drugs, was conducted by a Food and Drug Administration team, which presented the findings at a conference yesterday.

The team analyzed medical records of 1.4 million people insured by Kaiser Permanente, the health maintenance organization, and also found patients taking the highest Vioxx dosages had three times the risk of cardiovascular events as those taking nonsteroidal anti-inflammatories.

 "Based upon the evidence in this study, I don't think doctors should prescribe high-dosage Vioxx, and patients shouldn't take it," David Graham, the FDA epidemiologist who led the analysis, told Reuters. He said his conclusions didn't reflect FDA views.

"The problem is that some patients continue to take it for 30, 60 or 90 days," he said, adding this may place patients at an elevated risk of heart attack and sudden cardiac death.

A spokeswoman for the Whitehouse Station-based drug maker, which has struggled to convince doctors its $2.5-billion-a-year medicine is safe, took exception to his findings.

"Merck disagrees with the conclusions. It's an observational analysis and not a clinical trial," said Mary Elizabeth Blake, the spokeswoman. "We have clinical trial data in the labeling for Vioxx that shows no difference between Vioxx and placebo in the rate of serious cardiovascular events."

She said the FDA findings didn't demonstrate a statistical significance when comparing lower dosages of Vioxx with Celebrex. And she said the FDA analyzed only 10 patients on higher dosages of Vioxx, which she said was too small a sample to be meaningful. The FDA team said further comparison is needed.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Nonetheless, Tim Anderson, a securities analyst with Prudential Equity Group, wrote to investors that the findings add credibility to concerns about Vioxx because the analysis was conducted by an FDA team.

"This is a negative for Merck," he wrote, pointing out the study showed both high doses of Vioxx for acute pain and low doses for chronic pain significantly increased the risk compared with all doses of Celebrex.

Merck is awaiting FDA approval for a follow-up drug called Arcoxia.

Copyright © 2004 The Star-Ledger. All Rights Reserved. Used by NewsBank with Permission.

---- INDEX REFERENCES ----

COMPANY: PRUDENTIAL FINANCIAL INC; PFIZER INC; MERCK AND CO INC

NEWS SUBJECT:  (Health & Family (1HE30); Major Corporations (1MA93); Economics & Trade (1EC26))

INDUSTRY:  (Healthcare (1HE06); Pharmaceuticals Regulatory (1PH03); Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain Management (1PA72); Drug Approval Process (1DR91); Orthopedics & Rheumatology (1OR79); Internal Medicine (1IN54); Healthcare Practice Specialties (1HE49); Manufacturing (1MA74))

Language:  EN

OTHER INDEXING:  (FDA; MERCK; PFIZER; PRUDENTIAL EQUITY GROUP; VIOXX)  (David Graham; Kaiser Permanente; Mary Elizabeth Blake; Tim Anderson)

EDITION: FINAL

Word Count: 488
8/26/04 STLGRN 52
END OF DOCUMENT

©   2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT  5

Westlaw.

4/22/02 MLWK 2

NewsRoom

Page 1

4/22/02 Milwaukee J. & Sentinel 2
2002 WLNR 3607554

Milwaukee Journal Sentinel (WI)
Copyright 2002 Journal Sentinel Inc.

**April 22, 2002**

Section: G HEALTH AND SCIENCE

ARTHRITIS DRUG LINKED TO **HEART   ATTACK   RISK**  L. GRIFFIN, JOURNAL SENTINEL MEDICAL
REPORTER.

COMPILED FROM WIRE REPORTS BY **KAWANZA** L. GRIFFIN

Medical Briefing    Switching from aspirin to a more stomach-friendly arthritis drug
could increase the risk of heart attacks, according to a study published in the journal
Science.

Human bodies harbor two forms of an enzyme that plays a role in pain-causing
inflammation and blood clotting. One of the enzymes, Cox-1, makes thromboxane, which
causes blood vessels to constrict and platelets to become sticky, steps important in
a heart attack or stroke. The other, Cox-2, is a major source of prostacyclin, which
dilates blood vessels and prevents platelets from clumping together.

In a healthy person, the two coxes are thought to balance each other so blood doesn't
excessively clot.

For the study, researchers irritated an artery to spur release of both clotting
chemicals in genetically engineered mice. Mice resistant to prostacyclin's effects, a
model of Cox-2 inhibition, experienced more thromboxane-caused clotting activity.

Merck & Co., makers of the popular arthritis pain relievers Vioxx, dismissed the study
as irrelevant, because it is in mice and presumes an effect in the human body far larger
than the drug actually causes.

But a leading heart expert called the new research a very important step in explaining
an earlier study that found certain Vioxx users suffered twice the risk of heart attacks
as users of an older painkiller.

---- INDEX REFERENCES ----

COMPANY: MERCK AND CO INC

NEWS SUBJECT:  (Health & Wellness (1HE60); Health & Family (1HE30))

INDUSTRY: (Healthcare (1HE06); Analgesics (1AN10); Orthopedics & Rheumatology (1OR79);

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

4/22/02 MLWK 2                                             Page 2


Internal Medicine (1IN54); Healthcare Practice Specialties (1HE49))

Language:   EN

OTHER INDEXING:   (MEDICAL BRIEFING SWITCHING; MERCK CO)   (ARTHRITIS DRUG LINKED; RISK
L. GRIFFIN)

EDITION: All

Word Count: 271
4/22/02 MLWK 2
END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT  6

1 of 1 DOCUMENT

Copyright 2002 The New York Times Company
The New York Times

April 12, 2002 Friday
Late Edition - Final

**SECTION:** Section C; Column 1; Business/Financial Desk; Pg. 2

**LENGTH:** 102 words

**HEADLINE:** COMPANY NEWS;
MERCK TO REVISE LABEL INFORMATION FOR VIOXX

**BYLINE:** Bloomberg News

**BODY:**

Merck & Company said yesterday that it would revise prescribing information for its Vioxx painkiller to show both cardiovascular risks and a benefit in reducing side effects like ulcers in arthritis patients.

Merck will include information on higher risks of heart attacks for Vioxx patients, compared with the risk in patients taking an older painkiller, naproxen. The Food and Drug Administration will also allow changes in the drug's label to reflect results from a study showing that Vioxx patients had fewer gastrointestinal side effects than patients on naproxen. Vioxx had sales of $2.6 billion last year.

**URL:** http://www.nytimes.com

**LOAD-DATE:** April 12, 2002

# EXHIBIT  7

1 of 1 DOCUMENT

Copyright 2002 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

## factiva.

(Copyright (c) 2002, Dow Jones & Company, Inc.)

## THE WALL STREET JOURNAL.
The Wall Street Journal

April 12, 2002 Friday

**SECTION:** HEALTH; Pg. A17

**LENGTH:** 470 words

**HEADLINE:** Label Change for Merck's Vioxx Adds Ulcer Protection, Heart Risk

**BYLINE:** By Gardiner Harris

**BODY:**

In a double-edged move for Merck & Co., regulators changed the label for Vioxx to say the arthritis drug seems to protect against ulcers, but also added a precaution that it may increase the risk of heart attacks.

Merck said the change by the U.S. Food and Drug Administration will help convince skeptics that Vioxx is much safer than cheaper pain pills. But some analysts worried that the precaution about heart risks will scare patients and doctors. The drug also won approval for treating rheumatoid arthritis in addition to osteoarthritis, acute pain and menstrual pain.

"Everyone already assumes these drugs work, so the only real news is the cardiovascular side effect," said Jacob Doft, a portfolio manager for Highline Capital Management.

Merck's share price was down 99 cents at $52.15 in 4 p.m. New York Stock Exchange composite trading.

Vioxx is locked in a fierce marketing war with Celebrex, a similar pill marketed jointly by Pharmacia Corp. and Pfizer Inc. that has gained market share in recent months in part because of doubts about Vioxx's heart safety. Celebrex's marketers insist its pill doesn't share Vioxx's potential effect on the heart but does share its protection of the stomach. But a large study of Celebrex failed to prove that it reduced any ulcer risks compared with patients taking much cheaper pain pills. Pharmacia and Pfizer are launching this week a version of Celebrex called Bextra.

Neither Vioxx nor Celebrex has lived up to early high hopes. Unexpectedly poor results of Vioxx last year led Merck to warn analysts twice that its earnings wouldn't meet expectations. Sales growth of Celebrex, Pharmacia's biggest selling drug, nearly stopped last year, forcing Pharmacia to lower earnings projections.

"This label change represents a significant opportunity for Merck," said David Anstice, Merck's chief marketing executive. He estimated that as many as 10% of patients who need an arthritis pain pill have heart risks for which they should be cautious about taking Vioxx. Merck expects Vioxx sales this year to total $2.8 billion to $3.1 billion, up from $2.55 billion last year.

Jeff Winton, a spokesman for Pharmacia, said his company was pleased with Merck's label changes. "The [gastro-intestinal] safety of these drugs isn't even an issue anymore and is a well accepted fact in the medical community," he said. "This confirms what we've been saying about the cardio profile of Vioxx." Celebrex's sales last year totaled $3.11 billion.

Label Change for Merck's Vioxx Adds Ulcer Protection, Heart Risk The Wall Street Journal April 12, 2002 Friday

An estimated 100,000 hospitalizations and 16,500 deaths per year are attributed to ulcer problems caused by standard pain pills such as aspirin and ibuprofen. Most patients who suffer such ulcers had no warnings beforehand. Merck will tell doctors that avoiding such risks -- which strike 3% to 4% of pain-pill users -- is well worth a heart precaution.

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 5, 2004

# EXHIBIT  8

1 of 1 DOCUMENT

Copyright 2001 Newark Morning Ledger Co.
All Rights Reserved
The Star-Ledger (Newark, New Jersey)

November 6, 2001 Tuesday
FINAL EDITION

**SECTION:** TODAY/BODYSHOP; Pg. 43

**LENGTH:** 636 words

**HEADLINE:** Vioxx may  increase risk  of stroke

**BYLINE:** JOE GRAEDON  AND TERESA GRAEDON, Ph.D., FOR THE STAR-LEDGER

**BODY:**

Q. Your column about some people suffering heart attacks while taking Celebrex or Vioxx caught my eye. My mother, who has been on Vioxx for approximately six months, had a stroke last week. Ever since she started on Vioxx, her blood pressure reading has been very high.

She wasn't warned about the side effects of Vioxx other than edema. Is there any way to share her experience with the researchers at the Cleveland Clinic who reported problems with these drugs?

A. High blood pressure can be a side effect of Vioxx. This complication might increase the risk of strokes. Cardiologists at the Cleveland Clinic reported in their review that people taking Vioxx were at higher risk of strokes due to blood clots.

Although there is no way to tell if your mother's stroke should be attributed to her use of the drug, we are sorry to hear of her situation. You can write to the lead author of the study at the following address: Eric J. Topol, M.D., Department of Cardiovascular Medicine, The Cleveland Clinic Foundation, F 25, 9500 Euclid Ave, Cleveland, Ohio 44195.

Q. I have been experiencing tender breasts for quite some time now. They are swollen, too, and always sore (including pre- and post-menstrual periods).

My ob-gyn says I might have a hormonal imbalance, but she has not prescribed anything to help. Is there any type of natural herbal approach that might relieve the soreness and swelling?

A. If your doctor has ruled out any medical problems, there are several approaches you might try. In  "Dr. Susan Love's Breast Book" (Third edition, Perseus), she suggests evening primrose oil. This dietary supplement was found to help roughly half the women with breast pain in one study. Women who are pregnant should not take this supplement.

Another option is chaste tree berry extract (Vitex agnus-castus). This herb has been used for centuries and might help correct a hormonal imbalance.

Lactation nurses help women with painful, swollen (engorged) breasts after childbirth by recommending fresh cabbage leaves in the bra. They should be changed several times a day as they wilt. Scratching or abrading the surface of the leaf slightly might help release more of the anti-inflammatory compounds that appear to be responsible for the relief.

Q. My 11-year-old daughter has warts on her fingers. The dermatologist is so busy he can't see her until February.

When I called for an appointment I was told to use an over-the-counter remedy, wrap the finger with duct tape and leave it on for 24 hours. Then we are supposed to scrape the affected area with fine sandpaper.

Duct tape sure has a lot of uses. Do you have any suggestions on wart removal? There's got to be a better way than duct tape and sandpaper.

Vioxx may increase risk of stroke  The Star-Ledger (Newark, New Jersey) November 6, 2001 Tuesday

A. We have been collecting wart remedies for 25 years. Here are a few of our favorites: (A) Apply a drop of castor oil to the wart twice a day. (B) Cut a slice of raw potato and rub the cut side on the wart every day for three weeks. (C) Apply the inside of a banana peel to the wart and tape it in place (duct tape might work here, too). (D) Apply a drop of iodine to the wart daily.

Q. My mother was a firm believer in the benefits of apple cider vinegar for arthritis. I never paid any attention to how she mixed it up, but now I wish I had, because my fingers are stiff and my knees are acting up, too.

A. Vinegar is a popular remedy for lots of problems, including athlete's foot, toenail fungus, bee stings and jock itch. D.C. Jarvis, author of "Folk Medicine: A Vermont Doctor's Guide to Good Health," popularized apple cider vinegar for arthritis. He recommended a teaspoon daily in water with honey.

Write to Joe and Teresa Graedon, c/o King Features Syndicate, 888 Sev enth Ave., New York, N.Y. 10019 or e- mail them (www.peoplespharma cy.com) at the HealthCentral.com network or at pharmacy@minds pring.com.

**LOAD-DATE:** April 17, 2007

# EXHIBIT  9

732-
594 -3120



# MERCK
Research Laboratories

| **To:** Peter Kim/Barry Gertz | **From:** Kevin Horgan |
|---|---|
| **Phone:** 215 652 0808 | **Sender Phone:** 484-344-7264 |
| **Company:** | **Sender Company:** |
| **Fax Number:** 215 993 1770 | **Sender Fax Number:** |
| **Date:** Sept 24th 2004 | **Total # of pages to follow:** 2 |

CONFIDENTIALITY NOTE: This telefax contains confidential information belonging to Merck & Co. Inc. If you are not the intended recipient, any disclosure, copying or use of this telefax is strictly prohibited and you should immediately notify the sender to arrange for return of the documents.

**If you do not receive all pages, please contact:**

**Operator:** KH                    **Operator Phone:** 484-344-7264

**Message to Recipient**
Peter/Barry

Appended are the minutes of the VIOXX colon polyp APPROV trial ESMB which convened last Friday and reviewed the cumulative safety data from the trial up to 8/16/04. There is a consensus among the ESMB members and also the members of the administrative committee for the study that it should be terminated because of trends noted with respect to adverse events. This message was communicated to me by the chairman of the administrative committee, John Baron (Dartmouth) yesterday evening.

The study is a three year placebo controlled evaluation of VIOXX 25 mg for the prevention of colon polyps with scheduled colonoscopies at screening, 1 and 3 years. FPI was Feb. 2000 and LPO was scheduled to be in 8 weeks (11/26/04). 2612 patients were randomized patients and 712 discontinued. A total of 1,143 SAEs have been reported with 32 deaths with 148 adjudicated cardiovascular events  Approximately 20% of the enrolled patients were on aspirin.

Kevin

MRK-AFJ0000067

SEP 23 2004 18:45 FR DMS BIO-EPI       603 650 3473 TO 914843447145      P.02/03
SEP-23-2004  18:17        CBARDS




**Final**

## APPROVe ESMB MEETING MINUTES

### Mtg Date: 17-September- 2004

**Closed Session**

Attendees: David Bjorkman, Marvin Konstam, Richard Logan, James Neaton, Hui Quan

Cumulative safety data up to 8/16/04 were reviewed. Significant between-treatment differences were observed in many categories of AEs including adjudicated/confirmed APTC and adjudicated/confirmed thromboembolic CV events. These adjudicated findings were supported by the unadjudicated (all reported) event analysis and by adverse trends in a heart failure, pulmonary edema and cardiac failure composite outcome. In addition, as before, more patients on treatment B than treatment A are experiencing stage 2 hypertension (DBP 100+ or SBP 160+ mmHg) during follow-up. It appears the average DBP and SBP are increased by about 2 and 4 mmHg, respectively, with treatment B.

The trend for excess risk for treatment B for confirmed APTC events has continued to grow at each meeting over the last 1-2 years. In May 2003, the hazard ratio was 1.2; in November 2003 it was 1.4; last February it 1.8; and currently it is 2.2. Whereas there was an excess of 2 events on treatment B in May 2003, there are now 17.

Based on the K-M plots and event rates in 6-month time intervals, there was a trend for the treatment differences for major CVD outcomes to increase over time. For example, during the first year of follow-up there were 7 confirmed APTC events on A and 8 on B; in the 2nd year there were 7 on A and 10 on B; after 2 years there were 2 events on A and 15 on B.

The ESMB noted that the changing relative risk with increasing follow-up indicating adverse effects with longer treatment exposure was also present in the Alzheimer analyses reviewed by the ESMB last February.

Even though the study is close to its completion, the ESMB considered all of these data and decided it was important to communicate their safety concerns to the Executive Committee. The ESMB unanimously recommends that the Executive Committee be unblinded to the safety data and that participating patients be instructed to discontinue study treatment. In their deliberations the ESMB considered the impact this might have on the completion of the 3-year colonoscopies, which they feel is very important, and they believe that this would not adversely impact the planned efficacy analysis using the Year 3 colonoscopy results. These data are obviously important for a full assessment of risk/benefit in this population.

09/23/2004 THU 17:26  [TX/RX NO 6946] @002

MRK-AFJ0000068

SEP 23 2004 18:45 FR DMS BIO-EPI        603 650 3473 TO 51484844114⁵
SEP-23-2004  19:17        CBARDS



Other related issues that the ESMB will discuss with the sponsor are:

- Timetable for notification (and possible reconsent) of patients;
- Communication of APPROVe results with other study groups carrying out trials of rofecoxib;
- The importance of further analyses to understand the extent to which BP differences between treatment groups explains the adverse CVD findings (prior analyses for VIGOR study may be relevant);
- Inclusion of heart failure outcomes in pooled analysis; and
- Importance in future studies of collecting all CVD events occurring in the study including those that occur more than 2 weeks after treatment discontinuation.

Confidential - Subject To Protective Order

MRK-AFJ0000069

# EXHIBIT  10

 **MERCK**

# News Release

## Merck Announces Voluntary Worldwide Withdrawal of VIOXX®

WHITEHOUSE STATION, N.J., Sept. 30, 2004 – Merck &. Co., Inc. today announced a voluntary worldwide withdrawal of VIOXX® (rofecoxib), its arthritis and acute pain medication. The company's decision, which is effective immediately, is based on new, three-year data from a prospective, randomized, placebo-controlled clinical trial, the APPROVe (Adenomatous Polyp Prevention on VIOXX) trial.

The trial, which is being stopped, was designed to evaluate the efficacy of VIOXX 25 mg in preventing recurrence of colorectal polyps in patients with a history of colorectal adenomas. In this study, there was an increased relative risk for confirmed cardiovascular events, such as heart attack and stroke, beginning after 18 months of treatment in the patients taking VIOXX compared to those taking placebo. The results for the first 18 months of the APPROVe study did not show any increased risk of confirmed cardiovascular events on VIOXX, and in this respect, are similar to the results of two placebo-controlled studies described in the current U.S. labeling for VIOXX.

"We are taking this action because we believe it best serves the interests of patients," said Raymond V. Gilmartin, chairman, president and chief executive officer of Merck. "Although we believe it would have been possible to continue to market VIOXX with labeling that would incorporate these new data, given the availability of alternative therapies, and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take."

APPROVe was a multi-center, randomized, placebo-controlled, double-blind study to determine the effect of 156 weeks (three years) of treatment with VIOXX on the recurrence of neoplastic polyps of the large bowel in patients with a history of colorectal adenoma. The trial enrolled 2,600 patients and compared VIOXX 25 mg to placebo. The trial began enrollment in 2000.

- more -

**VIOXX® (rofecoxib) is a registered trademark of Merck & Co., Inc.**

M000B13636

2

VIOXX was launched in the United States in 1999 and has been marketed in more than 80 countries. In some countries, the product is marketed under the trademark CEOXX. Worldwide sales of VIOXX in 2003 were $2.5 billion.

Results of the VIGOR (VIOXX Gastrointestinal Outcomes Research) study, released in March 2000, demonstrated that the risk of gastrointestinal toxicity with VIOXX was less than with naproxen, but indicated an increased risk of cardiovascular events versus naproxen. However, in other studies including Merck's Phase III studies that were the basis of regulatory approval of the product, there was not an increased risk of cardiovascular events with VIOXX compared with placebo or VIOXX compared with other non-naproxen non-steroidal anti-inflammatory drugs (NSAIDs). Merck began long-term randomized clinical trials to provide an even more comprehensive picture of the cardiovascular safety profile of VIOXX.

"Merck has always believed that prospective, randomized, controlled clinical trials are the best way to evaluate the safety of medicines. APPROVe is precisely this type of study – and it has provided us with new data on the cardiovascular profile of VIOXX," said Peter S. Kim, Ph.D., president of Merck Research Laboratories. "While the cause of these results is uncertain at this time, they suggest an increased risk of confirmed cardiovascular events beginning after 18 months of continuous therapy. While we recognize that VIOXX benefited many patients, we believe this action is appropriate."

Merck has informed the U.S. Food and Drug Administration and regulatory authorities in other countries of its decision. The company also is in the process of notifying health care practitioners in the United States and other countries where VIOXX is marketed. Patients who are currently taking VIOXX should contact their health care providers to discuss discontinuing use of VIOXX and possible alternative treatments. In addition, patients and health care professionals may obtain information from www.merck.com and www.vioxx.com, or may call (888) 36-VIOXX (1-888-368-4699).

The results of clinical studies with one molecule in a given class are not necessarily applicable to others in the class. Therefore, the clinical significance of the APPROVe trial, if any, for the long-term use of other drugs in this class, consisting of COX-2 specific inhibitors and NSAIDs, is unknown. The company will work with regulatory authorities in the 47 countries where ARCOXIA is approved to assess whether changes to the prescribing information for this class of drugs, including ARCOXIA, are warranted. Merck is continuing to seek approval for ARCOXIA in other countries, including the United States.

Merck will continue its extensive clinical program to collect additional longer-term data for ARCOXIA, its medication for arthritis and acute pain.

- more -

MD00B13637

With regard to financial guidance, prior to today's announcement, Merck remained comfortable with its 2004 earnings per share guidance of $3.11 to $3.17. The company currently expects earnings per share to be negatively affected by $0.50 to $0.60 as a result of today's announcement. This estimate includes foregone sales, writeoffs of inventory held by Merck, customer returns of product previously sold and costs to undertake the pullback of the product. Included in this cost estimate is the expectation of foregone fourth quarter sales of VIOXX of $700 million to $750 million. In addition, Merck expects that worldwide approximately one month of inventory is held by customers and will be returned.

At this point it is uncertain which of these costs will be recorded in the third quarter and which will be recorded in the fourth quarter. Therefore, at this point, Merck is retracting the third quarter guidance it had previously provided.

Merck will report third-quarter earnings on Oct. 21. At that point, the company will provide additional information regarding the costs for product withdrawal.

**About Merck**

Merck & Co., Inc. is a global research-driven pharmaceutical company. Merck discovers, develops, manufactures and markets a broad range of innovative products to improve human and animal health, directly and through its joint ventures.

**Forward Looking Statement**

This press release contains "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995. These statements involve risks and uncertainties, which may cause results to differ materially from those set forth in the statements. The forward-looking statements may include statements regarding product development, product potential or financial performance. No forward-looking statement can be guaranteed, and actual results may differ materially from those projected. Merck undertakes no obligation to publicly update any forward-looking statement, whether as a result of new information, future events, or otherwise. Forward-looking statements in this press release should be evaluated together with the many uncertainties that affect Merck's business, particularly those mentioned in the cautionary statements in Item 1 of Merck's Form 10-K for the year ended Dec. 31, 2003, and in its periodic reports on Form 10-Q and Form 8-K (if any), which the company incorporates by reference.

# # #

M000B13638

# EXHIBIT  11

# IMPORTANT INFORMATION
# FOR PATIENTS TAKING VIOXX®(rofecoxib)

 **MERCK**

September 30, 2004

## *Merck Voluntarily Withdraws VIOXX*

Dear VIOXX Patient:

Merck & Co., Inc. announced today a voluntary withdrawal of VIOXX®.

This decision is based on new data from a three-year clinical study. In this study, there was an increased risk for cardiovascular (CV) events, such as heart attack and stroke, in patients taking VIOXX 25 mg compared to those taking placebo (sugar pill). While the incidence of CV events was low, there was an increased risk beginning after 18 months of treatment. The cause of the clinical study result is uncertain, but our commitment to our patients is clear.

Patients who are currently taking VIOXX should contact their health care providers to discuss discontinuing use of VIOXX and possible alternative treatments. In addition, patients and health care professionals may obtain information from merck.com and vioxx.com and may call 1-888-368-4699.

Merck will reimburse all patients for their unused VIOXX. All dosage strengths and formulations of VIOXX are affected by this voluntary withdrawal. Information can be found at vioxx.com or at 1-888-368-4699.

Merck is notifying physicians and pharmacists and has informed the Food and Drug Administration of this decision.

We are taking this action because we believe it best serves the interests of patients. That is why we undertook this clinical trial to better understand the safety profile of VIOXX. And it's why we instituted this voluntary withdrawal upon learning about these data.

Be assured that Merck will continue to do everything we can to maintain the safety of our medicines.

Raymond V. Gilmartin,
Chairman, President & CEO

Please read the Patient Prescribing Information for VIOXX.

Where patients come first  **MERCK**

M00161411'9

# EXHIBIT  12

Merck & Co., Inc.
U.S. Human Health
P.O. Box 1000
North Wales, PA 19454-1099

 **MERCK**

September 30, 2004

### Merck Announces Voluntary Worldwide Withdrawal of VIOXX

Dear Healthcare Professional:

Merck &. Co., Inc. today announced a voluntary worldwide withdrawal of VIOXX
(rofecoxib), its arthritis and acute pain medication. The Company's decision,
which is effective immediately, is based on new, three year data from a
prospective, randomized, placebo-controlled clinical trial, the APPROVe
(Adenomatous Polyp Prevention on VIOXX) trial.

