# EXHIBIT 34

814 of 932 DOCUMENTS

Copyright 2004 The Washington Post

**The Washington Post**

**washingtonpost.com**

The Washington Post

October 1, 2004 Friday
Final Edition

**SECTION:** A Section; A01

**LENGTH:** 1138 words

**HEADLINE:** Merck Withdraws Arthritis Medication;
Vioxx Maker Cites Users' Health Risks

**BYLINE:** Marc Kaufman, Washington Post Staff Writer

**BODY:**

The blockbuster arthritis drug Vioxx was taken off the market yesterday by Merck & Co. after a study confirmed simmering concerns that it significantly raises the risk of heart attack and stroke. More than 2 million people take Vioxx worldwide, making this the largest voluntary drug recall in history.

Merck said that it received new information last week showing that people who used the drug for more than 18 months had nearly twice as many serious cardiovascular problems as those on a placebo. By Tuesday, the company had told the Food and Drug Administration that it planned to withdraw the drug.

"We believe it would have been possible to continue to market Vioxx with labeling that would incorporate these new data," said Merck President Raymond V. Gilmartin. "However, given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take."

FDA officials said they would begin an additional study of three other painkillers in the class called COX-2 inhibitors, which were hailed as near-miracle drugs when they came on the market in the late 1990s. The officials said the other COX-2 inhibitors have not been associated with the same dangers of stroke and heart attack but acknowledged that no patients using them have been followed for 18 months, as was the case with Vioxx.

The drug generated $2.5 billion in worldwide sales last year, and its withdrawal slashed the company's stock price by more than $12 a share, reducing the company's market valuation by more than a quarter.

Although Vioxx was aggressively marketed after it won FDA approval in 1999 and has been used widely -- with more than 84 million prescriptions written -- serious health concerns were reported soon after it became available. The FDA required additional warnings on the drug's label in 2002, and several months ago, it received the abstract of another report describing heightened cardiac and stroke risks with Vioxx. FDA officials said they were studying those results when Merck contacted them earlier this week.

Patients who said they have been harmed by Vioxx had filed more than 200 lawsuits before yesterday's announcement. Many of the cases have been consolidated into two major lawsuits in Los Angeles and New Jersey.

Merck officials stressed that, in the new study, there were no more than the expected number of deaths among the patients taking Vioxx, and that they knew of no deaths that should be attributed to the drug. But the company, long one of the biggest and most respected in the industry, was clearly concerned about a potential onslaught of lawsuits.

Merck Withdraws Arthritis Medication; Vioxx Maker Cites Users' Health Risks The Washington Post October 1, 2004
Friday

"We have substantial defenses in these cases and will defend them vigorously," said Kenneth Frazier, Merck's general counsel.

Vioxx is the first prescription drug to be withdrawn since 2001, when the cholesterol-lowering drug Baycol was taken off the market. In the four years preceding that, 11 drugs were withdrawn for safety reasons.

Yesterday's announcement rekindled the debate over whether the FDA has been sufficiently aggressive in monitoring drug safety. The clinical trial that found the increased danger of cardiovascular disease in patients taking the painkiller was designed not to assess the drug's safety, but to determine whether Vioxx protects against the recurrence of potentially cancerous intestinal polyps.

An independent panel monitoring the study advised the company on Sept. 23 to stop the trial because the drug appeared to be increasing the risk of heart attacks and strokes. Patients taking the drug for more than 18 months appeared to face about double the risk of major cardiovascular events, primarily heart attacks and strokes, compared with those taking a dummy pill.

The acting director of the FDA's Center for Drug Evaluation and Research, Steven K. Galson, said the agency had been "closely monitoring" reports of serious side effects from Vioxx through its national adverse-event reporting system. But he also said that because so many Americans suffer heart attacks and strokes, it has been difficult to pin down how Vioxx might be related to the incidents being reported.

Because the FDA and Merck had been aware for some time of the reports of heightened health risks with Vioxx, the agency came in for harsh criticism yesterday.

Eric J. Topol, the head of cardiology and chief academic officer of the Cleveland Clinic, called it "the right decision about three years too late. . . . This is the sort of thing that Merck should have studied earlier, but they were too busy refuting the warning signs." Topol was a co-author of the study that first suggested a possible hazard from rofecoxib, the generic name of Vioxx.

Although Topol said he is not sure whether his earlier analysis was enough to warrant yanking Vioxx off the market in 2001, "it was enough to address this and get the right answer. We shouldn't have to wait to get it from a study of patients with colon polyps."

That view was shared by Jerry Avorn, a physician at Harvard Medical School who is an expert on the use and marketing of prescription drugs.

"When this question came up initially, the standard response from the FDA was to hope the company would do its own study to resolve it," he said. "The FDA has not been brave enough in demanding that companies perform safety studies of this kind."

Yesterday's announcement threw into a quandary patients who were taking the drug.  Merck officials said about 1.3 million Americans were taking Vioxx at any given time over the past year.

"A lot of patients are upset," said Patience White, a rheumatologist at George Washington University who serves as the chief public health officer for the Arthritis Foundation. "I've had patients calling me all day saying, 'What do I do? Do I really need to stop taking this drug.' I say, 'Yes, you do' and talk to them about other options."

Researchers have a general idea of how Vioxx may be raising the heart attack risk, although the details are not known.

The event that triggers heart attacks and most strokes is the formation of a blood clot in an artery. Clotting is controlled by a delicate seesaw of compounds that have opposing effects. Two of the more important ones are prostacyclin, which inhibits clotting, and thromboxane, which promotes it.

Prostacyclin is made primarily in cells lining the inner wall of blood vessels by an enzyme called COX-2. Blocking COX-2, which Vioxx does in its effort to stop inflammation in joints and other tissue, may have the effect of tipping the balance in favor of clot-promoting thromboxane, experts believe.

What is unclear is whether all COX-2 inhibitors have this effect -- in either a mild or more severe form -- or whether it is unique to Vioxx.

Staff writers David Brown and Rob Stein contributed to this report.

**LOAD-DATE:** October 1, 2004

# EXHIBIT  35

Westlaw.                                                          NewsRoom
9/30/04 APALERTNJ 12:31:52                                        Page 1

9/30/04 AP Alert - NJ 12:31:52

AP Alert - New Jersey
Copyright 2004 The Associated Press. All rights reserved. This material may not be
published, broadcast, rewritten or redistributed.

