# EXHIBIT 53

# VIOXX®
# In
# Colorectal Cancer
# Therapy: definition of
# Optimal
# Regime



# VICTOR

**Phase III, randomised, double blind, placebo controlled study of rofecoxib (VIOXX®) in colorectal cancer patients following potentially curative therapy.**

CRC Institute for Cancer Studies
Clinical Research Block, The Medical School
Edgbaston, Birmingham. B15 2TT

Tel: +44 (0)121 414 6372/3793/6369
Fax: +44 (0)121 414 3700
Email: gi.team@trials.bham.ac.uk

Confidential - Subject To Protective Order          MRK-I8940077768

# VICTOR Trial Advisory Group

| | | |
|---|---|---|
| Professor David Kerr, Clinical Co-ordinator | CRC Institute for Cancer Studies, Birmingham | +44 (0)121 414 3802 |
| Professor Richard Goldberg, | Clinical Coordinator, Mayo Clinic, Rochester, USA | +1 507 266 0029 |
| Professor Michael Langman, Clinical Co-ordinator | University of Birmingham | +44 (0)121 627 2380 |
| Professor Chris Paraskeva, Cell Biology | University of Bristol | +44 (0)117 928 7894 |
| Ms Janet Dunn, Statistician | CRC Trials Unit, Birmingham | +44 (0)121 414 3791 |
| Ms Justine Smith, Clinical Trial Co-ordinator | CRC Trials Unit, Birmingham | +44 (0)121 414 3793 |
| Mr Andrew Stanley, Pharmacy Advisor | City Hospital, Birmingham | +44 (0)121 554 3801 blp 3007 |
| Dr Briggs Morrison, Clinical Research Director | Merck Research Laboratories, Rahway, USA | +1 732 594 3893 |
| Professor Norman Williams | Royal London Hospital | +44 (0)171 377 7079 |
| Professor Colin McArdle | Western General, Edinburgh | +44 (0)131 537 1567 |
| Professor Christopher Marks | Royal Surrey County Hospital, Guildford | +44 (0)1483 562611 |
| Professor Peter Boyle | European Cancer Institute, Milan | +39 02 5748 9815 |
| Professor Michael O'Connell | Mayo Clinic, Rochester, USA | +1 507 266 4997 |
| Professor Alaistair J.M Watson | University of Liverpool, Liverpool | +44 (0)151 706 4074 |

## Study Office

For general queries, supply of trial materials, and collection of data please contact the
Trial Co-ordinator Emma Perry
VICTOR Office, CRC Trials Unit, University of Birmingham, Freepost, MID 18195, Edgbaston, Birmingham, B15 2BR.
Tel: +44 (0)121 414 6372/3793/6369   Fax: +44 (0)121 414 3700
Email: gi.team@trials.bham.ac.uk

## Randomisation

UK Tel: 0800 731 7625 (Mon-Fri, 9-5)  UK Fax: 0800 731 7625 (24 hrs)
Outside UK Tel/Fax: +44 121 414 7844
(Tel: Mon-Fri, 9-5 UK time  Fax 24 hrs)

## Clinical Queries

Clinical queries during office hours should be directed to the Clinical Co-ordinator,
Prof D J Kerr, on
Tel: **+44 (0)121 414 6372/3793/6369**, or to an appropriate member of the steering group.
Out of hours, please call the Queen Elizabeth Hospital switchboard on Tel: **+44 (0)121 472 1311**.
and ask to bleep the VICTOR clinical co-ordinator.

Confidential - Subject To Protective Order                                   MRK-I8940077769

