UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | *<br>*<br>* |
| This Document Relates to: | *  MDL No. 1657<br>* |
| | *  SECTION L<br>* |
| PHILIP DAWSON, Plaintiff, | *<br>*  JUDGE ELDON E. FALLON |
|   versus | *<br>*  MAGISTRATE JUDGE |
| MERCK & CO., INC., Defendant, | *  KNOWLES<br>* |
| Case No. 07-1259, | *<br>* |
| & | *<br>* |
| TIMOTHY R. WATSON, Plaintiff, | *<br>* |
|   versus | *<br>* |
| MERCK & CO., INC., Defendant, | *<br>* |
| Case No. 05-5545. | *<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF HEARING ON MERCK & CO., INC.'S
<u>RENEWED MOTION FOR SUMMARY JUDGMENT</u>**

Please take notice that the Merck & Co., Inc.'s Renewed Motion for Summary Judgment will be brought on for hearing on the 9th day of November, 2007, immediately following the monthly status conference scheduled for 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

897530v.1

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

And

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

897530v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing on Merck & Co., Inc.'s Renewed Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of October, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

897530v.1