## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Hertig, Donald v. Merck & Co., Inc.*, | * | MAGISTRATE JUDGE |
| Docket Number: 2:06-cv-10161; and | * | KNOWLES |
| only regarding Elizabeth Kaplan. | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff listed above against defendant

Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice,

each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.


_____

DISTRICT JUDGE