UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Lacey, Roy et al. v. Merck & Co., Inc.;* Docket No. 2:06-cv-01976; only regarding Lacy Coy on behalf of decedent Miki Rhea. | * | MAGISTRATE JUDGE KNOWLES |
| *Butler, Samella et al. v. Merck & Co., Inc.;* Docket No. 2:06-cv-01973; only regarding Hertha Holmes and Jennie Hunter. | * | |
| *Craig, Peggy et al. v. Merck & Co., Inc.;* Docket No. 2:06-cv-03136; only regarding Diane Forbes and Sheldon Wolfe. | * | |
| *Allen, Barbara et al. v. Merck & Co., Inc.;* Docket No. 2:06-cv-01897; only regarding Edna Mae Sample and Donald Kroenlein. | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE