FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 24  PM 1:29

LORETTA G. WHYTE
CLERK

**IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION**

**MDL Docket No. 1657**

**THIS RELATES TO:**

Plaintiff: <u>Flennard Whitley and Sharon Whitley</u>

**Civil Action No. 07-3726**

## <u>NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY-IN-CHARGE</u>

COME NOW, Linda Laurent Thomas and Michelle Wan of the firm Thomas & Wan, L.L.P., and hereby file this notice of appearance as Plaintiff's attorneys-in-charge and would show the Court the following:

Lawrence Franklin and Linda Laurent Thomas and Michelle Wan of the firm Thomas & Wan, L.L.P. respectfully notify the Court that the following law firm and attorneys are appearing as attorneys-in-charge for Plaintiff:

LINDA LAURENT THOMAS
State Bar No. 12580850
MICHELLE W. WAN
State Bar No. 24033432
THOMAS & WAN, L.L.P.
909B West Main
Houston, Texas 77006
713.529.1177
713.529.1116 Fax
lthomas@thomasandwan.com
mwan@thomasandwan.com

Lawrence Franklin, will continue to serve as co-counsel. Plaintiff approves of the appearance. This appearance is sought for good cause and not for delay only.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

THOMAS & WAN, LLP

By:_____

LINDA LAURENT THOMAS
State Bar No. 12580850
FBN: 10516
MICHELLE W. WAN
State Bar No. 24033432
FBN: 30342
909B West Main
Houston, Texas 77006
(713) 529-1177
(713) 529-1116 Fax

Of Counsel:

Lawrence B. Franklin
819 Walnut, Suite 313
Kansas City, Missouri 64106
(816) 842-4400
(816) 767-1649 Fax

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Designation of Attorney in Charge has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and email and upon all parties electronically uploading the same to LexisNexis File & Serve Advanced on this 19th day of October 2007.

_____
MICHELLE W. WAN