UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>    Products Liability Litigation <br><br> This Document Relates to: <br><br>   PHILIP DAWSON, Plaintiff, <br><br>   versus <br><br> MERCK & CO., INC., Defendant, <br><br> Case No. 07-1259, <br><br> & <br><br> TIMOTHY R. WATSON, Plaintiff, <br><br>   versus <br><br> MERCK & CO., INC., Defendant, <br><br> Case No. 05-5545. | * <br> * <br> * <br> * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * KNOWLES |

**O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Support Merck & Co., Inc.'s Renewed Motion for Summary Judgment,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted twenty-five (25) additional pages, for a total of fifty (50) pages for its supporting memorandum.

NEW ORLEANS, LOUISIANA, this 26th day of October, 2007.

_____
DISTRICT JUDGE

897526v.1