UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>   Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *   MDL No. 1657 <br> * |
| | *   SECTION L <br> * |
| PHILIP DAWSON, Plaintiff, | * |
|   versus | *   JUDGE ELDON E. FALLON <br> * |
| MERCK & CO., INC., Defendant, | *   MAGISTRATE JUDGE <br> *   KNOWLES <br> * |
| Case No. 07-1259, | * <br> * |
| & | * <br> * |
| TIMOTHY R. WATSON, Plaintiff, | * <br> * |
|   versus | * <br> * |
| MERCK & CO., INC., Defendant, | * <br> * |
| Case No. 05-5545. | * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MERCK & CO., INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT

Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, and pursuant to Fed. R. Civ. P. 56, respectfully submits this renewed motion for summary judgment on all claims against it in the above-captioned cases.

For the reasons set forth in the accompanying Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried and Memorandum In Support Of Renewed Motion For Summary Judgment, Merck is entitled to summary judgment as a matter of law because plaintiffs' claims are time-barred.

WHEREFORE, Merck respectfully requests that the Court enter summary judgment in its favor.

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

And

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.