# EXHIBIT  4

Bonnie J. Goldmann, M.D.
Vice President
Regulatory Affairs

Merck & Co., Inc.
West Point PA 19486
Fax 610 397 2516
Tel 610 397 2383
    215 652 5000

March 23, 2000

Robert J. DeLap, M.D., Ph.D., Director
    Office of Drug Evaluation V
        HFD-105, Room S219
Food and Drug Administration
9201 Corporate Boulevard
Rockville, MD  20850



**MERCK**
Research Laboratories

Dear Dr. DeLap:

### IND 46,894: VIOXX™ (rofecoxib)
### Amendment to Pending Application

Reference is made to the telephone conversation between Dr. Robert DeLap and Ms. Maryjane Walling, FDA and Dr. Bonnie J. Goldmann, Merck Research Laboratories, (MRL), a division of Merck & Co., Inc. on March 22, 2000.  The topic of this discussion was the VIOXX® Gastrointestinal Outcome Research study (VIGOR).

We request that you provide this fax of document to the appropriate members of the Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products.  This report will be submitted by hard copy to IND 46,894 on Monday, March 27, 2000.  If you require additional copies to be faxed before Monday, do not hesitate to contact the office of Dr. David W. Blois (610/397-2304).

Further, as discussed, we will provide the letter being sent to all investigators on March 24, 2000.

We trust you will find this information helpful.  Please do not hesitate to contact me at (610/397-2383) or Dr. Blois (610/397-2304) if further information is required.

Sincerely,

*Bonnie J Goldmann*

Bonnie J. Goldmann, M.D.
Vice President
Regulatory Affairs

Attachment

VIA FACSIMILE:  Dr. DeLap (301/827-2317)
Cc:  Dr. Murray Lumpkin, Woodmont II, 1451 Rockville Pike, HFD-002, Room 6027
        IND 46,894

MRK-I8940060172

M00AA17641

Rofecoxib—VIGOR

## I.   Introduction

### A.   Considerations in the Benefits and Risks of Therapy with COX-2 Selective Inhibitors vs. Non-specific COX-1/COX-2 Inhibitors

Nonselective inhibitors of cyclo-oxygenase (COX) isoforms 1 and 2 (the so called non-steroidal anti-inflammatory drugs, or NSAIDs) have been demonstrated to induce potent analgesic and anti-inflammatory effects. However, the use of NSAIDs is complicated by anti-platelet and gastrointestinal toxicity that lead to the development of perforations, ulcers and gastrointestinal bleeding (PUBs) in 2-4% of patients per year. Recently, it has been shown that the analgesic and anti-inflammatory properties of these compounds are mediated through inhibition of the COX-2 isoform. On the other hand, the gastrointestinal toxicity and platelet inhibitory effects have been shown to be mediated exclusively by the COX-1 isoform. Based on this observation, it was hypothesized that COX-2 selective inhibition would be accompanied by potent analgesic and anti-inflammatory properties without the associated gastrointestinal toxicity. A compound with such characteristics would therefore have a substantially improved benefit-risk profile relative to NSAIDs with regards to serious gastrointestinal complications.

Platelet aggregation plays a central role in the pathophysiology underlying thromboembolic cardiovascular events such as myocardial infarction and stroke. An extensive body of research has demonstrated that therapy with aspirin, an irreversible inhibitor of COX-1 and COX-2 with anti-platelet properties, results in a reduction in the incidence of serious cardiovascular events in patients presenting with an acute coronary syndrome and in patients with history of myocardial infarction or stroke. Because COX-2 selective inhibitors do not inhibit COX-1-mediated platelet aggregation, it was hypothesized that therapy with non-specific COX-1/COX-2 inhibitors may result in a lower incidence of serious cardiovascular events as compared to the COX-2 selective inhibitors [1]. Such an observation would have to be factored in to the overall risk-benefit profile of the COX-2 selective inhibitors.

### B.   Rofecoxib (VIOXX)

Rofecoxib (VIOXX™) is a selective inhibitor of cyclooxygenase-2 isoform (COX-2). An extensive Phase II/III program in 5495 patients demonstrated that therapy with rofecoxib at doses ranging from 12.5 mg QD to 50 mg QD resulted in potent analgesic and anti-inflammatory effects in patients with acute pain syndromes, dysmenorrhea, and osteoarthritis. On the basis of this program, rofecoxib was approved by the FDA in 1999 for the relief of acute pain, treatment of dysmenorrhea, and osteoarthritis. The drug is currently approved for use in 60 other countries worldwide.

The Phase II/III program for rofecoxib in patients with osteoarthritis included both endoscopy studies and a combined analysis of clinically significant GI events (PUBs). These studies demonstrated that the incidence of endoscopic ulcers in patients treated with rofecoxib was similar to placebo and signficantly reduced compared to standard NSAIDs (ibuprofen). In addition, the incidence of

MRK-I8940060173

M00AI17642

Rofecoxib—VIGOR

PUBs was reduced by 55% in patients treated with rofecoxib compared with standard NSAIDs (diclofenac, ibuprofen).

The overall safety profile of rofecoxib in the Phase IIb/III studies in osteoarthritis was generally favorable. Rofecoxib was safe and well tolerated.

Because COX-2 inhibitors do not affect platelet function whereas NSAIDs do, we examined the incidence of serious cardiovascular adverse events in patients who received rofecoxib, placebo or NSAIDs. In the Phase II/III studies, NSAIDs (diclofenac, ibuprofen) did not appear to reduce the incidence of cardiovascular events compared to rofecoxib or placebo.

All tables and figures included in this document are also in Appendix 1.

## C.  The VIGOR (VIOXX Gastrointestinal Outcomes Research) Study

Although the Phase II/III osteoarthritis studies in aggregate demonstrated that therapy with rofecoxib was accompanied by significantly fewer episodes of clinically significant gastrointestinal adverse events than therapy with NSAIDs, it was felt that an outcomes study comparing long term therapy with high-dose rofecoxib and NSAIDS was necessary to definitively confirm these observations. To fulfill this requirement, Merck Research Laboratories initiated a study called VIGOR (VIOXX Gastrointestinal Outcomes Research Study), a double blind, randomized, study of rofecoxib 50 mg po QD vs. naproxen 500 mg BID in 8075 patients with rheumatoid arthritis. The primary objective of the study was to determine the relative risk of confirmed gastroduodenal perforations, symptomatic ulcers, and upper GI bleeds (PUBs) and the subgroup of more serious confirmed complicated PUBs in patients treated with rofecoxib versus a standard NSAID comparator, naproxen. The study was conducted in rheumatoid arthritis patients because as noted above, therapy with rofecoxib had already been shown to be accompanied by a lower incidence of PUBs relative to NSAIDs in osteoarthritis patients. Additionally, patients with rheumatoid arthritis are at greater risk of developing PUBs with NSAIDs than are patients with osteoarthritis so that proving gastrointestinal safety of rofecoxib in rheumatoid arthritis would provide a most rigorous test of the COX-2 hypothesis. Low dose aspirin was not permitted in this study.

The primary endpoint of the study was the number of patients with confirmed clinically significant GI events: gastroduodenal perforations, symptomatic ulcers, obstructions and upper GI bleeds (PUBs). Secondary endpoints included confirmed complicated PUBs and confirmed and unconfirmed PUBs. All endpoints were adjudicated by an independent Case Review Committee who were blinded to treatment allocation. The study duration of VIGOR was determined by the pre-defined requirement to observe a minimum of 120 confirmed PUBs and 40 confirmed complicated PUBs, or to have the last patient in complete at least 6 months of study therapy, whichever came last.

