### 9.3.1. CRF Completion

Data collected on each subject will be recorded by the Investigator, or his designee, as accurately and completely as possible. The Investigator will be responsible for the timing, completeness, legibility and accuracy of the Case Report Forms and he/she will retain a copy of each completed form. The Investigator will supply the CRCTU on request with any required background data from such records.

Entries will be made in black ballpoint pen on the Case Report Form provided and must be legible. Any errors should be crossed out with a single stroke, the correction inserted and the change initialled and dated by the Investigator. If it is not clear why the change has been made, an explanation should be written next to the change. Typing correction fluid should not be used. Each patient enrolled into the study must have a CRF completed and signed by the Principal Investigator. This applies to those patients who failed to complete the study. Data reported on the CRF should be consistent with the source data or the discrepancies should be explained.

If a patient withdraws from the study, the reason must be noted in the CRF. If a patient is withdrawn from a study because of a limiting adverse event, reasonable efforts must be made to clearly document the outcome and the reason completed on the Adverse Event from.

CRF pages can be sent to the study office using the following freepost address:

**VICTOR Study Office,**
**CRC Trials Unit,**
**University of Birmingham,**
**FREEPOST MID18195,**
**Edgbaston,**
**Birmingham**
**B15 2BR**

### 9.3.2. FOLLOW-UP

| | After Randomisation | 1 Months | 3 Months | 6 Months | 1 Year | 18 Months | 2 Years | Annually Reviewed |
|---|---|---|---|---|---|---|---|---|
| Forms Due | Prior Treatment | telephone call | Follow -up | Follow -up | Follow -up | Follow -up | Follow -up | Follow -up |

All patients will be followed-up 3 months after study entry, 6 months after study entry, then every 6 months up to 2 years after study entry, and annually thereafter according to local policy. Patients may be flagged with the Office of National Statistics (ONS) if the Investigator agrees to providing the patients name. The patients should be followed up by telephone **1 month** after they have started taking their study drugs to make sure that the patients are still taking their tablets, this information should then be recorded in the **telephone log** which can be found in the study file.

### 9.3.3. Assessment of Recurrence

An elevated CEA level, as a solitary finding, will not be considered acceptable evidence of colon cancer recurrence. In the absence of obvious radiological evidence of recurrence positive cytology or biopsy must be obtained. At the time of colorectal cancer recurrence, the Investigator should clearly indicate the site of tumour recurrence and the method of diagnosis on the Case Report Form. All subjects will be followed for survival until death. If an autopsy is performed, a copy of the autopsy report should be provided.

Confidential - Subject To Protective Order

MRK-I8940077782

### 9.3.4. Concurrent Medication

Patients are allowed to take low-dose aspirin for cardio-prophylaxis preferably ≤80 mg/ day. Details of such medication will be recorded on the prior treatment form collected shortly after randomisation. Details of any short-term NSAID use will be collected at each follow-up visit. Although this is discouraged wherever possible.

### 9.4. WITHDRAWAL OF PATIENTS

The patient can decide to withdraw from the study at any time The Investigator also has the right to withdraw patients from the study if he/she feels that it is in the best interests of the patient.

Full details of the reasons for withdrawal should be recorded in the CRF. Withdrawn patients should be followed-up in accordance with the Protocol. If a patient's treatment is unblinded the patient should be withdrawn from the study and a follow-up form should be sent immediately, the patient should then be followed-up as per Protocol. If a patient withdraws due to an adverse event, please complete an Adverse Event or Serious Adverse Event form.

### 9.5. PROTOCOL COMPLIANCE

All institutions taking part in the study will be required to attend a start-up meeting/initiation visit to ensure compliance with the protocol and allow training on study procedures and data collection methods. The lead investigator at each institution must apply for LREC/IRB approval, submit all amendments and changes to the protocol and provide any necessary documentation for their site before they can recruit into the study.

The CRCTU will monitor the compliance of institutions taking part in the trial on an ongoing basis. Where non-compliance with the protocol or the standard procedures set out in the CRCTU Investigator Agreement is suspected, the lead investigator for the study will contact the institution to resolve any problems. If appropriate, the matter will be referred to the CRCTU Management Executive at their next meeting or by correspondence with members if urgent. The CRCTU Management Executive has the full authority to take appropriate corrective action, including temporary or permanent withdrawal of the institution from that or any other study.

### 9.6. MONITORING

Institutions will be monitored by checking incoming forms for compliance with the Protocol, consistent data, missing data and timing. Study staff will be in regular contact with institution personnel (by phone/fax/email/letter) to check on progress and deal with any queries that they may have.

All participating institutions will be visited by a CRCTU monitoring team after the first two patients have been recruited and then annually thereafter. If required the monitoring team will visit institutions on a more frequent basis. Should the monitoring team have sufficient concerns with an institutions' ability to run a trial they will recommend that all studies run by or through the CRCTU be suspended. The investigator will allow the CRCTU access to source documents as requested. Investigators will be notified in advance about forthcoming monitoring visits.

A random sample, approximately 10% of patients entered into CRCTU studies, will be audited by an independent audit team.

### 10. STATISTICAL CONSIDERATIONS

In the Quasar trial, two-year survival rates for Dukes B and Dukes C tumours are 90% and 76% respectively and the 5 year rates are 76% and 62% respectively [12].

