WCS&R
OCT 2 5 2007
RECEIVED

IN THE CIRCUIT COURT OF TISHOMINGO COUNTY, MISSISSIPPI

FRANK BARNES, PAMELA MULLINS,
and LERA ABLES, Deceased, BY AND
THROUGH ELIZABETH REYNOLDS          **PLAINTIFFS**

vs.                                 CAUSE NO: CV07-0201 GT

MERCK & CO., INC.                   **DEFENDANT**

## COMPLAINT

COMES NOW, the Plaintiffs, Frank Barnes, Pamela Mullins, and Lera Ables, Deceased, by and through Elizabeth Reynolds, and file this their Complaint against the Defendant, Merck & Co., Inc., and for cause of action would show the following facts to wit:

1.

That Plaintiff, Frank Barnes, is an adult resident citizen of Tishomingo County, Mississippi, whose address is 16 County Road 235, Iuka, Mississippi, 38852;

That Plaintiff, Pamela Mullins, is an adult resident citizen of Tishomingo County, Mississippi, whose address is 75 County Road 992, Tishomingo, Mississippi, 38873; and

That Plaintiff, Elizabeth Reynolds, is an adult resident citizen of Tishomingo, County, Mississippi, whose address is 509 Wilmuth Street, Iuka, Mississippi, 38852.

2.

That the Defendant, Merck & Co., Inc., is a foreign corporation in good standing with the Mississippi Secretary of State and licensed to do business in the State of Mississippi, and who can be served process through its agent, C T Corporation System at 645 Lakeland East Drive, Flowood, Mississippi, 39232.

FILED
SEP 2 7 2007
DONNA HENRY DILL
CIRCUIT CLERK
TISHOMINGO COUNTY, MS

M00DE25787

3.

That jurisdiction and venue are proper with this Honorable Court.

4.

That the Plaintiffs named herein, were prescribed the drug, Vioxx, which was marketed in Tishomingo County, Mississippi, by the Defendant, Merck & Co., Inc., and each Plaintiff ingested Vioxx prior suffering the health problems complained of herein.

5.

That during the course of taking the drug, Vioxx, Plaintiff, Frank Barnes, suffered a heart attack and underwent open heart surgery; Plaintiff, Pamela Mullins, suffered a heart attack; and Plaintiff, Lera Ables, Deceased, suffered a stroke and died. .

6.

That on or about September 30, 2004, the FDA issued a memorandum concluding that the drug, Vioxx, has adverse cardiovascular effects and that; further, such effects were evident and known to the Defendant, Merck & Co., Inc., as early as the year 2000.

7.

That even though cardiovascular effects caused by taking the drug, Vioxx, were known to the Defendant, Merck & Co., Inc., as early as the year 2000, said Defendant still vigorously engaged in massive sales and promotional campaigns directed at doctors and consumers; however, once the FDA's September 30, 2004, memorandum was released the Defendant announced that the drug, Vioxx, was being withdrawn from the market.

8.

That the Plaintiffs named herein believe that their sudden health problems were a direct and proximate result of the following negligent actions of the Defendant, Merck & Co., Inc., to

M00DE25788

wit:

1. In vigorously running massive sales campaigns directed at physicians who prescribed Defendant's dangerous medication, Vioxx, to patients while being aware of the severe adverse side effects said medication could cause, but not notifying prescribing physicians of the same;
2. In vigorously running massive sales campaigns directed at consumers who ingested Defendant's dangerous medication, Vioxx, while knowing that said medication could cause severe adverse health problems and not advising consumers of the same;
3. In Defendant knowing the medication could cause Plaintiffs to have severe adverse health problems since the year 2000, yet still making said medication available, without warning, to Plaintiffs;
4. In causing Plaintiffs named herein to suffer the adverse health effects outlined in Paragraph 5 of this Complaint; and
5. Other negligent acts.

9.

