WCS&R
OCT 2 5 2007
RECEIVED

IN THE CIRCUIT COURT OF ITAWAMBA COUNTY, MISSISSIPPI

SHIRLEY BOYD, Deceased, BY AND THROUGH
STEPHEN BOYD, STEPHEN BOYD, LORIE
NEWCOMB, MARGIE PARDUE, WANDA
ROGERS, PHILLIP SPARKS, EFFIE
STEGALL, BILLY TACKETT, JACKIE
TACKETT, RUTH WEAVER and
PAULINE YIELDING                                            PLAINTIFFS

vs.                                                    CAUSE NO: 07- 164(A)T

MERCK & CO., INC.                                           DEFENDANT

## COMPLAINT

COMES NOW, the Plaintiffs, Shirley Boyd, Deceased, by and through Stephen Boyd, Stephen Boyd, Lorie Newcomb, Margie Pardue, Wanda Rogers, Phillip Sparks, Effie Stegall, Billy Tackett, Jackie Tackett, Ruth Weaver and Pauline Yielding, and file this their Complaint against the Defendant, Merck & Co., Inc., and for cause of action would show the following facts to wit:

1.

That the Plaintiff, Stephen Boyd, is an adult resident citizen of Itawamba County, Mississippi, whose address is 3290 Hwy 178, Fulton, Mississippi, 38843;

That the Plaintiff, Lorie Newcomb, is an adult resident citizen of Itawamba County, Mississippi, whose address is 1510 Chedister-Shumpert Road, Fulton, Mississippi, 38843;

That the Plaintiff, Margie Pardue, is an adult resident citizen of Itawamba County, Mississippi, whose address is 506 Old Cotton Gin Road, Tremont, Mississippi, 38876;

That the Plaintiff, Wanda Rogers, is an adult resident citizen of Itawamba County, Mississippi, whose address is 798 Christian Road, Mantachie, Mississippi, 38855;

That the Plaintiff, Phillip Sparks, is an adult resident citizen of Itawamba County,

M00EA06145

Mississippi, whose address is 18 County Road 58, Dennis, Mississippi, 38838;

That the Plaintiff, Effie Stegall, is an adult resident citizen of Itawamba County, Mississippi, whose address is Post Office Box 1471, Fulton, Mississippi, 38843;

That the Plaintiff, Billy Tackett, is an adult resident citizen of Itawamba County, Mississippi, whose address is 861 Dulaney Road, Fulton, Mississippi, 38843;

That the Plaintiff, Jackie Tackett, is an adult resident citizen of Itawamba County, Mississippi, whose address is Post Office Box 51, Mantachie, Mississippi, 38855;

That the Plaintiff, Ruth Weaver, is an adult resident citizen of Itawamba County, Mississippi, whose address is 111 Taylor Road, Fulton, Mississippi, 38843; and

That the Plaintiff, Pauline Yielding, is an adult resident citizen of Itawamba County, Mississippi, whose address is 2160 Shiloh Road, Mantachie, Mississippi, 38855.

2.

That the Defendant, Merck & Co., Inc., is a foreign corporation in good standing with the Mississippi Secretary of State and licensed to do business in the State of Mississippi, and who can be served process through its agent, C T Corporation System at 645 Lakeland East Drive, Flowood, Mississippi, 39232.

3.

That jurisdiction and venue are proper with this Honorable Court.

4.

That the Plaintiffs named herein, were prescribed the drug, Vioxx, which was marketed in Itawamba County, Mississippi, by the Defendant, Merck & Co., Inc., and each Plaintiff ingested Vioxx prior suffering the health problems complained of herein.

M00EA06146

5.

That during the course of taking the drug, Vioxx, Plaintiff, Shirley Boyd, Deceased, suffered a heart attack and other heart related issues which resulted in death; Plaintiff, Stephen Boyd suffered a heart attack; Plaintiff, Lorie Newcomb, suffered a stroke; Plaintiff, Margie Pardue, suffered a heart attack; Plaintiff, Wanda Rogers, suffered a heart attack; Plaintiff, Phillip Sparks, suffered a heart attack; Plaintiff, Effie Stegall, suffered a stroke, congestive heart failure, and other heart related issues; Plaintiff, Billy Tackett, suffered a heart attack, congestive heart failure and other heart related issues; Plaintiff, Jackie Tackett, suffered a heart attack; Plaintiff, Ruth Weaver, suffered a heart attack and other heart related issues; and Plaintiff, Pauline Yielding, suffered a stroke.

6.

That on or about September 30, 2004, the FDA issued a memorandum concluding that the drug, Vioxx, has adverse cardiovascular effects and that; further, such effects were evident and known to the Defendant, Merck & Co., Inc., as early as the year 2000.

7.

That even though cardiovascular effects caused by taking the drug, Vioxx, were known to the Defendant, Merck & Co., Inc., as early as the year 2000, said Defendant still vigorously engaged in massive sales and promotional campaigns directed at doctors and consumers; however, once the FDA's September 30, 2004, memorandum was released the Defendant announced that the drug, Vioxx, was being withdrawn from the market.

8.

