

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 2 0 2005
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

## ORDER RE: BELLWETHER TRIAL SELECTION

After considering the numerous briefs submitted by both parties, hearing oral arguments, and conducting research, the following will be used in selecting the cases that will serve as bellwether trials.

The pool of potential trial cases will be composed of Plaintiffs who:

(1) are residents of Arkansas;

(2) filed complaints in either the Eastern or Western Districts of Arkansas;

(3) include Wyeth as a defendant (but not necessarily the only defendant);

(4) are alleging breast cancer as an injury (but not necessarily the only injury);

(5) have completed their fact sheets; and

(6) filed their complaints before April 22, 2005.

I will provide the parties a list of cases that involve Arkansas residents who have filed cases in Arkansas.[1] The parties will mark the cases on the list that meet the fourth and fifth criteria listed above and return the list to me within fourteen (14) days of the date of this order.

---

[1] Exhibit A. If my list is not complete, the parties must provide me with a supplementary list of additional cases that meet the criteria within fourteen (14) days from the date of this order.

671

From this list of cases, I will randomly draw from a hat (literally) fifteen cases. Upon designation of these cases as potential bellwether cases, initial scheduling orders will be issued and the parties must commence "full speed ahead" discovery.

After four (4) months of discovery in these cases,[2] the parties must "meet and confer" and, if possible, *together* select five (5) cases that: (1) are most likely to be ready by the July 31, 2006 trial date and (2) involve representative plaintiffs -- as nearly so as possible. If the parties can't agree or I feel that the proposed cases are not representative enough, I will review and select appropriate cases.

IT IS SO ORDERED this 20th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 6/21/05 BY _____

---

[2] This is a flexible time period, and at the request of either party could be pushed back.

2

|  | Arkansas Case No. | Case Style | Transferor Court | Fact Sheet Complete | Breast Cancer Claim |
|---|---|---|---|---|---|
| 1 | 4:02CV00529WRW | Sharon Cook, et al v. Wyeth, Inc., et al | AR Eastern | | |
| 2 | 4:03CV00437WRW | Betty Powell v. Wyeth | AR Western | | |
| 3 | 4:04CV01213WRW | Margaret Jones v. Wyeth, et al | AR Eastern | | |
| 4 | 4:04CV01215WRW | Levena Turnbow v. Wyeth, et al | AR Eastern | | |
| 5 | 4:04CV01169WRW | Donna Scroggin v. Wyeth, et al | AR Eastern | | |
| 6 | 4:04CV00357WRW | Kay Graves v. Wyeth, Inc., et al | AR Eastern | | |
| 7 | 4:04CV00358WRW | Yvonne Parsons v. Wyeth, Inc., et al | AR Eastern | | |
| 8 | 4:04CV00372WRW | Nancy M. Demoville v. Wyeth, Inc., et al | AR Eastern | | |
| 9 | 4:04CV00388WRW | Rose Jones, et al v. Wyeth, et al | AR Eastern | | |
| 10 | 4:04CV01180WRW | Debbie Haskins v. Wyeth, et al | AR Eastern | | |
| 11 | 4:04CV00554WRW | John W. Goodwin, et al v. Wyeth, Inc., et al | AR Western | | |
| 12 | 4:04CV00555WRW | Pamela Kuhn v. Wyeth, Inc., et al | AR Western | | |
| 13 | 4:04CV00520WRW | Mary Jane Freeman, et al v. Wyeth, Inc., et al | AR Eastern | | |
| 14 | 4:04CV00528WRW | Patricia Burridge, et al v. Wyeth, et al | AR Eastern | | |
| 15 | 4:04CV00584WRW | Jean McCarthy, et al v. Wyeth, et al | AR Eastern | | |
| 16 | 4:05CV00751WRW | Cecilia Crockett Palmer, et al v. Wyeth, et al | AR Eastern | | |
| 17 | 4:05CV00750WRW | Ruby Griffin, et al v. Wyeth, et al | AR Eastern | | |
| 18 | 4:05CV00748WRW | Donna Price, et al v. Wyeth, et al | AR Eastern | | |
| 19 | 4:05CV00752WRW | Charlotte Fruittucheer, et al v. Wyeth, et al | AR Eastern | | |
| 20 | 4:05CV00753WRW | Lora Duffy v. Wyeth, et al | AR Eastern | | |
| 21 | 4:05CV00711WRW | Lou DeFreece, et al v. Wyeth, et al | AR Eastern | | |
| 22 | 4:05CV00717WRW | Dorothy Jackson, et al v. Wyeth, et al | AR Eastern | | |
| 23 | 4:05CV00731WRW | Karen Brock, et al v. Wyeth, et al | AR Eastern | | |
| 24 | 4:05CV00749WRW | Mary Jenkins, et al v. Wyeth, et al | AR Eastern | | |
| 25 | 4:05CV00709WRW | Peggy Starr, et al v. Wyeth, et al | AR Eastern | | |
| 26 | 4:05CV00715WRW | Betty Daniel, et al v. Wyeth, et al | AR Eastern | | |
| 27 | 4:05CV00756WRW | Joan Swafford, et al v. Wyeth, et al | AR Eastern | | |

