UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Molder, et al. v. Merck & Co., Inc., et al.*, **No. 05-2929**

## ORDER

Before the Court are the Defendant Joe's Pharmacy, Inc. Motions to Dismiss (Rec. Docs. 966 & 1046) filed in the above-captioned case.  The Court previously continued these motions without date, so that the issues presented in them could be addressed in a more uniform fashion. On September 17, 2007, the Court then ordered the plaintiffs in the above-captioned case to file any opposition to the motions by October 10, 2007.  *See* Rec. Doc. 12266.  Having received no opposition from the plaintiffs and it appearing to the Court that the motions are grounded in law and fact, IT IS NOW ORDERED that Joe's Pharmacy, Inc. Motions to Dismiss (Rec. Docs. 966 & 1046) are GRANTED such that the plaintiffs' claims against Joe's Pharmacy, Inc. in the above-captioned case are hereby DISMISSED WITH PREJUDICE.

    New Orleans, Louisiana, this  26th  day of  October , 2007.

                                                                                          UNITED STATES DISTRICT JUDGE