UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| ALL CASES | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * *

### MERCK'S MOTION AND INCORPORATED
### MEMORANDUM FOR EXPEDITED BRIEFING SCHEDULE

Defendant Merck & Co., Inc. ("Merck") respectfully moves the Court for entry of an expedited briefing schedule in connection with six recently-filed motions:

- Motion for Summary Judgment, *Alvarado v. Merck & Co., Inc.*, No. 06-7150; *DeVito v. Merck & Co., Inc.*, No. 07-0562; *Durbin v. Merck & Co., Inc.*, No. 06-11302; *McKeal v. Merck & Co., Inc.*, No. 07-0380; *Pales v. Merck & Co., Inc.*, No. 07-1389; *Ridinger v. Merck & Co., Inc.*, No. 07-0381, filed October 22, 2007;

- Motion for Summary Judgment, *Dawson v. Merck & Co., Inc.*, No. 07-1259; *Watson v. Merck & Co., Inc.*, No. 05-5545, filed October 25, 2007;

- Motion for Summary Judgment, *Lange v. Merck & Co., Inc.*, No. 06-10567; *Noe v. Merck & Co., Inc.*, No. 07-3311; *Preuninger v. Merck & Co., Inc.*, No. 06-10305; *Tran v. Merck & Co., Inc.*, No. 07-0368; *Tribby v. Merck & Co., Inc.*, No. 07-4118; *Wyser v. Merck & Co, Inc.*, No. 07-2695, to be filed October 29, 2007;

- Motion for Entry of Pretrial Order, filed October 29, 2007;

- Motion for Entry of Pretrial Order, filed October 29, 2007; and

- Response to Proposed Stroke Trial Plan, filed October 29, 2007.

897871v.1

Merck requests that the Court hear these motions in conjunction with the scheduled November 9, 2007 status conference. In order to accomplish this goal, Merck requests that the Court order plaintiffs to submit oppositions to these briefs by November 5, 2007.

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

And

John H. Beisner
Jessica Davidson Miller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion and Incorporated Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of October, 2007.

      */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

897871v.1