UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| ALL CASES | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Expedited Briefing Schedule,

IT IS ORDERED that plaintiffs shall file oppositions to the following motions on or before November 5, 2007:

- Motion for Summary Judgment, *Alvarado v. Merck & Co., Inc.*, No. 06-7150; *DeVito v. Merck & Co., Inc.*, No. 07-0562; *Durbin v. Merck & Co., Inc.*, No. 06-11302; *McKeal v. Merck & Co., Inc.*, No. 07-0380; *Pales v. Merck & Co., Inc.*, No. 07-1389; *Ridinger v. Merck & Co., Inc.*, No. 07-0381, filed October 22, 2007;

- Motion for Summary Judgment, *Dawson v. Merck & Co., Inc.*, No. 07-1259; *Watson v. Merck & Co., Inc.*, No. 05-5545, filed October 25, 2007;

- Motion for Summary Judgment, *Lange v. Merck & Co., Inc.*, No. 06-10567; *Noe v. Merck & Co., Inc.*, No. 07-3311; *Preuninger v. Merck & Co., Inc.*, No. 06-10305; *Tran v. Merck & Co., Inc.*, No. 07-0368; *Tribby v. Merck & Co., Inc.*, No. 07-4118; *Wyser v. Merck & Co, Inc.*, No. 07-2695, to be filed October 29, 2007;

- Motion for Entry of Pretrial Order, filed October 29, 2007;

897872v.1

2

- Motion for Entry of Pretrial Order, filed October 29, 2007; and

- Response to Proposed Stroke Trial Plan, filed October 29, 2007.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.


_____
DISTRICT JUDGE

897872v.1