UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Olsten v. Merck & Co., Inc., et al.*, No. 05-6191

## ORDER

IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 12692) is

CONTINUED WITHOUT DATE, to be reset for hearing at a later date.

New Orleans, Louisiana, this   26th   day of   October  , 2007.

_____
UNITED STATES DISTRICT JUDGE