UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Cates v. Merck & Co., Inc., et al.*, No. 06-10212

## ORDER

Before the Court is the Defendant Dr. Richard Valbuena, M.D.'s Motion to Dismiss (Rec. Doc. 10016) filed in the above-captioned case.  The Court previously continued this motion without date, so that the issues presented in it could be addressed in a more uniform fashion.  On September 17, 2007, the Court then ordered the plaintiff in the above-captioned case to file any opposition to the motion by October 10, 2007.  *See* Rec. Doc. 12267.  Having received no opposition from the plaintiff and it appearing to the Court that the motion is grounded in law and fact, IT IS NOW ORDERED that Dr. Richard Valbuena, M.D.'s Motion to Dismiss (Rec. Doc. 10016) is GRANTED such that the plaintiff's claims against Dr. Richard Valbuena, M.D. in the above-captioned case are hereby DISMISSED WITH PREJUDICE.

    New Orleans, Louisiana, this  26th  day of  October , 2007.

                                                                                   UNITED STATES DISTRICT JUDGE