UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RADEYAH HOWARD and TELENA EVANS, as Personal Representatives of the Estate of DAVID HOWARD, Deceased, | * * * * * | |
| Plaintiffs, | * * | MDL Docket No. 1657 |
| v. | * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION |
| MERCK & CO., INC., a foreign corporation, | * * * | CASE NO. 05-3854 |
| Defendant. | * | |

(THIS DOCUMENT RELATES TO: David Howard v. Merck & Company, Civil Action No. 2:05cv03854)

**ORDER**
**(Motion for Leave to Amend Complaint)**

**THIS CAUSE** having come before the Court on *Motion for Leave to Amend Complaint*, submitted by the Plaintiffs, Radeyah Howard and Telena Evans, personal representatives of the Estate of David Howard, deceased, pursuant to Rule 15(a), of the Federal Rules of Civil Procedure.

It is hereby **ORDERED** that Radeyah Howard and Telena Evans' *Motion for Leave to Amend Complaint* is **GRANTED**.

**DONE** this the 26th day of October, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1