UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657 SECTION L |
| RADEYAH HOWARD and TELENA EVANS, as Personal Representatives of the Estate of DAVID HOWARD, Deceased, | * * * * * | CASE NO. 05-3854 |
| Plaintiffs, | * | JUDGE ELDON E. FALLON |
| v. | * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation, | * * * | PLAINTIFFS DEMAND TRIAL |
| Defendant. | * | BY STRUCK JURY |

(THIS DOCUMENT RELATES TO: David Howard v. Merck & Company, Civil Action No. 2:05cv03854)

**FIRST AMENDED COMPLAINT**

COMES NOW the Plaintiffs, Radeyah Howard and Telena Evans, as Personal Representatives of the Estate of David Howard, Deceased, amend the previously filed complaint as follows:

**Identification of Parties**

1. Plaintiffs RADEYAH HOWARD and TELENA EVANS have been appointed Personal Representatives of the Estate of DAVID HOWARD, Deceased, and are authorized pursuant to North Carolina Statute, section 28A-18-2, to bring this wrongful death and product liability action against the Defendant. A copy of the Letters of Administration are attached hereto as Exhibit "A."

1

2. Plaintiffs Radeyah Howard and Telena Evans are bringing this action in all counts set forth in the original filed Complaint, as amended, for the benefit of Radeyah Howard, as a surviving daughter of David Howard; for the benefit of Telena Evans, a surviving daughter of David Howard; and for the benefit of the Estate of David Howard.

3. At the time of his death, David Howard had certain survivors as defined by North Carolina's Wrongful Death Act. The survivors included his daughters, Radeyah Howard and Telena Evans.

4. Radeyah Howard and Telena Evans are the surviving children, under North Carolina law, of David Howard. As a direct and proximate result of the death of David Howard and the negligence and the other actions and/or omissions of Defendant Merck as more fully set forth in the Complaint, as amended:

    a. RADEYAH HOWARD has suffered the loss of the decedent's support and services, the loss of decedent's parental companionship, instruction, and guidance and has suffered mental pain and suffering from the date of decedent's injury or death.

    b. TELENA EVANS has suffered the loss of the decedent's support and services, the loss of decedent's parental companionship, instruction, and guidance and has suffered mental pain and suffering from the date of decedent's injury or death.

    c. THE ESTATE OF DAVID HOWARD has incurred medical or funeral expenses due to the decedent's injury or death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

5. In all other respects, the identity and location of the named parties set forth in the original Complaint shall remain unchanged.

**Damages**

6. In addition to the damages claimed and the recovery sought in the original Complaint, Radeyah Howard and Telena Evans, as Personal Representatives of the Estate of David Howard, seek the following additional damages, pursuant to North Carolina law:

    a. Radeyah Howard and Telena Evans, as the surviving daughters of David Howard, suffered the loss of decedent's parental companionship, instruction, and guidance, and have suffered mental pain and suffering from the date of decedent's injury and death.

    b. The Estate of David Howard has incurred medical and/or funeral expenses due to the decedent's injury or death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

    c. Radeyah Howard and Telena Evans, as Personal Representatives, seek all other damages recoverable under law and related to the death of David Howard.

7. In all other respects, Plaintiffs Radeyah Howard and Telena Evans adopt and incorporate the original complaint as if set forth fully herein.

## **DEMAND FOR JURY TRIAL**

### **PLAINTIFFS RESTATE THEIR DEMAND FOR A TRIAL BY STRUCK JURY ON ALL ISSUES PRESENTED.**

Signed this  23  day of October, 2007.

                                              By:   /s/ Christopher S. Seeger  
                                                    Christopher A. Seeger, Esq.  
                                                    David R. Buchanan, Esq.  
                                                    **Seeger Weiss LLP**  
                                                    550 Broad Street, Suite 920  
                                                    Newark, New Jersey 07102  
                                                    (973) 639-9100

**OF COUNSEL:**  
Lewis & Roberts, PLLC  
Kimberly R. Wilson, Esq.  
N.C. Bar No. 30044  
Daniel K. Bryson, Esq.  
N.C. State Bar No. 15781  
James A. Roberts, III, Esq.  
N.C. State Bar No. 10495  
1305 Navaho Drive, Suite 400  
Raleigh, North Carolina 27619  
(919) 981-0191

4

# EXHIBIT A

| | File No. |
|---|---|
| **STATE OF NORTH CAROLINA** | 07E1692 |
| WAKE County | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |

| IN THE MATTER OF THE ESTATE OF: | |
|---|---|
| Name<br>DAVID LEE HOWARD, DECEDENT | **LETTERS**<br>OF ADMINISTRATION<br>G.S. 28A-6-1 |

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| Name And Address Of Fiduciary 1 | Date Of Qualification |
|---|---|
| RADEYAH HOWARD<br>1749 DOBBINS DR. APT. 1 F<br>CHAPEL HILL  NC  27514 | 07-05-2007 |
| | Clerk Of Superior Court |
| | N. LORRIN FREEMAN |
| Title Of Fiduciary 1 | |
| ADMINISTRATOR | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address Of Fiduciary 2 | Date Of Issuance |
| TELENA EVANS<br>PSC # 1  BOX 4825<br>APO AE  09009 | 07-05-2007 |
| | Signature |
| Title Of Fiduciary 2 | ☒ Deputy CSC    ☐ Assistant CSC |
| ADMINISTRATOR | |

**SEAL**

AOC-E-403, Rev. 6/04
© 2004 Administrative Office of the Courts