

A CERTIFIED TRUE COPY
OCT 26 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 26 2007
LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 10 2007

FILED
CLERK'S OFFICE

IN RE VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION          MDL No. 1657

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-118)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,384 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 26 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                          MDL No. 1657

## SCHEDULE CTO-118 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **CALIFORNIA EASTERN** | | |
| CAE 2 07-2006 | Richard Domagalski v. Merck & Co., Inc., et al. | 07-7499 |
| CAE 2 07-2008 | Richard Domagalski, etc. v. Merck & Co., Inc., et al. | 07-7500 |
| **CALIFORNIA SOUTHERN** | | |
| CAS 3 07-1865 | Robert Wright v. Merck & Co., Inc., et al. | 07-7501 |
| CAS 3 07-1866 | Lily Wright v. Merck & Co., Inc., et al. | 07-7502 |
| CAS 3 07-1867 | Daniel Kaptain v. Merck & Co., Inc., et al. | 07-7503 |
| CAS 3 07-1868 | Louis Haase v. Merck & Co., Inc., et al. | 07-7504 |
| CAS 3 07-1873 | Benjamin Badami v. Merck & Co., Inc., et al. | 07-7505 |
| **CONNECTICUT** | | |
| CT 3 07-1425 | Martin Sierra v. Merck & Co., Inc. | 07-7506 |
| **MASSACHUSETTS** | | |
| MA 3 07-30180 | Patricia Tompkins v. Merck & Co., Inc. | 07-7507 |
| MA 3 07-30181 | Angel Hernandez, et al. v. Merck & Co., Inc. | 07-7508 |
| MA 3 07-30187 | Keith Ganon v. Merck & Co., Inc. | 07-7509 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 1 07-228 | Jeanette Jones v. Merck & Co., Inc. | 07-7510 |
| MSN 1 07-229 | Robert Butler, Sr. v. Merck & Co., Inc. | 07-7511 |
| MSN 4 07-158 | Katie Blanks, et al. v. Merck & Co., Inc. | 07-7512 |
| **NEW MEXICO** | | |
| NM 1 07-953 | Nelly DeMeerleer, et al. v. Merck & Co., Inc. | 07-7513 |
| **NEW YORK EASTERN** | | |
| NYE 1 07-4047 | Leslie Henry, et al. v. Merck & Co., Inc. | 07-7514 |
| NYE 1 07-4049 | Gloria Jarvis v. Merck & Co., Inc. | 07-7515 |
| ~~NYE 1 07-4098~~ | ~~Sergei Chepilko v. Merck & Co., Inc.~~ **OPPOSED 10/25/07** | |
| **NEW YORK SOUTHERN** | | |
| NYS 1 07-8386 | Maria De La Cruz, et al. v. Merck & Co., Inc. | 07-7516 |
| NYS 1 07-8387 | Leon Fields v. Merck & Co., Inc. | 07-7517 |
| ~~NYS 1 07-8434~~ | ~~The People of the State of New York, et al. v. Merck & Co., Inc.~~ **OPPOSED 10/25/07** | |
| **TEXAS SOUTHERN** | | |
| TXS 4 07-3046 | Nona Adams, et al. v. Merck & Co., Inc. | 07-7518 |
| **WASHINGTON WESTERN** | | |
| WAW 2 07-1442 | Ray Haldane, et al. v. Merck & Co., Inc. | 07-7519 |
| WAW 2 07-1455 | James C. Stephens, et al. v. Merck & Co., Inc. | 07-7520 |
| WAW 2 07-1465 | Lou Schlaffman, et al. v. Merck & Co., Inc. | 07-7521 |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION          MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-118)

Erik T. Atkisson
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Levi Boone, III
Boone Law Firm
401 West Sunflower Road
P.O. Box 1772
Cleveland, MS 38732-1772

Margaret M. Branch
Branch Law Firm
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Sergei Chepilko
501 Surf Avenue
Apt. 13-A
Brooklyn, NY 11224

Lowell W. Finson
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Wendi J. Frisch
Morris, Polich & Purdy, LLP
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017

Michael T. Gallagher
Gallagher Law Firm, P.C.
2905 Sackett Street
Houston, TX 77098

Kevin Michael Hara
Reed Smith LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94612-2084

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98111-3926

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Michael A. London
Douglas & London, P.C.
111 John Street
8th Floor
New York, NY 10038

MDL No. 1657 - Involved Counsel List (CTO-118) (Continued)

John Rudolf Low-Beer
Assistant Corporation Counsel
100 Church Street
New York, NY 10007

Marilyn T. McGoldrick
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

Susan A. Owen
Owen, Patterson & Owen
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355

Robb W. Patryk
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Mark Lane Pearson
Law Office of Mark L. Pearson
P.O. Box 3873
Jackson, MS 39207-3873

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Heidi A. Wendel
Special Deputy Attorney General
Medicaid Fraud Control Unit
120 Broadway - 13th Floor
New York, NY 10271-0007

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Corrie J. Yackulic
Schroeter, Goldmark & Bender
500 Central Building
810 Third Avenue
Seattle, WA 98104

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION         MDL No. 1657

## INVOLVED JUDGES LIST (CTO-118)

Hon. Frank C. Damrell, Jr.
U.S. District Judge
Robert T. Matsui U.S. Courthouse
15th Floor
501 I Street
Sacramento, CA 95814-7300

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Larry Alan Burns
U.S. District Judge
Edward J. Schwartz   U.S. Courthouse
Suite 2190
940 Front Street
San Diego, CA 92101

Hon. William Q. Hayes
U.S. District Judge
4 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Marilyn L. Huff
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
Fourth Floor
940 Front Street
San Diego, CA 92101-8908

Hon. Barry Ted Moskowitz
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
940 Front Street
Suite 5160
San Diego, CA 92101

Hon. Thomas J. Whelan
U.S. District Judge
3155 Edward J. Schwartz U.S. Courthouse
940 Front Street, Suite 3155
San Diego, CA 92101

Hon. Christopher F. Droney
U.S. District Judge
228  Abraham Ribicoff Federal Building &
    U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Michael A. Ponsor
U.S. District Judge
Federal Building, 5th Floor
1550 Main Street
Springfield, MA 01103

Hon. Michael P. Mills
Chief Judge, U.S. District Court
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. William P. Lynch
U.S Magistrate Judge
United States District Court
Federal Building, 2nd Floor
200 East Griggs Ave.
Las Cruces, NM 88001

**MDL No. 1657 - Involved Judges List (CTO-118) (Continued)**

Hon. John Gleeson
U.S. District Judge
727 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Allyne R. Ross
U.S. District Judge
915-S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Denise L. Cote
U.S. District Judge
1040 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Charles S. Haight, Jr.
U.S. District Judge
1940 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Honorable Kimba M. Wood
Chief Judge
United States District Court
1610 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. John C. Coughenour
Senior U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Mary Alice Theiler
U.S Magistrate Judge
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION  MDL No. 1657

## INVOLVED CLERKS LIST (CTO-118)

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

David Crews, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

David Crews, Clerk
U.S. District Court
305 Main Street
Room 329
Greenville, MS 38701

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

October 26, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-118)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 10, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
   Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A