# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Jim Henry Belle, et al. v. Merck & Co.,* | * | **JUDGE KNOWLES** |
| *Inc.,* Docket Number: 2:06-cv-2863 (as | * | |
| to plaintiff Harlan Yancy only); | * | |
| | * | |
| *Daniel Nemes, et al. v. Merck & Co.,* | * | |
| *Inc.,* Docket Number: 2:06-cv-5974 (as | * | |
| to plaintiff Alvin Monse only); and | * | |
| | * | |
| *John H. Weiland, et al. v. Merck & Co.,* | * | |
| *Inc.,* Docket Number: 2:06-cv-7048 (as | * | |
| to plaintiff Royal Mattice only) | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Harlan Yancy, Alvin Monse, and Royal Mattice, and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims of Harlan Yancy, Alvin Monse, and Royal Mattice against Merck & Co., Inc. in the above-styled lawsuits, each party to bear its own costs, subject to the following conditions:

1.  Harlan Yancy, Alvin Monse, and Royal Mattice agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.  Harlan Yancy, Alvin Monse, and Royal Mattice further agree that in the event they re-files such lawsuit, any discovery that has taken place or will take place in *In re: Vioxx®*

897882v.1

*Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Harlan Yancy, Alvin Monse, and Royal Mattice, as though they had been a party and had had an opportunity to participate in that discovery.

3. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of Harlan Yancy, Alvin Monse, and Royal Mattice against Merck & Co., Inc., in the above-captioned case.

4. The claims of the remaining plaintiffs in each of the above-listed cases continue in effect.

Respectfully submitted,

/s/ Christopher J. Hickey
Dave Pavlik
Christopher J. Hickey
Brent Coon & Associates
1220 West 6th St., Ste. 303
Cleveland, OH  44113
Phone: 216-241-1872

Counsel for Plaintiffs Harlan Yancy, Alvin Monse, and Royal Mattice

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA  70130
Phone: 504-581-3200

Counsel for Defendant Merck & Inc.

2

897882v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of October, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

897882v.1