UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Jim Henry Belle, et al.  v. Merck & Co.,* | * | JUDGE KNOWLES |
| *Inc.,* Docket Number: 2:06-cv-2863 (as | * | |
| to plaintiff Harlan Yancy only); | * | |
| | * | |
| *Daniel Nemes, et al. v. Merck & Co.,* | * | |
| *Inc.,* Docket Number: 2:06-cv-5974 (as | * | |
| to plaintiff Alvin Monse only); and | * | |
| | * | |
| *John H. Weiland, et al. v. Merck & Co.,* | * | |
| *Inc.,* Docket Number: 2:06-cv-7048 (as | * | |
| to plaintiff Royal Mattice only) | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that all claims of Plaintiffs, Harlan Yancy, Alvin Monse, and Royal Mattice, against Defendant, Merck & Co., Inc. in the above-captioned cases be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

897885v.1