UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX
PRODUCTS LIABILITY LITIGATION

This document relates to:

*Kelly Allison v. Merck & Co., Inc.*
E.D.La. Docket No. 2:05-cv-04450

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that the claim of Terry Stone in the above captioned matter, be and the same is hereby dismissed, without prejudice, each party bearing their respective costs thereto.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE