UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|    PAUL NOE and ARLENE NOE, Plaintiffs, | * | SECTION L |
| | * | |
|       versus | * | JUDGE ELDON E. FALLON |
| | * | |
|    MERCK & CO., INC., and WIGBERTO C. | * | MAGISTRATE JUDGE |
|      CAMAMOT, M.D., INC., Defendants, | * | KNOWLES |
| | * | |
|    Case No. 07-3311, | * | |
| | * | |
|           & | * | |
| | * | |
|    DONALD R. PREUNINGER and FLORA N. | * | |
|      PREUNINGER, Plaintiffs, | * | |
| | * | |
|       versus | * | |
| | * | |
|    MERCK & CO., INC., Defendant, | * | |
| | * | |
|    Case No. 06-10305, | * | |
| | * | |
|           & | * | |
| | * | |
|    VIET TRAN, Plaintiff, | * | |
| | * | |
|       versus | * | |
| | * | |
|    MERCK & CO., INC., Defendant, | * | |
| | * | |
|    Case No. 07-0368, | * | |
| | * | |
|           & | * | |
| | * | |
|    PAMELA TRIBBY et al., Plaintiffs, | * | |
| | * | |
|       versus | * | |
| | * | |
|    MERCK & CO., INC., Defendant, | * | |
| | * | |

897888v.1

```
Case No. 07-4118,              *
                               *
            &                  *
                               *
DAVID WYSER, Plaintiff,        *
                               *
    versus                     *
                               *
MERCK & CO., INC., Defendant,  *
                               *
Case No. 07-2695.              *
                               *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

# **O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Support Merck & Co., Inc.'s Motion for Summary Judgment,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted thirty (30) additional pages, for a total of fifty-five (55) pages for its supporting memorandum.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

897888v.1