UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|    Products Liability Litigation | * |
| This Document Relates to: | *    MDL No. 1657 |
|    PAUL NOE and ARLENE NOE, Plaintiffs, | *    SECTION L |
|       versus | *    JUDGE ELDON E. FALLON |
|    MERCK & CO., INC., and WIGBERTO C. CAMAMOT, M.D., INC., Defendants, | *    MAGISTRATE JUDGE KNOWLES |
|    Case No. 07-3311, | * |
|       & | * |
|    DONALD R. PREUNINGER and FLORA N. PREUNINGER, Plaintiffs, | * |
|       versus | * |
|    MERCK & CO., INC., Defendant, | * |
|    Case No. 06-10305, | * |
|       & | * |
|    VIET TRAN, Plaintiff, | * |
|       versus | * |
|    MERCK & CO., INC., Defendant, | * |
|    Case No. 07-0368, | * |
|       & | * |
|    PAMELA TRIBBY et al., Plaintiffs, | * |
|       versus | * |
|    MERCK & CO., INC., Defendant, | * |

|  |  |
|---|---|
| Case No. 07-4118, | * |
| | * |
| & | * |
| | * |
| DAVID WYSER, Plaintiff, | * |
| | * |
| versus | * |
| | * |
| MERCK & CO., INC., Defendant, | * |
| | * |
| Case No. 07-2695. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MERCK & CO., INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, and pursuant to Fed. R. Civ. P. 56, respectfully submits this motion for summary judgment on all claims against it in the above-captioned cases.[1]

For the reasons set forth in the accompanying Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried and Memorandum In Support Of Motion For Summary Judgment, Merck is entitled to summary judgment as a matter of law because plaintiffs' claims are time-barred.

WHEREFORE, Merck respectfully requests that the Court enter summary judgment in its favor.

---

[1] The *Tribby* complaint brings claims on behalf of several plaintiffs. As described in Background § B.1 of Def.'s Mem. In Supp. of Mot. For Summary Judgment, this motion relates to only one plaintiff from that complaint: Susan Robello.

2

Respectfully submitted,


/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

And

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion for Summary Judgment* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of October, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel