# EXHIBIT 1

897029v.1



FILED

OCT 1 5 2007

Carol E. Higbee, P.J.Cv. Oct 16 2007
3:20PM

16692259
LEXISNEXIS' FILE & SERVE
E-SERVICE

**NOT FOR PUBLICATION WITHOUT THE APPROVAL OF THE COMMITTEE ON OPINIONS**

## SUPERIOR COURT OF NEW JERSEY
### COUNTIES OF
### ATLANTIC AND CAPE MAY

CAROL E. HIGBEE, J.S.C.

1201 Bacharach Boulevard
Atlantic City, NJ 08401-4527
(609) 343-2190

## MEMORANDUM OF DECISION ON MOTION
### Pursuant to Rule 1:6-2(f)

*CASE:*  **Oldfield v. Merck & Co., Inc.**

*DOCKET #:*  **ATL-L-2-07**

*DATE:*  **October 15, 2007**

*MOTION:*  **Defendant's Motion for Summary Judgment**

*ATTORNEYS:*  **Hope S. Freiwald – Defendant**
**Michael A. Ferrara, Jr. - Plaintiff**

Having carefully reviewed the papers submitted and any response filed, I have ruled on the above Motion as follows:

On December 29, 2006, Plaintiff Dorothy Oldfield instituted this action against defendant Merck & Co., Inc. alleging injury from a heart attack suffered on October 17, 2001. Plaintiff alleges that her heart attack was caused by her use of the drug VIOXX® manufactured by defendant, which she claims to have taken from January through August 2001. On September 30, 2004, defendant withdrew VIOXX® from the market when a long-term clinical trial was stopped because of the increased number of heart attacks by VIOXX® users vs. those on placebos. In the following days there was an avalanche of local and national television and print

press coverage devoted to VIOXX®'s exit from the market and its purported links to heart attack and stroke.

Defendant filed a motion for summary judgment for failure to comply with the statute of limitations pursuant to N.J.S.A. 2A:14-2(a), asserting that plaintiff's filing in 2006 was outside the required two year statute of limitations. For the following reasons, defendant's motion is hereby granted and judgment is entered for defendant.

**Summary Judgment Standard**

Summary judgment is appropriate and shall be granted "if the pleadings, depositions, answers to interrogatories and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact challenged and that the moving party is entitled to a judgment or order as a matter of law." R. 4:46-2(c). Further, "a court should deny a summary judgment motion *only* where the party opposing the motion has come forward with evidence that creates a genuine issue as to any material fact challenged." Brill v. The Guardian Life Ins. Co. of America, 142 N.J. 520, 529 (1995) (internal quotations omitted).

Summary judgment is a proper resolution of plaintiff's claim. In the instant case, plaintiff has presented no genuine issue as to any material fact. The court accepts the certification of plaintiff's attorney as true and has a copy of the letter the attorney gave the plaintiff which was reviewed "*in camera.*" The decision is a legal, rather than factual, one based on whether the attorney's decision not to accept her case tolled the statute. The New Jersey Supreme Court has held that "the application of the statute of limitations is ordinarily a legal matter and as such is traditionally within the province of the court." Lopez v. Swyer, 62 N.J. 267, 274 (1973). Thus, summary judgment is proper.

**Statute of Limitations**

Plaintiff's claim is barred by the statute of limitations and is not saved by the discovery rule. In New Jersey, "[e]very action at law for an injury to the person caused by the wrongful act, neglect or default of any person within this State shall be commenced within two years next after the cause of any such action shall have accrued...." N.J.S.A. 2A:14-2(a). The plain language of the statute makes it clear that plaintiffs have two years from the time of injury to file their lawsuit. Courts in New Jersey and elsewhere have held that "[s]tatutes of limitations are not simply technicalities. On the contrary, they have long been respected as fundamental to a well-ordered judicial system." Bd. Of Regents v. Tomanio, 446 U.S. 478, 487; 100 S. Ct. 1790, 1796; 64 L. Ed. 2d 440, 449 (1980). The New Jersey Supreme Court recognized that "[t]he purpose of statutes of limitations is to stimulate to activity and punish negligence and promote repose by giving security and stability to human affairs." Savage v. Old Bridge-Sayreville Medical Group, 134 N.J. 241, 248 (1993) (internal quotations omitted). Thus it is clear that a plaintiff's failure to comply with a statute of limitations is not something to be ignored.

However, courts have also recognized the perverse incentive created by statutes of limitations for defendants to conceal their tortious conduct until it is too late for plaintiffs to bring their claims. In response, New Jersey courts have adopted the discovery rule, which acts to toll the statute until "the plaintiff learns, or reasonably should learn, the existence of the state of facts which may equate in law with a cause of action." Apgar v. Lederle Labs., 123 N.J. 450, 455 (1991). The discovery rule ceases to toll the statute of limitations once the plaintiff learns of the harm. Alternatively, discovery will be imputed on the plaintiff when, "by an exercise of reasonable diligence and intelligence [the plaintiff] should have discovered that he [or she] may

3

have a basis for an actionable claim[,]" at which point the tolling will cease. Lapka v. Porter Hayden Co., 162, N.J. 545, 548 (2000) (quoting Lopez, 62 N.J. at 272).

Here, plaintiff knew she had a heart attack and she knew by the date of recall, September 30, 2004, that VIOXX® was being blamed for causing heart attacks. Because "[t]he discovery rule is essentially a rule of equity[,]" the court must consider the impact of its application on both parties and the party seeking its application bears the burden of proof. Lopez, 62 N.J. at 273. "It is not every belated discovery that will justify an application of the rule lifting the bar of the limitations statute. The interplay of the conflicting interests of the competing parties must be considered." Id. at 275.

Plaintiff argues that it was not until May 2, 2006 that discovery should be imputed upon her under the discovery rule, as that was the date that the Canadian Medical Journal published an article describing links between short term VIOXX® users such as herself. This would make plaintiff's December 29, 2006 filing timely under the statute of limitations. Plaintiff's contention is that because Merck argued that the early studies only showed an association between VIOXX® and heart attacks in long term users that her case was turned down by her present attorney. Plaintiff relies on her first contact with an attorney, Arthur Penn, who refused to accept her case on the grounds that she was a short-term VIOXX® user and all litigation accepted by his firm at that time was for long-term users. However, other lawyers were accepting cases for short term users. There was, from before the drug was taken off the market, a debate about long-term versus short term use of the drug. From before the withdrawal dates, plaintiffs argued that even short term use could cause heart attacks and even today Merck argues that short term use doesn't result in heart attacks, despite the various studies and publications that have been published in the medical journals over the last few years.

Defendant argues that the date of plaintiff's imputed discovery under the discovery rule should be September 30, 2004, the date "Merck's voluntary withdrawal of VIOXX® set off a maelstrom of press coverage and attorney advertisements...." (Def.'s Mem. Supp. Summ. J. at 9).

Plaintiff's arguments are entirely unpersuasive. Under New Jersey law the discovery rule ceased tolling the statute at least by September 30, 2006, two years after market withdrawal. Under the discovery rule, "[w]e impute discovery if the plaintiff is aware of facts that would alert a reasonable person to the possibility of an actionable claim; medical or legal certainty is not required." Lapka, 162 N.J. at 555-6. "The standard is basically an objective one – whether plaintiff knew or should have known of sufficient facts to start the statute of limitations running. That does not mean that a plaintiff must have knowledge of a specific basis for legal liability or a provable cause of action before the statute of limitations begins to run." Troum v. Newark Beth Israel Medical Center, 338 N.J. Super. 1, 16 (App. Div. 2001). It is clear from the overwhelming weight of authority that plaintiff's attempts to parse the claims against defendant into short-term user and long-term user discovery dates is not appropriate. Plaintiff was aware of VIOXX® as the potential cause of her heart attack following VIOXX®'s withdrawal from the market.

Further, plaintiff's contention that because her initial attorney refused her case the discovery rule continued to operate is ineffective. The New Jersey Supreme Court has stated that "[i]t was not our intent...to hold that a claimant's time to sue, for limitations purposes, does not begin to run until he knows or is advised by a lawyer that facts of which he does, or should, reasonably have knowledge, give rise to a legal cause of action against a particular defendant." Burd v. New Jersey Telephone Co., 76 N.J. 284, 291 (1978). Thus, because a potential plaintiff is not required to be affirmatively advised by an attorney regarding his claim before the tolling

5

ends, Mr. Penn's statements to the plaintiff regarding her potential cause of action against defendant are irrelevant to the discovery rule. In fact, it is clear from the correspondence between Mr. Penn and the plaintiff that she was advised of the statute of limitations if she wished to pursue a claim with a different attorney.

Exercising reasonable diligence and intelligence, plaintiff should have discovered Vioxx as a potential cause of her injury no later than the September 30, 2004 after VIOXX® was withdrawn from the market. The onslaught of coverage regarding potential dangers of VIOXX® and heart attacks was sufficient to alert plaintiff that VIOXX® was a possible cause of her heart attack. Further, as New Jersey law does not require medical or legal certainty of harm prior to impute discovery on potential plaintiffs, plaintiff's communications with her first attorney are irrelevant. If the statute of limitations is tolled everytime a new scientific article is published, there can never be finality to the litigation. Accordingly, defendant's motion for summary judgment is hereby granted and judgment is entered for defendants.

_____

CAROL E. MCBEE, P.J.Cv.

# EXHIBIT 2

FOCUS - 2 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC11 News: The Bay Area At 5

**September** 30, 2004, Thursday 17:00-17:30 PT

**NETWORK: KNTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 123 words

**BODY:**

START: 00:05:32
**Vioxx; Vioxx** is now off the market. The maker is recalling all **Vioxx** after research shows that it may cause heart attacks or strokes.
Interview - Ke'Shawna Banks, Arthritis and Orthopedic Medical Clinic, stating that patients are concerned.
Visual - Arthritis and Orthopedic Medical Clinic in Los Gatos.
Visual - **Vioxx** bottles.
Interview - former **Vioxx** patients expressing their feelings about the recall. Merck is the maker of **Vioxx.**
Interview - Dr. Michael Butcher, orthopedic surgeon, stating that Merck made a good decision. **Vioxx** was said to have less side effects that affected the stomach than Motrin or aspirin.
Graphic - details. Alternatives to **Vioxx** are Celebrex and Bextra. :LR
END: 00:08:13

**SEGMENT-ID:** 5

**PROGRAM-ID:** kntv17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 4 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC 7/39 News At

**September** 30, 2004, Thursday 16:30-17:00 PT

**NETWORK: KNSD**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 109 words

**BODY:**

START: 00:00:02
**Vioxx** Recall; The anti-inflammatory drug **Vioxx** is being voluntarily recalled.
Visual - **Vioxx** 25mg Merck is recalling **Vioxx** it may double the usage risk of a heart attack or stroke.
Visual - Merck interior and logo.
Visual - **Vioxx** 12.5 mg. The recall comes after a three year research study.
Interview - David Ostrander, M.D., Cardiologist, Sharp Memorial says the risk is small and only with the use of **Vioxx,** not Celebrex.
Press Conference - David Ostrander, M.D., Cardiologist, Sharp Memorial, says a voluntary withdrawal of the drug is the responsible course of action to take. Peggy Pico reports. :LR
END: 00:02:36

**SEGMENT-ID:** 2

**PROGRAM-ID:** knsd16300930

**LOAD-DATE:** October 14, 2004

FOCUS - 5 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC11 News: The Bay Area Today

**September** 30, 2004, Thursday 10:00-11:00 PT

**NETWORK: KNTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 112 words

**BODY:**

START: 00:00:05
**Vioxx** Recall; The maker of
Visual - arthritis drug **Vioxx** is recalling it in one of the biggest drug recalls ever.
Visual - Merck Research Laboratories. Merck and Co., maker of **Vioxx,** says it puts patients at higher risk of heart attack and stroke.
Sound Bites - Dr. Peter Kim, Merck Research Laboratories, announces withdrawal.
Interview - Dr. Deepak Bhatt, cardiologist, says many studies say **Vioxx** is risky. An FDA study said **Vioxx** patients were at 50 percent greater risk than patients taking similar drug Celebrex.
Visual - **Vioxx** commercial. The company's stock dropped on Wall St. Michelle Franzen reporting from NY. :LR
END: 00:01:43

**SEGMENT-ID:** 2

**PROGRAM-ID:** kntv10000930

**LOAD-DATE:** October 14, 2004

FOCUS - 6 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Local 8 At AM

**October** 25, 2004, Monday 06:00-07:00 PT

**NETWORK: KFMB**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 70 words

**BODY:**

START: 00:12:37

Teased Segment - **VIOXX** news; Profits for maker of **VIOXX,** Merck Pharmaceuticals, dropped 29% Friday, mainly due to **VIOXX** recall. Since 1990, 20 million people have been taking **VIOXX.**
Visual - Container of **VIOXX.** 300 state and federal lawsuits have been filed so far over **VIOXX.**
Visual - Workers loading pills in factory. Jeff Isaac, The Lawyer In Blue Jeans, reports. :LR
END: 00:15:38

**SEGMENT-ID:** 12

**PROGRAM-ID:** kfmb06001025

**LOAD-DATE:** November 8, 2004

FOCUS - 7 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 10 News Midday Edition

**September** 30, 2004, Thursday 11:00-12:00 PT

**NETWORK: KGTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 91 words

**BODY:**

START: 00:13:47

Teased Segment - **Vioxx;** Merck is stopping sales of **Vioxx** because of heart problem risk.
Visual - Merck sign.
Visual - lab researchers.
Press Conference - Dr. Peter Kim, Merck researcher, talks about the risks.
Visual - **Vioxx** bottle.
Visual - production of **Vioxx.**
Visual - **Vioxx** commercial.
Studio Interview - Dr. Tim Johnson, ABC Medical Editor, talks about **Vioxx** being removed from market. **Vioxx** sales were second to Celebrex for arthritis. John Yang reporting from Washington, DC. :LR
END: 00:15:30

**SEGMENT-ID:** 10

**PROGRAM-ID:** kgtv11000930

**LOAD-DATE:** October 14, 2004

FOCUS - 8 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC 7/39 News At

**November** 18, 2004, Thursday 16:30-17:00 PT

**NETWORK: KNSD**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 164 words

**BODY:**

START: 00:06:48
Drug Safety; An FDA Expert says there are more drugs that may be dangerous in addition to **Vioxx.**
Sound Bites - Raymond Gilmartin, Merck CEO, says he stands behind **Vioxx.**
Visual - **Vioxx** 25 mg. **Vioxx** was recalled two months ago.
Visual - **Vioxx** 12.5 mg.
Sound Bites - David Graham, M.D., FDA Expert, says he warned the agency that **Vioxx** was dangerous before the recall, but managers pressured him to change his conclusions.
Visual - Exterior Merck Research Lab.
Visual - **Vioxx** 50 mg.
Sound Bites - Sandra Kweder, FDA, says ongoing concerns are typical for drugs even after they reach the market. Graham says Bextra, pain killer, Meridia, weight loss drug, Crestor, cholesterol lowering drug, Serevent, Asthma drug, and Accutane, acne drug, are all drugs of concern
Visual - Bextra website.
Visual - Meridia 10 mg.
Visual - Crestor 10 mg.
Visual - Serevent website.
Visual -Accutane 20mg and 40mg. Tracie Potts reports. :LR
END: 00:08:47

**SEGMENT-ID:** 5

**PROGRAM-ID:** knsd16301118

**LOAD-DATE:** December 2, 2004

FOCUS - 9 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: KUSI** Morning News

**October** 5, 2004, Tuesday 07:00-08:00 PT

**NETWORK: KUSI**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 55 words

**BODY:**

START: 00:46:18

Teased Segment - **Vioxx** suit.; Illinois files class action lawsuit against Merck after **Vioxx** was pulled from shelf.
Graphic - **Vioxx** logo.
Studio Interview - Dr. Steve Ruderman, Scripps XIMED Medical Group, discusses **Vioxx,** Cox-2 inhibitors, FDA approval.
Visual - **Vioxx** bottles. :LR
END: 00:50:16

**SEGMENT-ID:** 40

**PROGRAM-ID:** kusi07001005

**LOAD-DATE:** October 19, 2004

FOCUS - 12 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC 7/39 News At

**October** 6, 2004, Wednesday 16:30-17:00 PT

**NETWORK: KNSD**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 35 words

**BODY:**

START: 00:21:19
**Vioxx;** A study links **Vioxx** to nearly 28 heart attacks. This in the Wall Street Journal.
Visual - **Vioxx** 25mg. **Vioxx** 12.5mg. Merck has pulled the drug off the market. :LR
END: 00:21:36

**SEGMENT-ID:** 17

**PROGRAM-ID:** knsd16301006

**LOAD-DATE:** October 20, 2004

FOCUS - 14 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC 7/39 News At

**October** 5, 2004, Tuesday 16:30-17:00 PT

**NETWORK: KNSD**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 64 words

**BODY:**

START: 00:03:20
Merck; Merck is being sued by **Vioxx** users. They are seeking reimbursement for buying the medicine.
Visual - **Vioxx** 50 mg. **Vioxx** 25 mg. **Vioxx** was voluntarily pulled off the shelf by Merck due to the increase in the risk of
users getting a heart attack or stroke. A spokesperson for Merck says the company will fight personal injury lawsuits. :LR
END: 00:03:46

**SEGMENT-ID:** 3

**PROGRAM-ID:** knsd16301005

**LOAD-DATE:** October 19, 2004

FOCUS - 15 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 10 News Midday Edition

**August** 26, 2004, Thursday 11:00-12:00 PT

**NETWORK: KGTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 47 words

**BODY:**

START: 00:42:45

Teased Segment - Painkiller; Kaiser Permanente is reconsidering use of **Vioxx,** an arthritis medication.
Visual - **Vioxx** bottle, Merck & Co. logo.
Visual - **Vioxx** production. **Vioxx** is second most popular arthritis medication in nation. :LR
END: 00:43:08

**SEGMENT-ID:** 35

**PROGRAM-ID:** kgtv11000826

**LOAD-DATE:** September 9, 2004

FOCUS - 16 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Local 8 At Five

**September** 30, 2004, Thursday 17:00-18:00 PT

**NETWORK: KFMB**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 38 words

**BODY:**

START: 00:14:15

Teased Segment - **Vioxx** Pulled; Merck and Company has pulled **Vioxx** worldwide.
Visual - **Vioxx.** Users are at a greater risk of heart attack and stroke.
Graphic - **Vioxx** information. :LR
END: 00:15:06

**SEGMENT-ID:** 11

**PROGRAM-ID:** kfmb17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 18 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC 7/39 News At 5 PM

**September** 30, 2004, Thursday 17:00-17:30 PT

**NETWORK: KNSD**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 47 words

**BODY:**

START: 00:18:29
**Vioxx; Vioxx** is being voluntarily recalled by Merck.
Visual - **Vioxx** 50 mg. The FDA has put out an advisory for patients to consult their doctors before taking the anti-inflammatory drug.
Visual - **Vioxx** 12.5 mg.
Visual - Merck and logo. :LR
END: 00:18:56

