# EXHIBIT 40

897029v.1

15857419
Aug 7 2007
1:51PM

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1657 |
| THIS RELATES TO: ) Paul and Arlene Noe ) v. ) Merck & Co., et al ) ) SDWV No. 2:06-1004/EDLA 07-3311 ) ) | Plaintiff: Paul Noe |

## PLAINTIFF PROFILE FORM

Other than in Sections I., those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## CASE INFORMATION

A. Name of person completing this form: Paul Noe

B. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

  1. Social Security Number: Not Applicable

  2. Maiden or other names used or by which you have been known: Not Applicable

  3. Address: Not Applicable

  4. State which individual or estate you are representing, and in what capacity you are representing the individual or estate: Not Applicable

  5. If you were appointed as a representative by a court, state the:

     Court: Not Applicable    Date of Appt.: Not Applicable

  6. What is your relationship to the deceased or represented person or person claimed to be injured? Not Applicable

1

M00FC15140

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: <u>Not Applicable</u>

C. Claim Information:

Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes <u>X</u>  No ___  *If "yes"*,

1. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? <u>Myocardial Infarction</u>

    a. When do you claim this injury occurred? <u>April 8, 2003</u>

    b. Who diagnosed the condition? <u>The emergency room staff at Charleston Area Medical Center. Plaintiff cannot recall the specific names of the emergency room staff who diagnosed his condition. If plaintiff should come into position of specific information he will supplement his response at that time. Records related to this ER visit are attached to these responses.</u>

    c. Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes ___ No <u>x</u> *If "yes"*, when and who diagnosed the condition at that time? <u>Not applicable.</u>

    d. Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past? Yes ___ No <u>x</u>. *If "yes"*, set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. <u>Not applicable.</u>

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes ___ No <u>x</u>

*If "yes"*, for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom you have sought

2

treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    a. Name and Address of each person who treated you: <u>Not applicable.</u>
    b. To your understanding, condition for which treated: <u>Not applicable.</u>
    c. When treated: <u>Not applicable</u>
    d. Medications prescribed or recommended by provider: <u>Not applicable.</u>

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: <u>Paul Noe</u>

B. Maiden or other names used or by which you have been known: <u>Not Applicable</u>

C. Social Security Number: <u>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</u>

D. Address: <u>Route 52, Varney, WV 25696</u>

E. Identify each address at which you have resided during the last ten (10) years, and a list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| Route 52, Varney, WV 25696 | April 1995 to Present |

F. Driver's License Number and State Issuing License: <u>E910978 WV</u>

G. Date and Place of Birth: <u>November 21, 1945, Rawl, WV</u>

H. Sex: Male <u>X</u>   Female: __

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diploma or Degrees |
|---|---|---|---|
| Matewan High School | 1957-1963 | General | High School Diploma |

3

M00FC15142

J. Employment Information:

1. Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Ford Motor Company | 5600 Henry Ford Boulevard, Brook Park, OH 44142 | 12/20/1965 - 04/01/1995 | Group III Cleaner |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Not Applicable | | | |

3. Are you making a wage loss claim for either your present or previous employment? Yes ___ No _x_
   *If "yes"*, state your annual income at the time of the injury alleged in Section I(C): Not Applicable

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes ___ No _x_

*If "yes"*, were you ever rejected or discharged from the military service for any reason relating to your physical, psychiatric or emotional condition? Yes ___ No ___

L. Insurance/ Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes _x_ No ___ *If "yes"*, to the best of your knowledge please state:
   A. Year claim was filed: November 2005, SSD
   B. Nature of disability: Heart Problems, Arthritis
   C. Approximate period of disability: April 2006 to current

2. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ___ No _x_ *If "yes"*, set forth when and the reason. Not Applicable

M00FC15143

    3.    Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ___ No _x_. If *"yes"*, state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. Not Applicable

M.    As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ___ No _x_ *If "yes"*, set forth where, when and the felony and/or crime. Not Applicable

### III. FAMILY INFORMATION

A.    List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date that the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):

Alkie Arlene Noe; DOB: 03/14/1953; Occupation: Housewife; Date of Marriage: 02/02/1970; Date Marriage ended: May 29, 2007 Deceased

Bonnie Justice: Occupation: Date of Birth unknown to plaintiff; Housewife; Date of Marriage: March 31, 1964 Ended in Divorce in 1968

B.    Has your spouse filed a loss of consortium claim in this action? Yes ___ No _x_

C.    To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening of the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, arterial fibrillation, stroke? Yes ___ No ___ Don't Know _x_. *If "yes"*, identify each such person below and provide the information requested.
Name: Not Applicable
Current Age (or Age at Death): Not Applicable
Type of Problem: Not Applicable
If Applicable, Cause of Death: Not Applicable

D.    If applicable, for each of your children, list his/her name, age and address:

Paul E. Noe, Jr.

