UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>    Products Liability Litigation | \* <br> \* <br> \* |
| This Document Relates to: | \*    MDL No. 1657 <br> \* |
|    PAUL NOE and ARLENE NOE, Plaintiffs, | \*    SECTION L <br> \* |
|       versus | \*    JUDGE ELDON E. FALLON <br> \* |
|    MERCK & CO., INC., and WIGBERTO C. <br>      CAMAMOT, M.D., INC., Defendants, | \*    MAGISTRATE JUDGE <br> \*    KNOWLES <br> \* |
|    Case No. 07-3311, | \* <br> \* |
|       & | \* <br> \* |
|    DONALD R. PREUNINGER and FLORA N. <br>      PREUNINGER, Plaintiffs, | \* <br> \* <br> \* |
|       versus | \* <br> \* |
|    MERCK & CO., INC., Defendant, | \* <br> \* |
|    Case No. 06-10305, | \* <br> \* |
|       & | \* <br> \* |
|    VIET TRAN, Plaintiff, | \* <br> \* |
|       versus | \* <br> \* |
|    MERCK & CO., INC., Defendant, | \* <br> \* |
|    Case No. 07-0368, | \* <br> \* |
|       & | \* <br> \* |
|    PAMELA TRIBBY et al., Plaintiffs, | \* <br> \* |
|       versus | \* <br> \* |
|    MERCK & CO., INC., Defendant, | \* <br> \* |

897888v.1

```
Case No. 07-4118,                            *
                                             *
              &                              *
                                             *
DAVID WYSER, Plaintiff,                      *
                                             *
     versus                                  *
                                             *
MERCK & CO., INC., Defendant,                *
                                             *
Case No. 07-2695.                            *
                                             *
* * * * * * * * * * * * * * * * * * * * * * *
```

# O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Support Merck & Co., Inc.'s Motion for Summary Judgment,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted thirty (30) additional pages, for a total of fifty-five (55) pages for its supporting memorandum.

NEW ORLEANS, LOUISIANA, this 30th day of October, 2007.

_____
DISTRICT JUDGE

897888v.1