UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|    PAUL NOE and ARLENE NOE, Plaintiffs, | * | SECTION L |
| | * | |
|       versus | * | JUDGE ELDON E. FALLON |
| | * | |
|    MERCK & CO., INC., and WIGBERTO C. | * | MAGISTRATE JUDGE |
|      CAMAMOT, M.D., INC., Defendants, | * | KNOWLES |
| | * | |
|    Case No. 07-3311, | * | |
| | * | |
|         & | * | |
| | * | |
|    DONALD R. PREUNINGER and FLORA N. | * | |
|      PREUNINGER, Plaintiffs, | * | |
| | * | |
|       versus | * | |
| | * | |
|    MERCK & CO., INC., Defendant, | * | |
| | * | |
|    Case No. 06-10305, | * | |
| | * | |
|         & | * | |
| | * | |
|    VIET TRAN, Plaintiff, | * | |
| | * | |
|       versus | * | |
| | * | |
|    MERCK & CO., INC., Defendant, | * | |
| | * | |
|    Case No. 07-0368, | * | |
| | * | |
|         & | * | |
| | * | |
|    PAMELA TRIBBY et al., Plaintiffs, | * | |
| | * | |
|       versus | * | |
| | * | |
|    MERCK & CO., INC., Defendant, | * | |
| | * | |


```
Case No. 07-4118,                    *
                                     *
         &                           *
                                     *
DAVID WYSER, Plaintiff,              *
                                     *
    versus                           *
                                     *
MERCK & CO., INC., Defendant,        *
                                     *
Case No. 07-2695.                    *
                                     *
* * * * * * * * * * * * * * * * * * * *
```

## MERCK'S STATEMENT OF MATERIAL FACTS
## AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED

Pursuant to Local Rule 56.1, defendant Merck & Co., Inc. ("Merck") hereby submits the following Statement Of Material Facts As To Which There Is No Genuine Issue To Be Tried in support of its Motion for Summary Judgment:

### *Vioxx Was Approved By The FDA*

1.     On May 20, 1999, the FDA approved Vioxx as safe and effective for treatment of osteoarthritic pain, primary dysmenorrhea, and acute pain. (*See* MRK-99420021411-34 (May 20, 1999 Approval Letter from R. DeLap of FDA to R. Silverman of Merck) (attached as Ex. 1 to Def.'s Statement of Material Facts as to Which There is No Genuine Issue to be Tried, Oct. 22, 2007 ("First SOMF")).)

### *VIGOR Study Leads To A Change In Vioxx's FDA-Approved Label*

2.     After Vioxx was approved by the FDA, Merck continued to conduct clinical trials to assess the safety and efficacy of Vioxx for additional patient populations and other medical conditions. (*See, e.g.,* MRK-I8940042881-83 (cover letter to FDA enclosing

Amended VIGOR Protocol – a clinical trial examining gastrointestinal toxicity) (attached as Ex. 2 to First SOMF).)

3. In March 2000, Merck learned the preliminary results of the Vioxx GI Outcomes Research ("VIGOR") study, a double-blind, 8,000-patient trial designed to assess the relative incidence of gastrointestinal perforations, ulcers, and bleeds ("PUBs") in rheumatoid arthritis patients treated with Vioxx as compared to those treated with the drug naproxen. (*See* Testimony of Alise Reicin, M.D. 1658:7–1662:4, *Evelyn Irvin Plunkett v. Merck & Co., Inc.* (Dec. 6, 2005) (attached as Ex. 3 to First SOMF).)

4. The VIGOR data showed that patients taking Vioxx suffered fewer serious gastrointestinal PUBs than patients taking naproxen, and it also showed that the Vioxx group suffered a higher incidence of serious cardiovascular thrombotic events than did naproxen users. The difference was statistically significant. (*See* MRK-I8940060171-238, at MRK-I8940060175 (March 23, 2000 facsimile from B. Goldmann of Merck to R. DeLap of FDA forwarding VIGOR data) (attached as Ex. 4 to First SOMF).)

