UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: *Lacey, Roy et al. v. Merck & Co., Inc.*; Docket No. 2:06-cv-01976; only regarding Lacy Coy on behalf of decedent Miki Rhea. | * | MAGISTRATE JUDGE KNOWLES |
| *Butler, Samella et al. v. Merck & Co., Inc.*; Docket No. 2:06-cv-01973; only regarding Hertha Holmes and Jennie Hunter. | * | |
| *Craig, Peggy et al. v. Merck & Co., Inc.*; Docket No. 2:06-cv-03136; only regarding Diane Forbes and Sheldon Wolfe. | * | |
| *Allen, Barbara et al. v. Merck & Co., Inc.*; Docket No. 2:06-cv-01897; only regarding Edna Mae Sample and Donald Kroenlein. | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 29th day of October, 2007.

_____
DISTRICT JUDGE