**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:   Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| | * | |
| Jomayne Stephens | * | **MAGISTRATE JUDGE** |
| Case No. 05-05822 | * | **KNOWLES** |
| * * * * * * * * * * * * * * * * * * * | | |

**PLAINTIFF JOMAYNE STEPHENS' MEMORANDUM IN OPPOSITION TO DEFENDANT MERCK'S RULE TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE**

**NOT INTO COURT**, through undersigned counsel, comes Plaintiff Jomayne Stephens, who respectfully submits this Memorandum in Opposition to Defendant's Motion to Dismiss with Prejudice for Failure to Provide Response to the Plaintiff Profile Form as Required by Pre-trail order No. 18C:

Defendants have moved to have Jomayne Stephens' case dismissed with prejudice for failure to serve a Plaintiff Profile Form (PPF).  Counsel for plaintiff has attempted several times to comply with Pre-Trial Order No. 18C; however, plaintiff lives in a rural area in Oregon, and in the past, Counsel has experienced difficulty securing the delivery and receipt of information from plaintiff.  In an effort to comply with Pre-Trial Order No. 18C, Counsel has sent another copy of the Plaintiff Profile Form to plaintiff Jomayne Stephens for her completion.

Therefore, Counsel for Plaintiff respectfully appeals to this Court that in lieu of granting Defendant's Motion to Dismiss, that Plaintiff Jomayne Stephens be granted a thirty day extension in which to submit a Plaintiff Profile Form.

DATED:  October 30th, 2007

**RESPECTFULLY SUBMITTED:**
**THE BECNEL LAW FIRM**
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
Telephone:     (985) 536-1186
Facsimile:      (985) 651-6101
Email:            Dbecnel@becnellaw.com

**BY:**      _____/s/ Matthew B. Moreland_____
**Matthew B. Moreland**
La Bar Roll No. 24567
Counsel for Plaintiff Jomayne Stephens


Jeffrey A. Bowersox, OSB #81442
Email: Jeffrey@BLFpc.com
Bowersox Law Firm, p.c.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone:  (503) 452-5858
Facsimile:   (503) 525-4833

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum in Opposition to Motion to Dismiss with Prejudice has been served upon all parties through their counsel of record by CM/EFC on this 30th day of October, 2007.

/s/ Matthew B. Moreland___
**Matthew B. Moreland**