# EXHIBIT A

HB 0 0 4 8 1 PG 0 7 7 1

AOC-805
Rev. 3-04 ·
Page 3 of 3

Case No. 07P003332

IN RE:  Estate of A. WALTER TYSON

ORDER

[ ]    Petition filed this _____ day of _____ AUG 20 2007 _____ , 2 _____ .

[ ]    Will tendered this _____ day of _____ AUG 20 2007 _____ , 2 _____ .

Upon hearing, the Will offered was proven by _____ (self proving) _____

and **ORDERED PROBATED** as the Last Will and Testament of Decedent this _____ AUG 20 2007 _____ , 2 _____ .

The Court appoints: _____ Elliott Reid Popham _____ as

[✓] Executor/Executrix OR [ ] Administrator/Administratrix of said estate and fixes bond in the sum of

$ 2,000,000 _____ [ ] with surety OR [✓] without surety.

Date: _____ AUG 20 2007 _____    _____

**Judge's Signature**

Distribution:
    Case File
    Revenue Cabinet

A COPY
ATTEST: DAVID L. NICHOLSON, CLERK
JEFFERSON DISTRICT COURT
LOUISVILLE, KENTUCKY

BY_____ D.C.

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK

AUG 20 2007

BY_____
    DEPUTY CLERK

Document No.: DN2007135703
Lodged By: PROBATE
Recorded On:    08/21/2007       09:54:44
Total Fees:                      8.00
Transfer Tax:                     .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: AMASHO

END OF DOCUMENT