# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION : | MDL Docket No. 1657 |
| : | |
| : | PLAINTIFFS: |
| THIS DOCUMENT RELATES TO: : | |
| : | A. Walter Tyson (now deceased), |
| Case No.  2:06-cv-1945 : | Administrator of the Estate of Helen |
| : | R. Tyson and A. Walter Tyson, |
| : | individually |

## ORDER OF SUBSTITUTION

On motion by the Plaintiff, by and through counsel, and the Court being sufficiently advised;

IT IS HEREBY ORDERED:

1. That the causes of action asserted herein were not extinguished by the death of A. Walter Tyson, Plaintiff in the above-captioned action, and that Elliott Reid Popham, the duly appointed Executor of the Estate of A. Walter Tyson, is the person authorized to continue and maintain this action; and

2. That Elliott Reid Popham is hereby substituted as Plaintiff herein and will act as the Administrator, Personal Representative, and/or Executor of the Estate of A. Walter Tyson with authority to prosecute and settle this action on behalf of said Estate.

_____
Judge Eldon E. Fallon, United States District Court
Eastern District of Louisiana

Tendered by:

D. Brian Rattliff
Gregory J. Bubalo
BUBALO, HIESTAND & ROTMAN, PLC
401 S. Fourth St., Suite 800
Louisville, KY  40202
502.753.1600