**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: VIOXX PRODUCTS** | : | **MDL Docket No. 1657** |
| **LIABILITY LITIGATION** | : | |
| | : | **PLAINTIFFS:** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | A. Walter Tyson (now deceased), |
| **Case No.   2:06-cv-1945** | : | Administrator of the Estate of Helen |
| | : | R. Tyson and A. Walter Tyson, |
| | : | individually |

**MOTION FOR SUBSTITUTION OF PARTIES**

Comes now the Plaintiff, by and through counsel, and states as follows:

1.  That on or about August 12, 2007, A. Walter Tyson, Plaintiff and Personal Administrator of the Estate of Helen R. Tyson, died.  By order dated October 25, 2007, a copy of which is attached hereto as Exhibit "A", Elliott Reid Popham was appointed Administrator of the Estate of Helen R. Tyson.

2.  That the causes of action asserted herein were not extinguished by the death of A. Walter Tyson, and that Elliott Reid Popham, now the duly appointed Administrator of the Estate of Helen R. Tyson, is the person authorized to continue and maintain this action.

3.  That Elliott Reid Popham will act as the Administrator of the Estate of Helen R. Tyson with authority to prosecute and settle this action on behalf of said Estate.

WHEREFORE, Plaintiff, by counsel, moves this Honorable Court to substitute Elliott Reid Popham as Plaintiff and successor administrator or representative of the Estate of Helen R. Tyson for all purposes concerning the prosecution of the claims against the Defendants herein, with authority to prosecute and settle this lawsuit on behalf of the Estate of said Plaintiff and for such other relief as this Court deems just and proper under the premises.

Respectfully submitted,

/s/ D. Brian Rattliff
D. Brian Rattliff
Gregory J. Bubalo
BUBALO, HIESTAND & ROTMAN, PLC
401 S. Fourth St., Suite 800
Louisville, KY  40202
brattliff@bhtriallaw.com

and

Ann B. Oldfather
Oldfather Law Firm
1330 S. Third Street
Louisville, KY  40202
aoldfather@oldfather.com

and

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney, PSC
13800 Lake Point Circle
Louisville, KY  40223
tthompson@kytrial.com

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Motion for Substitution of Parties has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with the Pretrial Order 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of October, 2007.

          /s/ D. Brian Rattliff_____
          D. Brian Rattliff
          Kentucky Bar No. 56665
          BUBALO, HIESTAND & ROTMAN, PLC
          401 S. Fourth St., Suite 800
          Louisville, KY  40202
          (502) 753-1600
          (502) 753-1601
          brattliff@bhtriallaw.com