# EXHIBIT A

NO. 04P-002410                                              JEFFERSON DISTRICT COURT
                                                                   PROBATE DIVISION

IN RE:     ESTATE OF HELEN R. TYSON, DECEASED
           A. Walter Tyson, Executor

## ORDER

Motion having been made, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Elliott Reid Popham be, and he is hereby appointed as Administrator with Will Annexed of the Estate of Helen R. Tyson.

Bond remain as set

HON. ANNE HAYNIE, JUDGE
JEFFESON DISTRICT COURT

DATED: OCT 25 2007

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK

OCT 25 2007

BY _____ DEPUTY CLERK