<u>**UNITED STATES DISTRICT COURT**</u>
<u>**EASTERN DISTRICT OF LOUISIANA**</u>

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS           LIABILITY LITIGATION | : : : : : : : : | MDL Docket No. 1657  PLAINTIFFS:  A. Walter Tyson (now deceased), Administrator of the Estate of Helen R. Tyson and A. Walter Tyson, individually |
| THIS DOCUMENT RELATES TO:  Case No.   2:06-cv-1945 | | |

<u>**ORDER OF SUBSTITUTION**</u>

On motion by the Plaintiff, by and through counsel, and the Court being sufficiently advised;

IT IS HEREBY ORDERED:

1. That the causes of action asserted herein were not extinguished by the death of A. Walter Tyson, Plaintiff and Administrator of the Estate of Helen R. Tyson, and that Elliott Reid Popham, the duly appointed Administrator of the Estate of Helen R. Tyson, is the person authorized to continue and maintain this action; and

2. That Elliott Reid Popham is hereby substituted as Plaintiff herein and will act as the Administrator of the Estate of Helen R. Tyson with authority to prosecute and settle this action on behalf of said Estate.

_____
Judge Eldon E. Fallon, United States District Court
Eastern District of Louisiana

Tendered by:

D. Brian Rattliff
Gregory J. Bubalo
BUBALO, HIESTAND & ROTMAN, PLC
401 S. Fourth St., Suite 800
Louisville, KY  40202
502.753.1600