UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Denise Townsend v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:06-cv-10616 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT comes plaintiff, Denise Townsend, who moves this Honorable Court for an order enrolling Russ M. Herman and Leonard A. Davis and the law firm of Herman, Herman, Katz & Cotlar, LLP, as additional counsel for plaintiff in this matter.

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman,** La. Bar No. 6819
**Leonard A. Davis,** La. Bar No. 14190
**Herman Herman Katz & Cotlar ,LLP**
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: ldavis@hhkc.com
E-Mail: rwestenfeld@hhkc.com

**Shawn A. Warner, Esq.**
**Warner Law Office**
155 N. Michigan Avenue, Suite 700
Chicago, IL 60601
Telephone: (312) 729-5400
Fax No: (312) 729-5401

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of October 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com