**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| ALL CASES | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Expedited Briefing

Schedule,

IT IS ORDERED that plaintiffs shall file oppositions to the following motions on or

before Wednesday, November 7, 2007:

- Motion for Summary Judgment (Rec. Doc. 12725), *Alvarado v. Merck & Co., Inc.*, No. 06-7150; *DeVito v. Merck & Co., Inc.*, No. 07-0562; *Durbin v. Merck & Co., Inc.*, No. 06-11302; *McKeal v. Merck & Co., Inc.*, No. 07-0380; *Pales v. Merck & Co., Inc.*, No. 07-1389; *Ridinger v. Merck & Co., Inc.*, No. 07-0381, filed October 22, 2007;

- Motion for Summary Judgment (Rec. Doc. 12754), *Dawson v. Merck & Co., Inc.*, No. 07-1259; *Watson v. Merck & Co., Inc.*, No. 05-5545, filed October 25, 2007;

- Motion for Summary Judgment (Rec. Doc. 12798), *Lange v. Merck & Co., Inc.*, No. 06-10567; *Noe v. Merck & Co., Inc.*,  No. 07-3311; *Preuninger v. Merck & Co., Inc.*, No. 06-10305; *Tran v. Merck & Co., Inc.*, No. 07-0368; *Tribby v. Merck & Co., Inc.*, No. 07-4118; *Wyser v. Merck & Co, Inc.*, No. 07-2695, filed October 29, 2007;

- Motion for Entry of Pretrial Order (Rec. Doc. 12757), filed October 29, 2007;

- Motion for Entry of Pretrial Order (Rec. Doc. 12758), filed October 29, 2007; and

- Response to Proposed Stroke Trial Plan (Rec. Doc. 12759), filed October 29, 2007.

NEW ORLEANS, LOUISIANA, this 30th day of _____ October _____, 2007.

_____
DISTRICT JUDGE