UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| *Dalan, Dean v. Merck & Co., Inc.;* Docket No. 2:06-cv-03617. | * | MAGISTRATE JUDGE KNOWLES |
| *Villaflor, Joey v. Merck & Co., Inc.;* Docket No. 2:06-cv-03618. | * | |

* * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice, IT IS ORDERED, that all of claims of the Plaintiffs listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 30th day of October, 2007.

_____
DISTRICT JUDGE