```
                                    FILED
                               U.S. DISTRICT COURT
    IN THE UNITED STATES DISTRICT EASTERN DISTRICT OF LA
      FOR THE EASTERN DISTRICT OF LOUISIANA
                                    2007 OCT 30  AM 7:36

                                    LORETTA G. WHYTE
                                         CLERK
```

|  |  |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION ) | MDL NO. 1657 |
|  ) | SECTION L |
|  ) | JUDGE FALLON |
| BETTYE MAGEE, et al.       ) PLAINTIFFS ) | MAGISTRATE JUDGE KNOWLES |
| VS.                        ) |  |
| MERCK & CO, INC., et al.   ) DEFENDANTS ) | THIS DOCUMENT RELATES TO: 2:05cv494 |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the motion of Defendant Guy T. Vise, Jr., M.D., to dismiss Defendant Vise with prejudice, and the Court having duly considered the same, finds that the motion is well-taken and should be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiffs' Complaint, as well as any and all amendments thereto, including any and all claims asserted therein, or which may or might have been asserted therein, against Defendant Guy T. Vise, Jr., M.D., are hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED this the 26th day of October, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____
```