FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 22 PM 3:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ® <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 <br><br> SECTION: L(3) <br><br> JUDGE FALLON <br> MAG JUDGE KNOWLES |
| Viswanathan v. Belin et. al. <br> Civil Action No. 2:05-CV-04673-EEF-DEK | October 17, 2007 |

### PLAINTIFF'S MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE RE MIDDLESEX CARDIOLOGY ASSOCIATES, P.C. AND KESHAVA AITHAL M.D.

Pursuant to Rule 41(a)(2), Fed R. Civ. P., the plaintiff Josepha Viswanathan, Individually and as Administratrix of the Estate of Tanjore Viswanathan, hereby moves the Court for an order of Dismissal with Prejudice with respect to the defendants Middlesex Cardiology Associates, P.C. and Keshava Aithal, M.D. Pursuant to an agreement reached with counsel for these defendants, a Notice of Voluntary Dismissal with Prejudice as to the defendants Middlesex Cardiology Associates, P.C. and Keshava Aithal, M.D. had been filed on June 11, 2007 pursuant to Fed R. Civ. P. Rule 41(a)(1). See Exhibit A. However, because Merck & Co., Inc. had filed its Answer before June 11, 2007, the plaintiff now proceeds by motion under 41(a)(2).

The Defendant Merck, which would be the sole remaining defendant in 2:05-CV-04673-EEF-DEK if this motion is granted, did not assert in its Answer any counterclaims against the plaintiff.

Under these circumstances, the undersigned counsel Court respectfully requests that the Court grant this motion and enter an order of Dismissal with


___ Fee_____
___ Process____
_X_ Dktd
___ CtRmDep
___ Doc. No

Prejudice with respect to the defendants Middlesex Cardiology Associates, P.C. and Keshava Aithal, M.D., with each party to bear his or her own costs. A proposed order accompanies this motion.

> Respectfully submitted,
>
> PLAINTIFFS,
>
> BY _____
> Terence S. Hawkins, Esq.
> 205 Church Street, Suite 304
> New Haven, CT 06510
> 203-498-6065
> Juris No. 303467
> thawkins@snet.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 17th, 2007, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Terence S. Hawkins