FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 30 AM 7:36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ®  : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION :
 :
 : SECTION: L(3)
 :
 : JUDGE FALLON
 : MAG JUDGE KNOWLES
Viswanathan v. Belin et. al. :
Civil Action No. 2:05-CV-04673-EEF-DEK :

### ORDER OF DISMISSAL

Considering the foregoing Motion For Order Of Dismissal With Prejudice Re Middlesex Cardiology Associates, P.C. And Keshava Aithal M.D.,

IT IS ORDERED that the claims of the plaintiff Josepha Viswanathan, Individually and as Administratrix of the Estate of Tanjore Viswanathan, as against Middlesex Cardiology Associates, P.C. and Keshava Aithal, M.D. in the above captioned case be and hereby are DISMISSED WITH PREJUDICE, and with each party to bear his or her own costs.

Dated: October 26, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
_  CtRmDep_____
___ Doc. No_____