UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|     PAUL NOE and ARLENE NOE, Plaintiffs, | * | SECTION L |
| | * | |
|       versus | * | JUDGE ELDON E. FALLON |
| | * | |
|     MERCK & CO., INC., and WIGBERTO C. | * | MAGISTRATE JUDGE |
|       CAMAMOT, M.D., INC., Defendants, | ** | KNOWLES |
| | * | |
|     Case No. 07-3311, | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**WITHDRAWAL OF MOTION FOR
SUMMARY JUDGMENT AS TO PAUL NOE**

On October 29, 2007, defendant Merck & Co., Inc. filed a motion for summary

judgment seeking dismissal of plaintiff Paul Noe's claims as time-barred. *See* R. Doc. 12798.

Merck hereby withdraws without prejudice the motion as to plaintiff Paul Noe. Merck intends to

proceed with the motion as to all other plaintiffs identified therein.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

898533v.1

And

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

898533v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Withdrawal of Motion for Summary Judgment as to Paul Noe has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of November, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

898533v.1