UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| In re: VIOXX | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| | * |
| | * HON. JUDGE ELDON F. FALLON |
| | * |
| | * |
| Docket No. 2:07-cv-01049-EEF-DEK | * |
| Susana Valencia-Bernal v. Merck & Co., Inc. | |

## PRO SE MOTION FOR ACCESS TO PSC DEPOSITORY PER PRE-TRIAL ORDER NO. 25

Comes Now, before this Honorable Court, Susana Valencia-Bernal, PRO SE, in the above captioned case and respectfully requests Court Approval for access to the Plaintiff's Steering Committee (PSC) database in order to perform litigation functions related to MDL 1657 to include but not limited to (1) Access and reviewing of documents produced by Merck and other third parties housed at the PSC's document depository; (2) reviewing depositions and exhibits, some of which may be deemed confidential pursuant to Pre-Trial Order No. 13.

Susana Valencia-Bernal is a Pro Se Claimant as captioned in docket No. 2-07-cv-01049-EEF-DEK. This request is solely intended for the review of documents, material and information by the Claimant and to used solely for the prosecution of the Claimant's federal case subject to Pre-Trial Order 13 and any other additional agreement entered into

regarding Confidential Information. Susana Valencia-Bernal, shall not sell, distribute or otherwise disclose any of the materials, documents or information learned and discovered through the Pro Se's Claimants' prosecution of her Vioxx Claim.  Susana Valencia-Bernal shall take all steps necessary to preserve and maintain the confidentiality of such materials, documents and information consistent all this Court's Orders. Susana Valencia-Bernal a married woman, also requests this Honorable Court grant permission for her husband, Francisco Rivera-Colon to assist her in the examination and translation of any and documents in her discovery activities of the PSC Depository. Francisco Rivera-Colon will adhere to the rules and stipulation of PTO13 and PTO25.

Very respectfully requested,

*[signature]*

Susana Valencia-Bernal

PO Box 740733

Boynton Beach, Fl 33474-0733

(561) 255-3316

Email: Aerologix@gmail.com

## CERTIFICATE OF SERVICE

**I, Susana Valencia-Bernal do certify under the penalties of perjury 18 USC 1746 that a true and correct certified copy of the foregoing** PRO SE MOTION FOR ACCESS TO PSC DEPOSITORY PER PRE-TRIAL ORDER NO. 25 and that such motion was placed in the US Mail with postage pre-paid on this 18th day of July, 2007 and such certified copies we mail to the following parties:

**Clerk of the Court**

**U.S. District Court**

**500 Poydras Street, C-456**

**New Orleans, LA 70130**


**John N. Poulus, Esq. Law Office of Hughes Hubbard & Reed, LLP**

**101 Hudson Street, Suite 3601**

**Jersey City, NJ  07302-3901**


**Russ Herman**

**Leonard Davis**

**Herman, Herman, Katz and Cotlar, LLP**

**820 O'Keefe Aveue**

**New Orleans, LA 70113**


Very Respectfully submitted;

_____

Susana Valencia-Bernal

PO Box 740733, Boynton Beach, FL 33474-0733