# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX

PRODUCTS LIABILITY LITIGATION

Docket No. 2:07-cv-01049-EEF-DEK
Susana Valencia-Bernal vs. Merck & Co., Inc.

\*
\*
\*
\* MDL Docket No. 1657
\*
\* Section L
\*
\* HON. JUDGE ELDON F. FALLON
\*
\*

## ORDER

It is hereby granted that Susana Valencia-Bernal, PRO SE Claimant in the above captioned case and her husband  Francisco Rivera-Colon, may have access to the PSC Depository to review documents, materials and information for the use solely and exclusively in the Claimants prosecution of their Pro Se case, subject to PTO 25. The claimants are to adhere to the strictest in confidentiality when reviewing such material to ensure the confidentiality of all patient medical records and privacy. Claimants are not to distribute, sell or disclose such information to no one non-whatsoever.


Ordered;


Dated

Honorable Eldon F. Fallon

United States District Judge