Jamal Ali Bilal 99-0124
Florida Civil Commitment Center ("FCCC")
13613 S.E. Hwy 70
Arcadia, Florida 34266

July 20, 2007

John N. Poulos, Esquire
Attorney-at-Law
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910

        **Re:**        ***In re Vioxx® Products Liability Litigation***
                     ***MDL No. 1657***
                     ***Jamal A. Bilal v. Merck & Co., Inc.***
                     ***Docket No. 2:06-cv-02364-EEF-DEK***

Dear Mr. Poulos:

    I am in receipt of two June 28, 2007 certified letter(s) you mailed here to FCCC that were postmarked July 3rd and 4th 2007 that I received July 18, 2007. First of all, from the dates of July 2, 2007 up until July 14th, 2007 I was not here at FCCC to receive your letters. During that period I had been housed at the Santa Rosa County Jail, Milton, Florida, in reference to a **Rule 3.853 Fla. R. Crim. P.** DNA hearing July 5, 2007 before the Honorable Jan Shackleford, First Judicial Circuit, Escambia County, Pensacola, Florida. **See Bilal v. State, 82-3171**. On the date of July 13, 2007 I had a bi-annual review hearing before the Honorable Terry D. Terrell, First Judicial Circuit, Escambia County, Pensacola, Florida. **See In re Commitment of Jamal Ali Bilal, 99-1507**.

    I understand your concerns regarding **Pretrial Order N. 18C ("PTO 18C")** that required me to serve a Plaintiff Profile Form ("PPF") no later than July 16, 2006. However, as you are clearly aware, the federal court ordered Mr. Phillip A. Wittmann, Esq. and Mr. Russ M. Herman, Esq. to provide me assistance in filling out these forms. The court also ordered the above two attorneys to communicate with me to which as of this date they have not done so. Of course I am not an attorney and as I understand it I am one of the few if not only Plaintiff a part of this proceeding pro se. Inasmuch, I will again notify the court that the above attorneys have not complied with its orders.

    Thank you for notifying me your concerns.

                                                Sincerely yours,

                                                Jamaal Ali Bilal

1

CC:  Honorable Judge Fallon, U.S. District Court, New Orleans
 Phillip A. Wittman, Esq.
 Russ M. Hermann, Esq



Jamaal Ali Bilal 99-0124
FCC, 13013 A.E. Hwy 40
Ocala, Florida 34470

Legal Mail

RECEIVED
SEP - 4 2007
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

MANASOTA FL 342
23 JUL 2007 PM 2 T

7010/9993

Honorable Eldon Fallon
U.S. District Court Judge
Eastern District of Louisiana
United States Courthouse
New Orleans, Louisiana