UNITED STATES DISTRICT COURT
EASTERN DIVISION FOR LOUISIANA
HONORABLE JUDGE FALLON/MAG. JUDGE KNOWLES

Joan M. Petty
Plaintiff

CASE No. C-06-1699
MDL 1657

Vs

Merck & Co. Inc.
Defendant

MOTION TO DISMISS

RECEIVED OCT 29 2007 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

PLAINTIFF, Joan M Petty, request a Motion to Dismiss from this Court for the following reasons:

Plaintiff states this case will be a waste of time and money to go to trial when there is no remedy for damages as Judge Fallon pointed out the preemption law and Congress oversight.

Plaintiff further states I died on the operating table during a heart attack caused from taking the product Vioxx and have permanent life threatening damage.

Plaintiff states my health was injured and I am a victim who cannot afford to jeopardize my health anymore.

Plaintiff has lost her life, health and her home and has nothing left and lives from day to day on medication. There fore I request that this case be dismissed and removed from the MDL List 1657.

I have give Notice and Demand to the Attorney Robert Fenstersheib to file notice of being dismissed as my legal advisor. Attached is a copy here to.

Submitted by:

*Joan M Petty*
Joan M. Petty
1525 Lake Clay Dr;
Lake Placid, Florida 33852

Cc: served
Attorney Robert Fenstersheib
And
United States Judicial Panel