
OCT 29 2007

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. [illegible]

UNITED STATES DISTRICT COURT
EASTERN DIVISION FOR LOUISIANA

Joan M. Petty
1525 Lake Clay Dr.
Lake Placid, Florida 33852

October 25, 2007

NOTICE AND DAMAND

Robert J. Fenstersheib
520 West Hallandale Beach Blvd
Hallandale, FL. 33009

Re: MDL 1657 Case # C 06- 1699
Judge Fallon/Mag. Judge Knowles

TO Mr. Fenstersheib,
This is a NOTICE AND DEMAND that I no longer want you or your associates to represent me in the Product Liability class action case 06-1699 or any legal representation.
I have had the opportunity to speak with you only one time in person and you have never called me or returned my calls for over a year.
Please remove this case from the United States Judicial Panel Litigation JPML.
Please be advised that I am with drawling the Product Liability case from US District Court " Motion to dismiss case 06-1699" with the with drawl statement removing yourself from the class action suit. 06-1699.
Effective as the foregoing date: October 25, 2007.

Sincerely,

*Joan M Petty*
Joan M. Petty


Cc: served to the following:

United States District Court
Eastern Division for Louisiana
New Orleans, LA.
Docket Clerk Sec. L
Judge Fallon/Knowles

Robert J. Fenstersheib and Associates.
520 West Hallandale Beach, Blvd.
Hallandale, FL. 33009

United States Judicial Panel
Clerk of the Panel
One Columbus Circle NE
Judiciary Building Room G 255
North Lobby
Washington DC 20002



JOAN M. PETTY
1535 LAKE CLAY DR.
LAKE PLACID, FLORIDA 33852

LAKELAND FL 338
25 OCT 2007 PM 1 T

UNITED STATES DISTRICT COURT
EASTERN DIVISION FOR LOUISIANA
NEW ORLEANS, LA 70130

ATTENTION DOCKET CLERK
FOR JUDGE FALLON

CIVIL 06-1699

70130+9999