```
 1  LARRY B. MOORE, #J-16151
    NKSP, A1- 148 Low
 2  POB 5000
    2737 West Cecil Avenue
 3  Delano, CA 93216-5000
 4
 5  PLAINTIFFS IN PRO SE
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF LOUISIANA
10  RUBY LOIS MOORE ESTATE (DECEDENT),  )  MDL. NO.: 1657
    by and through LARRY B. MOORE,      )
11                                      )  EDLA 07-668EEF
                    Plaintiffs,         )
12                                      )  (CAC 2 06-7548)
        vs.                             )
13                                      )  NOTICE TO "TAKE JUDICIAL"
    MERCK & CO., INC., ET AL.           )  NOTICE TO ORDER ENFORCEMENT
14                                      )  OF CONSENT DECREE OF GILMORE
                    Defendants.         )  VS. PEOPLE OF THE STATE OF
15                                      )  CALIFORNIA
```

16  TO: THE ABOVE-ENTITLED COURT, THE DEFENDANTS AND THEIR COUNSELS OF RECORD:

18  COMES NOW, LARRY B. MOORE, plaintiff in Pro Se whom hereby moves in this Honorable Court in the above-cause of action. To take judicial notice to issuing an order of enforcement of the Federal Consent Decree, imposed in Gilmore vs. People of California, and to either impose contempt sanctions on reasonable attorney fees and/or forward it's finding to the Federal Courts, in which the State and California Department of Corrections and Rehabilitations entered into, to stock law books in prison law libraries for inmate population, including for the plaintiff, hereto.

This notice will be based on the file, papers, the attached exhibits, inmate signatures and upon attached memorandum of points

1.

and authorities, and the attached declaration in support, hereinto.

DATED: October 18, 2007.

Respectfully submitted,

*Larry B. Moore*
LARRY B. MOORE / PLAINTIFF

## MEMORANDUM OF POINTS AND AUTHORITIES

This notice is presented upon the order of the Honorable William D. Palmer, of the hearing on September 5, 2007. Since Plaintiff has informed the Court. That prison officials her at North Kern State Prison, at Delano, California, on A Yard, has removed all case cite, reference and procedural law from inmate accessibility, including the Plaintiff in prepartion and pursuing his claim, hereinto, and other claims, pending in other State and Federal Courts.

It has been approximately two to three weeks, that prison law library staff, here at the prison, mention above. Came into the A Yard Law Library, while Plaintiff and other inmates, were researching case law, in preparing for this cause of action. These prison staff were not to take any reference and procedural law books, since they think the three computers at that time, would be sufficient for a inmate population of 1,400 plus.

In presenting this major problem to this Court's attention and jurisdiction for Your Honor to enforce the mandate held in <u>Gilmore.</u>

II.
STATE JUDICIAL OFFICER HAS INHERENT COMMON LAW
POWER TO ENFORCE FEDERAL CONSENT DECREE AS A
JUDICIAL DECREE

Plaintiff asserts that Your Honor has the inherent common-law

power to enforce the consent decree held in Gilmore, and to also forward a copy of it's ruling to the Federal Courts, where the consent decree was entered into.

A consent decree is enforceable as a judicial decree and " is subject to the rules generally applicable to other judgments and decrees". See, Rufo v. Inmate of Suffolk County Jail, 502 U.S. 367, 378, 112 S.Ct. 748, 116 L.Ed.2d 867 (1992).

It has been established the failure of a prison law library to stock the books needed for inmates, including the Plaintiff's to stock the books needed for inmates to meaningfully pursue their constitutional claims in court may lead to a violation of the constitutional right to have "meaning" access to courts. See, Gilmore v. People of the State of California, 220 F.3d 987 (9th Cir. 2000). Held, absence of U.S. Supreme Court Reports, other federal reporters, the Untied States Code, annotated copies of the state's code, many local federal district rules, and U.S. Law Week, refernce and procedural law books, and U.S. Law Week from prison law library violates right of access to the Court.

