

# SUPERIOR COURT OF CALIFORNIA
## METROPOLITAN DIVISION
1415 TRUXTUN AVENUE, BAKERSFIELD, CA, 93301

**DATE:** FRIDAY, SEPTEMBER 28, 2007　　**COURT MET AT:** 8:30 AM　　DEPARTMENT 4

**PRESENT:** HON: SIDNEY P CHAPIN, JUDGE　　**CLERK:** L GOALDER/LG

**REPORTER:** NONE　　**BAILIFF:** NONE

| TITLE: | COUNSEL: |
|---|---|
| LARRY B MOORE | IN PRO PER |
| VS. | |
| JEANNE WOODFORD | DAVID ADIDA |
| ROBERT R MEKEMSON M.D. | " " |
| SAM SHIELDS M.D. | " " |
| BETTY WALDROP | " " |
| S PAZ M.T.A. | " " |
| KYLE MCKINSEY | " " |
| NADIM KHOURY MD | " " |
| LEA ANN CHRONES | " " |
| BRAD ESPINOSA | " " |
| M JUNIOUS | " " |
| J L COBBS | " " |
| S BRAKEBILL | " " |
| T W STEADMAN | " " |
| R IWAY MD | " " |
| ANIL N GUPTA MD | " " |
| DAISY CENA | " " |
| CECILIA QUIOCHO | " " |
| J NG | " " |
| STEVE PAZ | " " |
| JOHN CLOSE MD | " " |
| JAMES TILTON DBA ACTING SECREATARY OF THE C/ | " " |

**CASE NUMBER: S-1500-CV-255577, WDP**

**NATURE OF PROCEEDINGS:** RULING ON: NOTICE OF STAY ON 9/24/07 FILED BY LARRY B MOORE

MATTER TO BE HEARD ON 10/30/07 AT 8:30 A.M. IN DEPARTMENT 15 BEFORE JUDGE WILLIAM PALMER.

DECLARATION OF MAILING

The undersigned, of said Kern County, says: That I am a Deputy Clerk of the Superior Court of the State of California, in and for the County of Kern; that I am a citizen of the United States, over 18 years of age, a resident of Kern County, and not a party to the within action, that I served the above Declaration of mailing on counsel for respective parties in the within action by depositing true copies thereof, enclosed in sealed envelopes with postage thereon fully prepaid in the United States mail at Bakersfield, California, addressed as follows:

DAVID ADIDA
ATTORNEY GENERAL OFFICE
300 S SPRING ST 5FL
LOS ANGELES, CA 90013-1204
PH: (213) 897-2148

LARRY B MOORE
#J-16151 NKSP/FAB-1-148 LOW
POST OFFICE BOX 5000
DELANO, CA 93216-5000

**TERRY McNALLY**
Clerk of the Superior Court

DATE: Friday, September 28, 2007

By _____ Deputy
L GOALDER



# SUPERIOR COURT OF CALIFORNIA
## METROPOLITAN DIVISION
### 1415 TRUXTUN AVENUE, BAKERSFIELD, CA, 93301

**DATE:** WEDNESDAY, OCTOBER 10, 2007  **COURT MET AT:** 8:30 AM  **DEPARTMENT** 4

**PRESENT:** HON. SIDNEY P CHAPIN, JUDGE  **CLERK:** JULIE WHITWORTH/GMM

**REPORTER:** CHRISTINA SCHWANDT  **BAILIFF:** PAM BELMORE

| TITLE: | COUNSEL: |
|---|---|
| LARRY B MOORE | IN PRO PER |
| VS. | |
| COUNTY OF KERN | JENNIFER ESQUIVEL-ZAHRY |
| KERN MEDICAL CENTER | " " |
| DONG MD | " " |
| EUGEN E KERCHER MD | " " |
| MANUEL GARRIDO MD | " " |
| SAM SAYANI MD | " " |
| DAVID F JADWIN DO | JOHN A JURICH ESQ |
| THOMAS B PURCELL MD | JENNIFER ESQUIVEL-ZAHRY |
| JAMSHID TEHRANZADEH MD | " " |
| JAVED M SYED MD | " " |
| SUSIE PRICE RN | " " |
| ANN BRAVO | " " |
| B HARRISON | " " |
| THERESA KIMURA YIP | N/A |
| JOHN CLOSE MD | " " |
| ANIL GUPTA MD | " " |
| ROBERT MEKEMSON MD | " " |
| T HENSCHEL | " " |

**CASE NUMBER: S-1500-CV-259287, SPC**

**NATURE OF PROCEEDINGS:** MOTION TO STAY ; FILED BY PLAINTIFF, LARRY B. MOORE.

THE ABOVE ENTITLED CAUSE CAME ON REGULARLY AT THIS TIME TODAY FOR HEARING WITH PARTIES AND COUNSEL PRESENT AS FOLLOWS:

LARRY B MOORE (PL-1) APPEARS IN PROPRIA PERSONA. APPEARS TELEPHONICALLY BY CLERK'S TELEPHONE; TRANSFERRED INTO COURTROOM BY SWITCHBOARD OPERATOR.

