UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*Moore v. Merck & Co., Inc., et al.*, 07-668

## ORDER

The Court recently received a Plaintiff Profile Form and Declaration from Mr. Moore in the above-captioned case. As these materials should not have been provided to the Court, IT IS ORDERED that they be forwarded to Wilfred P. Coronato at Hughes Hubbard & Reed LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, as identified in Pre-Trial Order No. 18C.

New Orleans, Louisiana, this 1st day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve a copy of this Order on the following by mail:

Larry B. Moore
#J-16151
NKSP, A1-148 Low
POB 5000
2737 West Cecil Avenue
Delano, CA 93216-5000