IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

RANSOM HALL )
 )
    Plaintiff, )
 )   Case No. 2:06-CV-10113-EEF-DEK
 )
 )   MDL Docket No. 1657
MERCK & CO., INC., )
    Defendant. )

## NOTICE OF RELEASE OF ATTORNEY LIEN

NOW COMES Ransom Hall, Plaintiff, and files this Notice of Release of Attorney Lien in the above captioned matter, and would show unto the Court:

Plaintiff retained attorney Devoe G. Treadwell to represent him in his lawsuit against Defendant. Devoe Treadwell filed a Complaint on behalf of Plaintiff on or about September 29, 2006 in the U.S. District Court, District of Kansas.

The lawsuit was assigned case number 06-1289-MLB by the U.S. District Court, District of Kansas.

Within said Complaint, paragraph 89, Devoe Treadwell asserted an attorney's lien.

On or about October 31, 2006, the matter of Ransom Hall v. Merck & Co., Inc. was transferred to this Court and assigned to MDL No. 1657.

Devoe Treadwell as resigned and withdrawn as Plaintiff's attorney. On October 23, 2007, Devoe Treadwell released and waived his rights to reimbursement for services rendered in this matter and signed an "Attorney Release of Lien", attached hereto and incorporated herein by reference.

Plaintiff is currently a pro se Plaintiff in this matter.

C:\VIOXX\Filings\10-27-07 Notice of Release of Attorney

Respectfully Submitted,

*Ransom O. Hall*

Ransom O. Hall

Signed by permission (authority of Power of Attorney) by Penny Calhoun

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was served by first class mail on this 27th day of October, 2007 to:

Russ Herman
Herman, Herman, Katz & Cotler LLP
820 O'Keefe Ave.
New Orleans, LA 70113
PLAINTIFFS' LIASION COUNSEL

Wilfred P. Coronato
Hughes, Hubbard & Reed, LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302-3918
COUNSEL FOR DEFENDANT

Phillip A. Whittman
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
DEFENDANT'S LIASION COUNSEL

*Ransom O. Hall*

Ransom Hall (Plaintiff)
Signed by permission (authority of Power of Attorney) by Penny Calhoun

## ATTORNEY RELEASE OF LIEN

Comes now, DeVoe G. Treadwell, Esquire, an attorney licensed by the State of Kansas and releases his lien in the above captioned matter.

1. On or about September 29, 2006, the undersigned filed a Complaint on behalf of the plaintiff, Ransom Hall, in the United States District Court District of Kansas styled Ransom Hall v. Merck & Co., Inc.

2. The matter of Ransom Hall v. Merck & Co., Inc. was assigned case number 06-1289-MLB by the United States District Court, District of Kansas.

3. Within said complaint, an attorney's lien was asserted by me in paragraph 89, page 12.

4. On or about October 31, 2006, the matter of Ransom Hall v. Merck & Co., Inc. was transferred to the United States District Court, Eastern District of Louisiana, M.D.L. Docket No. 1657.

5. The undersigned has resigned and withdrawn as Plaintiff's attorney and hereby notifies all parties and this Court of his intention to waive or relinquish any right, statutory or otherwise, for services rendered and expenses incurred, if any, in the matter of Ransom Hall v. Merck & Co., Inc.

Signed this 23rd day of October, 2007.

DeVoe G. Treadwell

Attorney Lien Release – DeVoe Treadwell
Ransom Hall v. Merck & Co., Inc.

M.D.L. 1657
Page 1 of 1

## ACKNOWLEDGEMENT

STATE OF KANSAS

COUNTY OF SEDGWICK

This instrument was acknowledged to me on this 23rd day of October, 2007, by DeVoe G. Treadwell.

_Kerry Lynn Ybarra_
Notary Public

_Kerry Lynn Ybarra_
Printed name of notary

[Notary seal: KERRY LYNN YBARRA, NOTARY PUBLIC, STATE OF KANSAS, My Appt. Exp. 4-11-11]

My commission expires: 4-11-11

Attorney Lien Release – DeVoe Treadwell
Ransom Hall v. Merck & Co., Inc.

M.D.L. 1657
Page 2 of 2