UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>RAMON ALVARADO, et al.<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Case No. 06-7150<br><br>AND<br><br>PHILIP DAWSON,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Case No. 07-1259<br><br>AND<br><br>MATTHEW DEVITO, et al.,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Case No. 07-0562<br><br>AND | MDL Docket NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E FALLON<br>MAGISTRATE JUDGE KNOWLES |

1

| | |
|---|---|
| DIANE DURBIN | : |
| v. | : |
| MERCK & CO., INC., | : |
| Case No. 06-11302 | : |
| AND | : |
| BARBARA MCKEAL | : |
| v. | : |
| MERCK & CO., INC., | : |
| Case No. 07-0380 | : |
| AND | : |
| PAUL NOE and ARLENE NOE, | : |
| v. | : |
| MERCK & CO., INC. and WIGBERTO C. CAMAMOT, M.D., INC., | : |
| Case No. 07-3311 | : |
| AND | : |
| RONALD PALES, | : |
| v. | : |
| MERCK & CO., INC., | : |
| Case No. 07-1389 | : |
| AND | : |

| | |
|---|---|
| DONALD R. PREUNINGER and FLORA N. PREUNINGER, | : |
| v. | : |
| MERCK & CO., INC., | : |
| Case No. 06-10305 | : |
| AND | : |
| JACK RIDINGER, | : |
| v. | : |
| MERCK & CO., INC., | : |
| Case No. 07-0381 | : |
| AND | : |
| VIET TRAN, | : |
| v. | : |
| MERCK & CO., INC., | : |
| Case No. 07-0368 | : |
| AND | : |
| PAMELA TRIBBY, et al. | : |
| v. | : |
| MERCK & CO., INC. | : |
| Case No. 07-4118 | : |
| AND | : |

| | |
|---|---|
| TIMOTHY R. WATSON, | : |
| v. | : |
| MERCK & CO., INC., | : |
| Case No. 05-5545 | : |
| AND | : |
| DAVID WYSER, | : |
| v. | : |
| MERCK & CO., INC. | : |
| Case No. 07-2695 | : |

**PLAINTIFFS STEERING COMMITTEE'S ("PSC") OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO MERCK'S MOTIONS FOR SUMMARY JUDGMENT**

On September 22, 2006, Merck filed a motion for summary judgment on statute of limitation grounds. *See* Rec.Doc. 7345. That summary judgment motion sought a determination that the claims of plaintiffs Boyd and Janet Edmonds, Donald Stinson and Timothy Watson,[1] who reside in Alabama, Kentucky and Tennessee respectively, were time-barred alleging that the law of the jurisdictions where each plaintiff resides follow a 1 or 2-year statute of limitations in personal injury cases. Plaintiffs filed an opposition to Merck's motion for summary judgment on January 4, 2007, *see* Rec.Doc. 9548, the Court heard argument on February 28, 2007, and on March 22, 2007 the Court issued an order denying, as an MDL Court, Merck's motion for summary judgment. *See In*

---

[1] *See Edmonds, et al. v. Merck & Co., Inc.*, No. 05-5450 (E.D.La. Nov. 7, 2005); *Stinson v. Merck & Co., Inc.*, No. 05-5494 (E.D.La. Nov. 8, 2005); *Watson v. Merck & Co., Inc.*, No. 05-5545 (Nov. 14, 2005).

4

*re Vioxx Products Liability Litigation*, MDL 1657, 478 F.Supp.2d 897 (E.D.La. Mar. 22, 2007). In the order denying Merck's motion for summary judgment, the Court observed *inter alia* that the timeliness of particular cases was an issue of fact to be decided on remand.

The PSC in response to the instant motion incorporates by reference its June 4, 2007 opposition. The PSC has requested each of the attorneys representing plaintiffs subject to the instant motions to separately file opposition memorandums that are case-specific and address the applicable jurisprudence at issue.

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date: November 1, 2007

By: /s/ Leonard A. Davis
    **Russ M. Herman (Bar No. 6819)**
    Leonard A. Davis (Bar No. 14190)
    Stephen J. Herman (Bar No. 23129)
    ***Herman, Herman, Katz & Cotlar, L.L.P.***
    820 O'Keefe Avenue
    New Orleans, Louisiana 70113
    Telephone: (504) 581-4892
    Facsimile: (504) 561-6024
    **PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Matthew C. Gaughan, Esquire **(on brief)**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

| | |
|---|---|
| Drew Ranier, Esquire<br>RANIER, GAYLE & ELLIOT, L.L.C.<br>1419 Ryan Street<br>Lake Charles, LA  70601<br>(337)494-7171 (telephone)<br>(337) 494-7218 (telecopier) | Mark Robinson, Esquire<br>ROBINSON, CALCAGNIE & ROBINSON<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA  92660<br>(949) 720-1288 (telephone)<br>(949) 720-1292 (telecopier) |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of November, 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com