UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION : SECTION: L (3)
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

On July 31, 2007, the Court filed Special Master Paul R. Rice's Second Report and Recommendations into the record. *See* Rec. Doc. 11826. The Special Master's Second Report addresses certain documents and communications involving Merck and two outside consulting agencies, DDB Communications Group, Inc. and Ogilvy Public Relations Worldwide, Inc. These "third-party" documents were not included in the representative sample of documents reviewed by the Special Master and recently addressed by the Court. *See In re Vioxx Prods. Liab. Litig.*, 501 F. Supp. 2d 789 (E.D. La. 2007).

On September 21, 2007, after considering Merck's timely objections to the Special Master's Second Report (Rec. Doc. 12068), the PSC's response (Rec. Doc. 12179), and Merck's reply (Rec. Doc. 12248), the Court directed the Special Master to supplement his Second Report with individualized recommendations on each of the "third-party" documents. *See* Rec. Doc. 12331. The Special Master has now completed this supplemental review and has delivered his Fourth Report and Recommendations to the Court.

Accordingly, the Court now issues this Order (1) to relieve the Special Master of his duty under Rule 53(f) to serve copies of his Fourth Report and Recommendations on the parties; (2) to file the attached Fourth Report and Recommendations into the record; and (3) to provide that, pursuant to Rule 53(g)(2), the parties shall file any objections to this fourth report no later than **ten (10) days** from today's date, that is, by November 11, 2007.

New Orleans, Louisiana, this 1st day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE