UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Denise Townsend v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:06-cv-10616 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that Russ M. Herman and Leonard A. Davis and the law firm of Herman, Herman, Katz & Cotlar, LLP, be enrolled as additional counsel for plaintiff, Denise Townsend in this matter.

New Orleans, Louisiana this __31st__ day of __October__, 2007.

_____
UNITED STATES DISTRICT JUDGE