IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: | MDL Docket No.: 1657 |
|---|---|
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Donald Patterson v. Merck & Co., Inc.*
Case No.: 06-cv-08319-EEF-DEK

**ORDER
RE: MOTION FOR SUBSTITUTION OF PARTIES
AND FOR LEAVE TO AMEND COMPLAINT**

This Court, having considered the Motion for Substitution of Parties and For Leave to Amend Complaint, hereby ORDERS that:

The Motion for Substitution of Parties and For Leave to Amend Complaint filed by Robert D. Erben, Attorney for Plaintiffs Bonnie S. Patterson, Matthew P. Patterson, James M. Patterson, and Decedent Donald Patterson, is GRANTED.

IT IS SO ORDERED.

DATED this  1st  day of  November , 2007.

*[signature: Eldon E. Fallon]*
United States District Judge