UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Leo Calcavecchia, et al. v. Merck & Co., Inc.;* Docket Number: 2:06-cv-7081 (only as to plaintiffs Patricia Gilley and Nola Stackhouse) | * | JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that all claims of Plaintiffs, Patricia Gilley and Nola Stackhouse, against Defendant, Merck & Co., Inc. in the above-captioned cases be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  1st  day of  November , 2007.

*[signature: Eldon E. Fallon]*
_____
DISTRICT JUDGE

898074v.1