A CERTIFIED TRUE COPY

NOV - 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV -6  PM 2: 25

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 19 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-119)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,384 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                          MDL No. 1657

## SCHEDULE CTO-119 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3  07-5004 | Martin G. Hernandez, et al. v. Merck & Co., Inc., et al. | 07-8061 |
| **MASSACHUSETTS** | | |
| MA 1  07-11835 | Katherine K. Madden, etc. v. Merck & Co., Inc. | 07-8062 |
| MA 1  07-11836 | Peter Vitale v. Merck & Co., Inc. | 07-8063 |
| MA 1  07-11837 | Sara Ouellette v. Merck & Co., Inc. | 07-8064 |
| MA 1  07-11838 | Katherine D'Entremont v. Merck & Co., Inc. | 07-8065 |
| MA 4  07-40255 | Barbara Fleming v. Merck & Co., Inc. | 07-8066 |
| **MARYLAND** | | |
| MD 1  07-2622 | Charles J. Rites, et al. v. Merck & Co., Inc. | 07-8067 |
| MD 1  07-2624 | John D. Haslup v. Merck & Co., Inc. | 07-8068 |
| MD 1  07-2625 | James W. Outlaw, Sr., etc. v. Merck & Co., Inc. | 07-8069 |
| MD 1  07-2648 | Shirley Segall, et al. v. Merck & Co., Inc. | 07-8070 |
| **MINNESOTA** | | |
| MN 0  07-4134 | Marilyn Jefferson v. Merck & Co., Inc. | 07-8071 |
| MN 0  07-4165 | Betty J. Caldwell, et al. v. Merck & Co., Inc., et al. | 07-8072 |
| MN 0  07-4166 | Marianne L. Dean, et al. v. Merck & Co., Inc., et al. | 07-8073 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 1  07-237 | John Russell Cox v. Merck & Co., Inc. | 07-8074 |
| ~~MSN 2  07-180~~ | ~~Earlean Harris, et al. v. Merck & Co., Inc., et al.~~ Vacated 10/24/07 | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3  07-569 | Richard Young, et al. v. Merck & Co., Inc. | 07-8075 |
| ~~MSS 3  07-576~~ | ~~Dianne Dalton, et al. v. Merck & Co., Inc.~~ Opposed 10/30/07 | |
| MSS 3  07-580 | Caffie Aaron, et al. v. Merck & Co., Inc. | 07-8076 |
| **NEW YORK EASTERN** | | |
| NYE 1  07-4046 | Tai Man Lai, et al. v. Merck & Co., Inc. | 07-8077 |
| NYE 1  07-4048 | Charles Wittman, et al. v. Merck & Co., Inc. | 07-8078 |
| NYE 1  07-4086 | Romeal Ewers v. Merck & Co., Inc. | 07-8079 |
| **NEW YORK SOUTHERN** | | |
| NYS 1  07-8437 | Akousa Akyaamaa v. Merck & Co., Inc. | 07-8080 |
| **TEXAS NORTHERN** | | |
| ~~TXN 3  07-1662~~ | ~~McArthur Durham, et al. v. Merck & Co., Inc.~~ Opposed 11/5/07 | |
| **WASHINGTON WESTERN** | | |
| WAW 3  07-5539 | Jason B. Wachter, etc. v. Merck & Co., Inc. | 07-8081 |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION  MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-119)

Akousa Akyaamaa
1860 Morris Avenue
Apt. 1D
Bronx, NY 10453

Tamara L. Banno
Freese & Goss, PLLC
3031 Allen Street
Suite 100
Dallas, TX 75204

Levi Boone, III
Boone Law Firm
401 West Sunflower Road
P.O. Box 1772
Cleveland, MS 38732-1772

Sheila M. Bossier
Bossier & Associates, PLLC
1520 North State Street
Jackson, MS 39202

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Alan L. Cantor
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street, Suite 600
Minneapolis, MN 55402-4501

James V. Doyle, Jr.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street, North
Birmingham, AL 35203

Richard A. Freese
Freese & Goss, PLLC
2031 Second Avenue North
Birmingham, AL 35203

