UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Kelly Allison v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:05-cv-04450 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## MOTION AND ORDER OF DISMISSAL

NOW INTO COURT through undersigned counsel, comes **Joyce Simms** (incorrectly referred to in the Complaint as **Joyce Simons**) a plaintiff in the above captioned matter, and on suggesting to this Honorable Court that Plaintiff, **Joyce Simms (Joyce Simons)** has no claim with regard to Vioxx against Merck and Co., Inc. and it is the desire of **Joyce Simms (Joyce Simons)** to dismiss, without prejudice, the claim that she has against Merck and Co., Inc. in the above entitled and numbered matter, each party bearing their respective costs thereto.

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman**, La. Bar No. 6819
**Leonard A. Davis**, La. Bar No. 14190
**Herman Herman Katz & Cotlar, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: ldavis@hhkc.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 6th day of November, 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com