UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Kelly Allison v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:05-cv-04450 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**ORDER**

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that the claim of **Joyce Simms** (incorrectly referred to as **Joyce Simons** in the Complaint) in the above captioned matter, be and the same is hereby dismissed, without prejudice, each party bearing their respective costs thereto.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE