# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: *Martinez v. Merck & Co., Inc.*, et al (2:06-cv-507, Sect. L, Mag. 3) | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

## AGREED ORDER OF DISMISSAL

**ON THIS** the ____ day of _____, 2007, came on Plaintiff, Jesusa S. Martinez, and Defendants, Jack Brackin, M.D. and Ralph Giovonnone, PA, by and through their respective attorneys of record, and hereby request that the Court enter a DISMISSAL with prejudice as to Defendant Jack Brackin, M.D. and Ralph Giovonnone, PA in this entitled and numbered cause, and the Court finding that the same should be granted,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-entitled and number cause be dismissed with prejudice as to the claims against Defendants Jack Brackin, M.D. and Ralph Giovonnone, PA, with prejudice to the rights of said Plaintiff to hereafter reassert any of the claims that were stated or could have been stated against said Defendants, with taxable costs taxed against the party incurring the same, for which let execution issue.

**SIGNED and ENTERED** on this the 1st day of November, 2007.

_____
JUDGE PRESIDING

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No.____
```

**APPROVED AS TO FORM AND SUBSTANCE:**

_____
Anthony E. Pletcher
State Bar No. 16069800
Federal ID No. 2842
WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 N. Carancahua
Corpus Christi, Texas 78478

COUNSEL FOR PLAINTIFF

_____
Richard C. Woolsey
State Bar No. 21989100
Federal I.D. No. 11623
HERMANSEN, McKIBBEN, WOOLSEY & VILLARREAL, L.L.P.
1100 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478

COUNSEL FOR DEFENDANTS
JACK BRACKIN, M.D. and
RALPH GIOVONNONE, PA