UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL DOCKET NO. 1657 |
| | ) | SECTION L |
| THIS RELATES TO: | ) ) | JUDGE FALLON |
| Mary R. Dalrymple, et al. v. Merck & Co <u>Docket Number: 07-3159</u> | ) ) ) | MAGISTRATE JUDGE KNOWLES |

### <u>ORDER OF DISMISSAL *WITH* PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal *With* Prejudice,

IT IS ORDERED that all claims of plaintiff Mary R. Dalrymple in the above-captioned case be and they hereby are dismissed with prejudice, each party to bear his or her own costs and attorney's fees.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE
Page 1 of 1

ROGERS S. WILSON
Attorney at Law
918 North Yakima
Tacoma, Washington 98403
Phone: 253-572-2440  Fax: 253-383-4110