UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     VIOXX®                      )
LIABILITY LITIGATION                   )     MDL DOCKET NO. 1657
                                       )
                                       )
THIS RELATES TO:                       )     PLAINTIFFS' VOLUNTARY
                                       )     DISMISSAL OF SUIT
DOCKET NUMBER:   07-3159               )
                                       )
Mary R. Dalrymple, et al. v. Merck & Co )

THIS MATTER, having been brought on behalf of the plaintiffs in the above-entitled matter, and on an ex parte basis before the undersigned Judge of the above-entitled Court, and the Court being fully advised in all matters, Now Therefore, It Is

ORDERED that this action is hereby dismissed, with prejudice, with no costs to be awarded to either party.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
ROGERS S. WILSON, WSBA #5405
Attorney for Plaintiff

AGREED this _30_ day of _August_, 2007.

_____          _____
MARY R. DALRYMPLE                        WINFRED DALRYMPLE
Plaintiff                                Plaintiff

ROGERS S. WILSON
Attorney at Law
918 North Yakima
Tacoma, Washington 98403
Phone: 253-572-2440  Fax: 253-383-4110

PLAINTIFFS' VOLUNTARY
DISMISSAL OF SUIT—Page 1

AGREED this 8th day of November, 2007.

*Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel