UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * * | MAGISTRATE JUDGE KNOWLES |
| Sadwick, Norma Levenfeld v. Merck & Co., Inc., Docket Number: 2:07-cv-01351. | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all of claims of the Plaintiff listed above against Defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation. Plaintiff's claims against the remaining defendant, namely Pfizer, Inc., shall continue in full force and effect.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

DISTRICT JUDGE