1  Jeffrey A. Bowersox, OSB # 81442
   Email: Jeffrey@BLFpc.com
2  Bowersox Law Firm, p.c.
   111 S.W. Columbia St., Suite 1000
3  Portland, Oregon 97201
   Telephone: (503) 452-5858
4  Facsimile: (503) 525-4833

5  Daniel E. Becnel, Jr., LA Bar #2929
   Matthew B. Moreland, LA Bar #24567
6  Kevin P. Klibert, LA Bar #26954
   LAW OFFICES OF DANIEL E. BECNEL, JR.
7  106 W. Seventh Street
   Post Office Drawer H
8  Reserve, LA 70084
   Telephone: (985) 536-1186
   Facsimile: (985) 536-6445
9

10 Attorneys for Plaintiff

11

12

13                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
14                         NEW ORLEANS DIVISION

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1657 |
|---|---|
|  | Judge Eldon E. Fallon |
| *VERN ACCORD, et al.,* |  |
| **Plaintiff Betty Carlson, only** | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFF BETTY CARLSON ONLY** |
| vs. |  |
| Merck & Co., INC., a foreign corporation |  |
| Defendant. | CASE NO: 2:05-cv- 4448-EEF-DEK |

23         IT IS HEREBY STIPULATED AND AGREED by and between counsel for

24   Plaintiff and counsel for Defendants that the Complaint of Plaintiff Betty Carlson only,

25   originally filed in the US District Court, Eastern District of Louisiana, and then transferred

26   later to the MDL No. 1657, *In Re: Vioxx Products Liability Litigation,* may be and is

27   hereby dismissed without prejudice.

28

The parties hereby stipulate that should Plaintiff ever file a Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 9/24/07

By: /s/ Betty Carlson
Betty Carlson

Dated: 9/26/07

By: /s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833

Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
Attorneys for Plaintiff Norman Svela

Dated: 10/2/07

By: /s/ Phil Wittmann
Phillip A. Wittmann, Esq.
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Defendant's Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of November, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2