UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Pales v. Merck & Co., Inc.* | * | |
| No. 07-1389 | * | MAGISTRATE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Ronald E. Pales, through the undersigned counsel, hereby moves the Court for an extension of the page length for his Memorandum in Opposition to Defendant's Motion for Summary Judgment.

Plaintiff is responding to Defendant's 70-page Memorandum of Law in Support of its Motion for Summary Judgment. This case involves complex issues, including multiple fact issues related to fraudulent concealment and the discovery rule.

Pursuant to this Court's local rules, the movant is permitted 25 pages and the respondent is granted 10 pages (a 5:2 ratio). Maintaining that same ratio, Plaintiff contends that it should be permitted up to 28 pages to respond to Defendant's 70-page memorandum.

For these reasons, Plaintiff requests that it be granted three (3) additional pages, for a total of thirteen (13) pages for its Memorandum in Opposition to Defendant's Motion for Summary Judgment.

WHEREFORE, Plaintiff Ronald E. Pales respectfully requests that it be granted three (3) additional pages, for a total of thirteen (13) pages for its Memorandum in Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

/s/ Grant Kaiser
Grant Kaiser
Texas Bar No. 11078900
**The Kaiser Firm LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 223-0000; fax (713) 223-0440

Drew Ranier
Lousiana Bar No. 8320
**Ranier, Gayle & Elliott LLC**
1419 Ryan Street
Lake Charles, Louisiana 70601
(337) 494-7171; fax (337) 494-7218

Walter Umphrey
Texas Bar No. 20380000
**Provost Umphrey Law Firm LLP**
490 Park Street
Beaumont, Texas 77701
(409) 835-6000; fax (409) 838-8888

Mikal Watts
Texas Bar No. 20981820
**The Watts Law Firm LLP**
555 North Carancahua Street
Corpus Christi, Texas 78478
(361) 887-0500; fax (361) 887-0055

James L. "Larry" Wright
Texas Bar No. 22038500
**The Watts Law Firm LLP**
111 Congress Avenue, Suite 1010
Austin, Texas 78701
(512) 479-0500; fax (512) 473-0328

John T. Boundas
Texas Bar No. 00793367
**Williams Kherkher Hart Boundas LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200; fax (713) 643-6226

*Attorneys for Plaintiff Ronald E. Pales*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail, email and/or hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of November, 2007.

/s/ Grant Kaiser
Grant Kaiser
**The Kaiser Firm LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-0000; fax (713) 230-0440
gkaiser@thekaiserfirm.com

cc:   by email only:

Robert Van Kirk          rvankirk@wc.com
**Williams & Connolly LLP**
725 Twelfth Street Northwest
Washington, D.C. 20005
(202) 434-5000; fax (202) 434-5029

Carrie A. Jablonski         carrie.jablonski@bartlit-beck.com
**Bartlit, Beck, Herman, Palenchar & Scott LLP**
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
(312) 494-4400; fax (312) 494-4440