UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Pales v. Merck & Co., Inc.* | * | |
| No. 07-1389 | * | MAGISTRATE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment,

IT IS ORDERED that Plaintiff Ronald E. Pales be and is hereby granted three (3) additional pages, for a total of thirteen (13) pages for its Memorandum in Opposition to Defendant's Motion for Summary Judgment.

SIGNED AND ENTERED in New Orleans, Louisiana on this ____ day of November, 2007.

_____
United States District Judge