# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Pales v. Merck & Co., Inc.* | * | |
| No. 07-1389 | * | MAGISTRATE KNOWLES |

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS A GENUINE ISSUE TO BE TRIED

Pursuant to Local Rule 56, Plaintiff Ronald E. Pales hereby submits his Statement of Material Facts as to Which There is a Genuine Issue to be Tried.

The question before this Court is purely a question of law as Merck & Co., Inc. (hereinafter "Merck") has moved on the incorrect legal standard under Illinois law. As shown in Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, Mr. Pales' stroke is considered a sudden traumatic injury under Illinois law. Therefore, the discovery rule does not apply to his actions against Merck. As such, Merck's arguments fail on the law.

If this Court does not find as a matter of law that Mr. Pales' stroke was a sudden traumatic injury, a jury should determine whether Mr. Pales' stroke was a sudden traumatic injury under Illinois Law.

Respectfully submitted,

/s/ Grant Kaiser

| | |
|---|---|
| Drew Ranier | Grant Kaiser |
| Lousiana Bar No. 8320 | Texas Bar No. 11078900 |
| **Ranier, Gayle & Elliott LLC** | **The Kaiser Firm LLP** |
| 1419 Ryan Street | 8441 Gulf Freeway, Suite 600 |
| Lake Charles, Louisiana 70601 | Houston, Texas 77017 |
| (337) 494-7171; fax (337) 494-7218 | (713) 223-0000; fax (713) 223-0440 |
| | |
| Walter Umphrey | Mikal Watts |
| Texas Bar No. 20380000 | Texas Bar No. 20981820 |
| **Provost Umphrey Law Firm LLP** | **The Watts Law Firm LLP** |
| 490 Park Street | 555 North Carancahua Street |
| Beaumont, Texas 77701 | Corpus Christi, Texas 78478 |
| (409) 835-6000; fax (409) 838-8888 | (361) 887-0500; fax (361) 887-0055 |
| | |
| James L. "Larry" Wright | John T. Boundas |
| Texas Bar No. 22038500 | Texas Bar No. 00793367 |
| **The Watts Law Firm LLP** | **Williams Kherkher Hart Boundas LLP** |
| 111 Congress Avenue, Suite 1010 | 8441 Gulf Freeway, Suite 600 |
| Austin, Texas 78701 | Houston, Texas 77017 |
| (512) 479-0500; fax (512) 473-0328 | (713) 230-2200; fax (713) 643-6226 |

*Attorneys for Plaintiff Ronald E. Pales*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail, email and/or hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of November, 2007.

                                                  /s/ Grant Kaiser  
                                                  Grant Kaiser  
                                                  **The Kaiser Firm LLP**  
                                                  8441 Gulf Freeway, Suite 600  
                                                  Houston, Texas 77017  
                                                  (713) 230-0000; fax (713) 230-0440  
                                                  gkaiser@thekaiserfirm.com

cc:    by email only:

Robert Van Kirk                     rvankirk@wc.com  
**Williams & Connolly LLP**  
725 Twelfth Street Northwest  
Washington, D.C. 20005  
(202) 434-5000; fax (202) 434-5029

Carrie A. Jablonski                carrie.jablonski@bartlit-beck.com  
**Bartlit, Beck, Herman, Palenchar & Scott LLP**  
54 West Hubbard Street, Suite 300  
Chicago, Illinois 60610  
(312) 494-4400; fax (312) 494-4440