UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *Pales v. Merck & Co., Inc.* | * | |
| No. 07-1389 | * | MAGISTRATE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On this day, this Court considered Defendant Merck & Co., Inc.'s Motion for Summary Judgment in the above-captioned case, and after reviewing the pleadings, response and evidence and hearing arguments of counsel is of the opinion that said Motion should be DENIED.

SIGNED AND ENTERED in New Orleans, Louisiana on this _____ day of November, 2007.

_____
United States District Judge