## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE** |
| *Allison, et al. v. Merck & Co., Inc.;* | * | **JUDGE KNOWLES** |
| Docket Number: 2:05-cv-5822 (only as | * | |
| to plaintiff Edward Poteet) | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that all claims of Plaintiff Edward Poteet against Defendant, Merck & Co., Inc. in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.


_____
DISTRICT JUDGE

898645v.1