UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1657<br><br>SECTION L |
| JOAN W. ANDREWS, as Personal Representative of the Estate JOHN F. ANDREWS, Deceased, | * * * * * | CASE NO. 05-2785<br><br><br><br>JUDGE ELDON E. FALLON |
| Plaintiff, v. | * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| MERCK & CO., INC., a foreign corporation, Defendant. | * * * * | PLAINTIFF DEMANDS TRIAL BY STRUCK JURY |

(THIS DOCUMENT RELATES TO: John F. Andrews vs. Merck & Co.; Civil Action No. 05-2785)

## FIRST AMENDED COMPLAINT

**COMES NOW** the Plaintiff, Joan W. Andrews, as Personal Representative of the Estate of John F. Andrews, Deceased, and amends the previously filed complaint as follows:

### IDENTIFICATION OF PARTIES

1.  Plaintiff Joan W. Andrews is the mother of John F. Andrews and, at all times material hereto, was a resident of Clayton County, Georgia. As a direct and proximate result of the death of John F. Andrews and the negligence and the other actions and/or omissions of Defendant Merck as more fully set forth in the Complaint, as amended, John F, Andrews was injured and harmed as set forth herein.

2.  John F. Andrews died on October 21, 2006. At the time of his death, John F. Andrews was a resident of Clayton County, Georgia. John F. Andrews was survived by his mother, Joan Andrews. John F. Andrews was not survived by a spouse.

1

3. Plaintiff Joan W. Andrews is bringing this action as the Personal Representative of the Estate of John F. Andrews, deceased, as survivors and as otherwise permitted under the law of the State of Georgia.

4. In all other respects, the identity and location of the named parties set forth in the original Complaint shall remain unchanged.

## COUNT I – WRONGFUL DEATH

6. Plaintiff realleges and restates those paragraphs above as if set forth fully herein.

7. Plaintiff Joan W. Andrews brings this action on behalf of the estate of John F. Andrews, his heir at law, and others, seeking damage for the wrongful death of John F.Andrews caused as the result of his ingestion of the dangerous product, VIOXX®.

8. As a direct and proximate result of the conduct of Defendant Merck, the breaches of implied and expressed warranties, the fraudulent misrepresentations, and/or the defective nature of VIOXX®, as more specifically described herein, John F. Andrews suffered bodily injury and harm, resulting in pain and anguish, and ultimate death. John F. Andrews, or those on his behalf, also incurred significant hospital and medical expenses, funeral and administration expenses, loss of earning capacity, shortened life expectancy, and loss of enjoyment of life. His loved ones also lost the love and affection of having John F. Andrews in their lives.

9. In addition to those other damages detailed above, Plaintiff Joan W. Andrews, for and on behalf of the Estate of John F. Andrews, his heirs, and others, seeks compensation for all pecuniary and compensatory damages incurred or lost as a result of John F. Andrews's death.

10.     Defendant Merck's conduct rose to the level of conscious, wanton, reckless, and intentional disregard for the rights and safety of others, including John F. Andrews.

**WHEREFORE**, the Plaintiff, Joan W. Andrews, for and on behalf John F. Andrews, deceased, demands a money judgment against Defendant Merck in the form of compensatory and punitive damages, as a jury deems reasonable and just, plus the costs and expenses of these proceedings.

## DAMAGES

18.     In addition to the damages claimed and the recovery sought in the original Complaint, Joan W. Andrews, on behalf of all surviving heirs, and on behalf of John F. Andrews, seeks the following additional damages, pursuant to Mississippi law:

   a.     The Estate of John F. Andrews and the surviving heirs of John F. Andrews have incurred medical and/or funeral expenses due to the decedent's injury or death, and has lost the prospective net accumulations which might have reasonably been expected but for the decedent's wrongful death.

   b.     Joan W. Andrews, on behalf of all surviving heirs, and on behalf of John F. Andrews, seeks all other damages recoverable under law and related to the death of John F. Andrews, including hospital and medical expenses, loss of earning capacity, shortened life expectancy, and loss of enjoyment of life.

   c.     Joan W. Andrews, on behalf of all other legal heirs of John F. Andrews, seeks recovery as the survivors of John F. Andrews, deceased.

19.     In all other respects, Plaintiff Joan W. Andrews adopts and incorporates the original Complaint as if set forth fully herein.

**DEMAND FOR JURY TRIAL**

**PLAINTIFF RESTATES HER DEMAND FOR A TRIAL BY STRUCK JURY ON ALL ISSUES PRESENTED.**

Signed this __7th____ day of November, 2007.

           **By:** ___/s/ Benjamin L. Locklar_____
                **ANDY D. BIRCHFIELD, JR. (BIR006)**
                **BENJAMIN L. LOCKLAR (LOC009)**
                **Attorneys for the Plaintiffs**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
 **METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 957-7555 – Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing First Amended Complaint upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and upon all other interested parties through LexisNexis, as required by the Court's Pretrial Order #8, on this the  _7th___ day of November, 2007.

| | |
|---|---|
| Richard C. Stanley | Phillip A. Wittman |
| Bryan C. Reuter | Dorothy H. Wimberly |
| Thomas P. Owen, Jr. | Carmelite M. Bertaut |
| **STANLEY, FLANAGAN** | **STONE PIGMAN WALTHER.** |
| **  & REUTER, LLC** | **  WITTMAN, LLC** |
| 909 Poydras Street | 546 Carondelet Street |
| Suite 2500 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70112 | (504) 581-3200 |
| (504) 523-1580 | (504) 581-3361 FAX |
| (504) 524-0069 – FAX | |

                          ____/s/ Benjamin L. Locklar_____
                          **OF COUNSEL**


**BEASLEY, ALLEN, CROW, METHVIN,**
  **PORTIS, & MILES, P.C.**
234 Commerce Street
Montgomery, Alabama  36104
(334) 269-2343
(334) 954-7555 - FAX
**Andy.Birchfield@beasleyallen.com**
**Ben.Locklar@bealseyallen.com**