# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | **MDL Docket No. 1657** |
| | * | |
| **JOAN W. ANDREWS, as Personal** | * | |
| **Representative of the Estate** | * | |
| **of JOHN F. ANDREWS, Deceased,** | * | **Case No. 2:05cv2785** |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & COMPANY, INC., a** | * | |
| **foreign corporation,** | * | |
| | * | |
| **DEFENDANT.** | * | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

On _____, 2007, the Court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. After considering the application, the Court:

**GRANTS** Plaintiff's Unopposed Motion for Leave to File Amended Complaint.

**SIGNED** this _____ day of November, 2007

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

1