## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **This Document relates to:** | \* | **In re:  VIOXX PRODUCTS** |
| **CASE NO. 2:05cv2785** | \* | **LIABILITY LITIGATION** |
| | \* | **MDL Docket No. 1657** |
| **JOAN W. ANDREWS, as Personal** | \* | |
| **Representative of the Estate of** | \* | **SECTION L - DIVISION 3** |
| **JOHN F. ANDREWS, Deceased,** | \* | |
| | \* | **JUDGE ELDON E. FALLON** |
| Plaintiff, | \* | **MAGISTRATE JUDGE** |
| | \* | |
| v. | \* | |
| | \* | |
| **MERCK & CO., INC., a foreign** | \* | |
| **corporation,** | \* | |
| | \* | |
| Defendant. | \* | |
| | \* | |

## CERTIFICATE OF COMPLIANCE

In compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certifies that as soon as the Order granting the Unopposed Motion for Leave to Amend Complaint is entered by the Court he will make the change directly on File & Serve to reflect the amended complaint in the above-referenced case.

   /s/ Benjamin L. Locklar
Andy D. Birchfield, Jr.
Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
 & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama   36103
(334) 269-2343
(334) 954-7555 - Fax
Attorneys for the Plaintiff

1