# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| BOYD EDMONDS and | |
| JANET EDMONDS, Plaintiffs, | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-5450, | |
| and | |
| DONALD STINSON, Plaintiff, | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-5494, | |
| and | |
| TIMOTHY R. WATSON, Plaintiff, | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-5545. | |

## AFFIDAVIT OF TIMOTHY WATSON IN OPPOSITION TO MERCK & CO.'S MOTION FOR SUMMARY JUDGMENT

Timothy Watson, being duly sworn, states the following:

1. I am forty-eight (48) years old and currently reside in Cadiz, Kentucky.

2. I am submitting this Affidavit in opposition to Merck & Co., Inc.'s ("Merck") Motion for Summary Judgment.

3. I was first prescribed Vioxx by Dr. Grace Teal in July 2001. I was prescribed Vioxx

1



for treatment of ankylosing spondylitis. I was prescribed 25 mg of Vioxx and consumed this dosage of the drug from July 2001 to August 2002.

4. While taking Vioxx I suffered a stoke on August 23, 2002, approximately fourteen (14) months after I began using the drug.

5. None of the doctors who treated me for my stroke informed me that Vioxx had any role in its cause.

6. It was not until well after the recall of Vioxx on September 30, 2004 that I had any knowledge that my injuries might have been caused by the drug. I did not really follow media coverage of the Vioxx withdrawal, and I saw no literature that said a person that used Vioxx for less than a year and a half could be at risk for heart attack or stroke. I do not have any close relatives, friends, or neighbors that have filed lawsuits for injuries related to Vioxx use. If Merck would have told me that use of Vioxx for under a year and a half could cause my injuries, I would have filed the lawsuit much sooner.

FURTHER AFFIANT SAYETH NOT

Dated: November 7, 2007

_____
TIMOTHY WATSON

Subscribed and sworn to before me this
7 day of Nov , 2007.
Notary Public

Missy Thomas
St of Ky
Expires 7-24-08

2