UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to All Actions | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

PLAINTIFF'S STEERING COMMITTEE'S JOINT RESPONSE TO
MERCK'S MOTIONS FOR ENTRY OF PRETRIAL ORDER
RE: ("Case Administration Motion") AND ("Late Comers Motion")

I. **INTRODUCTION**

The Plaintiffs' Steering Committee ("PSC") hereby responds to Defendant Merck & Co., Inc.'s ("Merck") motions for entry of a pretrial order relating to additional discovery obligations of plaintiffs with cases pending in this MDL proceeding as of November 9, 2007 and all claimants who have sought to toll the statute of limitations on their claims under the June 1, 2005 Tolling Agreement, (the "Case Administration Motion"); and motion for entry of a pretrial order relating to the establishment of a protocol for any claims filed in or transferred to this MDL proceeding after November 9, 2007, (the "Late Comers Motion").  Merck's motions envision the imposition of additional discovery burdens on such plaintiffs at this juncture because of the "significant progress made thus far in this MDL proceeding" or because "This MDL proceeding is moving towards its final phases."  While the PSC recognizes that the maturity of this MDL proceeding presents an opportune time to revisit and re-focus existing case management orders relating to plaintiff discovery, without access to a proposed order implementing such changes the PSC is unable to comment with any specificity.

1

## II.  ARGUMENT

The PSC recognizes that this Court has capably undertaken the herculean task of managing and administering this multi-district litigation involving over 23,450 plaintiff groups. At the onset of this MDL the Court promptly developed case management plans by issuing orders addressing plaintiff profile forms and other means of obtaining information relative to the individual claimants use of Vioxx and their physical injuries relating to that use. In addition, the Court presided over extensive motions practice relating to discovery, national and state specific personal injury class actions and test trials designed to provide illustrative and informative results for purposes of evaluating the verdicts obtained therefrom. As a consequence of this activity, this MDL has reached a level of maturity that could engender certain appropriate modifications of the existing case management plan.

The Manual for Complex Litigation (Fourth) §22.6 (2004), recognizes that the MDL Court is obliged to actively manage the litigation by periodically re-evaluating its case administration orders. The MCL states, "The Judge must promptly develop case management plans and orders, updating and modifying them as the litigation unfolds." *Id.* at 403. The PSC understands the Court's existing case management orders to adequately inform Merck of the condition of the plaintiffs' whose claims are pending within the MDL proceeding. Yet, the PSC recognizes that going forward with Merck's stated objective to try a substantial numbers of cases, there may exist the need for additional discovery of the plaintiffs' claims now pending within the MDL. This comports with PTO 18(c), paragraph 12.

Merck's motions represent an initial attempt to engage the Court in modifying its existing case administration orders. Merck's efforts cannot be fully evaluated absent a proposed order which

derives from their narrative. As a consequence, the PSC awaits Merck's submission of an order so that the matter can be ruled upon by this Court.

### III. <u>CONCLUSION</u>

Although the generic relief sought may be proper, the PSC awaits Merck's submission of its order, and at that time will make further comment.

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date: November 7, 2007                    By: /s/ Russ M. Herman
                                                    **Russ M. Herman (Bar No. 6819)**
                                                    Leonard A. Davis (Bar No. 14190)
                                                    Stephen J. Herman (Bar No. 23129)
                                                    ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                                    820 O'Keefe Avenue
                                                    New Orleans, Louisiana  70113
                                                    Telephone: (504) 581-4892
                                                    Facsimile: (504) 561-6024
                                                    **PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Matthew C. Gaughan, Esquire **(on brief)**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of November, 2007.

/s/ Russ M. Herman
Russ M. Herman (Bar No. 6819)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
rvalenti@hhkc.com