LexisNexis File & Serve                                                                                       Page 1 of 4

Click to Print                                                                  Printed on: Wednesday, November 07, 2007 15:07:20 EST

# Case History Search
Search Created:
Wednesday, November 07, 2007 15:07:20
EST

| Court: | LA US District Court Eastern District E-Service-Vioxx | | | File & Serve Live Date: | 5/10/2005 |
|---|---|---|---|---|---|
| Division: | N/A | Case Number: | 2:05cv00458 | Document(s) Filed: | 110 |
| Case Type: | Product Liability-Pharmaceutical(4) | Case Name: | Heavrin, Michael et al vs Merck & Co Inc | Date Range: | All |

1-19 of 19 transactions   <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number / Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 16842301 | 10/29/2007 9:38 AM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Henry Price, Price Waicukauski & Riley | Plaintiff Profile Form | Second Amended PPF of Elvira Pena | 0.4MB |
| 16282824 | 9/12/2007 1:24 PM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Henry Price, Price Waicukauski & Riley | Plaintiff Profile Form | Third Amended PPF of Kevin Henderson | 0.3MB |
| 16114063 | 8/26/2007 11:00 PM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Mavroudis, Dimitrios, Dechert LLP | Merck Profile Form | Cover Letter, p. 1, Merck Profile Form, p. 2+ | 0.1MB |
| 14698294 | 5/2/2007 1:52 PM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Henry Price, Price Waicukauski & Riley | Plaintiff Profile Form | Second Amended PPF of Phyllis Briner | 0.3MB |
| 14698118 | 5/2/2007 1:47 PM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Henry Price, Price Waicukauski & Riley | Plaintiff Profile Form | Second Amended PPF of Janice Baum | 0.5MB |
| 14287528 | 3/28/2007 2:21 PM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Henry Price, Price Waicukauski & Riley | Plaintiff Profile Form | PPF of Michael Heavrin | 0.4MB |
| | | | | | Plaintiff Profile Form | Authorizations of Michael Heavrin | 0.3MB |
| | | | | | Plaintiff Profile Form | Records from Dr. Thomas Moretto of Michael Heavrin | 0.4MB |
| | | | | | Plaintiff Profile Form | Records from Indiana Heart Physicians of Michael Heavrin | 4.5MB |
| | | | | | Plaintiff Profile Form | Records from St. Francis Hospital of Michael Heavrin | 4.9MB |
| | | | | | Plaintiff Profile Form | Records from V.A. Medical Center of Michael Heavrin, part 1 of 2 | 5.6MB |
| | | | | | Plaintiff Profile Form | Records from V.A. Medical Center of Michael Heavrin, part 2 of 2 | 6.5MB |
| 12667650 | 10/18/2006 3:34 PM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Henry Price, Price Waicukauski Riley & DeBrota | Plaintiff Profile Form | Amended PPF of Phyllis Briner | 0.6MB |
| | | | | | Plaintiff Profile Form | Amended Authorizations of Phyllis Briner | 0.3MB |
| 12667495 | 10/18/2006 3:26 PM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Henry Price, Price Waicukauski Riley & DeBrota | Plaintiff Profile Form | Amended PPF of Janice Baum | 0.5MB |
| | | | | | Plaintiff Profile Form | Amended Authorizations of Janice Baum | 0.3MB |
| 12137186 | 8/14/2006 11:00 PM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Pepper, James, Dechert LLP | Merck Profile Form | Merck Profile Form | 0.1MB |
| 11975651 | 8/3/2006 3:13 PM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | William Riley, Price Waicukauski Riley & DeBrota | Plaintiff Profile Form | Amended PPF and Authorizations of Kevin Henderson | 0.6MB |
| 11853416 | 7/20/2006 | Serve | 2:05cv00458 | Dimitrios | Merck Profile | Merck Profile Form | 3.8MB |

Exhibit B

LexisNexis File & Serve                                                                                          Page 2 of 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 3:58 PM CDT | Only - Private | Heavrin, Michael et al vs Merck & Co Inc | Mavroudis/973004, Dechert LLP | Form | | |
| 11700424 | 7/5/2006 10:58 AM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | William Riley, Price Waicukauski Riley & DeBrota | Plaintiff Profile Form | Amended PPF and Authorizations of Kevin Henderson | 0.6MB |
| 11676896 | 6/30/2006 10:40 AM CDT | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | William Riley, Price Waicukauski Riley & DeBrota | Plaintiff Profile Form | Amended PPF and Authorizations of Elvira Pena | 0.7MB |
| 10632387 | 2/22/2006 11:40 AM CST | Serve Only - Public | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order granting plaintiffs' motion for leave to amend complaint | 0.1MB |
| 10280219 | 1/17/2006 4:57 PM CST | Serve Only - Public | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Henry Price, Price Waicukauski Riley & DeBrota | Amended Complaint | Motion for Leave to file Amended Complaint | 0.1MB |
| | | | | | Amended Complaint | Exhibit A - Amended Complaint | 0.1MB |
| | | | | | Order | Order on Motion for Leave to file Amended Complaint | 0.1MB |
| | | | | | Entry of Appearance | Appearance of Christopher Moeller | 0.1MB |
| | | | | | Entry of Appearance | Appearance of Jamie Sweeney | 0.1MB |
| 7742033 | 12/29/2005 4:10 PM CST | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | William Riley, Price Waicukauski Riley & DeBrota | Plaintiff Profile Form | PPF, authorizations and death certificate of Elvira Pena (deceased); on behalf of her son and Heir, Ruben Portillo | 0.8MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 1 | 0.1MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 2 | 0.4MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 3 | 0.8MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 4 | 0.7MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 5 | 0.4MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 6 | 0.7MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 7 | 0.6MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 8 | 2.2MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 9 | 2.8MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 10 | 3.8MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 11 | 2.2MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 12 | 1.2MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 13 | 0.2MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 14 | 0.2MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 15 | 0.1MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical records - Part 16 | 0.1MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 17 | 0.1MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 18 | 1.3MB |
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 19 | 2.2MB |

