UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:    L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| DAVID WYSER, Plaintiff, | : | |
| vs. | : | |
| MERCK & CO., INC., Defendant, | : | |
| Case No. 07-2695. | : | |

## APPEARANCE BY COUNSEL

Undersigned, Christopher A. Moeller, hereby enters his appearance as counsel on behalf of the Plaintiff, David Wyser, named herein.

Respectfully submitted:

s/ Christopher A. Moeller
Christopher A. Moeller (#25710-49)
**PRICE WAICUKAUSKI & RILEY, LLC**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
FAX: (317) 633-8797
Email: cmoeller@price-law.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing *Appearance by Counsel* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of November, 2007.

                                              s/ Christopher A. Moeller
                                              Christopher A. Moeller