# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY R. WATSON | |
| v. | CIVIL ACTION NO. 05-5545 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>TIM WATSON | JUDGE FALLON<br>MAG. JUDGE KNOWLES (3) |

## PLAINTIFF'S OPPOSED MOTION FOR
## LEAVE TO FILE THIRD AMENDED COMPLAINT

Plaintiff TIMOTHY WATSON respectfully asks this Honorable Court to grant him leave to file his Third Amended Complaint (attached as Exhibit A).

As the Court is well-aware, leave to amend is usually given freely. FED. R. CIV. P. 15(a). The Fifth Circuit strictly follows this principle. *Robertson v. Plano City of Texas*, 70 F3d 21, 22 (5th Cir. 1995) ("leave to amend should be granted liberally . . ."). As a result, "[t]he party opposing a motion to amend must make some significant showing of prejudice to prevail." *Security Ins. Co. v. Kevin Tucker & Assocs., Inc.*, 64 F.3d 1001, 1009 (6th Cir. 1995); *See also Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962). Here, Merck cannot show *any* prejudice. Watson does not seek to add new legal theories or causes of action. He is merely providing the Court (and Merck) with more factual details to support his case. Accordingly, the Court should grant Watson's motion and allow him to amend his Complaint. Consequently, Plaintiff prays that this Honorable Court grants him leave to amend.

Respectfully submitted,

**ARNOLD & ITKIN LLP**


/s/ *Kurt B. Arnold*
Jason A. Itkin
State Bar No. 24032461/ Federal ID: 33053
Kurt B. Arnold
State Bar No. 24036150/ Federal ID: 36185
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**Counsel for Plaintiff, Timothy Watson**


## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.4.1W and 7.6E, I certify that on November 7, 2007, I or someone in my office conferred with Dorothy H. Wimberly and she is opposed to Plaintiff's Motion For Leave To File A Third Amended Complaint.


/s/ *Kurt B. Arnold*
Kurt B. Arnold

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th of November 2007.

                                          /s/ *Kurt B Arnold*
                                          Kurt B. Arnold