IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY R. WATSON | |
| v. | CIVIL ACTION NO. 05-5545 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>    TIM WATSON | JUDGE FALLON<br>MAG. JUDGE KNOWLES (3) |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

On _____, 2007, the Court considered Plaintiff's Motion for Leave to File Amended Complaint and all responsive briefing. After considering the application, the court:

GRANTS Plaintiff's Motion for Leave to File a Third Amended Complaint and ORDERS that Plaintiff has leave to file Plaintiff's Third Amended Complaint.

SIGNED on _____ , 2007.

_____
U.S. DISTRICT JUDGE