IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| PEARL HAYES, LAWRENCE PAUL ANDERSON, DELORIS M. SCATURRO, STEPHEN DUSKY, DIANE DURBIN, BARBARA MCKEAL, JOSEPH HOGG, JACK RIDINGER, JESSIE LUCAS, THOMAS S. FERGUSON | CASE NO.: 06-L-864 |
| Plaintiff(s), | ORDER TO SEVER |
| vs. | |
| MERCK & CO., INC., also, d/b/a MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOHME Gmb H, | |
| Defendant(s). | |

## ORDER TO SEVER

The case involving Plaintiff's, Pearl Hayes, Lawrence Paul Anderson, Deloris M. Scaturro, Stephen Dusky, Diane Durbin, Barbara McKeal, Joseph Hogg, Jack Ridinger, Jessie Lucas and Thomas Ferguson, is hereby ORDERED TO BE SEVERED clerk to assign cause numbers to remaining cases.

DONE AND ORDERED this __11__ day of __OCT__, 2006.

_____
Judge