IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

JACK RIDINGER

   Plaintiff(s),

VS.          CASE NUMBER: 2006 L 000924

MERCK & CO INC ADBA MERCK SHARP AND DOHME
   Defendant(s)

FILED
OCT 12 2006
CLERK OF CIRCUIT COURT #6
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ASSIGNMENT ORDER

The above case is hereby assigned to the Honorable A.A. MATOESIAN

for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.

DATE: 10/12/2006

S/ANN CALLIS
Chief Judge