Case 2:05-md-01657-EEF-DEK   Document 12538   Filed 10/09/2007   Page 1 of



Oct 9 2007 4:34PM

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| *Hayes, Pearl et al v. et al. v. Merck &* | * | |
| *Co., Inc.;* Docket No. 2:07-cv-00382, | * | |
| regarding all plaintiffs (Lawrence Paul | * | |
| Anderson, Diane Durbin, Stephen | * | |
| Dusky, Thomas Ferguson, Pearl Hayes, | * | |
| Joseph Hogg, Jessie Lucas, Jack | * | |
| Ridinger, Delores Scaturro, and Barbara | * | |
| McKeal.) | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs listed above and Defendant, Merck & Co., Inc. hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice all of their respective claims against Merck & Co., Inc. in the above-styled lawsuits, each party to bear its own costs, subject to the following conditions:

1.   Plaintiffs listed above agree that, in the event they or a representative on their behalf re-file a lawsuit against Merck that contains claims relating to Vioxx®, they shall so do only in the United States District Court for the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall not oppose transfer to MDL 1657; and

2.   Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in In re: Vioxx® Products Liab. Litig. (MDL-1657, the

MDL proceeding venued in the United States District Court for the Eastern District of Louisiana) and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said Plaintiffs, as though Plaintiffs had been a party and had had an opportunity to participate in that discovery.

3. Merck & Co., Inc. further agrees that a dismissal of these claims shall not constitute a dismissal of the duplicative filing currently pending in the Eastern District of Louisiana for Diane Durbin (2:06-cv-11302), Jack Ridinger (2:07-cv-00381), and Barbara McKeal (2:07cv00380), and that these plaintiffs may proceed without prejudice in these actions.

4. Further, in compliance with Pre-Trial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison Counsel will make the change directly on File & Serve to reflect the dismissal without prejudice of the claims of these Plaintiffs against Merck & Co., Inc., in the above-captioned case.

Respectfully submitted,

| GOLDENBERG HELLER ANTOGNOLI ROWLAND SHORT & GORI, P.C. | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
|---|---|
| By: /s/ Aaron K. Dickey | By: /s/ Dorothy H. Wimberly |
| Aaron Dickey<br>Goldenberg Heller Antognoli Rowland Short & Gori, P.C.<br>2227 South State Route 157<br>P.O. Box 959<br>Edwardsville, IL 62025<br>Phone: 618-656-5150 | Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Phone: 504-581-3200 |
| *Counsel for Plaintiff Listed in Caption Above* | *Counsel for Defendant Merck & Co., Inc.* |

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of October, 2007.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2