STATE OF Illinois ) 
COUNTY OF Madison ) SS

## PLAINTIFF'S AFFIDAVIT

I, Diane Durbin, state as follows:

Although I did have two heart attacks in October 2003, I had no idea that Vioxx was a possible cause of the heart attacks until after it was pulled from the market.

*Diane Durbin*

Subscribed and sworn to before me, a notary public, on this 10th day of Nov, 2007.

*Lori Fernandez*
Notary Public

My Commission Expires:

"OFFICIAL SEAL"
LORI FERNANDEZ
Notary Public, State of Illinois
My commission expires 1/23/2010