# Lori D. Fernandez

| | |
|---|---|
| From: | Riester, Zane [riester@HughesHubbard.COM] |
| Sent: | Wednesday, September 26, 2007 10:31 AM |
| To: | Lori D. Fernandez |
| Subject: | RE: Voixx Dismissals |
| Attachments: | A. DIckey DIsmissal.DOC |



A. DIckey
smissal.DOC (37 KB

Lori -

Attached please find a draft dismissal for the duplicative plaintiffs listed in the Pearl Hayes case for your review. No pharmacy was listed a defendant on pacer so the dismissal should be fine as it. Also please review paragraph 3 regarding the duplicative claims that are still active, I think these are the only three cases that are continuing but please confirm.

Thanks

Zane


-----Original Message-----
From: Lori D. Fernandez [mailto:lfernandez@ghalaw.com]
Sent: Tuesday, September 25, 2007 10:28 AM
To: Riester, Zane
Subject: FW: Voixx Dismissals

Hi Zane I wanted to check on the progress of the below dismissals. I just received via fax a deficiency notice on Jessie Lucas (2:07-cv-00379), she also has a duplicate case filed for her that info is below.

Thanks
Lori

-----Original Message-----
From: Riester, Zane [mailto:riester@HughesHubbard.COM]
Sent: Thursday, September 06, 2007 10:30 AM
To: Lori D. Fernandez
Subject: RE: Voixx Dismissals

I should have these ready by early next week. Sorry for the delay.

-----Original Message-----
From: Lori D. Fernandez [mailto:lfernandez@ghalaw.com]
Sent: Friday, August 24, 2007 3:20 PM
To: Riester, Zane
Subject: FW: Voixx Dismissals

1

Hi Zane

I just wanted to touch base with you on these dismissals/duplicate cases. Please let me know if you need any additional information.

Thanks
Lori

-----Original Message-----
From: Riester, Zane [mailto:riester@HughesHubbard.COM]
Sent: Monday, July 30, 2007 9:45 AM
To: Lori D. Fernandez
Subject: RE: Voixx Dismissals

Thanks for the reminder.

-----Original Message-----
From: Lori D. Fernandez [mailto:lfernandez@ghalaw.com]
Sent: Monday, July 30, 2007 10:44 AM
To: Riester, Zane
Subject: RE: Voixx Dismissals

Zane I know you are looking into this but I wanted to let you know that the following have PPF's due today!

Anderson, Lawrence Paul (we are dropping, so all the cases need to be dropped)
2:06cv11305 (has a dismissal pending on it)
2:07cv00382 (duplicate case needs dropped?)

Durbin, Diane
2:06cv11302 (needs to remain open)
2:07cv00382 (duplicate case needs dropped?)

Dusky, Stephen (we are dropping, so all the cases need to be dropped)
2:06cv11303 (has a dismissal pending on it)
2:07cv00382 (duplicate case needs dropped?)

Ferguson, Thomas (we are dropping, so all the cases need to be dropped)
2:06cv11299 (has a dismissal pending on it)
2:07cv00382 (duplicate case needs dropped?)

Hayes, Pearl (will be amending)
2:07cv00382 (we are dropping now dropping)

Hogg, Joseph (we are dropping, so all the cases need to be dropped)
2:07cv00378 (has a dismissal pending on it)
2:07cv00382 (duplicate case needs dropped?)

Lucas, Jessie (we are dropping)
2:07cv00379 (have not filed the dismissal yet)

2

2:07cv00382 (duplicate case needs dropped?)

Ridinger, Jack
2:07cv00381(needs to remain open)
2:07cv00382 (duplicate case needs dropped?)

Romine, Glen
2:07cv00377 (we are now dropping)

Scaturro, Delores  (we are dropping, so all the cases need to be dropped)
2:06cv11304  (has a dismissal pending on it)
2:07cv00382 (duplicate case needs dropped?)

McKeal, Barbara
2:07cv00380 (needs to remain open)
2:07cv00382 (duplicate case needs dropped?)

Thank you,

Lori

-----Original Message-----
From: Riester, Zane [mailto:riester@HughesHubbard.COM]
Sent: Wednesday, July 25, 2007 10:26 AM
To: Lori D. Fernandez
Subject: FW: Voixx Dismissals

Lori -

I am looking into this and will hopefully have a full response by the end of the week.

