STATE OF Illinois )
                      ) SS
COUNTY OF Madison )

## PLAINTIFF'S AFFIDAVIT

I, Barbara McKeal, state as follows:

At the time of my heart attack in January 2003 my doctors explained to me they believed my heart attack was related to congestive heart failure and blockage.

*Barbara J. McKeal*

Subscribed and sworn to before me, a notary public, on this 6th day of Nov, 2007.

*Lori Fernandez*
Notary Public

My Commission Expires:

"OFFICIAL SEAL"
LORI FERNANDEZ
Notary Public, State of Illinois
My commission expires 1/23/2010