IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED
SEP ‑ ‑ 2006
CLERK OF CIRCUIT COURT #77
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| PEARL HAYES, LAWRENCE PAUL ANDERSON, DELORIS M. SCATURRO, STEPHEN DUSKY, DIANE DURBIN, BARBARA MCKEAL, JOSEPH HOGG, JACK RIDINGER, JESSIE LUCAS, THOMAS S. FERGUSON, <br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., also d/b/a MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOHME GmbH,<br><br>Defendants. | Civil Action No. 06L864 |

## AFFIDAVIT OF DAMAGES

COMES NOW Plaintiff, PEARL HAYES, LAWRENCE PAUL ANDERSON, DELORIS M. SCATURO, STEPHEN DUSKY, DIANE DURBIN, BARBARA MCKEAL, JOSEPH HOGG, JACK RIDINGER, JESSIE LUCAS, THOMAS S. FERGUSON, by and through counsel, GOLDENBERG HELLER ANTOGNOLI ROWLAND SHORT & GORI, P.C., and pursuant to Supreme Court Rules, hereby states the total of money damages sought in the above-styled matter exceeds FIFTY-THOUSAND DOLLARS, ($50,000.00).

Further Affiant sayeth not.

Respectfully submitted,

**GOLDENBERG HELLER ANTOGNOLI,
ROWLAND SHORT & GORI, P.C.**

Hayes _____
Page 1 of 2

By _C K Dily_

**Aaron K. Dickey #6281731**
2227 S. State Route 157
P.O. Box 959
Edwardsville, IL 62025
618/656-5150 Telephone
618/656-6230 Facsimile

ATTORNEYS FOR PLAINTIFF

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF MADISON    )

SUBSCRIBED AND SWORN to before me this _22nd_ day of _September_, 2006.

"OFFICIAL SEAL"
LORI FERNANDEZ
Notary Public, State of Illinois
My commission expires 1/23/2010

_Lori Fernandez_

Hayes
Page 2 of 2