STATE OF Illinois )
                  )  SS
COUNTY OF Madison )

## PLAINTIFF'S AFFIDAVIT

I, Jack Ridinger, state as follows:

Although I did have a heart attack in December 2003, I had no idea that Vioxx was a possible cause of the heart attack until after it was pulled from the market.

*Jack Ridinger*

Subscribed and sworn to before me, a notary public, on this 19th day of Nov, 2007.

*Lori Fernandez*
Notary Public

My Commission Expires:

"OFFICIAL SEAL"
LORI FERNANDEZ
Notary Public, State of Illinois
My commission expires 1/23/2010