UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | |
|     Products Liability Litigation * | |
| * | |
| This Document Relates to: * | MDL No. 1657 |
| * | |
|     RAMON ALVARADO et al., Plaintiffs, * | SECTION L |
| * | |
|       Versus * | JUDGE ELDON E. FALLON |
| * | |
|     MERCK & CO., INC., Defendant, * | MAGISTRATE JUDGE |
| * | KNOWLES |
|     Case No. 06-7150, * | |
| * | |
|       & * | |
| * | |
|     PHILIP DAWSON, Plaintiff, * | |
| * | |
|       versus * | |
| * | |
|     MERCK & CO., INC., Defendant, * | |
| * | |
|     Case No. 07-1259, * | |
| * | |
|       & * | |
| * | |
|     MATTHEW DEVITO et al., Plaintiffs, * | |
| * | |
|       versus * | |
| * | |
|     MERCK & CO., INC., Defendant, * | |
| * | |
|     Case No. 07-0562, * | |
| * | |
|       & * | |
| * | |
|     DIANE DURBIN, Plaintiff, * | |
| * | |
|       versus * | |
| * | |
|     MERCK & CO., INC., Defendant, * | |
| * | |
|     Case No. 06-11302, * | |
| * | |

        &amp;        \*
                      \*

BARBARA MCKEAL, Plaintiff,     \*
                      \*

  versus                     \*
                      \*

MERCK & CO., INC., Defendant,   \*
                      \*

Case No. 07-0380,           \*
                      \*

        &amp;        \*
                      \*

RONALD PALES, Plaintiff,       \*
                      \*

  versus                     \*
                      \*

MERCK & CO., INC., Defendant,   \*
                      \*

Case No. 07-1389,           \*
                      \*

        &amp;        \*
                      \*

DONALD R. PREUNINGER and FLORA N.  \*
   PREUNINGER, Plaintiffs,        \*
                      \*

  versus                     \*
                      \*

MERCK & CO., INC., Defendant,   \*
                      \*

Case No. 06-10305,          \*
                      \*

        &amp;        \*
                      \*

JACK RIDINGER, Plaintiff,       \*
                      \*

  versus                     \*
                      \*

MERCK & CO., INC., Defendant,   \*
                      \*

Case No. 07-0381,           \*
                      \*

        &amp;        \*
                      \*

VIET TRAN, Plaintiff,          \*
                      \*

  versus                     \*

899419v.1

|  |  |
|---|---|
| MERCK & CO., INC., Defendant, | * |
| Case No. 07-0368, | * |
| & | * |
| PAMELA TRIBBY et al., Plaintiffs, | * |
| versus | * |
| MERCK & CO., INC., Defendant, | * |
| Case No. 07-4118, | * |
| & | * |
| TIMOTHY R. WATSON, Plaintiff, | * |
| versus | * |
| MERCK & CO., INC., Defendant, | * |
| Case No. 05-5545, | * |
| & | * |
| DAVID WYSER, Plaintiff, | * |
| versus | * |
| MERCK & CO., INC., Defendant, | * |
| Case No. 07-2695. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL
PAGES FOR CONSOLIDATED REPLY MEMORANDUM IN SUPPORT
OF MERCK & CO., INC.'S MOTIONS FOR SUMMARY JUDGMENT**

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for its Consolidate Reply Memorandum in Support of Motions for Summary Judgment. Merck's three Motions for

899419v.1

Summary Judgment seeks dismissal of plaintiffs' claims as time-barred regardless of whether the Court applies Louisiana limitations law or the laws of their respective home states.  *See* R. Docs. 12725, 12754, and 12798.  Because the memorandum responds to the oppositions filed by multiple plaintiffs and addresses the facts and law supporting Merck's motion, including the laws of at least ten states, Merck requests that it be granted ten (10) additional pages, for a total of twenty-five (25) pages for its consolidated reply memorandum.

      WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted ten (10) additional pages, for a total of twenty-five (25) pages for its consolidated Reply Memorandum in Support of Motions for Summary Judgment.

Dated:  November 7, 2007

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361

899419v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Reply Memorandum in Support Merck & Co., Inc.'s Motions for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of November, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

899419v.1