UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|    Products Liability Litigation | * |
| | * |
| This Document Relates to: | *   MDL No. 1657 |
| | * |
|    RAMON ALVARADO et al., Plaintiffs, | *   SECTION L |
| | * |
|      Versus | *   JUDGE ELDON E. FALLON |
| | * |
|    MERCK & CO., INC., Defendant, | *   MAGISTRATE JUDGE |
| | *   KNOWLES |
|    Case No. 06-7150, | * |
| | * |
|        & | * |
| | * |
|    PHILIP DAWSON, Plaintiff, | * |
| | * |
|     versus | * |
| | * |
|    MERCK & CO., INC., Defendant, | * |
| | * |
|    Case No. 07-1259, | * |
| | * |
|        & | * |
| | * |
|    MATTHEW DEVITO et al., Plaintiffs, | * |
| | * |
|     versus | * |
| | * |
|    MERCK & CO., INC., Defendant, | * |
| | * |
|    Case No. 07-0562, | * |
| | * |
|        & | * |
| | * |
|    DIANE DURBIN, Plaintiff, | * |
| | * |
|     versus | * |
| | * |
|    MERCK & CO., INC., Defendant, | * |
| | * |
|    Case No. 06-11302, | * |
| | * |

|                                         |   |
|-----------------------------------------|---|
| &                                       | * |
|                                         | * |
| BARBARA MCKEAL, Plaintiff,              | * |
|                                         | * |
| versus                                  | * |
|                                         | * |
| MERCK & CO., INC., Defendant,           | * |
|                                         | * |
| Case No. 07-0380,                       | * |
|                                         | * |
| &                                       | * |
|                                         | * |
| RONALD PALES, Plaintiff,                | * |
|                                         | * |
| versus                                  | * |
|                                         | * |
| MERCK & CO., INC., Defendant,           | * |
|                                         | * |
| Case No. 07-1389,                       | * |
|                                         | * |
| &                                       | * |
|                                         | * |
| DONALD R. PREUNINGER and FLORA N.       | * |
|   PREUNINGER, Plaintiffs,               | * |
|                                         | * |
| versus                                  | * |
|                                         | * |
| MERCK & CO., INC., Defendant,           | * |
|                                         | * |
| Case No. 06-10305,                      | * |
|                                         | * |
| &                                       | * |
|                                         | * |
| JACK RIDINGER, Plaintiff,               | * |
|                                         | * |
| versus                                  | * |
|                                         | * |
| MERCK & CO., INC., Defendant,           | * |
|                                         | * |
| Case No. 07-0381,                       | * |
|                                         | * |
| &                                       | * |
|                                         | * |
| VIET TRAN, Plaintiff,                   | * |
|                                         | * |
| versus                                  | * |

|  |  |
|---|---|
| MERCK & CO., INC., Defendant, | * |
|  | * |
| Case No. 07-0368, | * |
|  | * |
| & | * |
|  | * |
| PAMELA TRIBBY et al., Plaintiffs, | * |
|  | * |
| versus | * |
|  | * |
| MERCK & CO., INC., Defendant, | * |
|  | * |
| Case No. 07-4118, | * |
| & | * |
|  | * |
| TIMOTHY R. WATSON, Plaintiff, | * |
|  | * |
| versus | * |
|  | * |
| MERCK & CO., INC., Defendant, | * |
|  | * |
| Case No. 05-5545, | * |
|  | * |
| & | * |
|  | * |
| DAVID WYSER, Plaintiff, | * |
|  | * |
| versus | * |
|  | * |
| MERCK & CO., INC., Defendant, | * |
|  | * |
| Case No. 07-2695. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Consolidated Reply Memorandum in Support Merck & Co., Inc.'s Motions for Summary Judgment,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted ten (10) additional pages, for a total of twenty-five (25) pages for its consolidated reply memorandum.

NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2007.

_____
DISTRICT JUDGE