UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Barbara Johnson, et al v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:05-cv-04422 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes Bob Wright, James P. Roy and the law firm of DOMENGEAUX WRIGHT ROY & EDWARDS, and on suggesting to this Honorable Court that they desire to withdraw as counsel of record for all plaintiffs in the above entitled and numbered matter. Russ M. Herman, Leonard A. Davis, Stephen J. Herman, Soren E. Gisleson and the law firm of HERMAN, HERMAN, KATZ & COTLAR, LLP will remain as counsel of record for plaintiffs in this matter.

Respectfully submitted,

/s/ Bob Wright
BOB WRIGHT, La. Bar No. 13691
JAMES P. ROY, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY & EDWARDS
556 Jefferson Street
Lafayette, Louisiana  70502-3668
Telephone: (337) 233-3033

AND

RUSS M. HERMAN, La. Bar No. 6819
LEONARD A. DAVIS, La. Bar No. 14190
STEVE HERMAN, La. Bar No. 23129
SOREN E. GISLESON, La. Bar No. 26302
HERMAN, HERMAN, KATZ & COTLAR, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana   70113
Telephone:  (504) 581-4892
Fax No. (504) 561-6024
E-Mail: rherman@hhkc.com
E-Mail: ldavis@hhkc.com
E-Mail: sherman@hhkc.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of November, 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA   70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com