UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Carolyn B. Vice, et al v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:05-cv-01543 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT come plaintiffs, and on suggesting to this Honorable Court that Russ M. Herman, Leonard A. Davis, Stephen J. Herman, Soren E. Gisleson and the law firm of HERMAN, HERMAN, KATZ & COTLAR, LLP should be substituted as counsel of record for all plaintiffs herein in place and stead of Bob Wright, James P. Roy and the law firm of DOMENGEAUX WRIGHT ROY & EDWARDS.

Respectfully submitted,

/s/ Bob Wright
**BOB WRIGHT**, La. Bar No. 13691
**JAMES P. ROY**, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY & EDWARDS
556 Jefferson Street
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033

AND

/s/ Leonard A. Davis
**RUSS M. HERMAN**, La. Bar No. 6819
**LEONARD A. DAVIS**, La. Bar No. 14190
**STEVE HERMAN**, La. Bar No. 23129
**SOREN E. GISLESON**, La. Bar No. 26302
HERMAN, HERMAN, KATZ & COTLAR, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Fax No. (504) 561-6024
E-Mail: rherman@hhkc.com
E-Mail: ldavis@hhkc.com
E-Mail: sherman@hhkc.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of November, 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com