UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Carolyn B. Vice, et al  v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:05-cv-01543 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that Russ M. Herman, Leonard A. Davis, Stephen J. Herman, Soren E. Gisleson and the law firm of HERMAN, HERMAN, KATZ & COTLAR, LLP be and they are hereby substituted as counsel of record for all plaintiffs herein in place and stead of Bob Wright, James P. Roy and the law firm of DOMENGEAUX WRIGHT ROY & EDWARDS.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE