## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Don Hubbard, et al  v. Merck & Co., Inc.*<br>E.D.La. Docket No. 2:05-cv-0953 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that Bob Wright, James P. Roy and the law firm of DOMENGEAUX WRIGHT ROY & EDWARDS be and they are hereby withdrawn as counsel of record for all plaintiffs in the above entitle and numbered matter.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE