UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | |
|     Products Liability Litigation * | |
| * | |
| This Document Relates to: * | MDL No. 1657 |
| * | |
| * | SECTION L |
| DIANE DURBIN, Plaintiff, * | |
| * | JUDGE ELDON E. FALLON |
|     versus * | |
| * | MAGISTRATE JUDGE |
| MERCK & CO., INC., Defendant, * | KNOWLES |
| * | |
| Case No. 06-11302, * | |
| * | |
| & * | |
| * | |
| BARBARA MCKEAL, Plaintiff, * | |
| * | |
|     versus * | |
| * | |
| MERCK & CO., INC., Defendant, * | |
| * | |
| Case No. 07-0380, * | |
| & * | |
| * | |
| JACK RIDINGER, Plaintiff, * | |
| * | |
|     versus * | |
| * | |
| MERCK & CO., INC., Defendant, * | |
| * | |
| Case No. 07-0381. * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT
AS TO DIANE DURBIN, BARBARA MCKEAL, AND JACK RIDINGER**

      On October 22, 2007, defendant Merck & Co., Inc. filed a motion for summary judgment seeking dismissal of the claims of plaintiffs Diane Durbin, Barbara McKeal, and Jack Ridinger as time-barred. *See* R. Doc. 12725. Merck hereby withdraws without prejudice the

899421v.1

motion as to these three plaintiffs.  Merck intends to proceed with the motion as to all other plaintiffs identified therein.


Dated:  November 8, 2007                    Respectfully submitted,

                                            */s/ Dorothy H. Wimberly*
                                            Phillip A. Wittmann, 13625
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana  70130
                                            Phone:  504-581-3200
                                            Fax:    504-581-3361

899421v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Withdrawal of Motion for Summary Judgment as to Diane Durbin, Barbara McKeal, and Jack Ridinger been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of November, 2007.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

899421v.1