

LEXISNEXIS' FILE & SERVE
16973975
E-SERVICE
Nov 7 2007
2:21PM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:      VIOXX PRODUCTS      )
LIABILITY LITIGATION      )
MDL No. 1657      )      SECTION L
      )      JUDGE ELDON E. FALLON
This document relates to:      )
      )
DONALD R. PREUNINGER and      )
FLORA N. PREUNINGER,      )      CASE NO. 06-10305
      Plaintiffs,      )
v.      )
      )
MERCK & CO., INC.,      )
      Defendant.      )

STATE OF TEXS
_____ COUNTY

## AFFIDAVIT OF FLORA PREUNINGER

My name is Flora Preuninger. I live at 419 Brookwater Drive,

Huffman, Texas 77336. I am the wife of Donald Preuninger. We were

married on March 27, 1970, and have been together ever since.

I take care of my husband. He cannot take care of himself. His

memory is very poor and he is often confused. He is able to understand

what I am saying and if he knows the answer he will tell me, but nine times

out ten he will say he doesn't know. I know that his answers are not

dependable. Mostly he repeats things over and over from long ago. He does

not seem to know what is going on presently. He knows how old he is and

i

sometimes he knows his address and sometimes he does not know it. He does not always know the present date. He is unable to walk without help. If he has to walk any distance, we use a wheelchair. He is incontinent. He is unable to dress himself, prepare meals, or bathe without assistance. He has been like this since his heart attack and stroke in 2000.

My husband was hurt on the job in November 1997 and had major back surgeries and rehabilitation as a result. He was prescribed Vioxx following the last surgery. On May 29, 2000, he had a heart attack and was admitted to Northeast Medical Center Hospital in Humble, Texas. I was at the hospital with him on May 29, 2000. He was admitted to the intensive care unit. That night before I left the hospital he became very slow and he seemed more confused and less normal sounding. I was worried that something was wrong with him, but I was not allowed to stay with him through the night. I returned early the next morning. When I got there, he was in a coma. He had had a hemorrhagic stroke during the night. On May 30, 2000, he was transferred to Hermann Hospital in Houston, Texas. He was still in a coma. When he came out of the coma he was transferred to HealthSouth Rehabilitation Hospital in Humble, Texas, in mid-June, and stayed there for one month. He had to learn how to do everything, including how to talk, walk, eat, bathe, dress, go to the bathroom and move around.

ii

He never learned how to do these things completely by himself and has always required help since the stroke. He has not been independent since the stroke and because he is unable to care for himself and he has poor memory and bad judgment since the stroke, I have not left him alone. He has not been physically or mentally capable to do anything for himself or to take care of his own affairs.

In 2000, I had a full-time job at Wal-Mart and after the stroke, I would take my husband to my mother's house every morning before work and she would watch him and take care of him for me. Every night, I would pick him up at my mother's house. She usually helped us by fixing dinner and we would eat with her. On April 7, 2004, I was driving my husband and myself home from my mother's house when we were hit by a drunk driver. We were both terribly injured. I had broken bones in both legs and Donald had broken bones in both legs, his pelvis and his wrist and hand. I was not able to care for him for months after the accident and had to live with my daughter and depend on her to take care of me. Donald was discharged from the hospital on May 21, 2004, and the doctors put him in a nursing home. He stayed in a nursing home for the rest of 2004 and as soon as I was able to take care of him myself, we both moved back home. I was not able to return to work because of my injuries. The months after the accident, until we

iii

were able to move back home together were a strain because I could not take care of him when I think he needed me the most. Those months are the only time since his heart attack in May 2000, that I was not with my husband.

Since his heart attack and stroke in 2000, my husband has depended on me to do everything for him. He is not able to live by himself and he cannot take care of himself. Some days are better than others. Some days his memory seems pretty good and other days he cannot remember anything. I don't think he has good judgment and I would not trust him to make important decisions, or even little decisions. Some days, his judgment is so bad and he is so confused that I don't feel that I can even ask him to return the grocery basket for fear that he would get confused and not be able to find our car. I don't let him bathe or get dressed by himself because he is wobbly and he forgets to do even simple things like wash his face and put on socks. His memory is very poor and he is often confused.

There was not a gradual progression to his becoming disabled. It happened very suddenly beginning with the heart attack and stroke on the night of May 29, 2000, and he never got better enough to live like he used to. Before this, he was as normal as the next person and could function

iv

totally independently. He was the person at our house that always made sure

everything was done and in order.

I have personal knowledge of the above facts and statements, and they

are true, complete and correct. I understand that this Affidavit is being filed

in the court case against Merck.

X _Flora Preusinger_

FLORA PREUNINGER

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 6 DAY
OF November , 2007.

_Jorge Llanes_

NOTARY PUBLIC

My Commission Expires: 12-20-2008

JORGE LUIS LLANES
MY COMMISSION EXPIRES
December 20, 2008

v