## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| *This document relates to*: | * | **JUDGE FALLON** |
| | * | |
| *Bamford, Armeda v. Merck & Co.,* | * | |
| *Inc., et al.*; 2:06-cv-01168; and only | * | |
| regarding Inge G. Koerner | * | |
| | * | |
| *Corey, Marian v. Merck & Co., Inc., et al.*; | * | |
| 2:06-cv-01196; and only regarding | * | |
| Gladys O. Reeves | * | |
| | * | |
| *Czekalski, Cindy v. Merck & Co., Inc.,* | * | |
| *et al.*; 2:06-cv-01207; and only regarding | * | |
| Claudia Eddy | * | |
| | * | |
| *Disalvo, Angelo v. Merck & Co., Inc.,* | * | |
| *et al.*; 2:06-cv-01194; and only regarding | * | |
| Michael McCarthy | * | |
| | * | |
| *Brown, Marie v. Merck & Co., Inc., et al.*; | * | |
| 2:06-cv-01187; and only regarding | * | |
| Marjorie A. Morales | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs listed above and Defendants Merck & Co., Inc., William G. Bowen,

William N. Kelley, Lawrence A. Bossidy, Samuel O. Thier, Johnetta B. Cole, Raymond

V. Gilmartin, William B. Harrison, Jr., Anne M. Tatlock, Heidi G. Miller, Thomas E.

Shenk, William M. Daley, Peter C. Wendell, Wendell P. Weeks, Rochelle Lazarus,

incorrectly named herein as Shelly Lazarus, H. Brewster Atwater, Jr., Dennis

Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, Edward M. Scolnick, Rosemary Soluri and Gia Orlando hereby stipulate, pursuant to Fed. R. Civ. Pro. 41(a)(1), to a dismissal without prejudice of all of their respective claims against Defendants in the above-styled lawsuits, each party to bear its own costs, subject to the following conditions:

1.      Plaintiffs listed above agree that, in the event they or a representative on their behalf re-file a lawsuit against Merck that contains claims relating to Vioxx®, they shall do so only in the United States District Court for the Eastern District of Louisiana, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332, and they shall not oppose transfer to MDL 1657; and

2.      Plaintiffs further agree that in the event they re-file such a lawsuit, any discovery that has taken place or will take place in *In re: Vioxx® Products Liab. Litig.* (MDL-1657, the MDL proceeding venued in the United States District Court for the Eastern District of Louisiana) and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by said Plaintiffs, as though Plaintiffs had been a party and had had an opportunity to participate in that discovery.

3.      Further, in compliance with Pretrial Order No. 8B, undersigned counsel hereby certify that, as soon as the Order of Dismissal is entered by the Court, Defendants' Liaison counsel will make the change directly on File & Serve to reflect the dismissal with prejudice of the claims these Plaintiffs against Defendants in the above-captioned case.

4.    The claims of any remaining plaintiffs in the above-captioned cases shall remain in full force and effect.

Dated: November __, 2007

*AGREED TO AND ACCEPTED BY*:

THE BARNES FIRM, P.C.

By_____
     Brian A. Goldstein

17 Court Street, 7th Floor
Buffalo, New York 14202
(716) 566-2269

*Attorneys for Plaintiffs Listed Above*

STONE PIGMAN WALTHER
WITTMANN, L.L.C.

By_____
     Phillip a. Wittmann, 13625
     Dorothy H. Wimberly, 18509
     546 Carondelet Street
     New Orleans, Louisiana 70130
     (504) 581-3200

*Attorneys for Defendants Merck & Co.,
Inc., William G. Bowen, William N. Kelley,
Lawrence A. Bossidy, Samuel O. Thier,
Johnetta B. Cole, Raymond V. Gilmartin,
William B. Harrison, Jr., Anne M. Tatlock,
Heidi G. Miller, Thomas E. Shenk, William
M. Daley, Peter C. Wendell, Wendell P.
Weeks, Rochelle Lazarus, H. Brewster
Atwater, Jr., Dennis Weatherstone, Charles
E. Exley, Jr., Lloyd C. Elam, Erskine B.
Bowles, Rosemary Soluri and Gia Orlando*

SCHULTE ROTH & ZABEL LLP

By_____
     William H. Gussman, Jr.
     919 Third Avenue
     New York, New York 10022
     (212) 756-2000

*Attorneys for Edward M. Scolnick*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis.File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of November, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2