UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to | * | JUDGE FALLON |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE |
| GERALD D. BARNETT | * | JUDGE KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF MANUAL ATTACHMENT TO
## JOINT DESIGNATION OF FILINGS AND EXHIBITS FOR RECORD ON APPEAL

Plaintiff Gerald D. Barnett and Defendant Merck & Co., Inc. hereby submit this Notice of Manual Attachment to their Joint Designation of Filings and Exhibits for Record on Appeal.

| | |
|---|---|
| Exhibit A | Plaintiffs' Initial Brief re South Carolina Law. |
| Exhibit B | Plaintiff's List of Witnesses for Trial. |
| Exhibit C | Court's Handwritten Rulings Regarding Deposition Testimony of Mary Elizabeth Blake. |
| Exhibit D | Court's Handwritten Rulings Regarding Deposition Testimony of Tom Cannell. |
| Exhibit E | Court's Handwritten Rulings Regarding Deposition Testimony of Carolyn Cannuscio. |
| Exhibit F | Court's Handwritten Rulings Regarding Deposition Testimony of Laura Demopoulos. |
| Exhibit G | Court's Handwritten Rulings Regarding Deposition Testimony of Jan Weiner. |
| Exhibit H | Court's Handwritten Rulings Regarding Plaintiff's and Defendant's Designations of Testimony of Jerome Avorn, M.D. |
| Exhibit I | Court's Handwritten Rulings Regarding Defendant's Conditional Counter Designations (Day 1) of Testimony of Jerome Avorn, M.D. |

| | |
|---|---|
| Exhibit J | Court's Handwritten Rulings Regarding Defendant's Conditional Counter Designations (Day 2) of Testimony of Jerome Avorn, M.D. |
| Exhibit K | Court's Handwritten Rulings Regarding Deposition Testimony of Dr. Mark Karavan (Part I). |
| Exhibit L | Court's Handwritten Rulings Regarding Deposition Testimony of Dr. Michael Mikola. |
| Exhibit M | Court's Handwritten Rulings Regarding Deposition Testimony of Dr. Edward Scolnick. |
| Exhibit N | Court's Handwritten Rulings Regarding Deposition Testimony of Dr. Mark Karavan (Part II). |
| Exhibit O | Court's Handwritten Rulings Regarding Deposition Testimony of Dr. Stephen Epstein. |

Dated: November 7, 2007

Respectfully submitted,

*Mark P. Robinson, Jr.*

Mark P. Robinson, Jr.
Kevin F. Calcagnie
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Plaintiff's Counsel

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Manual Attachment to Joint Designation of Filings and Exhibits for Record on Appeal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of November, 2007.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2