

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:    VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 | ) ) ) ) | SECTION L JUDGE ELDON E. FALLON |
| This document relates to: | ) ) | |
| DONALD R. PREUNINGER and FLORA N. PREUNINGER, Plaintiffs, v. MERCK & CO., INC., Defendant. | ) ) ) ) ) ) ) ) ) | CASE NO. 06-10305  SET FOR HEARING ON NOVEMBER 9, 2007 @ 9:30 a.m. |

**PLAINTIFF'S MOTION TO ACCEPT LATE FILED
RESPONSE AND AFFIDAVIT
TO MOTION FOR SUMMARY JUDGMENT**

Now come the Plaintiffs, by and through the undersigned attorney, and move for the Court to accept the Plaintiffs' Response to Motion for Summary Judgment and Affidavit in Support of the Response, and for that states:

1.  By prior Order, the Court had ordered that all responses to the Defendant's Motion for Summary Judgment be filed no later than November 7, 2007.

2.  Plaintiffs' Response and Affidavit were uploaded to LexisNexis for e-filing on November 7, 2007, at 2:30 p.m. Plaintiffs' counsel failed to complete the process and file the uploaded Response and Affidavit with the

Court. It was never the intent of counsel to hold the Response and Affidavit until today. There can be no gain to Plaintiffs by such a tactic. In fact, Plaintiffs' counsel mistakenly believed the Response and Affidavit were filed with the Court, until receiving notification from Plaintiffs' Liaison Counsel on November 7, 2007 at 10:00 p.m.

3. All defense counsel were timely served through LexisNexis on the afternoon of November 7, 2007, with sufficient time to file a reply in support of the Motion for Summary Judgment.

4. Without the acceptance of the late filed Response and Affidavit, Plaintiffs will have no filed response to the Motion for Summary Judgment, and the Motion would be proper to grant in favor of Defendant.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Plaintiffs respectfully request this Honorable Court to accept the late filed Response and Affidavit.

/s/ Leila H. Watson
LEILA H. WATSON
Alabama Bar No.: 3023-S74L
ELIZABETH A. ELLIS
Alabama Bar No.: 3521-A63E
CORY WATSON CROWDER &
  DEGARIS, P.C.
Attorney for Plaintiffs
2131 Magnolia Avenue
Birmingham, Alabama  35205
205-328-2200
205-324-7896 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Motion to Accept Late Files Response and Affidavit to Motion For Summary Judgment has been served on all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of November, 2007.

/s/Leila H. Watson