IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:     VIOXX PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| MDL No. 1657 | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| This document relates to: | ) | |
| | ) | |
| DONALD R. PREUNINGER and | ) | |
| FLORA N. PREUNINGER, | ) | CASE NO. 06-10305 |
|     Plaintiffs, | ) | |
| v. | ) | |
| | ) | SET FOR HEARING ON |
| MERCK & CO., INC., | ) | NOVEMBER 9, 2007 |
|     Defendant. | ) | @ 9:30 a.m. |

## ORDER ON PLAINTIFF'S MOTION TO ACCEPT LATE FILED RESPONSE AND AFFIDAVIT

This matter was set before the Court on November 9, 2007, on

Defendant's Motion for Summary Judgment.  Plaintiffs' Response to the

Motion for Summary Judgment was due on November 7, 2007.  Plaintiffs'

Response and Affidavit was filed on November 8, 2007.

Plaintiffs have filed a Motion to Accept the Late Filed Response and

Affidavit, and the Court having considered the explanation and finding no

prejudice to Defendant by the late filing, the Motion is hereby GRANTED.

Done and ordered this ___ day of _____, 2007.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE