UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>    Products Liability Litigation | * * * | |
| This Document Relates to: | * * | MDL No. 1657 |
| RAMON ALVARADO et al., Plaintiffs, | * * | SECTION L |
|     Versus | * * | JUDGE ELDON E. FALLON |
| MERCK & CO., INC., Defendant, | * * | MAGISTRATE JUDGE<br>KNOWLES |
| Case No. 06-7150, | * * | |
| & | * * | |
| PHILIP DAWSON, Plaintiff, | * * | |
|     versus | * * | |
| MERCK & CO., INC., Defendant, | * * | |
| Case No. 07-1259, | * * | |
| & | * * | |
| MATTHEW DEVITO et al., Plaintiffs, | * * | |
|     versus | * * | |
| MERCK & CO., INC., Defendant, | * * | |
| Case No. 07-0562, | * * | |
| & | * * | |
| DIANE DURBIN, Plaintiff, | * * | |
|     versus | * * | |
| MERCK & CO., INC., Defendant, | * * | |
| Case No. 06-11302, | * * | |

|  |  |
|---|---|
| & | * |
|  | * |
| BARBARA MCKEAL, Plaintiff, | * |
|  | * |
| versus | * |
|  | * |
| MERCK & CO., INC., Defendant, | * |
|  | * |
| Case No. 07-0380, | * |
|  | * |
| & | * |
|  | * |
| RONALD PALES, Plaintiff, | * |
|  | * |
| versus | * |
|  | * |
| MERCK & CO., INC., Defendant, | * |
|  | * |
| Case No. 07-1389, | * |
|  | * |
| & | * |
|  | * |
| DONALD R. PREUNINGER and FLORA N. PREUNINGER, Plaintiffs, | * |
|  | * |
| versus | * |
|  | * |
| MERCK & CO., INC., Defendant, | * |
|  | * |
| Case No. 06-10305, | * |
|  | * |
| & | * |
|  | * |
| JACK RIDINGER, Plaintiff, | * |
|  | * |
| versus | * |
|  | * |
| MERCK & CO., INC., Defendant, | * |
|  | * |
| Case No. 07-0381, | * |
|  | * |
| & | * |
|  | * |
| VIET TRAN, Plaintiff, | * |
|  | * |
| versus | * |

|  |  |
|---|---|
| MERCK & CO., INC., Defendant, | * |
| Case No. 07-0368, | * |
| & | * |
| PAMELA TRIBBY et al., Plaintiffs, | * |
| versus | * |
| MERCK & CO., INC., Defendant, | * |
| Case No. 07-4118, | * |
| & | * |
| TIMOTHY R. WATSON, Plaintiff, | * |
| versus | * |
| MERCK & CO., INC., Defendant, | * |
| Case No. 05-5545, | * |
| & | * |
| DAVID WYSER, Plaintiff, | * |
| versus | * |
| MERCK & CO., INC., Defendant, | * |
| Case No. 07-2695. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Consolidated Reply Memorandum in Support Merck & Co., Inc.'s Motions for Summary Judgment,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted ten (10) additional pages, for a total of twenty-five (25) pages for its consolidated reply memorandum.

NEW ORLEANS, LOUISIANA, this 8th day of November, 2007.

_____
DISTRICT JUDGE