IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 | SECTION L JUDGE ELDON E. FALLON |
| This document relates to: | |
| DONALD R. PREUNINGER and FLORA N. PREUNINGER, Plaintiffs, v. MERCK & CO., INC., Defendant. | CASE NO. 06-10305 SET FOR HEARING ON NOVEMBER 9, 2007 @ 9:30 a.m. |

### ORDER ON PLAINTIFF'S MOTION TO ACCEPT LATE FILED RESPONSE AND AFFIDAVIT

This matter was set before the Court on November 9, 2007, on Defendant's Motion for Summary Judgment. Plaintiffs' Response to the Motion for Summary Judgment was due on November 7, 2007. Plaintiffs' Response and Affidavit was filed on November 8, 2007.

Plaintiffs have filed a Motion to Accept the Late Filed Response and Affidavit, and the Court having considered the explanation and finding no prejudice to Defendant by the late filing, the Motion is hereby GRANTED.

Done and ordered this 8th day of November, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE