UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   VIOXX® | ) | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| THIS RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Mary R. Dalrymple, et al. v. Merck & Co | ) | MAGISTRATE JUDGE KNOWLES |
| Docket Number:  07-3159 | ) | |

### ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal *With* Prejudice,

IT IS ORDERED that all claims of plaintiff Mary R. Dalrymple in the above-captioned case be and they hereby are dismissed with prejudice, each party to bear his or her own costs and attorney's fees.

NEW ORLEANS, LOUISIANA, this 8th day of November, 2007.

*Eldon E. Fallon*
_____
DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE
Page 1 of 1

ROGERS S. WILSON
Attorney at Law
918 North Yakima
Tacoma, Washington 98403
Phone: 253-572-2440  Fax: 253-383-4110