UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|        PRODUCTS LIABILITY LITIGATION | : | SECTION:  L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

On July 31, 2007, the Court filed Special Master Paul R. Rice's Second Report and Recommendations into the record.  *See* Rec. Doc. 11826.  The Special Master's Second Report addresses certain documents and communications involving Merck and two outside consulting agencies, DDB Communications Group, Inc. and Ogilvy Public Relations Worldwide, Inc. These "third-party" documents were not included in the representative sample of documents reviewed by the Special Master and recently addressed by the Court.  *See In re Vioxx Prods. Liab. Litig.*, 501 F. Supp. 2d 789 (E.D. La. 2007).

On September 21, 2007, after considering Merck's timely objections to the Special Master's Second Report (Rec. Doc. 12068), the PSC's response (Rec. Doc. 12179), and Merck's reply (Rec. Doc. 12248), the Court directed the Special Master to supplement his Second Report with individualized recommendations on each of the "third-party" documents.  *See* Rec. Doc. 12331.  On November 1, 2007, the Court entered the Special Master's Fourth Report and Recommendations into the record.  *See* Rec. Doc. 12847.  The Special Master has made several

minor changes to his Fourth Report and Recommendations and has now submitted his Fourth Report and Recommendations (Revised) to the Court.

Accordingly, the Court now issues this Order (1) to relieve the Special Master of his duty under Rule 53(f) to serve copies of his Fourth Report and Recommendations (Revised) on the parties; (2) to file the attached Fourth Report and Recommendations (Revised) into the record; and (3) to provide that, pursuant to Rule 53(g)(2), the parties shall file any objections to this revised fourth report no later than November 14, 2007.

New Orleans, Louisiana, this 8th day of November, 2007.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE