UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Mimibauer, et al. v. Merck & Co., Inc.;* | * | JUDGE KNOWLES |
| Docket Number: 05-1491 (*the European* | * | |
| *Complaint*) | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulated Voluntary Dismissal Without Prejudice of Foreign Class Action Complaint,

IT IS ORDERED that all claims of plaintiff against Defendant, Merck & Co., Inc. in the above-captioned case be and they hereby are dismissed without prejudice, subject to the terms and conditions of the stipulation, and with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 9th day of November, 2007.

_____
DISTRICT JUDGE

899557v.1