UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to*: | * | JUDGE FALLON |
| | * | |
| *Bamford, Armeda v. Merck & Co., Inc., et al.*; 2:06-cv-01168; and only regarding Inge G. Koerner | * | |
| | * | |
| *Corey, Marian v. Merck & Co., Inc., et al.*; 2:06-cv-01196; and only regarding Gladys O. Reeves | * | |
| | * | |
| *Czekalski, Cindy v. Merck & Co., Inc., et al.*; 2:06-cv-01207; and only regarding Claudia Eddy | * | |
| | * | |
| *Disalvo, Angelo v. Merck & Co., Inc., et al.*; 2:06-cv-01194; and only regarding Michael McCarthy | * | |
| | * | |
| *Brown, Marie v. Merck & Co., Inc., et al.*; 2:06-cv-01187; and only regarding Marjorie A. Morales | * | |

* * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Consdering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of the claims of the above-listed Plaintiffs against Defendants Merck & Co., Inc., William G. Bowen, William N. Kelley, Lawrence A. Bossidy, Samuel O. Thier, Johnetta B. Cole, Raymond V. Gilmartin, William B. Harrison, Jr., Anne M. Tatlock, Heidi G. Miller, Thomas E. Shenk, William M. Daley,

Peter C. Wendell, Wendell P. Weeks, Rochelle Lazarus, incorrectly named herein as Shelly Lazarus, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, Edward M. Scolnick, Rosemary Soluri and Gia Orlando, in the above-styled lawsuits be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 9th day of November, 2007.

*[signature: Eldon E. Fallon]*

**DISTRICT JUDGE**