UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |

**IN RE: Dimartini v. Merck et al**          Case No. **2:07-cv-03968**

## NOTICE OF FILING SUPPLEMENTAL RESPONSE
## TO PLAINTIFF'S PROFILE FORM

PLEASE TAKE NOTICE that in accordance with **Pretrial Order No. 18C**, the Plaintiff, LOUIS DIMARTINI, submits the attached responses to Defendant's Deficiency Notice dated October 22, 2007, and further states that said responses were served in the manner indicated below upon the following persons:

*Hard Copy Via FEDEX to:*

    Wilfred P. Coronato, Esquire
    Hughes Hubbard & Reed, LLP
    101 Hudson Street, Suite 3601
    Jersey City, NJ 07302-3918
    Telephone: 201-536-9220
    Facsimile: 201-563-0799

*Electronic Copy Via Lexis-Nexis File and Serve to:*

    Wilfred P. Coronato, Esquire
    Hughes Hubbard & Reed, LLP

**Defendants' Liaison Counsel:**

    Phillip A. Wittmann, Esquire
    Stone Pigman Walther Wittmann, LLC
    546 Carondelet Street
    New Orleans, LA 70130-3588
    Telephone: 504-581-3200
    Facsimile: 504-581-3368

1

Dimitrios Mavroudis, Esquire
Dechert LLP
Circa Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: 215- 994-4000


Susan Giamportone, Esquire
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 919-316-4243


Hughes Hubbard & Reed LLP
Robert W. Brundige, Jr.
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3910

## **CERTIFICATE OF SERVICE**

I hereby certify that the documents have been served as indicated above and that the foregoing has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

I further certify that on this _Nov. 12th_, 2007, a copy of this notice of filing and services has been provided to defense counsel of record for firms representing any other Defendants in Civil Action No.9:07-cv-80552-DTKH as follows:

Patricia E. Lowry
Florida Bar No. 332569
PLowry@ssd.com
John B.T. Murray, Jr.
Florida Bar No. 962759
JBMurray@ssd.com
Sarah L. Shullman
Florida Bar No. 888451
SShullman@ssd.com

2

SQUIRE, SANDERS & DEMPSEY, LLP
1900 Phillips Point
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
**Attorneys for Defendant Merck & Co., Inc.**

Note: No counsel of record for Publix Supermarkets, Inc.

Respectfully submitted,

SCHULER HALVORSON & WEISSER P.A.
Barristers Building, Suite 4-D
1615 Forum Place
West Palm Beach, FL 33401
Telephone: (561) 689-8180
Facsimile: (561-684-9683)
Attorneys for Plaintiff

*(signature)*
RICHARD D. SCHULER
rschuler@shw-law.com
FLORIDA BAR NO: 158226

3