UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |

IN RE: Greggs, et al v. Merck et al            Case No. 2:07-cv-03969

## NOTICE OF FILING SUPPLEMENTAL RESPONSE
## TO PLAINTIFF'S PROFILE FORM

PLEASE TAKE NOTICE that in accordance with **Pretrial Order No. 18C**, the Plaintiff, NINA J. GREGGS, submits the attached responses to Defendant's Deficiency Notice dated October 22, 2007, and further states that said responses were served in the manner indicated below upon the following persons:

*Hard Copy Via FEDEX*
*to:*

Wilfred P. Coronato, Esquire
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ  07302-3918
Telephone: 201-536-9220
Facsimile:  201-563-0799

*Electronic Copy Via Lexis-Nexis*
*File and Serve to:*

Wilfred P. Coronato, Esquire
Hughes Hubbard & Reed, LLP

**Defendants' Liaison Counsel:**

Phillip A. Wittmann, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA  70130-3588
Telephone:     504-581-3200
Facsimile:     504-581-3368

1

>Dimitrios Mavroudis, Esquire
>Dechert LLP
>Circa Centre
>2929 Arch Street
>Philadelphia, PA 19104-2808
>Telephone: 215- 994-4000
>
>Susan Giamportone, Esquire
>Womble Carlyle Sandridge & Rice, PLLC
>One West Fourth Street
>Winston-Salem, NC 27101
>Telephone: 919-316-4243
>
>Hughes Hubbard & Reed LLP
>Robert W. Brundige, Jr.
>101 Hudson Street, Suite 3601
>Jersey City, NJ 07302-3910

## CERTIFICATE OF SERVICE

I hereby certify that the documents have been served as indicated above and that the foregoing has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

I further certify that on this _Nov. 12th_, 2007, a copy of this notice of filing and services has been provided to defense counsel of record for firms representing any other Defendants in Civil Action No.9:07-cv-80571-DTKH as follows:

Patricia E. Lowry
Florida Bar No. 332569
PLowry@ssd.com
John B.T. Murray, Jr.
Florida Bar No. 962759
JBMurray@ssd.com
Sarah L. Shullman
Florida Bar No. 888451
SShullman@ssd.com

2

SQUIRE, SANDERS & DEMPSEY, LLP
1900 Phillips Point
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
**Attorneys for Defendant Merck & Co., Inc.**

John E. Herndon, Jr., Esquire
Florida Bar No. 199702
eherndon@conroysimberg.com, tmclane@conroysimberg.com
CONROY, SIMBERG, GANON, KREVANS,
BEL, LURVEY, MORROW & SCHEFER, P.A.
325 John Knox Road, Suite 105
Tallahassee, FL 32303
Telephone: 850-383-9103
Facsimile: 850-383-9109

Millard L. Fretland, Esquire
Florida Bar No. 371671
mfretland@conroysimberg.com
CONROY, SIMBERG, GANON, KREVANS,
BEL, LURVEY, MORROW & SCHEFER, P.A.
125 West Romana Street, Suite 150
Pensacola, FL 32502
Telephone: 850-436-6605
Facsimile: 850-436-2102
**Attorneys for Walgreen Co.**

Respectfully submitted,

SCHULER HALVORSON & WEISSER P.A.
Barristers Building, Suite 4-D
1615 Forum Place
West Palm Beach, FL 33401
Telephone: (561) 689-8180
Facsimile: (561-684-9683)
Attorneys for Plaintiff

RICHARD D. SCHULER
rschuler@shw-law.com
FLORIDA BAR NO: 158226

3