UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |

In Re:  Nina Greggs v. Merck et al
MDL Case No.  2:07-cv-03969

## NOTICE OF FILING SUPPLEMENTAL MEDICAL RECORDS

PLEASE TAKE NOTICE that in accordance with **Pretrial Order No. 18C**, the Supplemental Prescription Records produced by MEDCO on behalf of Plaintiff, NINA GREGGS were served in the manner indicated below upon the following persons:

*Hard Copy Via FEDEX to:*                Wilfred P. Coronato, Esquire
                                         Hughes Hubbard & Reed, LLP
                                         101 Hudson Street, Suite 3601
                                         Jersey City, NJ  07302-3918
                                         Telephone: 201-536-9220
                                         Facsimile: 201-563-0799

*Electronic Copy Via Lexis-Nexis*
*File and Serve to the following:*       Wilfred P. Coronato, Esquire
                                         Hughes Hubbard & Reed, LLP

**Defendants' Liaison Counsel:**         Phillip A. Wittmann, Esquire
                                         Stone Pigman Walther Wittmann, LLC
                                         546 Carondelet Street
                                         New Orleans, LA  70130-3588
                                         Telephone:    504-581-3200
                                         Facsimile:    504-581-3368

                                         Dimitrios Mavroudis, Esquire
                                         Dechert LLP
                                         Circa Centre
                                         2929 Arch Street
                                         Philadelphia, PA 19104-2808
                                         Telephone: 215- 994-4000

1

Susan Giamportone, Esquire
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 919-316-4243

## CERTIFICATE OF SERVICE

I hereby certify that the documents have been served in the manner indicated above and that the foregoing Notice has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

I further certify that on this \_\_Nov. 12th\_\_, 2007, a copy has been provided to defense counsel of record for firms representing any other Defendants in this matter as follows:

Patricia E. Lowry
Florida Bar No. 332569
PLowry@ssd.com
John B.T. Murray, Jr.
Florida Bar No. 962759
JBMurray@ssd.com
Sarah L. Shullman
Florida Bar No. 888451
SShullman@ssd.com
SQUIRE, SANDERS & DEMPSEY, LLP
1900 Phillips Point
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
**Attorneys for Defendant Merck & Co., Inc.**

2

John E. Herndon, Jr., Esquire
Florida Bar No. 199702
eherndon@conroysimberg.com, tmclane@conroysimberg.com
CONROY, SIMBERG, GANON, KREVANS,
BEL, LURVEY, MORROW & SCHEFER, P.A.
325 John Knox Road, Suite 105
Tallahassee, FL 32303
Telephone: 850-383-9103
Facsimile: 850-383-9109

Millard L. Fretland, Esquire
Florida Bar No. 371671
mfretland@conroysimberg.com
CONROY, SIMBERG, GANON, KREVANS,
BEL, LURVEY, MORROW & SCHEFER, P.A.
125 West Romana Street, Suite 150
Pensacola, FL 32502
Telephone: 850-436-6605
Facsimile: 850-436-2102

**Attorneys for Walgreen Co.**

Respectfully submitted,

SCHULER HALVORSON & WEISSER P.A.
Barristers Building, Suite 4-D
1615 Forum Place
West Palm Beach, FL 33401
Telephone: (561) 689-8180
Facsimile: (561-684-9683)
Attorneys for Plaintiff

*Richard D. Schuler* (signature)
RICHARD D. SCHULER
rschuler@shw-law.com
FLORIDA BAR NO: 158226

3