UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Bethea v. Merck & Co., Inc.,* **05-6775**

### ORDER

On September 12, 2007, the Court forbid the Plaintiff in the above-captioned case from filing any further documents in this action without prior Court approval, in light of his repeated frivolous filings. *See* Rec. Doc. 12237. Since that time, on two separate occasions, the Plaintiff has delivered to the Court another "Notice of Appeal." Pursuant to the Court's previous order, the Clerk's office has accepted these filings, but treated them as motions for leave to file a notice of appeal. The Court issues this Order to enter the Plaintiff's filings into the record and to DENY him leave to file his frivolous "Notice of Appeal."

New Orleans, Louisiana, this __13th__ day of __November__, 2007.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Stanley Bethea
P.O. Box 704
Harrisburg, PA 17108