United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

Sept 24, 2007

STANLEY BETHEA,    CASE NO: 05-6775
     PLAINTIFF
            05-MD 1657 L (3)
VS.

MERCK & Co. INC,
     DEFENDANT

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   OCT - 1 2007

LORETTA G. WHYTE
       Clerk

## Notice of Appeal

Notice is hereby given that Stanley Bethea plaintiff appeals to the United States Court of Appeal for the Fifth Circuit from the order entered in this action on the 12th day of September, 2007.

TENDERED FOR FILING

OCT - 1 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Respectfully Submitted
Stanley Bethea
STANLEY BETHEA
P.O. Box 704
HBG, PA, 17108

Fee____
Process____
X Dktd____
X CtRmDep____
Doc. No.____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE NOTICE OF THE APPEAL HAS BEEN SERVED BY FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

JOSHUA G. SCHILLER ESQ.
2929 ARCH STREET
PHILADELPHIA, PA. 19104-2808

Stanley Bethea
STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17105

STANLEY BETHEA
P.O. BOX 704
HBG, PA. 17108

HARRISBURG PA 171
26 SEP 2007 PM
USA 41

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CLERK OF COURT
500 POYDRAS STREET Room C-151
NEW ORLEANS, LA 70130

From: Stanley Bethea     Nov 2, 2007
P.O. Box 704
HBG, PA. 17108

To: Clerk of Court

RE: Appeal

I send you a copy of this appeal. I have not heard anything. Will you process the appeal and send me information what has to be done next.

Sincerely yours

TENDERED FOR FILING

NOV -5 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

Sept 24, 2007

Stanley Bethea,           Case No: 05-6775
   Plaintiff

vs.

Merck + Co. Inc.,
   Defendant

Notice of Appeal

Notice is hereby given that Stanley Bethea Plaintiff appeals to the United States Court of Appeal for the Fifth Circuit from the order entered in this action on the 12th day of September, 2007

Respectfully Submitted

Stanley Bethea
Stanley Bethea
P.O. Box 704
HBG PA. 17108

TENDERED FOR FILING
NOV -5 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

STANLEY BETHEA
P.O. BOX 704
HBG, PA 17108

HARRISBURG PA 171
02 NOV 2007 PM 4
USA 41

CLERK OF COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130