UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILTY LITIGATION | MDL NO. 1657 |
| DAVID STUART | No. 06-11292 |
|     Plaintiff,<br>v. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| DAVID BRUAH, M.D.,<br>and MERCK & CO., INC., | |
|     Defendants. | |

## MOTION FOR RECONSIDERATION

NOW COMES the Plaintiff, DAVID STUART, by and through his attorneys, ROMANUCCI & BLANDIN, and prays this court to grant relief in the interests of justice and pursuant to Federal Rules of Civil Procedure, Rule 59(e), by reconsidering its Order of Dismissal as to Defendant, DAVID BRUAH, M.D., and in support thereof states as follows:

1. That Defendant, DAVID BRUAH, M.D., (hereinafter "BRUAH") filed his Motion to Dismiss in the Circuit Court of the 19th Judicial Circuit, McHenry County, Illinois, on October 25, 2006.

2. That this case was removed from Illinois state court to the Vioxx Marketing, Sales Practices and Products Liability Litigation in the United States District Court for the Eastern District of Louisiana (hereinafter "MDL") as a "tag–along" action on or about December 26, 2006.

3. That the Circuit Court of the 19th Judicial Circuit, McHenry County, Illinois took no action on Defendant, BRUAH's, Motion to Dismiss before the case was transferred to the MDL.

1

4. That on September 17, 2007, the MDL ordered that Plaintiff file any opposition to BRUAH's Motion to Dismiss on or before October 10, 2007.

5. That Plaintiff's counsel inadvertently failed to properly register with the MDL for electronic service of court documents and filings. Accordingly, Plaintiff never was electronically served with a copy of this Honorable Court's September 17, 2007, Order.

6. On October 29, 2007, Plaintiff received a letter from Defendant BRUAH's counsel with a copy of the Court's Order attached. See correspondence attached hereto as Exhibit A.

7. That Plaintiff had no knowledge of the pending deadline to file an opposition to Defendant's Motion to Dismiss until he received said letter from BRUAH's counsel.

8. As a result, this Honorable Court granted as unopposed BRUAH's Motion to Dismiss on October 26, 2007.

9. That for the reasons stated above, Plaintiff was never electronically served with a copy of the Order of Dismissal.

10. That it is in the interests of justice and fairness that Plaintiff be granted the opportunity to oppose and respond to BRUAH's Motion to Dismiss.

11. This Motion for Reconsideration is timely filed pursuant to Federal Rules of Civil Procedure Rule 59(e).

WHEREFORE, the Plaintiff, DAVID STUART, respectfully asks this Honorable Court to grant his Motion for Reconsideration and/or vacate the Order granting Defendant, DAVID

BRUAH'S, Motion to Dismiss, and allowing for Plaintiff to respond to said Motion, and for any other and further relief that the Plaintiff may be entitled.

                                                        Respectfully submitted,

                                                        ROMANUCCI & BLANDIN, LLC

                                                        By: //s//  Antonio M. Romanucci

Antonio M. Romanucci
**ROMANUCCI & BLANDIN**
33 North LaSalle Street Suite 2000
Chicago, Illinois 60602
312-458-1000
312-458-1004 *facsimile*
Attorney No. 35875

## PROOF OF SERVICE VIA E-FILING

I, the undersigned, an attorney, state that I served this notice via e-filing to all parties of record at their respective address on November 13, 2007.

By: //s//  Antonio M. Romanucci

4