# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
|     PRODUCTS LIABILTY LITIGATION ) | MDL NO. 1657 |
| ) | |
| DAVID STUART ) | No. 06-11292 |
| ) | |
|     Plaintiff, ) | JUDGE FALLON |
| v. ) | MAG. JUDGE KNOWLES |
| ) | |
| DAVID BRUAH, M.D., ) | |
| and MERCK & CO., INC., ) | |
| ) | |
|     Defendants. ) | |

## **ORDER**

THIS CAUSE COMING ON TO BE HEARD on Plaintiff's Motion for Reconsideration, due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED: that Plaintiff's motion is granted.  The order entered on October 26, 2007, granting Defendant, David Bruah's Motion to Dismiss, is hereby vacated. Plaintiff is given ___ days, or until _____, _____ to oppose and respond to Defendant's motion.


Antonio M. Romanucci        Date:_____
ROMANUCCI & BLANDIN, LLC
33 North LaSalle Street - Suite 2000
Chicago, Illinois 60602         _____
(312) 458-1000                         Judge
(312 458-1004 (fax)
Attorney No. 35875