UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * | | MDL NO. 1657 |
| In re: VIOXX | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | |
| *Grant, et. al. v. Merck & Co., Inc.,* | * | JUDGE FALLON |
| (E.D. La. 2:05-cv-00451) | * | |
| *Calandra, et. al. v. Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-02914) | * | |
| *Bentley, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-03383) | * | |
| *Hegedus, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-3968) | * | |
| *Armstrong, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-3969) | * | |
| *Puchalski, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-3970) | * | |
| *Fraser, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-06952) | * | |
| *Zonkel, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-6965) | * | |
| *McDowell, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-07339) | * | |
| | * | |
| * * * * * * * * * * * * * * * | | |

NOTICE OF WITHDRAWAL AND SUBSTITUTION

Pursuant to Local Rule 83.7(b), Kenneth B. Moll hereby gives notice of his withdrawal of appearance on behalf of the Plaintiffs in the above-referenced case. The reason for this withdrawal is that other attorneys in this firm are now handling these matters. Attorney Kurt D. Hyzy, who has filed appearances in the above-referenced cases, will act as counsel on the Plaintiffs' behalf. Effective immediately, all further notices on this matter should be directed as follows:

Kurt D. Hyzy
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Telephone: (312) 558-6444
Fax: (312) 558-1112
kdh@kbmoll.com

no

Respectfully submitted,

/s/ Kenneth B. Moll

Kenneth B. Moll
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Telephone: (312) 558-6444
Fax: (312) 558-1112

Outgoing Counsel for Plaintiffs

/s/ Kurt D. Hyzy

Kurt D. Hyzy
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Telephone: (312) 558-6444
Fax: (312) 558-1112

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Withdrawal and Subsitution** has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8, on this 12 th day of November, 2007.

*[signature]*