UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | * * * | |
| **This document relates to:** | * | |
| *Patricia Campofredano v. Merck & Co., Inc.* | * | MDL Docket No. 1657 |
| *Vicky Henry v. Merck & Co., Inc.* | * | |
| *Don Irwin v. Merck & Co., Inc.* | * | SECTION L |
| *Joseph LaCroix v. Merck & Co., Inc.* | * | |
| *Robert Mineo v. Merck & Co., Inc.* | * | JUDGE FALLON |
| *Margie Minton v. Merck & Co., Inc.* | * | |
| *Janis Reese v. Merck & Co., Inc.* | * | MAG. JUDGE KNOWLES |
| *James Sammons v. Merck & Co., Inc.* | * | |
| *Marilyn Sheehan v. Merck & Co., Inc.* | * | |
| *Avice Strickland v. Merck & Co., Inc.* | * | |
| *Patricia S. Amrhein, personal representative of the Estate of Doris E. McCloskey v. Merck & Co., Inc.* | * * * | |
| E.D. La. Docket No. 2:06-cv-05066 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**