UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIATION | * | |
| | * | SECTION L |
| This Document relates to: | * | |
| | * | JUDGE FALLON |
| 2:05-cv-00387 | * | |
| Sarah Caldwell, et al. Vs. | * | |
| Merck & Co., Inc. | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO APPEAR AS ADDITIONAL COUNSEL

On motion of Sarah Caldwell, individually and as personal representative of the Estate of Roy Lee Caldwell, Plaintiffs herein, appearing through undersigned counsel, and on suggesting to this Honorable Court that they desire to enroll Allan Berger of the law firm of Allan Berger and Associates, located at 4173 Canal Street, New Orleans, Louisiana 70119, as additional counsel of record.

Pursuant to this motion, all parties are requested in the future to serve all pleadings and documentation on Plaintiff, Sarah Caldwell, by addressing same to:

> Allan Berger and Associates
> 4173 Canal Street
> New Orleans, LA 70119
> aberger@allan-berger.com

Respectfully submitted,

_____
ALLAN BERGER (Bar No. 2977)
4173 Canal Street
New Orleans, Louisiana   70119
Phone: 504-486-9481
Fax:    504-483-8130
aberger@allan-berger.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon all parties by electronically uploading same to LexisNexis File and Serve in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of November, 2007

S/ALLAN BERGER
**ALLAN BERGER (Bar No. 2977)**
*Allan Berger and Associates*
4173 Canal Street
New Orleans, Louisiana  70119-5972
Telephone:    (504) 486-9481
Facsimile:     (504) 483-8130
aberger@allan-berger.com