UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIATION | * | |
| | * | SECTION L |
| This Document relates to: | * | |
| | * | JUDGE FALLON |
| 2:06-cv-00387 | * | |
| Sarah Caldwell, et al v. Merck & Co., Inc. | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED, ADJUDGED AND DECREED that Allan Berger of Allan Berger & Associates, PLC be and is hereby allowed to enroll as additional counsel for plaintiff in the above-numbered and entitled cause.

Signed at New Orleans, Louisiana, this _____ day of _____, 2007.

_____
J U D G E