UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
*******************************************
IN RE: VIOXX PRODUCTS LIABILITY      *     MDL Docket No. 1657
       LITIGATION                     *
                                      *     SECTION L
This document relates to:             *
FRED KELLY VS. MERCK & Co., Inc.      *     JUDGE FALLON
E.D. La. Docket No. 2:06-cv-11416     *
                                      *
                                      *     MAG. JUDGE KNOWLES
*******************************************
```

## MOTION TO REMOVE AS COUNSEL OF RECORD

**NOW INTO COURT**, come Allan Berger and Allan Berger & Associates, P.L.C., attorney for plaintiffs in the above entitled and captioned matter who advise this Honorable Court that John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

        **Respectfully Submitted,**
        **ALLAN BERGER & ASSOCIATES, P.L.C.**

        **S/ALLAN BERGER**
        **ALLAN BERGER (Bar No. 2977)**
        **Allan Berger and Associates**
        4173 Canal Street
        New Orleans, Louisiana 70119-5972
        Telephone:     (504) 486-9481
        Facsimile:     (504) 483-8130
        aberger@allan-berger.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served upon all parties by electronically uploading same to LexisNexis File and Serve in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of November, 2007

S/ALLAN BERGER
**ALLAN BERGER (Bar No. 2977)**
*Allan Berger and Associates*
4173 Canal Street
New Orleans, Louisiana  70119-5972
Telephone:     (504) 486-9481
Facsimile:      (504) 483-8130
aberger@allan-berger.com