# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

*************************************************

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY** | * | **MDL Docket No. 1657** |
| **LITIGATION** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| *FRED KELLY VS. MERCK & Co., Inc.* | * | JUDGE FALLON |
| E.D. La. Docket No. 2:06-cv-11416 | * | * |
| | * | MAG. JUDGE KNOWLES |

*************************************************

## PROPOSED ORDER

**CONSIDERING THE FOREGOING:**

  **IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

  New Orleans, Louisiana, this _____ day of _____, 2007.


_____

  **UNITED STATES DISTRICT JUDGE**