UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * | MDL NO. 1657 |
| In re: VIOXX | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | |
| *Grant, et. al. v. Merck & Co., Inc.,* | * | JUDGE FALLON |
| (E.D. La. 2:05-cv-00451) | * | |
| *Calandra, et. al. v. Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-02914) | * | |
| *Bentley, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-03383) | * | |
| *Hegedus, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-3968) | * | |
| *Armstrong, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-3969) | * | |
| *Puchalski, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-3970) | * | |
| *Fraser, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-06952) | * | |
| *Zonkel, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-6965) | * | |
| *McDowell, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-07339) | * | |
| | * | |
| * * * * * * * * * * * * * * * | | |

## MOTION TO APPEAR AS ADDITIONAL COUNSEL

On motion of Linda Grant and the other Plaintiffs listed above, appearing through undersigned counsel, and on suggesting to this Honorable Court that they desire to enroll Kurt D. Hyzy of the law firm of Kenneth B. Moll & Associates, Ltd., located at Three First National Plaza, 50th Floor, Chicago, Illinois 60602, as additional counsel of record and withdraw Kenneth B. Moll of the law firm of Kenneth B. Moll & Associates, Ltd., located at Three First National Plaza, 50th Floor, Chicago, Illinois 60602, as one of the counsels of record. The reason for this withdrawal is that other attorneys in this firm are now handling these matters. (Notice of Withdrawal attached as Exhibit A)

Pursuant to this motion, all parties are requested in the future to serve all pleadings and documentation on the Plaintiff Linda Grant and the other Plaintiffs referenced above, by addressing same to:

>Kurt D. Hyzy
>Kenneth B. Moll & Associates, Ltd.
>Three First National Plaza
>50th Floor
>Chicago, Illinois 60602
>Telephone: (312) 558-6444
>Fax: (312) 558-1112
>kdh@kbmoll.com

Respectfully submitted,

_____
Kurt D. Hyzy
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Telephone: (312) 558-6444
Fax: (312) 558-1112

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| * * * * * * * * * * * * * * | MDL NO. 1657 |
| In re: VIOXX | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | |
| This document relates to: | |
| *Grant, et. al. v. Merck & Co., Inc.,* | JUDGE FALLON |
| (E.D. La. 2:05-cv-00451) | |
| *Calandra, et. al. v. Merck & Co., Inc.,* | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-02914) | |
| *Bentley, et. al. v. Merck & Co., Inc.,* | |
| (E.D. La. 2:05-cv-03383) | |
| *Hegedus, et. al. v. Merck & Co., Inc.,* | |
| (E.D. La. 2:06-cv-3968) | |
| *Armstrong, et. al. v. Merck & Co., Inc.,* | |
| (E.D. La. 2:06-cv-3969) | |
| *Puchalski, et. al. v. Merck & Co., Inc.,* | |
| (E.D. La. 2:06-cv-3970) | |
| *Fraser, et. al. v. Merck & Co., Inc.,* | |
| (E.D. La. 2:06-cv-06952) | |
| *Zonkel, et. al. v. Merck & Co., Inc.,* | |
| (E.D. La. 2:06-cv-6965) | |
| *McDowell, et. al. v. Merck & Co., Inc.,* | |
| (E.D. La. 2:06-cv-07339) | |
| * * * * * * * * * * * * * * | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION

Pursuant to Local Rule 83.7(b), Kenneth B. Moll hereby gives notice of his withdrawal of appearance on behalf of the Plaintiffs in the above-referenced case. The reason for this withdrawal is that other attorneys in this firm are now handling these matters. Attorney Kurt D. Hyzy, who has filed appearances in the above-referenced cases, will act as counsel on the Plaintiffs' behalf. Effective immediately, all further notices on this matter should be directed as follows:

Kurt D. Hyzy
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Telephone: (312) 558-6444
Fax: (312) 558-1112
kdh@kbmoll.com

Respectfully submitted,

*/s/ Kenneth B. Moll*

Kenneth B. Moll
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Telephone: (312) 558-6444
Fax: (312) 558-1112

Outgoing Counsel for Plaintiffs

*/s/ Kurt D. Hyzy*

Kurt D. Hyzy
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Telephone: (312) 558-6444
Fax: (312) 558-1112