UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | | MDL NO. 1657 |
| In re: VIOXX | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| This document relates to: | * | |
| *Grant, et. al. v. Merck & Co., Inc.,* | * | JUDGE FALLON |
| (E.D. La. 2:05-cv-00451) | * | |
| *Calandra, et. al. v. Merck & Co., Inc.,* | * | MAG. JUDGE KNOWLES |
| (E.D. La. 2:05-cv-02914) | * | |
| *Bentley, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:05-cv-03383) | * | |
| *Hegedus, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-3968) | * | |
| *Armstrong, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-3969) | * | |
| *Puchalski, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-3970) | * | |
| *Fraser, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-06952) | * | |
| *Zonkel, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-6965) | * | |
| *McDowell, et. al. v. Merck & Co., Inc.,* | * | |
| (E.D. La. 2:06-cv-07339) | * | |
| * * * * * * * * * * * * * * | | |

## PROPOSED ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED THAT, Kenneth B. Moll should be removed as one of the attorneys for plaintiffs and Kurt D. Hyzy is substituted as Counsel of Record.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
United States District Judge