A CERTIFIED TRUE COPY

OCT 17 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 17 2007

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION
   George Williams, et al. v. Merck & Co., Inc., et al., )
      D. South Carolina, C.A. No. 2:07-1486  )
   George David Murphy v. Merck & Co., Inc., et al., )
      S.D. Florida, C.A. No. 9:07-80509    )

**07-8573**
MDL No. 1657

**07-8574**

**TRANSFER ORDER**

SECT. L MAG. 3

**Before the entire Panel**[*]: Plaintiffs in these two actions move pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its orders conditionally transferring the actions to the Eastern District of Louisiana for inclusion in MDL No. 1657. Defendant Merck & Co., Inc., opposes the motions.

After considering all counsel's argument, we find that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana, and that transfer of these actions to the Eastern District of Louisiana for inclusion in MDL No. 1657 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of these actions is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims relating to Vioxx. *See In re Vioxx Products Liability Litigation,* 360 F.Supp.2d 1352 (J.P.M.L. 2005).

The parties can present any pending motions for remand to state court to the transferee judge. *See, e.g., In re Ivy,* 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*] Judges Heyburn and Motz took no part in the disposition of this matter.

Fee _____
Process _____
X Dktd _____
____ CtRmDep _____
____ Doc. No _____

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

D. Lowell Jensen
Acting Chairman

John G. Heyburn II, Chairman*       J. Frederick Motz*
Robert L. Miller, Jr.                Kathryn H. Vratil
David R. Hansen                      Anthony J. Scirica

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

## INVOLVED COUNSEL LIST

Kenneth Wayne Harrell
Joye Law Firm
Northgate Office Building
5861 Rivers Avenue
Suite 101
Charleston, SC 29406

Anthony C. Hayes
Nelson Mullins Riley & Scarborough LLP
P.O. Box 11070
Columbia, SC 29211-1070

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

John E. Herndon, Jr.
Conroy, Simberg, Ganon, Krevans & Abel
325 John Knox Road
Atrium Building, Suite 105
Tallahassee, FL 32303

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis &
Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Richard D. Schuler
Schuler, Halvorson & Weisser, P.A.
1615 Forum Place
Barristers Building, Suite 4D
West Palm Beach, FL 33401-2317

Harold S. Stevens
Quintairos, Prieto, Wood & Boyer, P.A.
One East Broward Boulevard
Suite 1400
Fort Lauderdale, FL 33301

Catherine Whitfield
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588