FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV -9 PM 12:15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

DAVID WYSER, Plaintiff,
vs.
MERCK & CO., INC., Defendant,
Case No. 07-2695.

---

## PLAINTIFF DAVID WYSER'S NOTICE OF APPEAL

Notice is hereby given that David Wyser, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the motion for summary judgment as to Defendant Merck & Co., Inc. entered in this action pursuant to Rule 56 of the Federal Rules of Civil Procedure on November 8, 2007.

Respectfully submitted,

PRICE WAICUKAUSKI & RILEY, LLC

by _____
Henry J. Price, Bar No. 8522-49
William N. Riley, Bar No. 14941-49
Jana K. Strain, Bar No. 20677-49
Jamie R. Kendall, Bar No. 25124-49A
Christopher A. Moeller, Bar No. 25710-49

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204

Fee $455 Paid
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

Telephone: (317) 633-8787
Fax: (317) 633-8797

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Plaintiff David Wyser's Notice of Appeal* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of November, 2007.

s/ Christopher A. Moeller
Christopher A. Moeller