| | |
|---|---|
| LINDA BAHAM | MEDICAL REVIEW PANEL<br>NUMBER 2005-01994 |
| VERSUS | LOUISIANA PATIENT'S<br>COMPENSATION FUND |
| DR. JAMES K. BAKER | STATE OF LOUISIANA |

*************************************************************************************

### OPINION

The Medical Review Panel, composed of the undersigned, having reviewed the evidence submitted by the parties, given notice to the parties with reference to their right to convene the panel for questioning, having made the evidence available to the parties and having met in consideration of the same, the panel renders the following expert opinion:

1.

The evidence does not support the conclusion that the defendant, Dr. James K. Baker, failed to meet the applicable standard of care as charged in the complaint.

Reason(s) to support this conclusion:

(The following is a typed transcription of the reasons to support the above conclusion reached by the captioned Medical Review Panel on September 26, 2007.)

1. *At the time of Dr. Baker's treatment of this patient, the complete ramifications or cardiovascular side effects were not publically known.*

2. *There was no direct evidence that the Vioxx caused the patient's stroke.*

3. *The patient was a smoker, which was probably the most likely risk factor for developing a stroke, and there was an additional risk of estrogen use.*

Opinion rendered this 26th day of September, 2007.
Original hand written Opinion signed by:

Matthew R. Grimm, M.D.
Robert L. Shackleton, M.D.
Jeffrey J. Sketchler, M.D.

I, Stephanie W. Jumonville, do hereby certify that the Opinion of this Medical Review Panel has been duly executed by each of the panel members as evidenced by their signatures on the original hand written Opinion, of which this is a typed transcription.

_____
Stephanie W. Jumonville
ATTORNEY CHAIRMAN

| | |
|---|---|
| LINDA BAHAM | MEDICAL REVIEW PANEL<br>NUMBER 2005-01994 |
| VERSUS | LOUISIANA PATIENT'S<br>COMPENSATION FUND |
| DR. JAMES K. BAKER | STATE OF LOUISIANA |

*********************************************************************

*OPINION*

The Medical Review Panel, composed of the undersigned, having reviewed the evidence submitted by the parties, given notice to the parties with reference to their right to convene the panel for questioning, having made the evidence available to the parties and having met in consideration of the same, the panel renders the following expert opinion:

1.

The evidence does not support the conclusion that the defendant, Dr. James K. Baker, failed to meet the applicable standard of care as charged in the complaint.

Reason(s) to support this conclusion:

1. At the time of Dr. Baker's treatment of this patient, the complete ramifications on cardiovascular side effects were not publically known.
2. There was no direct evidence that the Vioxx caused the patient's stroke
3. The patient was a smoker, which was probably the most likely risk factor for developing a stroke, and there was an additional risk of estrogen use.

Opinion rendered this 26th day of September, 2007.

_____
Matthew R. Grimm, M.D.

_____
Robert L. Shackleton, M.D.

_____
Jeffrey J. Sketchler, M.D.

I, Stephanie W. Jumonville, do hereby certify that the Opinion of this Medical Review Panel has been duly executed by each of the panel members as evidenced by their foregoing signatures.

_____
Stephanie W. Jumonville
ATTORNEY CHAIRMAN