IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

VIOXX PRODUCTS LIABILITY LITIGATION          Case No.: 05MDL1657

    Re:    Patricia Workman, et al.          Judge Eldon E. Fallon
             Plaintiffs

vs.                                          **NOTICE OF APPEARANCE**

            Merck & Company, Inc.,
            Defendants

Now comes Plaintiffs, Patricia Workman and Ronald Workman by and through legal counsel, Douglas L. Winston, who enters his Notice of Appearance in the matter captioned above. Mr. Winston will serve as co-counsel with Robert J. Zavesky. Please serve notices to the undersigned.

                Respectfully submitted,

                BERGER & ZAVESKY CO., LPA

                /s/ Douglas L. Winston
                Douglas L. Winston, Esq. #0034695
                Robert J. Zavesky, Esq. #0018849
                Attorney for Plaintiffs
                614 W. Superior Avenue, #1425
                Cleveland, OH 44113
                (216) 830-9000
                (216) 830-4200 Fax
                E-mail: bergzav@earthlink.net