UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Vioxx Products | ) | Case No.: 05MDL1657 |
| LIABILITY LITIGATION (MDL 1657) | ) | |
| | ) | Judge Eldon E. Fallon |
| | ) | |
| This Document Relates to: | ) | Motion to Substitute Party |
| Patricia Workman, et al., vs. | ) | |
| Merck & Co., Inc. | ) | |

Ronald Workman, Executor of the Estate of Patricia Workman, hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure No. 25 for an order as the party-in-interest, in the above-captioned matter in support of this Motion, Ronald Workman states:

1. Plaintiff, Patricia Workman died on July 3, 2007, as evidenced by the Certificate of Death attached hereto and marked as Exhibit "A".

2. Ronald Workman was appointed as Executor of the Estate of Patricia Workman on August 28, 2007, as evidenced by the attached entry Appointing Fiduciary, marked as Exhibit "B".

On the basis of the foregoing, Ronald Workman, as Executor of the Estate, respectfully requests that he be substituted for Patricia Workman, as the party in interest, in the above-captioned action.

Respectfully submitted,

BERGER & ZAVESKY CO., LPA

/s/ Douglas L. Winston
Douglas L. Winston, Esq. #0034695
Robert J. Zavesky, Esq. #0018849
614 W. Superior Avenue, Suite #1425
Cleveland, OH  44113
(216) 830-9000
(216) 830-4200 Fax
E-mail: bergzav@earthlink.net

## NOTICE OF HEARING

This matter will be heard at the convenience of the Court.

/s/ Douglas L. Winston
Douglas L. Winston, Esq.
Robert J. Zavesky, Esq.
Attorney for Patricia Workman

**Department of Health**
**VITAL STATISTICS**
**CERTIFICATE OF DEATH**

Registration No. **007282**

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | PATRICIA A WORKMAN |
| 2. Sex | Female |
| 3. Date of Death | July 03, 2007 |
| 4. Social Security Number | 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 |
| 5a. Age (Years) | 65 |
| 6. Date of Birth | September 04, 1941 |
| 7. Birthplace | LAWNDALE, NORTH CAROLINA |
| 8a. Residence State | OHIO |
| 8b. County | LAKE |
| 8c. City or Town | EASTLAKE |
| 8d. Street and Number | 1174 East 340th Street |
| 8f. Zipcode | 44095 |
| 8g. Inside City Limits? | Yes |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status at Time of Death | Married |
| 11. Surviving Spouse's Name | RONALD WORKMAN |
| 12. Decedent's Education | 9TH THRU 12TH GRADE; NO DIPLOMA |
| 13. Decedent of Hispanic Origin | No |
| 14. Decedent's Race | White |
| 15. Father's Name | PAUL THRONEBURG |
| 16. Mother's Name | MYRTICE DAMERON |
| 17a. Informant's Name | RONALD WORKMAN |
| 17b. Relationship to Decedent | Husband |
| 17c. Mailing Address | 1174 East 340th Street, EASTLAKE, OHIO 44095 |
| 18a. Place of Death | Hospital - Inpatient |
| 18b. Facility Name | METRO HEALTH MEDICAL CENTER |
| 18c. City or Town, State and Zip Code | CLEVELAND, OH 44109 |
| 18d. County of Death | CUYAHOGA |
| 19. Signature of Funeral Service Licensee | Jeffrey L. Monreal |
| 20. License Number | 009186 |
| 21. Name and Address of Funeral Facility | MONREAL FH, 35400 CURTIS BLVD, EASTLAKE, OH 44095 |
| 22a. Method of Disposition | Burial |
| 22b. Date of Disposition | July 06, 2007 |
| 22c. Place of Disposition | Whitehaven Park Association |
| 22d. Location | MAYFIELD, OH |
| 23. Registrar's Signature | LeVerne Dean |
| 24. Date Filed | AUG 15 2007 |
| 25a. Name of Person Issuing Burial Permit | BALRAJ, ELIZABETH |
| 25b. District No. | 1800 |
| 25c. Date Burial Permit Issued | July 6, 2007 |
| 26a. Certifier | Coroner |
| 26b. Time of Death | 0148 |
| 26c. Date Pronounced Dead | 07/03/2007 |
| 26d. Was case referred to coroner? | Yes |
| 26e. Signature and Title of Certifier | N.P. Miller MD / Elizabeth K. Balraj MD Coroner |
| 26f. License number | 034779 |
| 26g. Date Signed | August 9, 2007 |
| 27. Name and Address of Person who Completed Cause of Death | BALRAJ, ELIZABETH K, 11001 Cedar Ave, CLEVELAND, OH 44106 |

**28. Cause of Death**

| Part I | Cause | Approximate Interval |
|---|---|---|
| a. Immediate cause | Bilateral Subdural Hematomas | UNKNOWN |
| b. Due to | Blunt Impact To Head | UNKNOWN |
| c. Due to | | |
| d. Due to | | |

| Field | Value |
|---|---|
| 29a. Was An Autopsy Performed? | No |
| 29b. Were Autopsy Findings Available Prior to Completion of Cause of Death? | |
| 30. Did Tobacco Use Contribute to Death? | Unknown |
| 31. If Female, Pregnancy Status | UNKNOWN |
| 32. Manner of Death | Accident |
| 33a. Date of Injury | July 02, 2007 |
| 33b. Time of Injury | unk. |
| 33c. Place of Injury | In Home At |
| 33d. Injury at Work? | No |
| 33e. Location of Injury | 1174 East 340th Street, EASTLAKE, OHIO |
| 33f. Describe How Injury Occurred | Fell to floor striking head. |

HEA 2724 Rev. 01/07

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.

AUG 15 07 0 1 6 9 6 2

LeVerne Dean, LOCAL REGISTRAR
OFFICE OF VITAL STATISTICS

VOID

EXHIBIT A — ALL-STATE LEGAL

PROBATE COURT OF LAKE COUNTY, OHIO
TED KLAMMER, JUDGE

FILED

2007 AUG 28  PM 3:49

JUDGE TED KLAMMER
PROBATE COURT
LAKE COUNTY, OHIO

Estate Of: **PATRICIA WORKMAN**, Deceased
Case No: **07 ES 0473**

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

[For Executors and all Administrators]

Name and Title of Fiduciary: **RONALD WORKMAN, EXECUTOR**

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate the Court finds that: Decedent died (check one of the following)- X testate ☐ intestate – on **07/03/2007**, domiciled in **EASTLAKE, OH.**

(Check one of the following)- ☐ Bond is dispensed with by the Will- ☐ Bond is dispensed with by the law- ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and X no bond required, Wrongful Death only.

Applicant is a suitable and competent person to execute the trust. The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

_Aug 28, 2007_
Date

_[signature]_
TED KLAMMER, Probate Judge

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

**TED KLAMMER**
Probate Judge

_Joan M Slapak_
Deputy Clerk

_8-28-07_
Date

(Seal)

EXHIBIT B

Form 4.5 - ENTRY APPOINTING FIDUCIARY: LETTER OF AUTHORITY