# Ohio Department of Health
## CERTIFICATE OF DEATH

Type or print in permanent blue or black ink

Registrar No. **007282**

**VOID** (watermark across document)

### DECEDENT

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | PATRICIA A WORKMAN |
| 2. Sex | Female |
| 3. Date of Death | July 03, 2007 |
| 4. Social Security Number | 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 |
| 5a. Age (Years) | 65 |
| 6. Date of Birth | September 04, 1941 |
| 7. Birthplace | LAWNDALE, NORTH CAROLINA |
| 8a. Residence State | OHIO |
| 8b. County | LAKE |
| 8c. City or Town | EASTLAKE |
| 8d. Street and Number | 1174 East 340th Street |
| 8f. Zipcode | 44095 |
| 8g. Inside City Limits? | Yes |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status at Time of Death | Married |
| 11. Surviving Spouse's Name | RONALD WORKMAN |
| 12. Decedent's Education | 9TH THRU 12TH GRADE; NO DIPLOMA |
| 13. Decedent of Hispanic Origin | No |
| 14. Decedent's Race | White |
| 15. Father's Name | PAUL THRONEBURG |
| 16. Mother's Name (prior to first marriage) | MYRTICE DAMERON |
| 17a. Informant's Name | RONALD WORKMAN |
| 17b. Relationship to Decedent | Husband |
| 17c. Mailing Address | 1174 East 340th Street, EASTLAKE, OHIO 44095 |

### DISPOSITION

| Field | Value |
|---|---|
| 18a. Place of Death | Hospital - Inpatient |
| 18b. Facility Name | METRO HEALTH MEDICAL CENTER |
| 18c. City or Town, State and Zip Code | CLEVELAND, OH 44109 |
| 18d. County of Death | CUYAHOGA |
| 19. Signature of Funeral Service Licensee | Jeffrey R. Monreal |
| 20. License Number | 009186 |
| 21. Name and Complete Address of Funeral Facility | MONREAL FH, 35400 CURTIS BLVD, EASTLAKE, OH 44095 |
| 22a. Method of Disposition | Burial |
| 22b. Date of Disposition | July 06, 2007 |
| 22c. Place of Disposition | Whitehaven Park Association |
| 22d. Location | MAYFIELD, OH |

### REGISTRAR

| Field | Value |
|---|---|
| 23. Registrar's Signature | LeVerne Dean |
| 24. Date Filed | AUG 15 2007 |
| 25a. Name of Person Issuing Burial Permit | BALRAJ, ELIZABETH |
| 25b. District No. | 1800 |
| 25c. Date Burial Permit Issued | July 6, 2007 |

### CERTIFIER

| Field | Value |
|---|---|
| 26a. Certifier | ☒ Coroner |
| 26b. Time of Death | 0148 |
| 26c. Date Pronounced Dead | 07/03/2007 |
| 26d. Was Case Referred to Coroner? | Yes |
| 26e. Signature and Title of Certifier | J.P. Miller MD / Elizabeth K. Balraj, MD Coroner |
| 26f. License number | 034779 |
| 26g. Date Signed | August 9, 2007 |
| 27. Name and Address of Person who Completed Cause of Death | BALRAJ, ELIZABETH K., 11001 Cedar Ave., CLEVELAND, OH 44106 |

### CAUSE OF DEATH

| Part | Cause | Approximate Interval |
|---|---|---|
| Immediate Cause (a) | Bilateral Subdural Hematomas | UNKNOWN |
| Due to (b) | Blunt Impact To Head | UNKNOWN |
| Due to (c) | | |
| Due to (d) | | |

| Field | Value |
|---|---|
| 29a. Was An Autopsy Performed? | No |
| 30. Did Tobacco Use Contribute to Death? | Unknown |
| 31. If Female, Pregnancy Status | UNKNOWN |
| 32. Manner of Death | Accident |
| 33a. Date of Injury | July 02, 2007 |
| 33b. Time of Injury | unk. |
| 33c. Place of Injury | In Home At |
| 33d. Injury at Work? | No |
| 33e. Location of Injury | 1174 East 340th Street, EASTLAKE, OHIO |
| 33f. Describe How Injury Occurred | Fell to floor, striking head. |

HEA 2724  Rev. 01/07

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.

AU 75 07 0 1 b 9 b 2

LeVerne Dean
LEVORRIE DEAN, LOCAL REGISTRAR
OFFICE OF VITAL STATISTICS
WITH AFFIXED EMBOSSED SEAL

EXHIBIT A