PROBATE COURT OF LAKE COUNTY, OHIO
TED KLAMMER, JUDGE

FILED

2007 AUG 28 PM 3:49

JUDGE TED KLAMMER
PROBATE COURT
LAKE COUNTY, OHIO

Estate Of: **PATRICIA WORKMAN**, Deceased
Case No: **07 ES 0473**

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

[For Executors and all Administrators]

Name and Title of Fiduciary: **RONALD WORKMAN, EXECUTOR**

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate the Court finds that: Decedent died (check one of the following)- X testate ☐ intestate – on **07/03/2007**, domiciled in **EASTLAKE, OH.**

(Check one of the following)-☐ Bond is dispensed with by the Will- ☐ Bond is dispensed with by the law- ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and X no bond required, Wrongful Death only.

Applicant is a suitable and competent person to execute the trust. The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

_Aug 28, 2007_
Date

_TED KLAMMER_, Probate Judge

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

**TED KLAMMER**
Probate Judge

_Joan M Papak_
Deputy Clerk

_8-28-07_
Date

(Seal)

EXHIBIT B

Form 4.5 - ENTRY APPOINTING FIDUCIARY: LETTER OF AUTHORITY