UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Vioxx Products | ) | Case No.: 05MDL1657 |
| LIABILITY LITIGATION (MDL 1657) | ) | |
| | ) | Judge Eldon E. Fallon |
| | ) | |
| This Document Relates to: | ) | Order Granting Motion to |
| Patricia Workman, et al., vs. | ) | Substitute Party |
| Merck & Co., Inc. | ) | |

For Good Cause Shown, Ronald Workman, Executor of the Estate of Patricia Workman, is hereby substituted as the party in interest for Patricia Workman, Deceased in the above-captioned action.

IT IS SO ORDERED

Dated _____          _____
                                    Eldon E. Fallon
                                    U.S. District Judge