UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Vioxx Products | ) | Case No.: 05MDL1657 |
| LIABILITY LITIGATION (MDL 1657) | ) | |
| | ) | Judge Eldon E. Fallon |
| | ) | |
| This Document Relates to: | ) | Notice of Motion to Substitute Party |
| Patricia Workman, et al., vs. | ) | |
| Merck & Co., Inc. | ) | |

Please take notice, that upon the attached Motion to Substitute Party, Ronald Workman, Executor of the Estate of Patricia Workman, will move this Honorable Court for an order pursuant to Federal Rule of Civil Procedure Number 25, permitting substitution of Ronald Workman, as Executor of the Estate of Patricia Workman, as the party-in-interest, in interest in the above-captioned matter.

Respectfully submitted,

BERGER & ZAVESKY CO., LPA

/s/ Douglas L. Winston
Douglas L. Winston, Esq. # 0034695
Robert J. Zavesky, Esq. #0018849
Attorney for Patricia Workman
614 W. Superior Avenue, Suite #1425
Cleveland, OH 44113
(216) 830-9000
(216) 830-4200 Fax
E-mail: bergzav@earthlink.net

## NOTICE OF HEARING

This matter will be heard at the convenience of the Court.

/s/ Doulgas L. Winston
Douglas L. Winston, Esq.
Robert J. Zavesky, Esq.
Attorney for Patricia Workman