IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

VIOXX PRODUCTS LIABILITY LITIGATION   : 05MDL1657

    RE:    Patricia Workman, et al.
            Plaintiffs

vs.                          SUGGESTION OF DEATH

            Merck & Company, Inc.
            Defendants

Now comes Douglas L. Winston and Robert J. Zavesky, Attorneys for the Plaintiffs, who suggest upon the record, pursuant to Rule 25 (a) (1) the death of Plaintiff, Patricia Workman on July 3, 2007.

                                      Respectfully submitted,
                                      BERGER & ZAVESKY CO., LPA

                                      /s/ Douglas L. Winston
                                      Douglas L. Winston, Esq. #0034695
                                      Robert J. Zavesky, Esq. #0018849
                                      Attorneys for Plaintiff, Patricia Workman
                                      Rockefeller Bldg., Suite #1425
                                      614 W. Superior Avenue
                                      Cleveland, Ohio 44113
                                      (216) 830-9000
                                      (216) 830-4200 Fax
                                      E-mail: bergzav@earthlink.net