UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

IT IS ORDERED that the attached Revised Exhibit A shall be substituted in place of the version previously attached to Pretrial Order No. 28 and Pretrial Order No. 29.

All exhibits to Pretrial Order No. 28 and Pretrial Order No. 29 can now be edited and completed electronically, and can be downloaded from the Court's website at http://vioxx.laed.uscourts.gov/

New Orleans, Louisiana, this 19th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE