**EXHIBIT A**

| | |
|---|---|
| **IN RE:  Vioxx® PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1657**<br><br><br><br>Plaintiff or Claimant: _____<br>                                    (name) |

## AMENDED AND SUPPLEMENTAL PLAINTIFF PROFILE FORM

This Amended and Supplemental Plaintiff Profile Form ("ASPPF") is to be completed and served pursuant to the requirements of Pre-Trial Orders ("PTOs") 28 and 29.

Other than in Sections I (C) and VIII, those questions using the term "You" should refer to the person who used Vioxx.  Please use the Additional Information pages, located at the end of this form, as necessary to fully answer these questions.  Sources of Information must be completed by each plaintiff who used Vioxx or their personal representative.  Section VIII must be completed by loss of consortium plaintiffs.

If you are completing this questionnaire in a representative capacity, please respond to all questions with respect to the person who used Vioxx, unless the question instructs you otherwise.  Those questions using the term "You" refer to the person who used the Vioxx, unless you are instructed otherwise.  If the individual is deceased, please respond as of the time immediately prior to his or her death, unless a different time period is specified.  In filling out this form, please use the following definitions:

(1) "**health care provider**" means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, mental, emotional or psychological care or advice and any pharmacy, counselor, dentist, X-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, therapist, nurse, herbalist, nutritionist, dietician or other persons or entities involved in evaluation, diagnosis, care and/or treatment;

(2) "**document**" means any writing or record or any type, however produced and whatever the medium on which it was produced or reproduced, and includes, without limitation, the original and any non-identical copy (whether different from the original because of handwritten notes or underlying on the copy or otherwise) and all drafts of papers, letters, telegrams, telexes, notes, notations, memoranda of conversations or meeting, calendars, diaries, minutes of meetings, interoffice communications, electronic mail, message slips, notebooks, agreements, reports, articles, books, tables, charts, schedules, memoranda, medical records, X-rays, advertisements, pictures, photographs, films, accounting books or records, billings, credit card records, electrical or magnetic recordings or tapes, or any other writings, recordings, or pictures of any kind of description.

## I.   <u>CASE INFORMATION</u>

A. Name of person completing this form: _____

B. Please state the following for the civil action or claim which you filed:

   1. Case caption: _____

   2. Case No.: _____

   3. If Tolling Claimant, set forth the date you executed your Notice of Tolling Agreement: _____

   4. Please state the name, address, and telephone number of the principal attorney representing you.  If you are not represented by an attorney in this case, please state "none."

     Name: _____

     Firm name: _____

     City, State and Zip Code: _____

     Telephone number: _____

C. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person, or a minor, or incapacitated person), please complete the following:

   1. Your name: _____

   2. Social Security Number: _____

   3. Any other names used or by which you have been known, including but not limited to maiden name: _____

   4. Street Address: _____

   5. City, State and Zip Code: _____

   6. If you are serving in a representative capacity, state which individual or estate you are representing, and in what capacity you are representing the individual or estate: _____

   7. If you were appointed as a representative by a court, state the:

     _____     _____
     Court                       Date of Appointment

8. Your relationship to deceased or represented person or person claimed to be injured: _____

9. If you represent a decedent's estate based on a decedent's death, state the date of death of the decedent and the address of the place where the decedent died:
_____
_____

D. Claim Information:

1. Identify each bodily injury you claim resulted from your use of Vioxx: _____
_____
_____
_____

2. Identify the date(s) that you claim each injury occurred: _____
_____
_____

3. Who diagnosed the conditions? _____
_____
_____

4. Did you ever suffer the same type of injury(ies) prior to the date(s) set forth in Section I (D) (2)?  Yes _____        No _____

   *If "yes,"* please specify each prior injury, when it occurred and who diagnosed each prior injury at that time: _____
_____
_____

5. Do you claim that your use of Vioxx worsened a condition that you already had or had in the past?  Yes _____        No _____

   *If "yes,"* set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took Vioxx; and the date of recovery, if any:
_____
_____
_____
_____

E. Are you claiming damages for any psychological, psychiatric or other mental or emotional problem as a consequence of using Vioxx?  Yes _____   No _____

   *If "yes,"* describe each kind of injury you allege you suffered and when you allegedly suffered it: _____
_____
_____
_____

*Also if "yes,"* did you seek treatment for these injuries?
Yes _____   No _____

*If "yes,"* provide:

1.  Name and address of each person who treated you:

    _____
    Name

    _____
    Address (if not otherwise provided)

2.  Condition(s) for which treated:  _____

3.  When treated:      From: _____   To: _____

4.  Medications prescribed for each such condition:  _____

*Also if "yes,"* state whether you have experienced or been treated for any psychological, psychiatric or other mental or emotional problem prior to the physical injury you claim from Vioxx, including but not limited to panic attacks, anxiety, post traumatic stress disorder, depression, thoughts of hurting yourself or other people, schizophrenia, bipolar disorder, personality disorders (e.g., obsessive compulsive, paranoid, borderline, histrionic, other), generalized anxiety disorder, social phobia/anxiety disorder, post-traumatic stress disorder, depression, mania, poor sleep, poor concentration, suicidal thoughts/attempts, and drug abuse.   Yes _____   No _____

*If "yes,"* state:

5.  Name and address of each person who treated you:

    _____
    Name

    _____
    Address (if not otherwise provided)

6.  Condition(s) for which treated:  _____

7.  When treated:      From: _____   To: _____

8.  Medications prescribed for each such condition:  _____

4

II.    **VIOXX® PRESCRIPTION INFORMATION**

    A.  Who prescribed Vioxx for you?  _____
          _____
          _____
          _____

    B.  On which dates did you begin to take, and stop taking, Vioxx?
          _____
          _____

    C.  For what condition were you prescribed Vioxx?
          _____
          _____

    D.  Did you receive a prescription for Vioxx?  Yes _____   No _____

       *If "yes,"* set forth the name(s) and address(es) of each pharmacy where you filled each
       Vioxx prescription:  _____
       _____
       _____
       _____

