UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS         MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Dawson v. Merck & Co., Inc., No. 07-1259

**J U D G M E N T**

Considering the Court's Order & Reasons dated and filed on November 8, 2007, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiffs, Philip Dawson and Marilyn Dawson, dismissing said plaintiffs' claims with prejudice and costs.

New Orleans, Louisiana, this ___19th___ day of November, 2007.

                                                   ELDON E. FALLON
                                                 UNITED STATES DISTRICT JUDGE