UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS　　　　　　　　MDL NO. 1657
　　　PRODUCTS LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　SECTION: L

　　　　　　　　　　　　　　　　　　　　JUDGE FALLON

　　　　　　　　　　　　　　　　　　　　MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Tran v. Merck & Co., Inc., No. 07-368

## J U D G M E N T

　　　Considering the Court's Order & Reasons dated and filed on November 8, 2007, accordingly:

　　　IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, Viet Tran, dismissing said plaintiff's claims with prejudice and costs.

　　　New Orleans, Louisiana, this __19th__ day of November, 2007.

　　　　　　　　　　　　　　　　　　　　_/s/ Eldon E. Fallon_
　　　　　　　　　　　　　　　　　　　　ELDON E. FALLON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE