UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                     MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION
                                                    SECTION: L

                                                    JUDGE FALLON

                                                    MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Wyser v. Merck & Co., Inc., No. 07-2695

## J U D G M E N T

      Considering the Court's Order & Reasons dated and filed on November 8, 2007, accordingly:

      IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, David Wyser, dismissing said plaintiff's claims with prejudice and costs.

      New Orleans, Louisiana, this 19th day of November, 2007.

                                              ELDON E. FALLON
                                              UNITED STATES DISTRICT JUDGE