UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                           MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**

Alvarado, et al v. Merck & Co., Inc., No. 06-7150
(regarding only Milagros Medina-Alfanador)

## J U D G M E N T

Considering the Court's Order & Reasons dated and filed on November 8, 2007, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, Milagros Medina-Alfanador, dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this  19th  day of November, 2007.

                                                                  ELDON E. FALLON
                                                                UNITED STATES DISTRICT JUDGE