UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS    MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

DeVito, et al v. Merck & Co., Inc., No. 07-562
(regarding only James Barrall)

**J U D G M E N T**

    Considering the Court's Order & Reasons dated and filed on November 8, 2007, accordingly:

    IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, James Barrall, dismissing said plaintiff's claims with prejudice and costs.

    New Orleans, Louisiana, this 19th day of November, 2007.

                                                ELDON E. FALLON
                                                UNITED STATES DISTRICT JUDGE