UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
     PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

DeVito, et al v. Merck & Co., Inc., No. 07-562
(regarding only Alonzo Dusi)

**J U D G M E N T**

Considering the Court's Order & Reasons dated and filed on November 8, 2007, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, Alonzo Dusi, dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this  19th  day of November, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE