IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   VIOXX PRODUCTS ) <br> LIABILITY LITIGATION ) <br> MDL No. 1657 ) <br> _____ ) <br> This document relates to: ) <br> ) <br> DONALD R. PREUNINGER and ) <br> FLORA N. PREUNINGER, ) <br>         Plaintiffs, ) <br> v. ) <br> ) <br> MERCK & CO., INC., ) <br>         Defendant. ) | SECTION L <br> JUDGE ELDON E. FALLON <br><br><br> CASE NO. 06-10305 |

### ORDER ON PLAINTIFFS' MOTION FOR RELIEF FROM STAY

This matter comes before the Court on Plaintiffs' Motion for Relief from Stay to file a Motion for Reconsideration of the Summary Judgment.

The Court having considered the grounds, will allow the Plaintiffs until November 26, 2007, 5:00 p.m. to file a Motion For Reconsideration of the Summary Judgment that is no more than five (5) pages in length, and is limited to the sole issue of the admissibility of Mrs. Preuninger's Affidavit, and hereby GRANTS the Motion.

DONE AND ORDERED THIS ___ DAY OF NOVEMBER, 2007.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDG