# EXHIBIT A

## Registration Affidavit

I, _____, hereby certify [pursuant to 28 U.S.C. § 1746] as follows:

I am an attorney in good standing who is admitted to practice law in the State of _____. The name and address of my law firm are:

_____
Law Firm

_____
Street

_____
City           State           Zip Code

I make this certification pursuant to Pretrial Order No. 31 entered in the current coordinated proceeding styled *In re: Vioxx® Products Liability Litigation*, MDL Docket No. 1657, now pending in the United States District Court for the Eastern District of Louisiana.

Exhibit 1 to this certification contains a true and complete list of all of the Plaintiffs and/or Tolling Claimants in which I have an "Interest" and for whom I am "Primary Counsel" along with a notation of all firms with an Interest in Each Claim as of October 1, 2007.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:_____                    _____
                                                                    Primary Counsel

Sign ONE of the statements below:

1. I, _____, on behalf of myself and all other counsel with an Interest in the cases listed in Exhibit 1, agree to the terms of the MSA and will

recommend that all Plaintiffs and/or Tolling Claimants listed on Exhibit 1 who at any time have alleged any of the following injuries should enroll in the Program: myocardial infarction, sudden cardiac death, and/or ischemic stroke.

Dated:_____                    _____
                                                                          Signature

OR

2.  I, _____, do not agree to the terms of the MSA and will not recommend that any of the Plaintiffs and/or Tolling Claimants listed on Exhibit 1 enroll in the Program.

Dated:_____                    _____
                                                                          Signature