**EXHIBIT B**

## *Pro Se* Registration Affidavit

I, _____, hereby certify pursuant to 28 U.S.C. § 1746 as follows:

1. I represent myself in the following lawsuit:

   _____
   Case Caption

   _____        _____
   Docket Number                  Date Filed

2. I make this certification pursuant to Pretrial Order No. 31 entered in the current coordinated proceeding styled *In re: Vioxx® Products Liability Litigation*, MDL Docket No. 1657, now pending in the United States District Court for the Eastern District of Louisiana.

3. My date of birth, social security number, and current residential address are:

   Date of Birth: _____/_____/_____

   Social Security Number: _____

   Current Address: _____
                    Street

   _____
   City            State            Zip Code

   _____
   Country

4. I claim that I sustained a personal injury as a result of taking Vioxx. I have marked the category of my injury and specified the date and place of my injury below:

   ____ Myocardial Infarction or Sudden Cardiac Death

   ____ Ischemic Stroke (not a hemorrhagic stroke or a transient ischemic attack)

   ____ All other Injuries

   Date of the specified injury: _____/_____/_____

   Place of Injury: _____

5. I took Vioxx before my claimed injury. I have specifically checked the category below that corresponds to my duration of Vioxx use:

\_\_\_\_ Duration of use up until the specified injury of 12 months or less

\_\_\_\_ Duration of use up until the specified injury of more than 12 months

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _____        _____
                                                                                *Pro Se* Claimant