# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

## PRE-TRIAL ORDER NO. 32
### (Appointment of Allocation Committee)

On November 9, 2007, Merck & Co., Inc. and a committee of plaintiffs' attorneys appointed by this Court to engage Merck in settlement discussions reached an agreement to resolve pending lawsuits or tolled (and certain previously tolled) Vioxx claims against Merck involving heart attacks, ischemic strokes, and sudden cardiac deaths existing as of November 9, 2007.  The Settlement Agreement, Paragraph 9.2.4, provides that this Court shall appoint a committee of plaintiffs' attorneys to be responsible for recommending to the Court the allocation to be made by the Court of awards of attorneys' fees from the Settlement Fee and Cost Account. Accordingly, pursuant to this authority, and pursuant to this transferee Court's inherent authority over this multidistrict litigation, the Court hereby appoints the following counsel to serve on the Allocation Committee:

        Russ M, Herman – Chairman
        HERMAN, HERMAN, KATZ & COTLAR, L.L.P.
        820 O'Keefe Avenue
        New Orleans, Louisiana  70113

Andy D. Birchfield, Jr. – Secretary
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Christopher A. Seeger
SEEGER WEISS
One William Street
New York, NY 10004

Edward F. Blizzard
BLIZZARD, MCCARTHY & NABERS, L.L.P.
Lyric Centre, 440 Louisiana, Suite 1710
Houston, TX 77002-1689

Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017

W. Mark Lanier
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Troy Rafferty
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502

Perry Weitz
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038

It shall be the Chairman's duty to call and preside over all meetings of the Allocation

Committee.  It shall be the Secretary's duty to keep minutes of all meetings of the Allocation

Committee and to collect appropriate documents to support the Committee's ultimate recommendations. The Court may issue subsequent Orders governing the procedure by which the Allocation Committee shall carry out its function.

The appointment of the Allocation Committee is of a personal nature. Accordingly, the above appointees cannot be substituted by other attorneys, including members of the appointee's law firm, to perform the Allocation Committee's exclusive functions, except with prior approval of the Court.

The foregoing is now made the Order of the Court.

Dated:   November 20, 2007                                   _____
                                                             Honorable Eldon E. Fallon
                                                             United States District Court Judge