**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| In re: Vioxx Marketing, Sales Practices & | * | MDL No. 1657 |
| Products Liability Litigation | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| **This Document Relates to:** | * | |
| *Aaron, et al. v. Merck & Co., Inc.,* | * | MAGISTRATE JUDGE |
| *Case No.: 2:07cv08076* | * | DANIEL E. KNOWLES, III |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | JURY TRIAL DEMAND |

**ANSWER AND DEFENSES**
**OF DEFENDANT MERCK & CO., INC.**

Defendant Merck & Co., Inc. ("Merck") submits the following Answer and Defenses to

the Complaint of plaintiffs CAFFIE AARON, HELEN MARIE ABLES, CAROLYN ADAMS,

JEWEL ADKINS, WALTER AINSWORTH, BUD ALEXANDER, COLETTIE ALEXANDER,

MARILYN ALEXANDER, BRENDA ALLEN, CAROLYN ALLEN, MAMIE ALLEN, MARY

K. ALLEN, SANDRA ALLEN, SHERRY ALLEN, THOMAS ALLEN, VALERIA ALLEN,

ANTHONY ALLRED, WEAVER ALRED, JOSEPH AMBROSE, BARBARA ANDERSON,

BETTY ANDERSON, BOBBIE ANDERSON, ETHEL ANDERSON, LD ANDERSON,

MARGEREE ANDERSON, LIZZIE ANDREWS, CHARLES ARNOLD, DEXTER ARNOLD,

EUNICE ARNOLD, LIMA ARNOLD, BEVERLY ARON, ANNIE ARRINGTON, JESSIE

ARRINGTON, JEANNE ARTERBERRY, MACHANTA ASHFORD, MARY ASHFORD,

JAMES ATKINSON, VIVIAN AYERS, SARA BAGGETT, IRENE BAILEY, MAGGIE

BAILEY, NATHANIEL BAILEY, NETTIE BAILEY, ROSE BAILEY, SARAH BAILEY,

CURTIS BAKER, LOLA BALLARD, JONDA BALLOU, SAMMY BARKSDALE, DELMER

BARNES, MARTHA BARNES, PATRICIA BARNES, VERNON BARNES, BETTY

BARNETT, CATHY BARNETT, DELONIDA BARNETT, MARLEE BARNETT, NANCY BARNETT, GEORGE BARRON, DEXTER BARROW, SANDRA BATES, WILLIE BATES, BENJAMIN BATTLE, RENNA BATTLE, WILLIE BAYBON, WILLIE BEAN, AUDREY BECK, ELIZABETH BECKLEY, BETTYE BECKUM, GUY BECKWORTH, MARILYN BEDFORD, LAURA BELL, RUBY BELL, SANDRA BELL, SARAH BELL, INEZ BELLS, ANNIE BENFORD, STEPHANIE BENFORD, MATTIE B. BENNETT, A.C. BENSON, BILLY BERRY, BRENDA BERRYHILL, BETTY BESTER, WILLIE BESTER, SR., BONNIE BETTS, DEMARCO BETTS, LEVIRGIE BETTS, JOE BEVILL, ALMER BIBBS, DONALD BIGGS, BETTY JEAN BILLUPS, CASSANDRA BILLUPS, MILFORD BILLUPS, TETHA BILLUPS, JESSICA RENA BINGHAM, JESSIE BINGHAM, STANLEY BINGHAM, ALINE BIRKS, MAGGIE BIRKS, MYRTLE BISHOP, PEGGY BISHOP, ERNESTINE BLACK, JOSEPHINE BLACK, PATRICIA BLACK, SHARON BLACK, IVA BLACKLEDGE, ROBERT BLACKMON, PATRICIA BLAINE, CLETA BLAKE, HAROLD BLAKELY, DENISE BLAKENEY, ARVIN BOBO, EDDIE BOBO, BEN BOLDEN, RUBY BOLDEN, DAWN BOLES, DELOISE BONNEY, CORINE BOOKER, JEROME BOOKER, JASPER BOOKER, JR., GENELL BOONE, HENRY BOOTH, ROSETTA BOOTH, WANDA BOUCHILLAN, EDDIE BOUCHILLON, ALMA BOWEN, ERNEST BOWEN, MATHA BOWERS, CHARLES BOXLEY, JANICE BOYD, KATIE BOYD, LAGLENDA BOYD, ROSIE BOYD, BECKY BRACEY, DOROTHY BRADFIELD, GEORGIA BRADFORD, JACQUELINE BRADFORD, NANCY BRADFORD, FLORINE BRADSHAW, LORNA BRADSHAW, RHONDA BRADSHW, JEWEL BRANCH, AUDREY BRANNER, VICKIE BRANTLEY, RICHARD BRAY, EARNESTINE BREWSTER, HELEN BRIDGES, JACQUELINE BRIDGES, LINDA BRIDGES, TABITHA BRIM, DARIS BRONSON,

901306v.1

MARTHA BRITT, FRANK BROADNAX, BETTY BROOKS, EARNEST BROOKS, MARY BROOKS, WILL BROOKS, WILLIE FRANK BROOKS, JR., B. L. BROWN, BETTY J. BROWN, BETTY M. BROWN, BOBBIE BROWN, BRENDA JOYCE BROWN, BRENDA JEAN BROWN, BRENDA R. BROWN, CAROLYN BROWN, CHRISTINE BROWN, DIANE BROWN, DOROTHY BROWN, EARLINE BROWN, ETHALREAN BROWN, GENEVA BROWN, JEWEL BROWN, JUDY BROWN, LARRY BROWN, LILLIE ANN BROWN, LILLIE D. BROWN, MADELINE BROWN, MATTIE BROWN, MICHAEL BROWN, ROBERT BROWN, TANICKA BROWN, TYNA BROWN, WALTER BROWN, JR., WILLIE BROYLES, JR., VAYNEVEU BRUESSARD, DONNA BRUNSON, JEWELENE BRYANT, KATHERINE BRYANT, ROSIE BRYANT, EDNA BUCHANAN, JENNIE BUCHANAN, LAURA BUCHANAN, LONNIE BUCHANAN, WILLIAM BUCHANAN, MONETT BUCKNER, HOWARD BULLOCK, HATTIE BUNTON, MARSHA BURCHFIELD, JAMES BURFORD, SAM BURFORD, CATHERINE BURGESS, ANDREW BUCKHART, BEEBE BURNS, LISA BURT, JOYCE BURTON, MARTHA BURTON, ALBERT BUSBY, CINDY BUSBY, LUCILLE BUSBY, RUBY BUSBY, J.C. BUSH, JOYCE BUTLER, BEVERLY BUXTON, TAMMY BUXTON, EDITH BYNO, JERRY CAHEE, NORMA CAIN, RUTHIE MAE CALAMISE, JOYCE CALDWELL, AUDLEY CALHOUN, CRYSTAL CAMPBELL, KIMBERLY CAMPBELL, LILLIAN CAMPBELL, MAPLE CAMPBELL, MARY CAMPBELL, MINNIE PEARL CAMPBELL, WESLEY CAMPBELL, ROBERT CAMBPELL, JR., WINNIE CANN, MELANIE CANNON, CARRIE CARADINE, PRENTISS CARADINE, ROBERT CARPENTER, JR., WILLIE CARR, MAE CARRAWAY, TAMMY CARROLL, MADELINE CARTER, MARGARET CARTER, PRISCILLA CARTER, WILLIAM CARTER, JAMES CASH, CHRISTINA LYNN CASTLEBERRY, BERTHA CAUTHEN, A.C.

