IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| In re: **VIOXX PRODUCTS LIABILITY LITIGATION**, | |
| This pleading applies to: | |
| <u>DeVito et al v. Merck & Co Inc</u>, 2:07-cv-00562-EEF-DEK for the following plaintiffs only: James Barrall, Carol Ciabattoni, and Alonsi Dusi | MDL Docket NO. 1657<br><br>Products Liaibility Litigation<br>Section L<br>Judge Fallon<br>Mag. Judge Knowles |

**PLAINTIFFS' MOTION TO RECONSIDER, PURSUANT TO FED.R.CIV.P. 59(e), THIS COURT'S ORDER GRANTING SUMMARY JUDGMENT FOR PLAINTIFFS' WARRANTY CLAIMS**

Plaintiffs respectfully request, pursuant to Fed.R.Civ.P. 59(e), this Court to reconsider its November 8, 2007 Order and to deny defendant Merck's motion for summary judgment **only** as to plaintiffs' warranty claims for the implied warranty of merchantability and for their express warranty claims against defendant Merck. In support of this motion, Plaintiffs rely on and incorporate by reference their Memorandum in Support filed herewith.

WHEREFORE, plaintiffs respectfully request this Court to reconsider its Order and to deny defendant Merck's motion for summary judgment as to plaintiffs' warranty claims for the implied warranty of merchantability and express warranty against defendant Merck.

JEFFREY J. LOWE, PC

516423 / 004128

By:   *Francis J. "Casey" Flynn*
Jeffrey J. Lowe
Francis J. "Casey" Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

516423 / 004128

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served electronically on all parties to be electronically served this 21st day of November, 2007, to:

                                                                Francis J. "Casey" Flynn

516423 / 004128