

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-122)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,415 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1657

## SCHEDULE CTO-122 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 3   07-952 | Millie Powell, etc. v. Merck & Co., Inc. | 07-9120 |
| **FLORIDA SOUTHERN** | | |
| FLS 9   07-80959 | Howard Whitsett, et al. v. Merck & Co., Inc. | 07-9121 |
| **MINNESOTA** | | |
| MN 0   07-4217 | Tim Derk, et al. v. Merck & Co., Inc. | 07-9122 |
| MN 0   07-4246 | Michael Baxter, et al. v. Merck & Co., Inc., et al. | 07-9123 |
| MN 0   07-4247 | Jacqueline Harvin, et al. v. Merck & Co., Inc., et al. | 07-9124 |
| MN 0   07-4248 | Hope Phillips, et al. v. Merck & Co., Inc., et al. | 07-9125 |
| MN 0   07-4249 | Bruce Sims, etc. v. Merck & Co., Inc., et al. | 07-9126 |
| MN 0   07-4260 | Vickie L. Titcombe, et al. v. Merck & Co., Inc., et al. | 07-9127 |
| MN 0   07-4261 | Matthew Troisi, etc. v. Merck & Co., Inc., et al. | 07-9128 |
| MN 0   07-4262 | Antonia Tucker, etc. v. Merck & Co., Inc., et al. | 07-9129 |
| MN 0   07-4263 | Carl L. Woodall v. Merck & Co., Inc., et al. | 07-9130 |
| **MISSISSIPPI NORTHERN** | | |
| ~~MSN 2   07-194~~ | ~~Dollie Powell v. Merck & Co., Inc., et al.~~ OPPOSED 11/13/07 | |
| ~~MSN 4   07-166~~ | ~~Cecelia Jensen, etc. v. Merck & Co., Inc., et al.~~ OPPOSED 11/13/07 | |
| ~~MSN 4   07-169~~ | ~~Charles Erving, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 11/13/07 | |
| **NORTH CAROLINA WESTERN** | | |
| NCW 3   07-427 | Lynn McGrath v. Merck & Co., Inc. | 07-9131 |
| **NEW YORK EASTERN** | | |
| NYE 1   07-714 | Jean Civil, et al. v. Merck & Co., Inc. | 07-9132 |
| **NEW YORK SOUTHERN** | | |
| NYS 1   07-8645 | John Stamant v. Merck & Co., Inc. | 07-9133 |
| NYS 1   07-8784 | Louise Nardella v. Merck & Co., Inc. | 07-9134 |
| NYS 1   07-9279 | Jennifer Catalfamo, et al. v. Merck & Co., Inc. | 07-9135 |
| **SOUTH DAKOTA** | | |
| SD 4   07-4150 | Robert E. Johnson, et al. v. Merck & Co., Inc. | 07-9136 |
| SD 4   07-4151 | Ronald G. Bollinger v. Merck & Co., Inc. | 07-9137 |
| **TEXAS NORTHERN** | | |
| TXN 3   07-1755 | Johnny Jackson, et al. v. Merck & Co., Inc. | 07-9138 |
| **VIRGINIA EASTERN** | | |
| VAE 2   07-451 | Dorothy Ann Collins v. Merck & Co., Inc. | 07-9139 |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-122)

Bradley G. Bonynge
Brad Bonynge Law Office
100 S. Spring Avenue
Suite 140
Sioux Falls, SD 57104

Martin L. Brackett, Jr.
Robinson, Bradshaw & Hinson, P.A.
One Independence Center, Suite 1900
101 North Tryon Street
Charlotte, NC 28246

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Dorothy Ann Collins
4262 Clarion Drive
Conley, GA 30288

Dan Cytryn
Cytryn & Santana
8100 North University Drive
Suite 202
Tamarac, FL 33321

James V. Doyle, Jr.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street, North
Birmingham, AL 35203

Eddie Easa Farah
Farah & Farah, P.A.
10 West Adams Street, 3rd Floor
Jacksonville, FL 32202

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Tim K. Goss
Freese & Goss, PLLC
3031 Allen Street
Suite 200
Dallas, TX 75204

William Hamel
Dinkes & Schwitzer
112 Madison Avenue
New York, NY 10016

Charles C. Harrell
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 171443
Memphis, TN 38187-1443

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Alyson B. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Erin A. Juzapavicus
Wilner Block, PA
3127 Atlantic Blvd.
Suite 3
Jacksonville, FL 32207

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

MDL No. 1657 - Involved Counsel List (CTO-122) (Continued)

Michael A. London
Douglas & London, P.C.
111 John Street
8th Floor
New York, NY 10038

Michael L. Luce
Davenport, Evans, Hurwitz & Smith, L.L.P.
P.O. Box 1030
206 West 14th Street
Sioux Falls, SD 57101-1030

James C. MacGillis
Trepanier & MacGillis, PA
310 4th Ave., South
Suite 8000
Minneapolis, MN 55415

Floyd L. Matthews, Jr.
Matthews & Guild, P. A.
2237 Riverside Avenue
Jacksonville, FL 32204

Theodore V. Mayer
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Robert A. Meynardie
Nelson Mullins Riley & Scarborough LLP
P.O. Box 30519
Raleigh, NC 27622-0519

John Brian T. Murray, Jr.
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Robert Martin Tata
Hunton & Williams, LLP
500 East Main Street
Suite 1000
Norfolk, VA 23510

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Glenn Adam Zuckerman
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10005

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION          MDL No. 1657

## INVOLVED JUDGES LIST (CTO-122)

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building
 & U.S. Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. W. Allen Pepper, Jr.~~
~~U.S. District Judge~~
~~329 Federal Building~~
~~305 Main Street~~
~~Greenville, MS 38701~~

~~Hon. Michael P. Mills~~
~~Chief Judge, U.S. District Court~~
~~335 Federal Building & U.S. Courthouse~~
~~911 Jackson Avenue, West~~
~~Oxford, MS 38655~~

Hon. Robert J. Conrad, Jr.
Chief Judge, U.S. District Court
United States District Court
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. John Gleeson
U.S. District Judge
727 S. U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. George B. Daniels
Senior U.S. District Judge
630 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. John G. Koeltl
U.S. District Judge
1030 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Shirley Wohl Kram
Senior U.S. District Judge
760 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

MDL No. 1657 - Involved Judges List (CTO-122) (Continued)

Hon. Lawrence L. Piersol
U.S. District Judge
202 U.S. Courthouse
400 South Phillips Avenue
Sioux Falls, SD 57104

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street, Room 1312
Dallas, TX 75242-1003

Hon. Rebecca Beach Smith
U.S. District Judge
United States District Court
358 Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510-1915

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                              MDL No. 1657

## INVOLVED CLERKS LIST (CTO-122)

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~David Crews, Clerk~~
~~369 Federal Building & U.S. Courthouse~~
~~911 Jackson Avenue East~~
~~Oxford, MS 38655-3622~~

~~David Crews, Clerk~~
~~U.S. District Court~~
~~305 Main Street~~
~~Room 329~~
~~Greenville, MS 38701~~

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Joseph A. Haas, Clerk
128 United States Courthosue
400 South Phillips Avenue
Sioux Falls, SD 57102

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242

Fernando Galindo, Clerk
193 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

November 16, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-122)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 31, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
     Docket Specialist

Attachments

cc:  Transferee Judge:      Judge Eldon E. Fallon
     Transferor Judges:      (See Attached List of Judges)
     Transferor Clerks:      (See Attached List of Clerks)

JPML Form 36A