

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV 15  PM 12: 44

LORETTA G. WHYTE
    CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| ———————————————— | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Cooper v. Merck & Co., Inc.* | * | |
| | * | |
| CIVIL DOCKET No.: | * | |
| | * | |
| SACV04-1478 CJC (RNBx) | * | |
| | * | |
| 05-1242 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF ASSOCIATION OF COUNSEL

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

/ / /

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____
```

1

PLEASE TAKE NOTICE that Plaintiff Roger Cooper herein associates that following additional counsel to represent him in this matter:

Lee G. Lipscomb, Esq.
Walter J. Lack, Esq.
Stephen R. Terrell, Esq.
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
(310) 552-3800
(310) 552-9434 (fax)
e-mail: sterrell@elllaw.com

DATED: November 8, 2007                Respectfully Submitted,

                                       _____
                                       THOMAS S. CHUN (CA SBN 132648)
                                       2600 Michelson Drive, Suite 1120
                                       Irvine, CA 92612
                                       (949) 752-1211

DATED: November 14, 2007               Respectfully Submitted,

                                       _____
                                       LEE G. LIPSCOMB (CA SBN 59674)
                                       WALTER J. LACK (CA SBN 57550)
                                       STEPHEN R. TERRELL (CA SBN 210004)
                                       **ENGSTROM, LIPSCOMB & LACK**
                                       10100 Santa Monica Blvd., 16th Floor
                                       Los Angeles, CA 90067
                                       (310) 552-3800

                                       **Attorneys for Plaintiff Roger Cooper**

## PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067.

On November 14, 2007, I served the following document described as:

## NOTICE OF ASSOCIATION OF COUNSEL

on the interested parties in this action by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

## SEE ATTACHED SERVICE LIST

X  (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid to the offices of the addressee(s) noted on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__  (BY ELECTRONIC TRANSFER) I caused all of the pages of the above-entitled documents to be sent to the recipients noted via electronic transfer (FAX) at the respective telephone numbers indicated.

X  (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 14, 2007, at Los Angeles, California.

_____
MARY L. LANGI

266047

1

**PROOF OF SERVICE**

**SERVICE LIST**
VIOXX © CASES
MDL Docket No. 1657
Section L

## PLAINTIFF'S LIAISON COUNSEL

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
phone: 504-581-4892
fax: 504-561-6024
email: rherman@hhkc.com

## DEFENDANT'S LIAISON COUNSEL

Phillip Wittmann
Stone Pigman Walther Wittman, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361
email: pwittmann@stonepigman.com

## PLAINTIFF'S STEERING COMMITTEE

Andy D. Birchfield, Jr. (Co-Lead Counsel)
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
Post Office Box 4160
Montgomery, AL 36103
phone: (800) 898-2034
fax: (334) 451-0866
email: andy.birchfield@beasleyallen.com

Richard J. Arsenault
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309
phone: (318) 452-5700
fax: (318) 561-2591
email: rarsenault@nbalawfirm.com

Thomas R. Kline
Kline & Specter, PC
1525 Locust St., Suite 1900
