UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | : | MDL Docket No. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| This document relates to: | : | Judge Fallon |
| | : | |
| *Dennis Cronin v. Merck & Co., Inc., et al.*; Docket Number: 2:05-cv-01281 | : | Magistrate Judge Knowles |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of Defendant Medco Health Solutions, Inc. in the above-captioned matter, which was transferred to the MDL from the U.S. District Court for the Eastern District of Pennsylvania. Frank H. Griffin, III, also of Gollatz, Griffin & Ewing, P.C., remains lead counsel for Medco Health Solutions, Inc. The appearance of Robert W. Rowan on behalf of Medco Health Solutions, Inc. should be withdrawn.

Respectfully submitted,

GOLLATZ, GRIFFIN & EWING, P.C.

By: *Adam R. Brownstein*
Adam R. Brownstein
PA ID No. 89399
abrownstein@ggelaw.com
Four Penn Center, Suite 200
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 563-9400
(215) 665-9988 Fax

Attorneys for Defendant Medco Health Solutions, Inc.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

As I am not yet registered to file documents via the Court's ECF system, I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Appearance to be served, via U.S. mail, postage prepaid, on the following:

James J. McHugh, Esquire
Lopez McHugh, LLP
1123 Admiral Peary Way
Philadelphia, PA 19112
*Attorney for Plaintiffs*

Nichol Bridget Lillibridge, Esquire
Joshua G. Schiller, Esquire
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
*Attorneys for Defendant Merck & Co., Inc.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
*Plaintiffs' Liaison Counsel*

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
*Defendants' Liaison Counsel*

Dated: November 15, 2007

Adam R. Brownstein