UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE |
| *Abercrombie, Lance v. Merck & Co.,* | * | JUDGE KNOWLES |
| *Inc.;* Docket No.:  2:06-cv-06736 | * | |
| | * | |
| *Anderson, Helen A. v. Merck & Co.,* | * | |
| *Inc.;* Docket No.:  2:06-cv-11282 | * | |
| | * | |
| *Bains, Nirmal S. v. Merck & Co., Inc.;* | * | |
| Docket No.:  2:07-cv-00350 | * | |
| | * | |
| *Barrett, Deborah L. v. Merck & Co.,* | * | |
| *Inc.;* Docket No.:  2:06-cv-06735 | * | |
| | * | |
| *Carrington, Wendy v. Merck & Co., Inc.;* | * | |
| Docket No.:  2:06-cv-02638 | * | |
| | * | |
| *Caterson, Beryl L. v. Merck & Co., Inc.;* | * | |
| Docket No.:  2:06-cv-11004 | * | |
| | * | |
| *Chavarria, Gretchen v. Merck & Co.,* | * | |
| *Inc.;* Docket No.:  2:06-cv-02636 | * | |
| | * | |
| *Cienfuegos, Michael v. Merck & Co.,* | * | |
| *Inc.;* Docket No.:  2:06-cv-11044 | * | |
| | * | |
| *Cormier, Raymond E. v. Merck & Co.,* | * | |
| *Inc.;* Docket No.:  2:06-cv-06737 | * | |
| | * | |
| *Crank, Denise G. v. Merck & Co., Inc.;* | * | |
| Docket No.:  2:07-cv-00358 | * | |
| | * | |
| *Devers, Ahn v. Merck & Co., Inc.;* | * | |
| Docket No.:  2:06-cv-02632 | * | |
| | * | |
| *Duke, Madelyn v. Merck & Co., Inc.;* | * | |
| Docket No.:  2:06-cv-11003 | * | |

| | |
|---|---|
| *Fatur, Louis M. v. Merck & Co., Inc.;* Docket No.: 2:07-cv-00356 | * * * |
| *Gamberg, Sr., Michael A. v. Merck & Co., Inc.;* Docket No.: 2:07-cv-00348 | * * * |
| *Gann, Terry v. Merck & Co., Inc.;* Docket No.: 2:07-cv-00355 | * * * |
| *Gutierrez, Anthony v. Merck & Co., Inc.;* Docket No.: 2:07-cv-00346 | * * * |
| *Haney, Chong C. v. Merck & Co., Inc.;* Docket No.: 2:06-cv-06734 | * * * |
| *Harris, Anita v. Merck & Co., Inc.;* Docket No.: 2:06-cv-11284 | * * * |
| *Knott, Joan Christine v. Merck & Co., Inc.;* Docket No.: 2:06-cv-06738 | * * * |
| *Leslie, Susan S. v. Merck & Co., Inc.;* Docket No.: 2:07-cv-00352 | * * * |
| *Marschall, Barton v. Merck & Co., Inc.;* Docket No.: 2:06-cv-02633 | * * * |
| *Marxer, Susan E. v. Merck & Co., Inc.;* Docket No.: 2:06-cv-06745 | * * * |
| *Neal, John v. Merck & Co., Inc.;* Docket No.: 2:06-cv-02634 | * * * |
| *Neverman, Lawrence Gerald v. Merck & Co., Inc.;* Docket No.: 2:06-cv-06748 | * * * |
| *Olson, Joan A. v. Merck & Co., Inc.;* Docket No.: 2:07-cv-00357 | * * * |
| *Phares, Betty v. Merck & Co., Inc.;* Docket No.: 2:07-cv-00359 | * * * |
| *Reiswig, Howard William v. Merck & Co., Inc.;* Docket No.: 2:06-cv-06747 | * * * * |

| | |
|---|---|
| *Roque, Alma v. Merck & Co., Inc.;*<br>Docket No.:  2:06-cv-11277 | *<br>*<br>* |
| *Sabato, Kathie K. v. Merck & Co., Inc.;*<br>Docket No.:  2:07-cv-00353 | *<br>*<br>* |
| *Schnack, William D.  v. Merck & Co., Inc.;* Docket No.:  2:07-cv-00351 | *<br>*<br>* |
| *Scott, Carol N. v. Merck & Co., Inc.;*<br>Docket No.:  2:05-cv-01530 | *<br>*<br>* |
| *Shumway, Sheri v. Merck & Co., Inc.;*<br>Docket No.:  2:06-cv-06740 | *<br>*<br>* |
| *Smith, Crystal K. v. Merck & Co., Inc.;*<br>Docket No.:  2:06-cv-11278 | *<br>*<br>* |
| *Soria, Regina v. Merck & Co., Inc.;*<br>Docket No.:  2:06-cv-11280 | *<br>*<br>* |
| *Souza, Barbara v. Merck & Co., Inc.;*<br>Docket No.:  2:06-cv-11279 | *<br>*<br>* |
| *Stark, Wanda v. Merck & Co., Inc.;*<br>Docket No.:  2:06-cv-02631 | *<br>*<br>* |
| *Tahami, Gholam v. Merck & Co., Inc.;*<br>Docket No.:  2:06-cv-06741 | *<br>*<br>* |
| *Turner, Jannie v. Merck & Co., Inc.;*<br>Docket No.:  2:06-cv-02639 | *<br>*<br>* |
| *Wallace, Jerry v. Merck & Co., Inc.;*<br>Docket No.:  2:06-cv-06742 | *<br>*<br>* |
| *Warner, Emery K. v. Merck & Co., Inc.;*<br>Docket No.:  2:06-cv-06739 | *<br>*<br>* |
| *Waters, Stanley R. v. Merck & Co., Inc.;*<br>Docket No.:  2:06-cv-06743 | *<br>*<br>* |
| *Wheeler, Ruby v. Merck & Co., Inc.;*<br>Docket No.:  2:07-cv-00347 | *<br>*<br>*<br>* |

| | |
|---|---|
| *White Dorothy M. v. Merck & Co., Inc.;* <br> Docket No.: 2:06-cv-11286 | * <br> * <br> * |
| *Whitesell, Ernest E. v. Merck & Co., Inc.;* Docket No.: 2:07-cv-00349 | * <br> * <br> * |
| *Williams, Dale Melvin v. Merck & Co., Inc.;* Docket No.: 2:06-cv-06744 | * <br> * <br> * |
| *Winter, Linda v. Merck & Co., Inc.;* <br> Docket No.: 2:06-cv-02630 | * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF CHANGE OF FIRM ADDRESS

NOTICE IS HEREBY GIVEN that the firm of Kershaw, Cutter & Ratinoff is relocating effective December 1, 2007. The new address is:

KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone 916-448-9800
Facsimile 916-669-4499

As of December 1, 2007, please use this new address on all pleadings, correspondence and other documents.

Respectfully submitted,

/s/ William A. Kershaw

William A. Kershaw
David E. Smith
Stuart C. Talley
Kershaw, Cutter & Ratinoff, LLP
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Counsel for Plaintiffs

4