UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>       Products Liability Litigation | * * * | MDL No. 1657 |
| This Document Relates to: | * | SECTION: L<br>Judge Fallon<br>Mag. Judge Knowles |
| *Perry, et al v. Merck & Co., Inc.*<br>(2:06-cv-03581) | * * | |
| *Christie, et al v. Merck & Co., Inc.*<br>(2:05-cv-02973) | * * | |
| *Lynch, et al v. Merck & Co., Inc.*<br>(2:05-cv-05072) | * * | |
| *Sokoloff, et al v. Merck & Co., Inc.*<br>(2:05-cv-06107) | * * | |
| *Whittaker, et al v. Merck & Co., Inc.*<br>(2:05-cv-01257) | * * | |
| *Chambers, et al v. Merck & Co., Inc.*<br>(2:05-cv-01997) | * * | |
| *Pagani, et al v. Merck & Co., Inc.*<br>(2:07-cv-01384) | * * | |
| *Barnett, et al v. Merck & Co., Inc.*<br>(2:06-cv-08320) | * * | |
| *Boyer, et al v. Merck & Co., Inc.* | * | |

## MOTION FOR RELEASE OF TRIAL PACKAGE

Undersigned counsel requests that this Court permit him to receive a full copy of the PSC trial package. Upon information and belief, the Court has possession of the package pending the purchase of encryption devices. Given the current settlement offer and time limitations, it is imperative that counsel be given the package immediately. This is necessary so that the current settlement offer can be fully evaluated.

THE PLAINTIFFS,

By _____
MICHAEL A. STRATTON
CT/08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of November, 2007.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz
Iris Gafni-Kane
Usha-Kiran Ghia
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508

Michael A. Stratton