UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*State of Utah v. Merck & Co., Inc.*, No. 06-9336

## ORDER

In light of the temporary stay imposed by Pretrial Order No. 30, IT IS ORDERED that the Plaintiff State of Utah's Motion to Remand (Rec. Doc. 12658) is CONTINUED WITHOUT DATE, to be reset for hearing at a later date.

New Orleans, Louisiana, this   27th   day of   November  , 2007.

_____
UNITED STATES DISTRICT JUDGE