UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**

*Preuninger v. Merck & Co., Inc.*, No. 06-10305

**ORDER**

IT IS ORDERED that the Plaintiffs' Motion to Set Aside Stay (Rec. Doc. 13004) will be heard on December 14, 2007, WITHOUT ORAL ARGUMENT.

Accordingly, IT IS FURTHER ORDERED that Merck shall file its response to this motion on or before December 11, 2007.

New Orleans, Louisiana, this 28th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-