## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | \* \* \* | |
| **This document relates to:** | \* | |
| *Patricia Campofredano v. Merck & Co., Inc.* | \* | MDL Docket No. 1657 |
| *Vicky Henry v. Merck & Co., Inc.* | \* | |
| *Don Irwin v. Merck & Co., Inc.* | \* | SECTION L |
| *Joseph LaCroix v. Merck & Co., Inc.* | \* | |
| *Robert Mineo v. Merck & Co., Inc.* | \* | JUDGE FALLON |
| *Margie Minton v. Merck & Co., Inc.* | \* | |
| *Janis Reese v. Merck & Co., Inc.* | \* | MAG. JUDGE KNOWLES |
| *James Sammons v. Merck & Co., Inc.* | \* | |
| *Marilyn Sheehan v. Merck & Co., Inc.* | \* | |
| *Avice Strickland v. Merck & Co., Inc.* | \* | |
| *Patricia S. Amrhein, personal representative* | \* | |
| *of the Estate of Doris E. McCloskey* | \* | |
| *v. Merck & Co., Inc.* | \* | |
| E.D. La. Docket No. 2:06-cv-05066 | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this \_\_\_27th\_\_\_ day of _____November_____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**