## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

```
******************************************
IN RE: VIOXX PRODUCTS LIABILITY            *    MDL Docket No. 1657
       LITIGATION                          *
                                           *    SECTION L
This document relates to:                  *
FRED KELLY VS. MERCK & Co., Inc.           *    JUDGE FALLON
E.D. La. Docket No. 2:06-cv-11416          *                              *
                                           *    MAG. JUDGE KNOWLES
******************************************
```

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this ___27th___ day of ___November___, 2007.

_____
**UNITED STATES DISTRICT JUDGE**