A CERTIFIED TRUE COPY
NOV 27 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 27 2007
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION
    McArthur Durham, et al. v. Merck & Co., Inc.,
    N.D. Texas, C.A. No. 3:07-1662

EDLA
SEC.L/3 )
07-9196 )

MDL No. 1657

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Durham*) on October 19, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Durham* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-119" filed on October 19, 2007, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Fee
Process
X Dktd
   CtRmDep
   Doc. No

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

November 27, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

   McArthur Durham, et al. v. Merck & Co., Inc., N.D. Texas, C.A. No. 3:07-1662

Dear Ms. Whyte:

   A conditional transfer order was filed in the above matter on October 19, 2007. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

   **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

   A list of involved counsel is attached.

                                            Very truly,

                                            Jeffery N. Lüthi
                                            Clerk of the Panel

                                            By _____
                                               Docket Specialist

Enclosures

cc:   Transferee Judge:  Judge Eldon E. Fallon
      Transferor Judge:  Judge David C. Godbey
      Transferor Clerk:  Karen S. Mitchell

JPML Form 68A

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

## INVOLVED COUNSEL LIST

Tamara L. Banno
FREESE & GOSS PLLC
3031 Allen Street
Suite 200
Dallas, TX 75204

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Jonathan B. Skidmore
FULBRIGHT & JAWORSKI LLP
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588