A CERTIFIED TRUE COPY
NOV 27 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 27 2007
UNITED STATES LORETTA G. WHYTE
on CLERK
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
NOV - 7 2007
FILED
CLERK'S OFFICE

IN RE: VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION     MDL No. 1657

IN RE BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION     MDL No. 1699

(SEE ATTACHED SCHEDULE)

## MDL No. 1657 CONDITIONAL TRANSFER ORDER (CTO-123) WITH SEPARATION, REMAND AND MDL No. 1699 CONDITIONAL TRANSFER ORDER (CTO-88)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL No. 1657 pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,415 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL No. 1699 pursuant to 28 U.S.C. § 1407. See 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,156 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order comprise claims relating to: (1) the prescription drug Vioxx, which involve common questions of fact with the previously transferred MDL No. 1657 actions; and (2) the prescription drugs Bextra and/or Celebrex, which involve common questions of fact with the previously transferred MDL No. 1699 actions.

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 27 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL No. 1657 transfer order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

The claims in each action relating to Bextra and/or Celebrex are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL No. 1699 transfer order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of: (1) the Clerk of the United States District Court for the Eastern District of Louisiana; and (2) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION (CTO-123)                          MDL No. 1657

RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION (CTO-88)                                              MDL No. 1699

## SCHEDULE - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 07-422 | Martha W. Foust v. Pfizer Inc., et al. | **07-9197** |
| NCE 5 07-423 | James Lingerfelt v. Pfizer Inc., et al. | **07-9198** |
| **WASHINGTON WESTERN** | | |
| WAW 2 07-1728 | Susan S. Wilson v. Merck & Co., Inc., et al. | **07-9199** |

IN RE: VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION (CTO-123)　　　　　　　　　MDL No. 1657

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION (CTO-88)　　　　　　　　　　　　　　　　　　　MDL No. 1699

## INVOLVED COUNSEL LIST

John T. Boundas
WILLIAMS BAILEY LAW FIRM
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111-3339

Andrew S. Chamberlin
ELLIS & WINTERS LLP
100 North Greene Street
Suite 102
Greensboro, NC 27401

Bradford James Fulton
CARTER & FULTON PS
3731 Colby Avenue
Everett, WA 98201-4910

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Douglas A. Hofmann
WILLIAMS KASTNER
601 Union Street, Suite 4100
Seattle, WA 98101

H. Forest Horne, Jr.
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Gregory A. Markel
CADWALADER WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281

Stephen D. Martin
NELSON MULLINS RILEY & SCARBOROUGH LLP
GlenLake One
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

Amy W. Schulman
DLA PIPER US LLP
1251 Avenues of the Americas
45th Floor
New York, NY 10020-1104

Christopher W. Tompkins
BETTS PATTERSON & MINES
One Convention Place
701 Pike Street
Suite 1400
Seattle, WA 98101-3927

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

November 27, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-123)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>November 7, 2007</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Dana L. Stewart*
Deputy Clerk

Attachments

cc:  Transferee Judge:   Judge Eldon E. Fallon
     Transferor Judges:  Judge Louise Wood Flanagan; Judge Malcolm J. Howard; Judge John C. Coughenour
     Transferor Clerks:  Dennis P. Iavarone; Bruce Rifkin

JPML Form 36A