UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx® * MDL Docket No. 1657
*
**PRODUCTS LIABILITY** * SECTION L
**LITIGATION** *
* JUDGE FALLON
This document relates to: *
* MAGISTRATE JUDGE
Case Name: Brothers v. Merck * KNOWLES
*
Docket Number: 2:06-CV-04051 *
*
*

* * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all of claims of the plaintiff listed above against defendant Merck & Co., Inc. in the above-styled lawsuit are hereby dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 20 day of November, 2007.

_____
DISTRICT JUDGE



___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___