UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L |
| This document relates to:<br>*Grant, et. al. v. Merck & Co., Inc.,*<br>(E.D. La. 2:05-cv-00451)<br>*Calandra, et. al. v. Merck & Co., Inc.,*<br>(E.D. La. 2:05-cv-02914)<br>*Bentley, et. al. v. Merck & Co., Inc.,*<br>(E.D. La. 2:05-cv-03383)<br>*Hegedus, et. al. v. Merck & Co., Inc.,*<br>(E.D. La. 2:06-cv-3968)<br>*Armstrong, et. al. v. Merck & Co., Inc.,*<br>(E.D. La. 2:06-cv-3969)<br>*Puchalski, et. al. v. Merck & Co., Inc.,*<br>(E.D. La. 2:06-cv-3970)<br>*Fraser, et. al. v. Merck & Co., Inc.,*<br>(E.D. La. 2:06-cv-06952)<br>*Zonkel, et. al. v. Merck & Co., Inc.,*<br>(E.D. La. 2:06-cv-6965)<br>*McDowell, et. al. v. Merck & Co., Inc.,*<br>(E.D. La. 2:06-cv-07339) | JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED THAT, Kenneth B. Moll should be removed as one of the attorneys for plaintiffs and Kurt D. Hyzy is substituted as Counsel of Record.

New Orleans, Louisiana, this 27th day of November, 2007.

United States District Judge