

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION  : SECTION: L
 :
 : JUDGE FALLON
 : MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Fryer v. Merck & Co., Inc., et al.*, 05-995

## ORDER

The Court issues this Order to enter the attached letter into the record. Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the status of MDL 1657.

New Orleans, Louisiana, this 27th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Moses B. Fryer # 707
1200 Glenwood Ave, S.E.
Atlanta, GA  30316

Russ M. Herman
820 O'Keefe Ave.
New Orleans, LA 70113

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____