MOSES B. FRYER (Sr.):
1200 GLENWOOD AVE, S.E.
ATLANTA, GA. #30316
(NOVEMBER 10TH 2007)
— PH. #(404) 635-0952 —

IN RE: VIOXX, CASE# MDL 1657: Liability LITIGATION:
UNITED STATES DISTRICT CO. EASTERN DISTRICT OF LA.

I AM HEREOF CONSULTING THE ATTORNEYS WHO REPRESENTS THE DEFENDANTS (MERCK PHARMACEUTIC CO., INC. ET AL;
MY MAJOR CONCERN HEREOF, BEING I HAVE REPRESENTED MY CASE FOR YEARS NOW, SO I AM NOT IN NOR WITH ANY CLASS ACTIONS, but (under due Process), I TOO HAVE AN INDIVIDUAL RIGHT TO BE NOTIFIED IN ACCORD TO THE INJURIES THAT AFFECTED MY HEALTH FOR THE REST OF MY LIFE. THEREFORE I MUST BE HEARD AND NOTIFIED ANY CHANGES OR ANYTHING CONCERNING MY CASE THEREOF. COPIES OF THUS PROCEEDING ARE SENT TO THE US. D.C./EASTERN DIST. OF LA. AND NEW JERSEY Attys FOR MERCK AND THE N.O. LOUISIANA Attys; FOR MERCK, AS IN MY #(1983) USC. FILLING ALL MEDICAL SURGERIES RECORDS OF EVIDENCE ARE THEREIN. AND I'M FORTUNATE TO BE ALIVE MY DOCTORS CAUGHT THE VIOXX CAUSING AILMENTS IN TIME

RESPONDENT Moses B. Fryer

MOSES B. FRYER #707):
200 GLENWOOD AVE, S.E.
ATLANTA, GA. 30316

**RECEIVED**
NOV 1 3 2007
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

c/o CLERK FOR HON. JUDGE FALLON;
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA. #70130@MARSHAL.