UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Moore v. Merck & Co., Inc., et al.*, 07-668

## ORDER

The Court issues this Order to enter the attached letter into the record. Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the status of MDL 1657.

New Orleans, Louisiana, this 27th day of November, 2007.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Larry B. Moore
#J-16151
North Kern State Prison
POB 5000 - A1-148 Low
2737 West Cecil Avenue
Delano, CA 93216-5000

Russ M. Herman
820 O'Keefe Ave.
New Orleans, LA 70113