Larry B. Moore, # J-16151
North Kern State Prison
POB 5000, A1- 148 Low
2737 West Cecil Avenue
Delano, CA 93216-5000

October 18, 2007

Dina Guilbeau, Deputy Clerk
of the United States Court
Eastern District of Louisiana
New Orleans, LA 70130

> Re:   In re Vioxx(R) Products Liability Litigation
>       MDL No. 1657
>       Ruby Lois Moore Estate, et al v. Merck & Co., Inc.
>       Docket No. 2:07-cv-00668-EEF-DEK

Dear Ms. Guilbeau,

In reference to Loretta G. Whyte, Clerk letter of February 14, 2007 of the Vioxx litigation. I am in need of your assistance, since I am a Pro Se Prisoner Plaintiff Litigant, proceeding in the behalf of my deceased Mother's estate above.

This prison named above does not carry any names of the Federal U.S. Magistrates nor District Judges, and therefore I would like the true full name of DEK, and the prison does not allow internet access not even for it's staff, as I have been told.

Therefore, I am restricted to reveiwing any of the Court's orders and can not file under the Lexis Nexis File & Serve, nor can I obtain the Pre Trial Orders, to get caught up to speed. Nor do I have the address to notify PLC to request them to continue to serve me, a non-represented institutionalized plaintiff. Ms. Guilbeau can you please make note in the Court's File, also provide a copy to both Judges, so they will know and make orders accordingly.

Ms. Guilbeau, should the Court has established standard forms like the following: BDF, Plaintiff Profile Form ("PPF") or any other types of standard forms the Court has already approved to be used in this litigation. I would appreciate your assistance in sending to me.

I do need your Court's Civil Subpoena Duces Tecum endorsed from your Clerk also Civil Subpoena For Personal Appearance, U.S. Marshal's Service Forms, Acknowledgment of Service By U.S. Mail, including the local rules of the Court established for this litigation.

One other important issue, do I as a Pro Se Prisoner Plaintiff Litigant also must register, even though I have no access to Lexis Nexis File & Serve. Please advise and can you send the Pretrial Order No. 8, I will submit a pleading for the Court to consider some type of order, the Lexis Nexis or the Court can just send me summarized and tentative rulings of any major issues in the litigation.

Respectfully,

*Larry B. Moore* (signature)
LARRY B. MOORE

TENDERED FOR FILING
NOV 13 2007
U.S. DISTRICT COURT
Eastern District of Louisiana

**LEGAL MAIL**

Larry B. Moore, #J-16151
North Kern State Prison
POB 5000, A1- 148 Low
2737 West Cecil Avenue
Delano, CA 93216-5000

Dian Guilbeau, Deputy Clerk
of the United States Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70130

