UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV 13 PM 4:55

LORETTA G. WHYTE
CLERK

IN RE:  VIOXX PRODUCTS
        LIABILITY LITIGATION

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

This document relates to:

Morris Allen v. Merck & Co., Inc. No. 05-5975
Beth M. Barilleaux v. Merck & Co., Inc. No. 05-5976
Gene Bovie v. Merck & Co., Inc. No. 05-5977
Luvenia H. Breaux v. Merck & Co., Inc. No. 05-5978
Myra Edgar Brown v. Merck & Co., Inc. No. 05-5979
Jerome E. Burlet v. Merck & Co., Inc. No. 05-5980
Rose Taylor Butler v. Merck & Co., Inc. No. 05-5981
Estate of Claudie Carnegie v. Merck & Co., Inc. No. 05-6039
Dessie Carson v. Merck & Co., Inc. No. 05-5982
Rosemary S. Crisp v. Merck & Co., Inc. No. 05-5983
Pearline Davis v. Merck & Co., Inc. No. 05-5987
Stephen Dufrene v. Merck & Co., Inc. No. 05-5988
Lottie T Duthu v. Merck & Co., Inc. No. 05-5989
Danny Glenn Foster v. Merck & Co., Inc. No. 05-5992
Willie Belle George v. Merck & Co., Inc. No. 06-0206
Barbara H. Gifford v. Merck & Co., Inc. No. 05-5993
Ernest J. Gonzales v. Merck & Co., Inc. No. 05-5994
Alma Lee Granberry v. Merck & Co., Inc. No. 05-5995
JoAnn Grigsby v. Merck & Co., Inc. No. 05-5996
Dorothy L. Harris v. Merck & Co., Inc. No. 05-5997
Carol Hearty v. Merck & Co., Inc. No. 05-5998
Barbara Jackson v. Merck & Co., Inc. No. 05-5999
Pearline Jackson v. Merck & Co., Inc. No. 05-6000
Shirley Jacobs v. Merck & Co., Inc. No. 05-6001
Salvadore J. Janusa v. Merck & Co., Inc. No. 05-6002
Jeanine A. Johnson v. Merck & Co., Inc. No. 05-6003
Mary D. Johnson v. Merck & Co., Inc. No. 05-6004
Matreathia Johnson v. Merck & Co., Inc. No. 05-6005
Johnnie Keller v. Merck & Co., Inc. No. 05-6006
Estate of Janet Lynne Kiniston v. Merck & Co., No. 06-0205
Kevin Levron v. Merck & Co., Inc. No. 05-6010
Veronica Marie McClanahan v. Merck & Co., Inc. No. 05-6013
Terrie McCurdy v. Merck & Co., Inc. No. 05-6014
Rozellia McKoy v. Merck & Co., Inc. No. 05-6015
Eva Murray v. Merck & Co., Inc. No. 05-6016
Du Noc Nguyen v. Merck & Co., Inc. No. 05-6017
Pearl C. Nixon v. Merck & Co., Inc. No. 05-6018
Nancy Henry Payne v. Merck & Co., Inc. No. 05-6019
Claude Pierre v. Merck & Co., Inc. No. 05-6020

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No____

Lucille Pierre v. Merck & Co., Inc. No. 05-6021
Mary Pomier v. Merck & Co., Inc. No. 05-6022
Veronica Robinson v. Merck & Co., Inc. No. 05-6023
Gloria D. Route v. Merck & Co., Inc. No. 05-6024
*Hazel Matzke Shaffette v. Merck & Co., Inc. No.*
 *05-6026*
Juliette A. Sheffield v. Merck & Co., Inc. No. 05-6027
Labau B. Vappie, Jr. v. Merck & Co., Inc. No. 05-6031
Geraldine Wilkinson v. Merck & Co., Inc. No. 05-6032
JoAnn B. #1 Williams v. Merck & Co., Inc. No. 05-6033
Lillian Williams v. Merck & Co., Inc. No. 05-6035
Francis L. Williams, Sr. v. Merck & Co., Inc. No. 05-6036
Lois Wilson v. Merck & Co., Inc. No. 05-6037

## MOTION TO SUBSTITUTE COUNSEL AND
## MOTION TO DESIGNATE NEW TRIAL ATTORNEY

COME NOW, Plaintiffs referenced in Exhibit "A" and files this their Motion to Substitute Counsel and Motion to Designate New Trial Attorneys. Plaintiffs move to designate M. MICHAEL MEYER and RHONDA J. BENNETSEN of THE O'QUINN LAW FIRM as Trial Attorneys on behalf of Plaintiffs referenced in Exhibit "A," and the undersigned request entry in the Court's docket and respectfully request that all parties take notice of said appearance. Further, M. Michael Meyer and Rhonda J. Bennetsen move to be substituted as counsel in the place and stead of John R. Leach, III, Michael J. Lowenberg, and Anthony E. Farah for the Plaintiffs referenced in Exhibit "A."

Please direct a copy of **ALL** further pleadings and notices to the following address:

M. MICHAEL MEYER
RHONDA J. BENNETSEN
**THE O'QUINN LAW FIRM**
**440 Louisiana St., Suite 2300**
**Houston, Texas 77002**
**713-223-1000**
**713-222-6093 (fax)**

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion, and such further and other relief, at law or in equity, to which they may be justly entitled.

Respectfully submitted,

THE O'QUINN LAW FIRM

By /s/

M. Michael Meyer
S.D. Tex. ID No. 9398
SBN: 13993850
Rhonda J. Bennetsen
S.D. Tex. ID No. 585272
SBN: 24034323
440 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 223-1000
(713) 222-6903 (fax)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent by mail and by Lexis Nexis File and Serve, to the attorney[s] of record in accordance with the Federal Rules of Civil Procedure 21a, on this 8th day of November, 2007.

Rhonda J. Bennetsen