UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX PRODUCTS
        LIABILITY LITIGATION

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

This document relates to:

Morris Allen v. Merck & Co., Inc. No. 05-5975
Beth M. Barilleaux v. Merck & Co., Inc. No. 05-5976
Gene Bovie v. Merck & Co., Inc. No. 05-5977
Luvenia H. Breaux v. Merck & Co., Inc. No. 05-5978
Myra Edgar Brown v. Merck & Co., Inc. No. 05-5979
Jerome E. Burlet v. Merck & Co., Inc. No. 05-5980
Rose Taylor Butler v. Merck & Co., Inc. No. 05-5981
Estate of Claudie Carnegie v. Merck & Co., Inc. No. 05-6039
Dessie Carson v. Merck & Co., Inc. No. 05-5982
Rosemary S. Crisp v. Merck & Co., Inc. No. 05-5983
Pearline Davis v. Merck & Co., Inc. No. 05-5987
Stephen Dufrene v. Merck & Co., Inc. No. 05-5988
Lottie T Duthu v. Merck & Co., Inc. No. 05-5989
Danny Glenn Foster v. Merck & Co., Inc. No. 05-5992
Willie Belle George v. Merck & Co., Inc. No. 06-0206
Barbara H. Gifford v. Merck & Co., Inc. No. 05-5993
Ernest J. Gonzales v. Merck & Co., Inc. No. 05-5994
Alma Lee Granberry v. Merck & Co., Inc. No. 05-5995
JoAnn Grigsby v. Merck & Co., Inc. No. 05-5996
Dorothy L. Harris v. Merck & Co., Inc. No. 05-5997
Carol Hearty v. Merck & Co., Inc. No. 05-5998
Barbara Jackson v. Merck & Co., Inc. No. 05-5999
Pearline Jackson v. Merck & Co., Inc. No. 05-6000
Shirley Jacobs v. Merck & Co., Inc. No. 05-6001
Salvadore J. Janusa v. Merck & Co., Inc. No. 05-6002
Jeanine A. Johnson v. Merck & Co., Inc. No. 05-6003
Mary D. Johnson v. Merck & Co., Inc. No. 05-6004
Matreathia Johnson v. Merck & Co., Inc. No. 05-6005
Johnnie Keller v. Merck & Co., Inc. No. 05-6006
Estate of Janet Lynne Kiniston v. Merck & Co., No. 06-0205
Kevin Levron v. Merck & Co., Inc. No. 05-6010
Veronica Marie McClanahan v. Merck & Co., Inc. No. 05-6013
Terrie McCurdy v. Merck & Co., Inc. No. 05-6014
Rozellia McKoy v. Merck & Co., Inc. No. 05-6015
Eva Murray v. Merck & Co., Inc. No. 05-6016
Du Noc Nguyen v. Merck & Co., Inc. No. 05-6017
Pearl C. Nixon v. Merck & Co., Inc. No. 05-6018
Nancy Henry Payne v. Merck & Co., Inc. No. 05-6019
Claude Pierre v. Merck & Co., Inc. No. 05-6020

Lucille Pierre v. Merck & Co., Inc. No. 05-6021
Mary Pomier v. Merck & Co., Inc. No. 05-6022
Veronica Robinson v. Merck & Co., Inc. No. 05-6023
Gloria D. Route v. Merck & Co., Inc. No. 05-6024
Hazel Matzke Shaffette v. Merck & Co., Inc. No. 05-6026
Juliette A. Sheffield v. Merck & Co., Inc. No. 05-6027
Labau B. Vappie, Jr. v. Merck & Co., Inc. No. 05-6031
Geraldine Wilkinson v. Merck & Co., Inc. No. 05-6032
JoAnn B. #1 Williams v. Merck & Co., Inc. No. 05-6033
Lillian Williams v. Merck & Co., Inc. No. 05-6035
Francis L. Williams, Sr. v. Merck & Co., Inc. No. 05-6036
Lois Wilson v. Merck & Co., Inc. No. 05-6037

## ORDER

After considering Plaintiff's Motion to Substitute Counsel and Motion to Designation New Trial Attorneys, the Court hereby GRANTS the motion and designates M. MICHAEL MEYER and RHONDA J. BENNETSEN of THE O'QUINN LAW FIRM as Plaintiff's Trial Attorneys. The Court ORDERS that M. Michael Meyer and Rhonda J. Bennetsen are substituted as counsel in the place of John R. Leach, III, Michael J. Lowenberg, and Anthony E. Farah.

It is further ORDERED that a copy of **ALL** further pleadings and notices be addressed and forwarded to the following:

M. MICHAEL MEYER
RHONDA J. BENNETSEN
THE O'QUINN LAW FIRM
440 Louisiana St., Suite 2300
Houston, Texas 77002
713-223-1000
713-222-6093 (fax)

New Orleans, Louisiana, this 26th day of November, 2007.

_____
JUDGE PRESIDING

## EXHIBIT "A"

| Client | Cause No. |
|---|---|
| Allen, Morris | 05-5975 |
| Barilleaux, Beth M. | 05-5976 |
| Bovie, Gene | 05-5977 |
| Breaux, Luvenia H. | 05-5978 |
| Brown, Myra Edgar | 05-5979 |
| Burlet, Jerome F. | 05-5980 |
| Butler, Rose Taylor | 05-5981 |
| Carnegie, Estate of Claude | 05-6039 |
| Carson, Dessie | 05-5982 |
| Crisp, Rosemary S. | 05-5983 |
| Davis, Pearline | 05-5987 |
| Dufrene, Stephen P. | 05-5988 |
| Duthu, Lottie T | 05-5989 |
| Foster, Danny Glenn | 05-5992 |
| George, Willie Belle | 06-0206 |
| Gifford, Barbara H. | 05-5993 |
| Gonzales, Ernest J. | 05-5994 |
| Granberry, Alma Lee | 05-5995 |
| Grigsby, JoAnn | 05-5996 |
| Harris, Dorothy L. | 05-5997 |
| Hearty, Carol | 05-5998 |
| Jackson, Barbara | 05-5999 |
| Jackson, Pearline | 05-6000 |
| Jacobs, Shirley | 05-6001 |
| Janusa, Salvadore J. | 05-6002 |
| Johnson, Jeanine A. | 05-6003 |
| Johnson, Mary D. | 05-6004 |
| Johnson, Matreathia | 05-6005 |
| Keller, Johnnie | 05-6006 |
| Kiniston, Estate of Janet Lynne | 06-0205 |
| Levron, Kevin | 05-6010 |
| McClanahan, Veronica Marie | 05-6013 |
| McCurdy, Terrie | 05-6014 |
| McKoy, Rozellia | 05-6015 |
| Murray, Eva | 05-6016 |
| Nguyen, Du Ngoc | 05-6017 |
| Nixon, Pearl C. | 05-6018 |
| Payne, Nancy Henry | 05-6019 |
| Pierre, Claude | 05-6020 |
| Pierre, Lucille | 05-6021 |
| Pomier, Mary | 05-6022 |
| Robinson, Veronica | 05-6023 |
| Route, Gloria D. | 05-6024 |
| Shaffette-Saunders, Hazel Matzke | 05-6026 |
| Sheffield, Juliette A. | 05-6027 |
| Vappie, Jr., Labau B. | 05-6031 |
| Wilkinson, Geraldine | 05-6032 |
| Williams, JoAnn B. #1 | 05-6033 |
| Williams, Lillian | 05-6035 |
| Williams, Sr., Francis L. | 05-6036 |
| Wilson, Lois | 05-6037 |