U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV 27 2007

LORETTA G. WHYTE
CLERK



**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 20, 2007

Ms Karen Anderson Ibos
US District Court
Eastern District of Louisiana
Room HB406
500 Poydras Street
New Orleans, LA 70130

Ms Cathy Pepper
US District Court
Eastern District of Louisiana
Room HB-406
500 Poydras Street
New Orleans, LA 70130

Ms Toni Tusa
US District Court
Eastern District of Louisiana
Room HB406
500 Poydras Street
New Orleans, LA 70130

         No. 07-30897  In Re: Vioxx Prod
         USDC No.  2:06-CV-485
                   2:05-MD-1657

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case. We assume that the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date of the notice of docketing issued on 10/18/07 to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

If you cannot file the transcript within the 30 day period, you must file it within the 60 day discount period. **If you require any additional time to file the transcript, you must file a motion setting out the reasons for the extension prior to the expiration of the discount date.**

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.____
```

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Peter Conners, Deputy Clerk
504-310-7685

Enclosure
cc w/encl:  Ms Loretta Whyte, Clerk
            Mr Phillip A Wittmann
            Mr Mark P Robinson Jr

REPTR-1