UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| This document relates to: | SECTION L |
| 2:05-cv-02977 <br> GREGORY SAULPAUGH and <br> JEANETTE SAULPAUGH, | JUDGE FALLON |
| Plaintiffs, <br> vs. | MAGISTRATE JUDGE |
| MERCK & CO., INC., et al., | |
| Defendants. | |

**MOTION TO SUBSTITUTE COUNSEL**

Plaintiffs Gregory Saulpaugh and Jeannette Saulpaugh respectfully request that this Court permit substitution of counsel pursuant to the Consent to Change Attorney (Substitution) form jointly signed by himself, former counsel and the undersigned (**Exhibit A**).

Pursuant to this motion, all parties are requested in the future to serve all pleadings and documentation on Plaintiffs by addressing same to:

Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202
Brian.goldstein@cellinoandbarnes.com

Plaintiffs, former counsel of record and opposing counsel are aware of all pending deadlines and court appearances and that these dates are further available at vioxx.laed.uscourts.gov and officialvioxxsettlement.com.

DATED: Buffalo, New York
December 3, 2007

Respectfully submitted,

**CELLINO & BARNES, P.C.**

By: _____

Brian A. Goldstein, Esq.
New York State Bar No. 2715019
17 Court Street, 7th Floor, Buffalo, NY 14202
Telephone Number 1.716.854.2020
Fax Number 1.716.854.6291
Brian.goldstein@cellinoandbarnes.com

**EXHIBIT A**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

Saulpaugh et al.

                Plaintiff(s)

vs.

Merck & Co., Inc., et al.

                Defendant(s)

CONSENT TO CHANGE
ATTORNEY
(SUBSTITUTION)

Case No. 2:05-cv-02977-EEF-DEK

**IT IS HEREBY CONSENTED THAT** Cellino & Barnes, P.C., be substituted as attorney of record for the undersigned party in the above-entitled action pending before the U.S. District Court for the Eastern District of Louisiana and the originating action filed in the Western District of New York (Rochester), 05-06211 DGL, in place and stead of the undersigned attorney as of the date hereof.

DATED: October 16, 2007

_____
Jeanette Saulpaugh

_____
Gregory Saulpaugh

STATE OF NEW YORK   )
COUNTY OF MONROE   ) : SS.:
CITY OF ROCHESTER   )

On the 16TH day of OCTOBER, 2007 before me, the undersigned, personally appeared JEANETTE [Jeannette] AND GREGORY SAULPAUGH, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and who acknowledged to me that they executed the same in their capacity and that by their signatures on the instrument, the individual or the person upon behalf of which the individuals acted, executed the instrument.

BRIAN A. GOLDSTEIN
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Jan. 13, 2011

_____
Notary Public/Commissioner of Deeds

_____
Moran & Kufta f/k/a Moran & Kufta
200 Canal View Dr., Ste. 206, Rochester, NY 14623
400 Andrews St. 100   14604

Valerio

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C., 17 Court St., 7th Fl., Bflo, NY 14202

11/8/07
Date

11-19-07
Date

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO SUBSTITUTE COUNSEL** has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of December, 2007.

I further certify that the above and foregoing **MOTION TO SUBSTITUTE COUNSEL** has been served on Plaintiffs by certified mail in accord with Local Rule 83.2.11.

DATED:   Buffalo, New York
         December 3, 2007

**CELLINO & BARNES, P.C.**

By: _____
Brian A. Goldstein, Esq.
New York State Bar No. 2715019
17 Court Street, 7th Floor, Buffalo, NY 14202
Telephone Number 1.716.854.2020
Fax Number 1.716.854.6291
Brian.goldstein@cellinoandbarnes.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | |
| | MDL DOCKET NO. 1657 |
| This document relates to: | |
| | SECTION L |
| 2:05-cv-02977<br>GREGORY SAULPAUGH and<br>JEANETTE SAULPAUGH, | JUDGE FALLON |
| Plaintiffs,<br>vs. | MAGISTRATE JUDGE |
| MERCK & CO., INC., et al., | |
| Defendants. | |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING:

**IT IS ORDERED, ADJUDGED AND DECREED,** that Brian A. Goldstein of Cellino & Barnes, P.C. is hereby substituted as Plaintiffs' counsel in the above-numbered and entitled cause.

Signed at New Orleans, Louisiana, this _____ day of December, 2007.

_____
HON.

GRANTED: