UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * | |
| | * | MDL DOCKET NO. 1657 |
| This document relates to: | * | |
| | * | SECTION L |
| 2:05-cv-02977 | * | |
| GREGORY SAULPAUGH and | * | JUDGE FALLON |
| JEANETTE SAULPAUGH, | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | MAGISTRATE JUDGE |
| | * | _____ |
| MERCK & CO., INC., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING:

**IT IS ORDERED, ADJUDGED AND DECREED,** that Brian A. Goldstein of Cellino & Barnes, P.C. is hereby substituted as Plaintiffs' counsel in the above-numbered and entitled cause.

Signed at New Orleans, Louisiana, this _____ day of December, 2007.

_____
HON.

**GRANTED:**