UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * * | * | |

THIS DOCUMENT RELATES TO ALL CASES

PRETRIAL ORDER No. 31(A)
(Filing and Service of Registration Affidavits)

This Order amends and supplements Pretrial Order No. 31 by amending and supplementing the process of filing and serving a Registration Affidavit and Exhibit 1 (together "Registration Affidavit") in the Vioxx Resolution Program.  Except as set forth herein, this Order does not otherwise alter or amend Pretrial Order No. 31.

(1)    Registration Affidavits shall **not** be filed with, or served on, the Court.

(2)    Primary Counsel shall serve the Registration Affidavit on Defendant Merck & Co., Inc. ("Merck"), the Executive Committee to the Plaintiffs' Steering Committee ("PEC"), and the Claims Administrator.  The Registration Affidavit shall be considered filed on the date that it is served on the Claims Administrator.

(3)    Registration Affidavits can be downloaded at www.browngreer.com/vioxxsettlement or, if one cannot download the documents from that site, by requesting a Registration Affidavit via email to the Claims Administrator at claimsadmin@browngreer.com

(4)     Primary Counsel shall serve the Registration Affidavit via electronic mail by no later than January 15, 2008.  Specifically, Primary Counsel shall attach three files to a single electronic mail message—(i) the executed Registration Affidavit in Adobe pdf format; (ii) a completed Exhibit 1 to the Registration Affidavit in Excel format; and (iii) a certification of service in Adobe pdf format—and serve all of the documents to the following addresses:

       a.    **For Merck:**  registration@hugheshubbard.com

       b.    **For the PEC:**  vioxx@hhkc.com

       c.    **For the Claims Administrator:**  claimsadmin@browngreer.com

(5)     The subject line in the email should state: "Registration Affidavit and Exhibit 1 for [insert name of firm]."

(6)     *Pro Se* Plaintiffs and *Pro Se* Claimants shall serve their Registration Affidavits on Merck, PEC, and the Claims Administrator at the above email addresses by no later than January 15, 2008.  If the *Pro Se* Plaintiff or *Pro Se* Claimant does not have access to email, he or she shall send the Registration Affidavit via U.S. Mail **postmarked no later than January 8, 2008** to:

> Claims Administrator
> 115 S. 15th Street
> Suite 400
> Richmond, VA 23219-4209
> Main Number: 804.521.7200

(7)     This service procedure set forth in this Pre-Trial Order 31(A) applies to revised Registration Affidavits as required by Pretrial Order No. 31.

New Orleans, Louisiana, this 4th day of December, 2007.

_____
JUDGE

2