UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX<br>Products Liability Litigation<br><br>This Document Relates to:<br><br>CHARLES C. FOTI, JR., in his Official Capacity as Attorney General, for the STATE OF LOUISIANA, as *parens patriae* on behalf of the State of Louisiana, and THE CITIZENS OF THE STATE OF LOUISIANA, The STATE OF LOUISIANA and the LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS<br><br>　　　　　Plaintiffs,<br><br>　　versus<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant.<br><br>Case No. 05-3700 | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

## NOTICE OF SUPPLEMENTAL AUTHORITY
## IN SUPPORT OF MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come Plaintiffs who respectfully give notice to the Court of the following supplemental authority in support of their Motion for Remand: *Commonwealth of Kentucky, et al. v. Marathon Petroleum Company, LLC; Marathon Oil Corporation; and Speedway Superamerica, LLC.*, No. 3-07-CV-00030, Memorandum and

1

Order, (E.D. Pa. May 18, 2007), a copy of which is attached hereto and incorporated as Exhibit A.

Respectfully submitted, this 5th day of December, 2007.

>MURRAY LAW FIRM
>
> /s/ Douglas R Plymale_____
>Douglas R. Plymale (La. Bar No. 28409)
>James R. Dugan, II (La. Bar No. 24785)
>Stephen B. Murray, Jr. (La. Bar No. 23877)
>Stephen B. Murray, Sr. (La. Bar No. 9858)
>650 Poydras Street, Suite 2150
>New Orleans, LA 70130
>Attorneys for Plaintiffs
>
>Charles C. Foti, Jr.
>Attorney General
>Tina Vicari Grant
>Assistant Attorney General
>LOUISIANA DEPARTMENT OF JUSTICE
>1885 North Third Street - 6th Floor
>Baton Rouge, Louisiana 70802
>Telephone: (225) 326-6020
>Facsimile: (225) 326-6096
>
>Francisco H. Perez
>General Counsel
>LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS
>P.O. Box 3836
>Baton Rouge, Louisiana 70821
>Telephone: (225) 342-1188
>Facsimile: (225) 342-2232

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Supplemental Authority in Support of Motion to Remand has this day been served on all counsel of record by e-mail or by e-mail by electronically uploading same to Lexis/Nexis File & Serve Advance in accordance with Pre-Trial Order No. 8, this 5th day of December, 2007.

>/s/ Douglas R. Plymale_____