## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY** | \* | MDL Docket No. 1657 |
| **LITIGATION** | \* | |
| | \* | SECTION L |
| **This document relates to:** | \* | |
| EUGES ADAMS, HUSBAND OF/ | \* | JUDGE FALLON |
| CRAIG AMACKER, HUSBAND OF/ | \* | MAG. JUDGE KNOWLES |
| AND CARMEN AMACKER | \* | |
| HENRY AUBERT, HUSBAND OF/ | \* | |
| AND DOYLENE AUBERT | | |
| LINDA BAHAM | | |
| GAIL BALENTINE, WIFE OF/ | | |
| AND CHARLES BALENTINE | | |
| LAWRENCE BAPTISTE, HUSBAND OF/ | | |
| AND ELOUISE BAPTISTE | | |
| DONNA BERNARD, WIFE OF/ | | |
| AND GERARD BERNARD | | |
| GEORGINA BROWN | | |
| LOUIS BURGER, SR., HUSBAND OF/ | | |
| AND ALINE BURGES | | |
| RANDOLPH BURZELLERI, JR., HUSBAND OF/ | | |
| AND KAY BURZELLERI | | |
| CALVIN BUTLER, HUSBAND OF/ | | |
| AND BARBARA BUTLER | | |
| CHARLES CABLER, INDIVIDUALLY AND ON | | |
| BEHALF OF THE ESTATE OF MARY CABLER | | |
| THERESA CALAMARI, INDIVIDUALLY AND ON | | |
| BEHALF OF THE ESTATE OF JOSEPH CALAMARI, SR. | | |
| NOEL CARR, HUSBAND OF/ | | |
| AND MILDRED D. CARR | | |
| JANET CARTER | | |
| ROSE COOK | | |
| *E.D. La. Docket No. 2:05-cv-6274* | | |

FILED:_____          _____
                                                                              DEPUTY CLERK

## MOTION TO REMOVE AS COUNSEL OF RECORD

**NOW INTO COURT**, come Allan Berger and Allan Berger & Associates, P.L.C., attorney

for plaintiffs in the above entitled and captioned matter who advise this Honorable Court that John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record.

        **Respectfully Submitted,**
        **ALLAN BERGER & ASSOCIATES, P.L.C.**

        **S/ALLAN BERGER**
        **ALLAN BERGER (Bar No. 2977)**
        **Allan Berger and Associates**
        4173 Canal Street
        New Orleans, Louisiana  70119-5972
        Telephone:  (504) 486-9481
        Facsimile:  (504) 483-8130
        aberger@allan-berger.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon all parties by electronically uploading same to LexisNexis File and Serve in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of December, 2007

        S/ALLAN BERGER
        **ALLAN BERGER (Bar No. 2977)**
        *Allan Berger and Associates*
        4173 Canal Street
        New Orleans, Louisiana  70119-5972
        Telephone:  (504) 486-9481
        Facsimile:  (504) 483-8130
        aberger@allan-berger.com