UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | \* \* \* \* | MDL Docket No. 1657 SECTION L |
| **This document relates to:** EUGES ADAMS, HUSBAND OF/ CRAIG AMACKER, HUSBAND OF/ AND CARMEN AMACKER HENRY AUBERT, HUSBAND OF/ AND DOYLENE AUBERT LINDA BAHAM GAIL BALENTINE, WIFE OF/ AND CHARLES BALENTINE LAWRENCE BAPTISTE, HUSBAND OF/ AND ELOUISE BAPTISTE DONNA BERNARD, WIFE OF/ AND GERARD BERNARD GEORGINA BROWN LOUIS BURGER, SR., HUSBAND OF/ AND ALINE BURGES RANDOLPH BURZELLERI, JR., HUSBAND OF/ AND KAY BURZELLERI CALVIN BUTLER, HUSBAND OF/ AND BARBARA BUTLER CHARLES CABLER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARY CABLER THERESA CALAMARI, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOSEPH CALAMARI, SR. NOEL CARR, HUSBAND OF/ AND MILDRED D. CARR JANET CARTER ROSE COOK *E.D. La. Docket No. 2:05-cv-6274* | \* \* \* | JUDGE FALLON MAG. JUDGE KNOWLES |

FILED:_____        _____
                                             DEPUTY CLERK

## **PROPOSED ORDER**

**CONSIDERING THE FOREGOING:**

    **IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

    New Orleans, Louisiana, this _____ day of _____, 2007.


                                                             _____
                                                              **UNITED STATES DISTRICT JUDGE**