THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * | CIVIL ACTION NO.: |
| *THIS DOCUMENT RELATES TO:* | * | MDL 1657 |
| ROBERT DAIGLE, HUSBAND OF/ AND EFFIE DAIGLE | * | SECTION L, MAG 3 |
| JEANNE DAVIS | | |
| ESTELLE EGAN | * | JUDGE FALLON |
| NATALIE FORCIA | | |
| LEONARD GARRETT | * | MAGISTRATE JUDGE KNOWLES |
| FELIX GIORLANDO, JR. AND OTHERS INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF FELIX GIORLANDO, SR. | | |
| EVELYN GLIGGETT AND OTHERS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF HELEN GORMAN | | |
| GEORGE GRIFFIN, HUSBAND OF/ AND BRENDA GRIFFIN | | |
| ALICE GRINNELL, WIFE OF AND MELVIN J. GRINNELL | | |
| LARRY HARVEY, HUSBAND OF/ AND MARIA HARVEY | | |
| LIONEL INGRAM, HUSBAND OF/ AND ALOHA INGRAM | | |
| HAZEL KEATING, WIFE OF AND LYLE KEATING | | |
| *E.D. La. Docket No. 2:05-cv-6275* | | |

FILED:_____       _____
                                                                                    DEPUTY CLERK

**PROPOSED ORDER**

CONSIDERING THE FOREGOING:

**IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of

**ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**