THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY** <br> **LITIGATION** | * | CIVIL ACTION NO.: |
| **THIS DOCUMENT RELATES TO:** <br> *E.D. La. Docket No. 2:05-6272* | * | MDL 1657 |
| | * | SECTION L, MAG 3 |
| JAMES KENNEDY, HUSBAND OF/ <br> AND BEVERLY KENNEDY | * | JUDGE FALLON |
| PAUL LAMBERT <br> WINNIFRED GREEN, LLOYD LAMOTHE, <br> ANDREW LAMOTHE, AND NORMAN <br> LAMOTHE, JR., INDIVIDUALLY AND <br> ON BEHALF OF THE ESTATE OF <br> RUTH LAMOTHE <br> CYNTHIA LANE, WIFE OF/AND <br> LESLIE LANE <br> LAVELLE MALONE, WIFE OF/ <br> AND WINSTON N. MALONE <br> HOSEA MCAFEE, JR., HUSBAND OF/AND <br> EOLIA D. MCAFEE <br> ESKERLEAN MCKENZIE, WIFE OF/AND <br> CHARLES MCKENZIE <br> EDWIN MILAN, HUSBAND OF/AND <br> DORIS MILAN <br> INEZ MICHEL <br> EDNA MOORE <br> CAROL O'REGAN | * | MAGISTRATE <br> JUDGE KNOWLES |

FILED:_____       _____
                                                                                DEPUTY CLERK

**MOTION TO REMOVE AS COUNSEL OF RECORD**

**NOW INTO COURT**, come Allan Berger and Allan Berger & Associates, P.L.C., attorney for plaintiffs in the above entitled and captioned matter who advise this Honorable

Court that John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record.

        **Respectfully Submitted,**
        **ALLAN BERGER & ASSOCIATES, P.L.C.**

        _S/ALLAN BERGER_
        **ALLAN BERGER (Bar No. 2977)**
        **Allan Berger and Associates**
        4173 Canal Street
        New Orleans, Louisiana  70119-5972
        Telephone:     (504) 486-9481
        Facsimile:       (504) 483-8130
        aberger@allan-berger.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon all parties by electronically uploading same to LexisNexis File and Serve in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of December, 2007

        S/ALLAN BERGER
        **ALLAN BERGER (Bar No. 2977)**
        *Allan Berger and Associates*
        4173 Canal Street
        New Orleans, Louisiana  70119-5972
        Telephone:     (504) 486-9481
        Facsimile:       (504) 483-8130
        aberger@allan-berger.com