THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY**             LITIGATION | * | CIVIL ACTION NO.: |
| **THIS DOCUMENT RELATES TO:** *E.D. La. Docket No. 2:05-6272* | * | MDL 1657 |
| | * | SECTION L, MAG 3 |
| JAMES KENNEDY, HUSBAND OF/ AND BEVERLY KENNEDY PAUL LAMBERT | * | JUDGE FALLON |
| WINNIFRED GREEN, LLOYD LAMOTHE, ANDREW LAMOTHE, AND NORMAN LAMOTHE, JR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RUTH LAMOTHE CYNTHIA LANE, WIFE OF/AND LESLIE LANE LAVELLE MALONE, WIFE OF/ AND WINSTON N. MALONE HOSEA MCAFEE, JR., HUSBAND OF/AND EOLIA D. MCAFEE ESKERLEAN MCKENZIE, WIFE OF/AND CHARLES MCKENZIE EDWIN MILAN, HUSBAND OF/AND DORIS MILAN INEZ MICHEL EDNA MOORE CAROL O'REGAN | * | MAGISTRATE JUDGE KNOWLES |

FILED:_____          _____
                                                                                              DEPUTY CLERK

**<u>PROPOSED ORDER</u>**

**CONSIDERING THE FOREGOING:**

      **IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of

**ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**