THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * | CIVIL ACTION NO.: |
| THIS DOCUMENT RELATES TO:<br>*E.D. La. Docket No. 2:05-6276* | * | MDL 1657 |
| MARGIE PATTON | * | SECTION L, MAG 3 |
| BERNICE PEULER, INDIVIDUALLY<br>AND ON BEHALF OF THE ESTATE OF<br>BERNARD PEULER | * | JUDGE FALLON |
| HELEN PONTIFF, WIFE OF/AND<br>OCTAVE PONTIFF,<br>KAY POWERS<br>RUBY ROGERS, WIFE OF/AND<br>DEMOUS ROGERS<br>ADA SANTIAGO<br>FLORENCE SCHOUEST<br>VIVIAN TERVALON<br>RICKY THIBODEAUX, HUSBAND OF/AND<br>CHERYL THIBODEAUX<br>GEORGE THOMAS, JR., HUSBAND OF/<br>AND NATHALIE THOMAS<br>CHERYL WASHINGTON<br>JOANN WILLIAMS, WIFE OF/<br>AND LONNIE WILLIAMS<br>ALBERT WYNN, HUSBAND OF/<br>AND MARJORIE WYNN | * | MAGISTRATE<br>JUDGE KNOWLES |

FILED:_____                    _____
                                                                                            DEPUTY CLERK

**PROPOSED ORDER**

**CONSIDERING THE FOREGOING:**

      **IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of

**ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**