THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY** | * | |
| **LITIGATION** | | |
| | * | |
| *THIS DOCUMENT RELATES TO:* | | |
| **GEORGE WARDEN** | * | **CIVIL ACTION NO.:** |
| **SANDRA GUIDRY** | * | |
| **WANDA LIZANA** | * | **MDL 1657** |
| **NELL MARUSCSAK, INDIVIDUALLY AND** | * | |
| **ON BEHALF OF HER DECEASED** | * | **SECTION L, MAG 3** |
| **DAUGHTER, LISA GRAHAM** | * | |
| **E. D. LA. Docket No. 06-4127** | * | **JUDGE FALLON** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FILED:**_____       _____
                                                                         **DEPUTY CLERK**

**PROPOSED ORDER**

**CONSIDERING THE FOREGOING:**

   **IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of

**ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be

removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

   New Orleans, Louisiana, this _____ day of _____, 2007.


                                                 _____
                                                 **UNITED STATES DISTRICT JUDGE**