THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY** | | |
|       **LITIGATION** | * | CIVIL ACTION NO.: |
| **THIS DOCUMENT RELATES TO:** | * | MDL 1657 |
| *E.D. La. Docket No. 2:05-6273* | | |
| | * | SECTION L, MAG 3 |
| CAROL CUMMINGS | | |
| DONNA HOLIAN | * | JUDGE FALLON |
| JOHN HARDY, HUSBAND OF/ | | |
| AND GRETA HARDY | | |
| JOHN SHEA, HUSBAND OF/ AND | * | MAGISTRATE |
| JOAN SHEA | | JUDGE KNOWLES |
| EARL MORROW, HUSBAND OF/ | | |
| AND KAREN MARROW | | |
| MACK REINE, JR., HUSBAND OF/ | | |
| AND JULIETTE REINE | | |
| LETITIA DEFILLO | | |
| REGINA MARTIN | | |

**FILED:**_____       _____
                                                                              **DEPUTY CLERK**

## MOTION TO REMOVE AS COUNSEL OF RECORD

**NOW INTO COURT**, come Allan Berger and Allan Berger & Associates, P.L.C., attorney for plaintiffs in the above entitled and captioned matter who advise this Honorable Court that John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record.

                                             **Respectfully Submitted,**
                                             **ALLAN BERGER & ASSOCIATES, P.L.C.**

                                             ** S/ALLAN BERGER**
                                             **ALLAN BERGER (Bar No. 2977)**

**Allan Berger and Associates**
4173 Canal Street
New Orleans, Louisiana  70119-5972
Telephone:     (504) 486-9481
Facsimile:      (504) 483-8130
aberger@allan-berger.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon all parties by electronically uploading same to LexisNexis File and Serve in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of December, 2007

S/ALLAN BERGER
**ALLAN BERGER (Bar No. 2977)**
*Allan Berger and Associates*
4173 Canal Street
New Orleans, Louisiana  70119-5972
Telephone:     (504) 486-9481
Facsimile:      (504) 483-8130
aberger@allan-berger.com