THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY** <br>       **LITIGATION** | * | CIVIL ACTION NO.: |
| **THIS DOCUMENT RELATES TO:** <br> *E.D. La. Docket No. 2:05-6273* | * | MDL 1657 |
| | * | SECTION L, MAG 3 |
| CAROL CUMMINGS <br> DONNA HOLIAN <br> JOHN HARDY, HUSBAND OF/ <br> AND GRETA HARDY | * | JUDGE FALLON |
| JOHN SHEA, HUSBAND OF/ AND <br> JOAN SHEA <br> EARL MORROW, HUSBAND OF/ <br> AND KAREN MARROW <br> MACK REINE, JR., HUSBAND OF/ <br> AND JULIETTE REINE <br> LETITIA DEFILLO <br> REGINA MARTIN | * | MAGISTRATE <br> JUDGE KNOWLES |

**FILED:**_____       _____
                                                                                                **DEPUTY CLERK**

**PROPOSED ORDER**

**CONSIDERING THE FOREGOING:**

   **IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of

**ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be

removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

   New Orleans, Louisiana, this _____ day of _____, 2007.

                                                           _____
                                                           **UNITED STATES DISTRICT JUDGE**