UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | |
| | MDL DOCKET NO. 1657 |
| This document relates to: | |
| | SECTION L |
| 2:05-cv-02977<br>GREGORY SAULPAUGH and<br>JEANETTE SAULPAUGH, | JUDGE FALLON |
| Plaintiffs, | |
| vs. | MAGISTRATE JUDGE |
| MERCK & CO., INC., et al., | |
| Defendants. | |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING:

IT IS ORDERED, ADJUDGED AND DECREED, that Brian A. Goldstein of Cellino & Barnes, P.C. is hereby substituted as Plaintiffs' counsel in the above-numbered and entitled cause.

Signed at New Orleans, Louisiana, this __5th__ day of December, 2007.

_____
United States District Judge

GRANTED: