UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2007 DEC -6 PM 1:48
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |

*THIS DOCUMENT RELATES TO:*
*Barbara Haselow, Administratrix of the Estate of Jean Wagner Kaczmarski vs. Merck & Co., Inc., No. 2:05cv3495 (previously 1:05CV1276 OHND USDC)*

NOTICE OF APPEARANCE AS COUNSEL

Notice is hereby given to the Court that Stuart E. Scott and Nicholas A. DiCello hereby re-enter their appearance as counsel for Plaintiff in the above case.

Respectfully submitted,

_____
STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiff

OF COUNSEL:

**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio 44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com

___Fee_____
___Process_____
_x_ Dktd_____
___CtRmDep____
___Doc. No.____

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing *Notice of Appearance As Counsel* has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 5th day of December, 2007.

Philomena Dane, Esq.
Squire, Sanders & Dempsey L.L.P.
1300 Huntington Center
41 South High Street
Columbus, OH 43215-6197
(614) 365-2700
FAX: (614) 365-2499
pdane@ssd.com
**Counsel for Defendant**
**Merck & Co., Inc.**

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
504-581-4892
FAX: 504-561-6024
rherman@hhkc.com
***Plaintiff's Liaison Counsel***

Phillip Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
phone: 504-581-3200
fax: 504-581-3361
email: pwittmann@stonepigman.com
***Defendant's Liaison Counsel***

Barbara Haselow
Admin. Of the Estate of
Jean Wagner Kaczmarski
7590 Pleasantview Drive
Parma, OH 44134
(440) 886-6157
***Plaintiff***

                                     **STUART E. SCOTT (0064834)**
                                      **NICHOLAS A. DICELLO (0075745)**
                                      Counsel for Plaintiff