## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

December 6, 2007

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO __07-30895__

RE: __VIOXX PRODUCTS LIABILITY LITIGATION     CA 05-1657 L    c/w    05-5768 L__

[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED DEC - 6 2007 LORETTA G. WHYTE CLERK]

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___  1) Certified copy of the notice of appeal and docket entries.

___  2) Certified copy of notice of a cross-appeal and docket entries.

___  3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

___  4) This case is proceeding _in forma pauperis_

___  5) Order Appointing Counsel ___ CJA-20 ___ FPD

___  6) District Judge Entering the final judgment is___

___  7) Court Reporter assigned to the case _____

___  8) If criminal case, number and names of other defendants on appeal ___

___  9) This case was decided without a hearing; there will be no transcript.

___  10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

__X__  1) **Certified** Electronic Copy of Record on appeal:

   ___ Volume(s) of record    ___ Volume(s) of transcripts

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___ envelopes ___ Binder

___  2) Supplemental record consisting of _____

___  3) SEALED DOCUMENT _____

___  4) Other _____

Very truly yours,

By___Alicia Phelps___
Deputy Clerk

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.