

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1657

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-124)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005).  Since that time, 6,438 additional actions have been transferred to the Eastern District of Louisiana.  With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION        MDL No. 1657

## SCHEDULE CTO-124 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **MINNESOTA** | | |
| MN 0 07-4389 | Rasheed Ansari v. Merck & Co., Inc. | 07-9382 |
| MN 0 07-4390 | Sophie Brieschke v. Merck & Co., Inc. | 07-9383 |
| MN 0 07-4391 | Madeline Brown v. Merck & Co., Inc. | 07-9384 |
| MN 0 07-4392 | Faith Clark v. Merck & Co., Inc. | 07-9385 |
| MN 0 07-4393 | Edna Henry v. Merck & Co., Inc. | 07-9386 |
| MN 0 07-4394 | James W. Connally, Jr. v. Merck & Co., Inc. | 07-9387 |
| MN 0 07-4395 | Jiries Eid v. Merck & Co., Inc. | 07-9388 |
| MN 0 07-4396 | John Bush v. Merck & Co., Inc. | 07-9389 |
| MN 0 07-4397 | Jimmy Garren v. Merck & Co., Inc. | 07-9390 |
| MN 0 07-4398 | Joseph Halley v. Merck & Co., Inc. | 07-9391 |
| MN 0 07-4399 | Jo A. Needham v. Merck & Co., Inc. | 07-9392 |
| MN 0 07-4400 | Carolyn Judy v. Merck & Co., Inc. | 07-9393 |
| MN 0 07-4401 | Lee Long v. Merck & Co., Inc. | 07-9394 |
| MN 0 07-4402 | Consuelo Mendez v. Merck & Co., Inc. | 07-9395 |
| MN 0 07-4403 | Betty Miller v. Merck & Co., Inc. | 07-9396 |
| MN 0 07-4404 | Charles Sumner v. Merck & Co., Inc. | 07-9397 |
| MN 0 07-4419 | Gary Crandall, etc. v. Merck & Co., Inc. | 07-9398 |
| MN 0 07-4431 | Rafael Villarreal v. Merck & Co., Inc. | 07-9399 |
| MN 0 07-4455 | Janice Banaszewski, etc. v. Merck & Co., Inc. | 07-9400 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 5 07-200 | Autry J. Clayton, et al. v. Merck & Co., Inc. | 07-9401 |
| **SOUTH CAROLINA** | | |
| SC 0 07-3529 | James Horace Hallman, Sr. v. Merck & Co., Inc. | 07-9402 |
| SC 0 07-3530 | Franklin D. Morrison v. Merck & Co., Inc. | 07-9403 |
| SC 6 07-3603 | Sheila G. Senchuk, etc. v. Merck & Co., Inc. | 07-9404 |
| **TENNESSEE EASTERN** | | |
| TNE 1 07-264 | Constance Shaheed, etc. v. Merck & Co., Inc. | 07-9405 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 2 06-744 | Helen Davis v. Merck & Co., Inc. | 07-9406 |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-124)

Jan R. McLean Bernier
HALLELAND LEWIS NILAN &
JOHNSON PA
220 South 6th Street
Suite 600
Minneapolis, MN 55402-4501

Andrew L. Davick
MESHBESHER & SPENCE LTD
416 South Broadway
Rochester, MN 55904

Ronald S. Goldser
ZIMMERMAN REED PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Anthony C. Hayes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Alyson B. Jones
BUTLER SNOW O'MARA STEVENS &
CANNADA PLLC
P.O. Box 22567
Jackson, MS 39225-2567

William A. Jordan
LAW OFFICE OF WILLIAM A JORDAN
501 Augusta Street
P.O. Box 1687
Greenville, SC 2965

D. Grant Kaiser
KAISER FIRM LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Grant Kaiser
KAISER FIRM
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Cindy J. Kiblinger
JAMES F HUMPHREYS & ASSOCIATES
800 United Center
500 Virginia Street, East
Charleston, WV 25301

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

John D. McMahan
MCMAHAN LAW FIRM
323 High Street
Chattanooga, TN 37403

Anthony J. Nemo
MESHBESHER & SPENCE LTD
1616 Park Avenue, South
Minneapolis, MN 55404

Eileen B. Smith
WALLER LANSDEN DORTCH & DAVIS
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219

**MDL No. 1657 - Involved Counsel List (CTO-124) (Continued)**

Carl Lewis Solomon
GERGEL NICKLES & SOLOMON
P.O. Box 1866
Columbia, SC 29202-1866

Larry Stamps
STAMPS & STAMPS
P.O. Box 2916
Jackson, MS 39207-2916

Thomas F. Urban, II
JAMES F HUMPHREYS & ASSOCIATES LC
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Charles S. Zimmerman
ZIMMERMAN REED PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION            MDL No. 1657

## INVOLVED JUDGES LIST (CTO-124)

Hon. Michael James Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David C. Bramlette
Senior U.S. District Judge
United States District Court
Post Office Box 928
Natchez, MS 39121-0928

Honorable David C. Norton
Chief Judge
United States District Court
Post Office Box 835
Charleston, SC 29402-0835

Hon. Curtis Lynn Collier
Chief Judge, U.S. District Court
317 Joel W. Solomon Federal Building &
U.S. Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Hon. David A. Faber
U.S. District Judge
601 Federal Street, Room 2303
Bluefield, WV 24701

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                    MDL No. 1657

## INVOLVED CLERKS LIST (CTO-124)

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

December 6, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-124)

Dear Ms. Whyte:

   I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 20, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

   A list of involved counsel is attached.

                                       Very truly,

                                       Jeffery N. Lüthi
                                       Clerk of the Panel

                                       By _____
                                               Docket Specialist

Attachments

cc:   Transferee Judge:      Judge Eldon E. Fallon
      Transferor Judges:     (See Attached List of Judges)
      Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36A