THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | * * * | |
| **This document relates to:** JUDITH H. ORDUNA. | * | CIVIL ACTION NO.: |
| Vs. | * | MDL 1657 |
| MERCK & CO., INC. *E.D. La. Docket No. 06-2804* | * | SECTION L, MAG 3 |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

FILED:_____          _____
                                                                DEPUTY CLERK

## ORDER

**CONSIDERING THE FOREGOING:**

      **IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this ___7th___ day of ___December___, 2007.

_____
**UNITED STATES DISTRICT JUDGE**