UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY LITIGATION** | \*   MDL Docket No. 1657 |
| | \* |
| | \*   SECTION L |
| **This document relates to:** | \* |
| EUGES ADAMS, HUSBAND OF/ | \*   JUDGE FALLON |
| CRAIG AMACKER, HUSBAND OF/ | \*   MAG. JUDGE KNOWLES |
| AND CARMEN AMACKER | \* |
| HENRY AUBERT, HUSBAND OF/ | \* |
| AND DOYLENE AUBERT | |
| LINDA BAHAM | |
| GAIL BALENTINE, WIFE OF/ | |
| AND CHARLES BALENTINE | |
| LAWRENCE BAPTISTE, HUSBAND OF/ | |
| AND ELOUISE BAPTISTE | |
| DONNA BERNARD, WIFE OF/ | |
| AND GERARD BERNARD | |
| GEORGINA BROWN | |
| LOUIS BURGER, SR., HUSBAND OF/ | |
| AND ALINE BURGES | |
| RANDOLPH BURZELLERI, JR., HUSBAND OF/ | |
| AND KAY BURZELLERI | |
| CALVIN BUTLER, HUSBAND OF/ | |
| AND BARBARA BUTLER | |
| CHARLES CABLER, INDIVIDUALLY AND ON | |
| BEHALF OF THE ESTATE OF MARY CABLER | |
| THERESA CALAMARI, INDIVIDUALLY AND ON | |
| BEHALF OF THE ESTATE OF JOSEPH CALAMARI, SR. | |
| NOEL CARR, HUSBAND OF/ | |
| AND MILDRED D. CARR | |
| JANET CARTER | |
| ROSE COOK | |
| *E.D. La. Docket No. 2:05-cv-6274* | |

FILED:_____    _____
                                            DEPUTY CLERK

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this ___7th___ day of _____December_____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**