THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY** | | |
|       **LITIGATION** | * | CIVIL ACTION NO.: |
| **THIS DOCUMENT RELATES TO:** | * | MDL 1657 |
| *E.D. La. Docket No. 2:05-6276* | | |
| MARGIE PATTON | * | SECTION L, MAG 3 |
| BERNICE PEULER, INDIVIDUALLY | | |
| AND ON BEHALF OF THE ESTATE OF | * | JUDGE FALLON |
| BERNARD PEULER | | |
| HELEN PONTIFF, WIFE OF/AND | * | MAGISTRATE |
| OCTAVE PONTIFF, | | JUDGE KNOWLES |
| KAY POWERS | | |
| RUBY ROGERS, WIFE OF/AND | | |
| DEMOUS ROGERS | | |
| ADA SANTIAGO | | |
| FLORENCE SCHOUEST | | |
| VIVIAN TERVALON | | |
| RICKY THIBODEAUX, HUSBAND OF/AND | | |
| CHERYL THIBODEAUX | | |
| GEORGE THOMAS, JR., HUSBAND OF/ | | |
| AND NATHALIE THOMAS | | |
| CHERYL WASHINGTON | | |
| JOANN WILLIAMS, WIFE OF/ | | |
| AND LONNIE WILLIAMS | | |
| ALBERT WYNN, HUSBAND OF/ | | |
| AND MARJORIE WYNN | | |

FILED:_____          _____
                                                                                      DEPUTY CLERK

## ORDER

**CONSIDERING THE FOREGOING:**

      **IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of

**ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this ___7th___ day of ___December___, 2007.

_____
**UNITED STATES DISTRICT JUDGE**