THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY** | * | |
|     **LITIGATION** | | |
| | * | |
| *THIS DOCUMENT RELATES TO:* | | |
| **GEORGE WARDEN** | * | **CIVIL ACTION NO.:** |
| **SANDRA GUIDRY** | * | |
| **WANDA LIZANA** | * | **MDL 1657** |
| **NELL MARUSCSAK, INDIVIDUALLY AND** | * | |
|   **ON BEHALF OF HER DECEASED** | * | **SECTION L, MAG 3** |
|   **DAUGHTER, LISA GRAHAM** | * | |
|  **E. D. LA. Docket No. 06-4127** | * | **JUDGE FALLON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED:**_____     _____

                                                                **DEPUTY CLERK**

**ORDER**

**CONSIDERING THE FOREGOING:**

     **IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

     New Orleans, Louisiana, this \_\_\_7th\_\_\_ day of _____December_____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**