THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * | CIVIL ACTION NO.: |
| THIS DOCUMENT RELATES TO: *E.D. La. Docket No. 2:05-6273* | * | MDL 1657 |
| | * | SECTION L, MAG 3 |
| CAROL CUMMINGS DONNA HOLIAN JOHN HARDY, HUSBAND OF/ AND GRETA HARDY | * | JUDGE FALLON |
| JOHN SHEA, HUSBAND OF/ AND JOAN SHEA EARL MORROW, HUSBAND OF/ AND KAREN MARROW MACK REINE, JR., HUSBAND OF/ AND JULIETTE REINE LETITIA DEFILLO REGINA MARTIN | * | MAGISTRATE JUDGE KNOWLES |

**FILED:**_____   _____
                                                                   **DEPUTY CLERK**

**ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this ____7th____ day of ____December____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**