FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC -3  PM 2: 55

LORETTA G. WHYTE
CLERK

David MacAllister

        Plaintiff,

vs.

Merck & Co, Inc.

        Defendants.

**VIOXX® PRODUCTS LIABILITY
LITIGATION
MDL 1657**

CIVIL ACTION: 06-11066

## NOTICE OF APPEARANCE

Please take notice that Bryan F. Aylstock of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC hereby appears as additional counsel of record for the Plaintiff David MacAllister in the above-styled cause.

Bryan F. Aylstock
FL Bar No.78236
803 North Palafox Street
Pensacola, FL 32503
(850) 916-7450

    Fee_____
    Process_____
 X  Dktd_____
    CtRmDep_____
    Doc. No_____

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing Plaintiff's Stipulation to Substitute Counsel has been furnished to Phillip Wittmann  Stone Pigman Walther Wittmann, LLC, 546 Carondelet St., New Orleans, LA 70130  a copy has been furnished to Russ M. Herman ,Herman, Herman, Katz & Cotlar, LLP, 201 St. Charles Avenue, Suite 4310, New Orleans, LA 70170 via regular U.S. Mail on this __16th__ day of __November__, 2007 .

BRYAN F. AYLSTOCK, ESQ.
Florida Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
803 North Palafox Street
Pensacola, FL 32501
Telephone: (850) 916-7450
ATTORNEY FOR PLAINTIFF