**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to All Cases* | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * *

**PRETRIAL ORDER NO. 33**
**(*Pro Se* Plaintiff Registration and Enrollment Re: Settlement)**

The Court hereby Orders as follows with respect to the registration and enrollment of *pro se* plaintiffs in the Vioxx MDL Settlement Program:

1. The Court hereby orders Defendants to provide to Plaintiffs' Liaison Counsel ("PLC"), within ten (10) days, a complete list of all *pro se* plaintiffs in this matter. The list shall identify, by case number and name, the full name of the *pro se* plaintiff, address, phone number (if known), e-mail address (if known), and any other contact information that may assist PLC in communicating with a *pro se* plaintiff.

2. Defendants shall provide to PLC within ten (10) days copies of any Plaintiff Profile Forms ("PPFs") for *pro se* plaintiffs.

3. The Court hereby orders PLC to initiate contact and communicate with any *pro se* plaintiff with respect to the efficient administration and management of the Vioxx Settlement Program. PLC shall assist the *pro se* plaintiffs by explaining the prosecution of their Vioxx lawsuits or settlement options. PLC shall make

1

      available to *pro se* plaintiffs the Master Settlement Agreement, Registration Form, Enrollment Form, Claims Package, and shall assist the *pro se* plaintiffs with answers to questions a plaintiff may have regarding forms. Furthermore, PLC shall advise plaintiffs regarding the Court's website located at http://vioxx.laed.uscourts.gov and any website that the Plaintiffs' Steering Committee dedicates exclusively to the Vioxx Settlement Program.

4. PLC shall advise any *pro se* plaintiff that communicates with PLC that the *pro se* plaintiff may retain counsel. PLC shall advise the *pro se* plaintiff of the name and contact information for counsel handling Vioxx matters in the jurisdiction where the *pro se* plaintiff resides.

5. PLC shall keep track of all calls received from *pro se* plaintiffs. The tracking shall include the name and contact information for the *pro se* plaintiff and the date of the communication. PLC shall also maintain files and retain any and all written information by and between the *pro se* plaintiff and PLC.

SO ORDERED in New Orleans, Louisiana, this __10th__ day of December, 2007.

                                          _____
                                          Honorable Eldon E. Fallon
                                          United States District Judge