UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to All Cases* | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PRETRIAL ORDER NO. 34
(*Pro Se* Tolling Claimant Registration and Enrollment Re: Settlement)

The Court hereby Orders as follows with respect to the registration and enrollment of *pro se* tolling claimants in the Vioxx MDL Settlement Program:

1. The Court hereby orders Defendants to provide to Plaintiffs' Liaison Counsel ("PLC"), within ten (10) days, a complete list of all *pro se* tolling claimants in this matter.  The list shall identify the full name of the *pro se* tolling claimant, address, phone number (if known), e-mail address (if known), and any other contact information that may assist PLC in communicating with a *pro se* tolling claimant.

2. Defendants shall provide to PLC within ten (10) days copies of any Claimant Profile Forms ("CPFs") for *pro se* tolling claimants.

3. The Court hereby orders PLC to initiate contact and communicate with any *pro se* tolling claimant with respect to the efficient administration and management of the Vioxx Settlement Program.  PLC shall assist the *pro se* tolling claimants by explaining the prosecution of their Vioxx claims or settlement options.  PLC shall make available to *pro se* tolling claimants the Master Settlement Agreement,

1

   Registration Form, Enrollment Form, Claims Package, and shall assist the *pro se* tolling claimants with answers to questions a claimant may have regarding forms. Furthermore, PLC shall advise claimants regarding the Court's website located at http://vioxx.laed.uscourts.gov and any website that the Plaintiffs' Steering Committee dedicates exclusively to the Vioxx Settlement Program.

4. PLC shall advise any *pro se* tolling claimant that communicates with PLC that the *pro se* tolling claimant may retain counsel. PLC shall advise the *pro se* tolling claimant of the name and contact information for counsel handling Vioxx matters in the jurisdiction where the *pro se* tolling claimant resides.

5. PLC shall keep track of all calls received from *pro se* tolling claimants. The tracking shall include the name and contact information for the *pro se* tolling claimant and the date of the communication. PLC shall also maintain files and retain any and all written information by and between the *pro se* tolling claimant and PLC.

SO ORDERED in New Orleans, Louisiana, this 10th day of December, 2007.

                 _____
                 Honorable Eldon E. Fallon
                 United States District Judge