

# PHELPS DUNBAR LLP
### ──── COUNSELORS AT LAW ────

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

Vioxx Products Liability Litigation
MDL No: 1657 - Judge Fallon

November 30, 2007
**Invoice Number: 673068**

For Professional Services Rendered Through October 31, 2007

Description Of Matter:  Services Rendered
Special Counsel to Vioxx Special Master

**Our File Number:** 23947-0001

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/20/07 | B. Barriere | Telephone conference with Professor Rice; review of extensive materials pertaining to third party documents. | 1.00 | 300.00 |
| 10/01/07 | B. Arras | Drafting letter memorializing the 9/27 conference call among all counsel and Special Master regarding 3rd party documents | 0.70 | 175.00 |
| 10/01/07 | B. Barriere | Telephone conference with Professor Rice; revise correspondence; receipt of Merck materials. | 0.80 | 240.00 |
| 10/03/07 | B. Barriere | Receipt and review of materials from Mr. Cohen. | 0.30 | 90.00 |
| 10/04/07 | B. Arras | Receipt and review of Merck submission to Prof. Rice; e-mail to Prof. Rice | 0.60 | 150.00 |
| 10/04/07 | B. Barriere | Electronic correspondence with Professor Rice; Merck submission. | 0.50 | 150.00 |
| 10/05/07 | B. Barriere | Meeting with Ms. Arras; preliminary review of Merck additional submissions. | 0.50 | 150.00 |



EXHIBIT
A

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 673068

November 30, 2007
Page Number 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/06/07 | B. Barriere | Correspondence to Professor Rice. | 0.20 | 60.00 |
| 10/06/07 | B. Barriere | Office conference with Ms. Arras re: material forwarded by Professor Rice. | 0.10 | 30.00 |
| 10/08/07 | B. Arras | Telephone conference with Prof. Rice and Mr. Barriere regarding third party document opinion letter | 0.30 | 75.00 |
| 10/08/07 | B. Barriere | Telephone conference with counsel re: Merck submissions. | 0.30 | 90.00 |
| 10/09/07 | B. Arras | Prepare letter to counsel incorporating Special Master Rice's Opinion re: Third Party documents | 0.90 | 225.00 |
| 10/09/07 | B. Barriere | Review multiple materials re: initial mileage on third party documents. | 0.50 | 150.00 |
| 10/16/07 | B. Arras | Finalize billing check on balance left in Trust Fund ($17,845.31) | 0.10 | 25.00 |
| 10/17/07 | B. Arras | Receipt and review of e-mail from Prof. Rice regarding status of Merck response' telephone conference with Merck counsel; reply to Prof. Rice regarding 3-day extension until 10/19 | 0.20 | 50.00 |
| 10/17/07 | B. Barriere | Multiple correspondence re: Merck submission. | 0.30 | 90.00 |
| 10/22/07 | B. Arras | Receipt and review of e-mails from Professor Rice and draft opinion regarding 3rd party documents | 0.70 | 175.00 |
| 10/22/07 | B. Barriere | Multiple electronic correspondence re: opinion on third party documents; review of most recent draft; review of Merck responses. | 3.00 | 900.00 |
| 10/23/07 | B. Arras | Edit and revise Professor Rice's Third Opinion (re: Merck Third Party Documents) | 0.20 | 50.00 |
| 10/23/07 | B. Barriere | Revise and edit opinion with respect to third party documents; review prior notes on documents and related privilege issues; related telephone conferences with and correspondence to Professor Rice. | 3.00 | 900.00 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 673068

November 30, 2007
Page Number 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/24/07 | B. Arras | Study and review of Prof. Rice Third Opinion (draft) | 0.10 | 25.00 |
| 10/24/07 | B. Barriere | Electronic communication with Professor Rice; arrange for revised opinion to be distributed. | 0.50 | 150.00 |
| 10/26/07 | B. Arras | Study and review of suggested revisions to Special Master's third Opinion made by Mr. Barriere | 0.30 | 75.00 |
| 10/26/07 | B. Barriere | Receipt and review of memorandum from PSC; multiple electronic correspondence regarding revisions to final opinion on third party documents; related telephone conference with Professor Rice. | 1.00 | 300.00 |
| 10/29/07 | B. Arras | Telephone conference with Prof. Rice regarding revisions to opinion on 3rd party documents | 0.20 | 50.00 |
| 10/30/07 | B. Arras | Study and review of Special Master Rice's previous recommendations and reports to decide how to title the current one to be submitted - either supplemental second or fourth | 0.40 | 100.00 |
| 10/31/07 | B. Arras | Receipt and review of e-mails from Prof. Rice regarding revisions to Fourth Ruling | 0.20 | 50.00 |

