UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 DEC 10 PM 4: 21
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: Vioxx | * | |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | MDL docket No. 1657 |
| | * | |
| RAMON ALVARADO et al., Plaintiff | * | SECTION L |
| | * | |
| vs. | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| MERCK & CO., INC., Defendant, | * | |
| | * | |
| CASE NO. 06-7150 | * | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Milagros Medina-Alfador, one of the plaintiffs in the above-named case, hereby appeals to the United State Court of Appeals for the Fifth Circuit from the Order granting Defendant's Motion for Summary Judgment, said Order entered into this action on the __19th__ day of November, 2007.

Respectfully submitted,

Archie Lamb (LAM010)
Attorney for Plaintiff

*THE LAMB FIRM, LLC*
2900 First Avenue South
Birmingham, AL 35203
(205) 324-464
(205) 324-4649 - facsimile)
E. KIRK WOOD
P.O. Box 382434
Birmingham, AL 35238-2434
(205) 612-0423

___ Fee __not paid__
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, and that said original is being mailed to the clerk of the United States District Court for the Eastern District of Louisiana on this 5th day of December, 2007.

By: _____
Archie C. Lamb, Jr.
The Lamb Firm, LLC