## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION I (3) |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

## AFFIDAVIT

I, Michael A. Stratton am over the age of 18 years and believe in the obligations of the oath. I swear to the truth of the following:

1. I have requested on at least three occasions that the MDL trial package be made available to us. All three of those occasions were before the filing of the original motion for release of trial package, and on all three occasions my request was denied by PSC members.

2. One of these occasions was at the Philadelphia information session back on November 23, 2007 where I asked for the package. Attorneys Seeger and Birchfield of the PSC denied my request.

3. The other two requests were made on the Cox 2 list serve and by email to Russ Herman. Again my requests were denied.

Michael A. Stratton CT08166
Stratton Faxon
59 Elm Street
New Haven, CT 06510
203-624-9500

Subscribed to and sworn to before me this 11th day of December, 2007.

Dan Harvey, Notary Public

DAN P. HARVEY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG 31 2011