UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:**
   *Dean, et al. v. Merck & Co., Inc.*, **07-8073**


## ORDER

In accordance with Pre-Trial Order No. 26, the Court has determined that the Plaintiffs'

claims in the above captioned case must be severed into individual suits.

Accordingly, IT IS ORDERED that Plaintiffs' counsel shall, within 30 days of this

Order, file a new complaint for each plaintiff (or "plaintiff group," consisting of one user of

Vioxx and any derivative claims emanating from that user, such as those of executors, spouses,

or other family members).  This new complaint shall be filed with the Clerk of this Court on

paper, not electronically.  The caption of this new complaint shall contain only the individual

plaintiffs and defendants which are the subject of the specific claim and shall not include a

docket number.  However, in the body of the new complaint, counsel shall reference this Order

and the docket number assigned to the original complaint.  The prescriptive period will not be

broken, but rather will be determined by the filing date of the original complaint.  Upon filing of

the new complaints, the clerk will assign new docket numbers and shall collect the usual filing

fees.  All pleadings regarding those claims shall thereafter bear the new title and docket number

of the new cases.  Any claims not timely brought before the court by a new complaint as ordered

herein will be dismissed without further notice.  The Clerk is directed to close this matter, Civil

Action No. 07-8073, for administrative purposes.


New Orleans, Louisiana, this ⎯⎯⎯ day of ⎯⎯December⎯⎯, 2007.
                              11th

                                   _____
                                   UNITED STATES DISTRICT JUDGE