UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                               :        MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION    :        SECTION: L
                                                                    :        JUDGE FALLON
                                                                    :        MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
   *Baxter, et al. v. Merck & Co., Inc.*, **07-9123**

**ORDER**

In accordance with Pre-Trial Order No. 26, the Court has determined that the Plaintiffs' claims in the above captioned case must be severed into individual suits.

Accordingly, IT IS ORDERED that Plaintiffs' counsel shall, within 30 days of this Order, file a new complaint for each plaintiff (or "plaintiff group," consisting of one user of Vioxx and any derivative claims emanating from that user, such as those of executors, spouses, or other family members). This new complaint shall be filed with the Clerk of this Court on paper, not electronically. The caption of this new complaint shall contain only the individual plaintiffs and defendants which are the subject of the specific claim and shall not include a docket number. However, in the body of the new complaint, counsel shall reference this Order and the docket number assigned to the original complaint. The prescriptive period will not be broken, but rather will be determined by the filing date of the original complaint. Upon filing of the new complaints, the clerk will assign new docket numbers and shall collect the usual filing fees. All pleadings regarding those claims shall thereafter bear the new title and docket number of the new cases. Any claims not timely brought before the court by a new complaint as ordered

herein will be dismissed without further notice.  The Clerk is directed to close this matter, Civil Action No. 07-9123, for administrative purposes.

      New Orleans, Louisiana, this <u>11th</u> day of <u>December</u>, 2007.

                                                  *Eldon E. Fallon*
                                    UNITED STATES DISTRICT JUDGE