# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: VIOXX PRODUCTS LIABILITY** | | |
| **LITIGATION** | * | CIVIL ACTION NO.: |
| **THIS DOCUMENT RELATES TO:** | * | MDL 1657 |
| *E.D. La. Docket No. 2:05-6272* | | |
| | * | SECTION L, MAG 3 |
| JAMES KENNEDY, HUSBAND OF/ | | |
| AND BEVERLY KENNEDY | * | JUDGE FALLON |
| PAUL LAMBERT | | |
| WINNIFRED GREEN, LLOYD LAMOTHE, | * | MAGISTRATE |
| ANDREW LAMOTHE, AND NORMAN | | JUDGE KNOWLES |
| LAMOTHE, JR., INDIVIDUALLY AND | | |
| ON BEHALF OF THE ESTATE OF | | |
| RUTH LAMOTHE | | |
| CYNTHIA LANE, WIFE OF/AND | | |
| LESLIE LANE | | |
| LAVELLE MALONE, WIFE OF/ | | |
| AND WINSTON N. MALONE | | |
| HOSEA MCAFEE, JR., HUSBAND OF/AND | | |
| EOLIA D. MCAFEE | | |
| ESKERLEAN MCKENZIE, WIFE OF/AND | | |
| CHARLES MCKENZIE | | |
| EDWIN MILAN, HUSBAND OF/AND | | |
| DORIS MILAN | | |
| INEZ MICHEL | | |
| EDNA MOORE | | |
| CAROL O'REGAN | | |

FILED:_____      _____

                                                                                                 DEPUTY CLERK

## ORDER

**CONSIDERING THE FOREGOING:**

       **IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of

**ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this ___11th___ day of ___December___, 2007.

_____
**UNITED STATES DISTRICT JUDGE**