UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION I (3) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

**THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION TO LIFT STAY FOR PURPOSES OF CONDUCTING DISCOVERY REGARDING THE WEBSITE KNOWN AS "OFFICIALVIOXSETTLEMENT.COM"**

I. INTRODUCTION

On November 9, 2007, the Court issued a temporary stay of the MDL proceedings "in order to give each eligible plaintiff, with the advice of counsel, sufficient time to determine whether it is in his or her best interest to participate in the Resolution Program, and to give counsel time to comprehend the Resoltuion Program and advise their clients accordingly." *See In Re: Vioxx Products Liability Litigation*, MDL No. 1657, PTO 30 at 1 (E.D. La. Nov. 9, 2007). Pursuant to PTO 30, the Court provided that it would "consider motions to lift the stay with respect to specific activities in this litigation upon good cause show." *Id.* at 2.

Shortly after the stay was issued, the PSC learned of a parasitic website known as "officialvioxsettlement.com" (hereafter the "Competing Website"), which takes advantage of the misspelling of Vioxx. The Competing Website targets unsuspecting Vioxx plaintiffs and can only be perceived as an attempt to cause Vioxx plaintiffs to view the erroneous website when they are actually desirous of viewing the Court approved website that is part of the Resolution Program. The PSC now seeks to engage in discovery regarding the particulars of the Competing Website.

II.  **ARGUMENT**

The Competing Website interferes with and seeks to confuse those Vioxx plaintiffs wishing to participate in the Resolution Program. To protect claimants from the Competing Website, the PSC believes that limited discovery is appropriate to learn more about the Competing Website. The PSC desires to issue the subpoena and deposition notice, attached as Exhibit "B" to gather information regarding the competing website.

Good cause for lifting the stay exists since the Competing Website takes advantage of unsuspecting Vioxx Plaintiffs.[1] The Competing Website is undoubtedly confusing to Vioxx Plaintiffs that are seeking to participate in the settlement. Since the Settlement Program provides plaintiffs with finite deadlines for registration and enrollment, the delay and confusion caused by the Competing Website unnecessarily jeopardizes the rights of Vioxx plaintiffs to participate in the settlement. The PSC therefore believes good cause exists to take limited discovery against the host of the Competing Website.

III.  **CONCLUSION**

For the reasons set forth above, the PSC respectfully submits that the motion to lift the stay should be granted.

---

[1] For instance, the PSC has learned that the Competing Website links visitors to websites maintained by other counsel. *See* Printout of Content from the Competing Website, attached hereto as Exhibit "A". It is unclear what connection, if any, these firms have with the Competing Website and it is possible the information is being posted without consent. The PSC would like to explore this issue, amongst others, in limited discovery regarding the Competing Website.

2

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date: December 12, 2007

By: /s/ Leonard A. Davis
    **Russ M. Herman (Bar No. 6819)**
    Leonard A. Davis (Bar No. 14190)
    Stephen J. Herman (Bar No. 23129)
    *Herman, Herman, Katz & Cotlar, L.L.P.*
    820 O'Keefe Avenue
    New Orleans, Louisiana 70113
    Telephone: (504) 581-4892
    Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street

New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
  MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008  (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire **(on brief)**

LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX  77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of December, 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com