# EXHIBIT A

# Officialvioxsettlement.com

*find something interesting*



Tuesday, December 04, 2007

## find what you're looking for

- Personal Injury
- Class Action Settlement
- Viox Settlement
- Cash Settlement
- Settlement Loans
- Claimvaluationcalculator
- Lawsuit Settlements
- Structured Settlement Lump Sum
- Net Settlement
- Lawsuit

**Recommended Links**

Questianarre, Child Support, Ca

Search  [ Enter Keyword ]  Go

**Start your search here**  [            ] Go

### Today's most Visited links

- Law Firm
- Maryland
- Collaboration
- Insurance Settlements

### Popular Destination

| | |
|---|---|
| Settlement Advance | Debt Assistance |
| Settlement Risk | Business Law |
| Full And Final Settlement | Life Insurance Settlement |
| Structured Settlements | Cash For Settlement |

### About Us

We empower individuals, organizations and businesses with our unique services. Diversification being our core strategy; we specialize in Personal Injury , Class Action Settlement , Viox Settlement and an array of other services. Our mission is to provide quality resources.

Sell My Structured Settlement Payments | Pre Settlement Funding | Accident Settlement | Structured Settlement Company | Debt Solutions

Bookmark this page | Make this your Homepage

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [                    ] [Go]

Sponsored Results

## Lawyers in Teaneck NJ

Reputable personal injury lawyers Davis, Saperstein & Salomon, PC

teanecklaw.com

## OSHA Safety Violations

PA, NJ attorneys specializing in workplace safety lawsuits.

MeyersonLawFirm.com

## Personal Injury Lawyer

35 years experience, Never a fee unless there is a recovery. Call.

www.ferraralawfirm.com

## NJ Personal Injury Lawyer

Jonathan Levitt, Esq. is Certified as a NJ Civil Trial Attorney

www.frierlevitt.com

## Attorney For Your Rights.

Auto Accident Victims-Malpractice Injured & Discriminated Workers

McNairLaw.com

## Personal

More than 4 million members. Get a Free Matchmaking Profile!

www.be2.com

## New Orleans Law Firm

From Injury to Incorporation, We'll Represent You! Wills & Probate Too.

Bbc-Law.net

## NJ Litigation Attorneys

Law Firm with over 45 years Litigation Experience

www.scuramealey.com

### Related categories

No Win No Fee

Injury Claims

Accident Attorneys

Injury Claim

Injury Attorneys

Accident Lawyers

Personal Injury-Officialvioxsettlement.com

### Personal Injury Lawyer

Helping Personal Injury Victims For 23 Years 1-877-934-6274 (free)
www.erichweinberg.com

### Personal Injury Money

How Much is Your Personal Injury Case Worth? Personal Injury Info.
www.Totalinjury.com

### Personal Injury Lawyer

Medical, Auto Construction And More. Call Now!
http://www.GallinaLaw.com

Enter Keyword    GO

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Class Action Settlement-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [        ] [Go]

Related categories

## Cash for your Settlement

Get cash now for your structured settlement. Online applications.
settlementall.net

## Structured Settlements

Peachtree Pays You Cash Now for Structured Settlement Payments.
PeachtreeSettlementFunding.com

## Settlement Funding

Get All Your Settlement Funds Now! Don't Wait and Lose Out
SearchingPro.net/Settlement-Funding

## PA Structured Settlements

We Purchase Structured Settlements. Don't Wait for Your Money.
www.samanthaassoc.com

## Class Action Attorney

Who will fight for you! Protect Your Rts. Call 888-933-1514
www.free-attorney-consult.com

## Education Lawyer

Teacher or Student Bully ? Call now to make them stop
www.minfirm.com

## Debt Settlement

Settlement for Debts over $20,000 Call 800-544-7211 or Go Online Now.
FreedomDebtRelief.com

