Insurance Settlements-Official vioxsettlement.com

## Cash For Your Settlement

Don't Wait For Periodic Payments Get Your Payment In One Lump Sum!

www.jgwentworth.com

## Lawsuit Cash Advance

No Broker's Fee, Fast Approval. Apply online - call now 800-951-0025

www.WhitehavenDirect.com

## Structured Settlement

Get the most from your Structured Settlement. Call Today!

http://www.WashingtonSquareFinancial.com

| Search | Enter Keyword | Go |

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [          ] [Go]



Sponsored Result

### Settlement Advance

Need Cash Now? Only Pay if you Win. 24 hour Approval. Fast application!
AnyLawsuits.com/SettlementAdvance

### Fast Lawsuit Cash Advance

Need cash NOW for your structured settlement? Call (800) 779-1064.
www.OasisLegal.com

### Lawsuit Cash For Less

Fast $500-$5,000,000+. Low rates. Apply by phone 800-568-8321
www.lawcapital.net

### Settlement Advance

No Need to Wait for Future Payments Get Cash Now with Encore Funding!
www.encorefunding.com

### Lawsuit Cash Advances

Get a cash advance on your lawsuit settlement quickly. Free quotes.
LawsuitAdvancesOnline.com

### Lawsuit Cash Advance Fast

Pre-Settlement Funds in 48 hours. Get Cash Fast. No credit check.
www.CashSettlementsNow.com

### lawsuit advance

Bills Adding Up? We Can Help! Get a Pre-Settlement Cash Advance.
www.GlobalInjuryFunding.com

### Fast Settlement Advances

Cash in 48 Hours. Low Rates! No Hassle Advances Get You Cash Now
LegalAdvances.com

**Related categories**

Settlement Loans

Payment Settlement

Lawsuit Loans

Pre Settlement Funding

Settlement Funding

Lawsuit Advances

Settlement Advance-Officialvioxsettlement.com

## Settlement Advance

Get All Your Money Now! We Pay Cash for Structured Settlement Payments.
PeachtreeSettlementFunding.com

## Plaintiff Support

The Leader in Plaintiff Funding Quick & Easy Application Process
www.plaintiffsupport.com

## Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

Search: Enter Keyword [Go]

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Settlement Risk-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007



Search

**Sponsored Results**

### Structured Settlements

Why Wait? Get Your Cash Now for Structured Settlement Payments.
SettlementFunding.com/Free_Quotes

### Cash for Your Settlement

Get cash now for your settlement. Compare cash settlement options.
settlementme.com

### Settlement Funding

Get All Your Settlement Funds Now! Don't Wait and Lose Out
SearchingPro.net/Settlement-Funding

### PA Structured Settlements

We Purchase Structured Settlements. Don't Wait for Your Money.
www.samanthaassoc.com

### Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

**Related categories**

Fire Risk Assessment

Risk Assessment Software

Compliance

Risk Software

Risk Manager

Invest

Search  Enter Keyword  Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

# Officialvioxsettlement.com

*find something interesting*



Tuesday, December 04, 2007

**Search** [                    ] Go

Sponsored Results

**Related categories**

### Structured Settlements

Why Wait? Get Your Cash Now for Structured Settlement Payments.

SettlementFunding.com/Free_Quotes

### Cash for your Settlement

Get cash now for your structured settlement. Online applications.

settlementall.net

### Structured Settlement

Get the most from your Structured Settlement. Call Today!

http://www.WashingtonSquareFinancial.com

Full Final Settlement

Full And Final Settlement

Final Settlement

Debt Settlement

Insurance Settlement

Vioxx Settlement

Search [Enter Keyword] Go

Personal Injury | Class Action Settlement | Vioxx Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Structured Settlements-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [              ] [Go]

Sponsored links

**Related categories**

### Cash Now For Settlements

Call 866-904-5606. We Will Beat Any Offer To Buy Structured Settlement.
www.woodbridgeinvestments.com

### Cash For Your Settlement

Don't Wait For Periodic Payments Get Your Payment In One Lump Sum!
www.jgwentworth.com

Buy Structured Settlements

### Structured Settlement

Purchase Structured Settlement

Receive a Fast, Free quote for your Structured Settlement Payments
www.StoneStreet.com

Structured Settlement Money

### Structured Settlements

Structured Settlement Loans

Peachtree Pays You Cash Now for Structured Settlement Payments.
PeachtreeSettlementFunding.com

