UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION l (3)** |
| | : | |
| **THIS DOCUMENT RELATES TO** | : | **JUDGE FALLON** |
| **ALL CASES** | : | **MAG. JUDGE KNOWLES** |

## THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION TO LIFT STAY FOR PURPOSES OF CONDUCTING DISCOVERY REGARDING CERTAIN MEDICAL RECORDS IN THE POSSESSION OF EXPRESS SCRIPTS, INC.

**I.   INTRODUCTION**

On November 9, 2007, the Court issued a temporary stay of the MDL proceedings "in order to give each eligible plaintiff, with the advice of counsel, sufficient time to determine whether it is in his or her best interest to participate in the Resolution Program, and to give counsel time to comprehend the Resoltuion Program and advise their clients accordingly." *See In Re: Vioxx Products Liability Litigation*, MDL No. 1657, PTO 30 at 1 (E.D. La. Nov. 9, 2007). Pursuant to PTO 30, the Court provided that it would "consider motions to lift the stay with respect to specific activities in this litigation upon good cause show." *Id.* at 2.

Prior to the issuance of Pre-Trial Order No. 30, numerous claimants in the litigation were ordered to submit Plaintiff Profile Forms ("PPF") pursuant to Pre-Trial Order No. 18.[1] Further, Tolling Agreement claimants also submitted Claimant Profile Forms ("CPF"). Both the PPF and CPF included authorizations that allowed for the release of certain medical records and other documentation relating to a plaintiff or a claimant.

---

[1]  PTO 18 has been amended several times, most recently PTO 18(c) was entered on June 29, 2006.

## II.    ARGUMENT

Express Scripts, Inc. ("ESI") provides pharmaceutical benefit management (PBM) services to millions of individuals under contracts with their health and welfare plans, employers, third party administrators and/or insurance companies.  It maintains a large database of information regarding prescription drugs and medical services that individuals have utilized.  This includes both pharmacy and medical records and information relating to such services or products. ESI has instituted a policy that effectively precludes an individual from obtaining medical records and other healthcare information in the possession of ESI on a timely basis and in an efficient manner.  In order to promote judicial economy and to economically expedite this litigation, there is good cause for lifting the stay since ESI can easily and at very low cost produce the requested information.  The PSC has prepared a Subpoena and Notice of Records Deposition for ESI, copies attached as Exhibit "A", that will enable various claimant s who previously made requests on ESI for records to obtain the records so that they can be submitted in connection with a Vioxx claim.  Further, there is need to obtain this information as a result of the Resolution Program that was announced on November 9, 2007.  The Settlement Program provides plaintiffs and tolling agreement claimants with finite deadlines for registration and enrollment.  Production of medical records is essential for the administration of the Resolution Program. The PSC therefore believes good cause exists to take limited discovery against ESI.

## III.   CONCLUSION

For the reasons set forth above, the PSC respectfully submits that the motion to lift the stay should be granted.

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date: December 12, 2007

By:_____ /s/ Leonard A. Davis_____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

3

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL  32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008  (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX  77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA  92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of December, 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com