# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| This document related to | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

## THE PLAINTIFF'S STEERING COMMITTEE'S NOTICE OF RECORDS DEPOSITION OF EXPRESS SCRIPTS, INC.

TO: The parties in all cases consolidated in *In re Vioxx Products Liability Litigation*, by and through their counsel of record.

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, will take the deposition of the following individual(s) on the date and time and location indicated below, or at another location mutually agreed upon by the parties.

Statement of Deposition Procedures - The deposition shall be taken pursuant to Pre-Trial Order No. 9. The terms of such order are incorporated into this Notice. The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed.R.Civ.P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

1

Deponent: Records Custodian or designee of Express Scripts, Inc. ("ESI"), to produce documents

Subpoena, Attachment "A"
Date: January 5, 2008
Time: 10:00 am
Location: Levin Fishbein Sedran & Berman, 510 Walnut St., Suite 500
Philadelphia, PA 19106
Primary Examiner: Member of the PSC or its designee

All plaintiffs/claimants identified on Attachment "A" to the Subpoena have previously made requests upon ESI for production of documents and authorizations to furnish such information have previously been provided to ESI.

Pursuant to Fed.R.Civ.P. 45, the deponent is commanded to produce and permit inspection and copying the documents requested in the Subpoena for deposition and documents served contemporaneously with this notice.

NOTE: This deposition is for records only. This deposition will be cancelled if all the documents requested are produced on or before December 31, 2007.

Respectfully submitted,

**PLAINTIFFS' STEERING COMMITTEE**

Date: December 12, 2007         By:    /s/ Leonard A. Davis
                                **Russ M. Herman (Bar No. 6819)**
                                Leonard A. Davis (Bar No. 14190)
                                Stephen J. Herman (Bar No. 23129)
                                ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                820 O'Keefe Avenue
                                New Orleans, Louisiana  70113
                                Telephone: (504) 581-4892
                                Facsimile: (504) 561-6024

                                **PLAINTIFFS' LIAISON COUNSEL**

2

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of December, 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF     Eastern District of Missouri

In Re: Vioxx Products Liability Litigation

V.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]    MDL 1657, ED LA

TO:    Custodian of Records, Express Scripts Inc.,

        One Express Way, St. Louis MO 63121

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached Schedule "A."

| PLACE | DATE AND TIME |
|---|---|
| Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19107 | January 5, 2008 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Leonard A. Davis, Herman, Herman, Katz & Coltar, LLP, 820 O'Keefe Ave., New Orleans, LA 70113 (504) 581-4892

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                          DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

# ATTACHMENT "A"

**Express Scripts is required to produce the following documents and materials:**

Any and all prescription / pharmacy records for the following Plaintiffs:

| Plaintiff | MDL Civil Action No. |
|---|---|
| Shirley Amundson | 06-2248 |
| Dolores Bultman | 06-8403 |
| Milo Magnan | 05-4634 |
| Mary Bowen | 05-4715 |
| Henrietta Morris | 06-8406 |
| John Westcott | Tolling Agreement |
| Dennis L. Cozad | 06-986 |
| Gary B. Kishell | 06-6032 |
| Donald Patterson | 06-8319 |
| Florene Knight | 05-4055 |
| Becky Ames | 06-6240 |
| Roxanne Burtis | 06-3745 |
| Janet Curtis | 06-0793 |
| John Demelfy | 06-3171 |
| Barry Geary | 05-6194 |
| Ruth Herring | 05-3808 |
| Alice Hiner | 06-3373 |
| Thomas May | 06-1444 |
| Thelma Zimmerman | 06-1972 |
| Linda Matrulla | 06-4713 |
| Costas Gianaros | 06-5982 |
| Joann Shilling | |
| Blanca Balarezo | 05-1550 |

