UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX®                                    MDL DOCKET No. 1657
PRODUCTS LIABILITY LITIGATION       SECTION L

DOROTHY M. BASILE,
Case No.: 05-3843

      Plaintiff,

v.

MERCK & CO., INC.

      Defendant.

_____/

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a), undersigned counsel for Plaintiff notifies the Court and counsel for the Defendant of the death of Plaintiff Dorothy M. Basile on January 30, 2006.  This pleading shall constitute a suggestion of death upon the record as required by Fed. R. Civ. P. 25(a).  A motion for substitution of party for Plaintiff Dorothy M. Basile is forthcoming.

                                                           The Plaintiff,
                                                           By Her Attorneys,

                                                           /s/ Alan L. Cantor
                                                           _____
                                                           Edward M. Swartz
                                                           MA BBO #489540
                                                           Alan L. Cantor
                                                           MA BBO #072360
                                                           Swartz & Swartz
                                                           10 Marshall Street
                                                           Boston, MA 02108
Dated: December 13, 2007                         (617) 742-1900

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with procedures established in MDL 1657 on this 13th day of December, 2007.

/s/ Alan L. Cantor
_____
Alan L. Cantor