UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA


In re:   VIOXX®                                    MDL DOCKET No. 1657
PRODUCTS LIABILITY LITIGATION                      SECTION L

DOROTHY M. BASILE,
Case No.: 05-3843

        Plaintiff,

v.

MERCK & CO., INC.

        Defendant.

_____/

## MOTION TO SUBSTITUTE PARTY

        Ms. Dorothy J. Basile and Mr. Robert J. McDuff, by and through undersigned

counsel, pursuant to Federal Rule of Civil Procedure 25, hereby file this Motion to

Substitute Party and state as follows:


1.  Plaintiff, Dorothy M. Basile died on January 30, 2006.

2.  Plaintiff filed a Suggestion of Death on December 11, 2007.

3.  The death of Dorothy M. Basile does not extinguish her claim against
    Defendant.

4.  Dorothy J. Basile and Robert J. McDuff are Dorothy M. Basile's children and

    Co-Executors of her Estate.

5.  Dorothy J. Basile and Robert J. McDuff are accordingly the proper successor

    plaintiffs in this matter.

WHEREFORE, Dorothy J. Basile and Robert J. McDuff request that this Court

enter an order substituting them for Dorothy M. Basile as the Plaintiffs in this matter.

The Plaintiffs,
By Their Attorneys,

/s/ Alan L. Cantor

_____

Edward M. Swartz
MA BBO #489540
Alan L. Cantor
MA BBO #072360
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

Dated: December 13, 2007                    (617) 742-1900

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Party has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with procedures established in MDL 1657 on this 13th day of December, 2007.

/s/ Alan L. Cantor

_____

Alan L. Cantor