UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX® <br> PRODUCTS LIABILITY LITIGATION | MDL DOCKET No. 1657 <br> SECTION L |
| DOROTHY M. BASILE, <br> Case No.: 05-3843 <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC. <br><br> Defendant. <br> _____/ | Judge Eldon E. Fallon |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

Considering the foregoing Motion to Substitute Party:

**IT IS SO ORDERED,** that Dorothy J. Basile and Robert J. McDuff, Co-Executors of the Estate of Dorothy M. Basile, are hereby substituted as the party in interest for Dorothy M. Basile, deceased, in the above-captioned action.

Dated: _____          _____
                                                                    Eldon E. Fallon
                                                                    U.S. District Judge