## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              :        MDL NO. 1657
PRODUCTS LIABILITY LITIGATION :
                                          :        SECTION l (3)
                                          :
THIS DOCUMENT RELATES TO       :          JUDGE FALLON
ALL CASES                                 :        MAG. JUDGE KNOWLES

## O R D E R

Considering the Motion for Leave of Court by the Plaintiffs' Steering Committee To File Sur-Reply to Mr. Stratton's Reply to the PSC's Response to Mr. Stratton's Motion to Release Trial Package;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Sur-Reply to Mr. Stratton's Reply to the PSC's Response to Mr. Stratton's Motion to Release Trial Package.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
Honorable Eldon E. Fallon
U.S. District Judge