UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION l (3) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

### AFFIDAVIT OF RUSS M. HERMAN

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority;

PERSONALLY CAME AND APPEARED

**RUSS M. HERMAN**

who after being first duly sworn, did depose and declare that:

1. Affiant is Plaintiffs' Liaison Counsel appointed by the Court in MDL 1657, pursuant to Pre-Trial Order No. 2;

2. Michael A. Stratton filed with the Court on November 27, 2007 a Motion for Release of Trial Package.

3. The Plaintiffs' Steering Committee filed a Response to Mr. Stratton's Motion for Release of Trial Package on December 10, 2007;

4. Mr. Stratton filed a Reply to the PSC Response to Motion to Release Trial Package on December 11, 2007;

5. I have repeatedly advised Mr. Stratton that he is entitled and may receive all public published documents such as journal articles, trial transcripts and deposition cuts

   utilized during trials, as well as all public available pleadings and exhibits, including those in connection with motions, hearings and trials.

6. I have further advised Mr. Stratton that internal trial package strategy, lines of direct and cross-examination of witnesses, and evaluation of experts, and such other tactics and strategies are available for him to view and take notes at several locations, including New York City (Christopher Seeger's office); Pensacola, Florida (Troy Rafferty's office); and New Orleans, Louisiana (Russ Herman's office); and, should any of these offices be inconvenient, he may also view the trial package and take notes in Montomgery, Alabama (Andy Birchfield's office).

7. On November 27, 2007, I sent an e-mail to Mr. Stratton (see attached Exhibit "A") advising him that if he had agreed to the assessment (MDL Participation Agreement), he would be entitled to the MI Trial Package and that an IT Security Expert had been retained by the PSC to address security issues in connection with release of the Trial Package, but that we were awaiting further information from the IT Expert;

8. On December 11, 2007, I sent another e-mail to Mr. Stratton (see attached Exhibit "B") again advising him of the PSC's offer to make th MI Trial Package available for his review;

9. In early October, 2007, communications took place by and between my office and the IT Expert who was assisting the PSC in connection with security issues relating to the Trial Package. By letter dated October 19, 2007, the IT Expert advised that they were researching the security options and that recommendations were to be received within weeks (see attached Exhibit "C" filed Under Seal). My office

received another communication from the IT Expert on November 2, 2007 requesting further information concerning the security issue (see attached Exhibit "D" filed Under Seal). On November 28, 2007, the IT Expert provided an additional communication to our firm regarding the security issue (see attached Exhibit "E" filed Under Seal). On December 11, 2007, the IT Expert provided an additional communication to our firm regarding the security issue (see attached Exhibit "F" filed Under Seal). On December 12 2007, the IT Expert provided an analysis of various options to our firm regarding the security issues (see attached Exhibit "G" filed Under Seal). In addition to the written communications there have been a number of telephone conferences by and between the IT Expert and my office regarding these matters.

_____
RUSS M. HERMAN
Plaintiffs' Liaison Counsel ( MDL 1657)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13TH DAY OF
DECEMBER, 2007.

_____
Notary Public
Print Name: Leonard A Davis
Bar No.: 14190

3

**Russ Herman**

| | |
|---|---|
| **From:** | Russ Herman |
| **Sent:** | Tuesday, November 27, 2007 9:03 AM |
| **To:** | Michael Stratton |
| **Subject:** | RE: Vioxx - Trial Package |

Sorry I am in trial in. Memphis My fault for not having processed this earlier for all of us My apologies Regards Russ

[Message delivered by NotifyLink]

----------Original Message----------

From: "Michael Stratton" <MStratton@strattonfaxon.com>
Sent: Tue, November 27, 2007 8:45 AM
To: "Steve Herman" <SHERMAN@hhkc.com>
Cc: "Seeger, Chris" <cseeger@seegerweiss.com>, "Buchanan, David" <dbuchanan@seegerweiss.com>, "Andy Birchfield" <andy.birchfield@beasleyallen.com>, "Leigh O'Dell" <leigh.odell@beasleyallen.com>, <alevin@lfsblaw.com>, "Fred Longer" <FLonger@lfsblaw.com>, "Edward Blizzard" <eblizzard@blizzardlaw.com>, <tgirardi@girardikeese.com>, "Troy Rafferty" <TRafferty@levinlaw.com>, "Russ Herman" <RHERMAN@hhkc.com>, "Lenny Davis" <LDAVIS@hhkc.com>, "Penny Grisamore" <pennylh14 @yahoo.com>
Subject: RE: Vioxx - Trial Package

Thanks Russ,

I only wish I could have gotten that answer before having to send car bombs onto the list serve.

Mike
Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT
203-624-9500
203-623-2050(cell)
mstratton@strattonfaxon.com


-----Original Message-----
From: Steve Herman [mailto:SHERMAN@hhkc.com]
Sent: Tue 11/27/2007 9:34 AM
To: Michael Stratton
Cc: Seeger, Chris; Buchanan, David; Andy Birchfield; Leigh O'Dell; alevin@lfsblaw.com; Fred Longer; Edward Blizzard; tgirardi@girardikeese.com; Troy Rafferty; Russ Herman; Lenny Davis; Penny Grisamore
Subject: Vioxx - Trial Package

From Russ Herman:

Dear Mike,



If you have agreed to the assessment, you are entitled to the MI Trial Package. An IT Security Expert was retained in October to design a state-of-the-art device so that the Trial Package cannot be accessed by unauthorized individuals, including defendants, (who, earlier in this litigation, obtained a copy of Plaintiffs' Expert Strategy Memo). The package will destruct if someone attempts to download a duplicate or transmit to someone

1

else. Each authorized user will get a unique code.
The MDL is awaiting bid specs and cost estimates.

