UNITED STATES DISTRICT COURT OF APPEALS
EASTERN DISTRICT OF LOUISIANA

U.S. FILED
EASTERN DISTRICT OF LA
2007 DEC 12 AM 10: 41
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

---

| | |
|---|---|
| DAVID AGARD, EDWARD HENDERSON, RONALD R. O'CONNOR, ROBERT D. GATES, RICHARD F. CORE, | MDL NO. 1657 |
| | SECTION: L |
| Plaintiffs, | |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| v. | |
| | **AMENDED** |
| MERCK & CO., | **NOTICE OF APPEAL** |
| | |
| Defendant. | |

Notice is hereby given that plaintiffs David Agard, Edward Henderson, Ronald R. O'Connor, Robert D. Gates and Richard F. Core, hereby appeal to the United States Court of Appeals for the Fifth Circuit from pretrial order No. 28 and pretrial order No. 31, issued by the Honorable Eldon E. Fallon, each of which was filed and entered November 9, 2007

Dated: December 11, 2007

Ronald R. Benjamin
LAW OFFICE OF RONALD R. BENJAMIN
Attorney for Plaintiffs
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442

Fee Not Paid
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

## SERVICE LIST

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana 70130

Douglas R. Marvin, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Theodore V.H. Mayer, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

John H. Beisner, Esq.
O'Melveny & Meyers LLP
1625 Eye Street
Washington, DC 20006

Richard C. Stanley, Esq.
Stanley, Flanagan, & Reuter, LLC
LL&E Tower
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112

Anthony M. DiLeo, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana 70130