US DISTRICT COURT OF APPEALS
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

---

DAVID AGARD, EDWARD HENDERSON,     :     MDL NO. 1657
RONALD R. O'CONNOR, ROBERT D. GATES,  :
RICHARD F. CORE,                           :     SECTION: L

           Plaintiffs,                       :
                                       :     JUDGE FALLON
                                       :     MAG. JUDGE KNOWLES
v.                                           :
                                       :     **CERTIFICATE OF SERVICE**
MERCK & CO.,

           Defendant.

---

CERTIFICATE OF SERVICE

       I hereby certify that on December 21, 2007, I served a copy of Plaintiff's Amended Notice of Appeal upon the following:

       1. Phillip A. Wittmann, Esq., Stone Pigman Walther Wittmenn, LLC, 546 Carondelet Street, New Orleans, LA 70130

       2. Douglas R. Marvin, Esq., Williams & Connolly, LLP, 725 Twelfth Street, NW, Washington, DC 20005

       3. Theodore V.H. Mayer, Esq., Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004

       4. John H. Beisner, Esq., O'Melveny & Meyers LLP, 1625 Eye Street, Washington, DC 20006

       5. Richard C. Stanley, Esq., Stanley, Flanagan & Reuter, LLC, LL&E Tower, 909 Poydras Street, Suite 2500, New Orleans, 70112

       6. Russ M. Herman, Esq., Herman, Herman Lotz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113

by enclosing it in a post-paid properly addressed envelope and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: December 21, 2007

    Binghamton, New York

*Diane E. Walter*
Diane E. Walter

Sworn to and subscribed before me
on the 21st day of December, 2007.

_____
NOTARY PUBLIC

BRIAN NAYOR
Notary Public - State of New York
No. 01NA6116006
Qualified in Broome County
My Commission Expires 9/20/2008