UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To All Cases | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |

**CERTAIN PLAINTIFFS' AND THEIR COUNSELS' EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE**

**MAY IT PLEASE THE COURT:**

Walter Umphrey, Provost Umphrey Law Firm, John Eddie Williams, Williams Kherkher Hart Boundas, LLP, Drew Ranier, Ranier, Gayle & Elliot LLP, Mikal Watts, Watts Law Firm LLP, Grant Kaiser, The Kaiser Firm, LLP, Richard Mithoff, Mithoff Law Firm, Kathy Snapka, Snapka, Turman & Waterhouse, LLP, Kenneth T. Fibich and Sara Fendia, Fibich, Hampton & Leebron, Tommy Jacks, Jacks Law Firm, Douglas Allison, Law Offices of Douglas Allison, Jack Modesett, Law Offices of Jack Modesett, David Matthews, Matthews & Associates, and their clients ("Movants") respectfully move this Court for an order (1) clarifying and/or modifying Pretrial Order No. 31 (Registration of Claims) and (2) declaring that certain provisions of the Settlement Agreement are unenforceable.

The grounds for this Emergency Motion are contained in the attached Memorandum in Support of Certain Plaintiffs' and Their Counsels' Emergency Motion for (1) Clarification and/or

EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 1 of 5

Modification of Pretrial Order 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provisions of the Settlement Agreement are Unenforceable.

                        Respectfully submitted,

| | |
|---|---|
| John Eddie Williams<br>Texas Bar No. 21600300<br>Williams Kherkher Hart Boundas, LLP<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>713-230-2200 - Telephone<br>713-643-6226 - Facsimile | Walter Umphrey<br>Texas Bar No. 20380000<br>Provost Umphrey Law Firm<br>490 Park<br>Beaumont, Texas 77701<br>(409) 838-8848 - Telephone<br>(409) 838-8888 - Facsimile |
| Drew Ranier<br>Louisiana Bar No. 8320<br>Texas Bar No. 16544500<br>Ranier, Gayle & Elliot, LLC<br>1419 Ryan Street<br>Lake Charles, Louisiana 70601<br>337-494-7171 - Telephone<br>337-494-7218 - Facsimile | Mikal Watts<br>Texas Bar No. 20981820<br>The Watts Law Firm, LLP<br>300 Convent, Suite 100<br>San Antonio, Texas 78205<br>210-527-0500 - Telephone |
| David Matthews<br>Texas Bar No. 13206200<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>713-222-8080 – Telephone<br>713-535-7184 – Facsimile | Kenneth T. Fibich<br>State Bar No. 06952600<br>Sara J. Fendia<br>State Bar No. 06898800<br>Fibich Hampton & Leebron, LLP<br>1401 McKinney, Suite 1800<br>Houston, Texas 77010<br>713-751-0025 - Telephone<br>713-751-0030 - Facsimile |
| Richard W. Mithoff, Jr.<br>Texas Bar No. 14228500<br>Mithoff Law Firm<br>3450 One Allen Center<br>Houston, TX 77002<br>713-654-1122 – Telephone<br>713-739-8085 - Facsimile | Tommy Jacks<br>Texas Bar No. 10452000<br>Jacks Law Firm<br>1205 Rio Grande Street<br>Austin, TX 78701<br>512-478-4422 – Telephone<br>512-478-5015 - Facsimile |

EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 2 of 5

| | |
|---|---|
| Kathy Snapka | Douglas Allison |
| Texas Bar No.18781200 | Texas Bar No. 01083500 |
| Snapka, Turman & Waterhouse, LLP | Law Offices of Douglas Allison |
| 606 N. Carancahua, Suite 1511 | 500 N. Water St., Suite 1200 |
| Corpus Christi, TX 78476 | Corpus Christi, TX 78471 |
| 361-888-7676 – Telephone | 361-888-6002 – Telephone |
| 361-884-8545 - Facsimile | |
| | |
| Jack Modesett | /s/_____ |
| Texas Bar No. 14244337 | Grant Kaiser |
| Law Offices of Jack Modesett | Texas Bar #11078900 |
| 500 N. Water St., Suite 1200 | The Kaiser Firm, LLP |
| Corpus Christi, TX 78471 | 8441 Gulf Freeway, Suite 600 |
| 361-887-6449 – Telephone | Houston, Texas 77017 |
| 361-885-7983 - Facsimile | 713-223-0000 - Telephone |
| | 713-223-0440 - Facsimile |

ATTORNEYS FOR PLAINTIFFS

EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 3 of 5

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on December 13, 2007.

        Respectfully submitted,

/s/_____
Grant Kaiser
Texas Bar #11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000
713-223-0440 (facsimile)

ATTORNEYS FOR PLAINTIFFS

EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 4 of 5

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned conferred with counsel for Merck and Plaintiffs' Liaison Counsel, Mr. Russ Herman, and other representatives regarding this motion. While we did reach agreement that the Registration Affidavit should be modified to delete the affirmations in question, we were unable to reach total agreement on the relief requested.

Respectfully submitted,

/s/_____
Grant Kaiser
Texas Bar #11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000
713-223-0440 (facsimile)

ATTORNEYS FOR PLAINTIFFS

EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 5 of 5