UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To All Cases | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |

**CERTAIN PLAINTIFFS' AND THEIR COUNSELS' EMERGENCY MOTION
FOR  (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31
(REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT
THAT CERTAIN PROVISIONS OF THE SETTLEMENT
AGREEMENT ARE UNENFORCEABLE**

**MAY IT PLEASE THE COURT:**

Walter Umphrey, Provost Umphrey Law Firm, John Eddie Williams, Williams Kherkher Hart Boundas, LLP, Drew Ranier, Ranier, Gayle & Elliot LLP, Mikal Watts, Watts Law Firm LLP, Grant Kaiser, The Kaiser Firm, LLP, Richard Mithoff, Mithoff Law Firm, Kathy Snapka, Snapka, Turman & Waterhouse, LLP, Kenneth T. Fibich and Sara Fendia, Fibich, Hampton & Leebron, Tommy Jacks, Jacks Law Firm, Douglas Allison, Law Offices of Douglas Allison, Jack Modesett, Law Offices of Jack Modesett, David Matthews, Matthews & Associates, and their clients ("Movants") respectfully move this Court for an order (1) clarifying and/or modifying Pretrial Order No. 31 (Registration of Claims) and (2) declaring that certain provisions of the Settlement Agreement are unenforceable.

The grounds for this Emergency Motion are contained in the attached Memorandum in Support of Certain Plaintiffs' and Their Counsels' Emergency Motion for (1) Clarification and/or

EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 1 of 5

Modification of Pretrial Order 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provisions of the Settlement Agreement are Unenforceable.

Respectfully submitted,

| | |
|---|---|
| John Eddie Williams | Walter Umphrey |
| Texas Bar No. 21600300 | Texas Bar No. 20380000 |
| Williams Kherkher Hart Boundas, LLP | Provost Umphrey Law Firm |
| 8441 Gulf Freeway, Suite 600 | 490 Park |
| Houston, Texas 77017 | Beaumont, Texas 77701 |
| 713-230-2200 - Telephone | (409) 838-8848 - Telephone |
| 713-643-6226 - Facsimile | (409) 838-8888 - Facsimile |
| | |
| Drew Ranier | Mikal Watts |
| Louisiana Bar No. 8320 | Texas Bar No. 20981820 |
| Texas Bar No. 16544500 | The Watts Law Firm, LLP |
| Ranier, Gayle & Elliot, LLC | 300 Convent, Suite 100 |
| 1419 Ryan Street | San Antonio, Texas 78205 |
| Lake Charles, Louisiana 70601 | 210-527-0500 - Telephone |
| 337-494-7171 - Telephone | |
| 337-494-7218 - Facsimile | |
| | |
| David Matthews | Kenneth T. Fibich |
| Texas Bar No. 13206200 | State Bar No. 06952600 |
| Matthews & Associates | Sara J. Fendia |
| 2905 Sackett St. | State Bar No. 06898800 |
| Houston, TX 77098 | Fibich Hampton & Leebron, LLP |
| 713-222-8080 – Telephone | 1401 McKinney, Suite 1800 |
| 713-535-7184 – Facsimile | Houston, Texas 77010 |
| | 713-751-0025 - Telephone |
| | 713-751-0030 - Facsimile |
| | |
| Richard W. Mithoff, Jr. | Tommy Jacks |
| Texas Bar No. 14228500 | Texas Bar No. 10452000 |
| Mithoff Law Firm | Jacks Law Firm |
| 3450 One Allen Center | 1205 Rio Grande Street |
| Houston, TX 77002 | Austin, TX 78701 |
| 713-654-1122 – Telephone | 512-478-4422 – Telephone |
| 713-739-8085 - Facsimile | 512-478-5015 - Facsimile |

EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 2 of 5

Kathy Snapka
Texas Bar No.18781200
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78476
361-888-7676 – Telephone
361-884-8545 - Facsimile

Jack Modesett
Texas Bar No. 14244337
Law Offices of Jack Modesett
500 N. Water St., Suite 1200
Corpus Christi, TX 78471
361-887-6449 – Telephone
361-885-7983 - Facsimile

Douglas Allison
Texas Bar No. 01083500
Law Offices of Douglas Allison
500 N. Water St., Suite 1200
Corpus Christi, TX 78471
361-888-6002 – Telephone

/s/Grant Kaiser
Grant Kaiser
Texas Bar #11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000 - Telephone
713-223-0440 - Facsimile

ATTORNEYS FOR PLAINTIFFS

EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 3 of 5

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on December 13, 2007.

                                    Respectfully submitted,

                                    /s/Grant Kaiser
                                    Grant Kaiser
                                    Texas Bar #11078900
                                    The Kaiser Firm, LLP
                                    8441 Gulf Freeway, Suite 600
                                    Houston, Texas 77017
                                    713-223-0000
                                    713-223-0440 (facsimile)

                                    ATTORNEYS FOR PLAINTIFFS

EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 4 of 5

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned conferred with counsel for Merck and Plaintiffs' Liaison Counsel, Mr. Russ Herman, and other representatives regarding this motion. While we did reach agreement that the Registration Affidavit should be modified to delete the affirmations in question, we were unable to reach total agreement on the relief requested.

    Respectfully submitted,

    /s/Grant Kaiser
    Grant Kaiser
    Texas Bar #11078900
    The Kaiser Firm, LLP
    8441 Gulf Freeway, Suite 600
    Houston, Texas 77017
    713-223-0000
    713-223-0440 (facsimile)

    ATTORNEYS FOR PLAINTIFFS

EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION
OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 5 of 5