# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To All Cases | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering Plaintiffs' Motion for Expedited Hearing on Certain Plaintiffs' and Their Counsels' Emergency Motion for (1) Clarification and/or Modification of Pretrial Order No. 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provisions of the Settlement Agreement are Unenforceable and incorporated Memorandum;

IT IS ORDERED BY THE COURT that the Motion for Expedited Hearing be and is hereby granted;

IT IS FURTHER ORDERED BY THE COURT that the hearing on Plaintiffs' Emergency Motion for Clarification and/or Modification of Pretrial Order No. 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provisions of the Settlement Agreement are Unenforceable be and is hereby set for expedited hearing on the ____ day of December, 2007, at _____ __. m.

NEW ORLEANS, Louisiana, this _____ day of _____, 2007.

_____
Eldon E. Fallon
United States District Judge

ORDER ON MOTION FOR EXPEDITED HEARING OF EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page Solo