UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | * | |

THIS DOCUMENT RELATES TO ALL CASES

## PRETRIAL ORDER No. 31(B)
### (Filing and Service of Registration Affidavits)

This Order amends and supplements Pretrial Order Nos. 31 and 31(A) by amending the form of Registration Affidavit, and amending the process of serving a Registration Affidavit and Exhibit 1 (together "Registration Affidavit") in the Vioxx Resolution Program. Except as set forth herein, this Order does not otherwise alter or amend Pretrial Order No. 31 or 31(A).

(1) The revised form of Registration Affidavits is attached hereto as Exhibit A. Among other revisions, this Order deletes the provisions relating to recommendation/non-recommendation of the Program. Any Affidavits submitted on the Form of Affidavit available prior to the date of this Order will be treated as if they were filed without the recommendation/non-recommendation provisions.

(2) Primary Counsel shall serve the Registration Affidavit only on the Claims Administrator, not on Defendant Merck & Co., Inc. ("Merck") or the Executive Committee to

the Plaintiffs' Steering Committee ("PEC").  The Registration Affidavit shall be considered filed on the date that it is served on the Claims Administrator.

      (3)    Registration Affidavits can be downloaded at www.browngreer.com/vioxxsettlement or, if one cannot download the documents from that site, by requesting a Registration Affidavit via email to the Claims Administrator at claimsadmin@browngreer.com.  The Claims Administrator may amend the format of the Registration affidavit for ease of electronic processing.

      (4)    Primary Counsel shall serve the Registration Affidavit via electronic mail by no later than January 15, 2008.  Specifically, Primary Counsel shall attach three files to a single electronic mail message—(i) the executed Registration Affidavit in Adobe pdf format; (ii) a completed Exhibit 1 to the Registration Affidavit in Excel format; and (iii) a certification of service in Adobe pdf format—and serve all of the documents to the following addressee:

      a.    **The Claims Administrator:**  claimsadmin@browngreer.com

      (5)    The subject line in the email should state: "Registration Affidavit and Exhibit 1 for [insert name of firm]."

      (6)    *Pro Se* Plaintiffs and *Pro Se* Claimants shall serve their Registration Affidavits on the Claims Administrator at the above email addresses by no later than January 15, 2008.  If the *Pro Se* Plaintiff or *Pro Se* Claimant does not have access to email, he or she shall send the Registration Affidavit via U.S. Mail **postmarked no later than January 8, 2008** to:

      Claims Administrator  
      115 S. 15th Street  
      Suite 400  
      Richmond, VA 23219-4209  
      Main Number: 804.521.7200

(7) This service procedure set forth in this Pre-Trial Order 31(B) applies to revised Registration Affidavits as required by Pretrial Orders No. 31 and 31(A).

New Orleans, Louisiana, this 14th day of December, 2007.

_____
UNTIED STATES DISTRICT JUDGE