## Registration Affidavit

I, _____, hereby certify pursuant to 28 U.S.C. § 1746 as follows:

I am an attorney in good standing who is admitted to practice law in the State of _____. The name and address of my law firm are:

_____
Law Firm

_____
Street

_____
City                    State                    Zip Code

I make this certification pursuant to the following orders, and any amendments thereto (check all that apply where your clients have cases pending):

____ Pretrial Order No. 31 entered on 11/9/07 by the United States District Court for the Eastern District of Louisiana.

____ Order entered on 11/9/07 by the Superior Court of the New Jersey law Division: Atlantic County

____ Amended Pretrial Order No. 5 entered on 11/14/07 by the District Court of Harris County, Texas

____ Order entered on 11/9/07 by the Superior Court of the State of California, Los Angeles, in NCCP No. 42476.

Exhibit 1 to this certification contains a true and complete list of all of the Plaintiffs and/or Tolling Claimants in which I have an "Interest" and for whom I am "Primary Counsel" along with a notation of all firms with an Interest in Each Claim as of October 1, 2007, November 9, 2007, and the date of this Registration Affidavit..

I certify under penalty of perjury that the foregoing is true and correct.

_____
Primary Counsel