UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

IT IS ORDERED that the Plaintiffs' Emergency Motion to Amend/Correct Pretrial Order 31 (Registration of Claims) and for Declaratory Judgment that Certain Provisions of the Settlement Agreement are Unenforceable (Rec. Doc. No. 13099) is SET FOR HEARING on January 16, 2008, at 9:00 a.m WITH ORAL ARGUMENT.

IT IS FURTHER ORDERED that any opposition to the Motion is to be filed no later than December 26, 2007, and any depositions shall be taken no later than January 11, 2008.

New Orleans, Louisiana, this 14th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE