UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To All Cases | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |

**MOTION TO CORRECT THE MEMORANDUM IN SUPPORT OF CERTAIN
PLAINTIFFS' AND THEIR COUNSELS' EMERGENCY MOTION FOR
(1) CLARIFICATION AND/OR MODIFICATION OF
PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND
(2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE
SETTLEMENT AGREEMENT ARE UNENFORCEABLE**

**MAY IT PLEASE THE COURT:**

Walter Umphrey, Provost Umphrey Law Firm, John Eddie Williams, Williams Kherkher Hart Boundas, LLP, Drew Ranier, Ranier, Gayle & Elliot LLP, Mikal Watts, Watts Law Firm LLP, Grant Kaiser, The Kaiser Firm, LLP, Richard Mithoff, Mithoff Law Firm, Kathy Snapka, Snapka, Turman & Waterhouse, LLP, Kenneth T. Fibich and Sara Fendia, Fibich, Hampton & Leebron, Tommy Jacks, Jacks Law Firm, Douglas Allison, Law Offices of Douglas Allison, Jack Modesett, Law Offices of Jack Modesett, David Matthews, Matthews & Associates, and their clients ("Movants"), respectfully move this Court to correct the Memorandum in Support of Certain Plaintiffs' and Their Counsels' Emergency Motion for Clarification and/or Modification of Pretrial Order No. 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provisions of the Settlement Agreement are Unenforceable.  The correction is necessary because a footnote of significance was inadvertently omitted.

MOTION TO CORRECT THE MEMORANDUM IN SUPPORT OF CERTAIN PLAINTIFFS' AND THEIR COUNSELS' MOTION FOR
(1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS)
AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 1 of 4

                        Respectfully submitted,

| | |
|---|---|
| John Eddie Williams | Walter Umphrey |
| Texas Bar No. 21600300 | Texas Bar No. 20380000 |
| Williams Kherkher Hart Boundas, LLP | Provost Umphrey Law Firm |
| 8441 Gulf Freeway, Suite 600 | 490 Park |
| Houston, Texas 77017 | Beaumont, Texas 77701 |
| 713-230-2200 - Telephone | (409) 838-8848 - Telephone |
| 713-643-6226 - Facsimile | (409) 838-8888 - Facsimile |
| | |
| Drew Ranier | Mikal Watts |
| Louisiana Bar No. 8320 | Texas Bar No. 20981820 |
| Texas Bar No. 16544500 | The Watts Law Firm, LLP |
| Ranier, Gayle & Elliot, LLC | 300 Convent, Suite 100 |
| 1419 Ryan Street | San Antonio, Texas 78205 |
| Lake Charles, Louisiana 70601 | 210-527-0500 - Telephone |
| 337-494-7171 - Telephone | |
| 337-494-7218 - Facsimile | |
| | |
| David Matthews | Kenneth T. Fibich |
| Texas Bar No. 13206200 | State Bar No. 06952600 |
| Matthews & Associates | Sara J. Fendia |
| 2905 Sackett St. | State Bar No. 06898800 |
| Houston, TX 77098 | Fibich Hampton & Leebron, LLP |
| 713-222-8080 – Telephone | 1401 McKinney, Suite 1800 |
| 713-535-7184 – Facsimile | Houston, Texas 77010 |
| | 713-751-0025 - Telephone |
| | 713-751-0030 - Facsimile |
| | |
| Richard W. Mithoff, Jr. | Tommy Jacks |
| Texas Bar No. 14228500 | Texas Bar No. 10452000 |
| Mithoff Law Firm | Jacks Law Firm |
| 3450 One Allen Center | 1205 Rio Grande Street |
| Houston, TX 77002 | Austin, TX 78701 |
| 713-654-1122 – Telephone | 512-478-4422 – Telephone |
| 713-739-8085 - Facsimile | 512-478-5015 - Facsimile |

MOTION TO CORRECT THE MEMORANDUM IN SUPPORT OF CERTAIN PLAINTIFFS' AND THEIR COUNSELS' MOTION FOR
(1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS)
AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 2 of 4

Kathy Snapka
Texas Bar No.18781200
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78476
361-888-7676 – Telephone
361-884-8545 - Facsimile

Jack Modesett
Texas Bar No. 14244337
Law Offices of Jack Modesett
500 N. Water St., Suite 1200
Corpus Christi, TX 78471
361-887-6449 – Telephone
361-885-7983 - Facsimile

Douglas Allison
Texas Bar No. 01083500
Law Offices of Douglas Allison
500 N. Water St., Suite 1200
Corpus Christi, TX 78471
361-888-6002 – Telephone

/s/Grant Kaiser
Grant Kaiser
Texas Bar #11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000 - Telephone
713-223-0440 - Facsimile

ATTORNEYS FOR PLAINTIFFS

MOTION TO CORRECT THE MEMORANDUM IN SUPPORT OF CERTAIN PLAINTIFFS' AND THEIR COUNSELS' MOTION FOR
(1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS)
AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF
THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 3 of 4

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsels, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on December 17, 2007.

Respectfully submitted,

/s/Grant Kaiser
Grant Kaiser
Texas Bar #11078900
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713-223-0000
713-223-0440 (facsimile)

ATTORNEYS FOR PLAINTIFFS

MOTION TO CORRECT THE MEMORANDUM IN SUPPORT OF CERTAIN PLAINTIFFS' AND THEIR COUNSELS' MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page 4 of 4