UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To All Cases | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering Plaintiffs' Motion to Correct the Memorandum in Support of Certain Plaintiffs' and Their Counsels' Emergency Motion for (1) Clarification and/or Modification of Pretrial Order No. 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provisions of the Settlement Agreement are Unenforceable and incorporated Memorandum;

IT IS ORDERED BY THE COURT that the Motion to Correct the Memorandum in Support be and is hereby granted;

NEW ORLEANS, Louisiana, this _____ day of _____, 2007.

_____
Eldon E. Fallon
United States District Judge

ORDER ON MOTION TO CORRECT THE MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR (1) CLARIFICATION AND/OR MODIFICATION OF PRETRIAL ORDER NO. 31 (REGISTRATION OF CLAIMS) AND (2) DECLARATORY JUDGMENT THAT CERTAIN PROVISIONS OF THE SETTLEMENT AGREEMENT ARE UNENFORCEABLE

Page Solo