UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD BALL and<br>JUNE BALL, h/w<br>  Plaintiffs<br><br>vs.<br><br>MERCK & CO., INC. and<br>DR. FRANCINE CIRELLY<br>  Defendants. | : MDL NO. 1657<br>:<br>: U.S. DISTRICT COURT FOR THE<br>: EASTERN DISTRICT OF<br>: PENNSYLVANIA<br>: NO. 07-3488<br>:<br>: **U.S. DISTRICT COURT FOR THE**<br>: **EASTERN DISTRICT OF**<br>: **LOUISIANA**<br>: **NO. 2:07-CV-06688-EEF-DEK**<br>:<br>: JURY TRIAL DEMANDED |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of Defendant, Francine Cirelly, D.O. in the above-captioned matter.

O'BRIEN & RYAN, LLP

By: /s/ Dorothy Duffy
DOROTHY DUFFY
Identification No. 46771 (PA)
AMANDA A. O'DEA
Identification No. 85730 (PA)

O'Brien & Ryan, LLP
2250 Hickory Road, Suite 300
Plymouth Meeting, PA 19462
(610) 834-8800

Attorneys for Defendant,
Francine Cirelly, D.O.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD BALL and<br>JUNE BALL, h/w | | : MDL NO. 1657<br>: |
| | Plaintiffs | : U.S. DISTRICT COURT FOR THE<br>: EASTERN DISTRICT OF |
| vs. | | : PENNSYLVANIA<br>: NO. 07-3488 |
| MERCK & CO., INC. and<br>DR. FRANCINE CIRELLY | | :<br>: **U.S. DISTRICT COURT FOR THE** |
| | Defendants. | : **EASTERN DISTRICT OF**<br>: **LOUISIANA**<br>: **NO. 2:07-CV-06688-EEF-DEK**<br>:<br>: JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Dorothy Duffy, Esquire, do hereby certify that I caused a copy of the foregoing Entry of Appearance to be served on November 19, 2007 by United States first class mail, postage prepaid upon:

Lawrence Solomon, Esquire
Solomon, Sherman & Gabay
8 Penn Center
1628 JFK Blvd; Suite 2200
Philadelphia, PA 19103

A. Elizabeth Balakhani/Joshua G. Schiller
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

O'BRIEN & RYAN, LLP

By: _____
DOROTHY DUFFY
Identification No. 46771 (PA)
AMANDA A. O'DEA
Identification No. 85730 (PA)

O'Brien & Ryan, LLP
2250 Hickory Road, Suite 300
Plymouth Meeting, PA  19462
(610) 834-8800

Attorneys for Defendant,
Francine Cirelly, D.O.

Date: 11/28/07