UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION l (3) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

### THE PLAINTIFFS' STEERING COMMITTEE'S
### SUR-REPLY TO MR. STRATTON'S REPLY TO THE PSC'S RESPONSE
### TO MR. STRATTON'S MOTION TO RELEASE TRIAL PACKAGE

The Plaintiffs' Steering Committee ("PSC"), submits the following Sur-Reply to Mr. Stratton's Reply to the PSC's Response to Mr. Stratton's Motion to Release Trial Package:

1. The Motion for Release of Trial Package was filed in violation of Pre-Trial Order No. 30 entered November 9, 2007. Specifically, the Pre-Trial Order provides that "...further activity in this MDL proceeding should be stayed temporarily...".

2. The Affidavit of Russ M. Herman attached hereto is incorporated herein by reference.

Respectfully submitted,

PLAINTIFFS' STEERING COMMITTEE

Date: December 13, 2007       By:    /s/ Leonard A. Davis
                              **Russ M. Herman (Bar No. 6819)**
                              Leonard A. Davis (Bar No. 14190)
                              Stephen J. Herman (Bar No. 23129)
                              ***Herman, Herman, Katz & Cotlar, L.L.P.***
                              820 O'Keefe Avenue
                              New Orleans, Louisiana 70113
                              Telephone: (504) 581-4892
                              Facsimile: (504) 561-6024

                              **PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
Sanford Stevenson Riff LLP
2016 Bissonnet Street
Houston, Texas 77005
(713) 240-2460 (telephone)
(713) 237-0278 (telecopier)

| | |
|---|---|
| Drew Ranier, Esquire | Mark Robinson, Esquire |
| RANIER, GAYLE & ELLIOT, L.L.C. | ROBINSON, CALCAGNIE & ROBINSON |
| 1419 Ryan Street | 620 Newport Center Drive |
| Lake Charles, LA 70601 | 7th Floor |
| (337)494-7171 (telephone) | Newport Beach, CA 92660 |
| (337) 494-7218 (telecopier) | (949) 720-1288 (telephone) |
| | (949) 720-1292 (telecopier) |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, **upon Michael A. Stratton, Esq. via e-mail**, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of December, 2007.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com