UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION I (3) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

## AFFIDAVIT OF RUSS M. HERMAN

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority;

PERSONALLY CAME AND APPEARED

### RUSS M. HERMAN

who after being first duly sworn, did depose and declare that:

1. Affiant is Plaintiffs' Liaison Counsel appointed by the Court in MDL 1657, pursuant to Pre-Trial Order No. 2;

2. Michael A. Stratton filed with the Court on November 27, 2007 a Motion for Release of Trial Package.

3. The Plaintiffs' Steering Committee filed a Response to Mr. Stratton's Motion for Release of Trial Package on December 10, 2007;

4. Mr. Stratton filed a Reply to the PSC Response to Motion to Release Trial Package on December 11, 2007;

5. I have repeatedly advised Mr. Stratton that he is entitled and may receive all public published documents such as journal articles, trial transcripts and deposition cuts

utilized during trials, as well as all public available pleadings and exhibits, including those in connection with motions, hearings and trials.

6. I have further advised Mr. Stratton that internal trial package strategy, lines of direct and cross-examination of witnesses, and evaluation of experts, and such other tactics and strategies are available for him to view and take notes at several locations, including New York City (Christopher Seeger's office); Pensacola, Florida (Troy Rafferty's office); and New Orleans, Louisiana (Russ Herman's office); and, should any of these offices be inconvenient, he may also view the trial package and take notes in Montomgery, Alabama (Andy Birchfield's office).

7. On November 27, 2007, I sent an e-mail to Mr. Stratton (see attached Exhibit "A") advising him that if he had agreed to the assessment (MDL Participation Agreement), he would be entitled to the MI Trial Package and that an IT Security Expert had been retained by the PSC to address security issues in connection with release of the Trial Package, but that we were awaiting further information from the IT Expert;

8. On December 11, 2007, I sent another e-mail to Mr. Stratton (see attached Exhibit "B") again advising him of the PSC's offer to make th MI Trial Package available for his review;

9. In early October, 2007, communications took place by and between my office and the IT Expert who was assisting the PSC in connection with security issues relating to the Trial Package. By letter dated October 19, 2007, the IT Expert advised that they were researching the security options and that recommendations were to be received within weeks (see attached Exhibit "C" filed Under Seal). My office

received another communication from the IT Expert on November 2, 2007 requesting further information concerning the security issue (see attached Exhibit "D" filed Under Seal). On November 28, 2007, the IT Expert provided an additional communication to our firm regarding the security issue (see attached Exhibit "E" filed Under Seal). On December 11, 2007, the IT Expert provided an additional communication to our firm regarding the security issue (see attached Exhibit "F" filed Under Seal). On December 12 2007, the IT Expert provided an analysis of various options to our firm regarding the security issues (see attached Exhibit "G" filed Under Seal). In addition to the written communications there have been a number of telephone conferences by and between the IT Expert and my office regarding these matters.

_____
RUSS M. HERMAN
Plaintiffs' Liaison Counsel ( MDL 1657)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13TH DAY OF
DECEMBER, 2007.

_____
Notary Public
Print Name: Leonard A Davis
Bar No.: 14190

3