# Russ Herman

| | |
|---|---|
| **From:** | Russ Herman |
| **Sent:** | Tuesday, November 27, 2007 9:03 AM |
| **To:** | Michael Stratton |
| **Subject:** | RE: Vioxx - Trial Package |

Sorry I am in trial in. Memphis My fault for not having processed this earlier for all of us My apologies Regards Russ

[Message delivered by NotifyLink]

----------Original Message----------

From: "Michael Stratton" <MStratton@strattonfaxon.com>
Sent: Tue, November 27, 2007 8:45 AM
To: "Steve Herman" <SHERMAN@hhkc.com>
Cc: "Seeger, Chris" <cseeger@seegerweiss.com>, "Buchanan, David" <dbuchanan@seegerweiss.com>, "Andy Birchfield" <andy.birchfield@beasleyallen.com>, "Leigh O'Dell" <leigh.odell@beasleyallen.com>, <alevin@lfsblaw.com>, "Fred Longer" <FLonger@lfsblaw.com>, "Edward Blizzard" <eblizzard@blizzardlaw.com>, <tgirardi@girardikeese.com>, "Troy Rafferty" <TRafferty@levinlaw.com>, "Russ Herman" <RHERMAN@hhkc.com>, "Lenny Davis" <LDAVIS@hhkc.com>, "Penny Grisamore" <pennylh14@yahoo.com>
Subject: RE: Vioxx - Trial Package

Thanks Russ,

I only wish I could have gotten that answer before having to send car bombs onto the list serve.

Mike
Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT
203-624-9500
203-623-2050(cell)
mstratton@strattonfaxon.com


-----Original Message-----
From: Steve Herman [mailto:SHERMAN@hhkc.com]
Sent: Tue 11/27/2007 9:34 AM
To: Michael Stratton
Cc: Seeger, Chris; Buchanan, David; Andy Birchfield; Leigh O'Dell; alevin@lfsblaw.com; Fred Longer; Edward Blizzard; tgirardi@girardikeese.com; Troy Rafferty; Russ Herman; Lenny Davis; Penny Grisamore
Subject: Vioxx - Trial Package

From Russ Herman:

Dear Mike,

**EXHIBIT A**

If you have agreed to the assessment, you are entitled to the MI Trial Package. An IT Security Expert was retained in October to design a state-of-the-art device so that the Trial Package cannot be accessed by unauthorized individuals, including defendants, (who, earlier in this litigation, obtained a copy of Plaintiffs' Expert Strategy Memo). The package will destruct if someone attempts to download a duplicate or transmit to someone

1

else. Each authorized user will get a unique code.
The MDL is awaiting bid specs and cost estimates.

Further, we are going forward with discovery and development of the Stroke Trial Package.

In the meantime, all trial transcripts and depo cuts can be put on cds/dvds at your cost, and/or you may come or send a lawyer to our offices in New Orleans to take notes on package strategies, including experts, themes, and suggested lines for cross, direct and key docs.

Please contact Lenny Davis in my office.

If you choose to try your cases, we want you to be successful.

Regards, Russ Herman


Stephen J. Herman, Esq.

Herman Herman Katz & Cotlar LLP

820 O'Keefe Ave.

New Orleans, Louisiana 70113

Telephone: (504) 581-4892

Fax No. (504) 561-6024

E-Mail: sherman@hhkc.com <mailto:sherman@hhkc.com>


For news and commentary on Literature, Politics and the Law, visit:
www.gravierhouse.com <http://www.gravierhouse.com/> .


See "What's New in the Courts" including Class Actions, Products Liability, ERISA Litigation, Spoliation and E-Discovery, at:
www.gravierhouse.com <http://www.gravierhouse.com/> .

## Regina Valenti

| | |
|---|---|
| **From:** | Michael Stratton [MStratton@strattonfaxon.com] |
| **Sent:** | Tuesday, December 11, 2007 3:42 PM |
| **To:** | Vioxx (Cox-2 Inhibitor Arthritis Drug including Celebrex) |
| **Subject:** | [cox_two] RE: Active Refusal to Release the Trial Package |
| **Attachments:** | PSC's Response to Stratton's Motion for Release of Trial Package 2007-12-10.pdf; header; footer |

  

PSC's　　header.txt　footer.txt (1
se to Strattor　(68 B)　　KB)

If anyone would like to better understand my rather obvious resentment of the PSC--check out the filing made by them yesterday to avoid having to release the trial package. Not open, not nice, another indication to me something is very rotten.
Mike

-----Original Message-----
From: Steve Herman [mailto:SHERMAN@hhkc.com]
Sent: Tuesday, December 11, 2007 4:26 PM
To: Vioxx (Cox-2 Inhibitor Arthritis Drug including Celebrex)
Cc: Vioxx (Cox-2 Inhibitor Arthritis Drug including Celebrex)
Subject: [cox_two] Vioxx - Settlement



-----Original Message-----
From: Russ Herman [mailto:rherman@hhkc.com]

Mr Stratton, No one is trying to shut you up. Talk away. Evidently you feel wronged by the PSC. I'm not sure what your complaint is, but your attempts to create controversy are worthy of note. You have not responded to our offer to make the MI Trial Package available for your review in NYC NO or FLA. Nor do I have any idea what your e-mail below is referring to.

Russ M. Herman


-----Original Message-----
From: Michael Stratton [mailto:MStratton@strattonfaxon.com]
Sent: Tuesday, December 11, 2007 2:40 PM
To: Vioxx (Cox-2 Inhibitor Arthritis Drug including Celebrex)
Subject: [cox_two] RE: Opting Out Options

So yesterday Herman accuses me of a "pattern and practice of asking too many questions about the settlement" and today the same power structure wants me to shut up regarding criticisms of the settlement. What a fine progressive group we have here! I will not stop questioning or



EXHIBIT B

1

critiquing the settlement... So paul, why don't you and your cronies take a secret vote and knock me off the listserve and Ill make my appeal--- oh I forgot your rulings are unappealable. Oh well...

---------------------------------
Stephen J. Herman, Esq.
Herman Herman Katz & Cotlar LLP
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

For news and commentary on Literature, Politics and the Law, visit: www.gravierhouse.com.

See "What's New in the Courts" including Class Actions, Products Liability, ERISA Litigation, Spoliation and E-Discovery, at: www.gravierhouse.com.

---
+-+-+-+-+-+-+-+-+-+-+ List Instructions +-+-+-+-+-+-+-+-+-+-+-+-+-+-+

Before replying, *PLEASE*, delete all instruction lines.

If you become aware of a violation of any AAJ listserver policy, please report those violations immediately to us by telephone at 202-965-9500, ext 381 or by email to listmanager@justice.org.

The information posted on this list server is confidential, is protected under the Electronic Communications Privacy Act, 18 USC sections 2510-2521, and may also be protected by attorney-client and/or attorney/work product privileges. It is intended only for the use of the individuals licensed to have access to this list-server and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this information or any other reader of the list server is not a permitted member, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this information in error, please return the original message to us at listmanager@justice.org.

To unsubscribe, forward this message to
leave-cox_two-2603357O@list.justice.org
[mstratton@strattonfaxon.com]