UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION I (3) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

# EXHIBITS C, D, E, F AND G
## TO THE AFFIDAVIT OF RUSS M. HERMAN
FILED IN CONNECTION WITH THE PLAINTIFFS' STEERING COMMITTEE'S SUR-REPLY TO MR. STRATTON'S REPLY TO THE PSC'S RESPONSE TO MR. STRATTON'S MOTION TO RELEASE TRIAL PACKAGE

# ARE ALL FILED UNDER SEAL
# AND ARE CONFIDENTIAL