A CERTIFIED TRUE COPY

DEC 17 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC 17 2007

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 29 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-125)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,459 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 17 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___Fee_____
___Process____
_x_Dktd_____
___CtRmDep___
___Doc. No.___

Page 1 of 2

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

## SCHEDULE CTO-125 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

| DIST. | DIV. | C.A. # | CASE CAPTION | CASE NO. EASTERN DIST. OF LOUISIANA |
|---|---|---|---|---|
| FLORIDA MIDDLE | | | | |
| FLM | 8 | 07-2023 | Norman Basham, et al. v. Merck & Co., Inc. | 07-9545 |
| FLM | 8 | 07-2024 | Joseph Kromolicki v. Merck & Co., Inc. | 07-9546 |
| FLM | 8 | 07-2025 | James Knight v. Merck & Co., Inc. | 07-9547 |
| FLM | 8 | 07-2026 | Charles Hodge v. Merck & Co., Inc. | 07-9548 |
| FLM | 8 | 07-2027 | Michael Harrell v. Merck & Co., Inc. | 07-9549 |
| FLM | 8 | 07-2028 | Cleta LeBreton v. Merck & Co., Inc. | 07-9550 |
| FLM | 8 | 07-2029 | Ann Lingor v. Merck & Co., Inc. | 07-9551 |
| FLM | 8 | 07-2030 | William Malone v. Merck & Co., Inc. | 07-9552 |
| FLM | 8 | 07-2031 | William Parker v. Merck & Co., Inc. | 07-9553 |
| FLM | 8 | 07-2032 | Jeffery Norton v. Merck & Co., Inc. | 07-9554 |
| FLM | 8 | 07-2033 | Margo Miller v. Merck & Co., Inc. | 07-9555 |
| FLM | 8 | 07-2034 | Joanne Millard v. Merck & Co., Inc. | 07-9556 |
| FLM | 8 | 07-2035 | Delores Brezina v. Merck & Co., Inc. | 07-9557 |
| FLM | 8 | 07-2036 | Alfred Clem v. Merck & Co., Inc. | 07-9558 |
| FLM | 8 | 07-2037 | Marion Foley v. Merck & Co., Inc. | 07-9559 |
| FLM | 8 | 07-2038 | George Del Valle v. Merck & Co., Inc. | 07-9560 |
| FLM | 8 | 07-2039 | Gerald Coulstring v. Merck & Co., Inc. | 07-9561 |
| FLM | 8 | 07-2040 | Virginia Camire v. Merck & Co., Inc. | 07-9562 |
| FLM | 8 | 07-2041 | Kenneth Ewert v. Merck & Co., Inc. | 07-9563 |
| FLM | 8 | 07-2042 | Anthony Franco v. Merck & Co., Inc. | 07-9564 |
| FLM | 8 | 07-2043 | Frank Giardullo v. Merck & Co., Inc. | 07-9565 |
| FLM | 8 | 07-2044 | Sharon Flowers, etc. v. Merck & Co., Inc. | 07-9566 |
| FLM | 8 | 07-2045 | Edward Zahka v. Merck & Co., Inc. | 07-9567 |
| FLM | 8 | 07-2046 | Randall Weisel v. Merck & Co., Inc. | 07-9568 |
| FLM | 8 | 07-2047 | Robert Wanek v. Merck & Co., Inc. | 07-9569 |
| FLM | 8 | 07-2048 | Ada Thompson v. Merck & Co., Inc. | 07-9570 |
| FLM | 8 | 07-2049 | Joseph Sokolik v. Merck & Co., Inc. | 07-9571 |
| FLM | 8 | 07-2050 | Kent Smith v. Merck & Co., Inc. | 07-9572 |
| FLM | 8 | 07-2051 | John Skidmore v. Merck & Co., Inc. | 07-9573 |
| FLM | 8 | 07-2052 | David Ramsey v. Merck & Co., Inc. | 07-9574 |
| FLM | 8 | 07-2053 | Camille Pravata v. Merck & Co., Inc. | 07-9575 |
| FLM | 8 | 07-2054 | Quiciano Perez v. Merck & Co., Inc. | 07-9576 |
| FLM | 8 | 07-2055 | Edith Frohlinger v. Merck & Co., Inc. | 07-9577 |

