1               UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE: VIOXX PRODUCTS         *    MDL DOCKET NO. 1657
     LIABILITY LITIGATION          *
6                                  *
                                   *
7    THIS DOCUMENT RELATES TO      *    JULY 31, 2006, 8:30 A.M.
                                   *
8                                  *
     GERALD BARNETT V. MERCK       *    CASE NO. 06-CV-485-L
9     & CO., INC.                  *
     * * * * * * * * * * * * * * * *
10

11                             VOLUME I
12                   JURY TRIAL BEFORE THE
                   HONORABLE ELDON E. FALLON
13                 UNITED STATES DISTRICT JUDGE

14
     APPEARANCES:
15

16   FOR THE PLAINTIFF:           ROBINSON, CALCAGNIE & ROBINSON
                                  BY:  MARK P. ROBINSON JR., ESQ.
17                                620 NEWPORT CENTER DRIVE
                                  NEWPORT BEACH, CALIFORNIA 92660
18

19   FOR THE PLAINTIFF:           BEASLEY ALLEN CROW METHVIN
                                    PORTIS & MILES
20                                BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                  234 COMMERCE STREET
21                                POST OFFICE BOX 4160
                                  MONTGOMERY, ALABAMA 36103
22

23   FOR THE DEFENDANT:           BARTLIT BECK HERMAN
                                    PALENCHAR & SCOTT
24                                BY:  PHILIP S. BECK, ESQ.
                                    ANDREW L. GOLDMAN, ESQ.
25                                54 W. HUBBARD STREET, SUITE 300
                                  CHICAGO, ILLINOIS 60601

                             DAILY COPY

2

1

OFFICIAL COURT REPORTERS:    CATHY PEPPER, CCR, RPR, CRR
2                            TONI DOYLE TUSA, CCR, FCRR
                             500 POYDRAS STREET, ROOM HB-406
3                            NEW ORLEANS, LOUISIANA 70130
                             (504) 589-7778
4

5

6

7   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
    PRODUCED BY COMPUTER.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAILY COPY

1                          **I N D E X**

2                                                    PAGE

3
   JURY VOIR DIRE                                      4
4

5  PRELIMINARY INSTRUCTIONS                           76

6
   OPENING STATEMENTS
7       MARK P. ROBINSON JR., ESQ.                    86
        PHILIP S. BECK, ESQ.                         130
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          DAILY COPY

1          **MORNING SESSION**

2          **(JULY 31, 2006**)

3               (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

4     TRANSCRIBED BY TONI DOYLE TUSA, CCR, FCCR, OFFICIAL COURT

5     REPORTER.)

6               **THE DEPUTY CLERK:**  EVERYONE RISE.

7               **THE COURT:**  BE SEATED, PLEASE.  GOOD MORNING, LADIES

8     AND GENTLEMEN.  CALL THE CASE.

9               **THE DEPUTY CLERK:**  IN RE: VIOXX, MDL 1657, CIVIL

10    ACTION 06485, GERALD BARNETT VERSUS MERCK & CO., INC.

11              **THE COURT:**  COUNSEL, MAKE YOUR APPEARANCE FOR THE

12    RECORD AND INDICATE WHETHER YOU ARE READY TO PROCEED.

13              **MR. ROBINSON:**  MARK ROBINSON AND ANDY BIRCHFIELD FOR

14    MR. BARNETT.  WE ARE READY, YOUR HONOR.

15              **MR. BECK:**  PHIL BECK AND ANDY GOLDMAN FOR MERCK.  WE

16    ARE READY, YOUR HONOR.

17              **THE COURT:**  MEMBERS OF THE JURY, MY NAME IS ELDON

18    FALLON, AND I'M THE JUDGE WHO WILL PRESIDE OVER THE CASE.  I

19    FIRST APOLOGIZE FOR GETTING A LATE START.  WE HAD SOME

20    PROBLEMS, BUT WE WILL TRY TO PICK UP THE PACE A BIT.

21              I WANT TO BEGIN, ALSO, BY THANKING YOU FOR

22    PARTICIPATING IN THIS PROCESS.  I KNOW AND EVERYBODY -- BOTH

23    THE LITIGANTS, AS WELL AS THE LAWYERS AND THE COURT --

24    UNDERSTANDS THAT THIS IS AN IMPOSITION ON YOU.  YOU HAVE YOUR

25    LIVES TO LEAD.  YOU HAVE OTHER THINGS TO DO, OTHER THINGS THAT

1   YOU WISH YOU WERE DOING, OTHER THAN BEING HERE TODAY.  I KNOW
2   THAT AND I APPRECIATE IT.  YOU HAVE TO KNOW THAT THE COURT
3   APPRECIATES IT.
4                   WE ARE, AS A NATION, THE OLDEST DEMOCRATIC
5   REPUBLIC ON THE FACE OF THE EARTH, AND ONE OF THE REASONS IS
6   THAT OUR CITIZENS PARTICIPATE IN THE PROCESS.  YOU, BY YOUR
7   PRESENCE HERE TODAY, ARE SATISFYING ONE OF THE HIGHEST CALLINGS
8   OF CITIZENSHIP.  MANY PEOPLE SERVE IN THE MILITARY.  THEY SERVE
9   IN OTHER FUNCTIONS.  YOU HAVE AN OPPORTUNITY TO SERVE AS A
10  JUROR.  IT IS A HIGH CALLING AND IT IS A GREAT POWER, BUT WITH
11  THAT POWER COMES SOME DUTY AND RESPONSIBILITY.  I KNOW ALL OF
12  YOU THAT WILL BE CALLED TO THE JURY WILL LIVE UP TO THAT HIGH
13  TRADITION.
14                   LADIES AND GENTLEMEN, THIS IS A CIVIL CASE.
15  NOW, THE PLAINTIFF, GERALD BARNETT, HAS FILED SUIT AGAINST THE
16  DEFENDANT, MERCK & CO., INC., FOR DAMAGES WHICH HE ALLEGES TO
17  HAVE SUFFERED FROM A MYOCARDIAL INFARCTION, OTHERWISE KNOWN AS
18  A HEART ATTACK.  ON JANUARY 31, 2006, THE PLAINTIFF FILED HIS
19  LAWSUIT IN THIS COURT.  THE PLAINTIFF IN HIS SUIT CONTENDS THAT
20  HIS INJURIES WERE CAUSED IN WHOLE OR IN PART BY HIS USE OF
21  VIOXX, A DRUG MANUFACTURED BY THE DEFENDANT, MERCK & CO.  VIOXX
22  IS A PRESCRIPTION MEDICATION THAT WAS DESIGNED TO TREAT ACUTE
23  AND CHRONIC INFLAMMATION AND PAIN ASSOCIATED WITH
24  OSTEOARTHRITIS AND OTHER MUSCULOSKELETAL CONDITIONS.
25                   THE PLAINTIFF'S FIRST THEORY OF LIABILITY IS

1    THAT VIOXX WAS A DEFECTIVE PRODUCT BECAUSE MERCK FAILED TO

2    ADEQUATELY WARN THAT VIOXX COULD CAUSE OR INCREASE THE RISK OF

3    HEART ATTACKS.  THE PLAINTIFF'S SECOND THEORY OF LIABILITY IS

4    THAT MERCK NEGLIGENTLY FAILED TO WARN THAT VIOXX COULD CAUSE OR

5    INCREASE THE RISK OF A HEART ATTACK.  PLAINTIFF'S THIRD THEORY

6    OF LIABILITY IS THAT MERCK FRAUDULENTLY CONCEALED FACTS

7    CONCERNING VIOXX AND THAT SUCH CONCEALMENT CAUSED MR. BARNETT'S

8    INJURIES.

9         THE DEFENDANT MAINTAINS THAT THE PLAINTIFF'S

10   PHYSICIANS WERE ADEQUATELY WARNED ABOUT THE RISKS OF HEART

11   ATTACK ASSOCIATED WITH VIOXX.  FURTHER, THE DEFENDANT DENIES

12   THAT IT MADE ANY FALSE STATEMENTS CONCERNING VIOXX OR THAT IT

13   WILLFULLY DECEIVED ANYONE BY CONCEALING INFORMATION.  THE

14   DEFENDANT FURTHER DENIES THAT VIOXX CAUSED OR CONTRIBUTED TO

15   THE PLAINTIFF'S INJURIES.  INSTEAD, THE DEFENDANT CONTENDS THAT

16   THE CAUSE OF THE PLAINTIFF'S INJURIES WERE UNRELATED TO HIS USE

17   OF VIOXX.

18        EACH OF THE PARTIES, LADIES AND GENTLEMEN, HAS A

19   RIGHT TO HAVE THEIR CASE TRIED BY FAIR, QUALIFIED, AND

20   IMPARTIAL JURORS.  A QUALIFIED AND IMPARTIAL JURY IS ONE WHICH

21   IS RESPONSIBLE AND CAPABLE AND WILL WITHOUT FEAR, WITHOUT

22   FAVOR, BIAS, PREJUDICE, SYMPATHY, OR PASSION HEAR AND DECIDE

23   THE ISSUES TO BE TRIED OBJECTIVELY AND ONE WHICH WILL RENDER

24   ITS VERDICT BASED SOLELY ON THE EVIDENCE PRESENTED AT TRIAL AND

25   THE LAW APPLICABLE TO THE CASE AS GIVEN TO YOU BY THE COURT.

1              IT IS THE LAW THAT JURORS' QUALIFICATIONS AND

2    IMPARTIALITY MAY NOT BE ASSUMED WITHOUT SOME INQUIRY.  THIS

3    INQUIRY, WHICH IS ABOUT TO BE MADE, IS KNOWN AS THE VOIR DIRE

4    EXAMINATION.  IT IS A TIME-HONORED PROCESS BY WHICH THE

5    QUALIFICATIONS AND IMPARTIALITY OF PROSPECTIVE JURORS MAY BE

6    DETERMINED.  IT IS NOT INTENDED TO EMBARRASS OR IS NOT INTENDED

7    TO INTRUDE INTO YOUR PRIVATE LIFE.  IT IS SIMPLY A PROCESS

8    WHICH IS DESIGNED TO GIVE THE LAWYERS AND THE LITIGANTS AN

9    OPPORTUNITY TO SEE WHAT YOUR BACKGROUND IS, WHAT YOUR

10   EXPERIENCE IS, SO THAT THEY CAN MAKE SOME INTELLIGENT USE OF

11   WHAT WE CALL PEREMPTORY CHALLENGES; THAT IS TO SAY, CHALLENGES

12   WHICH THEY HAVE A RIGHT TO MAKE FOR ANY REASON OTHER THAN AN

13   ILLEGITIMATE OR IMPROPER REASON.  ITS PURPOSE IS TO DEVELOP THE

14   WHOLE TRUTH CONCERNING THE COMPETENCY OF EACH PROSPECTIVE

15   JUROR, HIS OR HER FRAME OF MIND, AND ABILITY TO DO HIS OR HER

16   SWORN DUTY IN ACCORDANCE WITH THE JUROR'S OATH.

17              THE ANSWERS TO THE QUESTIONS TO BE PUT TO YOU BY

18   THE COURT AND COUNSEL WILL NOT ONLY ENABLE THE COURT TO

19   DETERMINE WHETHER YOU SHOULD BE EXCUSED FOR CAUSE, EITHER BY

20   THE COURT'S OWN MOTION OR WHEN CHALLENGED BY THE PARTIES, BUT

21   WILL ALSO, AS I MENTIONED, ALLOW THE PARTIES TO MAKE

22   INTELLIGENT USE OF THEIR PEREMPTORY CHALLENGES.

23              NOW, YOU HAVE PREVIOUSLY ANSWERED A RATHER

24   EXTENSIVE JURY QUESTIONNAIRE.  I'VE REVIEWED THEM AND THE

25   ATTORNEYS FOR THE PARTIES HAVE ALSO HAD AN OPPORTUNITY TO

1   REVIEW AND STUDY THEM.  ALL OF US THANK YOU FOR THE TIME AND

2   EFFORT YOU EXPENDED ANSWERING THE QUESTIONNAIRE.  THIS WAS VERY

3   HELPFUL AND WILL SERVE TO ASSIST COUNSEL AND THE COURT IN

4   MAKING THE PROCESS MUCH SHORTER.  I HAVE ONLY A FEW QUESTIONS

5   TO ALL OF YOU.  I WILL ADDRESS THE QUESTIONS COLLECTIVELY TO

6   ALL OF YOU, BUT THEY SHOULD BE CONSIDERED AS DIRECTED TO YOU

7   INDIVIDUALLY.  IF ANY OF YOU SHOULD ANSWER ANY OF THE QUESTIONS

8   "YES," PLEASE RAISE YOUR HAND, STATE YOUR NAME AND NUMBER, AND

9   I WILL DISCUSS IT FURTHER WITH YOU.  NOW, I WILL REQUIRE THAT

10  YOUR ANSWERS BE GIVEN UNDER OATH, SO I WILL DIRECT MY COURTROOM

11  DEPUTY AT THIS TIME TO ADMINISTER THE OATH TO YOU.

12          (WHEREUPON, THE VENIRE WAS DULY SWORN.)

13          **THE COURT:**  I MIGHT ALSO SAY, MEMBERS OF THE JURY, IF

14  AT ANY TIME YOU WISH TO ADDRESS THE COURT OR SPEAK TO THE COURT

15  PRIVATELY, JUST RAISE YOUR HAND AND LET ME KNOW.  I WILL HAVE

16  YOU COME UP AND TALK IF THERE'S ANYTHING THAT YOU FEEL IS TOO

17  PERSONAL AND YOU DON'T WANT TO SPEAK IT OUT LOUD, EITHER WHEN

18  I'M ASKING THE QUESTIONS OR, FOR THAT MATTER, WHEN THE

19  ATTORNEYS DO, WHICH WILL BE SHORTLY.

20          FIRST, AS I SAID, LADIES AND GENTLEMEN, THIS IS

21  A CIVIL CASE.  IN A CIVIL CASE, THE PLAINTIFF HAS THE BURDEN OF

22  PROVING HIS CASE BY WHAT IS CALLED A PREPONDERANCE OF THE

23  EVIDENCE.  THAT SIMPLY MEANS THAT THE PLAINTIFF HAS TO PRODUCE

24  EVIDENCE WHICH, CONSIDERED IN LIGHT OF ALL FACTS, LEADS YOU TO

25  BELIEVE THAT WHAT HE CLAIMS IS MORE LIKELY TRUE THAN NOT TRUE.

1   IF THE PLAINTIFF FAILS TO MEET THIS BURDEN, THE VERDICT MUST BE
2   FOR THE DEFENDANT.
3                    FOR THOSE OF YOU WHO HAVE SAT ON CRIMINAL CASES,
4   YOU WILL HAVE HEARD OF PROOF BEYOND REASONABLE DOUBT.  THAT
5   REQUIREMENT DOES NOT EXIST IN A CIVIL CASE AND YOU SHOULD,
6   THEREFORE, PUT IT OUT OF YOUR MIND.  IS THERE ANYONE WHO IS
7   UNWILLING OR UNABLE TO FOLLOW THIS TIME-HONORED RULE OF LAW?
8                    WOULD YOU BE UNABLE OR UNWILLING TO FULLY PUT
9   ASIDE ANY FEELINGS OF SYMPATHY OR COMPASSION FOR THE PLAINTIFF
10  OR FOR THE DEFENDANT AND DECIDE THIS CASE SOLELY ON ITS MERITS
11  AND ACCORDING TO THE LAW AS I WILL EXPLAIN IT TO YOU?
12                   I MIGHT SAY THAT EVERYONE KNOWS THERE HAS BEEN
13  SOME MEDIA COVERAGE ABOUT THIS CASE, SPECIFICALLY, AND THE USE
14  OF VIOXX IN GENERAL.  YOU SHOULD KNOW THAT, UNDER THE LAW, IT
15  IS YOUR SWORN DUTY AND RESPONSIBILITY AS A JUROR TO BASE YOUR
16  DECISION SOLELY ON THE EVIDENCE PRESENTED IN THIS COURTROOM AND
17  THE LAW THAT I WILL GIVE TO YOU DURING THE COURSE OF THIS
18  TRIAL.  IF ANY PUBLICITY ABOUT THIS CASE OR SUBJECT HAS COME TO
19  YOUR ATTENTION BEFORE THIS MOMENT, YOU MUST STRIKE IT FROM YOUR
20  MINDS AND COMPLETELY DISREGARD IT.  DOES ANYONE HAVE ANY
21  PROBLEM WITH THAT INSTRUCTION?
22                   THE REASON FOR THAT, MEMBERS OF THE JURY, IS
23  OBVIOUS.  THIS CASE IS TO BE DECIDED IN COURT.  IT'S NOT TO BE
24  DECIDED IN THE PRESS.  IT'S NOT TO BE DECIDED OUT BEHIND THE
25  BARN OR SOMETHING OF THAT SORT.  PEOPLE TALK, AND THEY TALK

1 | LOOSELY.  SOMETIMES THE PRESS ONLY SEES PART OF IT.  YOUR
2 | DECISION MUST BE BASED ON THE FACTS AS THEY DEVELOP IN THIS
3 | COURTROOM.  THAT'S OUR SYSTEM AND IT'S A SACRED SYSTEM, AND I
4 | APPRECIATE YOU FOLLOWING IT.
5 |                I WOULD LIKE TO ASK COUNSEL FIRST TO RISE AND
6 | INTRODUCE THEMSELVES AND ALSO THEIR CLIENTS.
7 |           **MR. ROBINSON:**  YES.  I'M MARK ROBINSON.  THIS IS MY
8 | CO-COUNSEL, ANDY BIRCHFIELD.  THIS IS MY CLIENT, GERALD
9 | BARNETT.
10 |           **THE COURT:**  DOES ANYBODY KNOW ANY OF THESE FOLKS?
11 | HAVE YOU SEEN THEM BEFORE, HAVE ANYTHING TO DO WITH THEM, TALK
12 | WITH THEM, HAVE ANY BUSINESS DEALINGS OR EVEN PERSONAL AFFAIRS
13 | WITH THEM?  ANYONE REPRESENT YOU?  FROM THE DEFENDANT'S
14 | STANDPOINT.
15 |           **MR. BECK:**  GOOD MORNING.  MY NAME IS PHIL BECK, AND
16 | ANDY GOLDMAN IS MY PARTNER AND WE WILL BE WORKING TOGETHER.
17 | WITH US IS BRIGGS MORRISON, ONE OF THE SCIENTISTS FROM MERCK.
18 | HE WILL BE HERE FOR SOME OF THE TRIAL, BUT HAS OTHER DUTIES.
19 | HE WON'T BE HERE EVERY DAY.
20 |           **THE COURT:**  THE SAME QUESTION:  ANYONE KNOW ANY OF
21 | THESE INDIVIDUALS, SEEN THEM BEFORE, REPRESENT YOU IN ANY
22 | BUSINESS DEALINGS, ANYTHING OF THAT SORT?
23 |                IS ANYONE TAKING ANY MEDICATION WHICH WILL IN
24 | ANY WAY INTERFERE WITH SERVING AS A JUROR IN THIS CASE; THAT IS
25 | TO SAY, ANYTHING THAT MAKES YOU DROWSY, YOU CAN'T HEAR OR SEE

1    OR CONCENTRATE, ANYTHING OF THAT SORT?

2              **JUROR 108:**  SAMUEL CHAPMAN, 108.

3              **THE COURT:**  YOU'RE TAKING SOME MEDICATION?

4              **JUROR 108:**  YES, I AM.

5              **THE COURT:**  WOULD THIS INTERFERE WITH YOUR HEARING,

6    SEEING, OR PARTICIPATING IN THE TRIAL IN ANY WAY?

7              **JUROR 108:**  YES, IT SHOULD.

8              **THE COURT:**  DO YOU WANT TO COME FORWARD, SIR?

9              (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

10   THE BENCH.)

11             **THE COURT:**  MR. CHAPMAN, YOU'RE 108.  WHAT'S THE

12   PROBLEM THAT YOU HAVE, SIR?

13             **JUROR 108:**  I AM A DISABLED VETERAN AND I'M TAKING A

14   LOT OF MEDICATION FOR A SLEEP DISORDER.  I DIDN'T SLEEP AT ALL

15   LAST NIGHT.  I USUALLY TAKE IT, BUT I DIDN'T TAKE IT JUST TO BE

16   HERE.  I'VE BEEN DIAGNOSED WITH BIPOLAR, AND THE MEDICATION

17   THAT I'M TAKING SHOULD CAUSE OR WILL CAUSE SOME TYPE OF PROBLEM

18   ON A DAILY BASIS.  I HAVE A PRESCRIPTION FROM THE VA.

19             **THE COURT:**  MR. CHAPMAN, I'M GOING TO EXCUSE YOU FOR

20   CAUSE, BUT I DON'T WANT YOU TO LEAVE THE COURTROOM.  YOU ARE

21   GOING TO HAVE TO PARTICIPATE IN THE PROCESS, BUT YOU NEED NOT

22   ANSWER ANY QUESTIONS OR ANYTHING OF THAT SORT.  DO YOU

23   UNDERSTAND, SIR?

24             **JUROR 108:**  YES, SIR.

25             **THE COURT:**  JUST HAVE A SEAT AND WE'LL DEAL WITH IT.

DAILY COPY

1   OKAY.  THANK YOU VERY MUCH.

2             (WHEREUPON, JUROR 108 RETURNED TO HIS SEAT.)

3             **THE COURT:**  ANY QUESTIONS?

4             **MR. BECK:**  NO, SIR.

5             **MR. ROBINSON:**  NO, YOUR HONOR.

6                         * * *

7             **JUROR 80:**  JOHN MADERE, 80.  I TAKE PROZAC EVERY DAY.

8   I CAN'T CONCENTRATE.  I'VE HAD BACK SURGERIES, AND I TAKE

9   VICODIN.  IF I SIT FOR VERY LONG, I HAVE TO TAKE VICODIN.

10            **THE COURT:**  ANYBODY HAVE ANY QUESTIONS?

11            **MR. BECK:**  NO, SIR.

12            **MR. BIRCHFIELD:**  NO, SIR.

13            **MR. ROBINSON:**  DO YOU FEEL YOU CAN'T BE A JUROR

14  SITTING ON THIS CASE?

15            **JUROR 80:**  WELL, I LOSE CONCENTRATION.  I CAN'T STAY

16  WITH IT.

17            **MR. ROBINSON:**  BECAUSE OF THE PROZAC?

18            **JUROR 80:**  YES.

19            **MR. ROBINSON:**  OKAY.

20            **THE COURT:**  MR. MADERE, I'LL EXCUSE YOU, SIR, BUT I

21  ASK THAT YOU STAY IN THE COURTROOM.  I DON'T LIKE PEOPLE TO BE

22  LEAVING DURING THE TIME.  YOU CAN PARTICIPATE IN THE PROCESS,

23  BUT YOU NEED NOT ANSWER ANY QUESTIONS OR ANYTHING.  STAY WITH

24  US.

25            (WHEREUPON, JUROR 80 RETURNED TO HIS SEAT.)

DAILY COPY

```
 1                                    * * *
 2              JUROR 92:  I'VE GOT AN ATTACK OF POISON OAK AND I'M
 3    TAKING BENADRYL, 50 MILLIGRAMS OF THAT.  PLUS, I TAKE UNISOM AT
 4    NIGHT, AND I FREQUENTLY TRY TO FALL ASLEEP DURING THE DAY.  THE
 5    PILLS THAT I TAKE ARE CAPSULES, AND THEN THE SPRAY THAT I PUT
 6    ON ALSO HAS BENADRYL IN IT.
 7              THE COURT:  HOW LONG HAVE YOU HAD THAT?
 8              JUROR 92:  WHILE I'M TALKING TO YOU, JUDGE, I HAVE
 9    DIFFICULTY HEARING YOU.  I CAN HEAR YOU BECAUSE YOU ARE
10    SPEAKING INTO THE MICROPHONE, BUT I HAVE THE HEARING AID ON,
11    AND WHEN PEOPLE AREN'T AT THE MICROPHONE I CAN'T HEAR.
12              MR. ROBINSON:  I HAVE NO OBJECTION.
13              JUROR 92:  I TRY TO DO MY BEST.
14              THE COURT:  OKAY.  MR. GROSSIMON, WE'LL EXCUSE YOU,
15    SIR.  YOU CAN STAY HERE.  DON'T LEAVE RIGHT NOW.  WE ARE GOING
16    TO EXCUSE YOU EVENTUALLY.
17              JUROR 92:  EVENTUALLY, WHEN I'M EXCUSED, I GO BACK
18    DOWN TO THE JURY ROOM?
19              THE COURT:  YES.
20              MR. BECK:  YOU DON'T HAVE TO RAISE YOUR HAND.  YOU
21    ARE ALREADY GOING TO BE EXCUSED.
22              THE COURT:  DO YOU UNDERSTAND THAT, SIR?  I DON'T
23    WANT TO LET PEOPLE LEAVE ONCE I START DOING THAT.  IT'S A
24    PROBLEM.
25              JUROR 92:  I UNDERSTAND.
```

1        **THE COURT:**  JUST SIT DOWN.

2        **JUROR 92:**  I PROBABLY COULD SERVE ON A TRIAL THAT I

3    COULD HEAR BETTER, A SHORTER TRIAL OR SOMETHING.  I'M NOT

4    TRYING TO GET OUT OF IT TOTALLY.

5        (WHEREUPON, JUROR 92 RETURNED TO HIS SEAT.)

6                              * * *

7        **THE COURT:**  I DON'T LIKE THEM COMING FORWARD ALL THE

8    TIME, BUT WITH MEDICATION YOU FIND PEOPLE DON'T WANT TO SAY

9    "I'M TAKING PROZAC" OR SUCH-AND-SUCH.  IT'S JUST A PROBLEM.  I

10   RESPECT THEIR PRIVACY.

11                             * * *

12       **JUROR 115:**  I TAKE CARBATROL AND BACLOFEN FOR

13   NEURALGIA IN MY FACE, AND SOMETIMES IT MAKES ME DROWSY.

14       **THE COURT:**  HOW ABOUT NOW?

15       **JUROR 115:**  I TOOK IT, YES, BEFORE COMING, YES.  I

16   HAVE SLEEP APNEA, SO SOMETIMES I GO TO SLEEP WHEN I SIT DOWN.

17   IF IT'S QUIET, IT MAKES ME REALLY SLEEPY.

18       **THE COURT:**  LET'S SEE HOW IT GOES, MS. PLAISANCE.

19   WE'LL SEE.  WE'LL TAKE THAT INTO CONSIDERATION.  HANG IN THERE

20   WITH US A LITTLE WHILE AND LET'S SEE HOW WE ARE DOING.  THANK

21   YOU FOR COMING TODAY, TOO.  I APPRECIATE IT.

22       **JUROR 115:**  THANK YOU.

23       (WHEREUPON, JUROR 115 RETURNED TO HER SEAT.)

24                             * * *

25       **THE COURT:**  LET'S PLAY THAT BY EAR.  THANK YOU VERY

1   MUCH.

2            (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

3   OPEN COURT.)

4            **THE COURT:**  MEMBERS OF THE JURY, AS I MENTIONED IN

5   THE QUESTIONNAIRE, THIS CASE IS SCHEDULED TO BE COMPLETED IN

6   TWO, TWO AND A HALF, THREE WEEKS.  TWO TO THREE WEEKS.  WE'LL

7   START ABOUT 8:30 IN THE MORNING.  WHEN WE SAY 8:30, WE WILL

8   START AROUND THAT TIME.  IT'S NOT GOING TO BE A DELAY.  WE'LL

9   WORK UNTIL ABOUT 5:30 IN THE AFTERNOON.  WE'LL TAKE A BREAK FOR

10  LUNCH.  WE'LL TAKE A COUPLE BREAKS, ONE IN THE MORNING AND ONE

11  IN THE AFTERNOON.  NONE OF THE PARTIES WANT TO, NECESSARILY,

12  BUT IT MIGHT BE NECESSARY FOR US TO WORK AT LEAST PART TIME ON

13  A SATURDAY.

14            AT THIS TIME I WOULD LIKE TO JUST GO DOWN THE

15  LIST, AT LEAST FOR A NUMBER OF YOU, AND ASK IF YOU WOULD STAND

16  UP, GIVE US YOUR NAME, YOUR JUROR NUMBER, WHICH PARISH YOU LIVE

17  IN, HOW LONG YOU'VE LIVED THERE, WHETHER YOU WORK, AND WHAT

18  YOUR DUTIES AND RESPONSIBILITIES OF YOUR JOB ARE.

19            JUROR 1, WHY DON'T YOU START THE PROCESS.  GIVE

20  US YOUR NAME AND JUROR NUMBER.

21            **JUROR 1:**  LUIS CONTRERAS, 1.  I LIVE IN

22  ORLEANS PARISH, BEEN LIVING IN ORLEANS PARISH ABOUT FOUR YEARS,

23  AND I WORK IN THE CBD.

24            **THE COURT:**  WHAT DO YOU DO, SIR?

25            **JUROR 1:**  FINANCIAL ANALYST.

```
 1          THE COURT:  WHAT'S YOUR RESPONSIBILITIES AS A
 2   FINANCIAL ANALYST?  WHAT IS YOUR DAY-TO-DAY JOB?
 3          JUROR 1:  WELL, TO PREPARE THE FINANCIAL STATEMENTS
 4   FOR AN OIL AND GAS COMPANY.
 5          THE COURT:  WHO DO YOU WORK FOR, SIR?
 6          JUROR 1:  ENERGY PARTNERS.
 7          THE COURT:  HOW LONG HAVE YOU BEEN DOING THAT?
 8          JUROR 1:  ABOUT SEVEN YEARS.
 9          THE COURT:  HOW FAR DID YOU GO IN SCHOOL?
10          JUROR 1:  MASTER'S.
11          THE COURT:  DOES YOUR WIFE WORK OUTSIDE OF THE HOME?
12   ARE YOU MARRIED?
13          JUROR 1:  WELL, I'M MARRIED AND I HAVE TWO CHILDREN,
14   A ONE-YEAR-OLD AND A FOUR-YEAR-OLD.  SHE STAYS HOME AND RAISES
15   THEM.
16          THE COURT:  OKAY.  THANK YOU.  YES, SIR.
17          JUROR 4:  JUROR 4, WINDELL GRAYSON.  I STAY IN
18   ORLEANS PARISH.
19          THE COURT:  HOW LONG HAVE YOU LIVED THERE, SIR?
20          JUROR 4:  ALL MY LIFE.
21          THE COURT:  ARE YOU EMPLOYED?
22          JUROR 4:  YES, I AM, WITH RM CONTRACTORS.
23          THE COURT:  WHAT DO YOU DO FOR THEM, SIR?
24          JUROR 4:  I DELIVER HEAVY EQUIPMENT IN THE LOUISIANA
25   AREA.
```

```
 1              THE COURT:  WHAT'S THE NATURE AND EXTENT OF YOUR

 2   FORMAL EDUCATION?

 3              JUROR 4:  CRIMINAL JUSTICE DEGREE.

 4              THE COURT:  WHAT DOES THAT MEAN?

 5              JUROR 4:  JUST WENT TO SCHOOL FOR JUST KNOWING A

 6   LITTLE BIT ABOUT THE LAW.

 7              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  YES,

 8   SIR.

 9              JUROR 5:  REGINALD HARRIS, JUROR 5.  I AM A RETIRED

10   EDUCATOR, ALL MY LIFE IN ORLEANS PARISH.  FOUR CHILDREN, FOUR

11   DAUGHTERS, GROWN; FOUR GRANDSONS.  I WAS A TEACHER IN

12   ORLEANS PARISH, AND I WORKED AS A SUPERVISOR FOR MANY YEARS

13   WITH THE LOUISIANA STATE DEPARTMENT OF EDUCATION.

14              THE COURT:  WERE YOU ASSIGNED TO A PARTICULAR SCHOOL,

15   SIR?

16              JUROR 5:  I LEFT THE SCHOOL SYSTEM AT ONE TIME, AND I

17   WAS ASSIGNED TO CARVER HIGH SCHOOL IN THE LOWER NINTH WARD.  20

18   YEARS LATER I WENT BACK, AFTER WORKING FOR THE STATE, FOR

19   REASSIGNMENT TO THE SAME SPOT.

20              THE COURT:  ARE YOU MARRIED?

21              JUROR 5:  MARRIED.  MY WIFE CURRENTLY IS A MATH

22   CONSULTANT.  I'M RETIRED.  SHE'S SEMIRETIRED.  SHE CANNOT STOP.

23              THE COURT:  THANK YOU VERY MUCH.  YES, SIR.

24              JUROR 20:  ROBERT HAMMOND, JUROR 20.  I WAS BORN IN

25   NEW ORLEANS, THEN RESIDED IN ST. BERNARD PARISH ABOUT 25 YEARS,
```

1    UP UNTIL HURRICANE KATRINA.  AFTER 11 FEET OF WATER, I'VE BEEN

2    LIVING IN TANGIPAHOA PARISH.  I JUST BOUGHT A HOUSE -- WELL,

3    BUILT A HOUSE AND BEEN LIVING IN IT ABOUT FIVE WEEKS NOW IN

4    TANGIPAHOA PARISH, PONCHATOULA.  I REPRESENT THE IBW LOCAL

5    UNION 130.  I'M THE BUSINESS MANAGER.  I HAVE ABOUT 1,100

6    ACTIVE ELECTRICIANS WORKING OUT THERE NOW, ABOUT 400 TRAVELING

7    BROTHERS FROM AROUND THE COUNTRY WORKING NOW, AND ABOUT 500

8    RETIREES.  I'M MARRIED.

9              **THE COURT:**  DOES YOUR SPOUSE WORK OUTSIDE OF THE

10   HOME?

11             **JUROR 20:**  MY SPOUSE WORKS FOR OUR APPRENTICESHIP.

12             **THE COURT:**  ALL RIGHT.  THANK YOU.  YES, MA'AM.

13             **JUROR 22:**  HEY.  I'M ALTHEA CLARK AND I'M JUROR 22.

14   I LIVE IN ST. CHARLES PARISH.  I'VE BEEN OUT THERE 17 YEARS.

15   I'M MARRIED AND MY HUSBAND WORKS.  I'M RETIRED.

16             **THE COURT:**  WHAT DID YOU DO BEFORE YOU RETIRED?

17             **JUROR 22:**  I WORKED FOR TULANE UNIVERSITY HOSPITAL IN

18   THEIR FINANCE DEPARTMENT.

19             **THE COURT:**  THANK YOU VERY MUCH.  YES, SIR.

20             **JUROR 24:**  MY NAME IS JOSEPH LEBLANC.  I'M JUROR 24.

21   I WORK FOR A RENTAL COMPANY DELIVERING HEAVY EQUIPMENT ALL OVER

22   THE STATE AND EVERYWHERE.  I'M MARRIED, FOUR KIDS.  MY WIFE,

23   SHE WORKS AT A TRUCK STOP.

24             **THE COURT:**  THANK YOU, SIR.

25             **JUROR 27:**  I'M RONNIE GRIFFIN, JUROR 27.  ST. JAMES

1    PARISH.  BORN AND RAISED IN LUTCHER, LOUISIANA.  MARRIED.

2    THREE CHILDREN.  MY WIFE IS EMPLOYED AT LOUISIANA TECHNICAL

3    COLLEGE IN THE RIVER PARISHES, RESERVE.  I WORK FOR MOSAIC,

4    INC., FORMERLY INT, FOR 37 YEARS, PRODUCTION SUPERVISOR.  I

5    COORDINATE THE MAINTENANCE WORK IN MY PART OF THE PLANT.

6              **THE COURT:**  THANK YOU VERY MUCH.

7              **JUROR 33:**  JULES COCO.  I BELIEVE I'M JUROR 33.  I

8    GOT DISTRACTED WHEN THEY WERE GIVING THE NUMBERS OUT.  I WAS

9    BORN IN NEW ORLEANS, LIVED IN ST. TAMMANY PARISH 49 YEARS.  I'M

10   CURRENTLY WORKING FOR AN ENGINEERING FIRM DOING CONSTRUCTION

11   INSPECTION ON THE NEW BAY ST. LOUIS BRIDGE IN BAY ST. LOUIS,

12   MISSISSIPPI.  MARRIED.  FIVE CHILDREN.  MY WIFE IS AN EDUCATOR

13   IN ST. TAMMANY PARISH.

14             **THE COURT:**  FINE.  THANK YOU VERY MUCH, SIR.  YES,

15   SIR.

16             **JUROR 35:**  PAUL HELMERS, JUROR 35.  I WAS BORN IN

17   NEW ORLEANS.  I LIVED IN ST. BERNARD PARISH 25 YEARS.  RECENTLY

18   I-- WELL, I MOVED 10 YEARS AGO TO ST. TAMMANY.  I'M A NETWORK

19   MANAGER FOR BELLSOUTH WITH 39 YEARS SERVICE.  MY WIFE IS A

20   HOMEMAKER.  I HAVE TWO GROWN SONS.

21             **THE COURT:**  THANK YOU VERY MUCH.  YES, MA'AM.

22             **JUROR 36:**  MARIA YVONNE MADERE, 36.  I'VE LIVED IN

23   MANDEVILLE, ST. TAMMANY PARISH, FOR 20 YEARS.  I'M A PART-TIME

24   CPA FOR MY HUSBAND'S BUSINESS.  HE IS AN ORTHODONTIST.  I HAVE

25   TWO CHILDREN.

1            THE COURT:  THANK YOU, MA'AM.

2            JUROR 38:  HENRY STRAIN, 38, BORN AND RAISED IN

3   ST. TAMMANY PARISH.  WIFE WORKS OUTSIDE.  I HAVE TWO KIDS, TWO

4   GRANDKIDS.  I'M DISABLED.  GED IS THE EDUCATION.

5            THE COURT:  THANK YOU, SIR.

6            JUROR 43:  RAOUL DOMINIQUE, 43.  I LIVE IN

7   TERREBONNE PARISH.  WORKING FOR A SAFETY COMPANY FOR THE OIL,

8   FUEL INDUSTRY.  MY WIFE WORKS OUTSIDE THE HOME.  I HAVE THREE

9   GROWN CHILDREN, THREE GRANDCHILDREN.

10           THE COURT:  THANK YOU, SIR.

11           JUROR 44:  JERMAINE JACKSON, 44.

12           THE COURT:  JUST TELL ME WHERE YOU LIVE, WHICH PARISH

13  YOU LIVED IN.

14           JUROR 44:  TERREBONNE PARISH, HOUMA, JANITORIAL.

15           THE COURT:  WHAT DO YOU DO FOR A LIVING, SIR?

16           JUROR 44:  JANITORIAL.  TERREBONNE PARISH, 24 YEARS.

17  SIX YEARS I'VE BEEN IN OKLAHOMA WITH JOB CORPS.  AFTER THAT,

18  TEXAS.  I WAS MARRIED, BUT I'M DIVORCED NOW.

19           THE COURT:  OKAY.

20           JUROR 44:  I WENT TO TENNESSEE.

21           THE COURT:  YOU WENT TO TENNESSEE?

22           JUROR 44:  YES, AND I'M BACK HERE.

23           THE COURT:  WHEN DID YOU GET BACK?

24           JUROR 44:  AROUND 2001.

25           THE COURT:  YOU LIVE IN HOUMA, YOU SAID?

DAILY COPY

1        **JUROR 44:**  (NODS HEAD)

2        **THE COURT:**  THANK YOU, SIR.

3        **JUROR 45:**  ANTHONY NAQUIN, 45.  I'VE LIVED IN

4   TERREBONNE PARISH ALL MY LIFE.  I HAVE TWO KIDS.  I HAVE AN

5   EIGHTH-GRADE EDUCATION.

6        **THE COURT:**  WHAT DO YOU DO FOR A LIVING, SIR?

7        **JUROR 45:**  I'M RETIRED, WILLIAM ZACHARY.

8        **JUROR 52:**  JOHN FAZENDE, 52.  BORN AND RAISED,

9   JEFFERSON PARISH.  MARRIED.  ONE CHILD.  WIFE IS A HOMEMAKER.

10  WORKING IN JEFFERSON PARISH.

11       **THE COURT:**  THANK YOU VERY MUCH.

12       **JUROR 59:**  JUROR 59, MARY CAVELL, LAFOURCHE PARISH.

13  I TEACH AND COACH IN LAFOURCHE PARISH, 23 YEARS TOTAL.  BORN IN

14  LAFAYETTE PARISH.

15       **THE COURT:**  ARE YOU MARRIED, WIDOWED, SINGLE?

16       **JUROR 59:**  I'M SINGLE.

17       **THE COURT:**  LET'S JUST DO THE FIRST ROW.  YES, MA'AM.

18       **JUROR 60:**  PHYLLIS GUIDRY, JUROR 60.  I LIVE IN

19  LAFOURCHE PARISH, BORN AND RAISED ALL MY LIFE THERE, AND I AM A

20  RECEPTIONIST FOR A LOCAL OPTOMETRIST.

21       **THE COURT:**  THANK YOU VERY MUCH.

22       **JUROR 62:**  PHILLIP SADLER, JUROR 62, ORIGINALLY FROM

23  TENNESSEE.  I'VE BEEN LIVING IN LAFOURCHE PARISH ABOUT 45

24  YEARS.  I WORK FOR BOLLINGER SHIPYARDS, LOCKPORT.  MY WIFE

25  WORKS FOR NORTH AMERICAN SHIPBUILDING, LAROSE.

1       THE COURT:  THANK YOU, SIR.

2       JUROR 63:  MIKE ZERINGUE, JUROR 63, FROM LAFOURCHE

3  PARISH, BEEN THERE ALL MY LIFE.  TWO SONS, THREE GRANDSONS.  MY

4  WIFE IS A SCHOOLTEACHER.  I'M EMPLOYED WITH CHERAMIE MARINE,

5  PORT CAPTAIN.

6       JUROR 65:  HULEN BROWN, JUROR 65.  I'VE BEEN IN

7  NEW ORLEANS FOUR YEARS.  I'M MARRIED.  I HAVE NINE CHILDREN, 20

8  GRANDCHILDREN, AND I HAVE A MASTER'S DEGREE.

9       THE COURT:  DOES YOUR SPOUSE WORK OUTSIDE THE HOME?

10      JUROR 65:  HE IS PASTOR AT A LOCAL CHURCH.

11      THE COURT:  WHERE DO YOU WORK?

12      JUROR 65:  I'M RETIRED.

13      THE COURT:  WHAT DID YOU DO BEFORE?

14      JUROR 65:  A NUMBER OF THINGS.  THE LAST THING, I

15  TAUGHT AT A COMMUNITY COLLEGE, SOCIOLOGY.

16      JUROR 72:  PAM PICCIOLA.  I WAS LIVING IN

17  ORLEANS PARISH BEFORE KATRINA, CURRENTLY IN JEFFERSON, AND I'M

18  A PARALEGAL AT PHELPS DUNBAR.  I'M SINGLE.

19      JUROR 75:  LINDA GALLOWAY, 75.  I LIVE IN PLAQUEMINES

20  PARISH.  I AM MARRIED, TWO GROWN DAUGHTERS, A GORGEOUS

21  GRANDSON.  I WORK FOR WORKFORCE INVESTMENT ACT.

22      JUROR 76:  DANIEL CHAUVIN, JUROR 76.  I LIVE IN

23  ST. CHARLES PARISH.  I DO PARALEGAL WORK FOR CRONVICH &

24  CRONVICH IN NEW ORLEANS.  I'M MARRIED.  TWO CHILDREN, SIX

25  GRANDCHILDREN.

1              **THE COURT:**  DOES YOUR WIFE WORK OUTSIDE THE HOME?

2              **JUROR 76:**  YES, SHE DOES.  SHE WORKS FOR TULANE LAW

3    SCHOOL.

4              **THE COURT:**  I THINK I'M GOING TO ALLOW THE ATTORNEYS

5    NOW TO ASK SOME QUESTIONS IF THEY WOULD LIKE TO.

6              **MR. ROBINSON:**  THANK YOU, YOUR HONOR.  GOOD MORNING.

7    AS YOU HEARD, I REPRESENT JERRY BARNETT.  ON BEHALF OF

8    MR. BARNETT AND MYSELF AND MR. BIRCHFIELD, WE REALLY THANK YOU,

9    ALL OF YOU -- AND I'M SURE THE DEFENSE WILL SAY THE SAME

10   THING -- FOR SITTING HERE THROUGH THIS PROCESS.  WE UNDERSTAND

11   THAT YOU HAVE BUSY LIVES AND THINGS AT HOME TO TAKE CARE OF.

12   WE APPRECIATE THAT YOU ARE GIVING US THIS TIME.

13             ONE OTHER THING I WANT TO SAY IS THAT YOU

14   UNDERSTAND THIS PROCESS IS A PROCESS WHERE WE ARE TRYING TO

15   FIND A GROUP OF IMPARTIAL JURORS.  NOW, DOES THAT MEAN THAT

16   SOMETHING BAD HAPPENS BECAUSE YOU ARE EXCUSED?  NO.  WHAT IT

17   MEANS IS THAT WE ALL, IN LIFE, HAVE LITTLE BIASES THAT WE HAVE,

18   AND MAYBE WE HAVE LOYALTIES TO CERTAIN THINGS AND OTHER PEOPLE

19   DON'T HAVE LOYALTIES.

20             I'LL GIVE YOU AN EXAMPLE.  I HAVE A BROTHER WHO

21   IS A COACH.  HE COACHES FOOTBALL.  WHEN HIS TEAM COMES TO

22   NEW ORLEANS TO PLAY TULANE, I'M GOING TO HAVE TO ROOT FOR MY

23   BROTHER'S TEAM.  OR EVEN WITH LSU, THE SAME THING:  I'M GOING

24   TO HAVE TO ROOT FOR MY BROTHER'S TEAM.  I GUESS YOU WOULD SAY

25   I'M BIASED FOR MY BROTHER'S TEAM.  I JUST HOPE THAT DOESN'T

1    BIAS YOU AGAINST ME.  IN ANY EVENT, THAT DOESN'T MAKE ME BAD
2    BECAUSE I HAVE A LOYALTY TO MY BROTHER'S TEAM.
3                    I THINK THAT'S REALLY WHAT WE ARE TALKING ABOUT
4    HERE.  YOU MAY HAVE EXPERIENCES THAT ARE UNIQUE TO YOU, OR YOU
5    MAY KNOW SOMEBODY THAT KNOWS MR. BARNETT, OR YOU KNOW PEOPLE AT
6    MERCK.  WE WOULD LIKE TO KNOW THOSE THINGS ABOUT YOU, SO THAT'S
7    WHAT THIS PROCESS IS ABOUT.
8                    WHAT I'M GOING TO DO HERE IS THIS.  I'M GOING TO
9    ASK SOME GENERAL QUESTIONS OF ALL OF YOU, AND THEN WHAT I WILL
10   DO IS -- LIKE JUDGE FALLON SAID, IF YOUR ANSWER IS "YES" TO THE
11   QUESTIONS, I WANT YOU TO RAISE YOUR HAND AND THEN GIVE YOUR
12   NAME AND YOUR NUMBER.  I'M PROBABLY NOT GOING TO ASK FURTHER
13   QUESTIONS AT THIS TIME ON THOSE GENERAL QUESTIONS.  THEN I WILL
14   ASK SOME SPECIFIC QUESTIONS OF INDIVIDUAL JURORS JUST FROM
15   LOOKING AT YOUR QUESTIONNAIRES.
16                    YOU HEARD THE JUDGE GIVE THE BURDEN OF PROOF IN
17   THE CIVIL CASE AS A PREPONDERANCE OF THE EVIDENCE.  IT'S NOT
18   BEYOND A REASONABLE DOUBT LIKE A CRIMINAL CASE.  IS THERE
19   ANYBODY HERE WHO IS GOING TO HOLD MR. BARNETT TO A HIGHER
20   STANDARD, IN OTHER WORDS, THAN THE PREPONDERANCE LEVEL OF
21   PROOF?
22                    IS THERE ANYBODY HERE WHO HAS A BELIEF OR A
23   PERSONAL OPINION THAT THEY JUST CAN'T AWARD DAMAGES IN A
24   PERSONAL INJURY CASE FOR PAIN AND SUFFERING EVEN IF THEY FIND
25   THAT THE DEFENDANT IS RESPONSIBLE AND LIABLE?  GOOD.

DAILY COPY

1           IS THERE ANYONE HERE WHO BELIEVES THAT IT'S

2   ACCEPTABLE FOR A PHARMACEUTICAL COMPANY TO PUT A DRUG ONTO THE

3   MARKET WITHOUT KNOWING THE SERIOUS SIDE EFFECTS?

4           IS THERE ANYONE HERE WHO BELIEVES THAT IF THE

5   FDA APPROVED A NEW DRUG THAT THAT ENSURES THE SAFETY OF THE

6   DRUG?  SO YOU'RE WILLING TO LISTEN TO EVIDENCE ABOUT THE DRUG

7   EVEN THOUGH THE FDA DID APPROVE THIS DRUG?  FAIR ENOUGH.  OKAY.

8           IS THERE ANYONE HERE WHO BELIEVES THAT THERE MAY

9   NOT BE MULTIPLE CAUSES OF AN INJURY?  MAYBE I CAN EXPLAIN.  FOR

10  EXAMPLE, LET'S SAY THERE IS AN AUTO ACCIDENT, AND ONE OF THE

11  CAUSES IS INATTENTION OF THE DRIVER AND ANOTHER CAUSE IS BAD

12  BRAKES.  THEY WORK TOGETHER TO COME TO CAUSE THE CRASH.  SO

13  DOES ANYBODY HAVE ANY PROBLEM WITH THAT CONCEPT, THAT YOU COULD

14  HAVE MULTIPLE CAUSES THAT WORK TOGETHER TO BRING ABOUT AN

15  ACCIDENT OR AN INJURY?  OKAY.

16          ANYBODY HERE WHO, FOR EXAMPLE, WHEN YOU'RE

17  TALKING ABOUT A DRUG MADE BY A PHARMACEUTICAL COMPANY, THAT

18  BELIEVES THAT THEY COULD NOT FIND THAT MAYBE THAT A DRUG WORKED

19  WITH A PERSON'S PREEXISTING RISK FACTORS TO COMBINE TO CAUSE A

20  PARTICULAR INJURY?  SO YOU WILL KEEP AN OPEN MIND ON THAT

21  ISSUE, IN GENERAL?  THAT'S GOOD.

22          NOW, I DON'T KNOW IF THIS IS TRUE, BUT I HAVE TO

23  ASK THESE QUESTIONS.  IS THERE ANYBODY HERE THAT THINKS THAT

24  THE MAJORITY OF LAWSUITS AGAINST PHARMACEUTICAL COMPANIES ARE

25  UNJUSTIFIED?  ANYBODY HAVE A LOYALTY TO PHARMACEUTICAL

DAILY COPY

1    COMPANIES THAT MAKES THEM FEEL THAT REALLY THEY CAN'T FIND

2    AGAINST MERCK IN THIS CASE EVEN IF THE EVIDENCE PROVED WHAT THE

3    JUDGE SAYS THE STANDARD OF LIABILITY IS?  OKAY.

4                    IS THERE ANYONE WHO HAS A PERSONAL BELIEF THAT

5    LAWSUITS AGAINST PHARMACEUTICAL COMPANIES DO MORE HARM THAN

6    GOOD, ANY BUSINESS BELIEFS LIKE THAT?  OKAY.

7                    WELL, THOSE ARE MY GENERAL QUESTIONS.  I DON'T

8    KNOW.  YOU GUYS ARE ALL PRETTY QUIET, SO I'M GOING TO ASSUME I

9    DID OKAY OR WE DID OKAY.  WHAT I WILL DO NOW IS JUST ASK SOME

10   SPECIFIC QUESTIONS ABOUT SOME OF THE POINTS THAT YOU RAISED IN

11   YOUR QUESTIONNAIRES.

12                   I'LL START WITH YOU, MR. CONTRERAS.  THE JUDGE

13   TALKED TO YOU ABOUT YOUR COMPANY, EPL; IS THAT RIGHT?

14           **JUROR 1:**  YES.

15           **MR. ROBINSON:**  I NOTICED IN YOUR QUESTIONNAIRE YOU

16   ACTUALLY REFERRED US TO THE WEBSITE FOR EPL.  DO YOU REMEMBER

17   DOING THAT?

18           **JUROR 1:**  YES.

19           **MR. ROBINSON:**  I WENT TO YOUR WEBSITE, AND I SAW THAT

20   THERE IS SOME SORT OF A MERGER GOING ON WITH A COMPANY CALLED

21   STONE.

22           **JUROR 1:**  STONE ENERGY OUT OF LAFAYETTE.

23           **MR. ROBINSON:**  THIS IS A PRETTY BIG MERGER?

24           **JUROR 1:**  YES.

25           **MR. ROBINSON:**  YOU SAID YOU HAVE A FAIRLY PRINCIPAL

1   ROLE IN THAT?

2             **JUROR 1:**  YES.

3             **MR. ROBINSON:**  WHAT DOES YOUR ROLE INVOLVE?

4             **JUROR 1:**  PUTTING TOGETHER THE FINANCIAL STATEMENTS

5   FOR THE COMBINED COMPANIES, LOOKING FOR INTEGRATION POINTS FOR

6   THE NEW ORLEANS COMPANY AND THE LAFAYETTE COMPANY, HELPING TO

7   INTEGRATE THE ACCOUNTING STAFF.  SO IT'S A LOT OF DIFFERENT

8   POINTS.

9             **MR. ROBINSON:**  NOW, IF YOU WERE HERE FOR THREE WEEKS,

10  IS THAT GOING TO CAUSE A PROBLEM FOR YOUR COMPANY OR FOR YOU?

11            **JUROR 1:**  I'VE TALKED TO THEM AND THEY HAVE ALLOWED

12  ME TO BE HERE.  THEY SAID THEY WOULD WORK WITH ME.

13            **MR. ROBINSON:**  SO THE COMPANY IS OKAY WITH THAT?

14            **JUROR 1:**  UH-HUH.

15            **MR. ROBINSON:**  GOOD.  NOW, I MADE SOME NOTES.  YOU

16  SAID THERE WAS A POSSIBLE CONNECTION BETWEEN YOU AND A

17  BAUMGARTNER?

18            **JUROR 1:**  THAT'S CORRECT.  I DON'T KNOW IF THERE IS A

19  CONNECTION.  JOHN BAUMGARTNER IS A MEMBER OF THE BOARD OF

20  DIRECTORS OF OUR COMPANY.  I DON'T KNOW IF THAT'S A RELATION TO

21  THE CLIENT OR ONE OF THE PLAINTIFFS.

22            **MR. ROBINSON:**  SUSAN BAUMGARTNER IS AN EMPLOYEE FOR

23  MERCK.  IS THAT THE BAUMGARTNER YOU ARE REFERRING TO?

24            **JUROR 1:**  NO.

25            **MR. ROBINSON:**  SO THERE'S NO PROBLEM THERE; IS THAT

1   CORRECT?

2             **JUROR 1:**  THAT'S CORRECT.

3             **MR. ROBINSON:**  YOU ALSO SAID THAT YOU READ SOMETHING

4   ABOUT VIOXX IN THE *NEW ENGLAND JOURNAL*; IS THAT RIGHT?

5             **JUROR 1:**  I HEARD A STORY ABOUT A VIOXX STUDY OR A

6   STUDY THAT WAS DONE ON VIOXX.  IT WAS PUBLISHED IN THE

7   *NEW ENGLAND JOURNAL OF MEDICINE*, I BELIEVE.  I HEARD IT ON

8   NATIONAL PUBLIC RADIO.  I WAS GOING HOME, RADIO LISTENING.

9             **MR. ROBINSON:**  IN THIS CASE, YOU UNDERSTAND, AS THE

10  JUDGE JUST SAID, YOU MAY HEAR THINGS ON THE RADIO OR NPR, BUT

11  THE EVIDENCE THAT YOU'RE SUPPOSED TO LISTEN TO IS GOING TO BE

12  HERE ON THE WITNESS STAND?  CAN YOU PUT OUT OF YOUR MIND

13  WHATEVER IT IS YOU HEARD ON NPR?

14            **JUROR 1:**  YES.  I HAVE AN OPEN MIND.  I HAVEN'T MADE

15  UP MY MIND EITHER WAY.

16            **MR. ROBINSON:**  YOU FEEL YOU CAN BE A FAIR JUROR TO

17  BOTH SIDES?

18            **JUROR 1:**  YES.

19            **MR. ROBINSON:**  YOU DIDN'T FORM AN OPINION AGAINST

20  MERCK BASED ON WHAT WAS SAID?

21            **JUROR 1:**  LISTENING TO THE STORY, YOU KIND OF DO FORM

22  THAT OPINION, BUT THEN YOU HAVE TO TAKE THE MEDIA FOR WHAT IT'S

23  WORTH.  THEY ARE GOING TO PRESENT WHATEVER SIDE THEY WANT TO

24  SHINE LIGHT ON.

25            **MR. ROBINSON:**  THAT'S TRUE.  I'M ON MY SIDE WITH

DAILY COPY

1    MR. BARNETT; BUT, ON THE OTHER HAND, WE ARE TRYING TO FIND FAIR

2    JURORS DOWN THE MIDDLE, AND WE WOULD LIKE YOU TO LISTEN TO THE

3    EVIDENCE FROM THE WITNESS STAND ON BOTH SIDES.  DO YOU

4    UNDERSTAND THAT?

5              **JUROR 1:**  YES.

6              **MR. ROBINSON:**  IT WOULDN'T BE FAIR TO HAVE MERCK

7    START BEHIND THE STARTING LINE IN A RACE; RIGHT?

8              **JUROR 1:**  THAT'S TRUE.

9              **MR. ROBINSON:**  DO YOU THINK YOU CAN PUT THAT OUT OF

10   YOUR MIND AND BE A FAIR JUROR HERE?

11             **JUROR 1:**  I THINK SO.

12             **MR. ROBINSON:**  MR. GRAYSON, YOU HAVE SOME RELATIVES

13   IN THE MEDICAL FIELD?

14             **JUROR 4:**  YES.

15             **MR. ROBINSON:**  WHAT DOES THAT INVOLVE?

16             **JUROR 4:**  THAT'S DR. JUDITH HACKETT-- I'M SORRY.

17   THAT'S A COUSIN.  I HAVE AN UNCLE THAT'S A BRAINWAVE TECH FOR

18   CHARITY HOSPITAL.

19             **MR. ROBINSON:**  IF YOU ARE SELECTED AS A JUROR ON THIS

20   CASE, CAN YOU SORT OF PROMISE NOT TO GO AND DISCUSS VIOXX WITH

21   YOUR RELATIVES AND TAKE THE EVIDENCE, LIKE MR. CONTRERAS, FROM

22   THE WITNESS STAND?

23             **JUROR 4:**  YES, SIR.

24             **MR. ROBINSON:**  I NOTICE YOU LIKE SPORTS.

25             **JUROR 4:**  YES.

```
 1              MR. ROBINSON:  IN ANY EVENT, IS THERE ANYTHING THAT
 2    YOU HAVE HEARD TODAY THAT MAKES YOU FEEL YOU CANNOT BE A FAIR
 3    JUROR TO BOTH SIDES IN THIS CASE?
 4              JUROR 4:  NO, SIR.
 5              MR. ROBINSON:  MR. HARRIS, DID YOU ALSO TEACH AT THE
 6    CATHOLIC SCHOOL ST. AUGUSTINE?
 7              JUROR 5:  ST. AUGUSTINE HIGH SCHOOL.  I TAUGHT THERE
 8    AND THAT'S WHERE I ENDED MY CAREER.
 9              MR. ROBINSON:  WERE THERE ANY NUNS LEFT AT THAT
10    SCHOOL?
11              JUROR 5:  NO NUNS WERE THERE WHEN I WAS THERE.
12              MR. ROBINSON:  LIKE MANY YEARS AGO WE HAD NUNS AND WE
13    DON'T HAVE NUNS NOW.
14              JUROR 5:  THEY HAD PRIESTS.
15              MR. ROBINSON:  THEY DID HAVE PRIESTS TEACHING THERE?
16              JUROR 5:  YES.
17              MR. ROBINSON:  I NOTICE IN THE QUESTIONNAIRE YOU
18    RAISED SOMETHING ABOUT YOUR DAUGHTER BEING A LITIGATOR.
19              JUROR 5:  SHE IS A LAWYER.
20              MR. ROBINSON:  WHAT KIND OF LAW DOES SHE PRACTICE?
21              JUROR 5:  GENERAL.  I THINK RIGHT NOW SHE IS WITH THE
22    ORLEANS PARISH SCHOOL BOARD.
23              MR. ROBINSON:  IS THERE ANYTHING ABOUT THAT THAT
24    MAKES YOU FEEL YOU CAN'T BE A FAIR JUROR HERE?
25              JUROR 5:  NO.
```

1          **MR. ROBINSON:**  NOW, I NOTICE YOU OR SOMEONE IN YOUR
2     FAMILY HAS HIGH BLOOD PRESSURE.
3               **JUROR 5:**  THAT'S ME.
4          **MR. ROBINSON:**  ARE YOU GOING TO BE OKAY?
5               **JUROR 5:**  THAT'S NOT A PROBLEM.
6          **MR. ROBINSON:**  THANK YOU VERY MUCH.  NOW,
7     MR. HAMMOND, YOU HAVE GOT A LOT OF PEOPLE UNDERNEATH YOU,
8     APPARENTLY.
9               **JUROR 20:**  YES, SIR.
10         **MR. ROBINSON:**  IS THERE ANYTHING YOU HAVE HEARD TODAY
11    THAT MAKES YOU FEEL YOU CAN'T BE FAIR TO MERCK OR TO
12    MR. BARNETT HERE?
13              **JUROR 20:**  NO, SIR.
14         **MR. ROBINSON:**  MR. BARNETT USED TO WORK FOR THE FBI.
15    IS THAT GOING TO BE A PROBLEM?
16              **JUROR 20:**  AS LONG AS HE WASN'T LOOKING FOR ME.
17         **MR. ROBINSON:**  WE'LL GO CHECK HIS RECORDS.  NOTHING
18    YOU HAVE HEARD THAT SAYS YOU CAN'T BE FAIR?
19              **JUROR 20:**  NO, SIR.
20         **MR. ROBINSON:**  NOW, MS. CLARK, THE FACT YOU WORKED
21    FOR TULANE, YOU'RE NOT GOING TO HOLD IT AGAINST ME?
22              **JUROR 22:**  NOT AT ALL.
23         **MR. ROBINSON:**  IN ANY EVENT, YOU SAID SOMETHING ABOUT
24    THERE WAS A LAWSUIT THAT INVOLVED YOUR BROTHER.  I DON'T WANT
25    TO GET INTO THAT, BUT IS THERE ANYTHING ABOUT THAT THAT MEANS

DAILY COPY

1   YOU'RE GOING TO NOT BE FAIR TO MERCK?

2          **JUROR 22:**  NO.

3          **MR. ROBINSON:**  I JUST WANT TO MAKE SURE THAT MERCK

4   DOESN'T START OUT BEHIND THE LINE AND THE PLAINTIFF DOESN'T

5   START OUT; FAIR ENOUGH?

6          **JUROR 22:**  FAIR ENOUGH.

7          **MR. ROBINSON:**  MR. LEBLANC, YOU SAID THAT YOU'RE NOT

8   SURE IF A FAMILY MEMBER TOOK VIOXX; AS YOU KNOW RIGHT NOW, YOU

9   DON'T KNOW OF ANYBODY THAT TOOK VIOXX?  RIGHT?

10         **JUROR 24:**  NO.

11         **MR. ROBINSON:**  WELL, IS THERE ANYTHING YOU HAVE HEARD

12  TODAY FROM THE JUDGE OR FROM ME THAT TELLS YOU YOU CAN'T BE A

13  FAIR JUROR IN THIS CASE?

14         **JUROR 24:**  NO.

15         **MR. ROBINSON:**  MR. GRIFFIN, IN YOUR QUESTIONNAIRE, I

16  DON'T THINK YOU REALLY KNEW THE NATURE OF THE CASE; RIGHT?  YOU

17  STILL PROBABLY DON'T KNOW WHAT THE EVIDENCE IS GOING TO BE;

18  RIGHT?

19         **JUROR 24:**  ALL RIGHT.

20         **MR. ROBINSON:**  DO YOU KNOW --

21         **JUROR 24:**  NO.

22         **MR. ROBINSON:**  I THINK WE BOTH WANT TO FIND OUT.  DO

23  YOU KNOW THE EVIDENCE BEFORE WE PUT IT UP THERE?

24         **JUROR 24:**  I'M NOT THAT GOOD.

25         **MR. ROBINSON:**  IN ANY EVENT, IN QUESTION 85 YOU SAID,

1    "I'M NOT SURE IF I CAN BE FAIR."  DO YOU FEEL, LISTENING TO

2    THIS WHOLE THING, THAT THERE'S ANYTHING THAT MAKES YOU FEEL YOU

3    CAN'T BE FAIR?

4              **JUROR 24:**  NO.

5              **MR. ROBINSON:**  I APPRECIATE THAT.  MR. COCO, YOU SAID

6    THAT YOUR DAUGHTER WORKS FOR A LAW FIRM, PHELPS DUNBAR?

7              **JUROR 33:**  SHE WILL START AT PHELPS NEXT YEAR.  SHE

8    JUST GRADUATED AT LSU, AND SHE WILL BE AT PHELPS IN BATON ROUGE

9    NEXT YEAR.

10             **MR. ROBINSON:**  YOU'RE NOT GOING TO HOLD MY BROTHER'S

11   TEAM AGAINST YOU?

12             **JUROR 33:**  I DON'T KNOW WHO YOUR BROTHER'S TEAM IS.

13   I'M WAITING.

14             **MR. ROBINSON:**  THE LSU CONNECTION.  IN ANY EVENT,

15   YOU'RE NOT GOING TO KNOW UNTIL AFTER.  IS THIS A DEFENSE FIRM

16   OR PLAINTIFF FIRM SHE WORKS FOR?

17             **JUROR 33:**  WELL, I'M NOT SURE WHAT PART SHE IS GOING

18   TO BE PLAYING.  SHE IS BASICALLY GOING TO BE DOING BUSINESS,

19   TAX, AND REAL ESTATE LAW FOR PHELPS.  I'M ASSUMING THEY'RE--

20   WELL, THEY HAVE GOT SET CLIENTS, SO HOWEVER THAT WORKS FOR

21   THEM.  I DON'T KNOW THE INTRICACIES OF IT.  I DON'T KNOW

22   EXACTLY WHAT SHE IS GOING TO BE DOING.

23             **MR. ROBINSON:**  ONE OF THE SET CLIENTS ISN'T MERCK, IS

24   IT?

25             **JUROR 33:**  NOT THAT I'M AWARE OF.

1          **MR. ROBINSON:**  VERY GOOD.  ALSO, YOU MENTIONED YOUR
2    DAUGHTER HAD A LAWSUIT.
3          **JUROR 33:**  NOT THAT ONE.  MY 24-YEAR-OLD, WHO IS A
4    STUDENT AT LSU, HAD AN AUTOMOBILE ACCIDENT AND SHE WAS SUED.
5          **MR. ROBINSON:**  DOES THAT LEAVE A BAD TASTE IN YOUR
6    MOUTH?
7          **JUROR 33:**  OH, NO.  IT'S PART OF LIFE.  THOSE THINGS
8    HAPPEN.
9          **MR. ROBINSON:**  BECAUSE OF THAT EXPERIENCE, DO YOU
10   FEEL THAT YOU CAN STILL BE FAIR TO MR. BARNETT?
11         **JUROR 33:**  OH, SURE.  DEFINITELY.
12         **MR. ROBINSON:**  DO YOU UNDERSTAND EVERY LAWSUIT IS
13   DIFFERENT?
14         **JUROR 33:**  DEFINITELY.
15         **MR. ROBINSON:**  THERE ARE FRIVOLOUS LAWSUITS AND THERE
16   ARE LAWSUITS THAT ARE LEGITIMATE LAWSUITS?
17         **JUROR 33:**  SHE DEFINITELY CAUSED THE ACCIDENT.
18         **MR. ROBINSON:**  I HOPE YOU HAVE ALREADY SETTLED IT.
19         **JUROR 33:**  OH, YES.  IT'S OVER.  IT'S JUST ONE OF
20   THOSE THINGS.
21         **MR. ROBINSON:**  I WASN'T TRYING TO GET AN ADMISSION
22   OUT OF YOU.
23         **JUROR 33:**  OH, NO.  IT'S DONE.
24         **MR. ROBINSON:**  IN ANY EVENT, IS THERE ANYTHING YOU
25   HAVE HEARD THAT TELLS YOU YOU CAN'T BE FAIR HERE?

DAILY COPY

1           **JUROR 33:**  OH, NO.

2           **MR. ROBINSON:**  IT GOES UP TO MR. HELMERS HERE.

3    MR. HELMERS, YOU MENTIONED SOMETHING ABOUT A PRIVATE LAWSUIT.

4    I THINK LATER --

5           **JUROR 35:**  I MISREAD THAT.  IT WASN'T A PRIVATE

6    LAWSUIT.  MY WIFE WAS INVOLVED IN AN AUTOMOBILE ACCIDENT, LIKE

7    THAT.  IT WAS SETTLED OUT OF COURT.

8           **MR. ROBINSON:**  IS THERE ANYTHING ABOUT THAT THAT

9    MAKES YOU LINE UP WITH THE PLAINTIFF OR THE DEFENDANT?

10          **JUROR 35:**  NOT AT ALL.  IT WAS HANDLED VERY FAIRLY.

11          **MR. ROBINSON:**  YOU HAVE SOME MEDICAL PEOPLE IN YOUR

12   FAMILY?

13          **JUROR 35:**  ON MY WIFE'S SIDE.  WE HAVE A DOCTOR

14   THAT'S RETIRED AND A COUPLE OF HER COUSINS ON MOSTLY HER SIDE

15   OF THE FAMILY THAT WORKED IN THE MEDICAL FIELD.

16          **MR. ROBINSON:**  IF YOU'RE PICKED AS A JUROR, YOU WILL

17   NOT DISCUSS THIS CASE WITH THOSE DOCTORS?

18          **JUROR 35:**  I HAVEN'T SEEN THEM IN A WHILE.

19          **MR. ROBINSON:**  THANK YOU.  MS. MADERE.  YOU WORK AS A

20   CPA WITH YOUR HUSBAND; IS THAT RIGHT?

21          **JUROR 36:**  YES.

22          **MR. ROBINSON:**  IS THERE ANYTHING ABOUT THAT

23   EXPERIENCE THAT MAKES YOU SIDE WITH ONE SIDE OR THE OTHER IN A

24   CASE LIKE THIS?

25          **JUROR 36:**  NO.

1      **MR. ROBINSON:**  I THINK YOU SAID YOUR BROTHER-IN-LAW

2  IS A PHARMACIST?

3           **JUROR 36:**  CORRECT.

4      **MR. ROBINSON:**  DO YOU UNDERSTAND THERE'S NO

5  PHARMACIST THAT'S A DEFENDANT IN THIS CASE?  WE ARE NOT SUING A

6  PHARMACY.

7           **JUROR 36:**  YES.

8      **MR. ROBINSON:**  IS THERE ANYTHING YOU HAVE HEARD THAT

9  WOULD MAKE YOU THINK YOU COULDN'T BE ANYTHING BUT A FAIR JUROR

10  IN THIS CASE?

11           **JUROR 36:**  NO.

12      **MR. ROBINSON:**  YOUR ANSWER?

13           **JUROR 36:**  I CAN BE FAIR.

14      **MR. ROBINSON:**  THANK YOU VERY MUCH.  MR. STRAIN, I

15  THINK YOU SAID YOU HAD A MEDICAL CONDITION?

16           **JUROR 38:**  YES.

17      **MR. ROBINSON:**  WHAT WAS THAT?

18           **JUROR 38:**  WHERE DO YOU WANT TO START?  I HAVE HEART

19  PROBLEMS.  I HAD BYPASS, HAVE A PACEMAKER, DIABETES.

20      **MR. ROBINSON:**  YOU'RE GOING TO HEAR THAT MY CLIENT --

21  HE IS WEARING A SUIT TODAY -- HAD A HEART ATTACK AND A BYPASS.

22  HE DIDN'T HAVE THE PACEMAKER.  HE DOESN'T HAVE THE DIABETES.

23  DOES THAT MEAN MERCK STARTS OUT ON THE WRONG SIDE OF THIS CASE?

24           **JUROR 38:**  NO.

25      **MR. ROBINSON:**  IN OTHER WORDS, YOU CAN BE FAIR TO

DAILY COPY

1    MERCK AND BE FAIR TO MR. BARNETT EVEN THOUGH YOU MIGHT HAVE HAD
2    SOME OF THE SAME INJURIES?
3                  **JUROR 38:**  RIGHT.
4                  **MR. ROBINSON:**  I ASSUME YOU DIDN'T TAKE VIOXX?
5                  **JUROR 38:**  NO.
6                  **MR. ROBINSON:**  NOW, THE FACT YOU HAD A HEART ATTACK
7    FROM NATURAL CAUSES, WOULD YOU AUTOMATICALLY CONCLUDE, WELL,
8    MR. BARNETT'S HEART ATTACK WAS NOT CAUSED BY VIOXX?
9                  **JUROR 38:**  NO.
10                 **MR. ROBINSON:**  YOU'LL KEEP AN OPEN MIND?
11                 **JUROR 38:**  RIGHT.
12                 **MR. ROBINSON:**  THANK YOU VERY MUCH, SIR.
13   MR. DOMINIQUE; IS THAT RIGHT?
14                 **JUROR 43:**  YES.
15                 **MR. ROBINSON:**  YOU HAVE A DAUGHTER WHO IS A NEONATAL
16   NURSE, AS WELL?
17                 **JUROR 43:**  YES.
18                 **MR. ROBINSON:**  WAS THERE ANYTHING YOU HAVE HEARD--
19   YOU SAY THAT YOU HEARD NEWS REPORTS ABOUT SIDE EFFECTS OR
20   SOMETHING LIKE THAT ABOUT VIOXX?
21                 **JUROR 43:**  JUST IN PASSING, NOT REALLY SIT DOWN AND
22   READ OR ANYTHING, JUST WHAT CAME OVER THE NEWS.
23                 **MR. ROBINSON:**  SO YOU UNDERSTAND THAT I COULD GO TO
24   THE PRESS AND I COULD SAY THERE'S SIDE EFFECTS OF VIOXX, AND
25   THEY WOULD PUT IT IN THE PRESS AND THEN I MAY BE RIGHT OR

1    WRONG?

2             **JUROR 43:** RIGHT.

3             **MR. ROBINSON:** WHEN YOU GET EVIDENCE FROM THE WITNESS

4    STAND FROM THE EXPERTS ON BOTH SIDES, THEN YOU CAN MAKE A

5    DETERMINATION WHETHER OR NOT VIOXX CAUSES HEART ATTACKS; FAIR

6    ENOUGH?

7             **JUROR 43:** YES.

8             **MR. ROBINSON:** DO YOU THINK YOU CAN WAIT FOR THAT?

9             **JUROR 43:** YES.

10            **MR. ROBINSON:** THANK YOU. MR. JACKSON, YOU DON'T

11   KNOW ANYTHING, LIKE THE REST OF THE JURORS, ABOUT THIS CASE, DO

12   YOU?

13            **JUROR 44:** NO, SIR.

14            **MR. ROBINSON:** NOW, DO YOU FEEL THAT, IF THIS CASE

15   LASTS A COUPLE WEEKS, YOU COULD SIT HERE AND DO YOUR BEST TO

16   LISTEN TO BOTH SIDES AND COME TO A FAIR CONCLUSION IN THIS

17   CASE?

18            **JUROR 44:** YES, SIR.

19            **MR. ROBINSON:** I NOTICE THAT YOU ARE WORKING FOR ACS;

20   IS THAT RIGHT?

21            **JUROR 44:** YES, SIR.

22            **MR. ROBINSON:** DO YOU FEEL THAT YOU WILL BE OKAY

23   COMING BACK TO WORK AFTER A COUPLE WEEKS HERE WITH ACS?

24            **JUROR 44:** SURE.

25            **MR. ROBINSON:** YOU WILL? I APPRECIATE IT, SIR.


                          DAILY COPY

1    MR. NAQUIN, YOU SAID YOU HAD SOME FAMILY MEMBERS WITH A HEART

2    ATTACK?

3              **JUROR 45:**  YES.  A SISTER-IN-LAW.  MY BROTHER HAD

4    DIABETES.  MY SISTER DIED WITH LEUKEMIA.  THAT'S ABOUT IT, I

5    GUESS.

6              **MR. ROBINSON:**  DO YOU UNDERSTAND, IN ALL OUR

7    FAMILIES, WE PROBABLY ALL HAVE SOMEBODY WITH HEART ATTACKS?

8              **JUROR 45:**  RIGHT.

9              **MR. ROBINSON:**  THERE'S PEOPLE THAT HAVE HEART ATTACKS

10   LATER IN LIFE; THEY ARE 70 OR 80.  THERE ARE PEOPLE WHO HAVE

11   HEART ATTACKS AT VARIOUS TIMES.  DO YOU UNDERSTAND THAT?

12             **JUROR 45:**  RIGHT.

13             **MR. ROBINSON:**  BECAUSE YOU HAVE HAD THAT EXPERIENCE

14   WITH PEOPLE IN THE FAMILY WITH HEART ATTACKS, CAN YOU LISTEN

15   FAIRLY TO SEE WHETHER OR NOT VIOXX WAS A PROXIMATE CAUSE OF

16   MR. BARNETT'S HEART ATTACK?

17             **JUROR 45:**  YES.

18             **MR. ROBINSON:**  ANYTHING ELSE YOU HAVE HEARD THAT

19   WOULD MAKE YOU THINK YOU COULDN'T BE A FAIR JUROR HERE?

20             **JUROR 45:**  NO, SIR.

21             **MR. ROBINSON:**  MR. FAZENDE, I NOTICE THAT YOU WORK

22   FOR A COMPANY AND YOU SAY THAT YOUR ABSENCE FROM WORK MIGHT

23   HURT YOUR COMPANY; IS THAT RIGHT?

24             **JUROR 52:**  YES.  BUT I HAVE DISCUSSED IT WITH MY

25   BOSS, AND WE WORKED THAT ALL OUT.

```
1              MR. ROBINSON:  HE IS OKAY?

2              JUROR 52:  YES.

3              MR. ROBINSON:  YOU UNDERSTAND, AS THE JUDGE SAID,

4    THIS IS THE ONE TIME, REALLY, THAT PEOPLE ARE INVOLVED IN OUR

5    GOVERNMENT?

6              THE COURT:  YOU NEED TO SPEAK INTO THE MIC OR KEEP

7    YOUR VOICE UP.

8              MR. ROBINSON:  YOU UNDERSTAND THAT THIS IS A VALUABLE

9    PART OF OUR SYSTEM, THE JURY SYSTEM?

10             JUROR 52:  YES.

11             MR. ROBINSON:  IS THERE ANYTHING YOU HAVE HEARD THAT

12   MAKES YOU FEEL YOU CAN'T BE FAIR TO BOTH SIDES HERE?

13             JUROR 52:  NO.

14             MR. ROBINSON:  THANK YOU VERY MUCH.  MS. CAVELL.

15             JUROR 59:  YES, SIR.

16             MR. ROBINSON:  THE ONLY THING THAT I SAW-- WELL,

17   ACTUALLY, I SAW THAT YOU HAVE A CLOSE FRIEND AT MERCK.

18             JUROR 59:  YES.

19             MR. ROBINSON:  WHO'S THAT?

20             JUROR 59:  BURT COUDREA (PH.).  HE LIVES IN

21   NEW JERSEY.  HE WORKS IN THE INFORMATION SYSTEMS OF MERCK.

22             MR. ROBINSON:  NOW, YOU ARE GOING TO HEAR THAT A LOT

23   OF THE WITNESSES IN THIS CASE THAT WORK FOR MERCK WORK IN THE

24   NEW JERSEY OFFICE OF MERCK.  DO YOU FEEL THAT THE FACT THAT--

25   IS HE A CLOSE FRIEND?
```

1        **JUROR 59:**  HIS WIFE AND I WERE IN GRAD SCHOOL
2    TOGETHER.
3        **MR. ROBINSON:**  SO YOU HAVE REMAINED CLOSE OVER THE
4    YEARS?
5        **JUROR 59:**  YES.
6        **MR. ROBINSON:**  IF YOU WERE GOING TO HAVE TO FACE HIM
7    AND HER AFTER A VERDICT, SAY, AGAINST MERCK, WOULD THAT BE A
8    DIFFICULT THING FOR YOU TO HAVE YOURSELF INVOLVED IN?
9        **JUROR 59:**  NO, SIR.
10       **MR. ROBINSON:**  DO YOU FEEL YOU'RE OKAY WITH THAT?
11       **JUROR 59:**  YES, SIR.
12       **MR. ROBINSON:**  DO YOU THINK YOU CAN BE FAIR TO BOTH
13   SIDES HERE TO --
14       **JUROR 59:**  I REALLY DON'T KNOW WHAT BURT DOES WITH
15   MERCK OR ANYTHING ELSE.  I JUST KNOW HE WORKS IN INFORMATION
16   SYSTEMS.
17       **MR. ROBINSON:**  THAT WAS MY ONLY QUESTION.  THANK YOU
18   VERY MUCH.  THERE MAY BE OTHER QUESTIONS THAT ARE RAISED WITH
19   THOSE OF YOU OUTSIDE.  I DON'T MEAN TO NOT ASK YOU ALL
20   QUESTIONS RIGHT NOW, BUT MAYBE WHEN MR. BECK COMES UP HERE AND
21   ASKS YOU QUESTIONS I'LL FOLLOW UP ON SOME OF YOU OUT THERE, AS
22   NEEDED, IF HE RAISES AN ISSUE THAT MAYBE I WANT TO ASK YOU A
23   QUESTION ON.  SO I'M NOT GOING TO QUESTION YOU, BUT IT DOESN'T
24   MEAN THAT WE ARE NOT FOCUSED ON YOU, AS WELL.  IT'S JUST THAT
25   WE ARE TRYING TO GET THROUGH TODAY AT A REASONABLE TIME.  SO

```
1    I'M GOING TO AT THIS TIME STOP QUESTIONING AND TURN IT OVER TO
2    MR. BECK.
3              THE COURT:  THANK YOU, COUNSEL.
4              MR. BECK:  GOOD MORNING.  MY NAME IS PHIL BECK, ONCE
5    AGAIN.  WITH ANDY GOLDMAN, I REPRESENT MERCK.  JUST IN CASE IT
6    SLIPS OUT DURING TRIAL, IS ANYBODY HERE A HUGE SYRACUSE
7    FOOTBALL FAN?  NOBODY IS?  OKAY.
8              I WANT TO THANK YOU FOR PARTICIPATING IN THE
9    PROCESS, AS WELL.  AS THE JUDGE SAID AND MARK ROBINSON SAID, WE
10   ARE LOOKING FOR JURORS WHO, ONCE THEY HAVE BEEN SELECTED, CAN
11   BE IMPARTIAL JURORS AND DECIDE THE CASE BASED ON THE EVIDENCE
12   THAT YOU HEAR HERE, INSTEAD OF WHAT SOMEBODY SAYS ON THE RADIO,
13   AND ALSO THE LAW AS THE JUDGE WILL INSTRUCT YOU.  WE HAVEN'T
14   STARTED THAT PART OF THE PROCESS YET.
15             WHEN THE JUDGE TALKED ABOUT HOW YOU HAVE SOME
16   HEAVY RESPONSIBILITIES AS AMERICAN CITIZENS, AT THIS STAGE OF
17   THE PROCESS, WHAT EVERYBODY'S RESPONSIBILITY IS IS TO BE AS
18   OPEN AND FORTHCOMING AS YOU CAN WHEN MR. ROBINSON AND I ASK
19   QUESTIONS SO THAT WE CAN DECIDE IN OUR OWN MINDS WHETHER, OKAY,
20   THIS IS SOMEBODY THAT WE THINK IS APPROPRIATE FOR THE JURY SO
21   WE CAN DISCUSS THAT WITH THE JUDGE.
22             THE IMPORTANT THING TO REMEMBER IS THAT IF
23   BECAUSE OF ONE OF YOUR ANSWERS IT MEANS THAT YOU MIGHT NOT GET
24   PICKED FOR THE JURY, THAT DOESN'T MEAN THAT YOU FAILED THE TEST
25   OR ANYTHING LIKE THAT.  WHAT IT MEANS IS THAT YOU PASSED THE
```

1   TEST AND THAT THE PROCESS WORKED, BECAUSE THE WHOLE PURPOSE OF

2   ASKING QUESTIONS IS TO FIND OUT WHO THE RIGHT PEOPLE ARE FOR

3   THIS PARTICULAR JURY.  SOMEBODY WHO IS NOT RIGHT FOR THIS

4   JURY-- BECAUSE THEY ARE A BIG SYRACUSE FOOTBALL FAN OR

5   WHATEVER, OR THEY ARE MADLY IN LOVE WITH MERCK-- THEY MIGHT BE

6   RIGHT FOR A DIFFERENT JURY.  ALL I ASK IS THAT YOU BE AS OPEN

7   AND FORTHCOMING AS YOU CAN.  IF THERE'S SOMETHING YOU WANT TO

8   TALK ABOUT PRIVATELY, JUST RAISE YOUR HAND, AND WE CAN ALL GO

9   UP AND VISIT WITH THE JUDGE.

10              I AM GOING TO ASK SOME QUESTIONS KIND OF THE

11  OPPOSITE ORDER OF THE WAY THAT MR. ROBINSON DID IT.  I'M GOING

12  TO ASK SOME QUESTIONS BASED ON ANSWERS GIVEN IN THE JURY

13  QUESTIONNAIRES, AND THEN I'M GOING TO ASK A SERIES OF 15 OR 16

14  GENERAL QUESTIONS THAT I'M GOING TO PUT TO THE GROUP.  I'M

15  GOING TO GO ABOUT IT A LITTLE BIT DIFFERENTLY THAN MR. ROBINSON

16  DID.  SINCE HE ALREADY ASKED A LOT OF QUESTIONS FOR THE

17  INDIVIDUALS, I'M GOING TO JUST PICK A COUPLE WHERE THERE WERE

18  ANSWERS ON THE QUESTIONNAIRE I WANT TO FOLLOW UP ON.

19              ONE IS MR. GRAYSON.  IN THE JURY QUESTIONNAIRE,

20  YOU UNDERLINED "ECONOMIC HARDSHIP" WHEN ASKING WHETHER THERE

21  WOULD BE ANY REASON THAT YOU MIGHT NOT BE ABLE OR THE BEST

22  PERSON TO SERVE ON THE JURY.  IS THAT SOMETHING THAT'S BEEN

23  RESOLVED OR IS THAT SOMETHING THAT'S STILL A LINGERING PROBLEM

24  FOR YOU?

25              JUROR 4:  IT'S STILL KIND OF A LINGERING PROBLEM

DAILY COPY

1  BECAUSE MY JOB IS SEASONAL.  WHEN IT RAINS, I MAY BE OUT TWO OR

2  THREE DAYS, BECAUSE I WORK IN THE FIELD.

3          **MR. BECK:**  OBVIOUSLY, NOBODY CAN PREDICT THE WEATHER,

4  DOWN HERE ESPECIALLY.  SAY THE CASE LASTS TWO OR THREE WEEKS.

5  IF YOU ARE OUT TWO OR THREE WEEKS, IS YOUR EMPLOYER GOING TO

6  PAY YOU FOR THE TIME THAT YOU MISS?

7          **JUROR 4:**  NO.

8          **MR. BECK:**  ARE YOU IN A SITUATION THAT WOULD BE OKAY

9  FOR YOU THAT YOU COULD GO WITHOUT TWO OR THREE WEEKS OF WAGES,

10  OR WOULD THAT BE A HARDSHIP FOR YOU?

11          **JUROR 4:**  IT PROBABLY WOULD BE A HARDSHIP.

12          **MR. BECK:**  THANK YOU, SIR.  MR. HAMMOND, IT MAY HAVE

13  BEEN A PHOTOCOPYING PROBLEM WITH THE COPY OF THE QUESTIONNAIRE

14  THAT I GOT OF YOURS, BUT THERE WAS AN ANSWER THAT YOU GAVE

15  SAYING THAT THERE WAS A REASON THAT YOU MIGHT NOT BE ABLE TO

16  SERVE OR BE THE RIGHT PERSON TO SERVE ON THE JURY, AND THEN THE

17  PHOTOCOPYING GOT FOULED UP AND I COULDN'T SEE WHAT IT WAS.  DO

18  YOU REMEMBER WHAT THIS WAS?

19          **JUROR 20:**  YES.  IT WAS I WAS ON VACATION, BUT IT

20  WASN'T DURING THIS TIME.  IT'S IN SEPTEMBER.

21          **MR. BECK:**  WE ARE NOT GOING TO BE HERE IN SEPTEMBER.

22          **JUROR 20:**  IT'S NOT VACATION.  IT'S A SEMINAR I HAVE

23  TO ATTEND, BUT IT'S NOT GOING TO BE A CONFLICT WITH THIS FOR

24  THE NEXT THREE WEEKS.

25          **MR. BECK:**  SO THAT'S NOT AN ISSUE?

1              **JUROR 20:**  CORRECT.

2              **MR. BECK:**  MS. CLARK, I NOTICED IN YOUR QUESTIONNAIRE

3     THAT YOU INDICATED THAT BOTH YOU AND FAMILY MEMBERS HAVE HAD

4     SOME NEGATIVE EFFECTS OR SIDE EFFECTS FROM MEDICATION.  MY

5     FIRST QUESTION:  IS THIS SOMETHING THAT YOU FEEL COMFORTABLE

6     TALKING ABOUT IN A GROUP, OR WOULD YOU RATHER DO IT PRIVATELY?

7              **JUROR 22:**  IT'S BASICALLY ALLERGIES, AN ALLERGIC

8     REACTION TO SOME OF THESE DRUGS.

9              **MR. BECK:**  DID ANYBODY EXPERIENCE SEVERE SIDE EFFECTS

10    WHERE THEY HAD ANY KIND OF LASTING INJURY OR ANYTHING LIKE

11    THAT?

12             **JUROR 22:**  NO.

13             **MR. BECK:**  THE FACT THAT YOU AND FAMILY MEMBERS HAD

14    ALLERGIC REACTIONS TO DRUGS, DOES THAT HAVE ANY IMPACT ON HOW

15    YOU VIEW A PHARMACEUTICAL COMPANY IN A CASE LIKE THIS?

16             **JUROR 22:**  NO.

17             **MR. BECK:**  WHEN YOU FILLED OUT THE QUESTIONNAIRE, YOU

18    INDICATED THAT YOU DID NOT KNOW WHETHER ANY OF YOUR FAMILY

19    MEMBERS OR CLOSE FRIENDS HAD TAKEN VIOXX.  IS THAT STILL THE

20    CASE?  YOU HAVEN'T GAINED ANY OTHER INFORMATION?

21             **JUROR 22:**  I HAVE A NEPHEW WHOSE MOTHER-IN-LAW TOOK

22    VIOXX AND MY --

23             **MR. BECK:**  WHO WAS IT THAT TOOK VIOXX?

24             **JUROR 22:**  MY NEPHEW'S MOTHER-IN-LAW.

25             **MR. BECK:**  DID YOUR NEPHEW'S MOTHER-IN-LAW HAVE ANY

1   KIND OF EXPERIENCE THAT YOU KNOW OF, GOOD OR BAD?

2              **JUROR 22:**  SHE IS DECEASED.

3              **MR. BECK:**  I HOPE NOBODY IS BLAMING VIOXX.

4              **JUROR 22:**  I HAVE NO IDEA.

5              **MR. BECK:**  THAT'S NOT PART OF THE FAMILY LORE OR

6   ANYTHING?

7              **JUROR 22:**  (SHAKES HEAD)

8              **MR. BECK:**  MR. GRIFFIN, I SAW ON YOUR QUESTIONNAIRE

9   YOU HEARD OF VIOXX THROUGH, I SUPPOSE, WATCHING IT ON TV AND IN

10  THE PLAINTIFFS' LAWYERS WHO ADVERTISE FOR CASES; IS THAT RIGHT?

11             **JUROR 27:**  YES.

12             **MR. BECK:**  NOW, IS THERE ANYTHING IN THE FACT THAT

13  THERE ARE PLAINTIFFS' LAWYERS OUT THERE ADVERTISING ON CABLE

14  TELEVISION TO ATTRACT CLIENTS THAT WOULD INFLUENCE YOU IN THIS

15  CASE?

16             **JUROR 27:**  NO.

17             **MR. BECK:**  I THINK MY NEXT QUESTION IS FOR

18  MR. STRAIN.  YOU MENTIONED TO MR. ROBINSON THAT YOU HAD SOME

19  HEALTH ISSUES.  IN YOUR JURY QUESTIONNAIRE, YOU INDICATED THAT

20  AT LEAST SOME OF THESE HEALTH REASONS MIGHT KEEP YOU FROM BEING

21  ABLE TO SERVE ON THE JURY.

22             **JUROR 38:**  IT IS POSSIBLE.  I DON'T KNOW.

23             **MR. BECK:**  WHAT WAS IT THAT YOU HAD IN MIND?

24             **JUROR 38:**  WELL, I'M SUPPOSED TO TAKE BREATHING

25  TREATMENTS LIKE THREE TIMES A DAY.

```
 1              MR. BECK:  WHAT DOES THAT INVOLVE?
 2              JUROR 38:  IT'S FOR COPD.  IT'S A NEBULIZER.
 3              MR. BECK:  WHAT DO YOU DO TO TAKE THE BREATHING
 4    TREATMENTS?
 5              JUROR 38:  YOU PUT THE MEDICINE IN A LITTLE VIAL AND
 6    HOOK IT TO THE NEBULIZER AND YOU JUST BREATHE IT IN.
 7              MR. BECK:  DOES THAT HAVE ANY EFFECT ON YOU IN TERMS
 8    OF YOUR ABILITY TO CONCENTRATE OR SIT STILL AFTER THE
 9    NEBULIZER?
10              JUROR 38:  NO.  IF I MISS IT, I MIGHT START COUGHING
11    OR SOMETHING.
12              MR. BECK:  I MIGHT, TOO, BECAUSE I HAVE HAD A COUGH
13    FOR ABOUT THREE WEEKS.  IT'S NOT GOING TO BE SOMETHING WHERE
14    YOU KIND OF SPACE OUT OR ANYTHING LIKE THAT?
15              THE COURT:  YOU WOULD BE ABLE TO DO THAT AT A BREAK,
16    SIR?
17              JUROR 38:  YES.  I COULD BRING THE MACHINE HERE WITH
18    ME.
19              MR. BECK:  IS IT BIG?
20              JUROR 38:  I JUST HAVE TO HAVE AN ELECTRIC CORD.
21              THE COURT:  WE CAN PROVIDE THAT FOR YOU.
22              MR. BECK:  ANY OTHER HEALTH ISSUES THAT MIGHT MAKE IT
23    DIFFICULT FOR YOU TO SERVE AS A JUROR?
24              JUROR 38:  NO.
25              MR. BECK:  MR. JACKSON, I HAD A LITTLE BIT HARD TIME
```

1    HEARING THE QUESTION AND ANSWER WHEN MR. ROBINSON WAS SPEAKING

2    WITH YOU, BUT I DID NOTICE IN YOUR JURY QUESTIONNAIRE YOU SAID

3    IN THERE THAT YOU BASICALLY WORK NIGHTS.

4           **JUROR 44:**  (NODS HEAD)

5           **MR. BECK:**  DID YOU WORK LAST NIGHT?

6           **JUROR 44:**  (NODS HEAD)

7           **MR. BECK:**  IF YOU GET PICKED FOR THE JURY, ARE YOU

8    STILL GOING TO BE WORKING NIGHTS?

9           **JUROR 44:**  I WORK SUNDAY NIGHTS-- I WORK TUESDAY

10    THROUGH SUNDAY.  I GO TO WORK 8:00 TO 5:00.

11           **MR. BECK:**  8:00 P.M. TO 5:00 IN THE MORNING?

12           **JUROR 44:**  ROUGHLY.

13           **MR. BECK:**  IF WE HAVE A TRIAL HERE WHERE IT'S GOING

14    TO GO FROM 8:30 OR 9:00 IN THE MORNING TO 5:00 OR 5:30 IN THE

15    AFTERNOON, THAT DOESN'T SOUND LIKE IT LEAVES YOU MUCH TIME TO

16    SLEEP IF YOU ARE GOING TO BE WORKING NIGHTS.

17           **JUROR 44:**  (NODS HEAD)

18           **MR. BECK:**  IS THIS THE KIND OF THING WHERE, DURING

19    THE TRIAL, YOU COULD TAKE OFF FOR THREE WEEKS, OR IS THAT NOT

20    DOABLE BECAUSE OF YOUR FINANCIAL SITUATION?

21           **JUROR 44:**  IT WOULD BE A PROBLEM.

22           **MR. BECK:**  WE ALL WANT FOLKS WHO ARE GOING TO BE NOT

23    ONLY IMPARTIAL, BUT ALSO AWAKE DURING THE TESTIMONY, AND THAT'S

24    HARD ENOUGH, LET ME TELL YOU.

25           **JUROR 44:**  I HAVE TO BE DRIVING.

1          **THE COURT:**  WOULD YOU PLEASE SPEAK UP.

2          **MR. BECK:**  MAYBE WE CAN HAND THIS BACK.

3          **JUROR 44:**  LIKE I BE AT WORK AND I GET OFF AT A

4    CERTAIN TIME, AND IF I GET PICKED, THEY CALL ME TO COME IN, AND

5    I WOULDN'T HAVE THAT MUCH SLEEP WHEN I GET OFF.

6          **MR. BECK:**  SO YOU WOULD END UP WITH JUST LIKE AN HOUR

7    OR TWO OF SLEEP, SOMETHING LIKE THAT?

8          **JUROR 44:**  PROBABLY AN HOUR TO THREE HOURS.

9          **MR. BECK:**  DO YOU THINK YOU ARE GOING TO BE ABLE, IF

10   YOU ARE ONLY GETTING AN HOUR TO THREE HOURS, TO BE ABLE TO

11   FOLLOW THIS AND STAY AWAKE?

12         **JUROR 44:**  (SHAKES HEAD)

13         **MR. BECK:**  ONE OF THE THINGS MARK AND I FORGOT TO

14   MENTION IS THAT THIS TRIAL IS GOING TO BE A LITTLE BIT

15   DIFFERENT FROM -- CERTAINLY DIFFERENT FROM WHAT YOU SEE ON

16   TELEVISION OR READ ABOUT, BECAUSE A LOT OF THE WITNESSES ARE

17   FROM OUT OF STATE AND THEY ARE NOT GOING TO BE HERE.  SO WE ARE

18   GOING TO BE LOOKING AT THIS SCREEN, AND THERE'S GOING TO BE

19   DEPOSITIONS.  THAT'S TESTIMONY THAT WAS TAKEN BEFORE THE TRIAL.

20   EVERYBODY WAS UNDER OATH.  YOU ARE GOING TO BASICALLY BE

21   WATCHING TELEVISION SOME DAYS FOR SEVERAL HOURS.  DO YOU THINK

22   YOU WOULD BE ABLE TO STAY AWAKE AND ALERT DURING THAT IF YOU

23   ONLY HAD AN HOUR OR SO OF SLEEP?

24         **JUROR 44:**  LIKE I SAY --

25         **THE COURT:**  WE HAVE TO GET THIS DOWN.

DAILY COPY

1       **MR. BECK:** COULD YOU REPEAT THAT.

2       **JUROR 44:** THE DRIVING PART, I'M COMING ALL THE WAY

3  FROM HOUMA TRYING TO GET TO NEW ORLEANS. IF I DON'T GET THAT

4  MUCH SLEEP, I MIGHT CAUSE AN ACCIDENT.

5       **MR. BECK:** SO EVEN GETTING HERE COULD BE A PROBLEM.

6  THAT'S FAIR ENOUGH.

7       MR. NAQUIN, I THINK YOU COVERED THIS WITH

8  MR. ROBINSON. THE MR. BARNETT YOU CIRCLED YOU KNEW, IS NOT

9  JERRY BARNETT.

10      **JUROR 45:** YEAH. NO.

11      **MR. BECK:** LET ME ASK YOU: IN YOUR QUESTIONNAIRE,

12  ONE THING THAT YOU NOTED WHEN WE ASKED PEOPLE HOW MUCH

13  RESPONSIBILITY A PATIENT HAS FOR HIS OWN MEDICAL CARE, IT WENT

14  FROM ALL THE WAY FROM A PATIENT HAS TOTAL RESPONSIBILITY TO A

15  PATIENT HAS NO RESPONSIBILITY, WHICH IS THE ONE THAT YOU HAD

16  CHECKED. COULD YOU PLEASE JUST EXPAND ON THAT A LITTLE BIT AND

17  DESCRIBE WHAT YOU MEANT BY THAT ANSWER.

18      **JUROR 45:** IF THE DOCTOR GAVE YOU A PRESCRIPTION, IT

19  SHOULD BE THE DOCTOR'S RESPONSIBILITY THAT IT'S ALL RIGHT.

20      **MR. BECK:** HERE WE DON'T HAVE ANY DOCTORS WHO ARE

21  DEFENDANTS, BUT WE HAVE A PHARMACEUTICAL COMPANY THAT WOULD BE

22  A DEFENDANT. SO WOULD IT BE YOUR VIEW THAT IF SOMEBODY TOOK

23  MEDICINE MADE BY A PHARMACEUTICAL COMPANY, THEN IT WOULD BE THE

24  SAME SORT OF SITUATION WHERE THE PATIENT WOULD HAVE NO

25  RESPONSIBILITY AND IT WOULD ALL FALL ON THE PHARMACEUTICAL

DAILY COPY

1    COMPANY?

2              **JUROR 45:**  YES, SIR.

3              **MR. BECK:**  IT WOULD BE YOUR VIEW?

4              **JUROR 45:**  YES, SIR.

5              **MR. BECK:**  DO YOU THINK IF YOU WERE KIND OF IN MY

6    SHOES-- WELL, I'M NOT GOING TO ASK YOU TO DO THAT.  THERE'S A

7    WHOLE BUNCH OF CASES OUT THERE WHERE SOMEBODY COULD BE A JUROR

8    IN.  GIVEN YOUR VIEWS AS TO THE PATIENT'S RESPONSIBILITY AND

9    THE PHARMACEUTICAL COMPANY'S RESPONSIBILITY, DO YOU THINK THAT

10   STARTING OUT, BEFORE YOU HEARD ANYTHING ELSE, MY CLIENT MAYBE

11   WOULD BE A LITTLE BIT BEHIND BECAUSE OF YOUR APPROACH TO THIS

12   QUESTION?

13             **JUROR 45:**  RIGHT.

14             **MR. BECK:**  WE WOULD BE BEHIND?

15             **JUROR 45:**  WELL, I CAN THINK IT OVER, MAYBE BE MORE

16   JUST ABOUT IT.

17             **MR. BECK:**  I'M SORRY.  I COULDN'T HEAR THAT LAST --

18             **JUROR 45:**  I COULD BE MORE FAIR ABOUT IT.  I DON'T

19   KNOW WHAT TO TELL YOU.  I THINK IF A DOCTOR OR ANYBODY GIVE YOU

20   A PRESCRIPTION, THAT THEY SHOULD BE RESPONSIBLE.

21             **MR. BECK:**  THE SAME WAY WITH THE DRUG COMPANY THAT

22   MADE THE MEDICINE?

23             **JUROR 45:**  RIGHT.

24             **MR. BECK:**  MAYBE IF YOU HEARD STUFF, YOU COULD END UP

25   BEING MORE FAIR, BUT YOU START OUT, AT LEAST, WITH ME BEHIND?

DAILY COPY

1          **JUROR 45:**  RIGHT.

2          **MR. BECK:**  AS I SAID BEFORE, THIS IS EXACTLY HOW THE

3     PROCESS IS SUPPOSED TO WORK BECAUSE WE WANT TO FIND OUT IF

4     PEOPLE HAVE VIEWS LIKE THAT, SO I APPRECIATE VERY MUCH YOUR

5     CANDOR IN ANSWERING THAT.  THANK YOU.

6                   THAT'S ALL THE INDIVIDUAL QUESTIONS THAT I'M

7     GOING TO ASK.  NOW I'M GOING TO GET TO 15 OR 16 OF THESE

8     THINGS.  WHAT I WANT TO DO, I'M GOING TO READ THE QUESTION AND

9     EVERYBODY KIND OF LISTEN TO THE QUESTION.  I'M GOING TO ASK THE

10    PEOPLE IN THE FIRST ROW IF ANYBODY ANSWERS "YES" TO THIS, THEN

11    I WILL ASK THE PEOPLE IN THE SECOND ROW, THEN THE THIRD ROW

12    OVER HERE, AND THEN I'LL ASK EVERYBODY ELSE.  LIKE

13    MR. ROBINSON, IT'S NOT THAT WE DON'T CARE ABOUT YOU THERE, BUT

14    WE ARE FOCUSING ON THE FIRST HALF BECAUSE THAT'S WHERE WE ARE

15    LIKELY TO END UP GETTING OUR JURORS.

16                  THE FIRST QUESTION FOR EVERYBODY IN THE FIRST

17    ROW:  DOES ANYBODY HERE BELIEVE THAT A PRESCRIPTION DRUG SHOULD

18    BE PROVEN 100 PERCENT SAFE BEFORE IT IS SOLD TO THE PUBLIC?

19    HOW ABOUT THE SECOND ROW?  DOES ANYBODY BELIEVE A PRESCRIPTION

20    DRUG SHOULD BE PROVEN 100 PERCENT SAFE BEFORE IT'S SOLD TO THE

21    PUBLIC?  ALL RIGHT, SIR.  THANK YOU.  WE ALREADY TALKED ABOUT

22    THAT.  OVER IN THE FIRST ROW IN THE AUDIENCE, DOES ANYBODY

23    BELIEVE A PRESCRIPTION DRUG SHOULD BE PROVEN 100 PERCENT SAFE

24    BEFORE BEING SOLD TO THE PUBLIC?  THEN, IN THE REST OF THE

25    ROOM, DOES ANYBODY HAVE THAT VIEW?

DAILY COPY

1          QUESTION 2.  TODAY WHEN YOU HEAR THAT THE FDA,

2     THE FOOD & DRUG ADMINISTRATION, HAS GIVEN ITS APPROVAL TO A NEW

3     PRESCRIPTION DRUG, DOES ANYBODY HAVE LITTLE OR NO CONFIDENCE

4     THAT THE DRUG IS ACTUALLY SAFE?  DO YOU FOLLOW THAT QUESTION?

5     ANYBODY FEEL THAT WAY, WHEN YOU HEAR A DRUG HAS BEEN APPROVED

6     BY THE FDA, DO YOU HAVE LITTLE OR NO CONFIDENCE THAT IT'S

7     ACTUALLY SAFE?  HOW ABOUT IN THE SECOND ROW?  ANYBODY FEEL THAT

8     WAY, WHEN YOU HEAR A DRUG HAS BEEN APPROVED BY THE FDA, YOU

9     HAVE LITTLE OR NO CONFIDENCE THAT IT'S SAFE?  IN THE THIRD ROW,

10    ANYBODY FEEL THAT WAY?  RAISE YOUR HAND IF YOU CAN'T REMEMBER

11    THE QUESTION.  THE REST OF THE ROOM, ANYBODY FEEL THAT WAY?

12    OKAY.

13          QUESTION 3.  DOES ANYBODY FEEL THAT PRESCRIPTION

14    DRUG COMPANIES DO NOT DO AN ADEQUATE JOB OF MONITORING THE

15    SAFETY OF THEIR DRUGS ONCE THEY GET ON THE MARKET?  ANYBODY IN

16    THE FIRST ROW FEEL THAT WAY?  HOW ABOUT IN THE SECOND ROW?

17    DOES ANYBODY FEEL THAT PRESCRIPTION DRUG COMPANIES DO NOT DO AN

18    ADEQUATE JOB MONITORING THE SAFETY OF THEIR DRUGS ONCE THEY GET

19    ON THE MARKET?  ANYONE AT ALL?  IN THE THIRD ROW, DOES ANYBODY

20    FEEL THAT WAY, THAT PRESCRIPTION DRUG COMPANIES DO NOT DO AN

21    ADEQUATE JOB MONITORING THE SAFETY OF THEIR MEDICINE ONCE IT

22    GETS ON THE MARKET?  THE REST OF THE ROOM?  YES, MA'AM.  COULD

23    YOU PLEASE STATE YOUR NAME AND NUMBER, PLEASE.

24          **JUROR 88:**  EVA GAITHER, JUROR 88.  I FEEL THEY ONLY

25    GET THE RESULTS FROM THE ONES THAT ACTUALLY TOOK THE

1    MEDICATION, NOT THE WHOLE OTHER PEOPLE THAT JUST MIGHT HAVE

2    BEEN PRESCRIBED THE MEDICATION.  THEY MIGHT HAVE DIFFERENT

3    EFFECTS ON YOU THAN THE PEOPLE WHO TOOK THE SURVEY.

4            **MR. BECK:**  THANK YOU, MA'AM.  DO YOU THINK THAT THAT

5    FEELING THAT YOU START OUT WITH WOULD HAVE ANY INFLUENCE ON HOW

6    YOU APPROACH THE CASE?  THERE WILL BE SOME TESTIMONY ABOUT THE

7    DEVELOPMENT AND TESTING OF VIOXX.  DO YOU THINK THAT WOULD

8    INFLUENCE HOW YOU APPROACH THE CASE?

9            **JUROR 88:**  NO.

10           **MR. BECK:**  QUESTION 4.  I FEEL LIKE DAVID LETTERMAN

11   HERE, EXCEPT I HAVE 16.  I JUST ASKED QUESTION 4.  QUESTION 5.

12   DOES ANYBODY FEEL IF A PRESCRIPTION DRUG IS TAKEN OFF THE

13   MARKET IT MEANS THAT THE DRUG IS DANGEROUS FOR ANYONE WHO TAKES

14   IT?  ANYONE IN THE FIRST ROW?  I'LL REPEAT THE QUESTION.  DOES

15   ANYONE FEEL THAT IF A PRESCRIPTION DRUG IS TAKEN OFF THE MARKET

16   IT MEANS THAT THE DRUG IS DANGEROUS FOR ANYONE WHO TAKES IT?

17   ANYONE IN THE SECOND ROW?  THE FIRST ROW, HAVING HEARD ME ASK

18   IT AGAIN?  HOW ABOUT THE THIRD ROW?  ANYBODY FEEL THAT WAY?

19   I'LL REPEAT IT AGAIN.  DOES ANYONE FEEL THAT IF A PRESCRIPTION

20   DRUG IS TAKEN OFF THE MARKET IT MEANS THAT THE DRUG IS

21   DANGEROUS FOR ANYONE WHO TAKES IT?  YES, SIR.

22           **JUROR 76:**  I DON'T KNOW ABOUT ANYONE WHO TAKES IT--

23   DANIEL CHAUVIN.  I'M 76.  MAYBE NOT EVERYONE WHO TAKES IT, BUT

24   BY TAKING IT OFF THE MARKET, IT WOULD SEEM TO LEAVE THE BELIEF

25   THAT IT'S MORE HARMFUL THAN NOT TO THE GENERAL PUBLIC, THAT IT

1    COULD AFFECT SOMEONE.  IF IT'S SERIOUS ENOUGH TO TAKE IT OFF

2    THE MARKET, THAT WOULD BE ENOUGH TO AFFECT THE GENERAL PUBLIC.

3         **MR. BECK:**  NOW, THERE'S GOING TO BE TESTIMONY HERE

4    THAT VIOXX WAS WITHDRAWN FROM THE MARKET.  WITH YOUR OPINION

5    THAT YOU JUST EXPRESSED, WOULD THAT MEAN THAT YOU WOULD START

6    OUT ASSUMING THAT VIOXX WOULD BE MORE HARMFUL THAN BENEFICIAL

7    TO THE GENERAL PUBLIC?

8         **JUROR 76:**  NOT IN PARTICULAR.  I'M JUST SAYING, FROM

9    PULLING IT OFF THE MARKET, IT WOULD TEND TO SHOW THERE'S A

10   STRONG SUSPICION THAT IT'S GENERALLY SUSCEPTIBLE.  NO, I

11   WOULDN'T HAVE ANY PREDISPOSITION WHETHER IT WOULD BE OR NOT.

12        **MR. BECK:**  DO YOU THINK THAT YOU COULD, WITH THAT

13   VIEW OF YOURS-- DO YOU THINK THAT WOULD INFLUENCE YOU, AS YOU

14   GO FORWARD AND HEAR THE EVIDENCE IN THIS CASE, IT WOULD

15   PREDISPOSE YOU EITHER WAY?

16        **JUROR 76:**  NO.

17        **MR. BECK:**  IS THERE ANYONE HERE, FOR ANY REASON, THAT

18   FEELS OUTRAGED AT THE CONDUCT OF COMPANIES THAT MAKE

19   PRESCRIPTION MEDICINE?  ANYBODY FEEL THAT WAY IN THE FIRST ROW?

20   SECOND ROW?  ANYONE HERE FEEL OUTRAGED AT THE CONDUCT OF

21   COMPANIES THAT MAKE PRESCRIPTION MEDICINE?  HOW ABOUT IN THE

22   NEXT ROW?  REST OF THE ROOM?

23             HERE'S ONE THAT'S A LITTLE LONGER QUESTION, SO

24   BEAR WITH ME.  IF ALL YOU KNEW WAS THAT A PERSON TOOK A

25   MEDICINE AND THEN HAD A HEALTH PROBLEM, WOULD THAT BE ENOUGH TO

1  SHOW THAT IT WAS MORE LIKELY THAN NOT THAT THE MEDICINE CAUSED

2  THE HEALTH PROBLEM?  DO YOU FOLLOW THAT?  TOOK THE MEDICINE,

3  HAD A HEALTH PROBLEM.  WOULD THAT ITSELF MEAN TO YOU IT'S MORE

4  LIKELY THAN NOT THAT THE MEDICINE ACTUALLY CAUSED THE HEALTH

5  PROBLEM?  ANYBODY FEEL THAT WAY IN THE FIRST ROW?  SECOND ROW?

6  THIRD?  ANYBODY ELSE?

7              I'M GOING TO GET AT IT A LITTLE BIT DIFFERENT

8  WAY.  MR. ROBINSON USED THE EXAMPLE OF AN ACCIDENT, DIFFERENT

9  CAUSES.  LET ME GIVE YOU MY LITTLE STORY.  YOU EAT A NEW FOOD

10  THAT YOU HAVE NEVER EATEN BEFORE AND A FEW HOURS LATER YOU GET

11  AN UPSET STOMACH.  IF THAT HAPPENS, IS THERE ANYONE HERE THAT

12  WOULD FEEL VERY CONFIDENT THAT THE NEW FOOD WAS THE CAUSE OF

13  THE UPSET STOMACH?  DOES EVERYBODY FOLLOW THAT?  JUST BECAUSE

14  YOU EAT SOMETHING AND YOU GET AN UPSET STOMACH A COUPLE HOURS

15  LATER, DOES ANYBODY FEEL HIGHLY CONFIDENT IT WOULD HAVE BEEN

16  THE FOOD THAT CAUSED IT?  YES.

17          **JUROR 59:**  MARY CAVELL, 59.  IF A PERSON IS

18  PHYSICALLY HEALTHY AND JUST WENT TO EAT SOMETHING AND TWO HOURS

19  LATER IS FEELING POORLY, I WOULD SAY DEFINITELY THE FIRST PLACE

20  I WOULD CHECK IS WHERE I ATE.

21          **MR. BECK:**  ANYBODY ELSE?  I'M JUST GOING TO ASK

22  PEOPLE TO GIVE THEIR NAMES AND NUMBERS AS WE GO DOWN THE ROW.

23  THAT'S ALL I NEED ON THIS.

24          **JUROR 65:**  HULEN BROWN, 65.

25          **MR. BECK:**  YOUR ANSWER IS YES.

1          **JUROR 76:**  DANIEL CHAUVIN, 76, YES.

2          **JUROR 86:**  JAMES DESLATTE, 86.

3          **JUROR 118:**  WILLIE NICHOLAS, 118.

4          **JUROR 117:**  LATONIA WINCHESTER, 117.

5          **JUROR 112:**  CAESAR BROWN, 112.

6          **MR. BECK:**  DOES ANYBODY HERE BELIEVE THAT IF A

7   PRESCRIPTION DRUG IS APPROVED BY THE FDA AND ON THE MARKET FOR

8   SEVERAL YEARS AND IS LATER WITHDRAWN DUE TO A SAFETY CONCERN,

9   THAT THAT AUTOMATICALLY MEANS THAT THE DRUG MANUFACTURER DID

10  SOMETHING WRONG?  ANYBODY FEEL THAT WAY IN THE FIRST ROW?

11  SECOND ROW?

12          LET ME REPEAT IT.  SO IF ANYBODY IN THE ROOM

13  FEELS THIS WAY, JUST RAISE YOUR HAND.  DOES ANYONE HERE BELIEVE

14  THAT IF A PRESCRIPTION DRUG THAT IS APPROVED BY THE FDA AND ON

15  THE MARKET FOR SEVERAL YEARS IS LATER WITHDRAWN DUE TO A SAFETY

16  CONCERN, THAT THAT AUTOMATICALLY MEANS THAT THE DRUG

17  MANUFACTURER DID SOMETHING WRONG?  ANYBODY FEEL THAT THE ANSWER

18  TO THAT QUESTION IS "YES"?

19          DOES ANYBODY BELIEVE, BASED ON WHAT YOU KNOW

20  TODAY, THAT VIOXX CAUSES OR CONTRIBUTES TO HEART PROBLEMS IN

21  ALL OR EVEN MOST OF THE PEOPLE WHO TAKE IT?  THIS IS BASED NOT

22  JUST ON WHAT YOU HEARD FROM THE JUDGE AND MR. ROBINSON AND ME,

23  BUT WHATEVER YOU MAY HAVE HEARD ON THE RADIO, TELEVISION, OR

24  NEWSPAPERS.  DOES ANYBODY BELIEVE, BASED ON WHAT YOU HAVE HEARD

25  UP UNTIL TODAY, THAT VIOXX CAUSES OR CONTRIBUTES TO HEART

DAILY COPY

1   PROBLEMS IN ALL OR EVEN MOST OF THE PEOPLE WHO TAKE IT?

2   ANYBODY FEEL THAT WAY AT ALL?  ANYONE IN THE ROOM?

3                   I THINK WE HAVE SIX TO GO AND THEN MR. ROBINSON

4   GETS TO ASK SOME MORE.  DOES ANYONE BELIEVE THAT THE ENTIRE

5   PRESCRIPTION DRUG APPROVAL SYSTEM IN THIS COUNTRY NEEDS TO BE

6   COMPLETELY CHANGED?  SOME PEOPLE FEEL THAT WAY.  DOES ANYBODY

7   HERE FEEL THAT THE ENTIRE PRESCRIPTION DRUG APPROVAL SYSTEM IN

8   THE COUNTRY NEEDS TO BE COMPLETELY CHANGED?

9            JUROR 5:  REGINALD HARRIS, 5.  NOT COMPLETELY.  IT'S

10  JUST THAT, TO ME, SOMETIMES -- THE LITTLE BIT I KNOW ABOUT

11  IT -- IT TAKES TOO LONG FOR APPROVAL IN CERTAIN DRUGS; WHEREAS,

12  YOU READ ABOUT IT IN OTHER COUNTRIES, THESE DRUGS ARE ALREADY

13  ON THE MARKET AND THEY SEEM TO BE WORKING, THE SAME DRUG THAT

14  WE TEST AND TEST AND TEST.

15           MR. BECK:  ANYBODY ELSE HAVE ANY VIEWS ON THAT?

16           JUROR 59:  MARY CAVELL, 59.  I THINK IT NEEDS TO BE

17  TAKEN OUT OF THE POLITICAL SCENE.

18           MR. BECK:  I'M SORRY?

19           JUROR 59:  TAKE THE POLITICS OUT OF IT.

20           MR. BECK:  WHAT DO YOU MEAN BY THAT, MA'AM?  WHAT'S

21  YOUR CONCERN IN THAT REGARD?

22           JUROR 59:  BECAUSE OF THE WAY THAT THE PROCESS -- I

23  THINK, BASICALLY, IS THAT THE LOBBYISTS, ET CETERA, ARE GETTING

24  DRUGS APPROVED, AND ALL THESE POLITICS I THINK THAT SHOULD NOT

25  HAVE ANYTHING TO DO WITH THE DRUG BEING VERIFIED.

1        **MR. BECK:**  ANYBODY ELSE HAVE FEELINGS ON THAT?  DOES

2    ANYBODY HERE FEEL STRONGLY THAT PRESCRIPTION DRUG COMPANIES

3    OFTEN RUSH DRUGS TO THE MARKET BEFORE THEY ARE PROVEN SAFE?

4    DOES ANYBODY FEEL THAT WAY IN THE FIRST ROW?  HOW ABOUT IN THE

5    SECOND ROW?  ANYBODY FEEL THAT WAY, THAT PRESCRIPTION DRUG

6    COMPANIES OFTEN RUSH DRUGS TO THE MARKET BEFORE THEY ARE PROVEN

7    SAFE?  THE FIRST ROW IN THE AUDIENCE?  ANYONE ELSE?  YES,

8    MA'AM.

9        **JUROR 88:**  I DO.

10        **MR. BECK:**  YOU HAVE TO RESTATE YOUR NAME AND NUMBER.

11        **JUROR 88:**  EVA GAITHER, JUROR 88.  I THINK THEY ARE

12    RUSHING FOR FINANCIAL GAIN.

13        **MR. BECK:**  NOW, AGAIN, WITH THAT VIEW-- AND I

14    APPRECIATE YOUR ANSWER.  WITH THAT GENERAL VIEW THAT YOU HAVE,

15    IN A CASE WHERE THERE'S A DISAGREEMENT ABOUT WHETHER THERE WAS

16    ADEQUATE TESTING BEFORE THE MEDICINE WAS BROUGHT TO THE MARKET,

17    DO YOU THINK THAT YOU WOULD START OUT FAVORING ONE SIDE VERSUS

18    THE OTHER?

19        **JUROR 88:**  NO.

20        **MR. BECK:**  DOES ANYONE HERE WORRY A LOT ABOUT THE

21    SAFETY OF PRESCRIPTION DRUGS?  FIRST ROW?  ANYBODY WORRY A LOT

22    ABOUT THE SAFETY OF PRESCRIPTION DRUGS?  HOW ABOUT IN THE

23    SECOND ROW?  THE THIRD ROW?  ANYONE ELSE?  YES, SIR.

24        **JUROR 90:**  FRANK BILECI, JUROR 90.  I DON'T BELIEVE

25    THAT PRESCRIPTION DRUGS ARE GENERALLY SAFE.  I BELIEVE IN MORE

1  NATURAL METHODS.

2          **MR. BECK:**  DO YOU THINK, SIR, GIVEN YOUR OVERALL VIEW

3  ABOUT PRESCRIPTION DRUGS NOT BEING SAFE AND YOUR OWN PREFERENCE

4  FOR MORE NATURAL METHODS, THAT YOU MIGHT START OUT IN A CASE

5  LIKE THIS WITH MY SIDE, THE PRESCRIPTION DRUG COMPANY, BEING A

6  LITTLE BIT BEHIND?

7          **JUROR 90:**  IT WOULD BE A LITTLE BIT, BUT I WOULD

8  LISTEN TO THE EVIDENCE.

9          **MR. BECK:**  WE WOULD START OUT A LITTLE BIT BEHIND,

10  BUT THEN YOU WOULD LOOK AT THE EVIDENCE?

11          **JUROR 90:**  (NODS HEAD)

12          **MR. BECK:**  THANK YOU, SIR.  HAS ANYONE HERE EVER BEEN

13  A VICTIM OF IMPROPER OR INADEQUATE MEDICAL TREATMENT?  ANYBODY

14  IN THE FIRST ROW FEEL THAT WAY?  SECOND ROW?  ANYONE FEEL THAT

15  WAY?  THIRD ROW?  ANYONE ELSE?  ANYONE FEEL THEY HAVE BEEN A

16  VICTIM OF IMPROPER OR INADEQUATE MEDICAL TREATMENT?

17          SECOND-TO-THE-LAST ONE.  WHO FEELS THAT IF A

18  PATIENT HAS A SERIOUS SIDE EFFECT WHILE TAKING A PRESCRIPTION

19  DRUG, THE DRUG MANUFACTURER IS THE MOST TO BLAME?  ANYONE IN

20  THE FIRST ROW FEEL THAT WAY?  SECOND ROW?  THIRD ROW?  ANYONE

21  ELSE?

22          OKAY.  LAST ONE, I PROMISE.  WHO HERE BELIEVES

23  THAT A PRESCRIPTION DRUG COMPANY HAS A DUTY TO WARN PATIENTS

24  ABOUT POTENTIAL SIDE EFFECTS EVEN IF THERE IS NO SCIENTIFIC

25  PROOF THAT THE DRUG CAUSES THE SIDE EFFECTS?  DOES ANYONE FEEL

1    THAT WAY IN THE FIRST ROW?  IN THE SECOND ROW?  WHO HERE

2    BELIEVES THAT A PRESCRIPTION DRUG COMPANY HAS A DUTY TO WARN

3    PATIENTS ABOUT POTENTIAL SIDE EFFECTS EVEN IF THERE IS NO

4    SCIENTIFIC PROOF THAT THE DRUG CAUSES THE SIDE EFFECTS?

5    ANYBODY FEEL THAT WAY?  IN THE NEXT ROW, ANYONE FEEL THAT WAY?

6              **JUROR 75:**  I THINK I DO.  LINDA GALLOWAY, 75.  SO,

7    BASICALLY, YOUR QUESTION IS SAYING SIDE EFFECTS DO APPEAR, BUT

8    YOU CAN'T PROVE WHY?  I THINK PEOPLE SHOULD BE WARNED, YES.

9              **MR. BECK:**  THIS CASE IS GOING TO INVOLVE QUESTIONS

10   ABOUT SIDE EFFECTS AND WARNINGS AND WHETHER THERE WAS

11   SCIENTIFIC PROOF OF THE SIDE EFFECTS.  SO MY QUESTION TO YOU,

12   MA'AM, IS:  GIVEN YOUR ATTITUDE ON THAT ISSUE, DO YOU THINK

13   THAT MY CLIENT WOULD START OUT BEHIND, IN YOUR VIEW, BECAUSE OF

14   YOUR APPROACH TO THAT?

15             **JUROR 75:**  I DON'T THINK SO.

16             **MR. BECK:**  OKAY.  THANK YOU.  NOW, AS I UNDERSTAND

17   IT, MR. ROBINSON MAY HAVE SOME MORE QUESTIONS.  THERE'S SOME

18   POSSIBILITY THAT I'LL HAVE A FEW WHEN HE IS DONE, ALTHOUGH I

19   HOPE NOT.  IF I DO, I PROMISE THAT THERE WON'T BE VERY MANY.

20             **THE COURT:**  DO YOU WANT TO TAKE A BREAK AT THIS TIME?

21             **MR. ROBINSON:**  THAT WOULD BE GOOD.

22             **THE COURT:**  WE'LL TAKE A 10-MINUTE BREAK AT THIS

23   TIME.  THE COURT WILL STAND IN RECESS.

24             **THE DEPUTY CLERK:**  EVERYONE RISE.

25             (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)


DAILY COPY

1          **THE DEPUTY CLERK:**  EVERYONE RISE.

2          **THE COURT:**  BE SEATED, PLEASE.

3          **MR. ROBINSON:**  I'M NOT GOING TO BE LONG.  MR. BECK

4   ASKED YOU A LONG LIST OF QUESTIONS.  I JUST WANT TO BE SURE YOU

5   DIDN'T GET THE WRONG IMPRESSION ABOUT HOW WE SEE OUR CASE.

6   MR. BECK ASKED YOU A QUESTION ABOUT DO YOU THINK A DRUG COMPANY

7   SHOULD MAKE A DRUG 100 PERCENT SAFE.  YOU DIDN'T GET FROM THAT

8   THAT THAT'S WHAT THE PLAINTIFFS ARE CLAIMING HERE, DID YOU?

9          **MR. BECK:**  YOUR HONOR, I THINK THIS IS ARGUMENT

10  RATHER THAN VOIR DIRE.

11         **THE COURT:**  LET'S KIND OF FRAME THE QUESTION IN SOME

12  WAY.  I'LL LET THAT ONE IN SINCE YOU HAVE ASKED IT.

13         **MR. ROBINSON:**  I JUST WANT TO MAKE SURE YOU DIDN'T

14  GET THE IMPRESSION FROM HIS QUESTION THAT THAT'S WHAT WE WERE

15  CLAIMING, THAT VIOXX WASN'T 100 PERCENT SAFE.  THANK YOU.

16  ANYBODY GET THAT IMPRESSION?

17         MR. BECK ASKED YOU A QUESTION ABOUT YOUR

18  OPINIONS ABOUT RUSHING DRUGS TO MARKET.  IF THERE'S EVIDENCE IN

19  THIS CASE ON THAT SUBJECT, ARE YOU GOING TO NOT LISTEN TO IT

20  BECAUSE OF HIS QUESTION?

21         HE ASKED YOU QUESTIONS ABOUT THE FDA.  WILL YOU

22  WAIT TO HEAR THE EVIDENCE FROM THE WITNESS STAND ABOUT WHAT THE

23  FDA DID OR DID NOT DO IN THIS CASE, KEEP AN OPEN MIND?

24         HE ASKED YOU A QUESTION ABOUT SOMEBODY EATING

25  SOME FOOD AND THEN HAVING A REACTION WITHIN A SHORT TIME.  IF

1  THERE'S TIMING ISSUES INVOLVED IN THIS CASE, WILL YOU LISTEN TO
2  THOSE ISSUES?
3              HE ASKED YOU QUESTIONS ABOUT IF VIOXX DOESN'T
4  CAUSE HEART ATTACKS FOR A LARGE GROUP OF PEOPLE -- OR I THINK
5  HE SAID EVERYONE.  WILL YOU KEEP AN OPEN MIND ON THE ISSUE AS
6  TO WHETHER OR NOT VIOXX MAY CAUSE A HEART ATTACK FOR A SMALLER
7  GROUP OF PEOPLE?
8              I JUST HAVE SOME SPECIFIC QUESTIONS TO SOME OF
9  THE JURORS THAT MR. BECK TALKED TO.  MS. GALLOWAY, IS THERE
10 ANYTHING IN YOUR ANSWER THAT MAKES YOU FEEL YOU CAN'T BE FAIR
11 TO BOTH SIDES HERE?
12             **JUROR 75:**  NO.
13             **MR. ROBINSON:**  MR. BILECI, BECAUSE YOU BELIEVE IN
14 NATURAL FOODS RATHER THAN DRUGS, YOU HAD AN ANSWER TO ONE OF
15 HIS QUESTIONS DIFFERENTLY THAN MAYBE SOME OF THE OTHER PEOPLE;
16 IS THAT RIGHT?
17             **JUROR 90:**  REPHRASE YOUR QUESTION AGAIN.
18             **MR. ROBINSON:**  LET ME ASK IT THIS WAY:  IS THE FACT
19 THAT YOU HAVE SOME BELIEFS ABOUT NATURAL MEDICINE GOING TO MAKE
20 YOU NOT BE A FAIR JUROR IN THIS CASE?
21             **JUROR 90:**  NO.  I WOULD BE A FAIR JUROR.
22             **MR. ROBINSON:**  SO WHATEVER YOUR PERSONAL BELIEFS
23 ABOUT HOLISTIC MEDICINES, YOU CAN KEEP THAT FOR YOURSELF
24 PERSONALLY, AND YOU WILL TRY AND BE A FAIR JUROR HERE?
25             **JUROR 90:**  YES, SIR.

1          **MR. ROBINSON:**  MR. GRAYSON, MR. BECK ASKED YOU SOME
2    QUESTIONS ABOUT YOUR WORK.  IF YOU ARE CHOSEN AS A JUROR IN
3    THIS CASE, CAN YOU DO YOUR BEST TO BE FAIR EVEN UNDER THE
4    CIRCUMSTANCES THAT HE ASKED YOU QUESTIONS ABOUT?
5          **JUROR 4:**  YES.
6          **MR. ROBINSON:**  I APPRECIATE THAT.  NOW, MR. JACKSON,
7    YOU HAVE A DIFFICULT SITUATION; RIGHT?
8          **JUROR 44:**  (NODS HEAD)
9          **MR. ROBINSON:**  I DON'T THINK I UNDERSTOOD SOMETHING
10   THAT YOU SAID.  I THINK I NEED TO GIVE YOU THE MICROPHONE.
11   JUST SO I UNDERSTAND IT, DID YOU SAY YOU WORK SUNDAYS AND
12   MONDAYS?
13         **JUROR 44:**  I'M OFF ON MONDAY AND TUESDAY.  I WORK
14   WEDNESDAY THROUGH SUNDAY.
15         **MR. ROBINSON:**  YOU WORK WEDNESDAY THROUGH SUNDAY?
16         **JUROR 44:**  RIGHT.
17         **MR. ROBINSON:**  YOU ACTUALLY ARE DRIVING FROM HOUMA?
18         **JUROR 44:**  YES.
19         **MR. ROBINSON:**  YOU'RE WORKING ALL NIGHT LONG, THEN
20   YOU COME HERE?
21         **JUROR 44:**  I DON'T WORK ALL NIGHT LONG.  I WORK ON A
22   TIME SCHEDULE:  8:00 TO 5:00 ON SUNDAYS; WEDNESDAY THROUGH
23   SATURDAY, 9:00 TO 5:00.
24         **MR. ROBINSON:**  IS IT YOUR FEELING THAT, REALLY, THIS
25   IS GOING TO BE TOO DIFFICULT FOR YOU TO SERVE, OR DO YOU THINK

1    YOU CAN SERVE?

2            **JUROR 44:**  IT ALL DEPENDS ON IF I GET ENOUGH SLEEP.

3    IF I GET ENOUGH SLEEP.

4            **THE COURT:**  LET'S MOVE ON, COUNSEL, WITH THAT.

5            **MR. ROBINSON:**  THANK YOU, SIR.  MR. NAQUIN, I WANT TO

6    MAKE SURE YOU UNDERSTOOD THE QUESTIONS THAT YOU WERE BEING

7    ASKED.  DO YOU CONSIDER YOURSELF A FAIR PERSON?

8            **JUROR 45:**  YES, SIR.

9            **MR. ROBINSON:**  IF THE JUDGE INSTRUCTS YOU ON THE LAW

10   IN THIS CASE AND THE FACTS OF THIS CASE, CAN YOU KEEP OUT YOUR

11   OWN BELIEFS ABOUT THE RESPONSIBILITIES OF DOCTORS AND LISTEN TO

12   THE LAW AS THE JUDGE INSTRUCTS YOU?

13           **JUROR 45:**  YES, SIR.

14           **MR. ROBINSON:**  SO IF THE LAW SAYS THAT, AND YOU LOOK

15   AT THE LAW AND THE FACTS OF THE CASE AND YOU FEEL THAT THE

16   EVIDENCE SUPPORTS MERCK'S POSITION, DO YOU FEEL YOU COULD GIVE

17   A VERDICT FOR MERCK IN THIS CASE?

18           **JUROR 45:**  EITHER WAY, YES, SIR.

19           **MR. ROBINSON:**  DO YOU THINK YOU COULD BE FAIR?

20           **JUROR 45:**  YES, SIR.

21           **MR. ROBINSON:**  YOUR HONOR, I HAVE NOTHING FURTHER.

22           **THE COURT:**  ANYTHING FURTHER?

23           **MR. BECK:**  NO, YOUR HONOR.

24           **THE COURT:**  LET ME SEE COUNSEL, PLEASE.

25           (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

1    THE BENCH.)

2         **THE COURT:**  I'M GOING TO EXCUSE FOR CAUSE

3    MR. JERMAINE JACKSON.

4         **MR. ROBINSON:**  I AGREE.

5         **MR. BECK:**  YES, YOUR HONOR.

6         **THE COURT:**  44.  THE PEOPLE I'M CONCERNED WITH-- WE

7    ARE NOT GOING TO GET TO BILECI.  I'M CONCERNED A LITTLE BIT

8    ABOUT WINDELL GRAYSON, ABOUT HIS HARDSHIP, AND I WANT TO GET

9    HIM TO THE BENCH SO WE CAN FLESH THAT OUT A LITTLE BIT.

10                          * * *

11        **THE COURT:**  MR. GRAYSON, BOTH COUNSEL AND THE COURT,

12   OF COURSE, ARE CONCERNED A LITTLE BIT ABOUT YOUR FINANCIAL

13   SITUATION, YOUR HARDSHIP.  NOBODY WANTS TO IMPOSE ANY HARDSHIP

14   ON YOU, BUT YOU'RE A GOOD POTENTIAL JUROR, SO WE JUST WANTED TO

15   FLESH IT OUT WITH YOU A LITTLE BIT MORE.  WOULD YOU HELP US OUT

16   THERE, SIR.  WHAT ARE YOU TALKING ABOUT FROM A FINANCIAL

17   STANDPOINT?  DO YOU GET PAID IF YOU DON'T SHOW UP?

18        **JUROR 4:**  (SHAKES HEAD)

19        **THE COURT:**  THE ANSWER IS "NO."  WHAT DO YOU DO, SIR?

20        **JUROR 4:**  OPERATE HEAVY EQUIPMENT.  IF IT RAINS, IT'S

21   TOO WET, THAT MAY HAVE ME OUT TWO OR THREE DAYS.

22        **THE COURT:**  YOU DON'T GET PAID IN THAT SITUATION?

23        **JUROR 4:**  NO, SIR.

24        **THE COURT:**  IF YOU'RE OUT OF WORK HERE BECAUSE OF TWO

25   TO THREE WEEKS, YOU'RE NOT GOING TO GET PAID FOR THAT TWO TO

1   THREE WEEKS?

2              **JUROR 4:**  NO.

3              **THE COURT:**  YOU HAVE A FAMILY?

4              **JUROR 4:**  YES, I DO.  I HAVE TWO LITTLE GIRLS, 9 AND

5   11, AND THEY ARE IN TEXAS.

6              **THE COURT:**  YOU'RE HERE?

7              **JUROR 4:**  YES, WORKING.

8              **THE COURT:**  WHERE DID YOU LIVE BEFORE KATRINA?

9              **JUROR 4:**  THE CARROLLTON AREA, CARROLLTON AND

10  FOUNTAINBLEAU.

11             **THE COURT:**  DID YOU HAVE TO EVACUATE, AND THEY STAYED

12  IN HOUSTON AND YOU CAME HERE?

13             **JUROR 4:**  YES.  THEY STAYED WITH ME, AND AFTER THE

14  STORM THEY WENT WITH THEIR MOTHER TO TEXAS.  I STAYED DOWN HERE

15  BETWEEN COVINGTON, BATON ROUGE, JUST TRYING TO FIND WORK,

16  BECAUSE I HAD MY OWN DAYCARE THAT WAS PASSED ON TO ME BY MY

17  PARENTS ABOUT THREE YEARS AGO, AND I LOST EVERYTHING IN THE

18  STORM.

19             **THE COURT:**  ANY QUESTIONS ON MR. GRAYSON?

20             **MR. BECK:**  NO, SIR.

21             **MR. ROBINSON:**  I SORT OF ASKED THE SAME QUESTION.

22  ARE YOU WORKING RIGHT NOW?

23             **JUROR 4:**  YES.  FOR RM CONTRACTORS.

24             **MR. ROBINSON:**  YOU WORKED LAST WEEK?

25             **JUROR 4:**  YES, I DID.

1          **MR. ROBINSON:**  DID YOU TALK TO THEM AND TELL THEM YOU
2     HAD TO GO TO JURY DUTY?
3          **JUROR 4:**  YES.
4          **MR. ROBINSON:**  WHAT DID THEY SAY?
5          **JUROR 4:**  I WAS EXCUSED TO GO.
6          **MR. ROBINSON:**  LET ME ASK YOU THIS:  GIVEN EVERYTHING
7     YOU HAVE HEARD ABOUT THIS CASE, ON BALANCE, IS THIS SOMETHING
8     YOU FEEL YOU WANT TO DO?
9          **JUROR 4:**  I COULD.  IT WOULDN'T BE A PROBLEM, LIKE I
10    SAY, IF IT WASN'T FOR MY JOB.
11         **MR. ROBINSON:**  WELL, THAT'S WHAT I'M TRYING TO GET
12    AT.  IT'S A BALANCE HERE.  DO YOU FEEL THAT YOU WANT TO DO IT
13    ENOUGH THAT YOU COULD BE OFF WORK FOR A COUPLE WEEKS?
14         **JUROR 4:**  NO.
15         **MR. ROBINSON:**  OKAY.  THANK YOU.
16         **THE COURT:**  THANKS VERY MUCH, MR. GRAYSON.  I
17    APPRECIATE IT.
18         (WHEREUPON, JUROR 4 RETURNED TO HIS SEAT.)
19         **MR. ROBINSON:**  I AGREE, YOUR HONOR.
20         **THE COURT:**  I'M GOING TO EXCUSE HIM FOR CAUSE.  IT'S
21    NOT FAIR TO HIM.  IT'S NOT FAIR TO YOUR CLIENTS.
22         **MR. ROBINSON:**  I UNDERSTAND, YOUR HONOR.
23         **THE COURT:**  MR. NAQUIN IS A LITTLE OF CONCERN TO ME.
24         **MR. BECK:**  I THINK, YOUR HONOR, HE SHOULD BE EXCUSED
25    FOR CAUSE.  HE SAID TWICE, WITHOUT ANY REAL PROMPTING, THAT WE

1    WOULD START OUT BEHIND, AND THEN MR. ROBINSON TRIED TO

2    REHABILITATE HIM WITH LEADING QUESTIONS, "COULD YOU BE FAIR

3    ANYWAY," "WOULD YOU LISTEN TO THE LAW?"

4              WHEN SOMEBODY IS HONEST AND FORTHRIGHT ENOUGH TO

5    ANSWER THE QUESTIONS THAT WE HOPE EVERY JUROR WOULD -- WHICH

6    IS, "IN ALL TRUTHFULNESS, YOU WOULD START OUT BEHIND" -- I

7    DON'T THINK WE SHOULD HAVE A JUROR LIKE THAT.  WE HAVE GOT

8    PLENTY OF REAL GOOD JURORS HERE, AND WE HAVE GOT ONE WHO SAYS

9    THAT-- WELL, WE HAVE ANOTHER ONE WHO WE ARE NOT GOING TO GET

10   TO, BUT WE HAVE ONE THAT SAYS WE ARE GOING TO START OUT BEHIND.

11   HE SAYS WE ARE GOING TO START OUT BEHIND BECAUSE A PATIENT HAS

12   NO RESPONSIBILITY AND, IN HIS WORDS, IT ALL FALLS ON THE

13   PRESCRIPTION DRUG COMPANIES.  YOUR HONOR, I THINK HE IS A CLEAR

14   CASE FOR CAUSE.

15             **THE COURT:**  GO AHEAD.  LET ME HEAR YOU, MARK.

16             **MR. ROBINSON:**  WELL, YOUR HONOR, THE REASON I SAID TO

17   HIM THAT I WANTED TO MAKE SURE THAT HE UNDERSTOOD WHAT PHIL WAS

18   ASKING HIM WAS BECAUSE I REALLY DIDN'T FEEL HE DID.  I FEEL HE

19   HAS THIS GENERAL THOUGHT THAT IF YOU GET A PRESCRIPTION FROM A

20   DOCTOR THAT IT'S OKAY, IT SHOULD BE SAFE, BUT I DO THINK HE

21   SAID HE WOULD FOLLOW THE LAW AND FOLLOW THE EVIDENCE.  I REALLY

22   THINK HE SHOULD BE A PEREMPTORY; HE SHOULDN'T BE A FOR-CAUSE.

23             **THE COURT:**  LET ME GET HIM UP AND WE'LL FLESH HIM OUT

24   A LITTLE BIT MORE.  HIS FIRST LANGUAGE IS FRENCH.

25                            * * *

1          **THE COURT:**  HOW ARE YOU?

2          **JUROR 45:**  GOOD.

3          **THE COURT:**  YOU DIDN'T HAVE ANY PROBLEMS IN THE STORM

4     IN HOUMA?

5          **JUROR 45:**  I HAD ABOUT A FOOT OF WATER IN THE HOUSE

6     IN TERREBONNE PARISH.

7          **THE COURT:**  THAT'S UNUSUAL.  MR. NAQUIN, ONE THING

8     THAT CONCERNED ME A LITTLE BIT, WHEN YOU TOLD COUNSEL THAT HE

9     WOULD START OUT BEHIND, WHAT DID YOU MEAN BY THAT?

10         **JUROR 45:**  WELL, I BELIEVE THAT THE DRUG COMPANY AND

11    THE DOCTOR, WHEN THEY GIVE A PRESCRIPTION, THEY SHOULD BE

12    LIABLE.  WE DON'T KNOW ANYTHING, BUT THEY OUGHT TO KNOW.

13         **THE COURT:**  I GUESS THE POINT THAT THEY ARE TRYING TO

14    FLESH OUT AND THE COURT IS A LITTLE BIT INTERESTED IN IS

15    WHETHER YOU WILL KEEP AN OPEN MIND AND LISTEN AND UNDERSTAND

16    AND JUST GIVE EVERYBODY A FAIR SHOT?

17         **JUROR 45:**  YES, I WOULD.

18         **THE COURT:**  WHY DON'T YOU ASK YOUR QUESTIONS.

19         **MR. BECK:**  I GUESS WHAT WE ARE TRYING TO GET AT IS

20    THE DIFFERENCE BETWEEN TRYING TO BE FAIR AND KEEPING AN OPEN

21    MIND ONCE THE TRIAL STARTS AND KIND OF WHERE YOU'RE STARTING

22    FROM BEFORE TRIAL STARTS.  SO MY QUESTION FOR YOU REALLY WAS--

23    AND I APPRECIATE YOU ANSWERING IT.  MY QUESTION WAS:  WHEN YOU

24    GO INTO THE TRIAL, DO WE START OUT BEHIND BECAUSE OF YOUR VIEW,

25    AS YOU SAID, THAT THE PRESCRIPTION DRUG COMPANIES AND THE

1   DOCTORS SHOULD BE LIABLE?

2              **JUROR 45:**  NO.

3              **THE COURT:**  HE SAID NO, HE WOULDN'T.

4              **MR. ROBINSON:**  THAT'S MY POINT.

5              **MR. BECK:**  I DON'T WANT TO ASK ANY MORE.

6              **THE COURT:**  THANKS, MR. NAQUIN.

7              (WHEREUPON, JUROR 45 RETURNED TO HIS SEAT.)

8              **MR. BECK:**  YOUR HONOR, HE SAID TWICE DURING MY

9   QUESTIONING WE WOULD START OUT BEHIND.  THEN WHEN YOU ASKED HIM

10  THE OPEN-ENDED QUESTION HE SAID, "WELL, I JUST FEEL THAT THE

11  DRUG COMPANIES AND DOCTORS SHOULD BE LIABLE, BUT I'LL KEEP AN

12  OPEN MIND."  HE IS TRYING TO BE A FAIR AND HONEST GUY, I HAVE

13  NO DOUBT ABOUT THAT, BUT HE SAID THREE DIFFERENT TIMES --

14  TWICE, WE WOULD START OUT BEHIND; ONCE, THE DOCTOR AND THE

15  PHARMACEUTICAL COMPANY SHOULD BE LIABLE.  THEN IT'S LIKE, "BUT

16  I'LL LISTEN TO THE EVIDENCE."  I THINK HE IS A CLEAR CAUSE,

17  ESPECIALLY WHEN WE HAVE SO MANY WELL-QUALIFIED JURORS.

18             **MR. ROBINSON:**  YOUR HONOR, I THINK, HONESTLY, THE

19  LAST QUESTION THAT MR. BECK ASKED HIM HE COULD HAVE ANSWERED

20  AND SAID, "NO, YOU'RE BEHIND.  I'M NOT GOING TO BE FAIR TO

21  YOU," BUT HE DIDN'T.  HE SAID HE COULD BE FAIR.  I REALLY THINK

22  THERE'S AN ISSUE IN COMMUNICATION HERE, AND I THINK THAT'S WHAT

23  I SAW IN SOME OF THE EARLIER QUESTIONS.  I THINK THAT HE

24  ACTUALLY CAN BE FAIR.

25             **THE COURT:**  I UNDERSTAND THE ISSUE.  I'VE GOT TO TAKE

DAILY COPY

1  HIM AT HIS WORD.  HE SAID HE WOULD BE FAIR, HE WOULD LISTEN TO

2  BOTH SIDES, HE WOULDN'T PUT ANYBODY BEHIND, SO I'M GOING TO

3  DENY THE MOTION.  THAT'S THE ONLY CAUSE I SEE.  ANYBODY ELSE?

4          **MR. BIRCHFIELD:**  NO, YOUR HONOR.

5          **MR. ROBINSON:**  NO, YOUR HONOR.

6          **THE COURT:**  YOU HAVE EACH GOT THREE CHALLENGES.  YOU

7  START OFF WITH THE DEFENDANT FIRST, THEN THE PLAINTIFF,

8  DEFENDANT.  GAYLYN IS GOING TO BRING YOU A SHEET, GIVE IT TO

9  DEFENSE FIRST, THEN BRING IT TO YOU, SO YOU BOTH KNOW WHO

10 PICKED.

11         **MR. BIRCHFIELD:**  IF WE BOTH PASS, IT'S OVER?

12         **THE COURT:**  IF YOU PASS, YOU LOSE ONE.

13         **MR. ROBINSON:**  WHAT HAPPENS IF PHIL PASSES, THEN I

14 PASS?

15         **THE COURT:**  YOU EACH HAVE LOST ONE.

16         **MR. ROBINSON:**  IT KEEPS GOING IS WHAT I'M SAYING.

17         **THE COURT:**  REMEMBER, YOU CAN GO UP AND DOWN.

18         **MR. BECK:**  YOU CAN BACK STRIKE.  YOU DON'T HAVE TO

19 STRIKE --

20         **THE COURT:**  IN OTHER WORDS, HE STRIKES 6 AND YOU

21 STRIKE 5, HE CAN STRIKE 1 THROUGH 4, BECAUSE IT DOESN'T MEAN--

22 WE HAVE A UNANIMOUS VERDICT HERE.  WE ARE PICKING EIGHT JURORS

23 TOTAL.  IT LOOKS LIKE WE ARE JUST DEALING WITH THE PEOPLE IN

24 THE -- WINDELL GRAYSON IS GONE, SO WE HAVE 15 IN THE BOX.

25         **MR. BECK:**  SO WE ARE DEALING WITH THE FIRST 14?

DAILY COPY

```
 1                    MR. BIRCHFIELD:  THAT'S RIGHT.
 2                    MR. BECK:  THE WOMAN ON THE END IS NOT PART OF THE
 3   GROUP?
 4                    MR. BIRCHFIELD:  THAT'S MY UNDERSTANDING.
 5                    THE DEPUTY CLERK:  WE LOST TWO.
 6                    MR. BIRCHFIELD:  WE LOST TWO IN THE BOX.
 7                    MR. BECK:  SO THE WOMAN IS IN THE BOX?
 8                    MR. ROBINSON:  EVERYBODY IS IN PLAY.
 9                    THE COURT:  ANY PROBLEMS?  AFTER YOU FINISH STRIKING,
10   WE WILL GET BACK TOGETHER WITH ANY BATSON CHALLENGES.  WE'LL
11   TAKE A BREAK AT WHATEVER TIME.  WE WILL DO AN HOUR AND A HALF.
12                    MR. ROBINSON:  CAN WE EACH HAVE A FEW MINUTES TO
13   CONFER WITH OUR JURY CONSULTANTS?
14                    THE COURT:  SURE.
15                    (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
16   OPEN COURT.)
17                    THE COURT:  ALL RIGHT.  MEMBERS OF THE JURY, THAT
18   COMPLETES THE QUESTIONING PART.  THE PARTIES HAVE A CHANCE TO
19   MAKE PEREMPTORY CHALLENGES.  THAT'S WHAT THEY ARE DOING NOW.
20   WE ARE GOING TO PICK EIGHT JURORS IN THIS CASE.  IN CIVIL
21   MATTERS, EACH SIDE GETS WHAT WE CALL "PEREMPTORY CHALLENGES."
22   "PEREMPTORY CHALLENGES" SIMPLY MEANS THAT THE PARTIES CAN
23   STRIKE ANYBODY THAT THEY WISH AS LONG AS IT'S A LEGAL REASON,
24   FOR ANY REASON AS LONG AS IT'S A LEGAL REASON.  THEY CAN'T
25   STRIKE SOMEBODY BECAUSE THEY ARE A MAN RATHER THAN A WOMAN OR A
```

1  WOMAN RATHER THAN A MAN, OR FOR RELIGIOUS REASONS, OR FOR

2  RACIAL REASONS OR ETHNIC REASONS, THINGS OF THAT SORT; BUT ANY

3  OTHER REASON THAT THEY FEEL MAYBE YOU'RE A BETTER JUROR IN

4  ANOTHER CASE, THEY CAN DO THAT.  SO THAT'S WHAT THEY ARE DOING

5  NOW.  THEN I WILL MEET WITH THEM, AND THEN WE WILL ANNOUNCE THE

6  JURY.

7           I MIGHT JUST SAY, AS YOU KNOW, THE JURY SYSTEM

8  HAS BEEN WITH US NOW OVER 200-SOME-ODD YEARS, IT'S BEEN IN

9  ENGLAND OVER 200 YEARS, SO IT'S ABOUT A 400-YEAR CONCEPT.

10 ENGLAND HAS DONE AWAY WITH PEREMPTORY CHALLENGES.  WE STILL

11 HAVE THEM IN BOTH CRIMINAL AND CIVIL MATTERS, BUT THEY DON'T

12 HAVE THEM ANYMORE.  THAT'S WHAT WE ARE DOING NOW.

13          I APPRECIATE THE CANDOR.  YOU ALL HAVE

14 PARTICIPATED WELL IN THE SYSTEM, AND I APPRECIATE THAT.  YOU

15 NEED TO KNOW THE COURT DOES.  ONCE WE PICK THE JURY, WE WILL

16 BREAK FOR LUNCH AND THEN HAVE OPENING STATEMENTS PRESENTED TO

17 YOU.

18          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

19 THE BENCH.)

20          **THE COURT:**  CHECK WITH YOUR RECORDS.  THE FIRST JUROR

21 IS REGINALD HARRIS, JUROR 5.  THE SECOND IS ROBERT HAMMOND,

22 JUROR 20.  THE THIRD JUROR IS JOSEPH LEBLANC, JUROR 24.  THE

23 FOURTH JUROR IS RONNIE GRIFFIN, JUROR 27.  THE FIFTH JUROR IS

24 JULES COCO, JUROR 33.  THE SIXTH JUROR IS PAUL HELMERS,

25 JUROR 35.  THE SEVENTH JUROR IS RAOUL DOMINIQUE, JUROR 43.  THE

DAILY COPY

```
 1    EIGHTH JUROR IS ANTHONY NAQUIN, JUROR 45.  ANY ISSUES?  ANY
 2    BATSON ISSUES?
 3                MR. BIRCHFIELD:  NO, YOUR HONOR.
 4                MR. BECK:  NO, YOUR HONOR.
 5                THE COURT:  I'LL ANNOUNCE THE JURY AND THEN WE'LL
 6    TAKE A BREAK UNTIL 1:30.  I'LL HAVE A WORD -- ABOUT 10
 7    MINUTES -- WITH THEM RIGHT NOW, THEN DISCHARGE THEM FOR LUNCH.
 8    WE'LL COME BACK WITH OPENING STATEMENTS AT 1:30.  THANKS.
 9                (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
10    OPEN COURT.)
11                THE COURT:  THE FIRST JUROR IS MR. REGINALD HARRIS.
12    THE SECOND JUROR IS MR. ROBERT HAMMOND.  THE THIRD JUROR IS
13    MR. JOSEPH LEBLANC JR.  THE FOURTH JUROR IS RONNIE GRIFFIN.
14    THE FIFTH JUROR IS JULES COCO.  THE SIXTH JUROR IS PAUL
15    HELMERS.  THE SEVENTH JUROR IS RAOUL DOMINIQUE.  THE EIGHTH
16    JUROR IS MR. ANTHONY NAQUIN.  IF YOUR NAME HAS BEEN CALLED,
17    PLEASE REMAIN.  IF YOUR NAME IS NOT CALLED, YOU MAY RETURN TO
18    ROOM 107.
19                BEFORE YOU HAVE DONE THAT, LET ME AGAIN THANK
20    THOSE WHO WILL BE LEAVING US.  I APPRECIATE YOUR PARTICIPATION
21    AND YOUR PRESENCE HERE TODAY.  YOUR PARTICIPATION HAS MADE US
22    ABLE TO GET A JURY.  I THANK YOU AND ASK ALL RISE AS YOU LEAVE
23    OUT OF RESPECT FOR YOUR PARTICIPATION.
24                (WHEREUPON, THE VENIRE EXITED THE COURTROOM.)
25                THE COURT:  SWEAR THE JURY IN, PLEASE.
```

1          (WHEREUPON, THE JURY WAS DULY SWORN.)

2          **THE COURT:**  MEMBERS OF THE JURY, YOU HAVE BEEN

3   SELECTED TO SERVE AS JURORS IN THIS PARTICULAR CASE.  I HAVE NO

4   DOUBT THAT YOU, AS JURORS, ARE MINDFUL OF YOUR GREAT

5   RESPONSIBILITIES, AND CERTAINLY YOU ARE AWARE THAT YOUR CONDUCT

6   DURING THIS TRIAL WILL BE OBSERVED BY THE COURT, YOUR FELLOW

7   JURORS, THE PARTIES, AND THE ATTORNEYS, AND ALL PARTIES AND ALL

8   PERSONS BOTH INSIDE AND OUTSIDE THIS COURTROOM.  I EXPECT AND

9   YOUR RESPONSIBILITY DEMANDS THAT YOU BE EXTREMELY CAREFUL IN

10  THE MANNER IN WHICH YOU CONDUCT YOURSELVES IN ORDER THAT NO ONE

11  HAS ANY DOUBT THAT THIS CASE IS BEING FAIRLY AND IMPARTIALLY

12  TRIAL AND THAT, IN THE END, JUSTICE WILL BE DONE.

13          FOR THE SAME REASON, THE ATTORNEYS IN THE CASE,

14  THE PARTIES, THE WITNESSES, AND ALL OTHERS INSIDE AND

15  IDENTIFIED WITH THE PARTICIPANTS AND TRIAL IN ANY WAY SHOULD BE

16  EQUALLY CAREFUL WITH THEIR CONDUCT.  DURING THE COURSE OF THE

17  TRIAL, I ASK THAT NO ONE ENGAGE OR EVEN ATTEMPT TO ENGAGE OR

18  HAVE ANY CONVERSATION OF ANY KIND WHATSOEVER WITH ANY OF THE

19  PARTIES CONNECTED WITH THIS TRIAL, INCLUDING THE RELATIVES, THE

20  FAMILY, THE PARTIES, THE ATTORNEYS, THE WITNESSES, OR ANY

21  PERSONS IDENTIFIED WITH THIS TRIAL.  LIKEWISE, ANY PERSONS

22  IDENTIFIED WITH THIS TRIAL SHALL NOT ENGAGE OR EVEN ATTEMPT TO

23  ENGAGE OR HAVE ANY CONVERSATION WHATSOEVER WITH ANY OF THE

24  JURORS.  IF THIS HAPPENS, PLEASE BRING IT TO MY ATTENTION.

25          MEMBERS OF THE JURY, AS JURORS, YOU SHOULD AVOID

```
 1    ALLOWING YOURSELVES TO BE PLACED IN A POSITION, WHEN OUTSIDE
 2    THE COURTROOM, WHERE DISCUSSIONS OF THE CASE MAY BE CONDUCTED
 3    BY ANY OF THE PARTIES IN THE TRIAL.  THAT IS TO SAY, DON'T PUT
 4    YOURSELF IN A PLACE WHERE YOU CAN OVERHEAR THEIR DISCUSSIONS IN
 5    ANY WAY.  FURTHERMORE, THE ATTORNEYS, THE WITNESSES, AND ALL
 6    PERSONS IDENTIFIED WITH THE TRIAL SHOULD BE PARTICULARLY
 7    CAREFUL NOT TO DISCUSS THE CASE IN ANY WAY WHEN THERE'S A
 8    POSSIBILITY THE JURY MAY OVERHEAR IT.  THE REASON FOR THAT,
 9    MEMBERS OF THE JURY, IS WE WANT YOU TO CONFINE YOUR JUDGMENT TO
10    WHAT YOU HEAR IN THIS COURTROOM, NOT WHAT YOU HEAR OUTSIDE OF
11    THE COURTROOM; AND WHAT EVIDENCE IS PRESENTED TO YOU IN THIS
12    COURTROOM, NOT WHAT YOU HAVE SEEN OUTSIDE OF THE COURTROOM.
13                    IN THAT REGARD, I ALSO TELL YOU THAT, IN OUR
14    COMMUNITY, EVERYBODY SAYS "HELLO" WHEN THEY SEE PEOPLE, EVEN
15    STRANGERS, "HOW ARE YOU DOING TODAY?  HOW DID YOU FAIR OUT IN
16    THE STORM," AND SO FORTH AND SO ON.  I ASK THAT YOU NOT DO THAT
17    IN THIS PARTICULAR CASE.  THE REASON IS NOT THAT THERE'S
18    ANYTHING WRONG WITH THAT; IT'S JUST NOT ONLY IS IT IMPORTANT
19    THAT JUSTICE BE DONE, BUT IT'S IMPORTANT THAT JUSTICE APPEAR TO
20    BE DONE.  IF THEY SEE JURORS TALKING TO EACH OTHER, EXCHANGING
21    GREETINGS, THAT SOMETIMES LEADS PEOPLE TO AN IMPROPER
22    CONCLUSION.
23                    YOU ARE NOT TO DISCUSS THE CASE WITH ANYONE
24    DURING THE COURSE OF THE TRIAL.  THIS INCLUDES YOUR SPOUSE,
25    YOUR CHILD, YOUR RELATIVES, FRIENDS, AND EVEN STRANGERS.  YOU
```

1   ARE NOT EVEN TO DISCUSS THE CASE AMONG YOURSELVES UNTIL IT IS
2   CONCLUDED AND YOU'RE INSTRUCTED TO BEGIN YOUR DELIBERATIONS.
3   NOW, THE REASON FOR THAT IS THAT OFTENTIMES WHEN WE BEGIN
4   TALKING ABOUT THINGS BEFORE WE HEAR THE WHOLE STORY, WE FIND
5   OURSELVES LOCKED INTO A POSITION BECAUSE WE SAID IT AND WE
6   DON'T WANT TO CHANGE OUR MINDS.  SO WE DON'T WANT YOU TO BEGIN
7   FORMULATING YOUR OPINION UNTIL YOU HAVE HEARD ALL OF THE
8   EVIDENCE IN THIS CASE.  LISTEN TO BOTH SIDES.  AFTER BOTH SIDES
9   GET A CHANCE TO PRESENT THEIR CASE TO YOU AND I HAVE AN
10  OPPORTUNITY TO TALK WITH YOU ABOUT THE LAW, THEN YOU CAN SIT
11  AND TALK TO EACH OTHER ABOUT THIS CASE AND APPLY THE LAW TO THE
12  FACTS AS YOU SEE THEM.
13          IF ANY PUBLICITY ABOUT THIS CASE HAS COME TO
14  YOUR ATTENTION BEFORE NOW, YOU MUST COMPLETELY STRIKE IT FROM
15  YOUR MINDS AND DISREGARD ANYTHING THAT YOU HAVE HEARD BEFORE.
16  IN THE FUTURE, I ASK THAT YOU NOT READ ANY NEWSPAPERS ABOUT
17  THIS CASE OR HEAR ANY TELEVISION REPORTS ABOUT THIS CASE OR
18  READ ANY MAGAZINES OR ANYTHING OF THAT SORT.  THE REASON FOR
19  THAT IS WE WANT YOUR DECISION TO BE BASED ON WHAT YOU HEARD IN
20  THIS COURTROOM, NOT OUTSIDE THIS COURTROOM.  FINALLY, AS I
21  MENTIONED, YOU ARE NOT TO REACH ANY CONCLUSIONS IN THE CASE
22  UNTIL ALL THE EVIDENCE HAS BEEN PRESENTED AND THE COURT HAS
23  INSTRUCTED YOU ON THE LAW APPLICABLE TO THE CASE.
24          IN THE MORNING WHEN YOU COME AND WHEN YOU'RE IN
25  THE BUILDING AND YOUR PRESENCE IS NOT REQUIRED IN THE

1  COURTROOM, I ASK THAT YOU GO TO AND REMAIN IN THE JURY ROOM

2  UNDER THE DIRECT SUPERVISION OF THE UNITED STATES MARSHAL, WHO

3  I WILL ASSIGN TO HELP YOU WITH THE LOGISTICS OF THIS PARTICULAR

4  MATTER.

5          THE CASE WILL PROCEED IN THE FOLLOWING ORDER.

6  FIRST, COUNSEL FOR THE PLAINTIFF AND COUNSEL FOR THE DEFENDANT

7  WILL HAVE AN OPPORTUNITY TO MAKE WHAT WE CALL OPENING

8  STATEMENTS.  AN OPENING STATEMENT IS WHAT THE PARTIES BELIEVE

9  THE EVIDENCE IS GOING TO SHOW.  IT'S GIVEN TO YOU SO THAT YOU

10  WILL BE ABLE TO FOLLOW THE EVIDENCE A LITTLE BIT BETTER.  THEY

11  WILL TELL YOU WHO IS GOING TO APPEAR AND WHAT THEY ARE GOING TO

12  SAY, BASICALLY, SO IT WILL GIVE YOU AN OVERVIEW OF THE CASE.

13  ITS PURPOSE IS TO ALLOW YOU TO FOLLOW THE EVIDENCE AS IT

14  UNFOLDS A LITTLE BETTER.

15          THE POINT THAT I MAKE IS WHAT THE LAWYERS SAY IS

16  NOT EVIDENCE.  IT'S JUST WHAT HE EXPECTS THE EVIDENCE TO SHOW

17  IN THE CASE.  THE EVIDENCE WILL BE WHAT YOU HEAR FROM THE

18  WITNESSES AND THE EXHIBITS WHICH YOU HEAR.  AS COUNSEL

19  MENTIONED, WE HAVE A LOT OF VIDEO DEPOSITIONS AND DEPOSITIONS

20  PRESENTED DURING THIS CASE, SO THAT IS ALSO PART OF THE

21  EVIDENCE IN THE CASE, JUST AS IF THE PERSON WERE LIVE HERE IN

22  COURT.  THEY'RE GOING TO APPEAR BY VIDEO, BUT IT'S YOUR JOB TO

23  LISTEN TO THEM AND DETERMINE THEIR CREDIBILITY JUST AS YOU

24  WOULD IF THEY WERE PRESENTED LIVE.

25          AFTER THE PLAINTIFF'S OPENING STATEMENT, THE

1    DEFENDANT MAY MAKE AN OPENING STATEMENT.  JUST AS WITH THE

2    PLAINTIFF'S OPENING STATEMENT, THAT'S NOT EVIDENCE EITHER.

3    IT'S JUST WHAT THE DEFENSE FEELS THE EVIDENCE WILL SHOW.  AFTER

4    THE OPENING STATEMENTS, THE PLAINTIFF WILL PRESENT EVIDENCE IN

5    SUPPORT OF THEIR ALLEGATIONS.  AT THE CONCLUSION OF THE

6    PLAINTIFF'S EVIDENCE, COUNSEL FOR THE DEFENDANT MAY INTRODUCE

7    EVIDENCE.  FINALLY, REBUTTAL EVIDENCE MAY BE INTRODUCED BY THE

8    PLAINTIFF.

9              AT THE CONCLUSION OF THE EVIDENCE, THE PARTIES

10   WILL HAVE AN OPPORTUNITY TO PRESENT THE ORAL ARGUMENT.  WE CALL

11   IT "SUMMATION" SOMETIMES.  THE LAWYERS WILL TELL YOU WHAT THEY

12   FEEL THE EVIDENCE HAS SHOWN AND WHAT INFERENCES THEY FEEL YOU

13   MAY DRAW FROM THAT EVIDENCE.  AGAIN, WHAT COUNSEL SAY IN

14   CLOSING ARGUMENT IS NOT EVIDENCE.  IT'S JUST WHAT THEY BELIEVE

15   THE EVIDENCE HAS SHOWN.

16             AFTER THE CLOSING ARGUMENT, I'LL HAVE AN

17   OPPORTUNITY TO INSTRUCT YOU ON THE APPLICABLE LAW, AND THEN YOU

18   WILL RETIRE TO CONSIDER YOUR VERDICT.  THE LAW OF THE CASE WILL

19   BE CONTAINED IN JURY INSTRUCTIONS.  I'LL GIVE YOU A COPY OF THE

20   JURY INSTRUCTIONS TO TAKE INTO THE JURY ROOM WITH YOU.  YOUR

21   DUTY IS TO FOLLOW THE LAW AS I GIVE IT TO YOU.  IT'S YOUR DUTY

22   TO DETERMINE THE FACTS AND TO DETERMINE THEM FROM THE EVIDENCE

23   AND, IN SO DOING, YOU MUST NOT INDULGE IN ANY GUESSWORK OR

24   SPECULATION.

25             THE EVIDENCE YOU ARE TO CONSIDER CONSISTS OF THE

1   TESTIMONY OF THE WITNESSES AND THE EXHIBITS ADMITTED INTO

2   EVIDENCE.  IN CONSIDERING THE WEIGHT AND VALUE OF THE TESTIMONY

3   OF ANY WITNESS, YOU MAY TAKE INTO CONSIDERATION THE APPEARANCE,

4   THE ATTITUDE, THE BEHAVIOR OF THE WITNESS; THE INTEREST OF THE

5   WITNESS IN THE OUTCOME OF THE SUIT; THE RELATION OF THE WITNESS

6   TO THE PARTIES; THE INCLINATION OF THE WITNESS TO SPEAK

7   TRUTHFULLY OR NOT; THE PROBABILITY OR IMPROBABILITY OF THE

8   WITNESS' STATEMENTS; AND ALL OTHER FACTS AND CIRCUMSTANCES IN

9   EVIDENCE.  YOU, THE JURY, MAY GIVE THE TESTIMONY OF ANY WITNESS

10  JUST SUCH WEIGHT AND VALUE AS YOU MAY BELIEVE THAT TESTIMONY IS

11  ENTITLED TO RECEIVE.

12           THE ADMISSION OF EVIDENCE IN COURT IS GOVERNED

13  BY RULES OF LAW.  FROM TIME TO TIME, IT MAY BE THE DUTY OF THE

14  ATTORNEYS TO MAKE OBJECTIONS TO THE ADMISSIBILITY OF THE

15  EVIDENCE.  IT IS MY DUTY, AS THE JUDGE, TO RULE ON THOSE

16  OBJECTIONS, AND MY RULING MAY WELL AFFECT WHETHER YOU CAN

17  CONSIDER CERTAIN EVIDENCE.  YOU MUST NOT CONCERN YOURSELVES

18  WITH THE OBJECTIONS OR THE COURT'S REASON FOR ITS RULING ON

19  THEM.

20           YOU MUST NOT CONSIDER ANY TESTIMONY OR EXHIBIT

21  TO WHICH AN OBJECTION WAS SUSTAINED OR WHICH HAS BEEN ORDERED

22  STRICKEN.  IF I INSTRUCT YOU NOT TO CONSIDER TESTIMONY OR

23  EVIDENCE TO WHICH AN OBJECTION IS SUSTAINED OR WHICH HAS BEEN

24  ORDERED STRICKEN, YOU MUST COMPLETELY IGNORE SUCH TESTIMONY OR

25  EVIDENCE AND NOT TAKE INTO CONSIDERATION THAT EVIDENCE WHEN

1   DECIDING THE CASE.  YOU MUST NOT BE INFLUENCED BY ANY DEGREE OF

2   PERSONAL FEELINGS OF SYMPATHY OR PREJUDICE FOR OR AGAINST ANY

3   PARTY OR THEIR COUNSEL.

4             NO STATEMENT OR RULING OR REMARK WHICH I MAKE

5   DURING THE PRESENTATION OF THE EVIDENCE OR TESTIMONY IS

6   INTENDED TO INDICATE MY OPINION AS TO WHAT THE FACTS ARE.  YOU

7   ARE TO DETERMINE THE FACTS.  IN THIS DETERMINATION, YOU ALONE

8   MUST DECIDE UPON THE BELIEVABILITY OF THE EVIDENCE AND ITS

9   WEIGHT AND VALUE.  IN EVERY JURY TRIAL, THERE ARE, IN EFFECT,

10  TWO JUDGES:  I AM ONE OF THE JUDGES; YOU, THE JURY, IS THE

11  OTHER JUDGE.  YOU ARE THE JUDGE OF THE FACTS IN THIS CASE.

12            NOW, THE EVIDENCE IN THE CASE WILL CONSIST OF

13  THE FOLLOWING:  THE SWORN TESTIMONY OF THE WITNESSES, NO MATTER

14  WHO HAS CALLED THE WITNESS; ALL EXHIBITS RECEIVED INTO

15  EVIDENCE, REGARDLESS OF WHO MAY HAVE PRODUCED THE EXHIBIT; ALL

16  FACTS THAT MAY HAVE BEEN JUDICIALLY NOTICED AND THAT MUST BE

17  TAKEN AS TRUE FOR PURPOSES OF THIS CASE.

18            DEPOSITIONS, AS I MENTIONED, MAY BE INTRODUCED

19  AND WILL BE INTRODUCED IN THIS CASE.  IT'S THE SWORN TESTIMONY

20  OF THE WITNESSES.  DEPOSITIONS CONTAIN SWORN TESTIMONY WITH THE

21  LAWYERS PRESENT FROM EACH SIDE.  THEY ASK QUESTIONS.  IN THIS

22  SITUATION, THEY WERE VIDEOED.  THE DEPOSITIONS MUST BE ACCEPTED

23  BY YOU SUBJECT TO THE SAME INSTRUCTIONS THAT YOU APPLY TO ANY

24  WITNESS WHO IS TESTIFYING.  WHEN THEY ARE HERE BY DEPOSITION,

25  IT'S JUST AS IF THEY WERE PRESENT IN COURT HERE.  YOU LISTEN TO

1  IT AND YOU MAKE YOUR JUDGMENT AS TO CREDIBILITY OF THE WITNESS

2  JUST AS YOU WOULD IN THE COURT.

3                STATEMENTS AND ARGUMENTS OF THE LAWYERS ARE NOT

4  EVIDENCE IN THE CASE UNLESS MADE AS AN ADMISSION OR A

5  STIPULATION OF A PARTICULAR FACT.  A STIPULATION IS AN

6  AGREEMENT BETWEEN BOTH SIDES THAT CERTAIN FACTS ARE TRUE AND

7  THAT A PERSON WOULD HAVE GIVEN CERTAIN TESTIMONY.  WHEN THE

8  LAWYERS ON BOTH SIDES STIPULATE OR AGREE TO THE EVIDENCE OF A

9  FACT, YOU MUST, UNLESS OTHERWISE INSTRUCTED, ACCEPT THAT

10 STIPULATION AS EVIDENCE AND REGARD THAT FACT PROVED.

11               I MAY TAKE JUDICIAL NOTICE OF CERTAIN FACTS OR

12 EVENTS.  WHEN I DECLARE I WILL TAKE JUDICIAL NOTICE OF A FACT

13 OR EVENT, YOU MUST ACCEPT THAT FACT AS TRUE.  IF I SUSTAIN AN

14 OBJECTION TO ANY EVIDENCE OR IF I ORDER EVIDENCE STRICKEN, THAT

15 EVIDENCE MUST BE ENTIRELY IGNORED BY YOU.  SOME EVIDENCE IS

16 ADMITTED FOR A LIMITED PURPOSE ONLY.  WHEN I INSTRUCT YOU THAT

17 AN ITEM OF EVIDENCE HAS BEEN ADMITTED FOR ONLY A LIMITED

18 PURPOSE, YOU MUST CONSIDER IT ONLY FOR THAT LIMITED PURPOSE AND

19 FOR NO OTHER PURPOSE.

20               YOU ARE TO CONSIDER ONLY THE EVIDENCE IN THE

21 CASE, BUT IN YOUR CONSIDERATION OF THE EVIDENCE YOU ARE NOT

22 LIMITED TO STATEMENTS OF THE WITNESSES.  IN OTHER WORDS, YOU

23 ARE NOT LIMITED SOLELY TO WHAT YOU SEE AND HEAR THE WITNESS

24 TESTIFY.  YOU MAY DRAW FROM FACTS THAT YOU FIND HAVE BEEN

25 PROVED SUCH RELIABLE INFERENCES OR CONCLUSIONS AS YOU FEEL ARE

1    JUSTIFIED IN LIGHT OF YOUR EXPERIENCE AS HUMAN BEINGS.

2                    AT THE END OF THE TRIAL, YOU WILL HAVE TO MAKE

3    YOUR DECISION BASED ON WHAT YOU RECALL OF THE EVIDENCE.  YOU

4    WILL NOT HAVE A WRITTEN TRANSCRIPT TO CONSULT.  IT IS DIFFICULT

5    AND TIME-CONSUMING FOR THE REPORTER TO READ BACK THE TESTIMONY.

6    I URGE YOU TO PAY CLOSE ATTENTION TO THE TESTIMONY AS IT IS

7    GIVEN.

8                    NOW, IF YOU WOULD LIKE TO TAKE NOTES DURING THE

9    TRIAL, YOU MAY DO SO.  WE WILL PROVIDE PAPER AND PENCIL FOR

10   YOU.  ON THE OTHER HAND, YOU ARE NOT REQUIRED TO TAKE NOTES IF

11   YOU PREFER NOT TO DO SO.  EACH OF YOU SHOULD MAKE UP YOUR OWN

12   DECISION ABOUT THIS.  IF YOU DO DECIDE TO TAKE NOTES, PLEASE BE

13   CAREFUL NOT TO GET SO INVOLVED IN NOTE TAKING THAT YOU BECOME

14   DISTRACTED FROM THE ONGOING PROCEEDINGS.

15                   YOUR NOTES SHOULD BE USED ONLY AS MEMORY AIDS.

16   YOU SHOULD NOT GIVE YOUR NOTES PRECEDENCE OVER YOUR INDEPENDENT

17   RECOLLECTION OF THE EVIDENCE.  WHETHER OR NOT YOU TAKE NOTES,

18   YOU SHOULD RELY UPON YOUR INDEPENDENT RECOLLECTION OF THE

19   PROCEEDINGS AND YOU SHOULD NOT BE UNDULY INFLUENCED BY THE

20   NOTES OF OTHER JURORS.  AGAIN, I MENTION THAT NOTES ARE NOT

21   ENTITLED TO ANY GREATER WEIGHT THAN THE MEMORY OR IMPRESSION OF

22   EACH JUROR AS TO WHAT THE TESTIMONY HAS BEEN.

23                   WE ARE GOING TO TAKE A BREAK HERE, AND I ASK

24   THAT YOU COME BACK AT 1:30.  PLEASE LET THE MARSHAL SHOW YOU

25   WHERE THE JURY ROOM IS.  WHEN YOU COME BACK, JUST REPORT TO

1    THAT JURY ROOM AND WAIT THERE UNTIL THE MARSHAL BRINGS YOU INTO

2    COURT.  WE WILL PROVIDE YOU WITH SOFT DRINKS IN THE JURY ROOM

3    AND COFFEE, THINGS OF THAT SORT.  IF YOU NEED ANYTHING THAT I

4    CAN ASSIST YOU WITH BY WAY OF FOOD OR THINGS OF THAT NATURE,

5    DRINKS, JUST LET ME KNOW, AND I'LL SEE WHAT WE CAN DO.  ALL

6    RISE AS THE JURY LEAVES, PLEASE.

7              (WHEREUPON, THE JURY EXITED THE COURTROOM.)

8              **THE COURT:**  COURT WILL STAND IN RECESS.  BE READY FOR

9    OPENING STATEMENTS WHEN WE COME BACK AT 1:30.

10                        **(LUNCHEON RECESS)**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              **AFTERNOON SESSION**

2               **(JULY 31, 2006)**

3          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

4    TRANSCRIBED BY CATHY PEPPER, CCR, RPR, CRR, OFFICIAL COURT

5    REPORTER.)

6          **THE DEPUTY CLERK:**  EVERYONE RISE.

7          **THE COURT:**  BE SEATED, PLEASE.  ALL RIGHT.  MEMBERS

8    OF THE JURY, WE WILL NOW HAVE OPENING STATEMENTS.  WE'LL HEAR

9    FROM THE PLAINTIFFS.

10         **MR. ROBINSON:**  YOUR HONOR, LADIES AND GENTLEMEN --

11   GENTLEMAN OF THE JURY -- THIS IS AN ALL-TIME FIRST -- FRIENDS

12   OF THE COURT, WHY ARE WE HERE TODAY?  WE'RE HERE TODAY BECAUSE

13   VIOXX CAUSED MY CLIENT JERRY BARNETT'S HEART ATTACK.

14              HOW DID VIOXX CAUSE JERRY BARNETT'S HEART

15   ATTACK?  THERE WAS A CHANGE IN PHILOSOPHY AT A COMPANY CALLED

16   MERCK IN 1994 THAT LED TO A PATH THAT ENDED UP WITH JERRY

17   BARNETT'S HEART ATTACK AND OTHER HEART ATTACKS THROUGHOUT THIS

18   COUNTRY.  THE CHANGE IN PHILOSOPHY WAS THE ONE AT MERCK WHERE

19   THERE WAS A LONG-TERM BUSINESS PHILOSOPHY WHERE PEOPLE CAME

20   FIRST AND PROFITS CAME SECOND.

21              AND YOU'LL HEAR THAT, UP UNTIL 1994, AT ALL

22   TIMES, THERE WAS A -- THE CEO OF MERCK WAS A MEDICAL DOCTOR,

23   AND THEN IN 1994, THERE WAS A SEA CHANGE AT MERCK WHERE AN MBA,

24   A HARVARD MBA, THEN BECAME THE FIRST CEO, THE NONDOCTOR CEO, OF

25   MERCK.  AND WHAT DID THIS MEAN?  THIS MEANT THAT INSTEAD OF

DAILY COPY

1   SCIENCE DRIVING THE BUSINESS, THAT MARKETING AND SALES DROVE

2   THE SCIENCE.  I THINK THAT'S WHAT WE'RE GOING SHOW YOU IN THIS

3   CASE.

4                NOW, WHAT WAS GOING ON AT MERCK DURING THIS TIME

5   FRAME?  THIS IS THE TIME FRAME WHERE VIOXX IS BEING DEVELOPED

6   IN THE -- SOMEWHERE FROM 1992 TO THE 1999 TIME FRAME WHEN VIOXX

7   WENT ON THE MARKET.  MERCK WAS LOSING SIX DRUGS TO PATENT

8   EXPIRATION.  WHAT THAT MEANT WAS THAT THE GENERICS WERE GOING

9   TO BE ABLE TO COME IN AND SELL THEM FOR A LOT LOWER PRICE, AND

10  SO MERCK KNEW THAT THESE BLOCKBUSTER DRUGS -- SEVERAL OF THESE

11  WERE BLOCKBUSTER DRUGS:  ZOCOR, PRILOSEC, PEPCID AC -- THEY

12  WERE GOING OFF MARKET.  SO WHAT HAPPENED IS MERCK NEEDED TO

13  SORT OF RELOAD, AND WHAT THEY DID, THEY RELOADED WITH VIOXX.

14  AND THIS WAS -- THE CEO OF -- I'M SORRY.  I THINK WE HAVE A

15  POWER SURGE, YOUR HONOR.

16          THE COURT:  LET'S TAKE A BREAK AT THIS TIME.  WE'LL

17  HAVE TO COME BACK.  THE COURT WILL STAND IN RECESS TEN MINUTES.

18          THE DEPUTY CLERK:  EVERYONE RISE.

19          (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)

20          THE DEPUTY CLERK:  EVERYONE RISE.

21          THE COURT:  BE SEATED, PLEASE.  I'M SORRY, MEMBERS OF

22  THE JURY.  WE HAD SO MANY PIECES OF EQUIPMENT, WE BLEW A FUSE

23  OR SOMETHING, SO THEY'VE RE-ROUTED IT, AND I'VE ASKED THE

24  PEOPLE TO STAND BY FOR US.

25              YOU MAY PROCEED, COUNSEL.

1        **MR. ROBINSON:**  THANK YOU, YOUR HONOR.

2              WELL, I GUESS YOU COULD CALL THIS A HIGH-POWERED

3    PRESENTATION.  I WISH I COULD SAY THAT.

4              IN ANY EVENT, I WAS TELLING YOU THIS, THAT THERE

5    WAS A CHANGE IN THE BUSINESS PHILOSOPHY AT MERCK.  FOR YEARS,

6    THEY HAD A DOCTOR WHO WAS THE CEO; AND IN '94, THEY CHANGED

7    THEIR BUSINESS PLAN BECAUSE, IN '94, THEY WERE IN THE MIDDLE OF

8    THE PACK AMONGST THE PHARMACEUTICAL COMPANIES FINANCIALLY

9    SUCCESSFUL-WISE.

10             WHAT HAPPENED IS THAT THEY BROUGHT IN THIS

11   HARVARD MBA, AND HE CHANGED THE WHOLE WAY THEY DID BUSINESS.

12   THIS MAN WAS RAYMOND GILMARTIN, A HARVARD MBA, WHO REALLY WAS

13   AN EXPERT IN SALES AND MARKETING, AND YOU'RE GOING TO HEAR THAT

14   HE FIGURED OUT THAT THEY WERE LOSING THESE DRUGS TO PATENT:

15   MEVACOR, PEPCID AC, PRILOSEC, PRINIVIL, VASOTEC, AND ZOCOR.

16   THEIR PATENTS WERE GOING TO EXPIRE.  SO THAT WAS BILLIONS OF

17   DOLLARS IN LOST REVENUES COME 2000 AND 2001.

18             SO WHAT DID THEY HAVE TO DO?  GILMARTIN SAYS,

19   "WE'RE PUTTING ALL OUR EGGS IN VIOXX."

20             WHY VIOXX?  IT'S VERY IMPORTANT.  WHEN YOU GET A

21   COLD OR AN UPPER RESPIRATORY INFECTION, YOU TAKE AN ANTIBIOTIC

22   FOR, LIKE, A WEEK; AND THEN YOU GET IT NEXT YEAR AND YOU TAKE

23   IT FOR ANOTHER WEEK.  WELL, THAT'S NOT LIKE VIOXX.

24             WHEN YOU HAVE AN INJURY SUCH AS JERRY BARNETT

25   HAD -- WE'LL TALK ABOUT IT -- NECK AND BACK, YOU TAKE PAIN

1  MEDICATION DAILY FOR YEARS.  THERE ARE PEOPLE -- THERE ARE
2  SOMETHING LIKE 70 MILLION PEOPLE OR SO THAT SUFFER FROM
3  OSTEOARTHRITIS IN THIS COUNTRY, AND THEY TAKE PAIN MEDICATION
4  EVERY DAY.
5          SO THIS WAS A BIG BUSINESS, AND SO VIOXX WAS
6  CONSIDERED WHAT THEY CALL A "BLOCKBUSTER."  AND THAT'S --
7  BLOCKBUSTERS ARE DEFINED BY MERCK AS A DRUG THAT BRINGS IN OVER
8  A BILLION DOLLARS A YEAR IN REVENUE.  AND THAT'S WHAT VIOXX WAS
9  DOING.  IT WAS REPLACING THOSE OTHER DRUGS THAT THEY WERE
10 LOSING FROM PATENT EXPIRATION.  AND I THINK THE EVIDENCE IS
11 GOING TO SHOW THAT THAT DROVE THE MENTALITY OF THE
12 DECISION-MAKING AT MERCK ON VIOXX.
13         NOW, WHO WERE THOSE DECISION-MAKERS?  YOU'RE
14 GOING TO HEAR THAT -- THERE WERE OTHERS BESIDE THESE FIVE
15 PEOPLE, BUT YOU'RE GOING TO HEAR THAT MR. GILMARTIN, WHO WAS
16 NOT A DOCTOR; MR. ANSTICE, WHO IS NOT A DOCTOR; AND THREE
17 DOCTORS:  DR. SCOLNICK, DR. NIES, AND DR. REICIN, MADE A LOT OF
18 DECISIONS ON THE DEVELOPMENT AND REALLY THE SUCCESS OF VIOXX.
19         AND VIOXX WAS VERY SUCCESSFUL.  THE PROBLEM IS
20 IT WAS ONLY ON THE MARKET FOR A SHORT PERIOD OF TIME, BUT
21 YOU'RE GOING TO HEAR IN THIS CASE ABOUT THE PROBLEMS WITH VIOXX
22 BECAUSE IN ABOUT A FOUR-AND-A-HALF -- IN ABOUT A
23 FIVE-AND-A-HALF-YEAR PERIOD, IT HAD A LOT OF PROBLEMS.
24         NOW, WE'RE BACK INTO THE '97-'98 TIME FRAME.
25 REMEMBER, VIOXX WENT ON THE MARKET IN 1999.  I TOLD YOU

1   EARLIER.  SO WHAT HAPPENS IS THIS:  THERE IS ANOTHER DRUG BEING

2   PUT OUT BY ANOTHER COMPANY, CALLED CELEBREX.  SO, IN ADDITION

3   TO BEING DRIVEN BY THE NEED TO HAVE REVENUES FROM VIOXX, THEY

4   ALSO HAD ANOTHER BUSINESS PURPOSE, AND THAT IS TO BEAT CELEBREX

5   TO THE MARKET.

6                 AND YOU'RE GOING TO SEE IN THIS CASE THAT THIS

7   MEANT IMPORTANT REVENUES IN THE RACE WITH CELEBREX.  AND IF

8   THEY COULD BEAT CELEBREX -- WHICH THEY ULTIMATELY DID.

9   CELEBREX GOT ON THE MARKET FIRST, BUT THEN VIOXX OVERTOOK IT.

10  AND WHEN THEY DID THAT, THEN VIOXX GOT ROLLING AND ROLLING AND

11  ROLLING, AND YOU'RE GOING TO HEAR THE NUMBERS WERE STAGGERING

12  FOR THE NEXT FIVE AND A HALF YEARS.

13                OKAY.  I'M GOING TO TALK TO YOU IN A SECOND

14  ABOUT WHAT MERCK KNEW ABOUT VIOXX AND WHAT VIOXX IS AND THAT,

15  BUT I WANT TO JUST BRIEFLY TALK TO YOU ABOUT MY CLIENT, JERRY

16  BARNETT.  THIS IS JERRY BARNETT AND HIS WIFE CORINNE.  YOU'RE

17  GOING TO HEAR THAT THEY BOTH GREW UP IN LOUISVILLE.  JERRY WAS

18  A -- FROM A LARGE FAMILY.  HE HAS FOUR BROTHERS AND A SISTER,

19  AND HE -- THEY PLAYED SPORTS.  HE WAS A GOOD STUDENT.  HE MADE

20  HIS WAY TO SCHOOL, PLAYED BASEBALL, ACTUALLY WENT TO THE

21  UNIVERSITY OF LOUISVILLE, PLAYED ONE YEAR OF BASEBALL THERE,

22  GOT HIS ACCOUNTING DEGREE THERE, WENT ON AND GOT HIS MBA

23  DEGREE.

24                AND YOU'LL ALSO HEAR FROM HIS BROTHER JOHN, WHO

25  IS GOING TO COME HERE AND TESTIFY, AND JOHN HIMSELF HAS A

1   ENGINEERING DEGREE FROM LOUISVILLE AS WELL.  AND YOU'RE GOING

2   TO HEAR THAT -- JOHN IS GOING TO TELL YOU ABOUT CORINNE AND

3   JERRY AND WHAT THEIR LIFE WAS ABOUT.  AND, FRANKLY, THEIR LIFE

4   WAS ABOUT EACH OTHER, AND YOU'RE GOING TO HEAR THAT.

5                33 YEARS THEY'VE BEEN MARRIED.  THEY ARE STILL

6   TOGETHER AND THEY'RE HAPPY.  THEY'VE HAD SOME HEADACHES AND

7   PROBLEMS WE'RE GOING TO TELL YOU ABOUT HERE, THIS CASE; BUT THE

8   BOTTOM LINE IS THEY HAVE EACH OTHER, AND THAT'S A GREAT THING.

9                AND, YOU KNOW, CORINNE -- JOHN IS GOING TO SAY

10  THAT CORINNE WAS -- YOU KNOW, EVERYBODY IN THE FAMILY LOVED HER

11  AND -- YOU KNOW, AND THAT SHE LOVED JERRY, AND SHE STILL LOVES

12  JERRY, AND JERRY LOVES CORINNE.  AND I THINK YOU'RE GOING TO

13  HEAR A LITTLE OF THAT IN THIS CASE.

14               BUT TODAY JERRY IS 62 YEARS OLD, BUT WHEN HE HAD

15  HIS HEART ATTACK, IT WAS FOUR YEARS AGO.  HE WAS 58.  AND

16  YOU'RE GOING TO HEAR THAT HE'S A FORMER SPECIAL AGENT FROM THE

17  FBI.  HE DID ALL SORTS OF DUTY:  COUNTERTERRORISM.

18  INVESTIGATED THE MAFIA.  HE DID -- HE WAS PLACED UP IN SOUTH

19  DAKOTA; TO SAN JUAN, PUERTO RICO; ATLANTA.  THEY PUT HIM ALL

20  OVER THE COUNTRY.  HE DID UNDERCOVER.  AND BEFORE THAT, HE HAD

21  SERVED A TERM OF DUTY IN THE MILITARY.  AND SO HE REALLY IS A

22  PERSON THAT HAS PUT HIS TIME TO THE RIGHT THINGS IN HIS LIFE.

23               AND AS AN FBI AGENT, YOU'RE GOING TO HEAR THAT,

24  YOU KNOW, HE PRIDED HIMSELF ON MEETING EXERCISE -- STRINGENT

25  FBI FITNESS STANDARDS, AND HE'D GO TO QUANTICO.  HE'D ACTUALLY

1    WORK OUT THERE.  HE'D TEACH THERE AT QUANTICO.  AND HE REALLY
2    WAS A MODEL OF HEALTH.
3                     I MEAN, HE WORKED OUT, KEPT -- YOU KNOW, THEY --
4    AND YOU'RE GOING TO HEAR, WHEN YOU'RE IN THE FBI, YOU'VE GOT TO
5    GO TO DOCTORS A COUPLE TIMES OF YEAR.  THEY DO ALL THESE TESTS
6    ON YOU, BLOOD TESTS, ET CETERA, ET CETERA.  HE ATE WELL.  HE
7    WAS PROBABLY IN THE TOP -- CERTAINLY IN THE FIVE PERCENT OF
8    PEOPLE IN TERMS OF HIS LIFESTYLE:  WORKING OUT, TRYING TO STAY
9    HEALTHY.
10                    AND AS I SAID, HE WAS MARRIED TO CORINNE FOR 33
11   YEARS, AND IN 1978 HE HAD AN AUTO ACCIDENT WHERE HE HURT HIS
12   NECK AND BACK.  AND HE STARTED TAKING, YOU KNOW, PAIN RELIEVERS
13   LIKE IBUPROFEN, MOTRIN, THAT TYPE OF THING, FOR HIS NECK AND
14   BACK PAIN, AND HE NEEDED IT DAILY.  AND YOU'LL HEAR A LOT ABOUT
15   OSTEOARTHRITIS, AND THE DRUG -- THE MEDICATION DID HELP.  HE
16   NEVER TOOK NARCOTICS OR ANYTHING LIKE THAT, BUT HE ALSO TOOK,
17   LIKE, OVER-THE-COUNTER TYPE MEDS AND THAT.
18                    THEN HE FOUND A DRUG CALLED FELDENE.  AND THAT'S
19   ANOTHER ANTI-INFLAMMATORY DRUG, AND IT WORKED FINE.  I MEAN, IT
20   HELPED HIM FROM ABOUT 1986 TO 1996.  HE WENT OFF IT FOR A
21   LITTLE BIT, AND THEN HE WENT BACK ON THE FELDENE IN 1998.  AND
22   HE WAS DOING FINE ON THE FELDENE REALLY FOR A COUPLE OF YEARS,
23   YOU KNOW, UNTIL HE -- UNTIL HE STARTED TAKING VIOXX, AND HE
24   STARTED TAKING VIOXX IN 2000.
25                    YOU'RE GOING HEAR THIS: THAT HE TOOK VIOXX FROM

1    JANUARY OF 2000 TO SEPTEMBER OF 2004.  AND YOU'RE GOING TO HEAR

2    THAT VIOXX WENT OFF THE MARKET IN SEPTEMBER OF 2004.  THEY --

3    YOU'RE GOING TO HEAR AT THE END, I'M GOING TO -- MERCK DID A

4    STUDY THAT -- THEY RAN THE STUDY THEMSELVES.  IT WAS THEIR

5    STUDY.  AND IT SHOWED A 2.8-TO-1 INCREASED RISK OF HEART

6    ATTACKS FOR VIOXX OVER THE SUGAR PILL THEY WERE COMPARING IT

7    TO.  AND THEN RIGHT AFTER THAT STUDY, MERCK TOOK THE DRUG OFF

8    THE MARKET.

9              SO JERRY TOOK THE DRUG THERE ALL DURING THAT

10   TIME.  HE DIDN'T KNOW THERE WAS ANY PROBLEMS WITH VIOXX.  AND

11   I'LL TELL YOU THIS:  HIS DOCTOR DIDN'T KNOW.  AND YOU'RE GOING

12   TO HEAR DR. MIKOLA WAS HIS PRIMARY TREATER DURING THAT WHOLE

13   TIME, STARTED TREATING HIM REALLY IN OCTOBER OF '99.  AND

14   DR. MIKOLA WAS NOT TOLD ABOUT THE PROBLEMS WITH VIOXX.  AND

15   YOU'RE GOING TO SEE HIS TESTIMONY.  AND FRANKLY, YOU'RE GOING

16   TO HEAR DR. MIKOLA TESTIFY, "LOOK, HAD I SEEN SOME OF THE

17   INFORMATION THAT I NOW WAS SHOWN AT MY DEPOSITION, THAT I WOULD

18   HAVE KEPT HIM ON FELDENE."

19              THAT'S WHAT THIS CASE IS ABOUT.  HE SHOULD HAVE

20   BEEN -- HE SHOULD HAVE STAYED ON THE FELDENE OR HE SHOULD HAVE

21   BEEN PUT BACK ON THE FELDENE.

22              SO, UNFORTUNATELY, ON SEPTEMBER 6, 2002, 31

23   MONTHS ON VIOXX -- AND BY THE WAY, THIS IS NOT, LIKE, A PILL

24   HERE AND A WEEK LATER A PILL.  HE'S TAKING THE VIOXX EVERY DAY.

25   EVERY DAY.  BECAUSE YOU'RE GOING TO HEAR THAT HE'S A VERY

1   METHODICAL, DETAILED KIND OF PERSON, WHO TAKES CARE -- YOU
2   KNOW, IF HE'S TOLD TO TAKE THE MEDICINE EVERY DAY, HE TAKES IT
3   EVERY DAY.
4            AND YOU'RE GOING TO HEAR THAT FOR ABOUT 27
5   MONTHS BEFORE HIS HEART ATTACK, HE WAS TAKING LIPITOR TO
6   CONTROL CHOLESTEROL.  AND YOU'RE GOING TO HEAR THAT AT THE TIME
7   OF HIS HEART ATTACK, HE BROUGHT HIS CHOLESTEROL DOWN INTO THE
8   160S.  SO WE BELIEVE THAT THE -- AND HE WAS JOGGING, RUNNING,
9   WORKING OUT, GOING TO A GYM, KEEPING HEALTHY, EATING A
10  MEDITERRANEAN DIET, AND WE BELIEVE THAT, FRANKLY, WHEN YOU LOOK
11  AT EVERYTHING, THAT IT WAS VIOXX THAT CAUSED HIS HEART ATTACK.
12           NOW, WHAT IS VIOXX?  VIOXX IS A PAIN MEDICATION
13  THAT WAS AVAILABLE FROM MAY OF '99 TO SEPTEMBER OF 2004.  SO
14  JERRY TOOK IT, TOOK VIOXX, FOR MOST OF THE LIFE OF VIOXX.  HE
15  TOOK IT FROM JANUARY OF 2000.
16           NOW, YOU'RE GOING TO HEAR THIS: THAT VIOXX HAD
17  SOMETHING ABOUT IT THAT THE OTHER DRUGS, THE OTHER PAIN
18  RELIEVERS, DIDN'T HAVE.  AND VIOXX WAS A MEMBER OF A GROUP
19  CALLED THE COX-2 INHIBITORS.
20           AND THOSE ARE WORDS -- WE'RE GOING TO DEFINE
21  THEM, AND I -- I'M GOING TO GO TO THIS CHART HERE BRIEFLY FOR
22  YOU IN A MINUTE, BUT WHENEVER YOU WANT TO, IF I USE THE TERM
23  SUCH AS "COX-2," YOU CAN LOOK OVER AT THE CHART HERE.  IT SAYS,
24  "COX-2 IS AN ENZYME ASSOCIATED WITH PROSTACYCLIN, AND IT CAN
25  INCREASE INFLAMMATION AND PAIN."  AND THEN PROSTACYCLIN IS

1    SOMETHING THAT'S NATURALLY IN OUR BODY, AND I'LL EXPLAIN THAT

2    TO YOU IN A LITTLE BIT.

3              BUT WHAT'S GOING ON IS THIS, IS THAT THERE IS

4    SOMETHING NEW ABOUT VIOXX THAT WASN'T PART OF THE OTHER PAIN

5    RELIEVERS.  BECAUSE VIOXX CAUSED -- YOU SEE, OUR BODY HAS A

6    BALANCE BETWEEN THESE ENZYMES IN IT, COX-1 AND COX-2.  AND WHAT

7    VIOXX DID, IT CREATED A COX-2 INHIBITOR THAT DROPPED DOWN THE

8    PROSTACYCLIN IN YOUR BODY; AND YOU'RE GOING TO HEAR THAT WHEN

9    YOU DROP THE PROSTACYCLIN, CERTAIN THINGS HAPPEN TO YOU.

10             FOR EXAMPLE, OVER HERE, YOU'VE GOT VIOXX IS A

11   COX-2 INHIBITOR.  WHAT HAPPENS IS IT DROPS YOUR PROSTACYCLIN.

12   PROSTACYCLIN IS THE BLOOD THINNER NATURALLY IN OUR BODY THAT

13   ACTUALLY THINS OUT THE POTENTIAL CLOTTING MECHANISM IN OUR --

14   INSIDE OUR BLOOD VESSELS.  IT'S SOMETHING WE NATURALLY HAVE IN

15   OUR BODY.

16             AND SO WHAT WAS GOING ON WAS THE COX-2 WOULD

17   DROP THE PROSTACYCLIN.  THAT CONSTRICTS YOUR ARTERY, CONSTRICTS

18   YOUR ARTERY.  WHEN YOU CONSTRICT YOUR ARTERY, IT'S LIKE

19   CONSTRICTING A HOSE, AND THEN THAT INCREASES THE BLOOD PRESSURE

20   IN YOUR VESSELS.

21             AND THEN, IN ADDITION, PROSTACYCLIN, BECAUSE

22   IT'S THE BLOOD THINNER, IT ALSO ALLOWS YOUR PLATELETS IN YOUR

23   ARTERIES TO COLLECT TOGETHER, TO CLUMP; AND YOU GET STICKY

24   BLOOD.  AND THE POINT OF THE PROSTACYCLIN WAS THAT IT WAS GOING

25   TO ACTUALLY MAKE THE BLOOD THINNER.

1          WHAT VIOXX DOES, IT DROPPED THE PROSTACYCLIN AND
2    CAUSED THE BLOOD PRESSURE TO GO UP, CAUSED THE CLOTTING TO GO
3    UP, AND IT ALSO LEADS TO ATHEROSCLEROSIS.  YOU'RE GOING TO HEAR
4    THAT PROSTACYCLIN IS VERY IMPORTANT IN OUR BODY TO SLOW DOWN
5    THE PROCESS OF ATHEROSCLEROSIS, AND IF YOU DROP THAT
6    PROSTACYCLIN, THAT SETS A CASCADE OF EVENTS THAT CAUSE THE
7    DEVELOPMENT OF -- IF YOU ALREADY HAVE PLAQUE IN YOUR BODY, THAT
8    CAUSES MORE PLAQUE TO GROW.
9          THAT'S WHAT THIS CASE IS ABOUT, IS THAT THE
10   CLOTTING LEADS TO A BLOOD CLOT OR THROMBUS, THAT LEADS TO A
11   HEART ATTACK, AND THE ATHEROSCLEROSIS LEADS TO PLAQUE BUILDUP.
12   SO THAT'S WHAT VIOXX DOES.
13         COX-1 AND COX-2 ARE TWO ENZYMES IN THE BODY THAT
14   ARE SUPPOSED TO BE BALANCED.  THE COX-1 ACTUALLY IS INVOLVED IN
15   MAKING YOUR -- FOR EXAMPLE, IF YOU GET A CUT ON YOUR HAND AND
16   YOU HAVE BLOOD COMING OUT, AND YOU GET A SCAB, THE COX-1
17   ACTUALLY CAUSES SOME CLOTTING.  THAT'S A GOOD KIND OF CLOTTING.
18         BUT WHAT WE DON'T WANT IS CLOTTING INSIDE OUR
19   BLOOD VESSELS BECAUSE THAT LEADS TO HEART ATTACKS, AND SO WHAT
20   HAPPENS IS THE PROSTACYCLIN -- YOU TAKE OUT THE BODY'S NATURAL
21   PROSTACYCLIN, AND YOU LEAVE THIS COX-1, THROMBOXANE, ALONE,
22   THEN YOU CAN HAVE CLOTS.  AND THAT'S SORT OF WHAT WAS GOING ON
23   WITH VIOXX.
24         SO THAT IF YOU BLOCK ONLY COX-2, WHICH IS WHAT
25   VIOXX DID, IT REDUCED THE PROSTACYCLIN, WHICH IS YOUR MECHANISM

1    FOR THINNING BLOOD.  IT'S THE BODY'S NATURAL MECHANISM, AND IT
2    LEADS TO THE CLOTTING, AND THAT LEADS TO HEART ATTACKS.  THAT'S
3    IT.
4            NOW, YOU'RE GOING TO HEAR MULTIPLE EXPERTS THAT
5    ARE GOING TO EXPLAIN THIS IN FAR MORE DETAIL.  I'M JUST TRYING
6    TO TAKE YOU THROUGH IT QUICKLY HERE JUST TO GIVE YOU, AS THE
7    JUDGE SAID, A ROAD MAP AS TO WHERE IT'S GOING.  SO DON'T WORRY
8    IF YOU DIDN'T PICK UP -- BECAUSE I'M NOT GOING TO DO A TEST ON
9    THIS.  OKAY?
10            BUT, BASICALLY, THE QUESTION IS THIS:  DID MERCK
11    KNOW ABOUT ALL OF THIS?  DID THEY KNOW THAT ABOUT THE
12    PROSTACYCLIN AND THE THROMBOXANE AND THAT, THAT IF YOU HAVE AN
13    IMBALANCE THERE, IT COULD CAUSE CLOTS?  DID MERCK KNOW THAT?
14    YEAH.
15            REMEMBER THE OLD *MERCK MANUAL*?  YOU'VE ALL HEARD
16    OF THE *MERCK MANUAL*, THE BOOK THAT MOST PEOPLE USED.  GROWING
17    UP, WE USED IT.  YOU HAVE THE MERCK MANUAL.  IN THE 1992
18    EDITION, THEY DISCUSSED THIS WHOLE THING ABOUT THE PROSTACYCLIN
19    AND THE THROMBOXANE AND THE IMBALANCE AND HOW IT CAN LEAD TO
20    CLOTS.  THEY KNEW THAT.  SO WE THINK THAT THE EVIDENCE IS GOING
21    TO SHOW THAT MERCK KNEW THAT.
22            AND LET ME TELL YOU WHAT THEY DID.  THEY KNEW,
23    SEE, IN '96, THAT -- FROM THEIR OWN CLINICAL STUDIES, NOW, ON
24    VIOXX, THEY STARTED STUDYING VIOXX, AND THEY KNEW THAT ADVERSE
25    EVENTS OF HEART ATTACK, ANGINA, THAT TYPE OF THING, ARE

1    EXPECTED SINCE COX-1 IS NOT INHIBITED.  SO THEY KNEW THAT THIS

2    CLOTTING COULD TAKE PLACE.

3                    NOW, WHAT DO THEY DO?  THEY ACTUALLY TOOK ALL

4    THIS DISCUSSION ABOUT PROSTACYCLIN AND THROMBOXANE OUT OF THE

5    *MERCK MANUAL*.  THAT'S WHAT THEY DID.  THEY LITERALLY REWROTE

6    THE MERCK -- THE NEXT EDITION OF THE *MERCK MANUAL* THAT CAME OUT

7    IN '99, SEVEN YEARS LATER, THE SAME YEAR THAT VIOXX CAME OUT,

8    DIDN'T HAVE ANY OF THIS IN IT.  SO YOU'RE GOING TO -- THAT'S

9    EVIDENCE IN THIS CASE.

10                   AND THEIR OWN SCIENTISTS SAY THAT THESE ADVERSE

11   EVENTS ARE EXPECTED BECAUSE OF -- YOU'VE GOT THIS IMBALANCE

12   BETWEEN THE PROSTACYCLIN AND THE THROMBOXANE.

13                   AND THERE IS MORE STUDIES.  THERE IS THIS

14   PROTOCOL 023 THAT WAS A STUDY WHERE THEY -- THEY HAD A CONCERN

15   ABOUT THIS WHOLE PROSTACYCLIN.  THEY DID -- THEY STUDIED --

16   THEY HAD A STUDY WHERE THEY TESTED THE LEVEL OF PROSTACYCLIN IN

17   YOUR URINE, WHICH MEANS IT'S -- IT'S GOING OUT OF YOUR BODY,

18   AND THEY HAD A SUBSTANTIAL DROP IN PROSTACYCLIN, 80 PERCENT

19   DROP.

20                   ACTUALLY -- I BELIEVE IT WAS MORE.  CLOSER TO

21   ABOUT 60 -- 60 TO 65 PERCENT DROP IN PROSTACYCLIN IN THAT

22   STUDY.  BUT I'M NOT GOING TO GIVE YOU EXACT NUMBERS, BUT THERE

23   IS DEFINITELY A DROP.

24                   YOU'RE GOING TO HEAR ABOUT THE WATSON STUDY.

25   ALL RIGHT?  THESE ARE STUDIES THAT MERCK IS DOING.  AND MERCK

1    HAD A STUDY WHERE THERE WAS INCREASED HEART ATTACK EVENTS.

2    NOW, THEY ARE GOING TO SAY, "OH, WELL, THE FINAL NUMBERS DIDN'T

3    MEAN THAT."  WELL, WE'RE GOING TO -- I THINK WE'RE GOING TO

4    SHOW YOU AT THE END OF THE CASE THAT -- THESE KIND OF THINGS

5    WERE SIGNALS; THAT YOU DON'T JUST GO PUT A DRUG OUT WITHOUT

6    SOLVING THIS PROBLEM.  THE REASONABLE PRUDENT MANUFACTURER

7    WOULD SOLVE THESE PROBLEMS.

8                    AND IT GETS EVEN DEEPER.  THERE IS AN E-MAIL

9    CHAIN FROM TWO DOCTORS, DR. MORRISON AND DR. REICIN, ONE OF THE

10   DOCTORS I TALKED ABOUT, WHERE THEY WERE TRYING TO FIGURE OUT,

11   WELL -- DR. MORRISON SAID, YOU KNOW, "WHY DON'T WE USE LOW-DOSE

12   ASPIRIN WITH VIOXX?"

13                   BECAUSE, YOU SEE, LOW-DOSE ASPIRIN, IF YOU TAKE

14   81 MILLIGRAMS OF ASPIRIN, IT CAN ACTUALLY THIN YOUR BLOOD.

15                   AND SO THEY -- HE SAYS, "WHY DON'T WE PUT SOME

16   LOW-DOSE ASPIRIN WITH VIOXX."  NOW, THAT SORT OF LEADS TO THE

17   PROBLEM.

18                   ALISE REICIN WRITES BACK:  "I DON'T THINK WE CAN

19   DO THAT BECAUSE THE WHOLE POINT OF VIOXX IS TRYING TO PROTECT

20   YOUR STOMACH."

21                   AND THE -- WHAT VIOXX'S THEORY WAS IS THIS, IS

22   THAT VIOXX WAS DIFFERENT, THEY THOUGHT, THAN THE OTHER

23   ANTI-INFLAMMATORIES BECAUSE IT WAS GOING TO -- THEY THOUGHT IT

24   WAS GOING TO REDUCE YOUR UPPER GI EVENTS AND CAUSE LESS STOMACH

25   PROBLEMS.

1            AND THAT'S A GOOD GOAL FOR VIOXX, BUT THE

2    PROBLEM WAS THAT EVEN IF IT DID THAT -- AND THEY DID DO SOME

3    STUDIES THAT SHOWED THAT IT DID REDUCE YOUR UPPER GI PROBLEMS,

4    VERSUS SOME OF THE OTHER NSAIDS OR ANTI-INFLAMMATORIES.  BUT

5    WHAT WAS HAPPENING IS YOU GOT A RISK OF HEART ATTACK, AND

6    THAT'S NOT A GOOD TRADE-OFF.  AND THAT'S SOMETHING THAT THE

7    DOCTORS FELT THEY NEEDED TO BE TOLD.

8            AND THEN ALISE REICIN WRITES BACK AND SAYS,

9    "LOOK, I DON'T THINK WE SHOULD PUT THE LOW-DOSE ASPIRIN BECAUSE

10   ASPIRIN DOES CAUSE STOMACH PROBLEMS, SO WE CAN'T MIX THAT WITH

11   THE VIOXX.  I THINK WE CAN DO THIS.  WE'LL DO A STUDY AND WE'LL

12   EXCLUDE THE HIGH-RISK HEART ATTACK CV PATIENTS.  WE'LL EXCLUDE

13   THE PEOPLE THAT HAVE PLAQUE IN THEIR VESSELS."  I MEAN, THAT'S

14   MOSTLY SENIORS, YOU KNOW, 50S, 60S, 70S, IN AMERICA.  SHE SAID,

15   "THEN THE EXCESS HEART ATTACK RISK WON'T BE EVIDENT WHEN WE DO

16   THE STUDY."

17           IN ADDITION, '98, THEY CONVENED A BOARD OF

18   SCIENTIFIC ADVISORS WITH THIS KNOWLEDGE ABOUT THE HEART ATTACK

19   POTENTIAL.  THEY KNEW ABOUT THE HEART ATTACK POTENTIAL, AND

20   THEY BRING IN THESE OUTSIDE, REALLY BRIGHT PHARMACOLOGISTS WHO

21   COME IN AND THEY ASSESS THE POTENTIAL CARDIOVASCULAR RISKS OF

22   VIOXX, RISKS AND BENEFITS.  THAT'S WHAT THEY DID.  FRANKLY,

23   THEY WERE DISCUSSING THE POTENTIAL FOR LIPID-RICH CORONARY

24   PLAQUE.  IT TURNED OUT THAT THEY STUDIED THE POTENTIAL FOR

25   REDUCING THE PLAQUE AND IT DIDN'T HAPPEN.

1           THERE ARE SOME STUDIES THAT SHOWED THAT WHEN

2   YOU -- IN CERTAIN MICE THAT WEREN'T THE APPROPRIATE MICE VERSUS

3   ANOTHER STUDY THAT MERCK DID BY DR. EPSTEIN THAT SHOWED THERE

4   WAS AN ACCELERATED PLAQUE BUILDUP DUE TO VIOXX IN THE MICE THAT

5   DR. EPSTEIN STUDIED FOR MERCK.  IN ADDITION, THEY FOUND OUT

6   THAT THIS PLAQUE COULD BE RUPTURE-PRONE, AND THEY TOLD MERCK

7   ABOUT THIS.

8           THEN THEY TALKED ABOUT, "HEY, THERE IS A

9   POTENTIAL RISK OF THROMBOTIC OCCLUSIONS."  WELL, THAT'S THE

10  CLOT BUILDING UP THAT LEADS TO YOUR HEART ATTACK.  BECAUSE WHEN

11  YOU HAVE A CLOT IN YOUR VESSEL, WHAT HAPPENS IS THAT IT STOPS

12  THE BLOOD FLOW.  IT BLOCKS YOUR BLOOD FLOW, SO YOU'RE NOT

13  GETTING THE BLOOD FLOW TO YOUR HEART AND YOU'RE NOT GETTING THE

14  OXYGEN OR NUTRIENTS TO YOUR HEART.  IT DOESN'T TAKE LONG AND

15  YOU COULD HAVE A HEART ATTACK, AND THAT'S WHAT HAPPENED TO

16  JERRY BARNETT HERE.

17          IN ADDITION, THE BOARD OF SCIENTIFIC ADVISORS

18  TELLS MERCK, "I THINK YOU GUYS BETTER STUDY THESE

19  CARDIOVASCULAR EVENTS.  I THINK YOU BETTER COLLECT SOME DATA ON

20  THIS," BUT THE PROBLEM IS CELEBREX IS COMING OUT ON THE MARKET.

21  SO WHAT HAPPENED?  DID MERCK SPEND TWO YEARS STUDYING THESE

22  EVENTS BEFORE THEY PUT THE DRUG ON THE MARKET?  NO.  WHAT THEY

23  DID, WITHIN JUST A FEW MONTHS OF THE BOARD OF SCIENTIFIC

24  ADVISORS TELLING THEM, "WE SHOULD DO THESE STUDIES," AND THE

25  LIKE, THEY ACTUALLY FILE A NEW DRUG APPLICATION AND THEN GET IT

1    ON THE MARKET IN SIX MONTHS.  THEY GET THAT DRUG ON THE MARKET

2    IN SIX MONTHS.  IT'S ON THERE IN MAY OF '99.  THEY DIDN'T DO

3    THESE STUDIES THAT THE BOARD TOLD THEM TO DO.

4             SO NOW THE DRUG IS ON THE MARKET AND, FRANKLY,

5    YOU KNOW, WHAT I THINK THE EVIDENCE IS GOING TO SHOW IS THAT

6    THE REAL STUDY THAT THEY DID WAS ON THE AMERICAN PUBLIC THAT

7    WERE TAKING THE DRUG, THE MR. BARNETTS OF THE WORLD.  SO WHAT

8    HAPPENS, THOUGH, IN THE MEANTIME, THEY HAD STARTED A STUDY IN

9    '99 THAT THEY COMPLETED IN MARCH OF 2000.  KEEP IN MIND, NOW,

10   THE DRUG HAS ALREADY BEEN ON THE MARKET FOR 10 MONTHS WHEN THEY

11   DO THIS, WHEN THEY COMPLETE IN STUDY IN MARCH OF '99.

12             WHAT DOES THE STUDY RESULTS SHOW?  FIVE TIMES

13   MORE HEART ATTACKS FOR THE VIOXX GROUP VERSUS THE NAPROXEN

14   GROUP.  NAPROXEN IS THE GENERIC FOR ALEVE.  YOU HAVE PROBABLY

15   SEEN ALEVE ON THE MARKET.  SO, IN OTHER WORDS, THERE'S FIVE

16   TIMES MORE HEART ATTACKS IN THE NAPROXEN GROUP VERSUS THE ALEVE

17   GROUP.

18             NOW, WITH THIS RESULT AND WITH THE SIGNAL THAT

19   THEY HAVE BEFORE ABOUT HEART ATTACKS AND WHAT THEY KNEW ABOUT

20   PROSTACYCLIN AND THROMBOXANE, DID THEY TAKE THE DRUG OFF THE

21   MARKET?  THEY MET AND THEY TRIED TO FIGURE OUT WHAT TO DO.

22   THEY SAID, "NO, WE'RE NOT GOING TO TAKE IT OFF THE MARKET."  IN

23   FACT, THEY WENT THE OTHER WAY.  IMMEDIATELY THEY PUT OUT A

24   PRESS RELEASE TO THE WHOLE WORLD SAYING, "WE CONFIRM THE SAFETY

25   OF VIOXX."  SO INSTEAD OF, YOU KNOW, TELLING EVERYBODY, "HEY,

1   OUR STUDY SHOWED FIVE TIMES THE NUMBER OF HEART ATTACKS IN

2   VIOXX VERSUS NAPROXEN," THEY WENT THE OTHER WAY AND SAID,

3   "VIOXX IS SAFE."

4                WHEN THEY DID THIS, THEY PUT THE PRESS RELEASE

5   OUT AT THE SAME TIME AS THE PRESIDENT OF MERCK IN AN E-MAIL

6   RIGHT IN THAT SAME MONTH, MARCH, IS SAYING, "THE CV" -- "CV" UP

7   HERE IS CARDIOVASCULAR.  THAT'S HEART ATTACKS, STROKES,

8   ET CETERA.  "THE CV EVENTS ARE CLEARLY THERE."  SO THE PRESS

9   AND THE WORLD IS BEING TOLD THAT "WE CONFIRMED THAT VIOXX IS

10  SAFE," AND THE PRESIDENT OF MERCK IS SAYING IN AN E-MAIL YOU'LL

11  GET TO SEE THAT THE EVENTS ARE THERE.

12               BUT I GIVE HIM SOME CREDIT FOR THIS.  HE

13  RECOMMENDS THEY DO WHAT THEY CALL A CV OUTCOMES STUDY, WHICH

14  THEY NEVER DID.  LET ME TELL YOU WHAT GOES ON.  MERCK DID A LOT

15  OF STUDIES.  YOU'LL HEAR THEY SAID THEY DID MORE STUDIES ON

16  THIS DRUG THAN ANY OTHER DRUG.  YOU'RE GOING TO HEAR FROM THE

17  DOCTORS THAT IF YOU DON'T DO THE RIGHT STUDIES AND YOU DON'T

18  DESIGN YOUR STUDY TO FIND OUT WHAT THE TRUE RISKS ARE, YOU

19  COULD DO THOUSANDS OF STUDIES AND IT'S NOT GOING TO MATTER.

20               THAT'S WHAT THEY DID.  BEFORE THEY PUT THE DRUG

21  ON THE MARKET OR FILED THEIR NEW DRUG APPLICATION, THEY DID

22  SOMETHING LIKE 65 OR 70 STUDIES.  BUT THE PROBLEM IS, THE BOARD

23  WAS TELLING THEM, "HEY, YOU DIDN'T REALLY EVALUATE THE CV

24  EVENTS PROPERLY."  SO WHAT HAPPENED IS SCOLNICK -- AND THIS IS

25  APRIL OF 2000.  WITHIN A MONTH OF THESE RESULTS, 5-TO-1

1    RESULTS, HE SAYS, "WE'VE GOT TO DO A CV OUTCOMES STUDY WHERE

2    YOU DESIGN THE STUDY TO LOOK FOR HEART ATTACKS," BECAUSE EVEN

3    THAT STUDY WHERE THEY FOUND THE 5-TO-1 SERIOUS EVENT, THAT WAS

4    DESIGNED TO SEE WHAT THE BENEFITS ARE VERSUS NAPROXEN FOR UPPER

5    GI PROBLEMS, OKAY, IN RHEUMATOID ARTHRITIS PATIENTS.  SO THEY

6    WEREN'T FOCUSING ON HEART ATTACKS.  YOU'RE GOING TO HEAR FROM

7    OUR EXPERTS THAT IT'S VERY IMPORTANT THAT YOU FOCUS ON HEART

8    ATTACKS IF YOU'RE GOING TO FIND OUT IF THE RISK IS THERE, AND

9    HE SAID WE SHOULD DO IT.

10              WHAT HAPPENED IS THE MARKETING COMMITTEE --

11   REMEMBER, I TOLD YOU MARKETING TOOK A PREEMINENCE IN THIS

12   COMPANY AFTER '94.  THE MARKETING COMMITTEE SAYS NO, AND THEY

13   ACTUALLY CONSIDERED DOING THIS TRIAL.  IT WAS A STUDY CALLED

14   VALOR.  10,000 PEOPLE ON VIOXX; 10,000 PEOPLE ON PLACEBO, A

15   SUGAR PILL.  THEY NEVER DID THE STUDY.

16              SO WHAT YOU'RE GOING TO HEAR IS, I AGREE, THEY

17   DID A LOT OF STUDIES.  THEY DID.  MAYBE MORE STUDIES THAN THEY

18   DID ON ANY DRUG, BUT THEY NEVER REALLY STUDIED THE CV ENDPOINT.

19   WHAT DID THEY SAY ABOUT THAT?  THEY SAID, "WELL, WE DIDN'T

20   THINK THAT WAS ETHICAL TO GIVE THE DRUG TO PEOPLE TO SEE IF

21   THEY ARE GOING TO HAVE HEART ATTACKS."  WELL, YOU GAVE PEOPLE

22   PILLS AND STUDIES FOR UPPER GI AND THEY HAD HEART ATTACKS.  WAS

23   THAT ETHICAL?  THE ISSUE IS YEAH.  I MEAN, YOU DID IT.  YOU DID

24   THIS APPROVE STUDY THAT LED TO TAKING THE DRUG OFF THE MARKET,

25   AND THOSE PEOPLE HAD HEART ATTACKS.  WAS THAT ETHICAL?  YES,

1   THE EVIDENCE WILL SHOW.

2                 IN FACT, DR. BRUNWALD, ONE OF THE TOP

3   CARDIOLOGISTS IN THE WORLD, WAS CONSULTED BY THEM AND HE SAID,

4   "YEAH.  YOU'VE GOT TO DO THIS STUDY.  YOU'VE GOT TO FIND OUT

5   WHAT'S GOING ON WITH THIS DRUG."  I'M GOING TO TELL YOU RIGHT

6   NOW.  THEY NEVER DID THIS STUDY.

7                 SO THEY KEPT THE DRUG ON THE MARKET.  SO WHAT

8   ABOUT WARNING?  DID THEY WARN THE DOCTORS AND THE PATIENTS?  IN

9   MY OPINION, THE ANSWER IS NO, AND THE EVIDENCE WILL SHOW NO.

10  WHAT IT RELATES TO IS THAT THE DOCTORS NEED TO KNOW THE RISKS

11  AND BENEFITS OF A DRUG.  IF THE DOCTORS DON'T KNOW THE TRUE

12  RISKS AND BENEFITS OF THE DRUG, THEN THEY MAY BE GIVING YOU A

13  DRUG THAT THEY WOULDN'T GIVE YOU.

14                LIKE DR. MIKOLA SAID, "IF I HAD KNOWN WHAT I

15  KNOW ABOUT THIS DRUG FROM THE MATERIAL THAT WE SHOWED HIM, I

16  WOULD HAVE KEPT HIM ON FELDENE."  HE WOULD HAVE LIKED TO HAVE

17  THE INFORMATION BEFORE HE ALLOWED MR. BARNETT TO TAKE THIS

18  DRUG.  YOU'RE GOING TO SEE THAT, FRANKLY, MERCK DID A LOT TO

19  TRY AND MINIMIZE THE LEVEL OF COMMUNICATION OF ALERT TO THE

20  DOCTORS.

21                NOW, THE FDA TOLD MERCK AT THIS TIME, IN THIS

22  TIME PERIOD HERE, THAT IT WANTED A HEART ATTACK WARNING IN THE

23  PACKAGE INSERT.  MERCK RESPONDED, "WE WANT TO PUT THIS VIGOR

24  STUDY IN THE PRECAUTION SECTION OF THE LABEL."  YOU SAY, OKAY,

25  WHAT'S THE DIFFERENCE BETWEEN THE PRECAUTION SECTION AND THE

1    WARNING SECTION?  WELL, YOU KNOW, IT'S LIKE A LEVEL OF ALERT

2    FOR DOCTORS.  DOCTORS LOOK AT A PACKAGE INSERT AND THEY KNOW

3    THAT THERE'S CERTAIN SECTIONS THAT ARE MORE IMPORTANT THAN

4    OTHERS IN THE PACKAGE INSERT -- IT'S CALLED THE LABEL, THE

5    PACKAGE INSERT LABEL.  THEY ARE ALL THE SAME THING.

6              SO WHAT HAPPENS IS THIS.  IT'S SORT OF LIKE THE

7    HOMELAND SECURITY WHERE THEY HAVE THE RED ALERT, THE ORANGE

8    ALERT, THE YELLOW, THE GREEN, WHITE, WHATEVER THE COLORS ARE.

9    THE BOTTOM LINE IS YOU KNOW IF IT'S A RED OR IF IT'S A ORANGE

10   IT'S MORE SERIOUS, AND THAT'S WHAT THE DOCTORS KNEW.  SO THE

11   DOCTORS READ THE PACKAGE INSERT DIFFERENT THAN A LAYMAN READS

12   IT.  YOU COULD PUT HEART ATTACK IN THE BACK OR THE BOTTOM OF

13   THE LABEL OR EVEN IN THE FRONT OF THE LABEL, BUT IF YOU DON'T

14   PUT IT IN THE RIGHT SPOT, THAT MEANS SOMETHING TO THE DOCTORS.

15   THEY DIDN'T PUT A BLACK-BOX WARNING.  THEY DIDN'T PUT A

16   CONTRAINDICATIONS ABOUT THIS HEART PROBLEM.  THEY DIDN'T PUT A

17   WARNING.  THEY PUT IT IN THE PRECAUTIONS SECTION, AND THE FDA

18   WANTED IT IN THE WARNING SECTION.  SO YOU'RE GOING TO SEE IN

19   THIS CASE -- WE'RE GOING TO PLAY HIS DEPOSITION --

20   DR. SCOLNICK.  HE SAID, "I WILL NOT SIGN OFF ANY LABEL THAT HAS

21   A CARDIAC WARNING."  THE FDA TOLD THEM, "WE WANT A WARNING.  WE

22   DON'T WANT A PRECAUTION."

23             YOU'RE ALSO GOING TO HEAR THAT THERE IS A LARGE

24   REVENUE DIFFERENCE IN TERMS OF THE NUMBER OF PRESCRIPTIONS.  IF

25   YOU PUT A WARNING ABOUT HEART ATTACKS THERE, THERE IS GOING TO

1    BE 500 MILLION LESS PILLS SOLD THAN IF YOU PUT IT IN THE

2    PRECAUTION.  THEY KNEW THAT.  THEY HAVE DOCUMENTS WHERE THEY

3    FIGURED IT ALL OUT.  THEY KNEW THAT, "IF YOU PUT THIS IN THE

4    WARNING SECTION, WE'RE GOING TO LOSE A BILLION DOLLARS."  BUT

5    IT'S NOT THE MONEY; IT'S THE NUMBER OF PRESCRIPTIONS THAT THE

6    DOCTORS ARE WRITING.  YOU'RE GOING TO HEAR THAT DOCTORS LIKE

7    DR. MIKOLA WOULD NOT HAVE PRESCRIBED THIS DRUG.  NOT JUST

8    DR. MIKOLA, DOCTORS THROUGHOUT THIS ENTIRE COUNTRY; THAT IF THE

9    FDA GOT THE WARNING THEY WANTED, WE WOULDN'T BE HERE.

10              NOW, WHAT ABOUT THE FDA?  YOU SAY, "WELL, GOSH,

11   I THOUGHT THAT THE FDA WAS, YOU KNOW, DIFFERENT THAN THIS."

12   NO.  YOU'RE GOING TO HEAR A LOT OF THINGS ABOUT THE FDA, I

13   PROMISE YOU, I DIDN'T KNOW.  YOU'RE GOING TO HEAR THINGS THAT

14   ARE BRAND-NEW.  THE FDA DOES NOT TEST THE DRUGS.  THEY DON'T.

15   THEY DON'T HAVE THE RESOURCES.  YOU'LL HEAR THAT THEY ARE

16   UNDERSTAFFED, OUTMANNED, AND THEY BASICALLY LET THE DRUG

17   COMPANIES DO THE TESTING ON THE DRUG.  THAT'S IT.

18              SO, BASICALLY, YOU'RE GOING TO HEAR UNDER THE

19   NEW RULES THAT THE DRUG COMPANIES CAN ACTUALLY HELP GIVE MONIES

20   TO THE FDA WHEN THEY WANT TO GET A DRUG APPROVED.  THEY HAVE

21   FAST-TRACK PROGRAMS, THINGS LIKE THAT, TO GET THE DRUG ON THE

22   MARKET.  THERE ARE SOME GOOD THINGS ABOUT THAT, THERE IS, BUT

23   THE PROBLEM IS THAT THERE SHOULD BE WALLS AND BOUNDARIES SET UP

24   THAT I THINK NEED TO BE DONE IN THE FUTURE.  YOU'RE GOING TO

25   HEAR ABOUT IT IN THIS CASE.

1          SO WHAT HAPPENED?  THE FDA GAVE MERCK THE

2    PRECAUTION LABEL.  WHEN YOU READ THE LABEL AND YOU WATCH THE

3    DOCTORS IN THE CASE READ THE LABEL, THEY DIDN'T THINK THERE WAS

4    ANY BIG PROBLEM.  THERE WAS NO RED ALERT OR ORANGE ALERT.  IT

5    WAS LIKE, OKAY, DR. MIKOLA, CONTINUED PRESCRIBING.  YOU'RE

6    GOING TO SEE DR. MIKOLA.  HE'S A GREAT DOCTOR.

7          BY THE WAY, MR. BECK MENTIONED THAT A LOT OF

8    THIS IS GOING TO BE BY VIDEO.  WE'RE SORRY.  MAYBE WE'RE ALL

9    USED TO WATCHING TV, WATCH SOME OF THESE SHOWS, SOME OF THESE

10   CASES ON TV, SO MAYBE YOU CAN WATCH IT.  BUT, UNFORTUNATELY,

11   MOST OF THESE MERCK WITNESSES ARE BACK EAST AND THE DOCTORS ARE

12   BACK EAST IN SOUTH CAROLINA.  SO WHAT WE'RE DOING IS THIS.

13   MR. BARNETT LIVES IN SOUTH CAROLINA AND HIS DOCTORS ARE IN

14   SOUTH CAROLINA, SO WE HAVE VIDEOS FOR YOU OF HIS DOCTORS AND WE

15   HAVE VIDEOS OF THE MERCK EMPLOYEES, INCLUDING DR. SCOLNICK AND

16   OTHERS.  IF YOU WATCH THOSE VIDEOS, YOU'LL SEE WHAT HAPPENED.

17         SO THE LABEL CAME OUT.  NO BLACK-BOX WARNING.

18   NO CONTRAINDICATION.  NO WARNING.  THEY PUT IT IN TWO SECTIONS,

19   THE CLINICAL STUDIES AND THE PRECAUTION SECTION ONLY.  IT

20   DIDN'T WARRANT -- DR. MIKOLA, "OKAY.  IT'S OKAY FOR JERRY

21   BARNETT."  SO WE THINK THE EVIDENCE IS GOING TO SHOW THAT THE

22   DOCTORS AND MERCK SALES REPRESENTATIVES WERE NOT TOLD THAT

23   VIOXX CAN CAUSE HEART ATTACKS.  THEY WERE TOLD THERE IS A

24   DEBATE.  THE DEBATE, YOU'RE GOING TO HEAR, WAS A DEBATE CREATED

25   BY MERCK.

1        WHAT HAPPENED IS THIS.  WITH REALLY NO WHAT THEY

2   CALL EPIDEMIOLOGICAL STUDIES, WITH NO OTHER KIND OF SCIENTIFIC

3   STUDIES, ONE STUDY ABOUT SOME BLEEDING WITH REGARD TO NAPROXEN

4   BACK IN 1981, THEY DECIDE AND SAY, "INSTEAD OF SAYING VIOXX

5   CAUSES 5-TO-1 MORE HEART ATTACKS THAN OTHER DRUGS, WHY DON'T WE

6   SAY THAT NAPROXEN IS CARDIOPROTECTIVE.  IT PROTECTS YOUR HEART

7   AND THAT EXPLAINS IT."  THAT'S WHAT THE SPIN WAS.

8        WHAT THEY DID, THEY PUT THAT OUT BY PRESS

9   RELEASES, BY LETTERS TO DOCTORS, AND THE DOCTORS ALL BELIEVED

10  IT AND THE PUBLIC BELIEVED IT.  THE PUBLIC KEPT BUYING THE DRUG

11  AND THE DOCTORS KEPT PRESCRIBING THE DRUG, BECAUSE THERE WAS NO

12  SCIENCE SAYING THAT NAPROXEN WASN'T CARDIOPROTECTIVE.  SO, OF

13  COURSE, YOU'RE GOING TO HEAR -- DID MERCK CALL THE COMPANY THAT

14  MADE NAPROXEN TO FIND OUT WHETHER, "HEY, YOU GOT THIS WONDER

15  DRUG THAT'S PROTECTING YOUR HEART"?

16       HERE'S THE POINT.  THERE ARE SOME DRUGS THAT ARE

17  CARDIOPROTECTIVE.  ASPIRIN, LOW-DOSE ASPIRIN, IS ONE OF THEM.

18  THE PROBLEM IS, EVEN IF THAT WOULD HAVE BEEN LOW-DOSE ASPIRIN,

19  YOU COULDN'T HAVE EXPLAINED A 5-TO-1 DIFFERENCE, 4-TO-1, 3-TO-1

20  DIFFERENCE, SOMETHING LIKE THAT.  THAT'S WHAT THE MERCK

21  ADVISORS WERE TELLING MERCK.  YOU CAN'T EXPLAIN 5-TO-1 JUST

22  BECAUSE IT'S CARDIOPROTECTIVE.  REALLY, IN A WAY, MERCK CREATED

23  THIS DEBATE.  THEY CREATED IT IN THE PRESS.  THEY CREATED IT BY

24  HAVING THEIR DOCTORS THAT WERE WORKING WITH THEM TO SEND

25  MESSAGES OUT AND MEDICAL EDUCATION SEMINARS.  THEY CREATED A

1    DEBATE.

2              IF THAT WASN'T ENOUGH, WHAT THEY DID IS THEY SET

3    UP AN INTEGRATED MARKETING CAMPAIGN.  WHAT IS AN INTEGRATED

4    MARKETING CAMPAIGN?  IT'S SOMETHING THAT YOU'RE GOING TO HEAR

5    ABOUT IN THIS CASE THAT YOU MIGHT NEVER HAVE KNOWN ABOUT

6    BEFORE.  BASICALLY, WHAT IT IS IS THIS.  YOU TAKE TV ADS,

7    $161 MILLION A YEAR IN TV ADS ABOUT VIOXX WITH DOROTHY HAMILL

8    AND THE LIKE.  THEY HAVE GOT 3,800 SALES REPRESENTATIVES

9    HITTING UP DOCTORS.  THEY HAVE 560 PAID DOCTOR ADVOCATES THAT

10   ARE TEACHING OTHER DOCTORS AND SAYING, "HEY, PRESCRIBE VIOXX.

11   IT'S GREAT."  17 MILLION SAMPLES GIVEN OUT A YEAR.  THEN THEY

12   HAD A CORE OF PEOPLE THAT WOULD NEUTRALIZE THE DOCTORS WHO

13   QUESTIONED THEM.  THAT'S THEIR WORD, "NEUTRALIZE."  I TOOK A

14   DEPOSITION OF THE HEAD OF MARKETING AND SHE SAID -- YOU KNOW,

15   SHE EXPLAINED "NEUTRALIZE" DIDN'T MEANT NEUTRALIZE, BUT SHE

16   ADMITTED THAT WAS THEIR WORD.  THAT'S IN THEIR DOCUMENT.  WHEN

17   A DOCTOR HAD A QUESTION LIKE, "HEY, DOES VIOXX CAUSE HEART

18   ATTACKS," THEY PUT THAT DOWN AS A OBSTACLE, AND THEN THE PRESS

19   RELEASES THAT THEY PUT OUT.  SO WHAT THIS ALL CREATED, THIS

20   INTEGRATED MARKETING CAMPAIGN, BILLIONS OF MEDIA IMPRESSIONS.

21   EVERY ONE OF US DIDN'T EVEN KNOW IT.  SUBLIMINALLY, WE HAD 10

22   MEDIAN IMPRESSIONS OF VIOXX.

23             NOW, YOU'RE GOING TO HEAR THAT DR. MIKOLA WAS

24   MR. BARNETT'S TREATING DOCTOR FROM 2000 THROUGH JUNE OF 2004.

25   HE WAS THE PRIMARY TREATER, BUT BEFORE THAT DR. MCCAFFREY HAD

1    SEEN HIM FOUR TIMES.  ON THE FOURTH VISIT, HE WENT IN THERE AND

2    DR. MCCAFFREY PRESCRIBED VIOXX.  ACTUALLY, MR. BARNETT SAID

3    THAT HE HAD SEEN SOME ADS, I GUESS, FOR VIOXX, BUT HE HAD SEEN

4    MORE ADS FOR CELEBREX.  HE ASKED FOR CELEBREX, AND

5    DR. MCCAFFREY PUT HIM ON VIOXX.  DR. MCCAFFREY DOESN'T REMEMBER

6    THAT, BUT DR. MCCAFFREY SEES LITERALLY THOUSANDS OF PATIENTS.

7    I BELIEVE THAT HE JUST DIDN'T REMEMBER, BUT THE BOTTOM LINE

8    IS --

9            **MR. BECK:**  I OBJECT TO COUNSEL'S REFERENCE TO WHAT HE

10   THINKS.

11           **THE COURT:**  YES.  THAT'S ARGUMENT.

12           **MR. ROBINSON:**  I THINK THE EVIDENCE WILL SHOW THAT HE

13   DIDN'T REMEMBER.  LIKE I'M SAYING, WHAT I'M TELLING YOU TODAY

14   IS WHAT I BELIEVE THE EVIDENCE WILL SHOW.  NOW, WHAT YOU NEED

15   TO KNOW ABOUT DR. MCCAFFREY IS THIS:  HE SIGNED EIGHT YEARS OF

16   CONTRACTS WITH MERCK.  EIGHT YEARS OF CONTRACTS TO BE A MERCK

17   "THOUGHT LEADER."  SO HE WAS GETTING PAID BY MERCK, AND

18   MR. BARNETT DIDN'T KNOW THAT.  HE WAS GETTING PAID HONORARIUMS

19   AND GAVE SPEECHES.  WHAT HE DID, HE PRESCRIBED ESSENTIALLY A

20   YEAR'S WORTH OF VIOXX BY GIVING MR. BARNETT A PRESCRIPTION TO A

21   MAIL-ORDER HOUSE CALLED MERCK MEDCO.  SO MERCK MEDCO GAVE THEM

22   THE PRESCRIPTION AND THEN RENEWED IT AGAIN FOR ANOTHER YEAR.

23   ACTUALLY, DR. MCCAFFREY NEVER SAW HIM AFTER THAT.  AFTER HE

24   GAVE HIM THE PRESCRIPTION, HE WAS DR. MIKOLA'S PATIENT.

25               YOU'RE GOING TO HEAR THAT DR. MCCAFFREY -- MERCK

1    WAS PAYING FOR LUNCHES AT HIS OFFICE.  THEY HAD THINGS CALLED

2    PRECEPTORSHIPS WHERE THE MERCK PEOPLE, THE SALES REPS, WOULD

3    COME IN AND THEY WOULD PAY THE DOCTOR $300 TO SIT THERE AND

4    WATCH HIM SEE PATIENTS.  THE RECORDS SHOW 370 SALES CONTACTS.

5    THE DEFENSE ATTORNEY SAID, "WELL, YOU DIDN'T TALKED TO THEM

6    EVERY TIME, DID YOU," AND HE SAID, "YES, I TALKED TO THESE

7    SALES REPS EVERY TIME WHEN THEY WOULD COME IN."  SO THEY ARE

8    TALKING TO HIM EVERY TIME.  THAT'S ONCE A WEEK TALKING ABOUT

9    VIOXX.

10            THEY SENT LETTERS SAYING VIOXX IS SAFE FOR THE

11   ELDERLY.  IF IT'S SAFE FOR THE ELDERLY, IT'S SAFE FOR A 55, 56,

12   57-YEAR-OLD MAN.  YOU'RE GOING TO HEAR FROM DR. MIKOLA.  HE HAD

13   FREQUENT CONTACTS BY SALES REPS.  HIS WIFE WAS A MERCK SALES

14   REP.  SHE DETAILED HIM FOR A WHILE.  YOU'RE GOING TO HEAR THAT

15   HE GOT LETTERS SAYING VIOXX WAS SAFE FOR THE ELDERLY.  HE

16   RECEIVED SPEAKER FEES FROM MERCK FOR PRESENTING TO GROUPS OF

17   DOCTORS.

18            THE MERCK MARKETING CAMPAIGN IS NOT JUST ACROSS

19   THE COUNTRY.  IT TOUCHED THIS CASE.  IT TOUCHED MR. BARNETT'S

20   TREATERS.  YOU'RE GOING TO HEAR THAT THEY SPENT $240 MILLION A

21   YEAR ON SALES AND MARKETING TO DOCTORS LIKE DR. MIKOLA AND

22   DR. MCCAFFREY AND TO HOSPITALS, AS WELL.

23            NOW, LET'S TALK ABOUT MR. BARNETT.  HOW ARE WE

24   DOING ON TIME?

25            **THE DEPUTY CLERK:**  YOU'VE USED 40 MINUTES.

1        **MR. ROBINSON:**  THANK YOU.  SO NOW I WANT TO TALK

2   ABOUT MR. BARNETT AND THE CAUSATION PART OF THIS THING, IN

3   OTHER WORDS, TO SHOW, YOU KNOW, HOW VIOXX, ACCORDING TO OUR

4   EXPERTS, CAUSED HIS HEART ATTACK.

5            NOW, FIRST OF ALL, YOU NEED TO UNDERSTAND THAT,

6   YES, JERRY BARNETT WAS A PERSON WHO TRIED TO LIVE A HEALTHY

7   LIFE.  HE WORKED OUT.  HE TRIED TO KEEP HIS WEIGHT DOWN.  HE

8   LIFTED WEIGHTS.  HE RAN.  NOW, WHAT HAPPENED IS THIS.  YOU'LL

9   SEE IN THE RECORDS HIS CHOLESTEROL STARTED TO GO UP.  YOU'RE

10  GOING TO HEAR THAT IT WENT UP TO, LIKE, 250.  HIS LDL, I THINK,

11  THE HIGHEST IT WAS WAS SOMEWHERE IN THE 198 AREA, BUT IT WENT

12  UP.  SO WHAT HAPPENED IS, YOU'RE GOING TO HEAR THAT DR. MIKOLA

13  PUT HIM ON A DRUG CALLED LIPITOR.  LIPITOR REDUCES YOUR

14  CHOLESTEROL.  YOU'RE GOING TO HEAR THAT, BEFORE HIS HEART

15  ATTACK, HE WAS ON LIPITOR FOR 27 MONTHS.  HE BROUGHT HIS

16  CHOLESTEROL DOWN FROM 250 INTO THE 160S, WHICH IS VERY GOOD

17  YOU'LL HEAR.  YOU'LL SEE AND HEAR THAT HE WAS WORKING OUT

18  DURING THIS PERIOD.  HE WAS RUNNING.  HE TOOK THE LIPITOR

19  RELIGIOUSLY; HE TOOK IT EVERY DAY.  HE TRIED TO DO THE RIGHT

20  THINGS FOR HIMSELF.

21            YOU'RE GOING TO HEAR TESTIMONY FROM DR. KARAVAN

22  THAT, AMONGST HIS CLIENTS, MR. BARNETT WAS BETTER THAN

23  99 PERCENT OF HIS CLIENTS -- I'M SORRY, HIS PATIENTS.  LAWYERS

24  HAVE CLIENTS.  BUT BETTER THAN 99 PERCENT OF HIS PATIENTS AT

25  MAINTAINING HIS HEALTH.  THAT'S THE KIND OF PERSON HE WAS.  SO

114

1    HE WASN'T SOME GUY THAT JUST WAS RECKLESSLY OUT THERE AND, YOU

2    KNOW, DIDN'T CARE ABOUT HIS HEALTH.

3              IN FACT, TO SHOW YOU THAT HE WOULD HAVE COME OFF

4    VIOXX IF HE HAD KNOWN ANYTHING ABOUT VIOXX CAUSING HEART

5    ATTACKS, HE HAD ONE PERIOD IN 2001 WHERE FOR A COUPLE WEEKS HE

6    TOOK THIS DRUG METABOLITE, THE RECORDS WILL SHOW.  WHAT

7    HAPPENED IS HE HAD SOME FLUTTERING OR SOMETHING.  HE TALKED TO

8    THE DOCTOR ABOUT IT AND THE DOCTOR SAID, "YES, THAT CAN CAUSE

9    FLUTTERING IN YOUR HEART," AND HE CAME OFF IT.  THAT'S WHAT HE

10   WOULD HAVE DONE VIOXX.  WE THINK THAT'S WHAT THE EVIDENCE WILL

11   SHOW.

12             JUST A BRIEF ANIMATION HERE THAT JUST DESCRIBED

13   WHAT HAPPENS WITH A HEART ATTACK SO YOU GET A FEEL FOR IT.  SO

14   HERE IS THE HEART, AND THE HEART IS SURROUNDED BY THESE

15   CORONARY ARTERIES.  THERE IS THE CORONARY RIGHT HERE.  WE'RE

16   GOING TO GO INSIDE THE CORONARY ARTERY, AND YOU'RE GOING TO SEE

17   THE COMPONENTS OF THE BLOOD, THE RED BLOOD CELL, THE LIPID --

18   THAT'S THE FAT -- AND THE WHITE BLOOD CELLS.  YOU'RE GOING TO

19   SEE HOW THE LIPIDS LAND IN HERE AND THEY START BUILDING UP

20   PLAQUE.

21             WHAT VIOXX DOES IS IT ACCELERATES THIS PROCESS

22   OUR EXPERTS ARE GOING TO COME HERE AND TALK -- ONE OF OUR

23   DOCTORS IS GOING TO COME IN HERE, HE'S A PATHOPHYSIOLOGIST,

24   AND -- DR. FOSSLIEN.  HE'S GOING TO COME AND EXPLAIN TO YOU HOW

25   VIOXX ACCELERATES THIS PLAQUE BUILDUP THAT LEADS TO THIS

1    THROMBUS HERE.  AND THEN -- YOU SEE HOW IT'S BLOCKED THERE?

2    THEN THE BLOOD CAN'T FLOW THROUGH THERE, AND WHEN THE BLOOD

3    CAN'T THROUGH, YOU LOSE OXYGEN TO THE HEART, AND THAT'S HOW YOU

4    HAVE A HEART ATTACK.

5              SO, NOW, IT'S TRUE THAT THERE'S A MILLION, MORE

6    THAN A MILLION, HEART ATTACKS PER YEAR IN THE U.S.  IT'S A VERY

7    SERIOUS RISK TO AVOID FOR ALL OF US, BUT WE BELIEVE THAT

8    VIOXX -- THE EVIDENCE IS GOING TO SHOW VIOXX INCREASED THAT

9    RISK.

10             NOW, HOW DID IT DO SO?  WELL, I'M GOING TO TALK

11   TO YOU ABOUT THE VARIOUS COMPONENTS OF HOW YOU PUT TOGETHER

12   EVIDENCE OF CAUSATION.  OKAY?  SO ONE COMPONENT IS:  IS THERE A

13   KNOWN MECHANISM, A PATHWAY, TO EXPLAIN HOW VIOXX MIGHT CAUSE A

14   HEART ATTACK?  OKAY.  IS THERE A MECHANISM THAT SHOWS VIOXX

15   MIGHT ACCELERATE YOUR PLAQUE BUILDUP?  YES.

16             MERCK -- WHO IS DR. GARRETT FITZGERALD?

17   DR. GARRETT FITZGERALD IS REALLY WORLD-RENOWN PHARMACOLOGIST

18   WHO MERCK USED AS A CONSULTANT ON VIOXX.  REMEMBER I TOLD YOU

19   ABOUT THE BOARD OF SCIENTIFIC ADVISORS THAT CONVENED IN '98 TO

20   WORK WITH MERCK OFFICIALS ABOUT VIOXX AND TOLD THEM WHAT THE

21   RISKS WERE?  HE WAS AT THAT MEETING, AND HE EXPLAINED SOME OF

22   THE MECHANISMS AND STUDIES THAT HE HAD DONE TO MERCK.  ONE

23   MECHANISM IN OLDER PEOPLE OR PEOPLE WITH PLAQUE IN THEIR

24   ARTERIES IS THAT IT ACCELERATES THE PLAQUE, AND YOU'RE GOING TO

25   HEAR THAT IT'S AN INFLAMMATORY PROCESS.

```
 1              AND WITH MERCK, WHAT VIOXX DOES, IT INCREASES
 2   YOUR BLOOD PRESSURE, AND THAT CAUSES SHEER STRESS, SORT OF LIKE
 3   SHEER STRESS ALONG THE INSIDE WALL OF THE ARTERY.  THAT STARTS
 4   A CHEMICAL PROCESS WHERE YOUR PLAQUE BULGES OUT.  AND IT'S ALL
 5   DUE TO THIS ONE MECHANISM, AND THE ONE MECHANISM IS RIGHT OVER
 6   THERE.  IT'S THE DROP IN PROSTACYCLIN.  SO THE SAME MECHANISM
 7   THAT ACCELERATES PLAQUE BUILDUP ALSO INCREASES THE BLOOD
 8   PRESSURE.
 9              HOW?  I TOLD YOU EARLIER WHAT IT DOES.  IT
10   CONSTRICTS YOUR VESSEL.  AND WHEN YOU GET A CONSTRICTED HOSE OR
11   I TIGHTEN MY BELT, I'M GOING TO HAVE, YOU KNOW, TIGHTER BLOOD
12   PRESSURE ON ME.  OR IF I GRAB MY NECK LIKE THAT, I'M GOING TO
13   CONSTRICT MY BLOOD PRESSURE.  THAT'S WHAT THE DROP IN
14   PROSTACYCLIN DOES.  THAT'S WHAT VIOXX DOES.
15              NOW, THE DEFENSE IS GOING TO SAY, WELL, OTHER
16   ANTI-INFLAMMATORIES DROP YOUR BLOOD PRESSURE TOO -- I MEAN,
17   INCREASE YOUR BLOOD PRESSURE TOO.  THEY DO.  BUT THE EVIDENCE
18   IS GOING TO SHOW THAT -- FOR EXAMPLE, MERCK DID A STUDY
19   COMPARING VIOXX TO CELEBREX, AND IT WAS 2-TO-1 VIOXX
20   ACCELERATED OR INCREASING YOUR BLOOD PRESSURE VERSUS CELEBREX.
21              AND THIS VIGOR STUDY THAT I JUST SHOWED YOU WITH
22   THE 5-TO-1 INCREASED RISK OF HEART ATTACKS OVER NAPROXEN, IN
23   THAT STUDY, THERE WAS A 1.83 INCREASED RISK OF BLOOD PRESSURE
24   SPIKES WITH VIOXX OVER NAPROXEN.
25              THOSE ARE OTHER ANTI-INFLAMMATORIES.  THAT'S TWO
```

1    RIGHT THERE:  CELEBREX AND NAPROXEN.  AND VIOXX CAME OUT WORSE

2    ALMOST DOUBLE IN BOTH CASES, FOR THE BLOOD PRESSURE.  SO THAT'S

3    WHAT IT DOES:  IT INCREASES YOUR BLOOD PRESSURE, AND THAT LEADS

4    TO THE PLAQUE RUPTURE, THE CLOT, AND THE HEART ATTACK.  THAT'S

5    WHAT FITZGERALD'S MECHANISM IS ALL ABOUT.  THAT MECHANISM IS

6    THE DROP IN PROSTACYCLIN.

7              OKAY.  SO GIVEN THAT MECHANISM, THAT YOU HAVE A

8    MECHANISM TO EXPLAIN HOW YOU GET A HEART ATTACK, NOW I'M GOING

9    TO LOOK AND SHOW YOU WHAT THE PATHWAY IN MR. BARNETT'S OWN LIFE

10   WAS TO THIS HEART ATTACK.

11             SO WHAT HAPPENS IS THIS:  REMEMBER I TOLD YOU HE

12   WAS ON FELDENE BACK IN HERE.  IN FACT, HE'S ON FELDENE RIGHT UP

13   UNTIL THIS DECEMBER HERE, AND FELDENE CAUSED NO PROBLEMS FOR

14   HIM.  I MEAN, HE WAS TAKING FELDENE WITH PRILOSEC.  AND WHAT

15   THE PRILOSEC DID IS IT TOOK CARE OF ANY POTENTIAL STOMACH

16   PROBLEMS.

17             BECAUSE YOU'RE GOING TO HEAR THAT, GOING BACK TO

18   CHILDHOOD, THAT MR. BARNETT HAD REFLUX PROBLEMS, YOU KNOW, 18,

19   19, 20 YEARS OLD.  BUT WHAT HAPPENED IS THIS PRILOSEC THAT

20   MERCK MAKES, ACTUALLY, THE PRILOSEC WAS WORKING WITH THE

21   FELDENE TO DEAL WITH HIS STOMACH PROBLEMS, AND THE FELDENE WAS

22   DEALING WITH THE PAIN.  BUT THE DIFFERENCE BETWEEN FELDENE AND

23   VIOXX IS THE FELDENE KEEPS THE THROMBOXANE, THIS THING RIGHT

24   HERE, SORT OF EVEN WITH -- IN BALANCE, LIKE THE BODY'S NATURAL

25   BALANCE WITH THE PROSTACYCLIN, KEEPS IT IN BALANCE.

1        BUT THE DIFFERENCE IS, WHEN YOU TAKE THE VIOXX,

2   IT DOESN'T BLOCK THE COX-1, AND SO IT KEEPS THE THROMBOXANE UP,

3   AND IT BRINGS THE PROSTACYCLIN DOWN, AND NOW YOU'VE GOT THE

4   POTENTIAL FOR ALL THE CASCADE OF PROBLEMS I JUST TALKED ABOUT:

5   THE CLUMPING OF THE PLATELETS AND THE BLOOD AND THE POTENTIAL

6   HEART ATTACK.

7        SO WHAT HAPPENS IS MR. BARNETT IS ON VIOXX AND

8   TAKES FOUR SAMPLES FROM DR. MCCAFFREY.  THEN HE STARTS TAKING

9   HIS VIOXX PRESCRIPTION JANUARY 10, 2000.  YOU'RE GOING TO HEAR

10  WITHIN NINE DAYS, WITHIN NINE DAYS OF THIS EVENT, HIS BLOOD

11  PRESSURE GOES UP TO 162, AND YOU'RE GOING TO HEAR THAT THAT'S

12  SIGNIFICANT BECAUSE, IN THE MERCK STUDY ON PEOPLE THAT TOOK

13  VIOXX AND HAD HEART ATTACKS, YOU'RE GOING TO HEAR THAT A LARGER

14  GROUP HAD BLOOD PRESSURE SPIKES ABOVE 160 IN THE ONES THAT HAD

15  VIOXX HEART ATTACKS THAN IN THE PLACEBO GROUP OR THE SUGAR PILL

16  GROUP.  I'LL COME TO THAT IN A LITTLE BIT.

17        SO WHAT HAPPENS IS THIS:  HE HAS THIS BLOOD

18  PRESSURE SPIKE; HE HAS CHEST PAIN ON THE LEFT SIDE HERE, AND

19  SO -- NOW, KEEP IN MIND THE DOCTORS DIDN'T KNOW THAT VIOXX WAS

20  CAUSING THIS STUFF.  THEY DIDN'T KNOW IT.  MR. BARNETT DIDN'T

21  KNOW VIOXX WAS CAUSING IT.  SO HE JUST WENT DOWN TO THE

22  HOSPITAL OR WENT DOWN TO THE DOCTOR.  THE DOCTOR PUT HIM OVER

23  INTO THE HOSPITAL, AND THEY CHECKED HIM OUT.

24        THEN, ON JANUARY 24TH, THEY DID WHAT THEY CALL A

25  CARDIOLITE STRESS TEST.  THAT'S WHERE HE'S ON A TREADMILL AND

1    HE'S RUNNING AT A VERY HIGH RATE, AND THEY INCREASE IT, AND HE

2    RAN -- HE RAN 15 MINUTES -- OR HE WALKED FAST 15 MINUTES AND

3    BASICALLY EXERCISED FINE.  HE DID VERY WELL ON THAT TEST.  IN

4    FACT, HE HAD A VERY HIGH SCORE, 17.5 MED SCORE, SHOWING THAT HE

5    HAD A GOOD RESULT.

6                   WHAT THEY DID FIND IS WHAT THEY CALL -- ON ONE

7    SIDE OF THE WALL OF HIS HEART, THERE WAS A SMALL DROP IN BLOOD

8    FLOW TO THE LATERAL SIDE OF HIS HEART, SO THEY CALLED THIS

9    BLOOD FLOW, DROP IN BLOOD FLOW ISCHEMIA, IT'S CALLED.  I DON'T

10   KNOW IF WE HAVE IT UP ON THE BOARD HERE, BUT IT'S

11   I-S-C-H-E-M-I-A.  IT MEANS A DROP IN THE BLOOD FLOW.  HE HAD A

12   MILD AREA OF LATERAL BLOOD FLOW DROP.  OKAY?

13                   SO NOW THERE ARE STUDIES THAT SOMEONE CAN LOOK

14   AT NOW TO MEASURE FROM THAT RESULT ON THAT TEST TO SEE WHAT

15   WOULD BE HIS RISK OF A HEART ATTACK OVER THE NEXT THREE YEARS.

16   AT THAT TIME, THE STUDIES SHOW THAT HIS RISKS OF HEART ATTACK

17   WAS LESS THAN -- WAS LESS THAN 2 PERCENT.

18                   NOW, THAT'S MY EXPERT, DR. POPMA.  HE'S FROM

19   HARVARD.  AND DR. ZIPES SAYS THAT.  AND ACTUALLY, THE DEFENSE

20   EXPERT, DR. ROACH SAYS THAT IT'S 1 PERCENT.  THEY HAVE A

21   CARDIOLOGIST THEY HIRED FROM TEXAS, AND HE SAYS 1 PERCENT.  OUR

22   TWO CARDIOLOGISTS SAID LESS THAN 2 PERCENT, BUT IT WAS A VERY

23   SMALL RISK OF HEART ATTACK.

24                   SO SOMETHING HAPPENED, YOU'RE GOING TO HEAR,

25   FROM HERE, JANUARY OF 2000, TO HERE, IN SEPTEMBER OF '02, WHEN

1    HE HAD HIS HEART ATTACK.  AND WHAT YOU'RE GOING TO HEAR IS

2    RIGHT AROUND HERE, IN MAY OF 2000, HE STARTS TAKING HIS

3    LIPITOR.  SO NOW HE'S ACTUALLY REDUCING HIS RISK BY LIPITOR.

4    HE'S REDUCING HIS RISK.  YOU'RE GOING TO HEAR AT THE TIME OF

5    HIS HEART ATTACK HE WEIGHED 171.  HECK, BEFORE, HE WEIGHED EVEN

6    AS HIGH AS 184.  SO HIS WEIGHT AT THE TIME OF THE HEART ATTACK

7    WASN'T A PROBLEM.

8              THE BOTTOM LINE IS THIS:  WE BELIEVE THE ONLY

9    THING THAT WAS UNUSUAL DURING THAT TIME FRAME WAS THAT HE WAS

10   TAKING VIOXX DAILY FOR THE 31 MONTHS.  AND YOU'RE GOING TO HEAR

11   THAT VIOXX -- WELL, YOU HEARD FROM THE VIGOR STUDY THAT VIOXX

12   DOES CAUSE HEART ATTACKS.

13             SO, NOW, WAS THAT IT, THAT HE HAD HIS HEART

14   ATTACK AND THAT'S THE END OF THE STORY?  NO.  IT GOES ON.

15   BECAUSE BACK IN HERE, WHAT HAPPENED IS THAT VIOXX HAD HELPED

16   THIS PROCESS GO, AND THEY STARTED -- IT STARTS BUILDING UP HIS

17   ATHEROSCLEROSIS, AND THE -- THEY RAN -- AFTER HIS HEART ATTACK,

18   THEY RAN WHAT THEY CALLED AN ANGIOGRAM, WHERE THEY INJECT DYE

19   INTO YOUR CORONARY VESSELS.  SOME OF YOU MAY HAVE HEARD OF

20   THIS.  I DON'T KNOW IF ANYBODY HAS HAD IT.  BUT, BASICALLY,

21   THEY CAN SEE WHAT YOUR BLOCKAGE IS IN YOUR CORONARY VESSELS,

22   THE VESSELS THAT SURROUND YOUR HEART.

23             THEY FOUND THAT, JUST IN THAT 31-MONTH PERIOD,

24   HIS VESSELS WERE ALL OCCLUDED -- OR SIX VESSELS WERE OCCLUDED,

25   BLOCKED.  SO WHAT THEY HAD TO DO THEN IS THEY DID A FIVE-GRAPH

1   BYPASS SURGERY ON HIM ON 9/10/02.

2                   AND THEN IT DIDN'T STOP THERE.  YOU'RE GOING TO

3   HEAR AFTER THAT, WE BELIEVE THE EVIDENCE WILL SHOW, THAT HE

4   CONTINUED TO HAVE PLAQUE BUILDUP RIGHT ON UP UNTIL JULY -- UP

5   UNTIL THIS LAST MONTH, AND I'LL SHOW YOU WHY.  HE STARTED

6   HAVING SOME CHEST PAIN INCIDENTS IN JULY OF '03.  HE WENT TO

7   THE HOSPITAL.  THEY RAN A CARDIOLITE EXAM AGAIN, THE SAME KIND

8   OF STRESS TEST THEY RAN BEFORE.  THEY COULDN'T FIND ANYTHING

9   WRONG WITH HIM, BUT HE HAD THE CHEST PAIN.

10                  THEN, A YEAR LATER, IN JULY OF '04, HE GOES DOWN

11  THERE TO THE HOSPITAL AGAIN, AND OUR EXPERT, DR. ZIPES, HE

12  BELIEVES THAT HE HAD A HEART ATTACK.  WHY?  BECAUSE YOU'RE

13  GOING TO SEE THAT WHEN DR. ZIPES GOT INVOLVED IN HIS CASE, HIS

14  TREATING DOCTORS HAD LAST SEEN HIM IN DECEMBER OF '05, 2005.

15  SO NOBODY HAD DONE ANY TESTS ON HIM, REALLY, SINCE -- I MEAN,

16  SERIOUS TESTS AND -- OR EVEN EXAMINED HIM SINCE DECEMBER OF

17  '05.

18                  SO WHAT HAPPENS IS DR. ZIPES DOES A SERIES OF

19  TESTS ON HIM OR HAS THEM DONE.  HE HAS AN ECHOCARDIOGRAM DONE,

20  A CT ANGIOGRAM DONE, A NUCLEAR STRESS TEST DONE.  WHAT DOES HE

21  DISCOVER?  THAT THESE TWO OF THE FIVE VEIN GRAFTS, THE GRAFTS

22  THAT WERE IN HIS -- THAT WERE THE BYPASS GRAFTS KEEPING HIS

23  BLOOD FLOW GOING IN HIS HEART, HAD OCCLUDED, HAD BLOCKED UP.

24                  SO WHAT YOU'LL HEAR IS THAT THEN DR. KARAVAN

25  LOOKED AT THE CT SCANS, THE ANGIOGRAM, THAT DR. ZIPES DID; AND

 1   HE DID, ON JULY 10, ANOTHER ANGIOGRAM ON MR. -- SO THAT'S LIKE
 2   THREE WEEKS AGO.  HE DID ANOTHER ANGIOGRAM ON MR. BARNETT.
 3                   YOU KNOW, MR. BARNETT IS WEARING A SUIT.  HE
 4   LOOKS -- YOU KNOW, PEOPLE WITH HEART PROBLEMS CAN LOOK GREAT.
 5   I MEAN, HE JUST WAS IN THE HOSPITAL HAVING AN ANGIOGRAM AND A
 6   STENT PUT IN HIS CORONARY VESSEL THREE WEEKS AGO.
 7                   NOW, THE BOTTOM LINE IS THIS, IS THAT
 8   MR. BARNETT HAS GONE THROUGH AN AWFUL LOT, AND WE BELIEVE THAT
 9   THE EVIDENCE IS GOING TO SHOW THAT HE HAD SUCH A LIGHT RISK IN
10   TERMS OF THE MILD LATERAL ISCHEMIA IN JANUARY OF 2000 -- HE
11   WENT ON THE LIPITOR -- THAT HE SHOULDN'T HAVE HAD A HEART
12   ATTACK THERE.  AND THEN ALL THIS PLAQUE BUILDUP THAT THEY FOUND
13   ON SEPTEMBER 9 WAS DUE TO VIOXX.
14                   FOR EXAMPLE, THIS WOULD BE HIS VESSELS IN
15   JANUARY 24.  THIS IS JUST A DRAWING.  WE'RE TRYING TO DO IT FOR
16   DEMONSTRATIVE PURPOSES, IT'S SOMEWHERE IN HERE, ONE OF HIS
17   VESSELS TO THE SIDE HERE, HE HAD SOME SORT OF A BLOCKAGE IN
18   2000, AND THAT CAUSED SOME LATERAL ISCHEMIA.
19                   NOW, WITHIN 31 MONTHS, HE GOES FROM ONE VESSEL
20   ISCHEMIA TO 90 PERCENT ON THIS SIDE, 100 PERCENT HERE,
21   80 PERCENT, 80 PERCENT THERE.
22                   NOW, THE DEFENSE DOCTOR WANTS TO SAY, WELL, IT
23   WASN'T VIOXX THAT CAUSED IT.  IT WAS HIS NATURAL, YOU KNOW,
24   GROWTH OF PLAQUE BY ITSELF.  BUT THE BOTTOM LINE IS WE HAVE THE
25   OLD SITUATION WHERE HE HAD MILD LATERAL ISCHEMIA, AND THE ONLY

1   EXPLANATION THAT OUR DOCTORS CAN SAY THAT EXPLAINS THIS RAPID

2   BUILDUP IS THE VIOXX.

3           WHAT YOU'RE GOING TO SEE IS THIS, IS THAT THIS

4   IS JUST THREE WEEKS AGO.  THIS IS THE CAP, THE ANGIOGRAM THAT

5   WAS DONE JUST THREE WEEKS AGO, AND HE HAS MORE PLAQUE BUILDUP.

6   I MEAN, BECAUSE REMEMBER HE STAYED ON VIOXX FROM -- YOU KNOW,

7   AFTER HIS HEART ATTACK, THE DOCTORS DIDN'T KNOW THERE WAS A

8   PROBLEM WITH VIOXX DOING THIS, SO THEY KEPT HIM ON VIOXX FOR

9   TWO MORE YEARS.

10          ANYWAY, THE BOTTOM LINE IS THE EVIDENCE IS GOING

11  TO SHOW THAT VIOXX MULTIPLIES THE RISK OF ATHEROSCLEROSIS, AND

12  DR. FOSSLIEN IS GOING TO EXPLAIN TO YOU HOW THAT HAPPENS.

13  DR. ZIPES WILL TOO.

14          THIS IS DR. ZIPES.  HE'S OUR CARDIOLOGIST THAT

15  WE'RE GOING TO CALL.  HE'S EDITOR AND CHIEF OF *BRAUNWALD'S*

16  *HEART DISEASE TEXTBOOK*, AND WHAT HE'S GOING TO DO IS HE'S GOING

17  TO GO OVER SORT OF THE BEFORE AND THE AFTER, WHEN HE STARTED ON

18  VIOXX AND TRACE WHAT HAPPENED OVER THE 31 MONTHS FOR YOU.  I'VE

19  GIVEN YOU SORT OF A SHORT, YOU KNOW, SUMMARY OF WHAT'S GOING TO

20  HAPPEN.  HE'S GOING TO TAKE YOU THROUGH IN DETAIL.

21          AND ALSO, WE HAVE AN EXPERT ON ANGIOGRAMS, DR.

22  POPMA FROM HARVARD, WHO WROTE THE CHAPTER IN THIS BOOK ON WHAT

23  THEY CALL CATHS OR ANGIOGRAMS.  BASICALLY, HE'S GOING TO

24  EXPLAIN TO YOU WHAT HE BELIEVES THE COURSE OF MR. BARNETT'S

25  PLAQUE BUILDUP WAS AND THE HEART ATTACK WAS.

1           YOU KNOW, JUST TO LOOK AT HERE, REMEMBER, I TOLD

2    YOU THAT MR. BARNETT'S CHOLESTEROL, WHEN HE STARTS ON VIOXX

3    HERE, RIGHT IN THIS AREA RIGHT HERE, IN JANUARY, HE'S IN THE

4    AREA OF 250 CHOLESTEROL, TOTAL CHOLESTEROL.  BUT YOU'LL SEE

5    THAT BY JULY OF 2000, 2000 -- HERE'S HIS HEART ATTACK WAY OVER

6    HERE IN 2002.  BY JULY OF 2000, HE'S IN THE 160 -- HE'S 186

7    HERE, 160, 166, 166.  SO A MONTH BEFORE HIS HEART ATTACK, HIS

8    CHOLESTEROL WAS 166.  SO HE DID BRING IT DOWN.

9           AND THIS IS THE POINT I MENTIONED.  DR. KARAVAN

10   TESTIFIED THAT JERRY BARNETT WAS BETTER THAN 99 PERCENT OF HIS

11   PATIENTS AT MODIFYING POTENTIAL RISKS.  SO HE WAS DOING

12   EVERYTHING IN HIS POWER TO -- HE DIDN'T WANT A HEART ATTACK.

13          AND INCIDENTALLY, WE'RE NOT CLAIMING THAT JERRY

14   BARNETT MIGHT NOT HAVE HAD A HEART ATTACK SOME DAY, 75, 80, OR

15   WHATEVER.  WE'RE JUST SAYING HE WASN'T GOING TO HAVE A HEART

16   ATTACK AT 58, GIVEN WHAT HE WAS DOING TRYING TO TAKE CARE OF

17   HIMSELF, EVEN WITH SOME RISK FACTORS.

18          AND HE DID HAVE SOME RISK FACTORS.  LET ME TELL

19   YOU WHAT HE HAD.  HE IS A MALE.  BEING A MALE, YOU'VE GOT A

20   RISK FACTOR.  IF YOU'RE A MALE OVER 50, 55, SOMETHING LIKE

21   THAT, YOU HAVE A RISK FACTOR FOR -- OR I SHOULD SAY WE HAVE A

22   RISK FACTOR FOR HEART ATTACK.

23          BUT THE BOTTOM LINE IS THIS, IS THAT, YES, HE

24   HAD CHOLESTEROL.  OKAY?  HE GOT THAT PROBABLY GENETICALLY FROM

25   HIS FAMILY AND MAYBE WHAT HE ATE AS A CHILD OR WHATEVER, SO --

1  BUT YOU'RE GOING TO HEAR THAT MANY PEOPLE IN THIS COUNTRY HAVE

2  CHOLESTEROL.  BUT YOU'RE GOING TO HEAR THIS, THAT HE DIDN'T

3  HAVE DIABETES.  HE DIDN'T HAVE -- HE WASN'T A SMOKER.

4              THOUGH, THE DEFENSE YOU'RE GOING TO HEAR THE

5  EXPERT THAT I JUST DISPOSED LAST WEEK, DR. ROACH, WHEN WE FIRST

6  DEPOSED HIM IN JUNE, HE DID MENTION SMOKING.  BUT JERRY

7  BARNETT'S WIFE SMOKES, SO WHAT -- BUT THEY HAD A DEAL WORKED

8  OUT WHERE THEY -- YOU KNOW, JERRY DOESN'T LIKE THE SMOKING, AND

9  SO SHE SMOKES JUST A FEW CIGARETTES, SHE SMOKES OUTSIDE, AND

10 SHE SMOKES SOMETIMES IN THE GARAGE AND DURING, LIKE, A RAINY

11 DAY AND THAT.  HE TRIES TO STAY AWAY FROM IT.  YEAH.  THERE HAS

12 BEEN TIMES SHE SAYS WHEN SHE OPENS THE WINDOW IN THE CAR AND

13 SHE TAKES SOME PUFFS.  BUT HE REALLY IS -- YOU KNOW, HE'S AN

14 FBI AGENT, AND HE DOESN'T WANT HER -- HE JUST DIDN'T LIKE THE

15 SMOKING.  SO THEY MADE THAT DEAL.  HE LET HER DO A LITTLE

16 SMOKING, YOU KNOW, BUT HE WAS TRYING TO PROTECT HIMSELF FROM

17 THAT, SO -- BUT I THINK THAT THAT -- THAT HE HAD SOME MILD,

18 VERY SMALL EXPOSURE TO SECONDHAND SMOKE.  I DON'T THINK THAT'S

19 A BIG ISSUE.  IF THEY GET INTO IT --

20      **MR. BECK:**  YOUR HONOR, AGAIN, THIS IS ARGUMENT

21 INSTEAD OF OPENING STATEMENT.

22      **MR. ROBINSON:**  OKAY.  I'LL WITHDRAW IT.

23              NOW, LET'S GO TO BLOOD PRESSURE.  THAT'S ANOTHER

24 RISK FACTOR SOMETIMES, AND WHAT YOU'RE GOING TO SEE HERE IS

25 THAT UP UNTIL HE WENT ON VIOXX, HE WAS GENERALLY -- ACTUALLY, I

126

1    THINK THE HIGHEST -- HE HAD TWO TREADMILL EXAMS, CARDIOLITE

2    EXAMS -- ONE IN '95 AND ONE IN '97 -- WHERE HE HAD A 150 AND

3    156.  BUT HE WAS GENERALLY WELL UNDER 142.  YOU KNOW, HE WAS

4    DOWN WHERE HE WAS HERE IN THE 120S FOR MUCH OF HIS LIFE.

5    YOU'RE GOING TO HEAR FOR MOST OF HIS LIFE -- NOW, IN '99, HE

6    WAS IN THE 130S, IN THAT AREA.

7               NOW, BUT WHAT YOU'RE GOING TO HEAR IS THIS, IS

8    THAT WHEN HE WENT ON VIOXX RIGHT HERE, REMEMBER I SAID HE

9    IMMEDIATELY HAD THIS SPIKE OF BLOOD PRESSURE TO 162, AND THEN

10   DOWN HERE, AND THEN UP HERE TO 164.  AND THEN UP HERE HE HAD A

11   SPIKE UP HERE OF THE 170 RANGE.  NOW, WE BELIEVE THE EVIDENCE

12   IS GOING TO SHOW THAT MERCK'S OWN TESTS, MERCK'S OWN STUDY,

13   CALLED THE APPROVE STUDY, THAT STUDY SHOWS THAT VIOXX

14   AFFECTS -- THAT CAN CAUSE THESE BLOOD PRESSURE SPIKES IN PEOPLE

15   WHO END UP HAVING HEART ATTACKS.  OR "THROMBOTIC EVENTS," THEY

16   CALL THEM.  STROKES, HEART ATTACKS.

17              AND SO THESE BLOOD PRESSURE SPIKES, ACCORDING TO

18   OUR EXPERT, DR. FARQUHAR, ARE A MARKER, A MARKER, THAT VIOXX

19   CAUSED THE HEART ATTACK.  BECAUSE IT'S LIKE A FOOTPRINT, THESE

20   SPIKES.  THEY ARE LIKE FOOTPRINTS OF THE HEART ATTACK.  WHAT

21   DR. FARQUHAR IS GOING TO TELL YOU IS THIS, IS THAT THERE IS

22   ANALYSIS THAT THEIR STATISTICIAN DOES.  IT'S CALLED -- YOU

23   ACTUALLY ANALYZE FOR SOMETHING CALLED ATTRIBUTABLE RISK, AND

24   BOTH DR. KIM AND DR. FARQUHAR UNDERSTAND THAT CONCEPT.

25              AN ATTRIBUTABLE RISK IS THE LIKELIHOOD THAT THE

1   HEART ATTACK IS ATTRIBUTABLE TO VIOXX OR ATTRIBUTABLE TO

2   WHATEVER YOU'RE COMPARING THE DRUG TO IN THE APPROVE STUDY.

3   THAT'S THE STUDY THAT MERCK DID JUST BEFORE THEY TOOK THE DRUG

4   OFF THE MARKET.  AND WHAT YOU'RE GOING TO FIND OUT IS THAT WHEN

5   YOU LOOK AT -- WHEN YOU HAVE BLOOD PRESSURE SPIKES LIKE JERRY

6   DID, THAT PUT YOU IN THIS GROUP RIGHT HERE.  YOU'RE IN THE

7   74 PERCENT GROUP AS TO WHETHER VIOXX CAUSED YOUR HEART ATTACK.

8   SO WE'LL LET -- I THINK THE DOCTOR IS COMING WEDNESDAY, AND

9   WE'LL LET HIM EXPLAIN THAT.

10              MERCK DID A LOT OF STUDIES.  I ALREADY MENTIONED

11  THE FACT THAT THEY DIDN'T DO THE PRIMARY ENDPOINT STUDY.  THEY

12  DID DO THESE STUDIES.  THEY ARE GOING TO TELL YOU ABOUT THE

13  ALZHEIMER'S STUDIES.

14              BUT -- THE ONLY THING I CAN TELL YOU ABOUT THE

15  ALZHEIMER STUDY IS THAT -- THIS IS THE ALZHEIMER STUDY.  I

16  GUESS WHAT I UNDERSTAND FROM READING IT IS THAT 39 PERCENT OF

17  THE PEOPLE WITH ALZHEIMER'S FORGOT TO TAKE THEIR PILLS AND

18  MISSED THEM, SO -- AND THEN YOU'RE GOING TO HEAR THAT 10

19  PERCENT IN THAT STUDY FINISHED ON THEIR MEDICATION.  SO WE'LL

20  LOOK -- WE'LL LOOK AT THAT DATA.  THEY ARE GOING TO SAY THAT,

21  THE ALZHEIMER STUDY, IT CAME OUT EVEN FOR THEM.  IT CAME OUT

22  ACTUALLY BETTER -- VIOXX CAME OUT BETTER THAN ONE OF THESE

23  STUDIES.

24              THE BOTTOM LINE IS THE VIGOR STUDY SHOWED A

25  5-TO-1 INCREASED RISK.  THE APPROVE STUDY THAT I JUST TALKED TO

1   YOU ABOUT SHOWED A 2.8-TO-1 INCREASED RISK, AND THE -- WHEN YOU

2   LOOK AT ALL THE OSTEOARTHRITIS STUDY AND YOU PUT THAT

3   TOGETHER -- AND DR. FARQUHAR WILL DO THAT -- YOU'LL SEE THERE

4   ARE 11 STUDIES.  WHEN YOU COMBINE THEM TOGETHER, THAT YOU END

5   UP WITH A 3.3-TO-1 RISK OF HEART ATTACKS, VIOXX OVER THE

6   COMPARATOR.  IN THIS CASE, IT WAS THE PLACEBO, A SUGAR PILL, IN

7   THESE STUDIES.

8             AND THERE IS OTHER RESULTS AS WELL, BUT I'M NOT

9   GOING TO GET INTO IT.  BUT, BASICALLY, YOU'RE GOING TO HEAR

10  THAT WHAT HAPPENED IS THIS:  AFTER SOME OF THESE STUDIES WERE

11  OUT THERE IN THE PUBLIC, THE FDA CONVENED AN ADVISORY COMMITTEE

12  IN FEBRUARY OF 2005, AND THE ADVISORY COMMITTEE ALL MET.  THERE

13  WERE 32 INDEPENDENT DOCTORS AND SCIENTISTS THAT CAME AND MET

14  AND LOOKED AT THESE STUDIES.  AND WHAT DO THEY CONCLUDE?  32 TO

15  ZERO THEY VOTED THAT VIOXX CAUSED AN INCREASED RISK, INCREASED

16  CARDIOVASCULAR RISK.

17            NOW, YOU'RE GOING TO HEAR THAT SOME OF THEM

18  SAID, "WELL, VIOXX CAN BE USED FOR THIS USE, BUT YOU'VE GOT TO

19  PUT A BLACK-BOX WARNING ON IT TO REALLY GIVE THE DOCTORS THE

20  PROPER INFORMATION.  THERE MAY BE SOMETIMES WHEN VIOXX IS

21  APPROPRIATE.  MAYBE NO OTHER DRUG WILL WORK, AND THAT WILL BE

22  APPROPRIATE THERAPY.  AND YOU'RE GOING TO HEAR THAT THEY VOTED

23  17/15 AS TO WHETHER VIOXX CAN BE USED FOR CERTAIN PURPOSES.

24  BUT WE'LL TAKE YOU THROUGH THE VOTES OF EACH ONE OF THOSE 32.

25  ONE THING IS TRUE, IS THAT ALL 32 FELT THAT VIOXX INCREASED THE

1    CV RISK.

2            **THE DEPUTY CLERK:**  EXCUSE ME, MR. ROBINSON.  YOU HAVE

3    15 MINUTES.

4            **MR. ROBINSON:**  THANK YOU VERY MUCH.  I'M ALMOST

5    WRAPPING UP.

6                    THE CV EVENTS WERE THERE IN THE VIGOR STUDY.

7    AND AS I TOLD YOU, IN THE VIGOR STUDY, MERCK PUT OUT THIS PRESS

8    RELEASE SAYING THAT "THE DATA SHOWS NO DIFFERENCE IN HEART

9    ATTACK RISK VERSUS PLACEBO.  THE RESULT IS CONSISTENT WITH

10   NAPROXEN'S ABILITY TO BLOCK PLATELET AGGREGATION."  THAT WAS

11   THEIR SPIN.

12                   AND YOU'RE GOING TO HEAR THAT THE FDA TOLD THEM,

13   "LOOK, GIVEN THE RESULTS, THAT'S INCOMPREHENSIBLE FOR YOU TO

14   SAY THAT."  YOU'LL HEAR THAT, AND THERE ARE DOCUMENTS THAT WILL

15   TELL YOU.  THEN THERE IS GOING TO BE OTHER EVIDENCE THAT WE

16   FEEL OF CONCEALMENT, WHERE THEY LEFT OUT CERTAIN DATA FROM A

17   *NEW ENGLAND JOURNAL* ARTICLE.

18                   SO, IN CONCLUSION, JERRY BARNETT IS A PERSON

19   THAT TRIED TO DO THE RIGHT THING IN HIS LIFE.  HE WASN'T

20   PERFECT, YOU KNOW, BUT HE TRIED TO MAINTAIN A GOOD LIFE.  HE

21   TRIED TO EAT RIGHT, WORK OUT, STAY HEALTHY.  OKAY?  HE TOOK THE

22   MEDICATIONS THAT HE WAS TOLD TO TAKE.  ONE OF THOSE WAS VIOXX,

23   AND HE KEPT STAYING ON IT FOR 55 MONTHS DAILY.  HE HAD

24   ACCELERATED PLAQUE BUILDUP FROM THE VIOXX.  HE HAD PREMATURE

25   HEART ATTACK -- IT SHOULD NOT HAVE HAPPENED -- SEPTEMBER 6.

130

```
 1          NOW, THE DEFENSE ASKED QUESTIONS OF ONE OF THE
 2  DOCTORS SAYING, "WELL, IS THAT GOOD THAT HE HAD THAT HEART
 3  ATTACK?"  THE DOCTOR SAID, "THERE IS NO SUCH THING AS A GOOD
 4  HEART ATTACK, BUT WE FOUND OUT ABOUT HIS PLAQUE."  THAT'S TRUE,
 5  THEY DID FIND OUT ABOUT HIS PLAQUE, AND HE HAD TO HAVE INVASIVE
 6  BYPASS SURGERY BY THE PLAQUE.  AND THEN HE HAD MORE ACCELERATED
 7  PLAQUE BUILDUP AFTER THE BYPASS SURGERY.  AND YOU'LL HEAR
 8  STUDIES THAT -- HEAR ABOUT STUDIES ABOUT TAKING A COX-2
 9  INHIBITOR LIKE VIOXX AFTER A BYPASS SURGERY.
10          THEN HE HAD THE VEIN-GRAFT BLOCKAGES OR
11  OCCLUSIONS, AND THEN HE HAD THE JULY 10, THREE WEEKS AGO, A
12  SURGICAL INTERVENTION, THEN A STENT PUT IN.  AND NOW HE'S GOT
13  FUTURE LOSSES.  WHO KNOWS?  I MEAN, IT GOES ON.  SO WE'LL LET
14  THE DOCTORS TELL YOU WHAT THAT'S ABOUT, AND I THANK YOU FOR
15  SITTING HERE LISTENING PATIENTLY, AND NOW MR. BECK WILL GET TO
16  PRESENT.  THANK YOU VERY MUCH.
17          THE COURT:  THANK YOU, COUNSEL.  WE ARE GOING TO TAKE
18  A 15-MINUTE BREAK AT THIS TIME.  COURT WILL STAND IN RECESS FOR
19  15 MINUTES.
20          THE DEPUTY CLERK:  EVERYONE RISE.
21          (WHEREUPON, THE COURT TOOK A BRIEF RECESS.)
22          THE DEPUTY CLERK:  EVERYONE RISE.
23          THE COURT:  BE SEATED, PLEASE.  LET'S HEAR FROM THE
24  DEFENDANT.
25          MR. BECK:  THANK YOU, YOUR HONOR.  MR. ROBINSON SPOKE
```

DAILY COPY

1    TO YOU FOR ABOUT 90 MINUTES, AND DURING THAT 90 MINUTES, 200
2    PEOPLE IN THE UNITED STATES HAD HEART ATTACKS.  OF THOSE 200
3    PEOPLE WHO HAD HEART ATTACKS WHILE HE WAS TALKING, MOST OF THEM
4    HAD HEART ATTACKS THAT WERE MUCH MORE SERIOUS THAN THE ONE THAT
5    MR. BARNETT HAD.  IN FACT, ABOUT HALF OF THOSE 200 PEOPLE DIED
6    FROM THEIR HEART ATTACKS OR WILL DIE SOON, AND NOT ONE OF THOSE
7    PEOPLE WAS TAKING VIOXX.
8               AND I'M GOING TO SPEAK WITH YOU FOR ABOUT
9    ANOTHER 90 MINUTES, AND WHILE I'M SPEAKING WITH YOU, ANOTHER
10   200 PEOPLE AROUND THE UNITED STATES ARE GOING TO HAVE HEART
11   ATTACKS, AND NOT ONE OF THEM IS TAKING VIOXX.  AND THE REASON
12   IS BECAUSE HEART ATTACKS ARE A HUGE PROBLEM IN THE
13   UNITED STATES.  THEY ARE THE LEADING CAUSE OF DEATH IN THE
14   UNITED STATES.  OVER 1.2 MILLION PEOPLE A YEAR HAVE HEART
15   ATTACKS IN AMERICA, AND THAT WAS TRUE BEFORE VIOXX EVER CAME ON
16   THE MARKET, AND IT'S TRUE NOW THAT VIOXX HAS NOT BEEN ON THE
17   MARKET FOR A COUPLE OF YEARS.
18               LOTS OF THE PEOPLE WHO HAVE HEART ATTACKS IN
19   AMERICA, MILLIONS A YEAR, ARE PEOPLE LIKE MR. BARNETT.  THEY
20   ARE MEN IN THEIR 50S.  WE'VE GOT A LOT OF US IN THIS ROOM, AND
21   WE'RE AT HIGH RISK FOR HEART ATTACKS.  THEY ALSO HAVE A FAMILY
22   HISTORY OF HEART ATTACKS, A LOT OF PEOPLE HAVE.  I'M GOING TO
23   TALK ABOUT THAT A LITTLE BIT LATER.  AND THERE ARE PEOPLE WITH
24   HIGH CHOLESTEROL, AND I'LL TALK ABOUT THAT AS WELL.
25               NOW, MR. BARNETT IS TYPICAL OF THE FOLKS WHO

1   HAVE HEART ATTACKS IN ANOTHER WAY ALSO; AND THAT IS, HE'S GOT

2   SOMETHING, A CORONARY ARTERY DISEASE, CALLED ATHEROSCLEROSIS,

3   AND YOU HEARD ABOUT THAT FROM MR. ROBINSON.  WHAT

4   ATHEROSCLEROSIS IS IS A LONG WORD THAT MEANS CLOGGED ARTERIES.

5   THERE IS A PLAQUE THAT'S CLOGGED UP THESE ARTERIES.

6                    AND ANOTHER THING THAT'S TYPICAL ABOUT

7   MR. BARNETT IN TERMS OF HEART ATTACK RISKS IS THAT THIS PLAQUE

8   IN HIS ARTERIES BUILT UP OVER MANY, MANY YEARS.  THE SCIENTISTS

9   AND DOCTORS TELLS US IT BUILDS UP OVER DECADES.  IT DOESN'T

10  COME IN A COUPLE MONTHS OR EVEN A COUPLE YEARS.  IT BUILDS UP

11  OVER DECADES.

12                   NOWADAYS, WHEN YOUNG KIDS DIE, EVEN BEFORE THEY

13  ARE TEENAGERS, AND THEY DO AUTOPSIES ON THEM, THEY FIND THE

14  BEGINNING OF PLAQUE BUILDUP WHEN KIDS ARE 11, 12 YEARS OLD.

15  AND THEN IT GETS MORE AND MORE AND MORE AS PEOPLE GET OLDER,

16  ESPECIALLY AS MEN GET OLDER.

17                   NOW, YOU'RE GOING TO HEAR FROM NOT JUST THE

18  FOLKS LIKE DR. ZIPES, WHO IS A PAID LITIGATION EXPERT HERE, BUT

19  YOU'RE ALSO GOING TO HEAR FROM MR. BARNETT'S REAL DOCTORS, THE

20  ONES WHO TOOK CARE OF HIM.  WHAT THEY WILL EXPLAIN -- AND

21  THEY'VE DONE THIS ALREADY, AND WE HAVE IT ON VIDEOTAPE, YOU'LL

22  SEE -- THEY'LL EXPLAIN THAT THE PLAQUE LIKE MR. BARNETT HAS

23  DOES NOT BUILD UP IN THIS SHORT PERIOD OF TIME; BUT INSTEAD, IT

24  TAKES YEARS OR DECADES TO BUILD UP.  WHILE THE PLAQUE IS

25  BUILDING UP, MOST PEOPLE DON'T HAVE ANY IDEA THAT THERE IS

1  PLAQUE BUILDING UP IN THEIR ARTERIES UNTIL IT'S VERY WELL
2  ADVANCED.
3             FOR A LOT OF PEOPLE, THE FIRST SIGN THAT THEY
4  HAVE CLOGGED ARTERIES IS WHEN THEY WAKE UP IN THE HOSPITAL
5  AFTER THEY ALREADY HAD A HEART ATTACK.  THEY DON'T KNOW
6  ANYTHING ABOUT IT UNTIL AFTER THEY'VE HAD A HEART ATTACK AND
7  HAVE BEEN OPERATED ON.
8             AND WHAT MR. BARNETT'S DOCTORS SAID, HIS HEART
9  DOCTOR, IS THAT LOOKING BACK AT IT, IT IS CLEAR THAT
10 MR. BARNETT HAD SERIOUS CORONARY ARTERY DISEASE, THESE CLOGGED
11 ARTERIES, ATHEROSCLEROSIS, BEFORE HE EVER TOOK VIOXX BEGINNING
12 IN EARLY 2000.  AND THE REASON THAT HE HAD THIS SERIOUS CLOGGED
13 ARTERIES BEFORE HE EVER TOOK VIOXX IS BECAUSE THAT'S JUST THE
14 WAY THAT HE'S MADE, LIKE A LOT OF PEOPLE IN AMERICA.  LIKE
15 MILLIONS OF PEOPLE, MILLIONS AND MILLIONS OF PEOPLE WHO HAVE
16 NEVER LAID EYES ON VIOXX.
17             AND MEANWHILE, THERE IS -- WE'LL SHOW THAT THERE
18 IS NO SCIENTIFIC BASIS TO SAY THAT VIOXX SOMEHOW SPEEDED UP THE
19 PLAQUE FORMATION THAT WAS GOING ON INSIDE OF MR. BARNETT.  LET
20 ALONE, WE'LL SHOW THAT THAT DOESN'T HAPPEN AS A MATTER OF
21 SCIENCE, LET ALONE ANY PROOF THAT IT HAPPENED SOMEHOW WITH
22 MR. BARNETT.
23             THAT BRINGS US TO WHAT WE BELIEVE THE EVIDENCE
24 IS GOING TO SHOW IN THIS CASE, AND WE THINK THE EVIDENCE IS
25 GOING TO SHOW TWO KEY POINTS:  NUMBER ONE, THAT VIOXX DID NOT

1    CAUSE MR.  BARNETT'S HEART ATTACK; AND NUMBER TWO, THAT MERCK

2    ACTED RESPONSIBLY WHEN DEVELOPING AND TESTING VIOXX.

3              AND LET ME TALK FIRST ABOUT THE DEVELOPMENT AND

4    TESTING OF VIOXX.  VIOXX WAS CREATED TO HELP PEOPLE WHO SUFFER

5    FROM PAIN.  EVERYBODY EXPERIENCES PAIN ONCE IN A WHILE, AND

6    SOMETIMES WE EXPERIENCE SEVERE PAIN.  PAIN IS SO BAD THAT YOU

7    CAN'T REALLY FUNCTION WELL.  IT'S HARD EVEN TO THINK ABOUT

8    ANYTHING ELSE.

9              FOR MOST OF US, THANK GOODNESS, THE PAIN PASSES,

10   AND THE KNOWLEDGE THAT THE PAIN IS GOING TO PASS IS OFTEN WHAT

11   HELPS US GET THROUGH THE EXPERIENCE.  BUT FOR SOME PEOPLE, THE

12   PAIN DOES NOT PASS.  THEY LIVE WITH IT MINUTE AFTER MINUTE, DAY

13   AFTER DAY, NIGHT AFTER NIGHT, WITH NO END IN SIGHT TO THIS

14   PAIN.  AND WITHOUT EFFECTIVE MEDICINE, THEY WOULD BE UNABLE TO

15   LIVE NORMAL LIVES, UNABLE TO DO SIMPLE THINGS.  THE KIND OF

16   THINGS LIKE MR. BARNETT LIKED TO DO -- GO FOR WALKS, GO

17   DANCING, PLAYING GOLF -- THOSE KIND OF THINGS CAN'T BE DONE IF

18   YOU'VE GOT THAT KIND OF SEVERE PAIN.

19             AND CHRONIC PAIN LIKE THIS IS A VERY, VERY BIG

20   HEALTH PROBLEM IN THE UNITED STATES.  I THINK MR. ROBINSON

21   SAID, 70 MILLION AMERICANS HAVE OSTEOARTHRITIS.  THAT'S JUST

22   ONE KIND OF ARTHRITIS.  70 MILLION AMERICANS HAVE

23   OSTEOARTHRITIS.  THAT'S THE KIND THAT ARTHRITIS THAT

24   MR. BARNETT HAS FROM THAT CAR ACCIDENT THAT HE GOT IN.  AND

25   THAT'S MILLIONS AND MILLIONS AND MILLIONS OF PEOPLE WHO NEED

1   PAIN RELIEF.

2              ONE OF THE THINGS THAT'S BEEN INTERESTING FOR ME

3   DURING THE COURSE OF THIS CASE IS TO LEARN HOW IT IS THAT THE

4   BODY FEELS PAIN AND HOW THESE DIFFERENT KIND OF PAIN RELIEVERS

5   WORK.  EXCUSE ME.  I LIKE TO USE AN EXAMPLE OF A JAMMED FINGER,

6   WHERE YOU'VE GOT THE BONES IN YOUR KNUCKLE, AND THERE IS ONLY

7   SO MUCH ROOM IN BETWEEN THOSE BONES.  IN BETWEEN THERE, THERE

8   IS A LITTLE PIECE OF TISSUE, AND WHEN YOU JAM YOUR FINGER, YOU

9   KNOW, IF YOU'RE PLAYING BASKETBALL OR SOMETHING, AND YOU JAM

10  YOUR FINGER, WE'VE ALL DONE THAT, WHAT HAPPENS IS THAT YOU'VE

11  INJURED THE TISSUE THAT'S IN BETWEEN THE BONES.  AND THEN WHAT

12  HAPPENS IS SOMETHING CALLED ENZYMES COME INTO PLAY.

13  MR. ROBINSON HAD HIS LIST OF TERMS AND DEFINITIONS, AND I'VE

14  GOT ONE TOO.  ENZYMES ARE GOING TO BE TALKED ABOUT A LOT IN THE

15  CASE, SO I THOUGHT I WOULD JUST DESCRIBE WHAT THESE ARE.

16  ENZYMES ARE LITTLE PROTEINS THAT ARE INSIDE THE BODY, AND WHAT

17  THE ENZYMES DO IS THEY CREATE OTHER CHEMICALS THAT THE BODY

18  NEEDS FOR DIFFERENT THINGS.  SO IT'S ALMOST LIKE THEY LITTLE

19  CHEMICAL FACTORIES INSIDE THE BODY PRODUCING CHEMICALS THAT ARE

20  NEEDED FOR OTHER THINGS.

21             THE ENZYMES THAT WE ARE GOING TO BE TALKING

22  ABOUT A LOT IN THE CASE DO TWO THINGS:  ONE IS THEY PRODUCE

23  CHEMICALS THAT CAUSE THE TISSUE THAT'S BEEN INJURED TO SWELL

24  UP.  SO THAT'S THE INFLAMMATION THAT YOU HEARD ABOUT FROM

25  MR. ROBINSON.  THAT'S CAUSED WHEN THE ENZYMES GO TO THE INJURED

1   TISSUE AND IT CAUSES IT TO SWELL UP.

2               THE OTHER THING THAT THESE ENZYMES DO IS THERE

3   ARE ZILLIONS AND ZILLIONS OF A LITTLE PAIN RECEPTORS ALL

4   THROUGHOUT YOUR BODY, AND WHEN YOU FEEL PAIN, WHAT HAPPENS IS

5   THAT THESE ENZYMES CREATE CHEMICALS THAT GO TOUCH THE PAIN

6   RECEPTOR, AND THE PAIN RECEPTOR SENDS A MESSAGE TO THE BRAIN.

7   THE BRAIN SENDS A MESSAGE BACK TO THE AREA, TO WHERE THE PAIN

8   RECEPTOR IS, THAT BASICALLY SAYS "FEEL PAIN," AND IT HURTS.

9               BUT ALSO, IN A WAY, IT'S GOOD FOR US, BECAUSE IF

10  YOU HURT YOUR HAND, IT'S THE BODY'S WAY -- PAIN, IT'S THE

11  BODY'S WAY OF SAYING DON'T USE THIS HAND FOR A WHILE.  TAKE

12  THIS HAND OUT OF COMMISSION SO YOU DON'T HURT IT ANY MORE.  SO

13  THAT'S WHAT THESE ENZYMES DO.

14              NOW, IF YOU JAM YOUR FINGER, THEN, YOU KNOW, IF

15  YOU SUCK IT UP AND, AFTER A DAY OR SO, THE SWELLING GOES DOWN,

16  AND YOU FEEL OKAY.  BUT WITH ARTHRITIS, THE PAIN DOESN'T GO

17  AWAY.  IT'S CHRONIC PAIN, A KIND OF CONSTANT PAIN THAT YOU FEEL

18  IT, LIKE IF YOU TWIST YOUR ANKLE REALLY BAD, AND FOR FIVE

19  MINUTES IT REALLY HURTS BAD.  THE FOLKS WITH CHRONIC ARTHRITIS,

20  THEY HAVE THAT KIND OF PAIN ALL THE TIME.  THEY DON'T HAVE IT

21  IN THEIR LITTLE FINGER.  THEY'VE GOT IT, LIKE MR. BARNETT, IN

22  HIS NECK AND BACK.  SO IT MAKES LIFE VERY DIFFICULT FOR PEOPLE

23  WHO HAVE THAT CONDITION.

24              NOW, OVER THE YEARS, DOCTORS AND SCIENTISTS

25  HAVE DISCOVERED BETTER WAYS TO TREAT PAIN, BECAUSE IT IS A BIG

1    MEDICAL PROBLEM.  ONE WAY THAT THEY CAME UP WITH EARLY ON WAS

2    WITH NARCOTICS, LIKE, MORPHINE THAT JUST DULLS THE BRAIN TO

3    FEELING THE PAIN.  IT'S STILL USED FOR MAJOR OPERATIONS WHERE

4    YOU'VE REALLY GOT TO KNOCK SOMEBODY OUT.  IT'S POWERFUL STUFF.

5    BUT THERE ARE OBVIOUS PROBLEMS USING NARCOTICS TO DEAL WITH

6    PAIN:  NUMBER ONE, IT DULLS THE BRAIN.  IT'S HARD TO THINK

7    STRAIGHT.  NUMBER TWO, IT'S ADDICTIVE, AND THAT LEADS TO ALL

8    KINDS OF OTHER PROBLEMS.

9              ASPIRIN, OF COURSE, IS ONE OF THE MOST FAMILIAR

10   PAIN REMEDIES.  IT WAS STARTED TO BE USED TO TREAT PAIN WAY

11   BACK IN 1900.  THE WAY ASPIRIN WORKS, INSTEAD OF DULLING THE

12   MIND, IT ACTUALLY HOLDS DOWN THOSE ENZYMES THAT I TALK ABOUT.

13   THE WORD THAT'S USED OFTEN IS "INHIBIT."  SO ASPIRIN INHIBITS

14   THE ENZYMES THAT CAUSE INFLAMMATION AND ALSO THAT CAUSE THE

15   CHEMICALS TO BE MADE THAT GO TO THE RECEPTOR.  SO BY HOLDING

16   DOWN THE ENZYME, ASPIRIN CAN HOLD DOWN PAIN.  SO THAT'S GOOD.

17             SOME PROBLEMS WITH ASPIRIN -- AND ALL MEDICATION

18   HAVE PROBLEMS, BUT SOME PROBLEMS WITH ASPIRIN IS THAT IT CAN BE

19   A BLOOD THINNER, AND IT CAN CAUSE BLEEDING.  SO IF YOU'VE EVER

20   HAD AN OPERATION OR ONE OF YOUR FAMILY MEMBERS HAVE, THEY

21   ALWAYS TELL YOU DON'T TAKE ANY ASPIRIN FOR A COUPLE DAYS BEFORE

22   YOU GO IN.  AND THE REASON IS BECAUSE ASPIRIN THINS YOUR BLOOD

23   OUT AND WON'T LET IT CLOT.  AND IF THEY ARE GOING TO DO AN

24   OPERATION ON YOU, THEY WANT TO MAKE SURE THAT YOUR BLOOD, WHEN

25   THEY ARE DONE, WILL CLOT AND HEALS A WOUND INSIDE YOUR BODY.

1    SO THAT'S ONE PROBLEM WITH ASPIRIN.

2             ANOTHER PROBLEM WITH ASPIRIN IS THAT IF YOU TAKE

3    IT FOR SOMETHING LIKE CHRONIC ARTHRITIS IN YOUR BACK, THEN

4    YOU'RE NOT TAKING JUST A COUPLE OF ASPIRIN A DAY.  YOU'RE

5    EATING ASPIRIN LIKE IT'S CANDY IN ORDER TO DEAL WITH THE PAIN.

6    AND A LOT OF PEOPLE HAVE ALREADY HEARD THIS, BUT ASPIRIN CAN

7    BASICALLY EAT AWAY AT YOUR STOMACH AND CAUSE PROBLEMS THERE,

8    AND I'M GOING TO TALK ABOUT THAT IN A LITTLE BIT.

9             ANOTHER ADVANCE IN PAIN TREATMENT IS CALLED

10   ANTI-INFLAMMATORIES.  YOU HEARD MR. ROBINSON TALKING ABOUT

11   ANTI-INFLAMMATORIES.  THESE THINGS ALSO HOLD DOWN THE ENZYMES

12   WE TALKED ABOUT BY INHIBITING THE ENZYMES THAT CAUSE

13   INFLAMMATION.  AND THE PAIN RECEPTORS, THEY HELP US DEAL WITH

14   PAIN, AND THOSE ARE THINGS HE MENTIONED, IBUPROFEN AND THE

15   BRAND NAMES THAT WE SEE IN THE STORE:  ADVIL, MOTRIN.  THOSE

16   ARE THESE ANTI-INFLAMMATORIES.

17            AND THERE IS A PHRASE THAT YOU'RE GOING TO HEAR

18   LOTS AND LOTS OVER THE NEXT THREE WEEKS.  I THOUGHT I WOULD

19   SHOW IT TO YOU TODAY.  YOU'RE GOING TO HEAR THEM REFERRED TO AS

20   NSAIDS, WHICH STANDS FOR NONSTEROIDAL, THAT MEANS SO THEY ARE

21   NOT A STEROID, NONSTEROIDAL ANTI-INFLAMMATORY DRUGS.  SO WHEN

22   WE TALK ABOUT IBUPROFEN AND THAT SORT OF THING -- MOTRIN,

23   ADVIL -- THEY ARE ALL IN THIS BIG CATEGORY CALLED NSAIDS.  AND

24   YOU'RE GOING TO HEAR A LOT ABOUT THAT.

25            NOW, THE PROBLEM WITH THESE EARLY NSAIDS, LIKE

1   IBUPROFEN, IS THAT, JUST LIKE WITH ASPIRIN, YOU NEED TO TAKE SO

2   MUCH OF IT TO DEAL WITH REAL SERIOUS PAIN THAT YOU CAN DEVELOP

3   SERIOUS STOMACH PROBLEMS.

4                   NOW, HOW DOES THAT WORK?  WELL, IT'S IMPORTANT

5   TO UNDERSTAND THE STOMACH PROBLEMS THAT COME FROM THESE OLDER

6   NSAIDS, THE OLDER ANTI-INFLAMMATORIES, BECAUSE THEY ARE THE

7   REASON THAT VIOXX WAS INVENTED IN THE FIRST PLACE.

8                   WHAT HAPPENS IS THAT THE STOMACH HAS CHEMICALS

9   IN IT THAT DIGEST FOOD, AND THEY ARE CALLED DIGESTIVE ACIDS,

10  AND THEY ARE POWERFUL CHEMICALS THAT CAN DISSOLVE, YOU KNOW,

11  THE STUFF THAT WE EAT, LIKE STEAK.  BUT THEY ARE POWERFUL

12  ENOUGH ALSO THAT IF THEY WERE LEFT ON THEIR OWN, THEY COULD EAT

13  RIGHT THROUGH THE STOMACH WALL, BECAUSE THE STOMACH WALL IS

14  NOTHING BUT A PIECE OF MEAT ALSO.

15                  BUT WHAT OUR BODIES HAVE TO PROTECT OURSELVES

16  AGAINST THESE STRONG ACIDS IN THE STOMACH IS, INSIDE THE

17  STOMACH WALL, THERE IS THIS PROTECTIVE LINING, THIS -- IT'S

18  MADE OUT OF MUCOUS, IT'S CALLED, AND THIS MUCOUS LINING INSIDE

19  THE STOMACH WALL DOESN'T ALLOW THE ACIDS TO EAT THROUGH.  IT

20  BLOCKS THE ACIDS SO THEY NEVER GET TO THE STOMACH WALL.

21                  AND THIS LINING, THIS MUCOUS LINING THAT

22  PROTECTS US, IS MADE UP OF CHEMICALS.  JUST LIKE ALL THE

23  CHEMICALS IN THE BODY, THE CHEMICALS ARE PRODUCED BY THESE

24  ENZYMES, ENZYMES THAT I TALKED ABOUT BEFORE.  SO THERE IS

25  ENZYMES, THE LITTLE CHEMICAL FACTORIES PRODUCING THE CHEMICALS

1  THAT MAKE UP THE PROTECTIVE STOMACH WALL.

2              HERE IS THE PROBLEM WITH THE NSAIDS THAT WERE

3  AROUND BEFORE VIOXX AND CELEBREX CAME ALONG.  THE PROBLEM WAS

4  THAT, IN ADDITION TO INHIBITING THE ENZYMES THAT CAUSED

5  INFLAMMATION AND PAIN, THEY ALSO INHIBITED THE ENZYMES THAT

6  CREATE THE CHEMICALS THAT PROTECT THE STOMACH WALL.  AND SO YOU

7  COULD TAKE THESE PILLS, BUT A SIGNIFICANT NUMBER OF PEOPLE,

8  WHEN THEY DID IT, NOT ONLY WOULD THE SWELLING IN THEIR FINGER

9  GO DOWN, BUT THE COATING OF THEIR STOMACH WOULD DISAPPEAR, AND

10  THEN THE ACID WOULD START EATING AWAY AT THE STOMACH WALL, AND

11  THAT CAN RESULT IN VERY BAD THINGS.

12             THE ACID EATS THROUGH THE STOMACH WALL, AND

13  THERE IS A MEDICAL TERM YOU'LL HEAR, PUBS:  PERFORATIONS,

14  ULCERS, AND BLEEDS.  THAT'S THE THINGS THAT HAPPEN TO YOU WHEN

15  YOUR STOMACH WALL GETS EATEN AWAY, AND THE ACIDS THEN START

16  EATING THROUGH THE STOMACH WALL.  AND IF THEY HAPPEN TO HIT A

17  BLOOD VESSEL THAT'S IN THE STOMACH WALL, THEN THE STOMACH FILLS

18  UP WITH BLOOD.  AND YOU DON'T EVEN KNOW THAT IT'S HAPPENING,

19  AND THEN THE FIRST TIME THAT SOMEBODY KNOWS ABOUT IT IS WHEN

20  THEY START VOMITING BLOOD AND THEY'RE ON THEIR WAY TO THE

21  HOSPITAL.

22             IF IT MISSES THE BLOOD VESSEL AND GOES STRAIGHT

23  THROUGH THE STOMACH WALL, THAT WOULD BE LIKE THE PERFORATION OF

24  PERFORATION, ULCERS, AND BLEEDS.  IF IT GOES STRAIGHT THROUGH

25  THE STOMACH WALL, THEN THE STUFF INSIDE THE STOMACH, THE

1    UNDIGESTED FOOD, IT STARTS LEAKING OUT INTO THE REST OF THE

2    BODY BEFORE IT'S BEEN DIGESTED AND CAUSES INFECTIONS THAT CAN

3    KILL YOU AS WELL.

4                    THIS IS A HUGE PROBLEM.  TENS OF THOUSANDS OF

5    PEOPLE A YEAR DIE FROM THESE HOLES IN THE STOMACH THAT ARE

6    CAUSED BY THE PAIN RELIEVER THAT THEY ARE TAKING.  SO IT'S ONE

7    OF THE BIGGEST PROBLEMS WITH PRESCRIPTION DRUGS IN AMERICA THAT

8    THIS IS -- THAT THE DRUGS THAT PEOPLE NEED IN ORDER TO FUNCTION

9    WITH THEIR PAIN CAN GIVE THEM THESE HOLES IN THE STOMACH THAT

10   CAN KILL THEM OR CAUSE SERIOUS PROBLEMS.

11                   SO THEN PEOPLE ASK, WELL, WHY NOT DEVELOP A

12   MEDICINE THAT WILL HOLD DOWN THE ENZYMES THAT PRODUCE THE

13   INFLAMMATION AND PAIN BUT LEAVE ALONE THE ENZYMES THAT PRODUCE

14   THE PROTECTION FOR THE STOMACH WALL?  AND THE REASON THAT IT

15   WAS NOT DONE UNTIL FAIRLY RECENTLY IS BECAUSE THE SCIENTISTS

16   THOUGHT THAT THE SAME ENZYME PRODUCED BOTH CHEMICALS.  THEY

17   THOUGHT THAT THERE WAS ONE ENZYME OUT THERE THAT PRODUCED THE

18   CHEMICALS THAT RESULTED IN INFLAMMATION AND PAIN AND ALSO THAT

19   RESULTED IN THE PROTECTION OF THE STOMACH WALL.

20                   AND SO THEY SAID, HEY, LISTEN, LIFE IS A

21   TRADEOFF.  YOU GOT TO TAKE THE GOOD WITH THE BAD.  IF YOU'RE

22   GOING TO EASE THE PAIN AND BE ABLE TO FUNCTION, YOU'RE GOING TO

23   HAVE TO TAKE THE RISK THAT YOU'RE GOING TO BE ONE OF THE PEOPLE

24   WHO GETS ONE OF THE STOMACH BLEEDS.  SO THAT'S WHAT THEY

25   THOUGHT, AND THEN THERE WAS A BIG BREAKTHROUGH IN 1991; AND

1    THAT IS, THEY FOUND OUT THAT THEY WEREN'T THE SAME ENZYMES

2    AFTER ALL.

3              MR. ROBINSON MENTIONED COX-1 AND COX-2 ENZYMES.

4    I JUST WANT TO SPEND A FEW MINUTES VISITING WITH YOU ON THAT

5    SUBJECT.  WHAT THEY FOUND OUT IN 1991 WAS THAT THERE ARE

6    ACTUALLY TWO DIFFERENT ENZYMES.  ONE OF THEM IS CALLED A COX-1

7    ENZYME, AND YOU'RE GOING TO HEAR THIS A LOT FOR THE NEXT FEW

8    WEEKS, SO BEAR WITH ME.  WHAT THEY FOUND OUT WAS THAT THIS

9    COX-1 ENZYME IS THE ONE THAT PRODUCES THE CHEMICALS THAT MAKE

10   UP THE PROTECTION FOR THE STOMACH WALL.  AND THEY FOUND OUT

11   THAT THERE IS A DIFFERENT ENZYME, WHICH THEY CALL COX-2, THAT

12   IS THE ENZYME THAT CREATES THE CHEMICALS THAT RESULT IN

13   INFLAMMATION AND PAIN.

14             ONCE THEY FIGURED THIS OUT, THEY THEN DISCOVERED

15   THAT THESE OLD ANTI-INFLAMMATORIES, LIKE IBUPROFEN AND THAT

16   SORT OF THING, WHAT THEY DO IS THEY INHIBIT OR SUPPRESS BOTH OF

17   THESE ENZYMES SO THAT THEY DO A NICE JOB REDUCING INFLAMMATION

18   AND PAIN BY KNOCKING OUT COX-2, BUT THEY ALSO KNOCK OUT COX-1,

19   WHICH IS WHAT CAUSES THE STOMACH PROBLEM.  AND THEY FOUND OUT

20   THAT THAT'S WHAT HAPPENED WITH THE OLD-STYLE

21   ANTI-INFLAMMATORIES.  THAT'S ALSO HAPPENS WITH ASPIRIN, IF YOU

22   TAKE ENOUGH ASPIRIN.

23             AND SO THEN THEY CALLED THESE OLD-STYLE

24   ANTI-INFLAMMATORIES NONSELECTIVE COX INHIBITORS, AND YOU'LL

25   HEAR THAT ONCE IN A WHILE DURING THE CASE.  "NONSELECTIVE,"

1   THAT MEANS THEY KNOCK OUT BOTH OF THEM.  THEY DON'T JUST PICK

2   ONE OR THE OTHER.  "INHIBITOR" MEANS THEY KNOCK THEM DOWN.

3   DON'T HOLD THEM OUT.  THEY INHIBIT BOTH COX-1 AND COX- 2 AND I

4   TOLD YOU THAT THE IBUPROFEN DOES THAT.

5            SO THEN THE PHARMACEUTICAL COMPANIES GOT TO

6   WORK.  THEIR DOCTORS AND RESEARCHERS STARTED LOOKING AT THIS

7   PROBLEM AND THEY SAID LET'S SEE IF WE CAN DEVELOP A MEDICINE

8   THAT WILL KNOCK OUT THE RED ENZYME, COX-2, THAT CAUSES THE

9   INFLAMMATION AND PAIN AND LEAVE THE BLUE ENZYME ALONE SO THAT

10  WE DON'T HAVE THESE STOMACH PROBLEMS.  AND TWO COMPANIES ENDED

11  UP DEVELOPING SIMILAR MEDICINES AT ABOUT THE SAME TIME.  ONE OF

12  THEM IS A COMPANY CALLED PFIZER, A BIG PHARMACEUTICAL COMPANY,

13  AND THEY DEVELOPED THE MEDICINE CELEBREX.  THE OTHER ONE WAS

14  MERCK, AND WE DEVELOPED THE MEDICINE VIOXX.  AND BOTH OF THESE

15  MEDICINES BECAME KNOWN AS SELECTIVE COX-2 INHIBITORS.

16           SO "SELECTIVE" MEANS YOU'RE PICKING ONE OR THE

17  OTHER INSTEAD OF KNOCKING OUT BOTH.  AND WHICH ONE ARE YOU

18  PICKING?  YOU'RE PICKING COX-2, AND YOU'RE INHIBITING, YOU'RE

19  KNOCKING THAT OUT.  SO THAT'S WHAT THAT PHRASE MEANS.  AND YOU

20  ARE -- YOU'RE KNOCK OUT THE RED ENZYME THAT CAUSES THE

21  INFLAMMATION AND PAIN AND YOU LEAVE THE BLUE ENZYME ALONE SO

22  THE PEOPLE WON'T GET THE STOMACH PROBLEMS.  SO VIOXX AND

23  CELEBREX BOTH DID THAT.

24           THESE NEW MEDICINES WERE A BIG ADVANCE.  THEY

25  WERE EFFECTIVE TREATMENT FOR PAIN, AND THEY ALSO GREATLY

1    LOWERED THE RISK OF THESE KIND OF STOMACH PROBLEMS, THE

2    PERFORATIONS, ULCERS, AND BLEEDS.

3              AND EVEN THE PAID EXPERTS THAT MR. ROBINSON IS

4    GOING TO BRING INTO COURT, I BELIEVE THEY WILL AGREE THAT,

5    NUMBER ONE, VIOXX WAS EFFECTIVE FOR TREATING THE KIND OF PAIN

6    THAT MR. BARNETT HAD; NUMBER TWO, THAT VIOXX GREATLY REDUCED

7    THE RISK OF STOMACH BLEEDS AND THOSE OTHER PROBLEMS; AND NUMBER

8    THREE, THE VAST, VAST MAJORITY OF PEOPLE WHO TOOK VIOXX DID SO,

9    AND THEY GOT THESE BENEFITS WITHOUT HAVING ANY KIND OF ADVERSE

10   SIDE EFFECTS AT ALL.

11             NOW, MR. ROBINSON SAID, "WELL, MERCK BASICALLY

12   RUSHED VIOXX TO THE MARKET AND DIDN'T DO THE KIND OF TESTING

13   THAT THEY SHOULD HAVE DONE."  WE THINK THAT THE EVIDENCE IS

14   GOING TO SHOW THAT STATEMENT IS INCORRECT.  I'VE GOT A TIME

15   LINE OVER HERE, AND I'M GOING TO PUT SOME THINGS UP ON THE TIME

16   LINE.

17             THE STORY REALLY STARTS IN, AS I SAID, IN 1991.

18   THAT'S WHEN SCIENTISTS DISCOVERED THE DIFFERENCE BETWEEN COX-1

19   AND COX-2.  AND SO THEN, AS I SAID, COMPANIES GOT TO WORK,

20   INCLUDING MERCK, DOING WHAT THEY CALL BASIC SCIENCE, TRYING TO,

21   YOU KNOW, SITTING THERE IN THE LABORATORY IN THE WHITE COATS

22   FIGURING OUT IF THEY COULD COME UP WITH A MOLECULE, A CHEMICAL,

23   THAT WOULD HOLD DOWN THE RED ENZYME AND LEAVE THE BLUE ENZYME

24   ALONE.

25             AND AFTER DOING THIS BASIC SCIENCE, MERCK ENDED

1   UP, THE MERCK SCIENTISTS ENDED UP INVENTING THE VIOXX MOLECULE.

2   AND IN FACT, THEY ENDED UP GETTING A PATENT ON THIS MOLECULE

3   DOWN THE ROAD.  SO THEY PUT A PATENT ON THE MEDICINE THAT

4   ACCOMPLISHES THIS.

5                  NOW, AFTER THEY INVENTED THIS MOLECULE, THEN

6   THEY STARTED TO DO ALL KIND OF DIFFERENT TESTING.

7   NOTWITHSTANDING WHAT MR. ROBINSON SAID TODAY -- I WOULD LIKE TO

8   SET THAT DOWN HERE.  THEY STARTED IN 1992 DOING ANIMAL TESTING

9   AND TEST-TUBE STUDIES IN THE LABORATORY, AND THEY CONTINUED TO

10  DO THIS KIND OF TESTING ALL THE WAY THROUGH 2004, WHEN MERCK

11  STOPPED SELLING VIOXX.

12                 THEN ALSO IN 1994, AFTER THEY -- AFTER THEY HAD

13  DONE A COUPLE YEARS OF ANIMAL AND TEST-TUBE STUDIES, THEY

14  STARTED DOING WHAT ARE CALLED PHASE I CLINICAL TRIALS.  AND I'M

15  NOT GOING TO TRY TO DESCRIBE FOR YOU THE DIFFERENCE BETWEEN

16  PHASE I, PHASE II, PHASE III.  WE'LL HEAR THAT FROM THE FOLKS

17  WHO ACTUALLY WERE INVOLVED IN THE CLINICAL TRIALS.  YOU'LL HEAR

18  ABOUT IT FROM BRIGGS MORRISON, WHOM I INTRODUCED YOU TO

19  EARLIER.  AS I SAID, DR. MORRISON, HE'S GOING TO BE HERE FOR

20  PART OF THE TRIAL.  HE'S GOT RESEARCH RESPONSIBILITIES SO HE

21  CAN'T BE HERE THE WHOLE TIME.  ALSO, WE TALKED ABOUT HOW THERE

22  IS GOING TO BE A LOT OF VIDEOTAPE DEPOSITIONS.  HE'S SEEN THOSE

23  ALREADY, SO HE DOESN'T NEED TO BE HERE FOR THAT.

24                 BUT WE DID THESE PHASE I CLINICAL TRIALS THAT

25  YOU'LL HEAR ABOUT.  WE DID PHASE II CLINICAL TRIALS.  WE DID

1    SOMETHING CALLED PHASE III CLINICAL TRIALS, AS WE LEARNED MORE

2    AND MORE.  AND THEN PHASE IV AND PHASE V CLINICAL TRIALS.

3               SO WE DID LOTS AND LOTS OF CLINICAL TRIALS HERE,

4    AND WE STARTED THESE, I SHOULD SAY, WAY BACK IN 1992.  AND,

5    ACTUALLY, THE BASIC RESEARCH IN 1991, AND OF COURSE, THAT'S

6    WHEN GEORGE MERCK, THE MAN WHO CARED SO MUCH ABOUT PEOPLE, WAS

7    THE PRESIDENT OF OUR COMPANY.  AND WE'RE VERY PROUD OF THAT

8    HERITAGE.  BUT THE WORK THAT WAS DONE ON VIOXX WAS CONCEIVED

9    AND BEGUN WHEN GEORGE MERCK WAS THE PRESIDENT OF VIOXX, AND THE

10   REASON THAT IT WAS BEGUN WHEN GEORGE MERCK WAS THE PRESIDENT OF

11   VIOXX IS BECAUSE PEOPLE AT MERCK CARE ABOUT MAKING GOOD

12   MEDICINES THAT WILL HELP YOU.  AND THAT WAS TRUE WHEN GEORGE

13   MERCK WAS THE PRESIDENT AND IT WAS TRUE WHEN RAY GILMARTIN WAS

14   THE PRESIDENT.  IT NEVER CHANGED, AND THE EVIDENCE IS GOING TO

15   SHOW THAT MR. ROBINSON IS MISTAKEN ABOUT THAT.

16              SO FROM 1992 THROUGH 1994, WE'RE DOING ALL THESE

17   ANIMAL AND TEST-TUBE STUDIES, AND WE'RE TRYING TO FIGURE OUT

18   WHETHER WE HAVE A CHEMICAL HERE THAT WE THINK WOULD BE SAFE TO

19   TEST ON PEOPLE.  AND THEN WE ACCUMULATE ENOUGH INFORMATION, WE

20   TURN IT ALL OVER TO THE FOOD & DRUG ADMINISTRATION.  THEY ARE

21   THE AGENCY THAT'S CHARGED WITH OVERSEEING THE SAFETY OF THE

22   MEDICINES THAT ARE DEVELOPED AND SOLD IN THE UNITED STATES, AND

23   YOU CAN'T GIVE ANYTHING TO A HUMAN BEING UNLESS THE FDA HAS

24   SAID THAT IT'S OKAY.

25              AND SO ONCE WE WERE SATISFIED THAT WE HAD

1   SOMETHING THAT WOULD BE APPROPRIATE FOR TESTING WITH HUMAN

2   BEINGS -- THESE ARE PEOPLE WHO VOLUNTEER BY TAKING THE

3   MEDICINES -- WE FILED WHAT'S CALLED AN INVESTIGATIONAL NEW DRUG

4   APPLICATION.  YOU DON'T NEED TO REMEMBER THE NAME OF IT, BUT

5   THE IDEA IS WE ASK THE FDA FOR PERMISSION BASED ON THE SCIENCE

6   THAT WE'VE DONE TO GO AHEAD AND DO THESE CLINICAL TRIALS WHERE

7   WE CAN GIVE IT TO PATIENTS AND CLOSELY MONITOR THEM AND SEE HOW

8   THE MEDICINE IS WORKING.

9           AND SO THE FDA SAID YES.  THEY GAVE US APPROVAL

10  AFTER REVIEWING ALL OF THE MATERIALS TO START GIVING THE

11  MEDICINE TO PEOPLE.  WE DID THAT IN WHAT ARE CALLED "CONTROLLED

12  CLINICAL TRIALS."  MR. ROBINSON USED THAT PHRASE.  YOU'LL HEAR

13  A LOT ABOUT IT.  AS I SAID, THERE ARE DIFFERENT TYPES OF

14  CLINICAL TRIALS.  I'M NOT GOING TO TRY TO DESCRIBE EVERY ONE OF

15  THOSE TODAY.

16          SUFFICE IT TO SAY TODAY THAT THE FDA WAS HEAVILY

17  INVOLVED IN THE CLINICAL TRIALS.  EVERY CLINICAL TRIAL, THE

18  PLAN FOR IT, IT'S CALLED A PROTOCOL.  EVERY CLINICAL TRIAL, THE

19  PROGRAM IS LAID OUT IN DETAIL AND SUBMITTED TO THE FDA IN

20  ADVANCE FOR THEIR REVIEW.  AND THAT INCLUDES THINGS LIKE HOW

21  MANY PATIENTS ARE GOING TO BE INVOLVED, HOW LONG THEY ARE GOING

22  TO TAKE THE MEDICINE, WHAT DOSE OF THE MEDICINE THEY ARE GOING

23  TO TAKE, WHAT THEY ARE GOING TO COMPARE IT TO, ARE THEY GOING

24  TO COMPARE IT TO, LIKE, A SUGAR PILL OR SOME OTHER MEDICINE?

25  WHAT ARE THEY GOING TO LOOK FOR IN THIS STUDY?

1          ALL OF THOSE THINGS ARE IN THE PLAN THAT THEY

2    ARE GOING TO SUBMIT TO THE FDA, AND THESE CLINICAL TRIALS

3    INVOLVED TENS OF THOUSANDS OF PATIENTS AND HUNDREDS AND

4    HUNDREDS OF DOCTORS, NOT JUST IN THE UNITED STATES BUT ALL

5    AROUND THE WORLD.  AND ALL OF THE INFORMATION -- THEY CALL IT

6    DATA, BUT ALL OF THE INFORMATION THAT WAS COLLECTED FROM THE

7    CLINICAL TRIALS ON EVERY PATIENT WAS SUBMITTED TO THE FDA.

8          NOW, OUR CLINICAL TRIALS WERE CONCERNED WITH

9    BOTH EFFICACY AND SAFETY.  "EFFICACY" IS A WORD THAT PEOPLE IN

10   THE MEDICINE WORLD USE.  IT JUST MEANS EFFECTIVENESS.  SO THAT

11   THE QUESTION, WHEN IT'S ON EFFICACY IS, DID VIOXX DO WHAT IT

12   WAS SUPPOSED TO IN TERMS OF REDUCING PAIN FOR PEOPLE WHO HAD,

13   SAY, OSTEOARTHRITIS.  AND THEN, OF COURSE, SAFETY LOOKS AT WHAT

14   ARE THE POTENTIAL SIDE EFFECTS BECAUSE ALL MEDICINES, AND THE

15   DOCTORS, INCLUDING THE ONES THAT MR. ROBINSON HAS HIRED, ALL

16   THE EXPERTS AGREE THAT ALL PRESCRIPTION MEDICINES HAVE THEIR

17   RISKS OF SOME SIDE EFFECTS.

18          AND MERCK LOOKED AT ALL OF THE SIDE EFFECTS, ALL

19   THE POTENTIAL SIDE EFFECTS IN EVERY ONE OF THESE CLINICAL

20   TRIALS, INCLUDING CARDIOVASCULAR PROBLEMS, HEART ATTACKS AND

21   OTHER THINGS.  MR. ROBINSON SAID, "WELL, MERCK NEVER DID A

22   STUDY," I THINK HE SAID, "WITH A CV OUTCOME," OR SOMETHING LIKE

23   THAT.  WELL, IN FACT, WE DID ABOUT 128 STUDIES, THESE CLINICAL

24   TRIALS; AND FOR EVERY SINGLE ONE OF THEM, NO MATTER WHAT ELSE

25   WE WERE LOOKING AT, WE ALWAYS COLLECTED INFORMATION ON

1   CARDIOVASCULAR PROBLEMS, WHETHER IT'S SOMEBODY WHO IS TAKING

2   VIOXX, THE SUGAR PILL, OR SOMETHING ELSE.  ANYTIME SOMEBODY

3   WOULD HAVE ANY KIND OF CARDIOVASCULAR PROBLEM, INCLUDING STUFF

4   LIKE HIGH BLOOD PRESSURE, ALL OF THAT WOULD BE RECORDED.  ALL

5   OF THAT WOULD BE TURNED IN TO THE FDA.

6                   NOW, IN NOVEMBER OF 1998 -- NOW WE'RE GOING

7   FORWARD FOUR YEARS.  WE'RE NOW SIX YEARS AFTER WE INVENTED THE

8   MOLECULE AND WE'RE FOUR YEARS AFTER WE'VE STARTED THESE

9   CLINICAL TRIALS AND ASKED FOR PERMISSION TO SEE IF OUR MEDICINE

10  WORKED WELL WITH PEOPLE.  SO FOUR YEARS LATER, NOVEMBER 1998,

11  WE FINALLY FEEL LIKE WE'RE READY TO ASK THE FDA FOR PERMISSION

12  TO HAVE DOCTORS PRESCRIBE OUR MEDICINE TO REGULAR PATIENTS, NOT

13  JUST IN THESE CLINICAL TRIALS.  SO AFTER ALL THAT TIME AND

14  AFTER ALL THAT WORK, IN NOVEMBER OF 1998, MERCK SUBMITTED

15  WHAT'S CALLED A NEW DRUG APPLICATION.  AND THAT'S BASED ON, YOU

16  KNOW, BOXES AND BOXES AND BOXES OF DATA AND ANALYSIS FROM ALL

17  OF THESE CLINICAL TRIALS THAT HAD BEEN DONE.

18                  THE FDA LOOKED VERY CAREFULLY INTO THIS.  AND I

19  SHOULD SAY ABOUT THE FDA THAT THEY'VE GOT TOP SCIENTISTS, TOP

20  DOCTORS WHO WORK FOR THE FDA.  A LOT OF THESE MEN AND WOMEN

21  COULD MAKE A LOT MORE MONEY DOING SOMETHING ELSE, BUT THEY'VE

22  DEVOTED THEIR LIVES TO PUBLIC SERVICE, AND THEY TAKE THEIR JOBS

23  SERIOUSLY.  AND SO THEY DID THEIR JOB, AND THEY LOOKED VERY

24  CAREFULLY AT THE RESULTS OF ALL OF THE DIFFERENT TESTS.  THEY

25  LOOKED AT THE ANIMAL STUDIES AND THE TEST-TUBE STUDIES AND ALL

1   OF THE CLINICAL TRIALS.

2                   FINALLY, IN MAY OF 1999, THE FOOD & DRUG

3   ADMINISTRATION APPROVED VIOXX, AND WHEN THEY DID SO, THEY SENT

4   US A LETTER THAT YOU'LL SEE.  THEY APPROVED VIOXX AND SAID IT

5   IS SAFE AND EFFECTIVE WHEN USED ACCORDING TO THE LABEL, AND

6   IT'S BASED ON ALL OF THEIR REVIEW.

7                   AND WHEN THEY APPROVED MEDICINE, THEY APPROVE IT

8   FOR USE WITH SPECIFIC KIND OF PATIENTS, NOT JUST FOR ANYBODY.

9   SO THIS WAS APPROVED FOR USE WITH PEOPLE WHO HAD

10  OSTEOARTHRITIS, LIKE MR. BARNETT; IT WAS APPROVED FOR WOMEN WHO

11  HAD SEVERE MENSTRUAL PAIN; AND IT WAS ALSO USED FOR PATIENTS

12  WHO HAVE SERIOUS PAIN AFTER DENTAL SURGERY.  SO THEY SAID, WHEN

13  YOU USE IT IN THE DOSE THAT'S SET FORTH IN THE LABEL, THE WAY

14  THAT YOU'RE SUPPOSED TO IN THE LABEL, IT'S SAFE AND EFFECTIVE

15  FOR THOSE KINDS OF PATIENTS.

16                  NOW, AFTER THE FDA APPROVED VIOXX IN MAY OF

17  1999, WE KEPT TESTING.  YOU CAN SEE THOSE GREEN BARS KEEP GOING

18  WAY PAST MAY OF 1999.  THE ANIMAL AND TEST-TUBE STUDIES KEEP

19  GOING:  PHASE I, PHASE II.  ALL OF THE STUDIES KEEP GOING ON,

20  AND NEW STUDIES, EVEN AFTER THE FOOD & DRUG ADMINISTRATION HAS

21  SAID OUR MEDICINE IS SAFE AND EFFECTIVE WHEN USED AS DIRECTED.

22                  NOW, WHY WOULD WE KEEP TESTING OUR MEDICINE IF

23  THE FDA HAS ALREADY SAID THAT IT'S SAFE AND EFFECTIVE?  AND THE

24  REASON IS BECAUSE SCIENTISTS KNOW THAT YOU NEVER STOP LEARNING.

25  AS YOU GAIN MORE AND MORE INFORMATION, AS MORE AND MORE PEOPLE

1    USE YOUR MEDICINE OVER LONGER AND LONGER PERIODS OF TIME, YOU

2    LEARN MORE ABOUT YOUR MEDICINE, YOU LEARN MORE ABOUT THE

3    BENEFITS OF THE MEDICINE, AND YOU LEARN MORE ABOUT THE

4    POTENTIAL RISKS OF THE MEDICINE.  SO THAT'S WHY THE MERCK

5    PEOPLE KEPT ON TESTING EVEN AFTER IT HAD BEEN APPROVED AS SAFE

6    AND EFFECTIVE.

7              ON THE BENEFIT SIDE, WHEN YOU HAVE PAIN MEDICINE

8    THAT IS EFFECTIVE FOR PEOPLE FOR OSTEOARTHRITIS, MENSTRUAL

9    PAIN, AND PAIN AFTER DENTAL SURGERY, THEN YOU SAY, WELL, MAYBE

10   IT WILL BE EFFECTIVE FOR PEOPLE WHO HAVE OTHER KINDS OF SERIOUS

11   PAIN.  AND SO YOU DO MORE CLINICAL TRIALS TO SEE WHETHER IT'S

12   EFFECTIVE ON OTHER KINDS OF PAIN.  AND WE DID THOSE AND YOU'LL

13   HEAR ABOUT THAT.  THINGS LIKE RHEUMATOID ARTHRITIS AND OTHER

14   KINDS OF PAIN.  AND SURE ENOUGH, IT WAS; VIOXX WAS EFFECTIVE IN

15   DEALING WITH THAT KIND OF CHRONIC PAIN ALSO.

16             ANOTHER THING IS THAT SOMETIMES A MEDICINE

17   THAT'S DEVELOPED TO DEAL WITH ONE TYPE OF PROBLEM, LIKE PAIN,

18   YOU COULD FIND OUT THAT IT HELPS WITH A DIFFERENT KIND OF

19   PROBLEM ALTOGETHER, NOT HAVING ANYTHING TO DO WITH PAIN.  AND

20   SO PEOPLE LOOK AT THAT ALL THE TIME IN THESE CLINICAL TRIALS.

21             MR. ROBINSON MENTIONED ONE EXAMPLE, SO I'LL USE

22   THAT.  HE HAD A CHART UP THERE THAT SAYS, "ALZHEIMER'S TRIALS."

23   WHAT DOES THAT HAVE TO DO WITH PAIN?  WHAT WE WERE STUDYING WAS

24   THE POSSIBILITY THAT VIOXX, IF TAKEN BY PEOPLE WITH

25   ALZHEIMER'S, MIGHT HELP COMBAT THE ALZHEIMER'S.  IT ENDS UP IT

1    DIDN'T WORK OUT THAT WAY, BUT THAT'S ONE OF THE THINGS THAT WAS

2    BEING STUDIED.

3                    AND THAT'S ONE OF THE THINGS THAT PHARMACEUTICAL

4    COMPANIES DO ALL THE TIME BECAUSE, LOTS OF TIMES YOU'LL FIND

5    THAT THERE ARE THESE UNEXPECTED BENEFITS.  AND, OF COURSE, AS

6    YOU GET MORE EXPERIENCE, YOU FIND OUT MORE ABOUT THE RISKS AS

7    WELL.

8                    SOMETIMES THERE ARE RISKS THAT ARE VERY, VERY

9    TINY DURING THE EARLY CLINICAL TRIALS OR DON'T SHOW UP AT ALL;

10   BUT THEN, AS YOU ARE DEVELOPING AND PEOPLE ARE TAKING MORE AND

11   MORE OF YOUR MEDICINE, AND YOU GET MILLIONS OF PEOPLE TAKING IT

12   INSTEAD OF THOUSANDS OF PEOPLE, WELL, THEN SOME RISKS CAN SHOW

13   UP, AND YOU CAN FIGURE OUT THE RISK SIDE OF THE BENEFITS.  AND,

14   OF COURSE, THAT'S WHAT WE DID TOO.  AND WHENEVER WE GOT THIS

15   KIND OF INFORMATION ON POTENTIAL BENEFITS OR RISKS, WE WOULD

16   SHARE THAT WITH THE FOOD & DRUG ADMINISTRATION.

17                   ONE OF THE IMPORTANT CLINICAL TRIALS THAT YOU'RE

18   GOING TO HEAR A LOT ABOUT, AND MR. ROBINSON TALKED A LOT ABOUT

19   TODAY, IS CALLED A VIGOR TRIAL, V-I-G-O-R.  AND THAT WAS A

20   CLINICAL TRIAL THAT ACTUALLY BEGAN BEFORE WE GOT APPROVAL FROM

21   THE FDA FOR VIOXX AND CONTINUED AFTER, AND THEN WE GOT THE

22   RESULTS OF THE VIGOR TRIAL IN MARCH OF 2000.

23                   THIS CLINICAL TRIAL -- BY THE END OF THE THREE

24   WEEKS, YOU'RE GOING TO BE ABLE TO RECITE THESE THINGS ABOUT

25   CLINICAL TRIALS BECAUSE YOU'RE GOING TO HEAR FROM A WHOLE BUNCH

1    OF WITNESSES ON IT.  FIRST OF ALL, IT HAD TO DO WITH RHEUMATOID

2    ARTHRITIS, A DIFFERENT KIND OF ARTHRITIS THAN MR. BARNETT HAS,

3    BUT THERE ARE PEOPLE WHO NEED PAIN RELIEF EVERY DAY.

4                   THE QUESTION WAS:  WILL VIOXX EASE THAT PAIN,

5    AND WILL IT DO SO WHILE CUTTING DOWN ON THE STOMACH BLEEDS THAT

6    PEOPLE WERE GETTING WITH THEIR OLD MEDICINE?

7                   ANOTHER THING ABOUT THE VIGOR RESULT,

8    VIGOR TRIAL THAT'S VERY IMPORTANT IS IT USED DOUBLE THE NORMAL

9    DOSE OF VIOXX.  THE NORMAL DOSE THAT YOU'LL HEAR ABOUT, THERE

10   IS 25 MILLIGRAMS A DAY.  THAT'S WHAT MR. BARNETT TOOK.  BUT IN

11   THE VIGOR TRIAL, THEY DOUBLED THE DOSE SO IT WAS A DOUBLE DOSE

12   OF VIOXX.

13                  ALSO, ONE OF THE INTERESTING THINGS ABOUT THE

14   VIGOR TRIAL IS THAT, WELL, FIRST OF ALL, THE VIOXX WORKED WELL

15   IN TERMS OF EASING THE PAIN AND CUTTING DOWN ON THE STOMACH

16   BLEEDS.  SO THAT WAS THE GOOD NEWS.  BUT WHAT WE ALSO FOUND OUT

17   WAS THAT THERE WAS A DIFFERENCE IN THE CARDIOVASCULAR RISKS

18   BETWEEN THE PEOPLE WHO WERE TAKING VIOXX AND THE PEOPLE WHO

19   WERE TAKING THE OTHER MEDICINE, AND THAT OTHER MEDICINE

20   MR. ROBINSON REFERRED TO IS CALLED NAPROXEN.  SO THE RISKS, THE

21   CARDIOVASCULAR RISKS WITH VIOXX WERE TINY, BUT THE

22   CARDIOVASCULAR RISKS WITH NAPROXEN WERE EVEN TINIER.

23                  AND LET ME TALK TO YOU ABOUT HOW THOSE

24   COMPARISONS WORK.  IT IS USEFUL TO COMPARE ONE MEDICINE AGAINST

25   ANOTHER MEDICINE IN THESE CLINICAL TRIALS.  YOU CAN LEARN A LOT

1    ABOUT, OKAY, WHICH ONE IS MORE EFFECTIVE IN TERMS OF REDUCING

2    PAIN, IN TERMS OF CUTTING DOWN ON THE STOMACH; BUT WHEN IT

3    COMES TO SIDE EFFECTS, WHEN THERE IS A DIFFERENCE IN SIDE

4    EFFECTS, YOU END UP WITH AN OPEN QUESTION BECAUSE YOU DON'T

5    KNOW WHETHER -- IF YOU GOT MEDICINE A AND MEDICINE B, AND THERE

6    IS A DIFFERENCE IN SIDE EFFECTS.  YOU DON'T KNOW WHETHER IT'S

7    BECAUSE MEDICINE B IS INCREASING THE RISKS OF SIDE EFFECTS OR

8    BECAUSE MEDICINE A IS LOWERING THE RISK OF SIDE EFFECTS.

9                THE REASON YOU DON'T KNOW IT IS BECAUSE YOU

10   DON'T HAVE A GROUP OF PEOPLE WHO ARE TAKING SUGAR PILLS WHO

11   AREN'T TAKING ANY MEDICINE AT ALL.  IF YOU HAVE PEOPLE TAKING

12   SUGAR PILLS, PLACEBOS, THEN YOU KNOW, IF THE RISK GOES UP, WE

13   KNOW THAT THE SUGAR PILL ISN'T BRINGING DOWN THE RISK, SO IT'S

14   A PRETTY GOOD BET THAT IT'S DUE, YOU KNOW, IN SOME WAY TO THE

15   OTHER MEDICINE.  BUT WHEN YOU DON'T HAVE A SUGAR PILL INVOLVED,

16   YOU DON'T KNOW WHETHER ONE IS INCREASING OR THE OTHER ONE IS

17   DECREASING.

18                AN EXAMPLE OF THAT WOULD BE ASPIRIN.  NOW, LOTS

19   OF PEOPLE KNOW THAT IF YOU TAKE TWO BABY ASPIRIN A DAY, IT'S

20   GOOD FOR YOUR HEART.  AND IF YOU'RE NOT TAKING -- WELL, I

21   SHOULDN'T GIVE YOU ANY ADVICE.  TALK TO YOUR DOCTORS.  BUT IF

22   YOU TAKE TWO BABY ASPIRIN A DAY -- OR, ACTUALLY, IT'S ONE BABY

23   ASPIRIN A DAY.  DON'T OVERDUE IT.  I'M SORRY.  THAT'S WHY YOU

24   SHOULD TALK TO YOUR DOCTORS, NOT ME.  IF YOU TAKE ONE BABY

25   ASPIRIN A DAY, IT'S GOOD FOR YOUR HEART.  YOU'RE LESS LIKELY TO

1   HAVE A HEART ATTACK.

2               PEOPLE DIDN'T REALIZE THAT UNTIL FAIRLY

3   RECENTLY, SO IF YOU HAD DONE A CLINICAL TRIAL THAT COMPARED

4   SOME OTHER DRUG TO BABY ASPIRIN, YOU WOULD SEE A DIFFERENCE IN

5   HEART ATTACKS AND CARDIOVASCULAR EVENTS.  BUT YOU WOULDN'T KNOW

6   WHETHER THAT'S BECAUSE THE OTHER DRUG SOMEHOW INCREASED THE

7   RISK OR BECAUSE BABY ASPIRIN DECREASED THE RISK.

8               NOW, WE KNOW TODAY THAT BABY ASPIRIN ACTUALLY

9   DECREASES THE RISK.  SO WHEN VIGOR CAME OUT THERE WAS THAT

10  DIFFERENCE THAT MR. ROBINSON TALKED ABOUT, AND THEN THE

11  QUESTION WAS:  OKAY, WAS THE DIFFERENCE IN CARDIOVASCULAR

12  EVENTS, HEART ATTACKS, IS THAT BECAUSE VIOXX IS INCREASING THE

13  RISK OR BECAUSE NAPROXEN IS ACTING LIKE BABY ASPIRIN AND

14  LOWERING THE RISK?  AND THAT WAS A BIG QUESTION, AND THERE WAS

15  A BIG SCIENTIFIC DEBATE THAT TOOK PLACE OVER THAT.

16              MR. ROBINSON TALKED TO YOU ABOUT ONE HYPOTHESIS

17  OR ONE THEORY, AND THAT WAS -- I THINK HE REFERRED TO IT AS AN

18  IMBALANCE THEORY WHERE THERE IS -- HE MENTIONED THESE CHEMICALS

19  THAT -- HE SAID THERE IS PROSTACYCLIN ON THE ONE HAND, AND THEN

20  THERE IS ANOTHER ONE CALLED THROMBOXANE ON THE OTHER HAND; AND

21  IF THEY GET OUT OF BALANCE, HE SAID THAT PROMOTES CLOTS WHICH

22  CAN LEAD TO HEART ATTACKS.  AND THAT WAS ONE THEORY THAT THEY

23  SAID, WELL, VIOXX HOLDS DOWN PROSTACYCLIN, AND THAT CAN LEAD TO

24  CLOTS.  SO THAT WAS ONE EXPLANATION THAT WAS OFFERED.

25              NOW, YOU'RE GOING TO HEAR TESTIMONY FROM

DAILY COPY

1    SCIENTISTS WHO WERE INVOLVED THAT THERE ARE BIG PROBLEMS WITH

2    THIS THEORY THAT MR. ROBINSON WAS EXPLAINING TO YOU AND LOTS OF

3    SCIENTISTS REJECTED.  ANOTHER THEORY WAS THAT NAPROXEN IS

4    ACTUALLY HELPFUL TO THE HEART.  IT WORKS LIKE BABY ASPIRIN.

5              AND REMEMBER HERE, I TALKED ABOUT HOW THERE WAS

6    A DOUBLE DOSE OF VIOXX INVOLVED IN THE TRIALS?  WELL, NAPROXEN

7    WAS EVEN MORE THAN THAT.  IT WAS -- IT WAS LIKE A QUINTUPLE

8    DOSE.  MR. ROBINSON SAID NAPROXEN IS LIKE ALEVE.  ALEVE IS THE

9    OVER-THE-COUNTER VERSION OF NAPROXEN THAT YOU CAN BUY IN YOUR

10   GROCERY STORE.  EACH PILL IS 100 MILLIGRAMS.  AND SO MAYBE YOU

11   TAKE TWO OF THEM.  YOU TAKE 200 MILLIGRAMS OF ALEVE IF YOU HAVE

12   A MUSCLE ACHE.

13             THE FOLKS IN THIS CLINICAL TRIAL WERE TAKING A

14   THOUSAND MILLIGRAMS OF ALEVE EVERY DAY FOR NINE MONTHS.  SO

15   IT'S NOT LIKE, YOU KNOW, YOU TAKE A COUPLE OF ALEVE BECAUSE

16   YOUR ELBOW HURTS AND THEN YOU PUT IT BACK IN THE MEDICINE

17   CABINET AND YOU DON'T THINK ABOUT IT AGAIN FOR TWO WEEKS.

18   THESE GUYS WERE TAKING A THOUSAND MILLIGRAMS OF ALEVE EVERY DAY

19   FOR NINE MONTHS.  THE QUESTION WAS:  WELL, WHEN YOU TAKE THAT

20   MUCH ALEVE, DOES THAT WORK LIKE BABY ASPIRIN AND HELP THE

21   HEART?

22             **THE DEPUTY CLERK:**  EXCUSE ME, MR. BECK.  YOU'VE USED

23   45.

24             **MR. BECK:**  THANK YOU.  SO THE QUESTION WAS, YOU KNOW,

25   WHICH IS THE PROPER EXPLANATION FOR THAT, AND THERE WAS A

1   SCIENTIFIC DEBATE THEN, AND IS THERE A SCIENTIFIC DEBATE THAT'S

2   STILL GOING ON TODAY ABOUT THAT.

3            GOING BACK TO THE VIGOR TRIAL, MR. ROBINSON

4   SHOWED YOU A SLIDE THAT -- HE SAID THAT, IN CONNECTION WITH THE

5   VIGOR TRIAL, A MERCK EMPLOYEE LEFT OUT THROMBOTIC DATA.  THAT

6   MEANS STUFF ABOUT BLOOD CLOTTING FROM THE NEW ENGLAND JOURNAL

7   OF MEDICINE.  WHAT HE'S TELLING YOU IN ADVANCE IS THEY ARE

8   GOING TO MAKE AN ATTACK ON THE INTEGRITY OF ONE OF THE MERCK

9   SCIENTISTS.  HER NAME IS DR. ALISE REICIN.  WE'RE GOING TO CALL

10  HER AS A WITNESS, AND SHE WILL EXPLAIN THAT THAT CHARGE THAT IS

11  REFERENCED IN THAT SLIDE UP THERE, IT'S JUST NOT TRUE.

12           IN ANY EVENT, THERE IS NO DISPUTE THAT ANY OF

13  THE INFORMATION THAT WE COLLECTED IN THE VIGOR TRIAL WAS TURNED

14  OVER TO THE FOOD & DRUG ADMINISTRATION, AND THE FOOD & DRUG

15  ADMINISTRATION KNEW ALL ABOUT THE SCIENTIFIC DEBATE.  THEY KNEW

16  ABOUT THE IMBALANCE THEORY THAT MR. ROBINSON TALKED ABOUT.

17  THEY KNEW ABOUT THE NAPROXEN THEORY THAT I TALKED ABOUT.  AND

18  THEY CONVENED A SPECIAL ADVISORY COMMITTEE.  THAT WAS IN 2001.

19           THESE ADVISORY COMMITTEES ARE MADE UP OF THE

20  BEST SCIENTISTS AND DOCTORS FROM AROUND THE COUNTRY, AND THE

21  FDA CALLED TOGETHER ALL THESE TOP SCIENTISTS AND DOCTORS AND

22  ASKED THEM TO LOOK AT THE RESULTS OF THE VIGOR TRIAL.  AND THEY

23  DID LOOK AT THESE RESULTS, AND THEY DEBATED THESE TWO DIFFERENT

24  THEORIES THAT I TALKED ABOUT.

25           THE CONCLUSION THAT THEY REACHED WAS:  WE CANNOT

1   TELL WHETHER THE DIFFERENCE IN HEART ATTACKS IN THE VIGOR TRIAL

2   IS DUE TO AN INCREASE FROM VIOXX IN RISK OR A DECREASE FROM THE

3   NAPROXEN.  WE JUST CAN'T TELL.  AND THEY SAID THE BEST THING TO

4   DO IS TO JUST PUT THAT INFORMATION ABOUT THE DIFFERENCE IN THE

5   LABEL AND LET THE INDIVIDUAL DOCTORS MAKE THEIR OWN DECISION ON

6   THAT.  SO THAT'S WHAT THE FDA DECIDED TO DO.

7              AFTER LOOKING AT ALL OF THE STUDIES AND TAKING

8   INTO ACCOUNT THE RECOMMENDATIONS OF THE ADVISORY COMMITTEE, AT

9   THREE DIFFERENT TIMES GOING FORWARD, THE FDA APPROVED VIOXX

10  AGAIN.  AND IN 2002, THE FDA APPROVED VIOXX AS SAFE AND

11  EFFECTIVE FOR USE WITH RHEUMATOID ARTHRITIS.  THAT'S THE THING

12  THAT HAD BEEN STUDIED IN THE VIGOR TRIAL.

13             AND WHEN THEY DID THAT, A NEW LABEL CAME OUT,

14  AND IT HAD ALL THE CARDIOVASCULAR RISKS INFORMATION FROM THE

15  VIGOR TRIAL.  THE STUFF THAT MR. ROBINSON SAID WE DIDN'T TELL

16  ANYBODY ABOUT, IT WAS ALL IN THE LABEL.  THE DIFFERENCE BETWEEN

17  HOW MANY HEART ATTACKS WITH VIOXX VERSUS NAPROXEN, ALL THE

18  OTHER CARDIOVASCULAR STUFF, ALL OF THAT WAS IN THE LABEL

19  APPROVED BY THE FDA WHEN THEY SAID IT WAS SAFE AND EFFECTIVE.

20             AND THEN THEY APPROVED IT AGAIN IN MARCH OF

21  2004, AND THIS TIME IT WAS APPROVED FOR MIGRAINES; AND AGAIN,

22  ALL THE CARDIOVASCULAR INFORMATION WAS IN THE LABEL, AND THEY

23  APPROVED VIOXX AS SAFE AND EFFECTIVE FOR USE WITH MIGRAINES,

24  FOR USE WITH RHEUMATOID ARTHRITIS, FOR USE WITH OSTEOARTHRITIS,

25  MENSTRUAL PAIN, AND THAT DENTAL SURGERY PAIN.

1       AND THEN IN 2004, IN AUGUST, THEY APPROVED IT

2  AGAIN AS SAFE AND EFFECTIVE, AGAIN WITH ALL THE CARDIOVASCULAR

3  RISKS IN THE LABEL.  THIS TIME IT WAS FOR JUVENILE RHEUMATOID

4  ARTHRITIS THAT THEY SAID IT WAS SAFE AND EFFECTIVE FOR.  SO THE

5  FDA LOOKED AT THAT EACH TIME.

6       AND, OF COURSE, THERE WERE ALL THESE OTHER

7  CLINICAL TRIALS, NOT JUST VIGOR, THAT WERE TAKING PLACE

8  THROUGHOUT THAT PERIOD, AND ALL THE WAY THROUGH LATE 2004.  ON

9  NONE OF THESE CLINICAL TRIALS, IF YOU COMPARED VIOXX TO A

10 PLACEBO, SHOWED THAT THERE WAS ANY INCREASE IN CARDIOVASCULAR

11 RISKS FOR PEOPLE WHO TOOK IT FOR LONG PERIODS OF TIME.

12      THAT BRINGS US TO THE APPROVE CLINICAL TRIAL

13 WHICH MR. ROBINSON MENTIONED TO YOU.  THIS IS ONE WHERE WE GOT

14 THE RESULTS OF THE APPROVE TRIAL IN SEPTEMBER OF 2004, JUST A

15 MONTH AFTER THE FDA HAD GIVEN US THE LATEST APPROVAL AS SAFE

16 AND EFFECTIVE WITH ALL OF THE CARDIOVASCULAR RISKS IN IT.

17      AND WHAT HAPPENED IN THE APPROVE TRIAL IS THAT

18 WE FOUND OUT IN SEPTEMBER OF 2004, AND THIS WAS A STUDY WHERE

19 THEY WERE LOOKING AT VIOXX, THEY WERE LOOKING AT VIOXX COMPARED

20 TO A SUGAR PILL, SO IT WAS A PLACEBO STUDY, AND WHAT IT SHOWED

21 FOR THE FIRST TIME IN A STUDY LIKE THAT IS THAT THERE WAS A

22 DIFFERENCE IN THE CARDIOVASCULAR EVENTS BETWEEN THE PEOPLE WHO

23 WERE TAKING VIOXX, ON THE ONE HAND, AND THE PEOPLE WHO WERE

24 TAKING A SUGAR PILL, ON THE OTHER HAND.  AGAIN, THE RISK IS

25 LOW, BUT THERE WAS, NEVERTHELESS, A DIFFERENCE.

1            NOW, MR. ROBINSON SHOWED YOU A SLIDE THAT I'M

2    GOING TO REFER TO YOU AS WELL.  HE'S GOT THE APPROVE STUDY UP

3    THERE.  MAYBE IT'S EASIER TO LOOK DOWN HERE.  YOU SEE, THIS IS

4    THE APPROVE STUDY THAT WAS DONE.  WELL, AS I SAID, THERE WERE

5    OTHER STUDIES DONE AS WELL.

6            I MENTIONED THAT WE CHECKED OUT ALZHEIMER'S.

7    THERE ARE THREE DIFFERENT ALZHEIMER'S STUDIES, CLINICAL TRIALS

8    THAT HAD BEEN DONE, AND THOSE ALL COMPARED VIOXX TO A SUGAR

9    PILL.  AND YOU CAN SEE ON MR. ROBINSON'S DEMONSTRATIVE HERE, HE

10   DOESN'T HAVE ANY BOXES NEXT TO THE ARROWS SAYING WHAT THE

11   RESULTS WERE OF THE ALZHEIMER'S STUDIES, THOSE THREE DIFFERENT

12   STUDIES.

13           WELL, HERE IS WHAT THE RESULTS WERE.  THESE WERE

14   LONG-TERM STUDIES, UP TO FOUR YEARS, THOUSANDS OF PATIENTS.

15   AND IN THE ALZHEIMER'S STUDIES, FOR PEOPLE WHO TOOK VIOXX, THE

16   HEART ATTACK RISK WAS EXACTLY THE SAME AS PEOPLE WHO TOOK A

17   SUGAR PILL.

18           NOW, WHEN I SAY EXACTLY THE SAME, I MEAN EXACTLY

19   THE SAME.  OUT OF ALL OF THE PEOPLE WHO TOOK VIOXX -- AND THERE

20   WERE LOTS AND LOTS OF THEM -- AND OF ALL OF THE PEOPLE WHO TOOK

21   SUGAR PILLS, 17 PEOPLE HAD A HEART ATTACK WHILE THEY WERE

22   TAKING VIOXX AND 17 PEOPLE HAD A HEART ATTACK WHILE TAKING THE

23   SUGAR PILL, BECAUSE PEOPLE HAVE HEART ATTACKS.

24           NOW, WHAT DID MERCK DO WITH THESE CONFLICTING

25   RESULTS WHERE WE HAVE THE ALZHEIMER'S TESTS THAT SHOWED NO

1    INCREASE IN RISK, AND THEN WE HAD THE APPROVE TEST THAT

2    INDICATED THAT THERE MIGHT BE AN INCREASE IN RISK?

3                    WELL, WHAT WE DID WAS WE TOOK IMMEDIATE ACTION.

4    THIS IS A COMPANY THAT MR. ROBINSON SAID DIDN'T CARE ABOUT

5    PATIENTS, THAT HAD CHANGED, THAT ALL OF A SUDDEN PUT PROFITS

6    BEFORE PATIENTS.  EVEN THOUGH WE HAD THESE OTHER TESTS THAT

7    WENT THE OTHER WAY, SIX DAYS LATER, WE ANNOUNCED THAT WE WERE

8    VOLUNTARILY TAKING VIOXX OFF THE MARKET.  SIX DAYS AFTER

9    GETTING THE RESULTS, WE SAID WE'RE GOING TO TAKE VIOXX OFF THE

10   MARKET.

11                   THE FDA PRAISED US, SAID IT WAS THE RESPONSIBLE

12   THING TO DO.  YOU KNOW, WE FOUND OUT LATER -- AND YOU'RE GOING

13   TO HEAR THE EVIDENCE ON THIS -- WE FOUND OUT LATER THAT THERE

14   IS NO DIFFERENCE BETWEEN THE CARDIOVASCULAR RISKS OF VIOXX AND

15   CELEBREX, WHICH IS STILL ON THE MARKET.  IN FACT, THERE IS NO

16   DIFFERENCE BETWEEN THE CARDIOVASCULAR RISKS OF VIOXX AND THOSE

17   OTHER NSAIDS WHEN THEY'RE GIVEN IN PRESCRIPTION STRENGTH.

18   LIKE, IF YOU GET IBUPROFEN IN PRESCRIPTION STRENGTH, THE

19   CARDIOVASCULAR RISKS ARE THE SAME OF ALL OF THESE PAIN

20   MEDICINES.

21                   BUT WE DIDN'T KNOW THAT IN SEPTEMBER OF 2004.

22   ALL WE KNEW IS THAT WE HAD ONE CLINICAL TRIAL THAT SHOWED AN

23   INCREASED RISK, AND THERE WERE OTHER MEDICINES OUT THERE WHO

24   HADN'T DONE THE SAME AMOUNT OF TESTING YET, AND SO THERE WAS

25   PAIN MEDICATION AVAILABLE FOR THESE PATIENTS, AND SO WE DECIDED

1    THAT THE RESPONSIBLE THING TO DO WAS TO TAKE THE MEDICINE OFF

2    THE MARKET.  AND SO WE DID SO.

3                  AND THEN THE FDA CONVENED ANOTHER ONE OF ITS

4    ADVISORY COMMITTEE MEETINGS IN 2005.  MR. ROBINSON SAID THEY

5    VOTED AT THE ADVISORY COMMITTEE THAT VIOXX INCREASED

6    CARDIOVASCULAR RISKS.  DO YOU KNOW WHAT ELSE THEY VOTED 32 TO

7    NOTHING?  SO DOES CELEBREX.  AND YET CELEBREX IS AROUND TODAY

8    AND PEOPLE ARE TAKING IT.  SO THEY MADE RECOMMENDATIONS.

9                  HERE IS ANOTHER THING THEY VOTED:  THEY VOTED

10   THAT FOR BOTH CELEBREX AND FOR VIOXX, THE BENEFITS OF THE

11   MEDICINE OUTWEIGHED THOSE RISKS.  THAT'S WHAT THEY VOTED AT

12   THIS ADVISORY COMMITTEE MEETING.

13                  SO THEN THE FDA TOOK THAT INTO ACCOUNT, ALL THE

14   OTHER INFORMATION.  THEY CAME UP WITH A DECISION MEMORANDUM IN

15   APRIL OF 2005, AND IN THAT MEMORANDUM, WHICH YOU'LL SEE IN

16   EVIDENCE, THEY REJECT THE THEORY THAT MR. ROBINSON GAVE YOU

17   TODAY ABOUT THIS IMBALANCE BETWEEN THROMBOXANE AND

18   PROSTACYCLIN.  THE FDA LOOKED AT ALL OF THAT INFORMATION AND

19   SCIENCE AND SAID THAT THAT THEORY IS NOT SCIENTIFICALLY SOUND.

20                  AND ANOTHER IMPORTANT THING THAT THEY SAID, THE

21   FDA, WAS THEY SAID THAT THE CARDIOVASCULAR RISK OF VIOXX,

22   CELEBREX, IBUPROFEN, AND THE OTHER NSAIDS, WITH THE POSSIBLE

23   EXCEPTION OF NAPROXEN, ARE ALL THE SAME.  THAT'S WHAT THE FDA

24   CONCLUDED.  NOW I'M GOING TO TALK ABOUT MR. BARNETT.  HOW MUCH

25   TIME DO I HAVE, PLEASE?

1          **THE DEPUTY CLERK:**  YOU HAVE -- YOU HAVE ABOUT --

2          **MR. BECK:**  ABOUT 45 MINUTES OR SO?

3          **THE DEPUTY CLERK:**  ABOUT 35 MINUTES.

4          **MR. BECK:**  RATS.  I THOUGHT I WOULD GET A EXTRA TEN.

5     I'M GOING TO TALK LATER ABOUT SOME OF THE OTHER MEDICINES

6     THAT MR. BARNETT TOOK OTHER THAN VIOXX, BUT LET ME STRESS THAT

7     WE THINK THE EVIDENCE IS GOING TO SHOW THAT MR. BARNETT'S

8     HEALTH PROBLEMS WERE NOT DUE TO THE MEDICINE THAT HE TOOK; HIS

9     HEALTH PROBLEMS WERE DUE TO THE FACT THAT HE'S JUST LIKE OTHER

10    MILLIONS AND MILLIONS OF AMERICANS:  HE'S HAD ATHEROSCLEROSIS

11    BUILDING UP IN HIS BODY FOR DECADES AND DECADES AND DECADES.

12          LIKE MR. ROBINSON, I'VE GOT A LITTLE HEART MOVIE

13    THAT I WANT TO SHOW YOU.  HERE IS THE CARDIOVASCULAR SYSTEM AND

14    THERE IS THE HEART.  THOSE ARTERIES THAT YOU SEE ARE CORONARY

15    ARTERIES THAT ACTUALLY BRING BLOOD TO THE HEART.  YOU KNOW,

16    THERE IS THE ARTERIES THAT BRING BLOOD TO OUR LEGS AND ARMS,

17    BUT THERE ARE SPECIAL ARTERIES THAT FEED THE HEART SO THE HEART

18    CAN DO ITS PUMPING.

19          HERE WE HAVE A LITTLE CROSS-SECTION OF ONE OF

20    THE LITTLE CORONARY ARTERIES, AND THIS IS WHAT THE THING SHOULD

21    LOOK LIKE IF THERE IS NO PLAQUE AND NO DISEASE.  THE LITTLE

22    WHITE THINGS THAT LOOK LIKE FRIED EGGS, THOSE ARE WHITE BLOOD

23    CELLS.  THE PURPLE THINGS ARE CELLS THAT ARE CALLED

24    "PLATELETS," AND THAT'S THE THING THAT CAUSES CLOTTING WHEN

25    YOU'VE GOT A CUT.  THE LITTLE YELLOW SPECS ARE SUPPOSED TO BE

1    CHOLESTEROL, WHICH EVERYBODY HAS IN THEIR BODY.  THE RED LITTLE

2    DOUGHNUTS ARE THE RED BLOOD CELLS.

3              SO THAT'S WHAT'S HAPPENING IN SOMEBODY FORTUNATE

4    ENOUGH NOT TO HAVE ANY PLAQUE.  WHAT HAPPENS OVER TIME IS THAT

5    THE CHOLESTEROL GETS UNDERNEATH THE LINING OF THE ARTERIES AND

6    STARTS TO BUILD UP PLAQUE, AND THEN THE WHITE BLOOD CELLS START

7    IN THERE AS WELL, AND THE PLAQUE STARTS TO GROW AND GROW, AND

8    YOU CAN GET SOME VERY SERIOUS PLAQUE THAT BUILDS UP OVER TIME,

9    AND THEN THAT, OF COURSE, RESTRICTS THE BLOOD FLOW TO THE

10   HEART.

11             AND YOU CAN HAVE PLAQUE IN LOTS OF DIFFERENT

12   PLACES, NOT JUST ONE LITTLE SPOT IN ONE ARTERY.  SO WE'RE

13   SHOWING HERE IN THREE DIFFERENT CORONARY ARTERIES -- THAT IS

14   NOT SUPPOSED TO BE MR. BARNETT.  LET ME MAKE SURE YOU

15   UNDERSTAND.  THIS IS JUST THE KIND OF THING THAT CAN HAPPEN.

16   THAT'S ILLUSTRATIVE.  I'M NOT SAYING THAT THIS IS MR. BARNETT'S

17   HEART.

18             SO HERE IS A PLAQUE AND BUILDING UP IN THREE

19   DIFFERENT SPOTS.

20             THEN LET ME UNDO THAT AND DO IT AGAIN.  LOOK

21   DOWN HERE AT THE BOTTOM.  YOU SEE THIS ARTERY?  THE BLOOD IS

22   BLOCKED.  LET'S SAY THIS THING IS COMPLETELY CUT OFF OVER HERE,

23   COMPLETELY BLOCKED.  IT WANTS TO SEND BLOOD DOWN TO THE BOTTOM

24   OF THE HEART, BUT THIS THING IS SHUT OFF COMPLETELY.

25             SO ONE OF THE THINGS -- AND IT TAKES YEARS FOR

1    THIS TO HAPPEN, BUT THE BODY IS REALLY MIRACULOUS -- IT GROWS

2    ITS OWN LITTLE NEW ARTERIES CALLED COLLATERALS, AND IT'S LIKE

3    NATURE'S BYPASS.  WHAT HAPPENS IS BLOOD THAT'S COMING DOWN FROM

4    THIS CORONARY ARTERY TO GIVE THIS PART OF THE HEART BLOOD, IT

5    GROWS LITTLE OFFSHOOTS OVER TO HELP OUT ITS NEIGHBOR SO THAT

6    THIS PART OF THE HEART CAN CONTINUE TO GET BLOOD EVEN THOUGH

7    THERE MIGHT BE PLAQUE THAT'S COMPLETELY BLOCKING OFF THAT

8    ARTERY.  SO IT REALLY IS PRETTY AMAZING.

9              AND THEN HERE IS WHAT CAN HAPPEN WITH THE HEART

10   ATTACK.  THIS IS PLAQUE RUPTURING HERE.  THE PLAQUE ALL OF A

11   SUDDEN RUPTURES, AND THE GOOEY STUFF THAT'S FULL OF CHOLESTEROL

12   COMES INTO CONTACT WITH THE BLOOD, AND THEN YOU GET A BLOOD

13   CLOT.  SOMETIMES IT'S CALLED A THROMBUS.  YOU'LL SEE

14   "THROMBOTIC EVENTS."  I THINK YOU'VE SEEN THAT WORD ALREADY.

15             AND THAT THING CAN CLOT UP.  SOMETIMES IT CLOTS

16   UP JUST A LITTLE, AND IT'S NOT A BIG DEAL; OTHER TIMES, IT

17   CLOTS UP A LOT AND IT CUTS OFF MOST OF THE BLOOD SUPPLY, AND

18   SOMETIMES IT CUTS OFF ALL OF THE BLOOD SUPPLY IN THAT

19   PARTICULAR CORONARY ARTERY.

20             THEN WHAT HAPPENS IN A CASE LIKE THAT -- LET'S

21   SAY THIS ONE HAS BEEN BLOCKED OFF COMPLETELY -- IS THE DOCTORS

22   GO IN AND THEY DO A BYPASS OPERATION.  I DON'T THINK ANY OF YOU

23   HAVE HAD BYPASS OPERATIONS, BUT IF YOU DID, WHAT THEY DID IS

24   THEY OPEN YOU UP, AND THEY TAKE A ARTERY OR A VEIN FROM

25   SOMEWHERE ELSE IN YOUR BODY, AND THEY BASICALLY GO AROUND THE

1    BLOCKAGE SO THAT YOU CAN GET THE BLOOD GOING TO THE CORONARY

2    ARTERY AND BYPASS THE AREA WHERE IT'S ALL CLOGGED UP.  AND THAT

3    CAN HAPPEN WITH MORE THAN ONE ARTERY.

4              THEN ANOTHER THING THAT CAN HAPPEN IS THEY PUT

5    IN SOMETHING CALLED A STENT, AND THESE ARE PRETTY AMAZING

6    LITTLE DEVICES.  THEY ARE MADE OUT OF SPACE-AGE MATERIAL, AND

7    THEY SLIP THEM INTO THE ARTERY WHERE THERE IS ALL THAT PLAQUE,

8    AND THEN THE STENTS EXPAND INSIDE THE ARTERY.  AND THEY ARE

9    LIKE SCAFFOLDING, AND THEY PUSH BACK THE PLAQUE AND HOLD THE

10   ARTERY OPEN SO THAT THE BLOOD CAN FLOW THROUGH.  SO THAT'S

11   THE -- YOU'RE GOING TO HEAR ABOUT THAT KIND OF THING IN

12   CONNECTION WITH MR. BARNETT DURING THE TRIAL.

13             THEN, REALLY, BOTH SIDES AGREE THAT MR. BARNETT

14   HAS DEVELOPED SIGNIFICANT PLAQUE, OR ATHEROSCLEROSIS.  THE

15   DISAGREEMENT, REALLY, IS ABOUT HOW AND WHEN THIS HAPPENED.

16             THE PLAINTIFF'S SIDE OF THE STORY, WHICH YOU

17   HEARD FROM MR. ROBINSON, IS THAT HE WAS BASICALLY THE PICTURE

18   OF CORONARY HEALTH IN 2000, NO PROBLEMS.  THEN HE TOOK VIOXX

19   AND, "WHAM," YOU KNOW, RIGHT AWAY HE DEVELOPED THIS ENORMOUS

20   PLAQUE THAT LED TO THIS FIRST HEART ATTACK OF HIS.  AND THEY

21   EVEN SAY THAT AFTER HE STOPPED TAKING VIOXX, THAT THE PLAQUE

22   CONTINUED TO GROW BECAUSE OF VIOXX.  SO THAT'S THEIR THEORY.

23   IT ALL HAPPENED BECAUSE OF VIOXX.  AND EVEN THE PLAQUE THAT HE

24   HAS TODAY, THEY CLAIM THE NEW PLAQUE IS BECAUSE OF VIOXX.

25             OUR VIEW IS DIFFERENT.  IT'S BASED ON WHAT HIS

1    REAL DOCTORS SAID, THE ONES WHO TOOK CARE OF HIM AT THAT TIME,

2    AND THAT IS THAT HE'S PRETTY MUCH LIKE EVERYBODY ELSE IN

3    AMERICA:  HE'S GOT ATHEROSCLEROSIS, THIS PLAQUE THAT'S BUILT

4    UP.  AND IT'S BUILT UP OVER DECADES, NOT OVER A COUPLE OF

5    MONTHS.  THERE HAS BEEN A STEADY PROGRESSION OF PLAQUE BUILDING

6    UP IN HIS ARTERIES, JUST LIKE THERE IS FOR EVERYBODY ELSE, FOR

7    YEARS AND YEARS AND YEARS AND YEARS BEFORE HE TOOK VIOXX, FOR

8    THE PERIOD WHILE HE WAS TAKING VIOXX, AND FOR THE YEARS AFTER

9    HE STOPPED TAKING VIOXX.

10            AS I MENTIONED BEFORE, THAT'S THE NORMAL

11   PROGRESSION WITH ATHEROSCLEROSIS, WITH PLAQUE BUILDUP.  IT

12   DOESN'T JUST HAPPEN OVERNIGHT.  IT HAPPENS OVER MANY DECADES.

13   WHAT HAPPENS IS YOU CAN HAVE PLAQUE THAT'S BUILT UP THAT CAN

14   CLOG UP 70 PERCENT OF A CORONARY ARTERY, BUT THE BODY IS

15   DESIGNED SO THAT THE 30 PERCENT THAT'S OPEN MAY BE ENOUGH FOR

16   THE HEART TO FUNCTION NORMALLY.  SO YOU CAN HAVE VERY

17   SIGNIFICANT PLAQUE IN YOUR ARTERIES, AND YET ENOUGH BLOOD IS

18   GETTING TO THE HEART WHERE THE HEART IS ABLE TO DO ITS JOB.

19            AND FOR A LOT OF PEOPLE -- AND WE ALL KNOW

20   PEOPLE LIKE THIS -- THEY HAVE HAD NO SIGNS OF A HEART DISEASE,

21   NO DECREASE IN ENERGY, NOTHING LIKE THAT.  THEY GO IN FOR A

22   CHECKUP FOR OR MAYBE THEY HAVE A MILD CHEST PAIN.  THEY GO IN

23   TO SEE THE DOCTOR.  THE DOCTOR GIVES THEM ONE OF THESE TESTS.

24   THEY FIND OUT THAT FOUR OF THEIR ARTERIES ARE 90 PERCENT

25   BLOCKED, AND THEY SAY, "YOU'RE NOT GOING HOME.  YOU'RE GOING

1   INTO THE OPERATING ROOM.  WE'RE GOING TO DO A BYPASS

2   OPERATION."

3                    THAT HAPPENS A LOT.  THAT'S BECAUSE THE PLAQUE

4   BUILDS UP WITHOUT US EVEN KNOWING IT, AND THE BODY KEEPS

5   FUNCTIONING UNTIL THERE IS FINALLY A BREAKDOWN AT THE END.

6   BUT, BY THAT TIME, THE PLAQUE HAS BEEN THERE FOR A VERY, VERY

7   LONG TIME.

8                    SO WHAT'S THE EVIDENCE ON WHETHER MR. BARNETT

9   WAS A CANDIDATE FOR ATHEROSCLEROSIS BEFORE HE TOOK VIOXX BACK

10  IN 2000?  THE SHORT ANSWER IS:  WE'RE ALL CANDIDATES FOR

11  ATHEROSCLEROSIS.  WE DON'T HAVE TO HAVE ANY RISK FACTORS AT

12  ALL.

13                   THEY'VE GOT AN EXPERT NAMED DR. POPMA, AND HE'S

14  GOING TO COME IN HERE AND SAY THAT UP TO 40 PERCENT OF THE

15  PEOPLE WHO HAVE HEART ATTACKS HAVE NO RISK FACTORS AT ALL.

16                   YOU KNOW, MR. ROBINSON TALKED ABOUT THE RISK

17  FACTORS THAT MR. BARNETT HAD.  ONE OF HIS EXPERTS SAYS

18  40 PERCENT OF THE PEOPLE HAVE HEART ATTACKS, FOUR OUT OF TEN,

19  THEY DON'T HAVE ANY RISK FACTORS.  BUT THE BODY WORKS THAT WAY

20  AND THE PLAQUE BUILDS UP, AND THEY HAVE A HEART ATTACK.

21                   BUT MR. BARNETT DID, IN FACT, HAVE RISK FACTORS.

22  MR. ROBINSON, WHEN HE WAS TALKING ABOUT IT, HE MAINLY TALKED

23  ABOUT WHAT HE DIDN'T HAVE.  HE SAID HE DIDN'T HAVE DIABETES.

24  HE WAS NOT A SMOKER.  HE SAID HIS BLOOD PRESSURE WAS FINE UNTIL

25  HE TOOK VIOXX.  THEN HE JUST TOUCHED ON A COUPLE OF THE RISK

1  FACTORS.

2  BUT IN FACT, MR. BARNETT HAD SOME SIGNIFICANT

3  ONES.  HE'S A MAN.  UNFORTUNATELY, FOR ALL OF US, MEN ARE AT

4  GREATER RISK THAN WOMEN.  HE WAS ALSO A MAN IN HIS 50S, AND

5  THAT'S WHEN MOST MEN HAVE THEIR HEART ATTACKS IS WHEN THEY ARE

6  IN THEIR 50S.

7  HE ALSO HAD SOMETHING THAT MR. ROBINSON

8  NEGLECTED TO MENTION; AND THAT IS, HE'S GOT A FAMILY HISTORY OF

9  HEART ATTACKS.  IT RUNS IN THE FAMILY.  THAT, THE DOCTORS SAY,

10  IS A BIG, BIG PREDICTOR OF WHETHER YOU'RE GOING TO HAVE A HEART

11  ATTACK.  HIS FATHER HAD HIS FIRST HEART ATTACK WHEN HE WAS 55

12  YEARS OLD AND DIED OF HIS SECOND HEART ATTACK WHEN HE WAS IN

13  HIS 60S.  SO HE'S GOT A FAMILY HISTORY OF THIS.

14  ALSO, HE'S HAD HIGH CHOLESTEROL.  MR. ROBINSON

15  SHOWED YOU A SLIDE, MADE IT LOOK LIKE THERE WAS ONE READING.

16  REMEMBER THAT SLIDE?  ONE READING OF HIGH CHOLESTEROL.  THEN HE

17  STARTED TAKING LIPITOR, AND THE CHOLESTEROL WAS UNDER CONTROL?

18  WELL, HE HAD HAD HIGH CHOLESTEROL FOR MOST OF

19  HIS ADULT LIFE.  IT WASN'T ONE READING.  THOSE FBI CHECKUPS

20  THAT HE HAD EVERY YEAR, THEY WOULD TELL HIM, THEY'D SAY,

21  "JERRY, YOU NEED TO GET YOUR DIET UNDER CONTROL AND GET YOUR

22  CHOLESTEROL DOWN.  YOUR CHOLESTEROL IS DANGEROUSLY HIGH.  YOUR

23  BAD CHOLESTEROL IS REALLY HIGH AS WELL."

24  AND MR. BARNETT DID THE BEST HE COULD, BUT HIS

25  CHOLESTEROL STAYED HIGH, AND IT STAYED HIGH FOR DECADES.  AND

DAILY COPY

1  THAT IS A HUGE RISK FACTOR FOR HEART ATTACK.

2               HE MENTIONED THAT DR. KARAVAN, THE HEART DOCTOR,

3  SAID THAT MR. BARNETT'S BETTER THAN 99 PERCENT OF THE PEOPLE

4  WHEN IT COMES TO AT LEAST TRYING TO GET HIS RISK FACTORS UNDER

5  CONTROL.  AND I'M SURE THAT HE IS.  BUT DR. KARAVAN ALSO SAID,

6  "THERE AIN'T NO DRAINO."  HE SAID, THAT IF YOU HAD CHOLESTEROL,

7  HIGH CHOLESTEROL, YOUR WHOLE LIFE LIKE MR. BARNETT DID;

8  BUILDING UP PLAQUE, LIKE MR. BARNETT DID, FOR DECADES; THEN THE

9  FACT THAT YOU START TAKING LIPITOR IN THE YEAR 2000, THAT'S

10  NICE, BUT IT DOESN'T GET RID OF THAT PLAQUE THAT'S BEEN

11  BUILDING UP FOR DECADES AND DECADES AND DECADES.  THERE IS NO

12  SUCH THING AS DRAINO WHEN IT COMES TO ATHEROSCLEROSIS.

13               ANOTHER THING MR. ROBINSON LEFT OUT IS STRESS.

14  STRESS IS A ENORMOUS RISK FACTOR FOR HEART ATTACKS, AND

15  MR. BARNETT HAS LED A STRESSFUL LIFE.  HE HAS PREVIOUSLY

16  EXPLAINED THAT HIS LIFE AS AN FBI AGENT WAS BASICALLY STRESSFUL

17  EVERY DAY.

18               HE'S GOT ANOTHER STRESSFUL SITUATION.  HIS WIFE,

19  AS MR. ROBINSON SAID, IS A SMOKER, AND SHE HAD TONGUE CANCER

20  BACK IN 1999, 2000, SPREAD TO HER LYMPH NODES.  THANKFULLY,

21  IT'S IN REMISSION NOW, BUT -- AND YOU'LL MEET MR. BARNETT AND

22  YOU'LL MEET MRS. BARNETT, AND LET ME TELL YOU, THEY ARE

23  TERRIFIC PEOPLE.  MR. ROBINSON AND I DISAGREE ON A LOT OF

24  THINGS, BUT WE SURE AGREE ON THAT.  THEY ARE TERRIFIC PEOPLE.

25  THEY LOVE EACH OTHER VERY MUCH.  AND IT'S VERY EMOTIONAL, VERY

1    STRESSFUL, FOR MR. BARNETT TO EVEN TALK ABOUT HIS WIFE'S

2    MEDICAL CONDITION.  SO THAT WAS VERY STRESSFUL FOR HIM.

3                  AS I SAID, SHE WAS A SMOKER BEFORE SHE GOT THE

4    CANCER; SHE'S STILL A SMOKER TODAY.  SO THERE'S THE SECONDHAND

5    SMOKE THAT'S A FACTOR AS WELL.

6                  BUT, IN MR. BARNETT'S CASE, WE DON'T NEED TO

7    SPEND TOO MUCH TIME THINKING ABOUT RISK FACTORS BECAUSE, FROM

8    THE MEDICAL RECORDS, WE KNOW THAT HE HAD CLOGGED ARTERIES

9    BEFORE HE STARTED TAKING VIOXX IN 2000.  HOW DO WE KNOW THAT?

10   WELL, WE KNOW IT BECAUSE HE HAD WHAT MR. ROBINSON CALLED

11   ISCHEMIA IN JANUARY OF 2000.  ALL THE EXPERTS AND THE DOCTORS

12   AGREE THAT THIS ISCHEMIA WAS NOT FROM VIOXX.  HE HAD STARTED

13   TAKING VIOXX LIKE A WEEK OR TWO BEFOREHAND, BUT NOBODY PRETENDS

14   THAT IT'S FROM VIOXX.

15                 WHAT ISCHEMIA IS, IT IS REDUCED BLOOD FLOW TO

16   THE HEART BECAUSE OF CLOGGED ARTERIES.  YOU DON'T GET ISCHEMIA

17   UNLESS YOU ALREADY HAVE ARTERIES THAT ARE CLOGGED ENOUGH TO

18   REDUCE THE BLOOD FLOW TO THE HEART; AND THEN IT CAN REDUCE IT

19   SO MUCH, IF IT'S BAD ENOUGH, THAT YOU GET CHEST PAINS, ANGINA.

20                 HE HAD CHEST PAINS IN JANUARY OF 2000, SAME

21   MONTH HE STARTED TAKING VIOXX.  BUT EVERYBODY AGREES IT'S NOT

22   FROM VIOXX BECAUSE OF THE REDUCED BLOOD FLOW, AND THE REDUCED

23   BLOOD FLOW COMES FROM ONE THING, AND THAT IS CLOGGED ARTERIES.

24                 AND THEIR OWN EXPERT WILL SAY YOU NEED AT LEAST

25   50 PERCENT -- AND OTHERS SAY UP TO 70 OR 80 PERCENT -- BLOCKAGE

1   BEFORE YOU EVER HAVE ISCHEMIA.  SO WE KNOW FROM THAT ALONE THAT

2   HE HAD CLOGGED ARTERIES BEFORE HE STARTED TAKING VIOXX.

3              BACK THEN HE WAS TOLD BY HIS DOCTOR THAT HE

4   MIGHT HAVE TO HAVE A CATHETERIZATION TEST.  THAT'S WHERE THEY

5   PUT DYE INTO YOUR ARTERIES AND THEY CHECK IT ON A FANCY X-RAY

6   AND THEY CAN SEE WHERE THE BLOCKAGE IS AND WHICH ARTERY.  THEY

7   CAN SEE HOW MUCH BLOCKAGE THERE IS IN THE -- OR HOW MUCH DYE IS

8   GETTING THROUGH.

9              MR. BARNETT WAS VERY ANXIOUS ABOUT HAVING THAT

10  PROCEDURE AND SO THE DOCTORS DIDN'T DO IT.  INSTEAD, THEY DID

11  ONE OF THOSE TREADMILL STRESS TESTS, AND IT SHOWED THAT HE HAD

12  GOOD FUNCTION OF HIS HEART.  IT WAS PUMPING THE RIGHT AMOUNT OF

13  BLOOD EVEN THOUGH THERE WAS THIS BLOCKAGE GOING TO THE HEART,

14  AND SO THAT WAS GOOD NEWS AND HE WENT ON HIS WAY.

15             BUT THE STRESS TEST DOESN'T TELL YOU THE EXTENT

16  TO WHICH THERE IS CORONARY ARTERY DISEASE.  YOU'RE GOING TO

17  HEAR ABOUT THIS STRESS TEST, BUT HERE'S THE DEAL WITH IT:  IT

18  TELLS YOU WHETHER ONE ARTERY IS MORE BLOCKED THAN THE OTHERS,

19  AND IT SHOWED UP THAT ONE ARTERY WAS MORE BLOCKED THAN THE

20  OTHERS.  BUT YOU CAN'T TELL FROM THAT WHETHER THE OTHER

21  ARTERIES WERE ALL CLEAN AS A WHISTLE OR WHETHER THEY WERE

22  BLOCKED THEMSELVES AND THE OTHER ONE WAS EVEN WORSE.  THE ONLY

23  WAY YOU CAN TELL THAT IS WITH ONE OF THOSE CATHETERIZATION

24  TESTS.  AND MR. BARNETT WAS UNCOMFORTABLE WITH THE IDEA OF

25  DOING THAT, SO THEY DIDN'T DO IT.

1          BUT WHEN WE ASKED DR. KARAVAN -- THIS WAS HIS

2   HEART DOCTOR, NOT ONE OF THE PAID EXPERTS -- WHAT HIS OPINION

3   WAS, HE SAID, "WELL, THERE WAS SIGNIFICANT PLAQUE BUILDUP BACK

4   IN JANUARY OF 2000 BEFORE HE EVER TOOK VIOXX."

5          "WHY DO YOU SAY THAT?"

6          HE SAID, "HE'S A MAN IN HIS 50S, HE'S GOT A

7   FAMILY HISTORY OF HEART DISEASE, AND HE'S GOT DECADES OF HIGH

8   CHOLESTEROL, AND ALSO HE'S GOT A STRESSFUL LIFE."  THOSE ARE --

9   THOSE ARE HUGE RISK FACTORS THAT EXPLAINED IT FOR DR. KARAVAN,

10  WHO HAS GOT NO AXE TO GRIND IN THIS CASE.

11         HE TOOK VIOXX PRETTY REGULARLY FROM JANUARY TO

12  SEPTEMBER OF 2002, NEVER HAD ANY SIGNS OF ANGINA DURING THAT.

13  VIOXX HELPED HIM LEAD AN ACTIVE LIFE.  YOU'LL HEAR ABOUT THE

14  THINGS THAT HE LIKED TO DO.

15         ONE DAY HE HAD CHEST PAIN.  HE WENT INTO THE ER,

16  EMERGENCY ROOM.  THEY GAVE HIM BLOOD TESTS THAT -- THERE ARE

17  DIFFERENT TYPES OF ENZYMES THAT I HAVEN'T TALKED ABOUT THAT

18  TELL YOU WHETHER YOU HAD A HEART ATTACK OR NOT.  SO THEY GAVE

19  HIM A BLOOD TEST AFTER HE CAME IN WITH HIS MILD CHEST PAINS.

20         THEY SAID THAT HE HAD WHAT THE DOCTORS CALLED A

21  MILD, SMALL HEART ATTACK.  AND THAT'S THE DOCTOR'S WORDS, NOT

22  MINE.  IT WAS NOT LIFE-THREATENING; IT WAS NOT DISABLING.  IN

23  FACT, IT'S THE KIND OF LITTLE HEART ATTACK THAT, IF NOTHING

24  ELSE SHOWS UP AS A PROBLEM, THEY BASICALLY SAY, "OKAY.  YOU'RE

25  GOOD TO GO.  YOU HAD A SMALL HEART ATTACK, NO LASTING DAMAGE.

1  GO FORTH AND LEAD YOUR LIFE."

2                 BUT WHILE HE WAS IN FOR OBSERVATION, THEY DID

3  THAT CATHETERIZATION THAT I TALKED ABOUT THAT HE DIDN'T DO BACK

4  IN 2000.  SO WE'LL NEVER KNOW 100 PERCENT WHAT IT WAS LIKE IN

5  2000 BECAUSE HE DIDN'T DO THE CATHETERIZATION.  BUT HE DID IT

6  IN 2002; AND WHAT THEY FOUND WAS, NUMBER ONE, THERE WAS THIS

7  ONE LITTLE ARTERY FEEDING THE BOTTOM OF THE HEART THAT WAS

8  CLOGGED UP, AND THAT WAS THE SOURCE OF THE MILD HEART ATTACK.

9                 BUT WHAT THEY ALSO FOUND, WHICH IS THE THING

10 THAT CONCERNED HIM, IS THAT THERE WERE A BUNCH OF OTHER

11 ARTERIES THAT WERE ALSO CLOGGED UP BUT HADN'T SHOWN -- AND IF

12 THEY HAD KEPT GOING, THAT COULD HAVE GIVEN HIM A FATAL HEART

13 ATTACK; COULD HAVE KILLED HIM.  SO WHAT THEY DID IS THEY OPENED

14 UP HIS CHEST AND THEY DID A QUINTUPLE BYPASS.  THAT BYPASS I

15 SHOWED YOU, THEY BYPASSED FIVE DIFFERENT CORONARY ARTERIES THAT

16 WERE ALL PLAQUED UP.

17                 AND IT'S INTERESTING BECAUSE THE DOCTORS WHO

18 TOOK CARE OF HIM SAID THAT THE LITTLE HEART ATTACK, WHAT THEY

19 CALLED THE MILD, SMALL HEART ATTACK THAT WAS NOT

20 LIFE-THREATENING, THEY SAID THAT, BECAUSE OF THAT LITTLE HEART

21 ATTACK, THEY FOUND OUT ABOUT THESE PROBLEMS THAT THEY WOULD NOT

22 HAVE KNOWN ABOUT OTHERWISE.  IT TIPPED THEM OFF TO THE FACT

23 THAT HE HAD VERY SERIOUS CORONARY ARTERY DISEASE THAT COULD

24 HAVE KILLED HIM.  BUT LUCKILY, THEY DID THE BYPASS IN TIME.

25                 THEY ALSO SAID THAT IF HE'D COME IN WITHOUT A

1  LITTLE HEART ATTACK AND HAD THAT SAME CATHETERIZATION TEST,

2  THEY WOULD HAVE DONE EXACTLY THE SAME OPERATION.  SO IT WASN'T

3  THE HEART ATTACK THAT CAUSED THE BYPASS; IT WAS THE LITTLE

4  HEART ATTACK THAT CAUSED THE CATHETERIZATION TEST, AND WHEN

5  THEY FOUND OUT WHAT WAS IN THERE, THAT'S WHY THEY DID THE

6  BYPASS.

7              GO FORWARD TO 2004.  I WANT TO SHOW YOU ONE

8  SLIDE THAT MR. ROBINSON PUT UP.  THIS ONE I WANT TO PUT UP

9  BECAUSE, IN HIS TIME LINE, HE'S GOT A POSSIBLE SECOND HEART

10 ATTACK IN JULY 2004.  WE THINK THE EVIDENCE IS GOING TO SHOW

11 THAT THIS IS A PURE LITIGATION CONCOCTION THAT IS REFUTED.

12             **MR. ROBINSON:**  YOUR HONOR, I'M GOING TO OBJECT TO

13 THE --

14             **THE COURT:**  WELL, HE'S NOT ARGUING.  HE'S JUST

15 SAYING -- I OVERRULE THE OBJECTION.  GO AHEAD.

16             **MR. BECK:**  I THINK THE EVIDENCE IS GOING TO SHOW THIS

17 IS A PURE LITIGATION CONCOCTION THAT IS REFUTED BY THE MEDICAL

18 RECORDS AND BY THE TESTIMONY OF THE DOCTORS WHO TOOK CARE OF

19 MR. BARNETT BACK IN JULY 2004.

20             HE CAME INTO THE EMERGENCY ROOM WITH SOME MINOR

21 CHEST PAINS.  HE LEFT WITHOUT RECEIVING ANY MEDICAL TREATMENT

22 AT ALL.  THEY OFFERED HIM SOME; HE DIDN'T WANT IT.  THEY SAID,

23 "WELL, TAKE TWO BABY ASPIRIN."  HE SAID, "NO, I DON'T EVEN WANT

24 THE TWO BABY ASPIRIN."  THEY SCHEDULED HIM FOR A STRESS TEST.

25 HE DIDN'T SHOW UP FOR IT.

1          DR. KARAVAN, HIS CARDIOLOGIST, DR. KARAVAN SAYS,

2    "THIS WAS NOT A HEART ATTACK.  THIS WAS NOT A HEART ATTACK.

3    IT'S UNRELATED TO THE HEART IN ANY WAY."  BUT THEY HAVE

4    DR. ZIPES.  YOU SAW HIS PICTURE, THE PAID LITIGATION EXPERT?

5    DR. ZIPES CLAIMS THAT HE KNOWS BETTER; THAT, IN FACT, THIS WAS

6    A SECOND HEART ATTACK THAT NOBODY ELSE REALIZED AT THE TIME.

7          **THE DEPUTY CLERK:**  MR. BECK, 15.

8          **MR. BECK:**  15 MINUTES, THANK YOU.

9          WE ARE GOING TO SHOW THAT DR. ZIPES IS FLAT

10   WRONG.  SO WHEN DR. ZIPES COMES IN, THAT NICE-LOOKING MAN WITH

11   THE BEARD, WE'RE GOING TO SHOW THAT HE'S JUST WRONG WHEN HE

12   CLAIMS UNDER OATH THAT -- THEY SAY "POSSIBLE HEART ATTACK."  HE

13   SAYS THERE WAS ONE.  WE'RE GOING TO SHOW THAT THAT TESTIMONY IS

14   WRONG.

15          NOW, IN SEPTEMBER 2004, MR. BARNETT STOPPED

16   TAKING VIOXX.  DR. KARAVAN -- AGAIN, HE'S THE HEART

17   SPECIALIST -- HE SAID THAT THERE HAD BEEN NO PROBLEMS, NO HEART

18   PROBLEMS, BETWEEN THE MILD HEART ATTACK AND WHEN HE STOPPED

19   TAKING VIOXX IN 2004.  AND IN FACT, THERE WERE NO HEART

20   PROBLEMS BETWEEN 2004, WHEN HE STOPPED TAKING VIOXX, ALL THE

21   WAY THROUGH MIDDLE OF 2006, THIS YEAR.

22          THEN, IN THIS YEAR, IN 2006, HE WENT TO INDIANA

23   TO VISIT WITH DR. ZIPES.  HE'S THE PAID LITIGATION EXPERT.  HE

24   DIDN'T GO THERE FOR MEDICAL TREATMENT.  HE WENT THERE SO

25   DR. ZIPES COULD COLLECT INFORMATION TO USE TO TESTIFY IN THIS

1  COURTROOM.

2              DR. ZIPES DID SOME TESTS THAT SHOWED THAT, SURE

3  ENOUGH, THE PLAQUE HAD CONTINUED TO BUILD UP AND ALSO THAT ONE

4  OF THE GRAPHS ON THE BYPASS HAD CLOSED UP.  YOU KNOW, WHERE YOU

5  SEW THE VEIN?  SOMETIMES THOSE GRAFTS CLOSE UP WHEN YOU HAVE

6  BYPASS OPERATIONS.

7              BUT HE DIDN'T GIVE MR. BARNETT ANY MEDICAL

8  ADVICE ON WHAT TO DO ABOUT IT.  WHEN WE ASKED HIM WHY NOT, HE

9  SAID, "WELL, THAT WOULD BE A CONFLICT OF INTEREST.  I DON'T --

10 I'M NOT THE DOCTOR FOR MR. BARNETT.  I'M BEING PAID BY

11 MR. ROBINSON TO TESTIFY IN COURT."

12             SO, INSTEAD, WHAT HAPPENED IS THE LAWYERS SENT

13 THE TESTS THAT DR. ZIPES DID TO DR. KARAVAN.  SO DR. KARAVAN

14 GOT THEM LATER ON, AND HE CALLED MR. BARNETT IN AND HE LOOKED

15 AT THESE TESTS THAT HAD BEEN DONE IN INDIANA, AND HE SAID, "I

16 DON'T THINK THERE IS ANY NEED RIGHT NOW TO DO ONE OF THOSE

17 CATHETERIZATION TESTS WHERE YOU INJECT THE DYE, BUT IF YOU FEEL

18 ANY CHEST PAINS OR ANYTHING LIKE THAT, LET ME KNOW AND WE'LL

19 REASSESS."

20             LATER THAT DAY, MR. BARNETT SAID THAT HE WAS

21 FEELING CHEST PAINS, AND SO THEY SCHEDULED A CATHETERIZATION

22 TEST.  THEN SO -- AND THEN DR. KARAVAN DID THE CATHETERIZATION

23 TEST, AND, SURE ENOUGH, IT SHOWED THAT IN THE YEARS AFTER HE

24 HAD BEEN OFF OF VIOXX, THE PLAQUE HAS CONTINUED TO BUILD UP

25 JUST LIKE IT HAD FOR THOSE DECADES BEFORE HE WAS EVER ON VIOXX.

1           DR. KARAVAN ALSO, THEN -- YOU SAW THIS GRAFT

2   THAT HAD CLOSED UP WHERE -- IN ONE OF THE BYPASSES?  SO WHAT HE

3   DID IS ONE OF THOSE STENTS.  NOT FOR THE GRAFT, BUT THERE

4   WAS -- I CAN'T DO THIS VERY WELL, BUT LET'S PRETEND THAT THIS

5   FINGER IS THE CORONARY ARTERY AND IT HAD BEEN CLOGGED UP.  AND

6   SO THEY PUT A BYPASS IN, AND THEN THE BYPASS GOT CLOGGED UP

7   ITSELF.

8           SO WHAT HE DID WAS HE WENT IN TO WHERE THE

9   ORIGINAL BLOCKAGE WAS, AND HE PUT A STENT IN AND OPENED UP THAT

10  CORONARY ARTERY SO THAT THE BLOOD NOW CAN FLOW THROUGH.  HE

11  DOES LOTS AND LOTS OF THESE PROCEDURES, AND DR. KARAVAN SAID

12  THAT THIS STENT PROCEDURE WAS A SUCCESS.  SO THAT'S -- WE'RE

13  ALL PLEASED ABOUT THAT.

14          SO, LOOKING FORWARD, MR. BARNETT'S PROGNOSIS:

15  YOU'RE GOING TO HEAR FROM PAID LITIGATION EXPERTS WHO ARE GOING

16  TO COME IN AND BASICALLY TELL YOU THIS:  "MR. BARNETT LOOKS

17  FINE TODAY, AND HE'S GOING TO LOOK FINE FOR THE SHORT-TERM" --

18  WE ASKED THEM THIS A COUPLE MONTHS AGO.  THEY SAID, "HE'S GOING

19  TO LOOK FINE FOR THE SHORT-TERM.  SEVERAL MONTHS, HE'LL LOOK

20  JUST FINE.  SO HE'LL LOOK FINE DURING TRIAL.  BUT THEN, SIX

21  MONTHS FROM NOW, HE'S IN BIG TROUBLE."  THAT'S WHAT THE PAID

22  LITIGATION EXPERTS ARE GOING TO SAY.

23          DR. KARAVAN, HIS REAL CARDIOLOGIST, WHO IS NOT

24  BEING PAID BY ANYBODY, HE SAYS SOMETHING DIFFERENT.  HE SAYS

25  THAT MR. BARNETT'S PROGNOSIS IS GOOD.  AND DR. KARAVAN, THE

1   REAL CARDIOLOGIST, HE LOOKED AT ALL OF THE MEDICAL RECORDS THAT

2   HE HIMSELF PREPARED WHILE HE WAS TAKING CARE OF MR. BARNETT;

3   AND HE LOOKED AT -- HE LOOKED AT THE LITIGATION TESTS THEY DID

4   IN INDIANA WITH DR. ZIPES; AND HE'S ALSO CALLING ON HIS YEARS

5   OF EXPERIENCE WHERE HE'S TREATED THOUSANDS AND THOUSANDS OF

6   PEOPLE WHO HAVE EXACTLY THE SAME TYPE OF CONDITION THAT

7   MR. BARNETT HAS, WHO NEVER TOOK VIOXX.

8                    AND MOST IMPORTANT, HE'S RELYING ON HIS PERSONAL

9   EXPERIENCE TAKING CARE OF MR. BARNETT, INCLUDING JUST, EARLIER

10  THIS MONTH, LITERALLY LOOKING INTO HIS HEART TO SEE WHERE THE

11  BLOCKAGE WAS AND HOW THE PLAQUE HAD PROGRESSED.

12           **THE DEPUTY CLERK:**  TEN MINUTES, MR. BECK.

13           **MR. BECK:**  I'M SORRY?

14           **THE DEPUTY CLERK:**  TEN MINUTES.

15           **MR. BECK:**  THANK YOU.  AND HE SAYS THAT THE PROGNOSIS

16  IS GOOD.

17                    NOW, MR. ZIPES, OR DR. ZIPES, HE'S GOING TO HAVE

18  LOTS OF DISAGREEMENTS WITH DR. KARAVAN.  HE'S GOING TO SAY

19  DR. KARAVAN MISSED THE BOAT ON THE FIRST HEART ATTACK, THE ONLY

20  ONE THAT REALLY TOOK PLACE.  DR. ZIPES IS GOING TO SAY IT WAS A

21  DIFFERENT KIND OF HEART ATTACK THAN DR. KARAVAN THINKS IT WAS.

22  AND DR. ZIPES IS GOING TO SAY THERE WAS A SECOND HEART ATTACK

23  THAT DR. KARAVAN DIDN'T EVEN KNOW ABOUT.  SO THERE'S GOING TO

24  BE -- YOU'RE GOING TO HEAR DR. ZIPES DISAGREEING, WE'LL CALL

25  IT, WITH THE REAL CARDIOLOGIST, DR. KARAVAN.

1          THEN, OF COURSE, YOU'RE GOING TO HEAR SOME

2    THINGS ABOUT THE OTHER DOCTORS WHO PRESCRIBED VIOXX TO

3    MR. BARNETT.  YOU SAW THAT WITH A COUPLE OF THE SLIDES ALREADY,

4    HOW THEY WERE -- THAT THE WERE PAID HONORARIUMS TO GIVE

5    SPEECHES AND THAT SORT OF THING, TO SUGGEST HIM BEING CURRENTLY

6    OR THAT SOMEHOW THESE DOCTORS WERE IN MERCK'S POCKET OR THEY

7    WERE BAMBOOZLED BY DOROTHY HAMILL SKATING AROUND ON TELEVISION

8    ADS.

9          YOU'LL HEAR THE DOCTORS TESTIFY, WHO TREATED

10   MR. BARNETT AND WHO PRESCRIBED VIOXX -- MR. ROBINSON SAID HE'S

11   GOING TO PLAY THE TAPES, AND I HOPE HE DOES.  IF HE DOESN'T, I

12   WILL.  ONE WAY OR THE OTHER, I GUARANTEE YOU YOU'RE GOING TO

13   HEAR THE TESTIMONY FROM THE DOCTORS WHO PRESCRIBED VIOXX TO

14   MR. BARNETT.  THEY'LL EXPLAIN THAT THEY PRESCRIBED VIOXX

15   BECAUSE OF THEIR SOUND MEDICAL JUDGMENT, NOT -- AND BECAUSE OF

16   MR. BARNETT'S MEDICAL NEEDS, NOT BECAUSE OF FREE LUNCHES OR TV

17   ADS.

18          MR. ROBINSON IS GOING TO SPEND A LOT OF TIME IN

19   THE CASE ON MERCK'S MARKETING EFFORTS.  HE TALKED ABOUT

20   SOMETHING HE CALLED AN INTEGRATED MARKETING CAMPAIGN.  BASED

21   ON -- WE TALKED BEFOREHAND AND, YOU KNOW, WE SHARE OUR PLANS

22   FOR HOW MUCH TIME WE'RE GOING TO SPEND ON DIFFERENT THINGS.  I

23   THINK YOU'RE GOING TO HEAR AT LEAST A COUPLE OF DAYS' WORTH OF

24   TESTIMONY ABOUT MERCK MARKETING.  BUT I THINK YOU'LL CONCLUDE

25   AT THE END OF THE DAY THAT ALL OF THIS MARKETING EVIDENCE

1   DOESN'T HAVE ANYTHING TO DO WITH THESE DOCTORS BECAUSE THESE

2   DOCTORS WEREN'T EXPOSED TO ALMOST ALL OF THE MARKETING

3   MATERIALS THAT MR. ROBINSON IS GOING TO BE TALKING ABOUT, AND

4   THEY WEREN'T INFLUENCED BY THEM.

5            SO YOU'LL HEAR THE MARKETING EVIDENCE AND THEN,

6   SOONER OR LATER, YOU'LL HEAR THE DOCTORS THEMSELVES EXPLAIN

7   THAT THAT DIDN'T MAKE ANY DIFFERENCE TO THEM.

8            A GOOD EXAMPLE IS THE -- THERE IS SOMETHING

9   CALLED THE "FDA WARNING LETTER" THAT MR. ROBINSON REFERRED TO.

10  YOU'LL SEE THIS.  WITHIN THE FDA, THERE IS AN ADVERTISING

11  GROUP.  SO THIS WAS NOT FROM THE MEDICAL PEOPLE.  THEY WEREN'T

12  SAYING ANYTHING WAS WRONG WITH THE MEDICINE.  THEY WERE

13  SAYING -- MR. ROBINSON TALKED ABOUT THERE WERE, I THINK HE

14  SAID, BILLIONS OF MESSAGES PUT OUT THERE BY MERCK CONCERNING

15  VIOXX.

16           OF THE BILLIONS OF MESSAGES PUT OUT THERE BY

17  MERCK CONCERNING VIOXX, THE ADVERTISING FOLKS AT THE FDA SAID,

18  "THERE'S THREE THINGS YOU SAID THAT WE THINK ARE OUT OF LINE,

19  THREE SPECIFIC THINGS.  AND HERE IS WHAT THE IMPORTANT EVIDENCE

20  ON THAT IS:  NUMBER ONE, THOSE THREE THINGS, NONE OF THE

21  DOCTORS IN THE CASE SAW THEM, SO -- AND NUMBER TWO, WHEN THE

22  FDA SAID, "YOU DID THESE THREE THINGS WRONG," MERCK SAID --

23  MERCK TOOK CORRECTIVE ACTION IMMEDIATELY, GOT THE PEOPLE BACK

24  ON THE RESERVATION, FIRED THE GUY WHO WAS SPEAKING OUT OF

25  CLASS.  AND THE FDA THEN WROTE A LETTER BACK SAYING, "WE'RE

```
 1   SATISFIED.  YOU RESOLVED IT THE RIGHT WAY."
 2              SO THAT'S THE STORY OF THE FDA LETTER.  I THINK,
 3   FRANKLY, IT'S GOING TO BE DISTRACTION BECAUSE IT DOESN'T HAVE
 4   ANYTHING TO DO WITH THESE DOCTORS.
 5              THE SAME THING IS TRUE ABOUT WHAT THEY SAID
 6   ABOUT THE VIOXX LABEL.  IN THAT REGARD, LET ME JUST SAY A QUICK
 7   WORD ABOUT BLOOD PRESSURE.  MR. ROBINSON SAID IT CAUSES -- IT
 8   DOES SOMETHING TO PROSTACYCLIN, AND THEN THAT CAUSES SOME HIGH
 9   BLOOD PRESSURE, AND HIGH BLOOD PRESSURE DOES THIS, AND THEN
10   THAT TURNS INTO A HEART ATTACK.
11              WELL, THE HIGH -- IT WAS KNOWN FOR MANY, MANY
12   YEARS THAT ALL NSAIDS CAN CAUSE HIGH BLOOD PRESSURE IN A SMALL
13   NUMBER OF PEOPLE, AND IT WAS KNOWN WHEN VIOXX CAME ON THE
14   MARKET THAT VIOXX COULD CAUSE HIGH BLOOD PRESSURE IN A SMALL
15   NUMBER OF PEOPLE.  ALL THE BLOOD PRESSURE INFORMATION FROM ALL
16   THE CLINICAL TRIALS WAS PUT IN THE VERY FIRST LABEL.  WHEN
17   VIOXX WAS FIRST APPROVED, THE BLOOD PRESSURE INFORMATION WAS IN
18   THAT LABEL.  SO THE BLOOD PRESSURE ISSUE WAS NEVER A SECRET.
19              THE DEPUTY CLERK:  MR. BECK, FIVE MINUTES.
20              MR. BECK:  THANK YOU.  I'VE GOT THREE AND A HALF
21   LEFT, SO MAYBE I'LL GET IN UNDER THE WIRE.
22              SO THAT'S THE DEAL WITH BLOOD PRESSURE.
23              THEN, IN TERMS OF THE VIGOR RESULTS, THIS IS THE
24   CARDIOVASCULAR -- YOU KNOW, THE DIFFERENCE BETWEEN VIOXX ON THE
25   ONE HAND AND NAPROXEN ON THE OTHER HAND, THE VIGOR RESULTS.
```

1   WHAT HAPPENED HERE IS THAT THE FDA -- WE ACTUALLY ASKED THE FDA

2   WHEN WE FOUND OUT ABOUT THE VIGOR RESULTS FOR EXPEDITED

3   APPROVAL OF A NEW LABEL.  THEY SAID, "WE DON'T WANT TO DO THAT

4   BECAUSE WE WANT TO TAKE A REAL CLOSE LOOK AT THIS."  AND THAT'S

5   THEIR RIGHT, AND IT'S THE RIGHT THING TO DO.

6                    THEY CONVENED THE ADVISORY COMMITTEE.  THE

7   ADVISORY COMMITTEE LOOKED AT ALL OF THIS AND SAID, "WE CAN'T

8   TELL WHAT THE CAUSE IS.  PUT THE INFORMATION IN THE LABEL."

9                    THAT'S WHAT WE DID.  WE WENT BACK AND FORTH WITH

10  THE STAFF ABOUT WHERE IT BELONGS IN THE LABEL.  EVENTUALLY, IT

11  GOT RESOLVED THE RIGHT WAY, AND IT WENT IN THE LABEL IN APRIL

12  OF 2002.

13                   BUT THE KEY THING HERE IS THAT THAT WHOLE

14  BUSINESS, THAT HISTORY OF THE LABEL, DOESN'T MAKE ANY

15  DIFFERENCE TO THE DOCTORS IN THE CASE.  ONE DOCTOR YOU HEARD

16  ABOUT, DR. MCCAFFREY, WHO PRESCRIBED VIOXX IN JANUARY OF 2000,

17  THAT'S BEFORE THE VIGOR RESULTS CAME OUT.  SO, YOU KNOW, THAT

18  LABEL IS NOT AN ISSUE FOR DR. MCCAFFREY.

19                   THEN THERE'S DR. MIKOLA, WHO PRESCRIBED VIOXX

20  FROM 2001 ALL THE WAY UP THROUGH 2004.  THEY ARE SAYING, "WELL,

21  GEE WHIZ, IF YOU HAD ONLY PUT THE CARDIOVASCULAR INFORMATION ON

22  THE LABEL, MAYBE HE WOULDN'T HAVE PRESCRIBED IT."

23                   WELL, HE PRESCRIBED IT IN 2001.  AND THEN THE

24  CARDIOVASCULAR INFORMATION WAS PUT IN THE LABEL IN 2002, AND HE

25  CONTINUED TO PRESCRIBE VIOXX AND MR. BARNETT CONTINUED TO TAKE

1    VIOXX ALL THE WAY UP TO 2004 WITH THE CARDIOVASCULAR

2    INFORMATION IN THE LABEL.

3                   SO WE THINK THE EVIDENCE IS GOING TO SHOW THAT

4    IT DOESN'T MAKE ANY SENSE TO SAY THAT, IF YOU HAD ONLY CHANGED

5    THE LABEL FASTER, THAT WOULD HAVE MADE SOME DIFFERENCE TO

6    MR. BARNETT.

7                   BUT EVEN MORE TELLING IS THAT, AFTER HE STOPPED

8    TAKING VIOXX, HE STARTED TAKING A MEDICINE CALLED MOBIC, AND HE

9    TOOK MOBIC UNTIL JUST A MONTH OR SO BEFORE THIS TRIAL.  FOR

10   MOST OF THE PERIOD THAT HE'S TAKING MOBIC -- MOBIC IS AN NSAID

11   AND REMEMBER THAT THE FDA HAS SAID ALL NSAIDS HAVE THE SAME

12   CARDIOVASCULAR RISKS.  FOR MOST OF THE TIME THAT HE'S BEEN

13   TAKING MOBIC AND THE DOCTOR HAS BEEN PRESCRIBING THEM, IT HAD

14   EXACTLY THE KIND OF WARNING THAT MR. ROBINSON SAID WOULD HAVE

15   SCARED EVERYBODY OFF THE COURT.

16                  IT HAD THE BIG RED ALERT WARNING.  REMEMBER THEY

17   KEEP TALKING ABOUT THE BLACK BOX.  WHAT WE NEEDED WAS A BLACK

18   BOX.  MOBIC HAS A BLACK BOX AND SAYS THAT IT MAY BE ASSOCIATED

19   WITH CARDIOVASCULAR RISKS AND HEART ATTACKS.  AND THE DOCTOR

20   PRESCRIBED IT FOR MR. BARNETT AND MR. BARNETT TOOK IT, AND THE

21   REASON THAT THEY DID IS BECAUSE THE BENEFITS TO MR. BARNETT

22   OUTWEIGHED WHATEVER RISKS THERE WERE.

23                  AND HE TOOK IT ALL THE WAY UP UNTIL MR. GOLDMAN,

24   MY PARTNER, TOOK HIS DEPOSITION ABOUT A MONTH OR TWO AGO AND

25   POINTED THIS OUT, AND HE SAID, "SINCE THEN, I'VE STOPPED TAKING

DAILY COPY

1   MOBIC."  AND SO WE'LL TAKE HIM AT HIS WORD ON THAT.

2           IT'S ALSO -- AND THIS IS, OF COURSE, AFTER HE'S HAD

3   THE HEART ATTACK.  AND IT'S ALSO THE CASE THAT WHEN HE WAS

4   TAKING VIOXX, THE CV WARNING CAME IN BEFORE HE EVER HAD THE

5   HEART ATTACK.

6           SO HIS DOCTOR WAS PRESCRIBING VIOXX WITH THE

7   WARNING -- WITH THE CV INFORMATION, BECAUSE WE QUIBBLE ABOUT

8   WHETHER IT'S A WARNING OR A PRECAUTION OR WHATEVER SECTION OF

9   THE LABEL IT'S IN.  THE CV INFORMATION WAS IN THERE, AND THE

10  DOCTOR WAS PRESCRIBING IT BEFORE HE HAD A HEART ATTACK.  IT WAS

11  IN THERE, AND HE PRESCRIBED IT AFTER HE HAD A HEART ATTACK.

12          THEN AFTER HE STOPPED TAKING VIOXX AND HE SWITCHED TO

13  MOBIC THAT HAD THE BIG, HAIRY, UGLY WARNING, HE KEPT TAKING

14  THAT AFTER HE HAD HIS HEART ATTACK, ALL THE WAY UP TO A MONTH

15  BEFORE TRIAL.

16          **THE COURT:**  LET'S WIND UP, MR. BECK.

17          **MR. BECK:**  YES, YOUR HONOR.  I'LL MENTION ONE OTHER

18  POINT, AND THEN -- AND THAT IS, FOR 15 YEARS BEFORE HE TOOK

19  VIOXX, HE WAS TAKING ANOTHER MEDICINE CALLED FELDENE.  15

20  YEARS.  THAT'S ALSO AN NSAID.

21              TODAY THAT VERY SAME MEDICINE THAT HE TOOK FOR

22  15 YEARS HAS THAT SAME BIG WARNING, AND WE SAY THAT THE

23  EVIDENCE IS GOING TO SAY IT DOESN'T MAKE ANY SENSE TO SAY

24  THAT -- TO BLAME VIOXX AND IGNORE FELDENE AND MOBIC.

25              SO MY TIME HAS RUN OUT.  ON BEHALF OF THE MEN

1   AND WOMEN WHO MAKE UP MERCK, I WANT TO THANK YOU FOR YOUR

2   WILLINGNESS TO SERVE ON THE JURY.  AS THE JUDGE NOTED, IT IS AN

3   INCONVENIENCE, AND WE APPRECIATE THAT, TO TAKE TWO OR THREE

4   WEEKS OUT OF YOUR LIFE IN ORDER TO RESOLVE DISAGREEMENTS

5   BETWEEN PEOPLE THAT YOU HAD NEVER MET BEFORE.

6                BUT AS THE JUDGE SAID, OUR SYSTEM DEPENDS ON IT.

7   IT DEPENDS ON PEOPLE WHO ARE WILLING TO PARTICIPATE, WHO ARE

8   WILLING TO DECIDE CASES BASED ON THE EVIDENCE INSTEAD OF

9   SYMPATHY OR BIAS AND ROOTING FOR EITHER THE LITTLE GUY OR THE

10  BIG GUY.  IT DEPENDS ON PEOPLE TO KEEP AN OPEN MIND, NOT JUST

11  AS YOU'RE HEARING MR. ROBINSON GO, IF HE GETS TO PUT THE

12  EVIDENCE ON FIRST, BUT THEN ALSO WAIT UNTIL YOU'VE HEARD OUR

13  SIDE OF THE STORY.  AFTER YOU'VE HEARD BOTH SIDES OF THE STORY,

14  I'M GOING TO COME BEFORE YOU AND ASK YOU TO RETURN A VERDICT IN

15  FAVOR OF MERCK.  THANK YOU VERY MUCH.

16          **THE COURT:**  ALL RIGHT.  THANK YOU, COUNSEL.  MEMBERS

17  OF THE JURY, WE'RE GOING TO STOP HERE AND START TOMORROW AT

18  8:30.  SO TOMORROW YOU WILL HEAR THE EVIDENCE.  AS I MENTIONED,

19  THE OPENING STATEMENTS ARE NOT EVIDENCE.

20                PLEASE DON'T TALK WITH ANYONE ABOUT THE CASE AND

21  PLEASE AVOID READING ABOUT THE CASE.  YOU CAN LEAVE YOUR BOOKS

22  IN THE JURY ROOM.  I'LL HAVE THEM SECURED FOR THE NIGHT, AND

23  THEY'LL BE RETURNED TO YOU TOMORROW.  I LOOK FORWARD TO SEEING

24  YOU TOMORROW AT 8:30.  COURT WILL STAND IN RECESS.

25          **THE DEPUTY CLERK:**  EVERYONE RISE.

1        (WHEREUPON, THE COURT WAS IN RECESS FOR THE EVENING.)

2                          * * *

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAILY COPY