The trial, which is being stopped, was designed to evaluate the efficacy of VIOXX
25mg in preventing recurrence of colorectal polyps in patients with a history of
colorectal adenomas. In this study, there was an increased relative risk for
confirmed cardiovascular (CV) events, such as heart attack and stroke,
beginning after 18 months of treatment in the patients taking VIOXX compared to
those taking placebo. The results for the first 18 months of the APPROVe study
did not show any increased risk of confirmed CV events on VIOXX, and in this
respect are similar to the results of two placebo-controlled studies described in
the current US labeling for VIOXX.

We are taking this action because we believe it best serves the interests of
patients. Although we believe it would have been possible to continue to market
VIOXX with labeling that would incorporate these new data, given the availability
of alternative therapies, and the questions raised by the data, we concluded that
a voluntary withdrawal is the responsible course of action.

APPROVe was a multi-center, randomized, placebo-controlled, double blind
study to determine the effect of 156 weeks (3 years) of treatment with VIOXX on
the recurrence of neoplastic polyps of the large bowel in patients with a history of
colorectal adenoma. The trial enrolled 2600 patients, and compared VIOXX 25
mg to placebo. The trial began enrollment in 2000.

MX01614121

Results of the VIGOR (VIOXX GI Outcomes Research) study, released in March 2000, demonstrated that the risk of gastrointestinal (GI) toxicity with VIOXX was less than with naproxen, but indicated an increased risk of cardiovascular events versus naproxen. However, in other studies including our Phase III studies that were the basis of regulatory approval of the product, there was not an increased risk of CV events on VIOXX compared with placebo or VIOXX compared with other non-naproxen NSAIDS. Merck began long-term randomized clinical trials to provide an even more comprehensive picture of the cardiovascular safety profile of VIOXX.

Merck has always believed that prospective, randomized, controlled clinical trials are the best way to evaluate the safety of medicines. APPROVe is precisely this type of study--and it has provided us with new data on the cardiovascular profile of VIOXX. While the cause of these results is uncertain at this time, they suggest an increased risk of confirmed CV events beginning after eighteen months of continuous therapy. While we recognize that VIOXX benefited many patients, we believe this action is appropriate.

Merck has informed the FDA of our decision. Physicians should discontinue VIOXX in patients currently taking VIOXX and consider possible alternative treatments.

The results of clinical studies with one molecule in a given class are not necessarily applicable to others in the class. Therefore, the clinical significance of the APPROVe trial, if any, for the long term use of other drugs in this class, consisting of COX-2 specific inhibitors and NSAIDs, is unknown.

If a patient asks you about returning unused VIOXX, please advise the patient that Merck will reimburse them for the cost of unused product. Instructions for patient reimbursement are attached and are posted at www.vioxx.com or can be obtained by calling (888) 36VIOXX or (888) 368-4699.

Patients and health care professionals may obtain information from www.merck.com and www.vioxx.com, or may call 1-888-36-VIOXX (1-888-368-4699).

The Prescribing Information for VIOXX accompanies this letter.

Sincerely,

*William F. Keane MD*

William F. Keane, MD
Vice President
US Medical and Scientific Affairs

VIOXX is a registered trademark of Merck & Co., Inc.
©2004 Merck & Co., Inc. All rights reserved.    20451289(1)-10/04-VIO  Printed in USA  Minimum 10% Recycled Paper

# EXHIBIT  13

100434

**Time of Request:** Friday, October 19, 2007  11:12:09 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 44
**Job Number:**    1821:54514797

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 65
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (9/30/2004))

**Send to:**  WYATT, GEOFF
           O'MELVENY & MYERS - CSAMP
           1625 "I" ST. NW FL 10
           WASHINGTON, DC 20006

FOCUS - 65 of 1393 DOCUMENTS

Copyright 2004 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

**SHOW:** Today 7:00 AM EST NBC

September 30, 2004 Thursday

**LENGTH:** 309  words

**HEADLINE:** Merck pulls Vioxx off the market

**ANCHORS:** ANN CURRY

**REPORTERS:** ROBERT BAZELL

**BODY:**

ANN CURRY, anchor:

A major announcement this morning from drugmaker Merck. It's halting its sales worldwide of the popular arthritis drug Vioxx. The company's decision is effective immediately. We've got Robert Bazell, NBC's chief science correspondent, here to join us.

Bob, what is Merck's explanation as to why it's doing this?

ROBERT BAZELL reporting:

Merck just re--found out the results of a study that it sponsored, which was an attempt to find out if Vioxx could be helpful in preventing colon cancer. But the study revealed that people who were taking Vioxx as compared to taking a placebo had three times the risk of heart attack and stroke after about 18 months. And so there's been other indications in previous studies that Vioxx could increase the risk for heart disease. Merck finally said, this is the proof that we've been waiting for and they're taking it off the market, as you said, effective immediately, a $2.5 billion a year drug for Merck. Ann.

CURRY: So a lot of people may have this drug at home. What is the advice from Merck to those people this morning?

BAZELL: I think the advice from a lot of medical experts is don't panic. There is a three times increased rate of heart disease in a large study doesn't mean that it's much of an increase for you. And sometimes stopping taking a drug suddenly can be much more dangerous than just taking it for a few days. So this is something you're going to need to talk to your doctor about. You're going to need to get a replacement if you are taking it for arthritis or for some other indication. But there's no big rush, no big--no need to worry. This is a major business decision for Merck. This is not a tragedy for somebody who's taking Vioxx.

CURRY: But call your doctor.

BAZELL: Indeed.

Merck pulls Vioxx off the market NBC News Transcripts September 30, 2004 Thursday

CURRY: Robert Bazell, thank you so much for that story, that information on--on this breaking story.

**LOAD-DATE:** September 30, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  11:12:09 EST

Print Number:    1821:54514797
Number of Lines: 44
Number of Pages: 2

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  14

100434

**Time of Request:** Friday, October 19, 2007  10:43:45 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 65
**Job Number:**      2822:54508410

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 1
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (9/30/2004))

**Send to:**  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

FOCUS - 1 of 1393 DOCUMENTS

Copyright 2004 American Broadcasting Companies, Inc.
ABC News Transcripts

**SHOW:** GOOD MORNING AMERICA (07:00 AM ET) - ABC

September 30, 2004 Thursday

**LENGTH:** 671 words

**HEADLINE:** NEWS HEADLINES

**BODY:**

ROBIN ROBERTS, ABC NEWS

(Off Camera) He keeps creeping in here, Joaquin Phoenix, to get a glance at you.  Thank you, Diane.  And good morning again.

ROBIN ROBERTS

(Off Camera) We do begin with that breaking news about a common arthritis drug.  Drug giant Merck is halting the sale of Vioxx worldwide.  The company says it is recalling the drug because it raises the risk of heart attack and stroke. And we will have more from ABC's Dr. Tim Johnson coming up, as Charlie said, in just a moment.

ROBIN ROBERTS

(Off Camera) Tonight, President Bush and Democratic challenger John Kerry go head to head in the first debate. But what will be more important, their stand on the issues or how they appear?  Well, ABC's Claire Shipman joins us from Coral Gables, Florida with some surprising answers.  Good morning again, Claire.

graphics: it's all about looks

graphics: inside the debate

CLAIRE SHIPMAN, ABC NEWS

(Off Camera) Oh, yes, Robin.  Good morning.  And, as you know, image, style, perception, those things really all do matter as much as substance in these events.  After all, the debates are made-for-TV events.

CLAIRE SHIPMAN

(Voice Over) That sweaty, shifty-eyed glance.  That wistful check of his watch.  That contemptuous sigh.  Fair or not, that's how it looked and these candidates surely know it's not always what you say ...

PRESIDENT GEORGE W. BUSH, UNITED STATES

... I am incredibly optimistic ...

SENATOR JOHN KERRY,

NEWS HEADLINES ABC News Transcripts September 30, 2004 Thursday

DEMOCRAT, PRESIDENTIAL CANDIDATE

...  17 months to figure out ...

CLAIRE SHIPMAN

(Voice Over) ...  that defines a debate.

HEIDI BERENSON,

MEDIA COACH, BERENSON COMMUNICATIONS

Television is a medium that is unforgiving and it doesn't tolerate mistakes.

CLAIRE SHIPMAN

(Voice Over) Heidi Berenson coaches politicians, Republicans and Democrats, on how to win over an audience.

HEIDI BERENSON

...  but look at the tie, it's moire-ing, it's moving, which can be distracting from his message.

CLAIRE SHIPMAN

(Voice Over) It starts with the basics, what to wear.  The standard choice, blue suit, red tie.

HEIDI BERENSON

If they wear a dark suit, that's going to convey authority.  When you talk about what color tie, red is a power color, but it's also friendly.

CLAIRE SHIPMAN

(Voice Over) Body language, gestures are critical, especially for Kerry whose gangly limbs can seem awkward.

HEIDI BERENSON

Their gestures should be in sync with their message.  They don't want to be a traffic cop. They don't want to be out there directing traffic or using gestures for the sake of it.

CLAIRE SHIPMAN

(Voice Over) Facial expressions, especially magnified on TV screens, may be the most important.  Smiling is key. But ...

HEIDI BERENSON

There's a difference, though, between smiling and looking pleasant, and smiling and sort of snickering and having a sneer.

CLAIRE SHIPMAN

(Voice Over) In other words, that George W. Bush trademark smirk better be in short supply.  And believe it or not, even with men, hair matters.

NEWS HEADLINES ABC News Transcripts September 30, 2004 Thursday

HEIDI BERENSON

It's got to be neat and it's got to be trimmed or else it will distract from the message.

ROBIN ROBERTS

(Voice Over) The bottom line for the candidates ...

HEIDI BERENSON

People remember what they see three times longer than what they hear. So, don't be surprised if the visual trumps the verbal.

CLAIRE SHIPMAN

(Off Camera) Now, a couple of caveats.  Of course, you can't always coach charisma.  And if a candidate spends too much time focusing on those non-verbal skills he may appear phony which is worse than being himself.  Robin?

ROBIN ROBERTS

(Off Camera) All right, Claire. Appreciate it.  Claire Shipman on the campus of the University of Miami where the debate will be held.  And Peter Jennings will anchor ABC's live coverage of the first presidential debate tonight starting at 9:00 PM Eastern time.

graphics: presidential debate

ROBIN ROBERTS

(Off Camera) And that is the latest news at 8:33.  The latest weather, and I believe Tony Perkins has another special guest with him.  Tony?

**LANGUAGE:** ENGLISH

**LOAD-DATE:** October 1, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  10:43:45 EST

Print Number:    2822:54508410
Number of Lines: 65
Number of Pages: 3

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

EXHIBIT  15

100434

**Time of Request:** Friday, October 19, 2007  10:58:22 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 251
**Job Number:**     1823:54511750

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 29
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (9/30/2004))

**Send to:**  WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

FOCUS - 29 of 1393 DOCUMENTS

Copyright 2004 Cable News Network
All Rights Reserved

CNN

**SHOW:** AMERICAN MORNING 07:00

September 30, 2004 Thursday

Transcript # 093002CN.V74

**SECTION:** News; International

**LENGTH:** 3951 words

**HEADLINE:** Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market

**GUESTS:** Sajjan Gohel

**BYLINE:** Bill Hemmer, Heidi Collins, Rick Sanchez, Dana Bash, Frank Buckley, Dr. Sanjay Gupta, Andy Serwer, Jack Cafferty

**HIGHLIGHT:**
The presidential candidates are making last-minute preparations for tonight's debates.  Pakistani officials say they may have broken the back of al Qaeda with the recent killing of terrorist Amjad Hussain Farooqi.  Merck pulls its arthritis drug Vioxx from the market due to the possibility of heart attacks and strokes.

**BODY:**

BILL HEMMER, CNN ANCHOR: Good morning, everyone.  Welcome back, live on the University of Miami campus for our special election coverage of the first presidential debate.  It's a sunny morning here in southern Florida.

I'm Bill Hemmer.  Good to have you along with us today.  John Kerry and George Bush know what they need to do tonight, the question is: Can they do it?  And if so, how?  Reports from both campaigns in a moment here.  Breaking down the strategies, looking at how each candidate intends to score points on his opponent.

Also this morning, we'll talk to three undecided voters.  What would make them vote for the president, or what would make them vote for Senator Kerry?  What questions do they want answered later tonight?

Also rather interesting sidebar here: University of Miami students have been given an opportunity to attend this debates. Hundreds wrote essays to compete for half a dozen -- only six tickets. Hundreds competed, and they gave out those tickets earlier in the week.  So, six lucky students will be inside watching John Kerry and George Bush face off tonight at 9:00 Eastern time in primetime.

Also, Heidi Collins with us back in New York.  Heidi, good morning, again, to you.

HEIDI COLLINS, CNN ANCHOR: Only six tickets?  Boy, both candidates probably could have scored a little

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

more than that to get that younger demographic maybe.

HEMMER: Kind of cheap, you're right.

COLLINS: All right, Bill.  We'll check back in just a moment.

Also coming up, just made this announcement here on CNN moments ago: Merck making a major announcement about a multibillion dollar drug.  You've heard of it, Vioxx.  They are voluntarily taking the drug off the market effective immediately.  This is the drug that many people are taking for arthritis.

Sanjay Gupta is going to be with us to talk more about this, why it's happening and the potential health effects from that drug.  Once again, Vioxx being taken off the shelves today.

Want to check in on the stories now in the news, once again with Rick Sanchez, this morning.  Good morning once again, Rick.

RICK SANCHEZ, CNN ANCHOR: We're going to start with the Middle East where there is more violence, Heidi.

Machine guns and explosions are ripping through a Palestinian refugee camp in the Gaza.  Dozen of masked Palestinian gunmen have taken up positions along the streets.  They are fighting Israeli forces that moved on to the area overnight.  Now, sources are telling us at least 15 Palestinians and three Israelis have been killed thus far.

More foreign workers have been abducted in Iraq.  There's a video now that shows what appears to be a group of about 10 electric workers.  It was broadcast on the Arabic language television network Al-Jazeera.  It happened just about hours ago.

Meanwhile, Britain says that it's going to talk with the group that's holding Ken Bigley, but it will not negotiate.  New photos show Bigley chained in a cage.  The two Americans abducted with him have been killed, by the way.

Milton Bradley's got no game -- well, the baseball player, that is.  Major League Baseball suspended the Los Angeles Dodgers outfielder for the rest of the season yesterday because of that right there.  You are seeing it.  Bradley threw a plastic bottle near a fan after someone tossed it on the field in his direction.  He became extremely upset and was ejected.

There you have it. Let's take you to Miami now.  Bill Hemmer following things there on this eve, I should say, as we prepare for the big event tonight -- Bill?

HEMMER: Yeah, best name of the day, don't you think, Rick? Milton Bradley?  Got to go a long way to get that one.  Thank you, Rick.

Thirty-three days and counting right now.  And CNN, the folks at Gallup have just completed polls in some of the bigger battleground states.  The race very tight in Ohio.  We know that. Senator Kerry leading among registered voters, but the president is ahead with likely voters.  There's the same difference in Pennsylvania. Registered voters put John Kerry ahead by four points, but likely voters have George Bush up three.

Also, in Florida, here in the Sunshine State, President Bush a measurable lead -- nine percentage points over John Kerry among likely voters.

Both men are here in the Sunshine State, arriving yesterday -- then again, last evening.  Frank Buckley is watching the Kerry campaign in Bal Harbour, and Dana Bash is covering the Bush campaign in Miami.

Let's start with Dana this morning, and good morning to you.

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

DANA BASH, CNN CORRESPONDENT: Good morning to you.

Well, the president is going, for the second day in a row here in Florida, to try to take advantage of the fact that he's the incumbent. He is going to tour some hurricane damage just as he did yesterday. Yesterday, the president toured an orange grove, something in the center of the state, a very crucial part of the state for the president to continue his lead, according to our poll, in this state.

Now, he's promising to do everything he can to help with federal funds. Not an official campaign stop, but certainly his aides are hoping that this will really play well with voters.

And the imagery, Bill, has another purpose. It's to show the president out and about, not necessarily concerned about the monumental event he has tonight.

And the president isn't going to be having any mock sessions as he did over the weekend to prepare for the debate. He is, of course, going to be consulting, we're told, with some senior advisors throughout the day on last minute preparations for debate strategy.

But the president, in terms of what we expect from him tonight, his lines of offense are not going to be a mystery. We have heard him building it for months on the campaign trail, that John Kerry, because what the president calls his changing positions on Iraq, is not fit to be commander-in-chief.

But what the president's aides knows he has to do and be prepared for are his lines of defense on Iraq. Unlike campaign rallies where he certainly defends the war, perhaps in campaign commercials, this is going to be a lengthy forum where a lot of people watching where he is going to have to defend questions about: the number of troops that went into Iraq that he sent into Iraq; the cost of war, whether or not he underestimated that; and those kinds of questions.

His campaign knows, in order to keep his lead, he has to answer those questions and answer them well -- Bill?

HEMMER: Dana, thanks for that. One thing's for sure both men are getting a whole lot of advice, too.

Here is Frank Buckley with the Kerry campaign. Frank, good morning.

FRANK BUCKLEY, CNN CORRESPONDENT: Good morning, Bill. This is really a second chance for John Kerry to make a first impression. Yes he's been on the campaign for a year-and-a-half. Yes he's had his Democratic National Convention and introduced himself to many voters that way.

But historically, this is the period when those undecided voters really start paying attention. That's who he's got to connect with tonight. Much riding on this debate tonight for John Kerry.

(BEGIN VIDEOTAPE)

UNIDENTIFIED MALE: Ladies and gentlemen, Senator John Kerry.

BUCKLEY (voice-over): Senator John Kerry arrived in Florida, the burden on him, to convince voters they need to change presidents.

SEN. JOHN KERRY (D-MA), PRESIDENTIAL CANDIDATE: I want you to know we're going to get an opportunity to debate with the president about the direction of our country. I'm looking forward to that debate.

BUCKLEY: Kerry's strategists say the senator has to show he can be a strong leader and that he offers a better choice than President Bush. Aides say mock debates in Wisconsin help to hone his arguments and to keep his answers focused.

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

KERRY: ... to be able to share with Americans the truth -- not the soundbites, not the advertisements, but the truth.

BUCKLEY: Kerry also reportedly read this advice on how to debate George Bush in "The New York Times," written by Al Gore, who advised Kerry, "Be prepared for the toughest debate of your career."

Gore, someone who know, better than anyone, that debate press is not debate performance.

AL GORE, FMR. VICE PRESIDENT: It's quite interesting.  It just makes me sort of -- want to sigh.

BUCKLEY: Kerry will no doubt avoid the Gore sigh.  His advisors say he will press the case against President Bush and his management of the war in Iraq.

KERRY: I can be a stronger commander-in-chief who solves the problem of Iraq and gets our troops home.

(END VIDEOTAPE)

BUCKLEY (on camera): We're told that Senator Kerry may do some practice this morning.  At around 1:00 or 1:30 this afternoon, he's expected to head over to the debate site for a technical walkthrough. Bill, a heads up to you, Joe Lockhart and company are headed over there right now. They're just saddling up here in the lobby.  So, they will be moving in that direction shortly.

Fortunately for both candidates, tonight, the debate is inside, where it will be cooled to an industry-standard temperature and not outside, where we're standing, where the humidity would surely cause a Nixon flop sweat -- Bill?

HEMMER: Indeed it would.  Whatever industry-standard means, we are all going to find out later tonight.  Frank, thanks for that. Dana Bash also, thanks.

Our live coverage starts later tonight at 7:00 Eastern.  Debate starts at 9:00 Eastern.  You have it live here on CNN. Tomorrow will be live in Columbus, Ohio.  Frank mention the undecided voters. Two dozen have gathered there.

And later tonight -- you'll also see it in primetime here on CNN -- we will monitor their reactions -- these voters, online and also on one of our other networks, CNNfn -- so you can gauge them as a viewer and as a Web user how the candidates and how their responses are getting reaction from undecided voters.  Should be very interesting later tonight.

More from Miami in a moment.  Here's Heidi again in New York. Heidi, good morning there.

COLLINS: Thanks, Bill.

Switching topics now for just a moment -- Pakistani forces say they could have broke the back of al Qaeda in their country.  A key al Qaeda operative was killed this weekend when he refused to surrender to Pakistani security troops.

Amjad Hussain Farooqi is suspected in several assassination attempts and is believed to be the killer of "Wall Street Journal" reporter Daniel Pearl.  That is just one of the significant developments as we follow terrorist trail.

Terrorism expert Sajjan Gohel is joining us now from London this morning to shed a little light on what all of this means.  Sajjan, good morning to you.  Tell us, if you could put this in perspective, what is the significance of killing Farooqi?

SAJJAN GOHEL, TERRORISM EXPERT: Amjad Farooqi is a very important individual.  He's linked to various terrorist groups inside Pakistan, as well as being closely tied to al Qaeda.

Now, the fact that he's killed is disappointing news, because he would have been better off alive because he could have provided valuable intelligence, valuable information as to other al Qaeda individuals that are inside Pakistan.

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

Unfortunately, because of his close ties in the past with the Pakistani intelligence groups, it is believed it was better they killed him, because in effect, he could have exposed his ties with the intelligence group in the past.

Let's look at the other killer of Daniel Pearl, Ahmed Omar Saeed Sheikh, another Pakistani. He's still awaiting to be executed. Now, he was also closely tied with Pakistani security forces. And he should have also been handed over to the U.S., but the Pakistanis have been reluctant to do that. And unfortunately, they have a different tactic when it concerns Arab terrorists to Pakistani terrorists.

COLLINS: So, possibly then that -- might have missed out on some information coming to us from Farooqi. Who still then is at large in the murder of Daniel Pearl?

GOHEL: There's one other main key individual, Abu Faraj al- Libbi, who is in fact senior to Farooqi. He is believed to have master planner for 9/11 Khalid Shaikh Mohammed. He is believed to be closely tied to running the al Qaeda cells inside Pakistan.

And had Farooqi been alive, we could have provided information as to where al-Libbi is hiding. Unfortunately now, intelligence is going to have to start from the beginning. And it's going to be delaying the process in hunting down the key members of al Qaeda inside Pakistan who have made Pakistan their base of operations.

And a U.S. general in Afghanistan this week is pointing to Pakistan, saying that this is the haven for these top al Qaeda figures. But he says he has seen, quote, "relatively little evidence of senior al Qaeda figures being inside Afghanistan."

So, why is he saying this now?

GOHEL: Well, it's almost inevitable that this type of comment would come out, because the U.S. forces in Afghanistan have been there for a while. Their specific purpose was to pick up key senior members of al Qaeda, but they have not been able to find any.

Ultimately, let's look at the fact that key senior members of al Qaeda have all been caught in major urban areas inside Pakistan along with their entourages. For example, master planner of 9/11 Khalid Shaikh Mohammed was found in Rawalpindi. Abu Zubaydah in Faisalabad. Tawfiq bin Attash was caught in Karachi.

So, you've got key people all being found in major cities. There's no point looking in mountainous areas when the people are actually in major cities inside Pakistan.

COLLINS: And very quickly, Sajjan, before we let you go, I have to get the situation in Yemen. This week, in fact, two men got the death penalty for their involvement in the USS Cole. Four years later, what are the lessons that we learn from the Cole?

GOHEL: Well, USS Cole was a very important development in the evolution of al Qaeda's tactics. It was the incident prior to 9/11. And what we always have to remember is that hunting down and killing al Qaeda people are important, but we also have to look at two other dimensions.

One is that the recruitment for terrorism is still continuing. For every terrorist killed or captured, there's another one coming on the assembly line. And al Qaeda's weapons of mass committee, led by Midhat Mursi, is still out there. They're still trying to plot attacks against the U.S. So, that needs to be looked into in the future if we're to avoid another catastrophic terrorist attack again.

COLLINS: Boy, you got that right. All right, Sajjan Gohel, thanks so much for your insight on this this morning. See you again soon.

Still to come on AMERICAN MORNING, breaking news on a popular painkiller being pulled because of a link to

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

heart attacks and strokes.  Dr. Sanjay Gupta has the very latest on that, here on AMERICAN MORNING.

(COMMERCIAL BREAK)

COLLINS: We're "Paging Dr. Gupta" this morning about a story that is breaking right at this time. Arthritis drug Vioxx being voluntarily pulled from the market.  And Sanjay is joining us from the CNN Center in Atlanta now to explain more on how this came about. They are pulling it right now effective immediately, Sanjay.

DR. SANJAY GUPTA, CNN SR. MEDICAL CORRESPONDENT: Yes, effective immediately.  If it is in your medicine cabinet, if Vioxx is a medication that you're taking -- stop, throw it away.  That's the message from Merck. It's a huge drug for them.

There's been some speculation for some time that Vioxx may be related to heart attacks and strokes.  There was a trial that was ongoing, Heidi, actually looking at something totally unrelated to Vioxx and heart attacks, and they found that after 18 months, the people that were taking Vioxx had a significantly increased incidence of heart attacks and stroke.  They actually stopped the trial. They're making this announcement saying throw it away, don't use it anymore.

You remember, Heidi, that Vioxx became quite popular -- take a look.  This is part of the announcement there.  "In this study, there was an increased relative risk for confirmed cardiovascular events, such as heart attack and stoke." And that really sums it up.  Again, speculation on this for some time.

Heidi, you may remember, this drug has been around for about five years or so.  It became quite popular in the beginning because it was supposed to be an anti-inflammatory medication that wouldn't make your stomach as upset.  A lot of people who take Motrin, Naprosyn, other anti-inflammatories, got a lot of stomach upset.  Vioxx was supposed to be the answer to that.  And it worked as far as that goes. Unfortunately now, we're hearing five years later too many heart attacks, too many strokes associated with this drug.  It'll be gone, Heidi.

COLLINS: Wow.  Talk one second if you could, Sanjay, about the dosage.  Now, the information that I have here says that higher dosages, higher than 25 milligrams per day, is what they were looking at.  Does it matter how much you were taking?

GUPTA: The study that they particularly looked at -- again, they stopped because they saw the heart attack and stroke was 25 milligrams per day.  That is a standard dosage.

Some people make illusion to the fact that people take this medication as if it were a painkiller.  So, you take more than the 25 milligrams.  They have always urged people not to do that, to only take the standard dosage.  But there does appear to be a what they call a dose linkage, meaning the more you take, the higher likelihood you may have some of these other problems, Heidi.

COLLINS: All right.  Thanks so much for that, Heidi.  Making it all make sense, as usual.

GUPTA: Thank you.

COLLINS: Appreciate it.

Andy Serwer here now as well, "Minding Your Business" on this -- and some serious business implications, as well.