**September 30, 2004**

### Merck recalls **blockbuster** arthritis drug, stock plunges
By LINDA A. JOHNSON
AP Business Writer

TRENTON, N.J. Merck & Co. is pulling its **blockbuster** Vioxx from the market after new
data found the arthritis drug doubled the risk of heart attacks and strokes. Merck's
stock plunged almost 27 percent as the pharmaceutical giant said the recall will hurt
its earnings.

Merck said Thursday the clinical trial data showed an increased risk of heart attack
and other cardiovascular complications 18 months after patients started taking Vioxx,
which also is prescribed for acute pain and disorders such as carpal tunnel syndrome.

The three-year study _ aimed at showing that Vioxx could prevent the recurrence of polyps,
which can turn cancerous, in the colon and rectum _ was stopped after Merck discovered
participants had double the risk of a heart attack compared to those taking a placebo.
During the study, 10 patients died, five who had been taking Vioxx and five who took
dummy pills.

By Thursday afternoon, at least one plaintiffs' attorney announced plans for a
class-action lawsuit against Merck. Another claimed to represent 58 patients around the
country allegedly harmed by Vioxx, including people who suffered a heart attack, stroke,
internal bleeding or kidney failure.

Merck spokesman Tony Plohoros said the company anticipates additional personal injury
lawsuits over Vioxx may be filed and will defend them vigorously.

"It's a disaster for Merck, coming at the worst time," said independent health care
analyst Hemant Shah of HKS & Co. in Warren, N.J.

About 2 million people worldwide use Vioxx, Merck said, and 84 million prescriptions
have been filled since it came on the market with great fanfare in 1999. It is one of
Merck's most important drugs, with $1.8 billion in U.S. sales in 2003 and global sales
of $2.5 billion _ 11 percent of the company's $22.49 billion in revenue that year.

But Vioxx sales dipped 18 percent in the second quarter of this year to $653 million,
partly due to increasing concerns about an elevated risk of heart complications.

Medical experts advised patients Thursday to stop taking Vioxx and consult their doctor
about alternatives.

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Merck said the recall will slash about 50 cents to 60 cents a share from its earnings
for the rest of this year. That includes foregone sales, writeoffs of inventory held
by Merck, customer returns of product previously sold and other costs of the pullback.
Merck expects foregone fourth quarter sales of Vioxx of $700 million to $750 million
alone.

Merck, based in Whitehouse Station, N.J., had previously been expecting 2004 earnings
per share of $3.11 to $3.17.

"We're taking this action because we believe it best serves the interest of patients,"
Ray V. Gilmartin, Merck's chairman, president and chief executive, said in a statement.

Plohoros said that because of the expected drop in revenues, Merck will shift people
who worked on Vioxx to other areas that would increase revenues, but not all would find
new jobs. Affected workers will include scientists who have been doing ongoing studies
on Vioxx, sales and marketing staff and manufacturing employees. He could not give an
estimate on job cuts.

"We will not react to this event with short long-term actions such as decreased R&D
spending, across-the-board job reductions or actions like salary freezes that would
destroy employee morale," Plohoros said.

Shares in Merck, one of the world's biggest drug makers, plunged $12.07, nearly 27 percent,
to close at $33.00 on the New York Stock Exchange. That wiped out $28 billion in market
value. More than 140 million shares were traded, compared to a daily average below 10
million.

Shah said for Merck, the Vioxx withdrawal comes "at a time when they really need to get
ready for expiration" of its patent for Zocor, the cholesterol treatment that is the
company's top-selling drug.

Zocor loses patent protection early in 2006 and sales are expected to plunge against
generic competition. In an effort to replace those revenues, Merck recently launched
a drug with Schering-Plough Corp., Vytorin, that combines Zocor and Schering-Plough's
Zetia to attack cholesterol levels in two complementary ways.

The Vioxx recall stands to benefit Pfizer Inc., the world's biggest drugmaker. Merck
and Pfizer have been battling for market share, with Pfizer's Celebrex arthritis drug
dominating the market with about $2.6 billion in U.S. sales alone last year. Pfizer shares
were up 35 cents to $30.53 in afternoon trading on the NYSE.

Pfizer issued a statement Thursday citing the "outstanding long-term safety profile"
of Celebrex and saying that in a recent FDA-sponsored study of 1.4 million patients,
those who received Celebrex demonstrated no increased risk of cardiac trouble.

Vioxx was labeled with a warning about heart risks in 2002 after Merck's own study in
2000 uncovered the increased risk of heart attack and other complications. The Food and
Drug Administration has been monitoring problems reported to it since then.

"This is not a total surprise," said Dr. Steven Galson, acting director of the FDA's
Center for Drug Evaluation and Research.

Dr. Steven Abramson, director of rheumatology at New York University Hospital for Joint
Diseases, said "there are very few patients for whom there won't be a good alternative

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

9/30/04 APALERTNJ 12:31:52                                                    Page 3

drug."

Besides generic anti-inflammatory drugs such as ibuprofen, naproxen and aspirin, those
include Celebrex, which Abramson said has not been linked to heart complications.

Celebrex and its successor drug, Bextra, as well as Vioxx and a successor drug called
Arcoxia that is awaiting FDA approval, are part of a class of anti-inflammatory drugs
touted by the pharmaceutical industry as being more effective and having less side effects,
particularly on the gastrointestinal system, than older drugs.

Vioxx's removal will be a blow to hopes that it and other drugs in the class known as
COX-2 inhibitors could be used to prevent cancer in people at high risk of developing
it. A landmark study in 2002 showed that small, daily doses of aspirin could prevent
colon cancer, and studies hinted that COX-2 inhibitors might do the same _ possibly
without aspirin's side effects.

All COX-2 inhibitors can raise blood pressure, but Vioxx appears to be the only one that's
been linked to higher risk of heart attacks and strokes, Galson said.

Merck is scheduled to release financial results for the third quarter, which ends today,
on Oct. 21.