# TABLE OF CONTENTS

1. INTRODUCTION .................................................................................................................................. 1
 1.1. BACKGROUND ................................................................................................................................. 1
 1.2. CYCLO-OXYGENASE INHIBITION AND COLORECTAL CARCINOGENESIS ..................... 2
 1.3. VIOXX ® (ROFECOXIB) .................................................................................................................. 3
2. STUDY OBJECTIVES ......................................................................................................................... 5
3. STUDY DESIGN ................................................................................................................................... 5
 3.1. TYPE OF STUDY .............................................................................................................................. 5
 3.2. EXPECTED NUMBER OF SUBJECTS ........................................................................................... 5
 3.3. STUDY SUMMARY .......................................................................................................................... 5
4. STUDY POPULATION ........................................................................................................................ 5
 4.1. INCLUSION CRITERIA .................................................................................................................... 5
 4.2. EXCLUSION CRITERIA .................................................................................................................. 6
5. STUDY TREATMENT ........................................................................................................................ 6
 5.1. STUDY DRUG SUPPLIES ................................................................................................................ 6
 5.2. SIDE EFFECTS .................................................................................................................................. 7
 5.3. OVERDOSE ........................................................................................................................................ 7
 5.4. SPECIAL PRECAUTIONS ............................................................................................................... 7
 5.5. INTERACTIONS ................................................................................................................................ 8
 5.6. MANAGEMENT OF DRUG ASSOCIATED TOXICITY .............................................................. 8
 5.7. PRIOR CHEMOTHERAPY ............................................................................................................... 8
6. SUBJECT SAFETY .............................................................................................................................. 8
 6.1. ADVERSE EVENTS .......................................................................................................................... 8
 6.2. SERIOUS ADVERSE EVENTS ........................................................................................................ 9
 6.3. CODEBREAKS ................................................................................................................................ 10
7. STUDY ORGANISATION ................................................................................................................. 10
 7.1. SITE RESPONSIBILITIES .............................................................................................................. 10
 7.2. STUDY START-UP ......................................................................................................................... 10
8. CORE DOCUMENTS ........................................................................................................................ 11
9. STUDY PROCEDURES .................................................................................................................... 11
 9.1. RANDOMISATION OF PATIENTS .............................................................................................. 11
 9.2. TREATMENT DURATION ............................................................................................................ 11
 9.3. STUDY DOCUMENTATION ......................................................................................................... 11
 9.4. WITHDRAWAL OF PATIENTS .................................................................................................... 13
 9.5. PROTOCOL COMPLIANCE .......................................................................................................... 13
 9.6. MONITORING ................................................................................................................................. 13
10. STATISTICAL CONSIDERATIONS ............................................................................................ 13
 10.1. PARAMETERS (PRIMARY / SECONDARY END-POINTS) ................................................... 14
 10.2. STRATIFICATION ........................................................................................................................ 14
 10.3. ANALYSIS PLAN ......................................................................................................................... 14
 10.4. MILESTONES ................................................................................................................................ 15
 10.5. DATA AND SAFETY MONITORING ........................................................................................ 15
11. ETHICAL AND REGULATORY STANDARDS ......................................................................... 15
 11.1. ETHICAL PRINCIPLES ................................................................................................................ 15
 11.2. INFORMED CONSENT ................................................................................................................ 15
 11.3. ETHICS COMMITTEE REVIEW ................................................................................................. 15
 11.4. ANNUAL REPORT ....................................................................................................................... 16
 11.5. INDEMNITY .................................................................................................................................. 16
 11.6. PATIENT CONFIDENTIALITY ................................................................................................... 16
12. STUDY ADMINISTRATION .......................................................................................................... 16
 12.1. COMPUTERISED RECORDS ...................................................................................................... 16
 12.2. PUBLICATION AND INTELLECTUAL PROPERTY ............................................................... 16
 12.3. ARCHIVING .................................................................................................................................. 17
13. TRANSLATIONAL SCIENCE PROTOCOL ............................................................................... 17
 13.1. BACKGROUND ............................................................................................................................ 17
 13.2. AIMS AND OBJECTIVES ............................................................................................................ 17
14. REFERENCES .................................................................................................................................. 18
APPENDIX 1: PATIENT INFORMATION SHEET ........................................................................... 20
APPENDIX 2: PATIENT CONSENT FORM ....................................................................................... 24
APPENDIX 3 G.P. LETTER .................................................................................................................. 25
APPENDIX 4: COCKCROFT-GAULT FORMULA ........................................................................... 28
APPENDIX 5: COMMON TOXICITY CRITERIA (NCI BETHESDA) ........................................... 29

Confidential - Subject To Protective Order                                                                                           MRK-I8940077770

## 1. INTRODUCTION

### 1.1. BACKGROUND

There are 150 000 newly diagnosed colorectal cancers in Europe each year and 80% of them present no macroscopic evidence of residual tumour after surgical resection. However, as many as 40-50% of patients who undergo potentially curative surgery alone will ultimately relapse and die of subsequent metastatic disease. This observation has led to the development of cytotoxic adjuvant therapy in order to kill tumour cells undetectable by current radiological techniques [1, 2, 3]. Administration of adjuvant chemotherapy after surgery when the tumour burden is low, could help to minimise the appearance of drug resistant clones [2].

The efficacy of 5-fluorouracil (5-FU) combined with levamisole (LEV) or folinic acid (FA) in the adjuvant setting has been reported in several independent trials. These trials showed an improvement in disease free survival (DFS) compared with controls. The impact of adjuvant therapy on overall survival (OS) varied among these trials [4 –10]. Table 1. summarises the main randomised studies using 5-FU/FA performed in the adjuvant treatment of colorectal cancer.