To determine the incidence of serious cardiovascular events in patients receiving rofecoxib, a standard operating procedure (SOP) was developed to monitor and adjudicate acute thromboembolic vascular events across ongoing studies in the

MRK-I8940060174

M00AA17643

Rofecoxib—VIGOR

rofecoxib program. VIGOR was included in this plan, which involved adjudication by independent experts who were blinded to treatment allocations. The VIGOR study was overseen by a Steering Committee composed of experts in the fields of rheumatology, gastroenterology, epidemiology, and biostatistics. A separate Data Safety Monitoring Board monitored the trial for evidence of beneficial and/or adverse effects of the study treatment.

VIGOR was terminated when the predetermined number of endpoints had been confirmed; 09-Mar-2000 was set by the Steering Committee as the date by which all patients must have completed their end-of-study visit. On 09-March-2000, a small group of Merck personnel were unblinded to preliminary study results to facilitate summarizing the results for submission to regulatory agencies. All personnel who were unblinded were removed from any activities relating to data clean-up, endpoint review, or serious adverse experience (SAE) review.

Preliminary results revealed that the incidence of both PUBs and complicated PUBs was significantly lower in the rofecoxib group compared with the naproxen group. These findings are consistent with the results of the prespecified combined analysis of PUBs performed in the Phase IIb/III studies in patients with osteoarthritis treated with rofecoxib or an NSAID comparator.

A preliminary review of safety data confirmed the general tolerability of rofecoxib. The incidence of discontinuations for adverse experiences were low (15%) and similar between treatment groups. A preliminary analysis of serious adverse experiences (SAEs) in the study indicated that there was a lower incidence of cardiovascular SAEs (including myocardial infarctions and cerebrovascular accidents) in the naproxen group compared with the rofecoxib group.

In response to this finding, an extensive review of safety data from all ongoing clinical trials, as well as the postmarketing experience with rofecoxib, was performed. This document contains the preliminary results of both the GI and cardiovascular safety analyses from the VIGOR study along with analyses of cardiovascular SAEs from the Phase III studies in osteoarthritis, ongoing studies in Alzheimer disease and early dementia, a large postmarketing study in osteoarthritis, and postmarketing data. Conclusions from this total body of information are provided.

## II. VIGOR Study – Preliminary Results

**Please note that the data presented below are preliminary. The final database will not be frozen until the week of 24-Apr-2000. All personnel working on cleaning of the database, endpoint and SAE review remain completely blinded to the results of the study as of 23-March-2000. These personnel will remain blinded to specific results or treatment by allocation number until the database is frozen.**

### A. Demographics

Between January 1999 and July 1999, 9527 patients with rheumatoid arthritis were screened and 8075 were randomized. The mean age was 58 years and 80%

MRK-I8940060175

M00AA117644

Rofecoxib—VIGOR

were female. Eight percent of the patients had a prior history of a clinical GI event and 56% were taking oral corticosteroids. Forty six percent of patients had a prior history of cardiac disease, including 30% with a history of hypertension. Patients were followed for a mean period of 8.2 months, with a median of 9.2 months as of 24-Feb-2000. Overall rates of discontinuation were similar between treatment groups, 28% on rofecoxib and 28% on naproxen.

**B. GI Safety**

As of 09-Mar-2000, 193 PUBs had been reported to have occurred within 14 days of the last dose of study therapy; 175 have been reviewed and adjudicated by the endpoint adjudication committee. The results presented below refer only to events already adjudicated by the committee. The additional 18 cases will be adjudicated prior to freezing of the database.

Therapy with rofecoxib was accompanied by a substantial reduction in the incidence of PUBs as compared to therapy with naproxen. Relative risks for the primary and secondary GI endpoints ranged between 0.45 and 0.33 (rofecoxib compared with naproxen) and were significant for all endpoints ($p \leq 0.004$). This translates into a 55 to 67% reduction in GI events in patients treated with rofecoxib compared with naproxen. A summary of results of all upper GI safety endpoints can be found in Table 1. Kaplan-Meier plots of time-to-first event are presented for confirmed PUBs and confirmed complicated PUBs (Figures 1 and 2, respectively). Constancy of treatment effect over time was verified for all endpoints, i.e., the p-values for the proportionality assumption were not significant. This implies that the relative risk was constant over time and also means that absolute risk diverged over time. Results of a per-protocol analysis, multiple sensitivity analyses, and subgroup analyses confirmed the primary results.

The results of this study which assessed the GI safety of 50 mg rofecoxib (a dose that is 2 to 4 times the recommended dose for the treatment of osteoarthritis and is anticipated to be 2 times the primary dose for the treatment of RA) provides conclusive evidence of the improved GI safety of rofecoxib compared with standard NSAIDs in patients at high risk for developing significant GI toxicity . These results confirm the results of the combined PUB analysis previously reported in patients with osteoarthritis.

MRK-I8940060176

M00AA117645

Ro_coxib—VIGOR

Table 1
Summary of Gastrointestinal Safety Endpoints in VIGOR in Patients with Rheumatoid Arthritis

| Endpoint | Trmt | N | Patients with Events | PYR[1] | Rates[2] | Proportionality Assumption p-value | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Estimate | 95% CI[4] | p-value |
| Primary- Confirmed PUBs | Rofecoxib | 4052 | 51 | 2774 | 1.84 | 0.275 | 0.45 | (0.32, 0.63) | <0.001 |
| | Naproxen | 4031 | 112 | 2758 | 4.06 | | | | |
| **Secondary Endpoints** | | | | | | | | | |
| Confirmed, Complicated PUBs | Rofecoxib | 4052 | 14 | 2775 | 0.50 | 0.427 | 0.40 | (0.21, 0.74) | 0.004 |
| | Naproxen | 4031 | 35 | 2761 | 1.27 | | | | |
| Confirmed and Unconfirmed PUBs | Rofecoxib | 4052 | 53 | 2774 | 1.91 | 0.341 | 0.43 | (0.31, 0.60) | <0.001 |
| | Naproxen | 4031 | 122 | 2757 | 4.42 | | | | |
| Confirmed and Unconfirmed, Complicated PUBs | Rofecoxib | 4052 | 15 | 2775 | 0.54 | 0.507 | 0.37 | (0.21, 0.68) | 0.001 |
| | Naproxen | 4031 | 40 | 2761 | 1.45 | | | | |
| **Exploratory Endpoint** | | | | | | | | | |
| Any GI Bleed | Rofecoxib | 4052 | 24 | 2775 | 0.86 | 0.840 | 0.33 | (0.21, 0.53) | <0.001 |
| | Naproxen | 4031 | 72 | 2757 | 2.61 | | | | |

[1] Patient-years at risk
[2] Per 100 PYR
[3] Relative risk of rofecoxib with respect to naproxen from Cox model stratified by prior history of PUBs (and study region for Confirmed and Unconfirmed PUBs)
[4] 95.29% CI for primary endpoint

03/23/2000

MRK-I8940060177

M00AA17646

Rofecoxib—VIGOR

Figure 1

VIGOR-Rheumatoid Arthritis Patient Population
Primary Endpoint - Confirmed PUBs
Time-to-Event Plot (All Patients Randomized)



| # at Risk | | | | | | | |
|-----------|---|---|---|---|---|---|---|
| Rofecoxib | n=4052 | 3648 | 3413 | 3205 | 2938 | 1294 | 543 |
| Naproxen | n=4031 | 3643 | 3391 | 3168 | 2928 | 1285 | 515 |

MRK-I8940060178

M00A117647

Rofecoxib—VIGOR



Figure 2

VIGOR- Rheumatoid Arthritis Patient Population
Confirmed Complicated PUBs
Time-to-Event Plot (All Patients Randomized)

| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4052 | 3651 | 3418 | 3206 | 2938 | 1294 | 543 |
| Naproxen | n=4031 | 3645 | 3396 | 3175 | 2932 | 1285 | 515 |

MRK-18940060179

M00A117648

Rofecoxib—VIGOR

## C.  Cardiovascular Safety

This large study provided an opportunity to determine if the NSAID naproxen, which inhibits platelet aggregation, reduced cardiovascular risk compared with the COX-2 inhibitor rofecoxib, which has no effect on platelet aggregation. A standard operating procedure was developed for the adjudication of serious thromboembolic cardiovascular events. The SAE terms used to identify cases to be sent for adjudication can be found in Appendix 2.  Adjudication of these SAEs is being conducted by three independent committees (cardiovascular, neurological, and peripheral vascular).   The committees conduct their adjudications separately based on hospital or other source documents associated with the cardiovascular event in question.   All adjudications are performed blinded to treatment allocation.  Analyses of confirmed adjudicated thromboembolic cardiovascular events was predefined as the primary analysis of this standard operating procedure.  Analyses of unadjudicated thromboembolic cardiovascular events were to be provided as supportive information.  As of 09-Mar-2000, 50% of the cases had been adjudicated. Therefore, the information provided below refers to all thromboembolic cardiovascular events, regardless of the status of adjudication. As of 23-March-00, the committee has remained blinded to all preliminary results of the VIGOR study.