Given 7000 patients randomised equally between VIOXX® and placebo, the proposed study has at least 90% power at a 5% (2-sided) level of significance to detect a 3% improvement in survival (e.g. 82% to 85%). This is based on the assumption that approximately 60% of patients randomised will be Dukes C; the study has at least 85% power to detect a 4% difference in Dukes C and 80% power to detect a 3% difference in Dukes B. The study will also have 85% power at a 5% (2-sided) level of significance to detect a 5% difference in 5-year survival in VIOXX® recipients who stop

13

treatment at two years or continue for five years. Comparison of VIOXX® versus placebo will be based on a comparison of subtotals X and Y. Comparison of 2-year versus 5-year treatment with VIOXX® will be based on totals A and B.

| ARM A<br>VIOXX® 2 years<br>n = 1750 | ARM C<br>Placebo 2 years<br>n = 1750 |
|---|---|
| VIOXX® 5 years<br>n = 1750<br>ARM B | Placebo 5 years<br>n = 1750<br>ARM D |
| SUBTOTAL X<br>3500 patients receiving<br>VIOXX® | SUBTOTAL Y<br>3500 patients receiving<br>Placebo |

## 10.1. PARAMETERS (PRIMARY / SECONDARY END-POINTS)

Primary End Pont:      Overall survival

Secondary End Point: Disease free survival

## 10.2. STRATIFICATION

A minimisation algorithm will be employed to allocate patients to VIOXX® or placebo according to:

- Trial Group
- Age of patient
- Site of disease (colon or rectum)
- Disease stage (B or C)
- Chemotherapy (yes/no), Chemotherapy Type

## 10.3. ANALYSIS PLAN

The survival analysis, all-cause mortality, will be calculated from the date of randomisation to the date of death, or the censor date. The analysis of recurrence will be calculated from date of randomisation to either (i) the date of recurrence, (ii) date of death from colon cancer if no date of recurrence recorded, or, (iii) the censor date. A cause-specific survival analysis will also be carried out with non-colon cancer deaths being censored at the date of death. For all analyses the log-rank test will be used to compare differences between treatment curves, with the analysis carried out on an intention-to-treat basis.

The study is expected to reach the recruitment target in five years.  There are two planned analyses of the 2-year data; the first is the interim analysis at the end of recruitment and the second is the final analysis at the end of the 2-year follow-up of all patients, i.e. when there have been at least 535 events in one treatment arm out of the total 3500 patients randomised. There will be two analyses of the 5-year follow-up data. The first is the interim at the end of the 2-year follow-up of all VIOXX® patients and the second is the final analysis at the end of 5-year follow-up of all VIOXX®  patients, i.e. when there have been at least 580 events in one treatment arm out of the 1750 VIOXX® patients randomised.

Confidential - Subject To Protective Order

MRK-I8940077784

## 10.4. MILESTONES

The target recruitment rate is between 1200-1400 patients per annum. Assuming an optimistic recruitment of 1400 per annum, then 7000 patients will be recruited at the end of the first 5 years.

January 2001: Start randomisation
January 2002: 1400 patients recruited
January 2003: 2800 patients recruited
January 2004: 4200 patients recruited
January 2005: 5600 patients recruited
January 2006: Finish recruitment of 7000 patients
First code-break and start analysis of 2-year results
January 2008: Final 2-year analysis published and interim of 5-year results
January 2011: Final 5-year analysis published

## 10.5. DATA AND SAFETY MONITORING

An independent Data and Safety Monitoring Committee (DSMC) will be established for this trial. This committee will meet annually; the exact frequency will depend on the rate of accrual and event rates. The DSMC will monitor recruitment to the trial and protocol compliance as well as toxicity and serious adverse events. The main outcomes will be analysed as stated above in the analysis plan. In order to preserve the overall alpha level, interim analysis will be reported to the DSMC using conservative tests with significance determined by a p-value of 0.001. The DSMC will also assess the overall progress of the trial and evaluate world-wide evidence when monitoring the trial. Recruitment will also be scrutinised by the Steering Committee at 6-monthly intervals as well as the annual reports from the DSMC.

## 11. ETHICAL AND REGULATORY STANDARDS

### 11.1. ETHICAL PRINCIPLES

The trial will be co-ordinated by the CRCTU in Birmingham UK.  The unit will conduct the trial according to its local adoption of the UK MRC GCP Guidelines http://www.mrc.ac.uk/Clinical_trials/ctg.html and CRCTU SOPs.

Patients have the right to withdraw from the study at any time for any reason.

The Office for Protection from Research Risks (OPRR) awarded an ICPA (International Cooperative Project Assurance) to the CRCTU in May 1999 enabling the unit to conduct Cooperative Group protocols in the USA.

This study will be carried out in accordance with the World Medical Association Declaration of Helsinki (1964) and the Tokyo (1975), Venice (1983), Hong Kong (1989), South Africa (1996) and Scotland (2000) amendments. If you require a copy please contact the study office.

### 11.2. INFORMED CONSENT

It is the responsibility of the Investigator to obtain written informed consent in compliance with national requirements from each subject prior to entering the trial or, where relevant, prior to evaluating the subject's suitability for the study.  (Patient Information Sheet - Appendix 1, Patient Consent Form – Appendix 2)

### 11.3. ETHICS COMMITTEE REVIEW

The CRCTU will put the study Protocol and any amendments through a Multicentre Research Ethics Committee in the UK.  The Investigator must submit this protocol, any supporting documentation and any amendments, to a Local Research Ethics Committee or similar body (LREC, IRB, etc.), and is required to forward a copy of the written approval letter, signed by the Chairman, to the Trials Office.

15

Confidential - Subject To Protective Order   MRK-I8940077785

**11.4. ANNUAL REPORT**

The VICTOR study office will send an annual trial update report to the Multicentre Research Ethics Committee (MREC). It is the responsibility of each study site to send a copy of this report onto their Local Research Ethics Committee (LRECs)/IRB along with any extra local information required by the committee.