That as a direct and proximate result of the above described negligent actions of the Defendant, the Plaintiffs have all suffered adverse health effects which were so severe that Plaintiffs were forced to seek the attention of medical professionals, become hospitalized for said adverse health effects, and all Plaintiffs must still seek and undergo medical testing and monitoring.

10.

That as a direct and proximate result of the above described negligent actions of the Defendant, the Plaintiffs have endured pain, suffering and severe emotional distress due to the health problems already suffered by the Plaintiffs as well as severe emotional distress caused by the Plaintiffs not knowing what adverse health effects the ingestion of Defendant's faulty drug will cause in the future.

11.

That as a direct and proximate result of the above described negligent actions of the

Defendant, the Plaintiffs have all incurred medical expenses due to seeking medical attention from health care professionals and expect said expenses to accrue indefinitely into the future and all Plaintiffs must still seek and undergo medical testing and monitoring.

12.

That Plaintiffs expect to suffer all of the above indefinitely into the future due to the negligence of the Defendant, Merck & Co., Inc.

13.

Plaintiffs reserve the right to amend this Complaint should the same become necessary in order to properly pursue the matters complained of herein.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs named herein seek and demand judgement against the Defendant, Merck & Co., Inc., for damages in an amount to be determined at trial and; further, Plaintiffs seek any other relief in which this Honorable Court and/or trier of fact may deem proper.

Respectfully Submitted:
FRANK BARNES, PAMELA MULLINS,
and LERA ABLES, Deceased, BY AND
THROUGH ELIZABETH REYNOLDS, Plaintiffs

BY: _____
JASON L. SHELTON,
Attorney for Plaintiffs
Mississippi Bar No. #99676

OF COUNSEL:

SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE

M00DE25791

SUMMONS
(Sheriff or Process Server)

IN THE CIRCUIT COURT OF TISHOMINGO COUNTY, MISSISSIPPI

FRANK BARNES, PAMELA MULLINS,
and LERA ABLES, Deceased, BY AND
THROUGH ELIZABETH REYNOLDS                                    PLAINTIFFS

vs.                                                 CAUSE NO: CV07-0102 GT

MERCK & CO., INC.                                              DEFENDANT

## SUMMONS

THE STATE OF MISSISSIPPI

TO:    C. T. CORPORATION SYSTEM
       Agent For: MERCK & CO., INC.
       645 Lakeland East Drive
       Flowood, Mississippi 39232

NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of written response to the Complaint to **Shelton & Associates, P.A.**, the attorney for the Plaintiff(s) whose address is **Post Office Box 1362, Tupelo, MS, 38802**. Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgement by default will entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the 27th day of _August_, 2007.

_____Circuit_____ clerk of _____Tishomingo_____, County.

(SEAL)

_____
(Deputy Clerk)

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
10/24/2007
CT Log Number 512718884

**TO:** Ellen Gregg
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, NC 27101

**RE:** **Process Served in Mississippi**

**FOR:** Merck & Co., Inc. (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Frank Barnes, et al. Pltfs. vs. Merck & Co., Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Tishomingo County Circuit Court, MS<br>Case # CV07-0102GT |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - Wrongful Death - Vioxx Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Flowood, MS |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 10/24/2007 postmarked on 10/23/2007 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days of service |
| **ATTORNEY(S) / SENDER(S):** | Jason L. Shelton<br>Shelton & Associates, P.A.<br>218 North Spring Street<br>Tupelo, MS 38802<br>662-842-5051 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight , 790366833920<br>Email Notification, Debra A Bollwage DEBRA_BOLLWAGE@MERCK.COM<br>Email Notification, Kristin L. Sunderman kristin_sunderman@merck.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 645 Lakeland East Drive<br>Suite 101<br>Flowood, MS 39232 |
| **TELEPHONE:** | 601-936-7400 |



WCS&R
OCT 2 5 2007
RECEIVED

Page 1 of 1 / JS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

M00DE25793