That the Plaintiffs named herein believe that their sudden health problems were a direct and proximate result of the following negligent actions of the Defendant, Merck & Co., Inc., to

M00EA06147

wit:

1. In vigorously running massive sales campaigns directed at physicians who prescribed Defendant's dangerous medication, Vioxx, to patients while being aware of the severe adverse side effects said medication could cause, but not notifying prescribing physicians of the same;
2. In vigorously running massive sales campaigns directed at consumers who ingested Defendant's dangerous medication, Vioxx, while knowing that said medication could cause severe adverse health problems and not advising consumers of the same;
3. In Defendant knowing the medication could cause Plaintiffs to have severe adverse health problems since the year 2000, yet still making said medication available, without warning, to Plaintiffs;
4. In causing Plaintiffs named herein to suffer the adverse health effects outlined in Paragraph 5 of this Complaint; and
5. Other negligent acts.

9.

That as a direct and proximate result of the above described negligent actions of the Defendant, the Plaintiffs have all suffered adverse health effects which were so severe that Plaintiffs were forced to seek the attention of medical professionals, become hospitalized for said adverse health effects and all Plaintiffs must still seek and undergo medical testing and monitoring.

10.

That as a direct and proximate result of the above described negligent actions of the Defendant, the Plaintiffs have endured pain, suffering and severe emotional distress due to the health problems already suffered by the Plaintiffs as well as severe emotional distress caused by the Plaintiffs not knowing what adverse health effects the ingestion of Defendant's faulty drug will cause in the future.

11.

That as a direct and proximate result of the above described negligent actions of the

Defendant, the Plaintiffs have all incurred medical expenses due to seeking medical attention from health care professional and expect said expenses to accrue indefinitely into the future and all Plaintiffs must still seek and undergo medical testing and monitoring.

12.

That Plaintiffs expect to suffer all of the above indefinitely into the future due to the negligence of the Defendant, Merck & Co., Inc.

13.

Plaintiffs reserve the right to amend this Complaint should the same become necessary in order to properly pursue the matters complained of herein.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs named herein seek and demand judgement against the Defendant, Merck & Co., Inc., for damages in an amount to be determined at trial and; further, Plaintiffs seek any other relief in which this Honorable Court and/or trier of fact may deem proper.

Respectfully Submitted:
SHIRLEY BOYD, Deceased, BY AND THROUGH STEPHEN BOYD, STEPHEN BOYD, LORIE NEWCOMB, MARGIE PARDUE, WANDA ROGERS, PHILLIP SPARKS, EFFIE STEGALL, BILLY TACKETT, JACKIE TACKETT, RUTH WEAVER and PAULINE YIELDING, Plaintiffs

BY: _____
JASON L. SHELTON,
Attorney for Plaintiffs
Mississippi Bar No. #99676

FILED
SEP 2 7 2007
Carol Gates, Circuit Clerk
DC_____

M00EA06149

OF COUNSEL:

SHELTON & ASSOCIATES, P.A.
218 NORTH SPRING STREET
POST OFFICE BOX 1362
TUPELO, MISSISSIPPI 38802-1362
(662) 842-5051/ TELEPHONE
(662) 841-1941/ FACSIMILE

**FILED**

SEP 2 7 2007

Carol Gates, Circuit Clerk
DC_____

SUMMONS
(Sheriff or Process Server)

IN THE CIRCUIT COURT OF ITAWAMBA COUNTY, MISSISSIPPI

SHIRLEY BOYD, Deceased, BY AND THROUGH
STEPHEN BOYD, STEPHEN BOYD, LORIE
NEWCOMB, MARGIE PARDUE, WANDA
ROGERS, PHILLIP SPARKS, EFFIE
STEGALL, BILLY TACKETT, JACKIE
TACKETT, RUTH WEAVER and
PAULINE YIELDING                                          PLAINTIFFS

vs.                                         CAUSE NO: 07- 164(A)T

MERCK & CO., INC.                                         DEFENDANT

SUMMONS

THE STATE OF MISSISSIPPI

TO:   C. T. CORPORATION SYSTEM
      Agent For: MERCK & CO., INC.
      645 Lakeland East Drive
      Flowood, Mississippi 39232

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of written response to the Complaint to **Shelton & Associates, P.A.**, the attorney for the Plaintiff(s) whose address is **Post Office Box 1362, Tupelo, MS, 38802**. Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgement by default will entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the 27th day of September, 2007.

_Circuit_ clerk of _Itawamba_, County.

(SEAL)

_Carol Gates_

_Crystal Kent_
(Deputy Clerk)

M00EA06151

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
10/24/2007
CT Log Number 512718700

**TO:** Ellen Gregg
Womble Carlyle Sandridge & Rice, PLLC
301 North Main Street, Suite 300
Winston-Salem, NC 27101

**RE: Process Served in Mississippi**

**FOR:** Merck & Co., Inc. (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Shirley Boyd, Deceased, by and through Stephen Boyd, et al. Pltfs. vs. Merck & Co., Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Itawamba County Circuit Court, MS<br>Case # 07-164(A)I |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - Wrongful Death - Vioxx Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Flowood, MS |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 10/24/2007 postmarked on 10/23/2007 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days of service |
| **ATTORNEY(S) / SENDER(S):** | Jason L. Shelton<br>Shelton & Associates, P.A.<br>218 North Spring Street<br>Tupelo, MS 38802<br>662-842-5051 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 790366833920<br>Email Notification, Debra A Bollwage DEBRA_BOLLWAGE@MERCK.COM<br>Email Notification, Kristin L. Sunderman kristin_sunderman@merck.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 645 Lakeland East Drive<br>Suite 101<br>Flowood, MS 39232 |
| **TELEPHONE:** | 601-936-7400 |

WCS&R
OCT 25 2007
RECEIVED

Page 1 of 1 / JS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

M00EA06152