Ex. A

|    | Arkansas Case No. | Case Style | Transferor Court | Fact Sheet Complete | Breast Cancer Claim |
|----|---|---|---|---|---|
| 28 | 4:05CV00755WRW | Sandra Ring, et al v. Wyeth, et al | AR Eastern | | |
| 29 | 4:05CV00730WRW | Betty Crook v. Wyeth, et al | AR Eastern | | |
| 30 | 4:05CV00720WRW | Betty Jo Brooks, et al v. Wyeth, et al | AR Eastern | | |
| 31 | 4:05CV00735WRW | Frona Puckett, et al v. Wyeth, et al | AR Eastern | | |
| 32 | 4:05CV00759WRW | Theresa Fournier v. Wyeth, et al | AR Eastern | | |
| 33 | 4:05CV00757WRW | Vera Edmonston v. Wyeth, et al | AR Eastern | | |
| 34 | 4:05CV00713WRW | Dorothy Shope, et al v. Wyeth, et al | AR Eastern | | |
| 35 | 4:05CV00710WRW | Dorothy Wiscaver, et al v. Wyeth, et al | AR Eastern | | |
| 36 | 4:05CV00769WRW | Kay Throckmorton v. Wyeth, et al | AR Eastern | | |
| 37 | 4:05CV00718WRW | Mary Ingram, et al v. Wyeth, et al | AR Eastern | | |
| 38 | 4:05CV00714WRW | Doris Crow, et al v. Wyeth, et al | AR Eastern | | |
| 39 | 4:05CV00732WRW | Donna Cook v. Wyeth, et al | AR Eastern | | |
| 40 | 4:05CV00719WRW | Maxine Davis, et al v. Wyeth, et al | AR Eastern | | |
| 41 | 4:05CV00754WRW | John Williamson, et al v. Wyeth, et al | AR Eastern | | |
| 42 | 4:05CV00712WRW | Myrna Dunn, et al v. Wyeth, et al | AR Eastern | | |
| 43 | 4:05CV00716WRW | Gladys Coleman, et al v. Wyeth, et al | AR Eastern | | |
| 44 | 4:05CV00539WRW | Frenzella Dodson v. Wyeth, et al | AR Eastern | | |
| 45 | 4:05CV00544WRW | Pat Burbridge v. Wyeth, et al | AR Eastern | | |
| 46 | 4:05CV00542WRW | Francis Jones Davis v. Wyeth, et al | AR Eastern | | |
| 47 | 4:05CV00540WRW | Kathleen Dickinson v. Wyeth, et al | AR Eastern | | |
| 48 | 4:05CV00546WRW | Helen Joyce Hill v. Wyeth, et al | AR Eastern | | |
| 49 | 4:05CV00541WRW | Anita Gray Major v. Wyeth, et al | AR Eastern | | |
| 50 | 4:05CV00545WRW | Donna Richarme v. Wyeth, et al | AR Eastern | | |
| 51 | 4:05CV00543WRW | Phyllis Watkins Velasquez v. Wyeth, et al | AR Eastern | | |
| 52 | 4:04CV00795WRW | Martin, et al v. Wyeth, et al | AR Eastern | | |
| 53 | 4:04CV01164WRW | Iva Hasley, et al v. Wyeth, Inc., et al | AR Eastern | | |
| 54 | 4:04CV01165WRW | Rosetta Van Houten, et al v. Wyeth, Inc., et al | AR Eastern | | |
| 55 | 4:04CV02258WRW | Ann Marie Oostenink, et al v. Wyeth, Inc., et al | AR Western | | |