**SEGMENT-ID:** 13

**PROGRAM-ID:** knsd17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 19 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 10 News This Weekend

**October** 3, 2004, Sunday 09:00-10:00 PT

**NETWORK: KGTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 52 words

**BODY:**

START: 00:20:48

Teased Segment - **Vioxx; Vioxx** has been pulled from the shelves for increasing risk of heart problems.
Visual - **Vioxx** bottle.
Press Conference - Unidentified Merck representative, data suggests risk beginning after 18 months.
Visual - **Vioxx** bottle, Rofecoxib. :LR
END: 00:21:33

**SEGMENT-ID:** 19

**PROGRAM-ID:** kgtv09001003

**LOAD-DATE:** October 17, 2004

FOCUS - 21 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Local 8 At AM

**October** 1, 2004, Friday 06:00-07:00 PT

**NETWORK: KFMB**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 160 words

**BODY:**

START: 00:44:48
CBS Market Watch;
Graphic - DOW and NASDAQ UP. Merck stock is rebounding today after recalling **VIOXX** yesterday. Merck shares are up about 40 cents now to $per share.
Visual - **VIOXX** tablets and **VIOXX** pill bottles. **VIOXX** was marketed in over 80 countries with sales over $2.5 billion last year, making up about 10% of all sales for Merck last year. Pfizer, maker of Celebrex, saw it's stock rise. Schering-Plough stock gained on prediction that Merck news could lead to a consolidation in drug sector. US Airways and pilots union reportedly have agreed on new labor contract.
Graphic - US Airways stock up to 84 cents per share. Netflix and Tivo have agreed to develop a digital movie download service. Oil prices rose.
Visual - Oil refinery footage.
Graphic - Mortgage rate data. Freddie Mac says rates are unlikely to rise above these levels through 2005. Susan McGinnis reports from Wall Street. :LR
END: 00:47:36

**SEGMENT-ID:** 33

**PROGRAM-ID:** kfmb06001001

**LOAD-DATE:** October 15, 2004

FOCUS - 22 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Local 8 At AM

**August** 27, 2004, Friday 05:30-06:00 PT

**NETWORK: KFMB**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 78 words

**BODY:**

START: 00:23:36

Teased Segment - **Vioxx** Dangers ; One of the nation's biggest HMO's matbe reconsidering it's endorsement of the popular drug **Vioxx.** New study has found some disturbing data.
Visual - **Vioxx.** FDA did a study showing increase of heart problems more than Celebrex.
Visual - Kaiser Permanente Medical Offices.
Visual - Celebrex. Merck, **Vioxx** maker has gone on record backing it's drug safety. Barbara Lee Edwards reporting. :LR
END: 00:25:34

**SEGMENT-ID:** 27

**PROGRAM-ID:** kfmb05300827

**LOAD-DATE:** September 10, 2004

FOCUS - 24 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 10 News Nightcast

**October** 4, 2004, Monday 23:00-23:35 PT

**NETWORK: KGTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 79 words

**BODY:**

START: 00:00:09

Teased Segment - Finding **Vioxx;** Arthritis patients are finding new ways to obtain **Vioxx.**
Visual - **Vioxx,** Merck & Co. Inc.
Interview - Christine Veale, fmr. **Vioxx** user, comments.
Visual - Mexico has full supply of **Vioxx.**
Interview - Dr. Michael Keller, Rheumatologist, comments.
Visual - San Diego/Mexico border.
Visual - Lidoderm pain patch. Michael Chen reporting. Drs. offer other options with Celebrex and Bextra. :LR
END: 00:02:30

**SEGMENT-ID:** 2

**PROGRAM-ID:** kgtv23001004

**LOAD-DATE:** October 18, 2004

FOCUS - 26 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Local 8 At Noon

**September** 30, 2004, Thursday 12:00-13:00 PT

**NETWORK: KFMB**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 75 words

**BODY:**

START: 00:09:00
**Vioxx;** Merck pulls **Vioxx** off the market.
Graphic - **Vioxx** Recall, Merck logo.
Press Conference - Raymond Gilmartin, Merck, Chairman and CEO, announces the rollback.
Visual - **Vioxx** bottle, pill.
Visual - Advil, Ibuprofin.
Graphic - FDA Study.
Interview - Dr. Deepak Bhatt, Cleveland Clinic, discusses the safety of **Vioxx.**
Visual - Tylenol.
Visual - Celebrex pills. Jennifer Donolan reporting. :LR
END: 00:10:45

**SEGMENT-ID:** 7

**PROGRAM-ID:** kfmb12000930

**LOAD-DATE:** October 14, 2004

FOCUS - 27 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC 7/39 Today

**October** 1, 2004, Friday 06:00-07:00 PT

**NETWORK: KNSD**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 76 words

**BODY:**

START: 00:21:55

Teased Segment - **Vioxx** Alternatives; Merck recalls **Vioxx. Vioxx** Alternatives.
Visual - **Vioxx** Bottle.
Interview - David Ostrander, MD Sharp Memorial, says Aspirin, Naprosyn, Naproxen are effective.
Press Conference - Raymond Gilmartin, CEO Merck & Company, voluntary withdrawal is responsible.
Interview - Gary Firetein, MD UCSD, says there is no risk to stop taking **Vioxx.** Peggy Pico, RN reporting. :LR
END: 00:23:42

**SEGMENT-ID:** 23

**PROGRAM-ID:** knsd06001001

**LOAD-DATE:** October 15, 2004

0.0000001.0000000.0000000.000000

FOCUS - 28 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Local 8 At Four

**September** 30, 2004, Thursday 16:00-17:00 PT

**NETWORK: KFMB**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 95 words

**BODY:**

START: 00:10:22

Teased Segment - **Vioxx** recall; **Vioxx** being pulled off the shelves due to causing heart problems.
Visual - **Vioxx** bottles. Kiser was considering taking its patients off **Vioxx** a few weeks ago. Merck announced voluntary recall.
Press Conference - unidentified man, says risk of cardiovascular event did increase by those on **Vioxx.**
Visual - surgery scenes.
Press Conference - unidentified man, discusses results. FDA is uncertain what this means for Celebrax and Bextra.
Visual - pills. Barbara-Lee Edwards reporting. :LR
END: 00:12:29

**SEGMENT-ID:** 9

**PROGRAM-ID:** kfmb16000930

**LOAD-DATE:** October 14, 2004

FOCUS - 29 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Local 8 Early Edition

**October** 8, 2004, Friday 07:00-08:00 PT

**NETWORK: KFMB**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 96 words

**BODY:**

START: 00:03:18
**VIOXX** and effects on Wall Street; Some think that **VIOXX's** recall by it's maker, Merck, will hurt profits of other drug companies like Pfizer and Johnson & Johnson.
Studio Interview - Brent Wilsey, Local Eight Financial Advisor, says after **VIOXX** recall, attorneys are looking at Pfizer's Celebrex and Johnson & Johnson's arthritis drug now. Wilsey commented on consumers paying for this down the road. Wilsey cited investments made by the pharmaceutical companies.
Visual - Container of **VIOXX.**
Visual - **VIOXX** tablets in factory. :LR
END: 00:06:52

**SEGMENT-ID:** 4

**PROGRAM-ID:** kfmb07001008

**LOAD-DATE:** October 22, 2004

FOCUS - 30 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** WB News At Ten

**October** 4, 2004, Monday 22:00-22:30 PT

**NETWORK: KSWB**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 49 words

**BODY:**

START: 15.30
**Vioxx** for Sale. The popular arthritis drug **Vioxx** is pulled from the U.S. market, but it is still being sold in Mexican pharmacies. The company Merck voluntarily recalled the drugs after clinical trials found the drug could increase of heart attack or stroke.
END: 15.51

**SEGMENT-ID:** 23

**PROGRAM-ID:** kswb22001004

**LOAD-DATE:** October 18, 2004

FOCUS - 31 of 32 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** WB News At Ten

**September** 30, 2004, Thursday 22:00-22:30 PT

**NETWORK: KSWB**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 53 words

**BODY:**

START: 16.20

Teased Segment - **Vioxx.** The popular arthritis drug
Visual - **Vioxx** is pulled form the market worldwide because of a risk of heart attack or stroke. The pharmaceutical giant
Merck voluntarily recalled the drug after a clinical trial found the medication could increase those risks.
END: 16.45

**SEGMENT-ID:** 19

**PROGRAM-ID:** kswb22000930

**LOAD-DATE:** October 14, 2004

FOCUS - 5 of 20 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Channel 5 Eyewitness Noon News

**September** 30, 2004, Thursday 12:00-12:30 PT

**NETWORK: KPIX**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 54 words

**BODY:**

START: 00:00:55
Recall; There is a recall of **Vioxx** by Merck.
Sound Bites - RAymond Gilmartin, Merck Chairman and CEO, discusses the reason why **Vioxx** is being pulled off the
Market.
Graphic - **Vioxx** Study.
Interview - Dr. Deepak Bhatt, Cleveland Clinic, discusses how many people take **Vioxx.** :LR
END: 00:02:38

**SEGMENT-ID:** 3

**PROGRAM-ID:** kpix12000930

**LOAD-DATE:** October 14, 2004

FOCUS - 6 of 20 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Morning Drive Time

**September** 30, 2004, Thursday 06:00-07:00 PT

**NETWORK: KGO**-AM

**MEDIUM:** Radio

**TYPE:** Local Radio

**LENGTH:** 69 words

**BODY:**

START: 45.01

Teased Segment - **Vioxx.**
Studio Interview - Prevention Magazine Editor, Maryann McGinnis, talks with Baxter about the latest findings about the
drug **Vioxx** - increased risk for heart attacks and strokes. She explains the study that led to the findings. Baxter mentions
**Vioxx,** Celebrex, Bextra - asks if they are similar to **Vioxx.** McGinnis says they haven't shown the same risks.
END: 49.05

**SEGMENT-ID:** 21

**PROGRAM-ID:** rkgo06000930

**LOAD-DATE:** October 14, 2004

FOCUS - 9 of 20 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Noticias 14

**October** 5, 2004, Tuesday 23:00-23:30 PT

**NETWORK: KDTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 54 words

**BODY:**

START: 08.30
**Vioxx.** Ilicit sale of Viox continues in Mexico despite prohibition in US. G; **Vioxx.**
Visual - Merck **Vioxx;** Drug Discounters; RX 4 Less Drug stores.
Interview - Rosario Ramos, pharmacist; We sell it very well every day.
Visual - US Border Inspection Station. Reporting / Carmen Escobosa.
END: 09.53

**SEGMENT-ID:** 8

**PROGRAM-ID:** kdtv23001005

**LOAD-DATE:** October 19, 2004

FOCUS - 10 of 20 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Noticias 14

**September** 30, 2004, Thursday 23:00-23:30 PT

**NETWORK: KDTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 29 words

**BODY:**

START: 27.25
**Vioxx** Recall. A popular arthritis medication **Vioxx** was recalled from the market after a 3 year study conducted by Merck.
Visual - **Vioxx.**
END: 27.48

**SEGMENT-ID:** 14

**PROGRAM-ID:** kdtv23000930

**LOAD-DATE:** October 14, 2004

FOCUS - 11 of 20 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** ABC 7 News At

**September** 30, 2004, Thursday 18:00-19:00 PT

**NETWORK: KGO**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 52 words

**BODY:**

START: 00:46:45

Teased Segment - **Vioxx; Vioxx** is being pulled from drug stores all over the world.
Visual - **Vioxx.**
Interview - Dolores Fergerson, Arthritis Patient, discusses the investigation into the **Vioxx** being pulled.
Visual - Merck Research Laboratories, pulled the **Vioxx.** :LR
END: 00:47:36

**SEGMENT-ID:** 27

**PROGRAM-ID:** kgo18000930

**LOAD-DATE:** October 14, 2004

FOCUS - 12 of 20 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** ABC 7 News At

**September** 30, 2004, Thursday 11:00-11:30 PT

**NETWORK: KGO**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 89 words

**BODY:**

START: 00:00:07
**Vioxx; Vioxx** is being recalled by Merck.
Visual - exterior of Merck.
Visual - laboratory scientists.
Press Conference - Dr. Peter Kim, President, Merck Research Laboratories, says data suggests risk to patient's safety.
Visual - **Vioxx** bottles and pills.
Visual - commercial for **Vioxx.**
Interview - Dr. Eric Topol, Cardiologist, says **Vioxx** has been heavily promoted and benefits are marginal. It was second in sales to Celebrex.
Visual - NYSE trading floor. John Yang reporting. :LR
END: 00:01:49

**SEGMENT-ID:** 2

**PROGRAM-ID:** kgo11000930

**LOAD-DATE:** October 14, 2004

FOCUS - 13 of 20 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: KRON** 4 News Daybreak

**October** 7, 2004, Thursday 06:00-07:00 PT

**NETWORK: KRON**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 68 words

**BODY:**

START: 00:46:32

Teased Segment - Arthritis Drugs; Scientists in US and Great Britain are calling for fresh look at Celebrex and other medications similar to **Vioxx** as study showed **Vioxx** could double the risk for heart attack or stroke.
Visual - **Vioxx** bottles. New England Journal of Medicine report shows problems may go beyond **Vioxx** and include entire class of medication. :LR
END: 00:47:03

**SEGMENT-ID:** 42

**PROGRAM-ID:** kron06001007

**LOAD-DATE:** October 21, 2004

FOCUS - 14 of 20 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: KRON** 4 News At 5

**September** 30, 2004, Thursday 17:00-17:30 PT

**NETWORK: KRON**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 84 words

**BODY:**

START: 00:27:11

Teased Segment - **Vioxx; Vioxx** recalled.
Visual - **Vioxx** pulled from pharmacy shelf. Study shows drug increases risk of heart attack and stroke.
Visual - Merck logo.
Interview - Raymond Gilmartin, CEO Merck & Co., talks about drug.
Visual - production of drug, worker with medication, Andrea Hest (sp) at computer, California Pacific Medical Center.
Interview - Andrea Hest Pharm.D., CPMC Pharmacy, talks about drug. Merck will reimburse patients. :LR
END: 00:29:09

**SEGMENT-ID:** 18

**PROGRAM-ID:** kron17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 16 of 20 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: KRON** 4 News At 9

**September** 30, 2004, Thursday 21:00-22:00 PT

**NETWORK: KRON**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 25 words

**BODY:**

START: 00:40:26

Teased Segment - **Vioxx** ; Merck and Company has pulled **Vioxx** off the shelves.
Visual - **Vioxx** bottles. :LR
END: 00:41:03

**SEGMENT-ID:** 20

**PROGRAM-ID:** kron21000930

**LOAD-DATE:** October 14, 2004

FOCUS - 17 of 20 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: KRON** 4 News At 11

**September** 30, 2004, Thursday 23:00-23:30 PT

**NETWORK: KRON**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 30 words

**BODY:**

START: 00:17:40

Teased Segment - **Vioxx;** The drug **Vioxx** was pulled off the market by Merck.
Visual - **Vioxx.** FDA wants people to consult their doctors. :LR
END: 00:18:08

**SEGMENT-ID:** 11

**PROGRAM-ID:** kron23000930

**LOAD-DATE:** October 14, 2004

FOCUS - 46 of 63 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC11 News: The Bay Area At 5

**October** 6, 2004, Wednesday 17:00-17:30 PT

**NETWORK: KNTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 75 words

**BODY:**

START: 00:16:33

Teased Segment - Drugs ; **Vioxx,** which is made by Merck, was pulled off of the market due to side effect concerns.
Visual - **Vioxx** bottle. Today's report claims that an anti-inflammation mechanism in arthritis drugs like **Vioxx** and
Celebrex by Pfizer lack a substance to prevent heart problems.
Visual - drug manufacturing plant. Pfizer states that the report is interesting but their drugs are safe. :LR
END: 00:17:06

**SEGMENT-ID:** 15

**PROGRAM-ID:** kntv17001006

**LOAD-DATE:** October 20, 2004

FOCUS - 49 of 63 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC11 News: The Bay Area At 5AM

**October** 1, 2004, Friday 05:00-06:00 PT

**NETWORK: KNTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 30 words

**BODY:**

START: 00:17:41
Wall Street.; Investors were hurt when **Vioxx** was taken off the market and Merck stock fell. The Dow fell along with it.
Visual - NYSE. :LR
END: 00:17:54

**SEGMENT-ID:** 23

**PROGRAM-ID:** kntv05001001

**LOAD-DATE:** October 15, 2004

FOCUS - 50 of 63 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC11 News: The Bay Area At 5AM

**October** 1, 2004, Friday 05:00-06:00 PT

**NETWORK: KNTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 59 words

**BODY:**

START: 00:50:57
NYSE.; There is a lot of focus on what happened with Merck. It is down off of the **Vioxx** news. The Dow Industrials closed lower because of it. Sept. vehicle sales and consumer sentiment from the University of Michigan come out later today. There is a G-7 finance meeting in Washington. Alexis Glick reporting. :LR
END: 00:52:04

**SEGMENT-ID:** 58

**PROGRAM-ID:** kntv05001001

**LOAD-DATE:** October 15, 2004

FOCUS - 51 of 63 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC11 News: The Bay Area At 6AM

**October** 1, 2004, Friday 06:00-07:00 PT

**NETWORK: KNTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 26 words

**BODY:**

START: 00:18:10
Business; Merck dragged down the Dow after **Vioxx** was removed from the market.
Visual - NYSE.
Graphic - Stocks. :LR
END: 00:18:30

**SEGMENT-ID:** 19

**PROGRAM-ID:** kntv06001001

**LOAD-DATE:** October 15, 2004

FOCUS - 53 of 63 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC11 News: The Bay Area At 5AM

**September** 30, 2004, Thursday 05:00-06:00 PT

**NETWORK: KNTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 22 words

**BODY:**

START: 00:49:57
Wall Street.; Update.
Visual - NYSE. Merck is pulling it's drug **Vioxx,** an arthritis drug. :LR
END: 00:50:16

**SEGMENT-ID:** 55

**PROGRAM-ID:** kntv05000930

**LOAD-DATE:** October 14, 2004

FOCUS - 55 of 63 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC11 News: The Bay Area At 6AM

**September** 30, 2004, Thursday 06:00-07:00 PT

**NETWORK: KNTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 28 words

**BODY:**

START: 00:17:39
Merck; Merck is recalling **Vioxx.**
Visual - Bottle of **Vioxx.** People who use it have a higher risk of heart attack and stroke. :LR
END: 00:18:02

**SEGMENT-ID:** 15

**PROGRAM-ID:** kntv06000930

**LOAD-DATE:** October 14, 2004

FOCUS - 57 of 63 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC11 News: The Bay Area At 6AM

**September** 30, 2004, Thursday 06:00-07:00 PT

**NETWORK: KNTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 25 words

**BODY:**

START: 00:45:18
Merck; Merck is recalling **Vioxx** due to a higher risk of heart attack and stroke.
Visual - Bottle of **Vioxx.** :LR
END: 00:45:35