5

M00FC15144

       4121 Demorest Cove Court
       Grove City, Ohio 43123
       Age: 42

       Gary W. Noe
       1714 Eastwood
       Brunswick, Ohio 44212
       Age: 36

       Kevin L. Noe
       231 Clem Steet
       Huntington, WV 25705
       Age: 29

E.   If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. <u>Not Applicable</u>

## IV. VIOXX® PRESCRIPTION INFORMATION

A.   Who prescribed VIOXX® for you? <u>Wigberto Camamot, M.D.</u>

B.   On which dates did you begin to take, and stop taking VIOXX®? <u>December 2000 - September 2004</u>

C.   Did you take VOIXX® continuously during that period?
     Yes <u>x</u>    No ___    Don't Recall ___

D.   To your understanding, for what condition were you prescribed VIOXX®? <u>Arthritis</u>

E.   Did you renew your prescription for VIOXX®?
     Yes <u>x</u>    No ___    Don't Recall ___

F.   If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: <u>Not Applicable</u>

G.   Which form of VIOXX® did you take (check all that apply)?

    ___ 12.5 mg Tablet (round, cream, MRK 74)
    ___ 12.5 mg Oral Suspension
    ___ 25 mg Tablet (round, yellow, MRK 110)
    ___ 25 mg Oral Suspension
    <u>x</u>  50 mg Tablet (round, orange, MRK 114)

M00FC15145

H.  How many times per day did you take VIOXX®? <u>Once</u>

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes ___   No _x_   Don't Recall ___

J.  Instructions or Warnings:

   1.  Did you receive any written or oral information about VIOXX® before you took it? Yes ___   No ___   Don't Recall _x_

   2.  Did you receive any written or oral information about VIOXX® while you took it? Yes ___   No ___   Don't Recall _x_

   3.  *If "yes",*
       A.  When did you receive that information?
       B.  From whom did you receive it?
       C.  What information did you receive?

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? <u>None</u>

### MEDICAL BACKGROUND

A.  Height: <u>5' 7"</u>

B.  Current Weight: <u>195 pounds</u>

   Weight at the time of the injury, illness, or disability described in Section 1 (C): <u>same</u>

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*
   ___ Never smoked cigarettes/cigars/ pipe tobacco or used chewing tobacco/snuff.
   _X_ Past smoker of cigarettes/cigars/ pipe tobacco or used chewing tobacco/snuff.
      a. Dates on which smoking/tobacco use ceased: <u>12/1985</u>
      b. Amount smoked or used: on average <u>1 pack</u> per day for <u>15</u> years.
   ___ Current smoker of cigarettes/cigars/ pipe tobacco or used chewing tobacco/snuff.
      j. Amount smoked or used: on average ___ per day for ___ years.

M00FC15146

___ Smoked different amounts at different times.

D. Dinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, ect.)? Yes _x_ No ___ *If "yes, fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,
_____ drinks per month,
_____ drinks per year, *or*
Other (describe): Plaintiff states that he drank beer occasionally. He completely stopped drinking in January 1982. Plaintiff cannot specifically state how many drinks per week, per month or year. Plaintiff was not consuming any alcohol during the time frame he was on Vioxx up to the time he sustained the injuries alleged in the complaint.

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX ® related injury?

Yes ___ No _x_ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it.
Not Applicable

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery.

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Stent Placement | Myocardial Infarction | 04/09/03 | Omar K. Hallak, M.D. | Charleston Area Medical Center |
| Intra Aortic Balloon Pump | Myocardial Infarction | 04/09/03 | Omar K. Hallak, M.D. | Charleston Area Medical |

8

| Insertion | | | | Center |
|---|---|---|---|---|
| Intravascular Ultrasound | Myocardial Infarction | 04/09/03 | Omar K. Hallak, M.D. | Charleston Area Medical Center |
| Coronary Angioplasy | Myocardial Infarction | 04/09/03 | Omar K. Hallak, M.D. | Charleston Area Medical Center |
| Cardiac Catheterization | Myocardial Infarction | 04/09/03 | Omar K. Hallak, M.D. | Charleston Area Medical Center |
| | Shortness of Breath and abnormal stress test | 10/27/05 | Omar K. Hallak, M.D. | Charleston Area Medical Center |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| See F1 Above | | | |
| Pulmonary Function Test | 09/13/04 | Imtiaz Hussain, M.D. | Williamson Memorial Hospital |

3. To your knowledge, have you had any of the following tests preformed: chest x-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?