5. In early 2001, the news media widely reported the VIGOR results, including a potential link between Vioxx use and MI risks. *See, e.g.*, Rita Rubin, *Vioxx Might Raise Heart Risk*, USA Today, Feb. 9, 2001, at 05B (attached as Ex. 2 to Def.'s Mem. in Supp. of Mot. for Summ. J., Oct. 22, 2007, Dkt. No. 12725, *In re Vioxx Prods. Liab. Litig.*, MDL 1657 ("First Two-Year SOL Brief")); Edward R. Silverman, *Merck Shares Fall On Vioxx Study, Painkiller Linked to Cardiovascular Problems*, Star-Ledger (Newark, N.J.), Apr. 29, 2000, at 17 (attached as Ex. 3 to First Two-Year SOL Brief); *see also National Briefing Science and Health: U.S. Warns Merck About Marketing Arthritis Drug*, N.Y. Times, Sept. 26, 2001, at A14 (attached as Ex. 4 to First Two-Year SOL Brief). During the course of the next three years, the

3

news media repeatedly announced that the use of Vioxx might be linked to increased cardiovascular risks.  *See* Ed Silverman, *FDA Study Stresses Concerns About Merck's Vioxx*, Star-Ledger (Newark, N.J.), Aug. 26, 2004, at 52 (attached as Ex. 5 to First Two-Year SOL Brief); Kawanza L. Griffin, *Arthritis Drug Link To Heart Attack Risk*, Milwaukee Journal Sentinel, Apr. 22, 2002, at 2 (attached as Ex. 6 to First Two-Year SOL Brief); *Company News; Merck to Revise Label Information for Vioxx*, N.Y. Times, Apr. 12, 2002, at C2 (attached as Ex. 7 to First Two-Year SOL Brief) ("Merck & Co . . . would revise prescribing information for its Vioxx painkiller to show both cardiovascular risks and benefit in reducing side effects like ulcers in arthritis patients"); Gardiner, Harris, *Label Change For Merck's Vioxx Adds Ulcer Protection, Heart Risk*, Wall St. J., Apr. 12, 2002, at A17 (attached as Ex. 8 to First Two-Year SOL Brief); Joe Graedon & Teresa Graedon, *Vioxx May Increase Risk Of Stroke*, Star-Ledger (Newark, N.J.), Nov. 6, 2001, at 43 (attached as Ex. 9 to First Two-Year SOL Brief).

6. On April 11, 2002, the FDA approved a revised label for Vioxx.  This revised label incorporated the VIGOR results, the results from additional placebo-controlled studies, as well as a new indication for rheumatoid arthritis.  (*See* MRK-ABS0323348–67 (April 11, 2002 approval letter from L. Goldkind of FDA to R. Silverman of Merck) (attached as Ex. 5 to First SOMF).)

7. In approving the revised label, the FDA stated: "We have completed the review of these supplemental applications, as amended, and have concluded that adequate information has been presented to demonstrate that the drug products are safe and effective for use as recommended in the agreed upon enclosed labeling text." (*See id.* at MRK-ABS0323349.)