## CONCLUSION

Plaintiff respectfully request the Court impose it's inherent common-law power of enforcing the Gilmore consent decree held in Gilmore, against North Kern State Prison of California Departmet of Corrections and Rehabilitations, to re-stock the law books including stocking up-dates case law, reference and procedural law books. Regardless of the stocking computers, since to date neither side has presented any pleadings to the Gillmore court for a modification of the consent decree. To grant Plaintiff's ex parte application that is accompanying, hereinto.

- 3 -

DATED: October 18, 2007.

Respectfully submitted,

*Larry B. Moore*
LARRY B. MOORE/PLAINTIFF

DECLARATION IN SUPPORT OF ORDER TO ENFORCE GILMORE CONSENT DECREE:

I, LARRY B. MOORE, declares as follows:

1. That I am the Pro Per Prisoner litigant plaintiff in the cause of action. He is incarcerated at north Kern State Prison, at Delano, California.

2. The Prison Law Library on A Yard, where Plaintiff is housed has taken out of stock all law books, without an order of modification from the Gilmore court, in which there is a consent decree. This act and omissions of prison officials, has denied plaintiff meaningful access to the Courts, in violation of his Constitutional rights.

3. Plaintiff has gathered some 42 inmates other then Plaintiff to sign the attached consent to use their names, in supporting this pleading, because as the plaintiff. They also are being denied their meaningful access to the Courts, in presenting and preserving their colorful claims, and to address claims forth coming. Their signature if carbon copied will act as if they were the original for the purpose of this cause.

WHEREFORE, Plaintiff, seeks the Court to use it's jurisdiction to order enforcement of Gilmore, and order the re-stockinng of the law books, and are grant Plaintiff's ex parte application.

I declare under penalty of prejury that the above is true and correct. Executed this 18th day of October, 2007, at Delano, Califoria.

4.

*Larry B. Moore*

SUPPLEMENTAL DECLARATION OF PRO SE PLAINTIFF LARRY B. MOORE IN SUUPORT OF NOTICE TO "TAKE JUDICIAL" NOTICE, ETC. :

I, LARRY B. MOORE, further declares as follows:

1. That though, I am incarcerated in California State Prison, I do have pending in State and Federal Court, other then the instant action the following:

2. Petition For Writ Of Habeas Corpus By State Prisoner, entitle Larry B. Moore vs. Lea Ann Chrones, Warden; Case No.: CV-03-9543-GPS (MAN), U.S. District Court, Central District of California.

3. Lawsuit on State Tort Claims, entitled: Larry B. Moore and Bobby L. Moore vs. Merck & Co., Inc., McKesson Corporation, et al., Case No.: BC35939, Los Angeles County Superior Court in California.

4. Lawsuit entitled: Larry B. Moore vs. Jeanne Woodford, et. al., Case No.: S1500CV255577 WDP, in which hearing is set for October 30, 2007 for trial judge to consider stay of action, due to this notice. See, Exhibit "A", attached hereto.

5. Lawsuit stayed on October 10, 2007, entitled, Larry B. Moore vs. County of Kern, et al., Case No.: S1500CV259287 SPC, based on this notice, hereinto and the notice to stay. See, Exhibit "B", attached hereto. Plaintiff has bona fide civil actions and yet the Prison Officials, are denying him meaning access to the Courts of the daily changes in the law, which effects these actions. The US District Judge, must take judicial notice this non-compliance.

I declare under the penalty of perjury, that the facts and statements are true and correct, to the best of my knowledge and belief.

Executed this 16th day of October, 2007, at Delano, California

*Larry B. Moore*
5.  LARRY B. MOORE/DECLARANT.