NO APPEARANCE BY ANY OTHER PARTY OR COUNSEL OF RECORD.

NO APPEARANCE BY DAVID ADIDA, DEPUTY ATTORNEY GENERAL (SPECIALLY APPEARING). COUNSEL WAS SCHEDULED TO APPEAR BY COURTCALL, BUT DID NOT ANSWER WHEN CASE WAS CALLED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROCEEDINGS STAYED. CASE STAYED IN ITS ENTIRETY. PLAINTIFF TO SUBMIT CERTIFICATE OF PROGRESS, COMMENCING 1/8/08, AND EVERY NINETY (90) DAYS THEREAFTER.

FURTHER CASE MANAGEMENT CONFERENCE ON 10/30/2007 VACATED.

COPY OF MINUTE ORDER MAILED TO ALL PARTIES AS STATED ON ATTACHED DEC        ION OF MAILING THIS

S-1500-CV-259287, SPC
MOORE VS COUNTY OF KERN

DATE.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN
Metropolitan Division
1415 Truxtun Avenue
Bakersfield, California 93301



TITLE OF ACTION:   MOORE V. COUNTY OF KERN   CASE NUMBER: CV-259287  SPC

I certify that I am not a party to this cause and that a copy of the attached was mailed first class, postage prepaid, in a sealed envelope as addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at Bakersfield, California:

On (Date): October 10, 2007

Terry McNally, Clerk of Court,

By_____ Deputy
GABRIELLE M. MCKENDRY

NORTH KERN STATE PRISON
LARRY B. MOORE #J-16151
FAB-1-148 LOW, POB 5000
2737 W. CECIL AVENUE
DELANO, CA 93216-5000


JENNIFER E. ZAHRY
COUNTY OF KERN, COUNTY COUNSEL
KERN COUNTY ADMINISTRATIVE CENTER
1115 TRUXTUN AVENUE, 4TH FLOOR
BAKERSFIELD, CA 93301


JOHN A JURICH
PATTERSON, RITNER, LOCKWOOD & JURICH
5000 CALIFORNIA AVENUE, STE. 202
BAKERSFIELD, CA 93309-0711


COURTESY COPY MAILED TO:
DAVID ADIDA
DEPUTY ATTORNEY GENERAL
300 SOUTH SPRING STREET, 5N
LOS ANGELES, CA 90013-1204


The singular includes the plural. This certificate must be attached the original or a true copy of the document served by mail and filed in the action. If the copy of the document served by mail does not bear a notation of the date of mailing, an unsigned copy of this certificate must accompany the document served by mail.

**CLERK'S CERTIFICATE OF MAILING**

12

1

PROOF OF SERVICE BY U.S. MAIL

I declare under penalty of perjury, that I am over the age of 18 years old, a party to the cause. That I am a United States Citizen and did cause with postage pre-paid by U.S. Mail of the following:

1) Letter to Attorney John N. Poules, dated October 17, 2007.
2) NOTICE TO "TAKE JUDICIAL" NOTICE TO ORDER ENFORCEMENT OF CONSENT DECREE OF GILMORE VS. PEOPLE OF THE STATE OF CALIFORNIA.
3) PLAINTIFF RUBY LOIS MOORE'S ESTATE PROFILE FORM AND THE DECLARATION OF LARRY B. MOORE PRO SE PRISONER LITIGANT PLAINTIFF

and mailed to the following parties:

Deputy Courtroom Clerk for
U.S. District Judge Elden E. Fallon
U.S. Courthouse, Eastern District
of Louisiana
New Orleans, LA 70130

John N. Poules
Hughes Hubbard & Reed LLP
Law Offices
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07303-3910

VERIFICATION

I declare under penalty of perjury that the above is true and correct. Executed this 18th day of October, 2007, at Delano, California.

*Larry B. Moore*
LARRY B. MOORE
DECLARANT.