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Michael Steven Greene
Law Offices of Michael S. Greene, PA
11A Gwynns Mill Court
Owings Mills, MD 21117

Charles C. Harrell
Butler, Snow, O'Mara, Stevens & Cannada
P. O. Box 171443
Memphis, TN 38187-1443

Vilia B. Hayes
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Maria C. Hernandez
2674 Nemaha Way
Stockton, CA 95206

**MDL No. 1657 - Involved Counsel List (CTO-119) (Continued)**

Martin G. Hernandez
2674 Nemaha Way
Stockton, CA 95206

Alyson B. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Grant Kaiser
Kaiser Firm
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201-3812

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Elizabeth Woody Lindquist
Bernard, Lundgren & Associates
900 Aurora Avenue, North
Suite 100
Seattle, WA 98109

James Kevin Littleton
Littleton Law Office
P.O. Box 1155
Greenwood, MS 38935

Michael A. London
Douglas & London, P.C.
111 John Street, 8th Floor
New York, NY 10038

Alex H. MacDonald
MacDonald, Rothweiler, Eisenberg, LLP
One Bowdoin Square
8th Floor
Boston, MA 02114

James C. MacGillis
Trepanier & MacGillis, PA
310 4th Avenue, South
Suite 8000
Minneapolis, MN 55415

Anthony C. Ofodile
498 Atlantic Avenue
Brooklyn, NY 11217

James C. Patton, Jr.
Patton Law Office
P.O. Box 80291
Starkvilee, MS 39759

Alison B. Riddell
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922

Mitchell H. Tyner, Sr.
Tyner Law Firm
5750 I-55 North
Jackson, MS 39211

Catherine H. Wicker
Foley Hoag
115 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION          MDL No. 1657

## INVOLVED JUDGES LIST (CTO-119)

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Reginald C. Lindsay
U.S. District Judge
5130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Douglas P. Woodlock
U.S. District Judge
4110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Rya W. Zobel
U.S. District Judge
6110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. F. Dennis Saylor
U.S. District Judge
411 Harold D. Donohue Federal Building &
  U.S. Courthouse
595 Main Street
Worcester, MA 01608-2025

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal Building &
  U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. William D. Quarles, Jr.
United States District Judge
3A Edward A. Garmatz Federal Building &
  U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Michael P. Mills
Chief Judge, U.S. District Court
335 Federal Building & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

~~Hon. W. Allen Pepper, Jr.~~
~~U.S. District Judge~~
~~329 Federal Building~~
~~305 Main Street~~
~~Greenville, MS 38701~~

Hon. Tom S. Lee
Senior U.S. District Judge
222 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

**MDL No. 1657 - Involved Judges List (CTO-119) (Continued)**

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
James O. Eastland U.S. Courthouse
Suite 109
245 East Capitol Street
Jackson, MS 39201-2409

Hon. I. Leo Glasser
Senior U.S. District Judge
921 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. John Gleeson
U.S. District Judge
727 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Deborah A. Batts
U.S. District Judge
2510 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

~~Hon. David C. Godbey~~
~~U.S. District Judge~~
~~Earle Cabell Federal Building & U.S. Courthouse~~
~~1100 Commerce Street, Room 1358~~
~~Dallas, TX 75242-1003~~

Hon. J. Kelley Arnold
U.S Magistrate Judge
United States District Court
3210 United States Courthouse
1717 Pacific Avenue
Tacoma, WA 98402-3226

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION          MDL No. 1657

## INVOLVED CLERKS LIST (CTO-119)

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building &
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

David Crews, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

~~David Crews, Clerk~~
~~369 Federal Building & U.S. Courthouse~~
~~911 Jackson Avenue East~~
~~Oxford, MS 38655-3622~~

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

~~Karen S. Mitchell, Clerk~~
~~U.S. District Court~~
~~1100 Commerce Street~~
~~Room 1452~~
~~Dallas, TX 75242~~

Bruce Rifkin, Clerk
3100 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

November 6, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-119)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 19, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ [signature]
Docket Specialist

Attachments

cc:  Transferee Judge:     Judge Eldon E. Fallon
     Transferor Judges:    (See Attached List of Judges)
     Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36A