Exhibit B

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Plaintiff Profile Form | Elvira Pena Medical Records - Part 20 | 0.7MB |
| 7651840 | 12/15/2005 10:19 AM CST | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | William Riley, Price Waicukauski Riley & DeBrota | Plaintiff Profile Form | Kevin Henderson PPF and authorizations | 0.7MB |
| | | | | | Plaintiff Profile Form | Medical Records of Henderson - Part 1 | 2.3MB |
| | | | | | Plaintiff Profile Form | Medical Records of Henderson - Part 2 | 0.7MB |
| | | | | | Plaintiff Profile Form | Medical Records of Henderson - Part 3 | 1.3MB |
| | | | | | Plaintiff Profile Form | Medical Records of Henderson - Part 4 | 1.2MB |
| | | | | | Plaintiff Profile Form | Medical Records of Henderson - Part 5 | 1.2MB |
| | | | | | Plaintiff Profile Form | Medical Records of Henderson - Part 6 | 1.0MB |
| | | | | | Plaintiff Profile Form | Medical Records of Henderson - Part 7 | 4.8MB |
| | | | | | Plaintiff Profile Form | Medical Records of Henderson - Part 8 | 3.6MB |
| | | | | | Plaintiff Profile Form | Medical Records of Henderson - Part 9 | 4.0MB |
| | | | | | Plaintiff Profile Form | Medical Records of Henderson - Part 10 | 6.3MB |
| | | | | | Plaintiff Profile Form | Medical Records of Henderson - Part 11 | 2.1MB |
| | | | | | Plaintiff Profile Form | Employment Records of Henderson - Part 1 | 1.4MB |
| | | | | | Plaintiff Profile Form | Employment Records of Henderson - Part 2 | 0.1MB |
| 7437181 | 11/15/2005 2:49 PM CST | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Henry Price, Price Waicukauski Riley & DeBrota | Plaintiff Profile Form | Janice Baum PPF and attached medical records | 0.8MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 1 | 2.5MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 2 | 2.7MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 3 | 3.5MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 4 | 3.2MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 5 | 8.3MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 6 | 3.3MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 7 | 1.8MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 8 | 2.1MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 9 | 2.9MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 10 | 3.9MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 11 | 3.1MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 12 | 3.2MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 13 | 3.0MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 14 | 4.4MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 15 | 3.9MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 16 | 4.6MB |
| | | | | | Plaintiff Profile Form | Baum medical records part 17 | 2.6MB |

Exhibit B

| | | | | | | Plaintiff Profile Form | Baum medical records part 18 | 2.9MB |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Plaintiff Profile Form | Baum medical records part 19 | 2.9MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 20 | 2.6MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 21 | 2.4MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 22 | 1.4MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 23 | 2.9MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 24 | 2.7MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 25 | 4.3MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 26 | 4.9MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 27 | 2.8MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 28 | 3.1MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 29 | 2.2MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 30 | 2.1MB |
| | | | | | | Plaintiff Profile Form | Baum medical records part 31 | 1.4MB |
| 7436707 | 11/15/2005 1:45 PM CST | Serve Only - Private | 2:05cv00458 Heavrin, Michael et al vs Merck & Co Inc | Henry Price, Price Waicukauski Riley & DeBrota | | Plaintiff Profile Form | Darai Briner as personal representative of the Estate of Phyllis J. Briner PPF and attached medical records | 0.8MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 1 | 0.1MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 2 | 6.9MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 3 | 6.3MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 4 | 2.2MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 5 | 3.3MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 6 | 3.1MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 7 | 2.0MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 8 | 2.2MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 9 | 6.6MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 10 | 2.5MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 11 | 2.6MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 12 | 2.6MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 13 | 2.3MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 14 | 2.0MB |
| | | | | | | Plaintiff Profile Form | Briner medical records part 15 | 1.8MB |

1-19 of 19 transactions   <<Prev Page 1 of 1 Next>>

Exhibit B