Thanks

Zane



-----Original Message-----
From: Lori D. Fernandez [mailto:lfernandez@ghalaw.com]
Sent: Monday, July 23, 2007 9:51 AM
To: Riester, Zane
Subject: RE: Voixx Dismissals

Zane I have just now started comparing this list.  My first step was to review the case of Pearl Hayes (2:07-cv-00382).  Do you want me to file an amended petition to drop the nine names that are attached to it or do you just want to dismiss them all?  Six of the nine are to be dismissed completely, the other three I want to remain open and active.  Below is a list of names and case numbers attached to them along with what needs/has been done to them.

3

Anderson, Lawrence Paul (we are dropping, so all the cases need to be dropped)
2:06cv11305 (has a dismissal pending on it)
2:07cv00382

Durbin, Diane
2:06cv11302 (needs to remain open)
2:07cv00382

Dusky, Stephen  (we are dropping, so all the cases need to be dropped)
2:06cv11303 (has a dismissal pending on it)
2:07cv00382

Ferguson, Thomas  (we are dropping, so all the cases need to be dropped)
2:06cv11299 (has a dismissal pending on it)
2:07cv00382

Hayes, Pearl (will be amending)
2:07cv00382 (needs to remain open)

Hogg, Joseph  (we are dropping, so all the cases need to be dropped)
2:07cv00378 (has a dismissal pending on it)
2:07cv00382

Lucas, Jessie (we are dropping)
2:07cv00379  (have not filed the dismissal yet)
2:07cv00382

Ridinger, Jack
2:07cv00381(needs to remain open)
2:07cv00382

Romine, Glen
2:07cv00377 (needs to remain open)

Scaturro, Delores  (we are dropping, so all the cases need to be dropped)
2:06cv11304  (has a dismissal pending on it)
2:07cv00382

McKeal, Barbara
2:07cv00380 (needs to remain open)
2:07cv00382

Please advise as to the best course of action on this.

-----Original Message-----
From: Riester, Zane [mailto:riester@HughesHubbard.COM]
Sent: Wednesday, July 18, 2007 3:43 PM

To: Lori D. Fernandez
Subject: RE: Voixx Dismissals

Lori -

Attached please find two stipulations of dismissal without prejudice for the two plaintiffs listed below. Please sign the attached documents and mail them back to my attention at Hughes Hubbard's offices in Jersey City, NJ. I will coordinate the filing of these dismissals in the EDLA.
Also, there is no need to sign the Certificate of Service, we will complete this when we file in the EDLA. Finally, if you can, it would also be helpful if you could email me PDF copies of the executed dismissals.

Also for your convenience I have attached a chart of all the Goldenberg Heller Antognoli dismissals that appear to be in limbo and that have not been executed by Fallon. If this list corresponds with your files, I will draft one omnibus dismissal including all the cases for re-filing in the EDLA.

Thanks and let me know if you have any questions.

Zane

---

From: Lori D. Fernandez [mailto:lfernandez@ghalaw.com]
Sent: Tuesday, July 17, 2007 2:50 PM
To: Riester, Zane
Subject: Voixx Dismissals


We had previously discussed the filing of our dismissals with the Vioxx MDL. I have not had the chance to put together my entire list. However, I would like to dismiss:

Robert Wolfe: 2:06-cv-11298
Wallace Smith: 2:06-cv-11296

Didn't you say you would draw something up for us to sign and return to you for filing? I still need to go back and gather my list of old cases that we tried to dismiss but filed incorrectly. But I would like to figure out the correct process for filing such dismissals as soon as possible. Please let me know what I can do to assist you with this.

thank you,

Lori Fernandez
Legal Assistant to Aaron K. Dickey
Goldenberg Heller Antognoli
Rowland Short & Gori, P.C.
2227 South State Route 157
Edwardsville, IL  62025
Phone: 618-656-5150
Facsimile: 618-656-6230

NOTICE: This electronic message is to be used exclusively by the individual or entity to which it is addressed. This

5

message may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  Unless you are the intended recipient, any copying, use or dissemination of the message is strictly prohibited.

If you receive this message in error, please notify us immediately and permanently delete this message from your system without making any copies.  Although this electronic message and any attachments are believed to be free of any virus or other defect that might affect computer systems by which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free, and we disclaim any liability for loss or damage arising in any way from its use.

*********************************************************************

This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*********************************************************************

*********************************************************************

This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*********************************************************************

*********************************************************************

This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*********************************************************************

*********************************************************************

This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*********************************************************************

*********************************************************************

This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control. *********************************************************************