       1.   Did you renew your prescription for Vioxx?  Yes _____   No _____

           *If "yes,"* how many times? _____

    E.  Did you receive any samples of Vioxx?  Yes _____   No _____

       *If "yes,"* for each provider, provide the following:

       1.   Identify the full name and address of person who provided you a sample of Vioxx:
           _____
           _____

       2.   Identify how many tablets of each dosage were provided:  _____

       3.   Identify each date samples of each dosage were provided:  _____
           _____

    F.  Which form of Vioxx did you take (check all that apply)?

       _____12.5 mg Tablet (cream, round, MRK 74)
       _____12.5 mg Oral Suspension
       _____ 25 mg Tablet (round, yellow, MRK 110)
       _____ 25 mg Oral Suspension
       _____ 50 mg Tablet (round, orange, MRK 114)

G. How many times per day did you take Vioxx?

_____

H. Have you reviewed any written, televised or internet-based advertising or labeling materials regarding Vioxx?  Yes _____     No _____

*If "yes,"* state which written, televised or internet-based advertising or labeling materials you reviewed regarding Vioxx and when you reviewed such materials. _____

_____
_____
_____

I. Have you had discussions with any doctor about whether your claimed injury(ies) set forth in Section I (D), above, is related to the use of Vioxx?  Yes _____  No _____

*If "yes,"* provide the following:

1. Identify the doctor(s) with whom you had such discussions.

_____
Name

_____
Address (if not otherwise provided) *(If discussed with more than one doctor, please provide details in the Additional Information page located at the end of this form)*

J. State whether you requested that any doctor or clinic provide you with Vioxx or a prescription for Vioxx.  Yes _____   No _____

K. Were you given any written instructions or warnings regarding the use of Vioxx?
Yes _____   No _____

*If "yes,"* state:

1. When the written instructions or warnings were given:

_____
_____

2. A description of the written warnings or instructions (e.g., package insert, patient product information, pharmacy handout, etc.): _____
_____
_____

3. Identify each person or entity from whom you received the warnings or instructions:

_____
_____
_____

6

4.   Approximate date you received the written instructions or warnings: _____

5.   Summary of instructions/warnings received: _____
_____
_____

L.   What other medications (including aspirin), if any, were you taking at the same time you were taking Vioxx?

_____
_____
_____
_____
_____

M.   What other medications (including, but not limited to, aspirin, ibuprofen, naproxen, and Celebrex) have you taken for osteoarthritis, rheumatoid arthritis, or pain relief, and when did you take them? _____
_____
_____

1.   Do you believe you ever experienced gastrointestinal problems or other adverse side effects from any or all of these other medications? *If "yes,"* list the type of adverse side effect, the medication you were taking and the date(s) on which you experienced the adverse side effect. _____
_____
_____
_____

2.   Did you believe you experienced any of the adverse side effects listed in your answer to the preceding question while taking Vioxx? *If "yes,"* set forth which adverse side effect you experienced, when, what treatment you received for the adverse side effect, and who prescribed that treatment. _____
_____
_____
_____

N.   On what date, and in what city and state, did you first experience any symptoms you believe are related to the injury(ies) alleged in Section I (D) and what were those symptoms? _____
_____
_____
_____

O.   Were there any witnesses to the symptoms identified in Section I (D)? *If "yes,"* state their names, addresses, phone numbers and relationships to you. _____
_____
_____
_____

P.   When did you first contact a doctor or healthcare professional concerning the injury you allege in Section I (D) and whom did you contact? _____

_____

_____

_____

Q.   If you were taken to a doctor or health care facility for the injury(ies) alleged in Section I (D), state the name and address of the persons, police department, fire department, emergency medical workers, or ambulance company that took you to the doctor or health care facility. _____

_____

_____

**III.**   **PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®**

A.   Last name: _____

First name: _____

Middle name or initial: _____

B.   Any other names used of by which you have been known, including but not limited to maiden name: _____

_____

C.   Social Security Number: _____

D.   Driver's license number: _____ State issuing your license: _____

E.   Date and place of birth: _____

F.   Sex:  Male _____ Female _____

G.   Current street address: _____

_____

H.  Identify each other address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one *(if you have not resided at another address in the last ten (10) years please state "none.")*:

| Address | Dates of Residence | |
|---------|---------|---------|
| | **From:** | **To:** |
| | | |
| | | |
| | | |

I.  Identify each high school, college, university or other educational institution (except grade school) you have attended, the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas & Degrees |
|---------|---------|---------|---------|
| | | | |
| | | | |
| | | | |
| | | | |

J.  <u>Employment Information</u>.

1.  Current employer (if not currently employed, last employer):

Name of employer: _____

Address: _____

Dates of employment:  From: _____      To: _____

Occupation/Job duties: _____

2. List the following for each employer you have had in the last ten (10) years (not including any employer listed in Section III (J) (1) above):

Name of employer: _____

Address: _____

Dates of employment:  From: _____          To: _____

Occupation/Job duties: _____

Name of employer: _____

Address: _____

Dates of employment:  From: _____          To: _____

Occupation/Job duties: _____

Name of employer: _____

Address: _____

Dates of employment:  From: _____          To: _____

Occupation/Job duties: _____

Name of employer: _____

Address: _____

Dates of employment:  From: _____          To: _____

Occupation/Job duties: _____

K.  Military Service Information

1. Have you ever served in any branch of the U.S. Military?
Yes _____   No _____

*If "yes,"* please state:

a.  What branch and the dates of service: _____
_____

b.  Were you discharged for any reason relating to your physical, psychiatric or emotional condition?
Yes _____   No _____