901306v.1

CHAMBERS, GREGORY CHAMBERS, MAELENE CHAMBERS, MILDRED CHANDLER, SARAH CHANDLER, DOROTHY CHANEY, YVONNE CHAPMAN, SHIRLEY CHERRY, BERNICE CHISM, SANDRA CHISM, HARRY CHRISTOUICH, DENA CHUNN, LASHANDRA CISTRUNK, AILEEN CLANTON, BEATRICE CLARK, HARVEY CLARK, PATSY CLARK, PEGGY CLARK, THIALIA CLARK, JAMES CLAY, WILLIE CLAYTON, EVELYN COBBINS, VIRDELL COFFER, CHAD COLE, LINDA COLE, ALICE COLEMAN, OLIVE COLEMAN, SAVANNAH COLEMAN, SHARRON COLEMAN, ADJUSTER COLLIER, DOROTHY COLLIER, JOHNNIE COLLIER, MICHAEL COLLIER, BOBBETT COLLINS, CLEMENTINE COLLINS, HELEN COLLINS, MARY COLLINS, EASTER COMMON, POLLY COMMON, RONALD CONLEE, LEROY CONNER, ILA CONNER, LUVENIA CONNER, GERLINE CONROD, LINDA CONWAY, BOYCE COOK, DONNA COOK, DORETHA COOK, EMMA COOK, MAUDIE COOKE, FLOSSIE COOKS, KAY COOKS, BILLIE COOLEY, HOLLIS COOLEY, JOHNNIE COLLEY, ROSIE COOLEY, RUBY COOLEY, TOMMY COOLEY, LINDA COOPER, JAMES COOPERWOOD, DOROTHY COPELAND, VIOLA CORK, RONALD CORNELIUS, SR., CLARA COROTHERS, CARRIE CORY, MAGDELINE COTTON, TRUTIE COTTON, ROSEMARY COUCH, BARBARA COX, DOROTHY COX, KERRY COX, LARRY COX, LOUISE COX, ANITA CRAFT, KAREN CRAFT, PEGGIE CRAFT, BETTY CRAIG, BRENDA CRAWFORD, ANNIE CRAYTON, ROY CRAYTON, RACHEL CROCKER, VIVINA CROSBY, WILLIAM CROSBY, RAY CROWELL, SALLY CROWELL, WILLIAM CROWLEY, JR., JERRY CUEVAS, JIMMY LOUIS CULLINS, MARTHA CULLUM, JOHN CULVER, JACKLYN CUMMINGS, MARY CUNNING, MARY CUNNINGHAM, NANCY CUNNINGHAM, GOVERNOR CUNNINGHAM, JR., MEKEAL CUSIC, REGINA DARDEN,

4

SANDY DAVIDSON, ANNIE DAVIS, BEVERLY DAVIS, CONNIE DAVIS, DARLENE DAVIS, DEBORAH DELORES DAVIS, DEBORAH DIANNE DAVIS, DENNIS DAVIS, DORA DAVIS, DOROTHY DAVIS, EARL DAVIS, ELOUISE DAVIS, INEZ DAVIS, JAMES DAVIS, JEANETTE DAVIS, JIMMY DAVIS, LAURA DAVIS, LISA DAVIS, MARY DAVIS, MELVALINE DAVIS, PATRICIA DAVIS, RICKY DAVIS, SAMANTHA DAVIS, VIRGINIA DAVIS, NELLIE DAWSON, BONNIE DEATON, ELIZABETH DEES, PAULA DEES, HARRIETT DEJARNETT, WILLIE DELBERT, DELLA DENLEY, BRANDY DENNISON, MADELINE DESCANT, DONALD DICKENS, JAMES DILL, MINNIE DILLARD, CYNTHIA DILWORTH, DEBORAH DILWORTH, LATRICE DILWORTH, MARY DILWORTH, MARY DISHMON, ANNIE DIXON, DOROTHY DIXON, ROSA DIXON, ERIC DIXSON, TERESA DOBBS, GLORIA DOCKERY, LOWE DODD, GARRICK DONEGAN, VIVIAN DOOLEY, REBECCA DORA, SHARON DORA, HERMAN DOTSON, CARRIE DOUGLAS, PRESTON DOZIER, MARY DRAKE, MARY DRAPER, BERTHA DUDLEY, VERA DUKES, LULA DUNCAN, ROBERT DUNCAN, JOHNNIE DUNLAP, BRENDA DUNN, MARTHA DUREN, GLORIA EARLS, LAURA EASLEY, MICHAEL EASLEY, LINDA ECHOLS, CHARLIE EDDIE, JAMES EDDINS, KATHY EDGE, BURNETT LOUISE EDMOND, OSCAR EDMOND, WILLIE EDMOND, ANITRA EDWARDS, JEFFREY EDWARDS, MINIKA EDWARDS, PAULA EDWARDS, REBECCA EDWARDS, LEONARD ELLIOTT, MARY ELLIOTT, SADIE ELLIS, TERRESA EMERSON, KATHERINE ERVING, MARY ESTES, DWIGHT EUBANKS, BILLY EVANS, CHARLENE EVANS, ELLA EVANS, HOWARD EVANS, J.D. EVANS, LISA EVANS, LUCILLE EVANS, REGINALD EVANS, VICKY EVANS, JANET EWING, NORMA EWINGS, JIMMY EZELL, LOLA EZELL, MARY EZELL, SHIRLEY FAIR, ANNIE

5

901306v.1

FAIRLEY, OSCAR FANT, LUCY FARLEY, JULIE FARMER, WILLIAM FARR, LINDA FARRAR, CHRISTINE FEATHERSTONE, ANNIE FERGUSON, KEMIA FERGUSON, TAMMY FIKES, CLARENCE EDWARD FINLEY, LULA FINLEY, JIM FIORELLO, OTIS FIPPS, MARY FITCH, THOMAS FITZGERALD, LELA FITZPATRICK, EDNA FLEMING, FLORA FLEMING, JESSIE FLEMING, ROOSEVELT FLEMING, TERESA FLEMING, SUNTANNA ALISA FLEMMINGS, ALEX FLETCHER, MARY FLORENCE, HERMAN FLOWERS, GEORGE FLOYD, SYLVIA FLOYD, LALLIE FLY, LESLIE FLY, RUFUS FOLSON, WALTER FONDREN, MOLLY FOOSHEE, BETTY FORD, ELIZABETH FORD, LEEANNA FORD, ROSIE FORD, RUTHIE FORD, CHARLES FOREMAN, ANDREW FOSTER, EMMITT FOSTER, JAMES FOSTER, MELANIE FOSTER, PERLINDA FOSTER, ROBERT FOSTER, TRINA FRANKLIN, ADDIE FRANKS, JOE FRAZIER, JULIA FRAZIER, MARK FRAZIER, MINNIE LEE FREEMAN, WILMA FRIERSON, ATAREE FULLER, EVALINE FULLER, DEBORAH FULTON, ROBERT GAINES, TABATHA GALINDO, PATRICIA GALLION, YOLANDA GAMBLE, ELIZABETH GANDY, JERRY GANT, ANGELA GARDNER, KRISTA GARNER, WILLIE GARNETT, ANNIE GARTH, JOYCE GARY, C. GASTON, JR., MARTHA GATES, MINNIE GATES, TERESA GATES, RUTHIE GATEWOOD, GENEVA GATHING, CHARLES GAYDEN, DIANE GEE, MITTIE GEE, WILLIE GENTRY, BARBARA GIBBS, WILLINE GIBBS, ELOISE GIBSON, LYDIA GIBSON, PLUMA GIBSON, REGINA GIBSON, SANDRA GIBSON, VICKI GIBSON, ANDY GIBSON, JR., EARNESTINE GILLESPIE, ANISSA GILLEYLEN, DOROTHY GILLEYLEN, PAULA GILLEYLEN, PALMER GIVHAN, BEN GLADNEY, RUBY GLADNEY, JAMES GLASPIE, THERESA GLENN, DEBORAH GLOVER, GERALDINE GLOVER, KENNETH GOLDMAN, BARBARA ANN GOODE, RITA GOODSON,

CHARLOTTE GOODWIN, DELOIS GRACE, WALTERINE GRACE, JESSIE GRAHAM, LESLEY GRANGER, DENNIS GRAVES, SARAH GRAVES, BILLIE GRAY, COLUMBUS GRAY, PERRY GRAY, TONNIE GRAY, ROY GRAYSON, ALLEANE GREEN, ESSIE GREEN, FRANKLIN GREEN, EVA GREER, EVER GRIFFIN, JACKY GRIFFIN, LOISTEEN GRIFFIN, VIOLA GRISBY, TERESA GRISHAM, WINNIE GRUBBS, DWIGHT GUILLOT, SR., DIANE GUNN, THOMAS GUNTER, JR., BETTY GUY, ERNEST GUY, REGINA GUY, THELMA GWIN, LINDA HADLEY, WILLIE HADLEY, GANNIE HAILEY, CAROLYN HALL, CHRISTINE HALL, DEANNA HALL, EARLY HALL, MARY HALL, TERI HALL, DAVID HALLUM, ARABELLE HAMILTION, CHRISTY HAMILTON, PHYLLIS HAMILTON, TARA SHANELL HAMILTON, BOBBIE HAMLETT, EVENA HAMMES, BERTHA HAMMOND, MATTHEW HAMPTON, RENA HAMPTON, SHIRLEY HAMPTON, SLONIE HANEY, MARTHA HANKINS, JO HANNAH, JAMES HARBIN, RUTHIE HARDAWAY, ESSIE HARDEN, FRANCES HARDEN, SARAH HARDEN, TRAVIS HARDEN,ANNIE HARDIN, LATONYA HARDIN, MARY HARDIN, RODWICK HARDWICK, THOMAS HARDY, BONNIE HARPER, EVELYN HARPER, PAULINE HARPER, JAMES HARPER, SR., APRIL HARRELL, BETTY HARRELL, LYNELL HARRELL, JOSEPHINE HARRIED, EARNESTINE HARRIS, GENEVA HARRIS, GLORIA HARRIS, JO HARRIS, JOSIE HARRIS, JULIETTE HARRIS, MARIE HARRIS, MARY HARRIS, MELVIN R. HARRIS, MELVIN HARRIS, THELMA HARRIS, WILLIE HARRIS, RUFUS HARRIS, JR., LILLIE HARRISON, ROBERT HARRISON, JOE ANN HART, PHIL HART, WALTER HART, ALFONZIA HARVEY, DEBORAH HARVEY, REGINA HARVILLE, RUTH HARVILLE, DON HASTINGS, GERALDINE HAYS, SHARLOT HAYS, GLENDA HEAD, ANTHONY HEARD, BRENDA HEARD, CORRINE HEARD, BENJAMIN