Philadelphia, PA 19102
phone: (215) 772-1000
fax: (215) 772-1371
email: tom.kline@klinespecter.com

266047

2

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | Carlene Rhodes Lewis |
| | Goforth & Lewis, LLP |
| 2 | 1111 Bagby, Suite 2200 |
| | Houston, TX 77002 |
| 3 | phone: (713) 650-0022 |
| | fax: (713) 650-1669 |
| 4 | email: carlenelewis@goforthlewis.com |
| 5 | |
| | Troy A. Rafferty |
| 6 | Levin, Papantonio, et. al (MDL) |
| | P.O. Box 12308 |
| 7 | Pensacola, FL 32591 |
| | phone: (850) 435-7101 |
| 8 | fax: (850) 435-7070 |
| | email: trafferty@levinlaw.com |
| 9 | |
| 10 | Christopher A. Seeger (Co-Lead Counsel) |
| | Seeger Weiss, LLP |
| 11 | One William Street |
| | New York, NY 10004 |
| 12 | phone: (212) 584-0700 |
| | fax: (212) 584-0799 |
| 13 | email: cseeger@seegerweiss.com |
| 14 | |
| | Elizabeth J. Cabraser |
| 15 | Lieff, Cabraser, Heimann & Bernstein LLP |
| | Embarcadero Center West |
| 16 | 275 Battery St., 30th Floor |
| | San Francisco, CA 94111 |
| 17 | phone: (415) 956-1100 |
| | fax: (415) 956-1008 |
| 18 | email: ecabraser@lchb.com |
| 19 | |
| | Arnold Levin |
| 20 | Levin, Fishbein, Sedrad & Berman |
| | 510 Walnut Street, Suite 500 |
| 21 | Philadelphia, PA 19106-3875 |
| | phone: (215) 592-1500 |
| 22 | fax: (215) 592-4663 |
| | email: alevin@lfsblaw.com |
| 23 | |
| 24 | Gerald E. Meunier |
| | Gainsburg, Benjamin, Davis, Meunier & Warshauer, L.L.C. |
| 25 | 2800 Energy Centre |
| | 1100 Poydras St. |
| 26 | New Orleans, LA 70163 |
| | phone: (504) 522-2304 |
| 27 | fax: (504) 528-9973 |
| | email: gmeunier@gainsben.com |
| 28 | |

266047

3

**PROOF OF SERVICE**

1  Mark P. Robinson, Jr.
   Robinson, Calcagnie & Robinson
2  620 Newport Center Dr., 7th Flr.
   Newport Beach, CA 92660
3  phone: (949) 720-1288
   fax: (949) 720-1292
4  email: mrobinson@rcrlaw.net

5
   Drew Ranier
6  Ranier Gayle & Elliot
   1419 Ryan St.
7  Lake Charles, LA 70601
   phone: (337) 494-7171
8  fax: (337) 494-7218
   email: dranier@rgelaw.com
9

10
   Christopher V. Tisi
11 Ashcraft & Gerel, LLP
   2000 L St. NW, Suite 400
12 Washington, DC 20036
   phone: (202) 783-6400
13 fax: (307) 733-0028
   email: Cvtisi@aol.com
14

15            **DEFENDANT'S STEERING COMMITTEE**

16
   Douglas R. Marvin (Lead Counsel)
17 Williams & Connolly, LLP
   725 Twelfth St., NW
18 Washington, DC 20005
   phone: (202) 434-5400
19 fax: (202) 434-5029
   email: dmarvin@wc.com
20

21 Theodore V.H. Mayer
   Hughes Hubbard & Reed LLP
22 One Battery Park Plaza
   New York, NY 10004
23 phone: (212) 837-6888
   fax: (212) 422-4726
24 email: mayer@hugheshubbard.com

25
   John H. Beisner
26 O'Melveny & Meyers LLP
   1625 Eye St.
27 Washington, DC 20006
   phone: (202) 383-5370
28 fax: (202) 383-5414
   email: jbeisner@omm.com

266047

4

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | Richard C. Stanley |
| | Stanley, flanagan & Reuter, LLC |
| 2 | LL&E Tower |
| | 909 Poydras St., Suite 2500 |
| 3 | New Orleans, LA 70112 |
| | phone: (504) 523-1580 |
| 4 | fax: (504) 524-0069 |
| | email: rcs@sfr-lawfirm.com |
| 5 | |
| 6 | Dorothy Wimberly |
| | Stone Pigman Walther Wittmann, LLC |
| 7 | 546 Carondelet St. |
| | New Orleans, LA 70130 |
| 8 | phone: (504) 581-3200 |
| | fax: (504) 581-3361 |
| 9 | email: dwimberly@stonepigman.com |
| 10 | |
| | Andrea McDonald-Hicks |
| 11 | ReedSmith LLP |
| | 1999 Harrison Street, Suite 2400 |
| 12 | Oakland, CA  94612 |
| | phone: (510) 466 6835 |
| 13 | fax: (510) 273-8832 |
| | email: amcdonald-hicks@reedsmith.com |

266047

5

**PROOF OF SERVICE**