TOTAL FEES                                                    $    4,825.00

## Summary By Timekeeper

| Timekeeper | Hours | Billed Per Hour | Billed Amount |
|------------|-------|-----------------|---------------|
| B. Barriere | 12.00 | 300.00 | 3,600.00 |
| B. Arras | 4.90 | 250.00 | 1,225.00 |
| Totals | 16.90 | $ | 4,825.00 |

Disbursements Through October 31, 2007

| | |
|---|---|
| Photocopies Internal | 19.75 |
| Postage | 1.16 |

# PHELPS DUNBAR LLP

Our File Number: 23947-0001
Invoice Number: 673068

November 30, 2007
Page Number 4

|  |  |  |
|---|---|---|
| Telecopy Long Distance |  | 61.02 |
| TOTAL DISBURSEMENTS | $ | 81.93 |
| TOTAL FEES AND DISBURSEMENTS | $ | 4,906.93 |

Please include the enclosed Remittance Advice with your payment, and if you are paying any of the past due invoices listed above, please include the Remittance Advice for each of those invoices.

# Time Sheet
# VIOXX LITIGATION
# Paul R. Rice

Nov. 1, 2007

**During the month of October, 2007 I devoted 34 hours and 15 minutes to the work in Consolidate Vioxx Cases.  The following is a breakdown by day.**

10/4/07
11:15 AM – 12:00 NOON, reading submissions on confidentiality policies.
1:00 PM – 1:15 PM, same                                                          1:00

10/4/2007
6:45 PM – 7:15 PM, reading Merck brief on consultants                            :30

10/5/2007
6:45 AM – 8:30 AM, drafting opinion                                              1:45
4:15 PM – 4:45 PM, reviewing materials for conference call with Barriere         :30
5:45 PM – 6:00 PM, typing notes for discussion about confidentiality             :15
7:30 PM – 8:30 PM, typing opinion on tentative decisions                         1:00

10/6/07
6:15 AM – 7:45 AM, drafting opinion                                              1:30
8:15 AM – 8:45 AM, drafting opinion                                              :30
4:00 PM – 4:15 PM, drafting e-mail to Barriere                                   :15

10/7/07
3:45 PM – 6:00 PM, drafting narrative for tentative decision                     2:15
6:15 PM – 6:30 PM, editing draft before sending to Barriere                      :15
6:45 PM – 7:00 PM, converting to Word and sending draft to Barriere              :15
8:45 PM – 10:45 PM, working on "functional employee" opinion                     2:00

10/8/07
9:15 AM – 11:30 AM, editing opinion, telephone with Barriere                     2:15
12:00 NOON – 12:45 PM, editing opinion                                           :45
2:45 PM – 5:30 PM, editing opinion                                               2:45
6:30 PM – 7:00 PM, conference call with Arras and Barriere                       :30

10/9/07
4:00 AM – 4:15 AM, editing opinion                                               :15
10:30 AM – 12:00, footnoting opinion                                             1:30
1:00 PM – 2:30 PM, footnoting opinion and checking on tentative decisions        1:45

Error! Unknown document property name.

10/10/07
10:30 AM – 11:30 AM, editing opinion and footnotes                                              1:00

10//19/07
8:30 PM – 8:45 PM, printout filings by Merck                                                      :15
8:45 PM – 9:15 PM, reading Merck filings                                                          :30

10/20/07
8:30 AM – 11:30 AM, re-examining documents and drafting opinion                                   3:00
3:45 PM – 5:45 PM, completing re-examination of documents and
creating a three column chart.                                                                    2:00

10/21/07
8:30 AM – 8:45 AM, editing opinion                                                                :15

10/23/07
6:30 AM – 7:15 AM, editing opinion                                                                :45
4:45 PM – 5:00 PM, telephone message from Barriere and re-examination
of opinion                                                                                        :15
6:15 PM – 6:30 PM, editing opinion in light of Barriere comments                                  :15

10/26/07
6:15 PM – 6:30 PM, reading Plaintiffs' response.                                                  :15
8:45 PM – 9:00 PM, reading response                                                               :15

10/29/07
9:30 AM – 9:45 AM, e-mail messages to Battaglia and Arras re Barriere's
edits to opinion.                                                                                 :15
12:30 PM – 12:45 PM, telephone Arras re Barriere edits                                            :15
4:15 PM – 5:15 PM, revising opinion                                                               1:00

10/30/07
10:30 AM – 11:00 AM, finalizing opinion and sending it back to N.O. with
instructions                                                                                      :30

10/31/07
3:30 PM – 5:15 PM proofing and formatting final opinion for submission
to Judge Fallon on Nov. 1, 2007                                                                   1:45

TOTAL HOURS FOR OCTOBER. -- 34:15

At the court ordered rate of $600.00 per hour, total billing for October
devoted exclusively to the final opinion addressing documents shared
with outside consultants                                                           **$20,550.00**