## Are you owed money?

Class action lawyer explains Cash Balance Controversy
www.gottesdienerlaw.com/

Asbestos Class Action Lawsuit

Masonite Class Action Lawsuit

Class Action Lawsuit Attorney

Siding Class Action Suit

Effexor Class Action Lawsuit

Class Action Lawsuit Settlement

Class Action Settlement-Officialvioxsettlement.com

## Pre Settlement Funding

relieve the financial pressure pending lawsuit,cash advance
www.earlycash4u.com

## Settlement

Find info on Settlement. Use our Free Tools and Research.
www.Banks.com

## Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

Enter Keyword    | Go |

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [          ] [Go]

## Structured Settlements

Peachtree Pays You Cash Now for Structured Settlement Payments.
PeachtreeSettlementFunding.com

## Vioxx Injured Victims?

Experienced Vioxx Injury Lawyer in Your Area. Free Consultation.
www.InjuryHelpLineAttorney.com

## Cash for Your Settlement

Get cash now for your settlement. Compare cash settlement options.
settlementme.com

## Settlement Funding

Get All Your Settlement Funds Now! Don't Wait and Lose Out
SearchingPro.net/Settlement-Funding

## PA Structured Settlements

We Purchase Structured Settlements. Don't Wait for Your Money.
www.samanthaassoc.com

## Sun Purchases Notes

Mortgage Notes,Settlements,Lottery Factoring, Business Notes
www.sunpropertyfinancial.com

## Vioxx Lawsuits

Simple answers to your complex Vioxx lawsuit questions.
www.quizlaw.com

## Vioxx Lawsuit

Get Breaking News, Headlines & Top Stories With The Free News Toolbar
News.Starware.com

### Related categories

Purchase Structured Settlement

Structured Settlement Company

Cash For Structured Settlements

Buy Settlement

Sell Structured Settlement

Structured Settlements

Viox Settlement-Officialvioxsettlement.com



## Structured Settlement

Get the most from your Structured Settlement. Call Today!

http://www.WashingtonSquareFinancial.com

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Cash Settlement-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [            ] [Go]

Sponsored Results

**Related categories**

### Lawsuit Settlement

Don't Wait for Your Money. Get Cash for Your Settlement. Free Quote!
PeachtreeSettlementFunding.com

### Lawsuit Cash

Lawsuit Cash! Only pay if you win 24 hour Approval. Fast application.
AnyLawsuits.com/LawsuitCash

### Lawsuit Cash Advance

Get a Cash Advance for Your Injury Lawsuit. Free Quote!
FundMe123.com

### Structured Settlements

Why Wait for Periodic Payments? Get a Huge Lump Sum Now!
www.StructuredAssetFunding.com

### Lawsuit Cash For Less

Fast $500-$5,000,000+. Low rates. Apply by phone 800-568-8321
www.lawcapital.net

### Get Your Cash Today

No More Waiting for Future Payments Consult with the Experts at Encore
www.encorefunding.com

### Lawsuit Cash Advance

No Broker's Fee, Fast Approval. Apply online or call 800-951-0025
www.whitehavendirect.com

### Lawsuit Cash Advances Now

Fast Approvals, On-Line or Over the Phone. Call 877-8-LAWMAX Today!
www.FundMyCase.com

Ach Settlement

Structured Settlement Cash

Cash For Structured Settlement

Cash For Settlement

Cash For Structured Settlement Payment

Irs Settlement

## Structured Settlements

Have a Structured Settlement? Get $25 to take a short survey

myfuturepayments.com

## No Risk Lawsuit Financing

We fund your case, you only pay us if you win. No risk, no hassle.

www.legaladvances.com

## Structured Settlement

Get the most from your Structured Settlement. Call Today!

http://www.WashingtonSquareFinancial.com

Enter Keyword   | GO |

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Settlement Loans-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [                    ] Go

Sponsored Results

**Related categories**

### Settlement Loans

$1,000 to $1 million + in 48 hrs 24 hour Approval. Fast application!
AnyLawsuits.com/SettlementLoans

Settlements Loans

### Cash For Your Settlement

Don't Wait For Periodic Payments Get Your Payment In One Lump Sum!
www.jgwentworth.com