Buy Structured Settlement

Structured Settlement Company

### The Lump Sum Experts

Receive Expert Advice, Free Quotes And More - Cash Now For Settlements
www.NovationCap.com

### Structured Settlements

Get a Lump Sum Payment for Your Structured Settlement--Free Quote
www.StructuredSettlementLumpSum.com

### Structured Settlements

Highest Payout For Your Structured Settlement. Funding Available Now!
www.PatriotSettlement.com

### Structured Settlements

Settlement Money Now gets you cash for your settlement payments.
www.settlementmoneynow.com

Structured Settlements-Officialvioxsettlement.com

## Cash for Settlements

Get the most Cash Now for your Structured Settlement Payments.

www.americansettlementfunds.com

## Fast Lawsuit Cash Advance

Need cash NOW for your structured settlement? Call (800) 779-1064.

www.OasisLegal.com

## Structured Settlement

Get the most from your Structured Settlement. Call Today!

http://www.WashingtonSquareFinancial.com

| | Enter Keyword | Go |

Personal Injury | Class Action Settlement | Vioxx Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Debt Assistance-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007



Search [            ] Go

Sponsored Results

## Related categories

### Become Debt Free

Become Debt Free Without a Loan · See Your Savings in 10 Minutes

www.CareOneCredit.com

### Debt Assistance

Free Non-Profit Christian Credit & Debt Counseling. Apply Online Now!

Christian-Credit-Counselors.com

### Debt Relief Starts Here

Lower debt up to 73% (10K Min Debt) Free Debt Relief Consult.-Quick!

www.FidelityDebtSolutions.com

### Instant Debt Help

Reduce Debt 61%. No Credit Check. Simple, effective and safe to use.

www.AmericanFinancialService.org

### Non-Profit Debt Help

Credit Counseling/Debt Management Cut Payments, Interest and Stress!

www.TakeChargeAmerica.org

### Help With Credit Debt

Reduce debt by 40% - 60%. Debt Free in 12 - 30 months

CreditCard.FreedomDebtRelief.com

### Credit Counseling Help

Get credit help today. National non profit assistance since 1991.

ConsumerCredit.com

### Consolidate Debt in 30sec

Sign up Right now! Reduce debt by 70%. Free Quote Now.

www.USAdebt.org

Debt Consolidation Assistance

Debt Helpline

Debt Assistance

Debt Advice

Debt Consolidation

Debt Consolidation Loan

Debt Assistance-Officialvioxsettlement.com

## Synergy Direct Mortgage

Superb Mortgage Service in DE! Loan Options & Local Resources.
www.synergydirectmortgage.com

## Manage Your Debt Today

Get Free Debt Consultation. Stop worrying today- Apply Now!
www.LowerMyBills.com

## Find Debt Assistance

Looking for Debt Assistance? We have them.
http://FindStuff.com

Search: | Enter Keyword | Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Business Law-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [        ] [Go]

## Shareholder Litigation

Contesting majority oppression, business break ups, buy outs.
www.MeyersonLawFirm.com

## Business Law

Skilled Attorneys That Will Handle Your Business Litigation Needs.
www.rbovarnick.com

## Business Law

Commercial Litigation Law Offices of David Concannon, LLC
www.davidconcannon.com

## VA Business Law Firm

Serving the Business Community in Northern Virginia for over 25 years
www.LawVirginia.com

## Business Lawyers in LA

Search For Business Law Specialists In Your Area. Free & Confidential.
www.LegalMatch.com

## Business Law

We Provide Small Business With The Necessary Services. Call Us Today!
www.HuffMoran.com/BusinessLaw

## Bruce L. Beal, Esq.

Business & Corporate Matters Seasoned Advice, Reasonable Rates
www.BealBusinessLaw.com

## Law advice online

Ask your legal question online A legal adviser answers you 24/7
www.myexpressadvice.com

**Related categories**

Aspen Law & Business

Aspen Law And Business

Attorneys

Lawyer

Divorce Lawyers

Divorce Lawyer

Business Law-Officialvioxsettlement.com

## Business Law

Buy Business Law Low Price, Huge Selection. Save now
www.Half.com/Books

## Ask Your Law Question Now

21 Lawyers Are Online. Ask a Law Question, Get an Answer in Minutes!
Law.JustAnswer.com

## Find Business Law

Looking for Business Law? We have them.
http://FindStuff.com

Search     Enter Keyword     GO

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage



# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [                    ] Go

**Related categories**

Term Life Insurance

Term Life Insurance Quote

Cheap Term Life Insurance

Life Insurance Quote

Life Insurance Settlements

Viatical Life Settlement

Sponsored Results

### Life Insurance Settlement

Free Appraisals. Get Cash For Your Life Insurance. Apply Now!
www.Learnlifesettlements.com