| Plaintiff | MDL Civil Action No. |
|---|---|
| Richard H. Anderson | Tolling Agreement |
| Margie Austin | Tolling Agreement |
| Jim Duane Baker | 07-2652 |
| Susan Beebe | Tolling Agreement |
| Sandra Blair | Tolling Agreement |
| Lillian B. Bobo | Tolling Agreement |
| William Bond | Tolling Agreement |
| Al Brezgal | Tolling Agreement |
| William Bricker | Tolling Agreement |
| Albert Briscoe | Tolling Agreement |
| Larry Buckner | 05-2553 |
| Kenneth Burgans | 05-2520 |
| Evelyn Carlos | 05-4150 |
| Jenette Cawthorne | Tolling Agreement |
| Karen Charles | Tolling Agreement |
| Evelyn Chestang | Tolling Agreement |
| David R. Clark | Tolling Agreement |
| Verly L. Coleman | Tolling Agreement |
| James Cooper | Tolling Agreement |
| Eldon Daugherty | Tolling Agreement |
| Jack Henry Fisher, Jr. | Tolling Agreement |
| Roger D. Hall | Tolling Agreement |
| Michael F. Hatfield, Dec'd. | 07-658 |
| William J. Hayes | Tolling Agreement |
| Janey Haygood | Tolling Agreement |
| Ruth K. Heath | Tolling Agreement |
| Helen Heins | Tolling Agreement |

| Plaintiff | MDL Civil Action No. |
|---|---|
| Wilena Howard | Tolling Agreement |
| Robert James | Tolling Agreement |
| Harold Steele Johnson | 06-0207 |
| Olin Junkin | Tolling Agreement |
| Eunice Kidd | Tolling Agreement |
| Carol Ann A. Kloth | Tolling Agreement |
| Kelly Knapp | Tolling Agreement |
| John Lane | Tolling Agreement |
| Walter D. Luther | Tolling Agreement |
| Rocky E. Mahon | Tolling Agreement |
| John Thomas Martin | Tolling Agreement |
| Ruth Martin | Tolling Agreement |
| Harold Martin | Tolling Agreement |
| Parry McGarrity | Tolling Agreement |
| Edward Mockapetris | Tolling Agreement |
| Vicente Montano | Tolling Agreement` |
| William Nettleton | Tolling Agreement |
| Merlin Nowack | Tolling Agreement |
| Edward Osborne | Tolling Agreement |
| Nola Parker | Tolling Agreement |
| Mildred Phillips | 05-2008 |
| Ronald Plummer | Tolling Agreement |
| Robert Rutherford | Tolling Agreement |
| Peggy Serge | Tolling Agreement |
| Jane Standish | Tolling Agreement |
| Jeffrey Tarvin | Tolling Agreement |
| Roy Taylor | Tolling Agreement |

| Plaintiff | MDL Civil Action No. |
|---|---|
| Linwood Thompson | Tolling Agreement |
| Martha Trivett | Tolling Agreement |
| Natalie Welch | Tolling Agreement |
| Robert Lee White | 05-2426 |
| Sandra Wilcoxson | Tolling Agreement |
| Helenia Wilkinson | Tolling Agreement |
| George Williams | 07-1486 |
| Delbert Woodford | Tolling Agreement |
| Travis Workman | Tolling Agreement |
| Willie Yarbrough | Tolling Agreement |
| Robert Zimmerman | Tolling Agreement |
| Larry B. Brady, Dec'd. | 05-4812 |
| Paul Mangeot | 06-1962 |
| Jerry Kinslow | 06-0737 |
| Bonnie Owen-Brannan | 05-2576 |
| Shirley Davis | 05-5300 |
| Elsie Powers | 05-3802 |
| Joseph Rasor | 06-3368 |
| Fred Reid | 05-3806 |
| David Rolls | 06-3376 |
| Tony Sartin | 05-3817 |
| Charles Schaflein | 06-1440 |
| Paul Jessie Scott | 05-4326 |
| William Silvey | 05-5310 |
| Charles Sparks | 05-2579 |
| William H. St. Louis | 06-6654 |
| Donald Trites | 06-3172 |

| Plaintiff | MDL Civil Action No. |
|---|---|
| Beverly Vendelboe | 05-5310 |
| Clarence Lumley | 06-1418 |
| William West | 06-6654 |
| Milo Wilbur | 06-4063 |
| Darlean Williams | 06-3372 |
| Vivian Walker | 05-4671 |
| Albert and Franca Lomonaco | 06-10875 |
| Vicente Montano | Tolling Agreement |