Further, we are going forward with discovery and development of the Stroke Trial Package.

In the meantime, all trial transcripts and depo cuts can be put on cds/dvds at your cost, and/or you may come or send a lawyer to our offices in New Orleans to take notes on package strategies, including experts, themes, and suggested lines for cross, direct and key docs.

Please contact Lenny Davis in my office.

If you choose to try your cases, we want you to be successful.

Regards, Russ Herman



Stephen J. Herman, Esq.

Herman Herman Katz & Cotlar LLP

820 O'Keefe Ave.

New Orleans, Louisiana 70113

Telephone: (504) 581-4892

Fax No. (504) 561-6024

E-Mail: sherman@hhkc.com <mailto:sherman@hhkc.com>


For news and commentary on Literature, Politics and the Law, visit:
www.gravierhouse.com <http://www.gravierhouse.com/> .

See "What's New in the Courts" including Class Actions, Products Liability, ERISA Litigation, Spoliation and E-Discovery, at:
www.gravierhouse.com <http://www.gravierhouse.com/> .

_____

## Regina Valenti

| | |
|---|---|
| **From:** | Michael Stratton [MStratton@strattonfaxon.com] |
| **Sent:** | Tuesday, December 11, 2007 3:42 PM |
| **To:** | Vioxx (Cox-2 Inhibitor Arthritis Drug including Celebrex) |
| **Subject:** | [cox_two] RE: Active Refusal to Release the Trial Package |
| **Attachments:** | PSC's Response to Stratton's Motion for Release of Trial Package 2007-12-10.pdf; header; footer |

  

PSC's    header.txt    footer.txt (1
ise to Strattor    (68 B)    KB)

If anyone would like to better understand my rather obvious resentment of the PSC--check out the filing made by them yesterday to avoid having to release the trial package. Not open, not nice, another indication to me something is very rotten.
Mike

-----Original Message-----
From: Steve Herman [mailto:SHERMAN@hhkc.com]
Sent: Tuesday, December 11, 2007 4:26 PM
To: Vioxx (Cox-2 Inhibitor Arthritis Drug including Celebrex)
Cc: Vioxx (Cox-2 Inhibitor Arthritis Drug including Celebrex)
Subject: [cox_two] Vioxx - Settlement



-----Original Message-----
From: Russ Herman [mailto:rherman@hhkc.com]

Mr Stratton, No one is trying to shut you up. Talk away. Evidently you feel wronged by the PSC. I'm not sure what your complaint is, but your attempts to create controversy are worthy of note. You have not responded to our offer to make the MI Trial Package available for your review in NYC NO or FLA. Nor do I have any idea what your e-mail below is referring to.

Russ M. Herman


-----Original Message-----
From: Michael Stratton [mailto:MStratton@strattonfaxon.com]
Sent: Tuesday, December 11, 2007 2:40 PM
To: Vioxx (Cox-2 Inhibitor Arthritis Drug including Celebrex)
Subject: [cox_two] RE: Opting Out Options

So yesterday Herman accuses me of a "pattern and practice of asking too many questions about the settlement" and today the same power structure wants me to shut up regarding criticisms of the settlement. What a fine progressive group we have here! I will not stop questioning or



EXHIBIT B

critiquing the settlement... So paul, why don't you and your cronies take a secret vote and knock me off the listserve and Ill make my appeal--- oh I forgot your rulings are unappealable. Oh well...

---

Stephen J. Herman, Esq.
Herman Herman Katz & Cotlar LLP
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

For news and commentary on Literature, Politics and the Law, visit: www.gravierhouse.com.

See "What's New in the Courts" including Class Actions, Products Liability, ERISA Litigation, Spoliation and E-Discovery, at: www.gravierhouse.com.

---

+-+-+-+-+-+-+-+-+-+-+ List Instructions +-+-+-+-+-+-+-+-+-+-+-+-+-+

Before replying, *PLEASE*, delete all instruction lines.

If you become aware of a violation of any AAJ listserver policy, please report those violations immediately to us by telephone at 202-965-9500, ext 381 or by email to listmanager@justice.org.

The information posted on this list server is confidential, is protected under the Electronic Communications Privacy Act, 18 USC sections 2510-2521, and may also be protected by attorney-client and/or attorney/work product privileges. It is intended only for the use of the individuals licensed to have access to this list-server and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this information or any other reader of the list server is not a permitted member, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this information in error, please return the original message to us at listmanager@justice.org.

To unsubscribe, forward this message to
leave-cox_two-2603357O@list.justice.org
[mstratton@strattonfaxon.com]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION l (3) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

# EXHIBITS C, D, E, F AND G
## TO THE AFFIDAVIT OF RUSS M. HERMAN
## FILED IN CONNECTION WITH THE PLAINTIFFS' STEERING COMMITTEE'S SUR-REPLY TO MR. STRATTON'S REPLY TO THE PSC'S RESPONSE TO MR. STRATTON'S MOTION TO RELEASE TRIAL PACKAGE
# ARE ALL FILED UNDER SEAL AND ARE CONFIDENTIAL