MDL No. 1657 - Schedule CTO-125 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION | CASE NO. EAST. DIST. OF LOUISIANA |
|---|---|---|
| **MARYLAND** | | |
| MD 1 07-3005 | James T. Currie v. Merck & Co., Inc. | 07-9578 |
| MD 1 07-3008 | James T. Westfall v. Merck & Co., Inc. | 07-9579 |
| MD 1 07-3009 | Joseph L. Cephas v. Merck & Co., Inc. | 07-9580 |
| MD 1 07-3013 | Constance Grimsley v. Merck & Co., Inc. | 07-9581 |
| MD 1 07-3023 | Yvonne Cooney v. Merck & Co., Inc. | 07-9582 |
| **MINNESOTA** | | |
| MN 0 07-4549 | Marlys Refsland v. Merck & Co., Inc. | 07-9583 |
| MN 0 07-4550 | Russell Refsland v. Merck & Co., Inc. | 07-9584 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 1 07-266 | Shirley Boyd, et al. v. Merck & Co., Inc. | 07-9585 |
| MSN 1 07-267 | Frank Barnes, et al. v. Merck & Co., Inc. | 07-9586 |
| MSN 1 07-268 | Charles Banks, et al. v. Merck & Co., Inc. | 07-9587 |
| MSN 1 07-269 | Alexander Johnson, et al. v. Merck & Co., Inc. | 07-9588 |
| MSN 1 07-270 | James L. Barnes, et al. v. Merck & Co., Inc. | 07-9589 |
| MSN 1 07-271 | Jeffrey Richardson, et al. v. Merck & Co., Inc. | 07-9590 |
| MSN 1 07-272 | Roy Acton, et al. v. Merck & Co., Inc. | 07-9591 |
| MSN 1 07-273 | Fred Blair, et al. v. Merck & Co., Inc. | 07-9592 |
| MSN 1 07-274 | Cary Brigman, et al. v. Merck & Co., Inc. | 07-9593 |
| MSN 1 07-275 | Mary Adams, et al. v. Merck & Co., Inc. | 07-9594 |
| MSN 1 07-276 | Annie Dees, et al. v. Merck & Co., Inc. | 07-9595 |
| MSN 1 07-277 | Leatrick Foster, et al. v. Merck & Co., Inc. | 07-9596 |
| MSN 1 07-278 | Bessie Williams, et al. v. Merck & Co., Inc. | 07-9597 |
| MSN 1 07-279 | Sherry Woods v. Merck & Co., Inc. | 07-9598 |
| MSN 1 07-280 | Tommie Lee Ivy v. Merck & Co., Inc. | 07-9599 |
| MSN 1 07-281 | John Allen, et al. v. Merck & Co., Inc. | 07-9600 |
| MSN 1 07-282 | Mary D. Atkinson, et al. v. Merck & Co., Inc. | 07-9601 |
| MSN 2 07-206 | Lallie Fly v. Merck & Co., Inc. | 07-9602 |
| MSN 2 07-207 | Robert Buttner, etc. v. Merck & Co., Inc. | 07-9603 |
| MSN 3 07-136 | Mamie Chism, et al. v. Merck & Co., Inc. | 07-9604 |
| MSN 3 07-137 | Ann Feathers, et al. v. Merck & Co., Inc. | 07-9605 |
| MSN 3 07-138 | Rual Hoop, et al. v. Merck & Co., Inc. | 07-9606 |
| MSN 3 07-139 | Albert Ray Harris, et al. v. Merck & Co., Inc. | 07-9607 |
| MSN 3 07-140 | Neal Anderson, et al. v. Merck & Co., Inc. | 07-9608 |
| MSN 3 07-141 | Jennifer Meredith, et al. v. Merck & Co., Inc. | 07-9609 |
| MSN 3 07-142 | Jennifer Baker, et al. v. Merck & Co., Inc. | 07-9610 |
| MSN 4 07-186 | Herron Thompson v. Merck & Co., Inc. | 07-9611 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3 07-650 | Frank Jordan v. Merck & Co., Inc. | 07-9612 |
| MSS 4 07-143 | Paul Porter, et al. v. Merck & Co., Inc. | 07-9613 |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-125)

J. Troy Andrews
ANDREWS LAW GROUP
3220 Henderson Blvd.
Tampa, FL 33609

Bryan F. Aylstock
AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 32501

Amanda M. Cialkowski
HALLELAND LEWIS NILAN & JOHNSON
220 South 6th Street, Suite 600
Minneapolist, MN 55402-4501

Joseph A. Conoscienti
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201-2978

Andrew L. Davick
MESHBESHER & SPENCE LTD
416 South Broadway
Rochester, MN 55904

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Alyson B. Jones
BUTLER SNOW O'MARA STEVENS &
CANNADA PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Frank George Lidinsky
8600 LaSalle Road, Suite 320
Baltimore, MD 21286

Maria Jose Moncada
SQUIRE SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

John Brian T. Murray, Jr.
SQUIRE SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Anthony J. Nemo
MESHBESHER & SPENCE LTD
1616 Park Avenue, South
Minneapolis, MN 55404

Dennis F. O'Brien
FOARD GISRIEL O'BRIEN & WARD LLC
29 W. Susquehanna Avenue
Suite 302
Towson, MD 21204

Ralph K. Rothwell, Jr.
MASLAN MASLAN ROTHWELL & O'BRIEN
7508 Eastern Avenue
Baltimore, MD 21224

Jason Lee Shelton
SHELTON & ASSOCIATES PA
218 North Spring Street
P.O. Box 1362
Tupelo, MS 38802-1362

Paul F. Strain
VENABLE LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2978

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN
546 Carondelet Street
New Orleans, LA 70130-3588

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 1657

## INVOLVED JUDGES LIST (CTO-125)

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue, 17th Floor
Tampa, FL 33602

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. James Maxwell Moody
U.S. District Judge
381 Richard Sheppard Arnold
U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. James S. Moody, Jr
U.S. District Judge
13A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal Building &
   U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
7A Edward A. Garmatz Federal Building &
   U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. William D. Quarles, Jr.
United States District Judge
3A Edward A. Garmatz Federal Building &
   U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Neal B. Biggers, Jr.
Senior U.S. District Judge
388 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

MDL No. 1657 - Involved Judges List (CTO-125) (Continued)

Hon. Michael P. Mills
Chief Judge, U.S. District Court
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Tom S. Lee
Senior U.S. District Judge
222 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION					MDL No. 1657

## INVOLVED CLERKS LIST (CTO-125)

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building
  & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

David Crews, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

David Crews, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

David Crews, Clerk
U.S. District Court
305 Main Street
Room 329
Greenville, MS 38701

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax:       [202] 502-2888<br>http://www.jpml.uscourts.gov |

December 17, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-125)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 29, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/
Docket Specialist

Attachments

cc: Transferee Judge:    Judge Eldon E. Fallon
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A