ANDY SERWER, "FORTUNE" MAGAZINE: Oh, huge.  I mean, this drug is blockbuster, Heidi.  No question about it.  And it's the 16th largest drug in the United States in terms of sales -- $2.5 billion.

Put that in perspective for Merck, Heidi.  Merck has overall sales of $23 billion.  So, in other words, right now today, the company is wiping away more than 10 percent of its sales. This could be good news for Pfizer, which makes

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

Celebrex and Johnson & Johnson which makes Remicade.

In fact, Pfizer stock is up in pre-market trading. Merck taking a big hit, down $7, or about 15 percent, to $38.

And what can we expect here? Well, you can expect possibly layoffs at Merck. You can expect possibly more litigation. And they were expecting this drug to sell $750 million in the fourth quarter and, again, that is just gone. It is a huge blow.

A very, very respected company, Merck has been...

COLLINS: Right.

SERWER: ... and you just don't see this kind of thing happening to big drug companies where they voluntarily remove a drug just like that.

COLLINS: Yeah. And also, if people are wondering how they can get more information on the drug in case they're not familiar with it, don't go to the Web site. Because right now their Web site says, "This site currently unavailable. Please check back shortly."

SERWER: Oh, no kidding.

COLLINS: So, yeah, that's what you'd see if you tried to pull that up.

So, once again, just to reiterate, Vioxx voluntarily being taken off the shelves -- actually off the shelves, we should say...

SERWER: That's right.

COLLINS: ... at this time. All right, Andy, thanks so much for that.

SERWER: You're welcome.

COLLINS: And still to come, you have no doubt heard it a few times by now. Senator Kerry's infamous line about voting for the $87 billion before voting against it. The Democrat has an explanation, and it makes today's "Cafferty File."

Stay with us for that on AMERICAN MORNING.

(COMMERCIAL BREAK)

COLLINS: Jack Cafferty here now with my favorite part of the morning, "The Lafferty File."

JACK CAFFERTY, CNN ANCHOR: Now, watch we'll go from over there...

COLLINS: I know, they said camera five.

CAFFERTY: ... to over here.

COLLINS: All the others are numbered except for that one.

CAFFERTY: All right.

Another attempt Heidi by John Kerry to explain his notorious comments about voting for the $87 billion before voting against it. In an interview, he now said it was, quote, "One of those inarticulate moments late in the evening

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

when I was dead tired," unquote.

There's one problem with that explanation: Kerry made the comments in the early afternoon at an appearance at Marshall University in Huntington, West Virginia.  CNN covered the event.  The comment was made at 1:20 in the afternoon.

Not only is the Hummer SUV a gas guzzling annoyance on the road, now a cologne bearing its name set to assault your sense of smell.  A scent inspired by the less-than-fuel-efficient sports utility vehicle, Riviera Concepts is launching a new fragrance simply called Hummer Fragrance for Men.

COLLINS: Nice bottle.

CAFFERTY: If you can't afford the Hummer, for $52 a bottle, you can take home the cologne and smell as cheesy as the men who can.

And they finally come up with an idea that could kill reality television.  Farrah Fawcett signing up with TV Land for six episodes of "Chasing Farrah." The press kit promises a, quote, "wild ride with the jet-set actress as she travels from Hollywood to Miami to New York to Texas," unquote.

Think Anna Nicole Smith on diet pills.  Think watching a squirrel look for a nut.  Episodes will include Farrah going shopping, Farrah going to the spa, Farrah visiting her parents.  Maybe they should name it "Watching a Weird Old Woman Wander Around."

COLLINS: Remember her on David Letterman?  It was a little odd.

CAFFERTY: Farrah on David Letterman was like Jessica Savage the night she blew her career up doing the update after having had some sort of chemical alterations done to herself.

COLLINS: Done to herself.  Yes, all right.  Very good, Jack. Thanks for the analogy.

Back now to Bill once again in Miami.  Hey, Bill.

HEMMER: Hey, Jack?  Hey, Heidi, you know, even a blind squirrel finds a nut once every in a while.

CAFFERTY: Yeah, we found you in Miami.

HEMMER: Yeah, how about "Chasing Cheryl?"

CAFFERTY: Chasing -- oh, now come on.

HEMMER: Cheryl Ladd?

CAFFERTY: Oh, OK.  No, that's better.  I thought you were talking about Cheryl Tiegs.

HEMMER: ... down here...

CAFFERTY: What?

HEMMER: ... for crying out loud.  No.  Thanks. We're gone.

In a moment here, a look at what it is going to take for either candidate to have a successful debate later tonight. Rudy Giuliani is back. Madeleine Albright -- they have some advice on a specially important issue. We'll get to that after the break.

Last-Minute Preparations for Tonight's Debates; Importance of Amjad Hussain Farooqi's Death; Merck Pulls Vioxx from the Market CNN September 30, 2004 Thursday

Later tonight, 7:00 Eastern, starts our primetime coverage. Debate starts at 9:00 Eastern.

We are back in a moment here live in Miami after this, on AMERICAN MORNING.

(COMMERCIAL BREAK)

HEMMER: Good morning.  A critical moment in the presidential campaign.  The first debate is tonight.  Can either candidate break through in the 90 minutes here?

Breaking news for the millions of Americans who take the drug Vioxx. It's being pulled from the market today.

And will SpaceShipOne really leave earth again just days from now?  We'll ask the man who took a wild and twisting ride, on this AMERICAN MORNING.

ANNOUNCER: This is AMERICAN MORNING.  Live from the University of Miami in Coral Gables, Florida, here's Bill Hemmer. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** October 1, 2004

100434

```
********** Print Completed **********

Time of Request: Friday, October 19, 2007  10:58:22 EST

Print Number:    1823:54511750
Number of Lines: 251
Number of Pages: 9
```

```
Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT  16

100434

**Time of Request:** Friday, October 19, 2007  10:50:31 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 26
**Job Number:**    1861:54509958

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 7
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (9/30/2004))

**Send to:**  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

FOCUS - 7 of 1393 DOCUMENTS

Copyright 2004 CBS Worldwide Inc.
All Rights Reserved
CBS News Transcripts

**SHOW:** The Early Show 7:00 AM EST CBS

September 30, 2004 Thursday

**LENGTH:** 33  words

**HEADLINE:** Vioxx recalled by Merck

**ANCHORS:** HARRY SMITH

**BODY:**

HARRY SMITH, co-host:

The popular arthritis drug Vioxx is being recalled worldwide. Drugmaker Merck is halting sales after studies found that Vioxx raised the risk of stroke and heart attack for users.

**LOAD-DATE:** October 1, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  10:50:31 EST

Print Number:    1861:54509958
Number of Lines: 26
Number of Pages: 1

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  17

100434

**Time of Request:** Friday, October 19, 2007  11:06:35 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 53
**Job Number:**    1841:54513489

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 59
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (9/30/2004))

**Send to:**  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

FOCUS - 59 of 1393 DOCUMENTS

Copyright 2004 National Public Radio (R)
All Rights Reserved
National Public Radio (NPR)

**SHOW:** Morning Edition 11:00 AM EST NPR

September 30, 2004 Thursday

**LENGTH:** 443  words

**HEADLINE:** Merck & Co. has taken its arthritis drug Vioxx off the market this morning due to health concerns

**ANCHORS:** RENEE MONTAGNE

**REPORTERS:** RICHARD KNOX

**BODY:**

RENEE MONTAGNE, host:

One of the world's largest drugmakers, Merck & Co., took its arthritis drug Vioxx off the market this morning. A study has shown that patients taking Vioxx for more than 18 months had a higher risk of heart attacks and strokes. Joining me now to talk about the unexpected step is NPR health correspondent Richard Knox.

Richard, what do we know about the risk for patients taking Vioxx?

RICHARD KNOX reporting:

Well, in its announcement this morning, Merck didn't give any details about the magnitude of the risk, but in a study last summer led by a Food and Drug Administration researcher, it found that patients on high dose of Vioxx had more than three times the risk of heart attack or sudden cardiac death compared to people who hadn't taken Vioxx or any similar drug. At that time last summer, Merck criticized the study and it insisted that Vioxx was safe, but the study did convince Kaiser Permanente and maybe others to reconsider their use of Vioxx.

MONTAGNE: This drug Vioxx has been on the market for about five years. Why did these cardiovascular problems only just show up?

KNOX: Well, there was some suggestion of a problem four years ago when a smaller study suggested that a higher risk of cardiovascular problems among people taking Vioxx compared to others on a drug called Naprosyn. And the FDA at that time required a warning on the Vioxx label--actually the FDA warning on the label occurred about two years ago. But Merck acted now because of a much larger study, this one involved about 2,600 patients over three years, and that study was looking at the use of Vioxx not for arthritis or other pain, but to see if it could reduce the recurrence of colon and rectal polyps. There had been some earlier suggestions that drugs like Vioxx, which is a so-called COX-2 inhibitor, might prevent these intestinal polyps in people who were prone to them.

MONTAGNE: Now how unusual is it for a drug company to pull a product, especially when it's as popular as Vioxx, off the market?

Merck & Co. has taken its arthritis drug Vioxx off the market this morning due to health concerns National Public Radio (NPR) September 30, 2004 Thursday

KNOX: It's very unusual, Renee, especially for a blockbuster drug like Vioxx. It's one of the leading drugs for arthritis and for acute pain, and Merck sells about $2 1/2 billion of it worldwide. One reason for its popularity is it's supposed to reduce pain without causing stomach irritation. But this is going to hurt the companies substantially. Its earnings will be reduced by 50 to 60 cents a share, the company said this morning.

MONTAGNE: Richard, thanks very much.

KNOX: You're welcome, Renee.

MONTAGNE: NPR health correspondent Richard Knox.

This is MORNING EDITION from NPR News. I'm Renee Montagne.

STEVE INSKEEP (Host): And I'm Steve Inskeep.

**LOAD-DATE:** October 6, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  11:06:35 EST

Print Number:    1841:54513489
Number of Lines: 53
Number of Pages: 2

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT 18

100434

**Time of Request:** Friday, October 19, 2007  10:53:08 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 55
**Job Number:**      2822:54510429

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 10
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (9/30/2004))

**Send to:**  WYATT, GEOFF
             O'MELVENY & MYERS - CSAMP
             1625 "I" ST. NW FL 10
             WASHINGTON, DC 20006

FOCUS - 10 of 1393 DOCUMENTS

Copyright 2004 CBS Worldwide Inc.
All Rights Reserved
CBS News Transcripts

**SHOW:** CBS Evening News 6:30 PM EST CBS

September 30, 2004 Thursday

**LENGTH:** 452  words

**HEADLINE:** Merck pulls its arthritis drug Vioxx off the shelves after a study showed it increases the risk of heart attack and stroke

**ANCHORS:** DAN RATHER

**REPORTERS:** ELIZABETH KALEDIN

**BODY:**

DAN RATHER, anchor:

It's the night of the first joint appearance by the presidential candidates. It's not actually a debate; it's a television happening well short of that, but potentially important, nonetheless, so we'll give you full coverage in a moment.

But first, a medical bombshell about a prescription drug used by millions. Vioxx, the arthritis drug, is being withdrawn from the market worldwide. The manufacturer of this FDA-approved drug says it has found the strongest evidence yet that Vioxx can trigger heart attacks and strokes. CBS News medical correspondent Elizabeth Kaledin begins our coverage of the trouble with Vioxx.

ELIZABETH KALEDIN reporting:

When it hit the market in 1999, Vioxx was billed as the future...

(Excerpt of Vioxx advertisement)

KALEDIN: ...one of a brand-new class of drugs called COX-2 inhibitors that could ease pain without hurting the stomach. Today, that future came crashing to a halt.

Mr. RAYMOND GILMARTIN (President & CEO, Merck and Co.): We are announcing a voluntary worldwide withdrawal of Vioxx.

KALEDIN: The drug, used by two million people primarily to treat arthritis, has been found to drastically increase the risk of heart attack and stroke. Merck researches found irrefutable evidence while studying the drug's long-term effects. Data show that after 18 months, patients taking both placebo and Vioxx had the same risks, but after three years, those taking Vioxx doubled their cardiovascular risk.

Mr. PETER KIM (Merck and Co.): The majority of the cardiovascular events that we saw were either heart attacks or strokes.

Merck pulls its arthritis drug Vioxx off the shelves after a study showed it increases the risk of heart attack and stroke
CBS News Transcripts September 30, 2004 Thursday

KALEDIN: So patients in this study did actually have both heart attack and stroke?

Mr. KIM: Yes.

KALEDIN: That's no surprise to cardiologist Dr. Eric Topol. He's been calling for warning labels on Vioxx because he says it causes an unusual level of clotting.

Dr. ERIC TOPOL (The Cleveland Clinic): But our findings and our concerns, at least by the manufacturer, were summarily dismissed and very strongly refuted until today.

KALEDIN: Patients taking Vioxx, like Marvin Brill, should consult their doctors about what to do next.

Mr. MARVIN BRILL (Vioxx Patient): It's scary for any medication that can have such side effects. Strokes? Heart attacks? That's major.

KALEDIN: There are options, like Naprosyn and ibuprofen, that are cheaper and, for the time being, safer.

(Graphic on screen)

More Information for Vioxx Patients CBSNEWS.com

KALEDIN: Of course, the fall of this blockbuster drug is raising questions about the safety of other COX-2 inhibitors. Right now no one knows for sure if the problems are specific to Vioxx alone, or the whole class of drugs. That is something the FDA will be investigating. Dan.

RATHER: Elizabeth Kaledin, thanks.

**LOAD-DATE:** October 1, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  10:53:08 EST

Print Number:    2822:54510429
Number of Lines: 55
Number of Pages: 2

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  19

100434

**Time of Request:** Friday, October 19, 2007  11:14:17 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 45
**Job Number:**     1841:54515283

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 67
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (9/30/2004))

**Send to:** WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

FOCUS - 67 of 1393 DOCUMENTS

Copyright 2004 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

**SHOW:** NBC Nightly News 6:30 PM EST NBC

September 30, 2004 Thursday

**LENGTH:** 358  words

**HEADLINE:** Merck recalls Vioxx after study reveals increase in risk of heart attacks and stroke

**REPORTERS:** ROBERT BAZELL

**BODY:**

TOM BROKAW, anchor (Coral Gables, Florida):

Now to what could be the largest drug recall ever in this country. Merck pharmaceutical company pulling its arthritis drug called Vioxx off the market after a new study disclosed that it could increase the risk of heart attacks and stroke. Losing Vioxx is a major blow to Merck and to the two million people who take it. Here's NBC's chief science correspondent Robert Bazell with that story.

ROBERT BAZELL reporting:

Dr. Jack Locke, like physicians across the country, was telling many patients today they have to switch from Merck's Vioxx to another medication to treat pain and inflammation.

Dr. JACK LOCKE: Now move this as much as you can there. Well, Merck is a pretty reliable company. They're pretty high on the list for reliability. And for this to happen is kind of a shock for me and, I'm sure, to my patients.

BAZELL: For years, studies have suggested there might be a heart disease danger from Vioxx. They were enough for the FDA to require a warning label in 2001. The latest study left no doubt. It was an incidental finding. Merck had put more than 2,000 people on a trial to see if Vioxx, compared to a placebo--a dummy pill, would reduce the chances of getting precancerous growths in the colon. For the first 18 months, there was no problem.

Mr. RAY GILMARTIN (Merck & Company Chief Executive Officer): Beginning after 18 months, however, the risk of a cardiovascular event did increase among those on Vioxx.

BAZELL: For Merck, it is a financial catastrophe. The company sold $2.5 billion worth of Vioxx last year, 11 percent of its sales. Today the stock price fell 27 percent.

Dr. LOCKE: Do both of these knees hurt in the same place?

BAZELL: Vioxx is one of a class of drugs called COX-2 inhibitors, intended to treat arthritis and similar conditions without upsetting the stomach. With Vioxx gone, there are two similar drugs on the market, Celebrex and Bextra, both made by Pfizer. Pfizer says these drugs are safe, and the FDA says it agrees for now. But scientists point out these two drugs have not been put to the same strict long-term trial as Vioxx. Robert Bazell, NBC News, New York.

Merck recalls Vioxx after study reveals increase in risk of heart attacks and stroke NBC News Transcripts September 30, 2004 Thursday

**LOAD-DATE:** October 1, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  11:14:17 EST

Print Number:    1841:54515283
Number of Lines: 45
Number of Pages: 2

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  20

100434

**Time of Request:** Friday, October 19, 2007  10:47:14 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 53
**Job Number:**    1822:54509133

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 5
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (9/30/2004))

**Send to:**  WYATT, GEOFF
           O'MELVENY & MYERS - CSAMP
           1625 "I" ST. NW FL 10
           WASHINGTON, DC 20006

FOCUS - 5 of 1393 DOCUMENTS

Copyright 2004 American Broadcasting Companies, Inc.
ABC News Transcripts

**SHOW:** WORLD NEWS TONIGHT WITH PETER JENNINGS (06:30 PM ET) - ABC

September 30, 2004 Thursday

**LENGTH:** 473 words

**HEADLINE:** A CLOSER LOOK VIOXX RECALLED

**BODY:**

PETER JENNINGS, ABC NEWS

(Off Camera) The pharmaceutical company, pharmaceutical giant, Merck and Company made very big news today when it said that it was voluntarily taking its popular drug, Vioxx, off the market. About two million people currently take Vioxx for pain, especially for pain of arthritis. Merck said today that data from a clinical trial found an increased risk for heart attack and stroke. The ramifications of this are medical, financial and scientific. First, we take "A Closer Look" at why Merck did what it did. Here's ABC's John McKenzie.

JOHN MCKENZIE, ABC NEWS

(Voice Over) Tens of millions of people have taken Vioxx since it came on the market five years ago. It was approved for use in children just three weeks ago. Today, Merck announced the drug is not safe enough to keep selling.

RAY GILMARTIN,

CEO, MERCK AND COMPANY, INCORPORATED

Given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take.

JOHN MCKENZIE

(Voice Over) The company said it began analyzing results of a new clinical trial and discovered that patients taking Vioxx for more than 18 months were developing heart attacks at twice the rate of people taking a placebo.

SUE ANNE HUMPHRIES, VIOXX USER

The majority of people that take Vioxx are senior citizens. And we trust our companies. We trust our doctors. And then something comes along like this, no more trust.

JOHN MCKENZIE

(Off Camera) Researchers have issued repeated warnings that Vioxx can cause heart problems. Since the drug was approved, there have been at least five major studies, rising safety concerns.

JOHN MCKENZIE

A CLOSER LOOK VIOXX RECALLED ABC News Transcripts September 30, 2004 Thursday

(Voice Over) This "New England Journal of Medicine" study in November 2000, showed Vioxx was 4-times more likely to cause a heart attack, than an older, generic drug.

DOCTOR ERIC TOPOL, CLEVELAND CLINIC

The warning sides were hard, solid evidence that there was a problem with heart attacks with Vioxx.  But the company continued to refute these warnings.

JOHN MCKENZIE

(Voice Over) And it continued to promote Vioxx, heavily.

COMMERCIAL VOICE-OVER, MALE

Ask your doctor today about Vioxx.

JOHN MCKENZIE

(Voice Over) What many patients never knew, Vioxx was no more effective than cheaper, over-the-counter pain pills.

DOCTOR JERRY AVORN, HARVARD MEDICAL SCHOOL

There was never any shred of evidence that these drugs were more powerful pain relievers than the old drugs, like Motrin or ibuprofen.

JOHN MCKENZIE

(Voice Over) And tonight, many doctors suggest patients who have been taking Vioxx, now consider those over-the-counter pain pills.  As for any lasting effects from Vioxx, researchers say there's no evidence the risks continue after you stop taking the drug.  John McKenzie, ABC News, New York.

**LANGUAGE:** ENGLISH

**LOAD-DATE:** October 1, 2004

100434