———

On the Net: http://www.merck.com

---- INDEX REFERENCES ----

COMPANY: PFIZER INC; MERCK AND CO INC; SCHERING PLOUGH CORP

NEWS SUBJECT:  (Corporate Financial Data (1XO59); Health & Family (1HE30); Major
Corporations (1MA93))

INDUSTRY:  (Pharmaceuticals & Biotechnology (1PH13); Manufacturing (1MA74); Healthcare
(1HE06); Allergy & Immunology (1AL96); Analgesics (1AN10); Inflammatory Diseases
(1IN19); Orthopedics & Rheumatology (1OR79); Internal Medicine (1IN54); Pharmaceuticals
Research & Development (1PH57); Healthcare Practice Specialties (1HE49))

REGION:  (Americas (1AM92); North America (1NO39); USA (1US73); New York (1NE72))

Language:  EN

OTHER INDEXING:  (BEXTRA; DRUG EVALUATION AND RESEARCH; FDA; FOOD; HKS CO; HOSPITAL FOR
JOINT DISEASES; MERCK; MERCK CO; NEW YORK STOCK EXCHANGE; NYSE; PFIZER; SCHERING PLOUGH;
SCHERING PLOUGH CORP; ZOCOR)  (Abramson; Affected; Drug; Galson; Hemant Shah; Plohoros;
Ray V. Gilmartin; Shah; Steven Abramson; Steven Galson; Tony Plohoros)

Word Count: 1273
9/30/04 APALERTNJ 12:31:52
END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 36

**Vioxx Side Effects Lawyer » Arthritis Drug Vioxx Attorneys » Pain Medication Side Effects Law Firm**

| Home | About Our Law Firm | Featured Sites | Articles and Information | Sitemap | Contact |

The Law Offices of

# Nadrich & Cohen

PersonalInjuryLawCal.com

accident...

"I see it's not just about how you win, but how much you walk away with. I (also) must put in a word about Jordan. I estimate that Larry

...was shot by a gang member • $5,700,000 Judgment for a 9 year old girl wh...

## Accidents & Injuries

Accidental Death
Airplane Accidents
Amusement Park Injuries
Automobile Accidents
Bicycle Accidents
Birthing Injuries
Boating & Water Accidents
Burn Injury
Bus Accidents
Common Carrier Liability
Construction Site Injuries
Defective Medical Devices
Defective Product
Dog Bites
Drunk Drivers
Elder Abuse
Electrocution
Traumatic Head & Brain Injury
Maritime Injury
Motorcycle Accidents
Motorized Scooter Injury
Oilfield Accident
Pedestrian Accidents
Planes, Trains, Buses
Primary Pulmonary Hypertension (PPH)
Reflex Sympathetic Dystrophy (RSD)
School Bus Accidents
Slip and Fall / Premises Liability
Spinal Cord Injury
Swimming Pool Injuries
Train Accidents
SUV Rollovers
Traumatic Head & Brain Injury
Trucking Accidents
Wage Compensation
Work Injuries
Wrongful Death

## Hot Topics

TO IMMEDIATELY CONTACT A QUALIFIED ATTORNEY
PLEASE CALL OUR

# Injury Hotline Number
# 1-800-722-0765

## VIOXX RECALL

## WARNING: The use of Vioxx has been linked to an increase in the chance of heart attacks, cardiovascular problems, hypertension, and strokes.

**Attention Vioxx victims.** Results recently released from the APPROVe study indicates the risk of suffering a heart attack caused by Vioxx can remain for up to one year following discontinuation of the drug. Accordingly, as a result of this recent study, the Vioxx lawyers at Nadrich & Cohen are investigating heart attack victims who have had a heart attack within one year from discontinuing Vioxx use. The two year anniversary of Vioxx being removed from the market is rapidly approaching. The Law Offices of Nadrich & Cohen and its co-counsel are filing all viable cases in New Jersey state court prior to September 1, 2006. If you would like our law firm to review your potential Vioxx claim please contact us as soon as possible so we can evaluate and file any cases prior to September 1, 2006.

#### Click here for Urgent Vioxx Updates.

The prescription drug Vioxx is manufactured by Merck & Co., Inc. ("Merck") and dispensed as a nonsteroidal anti-inflammatory prescription arthritis drug known as rofecoxib tablets. In April 1999 the Food and Drug Administration (FDA) approved Vioxx by way of a New Drug Application was available to the public shortly after that. In fact, Merck began widely distributing and selling Vioxx throughout the United States in May 1999.

Complete and sub form and we will shortly.

**\* Name:**

**\* Home Phone:**

**Work Phone:**

**\* E-mail Address:**

**Case Comments**

| Submit | Rese |

Please be awar transmission of inquiry itself do an attorney-clie relationship.

The Law Offices Nadrich & Cohen,

Toll Free: (800) 71
Fax: (800) 995-29

Although Nadrich offices are locate California, the fir in litigation throu country.

Peanut Butter Recall
Composix Kugel Mesh Patch Recall
Taxus Stent Recall
ReNu Fungal Eye Infections
Fosamax Osteonecrosis of the Jaw
Ortho Evra Birth Control Patch
Guidant Defibrillator Implants
St. Jude Defibrillator
Medtronic Pacemaker
Guidant Pacemaker
Children's Motrin
Stevens-Johnson Syndrome
Benzene Exposure
Vinyl Chloride Exposure
Beryllium Disease
Smith & Nephew Knee Replacement
Bowflex Recall
Guidant Ancure Aortoiliac System
Guidant Ancure Endograft System
Motor Vehicle Crashworthiness
Treadmill Recall
Kidney Dialysis Side Effects
Duragesic Patch/Fentanyl Overdose
Tequin Side Effects
AMO Multi Purpose Solution Recall

**Dangerous Drugs**

Zelnorm
Permax Recall
Trasylol
Strattera
Crestor
Ketek
Ketek Overview
Bextra
Serzone
Vioxx Injury
Zicam
Drug Products Liability
Daypro
Ortho Evra
Palladone
Remicade
Serevent Death
Paxil
Zithromax Side Effects

**Insurance Issues**

Bank Annuity Sales Fraud
Insurance Bad Faith
Insurance Fraud
Title-Insurance Fraud

Regardless of clinical trials and research that showed that Vioxx posed a threat of hypertension and/or hypertension - related side effects, Merck made the drug available to the public, reporting that the arthritis drug was effective and safe for a variety of users.

Merck has stated that Vioxx has been prescribed to over 84 million people in the last five years and 2 million patients are currently taking the drug. Vioxx was taken off the market in the United States and throughout the entire world on September 30, 2004 due to its association with cardiovascular problems, heart attacks, strokes, and other serious and possibly fatal side effects. Extensive research by Merck has shown that people who take the prescription drug Vioxx are at twice the risk for strokes, heart attacks, and other cardiovascular problems than people who do not take the drug. The results of the research have prompted Merck to remove the drug from the market.