Table 1 **Adjuvant treatment of colon cancer: main 5-FU/FA randomised trials**

| Trial/Reference | Treatment vs Control Duration (m) | Patients (n) | Median Follow-up (months) | DFS % 5 FU (FA) vs Control | OS% 5FU(FA) vs Control |
|---|---|---|---|---|---|
| IMPACT [4] | 5-FU –FA vs 0<br>6 m | 1487 | 37 | 71 vs 62<br>p=0.0001 | 83 vs 78<br>p=0.029 |
| SIENA [5] | 5 FU-FA vs 0<br>12m | 234 | 60 | 74 vs 59<br>p=0.005 | 79 vs 65<br>p=0.044 |
| NSABP-C03 [6] | 5FU-FA vs MOF<br>12m | 1045 | 48 | 73 vs 64<br>p=0.0004 | 84 vs 77<br>p=0.003 |
| NSABP-CO4 [7] | 5FU-FAvs 5FU-Lev<br>vs 5FU-Lev-FA<br>6m | 2151 | 63 | 64 vs 60<br>vs 64<br>p<0.05 | 74 vs 69<br>vs 72<br>p<0.05 |
| MAYO [8] | 5FU-FA vs 0<br>6m | 273 | 42 | 77 vs 64<br>p=0.004 | 75 vs 71<br>p=0.13 |
| MAYO [9] | 5FU-Lev 12m vs 5FU-Lev 6m<br>vs 5FU-FA-Lev 12m<br>vs 5FU-FA-Lev 6m | 891 | 61 | 65 vs 60<br>vs 58   p=NS<br>vs 63 | 64 vs 59<br>vs 61    P <0.05<br>vs 69 |
| INT 0089 [10] | 5FU-Lev 12m<br>vs 5FU-LDFA 7-8m<br>vs 5FU-HDFA 7-8m<br>vs 5FU-LDFA-Lev 7-8m | 3759 | 60 | [17]<br>60<br>59    P <0.05<br>60 | 61<br>66<br>65    P <0.05<br>67 |

1

Confidential - Subject To Protective Order                                                                 MRK-I8940077771

FA=Folinic acid, LEV=Levamisole, DFS%=% of patients alive without disease recurrence at time of analysis, OS%=% of patients alive at time of analysis. LD= Low dose, HD= High dose, MOF= methyl CCNU, vincristine and 5-FU

The duration of treatment varied among studies but one of the conclusions of the NCCTG-NCI-Canada clinical trial was that 12 months of adjuvant chemotherapy offered no advantage over 6 months for colorectal cancer [9].

QUASAR, the UKCCCR trial of adjuvant chemotherapy for colorectal cancer, randomised patients on the principle of uncertainty i.e. if clinician and patient were substantially uncertain of the benefits of chemotherapy, the patient was randomised to chemotherapy vs follow-up. If there was a definite indication for chemotherapy, the patient was randomised into a factorial comparison of high (175 mg) vs low (25 mg) dose FA and levamisole vs placebo whilst receiving a fixed dose of 5-FU (370 mg/m$^2$). QUASAR has been remarkably successful, recruiting nearly 6000 patients in 3.5 years, making it the largest trial of systemic chemotherapy in the world. The certain arm was closed in October 1997 and preliminary analysis (2.7 years median follow-up) suggests that neither high dose FA nor levamisole confers additional useful survival [12]. Quality of life and detailed toxicity data are being evaluated currently, however preliminary health economic analysis favours low dose FA. Though it is generally agreed that patients with Stage C colon and rectal [1] cancer benefit from adjuvant chemotherapy, it is still controversial whether one should treat stage B patients [1]. Quasar 1 continues to recruit patients to chemotherapy vs observation to provide more information on Dukes B patients (2000 towards a total of 2500 having been recruited).

**1.2. CYCLO-OXYGENASE INHIBITION AND COLORECTAL CARCINOGENESIS**

Epidemiological, clinical, animal and laboratory studies combine to present convincing evidence that traditional Non-Steroidal Anti Inflammatory Drugs (NSAIDs) such as aspirin and sulindac, can protect against colorectal cancer. The epidemiological studies indicate an approximate 50% reduction in the incidence of, or death from, colorectal cancer among regular users of aspirin and sulindac. A number of mechanisms by which the traditional NSAIDs are thought to be chemopreventive have been proposed and these include: the inhibition of procarcinogen activation and carcinogen formation, tumour cell invasion and metastasis, and tumour angiogenesis, as well as the induction of tumour cell apoptosis and stimulation of immune surveillance [11].