The overall incidence of  serious thromboembolic cardiovascular adverse events was low in both treatment groups. However the incidence of such events was significantly lower in patients on naproxen compared to rofecoxib. Patients on naproxen experienced these events at a rate of 1.13 per 100 patient years versus 2.12 per 100 patient years for patients on rofecoxib (relative risk 0.53). A summary  of  the  all  serious  cardiovascular  adverse  events,  all  serious thromboembolic cardiovascular adverse events and specific thromboembolic SAEs are provided in Tables 2 and 3.  The incidences of myocardial infarction and cerebrovascular accidents were both lower in patients on naproxen compared to rofecoxib.  The difference in rates between treatment groups did not become apparent   until after patients had been on study therapy for 6 weeks or more. (Figure 3).

The incidence of overall deaths and cardiovascular deaths was low and not significantly different between treatment groups. Thirty-five deaths occurred during the course of the study, 20 in patients on rofecoxib and 15 in patients on naproxen. Eighteen of the 35 deaths were either cardiovascular in origin or "unknown cause of death," with 10 occurring in patients on rofecoxib and 8 occurring in patients on naproxen.

The differences in the incidences of cardiovascular SAEs between patients who received rofecoxib and patients who received naproxen was observed consistently between men and women, in patients above and below the age of 65, in patients with and without a history of atherosclerotic cardiovascular disease, and in patients with or without classic risk factors for cardiovascular disease.

MRK-I8940060180

M00A117649

Rofecoxib—VIGOR

Table 2

Summary of Analysis of Serious Cardiovascular Adverse Experiences in VIGOR in Patients with Rheumatoid Arthritis
From WAES as of 09-Mar-2000

| Subgroup | Trmt | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All Serious Cardiovascular AEs | Rofecoxib | 4046 | 92 | 2731 | 3.37 | 0.50 | (0.35, 0.71) |
| | Naproxen | 4029 | 46 | 2731 | 1.68 | | |
| All Serious Thromboembolic AEs | Rofecoxib | 4046 | 58 | 2736 | 2.12 | 0.53 | (0.35, 0.83) |
| | Naproxen | 4029 | 31 | 2735 | 1.13 | | |

[1]Patient-years at risk
[2]Per 100 PYR
[3]Relative risk of naproxen with respect to Rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

03/23/2000

9

FDA-final-v2.doc

MRK-I8940060181

M00A417650

Rofecoxib—VIGOR

Table 3

Summary of Serious  Thromboembolic Cardiovascular Adverse Events
VIGOR-In Patients with Rheumatoid Arthritis

| Adverse Experience | Rofecoxib (N=4046) n (%) | Naproxen (N=4029) n (%) |
|---|---|---|
| Total number of patients with Serious Thromboembolic AE | 58  ( 1.4) | 31  ( 0.8) |
| **Cardiovascular system** | **58  ( 1.4)** | **31  ( 0.8)** |
| Acute myocardial infarction | 4  ( 0.1) | 4  ( 0.1) |
| Angina pectoris | 2  ( 0.0) | 6  ( 0.1) |
| Arterial occlusion | 1  ( 0.0) | 0  ( 0.0) |
| Cardiac arrest | 1  ( 0.0) | 0  ( 0.0) |
| Carotid artery obstruction | 2  ( 0.0) | 0  ( 0.0) |
| Cerebral infarction | 0  ( 0.0) | 1  ( 0.0) |
| Cerebrovascular accident | 14  ( 0.3) | 6  ( 0.1) |
| Cerebrovascular disorder | 1  ( 0.0) | 0  ( 0.0) |
| Coronary artery disease | 1  ( 0.0) | 3  ( 0.1) |
| Coronary artery occlusion | 1  ( 0.0) | 0  ( 0.0) |
| Deep venous thrombosis | 3  ( 0.1) | 1  ( 0.0) |
| Femoral artery occlusion | 0  ( 0.0) | 1  ( 0.0) |
| Intracranial hemorrhage | 0  ( 0.0) | 2  ( 0.0) |
| Ischemic heart disease | 1  ( 0.0) | 1  ( 0.0) |
| Myocardial infarction | 16  ( 0.4) | 5  ( 0.1) |
| Non-Q-wave myocardial infarction | 1  ( 0.0) | 0  ( 0.0) |
| Peripheral vascular disorder | 2  ( 0.0) | 0  ( 0.0) |
| Thrombosis | 1  ( 0.0) | 0  ( 0.0) |
| Transient ischemic attack | 2  ( 0.0) | 2  ( 0.0) |
| Unstable angina | 5  ( 0.1) | 1  ( 0.0) |
| Ventricular fibrillation | 1  ( 0.0) | 0  ( 0.0) |

MRK-I8940060182

M00A417651

Rofecoxib—VIGOR

Figure 3

VIGOR Serious Thromboembolic Events



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4046 | 3641 | 3402 | 3181 | 2848 | 1190 | 528 |
| Naproxen | n=4029 | 3645 | 3395 | 3170 | 2845 | 1178 | 506 |

## III. Serious Cardiovascular Events in Rofecoxib Studies in Patients with Osteoarthritis, Alzheimer and Early Dementia

As reviewed below, the VIGOR trial represents the only study that demonstrates a difference in the incidence of adverse cardiovascular events in patients who were given rofecoxib versus patients who were given placebo or standard NSAIDs. The reduced incidence of serious thromboembolic cardiovascular events in the naproxen treatment group in the VIGOR study was inconsistent with previous analyses done in the Phase III osteoarthritis (OA) studies that showed identical rates of these events in patients on rofecoxib compared with patients on the NSAID comparators.

### A. Osteoarthritis Phase IIb/III Studies: A Combined Analysis of Cardiovascular Adverse Event Rates

The OA safety database consists of 5495 OA patients who participated in 9 randomized, controlled clinical trials of rofecoxib. The duration of these studies ranged from 6 to 86 weeks. The overall duration of exposure was 1655 and 706 patient years for the combined rofecoxib (all doses) and combined NSAID (all comparators) groups, respectively. Diclofenac-treated patients accounted for almost 70% of the NSAID comparator exposure, with the remaining 30% of

MRK-I8940060183

M00AI17652

Rofecoxib—VIGOR

patients on ibuprofen. The mean age of patients was 63 years with a range of 39 to 94 years; approximately 75% of the patients were female. Over 50% of patients had a preexisting history of one of more cardiovascular conditions. Approximately 40% of patients had a history of hypertension and 11% had a history of hypercholesterolemia. Low dose aspirin was not allowed in these trials.