**11.5. INDEMNITY**

The VICTOR study is a clinician-initiated and clinician-led study with an educational grant provided by Merck & Co. The study is being run by CRCTU via the University of Birmingham. The CRCTU does not hold insurance against claims for compensation for injury caused by participation in a clinical trial and they cannot offer any indemnity. However, in terms of liability, NHS Trust and Non-Trust Hospitals have a duty of care to patients treated, whether or not the patient is taking part in a clinical trial. Compensation is therefore only available in the event of clinical negligence being proven. There are no specific arrangements for compensation made in respect of any serious adverse events occurring through your participation in this study, whether from side effects listed above, or others as yet unforeseen.

**11.6. PATIENT CONFIDENTIALITY**

The personal data recorded on all documents will be regarded as confidential, and to preserve the subject's anonymity, only their initials and date of birth will be recorded on the Case Recport Form. The patients name will be collected at randomisation to allow flagging only if the centre will allow with the Office of National Statistics (ONS). The Investigator must ensure the patient's anonymity is maintained.

On CRFs or other documents submitted to the CRCTU, patients should be identified only by their trial number, initials and date of birth. The Investigator must keep a separate log of patients' trial number, names, addresses and hospital number. The Investigator must maintain documents not for submission to the CRCTU, e.g. patients' written consent forms, in strict confidence.

The CRCTU will maintain the confidentiality of all subject data and will not reproduce or disclose any information by which subject's could be identified, other than reporting of serious adverse events. Patients should be reassured that their confidentiality will be respected at all times.

In the case of special problems and/or governmental queries, it is also necessary to have access to the complete study records, provided that patient confidentiality is protected.

**12. STUDY ADMINISTRATION**

**12.1. COMPUTERISED RECORDS**

**Create data** - Details of centres and participating staff will be recorded during the study. Patient data records will be created at randomisation and data entered from CRFs during follow up.

**Modify and maintain data** - Records of centres and participating staff will be modified to maintain accurate details of personnel and status. Data from CRFs will be modified to correct any erroneous or missing entries, the reason for these changes will be recorded in an audit trail.

**Archive** - At the conclusion of the trial, when all patient data has been collected, and the analysis is completed, all the data stored on the computer system will be archived. After trial conclusion, if any audit is required, or new analysis to be performed, the data will be retrieved.

**Transmit** - Such data as required to execute remote randomisations may be transmitted from approved centres by staff with authorised access.

**12.2. PUBLICATION AND INTELLECTUAL PROPERTY**

The Victor Trial Advisory Group is responsible for approving the content and distribution of all publications, abstracts and presentations arising from the study and for assuring the confidentiality and integrity of the study. It will provide collaborators with approved publicity material and information updates at regular intervals during the course of the study. The definitive publications

16

                    MRK-I8940077786

from **VICTOR** will be written with input from the collaborative group and will acknowledge all those who have contributed to the study.

For these reasons, individuals wishing to present or publish material arising from VICTOR should not do so without the written approval of the Steering Committee. All authors must agree to submit a copy of any manuscript and/or abstract for review and comment by the Steering Committee at least sixty (60) days prior to its submission for publication.  The Steering Committee will respond with any requested revisions and authors must agree to delete any confidential information and make any corrections of fact before to submitting the document for publication. If requested the Steering Committee will take reasonable steps to expedite the review process to meet the authors publication deadlines.

## 12.3. ARCHIVING

All source and study documentation must be securely retained by the investigator for at least two years after the last approval of a marketing application in an ICH (International Conference on Harmonisation) region and until there are no pending or contemplated marketing applications, or at least 15 years, whichever is the longest.

## 13. TRANSLATIONAL SCIENCE PROTOCOL

A translational science protocol will form a sub-study of the main VICTOR study, a separate protocol is available. If you require a copy please contact the study office.

### 13.1. BACKGROUND

There is a strong sense within the clinical community that we need to improve the selection of patients for adjuvant treatment to choose patients who would most benefit from therapy. Clearly, with a mechanistically distinct agent like VIOXX®, it would be logical to use the trial database to investigate the prognostic role of COX-1 and COX-2.

### 13.2. AIMS AND OBJECTIVES

- To investigate the prognostic relevance and predictive power of COX-1, COX-2, p53 and hMLH-1 using immunocytochemical staining of fixed colorectal cancer tissue, using conventional statistical models.
- To develop an artificial neural network (ANN) which is capable of handling the enormous data input from a prospective serum proteomic study of colorectal cancer patients entered into the present trial.

Confidential - Subject To Protective Order

MRK-I8940077787

## 14. REFERENCES

1. AbulaJi AM, Williams NS. Local recurrence of colorectal cancer: the problems, the mechanisms, management and adjuvant treatment. *Br J Surg* 1994; **81**: 7-17

2. Midgley RS, Kerr DJ. Adjuvant treatment of colorectal cancer. *Cancer Treatment Rev* 1997; **23**: 135-152.

3. Diaz-Canton E, Pazdur R. Adjuvant medical therapy for colorectal cancer. *Surgical Clinics of North America* 1997; **77(1);** 211-228.

4. IMPACT investigators. Efficacy of adjuvant fluorouracil and folinic acid in colon cancer. *Lancet* 1995; 939-944.

5. Francini G, Petrioli R, Lorenzini L, et al. Folinic acid and 5-fluorouracil as adjuvant chemotherapy in colon cancer. *Gastroenterology* 1994; **106(4)**; 899-906.

6. Wolmark N, Rockette H, Fisher B, et al. The benefit of leucovorin - modulated fluorouracil as post-operative adjuvant therapy for primary colon cancer: results from National surgical adjuvant breast and bowel project protocol C-03. *J Clin Oncol* 1993; **11(10);** 1879-1887.

7. Wolmark N, Rockette H, Mamounas EP, et al. The relative efficacy of 5-FUleucovorin (FU-LV), 5-FU-Ievamisole (FU-LEV) and 5-FU-Ieucovorin-levamisole in patients with Dukes B and C carcinoma of the colon: first report of NSABP C-04. *Proc Am Soc Clin Oncol* 1996; 205 (abstract 460).