| | Arkansas Case No. | Case Style | Transferor Court | Fact Sheet Complete | Breast Cancer Claim |
|---|---|---|---|---|---|
| 56 | 4:04CV02259WRW | Fran L. Frailey, et al v. Wyeth, Inc., et al | AR Western | | |
| 57 | 4:04CV02307WRW | Shirley Underwood v. Wyeth, et al | AR Eastern | | |
| 58 | 4:04CV02271WRW | Diane Laferrara, et al v. Wyeth, Inc. | AR Eastern | | |
| 59 | 4:05CV00095WRW | Mollie Collins v. Wyeth | AR Western | | |
| 60 | 4:05CV00165WRW | Linda Sinclair v. Wyeth, et al | AR Western | | |
| 61 | 4:05CV00163WRW | Linda Reeves v. Wyeth, Inc. | AR Western | | |
| 62 | 4:05CV00444WRW | Sharon Gay Harris v. Wyeth, et al | AR Western | | |
| 63 | 4:05CV00636WRW | Mona Adkisson, et al v. Wyeth, et al | AR Western | | |
| 64 | 4:05CV00628WRW | Ruby Jean Eason, et al v. Wyeth, et al | AR Western | | |
| 65 | 4:05CV00508WRW | Betty McDaniel v. Wyeth, et al | AR Eastern | | |
| 66 | 4:05CV00509WRW | Frances Hyatt v. Wyeth, et al | AR Eastern | | |
| 67 | 3:05CV00074WRW | Gloria Jean Curtis, et al v. Wyeth, et al | AR Eastern | | |
| 68 | 5:05CV00128WRW | Sandra Bledsoe v. Wyeth, et al | AR Eastern | | |
| 69 | 3:05CV00077WRW | Mariedna Booher, et al v. Wyeth, et al | AR Eastern | | |
| 70 | 3:05CV00078WRW | Margaret Wilson, et al v. Wyeth, et al | AR Eastern | | |
| 71 | 4:05CV00848WRW | Linda McCleland v. Wyeth, et al | AR Western | | |
| 72 | 4:05CV00801WRW | Margaret Jordan v. Wyeth, et al | AR Western | | |
| 73 | 4:05CV00802WRW | Janice Knollenberg v. Wyeth, et al | AR Western | | |
| 74 | 4:05CV00847WRW | Edna Morphew v. Wyeth, et al | AR Western | | |
| 75 | 4:05CV00800WRW | Nancy McCormack v. Wyeth, et al | AR Western | | |
| 76 | 4:05CV00799WRW | Cella Boon v. Wyeth, et al | AR Western | | |
| 77 | 4:05CV00798WRW | Morene Cummings v. Wyeth, et al | AR Western | | |
| 78 | 4:05CV00797WRW | Mary Jo Jennen v. Wyeth, et al | AR Western | | |
| 79 | 4:05CV00776WRW | Patricia Stone v. Wyeth, Inc., et al | AR Eastern | | |
| 80 | 4:05CV00777WRW | Aubrey L. Williams v. Wyeth, Inc., et al | AR Eastern | | |
| 81 | 4:05CV00778WRW | Detrea Robinson, et al v. Wyeth, Inc., et al | AR Eastern | | |
| 82 | 4:05CV00779WRW | Linda Hogan, et al v. Wyeth, Inc., et al | AR Eastern | | |
| 83 | 4:05CV00780WRW | Ann Stokes v. Wyeth, Inc., et al | AR Eastern | | |
| 84 | 4:05CV00785WRW | Myrtle Hughes v. Wyeth, et al | AR Eastern | | |

|    | Arkansas Case No. | Case Style | Transferor Court | Fact Sheet Complete | Breast Cancer Claim |
|----|---|---|---|---|---|
| 85 | 4:05CV00786WRW | Emaline Miller, et al v. Wyeth, et al | AR Eastern | | |
| 86 | 4:03CV00980WRW | Barbara Wilkes, et al v. Wyeth | AR Eastern | | |
| 87 | 4:05CV00492WRW | Linda Phillips v. Wyeth, et al | AR Eastern | | |
| 88 | 4:05CV00493WRW | Frances Lawrence v. Wyeth, et al | AR Eastern | | |
| 89 | 4:05CV00494WRW | Delores Jones v. Wyeth | AR Eastern | | |
| 90 | 4:05CV00495WRW | Doris Scales v. Wyeth, et al | AR Eastern | | |
| 91 | 4:05CV00496WRW | Carolyn Goshien v. Wyeth, et al | AR Eastern | | |
| 92 | 4:05CV00497WRW | Helene Rush v. Wyeth | AR Eastern | | |
| 93 | 4:05CV00498WRW | Deborah Pannell v. Wyeth, et al | AR Eastern | | |
| 94 | 4:05CV00500WRW | Patricia Gilmore v. Wyeth | AR Eastern | | |
| 95 | | | | | |

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

June 9, 2005

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   4:03-cv-01507.

True and correct copies of the attached were mailed by the clerk to the following:

William Gary Holt, Esq.
Gary Eubanks & Associates
Post Office Box 3887
Little Rock, AR   72203-3887

Russell D. Marlin, Esq.
Gary Eubanks & Associates
Post Office Box 3887
Little Rock, AR   72203-3887

Lyn Peeples Pruitt, Esq.
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR   72201-3525

press
Dennis W.

Date: 6/21/05

James W. McCormack, Clerk

BY: _____