**SEGMENT-ID:** 39

**PROGRAM-ID:** kntv06000930

**LOAD-DATE:** October 14, 2004

FOCUS - 59 of 63 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC11 News: The Bay Area Today

**September** 30, 2004, Thursday 10:00-11:00 PT

**NETWORK: KNTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 112 words

**BODY:**

START: 00:00:05
**Vioxx** Recall; The maker of
Visual - arthritis drug **Vioxx** is recalling it in one of the biggest drug recalls ever.
Visual - Merck Research Laboratories. Merck and Co., maker of **Vioxx,** says it puts patients at higher risk of heart attack and stroke.
Sound Bites - Dr. Peter Kim, Merck Research Laboratories, announces withdrawal.
Interview - Dr. Deepak Bhatt, cardiologist, says many studies say **Vioxx** is risky. An FDA study said **Vioxx** patients were at 50 percent greater risk than patients taking similar drug Celebrex.
Visual - **Vioxx** commercial. The company's stock dropped on Wall St. Michelle Franzen reporting from NY. :LR
END: 00:01:43

**SEGMENT-ID:** 2

**PROGRAM-ID:** kntv10000930

**LOAD-DATE:** October 14, 2004

FOCUS - 61 of 63 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC11 News: The Bay Area At 5

**September** 30, 2004, Thursday 17:00-17:30 PT

**NETWORK: KNTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 123 words

**BODY:**

START: 00:05:32
**Vioxx; Vioxx** is now off the market. The maker is recalling all **Vioxx** after research shows that it may cause heart attacks
or strokes.
Interview - Ke'Shawna Banks, Arthritis and Orthopedic Medical Clinic, stating that patients are concerned.
Visual - Arthritis and Orthopedic Medical Clinic in Los Gatos.
Visual - **Vioxx** bottles.
Interview - former **Vioxx** patients expressing their feelings about the recall. Merck is the maker of **Vioxx.**
Interview - Dr. Michael Butcher, orthopedic surgeon, stating that Merck made a good decision. **Vioxx** was said to have
less side effects that affected the stomach than Motrin or aspirin.
Graphic - details. Alternatives to **Vioxx** are Celebrex and Bextra. :LR
END: 00:08:13

**SEGMENT-ID:** 5

**PROGRAM-ID:** kntv17000930

**LOAD-DATE:** October 14, 2004

# EXHIBIT  3

59 of 62 DOCUMENTS

Copyright 2004 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

October 1, 2004 Friday MORNING FINAL EDITION

**SECTION:** FRONT; Pg. 1A

**LENGTH:** 1299 words

**HEADLINE:** COMPANY PULLS ARTHRITIS DRUG;
STUDY SHOWS HEART-ATTACK RISK

**BYLINE:** BARBARA FEDER OSTROV, Mercury News

**BODY:**

Pharmaceutical giant Merck pulled its blockbuster arthritis drug Vioxx off the market on Thursday, saying a new clinical study showed it nearly doubled the risk of heart attack and stroke in patients who took it long-term.

Previous studies had questioned the safety of Vioxx, with some also finding an increased risk of heart disease. But Merck called those studies inconclusive and as late as a month ago vigorously defended the drug as safe and effective.

The voluntary withdrawal, which was not required by the U.S. Food and Drug Administration, extends around the world. Doctors will no longer be able to prescribe Vioxx, and patients will no longer find it available at pharmacies. Merck is encouraging patients to talk to their doctors about alternative medications, and to return unused pills to their pharmacist for a refund, said company spokeswoman Janet Skidmore.

"This is a huge step. It's not an easy course to take," Skidmore said. "We're doing this because we think it's the right thing to do."

The news sent arthritis sufferers and others with serious aches and pains scurrying to their doctors for other options, with local clinics logging numerous calls from anxious patients. Law firms around the country began taking names for lawsuits.

Merck's decision could prove financially devastating to the company, at least in the short term. The company's stock fell nearly 27 percent on the news Thursday. Vioxx, introduced in 1999, is the 20th-best-selling drug in the United States, with at least $1.8 billion in sales in 2003, according to pharmaceutical analyst IMS Health.

But although financial analyst Shaojing Tong of New York-based Mehta Partners described Vioxx's loss as a "big blow," he said he believes Merck will survive it. The company has other blockbuster drugs, such as the cholesterol-lowering medication Zocor and the osteoporosis drug Fosamax, in its portfolio. Zocor's patent protection expires in two years, however, Tong noted.

Non-steroid painkiller

Vioxx, one of a class of non-steroidal anti-inflammatory drugs known as COX-2 inhibitors, is used to treat acute pain from arthritis, menstrual cramps and other ailments.

COMPANY PULLS ARTHRITIS DRUG;STUDY SHOWS HEART-ATTACK RISK San Jose Mercury News
(California) October 1, 2004 Friday MORNING FINAL EDITION

Gentle on the stomach, Vioxx frequently is prescribed for patients who cannot take ibuprofen or similar pain
relievers because they are at high risk of developing ulcers. Dentists also prescribe it after performing dental work, and
surgeons use it to relieve pain after surgery.

Vioxx is more expensive than prescription-only Celebrex and over-the-counter Advil, costing about $2.73 per pill,
according to Drugstore.com.

Merck had been studying Vioxx to see if it could prevent the recurrence of polyps in patients with a history of
colorectal tumors. The trial of 2,600 patients, which began in 2000 and is now being stopped, dosed patients with 25
milligrams of Vioxx. Typical doses of the drug are 12.5, 25 or 50 milligrams.

Researchers found that after 18 months of treatment, the risk of heart attacks and stroke nearly doubled for Vioxx
patients compared with those taking a placebo. The absolute risk of a heart attack or stroke remained small: 25 patients
in the placebo group of roughly 1,300 people suffered heartattacks compared with 45 patients in the same-sized Vioxx
group.

Merck CEO Raymond Gilmartin said in a statement that although the company considered marketing Vioxx with
warnings about heart attack and stroke, it decided to withdraw the medication "because it best serves the interests of
patients."

Kaiser study cited

Although Merck said it made its decision based on the polyp trial results, Dr. David Campen of Oakland-based
Kaiser Permanente said a Kaiser study also played a role. In that study, sponsored by the FDA and released in August,
researchers studied 1.4 million Kaiser patients in California, with more than 26,700 taking Vioxx.

They found that people taking higher doses of Vioxx had more than triple the risk of heart attack or sudden cardiac
death compared with people who had not recently used the drug or similar painkillers. Vioxx is not on Kaiser
Permanente's formulary, although doctors are allowed to prescribe it. Campen, a rheumatologist who treats many
arthritis patients, said he prescribes it infrequently because of its risks.

Campen, Kaiser's medical director for drug utilization, information and technology, credited Merck with making "a
very responsible move," and said he felt vindicated by the company's decision despite its strong disagreement at the
time with the Kaiser study's conclusions.

"There are many, many safer alternatives out there," Campen said, listing similar drugs such as Celebrex and
Bextra as well as ibuprofen.

Dr. David Fischer, a rheumatologist at the Palo Alto Medical Foundation, said the clinic is trying to contact
hundreds, if not thousands, of its patients who take Vioxx.

"It seems to be potent and helpful for some people, and it's going to be a problem finding the best treatment for
them," Fischer said. "I don't think Merck had much choice. I think they did the right thing."

Vioxx
Function: Painkiller
Approved: 1999
Taken by: More than 2 million people, most for arthritis
Primary competitor: Celebrex

QUESTIONS AND ANSWERS ABOUT VIOXX WITHDRAWAL
Questions and answers from the federal Food and Drug Administration about the Vioxx withdrawal:

COMPANY PULLS ARTHRITIS DRUG;STUDY SHOWS HEART-ATTACK RISK San Jose Mercury News
(California) October 1, 2004 Friday MORNING FINAL EDITION

Q

What is Vioxx?

A

Vioxx is a prescription medicine used to relieve symptoms of arthritis, acute pain in adults and painful menstrual cycles.

Q

Did the FDA require this action?

A

No. Merck voluntarily withdrew the drug independent of input from the FDA. The agency has not had an opportunity to review the data from the study that was stopped in the depth that Merck has, but agrees with the company that there appear to be significant safety concerns for patients, particularly those taking the drug chronically.

Q

What should I do if I am taking Vioxx?

A

The risk that an individual patient will suffer a heart attack or stroke related to Vioxx is very small. Contact your physician to discuss discontinuing use of Vioxx and alternative treatments.

Q

What evidence supports this action?

A

A trial to see if 25-mg Vioxx doses were effective in preventing the recurrence of colon polyps was stopped early because there was an increased risk for serious cardiovascular events, such as heart attacks and strokes, first observed after 18 months of treatment with Vioxx.

Q

Why wasn't the trial stopped earlier?

A

Results for the first 18 months of the trial did not show any increased risk of cardiovascular events.

Q

Can my pharmacist continue to fill my prescription for Vioxx?

A

No, Vioxx will no longer be available at pharmacies.

Q

Does today's action suggest that other drugs in the same class are dangerous?

A

The results of clinical studies with one drug in a given class do not necessarily apply to other drugs in the same class. All non-steroidal anti-inflammatory drugs have risks when taken chronically, especially of stomach bleeding, but also liver and kidney toxicity. Patients using these drugs for longer than two weeks should be under the care of a physician.

Q

How can I report a serious side effect of Vioxx?

A

COMPANY PULLS ARTHRITIS DRUG;STUDY SHOWS HEART-ATTACK RISK San Jose Mercury News
(California) October 1, 2004 Friday MORNING FINAL EDITION

Visit www.fda.gov/medwatch and click on "How to Report" or call (800) 332-1088.

Q

Where can I get more information?

A

From Merck: www.merck. com, www.vioxx.com or (888) 368-4699. From the FDA: www.fda.gov/cder or (888)
463-6332.

CHART: MERCURY NEWS
Vioxx sales halted
Annual prescriptions
[Chart not taken in database]
CHART: MERCURY NEWS
Vioxx sales halted
Stock plunge
[Chart not taken in database]
CHART: MERCURY NEWS
Vioxx sales halted
Top-selling U.S. drugs
[Chart not taken in database]

**GRAPHIC:** Photos (2), Charts (3);
PHOTO: KATHY WILLENS -- ASSOCIATED PRESS
Merck chairman, president and chief executive officer Raymond Gilmartin answers questions at a news conference
Thursday in New York.
PHOTO: [Vioxx pill]

**LOAD-DATE:** September 1, 2005

100434

********** Print Completed **********

Time of Request: Thursday, October 25, 2007  10:25:13 EST

Print Number:   2842:55661293
Number of Lines: 107
Number of Pages: 4

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  4

66 of 66 DOCUMENTS

Copyright 2004 Los Angeles Times
All Rights Reserved
Los Angeles Times

October 1, 2004 Friday
Home Edition

**SECTION:** MAIN NEWS; National Desk; Part A; Pg. 1

**LENGTH:** 1188 words

**HEADLINE:** THE NATION;
Arthritis Drug Vioxx Pulled; Risk of Heart Attacks Is Cited

**BYLINE:** Thomas H. Maugh II and Denise Gellene, Times Staff Writers

**BODY:**

Merck & Co. voluntarily withdrew its blockbuster arthritis drug Vioxx from the market Thursday after a new study showed that it nearly doubled the risk of heart attacks and strokes among people taking it for at least 18 months or longer.

The loss of the drug, which has worldwide sales of nearly $2.5 billion per year, represents a major financial setback for Merck, which lost almost $27 billion in stock market value in a matter of hours.

Physicians recommended that patients taking the drugs -- about 2 million worldwide -- talk to their doctors and switch to other medications. Merck said it would set up a program to buy back unused supplies of Vioxx.

"We are taking this action because we believe it best serves the interest of patients," Merck Chairman Ray V. Gilmartin said in announcing the recall.

Although the timing of the announcement was unexpected, the withdrawal does not come as a complete surprise because "earlier studies had already raised this concern," said Dr. Gregg C. Fonarow, a cardiologist at UCLA Medical Center. "There was already a movement away from Vioxx, but there are still a large number of people being treated with it."

Experts said the risk of life-threatening events was small and that the findings probably did not apply to other members of the class of drugs called Cox-2 inhibitors. Nonetheless, the Food and Drug Administration said Thursday that it would reexamine all similar drugs on the market and could require additional data for new drugs in the same class.

The Merck announcement sent many patients to their physicians in fear for their health and their ability to control severe pain.

"If you get off Vioxx and still have pain, there are five to seven other [drugs] that people need to work their way through to find something that is effective," said Dr. Steven Abramson of the New York University School of Medicine.

The most immediate beneficiary will be Pfizer Inc.'s Cox-2 inhibitor Celebrex, which is projected to have

THE NATION; Arthritis Drug Vioxx Pulled; Risk of Heart Attacks Is Cited Los Angeles Times October 1, 2004 Friday

worldwide sales of at least $3.3 billion this year. Pfizer also has a second-generation drug called Bextra, which has projected sales of about $600 million, and Merck has a second-generation drug called Arcoxia that has been approved in 47 countries but is awaiting approval from the FDA.

The FDA had delayed its decision on Arcoxia because of earlier concerns about Vioxx, and the new results seem likely to delay it further and make it more difficult for other drugs of the class to reach the market, experts said.

In particular, the agency seems likely to require longer clinical trials before approval, because the new risks did not develop until after 18 months of use. But the FDA has not decided how it will approach the problem, said John Jenkins, director of the FDA's office of new drugs.

The agency requires trials of six to 12 months for drugs treating chronic diseases, he said, adding that "it is difficult to ask an arthritis patient who has inflammation and pain to remain in a longer-term, placebo-controlled trial."

Steve Galson, acting director of the FDA's Center for Drug Evaluation and Research, said: "I am sure we are going to ask for more data, but I can't tell you exactly what that data is."

Cox-2 inhibitors have been extremely popular since they were first introduced in 1999. Their chief advantage is that, unlike aspirin, ibuprofen and other over-the-counter drugs for inflammation, they do not cause gastrointestinal bleeding. Their principal drawback is cost, about $3 per day, compared with about 3 cents per day for aspirin or ibuprofen.

In the United States, more than 84 million prescriptions for Vioxx have been written since its introduction. Most of the prescriptions are for long-term treatment of the chronic pain and inflammation of osteoarthritis and rheumatoid arthritis, but the drug is also used widely for short-term treatment of many types of pain.

To obtain FDA approval, Merck tested the drug in clinical trials involving 3,900 patients. Although the study found an increase in high blood pressure cases, there was no sign of the drug causing heart attacks. The company's final study required for FDA approval lasted 12 months.

But a 2001 report in the Journal of the American Medical Assn. found signs that the drug might increase cardiovascular risks, and the FDA required a warning on the drug's label.

The new findings came in a three-year study funded by Merck to determine whether Vioxx could retard the progression of colon polyps into full-blown cancer. It is the longest study of a Cox-2 inhibitor that has been conducted so far.

Merck stopped the trial prematurely Sept. 23 when the trial's external data-monitoring board alerted the company to a potential problem. At that point, 25 of 1,299 patients receiving a placebo had suffered a heart attack (1.9%), compared with 45 of the 1,287 patients receiving Vioxx (3.5%), according to a Merck spokesman.

The number of deaths in each group was the same: five.

No one is sure why the drug triggered the heart attacks, but speculation includes an increase in blood pressure and a slight hardening of arterial walls leading to increased clot formation. There is no evidence that any of the changes are permanent, Fonarow said, and the cardiovascular risk of patients who stop taking the drugs or who took them only for short periods should return to normal.

On Wall Street, investors punished Merck's shares, sending them down 27% to $33, off $12.07 in trading on the New York Stock Exchange.

Pfizer shares rose 42 cents to $30.60, also on the New York Stock Exchange.

THE NATION; Arthritis Drug Vioxx Pulled; Risk of Heart Attacks Is Cited Los Angeles Times October 1, 2004 Friday

Analysts were divided on how the withdrawal of Vioxx would affect sales of Pfizer's Celebrex and Bextra. Some thought the drugs would benefit; others thought Vioxx's demise would hurt the entire category of drugs.

"Bad news for a key product is never good news for a class of drugs," said James Kelly, a pharmaceutical industry analyst with Goldman Sachs in New York. He noted that sales of all anti-cholesterol drugs suffered when drug maker Bayer withdrew Baycol in 2001 after it was linked to 31 deaths.

Kelly said recent drug sales showed an increased use of over-the-counter painkillers, reflecting mounting concerns about Cox-2 drugs.

Sena Lund, an analyst with Cathay Financial in New York, agreed that aspirin and other over-the-counter pain relievers would benefit. But he predicted that a "major portion" of Vioxx's sales would go to Celebrex and Bextra.

Legal experts said Merck could face lawsuits from patients who believed they were harmed by Vioxx, but that it was too early to quantify the company's potential liability.

Brietta Clark of Loyola Law School in Los Angeles said lawyers had already started to look for Vioxx patients on the Internet. "Clearly, a lot of people think they have got a basis for a suit," she said.

Clark said the fact that Merck recalled Vioxx would work in the company's favor.

Jonathan Zasloff, a UCLA law professor, said it would be difficult for plaintiffs to prove that Vioxx caused their heart attacks.

"The easiest kind of cases involve a signature disease, like asbestosis," he said. "To show that Vioxx caused your heart attack is going to be a hard sell."

**LOAD-DATE:** October 1, 2004

100434

********** Print Completed **********

Time of Request: Thursday, October 25, 2007  11:52:14 EST

Print Number:    1821:55688816
Number of Lines: 90
Number of Pages: 3

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  5

57 of 62 DOCUMENTS

Copyright 2004 The Chronicle Publishing Co.

# San Francisco Chronicle

The San Francisco Chronicle

OCTOBER 1, 2004, FRIDAY, FINAL EDITION

**SECTION:** NEWS; Pg. A1

**LENGTH:** 1114 words

**HEADLINE:** Arthritis drug Vioxx yanked off market;

Study by the maker confirms risk of heart attack, stroke Company's study confirms risk of heart attack, stroke

**SOURCE:** Chronicle Medical Writer

**BYLINE:** Sabin Russell

**BODY:**
Pharmaceutical giant Merck & Co. abruptly ordered a worldwide recall of its premier arthritis drug Vioxx on Thursday after a company-run study confirmed that long-term use of the pills increased risk of heart attack and stroke.

"We are taking this action because we believe that it best serves the interests of our patients," Merck chief executive Raymond Gilmartin said at a news conference in New York.

Vioxx is taken by more than 2 million arthritis patients around the world for the treatment of joint pain. It's one of a new family of anti-inflammatory drugs known as COX-2 inhibitors, which grew in popularity because they cause fewer stomach problems than competing nonprescription medicines such as naproxen or ibuprofen.

The Merck study actually was designed to test a novel theory that Vioxx also could prevent colon cancer. But before that study could be completed, doctors discovered a doubling of cardiovascular risk over three years among the 2,600 participants. Merck scientists said the danger was not apparent until patients had been on the pills for more than 18 months.