Yes _x_   No ___   Don't Recall ___   *If "yes", answer the following:*

M00FC15148

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| MRI of the Spine | 02/17/05 | Wigberto Camomot, M.D. | Williamson Memorial Hospital | Neck pain, left shoulder pain |
| Chest X-Ray | 05/14/98 | James E. Prommersberger, D.P.M. | Williamon Memorial Hospital | Surgery for Hammertoe |
| | 10/22/02 | Wigberto Camomot, M.D. | Williamson Memorial Hospital | Evaluation for Cataract Surgery |
| | 04/08/03 | Wigberto Camomot, M.D. | Williamson Memorial Hospital | Chest Pain |
| | Approximately 12/06 or 01/07 | Bassam MoushMoush, M.D. | Bassam MoushMoush, M.D.'s office | Routine Check-up |
| Echocardiogram | 04/08/03 | Ashok K. Patnaik, M.D. | Williamson Memorial Hospital | Myocardial Infarction |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "*yes*" or "*no*". Where you have indicated "*yes*", please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes __x__ No ____ Please find attached all medical records obtained during the course of this litigation to date. Plaintiff will supplement additional medical records if and when such medical records are obtained. Plaintiff further states that he has signed and submitted the appropriate authorizations, which allows defendant to obtain any additional information sought.

B. Decedent's death certificate (if applicable). Yes ____ No ____ Not Applicable

M00FC15149

C.  Report of autopsy of decedent (if applicable). Yes ____ No ____ <u>Not Applicable</u>

## VII.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.  Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Donavan Beckett, M.D. | 184 East 2nd Avenue, Williamson, WV 25661 |

B.  To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Donavan Beckett, M.D. | 184 East 2nd Avenue, Williamson, WV 25661 | Approximately Summer 2005 to current |
| Wigberto Camomot, M.D. | 329 Main Street, Red Jacket, WV 25692 | October 10, 1995 - Approximately Fall of 2004 |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Charleston Area Medical Center | 3200 MacCorkle Avenue, S.E., Charleston, WV 25304 | 04/08/03 - 04/12/03 | Myocardial Infarction |
| " " | | 10/27/05 - 10/28/05 | Cardiac catheterization and stent placement |

D.  Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

11

M00FC15150

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Williamson Memorial Hospital | 859 Alderson Street, Williamson, WV 25661 | 05/14/98 | Chest X-Ray |
| | | 05/15/98 | Hammertoe Correction |
| | | 04/08/03 | Acute Inferior Wall Infarction |
| | | 09/13/04 | Pulmonary Function Test |
| | | 02/17/05 | MRI of the Spine |

E.  Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Donavan Beckett, M.D. | 184 East 2nd Avenue, Williamson, WV 25661 | Approximately Summer of 2005 - current |
| Wigberto Camomot, M.D. | 329 Main Street, Red Jacket, WV 25692 | 10/10/95 - Approximately Fall 2004 |
| Hussain Imtiaz, M.D. | 306 Hospital Drive Belfry, KY 41514 | 09/13/04 |
| Ashok K. Patnaik, M.D. | 859 Alderson Street, Williamson, WV 25661 | 04/08/03 - Approximately March 2005 |
| James E. Prommersberger, D.P.M | 940 Windham Court, Youngstown, OH 44512 | 05/15/98 - current |
| Omar K. Hallak, M.D | 3200 MacCorkle Avenue, S.E., Charleston, WV 25304 | 04/08/03 - Approximately June 2006 |
| Bassam MoushMoush, M.D. | 331 Laidley Street, Suite 402, Charleston, West Virginia 25301 | June 2006 - current |

F.  Each pharmacy that has dispensed medication to you in the last ten (10) years.

12

M00FC15151

| Name | Address |
|---|---|
| Rite Aid | 11349 State Highway 1056, McCarr, KY 41544 |
| Medco | 23102 East Appleway Avenue, Liberty Lake, Washington 99019 |

G. If you have submitted a claim fro social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Social Security Office | 149 East 1st Avenue, Williamson, WV 25661 |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Not Applicable | |

13

M00FC15152

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| _Paul Noe_ | _PAUL NOE_ | _8-06-07_ |
|---|---|---|
| Signature | Print Name | Date |

189839_1

M00FC15153



## MEDICAL RECORDS SUBMITTED WITH PLAINTIFF PROFILE FORM OF PAUL NOE

1. Rite Aid

2. Wigberto Camomot, M.D.

3. Williamson Memorial Hospital

4. Charleston Area Medical Center