4

8. The post-VIGOR label substantially revised the former label. In the Precautions section, it read as follows:

> *Cardiovascular Effects*
>
> The information below should be taken into consideration and caution should be exercised when VIOXX is used in patients with a medical history of ischemic heart disease.
>
> In VIGOR, a study of 8076 patients (mean age 58; VIOXX n=4047, naproxen n=4029) with a median duration of exposure of 9 months, the risk of developing a serious cardiovascular thrombotic event was significantly higher in patients treated with VIOXX 50 mg once daily (n=45) as compared to patients treated with naproxen 500 mg twice daily (n=19). In VIGOR, mortality due to cardiovascular thrombotic events (7 vs. 6, VIOXX vs. naproxen, respectively) was similar between the treatment groups. (See CLINICAL STUDIES, *Special Studies, VIGOR, Other Safety Findings: Cardiovascular Safety*.) In a placebo-controlled database derived from 2 studies with a total of 2142 elderly patients (mean age 75; VIOXX n=1067, placebo n=1075) with a median duration of exposure of approximately 14 months, the number of patients with serious cardiovascular thrombotic events was 21 vs. 35 for patients treated with VIOXX 25 mg once daily versus placebo, respectively. In these same 2 placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 vs. 3 for VIOXX versus placebo, respectively. The significance of the cardiovascular findings from these 3 studies (VIGOR and 2 placebo-controlled studies) is unknown. Prospective studies specifically designed to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators or placebos have not been performed.
>
> **Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.** Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, *Special Studies, Platelets,* PRECAUTIONS, *Drug Interactions, Aspirin*.) Prospective, long-term studies on concomitant administration of VIOXX and aspirin evaluating cardiovascular outcomes have not been conducted.

(*See* MRK-P0011429–39 (April 2002 Dear Healthcare Professional letter enclosing revised Vioxx labeling with changes highlighted) (attached as Ex. 6 to First SOMF).)

9. After revising the Vioxx label as approved by the FDA, Merck publicized the content of the new label to the medical community and the news media. (*See id.*; MRK-PRL0000246-50 (April 11, 2002 Merck Press Release) (attached as Ex. 7 to First SOMF).)

<u>The First Vioxx Personal-Injury Class Action Suit Is Filed Against Merck</u>

5

10. On May 29, 2001, Dominick Lettieri and Mary Lombardozzi filed a complaint in the United States District Court for the Eastern District of New York seeking certification of a "nationwide class of persons who are taking . . . Vioxx . . . [or] Celebrex." *See* Complaint ¶ 1, *Lettieri v. Merck & Co., Inc.*, No. CV 01 3441 (E.D.N.Y. May 23, 2001) (attached as Ex. 89 to First Two-Year SOL Brief).

11. The *Lettieri* action sought relief under several theories, including for personal injury. *See id.* ¶¶ 27-45.

12. On August 1, 2001, the *Lettieri* complaint was amended, substituting Alex Cain and William Watkins as new named plaintiffs and making other changes but retaining personal injury claims. *See* Amended Class Action Compl. ¶¶ 1, 20, 21, 37-53, *Cain v. Merck & Co., Inc.*, No. CV 01 3441 (E.D.N.Y. Aug. 1, 2001) (attached as Ex. 90 to First Two-Year SOL Brief).

13. On September 18, 2002, the *Cain* complaint was amended again, dropping personal injury claims, prior to any ruling on certification. *See* Second Amended Class Action Complaint, *Cain v. Merck & Co., Inc.*, No. CV 01 3441. (E.D.N.Y. Sept. 18, 2002) (attached as Ex. 92 to First Two-Year SOL Brief).

### Merck Obtains Additional Information About Vioxx Risks And Immediately Withdraws Vioxx From The Market

14. On September 24, 2004, an external safety board monitoring the results of a separate long-term study – the APPROVe study – informed Merck that interim data from the study showed an increased rate of cardiovascular events in the Vioxx arm compared to the placebo arm. (*See* MRK-MRK-AFJ0000067-69 (September 24, 2004 facsimile from K. Horgan

of Merck to P. Kim and B. Gertz of Merck forwarding APPROVe ESMB's meeting minutes and recommendations) (attached as Ex. 10 to First Two-Year SOL Brief).)

15. On September 30, 2004, Merck withdrew Vioxx from the market. (*See* MRK-N0520018917–20 (September 30, 2004 letter from N. Braunstein of Merck to B. Harvey of FDA) (attached as Ex. 8 to First SOMF).)

16. Merck publicly announced the results of the APPROVe study and the withdrawal of Vioxx from the market in a press release on September 30, 2004. (*See* Merck, press release, *Merck Announces Voluntary Worldwide Withdrawal of VIOXX®* (Sept. 30, 2004), (attached as Ex. 9 to First SOMF).)