THE UNDER-SIGNED DO HEREBY STATE THAT THEY HAVE EACH PERSONALLY READ THE ATTACHED INMATE/PAROLEE ON ORDER, ENFORCEMENT OF CONSENT DECREE OF GILMORE: THE USE OF THEIR NAMES IN THE ABOVE AND TITLED ACTION.

| NAME (PRINTED) | CDC NUMBER | SIGNATURE | HOUSING |
|---|---|---|---|
| GRIEGO, M. | P-78066 | Michael Griego | A-1-218 Lo |
| JIMENEZ, S. | F-34710 | STEVEN JIMENEZ | A-1-164 |
| Benito Peña | C-33??? | Peña | A-1-11 |
| Edwin Garcia | V-69717 | Edwin G. | A1-154 |
| Durán, Jose | F 60306 | Jose Ruiz | A-203 |
| STEVE LOPEZ | P-94362 | Steve Lopez | A-1-23 |
| Ruiz, David | V-04307 | David Ruiz | A-1-14 |
| HERNANDEZ, MARIO | V-46020 | Mario Hernandez | A-1-25 |
| JIMENEZ, LUIS | F-48568 | Luis Jimenez | A-1-124 |
| DUARTE, SHAWN | F-56546 | Shawn Duarte | A-1-169 |
| Hara, Jorge | F-53272 | Jorge Hara | A-1-13 |
| Martinez, Victor | F-30259 | Victor M. Martinez | A-1-16 |
| Juan Ortiz | F-51635 | Juan Ortiz | A-1-156 |
| Carlos Padilla | F-77145 | Carlos Padilla | A-1-154 |
| Raymond Hernandez Sr | P-17807 | Raymond Hernandez Sr | A-1-2 |
| JOSHUA RAFAEL | F-68945 | Joshua Rafael | A-1 FRU |
| RICHARD ANDREWS | F-68461 | Richard Andrews | A-1-15 |
| Anthony Fajardo | V-77368 | Anthony Fajardo | A-152 |
| MENDEZ, H | E-25419 | Humberto Mendez | A-1-203 |
| HOVANNISIAN, A. | F-27374 | A.H. | A-1-2 |
| Uhler, S. | P-96343 | S. Uhler | A-1-7 |
| David Gailey | F-61756 | David Gailey | A-1-168 |
| Richard Boone | F-71178 | R. Boone | A-1-4 |
| M. Puder | T-33865 | M. Puder | A-1-19 |
| D. STANFORD | F-28663 | D. Stanford | A-1-11 |
| J. Routson | P-51052 | James Routson | A-1-11 |
| R. Reynolds | F-63228 | Ronald Reynolds | A-1-20 |
| J. Palmas | F-73149 | J. Palmas | A-1-16 |
| J. Fuentes | F-75518 | J. Fuentes | A-1-166 |
| M. Peacock | D-74835 | Matt Peacock | A-1-13 |

6.

THE UNDER-SIGNED DO HERE BY STATE THAT THEY HAVE EACH PERSONALLY READ THE ATTACHED INMATE/PAROLEE. ON ORDER, ENFORCEMENT OF CONSENT DECREE OF GILMORE: THE USE OF THEIR NAMES IN THE ABOVE AND TITLED ACTION.

| NAME (PRINTED) | CDC NUMBER | SIGNATURE | HOUSING |
|---|---|---|---|
| Michael Singleton | #05565 | Michael A Singleton | A1-1334 |
| Dailey Sparks | F-73179 | Dailey Sparks | A-1/115 |
| MICHAEL VALDEZ | F-71935 | Michael Valdez | A-1/211 |
| Danny Dallas | F-49961 | Danny Dallas | A-1/14c |
| JIMMY JOHNSON | H-69308 | Jimmy Johnson | A-1-157L |
| Darryl Sloan | P21548 | Darryl Sloan | A1-138 |
| PRINCE ESHAN | V02534 | Prince Eshan | A-1-126u |
| JOHN TATUM | J-52180 | John Tatum | A-1-231L |
| MICHAEL SCOTT | F46706 | Michael Scott | A-1-245 |
| RONNY CALDERON | F51507 | R J Cal | A1-107 |
| Luther Poor | D-22221 | Luther Poor | A/1-139 up |
| KENNETH E. SMITH | F-74826 | Kenneth E. Smith | A1-155 Loc |

7,