10

*If "yes,"* state what that condition was: _____

_____

2.  Have you ever been rejected from military service for any reason relating to your health or physical condition?

Yes _____   No _____

*If "yes,"* state what that condition was: _____

_____

3.  Have you ever served in the military overseas?

Yes _____   No _____

*If "yes,"* state location and dates: _____

_____

L.  <u>Insurance/Claim Information</u>

1.  Have you ever filed a worker's compensation claim?  Yes _____   No _____

*If "yes,"* please state:

a.  Year claim was filed: _____

b.  Court/State where claim was filed: _____

c.  Claim/docket number, if applicable: _____

d.  Nature of disability: _____

e.  Period of disability: _____

f.  Benefits received, if any: _____

g.  Identify the full name and address of the entity most likely to have records concerning your claim: _____

_____

*(If necessary, to describe more than one claim, please provide details in the Additional Information page located at the end of this form.)*

2.  Have you ever filed a social security disability claim (SSI or SSD)?

Yes _____   No _____

*If "yes,"* please state:

a.  Year claim was filed: _____

b.  Where claim was filed: _____

    c.   Nature of disability: _____

    d.   Period of disability: _____

    e.   Benefits received, if any: _____

    f.   Identify the full name and address of the entity most likely to have records concerning your claim: _____
_____

    *(If necessary, to describe more than one claim, please provide details in the Additional Information page located at the end of this form.)*

3.  Have you ever been denied life insurance or medical insurance for reasons relating to your medical or physical condition? Yes _____  No _____

    *If "yes,"* state when, the name of the company and the company's stated reason for denial: _____
_____
_____

4.  *(Answer this question if you are claiming damages for mental or emotional distress.)*  Have you ever been denied life insurance or medical insurance for reasons relating to your mental or emotional condition?  Yes _____  No _____

    *If "yes,"* state when, the name of the company and the company's stated reason for denial: _____
_____

5.  Has any insurance or other company provided medical coverage to you (either directly or through a group including any employer of yours) or paid medical bills on your behalf at any time, beginning ten (10) years before your alleged injury through the present?  Yes _____  No _____

    *If "yes,"* then as to each company, separately state:

    Name of the company: _____

    Address of the company: _____

    The account/policy number or designation: _____

    Dates of coverage: _____

    When claim was made: _____

6.  Have you ever been out of work for more than thirty (30) days for reasons related to your health?  Yes _____  No _____

*If "yes,"* identify the date you were out of work and the reason(s).

When:  From:  _____        To:  _____

Reason:  _____

7.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?  Yes _____   No _____

*If "yes,"* please provide the following:

When the lawsuit or claim was made:  _____

Court in which such action was filed:  _____

Case caption:  _____

Case name:  _____

Civil action/Docket No.:  _____

Name(s) of adverse parties:  _____

Brief description of claims asserted:  _____
_____

M.  Have you ever been convicted or plead guilty of a crime?  Yes _____   No _____

*If "yes,"* identify where, when, and the crime:  _____
_____

## IV.   **FAMILY INFORMATION**

A.  List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (i.e. divorce, annulment, death):
_____
_____
_____

B.  Has your spouse filed a loss of consortium claim in this action?  Yes _____   No _____

C.  Has any parent, grandparent, child, or sibling ever been diagnosed with a problem or condition relating to the same organ or organ system identified in your answer to Section I(D)?  Yes _____   No _____

*If "yes,"* identify each such person below and provide the information requested.

1.  Name: _____

    Current age (or age at death): _____

    Type of problem or condition: _____

    Age at problem or condition: _____

    If applicable, cause of death: _____

2.  Name: _____

    Current age (or age at death): _____

    Type of problem or condition: _____

    Age at problem or condition: _____

    If applicable, cause of death: _____

3.  Name: _____

    Current age (or age at death): _____

    Type of problem or condition: _____

    Age at problem or condition: _____

    If applicable, cause of death: _____

D.  Provide the full name, address and age of each of your children.  If you had no children, state *"none."* _____
    _____
    _____
    _____
    _____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent who have standing to assert a wrongful death claim. _____
    _____
    _____

F.  If you are bringing a survivor cause of action, state whether you have been appointed as the decedent's personal representative authorized to prosecute the decedent's claims, and when and by whom you were so appointed: _____

_____

_____

_____

## V.   **CURRENT MEDICAL CONDITION**

A.  Do you currently suffer from any physical injuries, illnesses or disabilities other than those you alleged are the result of your use of Vioxx in Section I (D)?
Yes _____   No _____

*If "yes,"* please state the following for each injury, illness or disability:

1.  Identify the injury, illness, or disability, their symptoms and date of onset:

_____

_____

_____

2.  By whom first diagnosed:

_____          _____
Name                                                         Address

_____
Date of diagnosis

## VI.   **MEDICAL BACKGROUND**

A.  Height: _____

B.  Current Weight: _____

C.  Weight at the time of the injury, illness or disability described in Section I (D): _____

15

D.  Prescription Medicines

1.  To the best of your knowledge, state whether you used any of the following from ten (10) years prior to the date of the injury you allege in Section I (D) through the present, check all medications you have used, state the first and last dates you took the medication, and identify the doctor that prescribed the medication.

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Angiotension Converting Enzyme ("ACE") Inhibitors: <br> Altace: _____ <br> Aceon: _____ <br> Accupril: _____ <br> Monopril: _____ <br> Lotensin: _____ <br> Capoten: _____ <br> Vasotec: _____ <br> Prinivil: _____ <br> Zestril: _____ <br> Univasc: _____ <br> Mavik: _____ <br> **Other:** | | | | High blood pressure: _____ <br> Heart disease: _____ <br> Cardiomyopathy: _____ <br> Previous heart attack: _____ <br> Enlarged heart: _____ <br> Kidney problems: _____ <br> Diabetes: _____ <br> **Other:** |
| Angiotension II Receptor Antagonists ("ARBs"): <br> Cozaar: _____ <br> Diovan: _____ <br> Avapro: _____ <br> Micardis: _____ <br> Atacard: _____ <br> **Other:** | | | | High blood pressure: _____ <br> Heart disease: _____ <br> Cardiomyopathy: _____ <br> Previous heart attack: _____ <br> Enlarged heart: _____ <br> Kidney problems: _____ <br> Diabetes: _____ <br> **Other:** |
| Beta Blockers: <br> Inderal:_____ <br> Lopresser:_____ <br> Toprol:_____ <br> Sectral:_____ <br> Corgard:_____ <br> Coreg:_____ <br> Tenormin:_____ <br> Timoptic:_____ | | | | High blood pressure:_____ <br> Heart problems:_____ <br> Previous heart attack:_____ <br> Recurrent chest pain:_____ <br> Migraine headaches:_____ <br> Eye problems:_____ <br> Panic disorders:_____ <br> Social phobias:_____ <br> **Other:** |