901306v.1

HEARD, JR., PATRICIA HEAVENS, ROBBIE HEMMINGWAY, STEVONDA HEMPHILL, MARY HENDERSON, DANNY HENDRIX,ELLA HENLEY, RONNIE HENLEY, IRENE HENRY, JAMES HEREFORD, GLORIA HERRING, CLAUDIA HESTER, RUTH HEWITT, CHRISTINE HICKS, HARRELL HICKS, JESSIE HICKS, THOMAS HICKS, II, GLADIL HIGGINS, MARILYN HIGGINS, BARBARA HILL, BESSIE HILL, ELIZABETH HILL, JANIE HILL, JOSEPH HILL, LEE HILL, MICHELLE HILL, TARA HILL, MICHELLE HINKLE, JOEL HINTON, LELA HINTON, FRANCIE HOBBS, SANDRA HOBSON, GLORIA HODGE, POLLY HODGE, ALVIN HODGES, DELOIS HODGES, MATTIE HODGES, THOMAS HODGES,TELA HOLBROOK, DORIS HOLLAND, NANCY HOLLAND, CORDIA HOLLIDAY, JENNIE HOLLIDAY, VICKIE HOLLINS, BETTY HOLLIS, ELAINE HOLLIS, JAMES HOLLIS, JAMES W. HOLLIS, KAREN HOLLISTER, SHARON HOLLOMAN, IDALIA HOLLOWAY, L.C. HOLMAN, PEARLIE HOLMES, SYLVIA HOLMES, BRENDA HOOKER, SHIRLEY HOOPER, GLADYS HOOVER, MICHELLE HORTON, TINA HORTON, ERWIN HOUSTON, TAMESHIA HOWELL, FERRANTE KIMMONS, DAVID HUBBARD, MINNE HUBBARD, RONNIE HUBBARD, MARGIE HUDDLESTON, PAULA HUDGINS, AL HUDSON, CLARA HUDSON, JANICE HUDSON, MAGGIE HUDSON, MARY HUDSON, NANCY HUDSON, WILLIAM HUFF, PEGGY HUGGINS, PATRICIA HUGHES, CLAUDE HUMBLE, J.C. HUMPHREY, VICKIE HUMPHREY, MARY HUMPHRIES, CARROLL HUNT, CECIL HUNT,MARGO HUNTER, THEODORE HUNTER, JR., JAMES HUNTLEY, BETTY HURD, ELOISE HURD, JAMES HURD, DORIS HUSBAND, RICKY HUTCHINSON, EDWARD INGRAM, EVELYN INGRAM, TIMOTHY INGRAM, TERESA IRBY, RITA IRVING, FANNIE ISOM, LORRA ISOM, NIKKI ISOM, ELIZABETH IVEY,BENNIE IVY, ELIZABETH IVY, JAMES IVY,

JULIUS IVY, RODNEY IVY, SHERRY IVY, ZACK IVY, MATTHEW IVY, JR., ANDREW JACKSON, CLIFTON JACKSON, IDELL JACKSON, KATINA JACKSON, L.V. JACKSON, ROSIE JACKSON, RUTH JACKSON, SHIRLEY JACKSON, WILLIE JACKSON, GEORGE JAMES, MICHAEL JAMES, RITA JAMES, VELMA JAMISON, OMENA JANES, TRUMAN JARRETT, MARY JARVIS, LINDSEY JAYNES, RONNIE JAYNES, CATHERINE JEFFERSON, DOROTHY JEFFERSON, LEKISHA JEFFERSON, BRENDA JEFFRIES, CARLOS JEFFRIES, ELNORA JEFFRIES, FREDDIE JEFFRIES, KERSHA JEFFRIES, LILLIE JEFFRIES, DOROTHY JENKINS, SANDRA JENKINS, BILLY JENNINGS, JOYCE JENNINGS, LEVERT JERNIGAN, AMANDA JOHNSON, BARBARA JOHNSON, CAMELA JOHNSON, CATHLEEN JOHNSON, CLARA JOHNSON, CORNEL JOHNSON, DENISE JOHNSON, DEXTER JOHNSON, DORIS JOHNSON, EARNEST JOHNSON, EDWARD JOHNSON, ELISHA JOHNSON, ESSIE JOHNSON, GERALDINE JOHNSON, JAMES JOHNSON, JERDEAN JOHNSON, JERRY JOHNSON, JESSIE M. JOHNSON, JIMMY JOHNSON, LEE JOHNSON, LINDELLA JOHNSON, MARY B. JOHNSON, MARY A. JOHNSON, MATTIE JOHNSON, NINA JOHNSON, NOLA JOHNSON, ROOSEVELT JOHNSON, SANDRA JOHNSON, SHARON JOHNSON, TRAVIS JOHNSON, GLORIA JOINER, BETTIE JONES, CARRIE JONES, FRANKLIN JONES, GLORIA JONES, INITA JONES, JAMES JONES, JAMES A. JONES, LINDA JONES, LUTHER JONES, MARILYN JONES, MARY JONES, MAXIE JONES, MINNIE JONES, MINNIE L. JONES QUINCY JONES, SAMMIE JONES, SR., TERRY JONES, VERA JONES, DERRICK JORDAN, MARY JORDAN, SHERRIE JORDAN, JOYCE JURY, SERENA KANEHL, SHARON KEITH, BOBBY KELLEY, MARY KELLEY, MARGARET KELLY, CLAUDIA KENNEDY, LINNIE KENNEDY, CAROLYN KEYES, JAMES KEYES, WILLIE KIDD, RACHEL KIDDY,

CALLIE KIMBROUGH, MELINDA KIMBROUGH, PATRICIA KIMBROUGH, JEROME KINDELL, KRISTI KINDELL, KAREN KING, WILLIAM KING, VIVIAN KIRK, HERMAN KIRKLAND, ADRIA KNIGHT, MARIE KNIGHT, MELINDA KNIGHT, WILLIE KNIGHT, ELIZABETH KOON, EMMA KYLES, MARY LACEY, ANGELA LACKEY, ROSALYN LACY, TRAVIS LACY, JR., JOHN LAGRONE, SCOTT LAMB, FRED LANDFAIR, GLODIA LANDFAIR, LEKESHIA LANE, PEGGY LANGLEY, JEWELL LANPHERE, ROBERT LANSDELL, LINDA LARRON, ALONZO LARRY, DONALD LASTER, VIVIAN LATHAM, GWENDOLYN LAW, OTHA LAWLESS, BILLIE LAWRENCE, CHARLES LAWRENCE, DEBRA LAWRENCE, DONNIE LAWRENCE, MORLINE LAWRENCE, MARTHA LAWS, RUBIE LAWSON, ANGELENE LEDBETTER, BRENDA LEE, CAROLYN J. LEE, EDWARD LEE, KENNETH LEE, PATRICIA LEE, HARY LEEFLORA, TANGIE LEONARD, ANNETTE LESUEUR, LEON LEVERETTE, MYRA LEVERETTE, BETTY LEVY, DAVID LEWIS, DICY LEWIS, JEFFREY LEWIS, LINDA LEWIS, MOLLY LEWIS, ANN LIDDELL, FRANK LIGER, SR., VANESSA LIGGINS, GLENDA LIGHTFOOT, LATA LIGHTSEY, ANNIE LINDSEY, DOROTHY LINDSEY, EMMA LINZY, BRENDA LITTLE, MARGERITE LLOYD, JEARLDINE LOCKETT, CAROLYN LOCKRIDGE, BARBARA LOGAN, DENOTRA LOGAN, HEATHER LONG, ANGELA LOVE, GLENDA LOWE, ROBERT LOWRY, CLORASTINE LUCAS, REGINA LUCAS, SHEILA LUCAS, HOPE LUCIOUS, WILLIE LUCIOUS, JUANITA LUCIUS, BETTY LUCKETT, BENNIE LUSTER, MARY LUTON, KATHY LYTLE, NANCY MACON, JULIUS MADISON, ROBERT MADISON, VE'SHARNE MADISON, MILDRED MALHAS, LOUIS MALLETT, ZETTY MALONE, FANNIE MANNING, TOMMY MANNING, JAMES MARION, LUBERTA MARQUEZ, E.L. MARTIN, EMMA MARTIN, HELEN MARTIN,