Structured Settlement Loans

Pre Settlement Loans

### Lawsuit Cash For Less

Fast $500-$5,000,000+. Low rates. Apply by phone 800-568-8321
www.lawcapital.net

Lawsuit Settlement Loans

Cash For Structured Settlement Payment

### Settlement Loan

Get a Cash Advance for Your Injury Lawsuit. Free Quote!
FundMe123.com

Sell Structured Settlement Payment

### Cash for Settlements

Get the most Cash Now for your Structured Settlement Payments.
www.americansettlementfunds.com

### Structured Settlements

Settlement Money Now gets you cash for your settlement payments.
www.settlementmoneynow.com

### Lawsuit Settlement Loan

Get Pre-Settlement Funds Fast No Credit Check. Apply Online Now.
www.CashSettlementsNow.com

### Waiting to Settle

Expecting a Big Settlement Big advances available
LawsuitAdvancesOnline.com

Settlement Loans-Officialvioxsettlement.com

## Plaintiff Support

The Leader in Plaintiff Funding Quick & Easy Application Process
www.plaintiffsupport.com

## Structured Settlements

Peachtree Pays More Cash for Your Payments Faster. Free Quote!
PeachtreeSettlementFunding.com

## Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

Search: | Enter Keyword | Go |

Personal Injury | Class Action Settlement | Vioxx Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Claimvaluationcalculator-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007



Search [        ] Go

Sponsored Links

Related categories

## 🖼 Find Online Deals

Looking for Claimvaluationcalculator? We have them.

http://FindStuff.com

Cash For Structured Settlement

Viox Settlement

Questianame

Senior Settlement

Florida

Structured Settlement Annuity

Search [ Enter Keyword ] Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

http://www.officialvioxsettlement.com/Claimvaluationcal...t=2&sp=2&vid=1196796572_1X02X1661509656&rpt=1&kt=4&kp=612/4/2007 9:32:00 AM

Lawsuit Settlements-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [                    ] **Go**

Sponsored Result

**Related categories**

### Lawsuit Settlement

Don't Wait for Your Money. Get Cash for Your Settlement. Free Quote!
PeachtreeSettlementFunding.com

### Structured Settlements

Get Your Payment In One Lump Sum! Custom Programs. Free Quotes.
www.StructuredAssetFunding.com

### Lawsuit Cash Advance

Injury Lawsuit? Need Cash? Contact Peachtree Today!
FundMe123.com

### Get a Free Consultation

Get the Money you Deserve. You pay nothing until we Win!
www.lundylaw.com

### Lawsuits Cash

Lawsuit Cash Cash Advance up to $1M
www.AmericanLegalFunding.com

### Fast Lawsuit Cash Advance

Need cash NOW for your structured settlement? Call (800) 779-1064.
www.OasisLegal.com

### Manage Litigation Risk

and its business consequences. Early, accurate settlement values.
www.litigationriskmanagement.com

### Get Cash In 72 Hours

Up to $100K Pre-Settlement Funding. Fast Approval w/ No Credit Check.
www.CashSettlementsNow.com

Lawsuit Settlement Loans

Lawsuit Settlement Advance

Lawsuit Settlement Cash

Settlement Litigation

Lawsuit Settlement Funding

Lawsuit Settlement

## Cash for Your Settlement

Get cash now for your settlement. Compare cash settlement options.

settlementme.com

## PA Structured Settlements

We Purchase Structured Settlements. Don't Wait for Your Money.

www.samanthaassoc.com

## Structured Settlement

Get the most from your Structured Settlement. Call Today!

http://www.WashingtonSquareFinancial.com

Enter Keyword

---

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Structured Settlement Lump Sum-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [          ] Go

Sponsored Results

## Cash For Your Settlement

Don't Wait For Periodic Payments Get Your Payment In One Lump Sum!
www.jgwentworth.com

## Structured Settlement

Receive a Fast, Free quote for your Structured Settlement Payments
www.StoneStreet.com

## Structured Settlements

Settlement Money Now gets you cash for your settlement payments.
www.settlementmoneynow.com