### Structured Settlements

Settlement Money Now gets you cash for your settlement payments.
www.settlementmoneynow.com

### Cash for Settlements

Get the most Cash Now for your Structured Settlement Payments.
www.americansettlementfunds.com

### Life Insurance Settlement

Agents Wanted. Free Appraisal. Tap into Cash from Settlements!
www.LISettlements.com

### Structured Settlements

Get Your Payment In One Lump Sum! Custom Programs. Free Quotes.
www.StructuredAssetFunding.com

### Life Insurance Settlement

Find Out Facts Before You Cash In Ask The Professiols at 877.588.5558
www.SettlementsForLife.com

### Prudential Life Insurance

Reliable Coverage from Prudential Free Information, Tools & Resources
www.Prudential.com

### Earn $40K+ per Referral

Refer High Net Worth Clients ($2M+) to our Premium Finance Program
www.OxfordFinancialGroup.net

Life Insurance Settlement-Officialvioxsettlement.com

## Life insurance settlement

They're counting on you to choose the right policy. Get help here.

www.JohnHancock.com

## Lawsuit Cash Advance

No Broker's Fee, Fast Approval. Apply online -call now 800-951-0025

www.WhitehavenDirect.com

## Structured Settlement

Get the most from your Structured Settlement. Call Today!

http://www.WashingtonSquareFinancial.com

Enter Keyword   Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Cash For Settlement-Officialsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Sponsored Results

Search [＿＿＿＿＿＿＿] Go

## Cash For Your Settlement

We Will Beat Any Offer To Buy Your Structured Settlement. 866-904-5606
www.woodbridgeinvestments.com

## Cash For Settlement

Receive a Fast, Free quote for your Structured Settlement Payments
www.StoneStreet.com

## Lawsuit Cash Advance

One less worry during your lawsuit Oasis can get you the cash you need
www.OasisLegal.com

## Lawsuit Cash For Less

Fast $500-$5,000,000+. Low rates. Apply by phone 800-568-8321
www.lawcapital.net

## Lawsuit Cash

Lawsuit Cash! Only pay if you win 24 hour Approval. Fast application.
AnyLawsuits.com/LawsuitCash

## Cash For Settlement

Get a Lump Sum of Cash for Your Structured Settlement--Free Quote
www.StructuredSettlementLumpSum.com

## Cash For Settlement

No Need to Wait for Future Payments Get Cash Now with Encore Funding!
www.encorefunding.com

## Lawsuit Cash Advance

Get a Cash Advance for Your Injury Lawsuit. Free Quote!
FundMe123.com

**Related categories**

Cash For Structured Settlement

Cash For Settlement

Cash For Structured Settlement Payment

Lawsuit Cash Advance

Settlement Funding

Settlement Loan

Cash For Settlement-Officialvioxsettlement.com

## Lawsuit Cash Advance Fast

Pre-Settlement Funds in 48 hours. Get Cash Fast. No credit check.
www.LegalFundsNow.com

## Structured Settlements

Why Wait for Periodic Payments? Get a Huge Lump Sum Now!
www.StructuredAssetFunding.com

## Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

Enter Keyword    Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Class Action Settlement-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007



Search [            ] Go

Sponsored Results

**Related categories**

### Cash for your Settlement

Get cash now for your structured settlement. Online applications.
settlementall.net

Asbestos Class Action Lawsuit

### Structured Settlements

Peachtree Pays You Cash Now for Structured Settlement Payments.
PeachtreeSettlementFunding.com

Masonite Class Action Lawsuit

Class Action Lawsuit Attorney

### Settlement Funding

Get All Your Settlement Funds Now! Don't Wait and Lose Out
SearchingPro.net/Settlement-Funding

Siding Class Action Suit

Effexor Class Action Lawsuit

### PA Structured Settlements

We Purchase Structured Settlements. Don't Wait for Your Money.
www.samanthaassoc.com

Class Action Lawsuit Settlement

### Are you owed money?

Class action lawyer explains Cash Balance Controversy
www.gottesdienerlaw.com/

### Litigation Funding

solutions that fit all of your need AFG understands litigation
www.earlycash4u.com

### Settlement Buy Out

Get Your Settlement Money Now! Receive Lump Sum Cash Today
Get1Rich.com/Settlement-Buy-Out

### Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

Search [Enter Keyword] Go

Class Action Settlement-Officialvioxxsettlement.com

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Vioxx Settlement-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [          ] [Go]

## Structured Settlements

Peachtree Pays You Cash Now for Structured Settlement Payments.
PeachtreeSettlementFunding.com

## Cash for Your Settlement

Get cash now for your settlement. Compare cash settlement options.
settlementme.com

## Settlement Funding

Get All Your Settlement Funds Now! Don't Wait and Lose Out
SearchingPro.net/Settlement-Funding

## Vioxx Injured Victims?

Experienced Vioxx Injury Lawyer in Your Area. Free Consultation.
www.InjuryHelpLineAttorney.com

## PA Structured Settlements

We Purchase Structured Settlements. Don't Wait for Your Money.
www.samanthaassoc.com

## Vioxx Lawsuits

Simple answers to your complex Vioxx lawsuit questions.
www.quizlaw.com

## Public Record-Search Free

Search 20 Billion Public Records, Property/Court Records. Search Free
www.Public.Records.Intelius.com

## Settlement

Find info on Settlement. Use our Free Tools and Research.
www.Banks.com

**Related categories**

Purchase Structured Settlement

Structured Settlement Company

Cash For Structured Settlements

Buy Settlement

Sell Structured Settlement

Structured Settlements

Viox Settlement-Officialvioxsettlement.com

## All Public Records - FREE

Criminal Records, Background Check. Court, Public Records. Search Free.
Public.Records.peoplelookup.com

## Vioxx Lawsuit

Get Breaking News, Headlines & Top Stories With The Free News Toolbar
News.Starware.com

## Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

Enter Keyword   Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007



Search [          ] Go

Sponsored Results

### Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

**Related categories**

Structured Settlement Loan

Structured Settlement Companies

Sell Structured Settlement

Structured Settlements

What is A Structured Settlement

Structured Settlement Payment

Search [ Enter Keyword ] Go

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Pre Settlement Funcing-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [        ] Go

Sponsored Results

## Cash Now For Settlements

Custom Programs For Your Structured Settlement - Get Your Money Today!
www.NovationCap.com

## Lawsuit Cash Advance

Get a Cash Advance for Your Injury Lawsuit. Free Quote!
FundMe123.com

## Lawsuit Cash For Less

Fast $500-$5,000,000+. Low rates. Apply by phone 800-568-8321
www.lawcapital.net

## Lawsuit Funding

$1,000 to $1 million + in 48 hrs 24 hour Approval. Fast application!
AnyLawsuits.com/LawsuitFunding

## Cash Available

Get cash now Instead of waiting for future lawsuit annuity payments
structuredsettlements.bz

## Lawsuit Cash Advances

Get a cash advance on your lawsuit settlement quickly. Free quotes.
LawsuitAdvancesOnline.com

## Settlement Funding

Learn How to Receive a Lump Sum of Cash for Small Annuity Payments.
PeachtreeSettlementFunding.com

## Pre-settlement Funding

$1000-1M. Confidential. Get Cash In 24 Hrs. Pay When You Win. Apply Now
AmericanLegalFunding.com

### Related categories

Pre Settlement Loans

Settlement Loans

Lawsuit Loans

Lawsuit Cash Advance

Payment Settlement

Lawsuit Cash

### Get Pre-Settlement Cash

Up to $100,000 Settlement Funds. 24 Hours Approval. No Credit Check.
www.CashSettlementsNow.com

### Settlement Funding

No Need to Wait for Future Payments Get Cash Now with Encore Funding!
www.encorefunding.com

### Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

Enter Keyword

Personal Injury | Class Action Settlement | Vioxx Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Accident Settlement-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search _____ Go



Sponsored Results

### Structured Settlements

Why Wait? Get Your Cash Now for Structured Settlement Payments.
www.PeachtreeSettlementFunding.com

### Cash for Your Settlement

Get cash now for your settlement. Compare cash settlement options.
settlementme.com

### Personal Injury Attorneys

Persistent, Aggressive, Experience. Contact us for a Free Consultation
www.lundylaw.com

### Settlement Funding

Get All Your Settlement Funds Now! Don't Wait and Lose Out
SearchingPro.net/Settlement-Funding

### PA Structured Settlements

We Purchase Structured Settlements. Don't Wait for Your Money.
www.samanthaassoc.com

### Screwed? Get Lawsuit Cash

Up to $100k for Your Accident Case No Credit Check. Apply Online.
www.CashSettlementsNow.com