```
********** Print Completed **********

Time of Request: Friday, October 19, 2007  10:47:14 EST

Print Number:   1822:54509133
Number of Lines: 53
Number of Pages: 2
```

```
Send To: WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006
```

# EXHIBIT  21

FOCUS - 2 of 2 DOCUMENTS

Copyright 2004 Cable News Network
All Rights Reserved

CNN

**SHOW:** LOU **DOBBS** TONIGHT 18:00

**September** 30, 2004 Thursday

Transcript # 093000CN.V19

**SECTION:** News; International

**LENGTH:** 8154 words

**HEADLINE:** Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight

**GUESTS:** David Frum, Michael Waldman, Roger Simon, Karen Tumulty, Ron Brownstein, Carol Liu

**BYLINE:** Lou **Dobbs,** Jamie McIntyre, Jane Arraf, John King, Candy Crowley, David Grange, Kitty Pilgrim, Peter Viles, Casey Wian

**HIGHLIGHT:**
Insurgents massacred dozens of Iraqis, 30 of them children. Two American soldiers have also been killed. Defense Secretary Donald Rumsfeld now admits the insurgency is worsening. Iraq is the central issue in the face-to-face meeting of Bush and Kerry tonight. Aides say Bush will make the case repeatedly that Kerry is not fit to be commander in chief.

**BODY:**

LOU **DOBBS,** CNN ANCHOR: Tonight, Carnage in Iraq. Insurgents massacred dozens of children. Two American soldiers have been killed. Defense Secretary Donald Rumsfeld now admits the insurgency is worsening.

Iraq is the central issue in tonight's face-to-face meeting between President Bush and Senator Kerry. The so-called debate begins in just three hours. I'm joined tonight by David Frum, former speechwriter for President Bush, and Michael Waldman, former speechwriter for President Clinton.

A dramatic victory for the powerful supporters of outsourcing American jobs to cheap foreign labor markets. Governor Schwarzenegger of California vetoes legislation that would have stopped the export of American jobs.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: We need to continue to be integrated and involved in the global marketplace.

(END VIDEO CLIP)

**DOBBS:** California State Assembly Member Carol Liu says we ignore the export of American middle-class jobs at our peril. She's my guest.

And today, stunning news for millions of Americans who use one of this country's most popular prescription drugs. Merck recalls **Vioxx** because it's not safe.

(BEGIN VIDEO CLIP)

RAYMOND GILMARTIN, CHAIRMAN, PRESIDENT & CEO, MERCK: We saw the beginning of a trend in this trial for an increased risk of cardiovascular events.

(END VIDEO CLIP)

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

**DOBBS:** And Homeland Security has a new partner.  That's right, Homeland Security has decided to allow Mexican government officials into this country to help track suspicious aircraft, the same Mexican government officials who will not police their own border with the United States.  We'll have a special report.

ANNOUNCER: This is LOU **DOBBS** TONIGHT for Thursday, September 30. Here now for an hour of news, debate and opinion is Lou **Dobbs.**

**DOBBS:** Good evening.

Insurgents today launched a wave of deadly attacks across Iraq, just hours before President Bush and Senator Kerry face off on national security.  Two American soldiers were killed in today's attacks.  Fifty Iraqis were also killed.  More than 30 of the dead are children.

Senior Pentagon Correspondent Jamie McIntyre has the report, but before we go to Jamie, I want to warn you that his report contains video that is shocking, it is brutal, and you may well want to avoid seeing the images contained in his report.  Jamie McIntyre.

(BEGIN VIDEOTAPE)

JAMIE MCINTYRE, CNN SENIOR PENTAGON CORRESPONDENT (voice-over): It was a grisly punctuation mark to what has been a very grim month in Iraq.  Dozens of Iraqi children who gathered to get free candy at the opening of a sewage plant were killed when a series of car bombs exploded.

More than 40 people died, with more than 140 wounded.  The number of children killed by insurgents, at least 34, is the highest of any single incident, and it was just one of several attacks across Iraq which left Iraqis or Americans dead.

The latest attacks come as Defense Secretary Donald Rumsfeld, in a Tuesday radio interview and in recent public statements, is acknowledging the bloodshed is getting worse.

DONALD RUMSFELD, SECRETARY OF DEFENSE: We recognize that there's an increased level of violence, as we move towards these elections.

MCINTYRE: Pentagon estimates vary widely on the size of the insurgency, from just several thousand to almost 20,000.  Also in dispute is whether the extremist movement is spreading.

But by any measure, September was a bad month, with an average of roughly 50 attacks per day against U.S. and Iraqi forces, according to the multinational forces in Iraq.  While that's down slightly from last month's average, it includes a spike in mid-month when the average jumped briefly to about 90 attacks per day.

Iraq's interim leader continues to insist the insurgency will be brought under control in time for January elections.

IYAD ALLAWI, INTERIM IRAQI PRIME MINISTER: Those elections will signal the momentous changes brought by the coalition's's liberation of my country, and they will strike a huge blow to the insurgents and to the terrorists.

(END VIDEOTAPE)

MCINTYRE: And it appears tonight that one of those blows is beginning to be struck.  It appears that one of the offensives against Samarra, one of the insurgent strongholds, has begun according to CNN's Jane Arraf.  Sources here at the Pentagon say it's part of a plan to move gradually against smaller cities before moving in on the biggest problem, Fallujah -- Lou.

**DOBBS:** Thank you very much.

Jamie McIntyre.

As Jamie just reported, we're hearing word from Jane Arraf with the 1st Infantry Division near Samarra.  We're going to go now to her. She's joining us now on the telephone.

Jane, can you tell us what is -- what you know about this new offensive?

JANE ARRAF, CNN CORRESPONDENT: Lou, yes.  Troops have been moving through the streets.  We've been moving with them in one of their Bradleys. Now we're stopped in town in Samarra in front of a mosque, which is being cleared by Iraqi National Guard.

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

What they're doing, fronted by the Iraqi National Guard, is moving sector to sector through the city to clear it of insurgents. Now this is the biggest offensive that they have launched in this city, and the soldiers we're with say it is a battle for the City of Samarra.

They estimate there may be up to 2,000 fighters that they're up against, up to 250 of them foreign fighters.  This is a brigade-size operation, absolutely huge.

We've been hearing rocket-propelled grenades landing not far from us and quite a heavy exchange of gunfire in front of us, as the Iraqi National Guard and U.S. soldiers clear buildings and mosques.  They are moving through the city to root out the insurgents.

Now they -- this city has been essentially off-limits to U.S. troops in an agreement after the transfer to sovereignty, but they came back in three weeks ago.  This is the first time they have allowed journalists in for this major offensive -- Lou.

**DOBBS:** Jane, thank you very much.

Jane Arraf.  She is embedded with the U.S. 1st Infantry Division. Obviously an offensive underway on Samarra, which had been one of the no-go cities and, as she indicated, had been one of the cities in which the United States has agreed not to move into after the cessation of major combat operations back on May 1st.

We'll keep you up to date on that story here throughout this broadcast and the evening here on CNN.

The escalating violence in Iraq will be the central issue in tonight's presidential presentations in Florida.  Those presentations will begin in just under three hours.

For the first time, President Bush and Senator Kerry will appear at the same time on the same stage, but strict rules are in place and they will prevent virtually any interaction between the two candidates.

Senior White House Correspondent John King is covering President Bush and has the report -- John.

JOHN KING, CNN SENIOR WHITE HOUSE CORRESPONDENT: Well, Lou, despite those rules, the Bush campaign certainly expects Senator Kerry to ask rhetorically perhaps, but hoping to get answers from the president tonight, pointed questions about his policy in Iraq.

Today's deadly violence, this deadly violence, again more vivid evidence to us, sad evidence, of the burden of incumbency that the president will carry into this hall tonight.  Aides say he will repeatedly try to make the case that Senator Kerry is not fit to be commander in chief, that he has changed his positions on the war in Iraq, on what to spend on the war in Iraq.

Repeatedly, the president will make that case, but they also understand that he simply cannot tonight only criticize his rival, but in the first debate, with an estimated 50 million Americans watching at home, the president must explain and defend his policies in Iraq, especially after the past two weeks when Senator Kerry has turned so forceful and aggressive in criticizing them.

So the president will make the case, we are told, that he has given the generals every troop they have asked for and said they have needed in Iraq.

The president will say, yes, there have been setbacks, and, yes, there are hardships -- today, of course, another example -- but that in his view -- and he will be optimistic about this, we are told -- that there is a path toward progress in Iraq and that the American people should stay with him and stay the course in Iraq.  Now foreign policy and Homeland Security, the focus tonight.

Mr. Bush also expects questions about his policies on Iran and North Korea and other issues, but, Lou, both campaigns concede Iraq is the major flashpoint in the debate.  One key challenge for President Bush is not to lose his temper.  Sometimes you see him get irritated at a question he doesn't like.  Aides tell us today that in his mock debates, they have asked him scathing questions about his Iraq policy to test his ability to keep his temper in check -- Lou.

**DOBBS:** How did he do, John?

KING: We're told he did quite well, Lou.  One of the challenges, of course, here is for the president to defend his policy and to be optimistic about it. They believe that optimism is one of his great attributes and one of the better contrasts that he can draw in this type of an appearance on national television with Senator Kerry.

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

So the president, we are told, has been warned by aides that some of the questions from moderator Jim Lehrer and some questions Senator Kerry poses in his own answers will be quite tough, and he needs to keep his temper in check, and they say, in those mock sessions, he did quite well. We'll see tonight.

**DOBBS:** John King, our senior White House correspondent in Miami.

Thank you.

And now turning to Senator Kerry's assets, Senator Kerry, of course, is hoping tonight's debate will allow him to clarify for voters his positions on Iraq and the global war on terror and to cut into President Bush's lead in the national opinion polls.

Senior Political Correspondent Candy Crowley is covering the Kerry campaign and joins us now from the University of Miami.

Candy, what are we expecting from the senator tonight?

CANDY CROWLEY, CNN SENIOR POLITICAL CORRESPONDENT: Well, what the strategists around John Kerry say he has to do is look, sound and talk like a commander in chief, that he has to present himself as a viable alternative to George Bush.

They know it's very tough in times of war to convince voters that -- as John Kerry has been saying on the campaign trail, to switch horses in midstream, but they believe that this kind of chaos we're now seeing in Iraq certainly does give John Kerry the material that he needs to say, look, we need a new commander in chief, the current one we have got us into this mess, I'm the only one that can get us out of it.

Now what does he have to do in addition to looking at George Bush and portraying George Bush as a man who has made misjudgments and miscalculations all along the way in Iraq?

They also know in the Kerry campaign that John Kerry is going to have to say and I've got a plan and here's my plan. Now he's been trying to do that to sort of set the table for this debate in the last couple weeks of his campaign. He gave a speech at New York University on Iraq and on what he would do. He then gave a speech at temple in Philadelphia about the war on terror.

So they believe that they have begun to start this process of showing John Kerry as a man who does have a plan and a man who can step in and be commander in chief, and that is their number one goal for tonight, is to have John Kerry be seen in the eyes of the American people as someone who could walk into the White House and become a commander in chief -- Lou.

**DOBBS:** Are the members of his staff excited about his prospects? Do they feel he's doing well in preparation?

CROWLEY: You know, they obviously believe he is a good debater. They have dropped any attempt to spin it any other way and say, look, we expect him to do very well. The one thing that they are -- two things they're worried about.

Number one, they concede the point George Bush is a likable guy. George Bush is someone that people like to see on their television sets in their living room, but they say, look, this isn't about personality.

The other point that they are worried about is that too many stakes have been put into this debate by commentators. They say this is not now or never, that there are two other debates. John Kerry does not have to have a knockout punch -- Lou.

**DOBBS:** Candy, thank you.

Candy Crowley, covering the Kerry campaign tonight from the University of Miami.

Returning now to the dramatic news developments from Iraq tonight. As we've just reported, American troops have launched apparently a major offensive against the insurgents in the City of Samarra. That's north of Baghdad.

Joining me now is General David Grange.

General, let me first turn to you on the latest development, the idea that the United States has obviously, along with the Iraqi troops, decided that the no-go cities are now no longer off-limits. What do you make of it?

BRIG. GEN. DAVID GRANGE (RET.), CNN MILITARY ANALYST: Well, that's going to happen all over Iraq, Lou. Samarra obviously was the first targets. They have a sufficient number of Iraqi soldiers trained to conduct the op-

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

eration, along with the brigade of the 1st Infantry Division, to take it down, and I think you're going to see that elsewhere as we lead up to the elections in January.

**DOBBS:** And would you concur with the judgment that it needs to be done and needs to be done quickly?

GRANGE: Absolutely.  It needs to be done when the time's right for the coalition of Iraqi forces to do so, regardless of election dates.

**DOBBS:** Secretary of Defense Rumsfeld today joining with Secretary of State Colin Powell in admitting that the insurgency in Iraq is worsening.  What does the United States have to do first to start acknowledging quickly what is the reality and the obvious reality on the ground much sooner than they have in the past and, secondly, to deal effectively with it, if they can?

GRANGE: Well, they can't.  I think it has been acknowledged today.  Many have talked about it already, that the surge is on to disrupt elections in the U.S., Afghanistan, and Iraq.  It's -- the time is perfect for the bad guys, they're going to continue to do this, but now's the time for the coalition to pick up the pressure on the enemy.

It's the only way.  Negotiations for any peaceful settlement will not work with the people they're fighting right now.  They need to take them down when the time's right all the way up through January.

**DOBBS:** The issue of manpower remains critical.  Rumors talking about a draft if necessary to bring forward enough recruits to man an army of sufficient size to meet policy objectives.

We have seen, in terms of the call-up of the IRR, the ready reserve, about 600 have not shown up at the last count that I saw.  We see a 12 percent decline in recruiting shortage of goals, and we're seeing a lot of concern about the adequacy of our National Guard and our Reserves in their preparation.

What are we going to do in the short term, General, to deal with these issues?

GRANGE: Well, I don't believe the draft is needed right now.  I do believe that the active force needs to be increased in size. I believe you can do that through the volunteer army, which surpassed the goals for this year.  But the Army does need to get bigger, that service for sure.  But the draft's not needed right now.

But I fully believe that if a draft is need, members of Congress and the American people will say, by gosh, we've got to do it, and they'll do a draft.  But, right now, it's not needed.  National Guard training has improved.  I just came from a conference today, as a matter of fact, that we hosted, referenced that same subject, and there have been some problems, but it's improving.

The problem is, in the National Guard, maintaining that force structure because of their other life, their other employee status, and how do you maintain that?  That's the bigger challenge.

**DOBBS:** General David Grange.

Thank you.

GRANGE: My pleasure.

**DOBBS:** There was a sharp escalation in violence between Israelis and Palestinians today as well and greater tragedy.  Israeli troops fought pitched battles with Palestinian gunmen in northern Gaza.  The Israelis launched their offensive after a Palestinian rocket killed two children in an Israeli border town. Today's fighting killed 29 people.  Twenty-six of them were identified as Palestinian; three, Israelis.

Still ahead here, a shocking prescription drug recall today.  A health warning for millions of Americans who have taken the arthritis drug **Vioxx.**  We'll have details on that coming right up.

Also tonight, the Department of Homeland Security sees nothing wrong with permitting Mexican government officials into U.S. tracking facilities despite the obvious refusal of the Mexican government to police its border with the United States. We'll have that special report.

And the first presidential presentation is now just hours away. David Frum, former speechwriter for President Bush, and Michael Waldman, former speechwriter for President Clinton, will join me.

(COMMERCIAL BREAK)

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

**DOBBS:** Tonight, millions of people who take the arthritis drug **Vioxx** could be at risk of an even more dangerous medical condition. The drug's manufacturer, Merck, today pulled **Vioxx** off the market and told anyone who takes it to immediately contact their physician.

Kitty Pilgrim reports.

(BEGIN VIDEOTAPE)

KITTY PILGRIM, CNN BUSINESS CORRESPONDENT (voice-over): How could it happen?  Eighty-four million prescriptions since it was introduced in 1999.  About 1.3 million Americans are using it right now.  But, today, Merck pulled the drug.  Recent clinical trials turned up a risk of stroke and heart attack in patients taking **Vioxx** for more than 18 months.

GILMARTIN: We basically went through an extensive analysis of the data, determined that the cardiovascular trend we were seeing was important and, therefore, quickly acted to make the decision to voluntarily withdraw the drug.

PILGRIM: **Vioxx** is mainly used to treat arthritis.  The condition is common.  Sixty million adults in the U.S. have arthritis or chronic joint problems.  That's one in every three people.  Arthritis is the leading cause of disability in adults in the country.  Drugs like **Vioxx** were considered revolutionary when they were introduced.

DR. MARIE GRIFFIN, VANDERBILT UNIVERSITY: This new class of anti-inflammatories has sort of taken over the market, and, within that, **Vioxx** is a very big player.

PILGRIM: The FDA sent Merck a warning letter about the risks after a 2001 study, and Merck started putting a warning on the label in 2002.  But a study this past August found doses of 25 milligrams or higher more than tripled the risk of heart attack.

Author Dr. John Abramson has been studying the drug for more than three years and says the drug was aggressively marketed to doctors, and the risks were buried in the marketing push.

DR. JOHN ABRAMSON, AUTHOR, "OVERDOSED AMERICA": The most frightening part of all this is that the cardiovascular risk of **Vioxx** has been public since 2001, available to anybody who wants to find it on the FDA Web site, and yet the intense marketing that was done for **Vioxx** and the marketing to the public, the marketing to the doctors overrode what that data really showed.

(END VIDEOTAPE)

PILGRIM: Now the very second the drug was recalled, 30 people in Oklahoma City filed a class-action suit against Merck for failing to warn the public of the risks, and experts say there will probably be more -- Lou.

**DOBBS:** Kitty, thank you very much.  This is very troubling for all those millions of people who have been taking that drug.  Thank you very much.

Kitty Pilgrim.

We will continue here in just one moment.  Stay with us.

(COMMERCIAL BREAK)

ANNOUNCER: LOU **DOBBS** TONIGHT continues.  Here now for more news, debate and opinion, Lou **Dobbs.**

**DOBBS:** British Prime Minister Tony Blair will undergo treatment tomorrow for an irregular heartbeat.  The prime minister will have what he calls a routine procedure in a London hospital.  Prime Minister Blair was treated for the same condition a year ago, but he says his doctors assure him that it's not a sign of a larger problem. Blair says he'll be back at work Monday.

The so-called presidential debate tonight is unlikely to be an impromptu exchange of ideas.  In fact, if it were, it would be shocking.  It's more likely to be a recitation of the candidates' stump speeches and campaign promises.

My guests tonight are experts at crafting the kind of presidential one-liners and catch phrases that we can expect to hear tonight.  Theirs, of course, far more profound than anything you will hear from other writers. David Frum is former speechwriter for President Bush, joining us tonight from Washington, D.C.

Good to have you with us, David.

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

DAVID FRUM, FORMER BUSH SPEECHWRITER: Thank you.

**DOBBS:** Joining us here in New York, Michael Waldman, former speechwriter for President Clinton.

Good to be have you, Michael.

MICHAEL WALDMAN, FORMER CLINTON SPEECHWRITER: Good to be here.

**DOBBS:** Let's begin with you, David. This -- the president is ready to go. We're going to hear tonight foreign policy issues. Are we going to hear with great precision what the president plans to do from here?

FRUM: I don't think you will hear a highly specific plan, no. I think President Bush always indicates what he's going to do by doing it, and you're seeing with this extraordinary military campaign now under way in Iraq some indication of what's to come.

President Bush's job tonight is to avoid mistakes. He's got a big lead in this election. I think Senator Kerry has made enough mistakes along the way that, at this point, Senator Kerry can't really win the debate by himself. He needs the president to fail.

So, if the president doesn't fail, the president's done his job. Kerry has to hope for the president to stumble and give an opportunity to him.

Do you agree, Michael?

WALDMAN: Not really. I'm tempted to use the vernacular of the campaign and say that's a fantasy world of spin, but it was...

**DOBBS:** I'm proud of the way you resisted that.

WALDMAN: I resisted it. You won't hear that tonight either, I'm sure.

I think that President Bush can't have a huge catastrophic mistake, but the one thing to remember is that the challenger almost always benefits from standing toe to toe with the incumbent, who's better known, who is already presidential by dint of being president, and I think that, for Kerry, President Bush has been very successful, especially in his convention, at having a monologue, in effect, when he can go out there and proclaim his policies on his own, but he hasn't yet had to really face a questioner and a challenge in front of the public.

**DOBBS:** Well, let me ask you this: One of the complaints today coming from the Kerry campaign was that the lights and the buzzers that are going to flash and buzz if the candidate goes too far -- they were very excited about that. Senator Kerry, it doesn't seem to me, should be concerned about lights and buzzers because, if he isn't succinct and direct tonight, again, it seems to me, he's got a real problem.

WALDMAN: Well, that's right.

**DOBBS:** Would you agree?

WALDMAN: Absolutely. And it's a very tough thing to actually condense real thought into the kind of 30-second one-liners, memorable phrases that these debates have come down to. I think actually having the light right there would -- you know, would distract anybody, but remember George Bush's father had a visual image of looking at his watch, and I'm sure Kerry and President Bush, too, don't want to have something like that.

**DOBBS:** The idea, that image of President Bush's father looking at his watch has been shown quite a bit on network television today, David. The idea of the president being careful -- isn't there also a great pitfall awaiting him if he's too careful here tonight?

FRUM: Well, I don't know what that would be. I mean, the country -- this election has been going on for a long time. The country's had a long time, four years, to take a look at President Bush, but quite a number of months to look at Senator Kerry. He's introduced himself again and again and again.

I think Senator Kerry is looking to this debate to recapture the mistake he made at the Democratic Convention. He had this glorious moment when he really could show the American public who he was. He didn't use that time well. He's now going to try to use this debate to do again what he should have done in July. That's why he's in so much trouble.

**DOBBS:** Michael, the idea that Senator Kerry can stand up there tonight on podiums, these two men meeting. This is hardly a debate, as we all acknowledge, but the fact is -- does he have to come tonight -- on the issue of foreign policy in

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

particular, it's not enough, is it, to simply criticize President Bush's policies?  Doesn't he really have to say I have a plan and at least give an iteration of it, an early iteration of it?

WALDMAN: Yes, I absolutely think so.  I think if he just comes in and is on the attack the whole time -- you know, he'll probably draw a bit of political blood, but he won't show people what he would do differently.

The difficult thing for him, what he, I'm sure, knows he has to do, is draw a sharp contrast, try to show in his mind in the way he would like voters to see it the failures of the president's foreign policy and lay out his own as an alternative, and, of course, there's a tension because you can't look too angry, you can't look too bitter. It's better to try to do it the way Reagan or Roosevelt did it, or Clinton, too, with a smile.

But, you know, both of these gentlemen are very strong debaters. Whether these are real debates or not, this is a format that they've both succeeded at, so I assume we'll see some good interaction.

**DOBBS:** Who, in your judgment, David -- and I'm going to ask you to be a nonpartisan here.  Well, I'll be straightforward about it.  It seems that President Bush to this point has the better speechwriters and the better crafting of language to this point.  Is that accurate?

FRUM: Well, boy, would I like to believe the speechwriters made President Bush the man he is today.  That...

**DOBBS:** No, I didn't quite say that, David.  I didn't say that. We've got enough polarized partisanship in the world without you construing my statement.

FRUM: Look, here's...

**DOBBS:** I was talking about the preparation by his speechwriters.

FRUM: Yes, but the thing is -- I mean, the -- it's the president who is the candidate, the person who chooses these people.  I mean, how...

**DOBBS:** David, you're not going to answer my question, are you?

FRUM: No, here -- here's what I'm saying.  There are thousands of people who would love to write speeches for the president or for the nominee of the opposition party.  They have to be chosen.

**DOBBS:** David...

FRUM: So President Bush has to...

**DOBBS:** David, we don't have buzzers here, we don't have lights, but I do insist upon my questions being answered.

FRUM: What was the question?

FRUM: What's the question?

**DOBBS:** The question was...

FRUM: Does he have good people working for him?  Yes.  But...

**DOBBS:** OK, let's turn...

(CROSSTALK)

**DOBBS:** Let's turn to Michael then.  What do the people working for Senator Kerry -- and again, I would stipulate that Senator Kerry is a wonderful human being and a great personality, just for partisan reasons, to balance with David's characterization of President Bush -- he does not seem to have brought sharp focus to -- from his writers, from his speechwriters and advisers.  Do you agree with that assessment?

WALDMAN: I think that if you look at the speeches he's given, especially in the last few weeks, he has really found his voice.  And it reflects a political strategy and an issue determination, and rather than the words -- I think the words have been fine.  I think -- I agree with David that he missed an opportunity at the convention in not laying out his own policy vision, but I think if you look at the speeches he's given on Iraq and the war on terror and finally making the argument that I'm sure David disagrees with, that the war in Iraq is a distraction from the war on terror, I think that it's pretty compelling.  And so I'm hoping he has a rhetorical head of steam coming into this debate.

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

FRUM: See, whether I agree with that or not, that's not I think the most important mistake he's made.  You know, Senator Kerry gave a speech at New York University.  It was a beautifully written speech, actually, very logical and powerful, but he forgot to put in the most important part, which is to say, "I want to win." Now, he then had a photo op two days later where he said that, but he should have said it at the time.  And in a way, you can't blame the writers or credit the writers for things like that.  Ultimately, the writers work for somebody.

**DOBBS:** David Frum, thank you very much.

FRUM: Thank you.

**DOBBS:** Michael Waldman.

WALDMAN: My pleasure.

**DOBBS:** Thank you very much for being here.  We'll watch what these gentlemen have to say this evening in their presentation.

We'll have much more on the presidential presentation this evening, ahead. Three of the country's top political journalists will be here.  Also ahead here tonight, waiting for an eruption in the Northwest.  New warnings tonight about the likelihood of an eruption at Mount St. Helens.  And also ahead, Homeland Security Secretary Tom Ridge says he's committed to protecting our borders, and his agency is including Mexican government officials in their tracking stations, who don't enforce their own border with the United States.  We'll have that special report.

And CNN will have complete live coverage from the University of Miami beginning tonight at 7:00 o'clock Eastern. Anderson Cooper kicks it all off.  Stay with us.

(COMMERCIAL BREAK)

**DOBBS:** President Bush and Senator Kerry are now just over two hours away from the first presidential presentation, as we're calling it here.  Joining me now from the side of tonight's so-called debate at the University of Miami, three of the country's leading political journalists -- Ron Brownstein, national political correspondent for "The L.A. Times"; Karen Tumulty, national political correspondent for "Time" magazine; and Roger Simon, political editor, "U.S. News & World Report."

We've just heard Michael Waldman and David Frum basically bare their partisan teeth here and suggest, as best I can figure, that they're not expecting much out of this debate.  Are you, Roger?

ROGER SIMON, U.S. NEWS & WORLD REPORT: It has the capacity to be an event that shapes the campaign.  It has the capacity, the potential to determine the outcome of the campaign.  But that doesn't mean it will.  It is the first of three debates.  It's not an end-all or be- all, really, for either candidate, unless some huge mistake is made or some huge knockout punch is made, which is extremely unlikely.

**DOBBS:** Are we likely to hear sharp differences between these two men tonight, Karen?

KAREN TUMULTY, TIME MAGAZINE: Well, first of all, Lou, it sounds like your expectations are not terribly high for this debate, either.

**DOBBS:** Well, I'm still kind of chaffing at the idea that they can't ask one another questions, and offer rebuttal to one another's statement.  I look for -- silly me, I think of a debate as a debate.

TUMULTY: Well, I must say, I have got some pretty high hopes for Jim Lehrer, the moderator here, because he, of course, is not bound by any of these rules, and there are openings for him to sort of force a little bit of actual engagement here.

So, you know, if we can't count on the candidates, maybe we can count on Jim Lehrer.

**DOBBS:** Ron, at this point, on foreign policy, is it your judgment that we're going to see any particular issue sharply discussed here tonight?

RON BROWNSTEIN, L.A. TIMES: Sure.  I mean, you know, I guess I'm a little not in the frame of some of the others in the media who said there really is no difference, or the differences between the two candidates are exaggerated on foreign policy.

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

I think they do have fundamentally different perceptions of how America pursues its goals in the world.  And now, in Iraq, the actual choices at this point are narrowed by the events on the ground and the history of the past year and a half, but I do think people will see a very different approach between President Bush, who puts the greatest emphasis on maintaining American freedom of action, even if that means some tension with traditional allies, and John Kerry, who does put a much higher priority on building international consensus, even if that means surrendering some freedom of action.  I think you'll see that expressed in the way they talk about Iraq, and if we get on to other issues, I think you'll see it there as well.

DOBBS: Roger, the idea that John Kerry can criticize the Bush policies over the course of the past three years, but not forward a plan of his own to end what they're styling as the mess in Iraq, is it possible that he can perform tonight without at least discussing the outline, the framework of a plan?

SIMON: I don't think so.  I think he really has to address that issue, Lou.  I think you put your finger on one of the central problems that John Kerry has.  He continues to criticize a war that he does not actually oppose.  He opposes the way it's being conducted, he opposes going it alone, he opposes the U.S. troops bearing the brunt -- bearing the brunt of the casualties and not having enough funding from other countries, but if he were elected, he would still continue the war.

One wonders if the Democrats had actually come up with a candidate who said I think we should withdraw our troops from Iraq now, where that candidate would be in the polls.

DOBBS: As Jane Arraf has just reported, as we have reported on this broadcast, the offensive that's taking place now in Samarra, in the Sunni triangle, one of the no-go cities, now the 1st Infantry Division is obviously there, in at least brigade-size force, taking on the insurgents, the devastation, the killing, the murder, the massacre of three dozen, almost three dozen children there, along with other civilians, Iraqi civilians, and two American soldiers today, does that have an influence, do you believe, on the debate tonight, Karen?

TUMULTY: Well, I think it could have certainly an influence on how the debate is seen over the next few days, because that is in fact going to be the context of how everything that is said tonight is read, and it's important, however, to remember that, you know, to the degree the president wants to call the Iraq war part of the war on terrorism, he's got to show that he's serious about going after the terrorists who are in Iraq.  Certainly this is something we have heard urged on him by a lot of members of his own party, who feel that he has just not shown the kind of resolve that they would like to see over there.

DOBBS: Ron, the idea that the Kerry campaign was so so upset today about the buzzers, particularly on the podium -- apparently, there are sufficient lights and buzzers for anyone to understand when he has gone over the time limit, what do you make of that kind of bristling sensitivity?

BROWNSTEIN: Well, you know, we've had a lot of -- we have a 32- page agreement which reflects a lot of sensitivity going into the process.  I think in the end, you know, the previous question negates the question you're asking me. People are dying in large numbers in Iraq, Americans and Iraqis.  The American public is engaged in this campaign to a much higher degree, largely I would argue because of the fact that American soldiers are under fire and in the end I think they want answers on those questions.  I still believe this race will turn on a referendum to the president's response to 9/11, broadly speaking, including the decision to invade Iraq and whether the people feel John Kerry offers a better alternative and keep America safe.  And I do believe that in the end, more than lights and buzzers, people will be focused on judging these two men on those grounds.

DOBBS: It wasn't the public nor media focused on it, it was the Kerry campaign.  And I go back to my question, Ron.

Why do you suppose they were so intent on that issue?

BROWNSTEIN: I think because they probably don't want the image of John Kerry plowing through the red light like Bill Clinton at the 1988 Democratic convention, when he gave the endless speech, and the red light was flashing for probably a about 15 minutes.  The same kinds of things from all these negotiations.

Why do we have a fenced-off area where each candidate can't impose on the space of the other?  I wonder how they're going to enforce that.  You know, will Jim Lehrer get in there and separate them like those guys on "Jerry Springer." But you know, the whole process has been done in that way from both sides really to control the images the public sees.

DOBBS: Roger, the idea that in this time allotted tonight, will we be able to get to the critical issues as well of North Korea, of Iraq, global competitor or rival or simply an economic powerhouse, China?

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

How much -- how much of a canvas do you believe we'll see tonight in this discussion of foreign policy?

SIMON: I think you'll see more than just Iraq.  I don't think Jim Lehrer will allow 90 minutes to go by and just allow this to be a discussion on one matter of foreign policy.  As you listed, there are other serious matters.  The extent to which U.S. troops are spread over the globe acting as either trip wires or protectors or active participants, is a serious matter of U.S. security, and I think Jim Lehrer is bright enough to move the discussion around in 90 minutes.

**DOBBS:** Of course, within that discussion is the road map that's been lost and attention has been lost in point of fact in efficacy and 31 people dies today in Gaza, so the Israeli/Palestinian conflict obviously preeminent as well.

Thank you very much, Ron, Karen, and Roger.

When we continue, Governor Schwarzenegger squanders a golden opportunity to fight back against the "Exporting of American" jobs to cheap foreign labor markets.  He took sides.  We'll have that story and a great deal more next.

(COMMERCIAL BREAK)

**DOBBS:** In "Exporting America" tonight California Governor Arnold Schwarzenegger had a chance to take a stand against the export of American jobs to cheap foreign labor markets.  Instead, the governor chose to defend it. Governor Schwarzenegger has vetoed a series of bills that would have cracked down on outsourcing in the state of California.  Peter Viles, reports from Los Angeles.

(BEGIN VIDEOTAPE)

PETER VILES, CNN CORRESPONDENT (voice-over): The rising star of the Republican Party has finally taken a stand.  Outsourcing is OK with him.  Arnold Schwarzenegger vetoing Democratic attempts to limit outsourcing in California.

UNIDENTIFIED MALE: It's pretty shameful the governor sided with the California chamber of commerce and not with the people of California that elected him to office.

VILES: Analysts see a rookie governor bowing to the state's powerful high-tech lobby led by Hewlett-Packard.

He certainly has tried to strike the image of an independent freewheeling, more liberal on some social issue kind of governor, but on a hard business issue about people's livelihoods, but high-tech workers planning for the futures, he came down on the companies' side.

VILES: The governor's press secretary says it's about improving California's business climate.

He's been traveling around the country showing that California is open for business again.  This is extremely important to highlight we're doing everything we can here in California to make it more business-friendly.  Adding restrictions to how business operate is contrary to that bill.

VILES: One bill would have stopped outsourcing on projects related to homeland security, vetoed.  In his vetoed statement, he says there's no guarantee work done in America will be any safer than work performed in another country. Another bill required patient's consent if their medical information is sent outside the United States, vetoed.  Then the big one, work for the state must be done in America, vetoed.  The governor arguing that would have a negative impact on the California economy, and it's unconstitutional anyway, because only the federal government can make trade policy.

(END VIDEOTAPE)

VILES: Trade lawyers that we have talked to, Lou, tell us that argument is deeply flawed and probably wrong.  It's true that states can't have their own trade policy, their own quotas, their own tariffs.  That's not the issue here, the issue is can they spend their own money the way they want to.  On this issue, the law appears clear, states do have sovereignty over their own money, Lou.

**DOBBS:** These vetoes, extraordinary putting the governor, I suspect it will be suggested, on the girlie man side of the issue for some time.

Thank you very much, Peter Viles.

Joining me now is California state assembly member Carol Liu. She authored the bill that required California to keep state work in this country.  Assembly member Liu joins me tonight from Los Angeles. Good to have you with us.

CAROL LIU (D), CALIFORNIA STATE ASSEMBLY: Thank you very much.

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

**DOBBS:** Were you surprised at the governor's veto?

LIU: No, but I was disappointed.  Since the governor took office we've heard a lot about jobs, jobs, jobs and the importance of buying California products.  If we're really trying to create jobs, then why is the state of California exporting jobs overseas?

**DOBBS:** The idea -- the governor suggests that the state of California contracts would not be right for them to be from -- exclusively from the U.S. on a constitutional basis.  Peter Viles, has just reported that is basically at the very least flawed reasoning. What's your reaction to that?

LIU: I agree with peter.  We have certainly tested this concept with our own legislative counsel, and it was declared that it was not unconstitutional.

**DOBBS:** The governor, Governor Schwarzenegger cited that a recent study by the Public Policy Institute of California, and in that study apparently found very few jobs in California had been outsourced.  Can that be correct?

LIU: We -- first of all, the report from the Public Policy Institute is not finished.  In fact, we look forward to some of their recommendations.  So, we don't know the conclusion of their report. As to -- we don't -- and we don't -- when we get that report, when the legislative analyst's office is also auditing the state of California as to how many jobs are being outsourced, we will have some kind of numbers and reach some kind of conclusions as to where we need to go.

**DOBBS:** Well, obviously middle-class workers, at least in the state of California, didn't take a step forward today, thanks to those vetoes.

What are you -- what are your assembly member colleagues going to do, if anything, from here on?

LIU: Well as I said, we're going to look at the audit, we're going to take a look at the conclusions of this report that will be coming out sometime this fall, and hopefully meet with the governor's office to see where we go forward.  This issue is not going to go away.

**DOBBS:** Assembly member Liu, we thank you very much for being here.

LIU: Thank you.

**DOBBS:** Coming up next, Mexican officials working side by side with American border patrol agents, purportedly to stop illegal aliens from crossing the very border that the Mexican force won't enforce: the border with the United States.  That story is next.  Stay with us.

(COMMERCIAL BREAK)

**DOBBS:** In Washington State tonight, seismic activity has again intensified on Mount St. Helens.  Scientists now say the volcano has a 70 percent chance of erupting.  Earthquakes, with magnitude as high as 3.3 have been rocking Mount St. Helens every few minutes today, and new measurements today show the lava dome in the volcano's crater has moved now 2 1/2 inches since Monday.

Yesterday, scientists issued what they call a volcano advisory, that is the highest warning before an eruption.

Turning now to the crisis along our nation's borders and the lack of a coherent national immigration policy, Homeland Security Department secretary Tom Ridge says his department is devoted to controlling illegal immigration into this country. Nonetheless, 3 million illegal aliens will likely move into this country this year. And incredibly, the Department of Homeland Security is relying on the Mexican government to help police our border.  Casey Wian reports from Los Angeles.

(BEGIN VIDEOTAPE)

CASEY WIAN, CNN CORRESPONDENT (voice-over): After Homeland Security Secretary Tom Ridge toured his department's upgraded radar facility designed to prevent aircraft from sneaking across the border, he revealed an interesting detail. Alongside U.S. detection system specialists who track 80,000 flights a month, including those flown by the president of the United States, are representatives of the Mexican government.  Here's one shaking hands with Ridge.

TOM RIDGE, HOMELAND SECURITY SECRETARY: One of the reasons the center has been so successful is because of the on-site presence of representatives from the Mexican government, who are in a position to assist us upon our call...

Insurgents Massacre Dozens in Iraq; Bush, Kerry Meet Face to Face Tonight CNN September 30, 2004 Thursday

WIAN: We asked ridge if he saw any conflict on relying on Mexico to help catch aircraft carrying illegal aliens at a time when Mexican President Vicente Fox's government is pushing for more open borders.

RIDGE: There's been no conflict whatsoever within this operation.  When we have called and identified the aircraft we were concerned about, the Mexican government has responded effectively and quickly.  Open borders in my mind doesn't mean crossing indiscriminately when you want to.

WIAN: Yet minutes later, the man in charge of guarding the border for the Bush administration expressed sympathy for the millions of illegal aliens who cross each year.

RIDGE: These poor illegals, mostly of them are Mexican, and they are not coming into this country to do anything other than find a job. And the parasites that prey on these people, the human smugglers, are the ones we're going after.

WIAN: Ridge says during the past 18 months, his department has probably done more to prevent illegal immigration than was done in the previous ten years.  As examples Ridge cited, a 70 percent increase in prosecutions of alien smugglers and the deployment of several hundred additional border patrol agents.

(END VIDEOTAPE)

WIAN: Ridge says as far as he's concerned, the border is closed to illegitimate travel and commerce.  Of course, the reality is gaping holes remain and Ridge admits there's more to do to close them, Lou.

**DOBBS:** More to do to close them.  I understand the politics of the matter, Casey, but with 3 million illegal aliens, Secretary Ridge can say that with a straight face?

WIAN: Absolutely.  It's an example of the Bush administration's continuing mixed message on this issue.  They talk about guest workers and amnesty, talk about controlling the border.  The two don't seem to go along.

**DOBBS:** No. Nor would they be, of course, possibly compatible. Thank you very much, Casey Wian.

Taking a look now at some of your thoughts.

John Bush in Marshall Town, Iowa, "Why are we granting illegal aliens the right to break our laws and then rewarding them with free everything, including medical opportunities denied our own citizens?"

Greg may in Rockville, Maryland, "It's easily predictable that our next terrorist attack will be done by any number of the millions of people allowed to cross our borders illegally.  For our government to suggest otherwise is simply wrong."

We love hearing from you.  Send us your thoughts at loudobbs@CNN.com.  Please send your name and address. Each of you whose e-mail is read on the broadcast, receives a free copy of my new book, "Exporting America."

We'll be right back.

(COMMERCIAL BREAK)

**DOBBS:** Thanks for being with us tonight.  Stay with CNN tonight for complete coverage of the presidential presentations.  Thanks for being with us.

For all of us here, good night from New York.  "ANDERSON COOPER 360" is next, live from the University of Miami. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** October 1, 2004

# EXHIBIT  22

897029v.1

100434

**Time of Request:** Friday, October 19, 2007  11:09:06 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 66
**Job Number:**     1841:54514047

Research Information

**Service:**    FOCUS(TM) Feature
**Print Request:** All Documents 63
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (9/30/2004))

**Send to:**  WYATT, GEOFF
            O'MELVENY & MYERS - CSAMP
            1625 "I" ST. NW FL 10
            WASHINGTON, DC 20006

FOCUS - 63 of 1393 DOCUMENTS

Copyright 2004 National Public Radio (R)
All Rights Reserved
National Public Radio (NPR)

**SHOW:** All Things Considered 9:00 PM EST NPR

September 30, 2004 Thursday

**LENGTH:** 726  words

**HEADLINE:** Business ramifications of Merck's announcement about Vioxx

**ANCHORS:** ROBERT SIEGEL

**REPORTERS:** JIM ZARROLI

**BODY:**

ROBERT SIEGEL, host:

Merck's decision to take Vioxx off the market sent the company's stock down by about 27 percent today, and because Merck is one of 30 stocks in the Dow Jones industrial average, the world's best-known stock index was dragged down as well. Not only is Merck losing one of its most profitable drugs, the decision also opens up a potential flood of lawsuits. NPR's Jim Zarroli reports.

JIM ZARROLI reporting:

For Merck, today's announcement is nothing short of a financial disaster. The company sells some $2 1/2 billion worth of Vioxx each year, about 13 percent of its worldwide revenue. And so the loss of the drug is an enormous problem for the company's bottom line. Hemant Shah is an independent pharmaceutical analyst.

Mr. HEMANT SHAH (Pharmaceutical Analyst): It's a very, very important product for them. It's a very, very big deal, and it is coming at the worst time because in couple years company will be losing patent of its most important product, cholesterol-reducing agent Zocor.

ZARROLI: Shah said the company had hoped to use Vioxx to partially offset the loss of Zocor revenues. Now he says that's not going to happen. In an interview on CNBC this morning, Merck CEO Ray Gilmartin attempted to calm investors. He said the company does have some new drugs in its pipeline and that removing Vioxx would free Merck to direct its research and manufacturing capacities in new directions. He also dismissed speculation that Merck would have to merge with another drugmaker.

(Soundbite of CNBC programming)

Mr. RAY GILMARTIN (CEO, Merck): We're a very strong company financially and we do not see any value in a large-scale merger in terms of contributing to our pipeline or to longer-term growth.

ZARROLI: As big a problem as it is, the loss of revenue from Vioxx is at least manageable. A more open-ended problem is the company's legal liability. More than 80 million people worldwide have taken Vioxx. Even before today's

Business ramifications of Merck's announcement about Vioxx National Public Radio (NPR) September 30, 2004
Thursday

announcement, the company had been sued by Vioxx users claiming cardiovascular damage. Product liability lawyer Victor Schwartz of the firm Shook, Hardy and Bacon, says today's announcement will open the floodgates for many more suits.

Mr. VICTOR SCHWARTZ (Shook, Hardy and Bacon): You can be certain--everybody listening to my voice will be certain that by the end of the week advertisements will appear in their papers from local plaintiffs lawyers asking if anyone took Vioxx and if they have any harm to immediately call Ketchum, Cheatum & Howe. It is Christmastime and Hanukkah time for the plaintiffs lawyers of America.

ZARROLI: Some analysts compared the Vioxx litigation to fen-phen, the diet drug combination which was recalled after it was linked to heart problems. Drug company Wyeth has already taken $16 billion in charges to pay medical claims and legal costs connected to the drugs. But Victor Schwartz says it's not yet clear whether the Vioxx suits can prevail in court. He says drug companies usually aren't held liable for injuries caused by products they sell unless they knew about the problem and tried to cover it up.

Mr. SCHWARTZ: It is very important to know in all of these cases whether or not Merck took any steps to prevent the public from knowing information that it knew. When that occurs, there is serious trouble if there is a large number of injuries.

ZARROLI: And Schwartz says it's simply too soon to answer that question.

Merck officials stressed today that they had taken Vioxx off the market as soon as they had received credible data linking the drug to cardiovascular problems. Dr. Peter Kim is president of Merck Research Laboratories.

Dr. PETER KIM (Merck Research Laboratories): While acknowledging that many patients have benefited from Vioxx, we believe that the voluntary withdrawal that we are announcing today is in the best interest of patients.

ZARROLI: In the near term, the removal of Vioxx from the market is likely to benefit its biggest competitor, Pfizer's Celebrex. But like Vioxx, Celebrex is a COX-2 inhibitor, and federal officials have said they plan to monitor these drugs much more closely to see if they can be linked to heart problems. That means Merck's troubles could cast a shadow over its competitors as well. Jim Zarroli, NPR News, New York.

SIEGEL: And for answers to some frequently asked questions about Vioxx, you can go to our Web site, npr.org.

**LOAD-DATE:** November 11, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  11:09:06 EST

Print Number:    1841:54514047
Number of Lines: 66
Number of Pages: 2

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT 23

53 of 63 DOCUMENTS

Copyright 2004 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

**SHOW:** Today 7:00 AM EST NBC

October 1, 2004 Friday

**LENGTH:** 1161  words

**HEADLINE: Dr. John Abramson** discusses **Vioxx** recall and what **Vioxx** users can do

**ANCHORS:** KATIE COURIC

**BODY:**

KATIE COURIC, co-host:

This morning on TODAY'S HEALTH, the Vioxx recall. The maker of the popular arthritis drug has pulled it off store shelves, saying it can actually double the risk of heart attack and stroke. And that has the millions who have taken the drug wondering, `What now?' John Abramson is clinical instructor at Harvard Medical School and the author of "Overdosed America."

Abramson, good morning.

**Dr. JOHN ABRAMSON** ("Overdosed America"): Good morning. It's nice to be here.

COURIC: All right, so--nice to have you. What should people do who have been taking **Vioxx** for arthritis pain? Throw it out?

Dr. ABRAMSON: Stop taking it, yes.

COURIC: Really?

Dr. ABRAMSON: Yeah. I think so. I think that the study that just came out that Merck responsibly made public shows that the risk of developing heart attacks and strokes doubles in the people who are taking Vioxx after 18 months.

COURIC: And to their credit, Merck actually funded this study, and that's not always the case, right?

Dr. ABRAMSON: That is true, in this instance. And I think that Merck has done the right thing to take it off the market.

COURIC: Now this isn't the first time, though, Dr. Abramson, researchers have cautioned--or issued cautions about Vioxx. In 2001, the FDA required Merck to put a warning label on the drug. So why wasn't the recall--why didn't it take place back then?

Dr. ABRAMSON: Good question. And that's the r--that's the real issue that we need to address here. That's the real message. Because when Merck did the so-called phase four study that the FDA requested to look at the safety and efficacy of--of--of Vioxx, the results were published in the New England Journal, but the cardiovascular risk that was revealed in that study wasn't published in the New England Journal. It was contained in the data that the--that Merck submitted to the FDA. What the whole data shows is that the cardiovascular risk was doubled in the people who took Vioxx compared to the people who took an older drug.

COURIC: And this was back in 2001 when the data was available?

Dr. ABRAMSON: Back--the data was available in 2000. The FDA actually sent Merck a warning letter, which was a--a strong message, and said they found it, quote--the FDA said they--quote, "simply incomprehensible" that Merck was

Dr. John Abramson discusses Vioxx recall and what Vioxx users can do NBC News Transcripts October 1, 2004 Friday

claiming that there was a favorable safety profile. And in the FDA analyst reports, when they looked at the cardiovascular risk, the FDA analysts actually said that on the basis of this data, they thought that Naproxen, the older drug, was the preferred drug, and they underlined preferred.

COURIC: So was Merck being irresponsible, in your view, by not pulling it off the shelves earlier?

Dr. ABRAMSON: Well, I think that there's a regulatory process. I think the real message here is that the docs who read the New England Journal, the way we want our doctors to, the patients who were getting the best information that they could get, didn't have access to the real information, which is why I've--I've practiced family medicine for 20 years, and I could see this commercialism creeping into the way we practice medicine. That's why I decided to take time off and to write this book.

COURIC: Ironically, I guess, this was discovered, the heart attack risk--I guess it was validated in a--in a colon cancer study where they were using this class of drugs called NSAIDS, or nonsteroidal anti-inflammatory drugs, as Cox 2 inhibitors to sort of have some kind of an effect on tumor growth.

Dr. ABRAMSON: Exactly.

COURIC: And it was during that study that the heart attack risk was revealed, right?

Dr. ABRAMSON: That's exactly right. The--the drug companies like to take the drugs that are on the market and expand the indications for them, so that their people--so they can sell more drugs. And that's exactly what was happening. Merck was exploring to--to see whether people who took Vioxx would have fewer colonic polyps.

COURIC: So let's talk about what people should do, Abramson. I mean, if they were taking Vioxx, is it safe to take other similar drugs like Celebrex, or Bextra, for example?

LAUER: Well, each story--each drug has its own story. I--I think one thing that's important for viewers to realize is that these new drugs, though much more expensive, don't provide any better pain relief than the older drugs. So the question really is one of safety. Is Celebrex safer? Well, it turns out that when you look at the full 12 months of the large study that the--the manufacturers of Celebrex did, it is no safer on the stomach. And the FDA has told the manufacturer that they can't claim any greater safety.

COURIC: But what about the heart? Does it have the same risk of--of heart attack and stroke?

Dr. ABRAMSON: No, Celebrex doesn't appear to have that risk.

COURIC: Have they studied it?

Dr. ABRAMSON: They've looked--yeah. In the study analogous to the study that was done for Vioxx in 2000, there was a study on Celebrex, and tho--the cardiovascular risk did not come up.

COURIC: Now other NSAIDS include things like Advil and Motrin, right?

Dr. ABRAMSON: Advil, Motrin, Aleve. Yes, they even get over-the-counter and they provide just as good relief.

COURIC: So--so--but what about concerns about those increasing someone's risk of--of heart attack:

Dr. ABRAMSON: It's unlikely. They've been on the market--in fact, Merck argued when this data came out in 2000, Merck argued it wasn't Vioxx that was causing more heart problems. It was the Naproxen or Aleve that was causing fewer--that was beneficial. So I think the message is, take the--following their reasoning, if you have arthritis, take the Aleve and it may help your heart, too.

COURIC: So that's the bottom line. Stop taking Vioxx, and--and take Aleve?

Dr. ABRAMSON: And take Aleve or Advil. And one thing that I would like to say is that often a lower dose of these drugs is just as effective as a higher dose, but creates much less risk of gastrointestinal--stomach problems. So with arthritis, what you see is what you got. It's not like blood pressure where you can decrease the dose and you may not be controlling your blood pressure and having a risk. If you can take a lower dose of these arthritis medicines and get full relief, then that's a good thing.

COURIC: So in other words, talk to your doctor about all this? Right?

Dr. ABRAMSON: Talk to your doctor and understand that you and your doctor have to work through together that most of the--much of the information that comes, comes to doctors and to patients because of its commercial value to the

Dr. John Abramson discusses Vioxx recall and what Vioxx users can do NBC News Transcripts October 1, 2004 Friday

drug companies, and it's so important to understand that so that we can all figure out how to get good, unbiased, complete information.

COURIC: And make the right decision.

Dr. ABRAMSON: And make the right decision.

COURIC: John Abramson, thanks so much. We appreciate it. You may want to stick around...

Dr. ABRAMSON: Sure.

COURIC: ...because up next, the reason Matt's been in such a good mood this morning, supermodel, Gisele Bundchen. But first, this is TODAY on NBC.

**LOAD-DATE:** October 1, 2004

# EXHIBIT  24

100434

**Time of Request:** Friday, October 19, 2007  10:04:59 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 64
**Job Number:**    1862:54497520

Research Information

**Service:**    FOCUS(TM) Feature
**Print Request:** All Documents 3
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (10/1/2004))

**Send to:**  WYATT, GEOFF
            O'MELVENY & MYERS - CSAMP
            1625 "I" ST. NW FL 10
            WASHINGTON, DC 20006

FOCUS - 3 of 2109 DOCUMENTS

Copyright 2004 American Broadcasting Companies, Inc.
ABC News Transcripts

**SHOW:** GOOD MORNING AMERICA (07:00 AM ET) - ABC

October 1, 2004 Friday

**LENGTH:** 684 words

**HEADLINE:** VIOXX RECALL QUESTIONS ANSWERED

**BODY:**

DIANE SAWYER, ABC NEWS

All right, Charlie. There are so many questions in the medical news this morning about that continuing recall of the drug Vioxx. Two million people currently taking it and more than 80 million people have taken it since it came on the market five years ago. So ABC News Medical Editor Dr. Tim Johnson joins us from our Boston bureau with more this morning.

graphics: pain for the heart?

graphics: vioxx recall

DIANE SAWYER

(Off Camera) I want to start with Vioxx, Tim, because we know if you're taking the drug, you should stop. But are you in continued danger from having taken it? And how long, how long before it's out of your system?

DOCTOR TIM JOHNSON, ABC NEWS

(Voice Over) I don't think you are in continuing danger. We think Vioxx causes its problems by interfering with the blood clotting system, increasing the risk for blood clots, which leads to heart attacks and strokes. Once you stop taking it and it's out of your system, which should happen in a day or two, I believe that risk will be gone.

DIANE SAWYER

(Off Camera) So, you don't have to worry about lingering effects of any kind.

DOCTOR TIM JOHNSON

(Off Camera) I don't think so.

DIANE SAWYER

(Off Camera) What about Celebrex? As we heard, there's no information with the FDA right now about Celebrex. Do you say that that's continued, that's safe to take now?

DOCTOR TIM JOHNSON

VIOXX RECALL QUESTIONS ANSWERED ABC News Transcripts October 1, 2004 Friday

(Off Camera) Well, right from the start, Vioxx showed problems. Right from the start, Celebrex did not show problems, and there has never been any data to show such problems.  However, it's only been studied for relatively short terms, and I think, based on the fact that we didn't find out about Vioxx for sure until patients had been on it for 18 months or more, I'd be surprised if the FDA doesn't demand some longer-term studies now on Celebrex.

DIANE SAWYER

(Off Camera) So, would you say go back to ibuprofen if you can?

DOCTOR TIM JOHNSON

(Off Camera) We got e-mails yesterday from a lot of doctors who said they're nervous about all these so-called COX-2 inhibitors, including Celebrex, and they may start using the older drugs, at least until the situation gets clarified.

DIANE SAWYER

(Off Camera) Well, there -have been a lot of medical reports, about, what, four years now they've been gathering data, worrying signs about Vioxx.  What does this tell us about the reaction in the medical community to warning signs early enough?

DOCTOR TIM JOHNSON

(Off Camera) Well, I'm not blaming so much the medical community as I am, quite honestly, the process, and that means the FDA, basically, that does not require longer-term studies before drugs are approved.  Now, you know, a lot, there's a lot of pressure to get these drugs out quickly, to do short studies 'cause they cost less, but every once in a while we pay a price, and I would like to see some demand for longer-term studies.  People are going to disagree with me on that, but that's my opinion.

DIANE SAWYER

(Off Camera) Want to ask about British prime mister Tony Blair if I can.  He said this was routine surgery, he's going in.  First of all, is this a stress condition?  And is it routine surgery he's about to undergo for his heart arrhythmia?

DOCTOR TIM JOHNSON

(Voice Over) It's not a stress condition.  It's a very common condition that occurs in the upper chambers of the heart.  It's not dangerous when it occurs there, but it can be annoying.

DOCTOR TIM JOHNSON

(Off Camera) The procedure he's going to have is called an ablation.  Very similar to an angiogram.  You put a catheter in the groin, you wind it up to the heart.  But in this case, you look for the tissue that's causing the arrhythmia, radio frequency waves destroy that tissue, and you pull the catheter out.  It has become routine. Not 100 percent safe, but very routine.

DIANE SAWYER

(Off Camera) All right. Dr. Tim, house call this morning.  Always appreciate it.

DOCTOR TIM JOHNSON

(Off Camera) Thank you.

DIANE SAWYER

VIOXX RECALL QUESTIONS ANSWERED ABC News Transcripts October 1, 2004 Friday

(Off Camera) We have a Vioxx message board, by the way, at abcnews.com if you want to weigh in.  Charlie?

**LANGUAGE:** ENGLISH

**LOAD-DATE:** October 2, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  10:04:59 EST

Print Number:    1862:54497520
Number of Lines: 64
Number of Pages: 3

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  25

100434

**Time of Request:** Friday, October 19, 2007  10:09:32 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 67
**Job Number:**      1842:54498364

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 9
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (10/1/2004))

**Send to:**  WYATT, GEOFF
           O'MELVENY & MYERS - CSAMP
           1625 "I" ST. NW FL 10
           WASHINGTON, DC 20006

FOCUS - 9 of 2109 DOCUMENTS

Copyright 2004 CBS Worldwide Inc.
All Rights Reserved
CBS News Transcripts

**SHOW:** The Early Show 7:00 AM EST CBS

October 1, 2004 Friday

**LENGTH:** 728  words

**HEADLINE:** Vioxx recall

**ANCHORS:** HANNAH STORM

**REPORTERS:** Dr. EMILY SENAY

**BODY:**

Announcer: THE EARLY SHOW continues now from the General Motors Building in New York City.

HANNAH STORM, co-host:

This morning on HealthWatch, what everybody's talking about, the Vioxx recall. If you are among the millions of people who rely on Vioxx for pain relief, you might wonder, what do I do now, now that drugmaker has pulled it off the market? A new study links the medication to an increased risk of heart attacks and strokes. And our Dr. Emily Senay is here with more on the recall and some possible alternatives.

Good morning, Emily.

Dr. EMILY SENAY reporting:

Hi.

STORM: This was the super aspirin...

SENAY: Yeah.

STORM: ...the wonder drug. So many people dependant on it. And what did the study show?

SENAY: Well, the study was actually looking to see whether or not they could find an additional use for Vioxx, which is the reduction of the risk of cancer. They were looking at it to see whether or not over time it would reduce the number of polyps in the colon that we know ultimately lead to cancer. And it was part of this study that they really found that definitive link. After about 18 months, they noticed that there was an increase in those people on Vioxx in this study in heart attacks and strokes. And by three years, they had doubled the risk of those people on Vioxx in this study. So it's pretty clear now there is an increased risk. It's small for the individual, though, and that's really important to say, that for the individual person, the overall risk is small.

STORM: So if you've been taking it 18 months or less, you have nothing to worry about. If you've been taking for a

Vioxx recall CBS News Transcripts October 1, 2004 Friday

longer period of time, do we stop immediately?

SENAY: Well, it's not so much a matter of stopping immediately. There's nothing to be panicked about or alarmed about. You should call your doctor, that's for sure. I don't like to say that unless it's absolutely true, but in this case, it is. You should call your doctor and ask about alternatives, and that's really where the good news is. There are plenty of alternatives. So you can stop it immediately. There is no harm in stopping it immediately. It is not a drug that needs to be tapered. But put in a call and talk about alternatives.

STORM: All right. What are the alternatives?

SENAY: There are plenty of alternatives. There are both other drugs in this class--there are two other drugs on the market, Celebrex and Bextra, which are both COX-2 inhibitors. Now at the moment there are no studies that suggest that these two medications have an increased link of heart problems or stroke problems. Of course, there's going to be a lot more scrutiny of these medications because of these findings. And obviously some doctors are going to be nervous about prescribing these two drugs because of the findings with Vioxx, which is, again, all the drugs in this same COX-2 class. So if that's a concern and your doctor's concerned about that, there are certainly lots of other medications. There are many other non-steroidals, and there's also aspirin and Tylenol, two over-the-counter medications.

STORM: So there are over-the-counter alternatives...

SENAY: Absolutely.

STORM: ...that can be explored?

SENAY: Yes.

STORM: OK. What if you have Vioxx in your medicine cabinet right now? What should you do with it?

SENAY: Well, you can return it to the company for a refund. Merck is giving people money back if they return the medication. So that's what you should do. And--yes.

STORM: And what questions should we be asking our doctors about these alternatives? 'Cause, obviously, they have side effects as well.

SENAY: That's a good point, Hannah. The other medications have side effects. Let's not forget, one of the big problems with all of these medications was gastrointestinal troubles, upset stomach, bleeding. Those remain a problem with these drugs. They don't go away. But there are also medications you can take to reduce the risk of those if you need to go on these alternative medications.

STORM: All right. Got to talk to our doctor.

SENAY: Yeah.

STORM: And you're ours, so thanks...

SENAY: Thanks.

STORM: ...for being with us this morning, Dr. Emily Senay. And have a good weekend, too.

Coming up in our next hour, find out what happened when I came face to face with one of the deadliest creatures on Earth, the Komodo dragon. But I lived to tell about it. That's the good news. We'll be right back. Eew.

(Announcements)

Vioxx recall CBS News Transcripts October 1, 2004 Friday

**LOAD-DATE:** October 4, 2004

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  10:09:32 EST

Print Number:    1842:54498364
Number of Lines: 67
Number of Pages: 3

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  26

100434

**Time of Request:** Friday, October 19, 2007   10:17:00 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 283
**Job Number:**      1861:54499851

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 24
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (10/1/2004))

**Send to:**   WYATT, GEOFF
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

FOCUS - 24 of 2109 DOCUMENTS

Copyright 2004 Cable News Network
All Rights Reserved

CNN

**SHOW:** AMERICAN MORNING 07:00

October 1, 2004 Friday

Transcript # 100102CN.V74

**SECTION:** News; Domestic

**LENGTH:** 4518 words

**HEADLINE:** The First Debate; Debate Numbers; Vioxx Recall

**GUESTS:** John Abramson

**BYLINE:** Heidi Collins, Bill Hemmer, Jack Cafferty, Rick Sanchez, Kelly Wallace, William Schneider

**HIGHLIGHT:**
The Iraq issue front and center at last night's debate.  A look at polls from the debate.  Millions of arthritis sufferers who use the drug Vioxx are now looking at alternative to ease their pain. Interview with Dr. John Abramson.

**BODY:**

8:59>

(BEGIN VIDEO CLIP)

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: The only consistent about my opponent's position is that he's been inconsistent.

SEN. JOHN KERRY (D-MA), PRESIDENTIAL CANDIDATE: I've had one position, one consistent position, that Saddam Hussein was a threat, there was a right way to disarm him and a wrong way.

(END VIDEO CLIP)

HEIDI COLLINS, CNN ANCHOR: So many messages on mixed messages. Is straight talk the standard for winning the first presidential debate?

U.S. and Iraqi forces trying to wipe out the insurgency in the Iraqi city of Samarra.  A brigade-size defensive still going on.

And can big corporations be trusted to conduct medical studies on the products they sell?  Fallout from the Vioxx decision on this AMERICAN MORNING.

ANNOUNCER: From the CNN Broadcast Center in New York, this is AMERICAN MORNING.

The First Debate; Debate Numbers; Vioxx Recall CNN October 1, 2004 Friday

COLLINS: And good morning to you.

Last night's presidential debate is the big story of the morning. Voters finally got a chance to see the candidates together.  And Bill Hemmer is in Columbus, Ohio, where he watched the debate with a group of independent voters.

Bill, good morning.  What did they have to say to you?

BILL HEMMER, CNN ANCHOR: They had quite a bit to say, actually, Heidi.  And a lot of them looking forward to debate number two.

Here's the headline this morning, "Columbus Dispatch," the main paper in central Ohio.  Pretty typical headline below the fold: "Debate Spar on War in Iraq." What I find interesting, though, are the quotes they used from John Kerry and George Bush.

For the senator: "This president has made, I regret to say, a colossal error of judgment." For the president: "He changes positions, John Kerry, and you cannot change positions in this war on terror." Truly the focus last night of what we all watched here in Columbus, Ohio.

We watched that with a group of 22 mostly undecided voters from the central Ohio area, and we gave them meters, from one to 10, numbers on a meter in front of them so they could gauge their reaction about how positive they felt about what they were seeing, what they were hearing down in Miami, Florida.  A bit later this hour, we'll show you what we find out, and the differences also that we found between the genders, men and women.  So we'll have that for you.

John Edwards is with us today.  Dan Bartlett from the Bush camp also.  Their reaction the morning after.  And Bill Schneider looks at these polls that went out last night, a Gallup and CNN.

We went out and took a snapshot about -- from several hundred people about what they experienced last night across the country watching that debate.  So we'll have the results for you coming up here this hour in Columbus, Ohio.

Heidi back to you now in New York.

COLLINS: All right.  Great.  An awful lot to talk about, that's for sure.  And still two more debates to go.

Bill, thanks so much.

Also this morning, Sanjay Gupta back with his series on the health of the president.  This morning, he's looking at the worst-case scenario when someone tries to take the life of the president.  What was learned after the Reagan assassination attempt?  We'll talk about that.

Meanwhile, though, Jack Cafferty with us once again.

Good morning.

JACK CAFFERTY, CNN ANCHOR: Which candidate -- good morning, Heidi -- has the most convincing -- convincing message, he tried to say -- when it comes to the war in Iraq?  That was the subject of the debate last night.  Whose message resonated best with you?

AM@CNN.com is the e-mail address.  We'll read a few letters a bit later in this hour.

COLLINS: Very good.  Thank you, Jack.

Want to check on the stories "Now in the News," though, first this morning, with Rick Sanchez once again.

The First Debate; Debate Numbers; Vioxx Recall CNN October 1, 2004 Friday

Possibly a new audiotape coming from Iraq?

RICK SANCHEZ, CNN ANCHOR: Osama bin Laden's top lieutenant in the news again.  You know, the former Egyptian doctor, new message out this morning possibly from al Qaeda's number two man behind Osama bin Laden, of course.

The Arabic news channel Al Jazeera is airing a new audiotape which it says is from Ayman al-Zawahiri.  The speaker makes several references to hotspots in the Muslim world, calling for more resistance.  In fact, he says, "If we're captured or killed you should carry on the fight." It's not known when these tapes were actually recorded, we should add.

A fierce battle in the Iraqi city of Samarra.  U.S. and Iraqi forces stormed into the city overnight, battling hundreds of insurgents for control of the region.  At least 110 people were killed, including an American soldier.

The violence comes a day after a string of bombings through Iraq. At least 34 children were killed in the attacks, as well.

We're waiting for news this morning of British Prime Minister Tony Blair's condition, a story we've been following since yesterday afternoon.  The prime minister was set to undergo what he called a routine procedure to correct a heart flutter.  It's not clear at this hour if the operation was completed.  Blair says that he will be back at work Monday.

And wish the man from Plains, Georgia, a happy birthday. Former President Jimmy Carter celebrating his 80th birthday today.  The Carter Presidential Library in Atlanta is hosting several free events. Pianist Roger Williams is going to perform, and an exhibit on Carter's life and presidency, and it will be open to the public.

The man stayed in his home town his entire life.  Never moved. He likes it there, he says.

COLLINS: Yes, definitely likes it there very much.  All right. Rick Sanchez, thanks for that.

SANCHEZ: Thanks, Heidi.

COLLINS: President Bush and Senator John Kerry went head to head in their first presidential debate last night.  During the 90-minute face-off, Kerry accused Bush of a colossal error in judgment in his handling of Iraq, while Bush defended his decision to go to war and questioned Kerry's ability to lead the war on terror.

A CNN-"USA Today"-Gallup poll taken just after the debate gave John Kerry a clear edge in the debate.  When asked who did the best, 53 percent said John Kerry, 37 percent said Bush.

The Iraq issue front and center at last night's debate.  Here now, national correspondent Kelly Wallace.

(BEGIN VIDEOTAPE)

KELLY WALLACE, CNN NATIONAL CORRESPONDENT (voice-over): The war in Iraq dominated.  Senator John Kerry forcefully trying to put to rest questions about his positions.

KERRY: I made a mistake in how I talk about the war.  But the president made a mistake in invading Iraq.  Which is worse?

WALLACE: And President Bush repeatedly stressing his opponent was sending mixed messages.

BUSH: I don't see how you can lead this country to succeed in Iraq if you say wrong war, wrong time, wrong place.  What message does that send our troops?  What message does that send our allies?

The First Debate; Debate Numbers; Vioxx Recall CNN October 1, 2004 Friday

WALLACE: And that's how it went, 90 minutes strong of back and forth through the moderator.

KERRY: In answer to your question about Iraq and sending people into Iraq, he just said, "The enemy attacked us." Saddam Hussein didn't attack us.  Osama bin Laden attacked us.  Al Qaeda attacked us.

BUSH: Of course I know that Osama bin Laden attacked us.  I know that.

WALLACE: And the president trying to win the point.

BUSH: You'd better have a president who chases these terrorists down and brings them to justice before they hurt us again.

WALLACE: Stylistically, Kerry seemed more at ease.  The president appeared a bit angry at times.  There were no great one- liners, but a few attempts at humor.

BUSH: I won't hold it against him that he went to Yale.

WALLACE: Even a few moments where they said nice things about each other.

BUSH: I admire the fact that is he a great dad.

KERRY: And I have great respect and admiration for his wife.

WALLACE: And then the focus, their opponent's character flaws. Bush on Kerry...

BUSH: You cannot lead if you send mixed messages.

WALLACE: Kerry on Bush...

KERRY: It's one thing to be certain.  But you can be certain and be wrong.

WALLACE (on camera): No surprise, each camp says their guy was the winner.  But Senator Kerry, behind in the polls, had the most to lose.  And initial reaction suggests he put himself back in the game.

Kelly Wallace, CNN, Coral Gables, Florida.

(END VIDEOTAPE)

COLLINS: The next meeting between the two presidential candidates will be a town hall format next Friday in St. Louis, Missouri.

But Bill, last night was kind of a head-to-head, wasn't it?

HEMMER: Yes, indeed it was, Heidi.  And the one thing the president really tried to get at the senator from Massachusetts was whether or not he was consistent or not on his position, especially when it comes to Iraq.

Earlier today, John Edwards took that very question here on AMERICAN MORNING.  Here's how he answered that.

(BEGIN VIDEO CLIP)

HEMMER: You say again today that Iraq is a mess.  Yet John Kerry again last night insists that within six months' time U.S. troops might be able to start coming home.  How is that possible if Iraq is such a mess now?

The First Debate; Debate Numbers; Vioxx Recall CNN October 1, 2004 Friday

SEN. JOHN EDWARDS (D-NC), VICE PRESIDENTIAL CANDIDATE: Well, what John said -- and he said it, I thought, very clearly -- was, number one, if we do the things we need to do to speed up the training of the Iraqis, to provide for their own security, if we have a new president with fresh credibility that can go to the international community, particularly to NATO, to convince them to get involved in this effort, if we speed up the reconstruction process, that over time, we will be able to relieve the burden on American troops.

He didn't give any exact timetable.  There is no way to do that.  But we do believe if these steps are taken, some of the things that we don't believe are being done right now, that we can do much better than we're doing now and relieve the burden on our troops.  And that's what John said last night.

HEMMER: But again, President Bush came back again and the White House came back and said the inconsistencies shown in John Kerry's record have shown through yet again.  How much are you concerned with those inconsistencies sticking with voters come November 2?

EDWARDS: I think what we saw in John Kerry last night was a strength, a conviction, a vision that we want to see in the president of the United States.  I think he looked and sounded like a commander in chief.

To be honest with you, I think the American people saw the John Kerry that I know.  This man is ready to keep this country safe.  He is ready to finish the job and be successful in Iraq.

He's prepared, as he laid out very clearly, to find these terrorists, the leaders of al Qaeda and other terrorists, wherever they are and crush them and kill them and keep the American people safe.  Now I think the American people saw a man who is ready to lead them and protect them.

(END VIDEO CLIP)

HEMMER: That was John Edwards from earlier today.  He had a midnight rally here in Ohio last night.  Today he's in Dayton, Ohio, in the southwestern part of the state.

After that, we talked with Dan Bartlett from the Bush campaign. What John Edwards also said in that interview is that he believes now the dynamic for this race is changed based on what he considers the success of John Kerry last night.  Here's how Mr.  Bartlett responds to that.

(BEGIN VIDEO CLIP)

HEMMER: Senator Edwards says he believes the dynamics of this race changed as of last night.  Do you agree with that?

DAN BARTLETT, WHITE HOUSE COMMUNICATIONS DIRECTOR: No, actually I don't.  Senator Edwards I think can be expected to want to talk well about his partner's representation last night, but I think last night what you saw is what the American people have been seeing for many weeks now, and that is that President Bush has a record, the strategy and the resolve to win the war on terror.

And again last night we heard a very conflicted Senator Kerry who talked about the mistakes and trying to say his decisions, his inconsistencies on Iraq were actually consistent, which is hard to believe.  But also that somebody who is so conflicted I think is going to have a very difficult time in convincing the American people that he has a strategy to win in Iraq.  And President Bush has a strategy, we're executing that strategy, and he had, I think, a very straightforward conversation with the American people about that strategy last night.

HEMMER: I know you believe the president won this debate.  Our polling last night suggests otherwise.  Does that concern you?  Your reaction to those numbers today are what?

BARTLETT: No, I don't.  I think the snapshots of unscientific polls are just that, snapshots.  But again, last night

The First Debate; Debate Numbers; Vioxx Recall CNN October 1, 2004 Friday

the American people heard very different opinions and visions for the conduct of this war on terror.

President Bush is going to fight this war on offense.  He talked about how the successes we're having both in Afghanistan, how we're doing the hard and necessary work in Iraq, how Libya has disarmed, how Saudi Arabia and Pakistan are now allies in the war on terror.

President Bush talked very clearly about the enemy we face.  And it's a very difficult enemy. But the first part about winning in this war is understanding the enemy we face.

And I think last night President Bush demonstrated that he understands the stakes.  He understands the stakes in Iraq, he understands the stakes in the broader war on terror.

(END VIDEO CLIP)

HEMMER: Dan Bartlett from earlier today.  Debate number two takes place a week from tonight in St. Louis, Missouri, the second of three debates in total.

And now the word games. Watch how many times last night we counted the number of key phrases were dropped in this campaign.

9/11 mentioned seven times last night in 90 minutes.  Osama bin Laden 14.  Saddam Hussein 29.

Weapons of mass destruction, 31.  The war on terror, 44.  And the issue of Iraq, 97.

Let's get back to Miami and our senior analyst, Bill Schneider, checking in with us.

Bill, and we mentioned -- excuse me you're in Washington.  I apologize for that.  Good morning nonetheless.

WILLIAM SCHNEIDER, CNN SR. POLITICAL ANALYST: Good morning.

HEMMER: We can go back to our screen and show the results of this flash poll from last night.  Fifty-three to 37 percent, those asked, believe John Kerry beat George Bush last night.  You read these numbers how, Bill?

SCHNEIDER: That they are certainly helping for -- helping Kerry get back into this game, as Kelly Wallace said a minute ago.  This sample whom we interviewed, who were all debate watchers, they started out, a majority of them voting for George Bush.  They said they intended to vote for Bush.  But yet, as we just saw, most of them said they thought Kerry won the debate.

I think the most important thing that Kerry accomplished is he reframed the campaign as a referendum on Bush's record, because for him the big risk was the campaign was being run as a referendum on Kerry's record, his conflicting statements, his inconsistencies.  He seemed to be the central issue in this campaign, instead of the president of the United States.  Well, I think what the debate did was refocus the attention of this campaign on the Bush record, not the Kerry record.

HEMMER: It is a snapshot, we mentioned that.  Back on the screen, "Who expressed himself more clearly?" Of those surveyed last night, 60 percent say John Kerry, 32 percent say George Bush.  Did you see it the same way, Bill?

SCHNEIDER: Yes, I did.  I thought that it's going to be harder to caricature Senator Kerry from now on as someone who's all over the place.

I mean, he was clear.  He was crisp.  And miracle of miracles, the famously long-winded John Kerry, who explores every nuance of every issue, kept within the time limits.

The First Debate; Debate Numbers; Vioxx Recall CNN October 1, 2004 Friday

Most of the time the red light didn't even go on.  He seemed to have clear, crisp answers.  And I think he explained his positions better than I've ever heard him do that.

HEMMER: Well, another question, "Who would be better commander in chief?" I find this most interesting.

Before the debate, George Bush beat John Kerry 55 to 42 percent. After the debate last night, at least in this polling, anyway, very little change 54 to 44, Bush still on top.  Does anything change now ultimately after debate number one?

SCHNEIDER: Well, the viewers of this debate still think President Bush is tougher, more decisive than John Kerry. They do think John Kerry is a smoother talker.  He explained himself, he presented himself better.  But I've always said winning a debate does not automatically mean you get to become president.

You know, in previous elections, the first debate was often won by the candidate who didn't end up winning the election.  Al Gore beat George Bush in the first debate in 2000.  Walter Mondale was considered by viewers to have won the first debate in 1984.

And you know who won the first debate in 1992? A gentleman named Ross Perot.  None of them got to be president.

Americans see other qualities that they want in a president, like decisiveness and toughness, not just debating skills. I think Kerry did himself a lot of good. I think there's going to be a lot of buzz about this debate.  I think we've got a real contest on our hands, but people are going to wait and see the next couple of debates before they firmly make up their minds.

HEMMER: Bill, thanks for that.  Bill Schneider, again in our nation's capital this morning.

Two our viewers at home, a week from tonight, debate number two in St. Louis, between John Kerry and George Bush.  And then Tuesday night here in Cleveland, Ohio -- make that in the northern part of the state of Ohio -- we're in Columbus -- we will see Dick Cheney and John Edwards face off in their one and only debate in this election season.

Coming up in the half-hour, Heidi, let you know what happened to those focus groups last night and the difference between the women and the men, depending on the candidate and when they spoke. So we'll have that for you just about 9:30 Eastern Time.

Back to you now in New York.

COLLINS: Yes, pretty significant.  All right, Bill.  Thanks so much.

And as you know, it will take days to see the full effect of last night's debate on voters.  But we can give you a snapshot of how the candidates are doing across the electoral map before the debate.

The state of the union is pretty much the same as last week in terms of red and blue.  If the election were held today, there would be 301 electoral votes for President Bush -- you see those states in red -- and 237 for Senator John Kerry, of course the states in blue.

Two hundred seventy, as you know, are needed to win.  CNN's review of all the public polling across the nation shows Bush with an average five-point lead.  That's up a point from the week before.

And the president has a solidified -- he has solidified his lead, that is, in states he won narrowly four years ago, including Nevada, West Virginia and Florida.  This week's CNN poll in Florida, in fact, shows the president picked up two points among registered voters.  He now leads there 49 to 44.

He's also picked up three points among likely voters there as well, now leading 52-43 in that category.  But it's not

The First Debate; Debate Numbers; Vioxx Recall CNN October 1, 2004 Friday

all good news for President Bush.

Senator Kerry is gaining ground in Ohio now from 47 percentage points among registered voters in early September to 50 percent now. That puts him four points ahead there. Among likely voters, though, Kerry still trails by two points in the Buckeye State.

Again, we want to remind you this map was drawn before last night's debate. So the numbers may be changing as we speak. They could be painting a new political picture for next Friday's state of the union, which we will give you then.

Meanwhile, though, we want to check on the weather. Rob Marciano in for Chad Myers, once again, at the CNN Center for the very latest.

(WEATHER REPORT)

COLLINS: Still to come this morning, the final installment of "The First Patient." Today, a worst-case scenario.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: He's got one in the left chest.

(END VIDEO CLIP)

COLLINS: Chaos and turmoil. Dr. Sanjay Gupta walks us through what happens when the president is incapacitated.

Plus, Vioxx pulled off the market because of a link to heart attacks and stroke. But there were red flags for years. Why did it take so long to take action?

And the 9-year-old girl teachers and friends call Madam President. Her "Extra Effort" making a difference this campaign season.

It's all ahead on AMERICAN MORNING.

(COMMERCIAL BREAK)

COLLINS: Millions of arthritis sufferers who use the drug Vioxx are now looking for an alternative to ease their pain. The manufacturer is pulling Vioxx from the store shelves worldwide after ongoing studies found it increased risk of heart attacks and strokes.

Dr. John Abramson, Harvard Medical School professor, is joining us now. He's also the author of "Overdosed America." He's going to shed some light on this for us.

Dr. Abramson...

DR. JOHN ABRAMSON, AUTHOR, "OVERDOSED AMERICA": Clinical instructor.

COLLINS: Clinical instructor, OK. Good clarification there.

You know, the FDA claims that they have been looking at this drug for quite some time. Where's their responsibility in this? Did they know something earlier?

ABRAMSON: It's a very -- yes, that's a good question. And I think that's the most important question in all of this.

The First Debate; Debate Numbers; Vioxx Recall CNN October 1, 2004 Friday

Merck did a study of the safety and effectiveness of Vioxx. It was published in 2000 in "The New England Journal of Medicine."

The data from that study that had been submitted to the FDA, and the FDA analysts reports on it, have been posted on the Web site of the FDA since 2001. That study shows the risk of heart attacks, strokes and blood clots is twice as high in people who take Vioxx.

So the FDA analysts knew this was going on. And, in fact, the FDA wrote a warning letter to Merck in 2001 in which they said they found it simply incomprehensible that Merck was claiming that Vioxx had a favorable safety profile.

COLLINS: Well, couldn't they then just shut down Merck's distribution of this?

ABRAMSON: It's unclear, or have -- the real problem here is that the docs who were doing what doctors are supposed to do, what you want your doctor to do, to read "The New England Journal," to guide their medical practice on the basis of what they learn, didn't have the right information to make the right decision.

So that "The New England Journal" article left good docs believing that this was a safer drug, when, in fact, the FDA analysts, one of the FDA analysts had said, "Based on this cardiovascular risk, we think that Neproxin (ph), one of the older drugs, might be the preferred drug." And they underlined "preferred" in the FDA report.

COLLINS: Interesting. Frightening, I should say. So then it also brings up the question of whether or not medical corporations can actually do this testing on drugs that they themselves are selling.

ABRAMSON: There's no question that when medical -- when the drug companies and other medical corporations do research, their purpose is what any corporation's purpose is when they engage in business activities, which is to sell more of their product and increase their profits. The problem we have -- and this issue with Vioxx I think really shows the problem we have is that most of the medical information that our doctors and patients believe to be true has come through this commercial filter. So that so often the simple things like exercising, eating a healthy diet, not smoking, are much more important for our health than taking drugs that are claimed to prevent osteoporosis or heart attacks or so forth.

COLLINS: Yes, but it kind of leaves you wondering, which drugs can I take and how do I know that they're really safe?

ABRAMSON: I think the first step is to understand that the odds of studies that are sponsored by the drug companies supporting their products are much higher than if these studies are done by nonprofit organizations. So doctors and patients I think need to work together...

COLLINS: Sure.

ABRAMSON: ... to decide together how to figure out what the best approach is.

COLLINS: That would be the ideal solution, of course.

ABRAMSON: Yes.

COLLINS: All right. Dr. John Abramson, we appreciate your time so much today.

ABRAMSON: Thank you. Pleasure to be here.

COLLINS: Back now to Bill once again in Ohio -- Bill.

The First Debate; Debate Numbers; Vioxx Recall CNN October 1, 2004 Friday

HEMMER: All right, Heidi, thanks.

In a moment here, you're going to see what we did last night in Columbus as we watched the debate with 22 undecided voters.  What a difference it is between the women and the men.

The women are on the yellow graph.  The men are on the blue. We'll let you know what we found out live in Columbus, Ohio, in a moment as we continue our coverage on this AMERICAN MORNING from this critical battleground state.

Back in a moment with that after this.

(COMMERCIAL BREAK)

COLLINS: Going to check in with Jack once again and the "Question of the Day" about the debates.

Lots of people responding to this morning.

CAFFERTY: Yes.  It was all about foreign policy this first go- around.  The dominant foreign policy story of the last two years, of course, has been the war in Iraq.  So the question is, do you think the candidates are delivering the right message about the war in Iraq?

We have gotten a lot of mail.  Also getting a lot of mail about the little essay with the soldiers.

George writes from Canfield, Ohio, "President Bush by his own words exemplified that simplicity and repetition of message are as effective as his war in Iraq."

Timothy in Gainesville, Florida, "The president made a colossal error in judgment with regard to Iraq, and just like his comments with regard to John Kerry's inconsistencies, he seems to be a broken record, playing the same old song over and over again."

And about the soldiers, Carolyn in Pennsylvania, "The pictures of the soldiers took us straight back to where we should be at all times, focused on people rather than rhetoric.  Thank you."

You're welcome.  We'll do one more batch of e-mails before the broadcast concludes for this week.

COLLINS: Yes.  Some beautiful pictures.  You were saying going into it, you know, when you look at those you don't see red or blue when you talk about the red and blue states.  You see soldiers.

CAFFERTY: Very cool.

COLLINS: All right, Jack, thanks so much.

Switching gears now, and still to come, going to kick off your weekend early with some "90-Second Pop." Singer Melissa Etheridge makes the leap to sitcom land.  And you might be surprised by her new roommate.

Plus, can the talking fish of "Shark Tales" snuff out John Travolta's flame in "Ladder 49?"

Stay with us on AMERICAN MORNING.

(COMMERCIAL BREAK) TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** October 2, 2004

100434

```
********** Print Completed **********

Time of Request: Friday, October 19, 2007  10:17:00 EST

Print Number:   1861:54499851
Number of Lines: 283
Number of Pages: 10
```

```
Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT  27

100434

**Time of Request:** Friday, October 19, 2007  10:20:14 EST
**Client ID/Project Name:** 14305#574760-0090
**Number of Lines:** 59
**Job Number:**     1842:54500320

Research Information

**Service:**   FOCUS(TM) Feature
**Print Request:** All Documents 35
**Source:** Transcripts
**Search Terms:** vioxx and date(geq (9/29/2004) and leq (10/6/2004))

**Focus Terms:** vioxx and date(geq (9/30/2004) and leq (10/1/2004))

**Send to:**  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

FOCUS - 35 of 2109 DOCUMENTS

Copyright 2004 National Public Radio (R)
All Rights Reserved
National Public Radio (NPR)

**SHOW:** Morning Edition 11:00 AM EST NPR

October 1, 2004 Friday

**LENGTH:** 651  words

**HEADLINE:** Issues of drug safety in connection with how long it takes to warn about risks found in studies

**ANCHORS:** RENEE MONTAGNE

**BODY:**

RENEE MONTAGNE, host:

The withdrawal of the popular drug Vioxx from the market is only the latest in a string of drug safety issues. The drug company Merck voluntarily pulled the arthritis medication yesterday after a new study found that it increased the risk of heart attack and stroke. In recent weeks, the Food and Drug Administration has been challenged to explain why it didn't act faster to warn about the possible risks antidepressants may pose to children. Not too long ago, women were shocked to learn that hormone therapy for menopause wasn't always safe. With us now to discuss drug safety is Dr. Alastair Wood. He is a professor of medicine and pharmacology at Vanderbilt University School of Medicine.

Dr. Wood, is the problem that drug companies are too secretive?

Dr. ALASTAIR WOOD (Vanderbilt University School of Medicine): I don't think it's as simple as that, but I think this is an appalling indictment of our system. You know, in this case, a study was published four and a half years ago in the New England Journal of Medicine that showed almost identical data to what we've got out in the last few hours or days. And now we know, based on the study that's now just completed, that it would only have taken a study of two and a half thousand people to find and confirm this problem, and yet 84 million people, 84 million people took this drug. Ninety-one million prescriptions written in the US for this drug, and we did nothing for four and a half years, and that's a huge problem, I think.

MONTAGNE: When President Bush's father was president, the FDA changed the way it approved drugs. And the idea was to speed drugs to the market. Are we now seeing one problem with that policy?

Dr. WOOD: It's hard to know if that's the explanation for the change--for the problem. And--but that actually speaks to the issue. We need to have an independent--we need to take this public health disaster as seriously as we take other disasters. You know, an exposure of 84 million people to a drug is a huge number of people, and this drug probably doubled the risk of cardiovascular disease, may have increased by fourfold the risk of heart attacks. So we need to have a public investigation of this. We need to have recommendations as to what should be done in the future, and we need to avoid the next Vioxx having to be taken by 84 million people before we discover that a study of two and a half thousand people would have shown us the risk.

MONTAGNE: Well, is that investigation you'd call for involving the FDA?

Issues of drug safety in connection with how long it takes to warn about risks found in studies National Public Radio (NPR) October 1, 2004 Friday

Dr. WOOD: Well, I don't think it can be the FDA. You know, Dr. Galson said yesterday in his statement that this was not a surprise to us. Well, he's right. It wasn't a surprise to us. We've known about this for four and a half years, and the FDA's reaction to that was to change the labeling of the drug, which essentially just puts a warning on the drug for people. How did that help? Two million Americans were still taking the drug when it was withdrawn, and that certainly doesn't speak to the effectiveness of a warning.

MONTAGNE: Dr. Wood, isn't it the case, though, that sometimes problems with drugs don't shop up until millions of people have taken them, whether it's this case or not?

Dr. WOOD: That's absolutely true. But what's unique about this situation is that we now know, based on the study, that was done not to demonstrate the drug's safety but actually to look for another indication for the drug, and showed that this drug produced a doubling of this risk. And it only--two and a half thousand people--2,600 people to be exact--and to show this risk. And that tells us, the size of the study that should have been done was not done and should have been mandated by the FDA at an early stage.

MONTAGNE: Thanks very much for joining us.

Dr. WOOD: Thank you.

MONTAGNE: Dr. Alastair Wood is a professor of medicine and pharmacology at Vanderbilt University School of Medicine.

**LOAD-DATE:** March 13, 2005

100434

********** Print Completed **********

Time of Request: Friday, October 19, 2007  10:20:14 EST

Print Number:    1842:54500320
Number of Lines: 59
Number of Pages: 2

Send To:  WYATT, GEOFF
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  28

897029v.1

703 of 932 DOCUMENTS

Copyright 2004 North Jersey Media Group Inc.,
All Rights Reserved
The Record (Bergen County, NJ)

October 1, 2004 Friday
All Editions

**SECTION:** NEWS; Pg. A01

**LENGTH:** 1670 words

**HEADLINE:** Risks spur Merck to pull Vioxx off market;
Stock plummets 27% on loss of $2.5B drug

**BYLINE:** By LEWIS KRAUSKOPF and LINDY WASHBURN, STAFF WRITERS, North Jersey Media Group

**BODY:**

Merck & Co. withdrew its blockbuster prescription painkiller Vioxx from the market Thursday after finding the drug doubled risks of heart attacks and strokes.

The announcement sent the stock of the Whitehouse Station-based drug giant plummeting nearly 27 percent and raised serious questions about the future of the company, one of New Jersey's largest.

The Food and Drug Administration advised the medicine's 2 million patients to immediately stop taking the drug - the world's second biggest-selling painkiller - and contact their doctors. Merck said 84 million patients have been prescribed the drug since it was approved in 1999. Although the FDA said it had no information on the risk to patients who stop using the drug, experts said Vioxx dissipates very quickly, so stopping it should reverse risk.

Raymond Gilmartin, CEO of Merck, said that the company could have continued to sell Vioxx with new labeling, but decided to voluntarily withdraw all forms of the medicine, given the availability of other drugs.

"We are taking this action because we believe it best serves the interests of patients," Gilmartin said at a New York press conference announcing the withdrawal.

Chief Financial Officer Judy Lewent said the company remained financially strong, but stock analysts said the loss of Merck's third-biggest-selling product was a major blow. Meanwhile the company, already facing product liability lawsuits from Vioxx patients, braced for more.

The FDA said it would closely monitor the other drugs in the same class of Vioxx, including Celebrex and Bextra. Pfizer Inc., the maker of those drugs, issued a statement Thursday expressing confidence in the heart safety of its medicines.

Locally, some physicians said they were not surprised by the withdrawal and had been cutting back on their prescribing of the Vioxx because of safety concerns. At one Ridgefield practice, the announcement was met with confusion and anger.

Michele Sherer, a nurse-practitioner at the office with her husband, Stephen Sherer, an internist and cardiologist, said she was angry that Merck had not provided better information to physicians about what they should tell their patients.

"I respect Merck for doing the study and recalling it, but I don't respect them for dropping the ball," she said. "We give out a lot of Vioxx. How do you think we learned about this? On CNN. Do you think that's right?"

Merck should have stationed its experts at hospital pharmacies to answer questions from doctors who prescribe the medication, she said. When she called Merck's Vioxx hot line, a recording advised her to call a physician. "That's us!" she said. "We're stuck cleaning up their mess."

Risks spur Merck to pull Vioxx off market; Stock plummets 27% on loss of $2.5B drug The Record (Bergen County, NJ)
October 1, 2004 Friday

To add insult to injury, Merck sales reps, who regularly visit physicians' offices to leave free samples, were in Sherer's office Wednesday and left hundreds of Vioxx pills.

At $2.5 billion in sales last year, Vioxx represented more than 10 percent of Merck's pharmaceutical sales.

Shares of the company - a member of the Dow Jones industrial average - tumbled 26.78 percent, a stunning fall for a company of Merck's size. Thursday's slide wiped out nearly $27 billion in market value, slightly less than the entire market value of Kenilworth drug maker Schering-Plough Corp., and singlehandedly dragged the Dow down 56 points.

A Merck spokesman said some workers with jobs tied to Vioxx would be let go, but that the company would not react with across-the-board layoffs. Merck employs 60,000 people worldwide and 8,000 in New Jersey.

The decision to withdraw the drug stemmed from a clinical trial Merck was conducting on Vioxx related to colon cancer.

The study followed 2,600 patients, half on Vioxx and half on a placebo, to determine if the drug could stop the recurrence of a type of polyp.

But the study revealed increased risk of cardiovascular events, such as heart attack and stroke, beginning after 18 months of treatment. Over three years, patients taking Vioxx had twice as many cardiovascular events as those on placebo, according to Peter Kim, president of Merck Research Labs.

The company emphasized that results in the first 18 months of therapy did not show any increased risk.

The path to withdrawing Vioxx began Sept. 23, according to the company. Late that evening, the chairman of the steering committee overseeing the trial contacted the company, saying a safety monitoring board recommended stopping it because of growing evidence of the increased heart risk.

Company employees received the data last Friday morning and analyzed it over the weekend. Merck consulted with medical experts inside and outside the company. On Tuesday, the company told its board of the decision to withdraw the drug. The company then informed the FDA and other regulatory agencies around the world.

Lester Crawford, acting commissioner of the FDA, said Merck was right to remove the drug.

"Although the risk that an individual patient would have a heart attack or stroke related to Vioxx is very small," Crawford said, "the study that was halted suggests that, overall, patients taking the drug chronically face twice the risk of a heart attack compared to patients receiving a placebo."

The question of heart risks tied to Vioxx has been raised several times since its launch. In 2001, a study of published data in the Journal of the American Medical Association raised concerns about heart risks with Vioxx, as well as Celebrex.

This past August, a study of 1.4 million patient records found that that Vioxx may increase the chance of serious heart problems, especially in contrast to Celebrex. At the time, Merck said it "strongly" disagreed with the study's findings - saying it was limited because it was a retrospective analysis - and stood behind the drug's safety.

Merck also found a higher heart risk in its own study of Vioxx released in March 2000.

However, in that study, Vioxx was compared to naproxen, an older painkiller that Merck said was heart protective, thereby making Vioxx look worse by comparison.

Dr. Eric Topol, chairman of the department of cardiovascular medicine at The Cleveland Clinic, and the lead author on the 2001 JAMA study, said Merck was dismissive of the studies raising concerns.

"If they really wanted to know, and the FDA wanted them to know, that could happen really quickly, and that could've happened years ago," Topol said in an interview.

Even before Thursday's announcement, Merck faced lawsuits from Vioxx patients. The company said two class actions and numerous individual suits are pending. Merck's general counsel, Kenneth Frazier, said the company would be "vigorous" in its defense.

A law firm in Oklahoma City, Federman & Sherwood, said Thursday that it had filed the first lawsuit subsequent to Merck's recall of the drug. Within hours of the recall announcement, attorney Barry Slotnick of New York also announced

Risks spur Merck to pull Vioxx off market; Stock plummets 27% on loss of $2.5B drug The Record (Bergen County, NJ)
October 1, 2004 Friday

plans to file an unspecified number of federal lawsuits on behalf of users of Vioxx who allegedly suffered because of the drug.

"Merck's withdrawal did put a nail in their coffin with regard to their liability," Slotnick said. "Today is a watershed moment for this kind of litigation because today is the day that Merck confessed that Vioxx was a danger to the community."

Approved in the United States in May 1999, Vioxx was the second drug, after Celebrex, in the class known as "Cox-2 inhibitors." While traditional anti-inflammatory drugs, such as ibuprofen or naproxen, block two enzymes, including one that protects the stomach lining, Cox-2 drugs are designed to avoid that enzyme. Thus, the pills carried the promise of being easier on the stomach - a major issue for pain sufferers who take pills chronically and become sensitive to stomach bleeding and ulcers.

Celebrex and Vioxx were dubbed "super aspirin," and raced to two of the fastest launches ever in the drug industry. Merck lavished millions of dollars to advertise Vioxx to consumers, including tapping figure skater Dorothy Hamill as a spokeswoman.

However, sales of Vioxx have leveled off in recent years, in part owing to safety concerns.

Indeed, some local orthopedic surgeons said they had reduced the number of Vioxx prescriptions they wrote over the last 18 months because of side effects they noticed, such as swollen ankles.

"I had lots and lots of complaints," said Dr. Samuel Snyder of Garden State Orthopaedic Associates in Fair Lawn. "It was so frequent that I decided I'm not going to use this. Generally in my practice, I've prescribed Vioxx only when I could not prescribe other medicines because of allergies."

Dr. Ira Esformes, who was operating on patients at Pascack Valley Hospital in Westwood on Thursday, said he had come up with his own criteria. "I don't prescribe it to people over 60, people with high blood pressure," he said.

He also would choose other drugs for long-term use, rather than Vioxx, because of the complications. "I don't keep people on it for a long time," Esformes said. Merck needs to do a better job providing patient information about the side effects and precautions, he said.

Dr. Michael Kesselbrenner, chief of medicine at The Valley Hospital in Ridgewood and a cardiologist, said the news did not come as a complete surprise. "I've been watching who I give Vioxx to for a while," he said.

Merck's decision to withdraw the medication will have limited impact on patients because "there are ample alternatives out there, like Bextra or Celebrex," Kesselbrenner said.

"This is not an essential drug, like insulin."

If you're a patient ...

* Stop taking Vioxx immediately.

* Elevated risk of heart attack and stroke will fade quickly.

* Call your doctor to see if you can substitute Celebrex or Bextra, similar drugs.

* For refunds, mail unused Vioxx with pharmacy receipt to NNC Group, Merck Returns, 2670 Executive Drive, Indianapolis, IN 46241.

VIOXX ANNUAL SALES

1999 - $472 million

2000 - $2.2 billion

2001 - $2.6 billion

2002 - $2.5 billion

2003 - $2.5 billion

Source: Merck & Co.

Risks spur Merck to pull Vioxx off market; Stock plummets 27% on loss of $2.5B drug The Record (Bergen County, NJ)
October 1, 2004 Friday

Material from Bloomberg News was used in this article. E-mail: krauskopf@northjersey.com and washburn@northjersey.com

**GRAPHIC:** PHOTO, Uncaptioned photo of a Vioxx pill.
GRAPHIC - THE RECORD - VIOXX ANNUAL SALES
GRAPHIC - R.L. REBACH, STAFF PHOTOGRAPHER - MERCK STOCK (TEXT NOT AVAILABLE)

**LOAD-DATE:** October 1, 2004

# EXHIBIT  29

1 of 2 DOCUMENTS

Copyright 2004 N.Y.P. Holdings, Inc.
All Rights Reserved
The New York Post

October 1, 2004 Friday

**SECTION:** Metro; Pg. 2

**LENGTH:** 646 words

**HEADLINE:** <u>MERCK PUTS NIXX ON 'DANGEROUS'</u> VIOXX

**BYLINE:** LEONARD GREENE and PERRY CHIARAMONTE

**BODY:**

Pharmaceutical giant Merck rocked the medical and financial worlds yesterday with a bombshell decision to recall its popular arthritis drug Vioxx - after a study revealed that it raises the risk of heart attack and stroke.

Merck & Co. pulled the plug after a three-year study on the effect of Vioxx on colon cancer. Vioxx had once been labeled a wonder drug for its potential to help prevent cancer. "In this study, there was an increased relative risk for confirmed cardiovascular events, such as heart attack and stroke, beginning after 18 months of treatment in the patients taking Vioxx compared to those taking placebo," Merck said in a statement.

The decision sent worried patients scrambling for answers, and lawyers scurrying for clients.

Attorneys across the country wasted no time lining up litigation. For them, the voluntary recall was like wrapping up the evidence they needed in a pretty bow.

"They've had a lot of warnings about Vioxx causing heart attacks and strokes," said Jerrold Parker, a personal-injury and medical-malpractice lawyer.

"I'm pleased that Merck has taken this very important step, but we firmly believe that this should have happened years earlier."

Parker said his law firm is researching about 200 claims from Vioxx users and their families. Another attorney, Barry Slotnick, said he is preparing to file within days a class-action suit that would hold Merck responsible for ignoring warnings for years.

"The news didn't just come out today," Slotnick said. "Today was the day that Merck decided to pull it off the shelf. The news has been out there. It wasn't a great secret that Vioxx might cause heart attacks and strokes. Today, Merck made a confession."

An Oklahoma City law firm, Federman & Sherwood, filed the first lawsuit after Merck's announcement, and firms in Houston, Philadelphia and Delaware are also investigating claims.

Executives said they could have continued selling the drug with a new warning, but decided that a voluntary recall was more responsible. "We have substantial defenses in these cases and will defend them vigorously," said Kenneth Frazier, Merck's general counsel.

Merck officials said the company would give customers refunds for unused pills, and urged patients to discuss with their doctors how to stop using the drug. As for alternatives, doctors took a line from their legal counter parts: the jury is still out.

"If Vioxx causes these problems, can the other ones have problems, too?" said William Cole, a cardiologist at the NYU Medical Center. "There's going to have to be a lot of scrutiny. I've had a lot of phone calls. People are concerned."

MERCK PUTS NIXX ON 'DANGEROUS' VIOXX  The New York Post October 1, 2004 Friday

Pfizer, the makers of Celebrex and Bextra, two other arthritis drugs, could benefit from Merck's misfortune, but only if doctors can demonstrate that Pfizer's products won't cause the same problems.

About 2 million people worldwide use Vioxx, and more than 84 million people have taken it since it debuted with great fanfare in 1999.

Patients take the drug to relieve pain and swelling associated with arthritis. The medication was popular because it was as effective as aspirin and ibuprofen while causing few ulcers and gastrointestinal problems. An added bonus, pharmacists said, was that the drug could be used to prevent cancer in people at high risk of developing it. But the potential side effects may have been too great.

Vioxx: The facts

Maker: Introduced in 1999 by Merck & Co.

Use: Treats arthritis

Users: 2 million worldwide

Worldwide sales: $2.55 billion last year

Cost: Discount Web sites list the drug at nearly $400 for 100 pills

Prescriptions: 91 million have been written in United States

Competing drug: Pfizer's Celebrex

Key stats

* Vioxx is one of the 30 most-prescribed drugs in U.S.

* 12% of U.S. adults - about 25 million people - take prescription drugs for arthritis, says a July 2000 Kaiser poll

**LOAD-DATE:** October 1, 2004

# EXHIBIT  30

598 of 932 DOCUMENTS

Copyright 2004 Los Angeles Times
All Rights Reserved
Los Angeles Times

October 1, 2004 Friday
Home Edition

**SECTION:** MAIN NEWS; National Desk; Part A; Pg. 1

**LENGTH:** 1188 words

**HEADLINE:** THE NATION;
Arthritis Drug Vioxx Pulled; Risk of Heart Attacks Is Cited

**BYLINE:** Thomas H. Maugh II and Denise Gellene, Times Staff Writers

**BODY:**

Merck & Co. voluntarily withdrew its blockbuster arthritis drug Vioxx from the market Thursday after a new study showed that it nearly doubled the risk of heart attacks and strokes among people taking it for at least 18 months or longer.

The loss of the drug, which has worldwide sales of nearly $2.5 billion per year, represents a major financial setback for Merck, which lost almost $27 billion in stock market value in a matter of hours.

Physicians recommended that patients taking the drugs -- about 2 million worldwide -- talk to their doctors and switch to other medications. Merck said it would set up a program to buy back unused supplies of Vioxx.

"We are taking this action because we believe it best serves the interest of patients," Merck Chairman Ray V. Gilmartin said in announcing the recall.

Although the timing of the announcement was unexpected, the withdrawal does not come as a complete surprise because "earlier studies had already raised this concern," said Dr. Gregg C. Fonarow, a cardiologist at UCLA Medical Center. "There was already a movement away from Vioxx, but there are still a large number of people being treated with it."

Experts said the risk of life-threatening events was small and that the findings probably did not apply to other members of the class of drugs called Cox-2 inhibitors. Nonetheless, the Food and Drug Administration said Thursday that it would reexamine all similar drugs on the market and could require additional data for new drugs in the same class.

The Merck announcement sent many patients to their physicians in fear for their health and their ability to control severe pain.

"If you get off Vioxx and still have pain, there are five to seven other [drugs] that people need to work their way through to find something that is effective," said Dr. Steven Abramson of the New York University School of Medicine.

The most immediate beneficiary will be Pfizer Inc.'s Cox-2 inhibitor Celebrex, which is projected to have worldwide sales of at least $3.3 billion this year. Pfizer also has a second-generation drug called Bextra, which has projected sales of about $600 million, and Merck has a second-generation drug called Arcoxia that has been approved in 47 countries but is awaiting approval from the FDA.

The FDA had delayed its decision on Arcoxia because of earlier concerns about Vioxx, and the new results seem likely to delay it further and make it more difficult for other drugs of the class to reach the market, experts said.

In particular, the agency seems likely to require longer clinical trials before approval, because the new risks did not develop until after 18 months of use. But the FDA has not decided how it will approach the problem, said John Jenkins, director of the FDA's office of new drugs.

THE NATION; Arthritis Drug Vioxx Pulled; Risk of Heart Attacks Is Cited Los Angeles Times October 1, 2004 Friday

The agency requires trials of six to 12 months for drugs treating chronic diseases, he said, adding that "it is difficult to ask an arthritis patient who has inflammation and pain to remain in a longer-term, placebo-controlled trial."

Steve Galson, acting director of the FDA's Center for Drug Evaluation and Research, said: "I am sure we are going to ask for more data, but I can't tell you exactly what that data is."

Cox-2 inhibitors have been extremely popular since they were first introduced in 1999. Their chief advantage is that, unlike aspirin, ibuprofen and other over-the-counter drugs for inflammation, they do not cause gastrointestinal bleeding. Their principal drawback is cost, about $3 per day, compared with about 3 cents per day for aspirin or ibuprofen.

In the United States, more than 84 million prescriptions for Vioxx have been written since its introduction. Most of the prescriptions are for long-term treatment of the chronic pain and inflammation of osteoarthritis and rheumatoid arthritis, but the drug is also used widely for short-term treatment of many types of pain.

To obtain FDA approval, Merck tested the drug in clinical trials involving 3,900 patients. Although the study found an increase in high blood pressure cases, there was no sign of the drug causing heart attacks. The company's final study required for FDA approval lasted 12 months.

But a 2001 report in the Journal of the American Medical Assn. found signs that the drug might increase cardiovascular risks, and the FDA required a warning on the drug's label.

The new findings came in a three-year study funded by Merck to determine whether Vioxx could retard the progression of colon polyps into full-blown cancer. It is the longest study of a Cox-2 inhibitor that has been conducted so far.

Merck stopped the trial prematurely Sept. 23 when the trial's external data-monitoring board alerted the company to a potential problem. At that point, 25 of 1,299 patients receiving a placebo had suffered a heart attack (1.9%), compared with 45 of the 1,287 patients receiving Vioxx (3.5%), according to a Merck spokesman.

The number of deaths in each group was the same: five.

No one is sure why the drug triggered the heart attacks, but speculation includes an increase in blood pressure and a slight hardening of arterial walls leading to increased clot formation. There is no evidence that any of the changes are permanent, Fonarow said, and the cardiovascular risk of patients who stop taking the drugs or who took them only for short periods should return to normal.

On Wall Street, investors punished Merck's shares, sending them down 27% to $33, off $12.07 in trading on the New York Stock Exchange.

Pfizer shares rose 42 cents to $30.60, also on the New York Stock Exchange.

Analysts were divided on how the withdrawal of Vioxx would affect sales of Pfizer's Celebrex and Bextra. Some thought the drugs would benefit; others thought Vioxx's demise would hurt the entire category of drugs.

"Bad news for a key product is never good news for a class of drugs," said James Kelly, a pharmaceutical industry analyst with Goldman Sachs in New York. He noted that sales of all anti-cholesterol drugs suffered when drug maker Bayer withdrew Baycol in 2001 after it was linked to 31 deaths.

Kelly said recent drug sales showed an increased use of over-the-counter painkillers, reflecting mounting concerns about Cox-2 drugs.

Sena Lund, an analyst with Cathay Financial in New York, agreed that aspirin and other over-the-counter pain relievers would benefit. But he predicted that a "major portion" of Vioxx's sales would go to Celebrex and Bextra.

Legal experts said Merck could face lawsuits from patients who believed they were harmed by Vioxx, but that it was too early to quantify the company's potential liability.

Brietta Clark of Loyola Law School in Los Angeles said lawyers had already started to look for Vioxx patients on the Internet. "Clearly, a lot of people think they have got a basis for a suit," she said.

Clark said the fact that Merck recalled Vioxx would work in the company's favor.

Jonathan Zasloff, a UCLA law professor, said it would be difficult for plaintiffs to prove that Vioxx caused their heart attacks.

THE NATION; Arthritis Drug Vioxx Pulled; Risk of Heart Attacks Is Cited Los Angeles Times October 1, 2004 Friday

"The easiest kind of cases involve a signature disease, like asbestosis," he said. "To show that Vioxx caused your heart attack is going to be a hard sell."

**LOAD-DATE:** October 1, 2004

# EXHIBIT 31

793 of 932 DOCUMENTS

Copyright 2004 Gannett Company, Inc.
USA TODAY

October 1, 2004, Friday, FINAL EDITION

**SECTION:** NEWS; Pg. 1A

**LENGTH:** 402 words

**HEADLINE:** Merck halts Vioxx sales

**BYLINE:** Rita Rubin

**BODY:**
The maker of blockbuster pain reliever Vioxx said Thursday that it is voluntarily withdrawing the drug because of new data showing it increases the risk of heart attacks and strokes.

This is one of the largest-ever withdrawals of a drug, says the Food and Drug Administration's Steven Galson. Drugmaker Merck says 84 million people worldwide have taken the heavily promoted drug, available in the USA since May 1999. About 2 million Americans are on Vioxx, Galson says. "We have been concerned and aware of the potential for cardiovascular effects for the last few years," he says. "This is not a total surprise."

The news hit Merck's stock hard. It fell 27% to close at $33, wiping out $27 billion in market value.

In August, an FDA-funded analysis involving Kaiser Permanente patients found more heart attacks and sudden cardiac deaths among people taking Vioxx than among those on Celebrex or on conventional non-steroidal anti-inflammatory drugs (NSAIDs) such as ibuprofen and aspirin.

In November 2000, Merck published a study in *The New England Journal of Medicine* that found a higher rate of heart attacks in patients assigned to Vioxx than those assigned to naproxen (an NSAID sold as Aleve). Because of that finding, the FDA in April 2002 required a new warning on the Vioxx label.

Vioxx, Celebrex and Bextra are the three so-called COX-2 inhibitors on the U.S. market. Drugmakers say they treat arthritis pain but are less irritating to the gastrointestinal tract than traditional NSAIDs. At least two other COX-2 inhibitors -- including Merck's Arcoxia, already sold in 47 other countries -- are in the pipeline.

"It is important to note that the results of clinical studies with one drug in a given class are not necessarily applicable to others in a class," says Peter Kim, president of Merck Research Laboratories.

The implications of the Vioxx withdrawal for other COX-2 inhibitors aren't yet clear. Merck says the new data -- from a three-year study comparing Vioxx with a placebo in 2,600 patients with colon polyps -- showed a higher risk of heart attacks and stroke only after 18 months of use. None of the other COX-2 drugs has data for longer than a year, Galson says.

"It's too early for me to say right now how we're going to change our requirements for the future, but, obviously, we're going to be more interested in long-term data," he says.

**GRAPHIC:** GRAPHIC, color, Julie Snider, USA TODAY, Source: IMS Health(Line graph); PHOTO, color, AP; Vioxx tablet

**LOAD-DATE:** October 01, 2004

# EXHIBIT  32

630 of 932 DOCUMENTS

Copyright 2004 The New York Times Company
The New York Times

October 1, 2004 Friday
Correction Appended
Late Edition - Final

**SECTION:** Section A; Column 1; Business/Financial Desk; MERCK AND VIOXX: THE OVERVIEW; Pg. 1

**LENGTH:** 1549 words

**HEADLINE:** A Widely Used Arthritis Drug Is Withdrawn

**BYLINE:** By GINA KOLATA

**BODY:**

The drug company Merck announced yesterday that it would stop selling its arthritis and pain medication Vioxx, currently taken by close to two million people worldwide, because a new study found that it doubled patients' risk of heart attack and strokes.

Vioxx has been a blockbuster for Merck, with sales of $2.5 billion last year, and has been widely marketed as a safe alternative to drugs like aspirin, which can cause ulcers and gastrointestinal bleeding.

The decision to remove the drug from the market, the largest drug recall in history as measured by sales, comes as Merck has been struggling to find new drugs for its aging product line.

Vioxx represented about 11 percent of the company's revenue last year. Merck stock plunged 27 percent yesterday on the news, reducing the company's stock market value by $25 billion and helping pull the Dow Jones industrial average down by 0.6 percent for the day.

The company decided to withdraw the drug from pharmacy shelves after a study that it had hoped would show that Vioxx prevented colon polyps, which can sometimes become cancerous. Merck quickly ended the trial after the results of the study showed last week that the drug led to heart attacks and strokes.

The risk was small -- 15 cases of heart attack, stroke or blood clots per thousand people over three years compared with 7.5 such events per thousand patients taking a placebo. But the data were so unambiguous that Merck told federal regulators this week that it had halted the trial and would take the drug off the market; it announced that decision yesterday.

"What we found in this study is that beginning after 18 months, there was a discernible and unexpected increase in cardiovascular disease rates," Dr. Peter S. Kim, president of Merck Research Labs, said in an interview yesterday.

There had been hints before that the drug might increase the risk of heart attacks and strokes, but the studies were not definitive and the company said it had not been convinced that the risk was real, although it did revise the drug's label two years ago to include that possibility.

This time was different.

"What we saw was stunning," Dr. Kim said. "We certainly don't understand the cause of this effect, but it is statistically significant and it indicated that there is an issue."

Dr. Kim said the decision came on Monday, after a series of urgent teleconferences with medical experts over the weekend. On Tuesday, company officials went to the Food and Drug Administration and said it was withdrawing the drug. The decision was the company's alone, and there was no pressure from the F.D.A., which said it was surprised by Merck's move but agreed with it.

A Widely Used Arthritis Drug Is Withdrawn The New York Times October 1, 2004 Friday Correction Appended

"We think Merck did the right thing," said Dr. Steven K. Galson, the acting director of the F.D.A.'s Center for Drug Evaluation and Research.

Not everyone who takes Vioxx does so for 18 months or longer. Or even daily. Some arthritis patients take it only during flare-ups. And other people might take it only for several months, after a sports injury, for example. Medical experts say that it is safe for patients to abruptly stop taking Vioxx, adding that there are many alternatives to the drug, including cheap over-the-counter drugs. One of those, aspirin, is much cheaper than Vioxx, which has sold for $2.50 or more a pill. Vioxx provides about the same pain relief as aspirin, although studies showed that patients taking Vioxx were less likely to develop ulcers or gastrointestinal bleeding.

There are also two prescription drugs, Celebrex and Bextra, both made by Pfizer, which are similar to Vioxx but have not been shown to pose cardiovascular risks. That, and Pfizer's extensive advertising, may help explain why sales of Celebrex have lately been twice those for Vioxx. The F.D.A. says, however, that studies of Celebrex and Bextra have lasted only a year, and the Vioxx study found risks only after people had taken it for 18 months.

Asked in a telephone news conference if the agency will start requiring longer-term studies for drugs of this class, Dr. Galson said no decision had been reached.

"It's too early to say right now, but obviously we will be more interested in long-term data," he replied.

Dr. Kim of Merck said he first learned of the new data on heart attacks and strokes on Thursday evening last week, when he got a call from an independent committee of scientists who were monitoring the colon polyp study. "They recommended we stop the study," he said.

"On Friday, I looked at the data with my team," Dr. Kim said. "The first thing you do is review the data. We did that. Second is you double-check the data, go through it and make sure that everything is O.K." At that point, he said, "I knew that barring some big mistake in the analysis, we had an issue here."

"Around noon, I called Ray Gilmartin and told him what was up," Dr. Kim continued, referring to Merck's chief executive. "He said, 'Figure out what was the best thing for patient safety.' We then spent Friday and the rest of the weekend going over the data and analyzing it in different ways and calling up medical experts to set up meetings where we would discuss the data and their interpretations and what to do."

On Sunday night and Monday morning, Dr. Kim and his team spoke to researchers doing studies and to medical experts in rheumatology, cardiology and gastroenterology.

Some, he said, told him to take the drug off the market right away. Others could not decide what recommendation to make. Rheumatologists, however, told him that there were patients who needed the drug.

By late Monday morning, Dr. Kim had made his decision. "We were going to withdraw," he said.

He told Mr. Gilmartin and got his agreement. On Tuesday, Merck notified its board and that afternoon the company told the F.D.A. On Wednesday, the company began notifying regulatory agencies in other countries. Yesterday morning, Merck made its public announcement.

Although Mr. Kim said he was stunned by the data, others were less surprised.

The possibility that Vioxx might increase the risk of heart attacks first emerged three years ago, in a Merck study of 7,000 patients with rheumatoid arthritis. The company was asking whether those taking a high dose of Vioxx, 50 milligrams a day, had fewer gastrointestinal side effects than those who were randomly assigned to take naproxen.

The results showed that the Vioxx patients had half the incidence of gastrointestinal complaints, but it also indicated that they had five times the number of heart attacks -- five per thousand patients as compared to one per thousand with naproxen.

The question was why. It could be, as some cardiologists argued, that Vioxx caused heart attacks. Or it could be, as Merck argued, that Vioxx was neutral, while naproxen actually reduced the likelihood of a heart attack.

In April 2002, at the request of the Food and Drug Administration, Merck added the study's finding about heart attack risk to the drug's label.

A Widely Used Arthritis Drug Is Withdrawn The New York Times October 1, 2004 Friday Correction Appended

Several other studies followed. One looked at a million Medicaid patients; another at 1.4 million patients enrolled in Kaiser Permanente's health care plans; another at more than 50,000 Medicare patients. Each found more heart attacks and strokes with Vioxx, but medical experts differed over how to interpret the data.

Dr. Eric Topol, a cardiologist at the Cleveland Clinic, writing in medical journals, argued vehemently that Vioxx and others in its class were not worth taking. He said they had "marginal efficiency, heightened risk, and excessive cost" compared with drugs like aspirin.

Dr. Daniel Solomon, a rheumatologist and epidemiologist at Brigham and Women's Hospital in Boston, said yesterday that he was convinced enough by the data that he stopped prescribing Vioxx two years ago.

Dr. Solomon scoffed at Merck's assertion that the new data were unexpected. "I was like, 'Please. Really,'" Dr. Solomon said.

But others, including Dr. Michael Lockshin, an arthritis specialist at the Hospital for Special Surgery in New York, were less certain. Dr. Lockshin said that, until now, "the data were quite minor" to indicate that Vioxx was causing a problem. The original study's findings had an alternative explanation, he said, and the other studies were complicated by the fact that they lacked enough rigor to make the case.

The new data, however, convinced him. Even if Merck had not withdrawn the drug, he would no longer prescribe it, Dr. Lockshin said.

"Although the numbers are not huge in terms of risk, these are the things that I, looking at it as a practitioner, couldn't say, 'Oh, well. This drug is as safe as another.'"

He added, however, that some of his patients might have difficulty finding an alternative to Vioxx. Pain relief, he said, is idiosyncratic and unpredictable. "Some patients respond beautifully to one drug and not to another."

And some patients are simply reluctant to give up a drug that worked for them.

Dr. Jerry Lynn, a retired dentist who lives in Manhattan, said Vioxx was the only drug he had ever taken for his arthritic knee. "It made a big difference," he said yesterday. He still has a large supply, he said, adding, "I'll just use them until I use them up."


URL: http://www.nytimes.com

CORRECTION-DATE: October 2, 2004

CORRECTION:

A front-page article yesterday about Merck's withdrawal of Vioxx, its arthritis and pain medication, from the market misstated the findings of the study that led to the action. Among patients taking Vioxx, the study found 15 cases of heart attack, stroke or blood clot per thousand people per year, not over three years. Among patients taking a placebo, the study found 7.5 such cases per thousand people per year, not over three years.

GRAPHIC: Photo: Charles Rothschild, a pharmacist in Wilmette, Ill., packed containers of Vioxx for shipping back to Merck. The drug company recalled the medication after a study linked it to increased risk of heart attack and stroke. (Photo by Tannen Maury/Bloomberg News)(pg. C4)Chart: "Recalled"Yesterday's voluntary recall of Vioxx, Merck's blockbuster painkiller, is the industry's biggest and it means a large loss of revenue for the company.VIOXXYESTERDAYRisk of heart disease or stroke2003: $2.5 billionGraph tracks Merck's stock this year (YESTERDAY: $33, Down: 26.8%).FEN-PHENSept. '97Pulmonary hypertensionGlobal sales in 1996: $360 million-REZULINMarch '00Liver damage and deaths1999: $773 millionBAYCOLAug. '01Muscle weakness and deaths2000: $554 million(Source by Bloomberg Financial Markets)(pg. C4)

LOAD-DATE: October 1, 2004

# EXHIBIT  33

1 of 1 DOCUMENT

Copyright 2004 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

**factiva**

(Copyright (c) 2004, Dow Jones & Company, Inc.)

## THE WALL STREET JOURNAL.

The Wall Street Journal

October 1, 2004 Friday

**SECTION:** Pg. A1

**LENGTH:** 2729 words

**HEADLINE:** Expiration Date: Merck Pulls Vioxx From Market After Link to Heart Problems --- Stock Plunges Amid Questions About Drug Giant's Future;
Loss of $2.5 Billion in Sales --- Arthritis Patients' Quandary

**BYLINE:** By Barbara Martinez, Anna Wilde Mathews, Joann S. Lublin and Ron Winslow

**BODY:**

On the morning of Sept. 24, Raymond Gilmartin, chief executive of Merck & Co., got the call every pharmaceutical executive dreads. Peter Kim, Merck's research chief, told him an outside panel overseeing a clinical trial of the company's painkiller Vioxx had urged Merck the night before to halt the trial and immediately stop patients from taking the drug. The reason: Patients on the drug were twice as likely to have a heart attack or stroke as those on a placebo.

Six days after that call, Merck announced that it is withdrawing Vioxx from the world-wide market. The drug had global sales of $2.5 billion in 2003 and more than 100 million prescriptions have been written for it since it went on the market in 1999, according to Merck. But it had been dogged for several years by suggestions that it led to heart problems. Until yesterday, Merck vehemently denied there was a connection.

The decision will put millions of patients in a quandary. About two million people are taking Vioxx now, many for arthritis. Doctors say some can switch to similar drugs such as Pfizer Inc.'s Celebrex or over-the-counter pain relievers such as ibuprofen and naproxen, known by the brand names Advil and Aleve. However, patients and doctors will have to weigh the various drugs' side effects, which include stomach ulcers.

Vioxx's demise raises questions about Merck's future as a top-tier drug company and whether it might be forced into a merger, which Mr. Gilmartin has long resisted. Merck's shares plunged, erasing $26.8 billion from its market capitalization. Shares fell $12.07, or 27%, to $33 in 4 p.m. composite trading on the New York Stock Exchange. The stock is among the most widely held and is included in the 30-company Dow Jones Industrial Average. It was the largest drop in percentage terms for a Dow stock since United Technologies Corp. lost 28% in September 2001. Pfizer shares were up 1.4%.

Vioxx accounted for 11% of Merck's global sales in 2003, and its loss is expected to shave around 20% off the company's profit this year.

Once the industry leader, Merck has struggled in recent years largely due to its inability to come up with new hit products as older drugs lost patent protection. A series of candidates failed in large clinical trials. One of its few remaining candidates is Arcoxia, a pain drug that is awaiting the Food and Drug Administration's decision this month. But the FDA is unlikely to approve Arcoxia quickly, analysts say, because it works similarly to Vioxx.

Expiration Date: Merck Pulls Vioxx From Market After Link to Heart Problems --- Stock Plunges Amid Questions About Drug Giant's Future; Loss of $2.5 Billion in Sales --- Arthritis Patients'

Meanwhile, Merck's biggest-selling drug, the cholesterol-fighter Zocor, is due to lose U.S. patent protection in 2006 and already is under pressure from the market leader, Pfizer's Lipitor.

Investors have been critical of Mr. Gilmartin's handling of the company's troubles. The announcement raises questions about whether he can survive until his scheduled retirement in 2006. Mr. Gilmartin said yesterday he doesn't plan to resign or change his longstanding policy against large mergers or takeovers.

"We were financially strong before this and we'll be financially strong after," Mr. Gilmartin said. He also pointed to several drugs for diseases such as diabetes and obesity that Merck is developing.

Vioxx's problems raise questions about the class of similar painkillers, called Cox-2 inhibitors. Aside from Vioxx, other approved Cox-2 inhibitors in the U.S. are Celebrex and Bextra, both Pfizer drugs. The drugs are heavily advertised and widely used, despite being more expensive than older drugs. Celebrex hasn't been linked to heart problems but some studies have suggested it fails to live up to its original promise of reducing side effects, in particular stomach bleeding.

Meanwhile, regulators are facing criticism for their handling of the questions around Vioxx, which emerged first in 2000. "Why did it take four years to get the definitive data?" asked Jerry Avorn, an associate professor at Harvard Medical School. "Why didn't the FDA demand the company mount the appropriate study?"

FDA officials note that the early hints of problems came largely from analyses of big databases of patients whose heart attacks might have been affected by many factors, rather than from controlled clinical trials like the new Merck information. "It's just not as easy to make firm regulatory decisions based on" such data, said Steven Galson, acting director of the FDA's Center for Drug Evaluation and Research.

The decision to withdraw Vioxx was based on data from a big three-year clinical trial. The trial's main purpose was to determine whether Vioxx could prevent a recurrence of precancerous growths in the colon. If it could, that would open up a lucrative new market for the drug. But the trial also collected data on Vioxx's relationship to heart problems. John Jenkins, director of the FDA's office of new drugs, said the FDA pressed Merck to focus on cardiovascular safety in the trial's design. The study was a "very rigorous safety trial," he said. He added that FDA officials "feel confident, based on the data we had when we had it, we took the appropriate actions" with Vioxx.

Although the heart risk from Vioxx was the same as from a placebo through 18 months, people who took Vioxx for more than 18 months were twice as likely to have a heart attack or stroke during the study, Merck said. Lester M. Crawford, the acting FDA commissioner, said the risk that an individual patient would suffer a heart attack or stroke as a result of taking the drug is "very small." But he said patients taking any of the Cox-2 inhibitors or older painkillers for a long period should do so under a doctor's supervision.

Even prior to the withdrawal, Merck faced lawsuits from people who suffered heart attacks while taking Vioxx. Jay P. Mayesh, a partner with Kaye Scholer LLP in New York, who has defended drug makers in liability cases, predicted the recall will embolden plaintiffs. "It is going to be a king-size headache," Mr. Mayesh said. "Merck will be inundated with lawsuits." Merck said it will defend itself vigorously in the suits it faces.

The FDA approved Vioxx in 1999 for arthritis pain as well as other kinds of pain in adults. Later it was approved as a treatment for rheumatoid arthritis in adults and, just recently, for rheumatoid arthritis in children.

The long path to withdrawal of Vioxx began in 2000 when the New England Journal of Medicine published the results of a Merck trial called Vigor. It showed that patients taking the drug were four times as likely -- 0.4% to 0.1% -- to have a heart attack or stroke as patients taking naproxen.

In early 2001, at a meeting of an FDA advisory panel, Merck argued that the difference might reflect the protective effects of naproxen and not danger from its drug. The committee ended up recommending that the issue be noted on Vioxx's label, and members called for follow-up research to clear up the questions.

Steven E. Nissen, a cardiologist at the Cleveland Clinic, attended the meeting and was troubled by the data. Back at the clinic, he discussed his concerns with Eric Topol, chairman of cardiovascular medicine, and Debabrata Mukherjee, then a clinic fellow. They decided to take a closer look by examining data from several trials of patients who had taken Vioxx and other painkillers.

They published their findings in the Journal of the American Medical Association in August 2001, saying the "available data raise a cautionary flag about the risk of cardiovascular events" with Cox-2 inhibitors. Vioxx, they said,

appeared especially risky. The authors called for more studies to look specifically at heart-safety issues, but Merck and other companies didn't start any.

Had such a trial been started, an answer probably would have been available within a year or two, said Harvard's Dr. Avorn. "That was millions of patients and billions of dollars ago," he said. Merck says its trials prior to Vioxx's approval hadn't turned up cardiovascular risk, and by 2001 it was already conducting the study that would ultimately lead to Vioxx's withdrawal.

As concerns rose, however, Merck vigorously defended Vioxx. It attacked the Cleveland Clinic's data as inadequate. One study in which Merck researchers participated suggested that Vioxx was associated with a higher risk of heart attacks. It appeared last spring in Circulation, a journal published by the American Heart Association -- but without the name of a Merck scientist who participated. The company withdrew the employee's name from the list of authors because it disagreed with the study's conclusion.

The reason Vioxx might cause heart attacks isn't certain, but Cox-2 inhibitors suppress a protein responsible for the health of blood vessels and could promote clotting as a result. It's not clear why Vioxx produces a higher risk of heart attacks and Pfizer's Celebrex apparently does not, at least according to data so far.

In April 2002, the FDA, following up on the advisory panel's advice from the year before, approved new labeling for Vioxx that pointed out the association with higher heart-attack and stroke risk. In August of this year, the Cleveland Clinic's Dr. Topol wrote an editorial in the journal Lancet, saying it was time for the FDA "to have some teeth" on the issue and require a so-called black box label, the highest level of warning.

That turned out not to be necessary. Merck had been running a study testing whether Vioxx could prevent a recurrence of polyps, which are precursors to colon cancer. Typically in clinical trials an independent body reviews data periodically to check for signs of unexpected benefits or dangers. Early on the evening of Sept. 23, an aide to Dr. Kim, the Merck research chief, got a call that the outside body wanted to halt the trial because of the cardiovascular risk to patients taking Vioxx, says Dr. Kim. Unlike other trials that compared Vioxx to competing drugs, this one compared Vioxx to a placebo. When the heart effects showed up, that effectively ended Merck's defense going back to 2000 that other drugs might protect the heart and blood vessels but Vioxx didn't damage them.

(MORE)

On Friday morning, Dr. Kim called Mr. Gilmartin, the Merck chief executive. "He told me that he wanted me to figure out what was the best thing to do in terms of patient safety," Dr. Kim says. Researchers worked through Sunday morning reviewing the numbers that had sparked the outside panel's call. The panel, they concluded, was correct.

Merck executives then consulted about two dozen outside experts in several medical fields. Some rheumatologists, who deal with pain complaints, advised Dr. Kim to keep Vioxx on the market and add a warning label. They said some patients respond particularly well to Vioxx and couldn't easily switch to other painkillers. Other doctors suggested Merck take the pill off the market completely. In the end, Dr. Kim followed this advice, concluding that the alternative drugs on the market were acceptable.

William G. Bowen, a Merck director since 1986 and president of the Andrew W. Mellon Foundation in New York, said management met all day Monday "to decide what they thought they should do."

Merck directors arrived in a downpour late Tuesday morning for a regularly scheduled board meeting at the company's New Jersey headquarters. Over a three-and-a-half-hour lunch session, Mr. Gilmartin and then Dr. Kim presented the research findings. Directors spent nearly 40 minutes discussing the study's statistical significance. But "the results were compelling," Mr. Bowen said. Everyone in the boardroom agreed that Merck should withdraw the drug.

Vioxx is the latest in a series of major drugs to be recalled from the market. Others include Baycol, a cholesterol-lowering drug, the diabetes drug Rezulin and the diet-pill combination fen-phen. In several cases, the FDA has faced criticism that it should have acted faster.

The FDA said it will now ask to see more long-term safety data for all of the drugs in Vioxx's class, but it hasn't decided the details of its request yet. The FDA's Dr. Galson said regulators "can't extrapolate data from one drug to another," but that other painkillers and Cox-2s "do not have this same incidence of heart attacks and strokes in clinical trials" so far.

Expiration Date: Merck Pulls Vioxx From Market After Link to Heart Problems --- Stock Plunges Amid Questions About
Drug Giant's Future; Loss of $2.5 Billion in Sales --- Arthritis Patients'

Senate Finance Committee Chairman Charles Grassley, whose staff has been investigating the FDA's handling of
safety issues, sent a letter asking for information about the agency's actions on Vioxx. "Once again, the FDA has remained
on the sidelines while life-threatening issues threatened the American public," said the letter from the Iowa Republican.

One lawsuit against Merck, filed by relatives of a 37-year-old man who took Vioxx for a month and died from a heart
attack at a car wash, is scheduled for trial in May. At a news conference, Merck's general counsel said the company has
"substantial defenses" in current Vioxx cases.

Some lawyers say the withdrawal will insulate Merck from greater liability. "It was a good strategic move," said
Kenneth M. Labbate, a lawyer with Ohrenstein & Brown LLP in New York who has defended drug companies in prod-
uct-liability suits. "They know that the flood of litigation is coming one way or another, and what they're trying to do is put
their best foot forward."

Even before yesterday's action, lawsuits against the drug maker had been mounting. Andy Birchfield, a lawyer for
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., in Montgomery, Ala., already has filed 58 individual lawsuits
against Merck on behalf of patients who have suffered heart attacks, strokes or other problems while taking Vioxx.

Mr. Birchfield said he believes he can prove to a jury that Merck kept selling a product it knew was dangerous. He
expects his first case to come to trial as early as December.

After Vioxx, Merck needs new hits even more badly. It has stepped up deals with outside partners and this year has
licensed marketing rights for a sleep drug and a diabetes drug now in large human trials. Last November, Merck called off
development of two potential big sellers that came from its own labs, one for depression and the other for diabetes.

One of the few bright spots in Merck's labs is a vaccine against the human papilloma virus, a major cause of cervical
cancer. It plans to submit an application to the FDA in the second half of 2005.

For the time being, Merck's loss is shaping up as Pfizer's gain. A Pfizer spokesman said the company is anticipating a
surge in demand and is increasing the inventory of Celebrex and Bextra available to drug wholesalers. "All our long-term
studies to date show a safe cardiovascular profile" for the Pfizer drugs, said Gail Cawkwell, a Pfizer medical director for
Celebrex. But the Vioxx recall could make it harder for other Cox-2 drugs in development to get FDA approval, in par-
ticular Novartis AG's Prexige.

---

          Path to Withdrawal

   Merck's Vioxx, which had sales last year of $2.5 billion, showed evidence of heart
attack and stroke risks as early as 2000. A look at the path from approval to
withdrawal.

   -- May 1999: Vioxx is launched in the U.S. and is marketed in more than 80
countries.

   -- 2000: Trial enrollment begins for a study to determine the effect of
three years of treatment with Vioxx on the recurrence of polyps of the large
bowel.

   -- March 2000: Another study demonstrates that gastrointestinal risks with
Vioxx are less than with naproxen, but the study shows increased
cardiovascular risk.

   -- February 2001: FDA federal advisory panel concludes that Vioxx is safer
on stomachs than rival drug Celebrex.

   -- August 2001: Cleveland Clinic study published in the Journal of the
American Medical Association associates Vioxx with cardiovascular risks.

   -- April 2002: FDA changes Vioxx label to say the drug may protect against
ulcers, but increase heart risks.

Expiration Date: Merck Pulls Vioxx From Market After Link to Heart Problems --- Stock Plunges Amid Questions About Drug Giant's Future;  Loss of $2.5 Billion in Sales --- Arthritis Patients'

   -- October 2003: Merck-funded study finds patients taking Vioxx are at a 39% increased risk of heart attack within the first 90 days, compared with Celebrex.

   -- August 2004: HMO Kaiser Permanente reconsiders Vioxx for its member patients after an FDA study finds that patients who had taken more than 25 mg a day were 3.15 times as likely to have a heart problem.

   -- September 2004: FDA approves Vioxx to treat juvenile rheumatoid arthritis.

   -- Sept. 30, 2004: Merck announces a voluntary world-wide withdrawal of Vioxx.

   Sources: Merck; WSJ research

**NOTES:**
PUBLISHER: Dow Jones & Company Inc.

**LOAD-DATE:** December 5, 2004