If you or a loved one have previously, or are currently taking the arthritis drug Vioxx you may be at risk for serious or possibly fatal side effects, including cardiovascular injuries and heart attacks. You should seek a medical professional immediately to be evaluated and find out if you have suffered dangerous physical problems due to your use of Vioxx.

For more information about Vioxx side effects please click here to visit our Vioxx website.

**If you or a loved one has suffered as a result of taking the prescription drug Vioxx, contact an experienced Vioxx Lawyer at Nadrich & Cohen, LLP.**

_____

THE LAW OFFICES OF

**Nadrich & Cohen**

**1-800-718-4658**

Unumprovident / Denial of Benefits

## Other Types of Claims

Asbestos/Mesothelioma

Lead Paint Exposure

Negligent Security

Product Recall Information

Social Security Claims

Toxic Molds

Medical Malpractice

Human Tissue Recall

Tissue Transplant Recall

---

Copyright © 2007 - Law Offices of Nadrich & Cohen, LLP - Vioxx Lawyers - Pharmaceutical Error Attorneys - Personal Injury
serving the counties of Los Angeles, Orange, San Bernardino, Riverside, San Diego, San Francisco and the Bay Area. All rights re

**California Vioxx Attorney Disclaimer**: The California Vioxx, Vioxx side effects, drug error, pharmaceutical error, wrong
dangerous drug, drug recall, or other legal information presented at this site should not be construed to be formal legal advic
formation of a lawyer or attorney client relationship. Any results set forth herein are based upon the facts of that particular ca
not represent a promise or guarantee. Please contact a California Vioxx Lawyer or Pharmaceutical Error Attorney for a consultatic
particular personal injury matter. This web site is not intended to solicit clients for matters outside of the state of California.

FAQ's: Do you specialize in automobile accidents? » Are your attorneys available anywhere in California?
What types of personal injury cases do you represent? » Does your law firm represent defective drug or product recall attorne
Do you represent injury claims in the Los Angeles area? » Why should I choose your law firm?
What is a personal injury lawsuit? » How many years of personal injury legal experience do you have ?
How do I know what my personal injury legal rights are? » Can your law firm win my personal injury settlement?

Home » Site Map » RLE » Contact Us

About Our Law Firm: Victories & Settlements » Meet Our Team » Ten Reasons to Hire Us » How We Can Help You
How We Work For You » Mission Statement » What Is Your Case Worth » Affiliate Firms

Articles & Information:  Selecting The Right Lawyer For Your Case » What Is The $ Value Of My Claim? » Frequently Asked Que
Finding A Lawyer » What To Do In An Accident » Personal Injury Claim Process » Importance of Selecting the Best Attorney
The Car Insurance You Don't Need » Beating The Insurance Co. » Auto Insurance » Gap Insurance » Vehicular Accidents Q&
Auto Accident Victims Compensation » Deadlines For Filing Claims » Resource Links » Legal Dictionary » International Inquir
Attorney Referral Policy » Contingency Fees » Nation's Highway Fatality Rate » Recall Updates » The Truth About Insurance Con
What To Do In A Slip & Fall Accident

Contact us today: 1-800-718-4658

# EXHIBIT  37

1 of 31 DOCUMENTS

Copyright 2004 The Lexington Herald-Leader
All Rights Reserved
Lexington Herald Leader (Kentucky)

**OCTOBER** 1, 2004 Friday FINAL EDITION

**SECTION:** BUSINESS; Pg. B6

**LENGTH:** 618 words

**HEADLINE:** MERCK'S BAD DAY PULLS DOW LOWER

**BYLINE:** Michael J. Martinez, Associated Press

**DATELINE:** NEW YORK

**BODY:**

NEW YORK -- Wall Street closed out a dismal third quarter with a mixed performance yesterday after Merck & Co. said it would be forced to remove its best-selling **Vioxx** arthritis drug from the market. Merck's unexpected bad news left blue chips with a loss for the day, while high-tech stocks got a lift from bargain hunters.

Merck's troubles -- **Vioxx** was found to carry an increased risk of heart attack and stroke -- were magnified because the company is part of the Dow Jones industrials. Analysts said the Dow probably would have been flat to slightly higher without Merck's announcement.

Bad economic news also weighed on stocks as the Labor Department reported the biggest increase in weekly first-time jobless claims in seven months, and the Commerce Department reported consumer spending was flat for the month of August.

"I think the Merck bombshell has certainly superseded anything else we might have gotten today," said Bryan Piskorowski, market analyst at Wachovia Securities. "Merck is going to keep us in the trading range we've been in all week, and I think we'll be in that range for the short term, at least until earnings come out in a few weeks."

According to preliminary calculations, the Dow fell 55.97, or 0.6 percent, to 10,080.27. Merck represents 3.27 percent of the Dow, and Dow Jones & Co., which manages the index, said Merck's tumbling share price equated to at least an 88 point drop.

Broader stock indicators were narrowly mixed. The Standard & Poor's 500 index was down 0.22, or 0.02 percent, at 1,114.58, and the Nasdaq composite index gained 2.90, or 0.2 percent, to 1,896.84.

Although Merck's troubles seemed to be limited to the company itself -- pharmaceutical stocks were mixed to slightly lower on the news -- it was just one of many pressures on stocks throughout the third quarter, which saw oil prices rise past $50 a barrel, an unexpected slowdown in economic growth and a series of negative earnings warnings from top companies.

The major indexes ended the quarter substantially lower, with the Dow losing 3.4 percent, the Nasdaq tumbling 7.4 percent and the S&P 500 dropping 2.3 percent. The Dow's losses from July to September represented the biggest quarterly decline since the first quarter of 2003, while the Nasdaq's losses for the quarter were the worst since the third quarter of 2002.

For the month, the Dow lost 0.9 percent -- the sixth consecutive September loss for the index -- while the S&P 500 gained 0.9 percent and Nasdaq added 3.2 percent.

MERCK'S BAD DAY PULLS DOW LOWER Lexington Herald Leader (Kentucky) OCTOBER 1, 2004 Friday FINAL EDITION

In other economic news, consumer incomes rose 0.4 percent in August, but spending remained flat as consumers contended with higher fuel prices throughout the summer. A barrel of light crude settled at $49.64, up 13 cents, on the New York Mercantile Exchange.