Traditional NSAIDs inhibit cyclo-oxygenase (COX), the rate-limiting enzyme in prostaglandin biosynthesis. There are two isoforms of COX. COX-1 is constitutively expressed in most tissues and has a role in normal gastrointestinal tissue homeostasis. COX-2 is induced by a variety of cytokines and mitogens and cannot be detected in most normal tissues. COX-2 is upregulated in 40% of human colorectal adenomas and 85% of human colorectal carcinomas [13,14]. Consistent with this, colorectal neoplasia is associated with increased PGE$_2$ (the major prostaglandin in the colon) synthesis. Genetic evidence that COX-2 has a direct role in intestinal tumorigenesis has been obtained using a mouse model of familial adenomatous polyposis (FAP). Inactivating the COX-2 gene in the APC $^{\Delta 716}$ knockout mouse dramatically reduces the size and number of polyps [15]. Thus a convincing case has been made for COX-2 having an important role in colorectal carcinogenesis and being an important target for chemoprevention.

However, the use of traditional NSAIDs which inhibit both forms of cyclooxygenase (COX-1 and COX-2) has been restricted because of their gastrointestinal toxicity. It is the inhibition of COX-1 by traditional NSAIDs such as aspirin and sulindac, which is thought to be largely responsible for their adverse side effects and the inhibition of COX-2 for their beneficial anti-neoplastic activity.

Recently, a new class of drugs, the so called COX-2 selective NSAIDs which are not as toxic as the traditional NSAIDs, have been developed. Most importantly the COX-2 selective NSAIDs retain the anti-neoplastic effects of traditional NSAIDs and appear, like aspirin and sulindac, to be effective chemopreventive agents in a number of murine models of intestinal neoplasia [16,17,18]. In fact, when evaluated using similar protocols, they are more effective than the NSAIDs aspirin, ibuprofen, sulindac and piroxicam [17]. Most importantly COX-2 selective inhibitors retain antineoplastic properties which raises the possibility that they may be effective not only for chemoprevention but also as adjuvants to existing therapies or for the development of novel

2

Confidential - Subject To Protective Order
MRK-I8940077772

therapies for colorectal cancer. For example, COX-2 selective NSAIDs inhibit angiogenesis factors and endothelial tube formation [19]. This is potentially very important because tumour growth and progression is highly dependent on angiogenesis. Furthermore, COX-2 selective NSAIDs retain another property which is very important for therapeutic agents, their ability to induce cell cycle arrest and apoptosis in colorectal tumour cells [20,21].

This is significant since there is increasing evidence that one principal mechanism which underlies the ability of NSAIDs to inhibit and reverse tumour growth, is their ability to induce apoptosis. Indeed there is evidence that cellular transformation increases sensitivity to NSAID-induced apoptosis [22,23,24].

In summary, COX-2 selective inhibitors, which have far less adverse side effects than conventional NSAIDs, are very effective chemopreventive agents. Furthermore, they retain important antineoplastic properties such as the ability to inhibit angiogenic factors, endothelial tube formation and induce apoptosis in colorectal tumour cells. Thus making them excellent candidates to be used as possible novel adjuvants to existing therapies or as novel treatments for colorectal cancer.

### 1.3. VIOXX® (ROFECOXIB)

VIOXX® is a potent, orally active COX-2 selective inhibitor.

VIOXX® does not inhibit gastric prostaglandin synthesis and has no effect on platelet function. In a predefined, combined analysis of two 24-week endoscopy studies in osteoarthritis patients, the rate of gastroduodenal ulceration was shown to be similar between placebo and VIOXX®, 25 mg and 50 mg daily, at 12 weeks. In each of these studies, the cumulative incidence of gastroduodenal ulcers was significantly less over 12 and 24 weeks in patients treated with VIOXX® than in patients treated with ibuprofen, 2,400 mg daily [25].

In a predefined, combined analysis of eight clinical trials, the cumulative incidence of confirmed upper GI perforations, ulcers and bleeds (PUBs) in patients treated with VIOXX® was significantly lower than that observed in patients treated with non-selective cyclo-oxygenase inhibitor comparators. At a dosage of 50 mg the incidence of PUBs was numerically increased compared to 25 mg, however it remained lower than the risk with non-selective cyclo-oxygenase inhibitors. Discontinuations for GI adverse experiences over 12 months were less with VIOXX®. Incidence rates of predefined drug-related GI adverse experiences were lower with VIOXX® over 12 months than conventional NSAIDs; this effect being greater over the first 6 months [25].

#### 1.3.1. Pharmacokinetics of VIOXX®

**Absorption**

Orally administered VIOXX® is well absorbed at the recommended doses of 12.5 mg and 25 mg. The mean oral bioavailability is approximately 93%, with a peak plasma concentration observed at 2 hours following 25 mg once daily dosing to steady state in fasted adults. A standard meal had no clinically meaningful effect on the extent of absorption of a 25 mg dose.