The incidence of serious cardiovascular adverse events and serious thromboembolic cardiovascular adverse events was similar between the rofecoxib and NSAID comparator treatment groups (Tables 4 and 5 and Figure 4). The incidence of serious thromboembolic cardiovascular adverse events was 2.05 per 100 patient years in the rofecoxib treatment group compared to 2.27 per 100 patient years in the combined NSAID group. Of note, the incidence of serious thromboembolic cardiovascular events also was similar between placebo and rofecoxib cohorts (relative risk = 1.05 for placebo compared with rofecoxib) although the number of patient years of exposure in the placebo group was small (127 patient years). Of further note, the incidence rates for all groups in these trials were similar to the incidence rate for rofecoxib in the VIGOR trial. The naproxen rate in VIGOR is lower.

MRK-I8940060184

M00AA17653

Rofecoxib—VIGOR

Table 4

Analysis of Serious Cardiovascular Adverse Events in OA Phase IIb/III Studies

| Type of Adverse Experience | Treatment Group | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI | p-value |
| All serious cardiovascular AEs | Rofecoxib | 3357 | 50 | 1655 | 3.02 | 1.05 | (0.64, 1.73) | 0.851 |
| | NSAIDs | 1564 | 23 | 706 | 3.26 | | | |
| Serious thromboembolic cardiovascular AEs | Rofecoxib | 3357 | 34 | 1657 | 2.05 | 1.09 | (0.60, 1.99) | 0.767 |
| | NSAIDs | 1564 | 16 | 706 | 2.27 | | | |

[1] Patient-years at risk
[2] Per 100 PYR
[3] Relative risk of NSAIDs with respect to rofecoxib from Cox Model stratified by protocol where the number of cases is at least 11, otherwise

relative risk is ratio of rates and p-value is from discrete logrank distribution.

03/23/2000

13

MRK-I8940060185

M00A417654

Rofecoxib—VIGOR

Table 5

Summary of Serious Cardiovascular Adverse Experiences
Rofecoxib OA Phase IIb/III  Studies

|  | Rofecoxib (N =3357 ) | | NSAIDs (N =1564) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| All Cardiovascular System Serious Adverse Experiences (Including Thromboembolic) | 50 | (1.5) | 23 | (1.5) |
| Thromboembolic Cardiovascular Serious Adverse Experiences | 34 | (1.0) | 16 | (1.0) |
| **Thromboembolic Cardiovascular Serious Adverse Experiences** | | | | |
| Acute myocardial infarction | 3 | (0.1) | 0 | (0.0) |
| Angina pectoris | 2 | (0.1) | 4 | (0.3) |
| Arterial occlusion | 1 | (0.0) | 0 | (0.0) |
| Cardiac arrest | 0 | (0.0) | 2 | (0.1) |
| Cerebrovascular accident | 6 | (0.2) | 3 | (0.2) |
| Coronary artery disease | 4 | (0.1) | 2 | (0.1) |
| Coronary artery occlusion | 1 | (0.0) | 1 | (0.1) |
| Coronary vasospasm | 1 | (0.0) | 0 | (0.0) |
| Deep venous thrombosis | 4 | (0.1) | 0 | (0.0) |
| Myocardial infarction | 5 | (0.1) | 3 | (0.2) |
| Peripheral vascular disorder | 1 | (0.0) | 0 | (0.0) |
| Pulmonary embolism | 1 | (0.0) | 0 | (0.0) |
| Transient ischemic attack | 3 | (0.1) | 0 | (0.0) |
| Unstable angina | 2 | (0.1) | 0 | (0.0) |
| Vascular insufficiency | 0 | (0.0) | 1 | (0.1) |

MRK-I8940060186

M00A417655

Rofecoxib—VIGOR

Figure 4

Serious Thromboembolic Cardiovascular AEs
Pooled OA Data
Time-to-Event Plot



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=3357 | 2074 | 1679 | 1169 | 891 | 849 | 660 |
| NSAIDs | n=1564 | 896 | 675 | 493 | 389 | 369 | 261 |

**B. Serious Cardiovascular Adverse Events in the Rofecoxib Alzheimer Disease and Early Dementia Program**

Two large placebo-controlled trials in elderly patients with Alzheimer's disease and early dementia are ongoing. Due to the results of the VIGOR cardiovascular analyses on 12-Mar-2000, serious cardiovascular adverse events were unblinded into Treatment Group A and Treatment Group B for each of these studies. A brief description of the study designs and patient populations, along with cardiovascular safety results from the combined patient population, are presented below.

MRK-I8940060187

M00AA17656

Rofecoxib—VIGOR

## 1.  Review of Protocol Design

Protocol 091 (The Safety and Efficacy of MK-0966 in Slowing the Progression of the Symptoms of Alzheimer's Disease) is a placebo-controlled, parallel-group, 15-month, double-blind study (with in-house blinding), to evaluate the efficacy and safety of MK-0966 25 mg to slow the progression of symptoms of Alzheimer's disease. Patients ages 50 years or older were randomized to receive MK-0966 25 mg qd (n~280) or placebo (n~280) daily for 12 months, followed by an additional 3-month treatment phase in which 90% of patients initially assigned to rofecoxib 25 mg will be treated with placebo while the other patients will remain on their initial treatment.

Between 10-Feb-1999 and 08-Sep-1999, 692 patients were enrolled. The study is ongoing. To date there have been 150 dropouts and it is estimated that as of March 2000, total duration of exposure in each treatment group is approximately 261 patient years. Of the 692 randomized patients, 53.2% were females and 46.8% were males.  Ages ranged from 49 to 92 years, with a mean   age of   77.0 years. The study sample is predominantly Caucasian (94.5%).  At least one pre-existing condition that mapped to the cardiovascular condition was identified in approximately 68% of the randomized patients in the trial. In addition,  34% of patients had a history of hypertension. Low dose aspirin was not allowed in this trial.

Protocol 078 (The Safety and Efficacy of MK-0966 for the Prevention of Alzheimer's Disease in Patients at Risk) is a placebo-controlled, parallel-groups, double-blind study (with in-house blinding), to evaluate the effects of rofecoxib 25 mg per day on the prevention of Alzheimer's Disease and cognitive decline in patients ≥65 years of age with Mild Cognitive Impairment. Patients were randomized to receive rofecoxib 25 mg (n~704) or placebo (~ 704) for 2 years or until 220 cases of clinically-diagnosed probable or possible Alzheimer's disease are observed, whichever comes later.

Enrollment began 19-Apr-1998 and is expected to continue until 31-Mar-2000. As of 3/8/00, 1408 patients have been randomized. To date, there have been 180 dropouts and it is estimated that as of March 2000, total duration of exposure in each treatment group is approximately 611 patient years.

Approximately 32% of randomized patients are female and 68% are males.  Ages range from 63 to 95 years, with a mean and median of 74.9 and  75.0 years, respectively.   The study sample is predominantly Caucasian (94.7%) Approximately 59% of the  randomized patients had at least 1 secondary diagnosis in the Cardiovascular System and 34% had a history of hypertension. Low dose aspirin was not allowed in this trial.

## 2.  Combined Analysis of Cardiovascular Events in Protocol 091 and 078

The incidence of serious Cardiovascular adverse events is presented for the combined study groups (Table 6). The total duration of therapy is

MRK-I8940060188

M00A1I7657

Rofecoxib—VIGOR

approximately 872 patient years per treatment group. The rates of overall serious cardiovascular adverse events, the subgroup of serious thromboembolic cardiovascular events, myocardial infarction, and cerebrovascular accident were similar between rofecoxib and placebo. This analysis is based on all serious cardiovascular adverse experiences in the Regulatory (WAES) database as of 12-March-00. This database provides a more complete count of events than is currently reflected in the clinical trial database for this ongoing trial. Likewise, the estimate of current patient-years of exposure cited above for this trial is necessarily approximate.