8. O'Connell MJ, Mailliard JA, Kahn MJ, et al. Controlled trial of fluorouracil and low-dose leucovorin given for 6 months as postoperative adjuvant therapy for colon cancer. *Clin Oncol* 1997; **15**: 246-250.

9. O'Connell MJ, Laurie JA, Kahn M. Prospectively randomized trial of postoperative adjuvant chemotherapy in patients with high-risk colon cancer. *J Clin Oncol* 1998; **16**: 295-300.

10. Haller PG, Catalano JS, MacDonald RJ et al. Fluorouracil (FU), Leucovorin (LU) and Levamisole (LEV) adjuvant therapy for colon cancer: five-year final report of INT 0089. *Proc Am Soc Clin Oncol* 1998; 256a (abstract 982).

11. Shiff SJ and Rigas B. Non-steroidal anti-inflammatory drugs and colorectal cancer: Evolving concepts of their chemopreventive actions. *Gastroenterology*, 1997; **113**: 1992-1998.

12. Gray RG, Kerr DJ, McConkey CC, et al. on behalf of QUASAR Collaborative Group. Comparison of fluorouracil with additional levamisole, high-dose folinic acid, or both, as adjuvant chemotherapy for colorectal cancer: A randomised trial. Lancet 2000, **355**: 1588-96.

13. Eberhart CE, Coffey RJ, Radhika A, Giardiello FM. Ferrenbach S and DuBois RN. Up-regulation of cyclooxygenase 2 gene expression in human colorectal adenomas and adenocarcinomas. *Gastroenterology*, 1994; **107**: 1183-1188.

14. Kargman SL, O'Neill GP, Vickers PJ, Evans JF, Mancini JA and Jothy S. Expression of prostaglandin G/H synthase-1 and –2 protein in human colon cancer. *Cancer Res.*, 1995; **55**: 2556-2559.

15. Oshima M, Dinchuk JE, Kargman SL, Oshima H, Hancock B, Kwong E, Trzaskos JM, Evans JF and Taketo MM. Suppression of intestinal polyposis in $APC^{\Delta716}$ knockout mice by inhibition of cyclooxygenase 2 (COX-2). *Cell*, 1996; **87**: 803-809.

16. Fukutake M, Nakatsugi S, Isoi T, Takahashi M, Ohta T, Mamiya S, Taniguchi Y, Sato H, Fukuda K, Sugimura T and Wakabayashi K. Suppressive effects of nimesulide, a selective inhibitor of cyclooxygenase-2, on azoxymethane-induced colon carcinogenesis in mice. *Carcinogenesis*, 1998; **19**: 1939-1942.

17. Kawamori T, Rao CV, Seibert K and Reddy BS. Chemoprevention activity of celecoxib, a specific cyclooxygenase-2 inhibitor, against colon carcinogenesis. *Cancer Res.*, 1998; .**58**: 409-412.

Confidential - Subject To Protective Order                                                                MRK-I8940077788

18. Elder DJE and Paraskeva C.  COX-2 inhibitors for colorectal cancer.  *Nature Med.*, 1998; **4**: 392-393.

19. Tsujii M, Kawano S, Tsuji S, Sawaoka H, Hori M and DuBois RN.  Cyclooxygenase regulates angiogenesis induced by colon cancer cells.  *Cell*, 1998; **93**: 705-716.

20. Elder DJE, Halton DE, Hague A and Paraskeva C.  Induction of apoptotic cell death in human colorectal carcinoma cell lines by a cyclooxygenase-2 (COX-2)-selective nonsteroidal anti-inflammatory drug: independence from COX-2 protein expression. *Clin. Cancer Res.*, 1997; **3**: 1679-1683.

21. Hara A, Yoshimi N, Niwa M, Ino N and Mori H.  Apoptosis induced by NS-398, a selective cyclooxygenase-2 inhibitor, in human colorectal cell lines. *Japanese Jnl. Cancer Res.*, 1997; **88**: 600-604.

22. Elder DJE, Hague A, Hicks DJ and Paraskeva C.  Differential growth inhibition by the aspirin metabolite salicylate in human colorectal tumor cell lines: Enhanced apoptosis in carcinoma and *in vitro*-transformed adenoma relative to adenoma cell lines.  *Cancer Res.*, 1996; **56**: 2273-2276.

23. Sheng GG, Shao J, Sheng H et al.  A selective cyclooxygenase-2 inhibitor (SC-58125) suppresses the growth of H-*ras* Transformed rat intestinal epithelial cells.  *Gastroenterology*, 1997; **113**: 1883-1891.

24. Elder DJE and Paraskeva C.  NSAIDs to prevent colorectal cancer: A question of sensitivity.  *Gastroenterology*, 1997; **113**: 1999-2008.

25. Vioxx® Summary of Product Characteristics.  Merck Sharp & Dohme Limited 1999.

26. Langman MJ, Jensen DM, Watson DJ, Harper SE, Zhao P, Quan H, Bolognese JA and Simon TJ. Adverse Upper Gastrointestinal Effects of VIOXX® Compared with NSAIDs. *JAMA*, 1999; **282**: 1929-1933.

Confidential - Subject To Protective Order

MRK-I8940077789

**APPENDIX 1: PATIENT INFORMATION SHEET**

*To be put on hospital headed paper*

VICTOR: Phase III, randomised, double blind, placebo controlled study of Rofecoxib (VIOXX®) in colorectal cancer patients following potentially curative therapy.

## PATIENT INFORMATION SHEET

Although you have completed surgery, and perhaps chemotherapy or radiotherapy successfully, there is still a possibility that there could be some cancer cells left. We would like to invite you to take part in a study to work out if a new type of tablet, which has been used to treat arthritis, might cut down the chances of bowel cancer coming back.