Gilmartin said the company could have continued to sell Vioxx with updated warnings on its label but concluded that a voluntary recall was the "responsible course to take" because patients had other drugs to choose from.

Merck's decision put an extraordinary end to one of the most successful drugs in today's marketplace. Merck said worldwide sales of Vioxx in 2003 were $2.5 billion, and the announcement caused the company's stock to lose 27 percent of its value. Merck closed at $33, down $12.07 in heavy New York Stock Exchange trading.

The study also raises questions about the safety of competing COX-2 inhibitors, including Pfizer Inc.'s Celebrex, the market leader. Yet a recent Kaiser Permanente study comparing arthritis drugs showed a small, and statistically insignificant, reduced risk of heart attack among Celebrex users.

"There are studies hinting that Celebrex is safer, but these drugs are so biologically similar, it would be naive to simply conclude that Celebrex is safe," said UCSF rheumatologist Dr. David Wofsy, who is also president of the

Arthritis drug Vioxx yanked off market;Study by the maker confirms risk of heart attack, stroke Company's study confirms risk of heart attack, stroke The San Francisco Chronicle OCTOBER 1, 2004,

American College of Rheumatology.

Wofsy said there is no medical problem with simply stopping Vioxx treatment and replacing it with another drug. He said drugs such as Celebrex "have an important place for people at high risk" for bleeding from anti-inflammatory drugs.

The reason Vioxx causes a higher risk of heart problems remains a mystery. However, one theory holds that such drugs can disable a protective mechanism that keeps blood cells from clumping together. A number of smaller clinical studies have also detected increased rates of high blood pressure among patients taking Vioxx compared to those on Celebrex.

Although Thursday's decision was unexpected, the case against Vioxx has been building since shortly after it won Food and Drug Administration marketing approval in 1999.

A study completed in March 2000 showed a two- to fourfold increase in heart attack risk among Vioxx users, but Merck scientists dismissed the data because earlier studies did not indicate a cardiovascular problem. The results of that study nevertheless prompted the company to follow heart attack and stroke rates in its subsequent cancer experiment -- where the higher risk was then proved.

Pharmacy industry critic Dr. Sidney Wolfe, of the Washington, D.C., advocacy group Public Citizen, said both Merck and the FDA waited too long. He said Vioxx should have borne a "black box" warning on its label, the strongest safety advisory that the FDA can require.

"In the case of Vioxx, there were clear danger signals four years ago," said Wolfe. "Instead of running a black box warning, they published ads for the drug touting its benefits."

Merck's problem with Vioxx became more acute last month, when a study jointly conducted by the FDA and Kaiser Permanente revealed a tripling of heart attack risk among patients in California who took double the standard 25 mg dosage.

The study was presented at a medical conference in Bordeaux, France, and immediately created a stir in the drug industry. Kaiser researchers pored through the records of 1.4 million members who took a variety of anti-inflammatory drugs, including COX-2 inhibitors.

Dr. David Campen, a Santa Clara rheumatologist who led the study for Kaiser, said the higher risk for heart attack was spotted among patients who were just starting out on Vioxx, as well as those who had taken it for long periods of time.

It was this same Kaiser study that showed that Celebrex users had a slightly lower risk of heart attack.

"As far as risk of heart attack, Vioxx and Celebrex were clearly different. Why? We don't know," Campen said.

Kaiser has never included any COX-2 inhibitor on its list of recommended drugs -- known as a formulary -- but its doctors were free to prescribe them to their patients. In light of his study, Campen said Kaiser was in the process of rethinking its policy toward Vioxx.

"I think it would have been 'no high-dose,' and caution about the low dose," he said. "The point is now moot."

Liz Raymer of Berkeley, one of the 2 million Vioxx users worldwide, learned about the increased risk of heart problems Thursday. "I'm very upset about it," she said.

Raymer said she has been using Vioxx almost since it first came onto the market in 1999.

Arthritis drug Vioxx yanked off market;Study by the maker confirms risk of heart attack, stroke Company's study confirms risk of heart attack, stroke The San Francisco Chronicle OCTOBER 1, 2004,

"It has worked for me for osteoarthritis, but I have had an elevated blood pressure so have been wondering if it is safe," she said. "I'm very angry that my health has been jeopardized."

-------------------------------------------------

Vioxx questions and answers

What was Vioxx prescribed for?

The primary purpose was for relief of the signs and symptoms of osteoarthritis; it was also prescribed for acute pain in adults and for the treatment of primary dysmenorrhea.

Why is Merck withdrawing Vioxx?

Merck is withdrawing Vioxx effective immediately based on data from a three-year clinical study that showed there was increased risk of heart attack and stroke.

What should I do if I've been taking Vioxx?

Patients who are currently taking Vioxx should contact their health care providers to discuss discontinuing use of the drug and discuss possible alternative treatments.

What should I do with my Vioxx tablets?

The company will reimburse patients for unused Vioxx tablets, which should not be thrown away.

How do I get reimbursed for my Vioxx prescription?

Information is available on the Web at www.vioxx.com or by calling 888-368-4699.

Source: Merck & Co.

E-mail Sabin Russell at srussell@sfchronicle.com.

**LOAD-DATE:** October 1, 2004

100434

********** Print Completed **********

Time of Request: Thursday, October 25, 2007  10:23:14 EST

Print Number:    1822:55660740
Number of Lines: 93
Number of Pages: 3

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  6

FOCUS - 6 of 8 DOCUMENTS

Copyright 2004 Contra Costa Times
All Rights Reserved

## CONTRA COSTA TIMES

Found on BayArea●com

Contra Costa Times

October 29, 2004 Friday FINAL EDITION

**SECTION:** NEWS; Pg. A07

**LENGTH:** 229 words

**HEADLINE:** BRENTWOOD MAN SUES VIOXX MAKER;
HE SAYS HE'S ONE OF THOUSANDS OF CONTRA COSTANS WHO'VE SUFFERED COMPLICATIONS FROM
USING THE NOW-DISCONTINUED DRUG

**BYLINE:** BRUCE GERSTMAN, TIMES STAFF WRITER

**DATELINE:** MARTINEZ

**BODY:**

A 52-year-old Brentwood man who says he suffered two heart attacks while taking the arthritis medicine Vioxx is suing the drug's maker.

Dennis Guinta's lawsuit against New Jersey-based Merck & Co., filed Wednesday in Contra Costa Superior Court, is the second filed here alleging that Merck failed to notify doctors and patients that continued use of Vioxx could cause serious side effects, including heart attack and stroke.

About 300 similar suits have been filed across the country against Merck since the company pulled the product off the shelves Sept. 30, according to a company news release. The other Contra Costa suit predated the drug's withdrawal from the market.

"I'm just looking for them to take responsibility," Guinta said.

He declined to say how much money he is seeking. His suit doesn't specify an amount.

Guinta's complaint alleges that he is one of thousands of Contra Costa County residents who have suffered medical complications as a result of using the drug.

His attorney, Rick Simons, who described himself as a 30-year specialist in medical liability cases, said he intends to ask for the suit to be certified as a class action. Simons said other Vioxx users have contacted him.

Vioxx sales totaled $2.5 billion in 2003, according to Merck.

Reach Bruce Gerstman at 925-228-6177 or by e-mail at bgerstman@cctimes.com.

BRENTWOOD MAN SUES VIOXX MAKER;HE SAYS HE'S ONE OF THOUSANDS OF CONTRA COSTANS WHO'VE SUFFERED COMPLICATIONS FROM USING THE NOW-DISCONTINUED DRUG Contra Costa Times October 29, 2004 Friday

**LOAD-DATE:** November 7, 2005

100434

********** Print Completed **********

Time of Request: Thursday, October 25, 2007  11:27:00 EST

Print Number:    1821:55679988
Number of Lines: 42
Number of Pages: 2

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  7

FOCUS - 9 of 11 DOCUMENTS

Copyright 2004 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

November 2, 2004 Tuesday MORNING FINAL EDITION

**SECTION:** BUSINESS; Pg. 3C

**LENGTH:** 404 words

**HEADLINE:** MERCK STOCK SLUMPS ON REPORT IT DENIED VIOXX PROBLEMS

**BYLINE:** Associated Press

**DATELINE:** WHITEHOUSE STATION, N.J.

**BODY:**

Shares of Merck & Co. plunged more than 10 percent Monday after a media report said that documents show the pharmaceutical giant hid or denied evidence for years that its blockbuster arthritis drug Vioxx causes heart problems.

Merck, one of the world's top five drug makers, pulled the arthritis and acute pain drug from the market worldwide Sept. 30, saying it was acting in patients' best interest. Vioxx has been taken by about 20 million Americans and had produced 11 percent of Merck's revenues.

Also Monday, Prudential Equity Group analyst Tim Anderson downgraded the stock's rating to neutral from overweight. Anderson wrote that he believes there is value in the company's drug pipeline but said it is likely to get lost in the negative Vioxx coverage.

Additionally, Standard & Poor's placed Merck on CreditWatch with negative implications, which sends a strong signal that the company's debt could be downgraded within the next three months. When Merck withdrew Vioxx, S&P lowered its outlook to negative from stable. The additional, more serious step taken Monday reflects the momentum in the Vioxx litigation and the delay in launching Arcoxia, Vioxx's successor drugs, said S&P analyst Arthur Wong.

Hundreds of lawsuits have been filed against Merck over Vioxx, and one analyst believes it could cost the company up to $12 billion. Last Friday, the FDA said it wouldn't approve Arcoxia without additional safety and efficacy information. Wong said it look like the drug will be delayed more than a year.

Merck shares were down $3.03, or 9.7 percent, to close at $28.28 on the New York Stock Exchange after the Wall Street Journal reported that internal e-mails and marketing materials show the company knew as far back as 2000 that Vioxx was linked to an increased risk of heart attack but tried to discredit such evidence.

The news led to Merck posting the largest percentage decline Monday among stocks in the S&P 500 index.

Despite a March 9, 2000, e-mail from Merck research director Edward Scolnick to colleagues conceding an elevated risk of heart attack and stroke was "clearly there," according to the newspaper, Merck continued to try to discredit academic researchers critical of the drug. The Journal reported that one training document from Merck listed potentially difficult questions about the drug and stated in capital letters, "DODGE!"

MERCK STOCK SLUMPS ON REPORT IT DENIED VIOXX PROBLEMS San Jose Mercury News (California)
November 2, 2004 Tuesday MORNING FINAL EDITION


Merck declined comment.

**GRAPHIC:** Photo;
PHOTO: GETTY IMAGES
Arthritis drug Vioxx, which has been found to cause heart problems, had been taken by about 20 million Americans
before it was pulled Sept. 30.

**LOAD-DATE:** September 2, 2005

100434

```
********** Print Completed **********

Time of Request: Thursday, October 25, 2007  11:02:10 EST

Print Number:    1822:55673605
Number of Lines: 52
Number of Pages: 2
```

```
Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT  8

FOCUS - 7 of 11 DOCUMENTS

Copyright 2004 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

December 9, 2004 Thursday MORNING FINAL EDITION

**SECTION:** BUSINESS; Pg. 3C

**LENGTH:** 385 words

**HEADLINE:** MERCK REDUCES PROFIT FORECAST;
WITHDRAWAL OF VIOXX TO HURT 2005 EARNINGS

**BYLINE:** JEFFREY GOLD, Associated Press

**DATELINE:** NEWARK, N.J.

**BODY:**

The withdrawal of painkiller Vioxx means Merck will miss the already diminished expectations of Wall Street analysts for 2005, the huge drug maker said Wednesday.

But its shares rose nearly 3 percent as the company said it plans to continue its stock buyback program in 2005, offered an upbeat outlook for two new cholesterol drugs and said it plans to seek government approval of three vaccines next year.

Merck said it expects to earn between $2.42 and $2.52 a share in 2005. Analysts surveyed by Thomson First Call had expected earnings of $2.56 a share, down one-fifth in the past month. It took Vioxx off the market Sept. 30.

The investment firm Oppenheimer said in a research note that while the 2005 earnings projection was lower than Wall Street expected, "the company seems to have avoided the worst-case scenario." Deutsche Bank said in a separate note that "the shares are oversold at the current multiple and the dividend is secure" with a hefty 5.4 percent yield.

Merck again noted that the Vioxx withdrawal will drop fourth-quarter profit by 50 cents to 55 cents, and leave it with a profit of $2.59 to $2.64 for 2004. Analysts are looking for earnings per share of 50 cents for the fourth quarter and $2.61 for the year.

The Whitehouse Station, N.J., company said it expects continued growth in sales of two of its newer drugs, cholesterol reducers Zetia and Vytorin, which are products of a joint venture with Schering-Plough. Vytorin combines Zetia with Zocor, Merck's top-selling drug. Zocor's patent expires in spring 2006.

Merck also said it plans to submit three vaccines for FDA approval in the second half of 2005.

Merck pulled Vioxx, used for arthritis and acute pain, from the market after a company study showed the drug doubled the risk of heart attacks and strokes.

About 2 million people worldwide were then taking Vioxx, which had been Merck's No. 2 drug with projected 2004 global sales of $2.5 billion. That amounted to 11 percent of the company's $22.49 billion in revenue last year.

MERCK REDUCES PROFIT FORECAST;WITHDRAWAL OF VIOXX TO HURT 2005 EARNINGS San Jose
Mercury News (California) December 9, 2004 Thursday MORNING FINAL EDITION


The announcement Wednesday did not reflect any reserves established for any Vioxx payouts stemming from a
deluge of lawsuits from patients and shareholders. Industry analysts have estimated the liabilities at up to $18 billion.

**LOAD-DATE:** September 5, 2005

100434

********** Print Completed **********

Time of Request: Thursday, October 25, 2007  11:00:29 EST

Print Number:   1841:55673135
Number of Lines: 48
Number of Pages: 2

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  9

FOCUS - 12 of 17 DOCUMENTS

Copyright 2004 Los Angeles Times
All Rights Reserved
Los Angeles Times

November 21, 2004 Sunday
Home Edition

**SECTION:** BUSINESS; Business Desk; Part C; Pg. 1

**LENGTH:** 820 words

**HEADLINE:** James Flanigan;
Merck's Trouble With Vioxx May Be Catching

**BYLINE:** James Flanigan

**BODY:**

Big Pharma is in for some harsh medicine.

The furor over Vioxx, the arthritis drug that Merck & Co. withdrew because studies showed it sometimes increased the risk of heart attacks and strokes, is merely one of the ominous threats hanging over the industry.

When Sen. Charles E. Grassley (R-Iowa) accused the Food and Drug Administration last week of being "under the thumb" of the pharmaceutical companies it is supposed to regulate, the sentiment -- seconded by other members of the Senate Finance Committee -- assured that FDA regulation would be tightened.

That means clinical trials of proposed drugs will take longer, while fewer new drugs will be approved to come on the market each year. And that will extend a trend, shown clearly in FDA statistics, affecting all forms of pharmaceuticals. In turn, sales and earnings growth for the industry will slow.

The stock market, forever forward-looking, has already taken notice.

Merck, of course, was hit hard by its withdrawal of Vioxx on Sept. 30 and by evidence that has since surfaced that the company waited far too long to remove the profitable drug from circulation. In recent months, Merck shares have fallen from $45 to Friday's close of $27.12. But Merck was already trading way off its 2001 peak of $95 a share.

Similarly, Pfizer Inc. has retreated from a lofty valuation of 35 times earnings in 2001 to just 13 times earnings today. Other drug companies have taken similar falls. In the parlance of Wall Street, they are "broken stocks."

What happened?

It was only a couple of years ago that the pharmaceutical industry, a $250-billion-a-year colossus blending high technology and even higher profits, was being hailed as a sure-fire success story of the 21st century. The future seemed nothing but bright given the aging of the baby boom population and Uncle Sam's impending move to expand the Medicare program by covering the cost of drugs for seniors.

Yet the sector has staggered and stumbled like someone who swallowed too many of the wrong kind of pills.

James Flanigan; Merck's Trouble With Vioxx May Be Catching Los Angeles Times November 21, 2004 Sunday

Indeed, Vioxx is not the first so-called wonder drug found to be a danger. The diabetes treatment Rezulin was withdrawn by Warner-Lambert Co. in 2000 after being cited as a suspect in 556 deaths. Pfizer acquired Warner-Lambert around that time and set aside almost $1 billion to compensate victims.

More recently, antidepressants prescribed for children have been required to carry poison warning labels. Fresh clinical trials, meanwhile, are being ordered for other drugs.

As the public's awe has turned to skepticism and disdain, the industry has become a target of class-action lawsuits. A mountain of litigation, potentially involving $4 billion to $18 billion in damages by one estimate last week, is already in the works against Merck on the Vioxx matter.

And some think that the entire affair could force more clinical trial data into the public arena, giving trial lawyers even more fodder to bring suits against the drug industry.

"The regulatory question raised by Vioxx is who should own the information gained in clinical trials," says Stuart Schweitzer, a professor of public health at UCLA and a pharmaceutical economist. "Should it be the company or the FDA?"

In spite of all this, there is a case to be made that Merck will rebound in due course, and stock market bottom feeders stand to make some serious money when it does. Morgan Stanley analysts Jami Rubin and Nancy Yu are among those who see Merck's shares "moving forward from a significantly lower base."

But other seasoned investors take a more somber view -- and it goes well beyond just Merck.

As these folks explain it, the phenomenon of relatively few new drugs coming to market is not going to reverse itself quickly.

"The problem is that the industry is in transition between old science and new science," says Viren Mehta, head of Mehta Partners, a New York firm that analyzes 300 drug companies worldwide.

Traditional research into chemical compounds with broad applications, such as major antibiotics, is not yielding many results these days. And, Mehta says, the promise of new drugs based on genetic engineering has not arrived "as fast as we anticipated in the late 1990s."

The result is that companies are not getting the "productivity from research" that they previously enjoyed. And Mehta believes that the transition from chemical to genetic medicine could take five years or 15 years -- or even longer. "We can't really predict," he says.

In the meantime, the industry will continue to do what it always has: look to make drugs that serve the biggest markets possible. The arthritis painkillers -- Vioxx as well as Pfizer's Celebrex and Bextra -- fall into that category.

What is clear now is that these powerful pills can come with major side effects -- not only for the users of the drugs, as it turns out, but for regulators, corporations and their shareholders too.

James Flanigan can be reached at jim.flanigan @latimes.com

**LOAD-DATE:** November 21, 2004

100434

```
********** Print Completed **********

Time of Request: Thursday, October 25, 2007  11:57:08 EST

Print Number:   1861:55690172
Number of Lines: 70
Number of Pages: 2
```

```
Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT 10

897029v.1

FOCUS - 1 of 17 DOCUMENTS

Copyright 2004 Los Angeles Times
All Rights Reserved
Los Angeles Times

December 29, 2004 Wednesday
Home Edition

**SECTION:** BUSINESS; Business Desk; Part C; Pg. 3

**LENGTH:** 82 words

**HEADLINE:** IN BRIEF / PHARMACEUTICALS;
Merck CEO May Testify in Vioxx Suits

**BYLINE:** From Associated Press

**BODY:**

Merck & Co.'s chairman and chief executive, Raymond V. Gilmartin, may testify by March in some of the dozens of lawsuits filed in New Jersey over the pharmaceutical giant's withdrawal of its blockbuster arthritis drug Vioxx, a lawyer for Merck said.