17. National television news programs immediately reported the Vioxx withdrawal. For example, the *Today Show*'s Ann Curry reported a "major announcement this morning from drugmaker Merck. It's halting its sales worldwide of the popular arthritis drug Vioxx" due to risk of heart attack and stroke. *The Today Show: Merck Pulls Vioxx Off the Market* (NBC television broadcast Sept. 30, 2004) (attached as Ex. 13 to First Two-Year SOL Brief). *Good Morning America* on ABC began with "breaking news about a common arthritis drug. Drug giant Merck is halting the sale of Vioxx worldwide. The company says it is recalling the drug because it raises the risk of heart attack and stroke." *Good Morning America: News Headlines* (ABC television broadcast Sept. 30, 2004) (attached as Ex. 14 to First Two-Year SOL Brief). On CNN's *American Morning*, host Heidi Collins kicked off a segment of *Paging Doctor Gupta* by announcing "a story that is breaking right at this time. Dr. Gupta relayed the announcement that "there was an increased relative risk for confirmed cardiovascular events, such as heart attack and stoke" and noted that there had "been some speculation for some time that Vioxx may be related to heart attacks and strokes." *American Morning: Merck Pulls Vioxx*

7

*From the Market* (CNN television broadcast Sept. 30, 2004) (attached as Ex. 15 to First Two-Year SOL Brief).  Harry Smith reported on CBS's *Early Show* that "Vioxx is being recalled worldwide.  Drugmaker Merck is halting sales after studies found that Vioxx raised the risk of stroke and heart attack for users."  *Early Show: Vioxx Recalls by Merck* (CBS television broadcast Sept. 30, 2004) (attached as Ex. 16 to First Two-Year SOL Brief).

        18.     The networks continued their coverage in the evening.  On the CBS *Evening News*, Dan Rather announced "a medical bombshell about a prescription drug used by millions.  Vioxx, the arthritis drug, is being withdrawn from the market worldwide.  The manufacturer of this FDA-approved drug says it has found the strongest evidence yet that Vioxx can trigger heart attacks and strokes."  *CBS Evening News: Merck pulls its arthritis drug Vioxx off the shelves after a study showed it increases the risk of heart attack and stroke* (CBS television broadcast Sept. 30, 2004) (attached as Ex. 18 to First Two-Year SOL Brief).  NBC's Tom Brokaw also covered the story on the *Nightly News*.  "Now to what could be the largest drug recall ever in this country.  Merck pharmaceutical company is pulling its arthritis drug called Vioxx off the market after a new study disclosed that it could increase the risk of heart attacks and stroke."  *NBC's Nightly News: Merck recalls Vioxx after study reveals increase in risk of heart attack and stroke* (NBC television broadcast Sept. 30, 2004) (attached as Ex. 19 to First Two-Year SOL Brief).  On *World News Tonight* on ABC, Peter Jennings and John McKenzie reported in a segment entitled *A Closer Look: Vioxx Recalled* (ABC television broadcast Sept. 30, 2004) (attached as Ex. 20 to First Two-Year SOL Brief), that "Merck and Company made very big news today when it said that it was voluntarily taking its popular drug, Vioxx, off the market.  About two million people currently take Vioxx for pain, especially for pain of arthritis.  Merck said today that data from a clinical trial found an increased risk for heart

8

attack and stroke." On CNN, Lou Dobbs reported "stunning news for millions of Americans who use one of this country's most popular prescription drugs." *Lou Dobbs Tonight*, *Merck recalls Vioxx because it's not safe* (CNN television broadcast Sept. 30, 2004) (attached as Ex. 21 to First Two-Year SOL Brief).