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Betoptic:_____<br>Brevibloc:_____<br>Betapace:_____<br>Viskin:_____<br>**Other:** | | | | |
| Calcium Channel Blockers:<br>Norvasc:_____<br>Procardia:_____<br>Calan:_____<br>Cardizem:_____<br>Plendil:_____<br>Cardene:_____<br>Sular:_____<br>**Other:** | | | | Recurrent chest pain:_____<br>Heart problems:_____<br>Raynaud's phenomenon:_____<br>Migraine headaches:_____<br>Esophageal (throat) spasm:_____<br>**Other:** |
| Alpha Blockers:<br>Cardura:_____<br>Minipress:_____<br>Hytrin:_____<br>**Other:** | | | | High blood pressure:_____<br>Benign prostatic hypertrophy (BPH):_____<br>Heart problems:_____<br>**Other:** |
| Diuretics:<br>Hydrodiuril:_____<br>Hygroton:_____<br>Microx:_____<br>Lozol:_____<br>Lasix (furosemide):_____<br>Demadex:_____<br>Dyazide:_____<br>Aldactazide:_____<br>Moduretic:_____<br>**Other:** | | | | High blood pressure:_____<br>Edema in legs (fluid):_____<br>Heart problems:_____<br>**Other:** |

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Central Alpha Agonists: Catapres:_____ Tenex:_____ Aldomet:_____ Wytensin:_____ **Other:** | | | | High blood pressure:_____ **Other:** |
| Other (please list): (can include combination pills, or any other pill thought be to prescribed for high blood pressure): | | | | |
| Heart Medications: (other than ACE Inhibitors, ARBs, or high blood pressure medications already listed above) Digoxin (lanoxin):_____ Amrinone:_____ Primacor:_____ **Other:** | | | | |
| Anticoagulants:  Coumadin (warfarin):_____ Heparin or Low Molecular Weight Heparin:_____ **Other:** | | | | Blood clot (DVT):_____ Atrial fibrillation:_____ Previous heart attack:_____ Prolonged hospitalization:_____ Suspected or proven pulmonary Embolism (PE):_____ Heart valve problems:_____ **Other:** |

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Aspirin:<br>81mg: ___<br>325mg: ___<br>Number of times taken each day _____ | | | | Prevention for heart attack:_____<br>Prevention for stroke and/or transient ischemic attack (TIA):_____<br>Rheumatoid arthritis:_____<br>Other pain syndromes:_____<br>Rheumatic fever:_____<br>Osteoarthritis:_____<br>Previous heart or other surgery:_____<br>**Other:** |
| Anti-Platelet Medications: (other than aspirin)<br>Plavix:_____<br>Apo-Dipyridamole:_____<br>Ticlid:_____<br>**Other:** | | | | Heart surgery:_____<br>Heart attack:_____<br>Catherization:_____<br>Stenting:_____<br>Chest pain at rest:_____<br>**Other:** |
| Cholesterol Lowering Drugs:<br>Lipitor:_____<br>Zocor:_____<br>Pravachol:_____<br>Lescol:_____<br>Colestid:_____<br>Niacin:_____<br>Lopid:_____<br>**Other:** | | | | |
| Pain Medications:<br>Advil:_____<br>Motrin:_____<br>Naproxen (can be sold as "Naprosyn"):_____<br>Aleve:_____<br>Tylenol (acetaminophen) Actron:_____<br>Indocin (indomethacin):____<br>Migraine medications (e.g., Imitrex):_____<br>**Other:** | | | | |

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Hormone Replacement Therapy:<br><br>Prempro: _____<br><br>Premarin: _____<br><br>**Other:** | | | | |
| Rifampin: _____ | | | | |
| Theophylline: _____ | | | | |
| Methotrexate: _____ | | | | |
| Diet Drugs or Diet Supplements:<br><br>Phen-Fen:_____<br><br>**Other:** | | | | |
| Herbal Remedies or Supplements: Kava:_____<br><br>Ginseng:_____<br><br>Ginko Biloba:_____<br><br>St. John's Wort:_____<br><br>Sal Palmetto:_____<br><br>**Other:** | | | | |

Psychiatric Medications *(Only answer these questions if you are claiming damages for mental or emotional distress.  If you are not claiming such damages, please go the next question below.)*

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Antidepressants:<br>Tricyclic Anti-Depressants (TCAs):<br>Amitril:_____<br>Asendin:_____<br>Anafranil:_____<br>Adapin:_____<br>Ludiomil:_____<br>Vivactil:_____<br>Surmontil:_____<br>Elavil:_____<br>Endep:_____<br>Norpramin:_____<br>Pertofrane:_____<br>Imipramine:_____<br>Janimine:_____<br>Tofranil:_____<br>Aventyl:_____<br>Pamelor:_____<br>**Other:**<br><br>Selective Serotonin Reuptake Inhibitors (SSRIs):<br>Prozac:_____<br>Paxil:_____<br>Zoloft:_____<br>Celexa:_____<br>Luvox:_____<br>**Other:**<br><br>Monamine Oxidase Inhibitors (MAOIs):<br>Nardil:_____<br>Parnate:_____<br>**Other:** | | | | Depression:_____<br>Chronic fatigue syndrome:_____<br>Bipolar disorder:_____<br>Generalized anxiety disorder:_____<br>Panic disorder:_____<br>Poor concentration:_____<br>Suicidal thoughts or attempts:_____<br>Alcohol or drug abuse:_____<br>Personality disorders:_____<br>Schizophrenia:_____<br>Eating disorders:_____<br>**Other:** |

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Anti-Anxiety Medications:<br>Benzodiazepines:<br>Xanax:_____<br>Librium:_____<br>Klonopin:_____<br>Tranxene:_____<br>Valium:_____<br>Dalmame:_____<br>Paxipam:_____<br>Ativan:_____<br>Serex:_____<br>Centrax:_____<br>**Other:** | | | | Depression:_____<br>Chronic fatigue syndrome:_____<br>Bipolar disorder:_____<br>Generalized anxiety disorder:_____<br>Panic disorder:_____<br>Poor concentration:_____<br>Suicidal thoughts or<br>attempts:_____<br>Personality disorders:_____<br>Alcohol or drug abuse:_____<br>Schizophrenia:_____<br>Eating disorders:_____<br>**Other:** |
| Anti-Psychotic Medications:<br>Haldol:_____<br>Risperdal:_____<br>Zyprexa:_____<br>Clozaril:_____<br>Leponex:_____<br>Geodon:_____<br>**Other:** | | | | Schizophrenia:_____<br>**Other:** |
| Anti-Convulsant Medications:<br>Tegretol:_____<br>Depakote:_____<br>**Other:** | | | | Schizophrenia:_____<br>Seizure disorder:_____<br> **Other:** |
| Lithium:_____ | | | | Bipolar disorder:_____<br>**Other:** |

2. List each any other prescription medicine not identified in Section VI (D) (1) you have taken regularly in the last ten (10) years, identifying the medication and the condition for which it was prescribed.

_____

Medication

_____

Condition for which prescribed

_____

Medication

_____

Condition for which prescribed

_____

Medication

_____

Condition for which prescribed

_____

Medication

_____

Condition for which prescribed

E. Smoking/Tobacco Use History:  (*Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.)*

    ____ Current smoker of cigarettes  ___; cigars ___; pipe tobacco ___; or user of chewing tobacco/snuff ___.
      1. Amount smoked or used: on average ____ per day for ____ years.
    ____ Past smoker of cigarettes ___; cigars ___; pipe tobacco ___; or user of chewing tobacco/snuff ___.
      2. Date on which smoking/tobacco use ceased: _____
      3. Amount smoked or used on average ____ per day for ____ years.
    ____ Never smoked cigarettes, cigars, pipe tobacco, or used chewing tobacco/snuff.

F. Drinking History:

    1. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?
      Yes ____   No ____

      *If "no,"* go Section G below.

23

*If "yes,"* check the following box which represents your greatest alcohol consumption over an extended (6 months or greater) period within the last 10 years:

    _____ 1-5 drinks per week
    _____ 6-10 drinks per week
    _____ 11-14 drinks per week
    _____ 15 or more drinks per week
    _____ Other (describe) _____

Check the following box which represents your weekly alcohol consumption for the month prior to the time that you sustained the injuries alleged in the complaint:

    _____ 1-5 drinks per week
    _____ 6-10 drinks per week
    _____ 11-14 drinks per week
    _____ 15 or more drinks per week
    _____ Other (describe) _____

G.  Caffeine History:

 1.  Do you now or have you in the past consumed caffeinated beverages (coffee, tea, sodas, etc.)?
  Yes \_\_\_\_   No \_\_\_\_

  *If "yes,"* check the following box which represents your greatest caffeine consumption over an extended (6 months or greater) period within the last 10 years:

    _____ 1-5 drinks per week
    _____ 6-10 drinks per week
    _____ 11-14 drinks per week
    _____ 15 or more drinks per week
    _____ Other (describe) _____

  Check the following box which represents your weekly caffeine consumption for the month prior to the time that you sustained the injuries alleged in the complaint:

    _____ 1-5 drinks per week
    _____ 6-10 drinks per week
    _____ 11-14 drinks per week
    _____ 15 or more drinks per week
    _____ Other (describe) _____

H.  Illicit Drugs:

    1.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced any alleged Vioxx-related injury?  Yes _____  No _____

    *If "yes,"* identify each substance and state when you first and last used it.

    _____

    _____

    _____

I.  To the best of your knowledge, have you or your parents, grandparents, children or siblings ever experienced, or been told by a doctor or other healthcare professional, that you/they have, may have or had any of the following (check all that apply)?

_____ Abdominal aortic aneurysm (AAA disease)
_____ Alcoholism (as to you only, if applicable)
_____ Allergic reaction to medication
_____ Amputations (as to you only, if applicable)
_____ Aneurysm
_____ Atherosclerosis (blocked or narrow arteries)
_____ Atrial fibrillation
_____ Bipolar Disorder (as to you only, if applicable)
_____ Bleeding/clotting disorders (hemophillia, Von Willibrands disease, scurvy,  other)
_____ Blood in stool or dark/black stools
_____ Cancer (lung, colon, liver, breast, other)
_____ Carotid stenosis (neck arteries)
_____ Chest pain/angina (at rest or with exertion)
_____ Chronic Fatigue Syndrome
_____ Chronic obstructive pulmonary disease/COPD
_____ Congenital heart disease
_____ Congestive heart failure
_____ Cor pulmonale
_____ Coronary heart disease
_____ Deep vein thrombosis/DVT/blood clot in lower legs
_____ Dermatomyositis
_____ Diabetes
_____ Eating disorders (anorexia, bulimia) (as to you only, if applicable)
_____ Endocarditis
_____ Esophagus problems (strictures, achalasia, Barrett's esophagus, difficulty swallowing, other)
_____ Eye hemorrhages
_____ Fibromyalgia
_____ Glaucoma
_____ Gout
_____ Heart attack/MI/myocardial infarction
_____ Heart murmur

25

_____ Heart valve problems (pulmonary hypertension, mitral valve prolapse, aortic/mitral valve regurgitation, aortic/mitral stenosis, bicuspid aortic valve, other)

_____ Heartburn/ reflux/ esophageal reflux disease/ GERD

_____ Hernia (strangulated or incarcerated)

_____ Herpes (as to you only, if applicable)

_____ High blood pressure/hypertension

_____ High total cholesterol, high LDLs (bad cholesterol), or low HDLs (good cholesterol)

_____ High triglycerides

_____ HIV/AIDS (as to you only, if applicable)

_____ Hodgkins disease/ non-Hodgkin's lymphoma

_____ Hypoxia (low oxygen saturation)

_____ Intestinal obstruction (not including constipation)

_____ Irregular heart rhythm (palpitations, tachycardia, bradycardia, atrial fibrillation, skipped beats, other)

_____ Kidney disease

_____ Leukemia

_____ Liver disease (hepatitis B/C, cirrhosis, cysts, other)

_____ Lupus

_____ Obesity (as to you only, if applicable)

_____ Osteoarthritis

_____ Pancreatitis

_____ Panic Disorder

_____ Peptic ulcer disease

_____ Peripheral vascular disease

_____ Pulmonary embolism/blood clot in the lung

_____ Rheumatic fever (as to you only, if applicable)

_____ Rheumatoid arthritis

_____ Seizure disorder

_____ Shortness of breath not associated with vigorous exercise

_____ Sickle cell anemia/ sickle cell trait

_____ Silent MI

_____ Sleep apnea

_____ Stomach problems (ulcers, perforations, bleeding)

_____ Stroke

_____ Swelling/edema/fluid in legs ankles (other than in pregnancy)

_____ Syphilis (as to you only, if applicable)

_____ Thyroid disorder and/or goiter

_____ Transient ischemic attack/TIA

_____ Tuberculosis

J. *If you responded "yes" to any of the above*, please identify/state the condition, the individual affected, the date of onset (as to you only, if applicable), any medication prescribed to treat the condition (as to you only if applicable), and the name of the physician or other person who made the diagnosis or informed the individual of the condition and their address if not provided in the accompanying list (as to you only, if applicable).

1. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

2. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

3. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

4. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

5. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

6. Condition: _____

Patient name: _____

Onset date and medication: _____

Name and address of physician or other person: _____

_____

K. Please indicate whether you have ever received any of the following treatments or diagnostic procedures:

1. Surgeries (other than abortion), including but not limited to the following, and specify for what condition the surgery was performed:  open heart or bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, or intestinal surgery.

| Surgery | Condition | When Performed | Treating Physician | Hospital |
|---------|-----------|----------------|--------------------|----------|
|         |           |                |                    |          |
|         |           |                |                    |          |
|         |           |                |                    |          |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments, including but not limited to the following:  cardiac catheterization, angioplasty (balloon), stenting, and electroconversion.

| Treatment/ Intervention | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3.  Have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head or neck, CT scan of the head, echocardiogram, bubble/microbubble study, EKG, Holter monitor.

*If "yes,"* answer the following:

| Diagnostic Test | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

L.  Have you ever participated in any clinical trials or studies relating to any drugs or treatments for any medical conditions?  Yes _____   No _____

*If "yes,"* please identify:

1.  Name of the trial or study: _____

2.  Sponsor of trial or study: _____

3.  Drug or treatment studied: _____

4.  Purpose of the drug or treatment studied: _____

5.  Name and address of the investigator in charge of your care and treatment in the trial or study: _____
_____

6.  The dates you participated in the trial or study: _____

## VII.   WAGE LOSS INFORMATION AND OTHER MONETARY LOSS CLAIMS

A.  Are you making a claim for loss of wages?  Yes _____   No _____

*If "no,"* then go to Section VII (B).

1.  State the total amount of time you have lost from work as a result of any condition that you claim or believe was caused by your use of Vioxx and the amount of income that you claim you lost.  _____
_____

2.  State your total earned income (including salary, bonus, and benefits) for each of the last ten (10) years.

| Year | Income |
|------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

> _____         $_____
>
> _____         $_____
>
> _____         $_____

B.  Have you paid or incurred any medical expenses that are related to any condition that you claim or believe was caused by your use of Vioxx and for which you seek recovery in the action you have filed?

>  Yes \_\_\_\_   No \_\_\_\_

*If "yes,"* state the total amount of such expenses at this time:  $ _____

C.  Has your insurer, or any other entity or person, paid or incurred any medical expenses that are related to any condition that you claim or believe was caused by your use of Vioxx and for which you seek recovery in the action you have filed?

>  Yes \_\_\_\_   No \_\_\_\_

*If "yes,"* state the total amount of such expenses at this time:  $ _____

D.  Please provide an itemized statement of the nature and amount of damages you are claiming.  _____
_____
_____
_____

E.  Please identify all persons not identified elsewhere in this ASPPF who you believe possess information relevant to your claims in this matter and for each, state his or her name, address, telephone number and a description of the information you believe he or she possesses.

>  _____
_____
_____
_____

## VIII.  <u>PERSONAL INFORMATION OF LOSS OF CONSORTIUM</u>

*If you are a representative or loss of consortium plaintiff, please provide your personal responses to these questions.*

A.  Last Name:  _____

First Name:  _____

Middle Name or Initial:  _____

B.  Any other names used or by which you have been known, including but not limited to maiden name: _____

C.  Social Security Number: _____

D.  Driver's license number: _____ State issuing your license: _____

E.  Date and place of birth: _____

F.  Sex:  Male _____   Female _____

G.  Current street address and date began residing at this address: _____

_____

_____
City                                        State                                        Zip Code

H.  Identify each other address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence | |
|---|---|---|
| | **From:** | **To:** |
| | | |
| | | |
| | | |

I.  Identify each high school, college, university or other educational institution (except grade school) you have attended, the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas & Degrees |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

J.  <u>Employment Information</u>.

Current employer (if not currently employed, last employer):

_____
Name

_____
Address

_____
Dates of employment

_____
Occupation/Job duties

K.  Date and place of marriage: _____

L.  Have you ever been convicted or plead guilty of a crime?  Yes _____   No _____

*If "yes,"* where, when, and the crime: _____
_____

33

**IX.      LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION**

EACH PLAINTIFF OR CLAIMANT, AS THE CASE MAY BE, IS REQUIRED TO PRODUCE
ALL MEDICAL RECORDS FROM ALL HEALTHCARE PROVIDERS WHOSE IDENTITY IS
REQUESTED BELOW PURSUANT TO (a) PTO 28, SECTION II(A)(6), REGARDLESS OF
WHETHER PLAINTIFF OR CLAIMANT IS REQUIRED TO RESPOND TO THIS AMENDED
AND SUPPLEMENTAL PROFILE FORM UNDER SECTION II(A)(3), AND (b) PTO 29,
SECTION II(A)(2).

List the following:

   A.  Your current family and/or primary care physician:

| Name | Address | Approximate Dates of Treatment From:          To: | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

   B.  To the best of your ability, identify each of your *other* family and/or primary care
       physicians from 1995 to the present.

| Name | Address | Approximate Dates of Treatment From:          To: | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient from 1995 to the present.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) from 1995 to the present.

| Name | Address | Treatment Dates | Reason for Treatment |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

E.  Each physician or healthcare provider, not already listed in Sections IX (A) and
IX (B) above, from whom you have received treatment from 1995 to the present.

| Name | Address | Specialty | Approximate Dates of Treatment | |
|---|---|---|---|---|
| | | | From: | To: |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

F.  Each pharmacy that has dispensed medication to you from 1995 to the present.

| Name | Address | Approximate Dates Pharmacy Used | |
|---|---|---|---|
| | | From: | To: |
| | | | |
| | | | |

**X.**   **DOCUMENTS AND THINGS**

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this fact sheet.  If not attached, please indicate why not.

A.   A copy of all prescriptions for Vioxx, receipts, physician or office records, drug containers, packaging and other records that show the period during which you have taken Vioxx, the dosage of Vioxx and the frequency with which you took Vioxx.
Yes _____   No _____

B.   If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.
Yes _____   No _____

C.   All diagnostic tests or test results for any disease, illness or conditions as detailed in this PPF.
Yes _____   No _____

D.   Copies of all documents from physicians or other healthcare providers identified in this PPF.
Yes _____   No _____

E.   All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to you when your prescriptions for Vioxx were filled.
Yes _____   No _____

F.   Copies of all advertisements or promotions for Vioxx received or seen before filing this action.
Yes _____   No _____

G.   Executed authorizations signed and undated in the forms appended hereto, in following manner:

- If you are claiming damages for lost earnings or earning capacity, execute authorization forms #s 1-5 as provided on the court's website at http://vioxx.laed.uscourts.gov/Forms/Forms.htm
- If you are not claiming damages for lost earnings or earning capacity, execute authorization forms #s 1-3 and #5 as provided on the court's website at http://vioxx.laed.uscourts.gov/Forms/Forms.htm

H.   If you claim you have suffered loss of earnings or earning capacity, all documents that evidence your income/earnings for each of the last ten (10) years.
Yes _____   No _____

I.  If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other health care provider and statements and explanations of benefits from your health care insurer or plan.
Yes _____  No _____

J.  Copy of all written communications, whether written or electronic (including email, communications as part of internet "chat rooms" or e-mail groups), with others not including your counsel, regarding Vioxx, your injuries or this case.
Yes _____  No _____

K.  Copies of letters testamentary, letters of administration, powers of attorney, guardianship or guardian *ad litem* orders or other documents relating to your status as plaintiff if you are suing and/or are completing this PPF and the Authorizations on behalf of another individual.
Yes _____  No _____

L.  Decedent's death certificate (in death case).
Yes _____  No _____

M.  Report of autopsy of decedent (in death case).
Yes _____  No _____

N.  All photographs, drawings, slides, movies, day-in-the-life films, or videotapes, edited and unedited, taken by anyone, in your possession, the possession of your attorney or experts, or any other person acting on your behalf, relating to plaintiff's injuries, limitations or damages, and which are not privileged work product or otherwise not discoverable.
Yes _____  No _____

O.  All documents relating to Vioxx in plaintiff's possession or control that were generated, published or disseminated by or obtained from Merck, whether or not it originated at Merck, that were in plaintiff's possession prior to the date on which plaintiff filed his/her Complaint in this action.
Yes _____  No _____

P.  All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, discussing alleged risks of Vioxx or any other COX-2 inhibitor drugs, or any alleged health impact, including, but not limited to, newspaper articles, scientific studies, health and fitness publications, union or other organizational newsletters, bulletins, or brochures.
Yes _____  No _____

Q.  All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, concerning any guidelines, procedures, requirements, recommendations, protocols, instructions, warnings or precautions for the use of Vioxx or any other COX-2 inhibitor drugs.
Yes _____  No _____

R.  All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, relating to any support or information group,

including internet sources, concerning Vioxx or any other COX-2 inhibitor drugs, including, but not limited to, communications from you, or received by you from such groups concerning Vioxx or other COX-2 inhibitor drugs.
Yes _____   No _____

S.  All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, concerning Vioxx or any other COX-2 inhibitor drugs distributed by public or private organizations, including without limitation, the American Nursing Association, the Food and Drug Administration, the Center for Disease Control, the American Medical Association, the American Heart Association, the National Institutes of Health, the Occupational Safety and Health Administration, or NIOSH.
Yes _____   No _____

T.  Any videotape or sound recordings that have been broadcast on television or radio, or any newspaper, magazine or other published document wherein plaintiff has discussed Vioxx or any aspect of the alleged incident or injury that forms the basis of this action.
Yes _____   No _____

U.  Any and all product insert data sheets, marketing materials, promotional materials, advertisements, packaging information, labels, bottles, boxes, samples, labeling fact sheets or informational sheets provided to plaintiff by any prescribing physician, pharmacy or other healthcare provider, or any other materials provided by any prescribing physician, pharmacy, or other healthcare provider, or anyone else prior to the date on which plaintiff filed his/her Complaint in this action, and relating to Vioxx, CELEBREX®, or BEXTRA®.
Yes _____   No _____

V.  Each and every document in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, including but not limited to magazine or newspaper articles, brochures, material from internet sites, videotapes (including videotapes of news or other television programs), or audiotapes (including tapes of news or other radio or television programs), that mentions, refers to or relates to Vioxx and that was made available to plaintiff or reviewed by plaintiff prior to ingesting Vioxx.
Yes _____   No _____

W.  All non-privileged documents reflecting communications between plaintiff and any other person or entity, prior to the date on which plaintiff filed his/her Complaint in this action, and relating to, referring to, or regarding the allegations of the Complaint, Merck, Vioxx or any injury you claim resulted from plaintiff's use of, or exposure to, Vioxx.
Yes _____   No _____

X.  Each and every document that evidences any communication between plaintiff and any doctor, any employer, any defendant, any federal or state agency, or any other person (other than your attorney) regarding the incident made the basis of this suit or your claims in this lawsuit.
Yes _____   No _____

Y.  All entries in personal diaries, calendars, journals, logs, appointment books, date books, or similar materials plaintiff kept or continues to keep from January 1, 1995 to the present which relate or refer to plaintiff's medical care, medical condition, or employment and not prepared at the direction of your attorney.
    Yes _____   No _____

Z.  Have you prepared personal diaries, calendars, journals, logs, appointment books, date books, or similar materials at the direction of your attorney(s)?
    Yes _____   No _____

## ADDITIONAL INFORMATION

## ADDITIONAL INFORMATION

## **CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part X of this declaration, to the extent that such documents are in my possession, custody, control or access, or in the possession, custody, control or access of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____      _____      _____
       Signature                                    Print Name                       Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL  No. 1657

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)**

Name:_____

Date of Birth:_____

Social Security Number:_____

      I hereby authorize _____ to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **HUGHES HUBBARD & REED LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm of_____ and/or their designated agents ("Receiving Parties").**  These records shall be used or disclosed solely in connection with the currently pending VIOXX® litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's VIOXX® litigation concludes.  The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or proceeding.

      I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

      This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information.  It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments,

medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.).  This listing is not meant to be exclusive.

      This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation.  I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage.  I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization.  I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.  I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

      Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place.  Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this ___ day of _____, 200___

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

**AUTHORIZATION #1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re:  VIOXX® PRODUCTS<br>LIABILITY LITIGATION | MDL No. 1657<br><br>**AUTHORIZATION FOR RELEASE OF**<br>**PSYCHOLOGICAL/PSYCHIATRIC**<br>**RECORDS PURSUANT TO**<br>**45 C.F.R. § 164.508 (HIPAA)** |

Name:_____

Date of Birth:_____

Social Security Number:_____

      I hereby authorize _____ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **HUGHES HUBBARD & REED LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm of ____ _____ and/or their designated agents ("Receiving Parties").**  These records shall be used or disclosed solely in connection with the currently pending VIOXX® litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's VIOXX® litigation concludes.  The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or proceeding.

      I understand that this authorization includes information regarding the diagnosis and treatment of psychiatric and psychological disorders, and that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

      This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing

information.  It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.).  This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation.  I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage.  I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization.  I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.  I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place.  Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this __ day of _____, 200__

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

**AUTHORIZATION #2**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: VIOXX® PRODUCT<br>LIABILITY LITIGATION | MDL No. 1657<br><br>**AUTHORIZATION FOR RELEASE OF<br>PSYCHOTHERAPY NOTES PURSUANT<br>TO 45 C.F.R. § 164.508 (HIPAA)** |

Name: _____

Date of Birth: _____

Social Security Number: _____

      I hereby authorize _____ to release all existing psychotherapy notes regarding the above-named person's medical care, treatment, physical/mental condition, and/or medical expenses to law firm of **HUGHES HUBBARD & REED LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm of _____ and/or their designated agents ("Receiving Parties").** These records shall be used or disclosed solely in connection with the currently pending VIOXX® litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's VIOXX® litigation concludes. The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or proceeding.

      I understand that this authorization includes all psychotherapy notes maintained separately from the above-named person's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress.

      I understand that the health information being disclosed by these psychotherapy notes may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

      This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage.  I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization.  I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.  I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place.  Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this ___ day of _____, 200___

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

**AUTHORIZATION #3**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re:  VIOXX® PRODUCTS
LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages, earnings or
earning capacity.)**

Name:_____

Date of Birth:_____

Social Security Number:_____

    I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment, income and education to the law firm of **HUGHES HUBBARD & REED LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm of _____ and/or their designated agents ("Receiving Parties").**  These records shall be used or disclosed solely in connection with the currently pending VIOXX® litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's VIOXX® litigation concludes.

    I understand that this authorization includes the above-named person's complete employment personnel file (including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records).  This listing is not meant to be exclusive.

    Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place.  Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

                Dated this __ day of _____, 200__

                _____
                [*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

**AUTHORIZATION #4**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 1657

In re:  VIOXX® PRODUCTS
LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or earnings or earning capacity.)**

Name:_____

Date of Birth:_____

Social Security Number:_____

I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **HUGHES HUBBARD & REED LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm of _____ _____ and/or their designated agents ("Receiving Parties").** These records shall be used or disclosed solely in connection with the currently pending VIOXX® litigation involving the person named above.  This authorization shall cease to be effective as of the date on which the above-named person's VIOXX® litigation concludes.

I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records).  This listing is not meant to be exclusive.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place.  Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this ___ day of _____, 200___

_____
[*PLAINTIFF OR REPRESENTATIVE*]
If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

**AUTHORIZATION #5**