901306v.1

JEAN MARTIN, SHIKITA MARTIN, BUTCH MARTINDALE, VIVIAN MASK, MARGARET MASON, RUBY MASON, WALTER MASON, CHARLENE MASSEY, MARY MAY, DORIS MAYFIELD, HERMAN MAYFIELD, MICHAEL MAYFIELD, TAKASHA MAYFIELD, FRANKIE MAYO, JOHN MAYO, KAREN MAYO, DOROTHY MAYS, ERMA MAYS, LOUIS MAYS, NOAH MAYS, JR., BETTY MCALISTER, JOE MCALISTER, CLEON MCALPINE, BILLY MCBRIDE, ANNIE MCCAIN, TRAVIS MCCAIN, JOYCE MCCALEB, BEVERLY MCCLAIN, SHIRLEY MCCLAIN, PATRICIA MCCLANAHAN, THOMAS MCCLELLAND, RICKY MCCLENDON, ARTIE MCCLEOD, FLOYDETTE MCCLORA, JOE MCCORA, JR., VERA MCCORMICK, BETTY MCCOY, CARRIE MCCOY, SANDRA MCCOY, JULIA MCCRAY, TRACY MCCULLUN, GLADYS MCDONALD, KEVIN MCDONALD, SOPHIA MCDONALD, CLYDE MCDOUGAL, PAULINE MCDUFFIE, LASHUNDRA MCFARLAND, CARRIE MCGEE, CYNTHIA MCGEE, PRISCILLA MCGEE, MARY MCGHEE, WILHEMINA MCGLOSTER, SUE MCGLOTHAN, CATHERINE MCGUIRE, CHARLIE MCINTYRE, MICHAEL MCKIBBEN, MURRY MCKINLEY, BARBARA MCKINNEY, JANICE MCKINNEY, SYLVIA MCKINNEY, MICHAEL MCKINNION, DEIDRE MCLAURIN, BENNIE MCLENDON, VICKIE MCMAHON, ANNIE MCMILLEN, HENRIETTA MCMILLIAN, JULIA MCMILLIAN, RICHARD MCMILLIAN, VIRGINIA MCMULLEN, BRENDA MCMURTRY, SHEILA MCNAIR, BESSIE MCNEIL, ALMA MCPHAIL, WC MCPHERSON, MABLE MCSHAN, MARY MEADOWS, LILLE MEEKS, STELLA MEEKS, TRACY MEEKS, JAMES MELTON, REGINA MERRITT, CHARLES MHOON, LUTHER MHOON, JR., REGINALD MIDDLETON, DOROTHY MILAN, LULA MILAN, ANNIE MILES, CARRIE MILER, JANICE MILLER, JESSIE MILLER, LAWRENCE MILLER, LOUISE MILLER,

901306v.1

LOVE MILLER, PATRICIA MILLER, SHIRLEY MILLER, SUSIE MILLER, WALTER MILLER, ELOISE MILTON, JANICE MINTER, AGNES MISTER, IOLA MISTER, VERONICA MISTER, GLORIA MITCHELL, MARY MITCHELL, OSCAR MITCHELL, WILLIE MITCHELL, GENE MIXON, BILL MODJESKI, PAMELA MOFFET, MARY MOODY, ANNIE MOORE, CANARY MOORE, DAVID MOORE, EARIE MOORE, ELIZABETH MOORE, ESSIE MOORE, LINDA D. MOORE, LINDA G. MOORE, TENNESSEE MOORE, ALICE MORGAN, CAROLYN MORGAN, HELEN MORGAN, LAURENCE MORGAN, BARBARA MORRIS, TERESA MORRIS, THOMAS MORRIS, DEBRA ANN MORROW, BLANCHARD MULLINS, RITA MULLINS, ROBERTA MULLINS, JOYCE MURPHY, SERITA MURPHY, CLAYTON MYERS, SHERRY MYHRE, JIMMY MYRICK JR, VERNESTER NANCE, BOBBIE NASH, LEGRESSIE NAYLOR, MAELEAN NEAL, LOUIS NELSON, RUBY NELSON, PHIL STEVENS NESBIT, DENISE NEWELL, FRANK NEWSOME, GWEN NEWSOME, HENRETTEA NEWSON, LISA NEWSON, SHARON NEWSON, EMMA NICHOLS, JARCELAND NICHOLS, LILLIE NICHOLS, PATRICIA NICHOLS, VEREAN NICHOLS, ANNIE NOBLES, LINDA KAY NOBLES, LOU NOEL, RICKY NOEL, ZEOLA NORRIS, RALPH OLIER, ELONZO OLIPHANT, THERESA OLSON, ETHEL O'QUINN, RALPH ORR SR. , WANZA OWENS, JEFFREY PACE, MARY PAGE, BLAKE PALMER, DONALD PALMER, DOROTHY PANNELL, JUDY PANNELL, KAY PANNELL, LAWRENCE PANNELL, DELITHA PARKER, SALLIE PARKER, MARTHA PARKS, MELVINA PARKS, PEGGY PARRISH, BRENDA PATRICK, ANNIE PATTERSON, HESTER PATTERSON, TABITHA PATTERSON, THELMA PATTERSON, LILA PAYNE, MATHA PEARSON, JOYCE PEEPLES, JOYCE PEEPLES, TAMEKA PEEPLES, GLENDA PEERY, ELLA PEETE,

901306v.1

JAMES PEGUES, VANESSA PENDELTON, LUCILLE PERKINS, DORA PERNELL, KUNTA PERNELL, WILLIE PERNELL, BILLY PERRY, FLORETTA PERRY, RONALD PERRY, JAMES PERTEET, DENISE PETERS, PAMELA PETIGREW, KENYANNA PETTY, VERSIE PETTY, BRENDA PHIFER, EULA PHILLIPS, MARY PHILLIPS, MITZI PHILLIPS, TRINA PHILLIPS, WILLIE PICKETT, GORDON PIPKIN JR. , TASH PIPPIN, ANGELA PITTMAN, KATHY PITTMAN, NIDA PITTMAN, BONNIE PORTER, BEN POSEY, SARAH POSEY, RHONDA ANN POTTS, PINNIE POUNDS, LATOYA POWELL, MARGARET POWELL, JUANITA PRATT, JEANINE PRAY, SHALISA PRESCOTT, CATHERINE PRICE, GENEVA PRIEST, KATHY PRINCE, ANNIE PRUITT, THEODIS PULLIAM, ROSIE PURNELL, JOYCE PUTT, BARBARA QUINN, MINNIE QUINN, PATTIE RAIMEY, NELLIE RAING, WANDA RAMBY, TINNIE RANDLE, DESSIE RANDOLPH, OPHELIA RANKIN, JAYDEAN RAY, MARTHA RAYBON, BARBARA RAYFORD, BETTY REAVES, BARBARA REDD, CLYDE REDDICK, BERNICE REDMOND, DOROTHY REED, ELIJAH REED, RAY REED, ELIJAH REED JR. , BOBBIE REESE SANDRA REICHELT, GERTRUDE REID, LINDA RESPESS, KATIE RHINE, ANTONIO RICE, HELEN JEAN RICE, HELEN MARIE RICE, SANDRA RICE, GIRTHA RICHARD, CYNTHIA RICHARDSON, HELEN RICHARDSON, JAMES RICHARDSON, HANNAH RICHEY, REBECCA RICHEY, MARY RICHMOND, DAISY RICKS, IVORY RILEY, LINDA RILEY, LOREE RILEY, FRANK RIMMER, LAVERNE ROACH, SCOTT ROACH, MARY ROBBINS, BARBARA ROBERSON, CHARLES ROBERTS, HAZEL ROBERTS, JOICE ROBERTS, SINNIE ROBERTS, ADRIAN ROBINSON, BENITA ROBINSON, CARLA ROBINSON, DOROTHY ROBINSON, GEORGE ROBINSON, GWENDOLYN ROBINSON, HELEN ROBINSON, JAMES ROBINSON, JIMMIE

ROBINSON, LEE ROBINSON, LOUISE ROBINSON, MAGGIE ROBINSON, ROGER ROBINSON, VELMA ROBINSON, CHARLES ROBISON, BOBBIE ROBY, JUANITA ROBY, STELLA ROBY, SUE ROBY, BETTY RODGERS, FLETCHER RODGERS, DAISY ROGERS, MARTHA ROGERS, VESTER ROGERS, GUY ROGERS JR., BETTY ROSE, PEARLINE ROSS, ZENORA ROUND, JANE ROWLEN, THERESA RUFF, JOSEPHINE RULE, JETTIE RUPERT, HILDA RUSSELL, JANIE RUSSELL, LEE RUSSELL, LOYDE RUSSELL, RUBY RUSSELL, JIMMY SAFFOLD, ANNIE SALTERS, DELOISE SAMPLE, DEBBIE SANDERS, DENA SANDERS, MARGIE SANDERS, MARIE SANDERS, BEVERLY SANFORD, GENEVA SANFORD, MALLORY SANFORD, SHARON SANFORD, ANITA JOYCE SATTERWHITE, EMMA SATTERWHITE, MARY SAUCIER, DEBORAH SOUJON, MINNIE SAULSBERRY, JOHNNIE SCALES, DONNA SCOTT, VERSIA SCRUGGS, TERRY SEVERSON, JAMIE SEWELL, ARLEE SHAFFER, GEORGIA SAFFER, LAURA SHAFFER, DIANN SHAW, LINDA SHAW BEVERLY SHEAD, MARCUS SHELTON, WALTER SHIELDS, GEORGIA SHIPP, REBA SHOOK, ANNIE SHUMPERT, ELOISE SHUMPERT, SHIRLEY SHUSTER, ALBERTA SIMMONS, ALINE SIMMONS, GLADYS SIMMONS, LINDA SIMMONS, MARY SIMMONS, PAUL SIMMONS, SANDERS SIMMONS, MINNIE SIMON, BRENDA SIMPSON, TERRY SIMPSON, DORA SIMS, FAY SIMS, LILLIE SIMS, JOWANDA SINGLETON, VINNIE SINGLETON, LORRAINA SIZEMORE, ELLA SKINNER, JEANNETTE SLAUGHTER, JOHN JR. SMART, ANGELA SMITH, ARLEAN SMITH, AUDRA SMITH, BRENDA CORINNE SMITH, BRENDA F. SMITH, BRENDA GAIL SMITH, BRENDA LOUISE SMITH, BUNNIE SMITH, CAROLYN SMITH, CHRISTINE SMITH, CHRISTOLA SMITH, CLESTER SMITH, EULA SMITH, HELEN SMITH, ITENE SMITH, LARRY SMITH,

LUTHER SMITH, PATRICIA SMITH, PAUL SMITH, RASHEDA SMITH, RUTH SMITH, SYLVIA SMITH, VINNIE SMOOT, WHITNEY SNOW, DIANE SOUTER, MARY SOUTH, DAVID SPANN, ROBERT SPEARMAN, JUDY SPEARS, JENNY SPEED, HERBERT SPENCER, ROSA SPENCER, WILLIAM SPENCER, PATRICIA SPIVEY, WYDELLA STAFFNEY, ROLAND STALLINGS, ROSIE STAMPLEY, MARY STANLEY, BESSIE STEELE, ROSE STENSON, AUGUSTER STERLING JR., FRED STEVENS, IDA STEVENS, LELA STEVENS, LINDSEY STEVENS, ETHEL STEVENSON, LINDA STEVENSON, HELENTEEN STEVERSON, ANN STEWART, BETTY STEWART, EDDERICK CHAMOND STEWART, LARRY STEWART, PRISCILLA STEWART, SHELIA STEWART, SHIRLEY STEWART, TANYA STOCKTON, SUSAN STOKES, ROSE STONE, ANNA STOVALL, NONA STRAUSS, JOE STRIBLING, MARTHA STRICKLIN, JEFFREY STRINGER, JAMES STRONG, LULA STRONG, WANDA STRONG, WILLIAM STRONG, JEAN STROUP, AKEELA SUDDUTH, ANGELA SUDDUTH, GAVIN SUDDUTH, JUNE SUDDUTH, REGGIE SUDDUTH, DOROTHY SUGGS, BEATRICE ANTOINETTE SULLIVAN, CATHERINE SUMERALL, JOHNNIE SUMLAR, JANIS SUMRALL, MARY SYKES, WILHELMINA SYKES, SYLVIA TACKETT, PELLOM TALBERT, OLA TALLEY, TOMMY TANNER, DORIS TATE, JACK TATE, MAGGIE TATE, RUTHIE TATE, STEVEN TATE, JOE TATE JR. , BETTY TATUM, BARBARA TAYLOR, BETTY TAYLOR, DANIEL TAYLOR, GREGORY TAYLOR, JAQUOYA TAYLOR, JO TAYLOR, BOBBIE TEDFORD, SHIRLEY TEDFORD, LINDA TERRY, SHERRY THACKER, ANNIE THOMAS, BERNICE THOMAS, BERTHA THOMAS, EDDIE THOMAS, FANNIE THOMAS, GRACIE THOMAS, HAZEL THOMAS, JOE THOMAS, LINDA THOMAS, MITCHELL THOMAS, ORA THOMAS, ROSIE THOMAS, SHERRY THOMAS, TROY THOMAS, WALTER THOMAS,

WILLIE THOMAS, WILMA THOMAS, DAVID THOMPSON, KATHY THOMPSON, LILLIE THOMPSON, PATRICIA A. THOMPSON, PATRICIA L. THOMPSON, PATRICIA ANETA THOMPSON, SHARON THOMPSON, SHARON THOMPSON, VERLENE THOMPSON, ANGELA THORNTON, MATTIE THORNTON, LEONARD THURMAN, JEANETTE MAYBERRY TILLMAN, SOPHIA TILLMAN, CAROLYN TIMMONS, AMANDA TINDALL, THELMA TODD, BRENDA TOLER, JOHN TOLIVER, MARILYN TOLIVER, JANIE TOLLFREE, JESSIE TRIBLETT, WILMA TRICE, BRENDA TRIPLETT, MYRA TUCK, JOHNNIE TUCKER, NEVA TUCKER, REGINALD TUCKER, NATHANIEL TUNSTALL, JANIE TURNAGE, ANGELA TURNER, CHARLES TURNER, INEZ TURNER, MAMIE TURNER, MARY TURNER, PAUL TURNER, STEVER TURNER, LINDA TYSON, SHIRLEY VANCE, GLENDA VANDERFORD, AMOS VARNADA, GLADYS VARNADO, MARY VARNADO, WILLIE VARNADO, DARREN VEAZEY, JOYCE VENSON, SHIRLEY VICKERS, HATTIE WADE, MAY WADE, ANTHONY WALDEN, CARRIE WALDEN, EARL WALDEN, CAROL WALKER, CATHERINE WALKER, SUSIE WALKER, VERLINE WALKER, DALTON WALLACE, DIANE WALLACE, MALINDA WALLS, JULIAN WALLS SR., ALBERT WALTON, BERNICE WALTON, PAULA WANNER, IDA WARD, JENY WARD, MARY WARD, STELLA WARD, FULTON WARE, HAROLD WARE, DEBORAH WASHINTON, DOROTHY WASHINGTON, IRUTH WASHINGTON, LAURA WASHINGTON, LEE WASHINGTON, PEGGY ANN WASHINGTON, REBECCA WASHINGTON, YULONDA WASHINGTON, DELFRED WATERS, SERETHIA WATERS, EVELYN WATKINS, FRANCES WATKINS, MARVIS WATSON, MARVIN WEATHERSBY, ROSIE WEATHERSBY, VALERY WEATHERSBY, ROBERT WEBB, LAURA WEEKS, CLIFFORD ELOISE WELCH, HELEN WELCH, MONICA WELCH,

EDGAR JR WELDON, LAZANDRA WELLS, MONA WELLS, TERESA WELLS, DOROTHY WESSON, TYSON WEST, DEBORAH WESTBROOK, JAMIE D, KRYSTAL D, MICHELLE D, THOMAS D, MILLER WESTON, JEFF WHATLEY JR., JIMMIE WHEELER, MICHEAL WHIDDON, MARY WHITAKER, BIRDA WHITE, C.L. WHITE, FLOREAN WHITE, FRANCIS WHITE, GLENDA WHITE, GWENDOLYN WHITE, JANET WHITE, MATTIE WHITE, ROSETTA WHITE, WILLIE WHITE, CLARA WHITFIELD, ETHELENE WHITFIELD, IDA WHITFIELD, MARTHA WIGGINTON, MARGARET ANN WIGINTON, JEANNIE WILBANKS, MARY WILKERSON, SANDRA WILKERSON, BESSIE WILLIAMS, ALICE WILLIAMS, ANNIE WILLIAMS, BETTIE WILLIAMS, DELLA WILLIAMS, DIXIE WILLIAMS, DORIS WILLIAMS, ERIKA WILLIAMS, GEORGIA WILLIAMS, GRACIE WILLIAMS, IAN WILLIAMS, JESSIE WILLIAMS, JIMMY WILLIAMS, LINDA WILLIAMS, MAE C. WILLIAMS, MAE P. WILLIAMS, MAMAYE WILLIAMS, MARTHA WILLIAMS, NETTIE WILLIAMS, ROBERT WILLIAMS, SAMUEL WILLIAMS, SENORA WILLIAMS, STEVE WILLIAMS, STEVE WILLIAMS, JR., TERESA WILLIAMS, WILLIE WILLIAMS JR., ELIJHA WILLIAMS SR., JAMES WILLIS, ELIZABETH WILMONT, DANNY WILSON, DEBRA ANN WILSON, KAREN WILSON, KATRICIA WILSON, LILLIE WILSON, LUCY WILSON, SHELIA WILSON, TINA WILSON, BURSE WINCE, ELMORE WINCE, JOHNNY WINCE, VICKIE WIYGUL, FANNIE WOOD, REBECCA WOODARD, JAMES WOODARD JR., OLA WOODLEN, JOHNNIE WOODLEY, JIMMY WOODRUFF, CAROL WOODS, DEBORAH WOODS, ELMER WOODS, JAMES WOODS, LARZELL WOODS, LATRIKA WOODS, SHALONDIA WOODS, THELMA WOODS, RENITA WOOTEN, BERTHA WORTHY, DOROTHY WREN, BEVERLY WRIGHT, MARCUS WRIGHT, MARILYN WYNN, ABRAHAM YARBROUGH,

901306v.1

WILLIE YEAGER, SHELIA YOUNG, VICKY YOUNG, KAREN ZATTONI ("Plaintiffs"), as follows:

**ANSWER**

Merck answers the allegations of the Complaint and Amended Complaint ("Complaint") as follows, and denies each allegation in the Complaint except those expressly admitted below.

1.     Merck lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 1 of the Complaint, except admits that plaintiffs purport to state a claim for damages, but denies that there is any legal or factual basis for such relief.

2.     Merck denies each and every allegation contained in paragraph 2 of the Complaint, except admits that Merck is a New Jersey corporation with its principal place of business in New Jersey and that it is a leading research-driven pharmaceutical products and services company that researches, discovers, develops, manufactures and markets a broad range of innovative pharmaceutical products to improve human health.

**RESPONSE TO "JURISDICTION AND VENUE"**

3.     The allegations contained in paragraph 3 of the Complaint are legal conclusions as to which no response is required.  Should a response be deemed required, Merck denies each and every allegation contained in said paragraph.

**RESPONSE TO "FACTUAL ALLEGATIONS"**

4.     Merck denies each and every allegation contained in paragraph 4 of the Complaint except admits that Vioxx® ("Vioxx") is part of a class of drugs known as NSAIDs and that Merck manufactured, marketed, and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the market on September 30, 2004.

5.     Merck denies each and every allegation contained in paragraph 5 of the Complaint except admits that until Merck announced the voluntary withdrawal of Vioxx from the worldwide market on September 30, 2004, Merck marketed the prescription medicine Vioxx, which was approved by the FDA as safe and effective for certain indicated uses in a manner consistent with the information contained in the FDA-approved prescribing information.

6.     The allegations contained in paragraph 6 of the Complaint are not directed at Merck and therefore, require no responsive pleading. Should a response be deemed required, Merck denies each and every allegation contained in said paragraph except admits that osteoarthritis has been described in the medical literature as a chronic disorder of joint cartilage and surrounding tissues that is characterized by pain, stiffness, and loss of function.

7.     The allegations contained in paragraph 7 of the Complaint are not directed at Merck and therefore, require no responsive pleading. Should a response be deemed required, Merck denies each and every allegation contained in said paragraph except admits that rheumatoid arthritis has been described in the medical literature as an inflammatory arthritis in which joints, usually including those of the hands and feet, are inflamed, resulting in swelling pain and often the destruction of joints.

8.     Merck denies each and every allegation in paragraph 8 of the Complaint except admits that Merck sought and, in May 1999, received FDA approval to manufacture and market the prescription medicine Vioxx subject to the information contained in the FDA-approved prescribing information for Vioxx and respectfully refers the Court to the relevant prescribing information for its actual language and full text.

9.     Merck denies each and every allegation contained in paragraph 9 of the Complaint except admits that in June 2000 Merck filed a supplemental New Drug Application

("sNDA") to the FDA that included the VIGOR study. Merck respectfully refers the Court to the referenced sNDA for its actual language.

10.    Merck denies each and every allegation contained in paragraph 10 of the Complaint except admits that on February 8, 2001, the Arthritis Advisory Committee met and discussed, among other things, the VIGOR data.

11.    Merck denies each and every allegation contained in paragraph 11 of the Complaint.

12.    Merck denies each and every allegation contained in paragraph 12 of the Complaint except admits that the referenced studies exist and respectfully refers the Court to said studies for their actual language and full text.

13.    Merck denies each and every allegation contained in the first and second sentences of paragraph 13 of the Complaint, except admits that on September 27, 2004 Merck contacted the FDA and advised the FDA that the APPROVe clinical trial had been halted and respectfully refers the Court to the referenced study for its actual language and full text.  Merck further admits that on September 30, 2004, Merck announced the voluntary withdrawal of Vioxx from the worldwide market and respectfully refers the Court to the referenced announcement for its actual language and full text.  Merck denies the allegations contained in the third sentence of paragraph 13 of the Complaint, except admits that Vioxx was prescribed to millions of patients by health care providers and that sales figures exceeded $2 billion in 2003.  The allegations contained in the fourth sentence of paragraph 13 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies that it violated any applicable law in the manufacture, sale and design of Vioxx.

901306v.1

14.     Merck denies each and every allegation contained in paragraph 14 of the Complaint.

15.     The allegations contained in paragraph 15 of the Complaint are legal conclusions as to which no response is required.  Should a response be deemed required, Merck denies each and every allegation contained in said paragraph.

16.     The allegations contained in paragraph 16 of the Complaint are legal conclusions as to which no response is required.  Should a response be deemed required, Merck denies each and every allegation contained in said paragraph.

17.     Merck lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 17 of the Complaint.

18.     Merck denies each and every allegation contained in paragraph 18 of the Complaint, except admits that plaintiffs purport to state a claim for damages, but denies that there is any legal or factual basis for such relief.

19.     Merck denies each and every allegation contained in paragraph 19 of the Complaint, except admits that plaintiffs purport to state a claim for damages, but denies that there is any legal or factual basis for such relief.

### RESPONSE TO "COUNT I (Product Liability)"

20.     Merck repeats and realleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 19 of this Answer with the same force and effect as though set forth here in full.

21.     Merck denies each and every allegation contained in paragraph 21 of the Complaint except admits that Merck manufactured, marketed, and distributed the prescription

medicine Vioxx until Merck voluntarily withdrew Vioxx from the market on September 30, 2004.

22.     Merck denies each and every allegation contained in paragraph 22 of the Complaint.

23.     Merck denies each and every allegation contained in paragraph 23 of the Complaint.

24.     Merck denies each and every allegation contained in paragraph 24 of the Complaint.

25.     Merck denies each and every allegation contained in paragraph 25 of the Complaint.

26.     Merck denies each and every allegation contained in paragraph 26 of the Complaint.

27.     Merck denies each and every allegation contained in paragraph 27 of the Complaint, except admits that plaintiffs purport to state a claim for damages, but denies that there is any legal or factual basis for such relief.

28.     Merck denies each and every allegation contained in paragraph 28 of the Complaint, except admits that plaintiffs purport to state a claim for damages, but denies that there is any legal or factual basis for such relief.

### RESPONSE TO "COUNT II ("Breach of Express Warranty")

29.     Merck repeats and realleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 28 of this Answer with the same force and effect as though set forth here in full.

901306v.1

30.     Merck denies each and every allegation contained in paragraph 30 of the Complaint.

31.     Merck denies each and every allegation contained in paragraph 31 of the Complaint.

32.     Merck denies each and every allegation contained in paragraph 32 of the Complaint, except admits that plaintiffs purport to state a claim for damages, but denies that there is any legal or factual basis for such relief.

## RESPONSE TO "COUNT III (Breach of Implied Warranty)"

33.     Merck repeats and realleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 32 of this Answer with the same force and effect as though set forth here in full.

34.     Merck denies each and every allegation contained in paragraph 34 of the Complaint.

35.     Merck denies each and every allegation contained in paragraph 35 of the Complaint.

36.     Merck denies each and every allegation contained in paragraph 36 of the Complaint, except admits that plaintiffs purport to state a claim for damages, but denies that there is any legal or factual basis for such relief.

## RESPONSE TO "COUNT IV ("Negligence")

37.     Merck repeats and realleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 36 of this Answer with the same force and effect as though set forth here in full.

23

38.     The allegations contained in paragraph 38 of the Complaint are legal conclusions as to which no response is required. Should a response be deemed required, Merck denies each and every allegation contained in paragraph 38 of the Complaint and respectfully refers the court to the relevant legal standard, including any conflict of laws rules.

39.     Merck denies each and every allegation contained in paragraph 39, including subparagraphs (a)–(i).

40.     Paragraph 40 was omitted from plaintiffs' Complaint.

### RESPONSE TO COUNT V ("Negligence *Per Se*")

41.     Merck denies each and every allegation contained in paragraph 41 of the Complaint except admits that Merck manufactured, marketed, and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the market on September 30, 2004.

42.     The allegations contained in paragraph 42 of the Complaint are legal conclusions as to which no response is required. Should a response be deemed required, Merck denies each and every allegation contained in paragraph 42 and denies that it violated any applicable law in the manufacture, sale, and design of Vioxx.

43.     The allegations contained in paragraph 43 of the Complaint are legal conclusions as to which no response is required. Should a response be deemed required, Merck denies each and every allegation contained in paragraph 43 of the Complaint.

44.     The allegations contained in paragraph 44 of the Complaint are legal conclusions as to which no response is required. Should a response be deemed required, Merck denies each and every allegation contained in paragraph 44 of the Complaint.

901306v.1

45.     The allegations contained in paragraph 45 of the Complaint are legal conclusions as to which no response is required. Should a response be deemed required, Merck denies each and every allegation contained in paragraph 45 of the Complaint.

46.     The allegations contained in paragraph 46 of the Complaint are legal conclusions as to which no response is required. Should a response be deemed required, Merck denies each and every allegation contained in paragraph 46 of the Complaint, including subparagraphs (a) – (e).

47.     Merck denies each and every allegation contained in paragraph 47 of the Complaint, except admits that plaintiffs purport to state a claim for damages, but denies that there is any legal or factual basis for such relief.

## RESPONSE TO COUNT VI ("Unjust Enrichment")

48.     Merck repeats and realleges each and every admission, denial, averment, and statement contained in paragraphs 1 through 47 of this Answer with the same force and effect as though set forth here in full.

49.     The allegations contained in paragraph 49 of the Complaint are legal conclusions as to which no response is required. Should a response be deemed required, Merck denies each and every allegation contained in paragraph 49 of the Complaint.

## RESPONSE TO COUNT VII ("Fraud")

50.     Merck denies each and every allegation contained in paragraph 50 of the Complaint except admits that Merck manufactured, marketed, and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the market on September 30, 2004.

901306v.1

51.     Merck denies each and every allegation contained in the first sentence of paragraph 51 of the Complaint except admits that Merck manufactured, marketed, and distributed the prescription medicine Vioxx until Merck voluntarily withdrew Vioxx from the market on September 30, 2004.  Merck denies each and every allegation contained in the second sentence of paragraph 51 of the Complaint and respectfully refers the court to the relevant legal standard, including any conflict of laws rules.

52.     Merck denies each and every allegation contained in paragraph 52 of the Complaint.

53.     Merck denies each and every allegation contained in paragraph 53 of the Complaint.

54.     Merck denies each and every allegation contained in paragraph 54 of the Complaint, except admits that plaintiffs purport to state a claim for damages, but denies that there is any legal or factual basis for such relief.

55.     Merck denies each and every allegation contained in paragraph 55 of the Complaint, except admits that plaintiffs purport to state a claim for damages, but denies that there is any legal or factual basis for such relief.

## RESPONSE TO DAMAGES

56.     The allegations contained in paragraph 56 of the Complaint are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in said paragraph and further denies that plaintiffs are entitled to any of the relief requested in the Complaint.

901306v.1

## RESPONSE TO PARAGRAPH BEGINNING "WHEREFORE"

The paragraph of the Complaint beginning "WHEREFORE" does not contain allegations and therefore no responsive pleading is required. Should a response be deemed required, Merck denies each and every allegation contained in the paragraph beginning "WHERFORE" and denies that plaintiffs are entitled to any of the relief requested in said paragraph.

## AFFIRMATIVE DEFENSES

As for additional defenses to the Complaint, and without assuming any burden of pleading or proof that would otherwise rest on plaintiffs, Merck alleges as follows:

### FIRST DEFENSE

The claims of plaintiffs may be time-barred, in whole or in part, under applicable statutes of limitations, statutes of repose, or are otherwise untimely.

### SECOND DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### THIRD DEFENSE

The claims of the plaintiffs may be barred, in whole or in part, from recovery because they have made statements or taken actions that preclude them from asserting claims or constitute a waiver of their claims.

### FOURTH DEFENSE

The claims of the plaintiffs may be barred, in whole or in part, from recovery because of the res judicata effect of prior judgments.

901306v.1

## FIFTH DEFENSE

Each and every claim asserted or raised in the Complaint is barred by the doctrines of estoppel, waiver or statutory and regulatory compliance.

## SIXTH DEFENSE

If plaintiffs have sustained injuries or losses as alleged in the Complaint, upon information and belief, such injuries or losses were cause in whole or in part through the operation of nature or other intervening cause or causes.

## SEVENTH DEFENSE

To the extent that plaintiffs assert claims based on Merck's adherence to and compliance with applicable state laws, regulations and rules, such claims are preempted by federal law under the Supremacy Clause of the United States Constitution.

## EIGHTH DEFENSE

To the extent that plaintiffs assert claims based upon an alleged failure by Merck to warn plaintiffs directly of alleged dangers associated with the use of Vioxx, such claims are barred under the learned intermediary doctrine because Merck has discharged its duty to warn in its warnings to the prescribing physician.

## NINTH DEFENSE

If plaintiffs have sustained injuries or losses as alleged in the Complaint, such injuries or losses were only so sustained after plaintiffs knowingly, voluntarily, and willfully assumed the risk of any injury as the result of the consumption of, administration of, or exposure to any drug or pharmaceutical preparation manufactured or distributed by Merck or other manufacturer.

## TENTH DEFENSE

If plaintiffs have sustained injuries or losses as alleged in the Complaint, upon information and belief, such injuries and losses were caused by the actions of persons not having real or apparent authority to take said actions on behalf of Merck and over whom Merck had no control and for whom Merck may not be held accountable.

## ELEVENTH DEFENSE

If plaintiffs have sustained injuries or losses as alleged in the Complaint, upon information and belief, such injuries and losses were proximately caused by plaintiffs' misuse or abuse of Vioxx.

## TWELFTH DEFENSE

If plaintiffs have sustained injuries or losses as alleged in the Complaint, such injuries or losses resulted from plaintiffs' pre-existing and/or unrelated medical, genetic and/or environmental conditions, diseases, or illnesses, subsequent medical conditions or natural courses of conditions for which this defendant is not responsible.

## THIRTEENTH DEFENSE

To the extent plaintiffs have settled or will in the future settle with any person or entity with respect to the injuries asserted in the Complaint, Merck's liability, if any, should be reduced accordingly.

## FOURTEENTH DEFENSE

To the extent plaintiffs are seeking recovery for benefits entitled to be received or actually received from any other source for injuries alleged in the Complaint, such benefits are

901306v.1

not recoverable in this action under Mississippi law.

## FIFTEENTH DEFENSE

Plaintiffs' claims of fraud are barred by reason of plaintiffs' failure to allege the circumstances constituting fraud with particularity, as required by Rule 9(b) of the Federal Rules of Civil Procedure and Mississippi Rules of Civil Procedure.

## SIXTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, under the applicable state law because Vioxx was subject to and received pre-market approval by the Food and Drug Administration under 52 Stat. 1040, 21 U.S.C. § 301.

## SEVENTEENTH DEFENSE

Plaintiffs' claims are barred in whole or in part by the First Amendment.

## EIGHTEENTH DEFENSE

Plaintiffs' claims are barred in whole or in part because the product at issue was made in accordance with the state of the art at the time it was manufactured.

## NINETEENTH DEFENSE

There is no practical or technically feasible alternative design that would have reduced the alleged risk without substantially impairing the reasonably anticipated and intended function of Vioxx.

## TWENTIETH DEFENSE

This case is more appropriately brought in a different venue.

901306v.1

### TWENTY-FIRST DEFENSE

Venue in this case is improper.

### TWENTY-SECOND DEFENSE

The claims of plaintiffs may be barred, in whole or in part, from recovery because, in this or other courts, they have brought actions and have received judgments on parts of some or all claims asserted herein.

### TWENTY-THIRD DEFENSE

The claims of plaintiffs may be barred, in whole or in part, from recovery, on the ground that the claims asserted herein have been submitted to arbitration, and a binding decision has been rendered.

### TWENTY-FOURTH DEFENSE

The claims of plaintiffs may be barred, in whole or in part, from recovery by release as to their claims.

### TWENTY-FIFTH DEFENSE

The claims of plaintiffs may be barred, in whole and in part, by the doctrine of laches.

### TWENTY-SIXTH DEFENSE

The claims of plaintiffs are barred, in whole or in part, by their failure to mitigate damages.

### TWENTY-SEVENTH DEFENSE

To the extent there were any risks associated with the use of the product which is the subject matter of this action that Merck knew or should have known and which gave rise to a

901306v.1

duty to warn, Merck at all times discharged such duty through appropriate and adequate warnings in accordance with federal and governing state laws.

## TWENTY-EIGHT DEFENSE

The claims of plaintiffs may be barred, in whole or in part, from recovery, due to spoliation of evidence.

## TWENTY-NI NTH DEFENSE

The claims of plaintiffs may be barred, in whole or in part, by the governing state laws.

## THIRTIETH DEFENSE

Any conduct allegedly causing liability on the part of Merck is not a substantial cause or factor of any potential or actual injury or damage, if any.

## THIRTY-FIRST DEFENSE

Plaintiffs have not sustained any injury or damages compensable at law.

## THIRTY-SECOND DEFENSE

Merck reserves its right to dismiss the Complaint and seek further relief for plaintiffs' failure to provide it with due process of law.

## THIRTY-THIRD DEFENSE

To the extent that plaintiffs seek punitive damages for the conduct which allegedly caused injuries asserted in the Complaint, such an award would also, if granted, violate Merck's state and federal constitutional rights.

901306v.1

## THIRTY-FOURTH DEFENSE

To the extent that plaintiffs seek punitive damages for an alleged act or omission of Merck, no act or omission was malicious, willful, wanton, reckless, or grossly negligent and, therefore, any award of punitive damages is barred.

## THIRTY-FIFTH DEFENSE

Plaintiffs' demand for punitive damages is barred because Vioxx and its labeling was subject to and received pre-market approval by the FDA under 52 Stat. 1040, 21 U.S.C. § 301.

## THIRTY-SIXTH DEFENSE

Plaintiffs' claims for punitive damages are in contravention of Merck's rights under the Due Process Clause of the Fifth and Fourteenth Amendments of the United States Constitution; the Excessive Fines Clause of the Eighth Amendment of the United States Constitution; the Double Jeopardy Clause in the Fifth Amendment to the Constitution of the United States, similar provisions in the Constitution of Mississippi and/or the common law and public policies of Mississippi, and/or applicable statutes and court rules, in the circumstances of this litigation, including, but not limited to:

(a)     imposition of punitive damages by a jury which

(1) is not provided with standards of sufficient clarity for determining the appropriateness, and the appropriate size, of a punitive damages award;

(2) is not adequately and clearly instructed on the limits on punitive damages imposed by the principles of deterrence and punishment;

(3) is not expressly prohibited from awarding punitive damages, or determining the amount of an award thereof, in whole or in part, on the basis of invidiously discriminatory characteristics, including the corporate status, wealth, or state of residence of Merck;

(4) is permitted to award punitive damages under a standard for determining liability for such damages which is vague and arbitrary and does not define with sufficient clarity the conduct or mental state which makes punitive damages permissible; and

(5) is not subject to trial court and appellate judicial review for reasonableness and the furtherance of legitimate purposes on the basis of objective standards;

(b)     imposition of such punitive damages, and determination of the amount of an award thereof, where applicable state law is impermissibly vague, imprecise, or inconsistent;

(c)     imposition of such punitive damages, and determination of the amount of an award thereof, without bifurcating the trial and trying all punitive damages issues only if and after the liability of defendants has been found on the merits;

(d)     imposition of such punitive damages, and determination of the amount of an award thereof, based on anything other than Merck's conduct in connection with the sale of the product alleged in this litigation, or in any other way subjecting Merck to impermissible multiple punishment for the same alleged wrong.

### THIRTY-SEVENTH DEFENSE

Plaintiffs' claim for punitive damages against Merck fails under Miss. Code § 11-1-65 (1972), as by Miss. Laws 2004, 1st Ex. Sess., Ch. 1 § 4, effective September 1, 2004.

### THIRTY-EIGHTH DEFENSE

Plaintiffs' claims are barred in whole or in part under comment k to Section 402A of the Restatement (Second) of Torts.

### THIRTY-NINTH DEFENSE

Plaintiffs' claims are barred in whole or in part because Merck provided adequate "directions or warnings" as to the use of Vioxx and any other drug or pharmaceutical preparation plaintiffs allege to have taken within the meaning of comment j to Section 402A of the Restatement (Second) of Torts.

901306v.1

## FORTIETH DEFENSE

Plaintiffs' claims are barred under Section 4, et. seq., of the Restatement (Third) of Torts: Products Liability.

## FORTY-FIRST DEFENSE

Plaintiffs' claims are barred in whole or in part because Vioxx "provides net benefits for a class of patients" within the meaning of comment f to Section 6 of the Restatement (Third) of Torts: Product Liability.

## FORTY-SECOND DEFENSE

Merck affirmatively pleads Miss. Code § 85-5-7 (1972), governing the law in Mississippi for joint tortfeasors, as by Miss. Laws 2003, 3rd Ex. Sess., Ch. 2 § 4, effective January 1, 2003.

## FORTY-THIRD DEFENSE

To the extent that the plaintiffs' claims are based upon any theory of product liability, they are barred or limited by Mississippi's Product Liability Act, Miss. Code § 11-1-63 (1972), as  by Miss. Laws 2004, 1st Ex. Sess., Ch. 1 § 3, effective September 1, 2004.

## FORTY-FOURTH DEFENSE

Plaintiffs' claim for non-economic damages are subject to and limited by Miss. Code § 11-1-60 (1) (a) through (c) (1972), as by Miss. Laws 2004, 1st Ex. Sess., Ch. 1 § 2, effective September 1, 2004.

## FORTY-FIFTH DEFENSE

Some or all of the damages alleged by plaintiffs are barred by Miss. Code §§ 75-2-714, 715 (1972).

901306v.1

## FORTY-SIXTH DEFENSE

To the extent that plaintiffs rely upon any theory of breach of warranty, such claims are also barred for lack of timely notice of breach and/or lack of privity and/or because the alleged warranties were disclaimed.

## FORTY-SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because plaintiffs lack capacity and/or standing to bring such claims.

## FORTY-EIGHTH DEFENSE

Plaintiffs' recovery if any, should be reduced pursuant to the comparative negligence, fault, responsibility, or causation of others.

## FORTY-NINTH DEFENSE

Plaintiffs' claims are not suitable for joinder.

## FIFTIETH DEFENSE

Merck affirmatively asserts the requirements of Miss. Code Ann. § 11-7-13, which governs wrongful death actions.

## FIFTY-FIRST DEFENSE

Plaintiffs' claims for negligence per se are barred on the grounds that such claims are not cognizable against Merck in this action.

Merck requests that plaintiffs be denied the relief sought in the Complaint and that Merck

36

be dismissed from this action and awarded costs together with any additional relief that the Court deems just and proper.  Merck hereby gives notice that it intends to rely upon such defenses as may become available or appear during discovery proceedings in this case or that are included in the Multidistrict Litigation Proceeding before Judge Fallon of the Eastern District of Louisiana, and Merck reserves the right to amend its answer to assert any such defense.

**WHEREFORE, Merck prays for relief and judgment against plaintiffs as follows:**

A.      That plaintiffs take nothing by reason of the Complaint;

B.      That this action be dismissed with prejudice;

C.      That Merck recovers its fees, costs and attorneys' fees incurred herein; and

D.      Such further and other relief as the Court deems proper.

DATED this 21st day of November, 2007.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18059
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendant's Liaison Counsel

901306v.1

## CERTIFICATE OF SERVICE

I  hereby certify that the above and foregoing Answer and Defenses has been served on

Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand

delivery and e-mail and upon all parties  by electronically uploading the same to LexisNexis File

& Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was

electronically filed with the Clerk of Court of the United States for the Eastern District of

Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with

the procedures established in MDL 1657 on this 21st day of November, 2007.


*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18059
STONE PIGMAN WALTHER
WITTMANN L.L.C
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendant's Liaison Counsel

901306v.1