## Structured Settlements

Get a Lump Sum Payment for Your Structured Settlement--Free Quote
www.StructuredSettlementLumpSum.com

## Settlements - Lump Sum

Custom Programs For Your Structured Settlement - Get Your Money Today!
www.NovationCap.com

## Cash for Settlements

Get the most Cash Now for your Structured Settlements.
www.americansettlementfunds.com

## Fast Lawsuit Cash Advance

Need cash NOW for your structured settlement? Call (800) 779-1064.
www.OasisLegal.com

## Structured Settlements

Peachtree Pays You Cash Now for Structured Settlement Payments.
PeachtreeSettlementFunding.com

**Related categories**

Structured Settlement Lump Sum

Structured Insurance Settlement

Structured Settlements

Structured Settlement

Structured Payments

Annuity Settlement

## Sell Your Future Payments

Lump sum cash payment for your structured settlement. Free quote.
AnnuityPurchases.com

## Structured Settlements

Would You Rather Have Cash Now? Visit Structured Asset Funding
www.StructuredAssetFunding.com

## Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

Enter Keyword    Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Net Settlement-Officialvioxsettlement.com

# Officialvioxsettlement.com
*find something interesting*

Tuesday, December 04, 2007

Search [              ] [Go]

Sponsored Result



**Related categories**

### Structured Settlements
Peachtree Pays You Cash Now for Structured Settlement Payments.
PeachtreeSettlementFunding.com

### Dozier Internet Law
We Protect Online Reputations & The Intellectual Property Of Businesses
www.dozierinternetlaw.com

### Cash for Your Settlement
Get cash now for your settlement. Compare cash settlement options.
settlementme.com

### Settlement Funding
Get All Your Settlement Funds Now! Don't Wait and Lose Out
SearchingPro.net/Settlement-Funding

### PA Structured Settlements
We Purchase Structured Settlements. Don't Wait for Your Money.
www.samanthaassoc.com

### Debt Settlement
Settlement for Debts over $20,000 Call 800-544-7211 or Go Online Now.
FreedomDebtRelief.com

### Sun Purchases Notes
Mortgage Notes,Settlements,Lottery Factoring, Business Notes
www.sunpropertyfinancial.com

### Structured Settlements
Find the Best links to Structured Settlements online!
AStructuredSettlements.Com

Domain Registration

Hosting

Domain Name

Domain

Broadband

Asp Net 2.0

Net Settlement-Officialvioxsettlement.com

### Settlements

Free Online Medical Malpractice Claim Evaluation. Fast Results!
www.Medical-Malpractice-Help.us

### Real Estate Settlements

Find Real Estate Settlements in Local Directory!
www.usdirectory.com

### Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

Search: [Enter Keyword] [Go]

Personal Injury | Class Action Settlement | Vioxx Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Lawsuit-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [                    ] Go

Sponsored Links

## Lawsuit

Get help from America's Criminal Defense Group. Call now.
Americas-CriminalAttorney.com

## Get a Free Consultation

Get the Money you Deserve. You pay nothing until we Win!
www.lundylaw.com

## NJ Litigation Attorneys

Law Firm with over 45 years Litigation Experience
www.scuramealey.com

## Talk to Lawyers Now

Free Lawyer Matching Service Fill Out a Form & Lawyers Respond
www.FindLawyersAttorneys.com

## Lawsuit Loan-Cash Now

Stop worrying about your bills. Friendly service. 800-598-1178
www.chestnuthillfunding.com

## Find a Lawyer - Free

Free, Confidential Lawyer Locator. Save Time - Describe Your Case Now!
www.LegalMatch.com

## File A Small Claims Case

When It's Time to Take Action, We Guide You through the Process.
www.LegalZoom.com

## Local Lawsuit

Find Lawsuit Near You. The Web's Local Search Engine!
www.local.com

### Related categories

Asbestos Lawsuit

Structured Settlement

Injury Lawyer

Lawsuit Lawyer

Lawsuit Cash Advance

Lawsuit Attorney

Lawsuit-Officialvioxsettlement.com

## Public Record Search

Search public records for judgments liens, filings. Local state federal

www.PublicDatabase.org

## View Lawsuit Filings

Search lawsuit database for info on civil suits nationwide

www.KnowX.com

## Find Lawsuit

Looking for Lawsuit? We have them.

http://FindStuff.com

Enter Keyword   GO

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [                    ] Go

Sponsored Results

**Related categories**

## Fill Out Our Surveys

Sign Up To Take Online Surveys From Home! Win Cash And Prizes.

www.SurveySpot.com

## Online Questionnaires

Gain powerful & effective customer insights. 60-day free trial.

www.ConstantContact.com

## Questionnaire Tool

CHECKBOX is 100% web based. Professional, intuitive, & powerful

www.Checkbox.com

## Questionnaire

Employee, Customer, Training etc. Create all the Surveys you need!

www.ProfessionalQuest.com

## Survey

Philadelphia's Online Local Search Find Survey Here!

www.local.com

## Find Questianarre

Looking for Questianarre? We have them.

http://FindStuff.com

Court

Settlement Solutions

Out Of Debt

Debt Assistance

Debt Management

Debt Settlement

Search [Enter Keyword          ] Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Child Support-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [                    ] [Go]

Sponsored Results

**Related categories**

## NJ Child Support Lawyer

Family Law Attorneys Who Care. Expert Advice, Call Today!
www.KaplanDivorce.com

## Get Your Child Support

Over $4 million collected a month. Get the Support You Deserve.
www.supportkids.com

## Collect Child Support

Child Support Network™. Collection professionals. We get results!
www.childsupport.com

## Child Support

Find current address and phone of anyone instantly. Search for free!
www.usa-people-search.com

## Child Support Lawyers

Describe Your Case Online Now. Child Support Lawyers Respond
www.LegalMatch.com

## Owed child support?

Our lawyers and investigators collect your child support fast!
SupportCollectors.com

## Child Support

We Can Help Any Situation Get The Help You Need Today.
www.ChildSupportExperts.com

## Lower Your Child Support

Lower Your Child Support Payments. Guide To Reduce Your Child Support.
www.ChildSupportSavings.com

Paternity

Attorneys

Lawyer

Divorce Attorneys

Divorce Lawyers

Divorce Lawyer

Child Support-Officialvioxsettlement.com

### Need Some Legal Help?

From Business Law to Criminal Defense, We Do It All. Call Today!
www.divorcelawfirms.com

### Child Support

Get Your Child Support Now Get the Facts and Get Started Now
www.NationalChildSupport.com

### Find Child Support

Looking for Child Support? We have them.
http://FindStuff.com

| Enter Keyword | Go |

Personal Injury | Class Action Settlement | Vioxx Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Ca-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007



Search [            ] Go

Sponsored Results

### CA™ Consumer Online Store

Internet Security, Anti Virus, Anti Spyware, Total Protection for PC's
www.pcworld.com

**Related categories**

Mortgage

Refinance

Date Ca

Los Angeles

San Diego

Sacramento

Search [Enter Keyword] Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

http://www.officialvioxsettlement.com/Ca.cfm?pt=2&sp=2&vid=1196796572_IX02X1661509656&rpt=1&kt=4&kp=1312/4/2007 9:32:28 AM

Law Firm-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [ ] Go

Sponsored Links

### Related categories

#### Lawyers in Teaneck NJ

Reputable personal injury lawyers Davis, Saperstein & Salomon, PC
teanecklaw.com

Injury Attorney

#### Dangerous job accident?

PA, NJ personal injury attorneys represent worksite injury victims
MeyersonLawFirm.com

Injury Lawyers

#### Accused of a Crime?

Top Criminal Defense Law Firm! Call 1-800-459-2500 24 Hours/Day
www.UnitedDefenseGroup.com

Wrongful Death Lawyer

Injury Lawyer

#### Get a Free Consultation

Get the Money you Deserve. You pay nothing until we Win!
www.lundylaw.com

Criminal Attorney

Criminal Lawyers

#### Memphis Law Firm

We Practice Bankruptcy, Estate, Divorce & Tax Cases. Call Us Today!
TommyLFullen.com

#### Aggressive Litigation

Business & personal litigation by experienced, aggressive litigators.
SalvoLawFirm.com

#### NJ Litigation Attorneys

Law Firm with over 45 years Litigation Experience
www.scuramealey.com

#### Personal Injury Lawyers

Injured Because of The Wrongful Conduct of Others? Call us Today!
www.BrumerLaw.com

### Nashville Law Firm

Trust Us to Handle Your Medical Malpractice or Auto Accident Claim!
www.KinnardClaytonAndBeveridge.com

### New Jersey Law Firm

Injury-Criminal-Education Law Call Now for Free Consultation
www.minfirm.com

### Find Law Firm

Looking for Law Firm? We have them.
http://FindStuff.com

Search: | Enter Keyword | **Go**

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

# Officialvioxsettlement.com

*find something interesting*



Tuesday, December 04, 2007

**Search** [        ] Go

### Find Maryland

Looking for Maryland? We have them.
http://FindStuff.com

**Related categories**

Mortgage

Maryland Attorney

Web Design

For Sale By Owner

Gaithersburg

Baltimore

Search [ Enter Keyword ] Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Collaboration-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [                    ] Go

Sponsored results

## Enterprise Wiki

Use Wikis for Knowledge Management and Team Collaboration. Free Trial!
www.eTouch.net

## Team Collaboration

Get Everyone on One Page w/Custom Or Ready-to-use Apps - Free Trial!
www.quickbase.com

## WebEx Collaboration

Meet online. Share applications. True web collaboration. Try Free!
www.webex.com

## Web Collaboration Tools

Find and Compare Software Solutions Top Ranked Web Collaboration Tools
www.capterra.com

## Collaboration

Download Free IT White Papers about Collaboration, Knowledge Mgt & More
www.FindWhitePapers.com

## Teamcenter for SRM

Provide input in all PLM stages with Teamcenter for SRM.
www.ugs.com/products/teamcenter

## Team Collaboration Sites

Business collaboration made easy Share calendars, tasks, contacts
www.Teamsharez.com

## Tired of Sharepoint?

Build Secure Workspaces in Minutes. Manage Projects, Share Files, Tasks
www.CentralDesktop.com

**Related categories**

Web Conferencing

Web Conferencing Services

Online Conferencing

Web Video Conferencing

Webinar

Web Conference

Collaboration-Officialvioxsettlement.com

### Team Work at its best

Improve team collaboration and team performance now!
www.Mindjet.com

### Free SOA Webinar

How SOA impacts and changes your SCM Best Practices
www.accurev.com

### Edit Documents Online

Access and edit your documents from any computer! Only $7.95/mo.
http://www.box.net

Search | Enter Keyword | Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Insurance Settlements-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search _____ `Go`

Related categories

## Structured Settlements

Settlement Money Now gets you cash for your settlement payments.
www.settlementmoneynow.com

## Cash for Settlements

Get the most Cash Now for your Structured Settlement Payments.
www.americansettlementfunds.com

## Life Insurance Settlement

Tap into Cash from Settlements! Untapped Sources for Wealth
www.LISettlements.com

## Earn $40K+ per Referral

Refer High Net Worth Clients ($2M+) to our Premium Finance Program
www.OxfordFinancialGroup.net

## Structured Settlements

Why Wait? Get Your Cash Now for Structured Settlement Payments.
www.PeachtreeSettlementFunding.com

## New Jersey Car Insurance

Esurance Customers Save $359 Buy Your Policy Online in Minutes!
www.esurance.com

## Life Settlements

Get Cash For Unwanted Life Policy. Quick And Easy Full Market Quote.
www.ptfin.com

## GEICO Auto Insurance

Get a Free Instant Insurance Quote! See How Much You Could Save.
www.GEICO.com

Structured Settlements

Life Insurance Settlements

Life Insurance Settlement

Life Settlements

Settlements

Insurance Settlement