### Accidents lawsuit

California Personal Injury Lawyers A Bar Certified Referral Service
PersonalInjuryExperts.org/CA_Lawyer

### Auto Accident Cash

Get Holiday Cash for Your Pending Lawsuit Now. Apply at Oasis Legal!
www.OasisLegal.com

**Related categories**

Accident Lawyers

Accident Claims

Accident Attorney

Auto Accident Attorney

Accident Claim

Accident Compensation

Accident Settlement-Officialvioxsettlement.com

### Do I have a case?

Free review of your accident case by New Jersey law firm.
www.Personal-Injury-Group.com

### Accident

Real-time local traffic on the web, by email, or by phone - Free!
www.Traffic.com

### Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

| Enter Keyword | Go |

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

Structured Settlement Company-Officialvioxsettlement.com

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [        ] Go

Sponsored Result

## Cash For Your Settlement

Don't Wait For Periodic Payments Get Your Payment In One Lump Sum!
www.jgwentworth.com

## Cash Settlement Company

We Will Beat Any Offer To Buy Your Structured Settlement. 866-904-5606
www.woodbridgeinvestments.com

## Structured Settlement

Receive a Fast, Free quote for your Structured Settlement Payments
www.StoneStreet.com

## Structured Settlements

Settlement Money Now gets you cash for your settlement payments.
www.settlementmoneynow.com

## Structured Settlements

Get a Lump Sum Payment for Your Structured Settlement--Free Quote
www.StructuredSettlementLumpSum.com

## Cash for Settlements

Get the most Cash Now for your Structured Settlement Payments.
www.americansettlementfunds.com

## Structured Settlements

Learn How to Receive a Lump Sum of Cash for Small Annuity Payments.
PeachtreeSettlementFunding.com

## Structured Settlements

Highest Payout For Your Structured Settlement. Funding Available Now!
www.PatriotSettlement.com

**Related categories**

Structured Settlement Investment

Structured Settlement Company

Structured Settlement Loan

Sell Structured Settlement

Structured Settlements

Cash For Structured Settlement

Structured Settlement Company-Officialvioxsettlement.com

### More $ From Settlements

Get Fast Access To MORE Cash Now. Turn Structured Settlement To Cash!
www.SovereignFunding.com

### Structured Settlements

Get Your Payment In One Lump Sum! Custom Programs. Free Quotes.
www.StructuredAssetFunding.com

### Structured Settlement

Get the most from your Structured Settlement. Call Today!
http://www.WashingtonSquareFinancial.com

| Enter Keyword | Go |

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage

# Officialvioxsettlement.com

*find something interesting*

Tuesday, December 04, 2007

Search [                    ] Go

Sponsored Results

**Related categories**

### Free Christian Debt Aid

An Effective Free Christian Way Out of Debt Credit Counseling. No Fees!
Christian-Credit-Counselors.com

### Debt Consolidation

(Risk Free) Confidential debt quote Find out if you qualify in seconds!
AmericanFinancialService.org

Refinancing

### Debt Solution

America's Choice for Debt Relief™. No obligation consultation.
www.ClearDebtSolution.com

Debt Buster

Clear Debt Solutions

### Credit Card Solution

Payoff Debt for only 40-60% of what you owe. Get Low Payments
www.americancreditcardcons.com

Debt Assistance

In Charge Debt Solutions

### Stop Stressing Over Debt

Lower Interest, Lower Payments Save Thousands of Dollars Per Year!
DebtConsolidation.DelrayCC.com

Loan Consolidation

### Easy Debt Solution

Your Debt Solution is Here. Save Up To 73% On Debt. ($10k min)
www.FidelityDebtSolutions.com

### Debt Relief Services

Get Companies to Compete Free To Lower Your Debts and Payments
www.MatchMyBudget.com

### End Your Tax Debt

Expert Tax Professionals Can Help Reduce Up To 75%! CALL 888-776-7770
www.PriorityTaxRelief.com

## 🔲 Debt Solutions

Reduce debt by 40% - 60%. Debt Free in 12 - 30 months
FreedomDebtRelief.com

## 🔲 Debt Solutions

Pay Only 30% of What You Owe. Debt Free In Months, Not Years.
www.LoseTheDebt.org

## 🔲 Find Debt Solutions

Looking for Debt Solutions? We have them.
http://FindStuff.com

[Enter Keyword] [Go]

Personal Injury | Class Action Settlement | Viox Settlement | Cash Settlement | Settlement Loans

Bookmark this page | Make this your Homepage