With consumer spending in a lull, economists said it will be up to businesses' capital spending to push the economy forward in the short term. The Commerce Department reported that business spending grew at a 3.3 percent annual rate in the second quarter, an improvement on a previous estimate of 2.8 percent but still lower than the 4.5 percent increase from the first quarter.

"We're definitely seeing some mixed economic data, which is consistent with the worries we've been having over the economy and consistent with companies that have pre-announced warnings for the third quarter," said Jack Caffrey, equities strategist at J.P. Morgan Private Bank. "That mixed message could continue until we get better economic data and, eventually, better earnings."

Merck said the withdrawal of **Vioxx** from the market will mean a major loss of revenue, as the drug accounted for $2.5 billion in worldwide sales.

**LOAD-DATE:** September 1, 2005

2 of 31 DOCUMENTS

Copyright 2004 The Lexington Herald-Leader
All Rights Reserved
Lexington Herald Leader (Kentucky)

**OCTOBER** 1, 2004 Friday FINAL EDITION

**SECTION:** MAIN NEWS; Pg. A1

**LENGTH:** 693 words

**HEADLINE: VIOXX** NEWS STUNS AREA DOCTORS;
ARTHRITIS DRUG PULLED ON HEART, STROKE RISKS

**BYLINE:** Barbara Isaacs, Herald-Leader Staff Writer

**BODY:**

Lexington arthritis specialists were stunned by yesterday's announcement that the popular arthritis drug **Vioxx** was being removed from the market by its maker, Merck & Co.

"There were previous studies on the table with concerns but not proof that there was a possibility of increased risk of heart attack and stroke with **Vioxx,**" said Dr. Gary Margolies, a Lexington rheumatologist, the medical specialty that deals with arthritis and related illnesses.

Specialists recommend that patients immediately stop taking **Vioxx** and call their doctors for advice on which alternative medication to take in its place.

The news of **Vioxx's** dangers came five years after Merck put the drug on the market with great fanfare. **Vioxx** has since become one of the world's most aggressively marketed drugs, advertised in magazines and in TV commercials, with celebrity endorsements from former athletes Dorothy Hamill and Bruce Jenner.

The withdrawal marks a serious blow to New Jersey-based Merck, the world's third-largest drug maker. **Vioxx** accounted for $2.5 billion in worldwide sales in 2003, and has been taken by 84 million people worldwide since its introduction. An estimated 2 million people are now using it.

A Merck study intended to evaluate **Vioxx's** ability to prevent recurrence of colon polyps instead found an increased risk of heart attack and stroke after 18 months of taking 25 milligrams of **Vioxx** daily. The study was halted.

But that was not the only recent troubling finding. A recent study of nearly 1.4 million Californians insured by Kaiser Permanente found triple the risk of acute heart attack or sudden cardiac death among people who used more than 25 milligrams of **Vioxx** daily, compared to people using other types of pain relievers, including Celebrex, a main competitor.

Two studies also found possible increases in blood pressure because of **Vioxx,** and a Canadian study linked the drug to a higher risk of congestive heart failure in the elderly, said the American College of Rheumatology, which posted an alert to its members.

Margolies and other arthritis specialists expect a deluge of calls from patients as they learn of **Vioxx's** fate. "My nurses are bracing for calls," Margolies said.

Specialists said there are many other effective alternatives, including older anti-inflammatory medications, which also are much less costly.

**Vioxx** and other related drugs, such as Celebrex, known as COX-2 inhibitors, have been used most often in people at higher risk from gastrointestinal bleeding, which can be a life-threatening side-effect of the older medications.

VIOXX NEWS STUNS AREA DOCTORS;ARTHRITIS DRUG PULLED ON HEART, STROKE RISKS Lexington Herald Leader (Kentucky) OCTOBER 1, 2004 Friday FINAL EDITION

"They came out and were being sold as miracle drugs," said Dr. Robert Lightfoot, a University of Kentucky rheumatologist. "But not everybody needs to take them."

About half of his 500 patients take **Vioxx.**

"For most patients, Tylenol is a safe alternative," Margolies said. "None of the new medications has ever been able to prove that they're better" for pain relief. He said he's more often switched people from newer drugs to older medications, instead of the reverse. Out of his 2,000 patients, Margolies estimates about 50 were on **Vioxx.**

"There's enormous pressure from patients to take the newest drugs that they've seen on TV," Lightfoot said.

The Associated Press contributed to this report.

Getting a refund

Patients can get a refund on unused **Vioxx** by mailing back the remaining drug in the original container, along with a pharmacy receipt, to: NNC Group, Merck Returns, 2670 Executive Dr., Indianapolis, Ind. 46241.

A note with the patient's name, address and phone number should be included. The company will reimburse the cost of the full prescription plus regular shipping.

More instructions and information are available over the Internet at www.**vioxx.**com and www. merck.com or by calling (888) 368-4699.

Other choices

* Prescription alternatives: Celebrex and Bextra, both made by Pfizer Inc. Other prescription substitutes include sulindac, sold as Clinoril, and ketoprofen, sold as Orudis and Oruvail.

* Non-prescription alternatives include aspirin, ibuprofen (Advil), acetaminophen (Tylenol) and naproxen (Aleve).

**LOAD-DATE:** September 1, 2005

# EXHIBIT  38

**Owensboro Messenger-Inquirer (KY)**
October 1, 2004

Section: A
Page: 1

Topics:
**Index Terms:**
Medicine
**Merck recalls Vioxx Arthritis drug found in study to raise heart attack, stroke risk**
Author: *From staff and wire reports*
Article Text:
TRENTON, N.J. - **Vioxx**, the blockbuster arthritis drug heavily promoted on TV and taken by tens of millions of people, was pulled from the market by its maker Thursday after a study found it doubled the risk of heart attacks and strokes.

Experts advised patients to immediately stop taking **Vioxx** and talk to their doctors about alternatives.

"Given the availability of alternative therapies, and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take," said Ray V. Gilmartin, chairman, president and chief executive of Merck & Co.

The news of **Vioxx**'s dangers came five years after Merck put the drug on the market with great fanfare. **Vioxx** has since become one of the world's most aggressively marketed drugs, advertised in magazines and in TV commercials, with celebrity endorsements from former athletes Dorothy Hamill and Bruce Jenner.

Local pharmacists said they were taken aback when **Vioxx** was officially pulled from the market Thursday.

"It was kind of surprising, we didn't expect it," said Richard Hayden of King Drug & Home Care on Carter Road.

Kroger Pharmacist Larry Graham, at the Frederica Street location, said although he read preliminary reports about potential problems with **Vioxx**, he still didn't expect the drug to be recalled.

"It was a very popular drug; it was probably one of the top moneymakers for Merck," Graham said. "It would not be good to have Merck stock right now."

Graham said the recall is foreboding of "something really wrong with the drug" and reminiscent of the recall of the diet drug Fen-Phen.

"You have recalls, but nothing so popular as **Vioxx**," he said. "It was surprising. It opens the door to the kind of class action lawsuits that resulted from the Fen-Phen recall."

The withdrawal marks a serious blow to New Jersey-based Merck, one of the world's biggest drug makers. **Vioxx** accounted for $2.5 billion in worldwide sales in 2003, and 84 million prescriptions have been filled since the drug's introduction. An estimated 2 million people are now using it.

Merck stock plunged $12.07, or nearly 27 percent, to close at $33 in extremely heavy trading, wiping out $28 billion in market value. Merck also dragged down the Dow Jones industrial average, which was off by more than 55 points.

**Vioxx**, which is also prescribed for acute pain and disorders such as carpal tunnel syndrome, is seen as a potential cancer-prevention medicine as well. In fact, the recall was prompted by a three-year study aimed at showing that the drug could prevent the recurrence of potentially cancerous polyps in the colon and rectum.

Participants taking **Vioxx** for more than 18 months were found to be twice as likely as those given dummy pills to suffer a heart attack, stroke or other heart complications. During the study, 10 patients died, five who had been taking **Vioxx** and five who took dummy pills.

The Food and Drug Administration said there were early signs of potential problems with **Vioxx**. A Merck study led to warnings about heart risks being placed on the drug's label in 2002, and the FDA has been monitoring problems that have been reported since then.

"This is not a total surprise," said Dr. Steven Galson, acting director of the FDA's Center for Drug Evaluation and Research.

**Vioxx** is part of a class of anti-inflammatory drugs called cox-2 inhibitors that have been heavily touted by the pharmaceutical industry as being more effective and having fewer side effects, particularly on the stomach, than older drugs. Pfizer's Celebrex and Bextra are also cox-2 inhibitors. But so far there has been no evidence that these other drugs pose any dangers to the heart.

Officials do not yet know how **Vioxx** may be causing the increased risk.

Alternatives to **Vioxx** include generic pain relievers such as ibuprofen and aspirin, as well as Celebrex.

"There are very few patients for whom there won't be a good alternative drug," said Dr. Steven Abramson, director of rheumatology at New York University Hospital for Joint Diseases.

Abramson said there is no reason for those who used **Vioxx** in the past to panic; he said there is no evidence that the elevated risk of heart attack persists after a patient has stopped taking the drug.

In the study that was halted, 45 of the 1,287 people taking **Vioxx** had heart attacks or other cardiovascular problems versus 25 out of the 1,299 who got dummy pills, Merck reported. That translated to 3.5 percent of patients on the drug and only 1.9 percent on placebo, according to the FDA.

Personal-injury lawyers have already begun circling Merck, with at least one announcing plans for a class-action lawsuit. Another claimed he already represents 58 patients around the country allegedly harmed by **Vioxx**, including people who suffered a heart attack, stroke, internal bleeding or kidney failure.

Merck spokesman Tony Plohoros said the company expects additional lawsuits over **Vioxx** and will defend them vigorously.

"It's a disaster for Merck, coming at the worst time," said health care analyst Hemant Shah of HKS & Co. in Warren, N.J.

Merck said patients with leftover pills can mail them back to the company for a refund. **Vioxx** is costly, with a 30-day supply costing about $100, far more than generic pain relievers.

**Vioxx** was the 20th-best-selling drug in the United States last year, accounting for $1.8 billion in sales. But sales dipped 18 percent in the second quarter of this year to $653 million, partly because of increasing concerns about the drug's safety.

Merck also is faced with the 2006 expiration of its patent for Zocor, a cholesterol drug that is its best-selling product. Sales are expected to plunge when generic competition begins.

Merck's announcement stands to benefit rival Pfizer, the world's biggest drug maker. The two companies have been battling for market share, with Pfizer's Celebrex dominating the market with about $2.6 billion in U.S. sales alone last year.

**Vioxx**'s removal also will be a blow to hopes that it and other cox-2 inhibitors could be used to prevent cancer in people at high risk of developing it. A landmark study in 2002 showed that small, daily doses of aspirin could prevent colon cancer, and studies hinted that cox-2 inhibitors might do the same, perhaps without aspirin's side effects.

The FDA on Sept. 8 approved the use of **Vioxx** for rheumatoid arthritis in children as small as 2 years old and 22 pounds. FDA officials said Thursday that no safety problems have been found among children using the drug.

Linda A. Johnson of the Associated Press and Messenger-Inquirer reporter Chris O'Nan wrote this story.
Copyright, 2004, Owensboro Messenger-Inquirer
Record Number: 12324109

# EXHIBIT  39

6 of 102 DOCUMENTS

Copyright 2004 The Commercial Appeal, Inc.
The Commercial Appeal (Memphis, TN)

**October** 1, 2004 Friday Final Edition

**SECTION:** NEWS; Pg. A1

**LENGTH:** 802 words

**HEADLINE: VIOXX** SHELVED; DRUG USED BY MILLIONS

**BYLINE:** Maria Burnham burnham@commercialappeal.com

**BODY:**

Dr. A. Earle Weeks thought so highly of **Vioxx,** he didn't just prescribe the arthritis drug to his patients, he took it himself.

So he was surprised Thursday when the drug's maker, Merck & Co., announced it was withdrawing the drug because new data from a clinical trial found an increased risk of heart attack and stroke.

"I find it works very well and I was dismayed to hear about it," said Weeks, founding partner of Family Cancer Center.

Although the bulk of Weeks's work is with cancer and oncology patients and not necessarily arthritis patients, he has found **Vioxx** an extremely effective pain reliever.

There was some hope that **Vioxx** would become a cure for certain types of cancer, and the problems with it were actually discovered during trials to prove its effectiveness in that realm.

The company was in the middle of a three-year study aimed at showing that **Vioxx** at a 25 milligram dose could prevent recurrence of polyps in the colon and rectum. Such polyps can turn cancerous. The study was stopped after Merck discovered participants had double the risk of a heart attack compared to those taking a placebo. During the study, 10 patients died, five who had been taking **Vioxx** and five who took dummy pills.

Merck's stock plunged almost 27 percent as the pharmaceutical giant said the recall would hurt its earnings.

"It's a disaster for Merck, coming at the worst time," said independent health care analyst Hemant Shah of HKS & Co. in Warren, N.J.

At least one plaintiffs' attorney announced plans for a class-action lawsuit against Merck. Another claimed to represent 58 patients around the country allegedly harmed by **Vioxx,** including people who suffered a heart attack, stroke, internal bleeding or kidney failure.

Merck spokesman Tony Plohoros said the company anticipates additional personal injury lawsuits over **Vioxx** may be filed and will defend them vigorously.

About 2 million people worldwide use **Vioxx,** Merck said, and 84 million prescriptions have been filled since it came on the market with great fanfare in 1999. It is one of Merck's most important drugs, with $1.8 billion in U.S. sales in 2003 and global sales of $2.5 billion - 11 percent of the company's $22.49 billion in revenue that year.

But **Vioxx** sales dipped 18 percent in the second quarter of this year to $653 million, partly due to increasing concerns about an elevated risk of heart complications.

Weeks said he hasn't seen any cardiovascular problems associated with the drug. The only side effects he knows of have been stomach problems.

"Even though in my heart I believe it's OK, you have to believe the studies. You have to believe what you read."

VIOXX SHELVED; DRUG USED BY MILLIONS The Commercial Appeal (Memphis, TN) October 1, 2004 Friday Final Edition

The drug was widely prescribed internationally and in the Memphis area.

No numbers were available on the size of the Memphis market for **Vioxx,** but Dr. Tim Krahn, medical director for OrthoMemphis, PC, said many patients in the area use it on a daily basis, including his father.

"This is going to affect a whole lot of people."

But patients have several choices of drugs that fall into the same class, known as COX-2 inhibitors. Krahn said he favored **Vioxx** in his practice because it had fewer side effects than equally effective anti-inflammatory drugs like Celebrex and Bextra - **Vioxx** is easier on the stomach.

**Vioxx** users should stop taking the medicine and consult their physicians as soon as possible on an alternative prescription.

The biggest concern in switching drugs is probably not which one to switch to but whether an individual's insurance company will pay for the new drug, Krahn said.

Some companies now pay for **Vioxx** and not Celebrex or vice versa.

"That's our concern - that the insurance agencies will pick up Celebrex now that **Vioxx** is no more."

Insurance giant BlueCross BlueShield of Tennessee, which covered **Vioxx,** will pick up coverage of Bextra and Celebrex for their clients, said Mary Thompson with BlueCross.

"We will cover these drugs for patients having to make the switch because we have an open formulary," she said.

The company is also encouraging patients to speak with their physician and pharmacist about the change and about any equally effective and more affordable generic equivalents.

Pharmacies may have to scramble a bit to stock for the increased demands of the other drugs. But most pharmacies are able to order in medication relatively quickly, said Bryan Love, assistant director of the pharmacy at Baptist Memorial Hospital Memphis.

Baptist is switching over and has already contacted the doctors of all its patients, he said. "We have had the drug on our formulary, as I am sure most hospitals in the nation have. Everyone felt like the drug was very safe. This was new information."

- Maria Burnham: 529-2320

The Associated Press contributed to this story.

**LOAD-DATE:** October 2, 2004

# EXHIBIT  40

2 of 102 DOCUMENTS

Copyright 2004 Chattanooga Publishing Company
Chattanooga Times Free Press (Tennessee)

**October** 1, 2004 Friday

**SECTION:** WIRE - FINANCIAL; Pg. A1

**LENGTH:** 903 words

**HEADLINE:** Arthritis drug **Vioxx** recalled

**BYLINE:** By Linda A. Johnson; The Associated Press

**DATELINE:** TRENTON, N.J.

**BODY:**

**Vioxx,** the blockbuster arthritis drug heavily promoted on TV and taken by tens of millions of people, was pulled from the market by its maker Thursday after a study found it doubled the risk of heart attacks and strokes.

Experts advised patients to stop taking **Vioxx** immediately and talk to their doctors about alternatives.

"Given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take," said Ray V. Gilmartin, chairman, president and chief executive of Merck & Co.

The news of **Vioxx's** dangers came five years after Merck put the drug on the market with great fanfare. **Vioxx** since has become one of the world's most aggressively marketed drugs, advertised in magazines and in TV commercials, with celebrity endorsements from former athletes Dorothy Hamill and Bruce Jenner.

The withdrawal marks a serious blow to New Jersey-based Merck, the world's third-largest drug maker. **Vioxx** accounted for $ 2.5 billion in worldwide sales in 2003 and has been taken by 84 million people worldwide since its introduction. An estimated 2 million people are using it.

Merck stock plunged $ 12.07, or nearly 27 percent, to close at $ 33 in extremely heavy trading, wiping out $ 28 billion in market value. Merck also dragged down the Dow Jones industrial average, which was off by more than 55 points.

**Vioxx,** which also is prescribed for acute pain and disorders such as carpal tunnel syndrome, is seen as a potential cancer-prevention medicine, as well. In fact, the recall was prompted by a three-year study aimed at showing that the drug could prevent the recurrence of potentially cancerous polyps in the colon and rectum.

Participants taking **Vioxx** for more than 18 months were found to be twice as likely as those given dummy pills to suffer a heart attack, stroke or other heart complications.

The Food and Drug Administration said there were early signs of potential problems with **Vioxx.** A Merck study led to warnings about heart risks being placed on the drug's label in 2001, and the FDA has been monitoring problems that have been reported since then.

"This is not a total surprise," said Dr. Steven Galson, acting director of the FDA's Center for Drug Evaluation and Research.

**Vioxx** is part of a class of anti-inflammatory drugs called cox-2 inhibitors that have been touted heavily by the pharmaceutical industry as being more effective and having fewer side effects, particularly on the stomach, than older drugs. Pfizer's Celebrex and Bextra are also cox-2 inhibitors. But so far there has been no evidence that these other drugs pose any dangers to the heart.

Arthritis drug Vioxx recalled Chattanooga Times Free Press (Tennessee) October 1, 2004 Friday

Officials do not yet know how **Vioxx** may be causing the increased risk.

Alternatives to **Vioxx** include generic pain relievers such as ibuprofen and aspirin, as well as prescription drug Celebrex.

"There are very few patients for whom there won't be a good alternative drug," said Dr. Steven Abramson, director of rheumatology at New York University Hospital for Joint Diseases.

Abramson said there is no reason for those who used **Vioxx** in the past to panic; he said there is no evidence that the elevated risk of heart attack persists after a patient has stopped taking it.

In the study that was halted, 45 of the 1,287 people taking **Vioxx** had heart attacks or other cardiovascular problems versus 25 out of the 1,299 who got dummy pills, Merck reported. That translated to 3.5 percent of patients on the drug and only 1.9 percent on placebo, according to the FDA.

Personal-injury lawyers already have begun circling Merck, with at least one announcing plans for a class-action lawsuit. Another claimed he already represents 58 patients around the country allegedly harmed by **Vioxx,** including people who suffered a heart attack, stroke, internal bleeding or kidney failure.

"It's a disaster for Merck, coming at the worst time," said health care analyst Hemant Shah of HKS & Co. in Warren, N.J.

Merck said patients with leftover pills can mail them back to the company for a refund. **Vioxx** is costly, with a 30-day supply costing about $ 100, far more than generic pain relievers.

**Vioxx** was the 20th-best-selling drug in the United States last year, accounting for $ 1.8 billion in sales. But sales dipped 18 percent in the second quarter of this year to $ 653 million, partly because of increasing concerns about the drug's safety.

Merck also is faced with the 2006 expiration of its patent for Zocor, a cholesterol drug that is its best-selling product. Sales are expected to plunge when generic competition begins.

Merck's announcement stands to benefit rival Pfizer, the world's biggest drug maker. The two companies have been battling for market share, with Pfizer's Celebrex dominating the market with about $ 2.6 billion in U.S. sales alone last year.

**Vioxx's** removal also will be a blow to hopes that it and other cox-2 inhibitors could be used to prevent cancer in people at high risk of developing it. A landmark study in 2002 showed that small, daily doses of aspirin could prevent colon cancer, and studies hinted that cox-2 inhibitors might do the same, perhaps without aspirin's side effects.

The FDA on Sept. 8 approved the use of **Vioxx** for rheumatoid arthritis in children as small as 2 years old and 22 pounds. FDA officials said Thursday that no safety problems have been found among children using the drug.

**LOAD-DATE:** October 5, 2004

# EXHIBIT  41

100434

**Time of Request:** Tuesday, October 23, 2007  09:11:16 EST
**Client ID/Project Name:** 15612#574760-0090
**Number of Lines:** 50
**Job Number:**     1842:55123483

Research Information

**Service:**   Terms and Connectors Search
**Print Request:** Current Document: 5
**Source:** The Tennessean (Nashville, Tennessee))
**Search Terms:** vioxx and date(geq (9/30/2004) and leq (10/30/2004))

**Send to:**  BAGGETTA, BRIAN
         O'MELVENY & MYERS - CSAMP
         1625 "I" ST. NW FL 10
         WASHINGTON, DC 20006

5 of 5 DOCUMENTS

Copyright 2004 The Tennessean
All Rights Reserved
The Tennessean

October 1, 2004 Friday 1st Edition

**SECTION:** MAIN NEWS; Pg. 2A

**LENGTH:** 442 words

**HEADLINE:** Vanderbilt study helps lead to recall of medicine

**BYLINE:** BUSH BERNARD

**BODY:**

By BUSH BERNARD

Staff Writer

A Vanderbilt University study published in 2002 on the potential dangers of high doses of Vioxx helped lead to drugmaker Merck & Co.'s decision yesterday to take the popular arthritis drug off the market.

Vanderbilt's study of 40,000 TennCare patients who used anti-inflammatory drugs in 2001 confirmed an earlier study commissioned by Merck that people who took 50 milligrams of Vioxx daily had double the risk of heart attack or stroke. A new study Merck commissioned found the same risk in people who take 25-milligram dosages.

"These are rare, but serious events," said Dr. Marie Griffin, a Vanderbilt professor of preventive medicine who was lead author on the Vanderbilt study.

"Most people who take the drug won't have one of these things," she said. "But there are other alternatives that don't cause heart attacks and strokes."

Dr. Alastair Wood, Vanderbilt associate dean and professor of medicine and pharmacology, echoed those sentiments.

"This is one of those areas where there's good alternative medicines available," said Wood, who is also on the editorial board for the New England Journal of Medicine.

"Patients obviously should and will have to stop taking Vioxx," he said. "They can fairly readily switch to other drugs that are effective."

There don't appear to be any long-term risks for those who stop taking Vioxx, Wood added.

"Once they've stopped (taking) the drug, any increased risk there is should disappear very quickly," he said.

Celebrex and Bextra are other medications similar to Vioxx that haven't shown the increased risk for heart problems that Vioxx has shown, Griffin said. People should visit their doctor to see which medication is best for them, she added.

Vanderbilt study helps lead to recall of medicine The Tennessean October 1, 2004 Friday 1st Edition

"There are probably some people who will feel like this really worked great for me," she said. "Some people would even be willing to take the risk, but it doesn't make sense from a public health standpoint because we can't identify who is going to have the problem."

People most at risk are those who have other factors that increase the risk of heart attack and stroke, such as those with high blood pressure, high cholesterol and who smoke cigarettes, Griffin said. "As you get older, your risk also increases for heart attack or stroke, so older people who may not have those factors are still at risk," she said.

Researchers aren't sure what there is about Vioxx that causes the increased risk.

It's "something very specific," she said. "There are some theories. It is a very strong inhibitor of the Cox2 enzyme and so it may have something to do with that or the dose, but nobody knows for sure."

**LOAD-DATE:** October 3, 2004

100434

********** Print Completed **********

Time of Request: Tuesday, October 23, 2007   09:11:16 EST

Print Number:    1842:55123483
Number of Lines: 50
Number of Pages: 2

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006