There is a greater systemic exposure (approximately 30% greater AUC) in the elderly, but this difference is unlikely to be clinically meaningful.

**Metabolism**

VIOXX® is extensively and hepatically metabolized with approximately 1.1% of a dose recovered in urine as the parent drug.

**Hepatic insufficiency**

Patients with mild hepatic insufficiency (Child-Pugh score 5-6) administered a single 25 mg dose of VIOXX® had a mean AUC similar to healthy subjects given the same dose. Patients with moderate hepatic insufficiency (Child-Pugh score 7-9) had an approximately 69% higher mean AUC than healthy subjects. There are no clinical or pharmacokinetic data in patients with severe hepatic insufficiency.

Confidential - Subject To Protective Order

**Renal insufficiency**

The pharmacokinetics of a single 50 mg dose of VIOXX® in patients with end-stage renal disease on haemodialysis were not significantly different from those of healthy subjects. Haemodialysis contributed negligibly to elimination (dialysis clearance approximately 40 ml/min). Clinical experience in patients with creatinine clearance less than 30 ml/min is not available.

Confidential - Subject To Protective Order                                                                                      MRK-I8940077774

## 2. STUDY OBJECTIVES

**Primary hypothesis:** VIOXX® administered for 2 years will result in greater overall survival compared with placebo.

**Secondary hypotheses:**

1. VIOXX® administered for at least 2 years will result in greater relapse free survival compared with placebo.
2. VIOXX® administered for 5 years will result in greater overall survival compared with VIOXX® administered for 2 years.
3. VIOXX® administered for 5 years will result in greater relapse free survival compared with VIOXX® administered for 2 years.

## 3. STUDY DESIGN

### 3.1. TYPE OF STUDY

This is an international, multicentre, phase III, randomised, double-blind, placebo-controlled trial of VIOXX® vs. placebo and two durations of therapy, 2 years vs. 5 years.

### 3.2. EXPECTED NUMBER OF SUBJECTS

7000 patients

### 3.3. STUDY SUMMARY



The patients are then followed-up 3 months after study entry, 6 months after study entry, 1 year after study entry, 18 months after study entry, 2 years after study entry, and annually thereafter according to local policy for recurrence and survival data.

## 4. STUDY POPULATION

### 4.1. INCLUSION CRITERIA

1. Histologically proven Dukes C (Stage III: any T, $N_{1-2}$, $M_0$) or B (Stage II: $T_3$ or $_4$ $N_0$, $M_0$) colorectal carcinoma.
2. Patients must have undergone complete resection of the primary tumor without gross or microscopic evidence of residual disease.
3. WHO Performance Status 0 or 1.

5

Confidential - Subject To Protective Order    MRK-I8940077775

4. Acceptable haematological and biochemical function. (Recommended values: Absolute neutrophil count $\geq 1.5 \times 10^9$/L; platelets $\geq 100 \times 10^9$/L; creatinine clearance >30 ml/min; total bilirubin, AST/ALT $\leq 1.5$ times the upper limit of the normal range. Tests to be carried out $\leq 2$ weeks prior to randomisation.).
5. Within 12 weeks of finishing potentially curative therapy (surgery alone, or surgery plus radiotherapy and/or chemotherapy).
6. Written informed consent given.

### 4.2. EXCLUSION CRITERIA

7. Patients with active peptic ulceration or G I bleeding in the last year.
8. Patients with past history of adverse reaction to NSAIDs e.g. asthma, acute rhinitis, nasal polyps, angioneurotic oedema or urticaria.
9. Known sensitivity to VIOXX®.
10. Patients on long-term NSAID therapy (except for low-dose aspirin).
11. < 18 years of age.
12. Pregnant, lactating women or male and female patients not using adequate contraception.
13. Previous malignancies other than adequately treated *in situ* carcinoma of the uterine cervix or basal or squamous cell carcinoma of the skin, unless there has been a disease-free interval of at least 10 years.
14. Patients with inflammatory bowel disease.
15. Patients with severe congestive heart failure.

## 5. STUDY TREATMENT

### 5.1. STUDY DRUG SUPPLIES

The CRCTU will supply and replenish free drug and placebo (with a 10% overage and appropriate expiry dates sufficient to complete protocol recruitment and treatment schedules). Drugs will be distributed upon randomisation to the participating hospital's pharmacy.

#### 5.1.1. Nature and content of study drug

The study medication will be contained in bottles. The bottle will contain 210 tablets – either placebo tablets (for patients randomised to placebo) or VIOXX® 25 mg (for patients randomised to VIOXX® treatment). This is a 6 month supply of drug with an overage in case of an unavoidable delay to the patient visit.

Standard labels will be used. The label will contain the bottle number, and patient dosing instructions: "Take 1 tablet each morning".

Active study tablets will contain 25 mg VIOXX® and the following excipients: lactose, microcrystalline cellulose, hydroxypropyl cellulose, croscamellose sodium, magnesium stearate and yellow ferric oxide (E172).

Identical appearing placebo tablets will contain all excipients listed above.

#### 5.1.2. Drug storage

There are no special instructions for storage of study medication.

The shelf-life of VIOXX® is 18 months

#### 5.1.3. Accountability

Participating pharmacies will maintain a dispensing, returns and destruction log. This inventory must be available for inspection by CRCTU staff and worldwide regulatory government agencies if required.

All unused tablets should be returned to the central drug store where accountability and compliance will be checked. Each patient log should be returned to the CRCTU on completion of trial treatment.

Confidential - Subject To Protective Order                                                                                            MRK-I8940077776

### 5.2. SIDE EFFECTS

In clinical trials, VIOXX® was evaluated for safety in approximately 5,400 individuals, including 800 patients treated for one year or longer [25].

The drug-related adverse experiences below were reported at an incidence greater than placebo in patients treated with VIOXX® 12.5 mg or 25 mg for up to 6 months. The adverse experience profile was similar in patients treated for one year or longer [25].

| **Common effects (>1 in 100, <1 in 10)** | **Uncommon effects (>1 in 1000, <1 in 100)** |
|---|---|
| Abdominal pain | Abdominal distension |
| Dizziness | Asthenia/fatigue |
| Oedema/fluid retention | Chest pain |
| Hypertension | Tinnitus |
| Dyspepsia, epigastric discomfort, heartburn | Weight gain |
| Nausea, diarrhoea | Muscular cramp |
| Headache | Insomnia, somnolence, vertigo |
| Pruritis | Depression, decreased mental acuity |
| Increased ALT and AST | Dyspnoea |
| Decreased haematocrit | Atopic dermatitis, rash |
| | Increased Alk Phos |
| | Increased serum creatinine and BUN |
| | Proteinuria |

### 5.3. OVERDOSE

No overdoses of VIOXX® were reported during clinical trials. In clinical studies, administration of single doses of VIOXX® up to 1,000 mg and multiple doses of up to 250 mg/day for 14 days did not result in significant toxicity [25].

In the event of an overdose, it is reasonable to employ the usual supportive measures, e.g. remove unabsorbed material from the GI tract by giving activated charcoal, employ clinical monitoring, and institute supportive therapy if required.

VIOXX® is not dialysable by haemolysis; it is not known if it is dialysable by peritoneal dialysis.

### 5.4. SPECIAL PRECAUTIONS

**Renal**

There is no available clinical experience of using VIOXX® in patients with reduced creatinine clearance (< 30 ml/min). If therapy is given to such patients, close monitoring of the patients' renal function is advisable.

**Cardiac**

As with other drugs known to inhibit prostaglandin synthesis, fluid retention and oedema have been observed in some patients treated with VIOXX®. Caution should therefore be taken in patients with a history of cardiac failure, left ventricular dysfunction, or hypertension and in patients with oedema from any other reason.

**Gastro-intestinal**

The risk of significant gastro-intestinal complications associated with NSAIDs is not completely eliminated by VIOXX®. Ulcers and upper GI perforations, ulcers or bleeds (PUBs) did occur in osteoarthritis patients treated with VIOXX®. Physicians should be aware that patients may develop PUBs irrespective of treatment, but the risk is lower (51%) [26] in patients receiving VIOXX® than in patients treated with non-selective cyclo-oxygenase inhibitors.

Confidential - Subject To Protective Order                             MRK-I8940077777

**Hepatic**

Elevations of ALT and/or AST (approx 3-4 x upper limit of normal) have been reported in approximately 1% of patients in clinical trials of VIOXX®.

A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver function test has occurred, should be evaluated and treatment should be discontinued if persistently abnormal tests are detected (3x upper limit of normal).

**Fever**

VIOXX® may mask fever, which is a sign of infection.

**Effects on ability to drive and operate machinery**

Patients who experience dizziness or somnolence whilst taking VIOXX® should refrain from driving or operating machinery.

### 5.5. INTERACTIONS

In patients on chronic warfarin therapy, the administration of VIOXX®, 25 mg daily, was associated with an approximate 8% increase in prothrombin time International Normalised Ratio [25].

At steady state, VIOXX®, 50 mg once daily, had no effect on the antiplatelet activity of low-dose, 80 mg once-daily, aspirin.

### 5.6. MANAGEMENT OF DRUG ASSOCIATED TOXICITY

There are no restrictions on the management of drug associated toxicity, it is at the discretion of the treating clinician. If in doubt, phone the Clinical Co-ordinator, Prof D J Kerr, for advice on:

Tel: **+44 (0)121 414 6372/3793/6369**, or to an appropriate member of the Trial Advisory Group.

Out of hours, please call the Queen Elizabeth Hospital switchboard on Tel: **+44 (0)121 472 1311.** and ask to bleep the VICTOR Clinical Co-ordinator.

### 5.7. PRIOR CHEMOTHERAPY

Participating investigators are required to state and register, which chemotherapy regimens they plan to use during the VICTOR study. Chemotherapy regimes should conform to accepted national best practice, or current trial portfolio, for example:-

Regimen 1.   Bolus 5-FU and folinic acid (370-425 mg/m$^2$) and low dose folinic acid (20 mg/m$^2$) daily for 5 days repeated every 4 weeks (6 months).

Regimen 2.   Weekly 5-FU and folinic acid either:-
A: 5-FU 370-450 mg/m$^2$ and low dose folinic acid, weekly for 6 months.
B: 5-FU 500 mg/m$^2$ and high dose folinic acid (500 mg/m$^2$) weekly for 4 weeks, 2 week rest, for 6 months.

Regimen 3.   Continuous 5-FU (300 mg/m$^2$) and folinic acid daily for 6 months.

Regimen 4.   Infusional 5-FU and folinic acid (24-48 hour infusions) repeated every 2 weeks for 6 months.

Regimen 5.   Register details of other regimen or trial.

### 6. SUBJECT SAFETY

Toxicity must be recorded on the Adverse Event Form, or Serious Adverse Event Form according to the Common Toxicity Criteria (relevant grades appendix 5).

### 6.1. ADVERSE EVENTS

#### 6.1.1. Definition

An adverse event is any untoward medical occurrence in a patient or clinical investigation subject administered a pharmaceutical product and which does not necessarily have a causal relationship with this treatment.

Confidential - Subject To Protective Order   MRK-I8940077778

### 6.1.2. Recording

Adverse Events need only be recorded only if the event leads to the patient withdrawing from the study.

### 6.2. SERIOUS ADVERSE EVENTS

### 6.2.1. Definition

A Serious Adverse Event is any untoward medical occurrence that at any dose:

- Results in death
- Is life-threatening*
- Requires in-patient hospitalisation or prolongation of existing hospitalisation**
- Results in persistent or significant disability/incapacity
- Is a congenital anomaly/birth defect (in offspring of patient regardless of time to diagnosis)
- Is a new primary cancer, or
- Is the result of an overdose (whether accidental or intentional)

Other important medical events that may not result in death, are not life threatening, or do not require hospitalisation may be considered a serious adverse experience when, based upon appropriate medical judgement, the event may jeopardise the patient and may require medical or surgical intervention to prevent one of the outcomes listed above (excluding cancer or result of overdose).

* The term 'life-threatening' in the definition of 'serious' refers to an event in which the patient was at risk of death at the time of the event; it does not refer to an event that hypothetically might have caused death if it were more severe.

** Hospitalisation is defined as an inpatient admission, regardless of length of stay, even if the hospitalisation is a precautionary measure, for continued observation. Hospitalisation for a pre-existing condition, including elective procedures, which has not worsened, does not constitute a serious adverse event.

### 6.2.2. Recording, and reporting SAEs

In the case of a Serious Adverse Event the Investigator must **immediately**:

1. FILL OUT a 'Serious Adverse Event Form'
2. SEND (by fax within 24 hrs of becoming aware of the event) the signed and dated 'Serious Adverse Event Form' to the VICTOR study team UK Fax: 0800 731 7625 Outside UK Fax: +44 121 414 7844
3. TELEPHONE (day of awareness) the VICTOR study team in the case of death or life-threatening events

### Tel: +44 (0)121 414 6372/3793/6369

These data will be forwarded to Merck US who will notify Merck UK and the Medicines Control Agency. The VICTOR study team will inform the Multicentre Research Ethics Committee (MREC) of Serious Adverse Events. The study office will annually send a report to the MREC, and centres should send this report to their Local Research Ethics Committee (LRECs)/IRB as soon as possible.

### 6.2.3. Follow-up of SAEs

In the case of a Serious Adverse Event, the subject must be followed-up until clinical recovery is complete and laboratory results have returned to normal, or until disease has stabilised. Follow-up may continue after completion of protocol treatment if necessary.

Follow-up information will be noted on the 'Serious Adverse Event Form' by ticking the box marked 'follow-up' and sending to the study team as information becomes available. Extra annotated information and/or copies of test results may be provided separately. The patient must be

Confidential - Subject To Protective Order                                                                                       MRK-I8940077779

identified by trial number, date of birth and initials only. The patient's name must **NOT** be used for this matter

### 6.3. CODEBREAKS

If you wish to discuss the clinical management of the patient you should contact Professor David Kerr through the study office on: +44 (0)121 414 3793 (9-5 UK time, Monday-Friday) or out of hours: +44 (0)121 472 1311 and ask to bleep the VICTOR Clinical Co-ordinator (24 hours). If you still need to break the randomisation code for this patient then phone +44 (0)121 554 3801 and during the hours 10.00 to 16.00, ask for the pharmacy department and then the clinical trials technician, or outside these hours ask for the resident on-call pharmacist on bleep 1754.

### 7. STUDY ORGANISATION

This is an international, phase III, multicentre trial. Approximately 250 sites will be involved in order to enroll 7000 patients over 5 years. The planned study initiation is September 2000, the completion of enrollment is end 2005 and the study completion is planned for end 2010.

The study is being conducted under auspices of the Cancer Research Campaign (UK) as an independent, investigator led trial under a study grant from MSD. The Trial Advisory Group is responsible for monitoring study progress, to amend the study protocol as required, and to provide information to Data Safety Monitoring Committee (DSMC). The CRCTU is responsible for setting up and day to day running of the study, analysis, and presentation of results. Intellectual property and access to data arising from this trial will be governed by the Steering Committee.

### 7.1. SITE RESPONSIBILITIES

The following organisation chart shows the responsibilities at a centre level for the VICTOR study. The Principle Investigator has overall responsibility for the study and all patients entered into the study, but may delegate responsibility down to other members of the site team as appropriate e.g. drug supplies will be monitored by the on site pharmacist. The Principle Investigator must ensure that all staff involved in the study are adequately trained and their duties have been logged on the Site Responsibilities Sheet.

VICTOR Responsibilities Centre Level



### 7.2. STUDY START-UP

Centres wanting to take part in the study should contact the VICTOR study office to obtain information. The principle investigator should then provide the study office with all core documentation and attend a start-up visit before the site becomes activated.

Confidential - Subject To Protective Order                                                                                           MRK-I8940077780

### 8. CORE DOCUMENTS

These documents consist of:
- The CRCTU Investigator Agreement
- The LREC/IRB approval letter
- The site contact details
- Site Responsibilities Sheet
- The study specific Commitment Statement
- All Investigators and Co-Investigators will provide an up to date copy of their CV, personally signed and dated, prior to the start of the study. The CV should detail the investigators education, training and experience relevant to their role in this study.

### 9. STUDY PROCEDURES

#### 9.1. RANDOMISATION OF PATIENTS

The investigator must complete a randomisation form prior to randomisation. These details can then be phoned or faxed through to the randomisation team at the CRCTU in Birmingham, UK on:

| | |
|---|---|
| UK | Tel: 0800 731 7625 (Mon-Fri, 9-5) |
| | Fax: 0800 731 7625 (24 hrs) |
| Outside UK | Tel: +44 121 414 7844 (Mon-Fri, 9-5 UK time) |
| | Fax: +44 121 414 7844 (24 hrs) |

After patients have been randomised, the Investigator should send the patient's G.P a letter (appendix 3). Patients should be given a card (provided in the study file) detailing the study, emergency contact details, and drugs to be avoided during the trial. They should be instructed to carry this at all times.

#### 9.1.1. TIMING OF RANDOMISATION

Those patients completing potentially curative therapy should be randomised into VICTOR within 12 weeks of the last dose of chemotherapy or radiotherapy. Patients who will not receive adjuvant therapy should be randomised into VICTOR within 12 weeks of curative surgery.

#### 9.2. TREATMENT DURATION

#### 9.2.1. TREATMENT ARMS

VIOXX®      25 mg daily
PLACEBO     Identical appearing tablet, once daily

Patients will be randomised between 2 years and 5 years treatment and will be expected to complete the allocated duration of therapy. Disease recurrence, serious side effects or code break will result in immediate drug discontinuation.

#### 9.3. STUDY DOCUMENTATION

The study office will provide a study file and pharmacy file to the investigational site, including: CRFs, SAE forms, drug accountability forms etc., sufficient for completion of the study.

The study office must review and approve any changes made to any study documentation including patient information and consent form prior to use on site.

A screening log must be kept of all the patients considered for the study and subsequently excluded; the reason for exclusion must be recorded on this form.

Confidential - Subject To Protective Order											MRK-I8940077781