Table 6

Summary of Serious Cardiovascular Adverse Experiences
Rofecoxib Protocols 091 and 078 Pooled  (WAES DATA)

| | Treatment Group A (N =1050 ) | | Treatment Group B (N =1050) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| All Cardiovascular System Serious Adverse Experiences (Including Thromboembolic) | 38 | (3.6) | 43 | (4.1) |
| Thromboembolic Cardiovascular Serious Adverse Experiences | 26 | (2.5) | 32 | (3.0) |
| **Thromboembolic Cardiovascular Serious Adverse Experiences** | | | | |
| Acute myocardial infarction | 1 | (0.1) | 3 | (0.3) |
| Angina pectoris | 1 | (0.1) | 1 | (0.1) |
| Cardiac arrest | 1 | (0.1) | 0 | (0.0) |
| Carotid artery obstruction | 2 | (0.2) | 5 | (0.5) |
| Cerebrovascular accident | 5 | (0.5) | 5 | (0.5) |
| Coronary artery disease | 4 | (0.4) | 1 | (0.1) |
| Coronary artery stenosis | 0 | (0.0) | 1 | (0.1) |
| Deep venous thrombosis | 0 | (0.0) | 2 | (0.2) |
| Intracranial hemorrhage | 1 | (0.1) | 1 | (0.1) |
| Lacunar infarction | 0 | (0.0) | 1 | (0.1) |
| Myocardial infarction | 7 | (0.7) | 5 | (0.5) |
| Pulmonary embolism | 1 | (0.1) | 0 | (0.0) |
| Transient ischemic attack | 3 | (0.3) | 5 | (0.5) |
| Unstable angina | 2 | (0.2) | 2 | (0.2) |
| Vascular graft occlusion | 0 | (0.0) | 1 | (0.1) |
| Ventricular fibrillation | 1 | (0.1) | 0 | (0.0) |
| Ventricular tachycardia | 0 | (0.0) | 1 | (0.1) |

MRK-I8940060189

M00AA17658

Rofecoxib—VIGOR

C. **Assessment of Differences Between VIOXX™ AND Naproxen To Ascertain Gastrointestinal Tolerability and Effectiveness (ADVANTAGE)**

This study is a randomized, double-blind, multicenter study to evaluate the tolerability and effectiveness of 12 weeks of therapy with rofecoxib versus naproxen in patients with osteoarthritis of the knee, hip, hand or spine. Patients have been randomized to receive either rofecoxib 25 mg QD (N=2795) or naproxen 500 mg BID (N=2795). Patients taking low-dose aspirin (≤81 mg QD or less frequently) for cardioprotective benefit have been allowed to participate in this trial.

Between 26-Mar-1999 and 08-Mar-2000, 5590 patients were randomized. The study is ongoing with last patient out expected on 24-March-2000. To date, 3602 patients have completed the study protocol and 960 have discontinued; 1028 patients are still participating in the study. As of 08-Mar-2000, the total duration of exposure in each treatment group has been approximately 570 patient years. Seventy-three percent of the patients are females and 27% are males. The mean age of the patients is 64 years. The study sample is predominately caucasian (88%).

As was the case with the studies in Alzheimer's disease and early dementia, on 14-Mar-2000, serious cardiovascular adverse experiences in the ADVANTAGE study were unblinded into Treatment Group A and Treatment Group B for this study.

Serious Cardiovascular adverse events in the study are presented in Table 7. The rates of overall serious cardiovascular events, the subgroup of serious thromboembolic cardiovascular events, myocardial infarction, and cerebrovascular accident were similar between treatment groups. As with the studies in Alzheimer's disease, this analysis is based on all serious cardiovascular adverse experiences in the Regulatory (WAES) database, which provides a more complete count of events than is currently reflected in the clinical trial database for this ongoing trial. Likewise, the estimate of current patient-years of exposure cited above for this trial is necessarily approximate.

MRK-I8940060190

Rofecoxib—VIGOR

Table 7

Summary of Serious Cardiovascular Adverse Experiences
Rofecoxib Protocol 102  (ADVANTAGE)

|  | Treatment Group A (N =2795 ) | | Treatment Group B (N =2795 ) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| All Cardiovascular System Serious Adverse Experiences (Including Thromboembolic) | 22 | (0.8) | 19 | (0.7) |
| Thromboembolic Cardiovascular Serious Adverse Experiences | 13 | (0.5) | 13 | (0.5) |
| **Thromboembolic Cardiovascular Serious Adverse Experiences** | | | | |
| Acute myocardial infarction | 1 | (0.0) | 0 | (0.0) |
| Cardiac arrest | 1 | (0.0) | 1 | (0.0) |
| Carotid artery obstruction | 1 | (0.0) | 0 | (0.0) |
| Cerebral infarction | 0 | (0.0) | 3 | (0.1) |
| Cerebrovascular accident | 0 | (0.0) | 1 | (0.0) |
| Coronary artery disease | 0 | (0.0) | 2 | (0.1) |
| Coronary artery occlusion | 1 | (0.0) | 0 | (0.0) |
| Deep venous thrombosis | 0 | (0.0) | 3 | (0.1) |
| Myocardial infarction | 5 | (0.2) | 2 | (0.1) |
| Non-Q-wave myocardial infarction | 1 | (0.0) | 0 | (0.0) |
| Thrombophlebitis | 1 | (0.0) | 0 | (0.0) |
| Transient ischemic attack | 1 | (0.0) | 2 | (0.1) |
| Unstable angina | 1 | (0.0) | 0 | (0.0) |
| Vasospasm | 1 | (0.0) | 0 | (0.0) |
| Ventricular fibrillation | 0 | (0.0) | 1 | (0.0) |

**D.    Postmarketing Passive Adverse Experience Surveillance for Rofecoxib**

As of March 13, 2000, the company's worldwide adverse experiences database (WAES)  for rofecoxib contained a total of 5576 spontaneous marketed-use adverse experience (AE) reports.  Of these 3491 were received from sources in the USA and 2085 from sources ex-USA.  Among the 5576 total reports there were 617 (11.1%) which contained one or more AE codes mapping to the cardiovascular body system in the company's medical codes dictionary: 431 were received from sources in the USA and 186 were received ex-USA.

Seventy-eight of the  617 reports containing one or more cardiovascular AEs (1.4% of all reports) contained AEs designated as "thromboembolic" (See Appendix 2).  Of these 47 were reported in the USA and 31 ex-USA (See Table 8).

MRK-I8940060191

M00AA17660

Rofecoxib—VIGOR

Table 8

Thromboembolic AEs among Spontaneous AE Reports for
Patients Treated with VIOXX

| Vascular AE | USA | Ex-USA | Worldwide |
|---|---|---|---|
| angina pectoris | 3 | 5 | 8 |
| arterial thrombosis | 1 | 0 | 1 |
| cardiac arrest | 2 | 0 | 2 |
| cardiovascular disorder | 0 | 3 | 3 |
| cerebrovascular accident | 12 | 4 | 16 |
| cerebrovascular disorder | 0 | 1 | 1 |
| coronary artery disease | 1 | 1 | 2 |
| coronary artery occlusion | 1 | 1 | 2 |
| cyanosis | 3 | 0 | 3 |
| deep venous thrombosis | 3 | 3 | 6 |
| electrocardiographic abnormality | 3 | 1 | 4 |
| embolism | 1 | 0 | 1 |
| gangrene | 1 | 1 | 2 |
| intracranial hemorrhage | 3 | 3 | 6 |
| ischemic heart disease | 0 | 1 | 1 |
| lower extremity ischemia | 0 | 1 | 1 |
| myocardial infarction | 9 | 6 | 15 |
| pulmonary embolism | 4 | 1 | 5 |
| thrombophlebitis | 0 | 1 | 0 |
| transient ischemic attack | 4 | 2 | 6 |
| ventricular tachycardia | 1 | 0 | 1 |
| Total Reports* | 47 | 31 | 78 |
| * Sum of reports may exceed total as a report may contain more than one AE. | | | |

Based on drug distribution data, assuming a single unit dose per day
irrespective of the dosage strength, a total of 967,000 patient-treatment years
of VIOXX have been distributed world-wide as of January 31, 2000. Six
hundred and seventy eight thousand single dose units have been distributed in
the USA and 289,000 ex-US. The 78 reports represent a reporting rate of 8.1
reports per 100,000 patient-treatment-years distributed. These reports are
small in number relative to the background occurrence of such events in the
age-group of patients in which VIOXX is predominately prescribed.
Furthermore the number of reports is not disproportionate to the numbers
reported with other products which have no known associated cardiovascular
risks and are indicated for treatment populations of similar age.

## IV. Summary of Clinical Results for Rofecoxib

The Phase III Program for rofecoxib in acute pain and osteoarthritis patients
demonstrated that therapy with rofecoxib resulted in potent analgesic and anti-
inflammatory effects. Therapy with rofecoxib was accompanied by substantial
reduction in the incidence of PUBs as compared to therapy with standard
NSAIDs without reductions in clinical efficacy. The cardiovascular safety
profiles of rofecoxib and NSAIDs were found to be comparable.

MRK-I8940060192

M00AA17661

Rofecoxib—VIGOR

The preliminary results of the VIGOR study in rheumatoid arthritis patients confirm the improved gastrointestinal safety profile of rofecoxib vs. the standard NSAID naproxen observed in osteoarthritis patients. Patients treated with rofecoxib had a dramatic reduction in all PUBs, including the subgroup of complicated PUBs. These results represent a clear health benefit for the large population of patients who require acute or chronic therapy with NSAIDs.

Rheumatoid arthritis patients in the VIGOR study who were given naproxen experienced a lower rate of serious cardiovascular adverse experiences than patients given rofecoxib. These results stand in contradistinction to the cardiovascular safety findings of rofecoxib/NSAID or rofecoxib/placebo comparison studies in other populations (osteoarthritis, alzheimer disease, early dementia).

## V. Potential Explanations for the Cardiovascular Findings in the VIGOR Study

To date, VIGOR is the only study to demonstrate a difference in the incidence of serious thromboembolic cardiovascular adverse events in patients treated with rofecoxib compared with another treatment (placebo or NSAID comparator). Of note, VIGOR is the only study of rofecoxib performed in patients with Rheumatoid Arthritis( aside from smaller ongoing Phase III studies) and is the only study in the clinical program conducted by Merck in which there was a long-term exposure to the NSAID naproxen. The following factors, either alone or in combination, may account for the finding of divergent cardiovascular safety profiles for rofecoxib and naproxen in the VIGOR study, but not in any other trials:

- Non-specific COX-1/COX-2 inhibitors such as naproxen may have cardioprotective effects through COX-1 mediated inhibition of platelet aggregation. The longer duration of therapy with naproxen in VIGOR and the size of the trial may have provided a sufficient sample size and period of observation to demonstrate the cardiovascular protective effects of naproxen. Additionally, VIGOR is the only trial in patients with rheumatoid arthritis. Such patients are known to be at higher risk for serious cardiovascular events so that this population would be more likely to demonstrate the benefit of antiplatelet therapy.

- Therapy with COX-2 selective inhibitors has been shown to cause moderate reductions in the synthesis of prostacylin (an inhibitor of platelet aggregation) without COX-1 mediated inhibition of platelet aggregation [1]. The resulting imbalance could theoretically have mildly pro-aggregatory platelet effects. As discussed below, a subset of patients with rheumatoid arthritis have circulating prothrombotic factors such as anticardiolipin antibody, which may put them at higher risk for thrombotic events. A modest pro-aggregatory effect of COX-2 selective inhibitors that would be insufficient to increase cardiovascular event rates in normal patients might be sufficient to trigger events in these susceptible patients.

MRK-I8940060193

Rofecoxib—VIGOR

## A. The Potential Cardioprotective Effects of COX-1 Inhibition by Naproxen

### 1. The role of platelets in acute coronary and cerebrovascular syndromes

The acute cardiovascular and cerebrovascular syndromes, including myocardial infarction and stroke, share a common underlying pathophysiology – the rupture of an arterial atherosclerotic plaque. The rupture of such a plaque results in rapid thrombus formation that leads to arterial occlusion, ischemia, and clinical symptoms.

Platelet activation and aggregation is central to the development of the nascent arterial thrombus that causes ischemia and infarction. The prostaglandins thromboxane ($TXA_2$) and prostacyclin ($PGI_2$) play a major role in these processes. $TXA_2$ is produced by activated platelets. This compound has several proaggregatory effects. First, it activates the platelet GP IIb/IIIa receptor, the protein that with fibrinogen actually forms the platelet thrombus meshwork. $TxA_2$ also activates the surface membrane of nearby platelets, increasing their intracytoplasmic calcium concentrations and promoting further platelet aggregation. Finally, $TXA_2$ also constricts vascular smooth muscle, which promotes thrombosis by reducing the lumen of the damaged artery [2]. $PGI_2$, on the other hand, is produced in the macrovascular endothelium and acts as a vasodilator and platelet aggregation inhibitor [1].

Cyclo-oxygenase enzymes are involved in the synthesis of $TXA_2$ and PGI2. Platelets contain COX-1 but not COX-2. Platelets produce $TXA_2$ following activation through a COX-1 dependent process. $TXA_2$ is converted non-enzymatically to the more stable $TXB_2$. The urinary excretion of the thromboxane metabolite 11-dehydro TxB2 (TxB-M) is an index of thromboxane production in vivo [3]. This metabolite is suppressed by NSAIDs and aspirin but not by rofecoxib [4]. Urinary excretion of PGI-M reflects predominantly extrarenal formation of $PGI_2$ [5].

### 2. The effects of aspirin and NSAIDs on COX-1 activity

Aspirin is a potent and irreversible inhibitor of platelet COX-1. By irreversibly inhibiting COX-1, aspirin completely inhibits the formation of $TxA_2$, thereby preventing $TXA_2$-dependent platelet aggregation and increasing bleeding time. Aspirin's anti-platelet effect has been shown to result in substantial reductions in death following presentation with an acute myocardial infarction. Aspirin has also been shown to decrease the incidence of serious cardiovascular events in patients at high risk for such thrombotic events [6].

Whether NSAIDs can also serve as vascular-protective agents remains largely unknown. Unlike aspirin, NSAIDs do not irreversibly inhibit platelet COX-1. It is likely that to serve as a vascular-protective agent, near complete inhibition of $TXA_2$ sustained over time is needed [7]. Thus, any potential vascular protective platelet inhibitory properties of such

MRK-I8940060194

M00A117663

Rofecoxib—VIGOR

compounds are highly dependent on the unique pharmacokinetic and pharmacodynamic profiles of each of these compounds.

Non selective COX-1/COX-2 inhibitors such as diclofenac which lack a sustained inhibition of platelet $TXA_2$ and which do not affect bleeding time would not be expected to provide cardioprotective effects similar to aspirin. Conversely, non selective COX-1/COX-2 inhibitors, such as naproxen or possibly ibuprofen, which cause sustained maximal inhibition of platelet $TXA_2$, platelet aggregation, and prolonged bleeding time, may provide vascular protective effects comparable to those observed with aspirin.

Support for this hypothesis is provided by studies evaluating the NSAID flurbiprofen. Like naproxen, flubiprofen is a potent inhibitor of platelet-derived $TXA_2$ that prolongs bleeding time [8]. In patients successfully treated for acute myocardial infarction by thrombolysis and/or coronary angioplasty, therapy with flubiprofen, as compared to placebo, was associated with a >50% reduction in the incidence of reinfarction and coronary revascularization at 6 months [9]. Thus, high-level, reversible inhibition of COX-1 by NSAIDs may have vascular protective effects, especially with high-dose therapy under clinical trial conditions where medication compliance is actively reinforced.

The effect of rofecoxib and standard NSAIDS on prostaglandin metabolism and platelet function were compared in Merck Research Laboratory Study 061. In this study, the degree of inhibition of platelet COX-1 activity in patients treated with placebo, rofecoxib, diclofenac, naproxen, and ibuprofen, was assessed by the weighted average inhibition (WAI) of $TXB_2$ generation after 6 days of dosing. In these assays, rofecoxib did not inhibit $TXB_2$ formation to a significant degree whereas diclofenac resulted in a 50% reduction of $TXB_2$, ibuprofen resulted in 87% inhibition, and naproxen resulted in 95% inhibition (Figure 5). Similarly, the WAI percent of platelet aggregation on Day 6, using 1mM arachdonic acid as an agonist, was not significantly inhibited by rofecoxib, whereas diclofenac resulted in 21.5% inhibition compared with ibuprofen and naproxen which, like aspirin, resulted in almost complete inhibition (77.0 and 88.3%, respectively). As one might expect, placebo, rofecoxib, and diclofenac did not result in a prolongation of bleeding time whereas ibuprofen and naproxen did. This difference in the anti-platelet effects of the various NSAIDs is also reflected in the United States (U.S.) circulars for these compounds. The diclofenac circular states: "Diclofenac increases platelet aggregation time but does not affect bleeding time." Conversely the naproxen circular states: "Naproxen may decrease platelet aggregation and prolong bleeding time. This effect should be kept in mind when bleeding times are determined."

Taken together, the MRL study and the flurbiprofen trial in myocardial infarction patients suggest that the NSAIDs compounds have distinct platelet inhibitory profiles, and that NSAIDs such as aspirin and

MRK-I8940060195

M00A17664

Rofecoxib—VIGOR

flurbiprofen that mediate near complete inhibition of TxA2 synthesis appear to have vascular-protective properties.

Figure 5

TXB$_2$ WAI (%) for Treatments on Day 6
(Mean ±SE)[†]



3. **Evidence to support the hypothesis that a naproxen-mediated vascular-protective effect was responsible for the reduced incidence of serious cardiovascular adverse experiences in the VIGOR trial**

The cardioprotective effects of naproxen as the reason for the decreased incidence of serious CV adverse events compared to rofecoxib rather than rofecoxib playing a causal role is supported by the following observations:

- Rofecoxib demonstrated rates of serious thromboembolic cardiovascular adverse events that were similar to placebo both in the ongoing Alzheimer's disease study and in the Phase III OA studies.can we say something about equal exposure in these trials i.e., pt.yrs of Rx

MRK-I8940060196

M00AI17665

Rofecoxib—VIGOR

- Diclofenac, which does not provide complete sustained inhibition of $TXA_2$ or a prolongation of bleeding time, demonstrated rates of serious thromboembolic cardiovascular adverse events that were similar to placebo and to rofecoxib.

- The absolute rates of serious thromboembolic cardiovascular adverse events was similar in patients treated with rofecoxib in both the Phase III OA combined analyses and VIGOR suggesting that the difference between rofecoxib and naproxen in VIGOR was driven by a reduction in events in the naproxen group.

- Freedom of information (FOI) data, for the COX-2 specific inhibitor, celecoxib, noted the following rates of serious myocardial events:

  Celecoxib 200 to 800 mg/day: 17 events/888 patient years of exposure (1.9 events per 100 patient years)

  Placebo: 7 events/207 patient years of exposure (3.3 events per 100 patient years);

  Combined NSAID group: 4 events per 535 patient years of exposure (0.7 patient per 100 patient years).

These data demonstrate a reduced rate of events in the NSAID comparator group compared to placebo or celecoxib, although it should be noted that the placebo group had few patient years of exposure. The majority of data in the NSAID comparator group from the celecoxib FOI material comes from naproxen and ibuprofen, both potent inhibitors of platelet aggregation. Also, this FOI data includes patients with rheumatoid arthritis as well as patients with osteoarthritis.

One might have expected that the ADVANTAGE study in which naproxen was the NSAID comparator would have demonstrated a decreased incidence of serious cardiovascular adverse experiences compared with rofecoxib. The fact that the incidence in the rofecoxib and naproxen groups is similar is most likely secondary to several factors including: 1) Unrestricted use of low-dose aspirin which would confer cardioprotective effects to those patients on rofecoxib; 2) The short duration of the study (12 weeks) and small number of events, since differences in rates were not apparent until 6 weeks after the start of study therapy in VIGOR; 3) the effects of cardioprotective NSAIDs may not be as evident in patients with osteoarthritis as in patients with RA (see section IVB below).

**B.   Cardiovascular Disease in the Setting of Rheumatoid Arthritis (RA) – The Role of Platelet and Coagulant System Activation**

Epidemiologic studies have suggested that patients with RA have an increased incidence of cardiovascular disease [10, 11]. The etiology of the increased risk is uncertain but may relate to increased atherogenesis in the setting of chronic inflammation [12, 13]. Although the presence of anticardiolipin (aCL) antibodies, which are associated with vascular thrombosis, is classically

MRK-I8940060197

M00A17666

Rofecoxib—VIGOR

associated with systemic lupus erythematosus (SLE), aCL antibodies have been demonstrated in 16 to 33% of patients with RA [14, 15]. Recent reports have confirmed that increased concentrations of aCL antibodies in some patients with RA results in an increased risk of arterial or venous thrombosis [16]. Studies in a select group of RA patients who were being followed in a clinic specializing in extra-articular manifestations of RA found that the incidence of thrombotic events was higher in patients with RA than age-matched controls (18% versus 6%, respectively). In particular, thrombotic events were diagnosed in 36% of aCL antibody-positive patients, 11% of aCL antibody-negative patients, and 6% of controls, respectively [17]. Because the study population consisted of a selected group of patients seen in a specialty clinic, it is likely that the overall rates of thrombotic events in this study would overestimate the expected rate of such events in the general RA patient population. However, a subgroup of patients with RA, particularly those with detectable aCL antibody titers, appear to be at particular risk of sustaining a thrombotic cardiovascular event.

The etiology of this increased tendency for thrombosis in patients with RA or detectable aCL antibodies is not well understood. Disturbances in the regulation of coagulation and fibrinolysis have been associated with RA [18] and a reduction in protein S was associated with thrombotic events in aCL antibody-positive patients with RA [19]. In addition, aCL-positive patients with lupus and without lupus have been shown to have a 4 fold increase in $TXA_2$ synthesis as measured by urinary excretion of TXB-M as well as a small increase in prostacyclin synthesis as measured by prostacyclin urinary metabolites as compared to healthy age matched controls [20, 21]. Treatment with low-dose aspirin significantly reduced urinary TXB-M but did not significantly affect levels of prostacyclin metabolites [20]. These findings suggest that patients with RA (or a subgroup) are at increased risk of having a baseline hypercoagulable state. Inhibition of $TXA_2$ by aspirin or NSAIDs which maintain almost complete inhibition of $TXA_2$ may significantly decrease the incidence of thrombotic events in the subset of patients at risk. Of note, aspirin has been shown to significantly decrease the incidence of recurrent thrombosis and spontaneous abortions in aCL-positive patients [22]. Thus, the cardioprotective effects of $TXA_2$ inhibition could be exaggerated in the rheumatoid patient population and may also explain the discrepant cardiovascular safety results of VIGOR versus studies in patients with OA and Alzheimer's Disease.

Although the aggregate of clinical and postmarketing data does not suggest that rofecoxib increases the risk of patients sustaining a thromboembolic event; the negative impact of COX-2 selective inhibitors such as rofecoxib in a small subgroup of patients with RA or other chronic inflammatory diseases cannot be ruled out. Inhibition of prostacyclin synthesis as measured by urinary PGI-M has been shown to be reduced by both nonselective COX-1/COX-2 inhibitors as well as by the selective inhibitors of COX-2, rofecoxib and celecoxib [1, 23]. COX-2 selective inhibitors, therefore have the potential to create an imbalance in the coagulation cascade through inhibition of prostacyclin without thromboxane inhibition. If this partial inhibition of

MRK-I8940060198

M00A17667

Rofecoxib—VIGOR

prostacyclin is of clinical relevance, it may be limited to a subset of susceptible patients. Based on the finding that serious thromboembolic events were not increased compared with placebo in patients with dementia or OA, it is likely that in normal patients, a 50% decrease in prostacyclin without $TXA_2$ inhibition is without clinical consequence. However, patients with a hypercoagulable state such as RA or Lupus patients who are aCL-positive patients and have decreased levels of protein S might be particularly susceptible to this partial inhibition. Of note, there have been case reports of 2 patients with SLE, high levels of aCL antibodies and low levels of protein S who sustained thrombotic events shortly after the initiation of celecoxib [24]. However these events occurred within a  short time after the initiation of celecoxib therapy. The difference observed cardiovascular events in VIGOR was not apparent until 6 weeks after initiation of study therapy. This implies that an acute imbalance of prostacyclin and thromboxane did not account for the findings in VIGOR.

V. **Summary**

Rofecoxib, a specific COX-2 inhibitor has clearly demonstrated that it has a superior GI safety profile compared to nonselective COX-1/COX-2 inhibitors. This finding has been demonstrated both in patients with OA and RA. An extensive review of rofecoxib clinical trials databases and post marketing surveillance does not suggest that rofecoxib causes an increased rate of serious thromboembolic cardiovascular events. The similar incidence of these events in patients treated with rofecoxib, placebo and the NSAID diclofenac (which does not provide complete and sustainable inhibition of platelet aggregation) as well as post marketing surveillance studies supports this conclusion. The reduced incidence of serious thromboembolic cardiovascular events in patients with rheumatoid arthritis treated with naproxen compared to rofecoxib is likely the result of the cardioprotective effects of naproxen, a potent inhibitor of platelet aggregation. It is possible that these effects may be enhanced in a small subgroup of patients with rheumatoid arthritis or other inflammatory diseases who may have an increased tendency to the development of pro-thrombotic states. Although the role of COX-2 specific inhibitors such as rofecoxib in potentiating a pro-thrombotic state in patients with rheumatoid arthritis cannot be ruled out, this scenario seems less likely. In clinical studies of patients with OA or memory impairment, this potential alteration in the balance between thromboxane and prostacyclin was of no apparent clinical consequence.

MRK-I8940060199

M00A17668

Rofecoxib—VIGOR

## List of References

1.   McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA 1999;96:272-7.

2.   Fuster V, Cohen M, Chesebro JH. Usefulness of aspirin for coronary artery disease. Am J Cardiol 1988;61:637-40.

3.   Patrono C, Davi G, Ciabattoni G. Thromboxane biosynthesis and metabolism in relation to cardiovascular risk factors. Trends Cardiovasc Med 1992;2:15-20.

4.   MRL Clinical Study Report, Multicenter Study: A Partially Blinded, Randomized, Parallel-Group, Placebo Controlled Study to Assess the Selectivity of MK–0966, Diclofenac, Ibuprofen, Naproxen and Meloxicam on COX-1 vs. COX-2 Activity in Female Volunteers Based on Biochemical Markers and Indices of Platelet Function (Protocol 061).

5.   FitzGerald GA, Brash AR, Falardean P, Oates JA. Estimated rate of prostacyclin secretion into the circulation of normal man. J Clin Invest 1981;68:1272-6.

6.   Hennekens CH, Dyken ML, Fuster V. Aspirin as a therapeutic agent in cardiovascular disease. Circulation 1997;96:2751-3.

7.   Reilly IAG, FitzGerald GA. Inhibition of thromboxane formation in vivo and ex vivo:  implications for therapy with platelet inhibitory drugs. Blood 1987;69(1):180-6.

8.   Package insert for Ansaid® (flurbiprofen tablets): May, 1999.

9.   Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis of angioplasty in acute myocardial infarction. Eur Heart J 1993;14:951-7.

10.   Myllykangas-Luosujarvi RA, Aho K, Isomaki HA. Mortality in rheumatoid arthritis. Semin Arthristis Rheum 1995;25:193-202.

11.   Wallberg-Jonsson S, Ohman M-L, Rantapaa-Dahlqvist S. Cardiovascular morbidity and mortality in patients with seropositive rheumatoid arthritis in northern Sweden. J Rheumatol 1997;24:445-51.

12.   Wallberg-Jonsson S, Johansson H, Ohman M-L, Rantapaa-Dahlqvist S. Extent of inflammation predicts cardiovascular disease and overall mortality in seropositive rheumatoid arthritis. A retrospective cohort study from disease onset. J Rheumatol 1999;26:2562-71.

MRK-I8940060200

M00A17669

Rofecoxib—VIGOR

13. Wallberg-Jonsson S, Cederfelt M, Rantapaa-Dahlqvist S. Hemostatic factors and cardiovascular disease in active rheumatoid arthritis: An 8 year followup study. J Rheumatol 2000;27:71-5.

14. Merkel PA, Chang Y-C, Pierangeli SS, Convery K, Harris EN, Polisson RP. The prevalence and clinical associations of anticardiolipin antibodies in a large inception cohort of patients with connective tissue diseases. Am J Med 1996;101:576-83.

15. Fort JG, Cowchock S, Abruzzo JL, Smith JB. Anticardiolipin antibodies in patients with rheumatic diseases. Arthritis Rheum 1987;30:752-60.

16. Seriolo B, Accardo S, Cutolo M in a Letter to the Editor. Von Willebrand factor and vascular injury in rheumatoid arthritis. Ann Rheum Dis 1994;53:550-2.

17. Seriolo B, Accardo S, Fasciolo D, Bertolini S, Cutolo M. Lipoproteins, anticardiolipin antibodies and thrombtoic events in rheumatoid arthritis. Clin Exp Rheumatol 1996;14:593-9.

18. Wallberg-Jonsson S, Dahlen GH, Nilsson TK, Ranby M, Rantapaa-Dahlqvist S. Tissue plasminogen activator, plasmingen activator inhibitor-1 and von Willebrand factor in rheumatoid arthritis. Clin Rheumatolol 1993;12(3):318-24.

19. Seriolo B, Accardo S, Garnero A, Fasciolo D, Cutolo M. Anticardiolipin antibodies, free protein S levels and thrombosis: a survey in a selected population of rheumatoid arthritis patients. Rheumatol 1999;38:675-8.

20. Lellouche F, Martinuzzo M, Said P, Maclouf J, Carreras LO. Imbalance of thromboxane/prostacyclin biosynthesis in patients with lupus anticoagulant. Blood 1991;78(11):2894-9.

21. Arfors L, Vesterqvist O, Johnsson H, Green K. Increased thromboxane formation in patients with antiphospholipid syndrome. Eur J Clin Invest 1990;20:607-12.

22. Munoz-Rodriguez FJ, Font J, Cervera R, Reverter JC, Tassies D, Espinosa G, Lopez-Soto A, Carmona F, Balasch J, Ordinas A, Ingelmo M. Clinical study and follow-up of 100 patients with the antiphospholipid syndrome. Semin Arthritis Rheum 1999;29:182-90.

23. Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, Lasseter KC, Quan H, Gertz BJ, Fitzgerald GA. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther 1999;289(2):735-41.

MRK-I8940060201

M00AA17670

Rofecoxib—VIGOR

24.   Gupta S, McCune WJ, Kaplan MJ, McDonagh KT, Schmaier AH, Crofford
      LJ. Thrombosis and ischemia in patients with systemic lupus erythematosis
      treated with celecoxib: A series of two cases [Abstract 473]. Arthritis Rheum
      1999;42(Suppl 9):S149.

MRK-I8940060202

M00A17671

Rofecoxib—VIGOR

## APPENDIX 1

Tables and Figures Included in the Document

MRK-I8940060203

M00A17672