This information sheet is designed to help you understand what the study is about. Please take time to read the following information carefully. You may take this sheet away with you to read and discuss with your doctor, nurses, relatives and friends, if you wish. If anything is not clear or if you would like some more information, please contact your doctor or nurse. **Taking part in this research is entirely voluntary.**

### What is the purpose of the study?

Studies carried out in patients and animals have shown that traditional Non-Steroidal Anti Inflammatory Drugs (NSAIDs) such as aspirin, can protect against bowel cancer. These drugs have not been widely used because of heartburn, indigestion and, rarely, bleeding from the stomach.

Recently a new type of drug has been developed, which has far less side effects than traditional NSAIDs. These drugs have been shown to be more effective than traditional NSAIDs in preventing bowel tumours in animals. There is evidence from laboratory studies that one of these new drugs, VIOXX®, can kill bowel cancer cells and stop tumour nodules growing.

In this study we are trying to find out if the new NSAID VIOXX® can cut down the chance of bowel cancer coming back. We are also interested in finding out how long patients should continue to take the tablets, so a computer will choose, at random, whether you will take the treatment for two years or five years.

### Why have I been chosen?

You have been chosen because although you have completed surgery and perhaps chemotherapy or radiotherapy successfully, there is still a possibility that there could be some cancer cells left. Other patients with bowel cancer, elsewhere in the UK and other countries, will be invited to join the trial. We need to study 7000 patients like you.

### Do I have to take part?

**Participation in the trial is entirely voluntary.** Your standard of care will not be affected if you decide not to take part in this study.

If you decide to take part you will be given this information sheet to keep and will be asked to sign a consent form. You are free to withdraw at any time and without giving a reason. This will not in any way affect any future care you will receive from your medical and nursing team.

### What will happen to me if I take part?

We are inviting patients, like you, to join a randomised trial. Randomisation means that neither you nor your doctor picks the treatment, but a computer will decide, so that the results of the trial are as reliable as possible. Half of the patients in the trial will receive VIOXX, while the other half will receive a dummy tablet. Because the tablets are identical in appearance, neither you nor your doctor will know if you are receiving the active tablet (VIOXX®) or the dummy tablet (placebo).

If you agree to take part in the trial, having read and understood this information sheet and had any questions answered you will be asked to sign a form to agree to take one tablet daily for 2 - 5 years. You will be given a copy of the consent form to keep along with this information sheet. We will

20

Confidential - Subject To Protective Order
MRK-I8940077790

telephone the trials office who will randomise you to one of the four available treatment choices. This will determine which tablets you will receive.

Either         A- VIOXX® tablets for 2 years

                 B- Placebo tablets for 2 years

                 C- VIOXX® tablets for 5 years

                 D- Placebo tablets for 5 years

You will be asked to visit the outpatient clinic at 3 months, 6 months, 1 year, 18 months, 2 years after randomisation and annually thereafter according to local practice. Your doctors will then see you regularly to monitor your progress, according to their usual practice.

Following surgery, part of your cancer was stored in the Pathology Department of your hospital. We wish to perform some tests on this cancer tissue as part of the trial and would also like to collect 2 - 3 small blood samples for some extra laboratory tests to help us understand the cancer's behaviour better. You may refuse permission if you don't want these extra samples to be taken.

### What do I have to do?

While taking the study medication you should not take any non-steroidal anti-inflammatory drugs e.g. aspirin and ibuprofen, unless advised by your doctor (we will give you a small card that lists the drugs which you should avoid- please show this to your pharmacist if you are unsure).

**You will need to use an adequate form of contraception to ensure that you or your partner do not become pregnant during the study.**

You will be asked to take the trial tablets regularly. There should be no other restrictions to your lifestyle.

### What is the drug that is being tested?

The drug that is being tested is a tablet called VIOXX® that is taken by mouth. So far VIOXX® has been used to treat patients with arthritis at a dose of 25 mg daily.

You will be given a card to say that you are taking part in a clinical trial. The card will advise you, your doctor and your pharmacist what medication you should avoid whilst taking part in this study. Please carry the card with you at all times and show it to your doctor or pharmacist if you require any treatment during the study.

### What are the alternatives for treatment?

The alternative to the trial is to receive no further treatment and be seen in the outpatient department by your own doctor.

### What are the possible side effects of taking part?

Several thousand patients have been treated with VIOXX® around the world and it is considered to be safer than many existing similar painkillers. However the following side effects have been described, affecting between 1 in a hundred to 1 in twenty patients:

- Tummy pain
- Dizziness
- Fluid retention leading to ankle swelling
- Increase in blood pressure
- Indigestion and heartburn
- Mild headache
- Itching

If you experience persistent dizziness or drowsiness (i.e. for more than 1 week) whilst taking the trial medication you should avoid driving or operating machinery and inform your doctor.

21

If you are taking warfarin to stop your blood clotting, you will need to be closely monitored by your doctor to make sure that your dose is correct. If you experience any other symptoms you should report them to your doctor.

## What are the potential disadvantages and risks of taking part?

**Because the study drug may be harmful to an unborn child, as a man or a woman you must agree to use an adequate form of birth control during this study e.g. oral contraceptive pill, diaphragm, condom.  If you are pregnant you may not enter into this study. If you or your partner were to become pregnant you must notify your study doctor immediately.**

There is a possibility that taking part in this study may affect any private medical insurance that you may have.  If you are at all worried about this, please contact your insurance company.

## What are the possible benefits of taking part?

The purpose of the trial is to find out if taking VIOXX® tablets reduces the chance of the bowel cancer coming back.  There are no guarantees that this will be the case. The information we get from this study may help us to treat patients with bowel cancer better in the future.

## What if new information becomes available?

Sometimes during the course of a research project, new information becomes available about the drug that is being studied. If this happens, your research doctor will tell you about it and discuss whether you want to continue in the study. If you decide to withdraw your doctor will make arrangements for your care to continue. If you decide to continue in the study you may be asked to sign an updated consent form.

On receiving new information your doctor may consider it to be in your best interests to withdraw you from the study. Your doctor will explain the reasons and arrange for your care to continue.

## What happens when the research study stops?

When your treatment comes to an end after 2 or 5 years, your own doctors will see you regularly for follow up in their outpatient clinics, according to their usual routine.

## What if something goes wrong?

You will receive the best medical care available during and after the trial, but because these are still relatively new treatments, unexpected side effects may occur. In the unlikely event of an injury arising from taking part in this trial, you will be provided with the necessary care.

There are no special compensation arrangements for patients taking part in this study, in addition to the insurance cover provided for all patients treated in an NHS hospital. If you are harmed due to someone's negligence, then you may have grounds for legal action but you may have to pay for it. Regardless of this, if you wish to complain about any aspect of the way you have been approached or treated during the course of this study, the normal National Health Service complaints procedure mechanisms may be available to you. Your doctor will give you further information if necessary.

## Will my taking part in this study be kept confidential?

Information collected about you during the trial will be kept at the Cancer Research Campaign Trials Unit at the University of Birmingham.  This information is strictly confidential.

Unless required by law, only your doctor (investigator), the Cancer Research Campaign Trials Unit (sponsor), Merck & Co (drug manufacturer) and worldwide government regulatory agencies will have access to confidential data which identifies you by name. This is so that we can check that the study is being carried out correctly. Any information that leaves the hospital will have your name and address removed so that you cannot be recognised from it.

Your GP and any other doctors who may treat you but who are not involved in the study, will be notified that you are taking part in the study.

22

MRK-I8940077792

**What will happen to the results of the research study?**

Results of the trial will be published in medical journals, but the confidentiality of all patients will be maintained.  You will not be identified in any reports or publications resulting from the study. If you would like to obtain a copy of the published results, please ask you doctor.

**Who is organising and funding the research?**

The study is being organised and funded by the Cancer Research Campaign Trials Unit, University of Birmingham with an educational grant provided by Merck & Co.

**Who has reviewed the study?**

The study has been reviewed by the Cancer Research Campaign Clinical Trials Committee, the West  Midlands Multi-centre Research Ethics Committee and your Local Research Ethics Committee.

**What if I have more questions or haven't understood something?**

Please feel free to ask any further questions of the doctors and nurses looking after you before deciding to take part in the trial or at any time during the study.

Consumers for Ethics in Research (CERES) publish a leaflet entitled 'Medical Research and You'. This leaflet gives more information about medical research and looks at some questions you may want to ask.  A copy may be obtained from CERES, PO Box 1365, London N160BW.

**Thank you for reading this information sheet.**

**Your local contact is:**  _____     **Tel:** _____

**Independent contact is:** _____     **Tel:** _____

23

Confidential - Subject To Protective Order

MRK-I8940077793

**APPENDIX 2: PATIENT CONSENT FORM**

*To be put on hospital headed paper*

**VICTOR: Phase III, randomised, double blind, placebo controlled study of Rofecoxib (VIOXX®) in colorectal cancer patients following potentially curative therapy.**

**PATIENT CONSENT FORM**

I have explained the nature of the VICTOR study to ……………………………………………..

I have explained the trial to my patient and he/she has agreed to enter the study. I have made it clear that he/she may withdraw at any time without giving a reason and without affecting any future care. The patient has been given the opportunity to ask any questions about the study and his/her treatment.

Doctors name (print)  …………………………………………          date          /          /

Signature                      …………………………………………..

---

*To be completed by the*                                                                    *Please tick box*

I have read and received a copy of the patient information sheet version ………………          ☐
and I fully understand what is involved in taking part in this trial.

I confirm that I am satisfied with the information provided about the VICTOR study.          ☐

I have had the opportunity to ask any questions that I have about the study.          ☐

I understand that I am free to withdraw from the study at any time without giving a reason.          ☐
If I decide to leave the study I understand that this will not affect my future care.

I also understand that only the doctor (investigator), the Clinical Trials Unit (sponsor),          ☐
Merck & Co (drug manufacturer) and worldwide government regulatory agencies will have access
to confidential data which identifies me by name. I will not be identified in any reports or
publications resulting from the study.

I also give permission for laboratory tests to be performed on the cancer tissue removed at          ☐
the time of surgery and that 2 – 3 additional blood samples will be taken as part of this study.

I also understand that some of this research will be carried out with companies          ☐
who may use the information for commercial gain.

I give my permission for a letter and information about the VICTOR study to be sent my GP          ☐
which will  tell him/her that I have decided to take part in the study.

My signature confirms that the details I have ticked on this form are true and that I willingly
consent to take part in the Victor study .

Patients signature          …………………………………………          Date          /          /

Witness signature          …………………………………………          Date          /          /

24

                                                                    MRK-I8940077794

**APPENDIX 3 G.P. LETTER**

Dear Dr

Patient name:                                         Date of Birth:

Address:

The above patient has been entered into the Adjuvant Colorectal Cancer Study – VICTOR, this is a study of the COX II inhibitor Rofecoxib (VIOXX®) against placebo. The study aims to look at the effect of this on survival following standard management of the patient i.e. surgery with or without chemotherapy and/or radiotherapy.

The patient has further been randomised to receive the study medication for _____ years (two or five years) of treatment.

The hospital pharmacy will arrange all the supplies and returns of the patients study medication. The patient has also been issued with an emergency contact card the text of which is appended to this letter. We need your help in so far as you need to be familiar with the type of treatment related side-effects that may be attributable to the study drug and to be aware of drugs to avoid prescribing, as their effects may be additive to those of the study drug or increase the risk of adverse events. A list of potentially problematic medication and side affects is attached to this letter. However, patients who are well established on long term medications such as steroids in asthma patients and low dose aspirin in cardiac patients should not have these medications changed.

If you have any enquires regarding this study please feel free to contact the study office on 0121-414-6372 or e-mail gi.team@trials.bham.ac.uk.

Many thanks for your help and co-operation with this study.

**Yours sincerely**

ENC. OTC Medications to be avoided whilst on the study.

Confidential - Subject To Protective Order                                                                     MRK-I8940077795

## OTC MEDICATION TO BE AVOIDED WHILST ON THE STUDY

**Wherever possible NSAID use should be avoided, particularly if used for >4 weeks.**

**Alka-Seltzer®** (aspirin),
**Alka-Seltzer® XS** (aspirin, caffeine, paracetamol),
**Anadin®** (aspirin, caffeine),
**Anadin Extra®, Anadin Extra Soluble®** (both aspirin, caffeine, paracetamol),
**Anadin Maximum Strength®** (aspirin, caffeine)
**Angettes 75®** (aspirin),
**Askit®** (aspirin, aloxiprin = polymeric product of aspirin, caffeine),
**Aspro®** (aspirin),
**Aspro Clear®** (aspirin)
**Bayer Aspirin®** (aspirin),
**Beechams Powders®** (aspirin, caffeine),
**Beecham Aspirin®, Beechams Powders Tablets®** (both aspirin),
**Boots Back Pain Relief®** (aspirin),
**Boots Headache Relief®** (aspirin, paracetamol, caffeine),
**Caprin®** (aspirin)
**Codis 500®** (aspirin, codeine),
**Mrs. Cullen's®** (aspirin),
**Disprin®, Disprin CV®, Disprin Direct®** (all aspirin),
**Disprin Extra®** (aspirin, paracetamol),
**Dristan Tablets®** (aspirin, caffeine, chlorphenamine, phenylephrine)
**Fynnon® Calcium Aspirin** (aspirin)
**Maximum Strength Aspro Clear®** (aspirin),
**Nurse Sykes' Powders®** (aspirin, caffeine, paracetamol)
**Phensic®** (aspirin, caffeine),
**Placidex®** (paracetamol),
**Powerin®** (aspirin, caffeine, paracetamol),
**Toptabs®** (aspirin, caffeine),
**Veganin®** (aspirin, paracetamol, codeine),

**Proprietary brands of ibuprofen preparations are on sale to the public; brand names include:**

| | | |
|---|---|---|
| **Advil®,** | **Ibuprofen,** | **Novaprin®,** |
| **Anadin Ibuprofen®,** | **Ibrufhalal®,** | **Nurofen®,** |
| **Anadin Ultra®,** | **Ibufem®,** | **Obifen®,** |
| **Boots Children's 6 years Plus Fever & Pain Relief®,** | **Inoven®,** | **Pacifene®,** |
| **Cuprofen®,** | **Junifen®,** | **PhorPain®,** |
| **Galprofen®,** | **Librofem®,** | **Proflex®,** |
| **Hedex®** | **Migrafen®,** | **Relcofen®;** |

**Compound proprietary preparations containing ibuprofen include:**

**Advil®** Cold and Sinus (ibuprofen, pseudoephedrine),

26

**Lemsip**® Power + (ibuprofen, pseudoephedrine),
**Nurofen**® Cold & Flu (ibuprofen, pseudoephedrine),
**Nurofen**® Plus (ibuprofen, codeine),
**Solpaflex**® (ibuprofen, codeine)

**Boots Muscular Pain Relief Gel**® (ketoprofen),
**Cuprofen**® **Ibutop**® **Gel** (ibuprofen)
**Deep Relief**® (ibuprofen, menthol),
**Feldene P**® **Gel** (piroxicam),
**Fenbid**® **Gel** (ibuprofen),
**Ibuleve**®, **Ibuleve Mousse**®, **Ibuleve Sports Gel**® (ibuprofen),
**Mentholatum**® **Ibuprofen Gel** (ibuprofen),
**Nurofen Muscular Pain Relief Gel**® (ibuprofen)
**Oruvail**® **Gel** (ketoprofen 30-g tube; 100-g tube prescribable on NHS)
**Proflex Cream**® (ibuprofen),
**Proflex Pain Relief Gel**® (ibuprofen)
**Radian**®-**B Ibuprofen Gel** (ibuprofen)

### SIDE EFFECTS REPORTED

| Common effects (>1 in 100, <1 in 10) | Uncommon effects (>1 in 1000, <1 in 100) |
|---|---|
| Abdominal pain | Abdominal distension |
| Dizziness | Asthenia/fatigue |
| Oedema/fluid retention | Chest pain |
| Hypertension | Tinnitus |
| Dyspepsia, epigastric discomfort, heartburn | Weight gain |
| Nausea, diarrhoea | Muscular cramp |
| Headache | Insomnia, somnolence, vertigo |
| Pruritis | Depression, decreased mental acuity |
| Increased ALT and AST | Dyspnoea |
| Decreased haematocrit | Atopic dermatitis, rash |
| | Increased Alk Phos |
| | Increased serum creatinine and BUN |
| | Proteinuria |

27

Confidential - Subject To Protective Order

MRK-I8940077797

**APPENDIX 4: COCKCROFT-GAULT FORMULA**
**FOR CALCULATING GLOMERULA FILTRATION RATE**

The estimated GFR is given by:

Males:      $\dfrac{1.25 \times (140 - \text{age}) \times \text{weight (kg)}}{\text{serum creatinine (}\mu\text{mol/l)}}$

Females:   $\dfrac{1.05 \times (140 - \text{age}) \times \text{weight (kg)}}{\text{serum creatinine (}\mu\text{mol/l)}}$

28

Confidential - Subject To Protective Order

MRK-I8940077798

**APPENDIX 5: COMMON TOXICITY CRITERIA (NCI BETHESDA)**

| TOXICITY | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| Platelets | WNL | 75.0 - normal | 50.0 - 74.9 | 25.0 - 49.9 | < 25.0 |
| Haemoglobin | WNL | 10.0 - normal | 8.0 - 10.0 | 6.5 - 7.9 | < 6.5 |
| Granulocytes (i.e. neuts + bands) | 2.0 | 1.5 - 1.9 | 1.0 - 1.4 | 0.5 - 0.9 | < 0.5 |
| Lethargy (fatigue, malaise) | none | mild | moderate | severe | ——— |
| Diarrhoea | none | increase of 2-3 stools/day over pre-Rx | increase of 4-6 stools/day, or nocturnal stools | increase of 7-9 stools/day, or incontinence | increase of >10 stools/day, or grossly bloody diarrhoea, or need for parental support |
| Nausea | none | able to eat - reasonable intake | intake significantly decreased but can eat | no significant intake | ——— |
| Stomatitis/oral | none | painless ulcers, erythema, or mild soreness | painful erythema, oedema, or ulcers but can eat | painful erythema, oedema, ulcers, and cannot eat | mucosal necrosis and/or requires parenteral or enteral support |
| Vomiting | none | 1 episode in 24 hrs. | 2-5 episodes in 24 hrs. | 6-10 episodes in 24 hrs. | >10 episodes in 24 hrs. or requiring parenteral support |
| Cardiac function | none | asymptomatic, decline of resting ejection fraction by less than 20% of baseline value | asymptomatic, decline of resting ejection fraction by more than 20% of baseline value | mild CHF, responsive to therapy | severe or refractory CHF |
| Cardiac ischaemia | none | non-specific T-wave flattening | asymptomatic, ST and T-wave changes suggesting ischaemia | angina without evidence for infarction | acute myocardial infarction |
| SK ALO Alopecia | no loss | mild hair loss | pronounced or total hair loss | ——— | ——— |

Confidential - Subject To Protective Order   MRK-I8940077799

# VICTOR STUDY SUMMARY

**TITLE**      **Phase III, randomised, double blind, placebo controlled study of VIOXX®
in colorectal cancer patients following potentially curative therapy.**

**STUDY OBJECTIVES**      *Primary hypothesis*: VIOXX® administered for 2 years will result in greater overall
survival compared with placebo.

*Secondary hypotheses*:

1. VIOXX® administered for at least 2 years will result in greater relapse free survival
compared with placebo.

2. VIOXX® administered for 5 years will result in greater overall survival compared
with VIOXX® administered for 2 years.

3. VIOXX® administered for 5 years will result in greater relapse free survival compared
with VIOXX® administered for 2 years.

**STUDY DESIGN**      Phase III multicentre, double blind, placebo controlled, randomised, international trial

**STUDY POPULATION**      7000 patients

Main selection criteria:      Histologically proven Dukes stage C (Stage III: any T, $N_{1-2}$, $M_0$) or B (Stage II: $T_3$ or $_4$
$N_0$, $M_0$) colorectal carcinoma.

Patients must have undergone complete resection of the primary tumour without gross or
microscopic evidence of residual disease.

Patients who receive potentially curative therapy should be randomised within 12 weeks
of finishing definitive therapy.

## STATISTICAL CONSIDERATIONS

| ARM A | ARM C |
|---|---|
| VIOXX® 2 years | Placebo 2 years |
| n = 1750 | n = 1750 |
| VIOXX® 5 years | Placebo 5 years |
| n = 1750 | n = 1750 |
| ARM B | ARM D |
| SUBTOTAL X | SUBTOTAL Y |
| 3500 patients receiving VIOXX® | 3500 patients receiving Placebo |

**RANDOMISE**

Rofecoxib — Placebo

Rofecoxib: 2 years | 5 years

Placebo: 2 years | 5 years

## Study Office

For general queries, supply of trial materials, and collection of data

VICTOR Office, CRC Trials Unit, University of Birmingham, Freepost, MID 18195,
Edgbaston, Birmingham, B15 2BR.

Tel: +44 (0)121 414 6372/3793/6385/6425  Fax: +44 (0)121 414 3700  Email: gi.team@trials.bham.ac.uk

## Randomisation

UK Tel: 0800 731 7625 (Mon-Fri, 9-5) Fax: 0800 731 7625 (24 hrs)

Outside UK Tel/Fax: +44 121 414 7844 (Tel: Mon-Fri, 9-5 UK time  Fax 24 hrs)

## Clinical Queries

Clinical queries during office hours should be directed to the Clinical Co-ordinator, Prof D J Kerr, on:

Tel: **+44 (0)121 414 6372/3793/6369**, or to an appropriate member of the steering group.

Out of hours, please call the Queen Elizabeth Hospital switchboard on Tel: **+44 (0)121 472 1311**.and ask to bleep the
VICTOR Clinical Co-ordinator

30

Confidential - Subject To Protective Order      MRK-I8940077800

**Product:** MK-0966
**Protocol/Amendment No.:** 203-00
Appendix: 4

<u>APPENDIX 4</u>

A Double-Blind, Randomized, Placebo-Controlled, Multicenter Study to Evaluate the
Effect of Rofecoxib in Decreasing the Risk of Prostate Cancer (Protocol 201-00)

The synopsis of this protocol is attached.   The complete protocol is
available upon request.

Confidential - Subject To Protective Order                                   MRK-I8940077801