Scheduling for Gilmartin's pretrial depositions is still being finalized, but the testimony is expected to be given in March, said Ted Mayer, an attorney for Whitehouse Station, N.J.-based Merck.

Merck shares rose 25 cents to $32.20 on the NYSE.

**LOAD-DATE:** December 29, 2004

100434

```
********** Print Completed **********

Time of Request: Thursday, October 25, 2007  11:53:27 EST

Print Number:    1842:55689186
Number of Lines: 30
Number of Pages: 1
```

```
Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT  11

2 of 17 DOCUMENTS

Copyright 2001 Contra Costa Times
All Rights Reserved
Contra Costa Times (California)

August 22, 2001 Wednesday FINAL EDITION

**SECTION:** NEWS; Pg. A12

**LENGTH:** 542 words

**HEADLINE:** STUDY: ARTHRITIS DRUGS MAY RAISE HEART ATTACK RISK

**BYLINE:** THOMAS H. MAUGH II

**BODY:**

Two of the most widely used new drugs for arthritis may increase a patient's risk of heart attacks and stroke and probably should not be used by people who are at high risk for cardiovascular problems, researchers from the Cleveland Clinic will report today.

More than 2 million prescriptions for the drugs Vioxx and Celebrex are expected to be written this year. The drugs' ability to relieve pain is similar to that of aspirin and other over-the-counter medicines.

But unlike aspirin, they do not damage the stomach and gastrointestinal system a major advantage for people with chronic pain that has helped lead to an expected $6 billion in sales of the two drugs this year.

But the study reported in today's issue of the Journal of the American Medical Association offers a cautionary note on their use.

The report reviewed previous studies of the two drugs and suggests that they can increase formation of blood clots, leading to heart attacks and other cardiovascular problems.

Dr. Eric Topol and his colleagues note, though, that the added risk is still very small less than 1 percent. Moreover, patients who take Celebrex or Vioxx routinely might be able to reduce or eliminate the risk by adding daily low doses of aspirin to their drug regimens, they said.

Topol himself takes the drugs because of an arthritic knee. They are "a great class of medicines," he said. "But if I had risk factors for heart disease, I would be more concerned right now," he added. "I would take aspirin or switch drugs until we have more concrete evidence."

The report, added his co-author, Dr. Steven Nissen, "reminds us once again that all drugs have both benefits and risks."

The manufacturers of the two drugs disputed the study, arguing that it is poorly designed and that it doesn't include unpublished results obtained with thousands of other patients.

When the drugs are compared directly to placebos, "we find absolutely no difference in risk" for cardiovascular disease, said Dr. Laura Demopoulos of Merck, which manufactures Vioxx.

STUDY: ARTHRITIS DRUGS MAY RAISE HEART ATTACK RISK Contra Costa Times (California) August 22, 2001 Wednesday FINAL EDITION

Representatives of the U.S. Food and Drug Administration took issue with Merck's assertion, however. Much of the data still needs to be evaluated, they said.

"We would not agree that there is no cardiovascular risk," said Dr. Lawrence Goldkind, acting deputy director of the FDA's division of anti-inflammatory, analgesic and ophthalmic drugs.

Nor would the agency currently say there is a risk. "We will continue to evaluate the information as more becomes available," he added.

Dr. Jack Klippel, medical director of the Arthritis Foundation, said, on balance, consumers who currently use the drugs should continue to do so.

But, he added, patients with known risk factors for heart disease, such as obesity, high cholesterol levels and high blood pressure, "should discuss with their doctors whether a low dose of aspirin is needed."

Vioxx and Celebrex are members of a family of drugs called Cox-2 inhibitors, which are painkillers and anti-inflammatory drugs.

In their review, Topol and his colleagues analyzed all the published studies of Vioxx and Celebrex, which included about 18,000 patients. But they focused primarily on two large studies, one for each of the drugs.

**GRAPHIC:** Los Angeles Times

**LOAD-DATE:** November 7, 2001

100434

********** Print Completed **********

Time of Request: Thursday, October 25, 2007  11:15:06 EST

Print Number:    1862:55676701
Number of Lines: 56
Number of Pages: 2

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  12

Copyright 2001 Contra Costa Times
All Rights Reserved
Contra Costa Times (California)

May 26, 2001 Saturday FINAL EDITION

**SECTION:** BUSINESS; Pg. C13

**LENGTH:** 659 words

**HEADLINE:** ARTHRITIS DRUG SAFETY QUESTIONED;
VIOXX AND CELEBREX MAY INCREASE THE RISK OF CARDIOVASCULAR PROBLEMS, SOME DOCTORS
SAY

**BYLINE:** MELODY PETERSEN

**BODY:**

Doctors are beginning to worry that Vioxx and Celebrex, two wildly popular arthritis drugs, may not be as safe as they were initially believed to be.

Research presented to the Food and Drug Administration earlier this year showed that patients taking Vioxx, a Merck & Co. drug, had a higher, but still relatively low, risk of heart attacks than patients taking an older pain reliever. The study received little public attention at the time, but the FDA is considering whether to add information on possible cardiovascular side effects to both drugs' labels. Now Wall Street is becoming aware of the possible problems, with at least one analyst warning that the problem could particularly affect Merck.

The two drugs, which cause fewer ulcers than many other pain relievers, are among the best-selling medicines in the world. And both Pharmacia, which makes Celebrex, and Merck are heavily dependent on the drugs for the sales growth that Wall Street expects.

Celebrex is Pharmacia's biggest-selling drug, generating sales of $2.3 billion in the 12 months ending in March, according to IMS Health. Pfizer co-markets Celebrex with Pharmacia. Merck sold $1.7 billion of Vioxx in the same period, making it the company's second-biggest drug behind the cholesterol medicine Zocor.

Millions of Americans have tried Vioxx or Celebrex, many of them prompted to request them from doctors after seeing television advertisements paid for by the two companies, which are locked in a fierce marketing battle.

While the data is still limited, a large study sponsored by Merck last year showed that patients taking Vioxx had four times the risk of heart attacks of patients taking another pain reliever, naproxen, which is sold both generically and under the brand names Naprosyn or Aleve. The risk, which appears to increase over time, was still low, however, at about 4 heart attacks per 1,000 patients.

Merck says the research does not show a problem with Vioxx. Instead, the company says, naproxen acted to reduce heart attacks by working much like aspirin.

The information from Merck's study was presented to the Food and Drug Administration in February when the companies asked for changes on their drug labels to reflect data showing that Vioxx and Celebrex caused fewer ulcers than other pain relievers.

ARTHRITIS DRUG SAFETY QUESTIONED;VIOXX AND CELEBREX MAY INCREASE THE RISK OF CARDIOVASCULAR PROBLEMS, SOME DOCTORS SAY Contra Costa Times (California) May 26, 2001 Saturday FINAL EDITION

In an April 27 report, Richard R. Stover, a pharmaceutical industry analyst at Arnhold & S. Bleichroeder Inc., did his own analysis of what he called "disturbing data" from Merck's study. In an interview, Stover said he was warning his clients, many of them institutional investors who hold Merck shares, that they should watch the issue carefully since it could hurt the company's stock price.

Some doctors, however, say they are worried about both drugs.

"There must be a warning," said Dr. M. Michael Wolfe, chief of the gastroenterology section at the Boston University School of Medicine and a member of the FDA advisory committee that reviewed the issue earlier this year.

"The marketing of these drugs is unbelievable," Wolfe added. "I'm sure there are many people out there who are taking these drugs that should not be."

Several doctors say they are worried about the possibility of heart attacks because many of the arthritis patients taking the drugs are elderly and have a higher risk of cardiovascular problems to begin with.

The current debate centers on whether the higher heart attack rate found in patients taking Vioxx is a result of the drug's actually causing damage in some patients or to an absence of the heart-protecting benefits that naproxen may have.

Merck's scientists say that naproxen appears to help reduce heart attacks by stopping or slowing the production of a substance called thromboxane. Thromboxane is thought to cause platelets in the blood to stick together, leading to blood clots.

Neither Vioxx nor Celebrex have been shown to have the same heart-protecting benefit.

**GRAPHIC:** New York Times

**LOAD-DATE:** November 6, 2001

100434

********** Print Completed **********

Time of Request: Thursday, October 25, 2007  11:17:22 EST

Print Number:    1841:55677318
Number of Lines: 63
Number of Pages: 2

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  13

20 of 38 DOCUMENTS

Copyright 2001 The San Diego Union-Tribune
The San Diego Union-Tribune

June 18, 2001, Monday

**SECTION:** LIFESTYLE;Pg. E-9

**LENGTH:** 525 words

**HEADLINE:** Concern over safety is premature

**BYLINE:** Jane Brody

**BODY:**
 What do stock analysts know about medical research?  Last month Wall Street got nervous about the safety of two of the hottest prescription drugs on the market, Celebrex and Vioxx, after a company-sponsored study suggested that they might increase susceptibility to heart attacks.

The two are nonsteroidal anti-inflammatory drugs that greatly reduce the risk of ulcers associated with older over-the-counter and prescription rivals, ibuprofen (Advil and Motrin), naproxen (Aleve and Naprosyn), indomethacin (Indocin) and aspirin.

Celebrex, Pharmacia's top seller at $2.3 billion a year, and Vioxx, Merck's second-leading drug at $1.7 billion a year, are selective cox-2 inhibitors.  Cox-2 is an enzyme, cyclooxygenase-2, that increases in arthritic joints, causing pain and inflammation.

The older products are nonselective inhibitors of cox-1 and cox-2. Cox-1 protects the lining of the stomach and intestines against damage by stomach acids; when it is inhibited, the lining is more likely to ulcerate.  Within a week of starting the older drugs, more than 30 percent of patients develop gastric erosions or ulcers (often without symptoms), and within a year, about 3 percent have significant, sometimes fatal gastrointestinal bleeding.

So it is hardly surprising that, despite the high cost of Celebrex and Vioxx, in just a few years the gastrointestinal safety factor has catapulted them into first place as the prescribed drugs to treat osteoarthritis.

Now that millions of people are taking them daily, questions of safety are arising.  But it is important to distinguish between established risks and potentially false conclusions based on inadequate studies.

It has long been known that regular use of aspirin reduces heart attack risks by inhibiting the formation of blood clots.  Recent studies indicate that ibuprofen confers similar cardiac protection.  Since the biological activity of naproxen is like that of aspirin and ibuprofen, it is reasonable to assume that it too will protect against heart attacks.

How would you interpret the findings of a study sponsored by Merck last year showing that patients taking Vioxx had risks of heart attacks four times as great as did patients taking naproxen?  Would you conclude that Vioxx was risky or that naproxen had a protective effect not shared by Vioxx?  Without a control group taking neither drug, telling whether Vioxx is hazardous or naproxen is beneficial is impossible.

Many doctors familiar with the biological activity of these drugs think the Merck study demonstrates what they have long suspected: that like aspirin and ibuprofen, naproxen protects against heart attacks.  Better-designed studies are needed to tell who is right: Wall Street or these doctors.

Concern over safety is premature The San Diego Union-Tribune June 18, 2001, Monday

All drugs can have side effects and potential hazards for some patients, and Celebrex (celecoxib) and Vioxx (rofecoxib) are no exceptions.  The most common side effects of Celebrex (less so for Vioxx) are abdominal pain, diarrhea and indigestion, which occur in just a few patients.

More serious concerns involve possible detrimental effects of cox-2 inhibitors on liver and kidney function.

**LOAD-DATE:** June 20, 2001

100434

********** Print Completed **********

Time of Request: Thursday, October 25, 2007  10:09:50 EST

Print Number:   1823:55657857
Number of Lines: 51
Number of Pages: 2

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  14

8 of 38 DOCUMENTS

Copyright 2001 The San Diego Union-Tribune
The San Diego Union-Tribune

August 22, 2001, Wednesday

**SECTION:** NEWS;Pg. A-8

**LENGTH:** 296 words

**HEADLINE:** Research links pair of arthritis drugs to heart attacks, strokes

**BYLINE:** ASSOCIATED PRESS

**BODY:**
 CHICAGO -- A pair of new arthritis drugs -- Vioxx and Celebrex -- has been linked by researchers to a small but troubling increase in the risk of heart attacks and strokes.

Critics, however, say the analysis is flawed and no cause for alarm.

Still, many agree the issue needs to be studied because millions of people take the drugs, which are known as cox-2 inhibitors and are heavily advertised.

The researchers analyzed four studies that were not designed to examine the drugs' effects on the heart.

Until such research is done, doctors should use caution in prescribing them to patients with heart disease, said Dr. Eric Topol, co-author of the analysis and chairman of cardiovascular medicine at the Cleveland Clinic.

Topol said he uses such medication himself for knee arthritis, "but if I had known heart disease, I would be concerned."

The analysis, published in today's Journal of the American Medical Association, included a study that looked at the gastrointestinal side effects in 8,076 patients taking Vioxx or the pain reliever naproxen.

Vioxx patients faced double the risk of serious cardiovascular problems, including strokes and heart attacks, though only 111 Vioxx patients had them.  Two smaller Vioxx studies also suggested potential heart problems, Topol said.

Also, a study of 7,968 patients using Celebrex or two other pain relievers showed a slight but statistically insignificant increase in cardiovascular side effects with Celebrex, but the numbers were "trending in the wrong direction," Topol said.

An advisory panel alerted the Food and Drug Administration in February to the Vioxx-naproxen study and said Vioxx should carry a warning label about potential cardiovascular risks.  The FDA has not ruled on that recommendation.

**LOAD-DATE:** August 26, 2001

100434

```
********** Print Completed **********

Time of Request: Thursday, October 25, 2007  10:06:39 EST

Print Number:   1822:55657252
Number of Lines: 41
Number of Pages: 1
```

```
Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006
```

# EXHIBIT  15

9 of 38 DOCUMENTS

Copyright 2001 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

August 22, 2001 Wednesday MORNING FINAL EDITION

**SECTION:** FRONT; Pg. 11A

**LENGTH:** 335 words

**HEADLINE:** ARTHRITIS DRUGS CAUSING CONCERN SMALL INCREASE SEEN IN HEART PROBLEMS

**BYLINE:** LINDSEY TANNER, Associated Press

**DATELINE:** CHICAGO

**BODY:**

   The popular and heavily promoted new arthritis drugs Vioxx and Celebrex have been linked by researchers to a small but troubling increase in the risk of heart attacks and strokes. Critics say the analysis is flawed and no cause for alarm.

   Still, many agree the issue needs further investigation because millions of people take the drugs, known as cox-2 inhibitors.

   The researchers analyzed four studies that were not designed to examine the drugs' effects on the heart. Until such research is done, doctors should use caution in prescribing them to patients with heart disease, said Dr. Eric Topol, co-author of the analysis and chair of cardiovascular medicine at the Cleveland Clinic.

   The analysis, published in today's Journal of the American Medical Association, included a study that looked at the gastrointestinal side effects in 8,076 patients taking Vioxx or the pain reliever naproxen.

   Vioxx patients faced double the risk of serious cardiovascular problems, including strokes and heart attacks, though only 111 Vioxx patients had them. Two smaller Vioxx studies also suggested potential heart problems, Topol said.

   Also, a study of 7,968 patients using Celebrex or two other pain relievers showed a slight but statistically insignificant increase in cardiovascular side effects with Celebrex, but the numbers were "trending in the wrong direction," Topol said.

   An advisory panel warned the Food and Drug Administration in February of the Vioxx-naproxen study and said Vioxx should carry a warning label about potential cardiovascular risks. The FDA has not yet ruled on that recommendation.

   Cox-2 drugs are touted for their ability to relieve pain without the gastrointestinal upsets of aspirin and other medications and are among the most popular medicines worldwide. They are expected to generate $6 billion in sales and 200 million prescriptions in the United States alone this year, Topol said. Celebrex and Vioxx are widely advertised on television and in magazines.

**LOAD-DATE:** December 2, 2001

100434

********** Print Completed **********

Time of Request: Thursday, October 25, 2007  10:07:46 EST

Print Number:   1862:55657464
Number of Lines: 45
Number of Pages: 1

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

EXHIBIT  16

7 of 21 DOCUMENTS

Copyright 2001 Los Angeles Times
All Rights Reserved
Los Angeles Times

September 26, 2001 Wednesday
Home Edition

**SECTION:** BUSINESS; Part 3; Financial Desk; Pg. 2

**LENGTH:** 153 words

**HEADLINE:** IN BRIEF / PHARMACEUTICALS;
FDA Orders Merck to End Vioxx Promotions

**BYLINE:** Associated Press

**BODY:**

The Food and Drug Administration ordered Merck & Co. to cease promotions aimed at getting doctors to prescribe its arthritis painkiller Vioxx, saying they minimize potential safety risks. The FDA told Merck to set the record straight by sending a "Dear Doctor" letter to all health workers who may have been exposed to the misleading campaign.

Merck has until Oct. 1 to respond.

The main issue: Whether Vioxx users face an increased risk of heart attacks and strokes. A recent study comparing Vioxx with another painkiller, naproxen, suggested they do.

Many heart experts are divided about the risk and want more research. But an FDA advisory panel has said Vioxx should carry a warning label about the potential risk. Merck has argued that Vioxx falsely looked risky because naproxen thins the blood much like aspirin does and thus protected against heart attacks.

Shares of Merck closed down $1.54 at $62.45 on the NYSE.

**LOAD-DATE:** September 26, 2001

100434

********** Print Completed **********

Time of Request: Thursday, October 25, 2007  11:48:23 EST

Print Number:   2842:55687639
Number of Lines: 34
Number of Pages: 1

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT  17

FOCUS - 2 of 21 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: WRTV** 6 News At

**September** 30, 2004, Thursday 17:00-17:30 ET

**NETWORK: WRTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 121 words

**BODY:**

START: 00:17:08

Teased Segment - **Vioxx; Vioxx** is being pulled off of the markets.
Visual - Merck Research Lab.
Visual - **Vioxx** Pill Footage.
Press Conference - Dr. Peter Kim, Merck Research Lab, says there is a risk.
Press Conference - Ray Gilmartin, CEO Merck, say they are taking action to serve best interest of patients.
Visual - **Vioxx** Advertising Footage.
Interview - Billie Dragoo, **Vioxx** Patient, says **Vioxx** helps.
Studio Interview - Dr. Tim Johnson, ABC News, says patients should call doctors.
Interview - Dr. Ken Brant, IU School of Medicine, says diet and exercise has an advantage of safety. People are wondering how the FDA let this happen. Stacia Matthews reporting. :LR
END: 00:19:42

**SEGMENT-ID:** 10

**PROGRAM-ID:** wrtv17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 7 of 21 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News 13 Noon Newshour

**October** 1, 2004, Friday 12:00-13:00 ET

**NETWORK: WTHR**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 64 words

**BODY:**

START: 00:23:18

Teased Segment - Healthbeat.;
Teased Segment - **Vioxx.** Merck is pulling **Vioxx** off shelves due to health risks.
Visual - Avodart pill tray, pills.
Studio Interview - Dr. Emily Frank, The Carmel Clinic, talking about **Vioxx** being recalled, Celebrex being a substitute,
Bextra being a **Vioxx** alternatives.
Visual - Celebrex, Bextra. :LR
END: 00:26:42

**SEGMENT-ID:** 16

**PROGRAM-ID:** wthr12001001

**LOAD-DATE:** October 15, 2004

FOCUS - 9 of 21 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News 13 Noon Newshour

**September** 30, 2004, Thursday 12:00-13:00 ET

**NETWORK: WTHR**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 101 words

**BODY:**

START: 00:27:08
Health; Merck Pharmaceuticals to recall its **Vioxx** medicine due to evidence of the drug being linked to heart attacks and strokes.
Visual - clips of **Vioxx** commercial.
Visual - Merck Research Laboratory.
Press Conference - Dr. Peter S. Kim, President of Merck Research Laboratories, talks about the recall of **Vioxx** being in the best interest of patients.
Interview - Dr. Deepak Bhatt, Cleveland Clinic Cardiologist, talks about **Vioxx** being associated with heart attack risks.
Visual - **Vioxx** bottles. Keywords includes Celebrex. Michelle Franzen reporting. :LR
END: 00:29:00

**SEGMENT-ID:** 10

**PROGRAM-ID:** wthr12000930

**LOAD-DATE:** October 14, 2004

FOCUS - 13 of 21 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: WRTV** 6 News At

**October** 6, 2004, Wednesday 17:00-17:30 ET

**NETWORK: WRTV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 50 words

**BODY:**

START: 00:26:21

Teased Segment - **Vioxx; Vioxx** was taken off of drug shelves.
Visual - **Vioxx** Pill Bottle. The New England Journal of Medicine suggest that Celebrex and Bextra may have same effects.
Visual - Celebrex Pill Bottle.
Visual - Pill Manufacturing Footage. :LR
END: 00:26:53

**SEGMENT-ID:** 19

**PROGRAM-ID:** wrtv17001006

**LOAD-DATE:** October 20, 2004

FOCUS - 16 of 21 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 59 AM

**October** 1, 2004, Friday 08:00-09:00 ET

**NETWORK: WXIN**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 29 words

**BODY:**

START: 00:22:59
**Vioxx.**; Merck recalling arthritis drug due to increased risk of heart attack and stroke.
Visual - factory.
Visual - **Vioxx** bottle. :LR
END: 00:23:31

**SEGMENT-ID:** 19

**PROGRAM-ID:** wxin08001001

**LOAD-DATE:** October 15, 2004

FOCUS - 20 of 21 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News 13 At

**October** 1, 2004, Friday 17:00-18:00 ET

**NETWORK: WTHR**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 24 words

**BODY:**

START: 00:24:34

Teased Segment - **Vioxx** Recall; The popular drug
Visual - **Vioxx,** has been recalled voluntarily. :LR
END: 00:25:22

**SEGMENT-ID:** 16

**PROGRAM-ID:** wthr17001001

**LOAD-DATE:** October 15, 2004

FOCUS - 21 of 21 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News 13 Night Beat

**September** 30, 2004, Thursday 23:00-23:35 ET

**NETWORK: WTHR**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 38 words

**BODY:**

START: 00:17:41

Teased Segment - **Vioxx** Recall; Merck recalled all of its **Vioxx** after research showed long time users have a higher risk
of heart complications.
Visual - Pharmacist counting pills. :LR
END: 00:18:01

**SEGMENT-ID:** 14

**PROGRAM-ID:** wthr23000930

**LOAD-DATE:** October 14, 2004

EXHIBIT  18

8 of 8 DOCUMENTS

Copyright 2004
All Rights Reserved
The Indianapolis Star

October 1, 2004 Friday Final Edition

**SECTION:** BUSINESS; Pg. 1C

**LENGTH:** 242 words

**HEADLINE:** Lilly had its ownbad bout with an arthritis drug

**BYLINE:** BY JEFF SWIATEK JEFF.SWIATEK@INDYSTAR.COM

**BODY:**

The withdrawal of Vioxx from the market bears similarities to the two-decades-old case of Oraflex, an ill-fated pill from Eli Lilly and Co.

Like Vioxx, Oraflex was an anti-arthritic found to cause sometimes fatal conditions in patients.

Hyped as a "new direction" in arthritis care, Oraflex went on sale overseas in 1980 and in the United States two years later. But liver and kidney problems began popping up in a small number of users, some so severe that patients died.

On Aug. 4, 1982, concerned British drug regulators ordered sales of Oraflex halted. Lilly yanked the drug from the U.S. market the same day.

Lilly faced dozens of lawsuits from patients or their heirs claiming Oraflex caused harm. Many were quietly settled out of court. One case, in Georgia, resulted in a jury verdict of $6 million against Lilly. The drugmaker appealed and reportedly settled out of court for a lesser amount.

In 1985, Lilly pleaded guilty to 15 misdemeanor charges of failing to report side effects among Oraflex users to the Food and Drug Administration and 10 charges of not warning doctors of Oraflex's potential to cause liver and kidney disorders. A vice president of Lilly Research Laboratories pleaded no contest to 15 similar charges. In Britain, legal claimants topped 1,300. In 1988, Lilly offered them $4 million to settle and most accepted, pocketing about $3,000 each.

Call Star reporter Jeff Swiatek at (317) 444-6483.

**LOAD-DATE:** October 2, 2004

100434

********** Print Completed **********

Time of Request: Thursday, October 25, 2007  12:11:05 EST

Print Number:   2842:55693665
Number of Lines: 37
Number of Pages: 1

Send To:  BAGGETTA, BRIAN
          O'MELVENY & MYERS - CSAMP
          1625 "I" ST. NW FL 10
          WASHINGTON, DC 20006

# EXHIBIT 19

FOCUS - 20 of 33 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 7 News In The Morning

**October** 8, 2004, Friday 05:00-06:00 CT

**NETWORK: KTBC**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 112 words

**BODY:**

START: 00:38:01
Business Report; Stocks slide as oil surges.
Graphic - SDSmarketwatch.com. Winter heating costs to rise.
Visual - gas lines. Celebrex under scrutiny as New England Journal of Medicine questions safety of COX-2 arthritis drugs.
Graphic - Pfizer,
Visual - **Vioxx,** Celebrex. Delta Airlines may file chapter eleven soon.
Visual - Delta plane.
Teased Segment - Job Cuts. Bank of America cutting jobs after its merger with Fleet Boston.
Visual - Bank scenes. At&T moving away from traditional services.
Visual - AT &T Logo. Martha Stewart to begin sentence.
Visual - Martha outside courthouse. Dagen McDowell reporting. :LR
END: 00:40:05

**SEGMENT-ID:** 33

**PROGRAM-ID:** ktbc05001008

**LOAD-DATE:** October 22, 2004

FOCUS - 22 of 33 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: KEYE** News At 5

**October** 4, 2004, Monday 17:00-17:30 CT

**NETWORK: KEYE**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 37 words

**BODY:**

START: 00:15:09

Teased Segment - **Vioxx;** Although Merck has recalled the arthritis drug
Visual - **Vioxx** in the U.S. it is still available in Mexico.
Visual - Mexican pharmacies interiors. :LR
END: 00:15:32

**SEGMENT-ID:** 13

**PROGRAM-ID:** keye17001004

**LOAD-DATE:** October 18, 2004

FOCUS - 26 of 33 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: KEYE** News At 5

**September** 30, 2004, Thursday 17:00-17:30 CT

**NETWORK: KEYE**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 99 words

**BODY:**

START: 00:14:01

Teased Segment - **Vioxx** Recall; Merck is voluntarily recalling their arthritis drug
Visual - **Vioxx** because of an increased risk of heart attacks or strokes.
Sound Bites - Raymond Gilmartin, Merck chairman and CEO, says this best serves the interests of patients.
Graphic - **Vioxx** study.
Visual - **Vioxx** television ad clip.
Visual - Merck sign and building.
Interview - Dr. Deepak Bhatt, Cleveland Clinic, says there are other available agents for arthritis.
Visual - Celebrex manufacturing.
Visual - Advill boxes. Jennifer Donelan. :LR
END: 00:15:45

**SEGMENT-ID:** 17

**PROGRAM-ID:** keye17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 27 of 33 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: KEYE** News At 10

**September** 30, 2004, Thursday 22:00-22:35 CT

**NETWORK: KEYE**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 72 words

**BODY:**

START: 00:24:31

Teased Segment - Medical Watch; Merck stops selling **Vioxx.**
Visual - **Vioxx.**
Interview - Dr Deepak Bhatt, Cardiologist, says it has increased heart risks.
Visual - Merck Offices.
Interview - Alise Reicin, VP Clinical Researcher Merck, says there is no risk.
Press Conference - Raymond Gilmartin, Chairman/Pres/CEO Merck, says they are withdrawing it. Seema Mathur reporting. :LR
END: 00:25:57

**SEGMENT-ID:** 11

**PROGRAM-ID:** keye22000930

**LOAD-DATE:** October 14, 2004

FOCUS - 28 of 33 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 7 News

**September** 30, 2004, Thursday 12:00-12:30 CT

**NETWORK: KTBC**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 37 words

**BODY:**

START: 00:03:33
**Vioxx;** Merck pulls
Visual - **Vioxx** off the market due to clinical trial results.
Sound Bites - Dr. Raymond Gilmartin, CEO, Merck and Company, reason. Dr. Sanjay Gupta reporting. :LR
END: 00:05:20

**SEGMENT-ID:** 4

**PROGRAM-ID:** ktbc12000930

**LOAD-DATE:** October 14, 2004

EXHIBIT  19

FOCUS - 102 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News At Ten

**October** 8, 2004, Friday 22:00-22:30 CT

**NETWORK: KTVT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 37 words

**BODY:**

START: 00:09:56
**Vioxx** Lawsuit; A Burleson, Texas man has filed a lawsuit against Merck Company, alleging **Vioxx** caused him to have a
major stroke.
Visual - **Vioxx;** Merck Research Laboratories. :LR
END: 00:10:27

**SEGMENT-ID:** 8

**PROGRAM-ID:** ktvt22001008

**LOAD-DATE:** October 22, 2004

FOCUS - 103 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC Five News

**October** 8, 2004, Friday 18:00-18:30 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 13 words

**BODY:**

START: 00:20:42
Tease; News.
Visual - **Vioxx** drug. :LR
END: 00:21:04

**SEGMENT-ID:** 16

**PROGRAM-ID:** kxas18001008

**LOAD-DATE:** October 22, 2004

FOCUS - 105 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC Five News

**October** 8, 2004, Friday 22:00-22:35 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 47 words

**BODY:**

START: 00:15:13

Teased Segment - **Vioxx;** A man claims **Vioxx** caused a stroke. Merck recalled the drug last week.
Visual - Merck.
Interview - Unidentified man says as a result of taking **Vioxx** he had a stroke.
Graphic - Merck response. Wendy Woolfolk. :LR
END: 00:17:07

**SEGMENT-ID:** 22

**PROGRAM-ID:** kxas22001008

**LOAD-DATE:** October 22, 2004

FOCUS - 106 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News Early Show

**October** 7, 2004, Thursday 05:00-06:00 CT

**NETWORK: KTVT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 53 words

**BODY:**

START: 00:11:43

Teased Segment - Arthritis Drugs; **Vioxx** may not be the only drug that raises the risk of heart attack and stroke as similar drugs like Celebrex and Bextra could also be a concern.
Visual - arthritis pills.
Visual - Celebrex bottle. FDA has said the drugs are safe. :LR
END: 00:12:08

**SEGMENT-ID:** 15

**PROGRAM-ID:** ktvt05001007

**LOAD-DATE:** October 21, 2004

FOCUS - 107 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** DFW Today

**October** 7, 2004, Thursday 10:00-11:00 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 28 words

**BODY:**

START: 00:21:06
Arthritis Drugs.; A government study has linked the drug **Vioxx** to thousands of heart attack deaths.
Visual - bottle of **Vioxx.** :LR
END: 00:21:34

**SEGMENT-ID:** 23

**PROGRAM-ID:** kxas10001007

**LOAD-DATE:** October 21, 2004

FOCUS - 111 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** News At

**October** 6, 2004, Wednesday 21:00-22:00 CT

**NETWORK: KDAF**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 22 words

**BODY:**

START: 00:32:52

Teased Segment - **Vioxx;** A South Texas woman sues Merck, the maker of
Visual - **Vioxx.** :LR
END: 00:33:15

**SEGMENT-ID:** 28

**PROGRAM-ID:** kdaf21001006

**LOAD-DATE:** October 20, 2004

FOCUS - 112 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 4 News At Noon

**October** 6, 2004, Wednesday 12:00-12:30 CT

**NETWORK: KDFW**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 37 words

**BODY:**

START: 00:25:34
**Vioxx ; Vioxx** may have led to more than 27,000 heart attacks according to a report published in the Wall Street Journal.
Merck recalled **vioxx.**
Visual - Medicine being packaged. :LR
END: 00:25:53

**SEGMENT-ID:** 33

**PROGRAM-ID:** kdfw12001006

**LOAD-DATE:** October 20, 2004

FOCUS - 113 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 4 News At Nine

**October** 6, 2004, Wednesday 21:00-22:00 CT

**NETWORK: KDFW**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 80 words

**BODY:**

START: 00:32:57
**Vioxx** Lawsuit; About 300,000 patients who used **Vioxx** have filed lawsuit against Merck, drug's maker.
Visual - **Vioxx** bottle. It is claimed Merck knew of harmful side effects for years. **Vioxx** was pulled from market after researchers found it doubled risk of heart problems. Scientists say users of similar pain relief medications may be cause for concern. FDA says other drugs are safe. European Medicines Agency will review similar drugs. :LR
END: 00:33:25

**SEGMENT-ID:** 30

**PROGRAM-ID:** kdfw21001006

**LOAD-DATE:** October 20, 2004

FOCUS - 114 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News At Ten

**October** 6, 2004, Wednesday 22:00-22:30 CT

**NETWORK: KTVT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 57 words

**BODY:**

START: 00:14:05

Teased Segment - Drugs ; A study is questioning the side effects of drugs like **Vioxx,** which was taken off the market.
Visual - Celebrex and Bextra, which falls into the same chemical family as **Vioxx. Vioxx** was found to increase one's risk for heart attack and stroke.
Visual - **Vioxx** bottle. :LR
END: 00:14:31

**SEGMENT-ID:** 13

**PROGRAM-ID:** ktvt22001006

**LOAD-DATE:** October 20, 2004

Page 10

FOCUS - 116 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Noticias 23

**October** 6, 2004, Wednesday 17:00-17:30 CT

**NETWORK: KUVN**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 44 words

**BODY:**

START: 00:21:42

Teased Segment - **Vioxx; Vioxx** is still being sold in Mexico despite its recall in the USA.
Interview - Rosarios Ramos says **Vioxx** sales are still good even though the product is now hard to find.
Visual - **Vioxx.** :LR
END: 00:23:13

**SEGMENT-ID:** 22

**PROGRAM-ID:** kuvn17001006

**LOAD-DATE:** October 20, 2004

FOCUS - 117 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC 5 News The Early Report

**October** 6, 2004, Wednesday 05:00-06:00 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 27 words

**BODY:**

START: 00:19:06
**Vioxx** recall; A south Texas woman is the latest plaintiff following the federal recall of **Vioxx.**
Visual - **Vioxx** sign. :LR
END: 00:19:28

**SEGMENT-ID:** 21

**PROGRAM-ID:** kxas05001006

**LOAD-DATE:** October 20, 2004

FOCUS - 120 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** DFW Today

**October** 5, 2004, Tuesday 10:00-11:00 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 37 words

**BODY:**

START: 00:17:48
**Vioxx.**; The first class action lawsuit in connection to the **Vioxx** recall by Merck has been filed in Illinois.
Visual - footage from Merck headquarters.
Visual - **Vioxx** pills. :LR
END: 00:18:22

**SEGMENT-ID:** 20

**PROGRAM-ID:** kxas10001005

**LOAD-DATE:** October 19, 2004

FOCUS - 121 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC Five News

**October** 5, 2004, Tuesday 17:00-17:30 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 30 words

**BODY:**

START: 00:06:45
**Vioxx;** 300,000 Illinois residents have filed suit against Merck in the wake of the **Vioxx** recall.
Visual - **Vioxx** bottle, pill counting. :LR
END: 00:07:18

**SEGMENT-ID:** 6

**PROGRAM-ID:** kxas17001005

**LOAD-DATE:** October 19, 2004

FOCUS - 122 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC Five News

**October** 5, 2004, Tuesday 22:00-22:35 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 36 words

**BODY:**

START: 00:16:27
**Vioxx;** 300,000 Illinois residents have filed suit against Merck in the wake of the **Vioxx** recall for potential heart attack or stroke.
Visual - **Vioxx** bottle, pill counting :LR
END: 00:16:47

**SEGMENT-ID:** 19

**PROGRAM-ID:** kxas22001005

**LOAD-DATE:** October 19, 2004

FOCUS - 123 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 4 News At Noon

**October** 4, 2004, Monday 12:00-12:30 CT

**NETWORK: KDFW**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 28 words

**BODY:**

START: 00:24:24

Teased Segment - Banned drug; Some Texans are headed to Mexico to get the drug **Vioxx.**
Visual - Interior of drug store. :LR
END: 00:24:41

**SEGMENT-ID:** 27

**PROGRAM-ID:** kdfw12001004

**LOAD-DATE:** October 18, 2004

FOCUS - 125 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** News 8 Daybreak

**October** 4, 2004, Monday 05:00-06:00 CT

**NETWORK: WFAA**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 29 words

**BODY:**

START: 00:52:47
Drug Recall ; Merck recalled **Vioxx** last week causing an investigation into the FDA.
Visual - Researchers. Jane King, reporting. :LR
END: 00:53:12

**SEGMENT-ID:** 56

**PROGRAM-ID:** wfaa05001004

**LOAD-DATE:** October 18, 2004

FOCUS - 128 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC Five News Saturday

**October** 2, 2004, Saturday 06:00-07:00 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 93 words

**BODY:**

START: 00:11:28

Teased Segment - Business Week; Stocks moved higher for the week.
Graphic - Stock Numbers. Merck withdrew its arthritis drug
Visual - **Vioxx,** saying it can increase stroke risk. More than half of the anti-impotence drugs sold online may be fake
according to the University of London.
Visual - Pfizer's Viagra. The Neiman-Marcus Christmas Catalog is out, and it includes a 10 million dollar
Visual - Zeppelin, a suit of armor and a
Visual - his and her bowling center. Rebecca Quick reporting from CNBC. :LR
END: 00:13:05

**SEGMENT-ID:** 15

**PROGRAM-ID:** kxas06001002

**LOAD-DATE:** October 16, 2004

FOCUS - 130 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Good Day Dallas

**October** 1, 2004, Friday 07:00-08:00 CT

**NETWORK: KDFW**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 44 words

**BODY:**

START: 00:37:19
Lawyers; Personal injury lawyers are already looking for people who took **Vioxx.** Merck pulled it off the market on concerns of increased risk of heart attacks and stroke.
Visual - Bottle of **Vioxx.**
Visual - Merck sign. :LR
END: 00:37:38

**SEGMENT-ID:** 26

**PROGRAM-ID:** kdfw07001001

**LOAD-DATE:** October 15, 2004

FOCUS - 132 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News Early Show

**October** 1, 2004, Friday 05:00-06:00 CT

**NETWORK: KTVT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 48 words

**BODY:**

START: 00:12:45

Teased Segment - Medical News;
Teased Segment - **Vioxx.** Merck pulls **Vioxx** from shelves for heart attack and stroke risks.
Visual - **Vioxx.** World Health Organization asks governments to stockpile Bird Flu vaccines.
Visual - Chickens. :LR
END: 00:13:34

**SEGMENT-ID:** 11

**PROGRAM-ID:** ktvt05001001

**LOAD-DATE:** October 15, 2004

FOCUS - 134 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News This Morning

**October** 1, 2004, Friday 06:00-07:00 CT

**NETWORK: KTVT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 37 words

**BODY:**

START: 00:06:15
**Vioxx;** Merck pulls **Vioxx** from shelves for heart attack and stroke risks.
Visual - **Vioxx.**
Studio Interview - Peter Kim, Merck and Co, discusses risks. Eileen Gonzales reporting. :LR
END: 00:07:39

**SEGMENT-ID:** 7

**PROGRAM-ID:** ktvt06001001

**LOAD-DATE:** October 15, 2004

FOCUS - 136 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News This Morning

**October** 1, 2004, Friday 06:00-07:00 CT

**NETWORK: KTVT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 22 words

**BODY:**

START: 00:36:27
**Vioxx;** Merck pulls **Vioxx** from shelves for heart attack and stroke risks.
Visual - **Vioxx.** :LR
END: 00:36:53

**SEGMENT-ID:** 33

**PROGRAM-ID:** ktvt06001001

**LOAD-DATE:** October 15, 2004

FOCUS - 138 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News At Five

**October** 1, 2004, Friday 17:00-17:30 CT

**NETWORK: KTVT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 80 words

**BODY:**

START: 00:12:06

Teased Segment - **VIOXX;** Merck recalls **VIOXX** after study reports increased chance of heart attack and stroke. Mary Stewart reporting.
Interview - patients talk about **VIOXX.**
Interview - Plastic Surgeon Paul Pin talks about
Visual - **VIOXX,** Advil and Motrin.
Visual - Merck building.
Press Conference - unidentified man talks about **VIOXX.** Celebrex announces it does not have safety issues. Vextra and Celebrex are alternatives. :LR
END: 00:14:34

**SEGMENT-ID:** 13

**PROGRAM-ID:** ktvt17001001

**LOAD-DATE:** October 15, 2004

FOCUS - 139 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News At Six

**October** 1, 2004, Friday 18:00-18:30 CT

**NETWORK: KTVT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 49 words

**BODY:**

START: 00:05:28
**VIOXX;** Merck pulls **VIOXX** due to increased chance of a heart attack or stroke.
Visual - Merck building and **VIOXX.** Celebrex and Ibuprofen are alternatives.
Interview - Plastic Surgeon Paul Pin talks about the recall and recommends Advil and Motrin. :LR
END: 00:06:08

**SEGMENT-ID:** 7

**PROGRAM-ID:** ktvt18001001

**LOAD-DATE:** October 15, 2004

Page 24

FOCUS - 141 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC 5 News The Early Report

**October** 1, 2004, Friday 05:00-06:00 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 41 words

**BODY:**

START: 00:25:07
**Vioxx** recall; Merck recalled its drug **Vioxx.**
Visual - Dougherty's Pharmacy.
Visual - **Vioxx** drug.
Visual - Merck & Co Inc sign.
Interview - Susan Miller, Former **Vioxx** user, Something like this. :LR
END: 00:25:47

**SEGMENT-ID:** 22

**PROGRAM-ID:** kxas05001001

**LOAD-DATE:** October 15, 2004

FOCUS - 143 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC 5 News The Early Report

**October** 1, 2004, Friday 05:00-06:00 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 60 words

**BODY:**

START: 00:49:04
**Vioxx** recall; Recap.
Visual - Dougherty's Pharmacy.
Visual - **Vioxx** sign.
Interview - Unknown man, I have had no problems with my patients.
Interview - Dene Cizek, **Vioxx** user, I am not the only one.
Interview - Unknown woman, May be take a look at those things.
Graphic - **Vioxx** recall. Carol Wang reporting. :LR
END: 00:51:07

**SEGMENT-ID:** 43

**PROGRAM-ID:** kxas05001001

**LOAD-DATE:** October 15, 2004

FOCUS - 144 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC 5 News The Early Report

**October** 1, 2004, Friday 06:00-07:00 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 15 words

**BODY:**

START: 00:37:52
Coming up;
Teaser - **Vioxx** recall; Fake doctor. :LR
END: 00:38:09

**SEGMENT-ID:** 41

**PROGRAM-ID:** kxas06001001

**LOAD-DATE:** October 15, 2004

FOCUS - 146 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** DFW Today

**October** 1, 2004, Friday 10:00-11:00 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 73 words

**BODY:**

START: 00:24:57
**Vioxx.**; Merck has taken their **Vioxx** drug off of the market because they say it can double the risk of heart attacks and strokes.
Visual - footage from Dougherty's Pharmacy.
Visual - bottles of **Vioxx.**
Interview - Dene Cizek, **Vioxx** User, it is kind of scary.
Interview - Susan Miller, Former **Vioxx** User, this will make her pay more attention.
Graphic - **Vioxx** details. Carol Wang reporting. :LR
END: 00:26:58

**SEGMENT-ID:** 29

**PROGRAM-ID:** kxas10001001

**LOAD-DATE:** October 15, 2004

Page 28

FOCUS - 152 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** News At

**September** 30, 2004, Thursday 21:00-22:00 CT

**NETWORK: KDAF**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 37 words

**BODY:**

START: 00:16:38
**Vioxx;** A man sues Merck for lack of warnings on
Visual - **Vioxx** bottles.
Visual - Merck press conference.
Interview - Raymond Gilmartin, Merck President CEO, on the recall. :LR
END: 00:17:19

**SEGMENT-ID:** 19

**PROGRAM-ID:** kdaf21000930

**LOAD-DATE:** October 14, 2004

FOCUS - 153 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Good Day Dallas

**September** 30, 2004, Thursday 07:00-08:00 CT

**NETWORK: KDFW**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 25 words

**BODY:**

START: 00:27:21
Merck;
Reader - Merck is withdrawing **Vioxx,** saying it may increase the risk of heart attacks and strokes. :LR
END: 00:27:39

**SEGMENT-ID:** 25

**PROGRAM-ID:** kdfw07000930

**LOAD-DATE:** October 14, 2004

FOCUS - 155 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Good Day Dallas

**September** 30, 2004, Thursday 08:00-09:00 CT

**NETWORK: KDFW**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 31 words

**BODY:**

START: 00:29:29

Teased Segment - Drug Pulled; Merck pulls **Vioxx** off the market due to health concerns.
Visual - pills.
Visual - **Vioxx** Manufacturing. :LR
END: 00:29:45

**SEGMENT-ID:** 30

**PROGRAM-ID:** kdfw08000930

**LOAD-DATE:** October 14, 2004

FOCUS - 157 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 4 News At Noon

**September** 30, 2004, Thursday 12:00-12:30 CT

**NETWORK: KDFW**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 34 words

**BODY:**

START: 00:04:06
**Vioxx** ; Merck is recalling **Vioxx.**
Visual - Pills being process.
Press Conference - Raymond V. Gilmartin, Ceo of Merck & Co, Comments on a study and risks. :LR
END: 00:04:46

**SEGMENT-ID:** 5

**PROGRAM-ID:** kdfw12000930

**LOAD-DATE:** October 14, 2004

FOCUS - 158 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 4 News At Five

**September** 30, 2004, Thursday 17:00-17:30 CT

**NETWORK: KDFW**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 58 words

**BODY:**

START: 00:06:26
Drug halted; Sales of the popular arthritis drug **Vioxx** have been halted. Merck, its maker, says data from a new study shows it elevates the risk of heart attack and stroke.
Visual - **Vioxx** bottle/pill display, masked worker in white garb scooping scads of pills from a basket into a plastic-lined can. :LR
END: 00:06:53

**SEGMENT-ID:** 8

**PROGRAM-ID:** kdfw17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 161 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 4 News At Six

**September** 30, 2004, Thursday 18:00-18:30 CT

**NETWORK: KDFW**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 26 words

**BODY:**

START: 00:27:11

Teased Segment - **Vioxx** pulled; Merck is pulling **Vioxx** off the market worldwide.
Visual - Shots of **Vioxx.** :LR
END: 00:27:31

**SEGMENT-ID:** 20

**PROGRAM-ID:** kdfw18000930

**LOAD-DATE:** October 14, 2004

FOCUS - 162 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 4 News At Nine

**September** 30, 2004, Thursday 21:00-22:00 CT

**NETWORK: KDFW**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 71 words

**BODY:**

START: 00:06:40
4 Your Health; Popular arthritis relief drug **Vioxx** is being recalled by maker Merck after company clinical trial found it increased risk of heart attack and stroke.
Visual - **Vioxx** pills.
Press Conference - Raymond V. Gilmartin, Pres./CEO, Merck, it would have been possible to continue marketing it but there are alternative therapies.
Graphic - Merck Stock, it plummeted today. :LR
END: 00:07:23

**SEGMENT-ID:** 7

**PROGRAM-ID:** kdfw21000930

**LOAD-DATE:** October 14, 2004

FOCUS - 163 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News At Five

**September** 30, 2004, Thursday 17:00-17:30 CT

**NETWORK: KTVT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 27 words

**BODY:**

START: 00:10:39
**Vioxx;** Merck recalls **Vioxx** due to increased heart risks.
Visual - **Vioxx** bottles and pills.
Visual - Merck building. :LR
END: 00:11:00

**SEGMENT-ID:** 9

**PROGRAM-ID:** ktvt17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 165 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News At Ten

**September** 30, 2004, Thursday 22:00-22:30 CT

**NETWORK: KTVT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 109 words

**BODY:**

START: 00:15:09

Teased Segment - **Vioxx ; Vioxx** is being taken off the market by it's maker, Merck. Research shows that the medication may increase risk for heart attacks and strokes.
Sound Bites - Raymond Gilmartin, Merck CEO, stating that they are issuing a voluntary recall.
Visual - **Vioxx** commercial.
Visual - **Vioxx** bottles and tablets.
Interview - Peter Kim, Merck and Co., stating that heart attacks and strokes occurred to study patients.
Visual - Food and Drug Administration offices.
Visual - pharmacy.
Interview - Dr. Steven Galson, FDA, stating that Merck did the right thing. Sarah Dodd reporting. :LR
END: 00:17:18

**SEGMENT-ID:** 13

**PROGRAM-ID:** ktvt22000930

**LOAD-DATE:** October 14, 2004

FOCUS - 167 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Noticias 23

**September** 30, 2004, Thursday 17:00-17:30 CT

**NETWORK: KUVN**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 34 words

**BODY:**

START: 00:20:21

Teased Segment - **Vioxx; Vioxx** is being recalled from the market after a study shows that the pills can cause heart problems and strokes.
Visual - **Vioxx.** :LR
END: 00:20:55

**SEGMENT-ID:** 15

**PROGRAM-ID:** kuvn17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 168 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** DFW Today

**September** 30, 2004, Thursday 10:00-11:00 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 44 words

**BODY:**

START: 00:02:11

Teased Segment - Merck.; Merck has announced that they will pull **Vioxx** off of the market after evidence shows that prolonged use of the drug can cause heart attacks and strokes.
Visual - footage from press conference. :LR
END: 00:02:56

**SEGMENT-ID:** 3

**PROGRAM-ID:** kxas10000930

**LOAD-DATE:** October 14, 2004

FOCUS - 169 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC 5 News At Four

**September** 30, 2004, Thursday 16:00-17:00 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 59 words

**BODY:**

START: 00:03:50
**Vioxx;** Merck recalls
Visual - **Vioxx.**
Visual - McDonalds, McVeggie signs with crowd.
Interview - Merck Research Labs Pres. Dr. Peter S. Kim talked about recall.
Interview - Cleveland Clinic Cardiologist Dr. Deepak Bhatt talked about heart attack risk. Comparison to Celebrex.
Michelle Francis reporting. :LR
END: 00:05:27

**SEGMENT-ID:** 5

**PROGRAM-ID:** kxas16000930

**LOAD-DATE:** October 14, 2004

FOCUS - 170 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC Five News

**September** 30, 2004, Thursday 17:00-17:30 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 49 words

**BODY:**

START: 00:00:05
**Vioxx;** Merck recalls
Visual - **Vioxx.**
Interview - Merck Research Labs Pres. Dr. Peter S. Kim talked about recall.
Visual - Dougherty's Airway Pharmacy.
Interview - Patients, Pharmacist talked about drug. Carol Wang reporting.
Graphic - Recall. :LR
END: 00:02:57

**SEGMENT-ID:** 2

**PROGRAM-ID:** kxas17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 171 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC Five News

**September** 30, 2004, Thursday 18:00-18:30 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 24 words

**BODY:**

START: 00:11:40

Teased Segment - Drug; Merck recalls
Visual - **Vioxx.**
Interview - Patient talked about drug. :LR
END: 00:12:23

**SEGMENT-ID:** 12

**PROGRAM-ID:** kxas18000930

**LOAD-DATE:** October 14, 2004

FOCUS - 173 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** NBC Five News

**September** 30, 2004, Thursday 22:00-22:35 CT

**NETWORK: KXAS**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 36 words

**BODY:**

START: 00:13:31

Teased Segment - **Vioxx;** Merck recalls
Visual - **Vioxx.**
Visual - Dougherty's Airway Pharmacy.
Interview - Patients, Pharmacist talked about drug. Carol Wang reporting. :LR
END: 00:15:06

**SEGMENT-ID:** 15

**PROGRAM-ID:** kxas22000930

**LOAD-DATE:** October 14, 2004

Page 43

FOCUS - 174 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** T39 Noticiero

**September** 30, 2004, Thursday 17:00-17:30 CT

**NETWORK: KXTX**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 63 words

**BODY:**

START: 00:16:40

Teased Segment - Your Health; One of the most prescribed medications to treat arthritis is being withdrawn from the market. The FDA and Merck, company that made the medication, have determined that the **Vioxx** pill cause serious heart problems.
Visual - **Vioxx** medicine bottle.
Visual - exterior of the Merck Research Foundation. :LR
END: 00:17:26

**SEGMENT-ID:** 15

**PROGRAM-ID:** kxtx17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 175 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** T39 Noticiero

**September** 30, 2004, Thursday 22:00-22:30 CT

**NETWORK: KXTX**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 13 words

**BODY:**

START: 00:13:51
tease; **vioxx;** education segment; :LR
END: 00:14:16

**SEGMENT-ID:** 12

**PROGRAM-ID:** kxtx22000930

**LOAD-DATE:** October 14, 2004

FOCUS - 176 of 189 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** T39 Noticiero

**September** 30, 2004, Thursday 22:00-22:30 CT

**NETWORK: KXTX**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 52 words

**BODY:**

START: 00:20:26

Teased Segment - **Vioxx;** Merck has made a world-wide recall of the famous arthrities medication.
Visual - **vioxx** pills and bottle. The pharamaceutical company anounced that recent studies revealed that the medication could lead to a heart attack or a brain clot. :LR
END: 00:21:06

**SEGMENT-ID:** 18

**PROGRAM-ID:** kxtx22000930

**LOAD-DATE:** October 14, 2004

FOCUS - 101 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Live At Five

**October** 6, 2004, Wednesday 17:00-17:30 CT

**NETWORK: KTRK**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 45 words

**BODY:**

START: 00:19:33

Teased Segment - Health Check 2; A new study finds that Pfizer's drug Celebrex and Bextra may also be harmful. Visual - **Vioxx.** Health officials are asking the FDA to change advice to patients to reflect safety concerns. :LR
END: 00:20:02

**SEGMENT-ID:** 15

**PROGRAM-ID:** ktrk17001006

**LOAD-DATE:** October 20, 2004

FOCUS - 102 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Noticias 45

**October** 6, 2004, Wednesday 22:00-22:30 CT

**NETWORK: KXLN**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 42 words

**BODY:**

START: 00:10:21
Law Suit; A Southern Texas woman is suing the makers of **Vioxx.**
Visual - Picture of Olga Sanchez. Sanchez filed the suit in the Edenburg County District Court against the Merck company.
Visual - **Vioxx** bottle. :LR
END: 00:10:52

**SEGMENT-ID:** 11

**PROGRAM-ID:** kxln22001006

**LOAD-DATE:** October 20, 2004

FOCUS - 103 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News This Morning Early Edition

**October** 4, 2004, Monday 05:00-06:00 CT

**NETWORK: KHOU**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 24 words

**BODY:**

START: 00:22:00
**Vioxx** recall; **Vioxx** is still being sold in Mexico despite the Merck recall in the US.
Visual - **Vioxx.** :LR
END: 00:22:25

**SEGMENT-ID:** 25

**PROGRAM-ID:** khou05001004

**LOAD-DATE:** October 18, 2004

FOCUS - 104 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 26 News AM

**October** 4, 2004, Monday 06:00-07:00 CT

**NETWORK: KRIV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 39 words

**BODY:**

START: 00:46:31

Teased Segment - **Vioxx.**; Some Texans are still trying to get their prescriptions for **Vioxx** filled even though the drug was
pulled off of the shelf last week.
Visual - bottles of **Vioxx.** :LR
END: 00:46:55

**SEGMENT-ID:** 45

**PROGRAM-ID:** kriv06001004

**LOAD-DATE:** October 18, 2004

FOCUS - 105 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 26 News AM

**October** 4, 2004, Monday 08:00-09:00 CT

**NETWORK: KRIV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 13 words

**BODY:**

START: 00:22:52
Teaser;
Teaser - **Vioxx,** Laughing. :LR
END: 00:23:15

**SEGMENT-ID:** 18

**PROGRAM-ID:** kriv08001004

**LOAD-DATE:** October 18, 2004

FOCUS - 106 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 26 News AM

**October** 4, 2004, Monday 08:00-09:00 CT

**NETWORK: KRIV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 45 words

**BODY:**

START: 00:25:53

Teased Segment - **Vioxx;** Merk pulled **Vioxx** from shelves after studies showed it could increase risks of heart attacks and strokes.
Visual - **Vioxx.** Some US patients go to Mexico for prescriptions.
Visual - Drug stores. :LR
END: 00:26:23

**SEGMENT-ID:** 20

**PROGRAM-ID:** kriv08001004

**LOAD-DATE:** October 18, 2004

FOCUS - 107 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 26 News

**October** 4, 2004, Monday 12:00-12:30 CT

**NETWORK: KRIV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 44 words

**BODY:**

START: 00:24:45

Teased Segment - Drug Comparisons; Pfizer reports of conducting tests to see whether Celebrex pain medicine prevents heart attacks.
Visual - **Vioxx** tablets.
Visual - Good Prices Pharmacy. Keywords includes Merck. :LR
END: 00:25:17

**SEGMENT-ID:** 22

**PROGRAM-ID:** kriv12001004

**LOAD-DATE:** October 18, 2004

FOCUS - 108 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 26 News At Nine

**October** 4, 2004, Monday 21:00-22:00 CT

**NETWORK: KRIV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 18 words

**BODY:**

START: 00:43:11
**Vioxx;** Americans are crossing the border to buy
Visual -**Vioxx.** :LR
END: 00:43:33

**SEGMENT-ID:** 41

**PROGRAM-ID:** kriv21001004

**LOAD-DATE:** October 18, 2004

FOCUS - 109 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News At

**October** 4, 2004, Monday 06:00-07:00 CT

**NETWORK: KTRK**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 13 words

**BODY:**

START: 00:43:53
Live at 5; Preview.
Visual - **Vioxx.** :LR
END: 00:44:13

**SEGMENT-ID:** 47

**PROGRAM-ID:** ktrk06001004

**LOAD-DATE:** October 18, 2004

FOCUS - 110 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News At

**October** 4, 2004, Monday 16:00-17:00 CT

**NETWORK: KTRK**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 46 words

**BODY:**

START: 00:21:06
Health 3; Merck's **Vioxx** has been pulled from the shelves, but some are still getting it from Mexico.
Visual - **Vioxx.** Anchors say Celebrex is the other popular drug, and it doesn't cause the same problems, and compare it to
Aspirin. :LR
END: 00:22:17

**SEGMENT-ID:** 24

**PROGRAM-ID:** ktrk16001004

**LOAD-DATE:** October 18, 2004

FOCUS - 111 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Live At Five

**October** 4, 2004, Monday 17:00-17:30 CT

**NETWORK: KTRK**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 23 words

**BODY:**

START: 00:06:22
Tease; Consumer Alert; Tax Relief; Health Check
Visual - **Vioxx;** Terror Indictments; Weather. :LR
END: 00:07:04

**SEGMENT-ID:** 8

**PROGRAM-ID:** ktrk17001004

**LOAD-DATE:** October 18, 2004

FOCUS - 112 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Live At Five

**October** 4, 2004, Monday 17:00-17:30 CT

**NETWORK: KTRK**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 101 words

**BODY:**

START: 00:15:18

Teased Segment - Health Check; Arthritis users are switching medications after the recall of
Visual - **Vioxx.**
Visual - treatment footage.
Interview - arthritis patients, talk about talking the medication.
Interview - Dr. Jeffrey Ross, Baylor/St. Luke's Episcopal Hospital, talks about problems with **Vioxx.** Alternatives to
**Vioxx** are
Visual - Celebrex,
Visual - Bextra, and
Visual - Mobic. Aspirin, ibuprofen, and naproxin or Alleve can also block pain and inflammation. Tylenol or aceta-
minophen does not block inflammation. Christi Myers reporting. :LR
END: 00:17:52

**SEGMENT-ID:** 17

**PROGRAM-ID:** ktrk17001004

**LOAD-DATE:** October 18, 2004

FOCUS - 113 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News

**October** 4, 2004, Monday 18:00-19:00 CT

**NETWORK: KTRK**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 19 words

**BODY:**

START: 00:30:01
Tease; Online Auctions; Extra Protection; Health Check
Visual - **Vioxx.** :LR
END: 00:30:28

**SEGMENT-ID:** 18

**PROGRAM-ID:** ktrk18001004

**LOAD-DATE:** October 18, 2004

FOCUS - 114 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News

**October** 4, 2004, Monday 18:00-19:00 CT

**NETWORK: KTRK**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 44 words

**BODY:**

START: 00:49:06

Teased Segment - Health Check; Some Americans are travelling to Mexico to buy
Visual - **Vioxx** after Merck's recall of the drug last week. Merck spent more on advertising **Vioxx** than Budweiser, Nike, and Pepsi combined. :LR
END: 00:49:38

**SEGMENT-ID:** 35

**PROGRAM-ID:** ktrk18001004

**LOAD-DATE:** October 18, 2004

FOCUS - 115 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Noticias 45

**October** 4, 2004, Monday 22:00-22:30 CT

**NETWORK: KXLN**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 34 words

**BODY:**

START: 00:10:28
**Vioxx; The Vioxx** medicine can no longer be found in the United States but it is still available in Mexico.
Visual - Border Zone.
Visual - **Vioxx** medication. :LR
END: 00:10:53

**SEGMENT-ID:** 11

**PROGRAM-ID:** kxln22001004

**LOAD-DATE:** October 18, 2004

FOCUS - 116 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Noticias 45

**October** 3, 2004, Sunday 17:00-17:30 CT

**NETWORK: KXLN**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 14 words

**BODY:**

START: 00:05:27
Tease; ; Recall,
Visual - **Vioxx.** ; Sports :LR
END: 00:05:41

**SEGMENT-ID:** 9

**PROGRAM-ID:** kxln17001003

**LOAD-DATE:** October 17, 2004

FOCUS - 117 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Noticias 45

**October** 3, 2004, Sunday 17:00-17:30 CT

**NETWORK: KXLN**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 34 words

**BODY:**

START: 00:17:46

Teased Segment - Recall; The medicine
Visual - **Vioxx** has been recalled because it can cause heart attacks.
Visual - Exterior, Food And Drug Administration. :LR
END: 00:18:20

**SEGMENT-ID:** 18

**PROGRAM-ID:** kxln17001003

**LOAD-DATE:** October 17, 2004

FOCUS - 118 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News This Morning Early Edition

**October** 1, 2004, Friday 05:00-06:00 CT

**NETWORK: KHOU**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 13 words

**BODY:**

START: 00:08:53
Tease; **Vioxx;** Florida; Deer; Traffic. :LR
END: 00:09:27

**SEGMENT-ID:** 13

**PROGRAM-ID:** khou05001001

**LOAD-DATE:** October 15, 2004

FOCUS - 119 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News This Morning Early Edition

**October** 1, 2004, Friday 05:00-06:00 CT

**NETWORK: KHOU**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 24 words

**BODY:**

START: 00:15:50

Teased Segment - **Vioxx;** Merck Pharmaceutical has recalled the pain killer **Vioxx.**
Visual - **Vioxx.** :LR
END: 00:16:21

**SEGMENT-ID:** 17

**PROGRAM-ID:** khou05001001

**LOAD-DATE:** October 15, 2004

FOCUS - 120 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News At Five

**October** 1, 2004, Friday 17:00-17:30 CT

**NETWORK: KHOU**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 74 words

**BODY:**

START: 00:07:21
**Vioxx;** Some people are calling doctors looking for an alternative to
Visual -**Vioxx.**
Interview - Carol Love, **Vioxx** user comments on alternatives.
Interview - Dr. Bill Bryan, Methodist Orthopedic Surgery comments on the risk of taking **Vioxx.** Neither the FDA or the
manufacture have not said if future use of the job is an option.
Visual - Walgreens logo on prescription. Nancy Holland reporting. :LR
END: 00:09:11

**SEGMENT-ID:** 10

**PROGRAM-ID:** khou17001001

**LOAD-DATE:** October 15, 2004

FOCUS - 121 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 26 News AM

**October** 1, 2004, Friday 05:00-06:00 CT

**NETWORK: KRIV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 70 words

**BODY:**

START: 00:47:30

Teased Segment - Drug Recall.; Merck has pulled their **Vioxx** arthritis drug off of the market because it can raise the risk of heart attack.
Visual - footage from Merck headquarters.
Visual - bottle of **Vioxx.**
Interview - George Handal, Doyle's Pharmacy, there may be problems with the whole class of drugs.
Visual - bottle of Bextra.
Visual - bottle of Celebrex. :LR
END: 00:48:29

**SEGMENT-ID:** 52

**PROGRAM-ID:** kriv05001001

**LOAD-DATE:** October 15, 2004

FOCUS - 122 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 26 News AM

**October** 1, 2004, Friday 06:00-07:00 CT

**NETWORK: KRIV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 24 words

**BODY:**

START: 00:17:04
Merck.; Merck has pulled their **Vioxx** arthritis drug off of the market.
Visual - bottles of **Vioxx.** :LR
END: 00:17:34

**SEGMENT-ID:** 18

**PROGRAM-ID:** kriv06001001

**LOAD-DATE:** October 15, 2004

FOCUS - 124 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 26 News AM

**October** 1, 2004, Friday 08:00-09:00 CT

**NETWORK: KRIV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 59 words

**BODY:**

START: 00:43:11

Teased Segment - **Vioxx;** Lawyers in Oklahoma file suit against Merck over **Vioxx** side effects after drug pulled.
Visual - Merck building.
Visual - **Vioxx** Drug.
Studio Interview - Sarah Lake-Wallace, Kelsey-Seybold clinics, the problems are something that have been watched for a while. Celebrex, Dextra. :LR
END: 00:46:19

**SEGMENT-ID:** 35

**PROGRAM-ID:** kriv08001001

**LOAD-DATE:** October 15, 2004

FOCUS - 128 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News At

**October** 1, 2004, Friday 05:00-06:00 CT

**NETWORK: KTRK**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 37 words

**BODY:**

START: 00:13:02

Teased Segment - **Vioxx** Recall; Merck has pulled Arthritis drug, **Vioxx,** from market due to data that suggest product is linked to heart attacks and stroke.
Visual - **Vioxx.** :LR
END: 00:13:44

**SEGMENT-ID:** 16

**PROGRAM-ID:** ktrk05001001

**LOAD-DATE:** October 15, 2004

FOCUS - 131 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News At

**October** 1, 2004, Friday 06:00-07:00 CT

**NETWORK: KTRK**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 64 words

**BODY:**

START: 00:46:14
**Vioxx** Pulled; Merck announces decision to pull Arthritis drug, **Vioxx,** from store shelves due to clinical data suggesting increased risk of heart attacks and strokes from users.
Visual - Merck sign.
Visual - **Vioxx.**
Interview - Dr. Eric Topol, Cardioloigist, **Vioxx** has been heavily promoted. Values of Merck stock plummeted 20% upon news. :LR
END: 00:47:16

**SEGMENT-ID:** 43

**PROGRAM-ID:** ktrk06001001

**LOAD-DATE:** October 15, 2004

FOCUS - 132 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News This Morning At 7

**September** 30, 2004, Thursday 07:00-08:00 CT

**NETWORK: KHOU**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 32 words

**BODY:**

START: 00:35:23
Merck news;
Reader - Merck is halting sales of it's drug, **VIOXX,** after incidents of increased risk of heart attacks/strokes for users was found. :LR
END: 00:35:36

**SEGMENT-ID:** 31

**PROGRAM-ID:** khou07000930

**LOAD-DATE:** October 14, 2004

FOCUS - 133 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News At Noon

**September** 30, 2004, Thursday 12:00-12:30 CT

**NETWORK: KHOU**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 20 words

**BODY:**

START: 00:10:03
Tease; Fake Doctor; Arthritis Drug; Special Pillow.
Visual - bottle of **Vioxx.** :LR
END: 00:10:32

**SEGMENT-ID:** 11

**PROGRAM-ID:** khou12000930

**LOAD-DATE:** October 14, 2004

FOCUS - 135 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News At Noon

**September** 30, 2004, Thursday 12:00-12:30 CT

**NETWORK: KHOU**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 145 words

**BODY:**

START: 00:17:57

Teased Segment - Arthritis Drug; Merck is recalling the arthritis drug **Vioxx** due to an increased risk of heart attack and stroke.
Visual - **Vioxx** pills.
Press Conference - Raymond Gilmartin, Merck CEO, Merck is announcing a voluntary withdrawal of **Vioxx.**
Visual - packages of **Vioxx** tablets.
Press Conference - unidentified male, we have taken the action.
Visual - clip from **Vioxx** commercial.
Visual - packages of aspirin. COX-2 inhibitors are gentler on the stomach than aspirin or ibuprofen.
Visual - packages of Advil and packages of Ibuprofen on store shelf.
Graphic - FDA study results.
Interview - Deepak Bhatt, Cleveland Clinic, says Merck did the right thing by recalling **Vioxx.** Tylenol and Celebrex are alternatives to **Vioxx.**
Visual - packages of Tylenol on store shelf. Jennifer Donelan reporting. :LR
END: 00:19:40

**SEGMENT-ID:** 17

**PROGRAM-ID:** khou12000930

**LOAD-DATE:** October 14, 2004

FOCUS - 137 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News At Five

**September** 30, 2004, Thursday 17:00-17:30 CT

**NETWORK: KHOU**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 29 words

**BODY:**

START: 00:14:35

Teased Segment - **Vioxx** ; The drug **Vioxx** is pulled from shelves.
Visual - **Vioxx** pills and bottles. Merck makes the **Vioxx** pills. :LR
END: 00:15:02

**SEGMENT-ID:** 13

**PROGRAM-ID:** khou17000930

**LOAD-DATE:** October 14, 2004

FOCUS - 140 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** 11 News At Ten

**September** 30, 2004, Thursday 22:00-22:35 CT

**NETWORK: KHOU**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 65 words

**BODY:**

START: 00:21:19

Teased Segment - **Vioxx;** Merck pulls **Vioxx** off the market.
Visual - **Vioxx.**
Press Conference - Raymond Gilmartin, Merck chairman-CEO, discusses situation.
Graphic - details.
Visual - **Vioxx** ad.
Interview - Dr. Deepak Bhatt, Cleveland Clinic, discusses situation.
Visual - Celibrex, Advil, Ibuprofin. Jennifer Donelan reporting from NY. :LR
END: 00:22:51

**SEGMENT-ID:** 14

**PROGRAM-ID:** khou22000930

**LOAD-DATE:** October 14, 2004

FOCUS - 142 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Fox 26 News

**September** 30, 2004, Thursday 12:00-12:30 CT

**NETWORK: KRIV**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 101 words

**BODY:**

START: 00:20:05

Teased Segment - Health; Merck has decided to pull its **Vioxx** drug off the market due to health problems concerning the medicine.
Visual - bottle of **Vioxx.**
Press Conference - Raymond Gilmartin, Merck and Company CEO, talks about the reasons for voluntarily withdrawing the product from the market.  Today,
Visual - Rep. Scott Hochberg to introduce legislation that will allow the purchases of Canadian drugs.
Press Conference - Rep. Scott Hochberg, Houston, talks about pharmacists looking over medication that people will be receiving from Canada. :LR
END: 00:21:28

**SEGMENT-ID:** 21

**PROGRAM-ID:** kriv12000930

**LOAD-DATE:** October 14, 2004

Page 32

FOCUS - 144 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Noticiero 47

**September** 30, 2004, Thursday 22:00-22:35 CT

**NETWORK: KTMD**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 49 words

**BODY:**

START: 00:18:58

Teased Segment - Out of the Market; A popular medication is being withdrawn from the market. Merck says their **Vioxx**
medication could increase chances for a heart attack.
Visual - pills.
Visual - **Vioxx** labels.
Visual - **Vioxx** medication bottle. :LR
END: 00:19:20

**SEGMENT-ID:** 15

**PROGRAM-ID:** ktmd22000930

**LOAD-DATE:** October 14, 2004

FOCUS - 145 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News At

**September** 30, 2004, Thursday 16:00-17:00 CT

**NETWORK: KTRK**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 109 words

**BODY:**

START: 00:03:31
**Vioxx** Recalled.; Merck company is recalling **Vioxx** due to study finding links between the drug and increased chance of heart attack and stroke.
Visual - Pharmacists taking **Vioxx** off their shelves.
Interview - Dr. Peter Kim, Merck Research Laboratories, talks about **Vioxx** recall.
Visual - Merck offices.
Interview - Barry Slotnick, attorney, says there could be lawsuits coming from this.
Visual - **Vioxx.**
Visual - **Vioxx** ad.
Interview - Eric Topol, cardiologist, says this drug has been heavily promoted and effects are minimal.
Visual - Wall Street, where **Vioxx** stock went down. John Yang reporting. :LR
END: 00:06:00

**SEGMENT-ID:** 3

**PROGRAM-ID:** ktrk16000930

**LOAD-DATE:** October 14, 2004

FOCUS - 148 of 159 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW:** Eyewitness News

**September** 30, 2004, Thursday 18:00-19:00 CT

**NETWORK: KTRK**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 86 words

**BODY:**

START: 00:43:01

Teased Segment - Drug Recall; Merck is pulling its arthritis drug
Visual - **Vioxx** from the world market.
Visual - Merck headquarters. Merck is responding to a study finding an increased risk for heart attack.
Press Conference - Dr. Peter Kim, Merck Research Laboratories President, talks about the studies.
Interview - Barry Slotnick, attorney in Merck lawsuit, says Merck has had warnings of harmful effects. Merck's stock fell 26 percent on news of the recall. :LR
END: 00:44:26

**SEGMENT-ID:** 26

**PROGRAM-ID:** ktrk18000930

**LOAD-DATE:** October 14, 2004

FOCUS - 5 of 8 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: KSAT** 12 News

**October** 4, 2004, Monday 18:00-18:30 CT

**NETWORK: KSAT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 12 words

**BODY:**

START: 00:08:53
Tease; Cat; **Vioxx;** Sports. :LR
END: 00:09:23

**SEGMENT-ID:** 11

**PROGRAM-ID:** ksat18001004

**LOAD-DATE:** October 18, 2004

FOCUS - 6 of 8 DOCUMENTS

Copyright 2004 Video Monitoring Services of America, L.P.



Video Monitoring Services of America

**SHOW: KSAT** 12 News

**October** 4, 2004, Monday 18:00-18:30 CT

**NETWORK: KSAT**-TV

**MEDIUM:** Television

**TYPE:** Local TV

**LENGTH:** 41 words

**BODY:**

START: 00:10:33

Teased Segment - **Vioxx;** Makers of
Visual - **Vioxx** pulled the drug last week, but in
Visual - Mexico the medicine is still being sold.
Visual - Good Prices Pharmacy.
Visual - Nuevo Progresso. :LR
END: 00:11:07

**SEGMENT-ID:** 13

**PROGRAM-ID:** ksat18001004

**LOAD-DATE:** October 18, 2004