    19. The results of the APPROVe study and Merck's decision to withdraw Vioxx from the market were also widely reported in major newspapers the next day, including USA Today, the Wall Street Journal, and the New York Times. *See* Rita Rubin, *Merck halts Vioxx sales*, USA Today, Oct. 1, 2004, at A1 (attached as Ex. 31 to First Two-Year SOL Brief); Barbara Martinez, Anna Wilde Mathews, Joann S. Lublin and Ron Winslow, *Expiration Date: Merck Pulls Vioxx From Market After Link to Heart Problems --- Stock Plunges Amid Questions About Drug Giant's Future*, Wall St. J., Oct. 1, 2004, at A1(attached as Ex. 33 to First Two-Year SOL Brief); Gina Kolata, *A Widely Used Arthritis Drug Is Withdrawn*, N.Y. Times, Oct. 1, 2004, at A1 (attached as Ex. 32 to First Two-Year SOL Brief).

<u>*Plaintiffs File Complaints Alleging Personal Injury Resulting From Their Use Of Vioxx*</u>

    20. Plaintiffs Robello and Tran reside in California, were prescribed and took Vioxx in California, and allegedly suffered their injuries there. (*See* Tribby Compl. ¶ 12 (attached as Ex. 31 to Def.'s Mem.); Robello Pl. Profile Form at 2, 3 (attached as Ex. 32 to Def.'s Mem.); Tran Compl. at 4 (attached as Ex. 33 to Def.'s Mem.); Tran Pl. Profile Form at 2, 3 (attached as Ex. 34 to Def.'s Mem.).) Plaintiff Susan Robello alleges that her husband, Lawrence Robello, suffered a heart attack leading to his death on March 3, 2005. (Robello Pl. Profile Form at 2.) And plaintiff Viet Tran alleges that he suffered from a "heart condition" from 2002 to 2004 (Tran Pl. Profile Form at 2) or in May 2003 (Tran Compl. at 4). Plaintiff Tran filed

9

his complaint in Santa Clara County, California on October 4, 2006.  Plaintiff Robello was part of the *Pamela Tribby* complaint filed directly in this Court on August 15, 2007.

21. Plaintiff Wyser resides in Indiana, was prescribed and took Vioxx in Indiana, and allegedly suffered his injury there.  (*See* Wyser Compl. ¶ 1(attached as Ex. 35 to Def.'s Mem.); Wyser Pl. Profile Form at 2, 3 (attached as Ex. 36 to Def.'s Mem.).)  Plaintiff Wyser alleges that he suffered a heart attack on July 28, 2003.  (Wyser Pl. Profile Form at 2.)  Plaintiff Wyser filed his complaint in the United States District Court for the Southern District of Indiana on March 16, 2007.

22. Plaintiff Donald Preuninger resides in Texas, was prescribed and took Vioxx in Texas, and allegedly suffered his injury there.  (*See* Preuninger Compl. ¶ 1 (attached as Ex. 37 to Def.'s Mem.); Preuninger Pl. Profile Form at 2, 3 (attached as Ex. 38 to Def.'s Mem.).)  Plaintiff Preuninger alleges that he suffered a heart attack on May 29, 2000, which allegedly resulted in a subsequent hemorrhagic stroke.  (Preuninger Pl. Profile Form at 2; Preuninger Compl. ¶ 1.)  Plaintiff Preuninger filed his complaint in the United States District Court for the Southern District of Texas on October 3, 2006.

23. Plaintiff Paul Noe resides in West Virginia, was prescribed and took Vioxx in West Virginia, and allegedly suffered his injury there.  (*See* Noe Compl. ¶ 1 (attached as Ex. 39 to Def.'s Mem.); Noe Pl. Profile Form at 2, 3 (attached as Ex. 40 to Def.'s Mem.).)  Plaintiff Noe alleges that he suffered a heart attack on April 8, 2003.  (Noe Pl. Profile Form at 2.)  Noe filed his complaint in the Circuit Court of Mingo County, West Virginia on November 1, 2006.

Dated: October 29, 2007

    Respectfully submitted,

    */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    Carmelite M. Bertaut, 3054
    STONE PIGMAN WALTHER WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:    504-581-3361

    Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Merck &'s Co, Inc. Statement of Material Facts As to Which There is No Genuine Issue To Be Tried* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of October, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel